# Exhibit A

# ORDER FOR SUPPLIES OR SERVICES

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| | |
|---|---|
| 1. DATE OF ORDER 08/20/2024 | 2. CONTRACT NUMBER (if any) |

**6. SHIP TO:**

a. NAME OF CONSIGNEE
See Attached Delivery Schedule

3. ORDER NUMBER 70B03C24P00000389
4. REQUISITION/REFERENCE NUMBER 20144965

5. ISSUING OFFICE (Address correspondence to)
DHS - Customs & Border Protection
Border Enforcement Contracting Division
1300 Pennsylvania Ave, NW

Washington DC 20229

b. STREET ADDRESS

c. CITY | d. STATE | e. ZIP CODE

f. SHIP VIA

## 7. TO:

a. NAME OF CONTRACTOR
ATLANTIC DIVING SUPPLY INC

b. COMPANY NAME
DBA ADS

c. STREET ADDRESS
621 LYNNHAVEN PKY STE 160

d. CITY VIRGINIA BEACH | e. STATE VA | f. ZIP CODE 23452-7448

9. ACCOUNTING AND APPROPRIATION DATA

## 8. TYPE OF ORDER

☒ a. PURCHASE -- Reference Your _____. Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☐ b. DELIVERY -- Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

10. REQUISITIONING OFFICE
Special Operations Group El Paso
Bryon Hobson
9152312850x5340
bryon.r.hobson@cbp.dhs.gov

## 11. BUSINESS CLASSIFICATION (Check appropriate box(es))

☒ a. SMALL  ☐ b. OTHER THAN SMALL  ☐ c. DISADVANTAGED  ☐ d. WOMEN-OWNED  ☐ e. HUBZone
☐ f. SERVICE-DISABLED VETERAN-OWNED  ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM  ☐ h. ECONOMICALLY DISADVANTAGED WOMEN-OWNED SMALL BUSINESS (EDWOSB)

**12. F.O.B. POINT**
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NUMBER | 15. DELIVER TO F.O.B POINT ON OR BEFORE (Date) 01/17/2025 | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION DESTINATION | b. ACCEPTANCE DESTINATION | | | Within 30 days Due net |

## 17. SCHEDULE (See reverse for Rejections)

| ITEM NUMBER (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | Accpt |
|---|---|---|---|---|---|---|
| 10 | FLIR HISS HD | 1.000 | EA | $92,648.50 | $92,648.50 | |

| | | |
|---|---|---|
| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NUMBER |

SEE BILLING INSTRUCTIONS REVERSE

**21. MAIL INVOICE TO:**

a. NAME
See IPP Invoicing Instructions

b. STREET ADDRESS (or P.O. Box)

c. CITY | d. STATE | e. ZIP CODE

17(h)TOT. (Cont. pages) $0.00

17(i) GRAND TOTAL $92,648.50

22. UNITED STATES OF AMERICA BY (Signature)

23. NAME (Typed)
DAVID TORRES
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (REV. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213 (f)

**Federal Tax Exempt ID: 72-0408780**

**Emailing Invoices to CBP.** **Do not mail or email invoices to CBP. Invoices must be submitted via the IPP website, as detailed under Electronic Invoicing and Payment Requirements in the attached terms and conditions.**

## NOTES:

This is a Firm-Fixed Price Purchase Order 70B03C24P00000389 being issued Atlantic Diving Supplies [UEI: GJMSFBCNMSK3] for delivery of (1) one FLIR HISS HD for Special Operations Group, El Paso, TX.

1. Period of Performance:
150 Days ARO

2. Delivery Address:
Special Operations Group
Border Patrol Tactical Unit (BORTAC)
Bldg.11169, SSG Sims St.
Biggs Army Airfield
El Paso, Texas 79916

3. POC:
Bryon Hobson
bryon.r.hobson@cbp.dhs.gov
(915) 479-3375

Contract Specialist
Pamela Ellis
BECD
pamela.a.ellis@cbp.dhs.gov

4) Attachments:
Statement of Work (SOW)

5) Submission of Invoices/Billing Instructions:
Invoices must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP), www.ipp.gov. The Purchase Order number (70B03C24F00000660) in block 3 shall be referenced on all invoices.

Note: Failure to follow billing instructions may cause delays in payment processing.
VENDOR PAYMENT INQUIRY HOTLINE: (317) 614-5001

Note: The Contracting Officer (CO) is the only person authorized to make or approve any changes to any of the requirements of this contract. In the event the Contractor makes any changes at the direction of any other person other than the CO, the change shall be considered to have been made without authority and the Contractor performs at its own risk.

**PURCHASE ORDER TERMS AND CONDITIONS**

**U.S. CUSTOMS and BORDER PROTECTION**
Supplemental Clauses/Provisions

Order Number: 70B03C24P00000389

**I.1   SCHEDULE OF SUPPLIES/SERVICES**

| ITEM # | DESCRIPTION | QTY | UNIT | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 10 | FLIR HISS HD | 1.000 | EA | $92,648.50 | $92,648.50 |

**Total Funded Value of Award:**                                                                                    **$92,648.50**

**I.2   ACCOUNTING and APPROPRIATION DATA**

| ITEM # | ACCOUNTING and APPROPRIATION DATA | AMOUNT |
|---|---|---|
| 10 | 6100.319BUSCSGLCS0935710040Z29I24500AB0311000500  BPZ10319B<br>TAS#     07020242024 0530000 | $92,648.50 |

**I.3   DELIVERY SCHEDULE**

| DELIVER TO: | ITEM # | QTY | DELIVERY DATE |
|---|---|---|---|
| Special Operations Group<br>Border Patrol Tactical Unit (BORTAC)<br>Bldg.11169, SSG Sims St.<br>Biggs Army Airfield<br>El Paso, Texas 79916 | 10 | 1.000 | 09/30/2024 |

**II.1  52.204-13 SYSTEM FOR AWARD MANAGEMENT MAINTENANCE (OCT 2018)**

**II.2  52.204-18 COMMERCIAL AND GOVERNMENT ENTITY CODE MAINTENANCE (AUG 2020)**

**II.3  52.204-19  INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS (DEC 2014)**

**II.4  52.212-4 CONTRACT TERMS AND CONDITIONS -- COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2023)**

**II.5  52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS (JUN 2013)**

**II.6  52.232-40 PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS (MAR 2023)**

**II.7  52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (MAY 2024)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113–235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions))

(2) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (DEC 2023) (Section 1634 of Pub. L. 115–91).

(3) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015)

(5) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C. 3903 and 10 U.S.C. 3801).

(6) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(7) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108–77 and 108–78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:
[Contracting Officer check as appropriate.]

[] (1) 52.203–6, Restrictions on Subcontractor Sales to the Government (JUN 2020), with Alternate I (NOV 2021) (41 U.S.C. 4704 and 10 U.S.C. 4655).

[] (2) 52.203–13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

[] (3) 52.203–15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111–5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.203–17, Contractor Employee Whistleblower Rights (NOV 2023) (41 U.S.C. 4712); this clause does not apply to contracts of DoD, NASA, the Coast Guard, or applicable elements of the intelligence community—see FAR 3.900(a).

[] (5) 52.204–10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUN 2020) (Pub. L. 109–282) (31 U.S.C. 6101 note).

[ ] (6) [Reserved]

[] (7) 52.204–14, Service Contract Reporting Requirements (OCT 2016) (Pub. L. 111–117, section 743 of Div. C).

[] (8) 52.204–15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (OCT 2016) (Pub. L. 111–117, section 743 of Div. C).

[X] (9) 52.204–27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117–328).

[] (10) 52.204–28, Federal Acquisition Supply Chain Security Act Orders—Federal Supply Schedules, Governmentwide Acquisition Contracts, and Multi-Agency Contracts. (DEC 2023) (Pub. L. 115–390, title II).

[] (11)(i) 52.204–30, Federal Acquisition Supply Chain Security Act Orders—Prohibition. (DEC 2023) (Pub. L. 115–390, title II).

[] (ii) Alternate I (DEC 2023) of 52.204–30.

[X] (12) 52.209–6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (NOV 2021) (31 U.S.C. 6101 note).

[] (13) 52.209–9, Updates of Publicly Available Information Regarding Responsibility Matters (OCT 2018) (41 U.S.C. 2313).

[_] (14) [Reserved]

[] (15) 52.219–3, Notice of HUBZone Set-Aside or Sole-Source Award (OCT 2022) (15 U.S.C. 657a).

[] (16) 52.219–4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2022) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[_] (17) [Reserved]

[X] (18)(i) 52.219–6, Notice of Total Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

[] (ii) Alternate I (MAR 2020) of 52.219–6.

[] (19)(i) 52.219–7, Notice of Partial Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

[] (ii) Alternate I (MAR 2020) of 52.219–7.

[] (20) 52.219–8, Utilization of Small Business Concerns (FEB 2024) (15 U.S.C. 637(d)(2) and (3)).

[] (21)(i) 52.219–9, Small Business Subcontracting Plan (SEP 2023) (15 U.S.C. 637(d)(4)).

[] (ii) Alternate I (NOV 2016) of 52.219–9.

[] (iii) Alternate II (NOV 2016) of 52.219–9.

[] (iv) Alternate III (JUN 2020) of 52.219–9.

[] (v) Alternate IV (SEP 2023) of 52.219–9.

[] (22)(i) 52.219–13, Notice of Set-Aside of Orders (MAR 2020) (15 U.S.C. 644(r)).

[] (ii) Alternate I (MAR 2020) of 52.219–13.

[] (23) 52.219–14, Limitations on Subcontracting (OCT 2022) (15 U.S.C. 657s).

[] (24) 52.219–16, Liquidated Damages—Subcontracting Plan (SEP 2021) (15 U.S.C. 637(d)(4)(F)(i)).

[] (25) 52.219–27, Notice of Set-Aside for, or Sole-Source Award to, Service-Disabled Veteran-Owned Small Business (SDVOSB) Concerns Eligible Under the SDVOSB Program (FEB 2024) (15 U.S.C. 657f).

[X] (26)(i) 52.219–28, Post-Award Small Business Program Rerepresentation (FEB 2024) (15 U.S.C. 632(a)(2)).

[] (ii) Alternate I (MAR 2020) of 52.219–28.

[] (27) 52.219–29, Notice of Set-Aside for, or Sole-Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (OCT 2022) (15 U.S.C. 637(m)).

[] (28) 52.219–30, Notice of Set-Aside for, or Sole-Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (OCT 2022) (15 U.S.C. 637(m)).

[] (29) 52.219–32, Orders Issued Directly Under Small Business Reserves (MAR 2020) (15 U.S.C. 644(r)).

[] (30) 52.219–33, Nonmanufacturer Rule (SEP 2021) (15 U.S.C. 657s).

[X] (31) 52.222–3, Convict Labor (JUN 2003) (E.O. 11755).

[X] (32) 52.222–19, Child Labor—Cooperation with Authorities and Remedies (FEB 2024) (E.O. 13126).

[] (33) 52.222–21, Prohibition of Segregated Facilities (APR 2015).

[X] (34)(i) 52.222–26, Equal Opportunity (SEPT 2016) (E.O. 11246).

[] (ii) Alternate I (FEB 1999) of 52.222–26.

[X] (35)(i) 52.222–35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

[] (ii) Alternate I (JULY 2014) of 52.222–35.

[X] (36)(i) 52.222–36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

[] (ii) Alternate I (JULY 2014) of 52.222–36.

[X] (37) 52.222–37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

[X] (38) 52.222–40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (39)(i) 52.222–50, Combating Trafficking in Persons (NOV 2021) (22 U.S.C. chapter 78 and E.O. 13627).

[] (ii) Alternate I (MAR 2015) of 52.222–50 (22 U.S.C. chapter 78 and E.O. 13627).

[] (40) 52.222–54, Employment Eligibility Verification (MAY 2022). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial products or commercial services as prescribed in FAR 22.1803.)

[] (41)(i) 52.223–9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[] (ii) Alternate I (MAY 2008) of 52.223–9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[] (42) 52.223–11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (MAY 2024) (42 U.S.C. 7671, et seq.).

[] (43) 52.223–12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (MAY 2024) (42 U.S.C. 7671, et seq.).

[] (44) 52.223–20, Aerosols (MAY 2024) (42 U.S.C. 7671, et seq.).

[] (45) 52.223–21, Foams (MAY 2024) (42 U.S.C. 7671, et seq.).

[X] (46) 52.223–23, Sustainable Products and Services (MAY 2024) (E.O. 14057, 7 U.S.C. 8102, 42 U.S.C. 6962, 42 U.S.C. 8259b, and 42 U.S.C. 7671l).

[] (47)(i) 52.224–3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

   [] (ii) Alternate I (JAN 2017) of 52.224–3.

[X] (48)(i) 52.225–1, Buy American—Supplies (OCT 2022)) (41 U.S.C. chapter 83).

   [] (ii) Alternate I (OCT 2022) of 52.225–1.

[] (49)(i) 52.225–3, Buy American—Free Trade Agreements—Israeli Trade Act (NOV 2023) (19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, 19 U.S.C. chapter 29 (sections 4501–4732), Public Law 103–182, 108–77, 108–78, 108–286, 108–302, 109–53, 109–169, 109–283, 110–138, 112–41, 112–42, and 112–43.

   [] (ii) Alternate I [Reserved].

   [] (iii) Alternate II (DEC 2022) of 52.225–3.

   [] (iv) Alternate III (FEB 2024) of 52.225–3.

   [] (v) Alternate IV (OCT 2022) of 52.225–3.

[] (50) 52.225–5, Trade Agreements (NOV 2023) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

[X] (51) 52.225–13, Restrictions on Certain Foreign Purchases (FEB 2021) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[] (52) 52.225–26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

[] (53) 52.226–4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[] (54) 52.226–5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[X] (55) 52.226–8, Encouraging Contractor Policies to Ban Text Messaging While Driving (MAY 2024) (E.O. 13513).

[] (56) 52.229–12, Tax on Certain Foreign Procurements (FEB 2021).

[] (57) 52.232–29, Terms for Financing of Purchases of Commercial Products and Commercial Services (NOV 2021) (41 U.S.C.4505, 10 U.S.C. 3805).

[] (58) 52.232–30, Installment Payments for Commercial Products and Commercial Services (NOV 2021) (41 U.S.C. 4505, 10 U.S.C. 3805).

[X] (59) 52.232–33, Payment by Electronic Funds Transfer—System for Award Management (OCT 2018) (31 U.S.C. 3332).

[] (60) 52.232–34, Payment by Electronic Funds Transfer–Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[] (61) 52.232–36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[] (62) 52.239–1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[] (63) 52.242–5, Payments to Small Business Subcontractors (JAN 2017)(15 U.S.C. 637(d)(13)).

[] (64)(i) 52.247–64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631).

[] (ii) Alternate I (APR 2003) of 52.247–64.

[] (iii) Alternate II (NOV 2021) of 52.247–64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:
[Contracting Officer check as appropriate.]

[] (1) 52.222-41, Service Contract Labor Standards (AUG 2018) (41 U.S.C. chapter 67).

[] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[] (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards—Price Adjustment (Multiple Year and Option Contracts) (AUG 2018) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[] (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards—Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[] (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment—Requirements (MAY 2014) (41 U.S.C. Chapter 67).

[] (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services -- Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022)

[] (8) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706)

[] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (JUN 2020) (42 U.S.C. 1792).

(d) Comptroller General Examination of Record The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, as defined in FAR 2.101, on the date of award of this contract, and does not contain the clause at 52.215-2, Audit and Records-- Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (e)(1) in a subcontract for commercial products and commercial services. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

(ii) 52.203-17, Contractor Employee Whistleblower Rights (NOV 2023) (41 U.S.C. 4712).

(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113–235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iv) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (DEC 2023) (Section 1634 of Pub. L. 115-91).

(v) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115–232).

(vi) 52.204-27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117-328).

(vii)(A) 52.204-30, Federal Acquisition Supply Chain Security Act Orders-Prohibition. (DEC 2023) (Pub. L. 115–390, title II).

(B) Alternate I (DEC 2023) of 52.204-30.

(viii) 52.219-8, Utilization of Small Business Concerns (SEP 2023) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of subcontract award, the subcontractor must include 52.219–8 in lower tier subcontracts that offer subcontracting opportunities.

(ix) 52.222-21, Prohibition of Segregated Facilities (APR 2015)

(x) 52.222-26, Equal Opportunity (SEP 2016) (E.O. 11246).

(xi) 52.222-35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

(xii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

(xiii) 52.222-37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212)

(xiv) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xv) 52.222-41, Service Contract Labor Standards (AUG 2018) (41 U.S.C. chapter 67).

(xvi) [X] (A) 52.222-50, Combating Trafficking in Persons (NOV 2021) (22 U.S.C. chapter 78 and E.O. 13627).

[] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xvii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment—Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xviii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services—Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xix) 52.222-54, Employment Eligibility Verification (MAY 2022).

(xx) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022).

(xxi) 52.222-62 Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706).

(xxii) (A) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

(B) Alternate I (JAN 2017) of 52.224-3.

(xxiii) 52.225-26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

(xxiv) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (JUN 2020) (42 U.S.C. 1792).

(xxv) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C. 3903 and 10 U.S.C. 3801). Flow down required in accordance with paragraph (c) of 52.232-40.

(xxvi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial products and commercial services a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

## II.8 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (NOV 2020)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any *Department of Homeland Security Acquisition Regulation (HSAR)* (48 CFR *30*) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

## II.9 3052.212-70 CONTRACT TERMS AND CONDITIONS APPLICABLE TO DHS ACQUISITION OF COMMERCIAL ITEMS (JUL 2023)

The Contractor agrees to comply with any provision or clause that is incorporated herein by reference to implement agency policy applicable to acquisition of commercial items or components. The provision or clause in effect based on the applicable regulation cited on the date the solicitation is issued applies unless otherwise stated herein. The following provisions and clauses are incorporated by reference:

[The Contracting Officer should either check the provisions and clauses that apply or delete the provisions and clauses that do not apply from the list. The Contracting Officer may add the date of the provision or clause if desired for clarity.]

(a)     Provisions.

[ ] 3052.216-70 Evaluation of Offers Subject to An Economic Price Adjustment Clause.

[ ] 3052.219-72 Evaluation of Prime Contractor Participation in the DHS Mentor Protégé Program.

[ ] 3052.247-70 F.o.B. Origin Information.

[ ] Alternate I

[ ] Alternate II

[ ] 3052.247-71 F.o.B. Origin Only.

[X ] 3052.247-72 F.o.B. Destination Only.

(b)     Clauses.

[] 3052.203-70 Instructions for Contractor Disclosure of Violations.

[] 3052.204-71 Contractor Employee Access.

[] Alternate I

[] Alternate II

[] 3052.204-72 Safeguarding of Controlled Unclassified Information.

[] Alternate I

[] 3052.204-73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents.

[X] 3052.205-70 Advertisement, Publicizing Awards, and Releases.

[ ] Alternate I

[ ] 3052.209-72 Organizational Conflicts of Interest.

[ ] 3052.209-73 Limitation on Future Contracting.

[ ] 3052.215-70 Key Personnel or Facilities.

[ ] 3052.216-71 Determination of Award Fee.

[ ] 3052.216-72 Performance Evaluation Plan.

[ ] 3052.216-73 Distribution of Award Fee.

[ ] 3052.219-71 DHS Mentor Protégé Program.

[ ] 3052.228-70 Insurance.

[ ] 3052.236-70 Special Provisions for Work at Operating Airports.

[] 3052.242-72 Contracting Officer's Representative.

(End of clause)

## II.10 52.204-23 - PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB COVERED ENTITIES (DEVIATION 20-05)(JUL 2024)

(a) Definitions. As used in this clause --

"*Kaspersky Lab covered article* means any hardware, software, or service that –

(1) Is developed or provided by a Kaspersky Lab covered entity;

(2) Includes any hardware, software, or service developed or provided in whole or in part by a Kaspersky Lab covered entity; or

(3) Contains components using any hardware or software developed in whole or in part by a Kaspersky Lab covered entity.

"*Kaspersky Lab Covered entity*" means --

(1) Kaspersky Lab;

(2) Any successor entity to Kaspersky Lab, including any change in name, e.g., "Kaspersky";

(3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or

(4) Any entity of which Kaspersky Lab has a majority ownership.

(b) *Prohibition.* Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91) prohibits Government use of any Kaspersky Lab covered article. The Contractor is prohibited from --

(1) Providing any Kaspersky Lab covered article that the Government will use on or after October 1, 2018; and

(2) Using any Kaspersky Lab covered article on or after October 1, 2018, in the development of data or deliverables first produced in the performance of the contract.

(c) *Reporting requirement*.

(1) In the event the Contractor identifies covered article provided to the Government during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report, in writing, via email, to the Contracting Officer, Contracting Officer's Representative, and the Enterprise Security Operations Center (SOC) at NDAA Incidents@hq.dhs.gov , with required information in the body of the email. In the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Enterprise SOC, Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) and Contracting Officer's Representative(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (c)(1) of this clause:

(i) Within 3 business days from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; brand; model number (Original Equipment Manufacturer (OEM) number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the report pursuant to paragraph (c)(1) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of a Kaspersky Lab covered article, any reasons that led to the use or submission of the Kaspersky Lab covered article, and any additional efforts that will be incorporated to prevent future use or submission of Kaspersky Lab covered articles.

(c) *Subcontracts*. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts, including subcontracts for the acquisition of commercial items.

(End of clause)

## II.11 CONTRACT TYPE (OCT 2008)

This is a firm-fixed price purchase order.

[End of Clause]

## II.12 MINIMUM SALIENT CHARACTERISTICS (MAR 2003)

All products to be delivered under the resulting contract shall comply with the salient, physical, functional, or other characteristics set forth below which have been determined to be essential to the needs of the Government.  These characteristics shall be used by the Government to determine that the offered products are equal in all material respects to the products listed in Section B.

CLIN 0001:

Brand Name Specified:
Model Number Specified:
Minimum essential characteristics:

CLIN 0002:

Brand Name Specified:
Model Number Specified:
Minimum essential characteristics:

CLIN 0003:

Brand Name Specified:
Model Number Specified:
Minimum essential characteristics:

[End of Clause]

## II.13 SPECIFICATIONS, STATEMENT OF WORK, STATEMENT OF OBJECTIVES OR PERFORMANCE WORK STATEMENT ATTACHED (JUN 2013)

The Specifications, Statement of Work, Statement of Objectives or Performance Work Statement which describe the work to be performed hereunder, although attached, is incorporated and made a part of this document with the same force and effect of "specifications" as described in the clause, Order of Precedence, FAR 52.215-8 incorporated herein by reference.

[End of Clause]

## II.14 TERM OF CONTRACT (MARCH 2003)

The term of this contract is 150 days after receipt of orders.

[End of Clause]

## II.15 CONTRACTING OFFICER'S AUTHORITY (MAR 2003)

The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract. In the event the Contractor effects any changes at the direction of any person other than the Contracting Officer, the changes will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in costs incurred as a result thereof. The Contracting Officer shall be the only individual authorized to accept nonconforming work, waive any requirement of the contract, or to modify any term or condition of the contract. The Contracting Officer is the only individual who can legally obligate Government funds. No cost chargeable to the proposed contract can be incurred before receipt of a fully executed contract or specific authorization from the Contracting Officer.

[End of Clause]

## II.16 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS - INVOICE PROCESSING PLATFORM (IPP) (AUG 2022)

Beginning April 11, 2016, payment requests for all new awards must be submitted electronically through the U.S. Department of the Treasury's Invoice Processing Platform System (IPP).

"*Payment request*" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in FAR 32.905(b), "Payment documentation and process" and the applicable Prompt Payment clause included in this contract. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice [*CO to edit and include the documentation required under this contract*]*:*

Detailed invoice per contract line items

The IPP was designed and developed for Contractors to enroll, access and use IPP for submitting requests for payment. Contractor assistance with enrollment can be obtained by contacting IPPCustomerSupport@fms.treas.gov or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the contracting officer.

(End of Supplementary Terms and Conditions)

## II.17 GOVERNMENT CONSENT OF PUBLICATION/ENDORSEMENT (MAR 2003)

Under no circumstances shall the Contractor, or anyone acting on behalf of the Contractor, refer to the supplies, services, or equipment furnished pursuant to the provisions of this contract in any news release or commercial advertising without first obtaining explicit written consent to do so from the Contracting Officer

The Contractor agrees not to refer to awards in commercial advertising in such a manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

[End of Clause]

## II.18 CONTRACT SERVICES NOT REQUIRING A BACKGROUND INVESTIGATION (MAY 2022)

**Pre-screening security requirement**

Contractors and subcontractors entering a CBP-controlled facility are required to complete requisite pre-screening security checks and are subject to a criminal history and limited background check utilizing the National Crime Information Center (NCIC) system.  This request is to be submitted at least 72 hours prior to the date and time where access is required on OMB Form Control No. 3206-0277.  Email requests to SMDSECURITYSERVICESBRANCH@cbp.dhs.gov or fax to the Office of Professional Responsibility, ATTN: Security Management Division at **202-344-1860**.

All contractors and subcontractors must be sponsored by a CBP employee or contractor who are in possession of a valid Personal Identity Verification (PIV) card.  Contractors and subcontractors who have not been issued a PIV card must be continually escorted upon entering a CBP-controlled facility.  CBP's Chief Security Officer (CSO), or their designated official, may deny, revoke, or refuse entry to any individual into CBP's facilities when it has been determined they pose a security or safety risk to personnel or property.

*Definitions*

*Escorted Access* –A limited form of access that requires an authorized individual to accompany a visitor while physically located in a CBP-controlled facility.

*National Crime Information Center (NCIC)* – A computerized index of criminal justice information that is available 24 hours a day to assist in the prompt disclosure of criminal justice and related law enforcement issues to authorized agencies.

*Screening* – Access eligibility verification which includes, but is not limited to, criminal history checks, foreign visitor screening, and physical body/baggage scanning (e.g., NCIC, magnetometer and x-ray scans).

*Sponsor* – A CBP authorized individual to accompany a visitor while inside a CBP-controlled facility.

*Visitor* – Any individual sponsored for physical access to a CBP-controlled facility who does not have unaccompanied facility access approved by CBP and requires an escort while in a CBP-controlled facility. This includes contractors or subcontractors that have not completed any contractual background investigation requirements.

(End of Supplementary Term and Condition)

## II.19 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):  www.acquisition.gov . *[Insert one or more Internet addresses]*

(End of clause)

**STATEMENT OF NEED (SON)**
**U.S. Border Patrol (OBP)**
**Special Operations Group (SOG)**
**Border Patrol Tactical Unit (BORTAC)**
**FLIR High Performance Inline Sniper Scope (HISS-HD)**
**High Definition**

## 1. General Information

### 1.1 Introduction

This Statement of Need defines the requirements of the Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP) in acquiring a modern, thermal weapon sight for use by the U.S. Border Patrol Tactical Unit (BORTAC). BORTAC is under the command of the U.S. Border Patrol Special Operations Group (SOG).

### 1.2 Background

U.S. Border Patrol Tactical Unit (BORTAC) is the U.S. Border Patrol's tactical unit, capable of responding to high risk/high threat law enforcement/national security situations, which require special tactics and techniques.  One of the critical supporting elements within the BORTAC special operations contingent is the Precision Marksman / Observer (PM/O). BORTAC PM/Os are utilized for intelligence gathering, surveillance, providing lethal cover and over-watch for assault elements and for patrol elements, and when necessary, provide long range, precision fires on hostile threats. The evolving BORTAC PM/O mission encompasses a much wider and rigorous range of operational requirements than that of the traditional police marksman/SWAT sniper. Included in these operational requirements is the capability to provide precision fires in low light and hours of darkness.

To address low light optical performance requirements outside the range of the current issue PVS-27 MUNS, a long-range thermal weapon sight is required. Modern thermal imaging optics are largely unaffected by total darkness, fog, dust, etc. These factors severely degrade the performance of an image intensified device such as the PVS-27 MUNS. A compatible thermal imaging device must be secured to ensure operational effectiveness under these specific operational conditions.

The device is to be utilized in conjunction with the current 18x /24x day scope or spotting scope. It is not intended as a standalone device.

### 1.3 Scope of Work

Procure one (1) FLIR HISS-HD thermal weapon sight with all features identified below.

## 2. Nature of Project

BORTAC end users have identified the desirable attributes as well as deficiencies which aid BORTAC in generating requirements for this procurement effort of a thermal, weapon mounted sight. The FLIR HISS-HD has been identified by end users as being the best technically acceptable.

This procurement effort has been approved for funding of this specific device.

## 3. Requirements

**3.1.** The following requirements must be met on an existing, readily available, standard line item. Vendors will not be permitted to custom spec these requirements. Requirements as follows:

**3.1.1.** Provide/deliver immediate purchase of 1 FLIR-HD weapon mounted thermal sight.

**3.1.2.** The device must mount on any MIL-STD-1913 Picatinny rail via quick detach lever.

**3.1.3.** Device must operate have a non-reflective finish.

**3.1.4.** To maintain continuity of battery inventory, the device must be powered by CR123 and/or 2590/5590 batteries.

**3.1.5.** The device must be capable of "hot swapping" batteries.

**3.1.6.** The device must be designed to be used in conjunction with long range, sniper type optics.

**3.1.7.** Device must have internal Point of Aim/Point of Impact (POA/POI) Adjustments.

**3.1.8.** Device must function as intended at extreme temperatures.

**3.1.9.** Device must have a user adjustable control which can be manipulated with gloves.

**3.1.10.** Device must have a tethered remote control which allows end user full function control.

**3.1.11.** Device must have inboard recording capability (DVR) image and video.

**3.1.12.** The device must be capable of routing video to remote location/monitor via USB-C.

**3.1.13.** The device must be capable of automatic adjustments (gain, focus, level).

**3.1.14.** Device must of "inline" design where the center of the ocular lens is in direct alignment with the center of the objective lens.

**3.1.15.** Device must be equipped with durable lens covers for both ocular and objective lenses.

**3.1.15.1.** The thermal detector must be "cooled" in the Mid-Wave Infra-Red (MWIR)Spectral Band (for optimal image quality).
**3.1.16.** Device must have a military Ingress Protection rating.
**3.1.17.** Device display must include a "no reticle" option.
**3.1.18.** Device must have digital/EZoom zoom for observation mode with spotting scope use.
**3.1.19.** Device must be no greater than 10.6" in length.
**3.1.20.** Device must weigh no more than 4.6 lbs. with batteries.
**3.1.21.** Device must be sufficiently rugged for field use and must be able to withstand continued recoil impulse of .338 Lapua Magnum weapons.
**3.1.22.** Device display must have color palette options.
**3.1.23.** Device must allow user to select level of symbology displayed.
**3.1.24.** Each device is to be equipped with the following accessories:
  - ➢ A padded carrying pouch (MOLLE Compatible preferred)
  - ➢ 2590/5590 power cable
  - ➢ Lens Paper
  - ➢ Operators' manual
  - ➢ Hard case (Pelican Type)
**3.1.25.** Contract awardee should be willing to provide on-site familiarization training at SOG HQ (if requested) to end users.
**3.1.26.** Device must be compatible for inline use with spotting scope.

**3.2** Additional Information

**3.2.1** Manufacturer production or availability notwithstanding, vendor will be required to deliver the full order as specified within 90 days of receiving order.
**3.2.2** Vendors are encouraged to discuss exact requirements with (A) Watch Commander Bryon Hobson or during normal business hours.
**3.2.3** Bidders must be a current and bona fide customer in good standing having sufficient credit with the manufacturer of the product (if applicable). No third-party vendors.

## 4  Description of Tasks and Deliverables

**4.1.1** Vendor will provide one (1) FLIR HISS-HD thermal weapon sight with the supporting items identified above (3.1.25)
**4.1.2** Vendor information –
  **4.1.2.1** Vendor will provide written manufacturer's warranty policy.
  **4.1.2.2** Vendor will provide written manufacturer's product return policy and procedures.

**4.1.3** Manufacturer must be well established and capable of addressing technical issues, and capable of shipping replacement parts within a reasonable timeframe.

**4.1.4** Final assembly/manufacture of devices must be domestic (United States), Berry Compliant.

**4.1.5** Manufacturer must be able to provide product/technical support to end user operating OCONUS (outside continental United States) or anywhere within the continental United States.

**4.1.6** Bidders must be a current and bona fide customer in good standing having sufficient credit with the manufacturer of the product (if applicable). No third-party vendors.

## 5 General Requirements

Vendor will be required to directly consult with SOG/BORTAC to address any additional logistical issues or other needed prior to acceptance or delivery.

### 5.1 <u>Disclosure of Information</u>

**5.1.2** Any information made available to the contractor by the government, or its customers shall be used solely for the purpose of carrying out the provisions of this contract. This information shall not be divulged or made known in any manner to any persons except as may be necessary in the performance of the contract.

**5.1.3** In the performance of this contract, the contractor assumes responsibility for the protection of the confidentiality of government records.

**5.1.4** The contractor will adhere to the requirements found in Part 24 of the Federal Acquisition Regulation, Protection of Privacy and Freedom of Information Act.

### 5.2 <u>Government Technical Contacts</u>

**5.2.1.** Technical points of contact for this purchase will be made available to the winning bidder at the time of award.

**5.2.2.** All Contract administration matters will be handled by the assigned Contract Officer.

### 5.3. <u>Point of Contact</u>

Pamela Ellis
[pamela.a.ellis@cbp](mailto:pamela.a.ellis@cbp).dhs.gov

## Government Furnished Property

Not applicable for this purchase

### 5.4.  Procedures for Payment

Payment procedures and information will be issued as part of the award document.

## 6.    Support Information

### 6.1.  Place of Performance

Thermal device will be delivered to:

Special Operations Group
Border Patrol Tactical Unit (BORTAC)
Bldg.11169, SSG Sims St.
Biggs Army Airfield
El Paso, Texas 79916
Attention: Bryon Hobson (915) 479-3375.

### 6.2   Period of Performance shall be 150 days.