# UNITED STATES COURT OF FEDERAL CLAIMS

SHIMON MAIMON,

  Plaintiffs,

    v.

THE UNITED STATES,

  Defendant.

No. 24-cv-1832 C

Chief Judge Matthew H. Solomson

## APPENDIX TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

# Exhibit 1

DA0001



US007687871B2

## (12) United States Patent
### Maimon

(10) **Patent No.:**    **US 7,687,871 B2**
(45) **Date of Patent:**    **Mar. 30, 2010**

(54) **REDUCED DARK CURRENT PHOTODETECTOR**

(76) Inventor: **Shimon Maimon**, 42 Chateau Sq., Rochester, NY (US) 14618

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 549 days.

(21) Appl. No.: **11/276,962**

(22) Filed: **Mar. 19, 2006**

(65) **Prior Publication Data**

US 2007/0215900 A1    Sep. 20, 2007

(51) **Int. Cl.**
*H01L 31/102*    (2006.01)
(52) **U.S. Cl.** ................ **257/441**; 257/189; 257/E31.018
(58) **Field of Classification Search** ................ 257/189, 257/441, E31.018–E31.019, E31.021
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,679,063 A | | 7/1987 | White |
| 4,682,196 A | * | 7/1987 | Sakai et al. ................. 257/458 |
| 4,731,640 A | * | 3/1988 | Bluzer ........................ 257/291 |
| 6,380,604 B1 | * | 4/2002 | Shima ........................ 257/466 |
| 2002/0070389 A1 | * | 6/2002 | Song .......................... 257/194 |
| 2006/0108528 A1 | * | 5/2006 | Qiu .......................... 250/338.4 |
| 2006/0267007 A1 | * | 11/2006 | Salzman et al. ............... 257/46 |

FOREIGN PATENT DOCUMENTS

WO    WO 2005004243 A1 *    1/2005

OTHER PUBLICATIONS

Landau et al. Quantum Mechanics, Butterworth-Heinemann; 3 edition (Jan. 1, 1981),ISBN-13: 978-0750635394.*
Chen et al. Semicond. Sci. Technol. 5 (1990) S100-S102.*
Maimon and Wicks, Abstract Book of 11th International Conference on Narrow Gap Semiconductors, Jun. 2003, Buffalo, N.Y.

* cited by examiner

*Primary Examiner*—Allan R Wilson
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized.

**17 Claims, 3 Drawing Sheets**



DA0002



Fig. 1A



Fig. 1B

DA0003



Fig. 1C



Fig. 2A



Fig. 2B



Fig. 3A



Fig. 3B

DA0004

U.S. Patent    Mar. 30, 2010    Sheet 3 of 3    US 7,687,871 B2



**Fig. 4**

1000 — Provide Substrate

1010 — Deposit Photo Absorbing Layer on Substrate

1020 — Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers

1030 — Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling

1040 — Deposit Contact Layer, Preferably Directly on Barrier Layer

1050 — Define Contact Areas, Preferably by Selective Etching

1060 — Deposit Metal Layer on Contact Areas

1070 — Deposit Metal Layer on Substrate

DA0005

US 7,687,871 B2

**1**

## REDUCED DARK CURRENT PHOTODETECTOR

### BACKGROUND OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and in particular in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q \frac{n_i}{\tau_{SRH}} W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{srh}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low

**2**

doped material (~$10^{16}$ cm$^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i$~exp($-E_g/2kT$)), because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx q p_n \times \frac{1}{\tau_{diff}} \times L = q \frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of ~1-2·$10^{16}$ cm$^{-3}$ is in the range of ~0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is $E_g$, ($n_i^2$~exp($-E_g/kT$)) as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

There is thus a long felt need for a photo-detector having reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K.

### SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present invention to overcome the disadvantages of prior art photo-detectors, and in particular mid wavelength infra-red detectors. This is provided in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is

DA0006

US 7,687,871 B2

3 4

such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

The invention provides for a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

In one embodiment the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment the photo absorbing layer and the contact area are constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb. In another embodiment the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer

is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

The invention independently provides for a photo-detector comprising: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

The invention independently provides for a method of producing a photo-detector, the method comprising: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer

US 7,687,871 B2

5

to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

Additional features and advantages of the invention will become apparent from the following drawings and description.

BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer,

6

preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer 30, a barrier layer 40, a contact layer 50, a metal layer 60 and a metal layer 65. Substrate 20 is provided as a base for deposition and has deposited on one face metal layer 60 for connection to electronic circuitry. In an exemplary embodiment metal layer 60 is constituted of gold. Photo absorbing layer 30 is deposited on the second face of substrate 20 opposing the first face. Photo absorbing layer 30 comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer 30 is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer 30 comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer 40 is deposited directly on photo absorbing layer 30 without requiring passivation. Barrier layer 40 is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30

US 7,687,871 B2

7

to contact layer 50, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer 40 comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer 40 is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer 30 to contact layer 50. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer 50 is deposited on barrier layer 40. Contact layer 50 functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer 50 is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer 50 may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer 50 may be constituted of the same material as photo absorbing layer 30. Contact layer 50 is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer 40 or absorbing layer 30 is not required. Metal layer 65 is deposited on contact layer 50, and in an exemplary embodiment is constituted of gold. Metal layers 60, 65 enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer 30 to contact layer 50.

FIG. 1B illustrates a side view of a multi-pixel photodetector 100 according to an embodiment of the principle of the invention comprising substrate 20, photo absorbing layer 30, barrier layer 40, a first and second contact area 110, a metal layer 6 and a metal layer 65. Substrate 20 is provided as a base for deposition and has deposited on one face metal layer 60 for connection to electronic circuitry. In an exemplary embodiment metal layer 60 is constituted of gold. Photo absorbing layer 30 is deposited on the second face of substrate 20 opposing the first face. Photo absorbing layer 30 comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer 30 is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer 30 comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer 40 is deposited directly on photo absorbing layer 30 without requiring passivation. Barrier layer 40 is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area 110, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer 40 comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer 40 is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer 30 to first and second

8

contact area 110. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer 50 as described above in relation to FIG. 1A is deposited on barrier layer 40. Contact layer 50, which as will be described further is etched to define first and second contact area 110, functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer 50 is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer 50 may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer 50 may be constituted of the same material as photo absorbing layer 30. Contact layer 50 is etched, preferably by photolithography, to define first and second contact area 110. Advantageously etching of barrier layer 40 or absorbing layer 30 is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer 40. Metal layer 65 is deposited on each of first and second contact area 110, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

FIG. 1C illustrates a top level view of multi-pixel photodetector 100 of FIG. 1B according to a principle of the invention showing barrier layer 40, first and second contact area 110 and metal layer 65 defined on each of first and second contact area 110.

FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area 100 represents the energy band levels within photo absorbing layer 30, area 110 represents the energy band levels within barrier layer 40 and area 120 represent the energy band levels within contact layer 50.

The valence band energy level is substantially constant throughout areas 100, 110 and 120, and thus minority carriers are not obstructed from flowing from photo absorbing area 100 to contact area 120. It is to be noted that due to the energy levels the minority carriers are captured in contact area 120. Barrier layer 40, represented by area 110, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer 40 is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area 120 shows energy band levels on a par with that of area 100 however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area 120 is slightly higher than their values in photo absorbing area 100 with the increase being attributed to an

DA0009

US 7,687,871 B2

9

increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped

10

and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the

DA0010

US 7,687,871 B2

11

optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

I claim:

1. A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated

12

conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valence band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

2. A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of one of InAs, InAsSb, InGaAs, Type II super lattice InAs/InGaSb and HgCdTe.

3. A according to claim 2, wherein said contact layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

4. A photo-detector according to claim 3, wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions.

5. The photo-detector according to claim 1, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

6. The photo-detector according to claim 1,

wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

7. The photo-detector of claim 1 wherein the contact layer forms a mesa on the barrier layer such that the second side of said barrier layer laterally extends beyond the contact layer thereby passivating the photo-detector during operation by preventing majority carriers from flowing to exposed surfaces of said barrier layer.

8. The photo-detector of claim 1, wherein the contact and photo-absorbing layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

9. A photo-detector, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer,

wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact area and substantially block the flow of

DA0011

US 7,687,871 B2

13

thermalized majority carriers between said photo absorbing layer and said contact area,

wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the plural individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

10. A photo-detector comprising:

a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that said barrier layer forms a valence energy band offset between the photo absorbing layer and the contact layer,

wherein said barrier layer thickness and said valence energy band gap are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and to substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer,

wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the plural individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

11. The photo-detector according to claim 10, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

12. A photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy,

a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer,

wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and

14

substantially block the flow of majority carriers between the first layer and the second layer,

wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the plural individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

13. A photo-detector with a reduced dark current, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers

wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer.

14. The photo-detector of claim 13, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

15. A photo-detector—with a reduced dark current, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer comprising a semiconductor with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers, and

further wherein the second layer forms a mesa on the continuous barrier layer such that the first side of said barrier layer laterally extends beyond the mesa, thereby passivating the photo-detector by preventing majority carriers from reaching exposed portions of the barrier layer.

16. The photo-detector of claim 15, wherein the barrier layer is an undoped semiconductor which prevents majority carrier lateral conduction within said barrier layer.

17. The photo-detector of claim 15, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

* * * * *

DA0012

# Exhibit 2

DA0013

# Infrared Detectors

## A. Rogalski

**Electrocomponent Science Monographs**

**Gordon and Breach Science Publishers**

DA0014

# INFRARED DETECTORS

A. ROGALSKI

*Military University of Technology*
*Warsaw, Poland*

GORDON AND BREACH SCIENCE PUBLISHERS
Australia • Canada • France • Germany • India • Japan • Luxembourg
Malaysia • The Netherlands • Russia • Singapore • Switzerland

LIBRARY U.S. NAVAL ACADEMY

DA0015

Copyright © 2000 OPA (Overseas Publishers Association) N.V. Published by license under the Gordon and Breach Science Publishers imprint.

All rights reserved.

No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, without permission in writing from the publisher. Printed in Singapore.

*TA*
*1570*
*. R64*
*2000*

Amsteldijk 166
1st Floor
1079 LH Amsterdam
The Netherlands

---

**British Library Cataloguing in Publication Data**

Rogalski, Antoni
 Infrared detectors. – (Electrocomponent science monographs; 10)
 1. Infrared detectors
 I. Title
 621.3′62

ISBN: 90-5699-203-1
ISSN: 0275-7230

LIBRARY U.S. NAVAL ACADEMY

DA0016

# 1. INFRARED DETECTOR CHARACTERIZATION

## 1.1. Historical background

The history of infrared (IR) detector development follows the initial discovery of infrared radiation by Herschel in 1800, using thermometers.[1] The thermometer was the first of a trio of detectors that were to dominate the infrared detector field until World War I.[2,3] In 1821, Seebeck discovered the thermoelectric effect and soon thereafter demonstrated the first thermocouple. In 1829, Nobili constructed the first thermopile by connecting a number of thermocouples in a series. Macedonio Melloni helped him modify the design of series-connected thermocouples in 1833.[4,5] The third member of the trio, Langley's bolometer, appeared in 1881.[3,6] Langley was able to make bolometers that were more sensitive than the thermocouples available at that time. The photoconductive effect was discovered by Smith in 1873 when he experimented with selenium as an insulator for submarine cables.[7] This discovery provided a fertile field of investigation for several decades, though most of the effort was of doubtful quality. By 1927, over 1500 articles and 100 patents had been listed on photosensitive selenium.[8] Work on the infrared photovoltaic effect in naturally-occurring lead sulfide or galena was announced by Bose in 1904,[9] however, this effect was not used in a radiation detector for the next several decades.

The first infrared photoconductor of high responsivity was developed by Case in 1917. He discovered that a substance composed of thallium and sulfur exhibited photoconductivity.[10] Later he found that the addition of oxygen greatly enhanced the response.[11] However, instability of resistance in the presence of light or polarizing voltage, loss of responsivity due to over-exposure to light, high noise, sluggish response and lack of reproducibility seemed to be inherent weaknesses. Since about 1930 the development of IR technology has been dominated by the photon detectors. In about 1930, the appearance of the Cs-O-Ag phototube, with more stable characteristics, to a great extent discouraged further development of photoconductive cells until about 1940.

At that time, interest in improved detectors began in Germany.[3,12] In 1933 Kutzscher at the University of Berlin, discovered that lead sulfide (from natural galena found in Sardina) was photoconductive and had response to about 3 μm. This work was, of course, done under great secrecy and the results were not generally known until after 1945. Lead sulfide was the first practical infrared detector deployed in a variety of applications during the war. In 1941, Cashman improved the technology of thallous sulfide detectors, which led to successful production.[13] Cashman, after success with thallous sulfide detectors, concentrated his efforts on lead sulfide and after World War II found that other semiconductors of the lead salt family (PbSe and PbTe) showed promise as infrared detectors.[13] Lead sulfide photoconductors were brought to the manufacturing stage of development in Germany in about 1943. They were first

3

DA0017

4                                   Infrared Detectors



**Figure 1.1**    Development milestones in IR imaging device technology (after Ref. 15).

produced in the United States at Northwestern University in 1944 and, in 1945, at the Admiralty Research Laboratory in England.[14]

The years during World War II saw the origins of modern infrared detector technology. Recent success in applying infrared technology to remote sensing problems has been made possible by the successful development of high-performance infrared detectors over the last five decades. Many materials have been investigated in the infrared field. The dates given in Figure 1.1 show the chronology of significant development efforts on the materials mentioned. Spectral detectivity curves for a number of commercially available infrared detectors are shown in Figure 1.2. Interest has centered mainly on the wavelengths of the two atmospheric windows from 3–5 μm and 8–14 μm, though in recent years there has been increasing interest in longer wavelengths stimulated by space applications. The spectral character of the background is influenced by the transmission of the atmosphere (see Figure 1.3) which controls the spectral ranges of the infrared for which the detector may be used when operating in the atmosphere.

During the 1950s infrared detectors were built using single-element-cooled lead salt detectors, primarily for anti-air-missile seekers. Usually lead salt detectors were polycrystalline and were produced by vacuum evaporation and chemical deposition from a solution, followed by a post-growth sensitization process. The preparation process of lead salt photoconductive detectors was usually not well

DA0018



**Figure 1.2** Comparison of the $D^*$ of various commercially available infrared detectors when operated at the indicated temperature. Chopping frequency is 1000 Hz for all detectors except the thermopile (10 Hz), thermocouple (10 Hz), thermistor bolometer (10 Hz), Golay cell (10 Hz) and pyroelectric detector (10 Hz). Each detector is assumed to view a hemispherical surround at a temperature of 300 K. Theoretical curves for the background-limited $D^*$ for ideal photovoltaic and photoconductive detectors and thermal detectors are also shown.

DA0019

6                              Infrared Detectors



**Figure 1.3**    Transmission of the atmosphere for a 6000 ft horizontal path at sea level containing 17 mm of precipitable water (after Ref. 16).

understood and reproducibility could only be achieved after following well-tried recipes. The first extrinsic photoconductive detectors were reported in the early 1950s[17] after the discovery of the transistor, which stimulated a considerable improvement in the growth and material purification techniques. Since the techniques for controlled impurity introduction became available for germanium at an earlier date, the first high performance extrinsic detectors were based on the use of germanium. Extrinsic photoconductive response from coper, zinc, and gold impurity levels in germanium made devices possible in the 8–14 μm long wavelength spectral window (LWIR) and beyond to the 14–30 μm very long wavelength region (VLWIR). The extrinsic photoconductors were widely used at wavelengths beyond 10 μm, prior to the development of the intrinsic detectors. They must be operated at lower temperatures to achieve performance similar to that of intrinsic detectors, and a sacrifice in quantum efficiency is required to avoid impractically thick detectors.

At the same time, rapid advances were being made in narrow bandgap semiconductors that would later prove useful in extending wavelength capabilities and improving sensitivity. The first such material was InSb, a member of the newly discovered III–V compound semiconductor family. The interest in InSb stemmed not only from its small energy gap, but also from the fact that it could be prepared in single crystal form using a conventional technique. The end of the 1950s saw the introduction of semiconductor alloys in III–V, IV–VI, and II–VI material systems. These alloys allowed the bandgap of the semiconductor and hence the spectral response of the detector to be custom tailored for specific applications. In 1959, research by Lawson and co-workers[18] triggered develop-

DA0020

ment of variable bandgap $Hg_{1-x}Cd_xTe$ (HgCdTe) alloys, providing an unprecedented degree of freedom on infrared detector design. HgCdTe detectors are now at the center of a major industry with a world-wide turnover of billions of dollars.[19] HgCdTe is one of most thoroughly studied semiconductors outranked only by Si and GaAs.[20] HgCdTe has, however, the most serious technological problems of any semiconductor material in mass production. The difficulties with this material have made it desirable to examine other material systems to see whether performance can be improved.

As photolithography became available in the early 1960s, it was applied to make infrared detector arrays. Linear array technology was first applied to PbS, PbSe, and InSb detectors. The discovery in the early 1960s of extrinsic Hg-doped germanium[21] led to the first FLIR systems operating in the LWIR spectral window using linear arrays. Because the detection mechanism was based on an extrinsic excitation, it required a two-stage cooler to operate at 25 K. The cooling requirements of intrinsic narrow bandgap semiconductor detectors are much less stringent. Typically, to obtain the background-limited performance (BLIP), detectors for the 3–5 µm spectral region are operated at 200 K or less, while those for the 8–14 µm are typically operated at liquid nitrogen temperature. In the late 1960s and early 1970s, first-generation linear arrays (in which an electrical contact for each element of a multielement array is brought off the cryogenically-cooled focal plane to the outside, where there is one electronic channel at ambient temperature for each detector element) of intrinsic HgCdTe photoconductive detectors were developed. These allowed LWIR FLIR systems to operate with a single-stage cryoengine, making the systems much more compact, lighter, and requiring significantly less power consumption.

Note that for a period of a decade, from the late 1960s to the mid 1970s, because of production and storage problems, HgCdTe alloy detectors were in serious competition with IV–VI alloy devices (mainly PbSnTe) for developing photodiodes.[22,23] PbSnTe alloy seemed easier to prepare and appeared more stable. Development of PbSnTe photodiodes was discontinued because the chalcogenides suffered two significant drawbacks. The first was a high dielectric constant that resulted in high diode capacitance and therefore limited frequency response. For scanning systems under development at that time, this was a serious limitation. However, for staring imaging systems under development today using two-dimensional arrays, this would not be as significant an issue. The second drawback to IV–VI compounds was their very high thermal coefficients of expansion.[24] This limited their applicability in hybrid configurations with silicon multiplexers. Today, with the ability to grow these materials on alternative substrates such as silicon, this too would not be a fundamental limitation. The research group at the Swiss Federal Institute of Technology continue to pursue this technology and have made significant progress.[25]

In 1967 the first comprehensive extrinsic Si detector-oriented paper was published by Soref.[26] However, the state of extrinsic Si was not changed

The first intervalence-subband IR detector for the $3-5\,\mu m$ wavelength region was demonstrated with relatively high detectivity, $D^*(3\,\mu m) = 4 \times 10^{10}$ $cmHz^{1/2}/W^{-1}$.[64] As the Ge composition is increased, the peak photoresponse moves towards a shorter wavelength, in agreement with transmission coefficient data. The photoresponse shows several peaks, not observed in room temperature absorption spectra, which is connected with a different type of transition revealed under bias, when carriers can tunnel from the excited states through the barrier to reach the contact (except for carriers excited to continuum states).

Normal incidence hole intersubband QWIPs are also possible in pseudo-morphic GeSi/Si quantum wells. People $et\ al.$[169,170] have described the fabrication and performance characteristics of pseudomorphic $Si_{0.75}Ge_{0.25}/Si$ p-type QWIP on (001)Si substrate. The 40 Å $Si_{0.75}Ge_{0.25}$ QWs were boron doped by ion implantation of 2 keV and have carrier concentrations $\approx 4 \times 10^{18}\,cm^{-3}$. The 300 Å Si barriers layers were undoped. These devices show broadband response $(8-14\,\mu m)$ which is attributed to strain and quantum confinement induced mixing of heavy, light and split-off hole bands. The $200\,\mu m$ diameter devices show detectivities $3.3 \times 10^9\,cmHz^{1/2}W^{-1}$, responsivities 0.04 A/W and differential resistance $10^6\,\Omega$ at operating bias $-2.4$ V and $T = 77$ K with no cold shields (FOV $2\pi$, 300 K).

Strong intersubband IR optical absorption at normal incidence in $Si/Si_{1-x}Ge_x$ strained-layer MQWs is possible not only in p-type structures but also in n-type structures[56] which was first demonstrated for (110) $Si/Si_{1-x}Ge_x$ MQW samples with different Ge compositions, and doping concentrations, with the position of absorption peaks ranging from 4.9 to $5.8\,\mu m$.[58] It was earlier shown[56] that for [110] and [111] growth directions the normal absorption intersubband absorption coefficients in Si QWs of the order of $10^4\,cm^{-1}$ can be achieved in Si QWs doped up to $10^{19}\,cm^{-3}$, which is possible in MBE procedure.

The demonstration of the normal incidence of radiation on SiGe/Si super-lattices indicates the possible realization of infrared FPAs without the use of the grating couplers normally required for AlGaAs/GaAs intersubband detectors. Important advantage of SiGe/Si QWIP over competing II–VI and III–V materials in hybrid arrays is that its coefficient of thermal expansion is matched to underlying Si readout circuit; so the array size is not limited by stresses generated during cooling. The theoretically predicted performance of SiGe/Si QWIPs are also very encouraging.[56,171,172]

## 16.8.    Strained layer superlattice detectors

Infrared optical absorption in mid- and long-wavelength bands in III–V semiconductors for IR detector applications, as was earlier seen, can be effectively used through intersubband transitions. But it is also possible to realize favourable optical properties for long-wavelength detector applications in type II SLs as in this case long-wavelength valence-to conduction band optical transitions

DA0022

634                           Infrared Detectors



**Figure 16.34**    Schematic band diagram, envelope wave functions and optical trans-
itions between the ground states in type II SL. $E_{geff}$ is the band-gap of
the type II structure. $E_{g1}$ and $E_{g2}$ are the bandgaps of the alternate
semiconductor layers respectively.

(between the states in alternate layers due to overlap of the envelope wave
functions) may be strong enough to provide appreciable absorption coefficients
at normal incidence.[173-176] The band gaps in such structures occur between
electron states localized in one type of layer and hole state, localized in
remaining layers. Figure 16.34 presents a schematic band diagram of type II SL
and optical transitions between the ground states.

The intensity of the band edge optical transitions in type II SLs is determined
by exponentially decaying envelope wave function tails. The decay lengths in
this case increase with decreasing barrier heights and decreasing effective
masses of carriers. Appreciable absorption coefficients in type II SLs are
observed for decay wavefunction lengths of about barrier thickness; interband
absorption coefficient increases at layer thickness diminishing. At the same time
in type II SLs the photoexcited carrier relaxation times can be much longer
compared to bulk semiconductors with comparable bandgap due to occurrence
of excited carrier recombination through the indirect transitions in real space and
thus, such type II SLs can probably possess good performance characteristics.

In the case when the constituent materials are rather closely lattice matched it
is possible to design electronic type II SL or MQW band structure by controlling
only the layer thickness and the height of the barriers. But it is also possible to
grow high quality III–V type II strained-layer superlattice (SLS) devices with
reduced conduction-valence bandgap for IR detector applications, in which a

DA0023

Semiconductor Superlattice and Quantum Well Detectors     635

QW layer can be controlled on the atomic scale too, but with a significantly different lattice constant of the well material compared to the barrier material, which gives additional opportunities to design the electronic band structure by deformation potential effects,[25,26] as in the case of SiGe/Si MQWs. Strain can change the band gaps of the constituents and split the degeneracy of heavy- and light-hole bands in such a way that these changes and band splitting can lead not only to energy level reversals in the SL electronic band structure[25,26] but also to appreciable suppression of recombination rates of photoexcited carriers.[177] In such systems the conduction-valence band-gap can be made much smaller than that in any III–V alloy bulk crystals.[178]

There exist several systems to realize long wavelength IR absorption in type II SL structures suitable for IR detector applications. In the middle of 1970s investigations of InAs/GaSb SL near lattice-matched systems were performed as alternative to GaAs/AlAs SLs. At once type II band offset in this system was revealed[179] and the potential use of this system in IR photoelectronics was recognized. However the absorption coefficient data in InAs/GaSb SLs showed a very soft absorption edge and it was concluded that this material cannot be used as an efficient long-wavelength photodetector. The reason is the large valence band-offset in InAs/GaSb heterostructure equal to 0.51 eV resulting in the fact that the InAs conduction band minimum is 0.1 eV below the GaSb valence band maximum. In this case, as a result of quantum confinement effect, the wave function overlap and consequently the optical absorption in SLs, suitable for long IR wavelength region, is too small as for this region these SLs can only be realized in thick layer structures. To avoid these disadvantages strained-layer type II SLs made of $InAs_{1-x}Sb_x$/InSb were proposed as a new material system for IR detectors.[173] However, for typical layer thickness of 150 Å the degree of overlap wavefunctions of valence and conduction electrons is also small and thus the optical absorption is also small. Only for extremely thin layers the absorption coefficient becomes comparable with intrinsic bulk semiconductors. Such thin layer SLs, however, exhibit larger effective optical energy gaps due to the quantum size effect. Therefore, more recently, another material system has been developed namely an $InAs/Ga_{1-x}In_xSb$ one, having significant optical absorption at long wavelength region.[175] At present, only the last system is considered as a competitor for HgCdTe material systems in long IR detector applications.

### 16.8.1.   InAsSb/InSb *strained layer superlattice detectors*

The $InAs_{1-x}Sb_x$ ternary alloy has the lowest band-gap of all III–V semiconductors but this gap is not suitable ($\lambda_c \approx 9\,\mu m$) for operation in 8–14 $\mu m$ atmospheric window at 77 K (see Section 12.5). It was theoretically shown[173] that strain effects in InAsSb SLSs were sufficient to achieve wavelength cutoffs of 12 $\mu m$ at 77 K independent of the band offset which was unknown at that time. For InSb/InAsSb SLSs it results that InAsSb layers will be in biaxial

tension, while InSb layers will be in biaxial compression (at 300 K for InAs lattice constant $a_0 = 6.058$ Å and for InSb $a_0 = 6.479$ Å). The tensile strain in the small bandgap component of the SLSs, InAsSb, is the sum of expansive hydrostatic and compressive uniaxial strain components. The expansive hydrostatic strain lowers the energy of the conduction band, and the compressive uniaxial strain splits the degenerate light and heavy hole bands by shifting the light holes to higher energy and lowering the energy of the heavy holes. So, the small band component, InAsSb, is decreased by strain in this SLS, and the InSb-component bandgap is increased. Therefore, from the effects of strain alone, InAsSb SLSs can potentially absorb at longer wavelengths than InAsSb alloys.

Considerable progress in the growth of InAsSb SLSs by both MBE and MOCVD has been observed since Osbourn's proposal. The first decade efforts in development of epitaxial layers are presented in Rogalski's monograph.[48] Difficulties have been encountered in finding the proper growth conditions especially for SLSs in the middle region of composition.[180–183] The alloy is prone to metallurgical problems such as ordering and phase separation and even natural superlattices can be grown when material is supplied at constant composition. This ternary alloy tends to be unstable at low temperatures, exhibiting miscibility gaps, and this can generate phase separation or clustering. Control of alloy composition has been problematic especially for MBE. Due to the spontaneous nature of CuPt-orderings, which result in substantial bandgap shrinkage, it is difficult to accurately and reproducibly control the desired bandgap for optoelectronic device applications.[184]

The IR absorption spectra at 80 K for high-quality InAsSb SLSs was observed for the first time in 1988.[185] It was shown that these SLSs absorb at wavelengths longer than the band gap of corresponding InAsSb alloy. For some SLSs with high As concentration the appreciable absorption was observed in the far IR region up to 20 μm. Small effective masses and low barrier heights of InAsSb/InSb SLS allow the realization of absorption coefficients in rather thick layers of InAsSb/InSb SLSs due to large wave function decay lengths.

The performance of photoconductive detectors fabricated from InAsSb SLS structures are strongly affected by carrier transport along the layers. There were reported gain values as large as 90 for a four-layer SL with a long wavelength cutoff of 8.7 μm at 77 K.[186] In this novel photoconductor, the gain is sensitive to the structure and composition of the SL, and the sweep-out effect is eliminated with appropriate contacts. Photoconductive lifetimes of tens of nanoseconds have been measured in undoped InAsSb SLSs with about 200 Å layer thicknesses.

Type II SL structures can operate as photodiodes at normal light incidence. In the first InAsSb SLS photodiodes rather low detectivities were observed; below $1 \times 10^{10}$ cmHz$^{1/2}$/W at 77 K.[187,188] High detectivity ($D^* > 1 \times 10^{10}$ cmHz$^{1/2}$W$^{-1}$ at $\lambda \leq 10$ μm) InSb/InAsSb SLS photodiodes were fabricated from a p-p$^-$-n junction embedded in an InAs$_{0.15}$Sb$_{0.85}$/InSb SLS with equal 150 Å thick

Semiconductor Superlattice and Quantum Well Detectors        637



**Figure 16.35**      External current responsivity of a InAs$_{0.15}$Sb$_{0.85}$/ InSb SLS photodiode
at zero bias, $T = 77$ K. Detectivity was determined from noise meas-
urements made at 100 kHz, cold-shielded at 77 K (after Ref. 189).

layers.[189] The SLS was grown on a thick, composition-graded In$_x$Ga$_{1-x}$Sb
$(x = 1.0$–$0.9)$ strain-relief buffer on an InSb substrate. The p- and n-dopants
were Be and Se, respectively. The doping level in the $i$-region represents the
background doping level in the MBE system. The photodiodes were mesa-
isolated, with an area of $1.2 \times 10^{-3}$ cm$^2$. The InGaSb buffer and n-type substrate
are semi-transparent at long wavelengths, and with reflecting back contact, the
optical path length and the quantum efficiency are substantially increased.

The temperature dependence of the $R_0A$ product indicates that performance of
the detector is not yet limited by diffusion or depletion region generation-
recombination processes inherent in narrow-gap semiconductors. Noise meas-
urements performed before and after photodiode passivation indicated that a
large $1/f$ noise component was introduced by passivation, and alternative pas-
sivation processes must be developed to operate with these detectors at lower
modulation frequencies. The zero-bias external current responsivity of an
InAs$_{0.15}$Sb$_{0.85}$/InSb SLS diode illuminated at normal incidence is shown in
Figure 16.35. The onset of the photoresponse occurs at approximately 119 meV.
Both the weak increase in responsivity observed in reverse bias and the mag-
nitudes of responsivity and absorption indicate that the minority diffusion length
(electrons), perpendicular to the SLS layers, is about 1–2 μm.[189]

### 16.8.2.    InAs/GaInSb *strained layer superlattice detectors*

InAs/Ga$_{1-x}$In$_x$Sb superlattices have been also proposed for IR detector applica-
tions in the 8–14 μm region.[175] It has been suggested that this material system

DA0026

638 . Infrared Detectors



**Figure 16.36** (a) Assumed relative energy positions for unstrained InAs, GaSb and InSb. (b) Effect of lattice-mismatch induced internal strain on the energy-band offset for an InAs-Ga$_{0.6}$In$_{0.4}$Sb heterointerface (after Ref. 175).

can have some advantages over bulk HgCdTe, including lower leakage currents and greater uniformity. Far-IR response in these SLs arises due to a type II band alignment and internal strain which lowers the conduction band minimum of InAs and raises the heavy-hole band in Ga$_{1-x}$In$_x$Sb by the deformation potential effect. However, unlike InAsSb materials, effects due to strain are combined with a substantial valence band offset, which for InAs/GaSb SLs exceeds 500 meV. As can be seen in Figure 16.36, the unstrained conduction band minimum of InAs lies below the unstrained valence band maximum of InSb or GaSb. The GaSb valence band edge lies approximately 150–200 meV above the InAs conduction band edge at low temperature. LWIR absorption however can be achieved in InAs/GaSb SLs for an InAs layer thickness greater than approximately 100 Å, resulting in comparatively poor optical absorption due to weak wave function overlap as the barrier heights are large. Substituting a Ga$_{1-x}$In$_x$Sb alloy for GaSb it is possible to reach the important 12 μm IR region for thin SLs to obtain large optical absorption. A small lattice mismatch ($< 5\%$) between the InGaSb and InAs layers causes the tetragonal distortions which shift the bulk energy levels and split the valence band degeneracies of the light and heavy hole energy levels. The presence of coherent strain shifts the band edges such that the SL energy gap is reduced. In the SLS, the band gap forms between electron states split upward from the InAs conduction band and heavy hole states split downward from the InGaSb valence band. This reduced band gap is advantageous because longer cut-off wavelengths can be obtained with reduced layer thickness in the strained SL, leading to even higher optical absorption coefficient equal to

DA0027

Semiconductor Superlattice and Quantum Well Detectors    639



**Figure 16.37**  Cutoff wavelength of InAs/Ga$_{1-x}$In$_x$Sb [001] SLSs as function of layer thickness for various values of x. The superlattice consists of $M_a$ layers of InAs alternating with $N_b$ layers of Ga$_{1-x}$In$_x$Sb. The case of a free-standing SLS is considered (after Ref. 176).

that of HgCdTe. Figure 16.37 illustrates the cutoff wavelength variation with layer thickness of InAs/Ga$_{1-x}$In$_x$Sb SLS system.

We close our discussion concerning the fabrication of InAs/GaInSb SLSs by considering only some aspects of the hetero-epitaxial growth of this system. More information can be found, in two monographs.[48,190] The substrate GaSb is a convenient material on which to grow InAs/Ga$_{1-x}$In$_x$Sb superlattices. For an In composition of $x = 0.40$, GaSb is lattice matched to the free-standing InAs/Ga$_{0.60}$In$_{0.40}$Sb superlattice (with alternating layers of equal thickness) to better than 1%. Because the lattice constant of GaSb is slightly smaller than that of the free-standing InAs/Ga$_{0.60}$In$_{0.40}$Sb, the buffer layer would be under biaxial compression when epitaxially grown onto the GaSb substrate. This strain configuration is very desirable as it eliminates problems originating from micro-crack formation.

Electronic properties of InAs/GaInSb SLSs may be superior[176] to those of the HgCdTe alloy as the electron effective mass of InAs/GaInSb SLS is larger

DA0028

$(m^*/m_0 = 0.031$,[191] compared to $m^*/m_0 = 0.009$ in HgCdTe alloy with the same band-gap $E_g \approx 0.1$ eV). Thus, diode tunnelling currents in the SL can be reduced compared to the HgCdTe alloy. Although in-plane mobilities drop precipitously for thin wells, electron mobilities approaching $10^4$ cm$^2$/Vs have been observed in InAs/GaInSb superlattices with layers less than 40 Å thick. While mobilities in these SLs are found to be limited by the same interface roughness scattering mechanism, detailed band structure calculations reveal a much weaker dependence on layer thickness, in reasonable agreement with experiment.[192]

The calculations[177,193] of band-to-band Auger and radiative recombination lifetimes for InAs/GaInSb SLSs showed that in these objects the p-type Auger recombination rates are suppressed by several orders, compared to those of bulk HgCdTe with similar band-gap, due to the flatness of the light and heavy hole bands whose large splitting exceeds the energy gap, thus limiting phase space for recombination transitions. The suppression is large enough that these materials are excellent candidates in the LWIR range ($> 11$ μm).

By contrast, n-type materials are less advantageous because the Auger suppression achieved by increasing the $Ga_{1-x}In_xSb$ layer widths, thereby flattening the lowest conduction band, is far less effective than the band structure adjustments possible in the valence band.[175,193–195] Comparison of theoretically calculated and experimentally observed lifetimes at 77 K for 10 μm 39 Å InAs/25 Å $Ga_{0.75}In_{0.25}Sb$ SL and 10 μm HgCdTe is presented in Figure 16.38. The agreement between theory and experiment for carrier densities above $2 \times 10^{17}$ cm$^{-3}$ is good. The discrepancy between theory and experiment for lower carrier densities is due to Shockley-Read recombination processes having a $\tau \approx 6 \times 10^{-9}$ s which has been not taken into account in the calculations. For higher carrier densities, the SL carrier lifetime is two orders of magnitude longer than in HgCdTe, however in low doping region (below $10^{15}$ cm$^{-3}$, necessary in fabrication high performance p-on-n HgCdTe photodiodes) experimentally measured carrier lifetime in HgCdTe is more that two orders of magnitude longer than in SL.

InAs/GaInSb SLSs were examined by photoluminescence, photoconductivity, IR optical transmission, magneto-optial and magneto-transport techniques.[191,196,197] Photoluminescence and photoconductivity measurements[196] at $T = 5$ K confirmed that the energy gaps are smaller than those in InAs/GaSb SLs with the same layer thickness in agreement with earlier theoretical predictions. Determination of the band-gap of InAs/GaInSb SLSs by interband magneto-optical transmission spectra and by magnetotransport measurements[191] confirmed these results and showed that the two-band models accurately predict the band gap of these types of SLs.

Photoconductivity spectra were obtained at 5 K under backside illumination in devices fabricated by contacting mesa structures etched into SLs at different applied devices.[196,197] Photoresponse temperature dependence has been studied

Semiconductor Superlattice and Quantum Well Detectors    641



**Figure 16.38**    Comparison of measured and calculated carrier lifetimes of a 39 Å InAs/25 Å Ga$_{0.75}$In$_{0.25}$Sb superlattice (10 µm energy gap) as a function of carrier density (after Ref. 194).

in the 25 Å/25 Å InAs/Ga$_{0.75}$In$_{0.25}$Sb SLS, revealing no appreciable changes in response up to 100 K.[196] As was expected from theoretical considerations, a systematic decrease in energy gap with increasing InAs layer thickness at a fixed InSb fraction $x \approx 0.25$ was observed. A long-wavelength photoconductive cut-off beyond 15 µm was observed in a 45 Å/25 Å InAs/Ga$_{0.75}$In$_{0.25}$Sb SLS. Measured optical absorption coefficients in such a SL are in excellent agreement with calculated ones. The SL absorption edge is abrupt, attaining a value of about 2000 cm$^{-1}$ at 10 µm which is comparable to that of bulk HgCdTe with the same band-gap. More recently, a theoretical paper has predicted that (111)-grown SLs exhibit superior absorption to (001)-grown SLs.[198]

Figure 16.39 compares the temperature dependence of detectivity of two types of HgCdTe photodiodes and InAs/InGaSb SL photovoltaic detectors operating at 11 µm. The curves calculated for two InAs/InGaSb SLs (39.8 Å InAs/15 Å In$_{0.4}$Ga$_{0.6}$Sb and 41 Å InAs/25 Å In$_{0.25}$Ga$_{0.75}$Sb) are taken from Ref. 199. As Figure 16.39 shows, the ultimate detectivity of HgCdTe photodiodes with optimally doped base region are comparable with that of InAs/InGaSb SLs in the temperature region between 300 K and 77 K. High performance of InAs/InGaSb SLSs detectors (also at higher operating temperatures) is a result of longer carrier lifetimes caused by the splitting of the light-hole and heavy-hole bands. Recombination in SLSs occurs by relatively slow Auger recombination process.

DA0030

642                                    Infrared Detectors



**Figure 16.39**    Calculated detectivity of three types HgCdTe photodiodes and InAs/
InGaSb SL photovoltaic detectors operated at 11 µm as a function of
temperature. The base-region limited detectivities are calculated for
HgCdTe photodiodes assuming: $\eta = 1$, $t = 10\,\mu m$, $N_a = 5 \times 10^{15}\,cm^{-3}$
for $n^+$-p structures; $\eta = 1$, $t = 10\,\mu m$, $N_d = 3 \times 10^{14}\,cm^{-3}$ for $p^+$-n
structures; and $\eta = 1$, $t = 10\,\mu m$ for photodiode with optimal doping in
the base region. The curves calculated for two InAs/InGaSb SLs
(39.8 Å InAs/15 Å $In_{0.4}Ga_{0.6}Sb$ and 41 Å InAs/25Å $In_{0.25}Ga_{0.75}Sb$) are
taken from Ref. 199 (after Refs. 92 and 200).

Recently, the first InAs/InGaSb SLS photodiodes with photoresponse out to
10.6 µm, have been presented.[201] The detectors consist of double heterojunctions
(DH) of the SLS with n-type and p-type GaSb grown on GaSb susbstrates. The
use of heterojunctions in photodiodes offers several advantages over using
homojunctions (see discussion in Section 13.3.1). Figure 16.40(a) shows the
results of calculations of the band structure applied to a device model consisting
of p-type ($2 \times 10^{17}\,cm^{-3}$) GaSb contact layer, an n-type ($2 \times 10^{16}\,cm^{-3}$) active
region corresponding to a 39 Å InAs/16 Å $Ga_{0.65}In_{0.35}Sb$ SLS and an n-type
($8 \times 10^{17}\,cm^{-3}$) GaSb contact layer. In the calculations the one-dimensional
Poisson equation has been used for SLS treated as a pseudo-bulk material. The
next figure [Figure 16.40(b)] shows a schematic illustration of a DH SLS photo-
diode grown by MBE.

The devices exhibit photoresponses out to 10.6 µm at 78 K corresponding to
the 120 meV band gap of a very thin (0.75 µm) SLSs absorbing layers. At zero

DA0031

Semiconductor Superlattice and Quantum Well Detectors     643



**Figure 16.40**     DH SLS photodiode: (a) Band diagram of the 39 Å InAs/16 Å $Ga_{0.65}In_{0.35}Sb$ SLS, (b) Schematic of a mesa photodiode (after Ref. (201).

bias, the devices have a peak responsivity of 0.60 A/W near 6 µm with the half-power point at 8.8 µm. The responsivity also increases substantially with small ($< 200\,mV$) reverse bias. The Johnson-noise-limited detectivity at the half-power wavelength is $9.8 \times 10^9\,cmHz^{1/2}W^{-1}$ (see Figure 16.41). An analysis of the reverse-bias quantum efficiency suggests that a diffusion barrier at the isotype heterojunction impedes the zero-bias photocurrent. The overall device performance is adversely affected by low $R_0A$ product ($4\,\Omega cm^2$) accompanied by large



**Figure 16.41**     Johnson-noise-limited detectivity at 78 K and zero bias (after Ref. 201).

DA0032

reverse-bias leakage currents. The leakage currents may be attributed in part to the high native concentration ($2 \times 10^{16}$ cm$^{-3}$) of the SLS and in part to surface recombination mechanisms.

InAs/GaInSb SLS photodiodes suffer from non-mature technology, and their performance is considerably lower than HgCdTe photodiodes. Future work needs to address the problems of understanding and improving the quality of the SLS material, and improving device designs.

## 16.9.  HgTe/CdTe superlattice detectors

The HgTe/CdTe SL system was the first from a new class of quantum-size structures for IR photoelectronics, which was proposed as a promising new alternate structure for the construction of long-wave IR detectors to replace those of HgCdTe alloys.[202] Since that time significant theoretical and experimental attention has been given to the study of this new SL system.[4,5,203] To date however, attempts to realize HgTe/CdTe SLs with properties suitable for IR detectors with parameters comparable with HgCdTe-alloy photodetectors, have been unsuccessful in spite of a considerable amount of fundamental research in this field. It seems to be caused by interface instabilities of superlattices due to weak Hg chemical bonding in the material. Significant intermixing even at the very low temperatures (185 °C) used in the HgTe/CdTe superlattice preparation have serious implications on device performance. An interdiffusion coefficient of $3.1 \times 10^{18}$ cm$^2$/s has been found at 185 °C. Appreciable intermixing of the HgTe and CdTe layers at temperature as low as 110 °C has been observed,[204] what prevent the realization of a low dimensional solid system in a stable form. On account of this, the topic concerning HgTe/CdTe superlattices will be treated shortly and only more recently published data will be included.

The HgTe/CdTe superlattice appears to belong to type III superlattices (see Figure 16.7). This is due the inverted band structure ($\Gamma_6$ and $\Gamma_8$) in zero gap semiconductor HgTe as compared to those of CdTe, which is normal semiconductor. Thus, the $\Gamma_8$ light-hole band in CdTe becomes the conduction band in HgTe. When bulk states made of atomic orbitals of the same symmetry but with effective masses of opposite signs are used, the matching up of bulk states belonging to these bands has, as a consequence, the existence of a quasi-interface state which could contribute significantly to optical and transport properties.

As was shown in many theoretical calculations (see, e.g., Refs. 203 and 205) of the HgTe/CdTe SL band structure, the valence band discontinuity between HgTe and CdTe has a crucial influence on the HgTe/CdTe SL band structure. In earlier publications the assumptions of significant advantages of these SLs for LWIR and VLWIR detectors were based on a small valence-band offset, $\Delta E_v \geq 40$ meV, that seemed to be in agreement with the common-anion rule of lattice-matched heterojunction interfaces. Of important practical interest were theoretical predictions of a better control of the band gap in HgTe/CdTe SL

DA0033



**Figure 16.42**    Cutoff wavelength and energy gap vs well thickness for [100] (dashed curve) and [211] (solid curve) superlattices with $d_b = 50$ Å at 77 K. The dotted curve ($d_b = d_w$) represents the early calculations, which assumed a valence-band offset of zero (after Ref. 208).

compared to HgCdTe alloy, and a sufficient reduction of the tunnelling currents due to larger effctive masses in the SL growth direction. More recently it has been recognized that numerous aspects of the HgTe/CdTe and related SL properties can only be explained in terms of large valence-band offset $\Delta E_v \geq 350$ meV. The *in situ* X-ray photoemission spectroscopy experiments[206] have shown that the valence-band offset $\Delta E_v \geq 0.37 \pm 0.07$ eV for the HgTe/CdTe heterojunction is independent on the surface (100), (110) and (111)B orientation. Large band-offsets change the situation substantially and the band-gap in HgTe/CdTe SLs goes to zero much faster than in the case of small $\Delta E_v$ values (see Figure 16.42), as was confirmed experimentally.[207] In spite of the fact that the sensitivity of cut-off wavelength $\lambda_c$ on the layer thickness in the case of large band-offset is approximately 2–4 times greater than previously believed, average HgTe and CdTe growth rates can be determined to a higher degree of accuracy than fluctuations which occur during the growth of bulk material. Thus, the cutoff wavelength is still easier to control in HgTe/CdTe SL than in the HgCdTe alloy.

One of the main advantages concerning HgTe/CdTe SLs for IR photoelectronics lies in variation of the band gap not with chemical composition in ternary or quaternary alloys, but in variation of layer thicknesses of much more stable

binary compounds. As the band-gap, the growth-direction effective mass values of electrons and holes, and thus the carrier mobilities, can be tuned over a wide range by varying the barrier thickness $L_b$ (also to be taken into account is a "mass-broadening" effect, which causes the in-plane effective mass to depend strongly on the growth-direction wave vector). But to achieve high quantum efficiencies HgTe/CdTe SLs should be grown with thin barriers (less than $30 \text{ Å}$[209]) to be beyond the region of hopping mobility from one well to the next one where the miniband conduction model break down.

For fabrication of HgTe/CdTe SLs the MBE procedure is mainly used. Because Hg has both a high vapour pressure and low sticking coefficient, at the commonly used temperatures of about $180 \,°C$ or less to minimize interdiffusion processes, special Hg MBE sources are required to let a significant amount of mercury vapour pass through the system. For growth of high quality HgTe/CdTe SLs laser assisted MBE and photoassisted MBE are used.[203]

Minority carrier lifetime is one of the most important parameters in determining IR detector performance. At the beginning, the lifetimes of about of 1–10 ns were measured either by photoconductive decay technique and analysis of photo-Hall data[210] for p-type HgTe/CdTe SL or calculated from dark currents in metal-insulator-semiconductor (MIS) structures.[211] These life-times are rather short and are the reason for poor quantum efficiencies of HgTe/CdTe SL structures. After improving the superlattice technology with high-quality interfaces between the layers (to minimize interface recombination), excess carrier lifetimes of several hundreds of nanoseconds have been reported,[212–214] which approaches the numbers typically observed in good quality bulk HgCdTe of comparable $E_g$ and doping levels. Lifetime near $400 \text{ ns}$ has been recorded at temperature below about $100 \text{ K}$ for n-type SL (carrier concentration of about $3 \times 10^{15} \text{ cm}^{-3}$ at $77 \text{ K}$) with a $\lambda_c \approx 8 \,\mu\text{m}$. The observed lifetimes are about one order of magnitude shorter than those calculated based on the Auger 1 process alone, and are consistant with Shockley-Read-Hall (SRH) recombination with a midgap trap density not in excess of $5 \times 10^{14} \text{ cm}^{-3}$.

Also, results presented by Shin *et al.*[214] reveal that the minority carrier lifetime in both n- and p-type HgTe/CdTe SLs appears to be limited by a SRH related recombination mechanism which is most likely due to interface defects. The n-type SL samples shows a lifetime of 90–100 ns at 77–160 K which then decreases with increasing temperature down to 50 ns near 300 K. For p-type SLs the measured lifetime is approximately 20 ns at 77 K and increases continuously to 85 ns at 300 K. A minority carrier diffusion length in the direction perpendicular to the SL axis in a lateral $n^+$-p HgTe/CdTe SL photovoltaic mesa diode ($R_0 A \approx 200 \,\Omega\text{cm}^2$) is of $16.5 \,\mu\text{m}$ and is not much different from the mid-wavelength HgCdTe bulk transport properties.

Performance of HgCd/CdTe SL detectors is considerably inferior in comparison with high-quality bulk HgCdTe detectors with comparable cutoff wavelength. The first reported use of an HgTe/CdTe SL in a MIS detector

Semiconductor Superlattice and Quantum Well Detectors    647

configuration was given by Goodwin, Kinch and Koestner.[211] Wroge et al.[215] reported the first photovoltaic device structure based on extrinsic doping using In and Ag for n-type and p-type doping, respectively.

More encouraging results have been obtained by Harris et al.[216] for MWIR photodiodes. It appears that combining the low-temperature technique of photon-assisted MBE with the use of the (211)B orientation has allowed for the growth of multilayers exhibiting a high degree of crystalline perfection and in situ n-type and p-type extrinsic doping. The basic structure consisted of a 3 μm n-type layer followed by a 1 μm thick p-type cap layer. To ensure p-type and n-type behaviour in the layers, As at the $10^{17}\,cm^{-3}$ and In at the $10^{16}\,cm^{-3}$ level were used, respectively (typical doping levels in an optimized device structure would be about a factor of ten less than this). The detectors exhibited quantum efficiency as high as 66% (140 K) at the peak wavelength and an average over 3–5 μm waveband of 55%. Measured quantum efficiency was lower at 78 K, with a peak of 45–50% and cutoff wavelength of 4.9 μm. The low-temperature behaviour of $R_0A$ product was due to both a bulk tunnelling phenomenon as well as surface currents.

It should be noticed, that up till now the potential advantages of HgTe/CdTe material system has been not demonstrated in LWIR spectral range.

## 16.10.    Doping superlattice detectors

A spatial modulation of the doping in an otherwise homogeneous semiconductor lattice can produce a SL effect, i.e., a spatial modulation of the band structure [see Figure 16.7(e)]. The electrons and holes in doping SLs (called also "n-i-p-i-structures") are spatially separated which leads, first of all, to an excess carrier recombination lifetime, as the centre of the lowest electron subband wave function is shifted by half a SL period with respect to the hole subband wave function. At the same time the speed of response remains very high (typically picoseconds) as it depends only on the time required for carriers to relax in energy and space and does not depends on potential relief.

Doping SLs were first considered in the original proposal[1] and next pursued especially in Refs. 21 and 24. It was supposed that such devices might exhibit higher performance than the compositional SL devices as doping leads to much smaller structural perturbation compared to compositional type I or type II SLs in which the structural perturbations at the interface always exist above critical thicknesses due to the lattice mismatch effects. Due to the "type II" nature of the doping SL potential they operate at normal incidence conditions. However, hitherto only several papers have demonstrated the possibilities of fabrication of MWIR and LWIR detectors[217–223].

Maserjian et al.[222] carried out an analysis of different semiconductor materials for the applications of n-i-p-i superlattices for long wavelength detector arrays. This analysis is presented in brief below.

DA0036

The spatial separation of the electron and hole potential minima reduce the overlap of the electron and hole wave functions giving rise to a tunneling factor $P \ll 1$ which reduces the absorption coefficient

$$\alpha = P\alpha_0 \tag{16.45}$$

and increases the electron-hole recombination time

$$\tau = \frac{\tau_0}{P}, \tag{16.46}$$

where $\alpha_0$ and $\tau_0$ are the absorption coefficient and the minority carrier lifetime of the intrinsic semiconductor. The above effect is undesirable for $\alpha$, but is desirable for $\tau$ since it improves the detector response. In overall detector performance which depends on the product $\alpha\tau = \alpha_0\tau_0$, this effect tends to cancel. However, values of $P$ should be limited to the value that do not require unreasonable thickness $d$ of superlattice. If values of $P = 10^{-2}$ and $\alpha_0 = 10^4\,\text{cm}^{-1}$ are assumed, we obtain $\alpha = 10^2\,\text{cm}^{-1}$, and then for good quantum efficiency $d \approx 0.5\alpha^{-1} \approx 50\,\mu\text{m}$. Using MBE or MOCVD growth, deposition of $50\,\mu\text{m}$-thick layers is possible.

The peak detectivity can be obtained from (see Section 8.1)

$$D^* = \frac{\eta}{E_g\sqrt{2d(G_b + G_t)}}, \tag{16.47}$$

where $d$ is the total thickness of active n-i-p-i layers, and $G_b$, $G_t$ are the rates of carrier generation per unit volume contributing to noise due to background radiation and thermal processes, respectively.

For slightly n-type superlattice, the thermal generation rate at low temperatures is given by

$$G_t = \frac{n_i^2 P}{n\tau_0}, \tag{16.48}$$

where $n$ is the equilibrium electron density. For bulk grown InSb, $\tau_0 = 10^{-7}\,\text{s}$, and $n = 4 \times 10^{13}\,\text{cm}^{-3}$. The generation rate is expressed by

$$G_b \simeq \frac{\eta\Phi_b}{4F^2 d} \tag{16.49}$$

in terms of the background radiation flux density $\Phi_b$ and the optics $f$-number $F$. In calculations $\alpha = \alpha_0 P = 26$, $d = 100\,\mu\text{m}$ and $\eta = 0.46$ have been assumed.

Figure 16.43 shows the theoretical dependence of detectivity for a n-i-p-i detector at $20\,\mu\text{m}$, assuming the above theory and parameters. We can see that a transition to background limited behaviour (at $T_b = 295\,\text{K}$) occurs at about $50\,\text{K}$. This transition would occur at higher temperature with larger values of the product $\alpha\tau = \alpha_0\tau_0$, which is possible for low temperature grown n-i-p-i structures with a low Shockley-Read center density. Theoretical considerations of $P$

DA0037

Semiconductor Superlattice and Quantum Well Detectors     649



**Figure 16.43**     Calculated detectivity of n-i-p-i SL detector at 20 μm wavelength. $F$ is the optics $f$-number (after Ref. 222).

factor for different materials indicate that $P > 10^{-2}$ is possible for InSb and InAs.[223] More recently, Oswald and Pippan[224] have reviewed n-i-p-i structures for photon detection.

Preliminary experimental studies of InSb and InAs n-i-p-i SLs have demonstrated the viability of this approach for designing and fabricating large area detector structures.[220,221,223] InSb doping SLs[220,221] have been grown on (001) InSb substrates at temperature of 340 °C, with a p-type impurity concentration of $2 \times 10^{14}$ cm$^{-3}$. Si and Be dopants have been used. Contacts to samples were formed with evaporated, annealed, 100 nm indium pads. The absorption edge of n-i-p-i SL has been shifted to photon energies 60 meV below the bulk InSb absorption edge. Additionally, the peak in the n-i-p-i SL responsivity exceeds that of the bulk InSb detector photoresponse at approximately 2100 cm$^{-1}$ owing to the enhanced photocarrier lifetime in the n-i-p-i layers by a factor of 13 over typical bulk value of 140 ns.

Among IV–VI doping SLs only PbTe n-i-p-i structures were demonstrated.[217] These structures were grown epitaxially on cleaved (111) BaF$_2$ substrates by the rather simple hot-wall technique. The n- and p-type layers were grown in two different hot-wall technique reactors, which were incorporated within the same vacuum chamber. Doping was achieved by adjusting the stoichiometry of the PbTe layers via Te pressure (by additional Te sources). For optimum biases, the blackbody response $(T = 500$ K$)$ is close to $10^4$ V/W at 90 K and detectivity

DA0038

650                              Infrared Detectors

reaches a value close to $10^{11}$ cmHz$^{1/2}$/W at the peak wavelength of 5.8 μm. From the carrier lifetime measurements[218] it was found that the observed lifetimes for PbTe doping SLs are enhanced by nearly two orders of magnitude. During the recombination processes the carrier lifetime changes by about three orders which is connected with the initially complete flattening of the built-in SL electrostatic potential and its recovery with the decrease in the nonequilibrium concentration.

In terms of possible applications of n-i-p-i structures for IR detectors it seems that they will be limited by difficulties connected with immaturity of technologies of these materials and also by problems of microelectronic processing procedures connected with the necessity of fabricating integrated hybrid devices for large scale arrays.

## REFERENCES

1. L. Esaki and R. Tsu, "Superlattice and negative conductivity in semiconductors," *IBM J. Res. Develop.* **14**, 61–65 (1970).
2. B.F. Levine, "Quantum-well infrared photodetectors," *J. Appl. Phys.* **74**, R1–R81 (1993).
3. *Semiconductor Quantum Wells and Superlattices for Long-Wavelength Infrared Detectors*, edited by M.O. Manasreh, Artech House, Norwood, Ma. (1993).
4. F.F. Sizov and A. Rogalski, "Semiconductor superlattices and quantum wells for infrared optoelectronics," *Prog. Quant. Electr.* **17**, 93–164 (1993).
5. F.F. Sizov, "Semiconductor superlattice and quantum well detectors," in *Infrared Photon Detectors*, edited by A. Rogalski, pp. 561–623, SPIE Optical Engineering Press, Bellingham (1995).
6. S.D. Gunapala and K.M. S.V. Bandara, "Recent development in quantum-well infrared photodetectors," *Thin Films*, Vol. 21, pp. 113–237, edited by M.M. Francombe and J.L. Vossen, Academic Press, New York (1995).
7. L.J. Kozlowski, G.M. Williams, G.J. Sullivan, C.W. Farley, R.J. Anderson, J. Chen, D.T. Cheung, W.E. Tennant and R.E. DeWames, "LWIR 128 × 128 GaAs/AlGaAs multiple quantum well hybrid focal plane array," *IEEE Trans. Electron Devices* **38**, 1124–1130 (1991).
8. B.F. Levine, C.G. Bethea, K.G. Glogovsky, J.W. Stay and R.E. Leibenguth, "Long wavelength 128 × 128 GaAs quantum well infrared photodetector arrays," *Semicon. Sci. Technol.* **6**, C114–C119 (1991).
9. C.G. Bethea, B.F. Levine, M.T. Asom, R.E. Leibenguth, J.W. Stayt, K.G. Glogovsky, R.A. Morgan, J.D. Blackwell and W.J. Parrish, "Long wavelength infrared 128 × 128 Al$_x$Ga$_{1-x}$As/GaAs quantum well infrared camera and imaging system," *IEEE Trans. Electron Devices* **40**, 1957–1963 (1993).
10. W.A. Beck, J.W. Little, A.C. Goldberg and T.S. Faska, "Imaging performance of LWIR miniband transport multiple quantum well infrared focal plane arrays," in *Quantum Well Intersubband Transition Physics and*

DA0039

   *Devices*, edited by H.C. Liu, B.F. Levine, and J.Y. Anderson, pp. 55–68, Kluwer Academic Publishers, Dordrecht (1994).

11. L.J. Kozlowski, "Background limited $128 \times 128$ GaAs/AlGaAs multiple quantum well infrared focal plane arrays," in *Quantum Well Intersubband Transition Physics and Devices*, edited by H.C. Liu, B.F. Levine, and J.Y. Anderson, pp. 43–54, Kluwer Academic Publishers, Dordrecht (1994).

12. W.A. Beck and T.S. Faska, "Current status of quantum well focal plane arrays," *Proc. SPIE* **2744**, 193–206 (1996).

13. S.D. Gunapala, J.K. Liu, M. Sundaram, S.V. Bandara, C.A. Shott, T. Hoelter, P.D. Maker and R.E. Muller, "Long-wavelength $256 \times 256$ QWIP hand-held camera," *Proc. SPIE* **2746**, 124–133 (1996).

14. S. Gunapala, M. Sundaram and S. Bandara, "Quantum wells stare at long-wave IR scenes," *Laser Focus World*, 233–240 (June 1996).

15. K. Ploog and G.H. Döhler, "Compositional and doping superlattices in III–V semiconductors," *Adv. Phys.* **32**, 285–359 (1983).

16. G. Bastard, *Wave Mechanics Applied to Semiconductor Heterostructures*, Editions de Physique, Les Ulis (1988).

17. M. Jaros, *Physics and Applications of Quantum Wells and Superlattices*, Oxford University Press, Oxford (1989).

18. C. Weisbuch and B. Vinter, *Quantum Semiconductor Structures*, Academic Press, New York (1991).

19. K. Ploog, "Molecular beam epitaxy of arificially layered III–V semiconductots on atomic scale," in *Physics and Applications of Quantum Wells and Superlattices*. Vol. 170, p. 43, edited by E.E. Mendez and K. von Klitzing, NATO ASI Series, Series Physics, Plenum Press, New York (1987).

20. L. Esaki, "A perspective in quantum-structure development," ibid., p. 1.

21. G.H. Döhler, "The physics and applications of n-i-p-i doping superlattices," *CRC Crit. Rev. Solid-St. Mater. Sci.* **13**, 97–141 (1987).

22. L. Esaki, "A bird's-eye view on the evolution of semiconductor super-lattices and quantum wells," *IEEE J. Quantum Electron.* **QE-22**, 1611–1624 (1986).

23. F. Stern, in: *Physics and Applications of Quantum Wells and Superlattices*, Vol. 170, p. 133, edited by E. E. Mendez and K. von Klitzing, NATO ASI Series, Series Physics, Plenum Press, New York (1987).

24. G.H. Döhler, "Doping superlattices ("n-i-p-i crystals")," *IEEE J. Quantum Electron.* **QE-22**, 1682–1695 (1986).

25. D.L. Smith and C. Mailhiot, "Theory of semiconductor superlattice elec-tronic structure," *Rev. Mod. Phys.* **62**, 173–234 (1990).

26. C. Mailhiot and D.L. Smith, "Strained-layer semiconductor superlattices," *Solid-St. Mater. Sci.* **16**, 131–160 (1990).

27. S. Schmitt-Rink, D.S. Chemla and D.A.B. Miller, "Linear and nonlinear optical properties of semiconductor quantum wells," *Adv. Phys.* **38**, 89 (1989).

DA0040

28. D. Chemla, "Quantum wells for photonics," *Physics Today*, p. 57 (May 1985).
29. C. Weisbuch, "Fundamental properties of III–V semiconductor two-dimensional quantized structures: The basis for optical and electronic device applications," in: *Semiconductors and Semimetals*, Vol. 24, pp. 1–133, edited by R. Willardson and A.C. Beer; *Applications of multiquantum wells, selective doping, and superlattices*, R. Dingle, Academic Press, New York (1987).
30. D.S. Chemla, D.A.B. Miller and P.W. Smith, "Nonlonear optical properties of multiple quantum well structures for optical signal processing," ibid., pp. 279–318.
31. F. Capasso, "Graded-gap and superlattice devices by bandgap engineering," ibid., pp. 319–395.
32. G.C. Osbourn, P.L. Gourley, I.J. Fritz, R.M. Biefeld, L.R. Dawson and T.E. Zipperian, "Principles and applications of semiconductor strained-layer superlattices," ibid., pp. 459–503.
33. F. Capasso, K. Mohammed and A.Y. Cho, "Resonant tunneling through double barriers, perpendicular quantum transport phenomena in superlattice, and their device applications," *IEEE J. Quantum Electr.* **QE-22**, 1853–1869 (1996).
34. F. Capasso, "Band-gap engineering: from physics and materials to new semiconductor devices," *Science* **235**, 172–176 (1987).
35. *Physics of Quantum Electron Devices*, edited by F. Capasso, Springer-Verlag, Berlin (1990).
36. D.D. Coon and K.M.S.V. Bandara, "New quantum structures," in: *Physics of Thin Films*, Vol. 15, pp. 219–264, edited by M.H. Francombe and J.L. Vossen, Academic Press, Boston (1991).
37. E.O. Göbel and K. Ploog, "Fabrication and optical properties of semiconductor quantum wells and superlattices," *Prog. Quant. Electr.* **14**. 289–356 (1990).
38. R. de L. Kronig and W.J. Penny, "Quantum mechanics of electrons in crystal lattices," *Proc. Roy. Soc.* **A130**, 499 (1930).
39. D.H. Döhler, "Semiconductor superlattices – a new material for research and applications," *Phys. Scr.* **24**, 430 (1981).
40. H. Krömer, "Barrier control and measurements: abrupt semiconductor heterojunctions," *J. Vac. Sci. Technol.* **B2**, 433 (1984).
41. J. Tersoff, "Theory of semiconductor heterojunctions: The role of quantum dipoles," *Phys. Rev.* **B30**, 4874 (1984).
42. W.A. Harrison, "Elementary tight-binding theory of Schottky-barrier and heterojunction band line-ups," in *Two Dimensional Systems: Physics and New Devices*, Vol. 67, p. 62, edited by G. Bauer, F. Kuchar and H. Heinrich, Springer Series in Solid State Sciences, Springer, Berlin (1986).
43. W. Pollard, "Valence-band discontinuities in semiconductor heterojunctions," *J. Appl. Phys.* **69**, 3154–3158 (1991).

DA0041

44. H. Krömer, "Band offsets and chemical bonding: The basis for hetero-stucture applications," *Phys. Scr.* **68**, 10–16 (1996).

45. G. Duggan, "A critical review of semiconductor heterojunction band off-sets," *J. Vac. Sci. Technol.* **B3**, 1224 (1985).

46. T.W. Hickmott, "Electrical measurements of band discontinuits at hetero-structure interfaces," in *Two Dimensional Systems: Physics and New Devices*, Vol. 67, p. 72, edited by G. Bauer, F. Kuchar and H. Heinrich, Springer Series in Solid State Sciences, Springer, Berlin (1986).

47. J. Menendez and A. Pinczuk, "Light scattering determinations of band offsets in semiconductor heterojunctions," *IEEE J. Quant. Electron.* **24**, 1698–1711 (1988).

48. A. Rogalski, *New Ternary Alloy Systems for Infrared Detectors*, SPIE Optical Engineering Press, Bellingham (1994).

49. B.F. Levine, R.J. Malik, J. Walker, K.K. Choi, C.G. Bethea, D.A. Kleinman and J.M. Wandenberg, "Strong 8.2 µm infrared intersubband absorption in doped GaAs/AlAs quantum well waveguides," *Appl. Phys. Lett.* **50**, 273–275 (1987).

50. K.K. Choi, "Detection wavelength of quantum-well infrared photo-detectors," *J. Appl. Phys.* **73**, 5230–5236 (1993).

51. K.M.S.V. Bandara, D.D. Coon, Byungsung O, Y.F. Lin and M.H. Fran-combe, "Exchange interactions in quantum well subbands," *Appl. Phys. Lett.* **53**, 1931–1933 (1988).

52. M.C. Tatham, J.R. Ryan and C.T. Foxon, "Time-resolved Raman scattering measurement of electron-optical phonon intersubband relaxation in GaAs quantum wells," *Solid State Electron.* **32**, 1497–1501 (1989).

53. G. Hasnain, B.F. Levine, C.G. Bethea, R.R. Abbott and S.J. Hsieh, "Mea-surement of intersubband absorption in multiquantum well structures with monolithically integrated photodetectors," *J. Appl. Phys.* **67**, 4361–4363 (1990).

54. M.O. Manasreh, F.F. Szmulowicz, D.W. Fischer, K.R. Evans and C. E. Stutz, "Intersubband infrared absorption in a GaAs/$Al_{0.3}Ga_{0.7}As$ quantum well structure," *Appl. Phys. Lett.* **57**, 1790–1792 (1990).

55. B.F. Levine, A. Zussman, S.D. Gunapala, M.T. Asom, J.M. Kuo and W.S. Hobson, "Photoexcited escape probability, optical gain, and noise in quantum well infrared photodetectors," *J. Appl. Phys.* **72**, 4429–4443 (1992).

56. C.I. Yang and D.S. Pan, "Intersubband absorption of silicon-based quantum wells for infrared imaging," *J. Appl. Phys.* **64**, 1573–1575 (1988).

57. Y.C. Chang and R.B. James, "Saturation of intersubband transitions in p-type semiconductor quantum wells," *Phys. Rev.* **B39**, 12672–12681 (1989).

58. Ch. Lee and K.L. Wang, "Intersubband absorption in Sb $\delta$-doped $Si/Si_{1-x}Ge_x$ quantum well structures grown on Si (110)," *Appl. Phys. Lett.* **60**, 2264–2266 (1992).

DA0042

654                          Infrared Detectors

59. J. Katz, Y. Zhang and W.I. Wang, "Normal incidence infrared absorption in AlAs/AlGaAs X-valley multiquantum wells," *Appl. Phys. Lett.* **61**, 1697–1699 (1992).

60. B.F. Levine, S.D. Gunapala, J.M. Kuo and S.S. Pei, "Normal incidence hole intersubband absorption long wavelength GaAs/Al$_x$Ga$_{1-x}$As quantum well infrared photodetector," *Appl. Phys. Lett.* **59**, 1864–1866 (1991).

61. W.S. Hobson, A. Zussman, B.F. Levine, J. de Long, M. Gera and L.C. Luther, "Carbon doped GaAs/Al$_x$Ga$_{1-x}$As quantum well infrared photo-detectors grown by organometallic vapor phase epitaxy," *J. Appl. Phys.* **71**, 3642–3644 (1992).

62. J.S. Park, R.P. G.Karunasiri and K.L. Wang, "Normal incidence detector using p-type SiGe/Si multiple quantum wells," *Appl. Phys. Lett.* **60**, 103–105 (1992).

63. J.S. Park, R.P.G. Karunasiri and K.L. Wang, "Intervalence-subband transition in SiGe/Si multiple quantum wells – normal incidence detection," *Appl. Phys. Lett.* **61**, 681–683 (1992).

64. R.P.G. Karunasiri, J.S. Park and K.L. Wang, "Normal incidence infrared detector using intervalence-subband transitions in Si$_{1-x}$Ge$_x$/Si quantum wells," *Appl. Phys. Lett.* **61**, 2434–2436 (1992).

65. G. Karunasiri, "Intersubband transition in Si-based quantum wells and application for infrared photodetectors," *Jpn. J. Appl. Phys.* **33**, 2401–2411 (1994).

66. R. People, J.C. Bean, C.G. Bethea, S.K. Sputz and L.J. Peticolas, "Broad-band (8–14 µm), normal incidence, pseudomorphic Ge$_x$Si$_{1-x}$/Si strained-layer infrared photodetector operating between 20 and 77 K," *Appl. Phys. Lett.* **61**, 1122–1124 (1992).

67. B.K. Ridley, "Electron scattering by confined LO polar phonons in a quantum well," *Phys. Rev.* **B39**, 5282–5286 (1989).

68. D.Y. Oberli, D.R. Wake, M.V. Klein, T. Henderson and H. Morkoc, "Inter-subband relaxation of photoexcited hot carriers in quantum wells," *Solid State Electron.* **31**, 413–418 (1988).

69. V.D. Shadrin and F.L. Serzhenko, "The theory of multiple quantum-well GaAs/AlGaAs infrared detectors," *Infrared Phys.* **33**, 345–357 (1992).

70. J.C. Smith, L.C. Chiu, S. Margalit, A. Yariv and A.Y. Cho, "A new infrared detector using electron emission from multiple quantum wells," *J. Vac. Sci. Technol.* **B1**, 376–378 (1983).

71. L.C. Chiu, J.S. Smith, S. Margalit, A. Yariv and A.Y. Cho, "Application of internal photemission from quantum-well and heterojunction superlattices to infrared photodetectors," *Infrared Phys.* **23**, 93–97 (1983).

72. D.D. Coon and P.G. Karunasiri, "New mode of IR detection using quantum wells," *Appl. Phys. Lett.* **45**, 649–651 (1984).

73. L.C. West and S.J. Eglash, "First observation of an extremely large-dipole infrared transition within the conduction band of a GaAs quantum well," *Appl. Phys. Lett.* **46**, 1156–1158 (1985).

DA0043

74. B.F. Levine, K.K. Choi, C.G. Bethea, J. Walker and R.J. Malik, "New 10 μm infrared detector using intersubband absorption in resonant tunneling GaAlAs superlattices," *Appl. Phys. Lett.* **50**, 1092–1094 (1987).

75. S.D. Gunapala, J.K. Liu, J.S. Park, M. Sundaram, C.A. Shott, T. Hoelter, T.L. Lin, S.T. Massie, P.D. Maker, R.E. Muller and G. Sarusi, "9 μm cutoff $256 \times 256$ GaAs/Al$_x$Ga$_{1-x}$As quantum well infrared photodetector hand-held camera," *IEEE Trans. Electron Devices* **44**, 51–57 (1997).

76. J.Y. Andersson, L. Lundqvist and Z.F. Paska, "Quantum efficiency enhancement of AlGaAs/GaAs quantum well infrared detectors using a waveguide with a grating coupler," *Appl. Phys. Lett.* **58**, 2264–2266 (1991).

77. Z.F. Paska, J.Y. Andersson, L. Lundqvist and C.O.A. Olsson, "Growth and characterization of AlGaAs/GaAs quantum well structures for the fabrication of long wavelength infrared detectors," *J. Crystal Growth* **107**, 845–849 (1991).

78. W. Bloss, M. O'Loughlin and M. Rosenbluth, "Advances in multiple quantum well IR detectors," *Proc. SPIE* **1541**, 2–10 (1991).

79. K.K. Choi, B.F. Levine, R.J. Malik, J. Walker and C.G. Bethea, "Periodic negative conductance by sequential resonant tunneling through an expanding high-field superlattice domain," *Phys. Rev.* **B35**, 4172–4175 (1987).

80. K.K. Choi, B.F. Levine, C.G. Bethea, J. Walker and R.J. Malik "Multiple quantum well 10 μm GaAs/Al$_x$Ga$_{1-x}$As infrared detector with improved responsivity," *Appl. Phys. Lett.* **50**, 1814–1816 (1987).

81. B.F. Levine, C.G. Bethea, G. Hasnain, V.O. Shen, E. Pelve, R.R. Abbot and S.J. Hsieh, "High sensitivity low dark current 10 μm GaAs quantum well infrared photodetectors," *Appl. Phys. Lett.* **56**, 851–853 (1990).

82. S.D. Gunapala, B.F. Levine, L. Pfeifer and K. West, "Dependence of the performance of GaAs/AlGaAs quantum well infrared photodetectors on doping and bias," *J. Appl. Phys.* **69**, 6517–6520 (1991).

83. S.D. Gunapala, J.S. Park, G. Sarusi, T.L. Lin, J.K. Liu, P.D. Maker, R.E. Muller, C.A. Shott and T. Hoelter, "15 μm $128 \times 128$ GaAs/Al$_x$Ga$_{1-x}$As quantum well infrared photodetector focal plane array camera," *IEEE Trans. Electron Devices* **44**, 45–50 (1997).

84. M.A. Kinch and A. Yariv, "Performance limitations of GaAs/AlGaAs infrared superlattices," *Appl. Phys. Lett.* **55**, 2093–2095 (1989).

85. B.F. Levine, C.G. Bethea, G. Hasnain, J. Walker and R.J. Malik, "High-detectivity $D^* = 1.0 \times 1.0^{10}$ cm$\sqrt{\text{Hz}}$/W GaAs/AlGaAs multiquantum well $\lambda = 8.3$ μm infrared detector," *Appl. Phys. Lett.* **53**, 296–298 (1988).

86. F.W. Adams, K.F. Cuff, G. Gal, A. Harwit and R.L. Whitney, "A critical look at AlGaAs/GaAs multiple-quantum-well infrared detectors for thermal imaging applications," *Proc. SPIE* **1541**, 24–37 (1991).

87. B.F. Levine, "Long wavelength GaAs quantum well infrared photodetectors (QWIPs)," *Proc. SPIE* **1362**, 163–167 (1990).

656                          Infrared Detectors

88. H.C. Liu, "Photoconductive gain mechanism of quantum-well intersub-band infrared detectors," *Appl. Phys. Lett.* **60**, 1507–1509 (1992).

89. K.W. Goossen, S.A. Lyon and K. Alavi, "Photovoltaic quantum well infrared detector," *Appl. Phys. Lett.* **52**, 1701–1703 (1988).

90. D.D. Coon and P.G. Karunasiri, "New mode of IR detection using quantum wells," *Appl. Phys. Lett.* **45**, 649–651 (1984).

91. W.A. Beck, "Photoconductive gain and generation-recombination noise in multiple-quantum-well infrared detectors," *Appl. Phys. Lett.* **63**, 3589–3591 (1993).

92. A. Rogalski, "Comparison of the peformance of quantum well and conventional bulk infrared photodetectors," *Infrared Phys. Technol.* **38**, 295–310 (1997).

93. J.Y. Andersson, "Dark current mechanisms and conditions of background radiation limitation of n-doped AlGaAs/GaAs quantum-well infrared detectors," *J. Appl. Phys.* **78**, 6298–6304 (1995).

94. S.D. Gunapala, B.F. Levine, D. Ritter, R.A. Hamm and M.B. Panish, "InGaAs/InP long wavelength quantum well infrared photodetectors," *Appl. Phys. Lett.* **58**, 2024–2026 (1991).

95. A. Zussman, B.F. Levine, J.M. Kuo and J. de Jong, "Extended long-wavelength $\lambda = 11$–$15\,\mu m$ GaAs/Al$_x$Ga$_{1-x}$As quantum well infrared photodetectors," *J. Appl. Phys.* **70**, 5101–5107 (1991).

96. B.F. Levine, A. Zussman, J.M. Kuo and J. de Jong, "19 $\mu m$ cutoff long-wavelength GaAs/Al$_x$Ga$_{1-x}$As quantum well infrared photodetectors," *J. Appl. Phys.* **71**, 5130–5135 (1992).

97. A. Singh and M.O. Manasreh, "Quantum well and superlattice hetero-structures for space-based long wavelength infrared photodetectors," *Proc. SPIE* **2397**, 193–209 (1995).

98. H. Xie, J. Katz and W.I. Wang, "Infrared absorption enhancement in light- and heavy-hole inverted Ga$_{1-x}$In$_x$As/Al$_{1-y}$In$_y$As quantum wells," *Appl. Phys. Lett.* **59**, 3601–3603 (1991).

99. H. Xie, J. Katz, W.I. Wang and Y.C. Chang, "Normal incidence infrared photoabsorption in p-type GaSb/Ga$_x$Al$_{1-x}$Sb quantum wells," *J. Appl. Phys.* **71**, 2844–2847 (1992).

100. K. Hirose, T. Mizutani and K. Nishi, *J. Crystal Growth* **81**, 130 (1987).

101. P. Man and D.S. Pan, "Analysis of normal-incident absorption in p-type quantum-well infrared photodetectors," *Appl. Phys. Lett.* **61**, 2799–2801 (1992).

102. G. Hasnain, B.F. Levine, D.L. Sivco and A.Y. Cho, "Mid-infrared detectors in the 3–5 $\mu m$ band using bound to continuum state absorption in InGaAs/InAlAs multiquantum well structures," *Appl. Phys. Lett.* **56**, 770–772 (1990).

103. B.F. Levine, S.D. Gunapala and R.F. Kopf, "Photovoltaic GaAs quantum well infrared detectors at 4.2 $\mu m$ using indirect Al$_x$Ga$_{1-x}$As barriers," *Appl. Phys. Lett.* **58**, 1551–1553 (1991).

DA0045

104. S.D. Gunapala, B.F. Levine, R.A. Logan, T. Tanbun-Ek and D.A. Humphrey, "GaAs/GaInP multiquantum well long-wavelength infrared detector using bound-to-continuum state absorption," *Appl. Phys. Lett.* **57**, 1802–1804 (1990).

105. D. Rittner, R.A. Hamm, M.B. Panish, J.M. Vandenberg, D. Gershoni, S.D. Gunapala and B.F. Levine, "Metalorganic molecular beam epitaxial growth of InP/GaInAs multiquantum wells for infrared photodetection," *Appl. Phys. Lett.* **59**, 552–554 (1991).

106. S.D. Gunapala, B.F. Levine, D. Ritter, R. Hamm and M.B. Panish, "InP based quantum well infrared photodetectors," *Proc. SPIE* **1541**, 11–23 (1991).

107. S.D. Gunapala, B.F. Levine, D. Ritter, R.A. Hamm and M.B. Panish, "Lattice-matched InGaAsP/InP long-wavelength quantum well infrared photoconductors," *Appl. Phys. Lett.* **60**, 636–638 (1992).

108. L. Pham, X.S. Jiang and P.K.L. Yu, "High-responsivity intersubband infrared photodetector using InGaAsP/InP superlattice," *IEEE Trans. Electron Devices* **14**, 74–76 (1993).

109. S.D. Gunapala, B.F. Levine, D. Ritter, R. Hamm and M.B. Panish, "InGaAs/InP hole intersubband normal incidence quantum well infrared photoconductor," *J. Appl. Phys.* **71**, 2458–2460 (1992).

110. C. Jelen, S. Slivken, G.J. Brown and M. Razeghi, "Very long wavelength GaAs/GaInP quantum well infrared photodetectors," *Proc. SPIE* **2999**, 144–152 (1997).

111. S.D. Gunapala, K.M.S.V. Bandara, B.F. Levine, G. Sarusi, D.L. Sivco and A.Y. Cho, "Very long wavelength $In_xGa_{1-x}As/GaAs$ quantum well infrared photodetectors," *Appl. Phys. Lett.* **64**, 2288–2290 (1994).

112. S.D. Gunapala, K.M.S.V. Bandara, B.F. Levine, G. Sarusi, J.S. Park, T.L. Lin, W.T. Pike and J.K. Liu, "High performance InGaAs/GaAs quantum well infrared photodetectors," *Appl. Phys. Lett.* **64**, 3431–3433 (1994).

113. A. Kastalsky, T. Duffield, S.J. Allen and J. Harbison, "Photovoltaic detection of infrared light in a GaAs/AlGaAs superlattice," *Appl. Phys. Lett.* **52**, 1320–1322 (1988).

114. Byungsung O, J.W. Choe, M.H. Francombe, K.M.S.V. Bandara, D.D. Coon, Y.F. Lin and W.J. Takei, "Long-wavelength infrared detection in a Kastalsky-type superlattice structure," *Appl. Phys. Lett.* **57**, 503–505 (1990).

115. Byungsung O, J.W. Choe, M.H. Francombe, K.M.S.V. Bandara, E. Sorar, D.D. Coon, Y.F. Lin and W.J. Takei, "Long wavelength infrared detection in a photovoltaic-type superlattice structure," *J. Vac. Sci. Technol.* **B9**, 1789–1793 (1991).

116. K.M.S.V. Bandara, J.W. Choe, M.H. Francombe, A.G.U. Perera and Y.F. Lin, "GaAs/AlGaAs superlattice miniband detector with 14.5 μm peak response," *Appl. Phys. Lett.* **60**, 3022–3024 (1992).

DA0046

117. S.D. Gunapala, B.F. Levine and N. Chand, "Band to continuum super-lattice miniband long wavelength $GaAs/Al_xGa_{1-x}As$ infrared detectors," *J. Appl. Phys.* **70**, 305–308 (1991).

118. L.S. Yu and S.S. Lu, "A metal grating coupled bound-to-miniband transition GaAs multiquantum well/superlattice infrared detector," *Appl. Phys. Lett.* **59**, 1332–1334 (1991).

119. L.S. Yu, S.S. Li and P. Ho, "Largely enhanced bound-to-miniband absorption in an InGaAs multiple quantum well with short-period super-lattice InAlAs/InGaAs barrier," *Appl. Phys. Lett.* **59**, 2712–2714 (1991).

120. L.S. Yu, Y.H. Wang, S.S. Li and P. Ho, "Low dark current step-bound-to-miniband transition InGaAs/GaAs/AlGaAs multiquantum-well infrared detector," *Appl. Phys. Lett.* **60**, 992–994 (1992).

121. S.S. Li, M.Y. Chuang and L.S. Yu, "Current conduction in bound-to-miniband transition III–V multiquantum well/superlattice infrared photo-detectors," *Semicond. Sci. Technol.* **8**, S406–S411 (1993).

122. Y.H. Wang, S.S. Li and P. Ho, "Voltage-tunable dual-mode operation in InAlAs/InGaAs quantum well infared photodetector for narrow- and broadband detection at $10\,\mu m$," *Appl. Phys. Lett.* **62**, 621–623 (1993).

123. J. Chu, S.S. Li and P. Ho, "The growth and characterization of two new p-type compressively strained layer InGaAs/AlGaAs/GaAs quantum well infrared photodetectors for mid- and long-wavelength infrared detection," *J. Crystal Growth* **175**, 964–970 (1997).

124. K.K. Choi, M. Dutta, P.G. Newman and M.L. Saunders, "$10\,\mu m$ infrared hot-electron transistors," *Appl. Phys. Lett.* **57**, 1348–1350 (1990).

125. K.K. Choi, M. Dutta, R.P. Moekirk, C.H. Kuan and G.J. Iafrate, "Application of superlattice bandpass filters in $10\,\mu m$ infrared detection," *Appl. Phys. Lett.* **58**, 1533–1535 (1991).

126. K.K. Choi, L. Fotiadis, M. Taysing-Lara, W. Chang and G.J. Iafrate, "High detectivity InGaAs base infrared hot-electron transistor," *Appl. Phys. Lett.* **59**, 3303–3305 (1991).

127. K.K. Choi, M.Z. Tidrow, M. Taysing-Lara, W.H. Chang, C.H. Kuan, C.W. Farley and F. Chang, "Low dark current infrared hot-electron transistor for 77 K operation," *Appl. Phys. Lett.* **63**, 908–910 (1993).

128. C.Y. Lee, M.Z. Tidrow, K.K. Choi, W.H. Chang and L.F. Eastman, "Long-wavelength $\lambda_c = 18\,\mu m$ infrared hot-electron transistor," *J. Appl. Phys.* **75**, 4731–4736 (1994).

129. C.Y. Lee, M.Z. Tidrow, K.K. Choi, W.H. Chang and L.F. Eastman, "Activation characteristics of a long wavelength infrared hot-electron transistor," *Appl. Phys. Lett.* **65**, 442–444 (1994).

130. S.D. Gunapala, J.S. Park, T.L. Lin, J.K. Liu and K.M.S.V. Bandara, "Very long-wavelength $GaAs/Al_xGa_{1-x}As$ infrared hot electron transistor," *Appl. Phys. Lett.* **64**, 3003–3005 (1994).

DA0047

Semiconductor Superlattice and Quantum Well Detectors    659

131. A. Kock, E. Gornik, G. Abstreiter, G. Bohm, M. Walther and G. Weimann, "Double wavelength selective GaAs/AlGaAs infrared detector device," *Appl. Phys. Lett.* **60**, 2011–2013 (1992).

132. H.C. Liu, J. Li, J.R. Thompson, Z.R. Wasilewski, M. Buchanan and J.G. Simmons, "Multicolor voltage tunable quantum well infrared photodetector," *IEEE Electron Device Lett.* **14**, 566–568 (1993).

133. I. Grave, A. Shakouri, N. Kuze and A. Yariv, "Voltage-controlled tunable GaAs/AlGaAs multistack quantum well infrared detector," *Appl. Phys. Lett.* **60**, 2362–2364 (1992).

134. H.C. Liu, "Recent progress on GaAs quantum well intersubband infrared photodetectors," *Opt. Eng.* **33**, 1461–1467 (1994).

135. E. Martinet, F. Luc, E. Rosencher, Ph. Bois and S. Delaitre, "Electrical tunability of infrared detectors using compositionally asymmetric GaAs/AlGaAs multiquantum wells," *Appl. Phys. Lett.* **60**, 895–897 (1992).

136. E. Martinet, E. Rosencher, F. Luc, Ph. Bois, E. Costard and S. Delaitre, "Switchable bicolor (5.5–9.0 μm) infrared detector using asymmetric GaAs/AlGaAs multiquantum well," *Appl. Phys. Lett.* **61**, 246–248 (1992).

137. M.Z. Tidrow, K.K. Choi, C.Y. Lee, W.H. Chang, F.J. Towner and J.S. Ahearn, "Voltage tunable three-color quantum well infrared photodetector," *Appl. Phys. Lett.* **64**, 1268–1270 (1994).

138. K. Kheng, M. Ramsteiner, H. Schneider, J.D. Ralston, F. Fuchs and P. Koidl, "Two-color GaAs/AlGaAs quantum well infrared detector with voltage-tunable spectral sensitivity at 3–5 and 8–12 μm," *Appl. Phys. Lett.* **61**, 666–668 (1992).

139. Y.H. Wang, Sh. S. Li and P. Ho, "Photovoltaic and photoconductive dual-mode operation GaAs quantum well infrared photodetector for two-band detection," *Appl. Phys. Lett.* **62**, 93–95 (1993).

140. J.M. Lloyd, *Thermal Imaging Systems*, Plenum Press, New York (1975).

141. F.D. Shepherd, "Silicide infrared staring sensors," *Proc. SPIE* **930**, 2–10 (1988).

142. D.A. Scribner, M.R. Kruer, K. Sarkady and J.C. Gridley, "Spatial noise in staring IR focal plane arrays," *Proc. SPIE* **930**, 56–63 (1988).

143. N. Bluzer, "Sensivity limitations on IRFPAs imposed by detector non-uniformities," *Proc. SPIE* **930**, 64–75 (1988).

144. J.M. Mooney, F.D. Shepherd, W.S. Ewing, J.E. Murguia and J. Silverman, "Responsivity nonuniformity limited performance of infrared staring cameras," *Opt. Eng.* **28**, 1151–1161 (1989).

145. D.A. Scribner, M.R. Kruer and J.M. Killiany, "Infrared focal plane array technology," *Proc. IEEE* **79**, 66–85 (1991).

146. R.L. Whitney, K.F. Cuff and F.W. Adams, "Long-wavelength infrared photodetectors based on intersubband transitions in III–V semiconductor quantum wells," in *Semiconductor Quantum Wells and Superlattices*

DA0048

660                                   Infrared Detectors

*for Long-Wavelength Infrared Detectors*, edited by M.O. Manasreh, pp. 55–108, Artech House, Boston (1993).

147. J.M. Mooney and F.D. Shepherd, "Characterizing IR FPA nonuniformity and IR camera spatial noise," *Infrared Phys. Technol.* **37**, 595–606 (1996).

148. K.W. Goossen and S.A. Lyon, "Grating enhanced quantum well detector," *Appl. Phys. Lett.* **47**, 1257–1529 (1985).

149. K.W. Goossen, S.A. Lyon and K. Alavi, "Grating enhancement of quantum well detector response," *Appl. Phys. Lett.* **53**, 1027–1029 (1988).

150. G. Hasnain, B.F. Levine, C.G. Bethea, R.A. Logan, L. Walker and R.J. Malik, "GaAs/AlGaAs multiquantum well infrared detector arrays using etched gratings," *Appl. Phys. Lett.* **54**, 2515–2517 (1989).

151. J.Y. Anderssen, L. Lundqvist and Z.F. Paska, Grating-coupled quantum-well infrared detectors: Theory and performance," *J. Appl. Phys.* **71**, 3600–3610 (1992).

152. G. Sarusi, B.F. Levine, S.J. Pearton, K.M.S.V. Bandara and R.E. Leibenguth, "Optimization of two dimensional gratings for very long wavelength quantum well infrared photodetectors," *J. Appl. Phys.* **76**, 4989–4994 (1994).

153. G. Sarusi, B.F. Levine, S.J. Pearton, K.M.S.V. Bandara and R.E. Leibenguth, "Improved performance of quantum well infrared photodetectors using random scattering optical coupling," *Appl. Phys. Lett.* **64**, 960–962 (1994).

154. C.J. Chen, K.K. Choi, M.Z. Tidrow and D.C. Tsui, "Corrugated quantum well infrared photodetectors for normal incident light coupling," *Appl. Phys. Lett.* **68**, 1446–1448 (1996).

155. C.J. Chen, K.K. Choi, W.H. Chang and D.C. Tsui, "Performance of corrugated quantum well infrared photodetectors," *Appl. Phys. Lett.* **71**, 3045–3047 (1997).

156. T.R. Schimert, S.L. Barnes, A.J. Brouns, F.C. Case, P. Mitra and L.T. Claiborne, "Enhanced quantum well infared photodetector with novel multiple quantum well grating structure," *Appl. Phys. Lett.* **68**, 2846–2848 (1996).

157. C.C. Bethea, B.F. Levine, V.O. Shen, R.R. Abbott and S.J. Hseih, "10 μm GaAs/AlGaAs multiquantum well scanned array infrared imaging camera," *IEEE Trans. Electr. Dev.* **38**, 1118–1123 (1991).

158. R.E. DeWames, J.M. Arias, L.J. Kozlowski and G.M. Williams, "An assessment of HgCdTe and GaAs/GaAlAs technologies for LWIR infrared imagers," *Proc. SPIE* **1735**, 2–16 (1992).

159. L.J. Kozlowski, J.M. Arias, G.M. Williams, K. Vural, D.E. Cooper, S.A. Cabelli and C. Bruce, "Recent advances in staring hybrid focal plane arrays: Comparison of HgCdTe, InGaAs, and GaAs/AlGaAs detector technologies," *Proc. SPIE* **2274**, 93–116 (1994).

DA0049

160. L.J. Kozlowski, K. Vural, J.M. Arias, W.E. Tennant and R.E. DeWames, "Performance of HgCdTe, InGaAs and quantum well GaAs/AlGaAs staring infrared focal plane arrays," *Proc. SPIE* **3182**, 2–13 (1997).

161. S.D. Gunapala, J.K. Liu, M. Sundaram, S.V. Bandara, C.A. Shott, T. Hoelter, P.D. Maker and R.E. Muller, "Long wavelength quantum well infrared photodetector (QWIP) research at Jet Propulsion Laboratory" *Proc. SPIE* **2744**, 722–730 (1996).

162. S.C. Jain, J.R. Willis and R. Bullough, "A review of theoretical and experimental work on the structure of $Ge_xSi_{1-x}$ strained layers and super-lattices, with extensive bibliography," *Advan. Phys.* **39**, 127–190 (1990).

163. R.P.G. Karunasiri and K.L. Wang, "Quantum devices using SiGe/Si hetero-structures," *J. Vac. Sci. Technol.* **B9**, 2064–2071 (1991).

164. K.L. Wang and R.P.G. Karunasiri, "SiGe/Si electronics and optoelec-tronics," *J. Vac. Sci. Technol.* **B11**, 1159–1167 (1993).

165. R.P.G. Karunasiri, J.S. Park, K.L. Wang and S.K. Chun, "Infrared photo-detectors with SiGe/Si multiple quantum wells," *Opt. Eng.* **33**, 1468–1476 (1994).

166. D.J. Robbins, M.B. Stanaway, W.Y. Leong, J.L. Glasper and C. Pickering, "$Si_{1-x}Ge_x$/Si quantum well infrared photodetectors," *J. Mater. Sci.: Materials in Electronics* **6**, 363–367 (1995).

167. R.P.G. Karunasiri, J.S. Park, Y.J. Mii and K.L. Wang, "Intersubband ab-sorption in $Si_{1-x}Ge_x$/Si multiple quantum wells," *Appl. Phys. Lett.* **57**, 2585–2587 (1990).

168. S.K. Chun, D.S. Pan and K L. Wang, "Intersubband transitions in a p-type $\delta$-doped SiGe/Si quantum well," *Phys. Rev.* **B47**, 15638–15647 (1993).

169. R. People, J.C. Bean, C.G. Bethea, S.K. Sputz and L.J. Peticolas, "Broadband (8–14 µm), normal incidence pseudomorphic $Si_{1-x}Ge_x$/Si strained-layer infrared photodetector operating between 20 and 77 K," *Appl. Phys. Lett.* **61**, 1122–1124 (1992).

170. R. People, J.C. Bean, S.K. Sputz, C.G. Bethea and L.J. Peticolas, "Normal incidence hole intersubband quantum well infrared photodetectors in pseudomorphic $Si_{1-x}Ge_x$/Si ," *Thin Solid Films* **222**, 120–125 (1992).

171. V.D. Shadrin, V.T. Coon and F.L. Serzhenko, "Photoabsorption in n-type Si-SiGe quantum-well infrared photodetectors," *Appl. Phys. Lett.* **62**, 2679–2681 (1993)

172. V.D. Shadrin, "Background limited infrared performance of n-type Si-SiGe (111) quantum well infrared photodetectors," *Appl. Phys. Lett.* **65**, 70–72 (1994).

173. G.C. Osbourn, "InAsSb strained-layer superlattices for long wavelength detector applications," *J. Vac. Sci. Technol.* **B2**, 176–178 (1984).

174. S.R. Kurtz, G.C. Osbourn, R.M. Biefeld, L.R. Dawson and H.J. Stein, "Extended infrared response of InAsSb strained-layer superlattices," *Appl. Phys. Lett.* **52**, 831–833 (1988).

DA0050

175. D.L. Smith and C. Mailhiot, "Proposal for strained type II superlattice infrared detectors," *J. Appl. Phys.* **62**, 2545–2548 (1987).
176. C. Mailhiot and D.L. Smith, "Long-wavelength infrared detectors based on strained InAs-GaInSb type-II superlattices," *J. Vac. Sci. Technol.* **A7**, 445–449 (1989).
177. C.H. Grein, P.M. Young and H. Ehrenreich, "Minority carrier lifetimes in ideal InGaSb/InAs superlattice," *Appl. Phys. Lett.* **61**, 2905–2907 (1992).
178. G.C. Osbourn, "Design of III–V quantum well structures for long-wavelength detector applications," *Semicond. Sci. Technol.* **5**, S5-S11 (1990).
179. L.L. Chang, N.J. Kawai, G.A. Sai-Halasz, P. Ludeke and L. Esaki, "Observation of semiconductor-semimetal transition in InAs/GaSb super-lattices," *Appl. Phys. Lett.* **35**, 939–942 (1979).
180. H.R. Jen, K.Y. Ma and G.B. Stringfellow, "Long-range order in InAsSb," *Appl. Phys. Lett.* **54**, 1154–1156 (1989).
181. S.R. Kurtz, L.R. Dawson, R.M. Biefeld, D.M. Follstaedt and B.L. Doyle, "Ordering-induced band-gap reduction in $InAs_{1-x}Sb_x$ ($x \approx 0.4$) alloys and superlattices," *Phys. Rev.* **B46**, 1909–1912 (1992).
182. S.H. Wei and A. Zunger, "InAsSb/InAs: A type-I or a type-II band alignment," *Phys. Rev.* **B52**, 12039–12044 (1995).
183. R.A. Stradling, S.J. Chung, C.M. Ciesla, C.J.M. Langerak, Y.B. Li, T.A. Malik, B.N. Murdin, A.G. Norman, C.C. Philips, C.R. Pidgeon, M.J. Pullin, P.J.P. Tang and W.T. Yuen, "The evaluation and control of quantum wells and superlattices of III–V narrow gap semiconductors," *Mater. Sci. Eng.* **B44**, 260–265 (1997).
184. Y.H. Zhang, A. Lew, E. Yu and Y. Chen, "Microstructural properties of $InAs/InAs_xSb_{1-x}$ ordered alloys grown by modulated molecular beam epitaxy," *J. Crystal Growth* **175/176**, 833–837 (1997).
185. S.R. Kurtz, G.C. Osbourn, R.M. Biefeld, L.R. Dawson and H.J. Stein, "Extended infrared response of InAsSb strained-layer superlattices," *Appl. Phys. Lett.* **52**, 831–833 (1988).
186. S.R. Kurtz, R.M. Biefeld, L.R. Dawson, I.J. Fritz and T.E. Zipperian, "High photoconductive gain in lateral InAsSb strained-layer superlattice infrared detectors," *Appl. Phys. Lett.* **53**, 1961–1963 (1988).
187. S.R. Kurtz, L.R. Dawson, T.E. Zipperian and S.R. Lee, "Demonstration of an InAsSb strained-layer superlattice photodiode," *Appl. Phys. Lett.* **52**, 1581–1583 (1988).
188. S.R. Kurtz, L.R. Dawson, R.M. Biefeld, I.J. Fritz and T.E. Zipperian, "Long-wavelength InAsSb strained-layer superlattice photovoltaic infrared detectors," *IEEE Electr. Dev. Lett.* **10**, 150–152 (1989).
189. S.R. Kurtz, L.R. Dawson, T.E. Zipperian and R.D. Whaley, "High detect-ivity ($> 1 \times 10^{10}\ cmHz^{1/2}/W$), InAsSb strained-layer superlattice, photo-voltaic infrared detector," *IEEE Electr. Dev. Lett.* **11**, 54–56 (1990).

DA0051

190. C. Mailhiot, "Far-infrared materials based on InAs/GaInSb type II, strained-layer superlattices," in *Semiconductor Quantum Wells and Superlattices for Long-Wavelength Infrared Detectors*, edited by M.O. Manasreh, pp. 109–138, Artech House, Boston (1993).

191. J.P. Omaggio, J.R. Meyer, R.J. Wagner, C.A. Hoffman, M.J. Yang, D.H. Chow and R.H. Miles, "Determination of band gap and effective masses in InAs/Ga$_{1-x}$In$_x$Sb superlattices," *Appl. Phys. Lett.* **61**, 207–209 (1992).

192. C.A. Hoffman, J.R. Meyer, E.R. Youngdale, F.J. Bartoli, R.H. Miles and L.R. Ram-Mohan, *Solid State Electron.* **37**, 1203–1206 (1994).

193. C.H. Grein, P.M. Young, M.E. Flatté and H. Ehrenreich, "Long wavelength InAs/InGaSb infrared detectors: Optimization of carrier lifetimes," *J. Appl. Phys.* **78**, 7143–7152 (1995).

194. E.R. Youngdale, J.R. Meyer, C.A. Hoffman, F.J. Bartoli, C.H. Grein, P.M. Young, H. Ehrenreich, R.H. Miles and D.H. Chow, "Auger lifetime enhancement in InAs-Ga$_{1-x}$In$_x$Sb superlattices," *Appl. Phys. Lett.* **64**, 3160–3162 (1994).

195. E.R. Youngdale, J.R. Meyer, C.A. Hoffman, F.J. Bartoli, R.H. Miles and D.H. Chow, "Recomnbination lifetime in InAs-Ga$_{1-x}$In$_x$Sb superlattices," *J. Vac. Sci. Technol.* **B12**, 1129–1132 (1994).

196. R.H. Miles, D.H. Chow, J.N. Schulman and T.C. McGill, "Infrared optical characterization of InAs/Ga$_{1-x}$In$_x$Sb superlattices," *Appl. Phys. Lett.* **5**, 801–803 (1990).

197. D.H. Chow, R.H. Miles, J.N. Schulman, D.A. Collins and T.C. McGill, "Type II superlattices for infrared detectors and devices," *Semicond. Sci. Technol.* **6**, C47–C51 (1991).

198. E.R. Heller, K. Fisher, F. Szmulowicz and F.L. Madarasz, "Superlattice parameters for optimum absorption in InAs/Ga$_{1-x}$In$_x$Sb superlattice infrared detectors," *J. Appl. Phys.* **77**, 5739–5746 (1995).

199. H. Ehrenreich, C.H. Grein, R.H. Miles and M.E. Flatte, Reply to "Comment on 'Temperature limits on infrared detectivities of InAs/In$_x$Ga$_{1-x}$Sb superlattices and bulk Hg$_x$Cd$_{1-x}$Te,' [*J. Appl. Phys.* **80**, 2542 (1996)]," *J. Appl. Phys.* **80**, 2545–2546 (1996).

200. J. Piotrowski and A. Rogalski, "Comment on 'Temperature limits on infrared detectivities of InAs/In$_x$Ga$_{1-x}$Sb superlattices and bulk Hg$_x$Cd$_{1-x}$Te,' [*J. Appl. Phys.* **74**, 4774 (1993)]" *J. Appl. Phys.* **80**, 2542–2544 (1996).

201. J.L. Johnson, L.A. Samoska, A.C. Gossard, J.L. Merz, M.D. Jack, G.H. Chapman, B.A. Baumgratz, K. Kosai and S.M. Johnson, "Electrical and optical properties of infrared photodiodes using the InAs/Ga$_{1-x}$In$_x$Sb superlattice in heterojunctions with GaSb," *J. Appl. Phys.* **80**, 1116–1127 (1996).

202. J.N. Schulman and T.C. McGill, "The CdTe/HgTe superlattice: Proposal for a new infrared material," *Appl. Phys. Lett.* **34**, 663–665 (1979).

DA0052

203. T.H. Myers, J.R. Meyer and C.A. Hoffman, "The III superlattices for long-wavelength infrared detectors: The HgTe/CdTe system," in *Semiconductor Quantum Wells and Superlattices for Long-Wavelength Infrared Detectors*, edited by M.O. Manasreh, pp. 207–259, Artech House, Boston (1993).

204. D.K. Arch, J.P. Faurie, J.L. Staudenmann, M. Hibbs-Brenner and P. Chow, "Interdiffusion in HgTe-CdTe superlattices," *J. Vac. Sci. Technol.* **A4**, 2101–2105 (1986).

205. J.R. Meyer, C.A. Hoffman and R.J. Bartoli, "Narrow-gap II–VI super-lattices: Correlation of theory with experiment," *Semicond. Sci. Technol.* **5**, S90–S99 (1990).

206. C.R. Becker, Y.S. Wu, A. Waag, M.M. Kraus and G. Landwehr, "The orientation independence of the CdTe/HgTe valence band offset as determined by X-ray photoelectron spectroscopy," *Semicond. Sci. Technol.* **6**, C76-C79 (1991).

207. C.A. Hoffman, J.R. Meyer, R.J. Wagner, F.J. Bartoli, X. Chu, J.P. Faurie, L.R. Ram-Mohan and H. Xie, "Electron transport and cyclotron resonance in [211]-oriented HgTe/CdTe superlattices," *J. Vac. Sci. Technol.* **A8**, 1200–1205 (1990).

208. T.H. Myers, J.R. Meyer, C.A. Hoffman and L.R. Ram-Mohan, "HgTe/CdTe superlattices for IR detection revisited," *Appl. Phys. Lett.* **61**, 1814–1816 (1992).

209. J.M. Arias, S.H. Shin, D.E. Cooper, M. Zandian, J.G. Pasko, E.R. Gertner, R.E. DeWames and J. Singh, "p-type arsenic doping of CdTe and HgTe/CdTe superlattices grown by photoassisted and conventional molecular-beam epitaxy," *J. Vac. Sci. Technol.* **A8**, 1025–1033 (1990).

210. C.A. Hoffman, J.R. Meyer, E.R. Youngdale, J.R. Lindle, F.J. Bartoli, K.A. Harris, J.W. Cook and J.F. Schetzina, "Photo-Hall investigation of p-type HgTe/CdTe superlattices," *Phys. Rev.* **B37**, 6933–6940 (1988).

211. M.W. Goodwin, M.A. Kinch and R.J. Koestner, "Metal-insulator-semi-conductor properties of HgTe/CdTe superlattices," *J. Vac. Sci. Technol.* **A6**, 2685–2692 (1988).

212. K.A. Harris, R.W. Yanka, L.M. Mohnkern, A.R. Reisinger, T.H. Myers, Z. Yang, Z. Yu, S. Hwang and J.F. Schetzina, "Properties of (211)B HgTe-CdTe superlattices grown by photon assisted molecular-beam epi-taxy," *J. Vac. Sci. Technol.* **B10**, 1574–1581 (1992).

213. A.R. Reisinger, K.A. Harris, T.H. Myers, R.W. Yanka, L.M. Mohnkern and C.A. Hoffman, "Carrier lifetime in HgTe/CdTe superlattices grown by photoassisted molecular beam epitaxy," *Appl. Phys. Lett.* **61**, 699–701 (1992).

214. S.H. Shin, J.M. Arias, M. Zandian, J.G. Pasko, J. Bajaj and R.E. De-Wames, "Minority carrier lifetime and diffusion length in HgTe/CdTe superlattices by molecular beam epitaxy," *Appl. Phys. Lett.* **61**, 1196–1198 (1992).

DA0053

215. M.L. Wronge, D.J. Peterman, B.J. Feldman, B.J. Morris, D.J. Leopold and J.G. Broerman, "Impurity doping of HgTe-CdTe superlattices during growth by molecular-beam epitaxy," *J. Vac. Sci. Technol.* **A7**, 435–439 (1989).

216. K.A. Harris, T.H. Myers, R.W. Yanka, L.M. Mohnkern and N. Otsuka, "A high quantum efficiency *in situ* doped mid-wavelength infrared p-on-n homojunction superlattice detector grown by photoassisted molecular-beam epitaxy," *J. Vac. Sci. Technol.* **B9**, 1752–1758 (1991).

217. W. Jantsch, K. Lishka, A. Eisenbeis, P. Pichler, H. Clemens and G. Bauer, "Photoconductive response of PbTe doping superlattices," *Appl. Phys. Lett.* **50**, 1654–1656 (1987).

218. G. Bauer, J. Oswald, W. Goltsos and A.V. Nurmikko, "Control of carrier lifetimes in PbTe doping superlattice," *J. Appl. Phys.* **63**, 2179–2181 (1988).

219. K.C. Hass and D.J. Kirill, "In(As,Sb) sawtooth doping superlattices for long wavelength infrared detection," *J. Appl. Phys.* **68**, 1923–1926 (1990).

220. C.C. Phillips, "Doping superlattices based on InSb for mid-infrared detector applications," *Appl. Phys. Lett.* **56**, 151–153 (1990).

221. C. Hodge, C.C. Phillips, R. Thomas, S.D. Parker, R.L. Williams and R. Droopad, "NIPI superlattices in InSb: an alternative route to $10\,\mu m$ detector fabrication," *Semicond. Sci. Technol.* **5**, S319-S322 (1990).

222. J. Maserjian, F.J. Grunthaner and C.T. Elliott, "LWIR detector arrays based on n-i-p-i superlattices," *Infrared Phys.* **30**, 27–32 (1990).

223. C.C. Phillips, E.A. Jonson, R.H. Thomas, H.L. Vaghjiani, I.T. Ferguson and A.G. Norman, "Interband and intersubband transitions in indium arsenide doping superlattices studied by absorption, nonlinear absorption and photoconductivity spectroscopies," *Semicond. Sci. Technol.* **8**, S373–S379 (1993).

224. J. Oswald and M. Pippan, "Review of n-i-p-i structures for photon detection," *Semicon. Sci. Technol.* **8**, S435-S442 (1993).

DA0054

# Exhibit 3

DA0055

# *Regular article; InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection; (2017) 84 EINFPT 63-71*

August 2017

**Section:** Pgs. 63-71 Vol. 84 ISSN: 1350-4495

**Length:** 5025 words

**History:** Received: November 1, 2016; Revised: February 10, 2017; Accepted: February 10, 2017

**Author:**

Y. Uliel [ab]

D. Cohen-Elias [a]

N. Sicron [a]

I. Grimberg [c]

N. Snapi [c]

Y. Paltiel [b]

M. Katz [a]

[a]Solid State Physics Department, Applied Physics Division, Soreq NRC, Yavne 81800, Israel

[b]Applied Physics Department, Hebrew University, Jerusalem, Israel

[c]SCD-SemiConductor Devices, P.O. Box 2250, Haifa 31021, Israel

## Body

### ABSTRACT

- InGaAs/GaAsSb Type II superlattice detectors for short-wave infrared up to 2.4μm.
- Simulation and characterization of the superlattice layer structure is presented.
- Mesa- and planar- P-I-N photodetectors were realized, investigated and compared.
- Lowest dark current was 1.2μA/cm$^2$ at 300K for planar- device.
- Quantum efficiency of 40% at 2.18μm was measured.
- Results and behavior against temperature and bias are analyzed and discussed.

DA0056

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

Short Wave Infra-Red (SWIR) photodetectors operating above the response cutoff of InGaAs- based detectors (1.7-2.5μm) are required for both defense and civil applications. Type II Super-Lattices (T2SL) were recently proposed For near- room temperature SWIR detection as a possible system enabling bandgap adjustment in the required range. The work presented here focuses on a T2SL with alternating nano-layers of InGaAs and GaAsSb lattice-matched to an InP substrate. A near room temperature SWIR cutoff of 2.4μm was measured. Electrical junctions were realized using Zn diffusion p-doping process. We realized and studied both mesa- and selective diffusion- based p-i-n photodiodes. Dark currents of mesa-based devices were 1.5mA/cm$^2$ and 32μA/cm$^2$ at 300 and 230K respectively. Dark currents were reduced to 1.2mA/cm$^2$ and 12μA/cm$^2$ respectively by utilizing the selective diffusion process. The effect of operating voltage is discussed. At 300K the quantum efficiency was up to 40% at 2.18μm in mesa devices. D* was $1.7 \times 10^{10} \mathrm{~cm} \cdot \sqrt{\mathrm{Hz}}/\mathrm{W}$ at 2μm.

**FULL TEXT**

## 1. Introduction

In recent years, there has been a growing interest in detection of Short Wave Infra-Red (SWIR-1-3μm) radiation. This range allows detection of the absorbance band of several important atoms and molecules such as $CO_2$, while transmitting well through fog and smoke particles. These properties offer promising industrial applications in the fields of quality control, pharmaceutical industry, gas detection for environmental use, and defense. Furthermore, there are also applications for imaging of passive as well as active light sources in the SWIR band, such as night-glow, laser pointers, and blackbody radiation of bodies well above room temperature [1].

Most existing high-performance SWIR detectors operate under deep cooling conditions in order to suppress noise. A low noise SWIR detector would allow higher operating temperatures, making the cumbersome, expensive deep cooling system redundant. State of the art SWIR detectors are photodiodes based on InGaAs layers, lattice matched to InP substrate as absorber layer [1]. These operate usually at the optical communication range up to a cutoff wavelength of 1.7μm [2]. The wide use of these detectors brought their technology to maturity, and nowadays they offer a high sensitivity solution, of reasonable price, for single element detectors as well as Focal Plane Arrays (FPAs). Beyond that wavelength, the most prominent solutions include extended InGaAs detectors and HgCdTe (MCT) based detectors [3]. The Extended InGaAs detectors can reach longer cutoffs up to a wavelength of 2.6μm by increasing the Indium concentration within the layer, with a tradeoff of reducing lattice quality as a result of lattice mismatch to the InP substrate. This increases the thermal noise and degrades the detector performance as the cutoff wavelength is increased. Moreover, the increased defect density leads to uniformity issues that make it difficult to fabricate FPAs with high yield [4]. The other technology that is often used for detection beyond 1.7μm is based on MCT layers [3]. These provide a flexible solution for detection of a wide range of the infrared spectrum, using different compositions. However, the growth challenges of II-VI

[1] M.P Hansen, D.M Malchow; Overview of SWIR detectors, cameras, and applications; Thermosense XXX; (2008).

[2] L. Shkedy, R. Fraenkel, T. Fishman, A. Giladi, L. Bykov, I. Grimberg, E. Ilan, S. Vaserman, A. Koifman; Multifunction InGaAs detector with on-chip signal processing; Infrared Technology and Applications XXXIX; (2013).

[3] M. Vuillermet, D. Billon-Lanfrey, Y. Reibel, A. Manissadjian, L. Mollard, N. Baier, O. Gravrand, G. Destefanis; Infrarad Technology and Applications XXXVIII; Proc. of SPIE; (2012).

[4] Y.G. Zhang, Y. Gu; Gas source MBE grown wavelength extending InGaAs photodetectors; Adv. Photodiod.; (2011).

DA0057

semiconductors, the low yield and nonuniformity, alongside the environmentally harmful components make this solution inadequate for realization of inexpensive, widespread SWIR detecting FPAs as well.

The use of Type II superlattices (T2SL) based detectors is growing in recent years and it is already in commercial production for several bands within the Infrared spectrum. In this unique structure, based on alternating thin nano-layers, a charge separation is created between an electron-hole pair generated due to photon absorption, so that electrons will localize in one nano-layer while the holes will localize in a neighboring one. The optical transition takes place in the overlap region of the wavefunctions located at the interfaces between the layers of different materials. Since the conduction and valence bands reside in different materials, the energetic gap that has to be overcome for an optical transition will be smaller than that of each of the components, effectively creating an artificial bandgap. Moreover, the quantum confinement effect of charge carriers in the thin layers will push apart the ground levels for optical transition allowing bandgap engineering by changing layers thickness. The effective energy gap flexibility enables tight optimization of the cutoff wavelength to a specific application, so that there is no detection of wavelengths longer than necessary and therefore no unnecessary excess thermal noise is generated as in most non-engineered substances, making T2SLs promising candidates for detectors realization.

The use of InGaAs/GaAsSb material system, lattice matched to InP, as a candidate for SWIR detection up to a cutoff of 2.5μm was first suggested by Sai-Halasz et al. [5]. Growth and characterization of the T2SL were published by Brown et al. [6]. Sidhu et al. [7] were the first to demonstrate detection using mesa photodiodes based on this T2SL, up to a cutoff of 2.39μm, using Molecular Beam Epitaxy (MBE) grown layers. They have later demonstrated an avalanche photodiode aimed to improve signal to noise ratio (SNR) for single element detectors [8]. Inada et al. [9] have reported improved results, in terms of dark current, using detectors fabricated by thermal diffusion through a diffusion mask, and demonstrated an FPA. Fujii et al. [10] reported an improved structure with InP capping layer grown by Metal Organic Chemical Vapor Deposition (MOCVD) compatible for mass production. Other approaches for SWIR detection using other T2SLs [11] and more complex material systems were also demonstrated [12].

The majority of the works published on InGaAs/GaAsSb based photodetectors have focused on technological advancement rather than device trends. The difference in device structure and fabrication methods makes it hard to study. Moreover, while the detection potential of the InGaAs/GaAsSb T2SL is

[5] G. Sai-Halasz, R. Tsu, L. Esaki; A new semiconductor superlattice; Appl. Phys. Lett.; Vol. 30, 12; (1977), pp. 651-653.

[6] G.J. Brown, J.E.V. Nostrand, S.M. Hedge, W.J. Siskaninetz, Q. Xie; Type-II InGaAs/GaAsSb superlattice for photodetection in the near infrared; Photodetector Materials and Devices VII; (2002).

[7] R. Sidhu, N. Duan, J.C. Campbell, A.L. Holmes; A Long-Wavelength Photodiode on InP using Lattice-Matched GaInAs-GaAsSb Type-II Quantum Wells; IEEE Photonics Technol. Lett.; Vol. 17, 12; (2005), pp. 2715-2717.

[8] R. Sidhu, A.L. Holmes; Mid infrared InP-based photodiodes operating at/near room temperature; 2006 Digest of the LEOS Summer Topical Meetings; Austin; (2006).

[9] H. Inada, K. Miura, H. Mori, Y. Nagai, Y. Iguchi, Y. Kawamura; Low dark current SWIR photodiode with InGaAs/GaAsSb Type II quantum wells grown on InP substrate; SEI Techn. Rev.; (2010), pp. 100-102.

[10] K. Fujii, T. Ishizuka, Y. Nagai, Y. Iguchi, K. Akita; MOVPE growth for photodiodes in 2.5 μm region with InGaAs/GaAsSb type-II quantum wells; Phys. Status solidi; Vol. 10, 5; (2013), pp. 732-735.

[11] A.M. Hoang, G. Chen, A. Haddadi, S. Abdollahi Pour, M. Razhegi; Demonstration of shortwavelength infrared photodiodes based on type=-II InAs/GaSb/AlSb superlattices; Appl. Phys. Lett.; Vol. 100; (2012).

[12] A.P. Craig, M. Jain, G. Wicks, T. Golding, K. Hossain, K. McEwan, C. Howle, B. Percy, A.R.J. Marshall; Short-wave infrared barriode detectors using InGaAsSb absorption material lattice; Appl. Phys. Lett.; Vol. 106; (2015).

DA0058

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

well established, it exhibits some phenomena that are not fully understood. For example, it was reported that the photoresponse drops with temperature under low operating bias [13]. In this work we present a comprehensive material and devices study of this promising material system. Our results show that simple and controllable detectors can be realized utilizing this unique structure. Finally we discuss the current, RA product and photoresponse behaviors, of mesa and planer diodes, against the applied voltage.

## 2. Experimental

### 2.1. Layers characterization

We have followed the layer design reported by Cohen et al. [14]. An MBE grown structure of 300 alternating 5nm thick layers of $In_{53}Ga_{47}As/GaAs_{51}Sb_{49}$ lattice matched to an InP substrate serves as an absorber layer. The absorber was unintentionally n-doped below $2 \times 10^{15} \text{ cm}^{-3}$ and $2 \times 10^{16} \text{ cm}^{-3}$ in the InGaAs and GaAsSb layers respectively. An InP capping layer was grown with an $In_{52}Al_{48}As$ $20 \text{ nm}$ wide interface buffer aimed to improve the InP interface. The top and bottom InP contact layers were Si



doped forming an n-i-n structure, as can be seen in   Fig. 1.

Fig. 1 - Illustration of the layer structure and fabrication process of planar and mesa devices.

Quantum single-band simulations of the layer structure were used to extract the ground state energies of free electrons and heavy holes at a temperature range between 10 and 325K, and calculate the respective cutoff wavelengths. The simulations were performed with the nextnano© software using its default database k·p model parameters. By comparing the simulated energy gaps with Varshni's empirical expression we were able to find parameters that fit well the formula [15] :

$$(1) \quad E_g(t) = E_0 - \frac{\alpha T^2}{T + \beta}$$

as can be seen in   Fig. 1. The extracted parameters were $E_0 = 0.59 \text{ eV}$, $\alpha = 4.15 \times 10^{-4} \text{ eV/K}$ and $\beta = 163 \text{ K}$.

Photoluminescence (PL) measurements at 10K confirm that the T2SL layers have an effective band gap in the SWIR band as designed and simulated (  Fig.2 a). The cutoff is red-shifted to 2.4μm at 300K accordingly. A similar cutoff was found in an absorption spectrum (  Fig.2 b) extracted from a room temperature (RT) transmission spectrum measured using an FTIR system. Shorter wavelengths are better absorbed since the absorption coefficient depends on the overlap integral which is significantly higher for in-layer high-energy band-to-band transitions compared to the type II transitions. The RT absorption

[13]  B. Chen, W. Jiang, J. Yuan, A.L.J. Holmes, B.M. Onat; SWIR/MWIR InP-based p-i-n photodiodes with InGaAs/GaAsSb Type-II quantum wells; IEEE J. Quantum Electron.; Vol. 45, 9; (2011), pp. 1244-1250.

[14]  N. Cohen, O. Aphek, Infrared Technology and Applications XLI, in: Proc. SPIE, 2015.

[15]  Y.P. Varshni; Temperature dependence of the energy gap in semiconductors; Physica; Vol. 34, 1; (1967), pp. 149-154.

DA0059

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

coefficient at 2μm SWIR wavelength was measured to be 0.22μm$^{-1}$ taking into account a 3μm thick absorber. A wider absorber can be used in order to increase the absorption of longer wavelengths near



cutoff that is expected to limit the detector response.

Fig. 2 - (a) An illustration of the cutoff wavelength extracted from the transition energy required to overcome the energetic gap between electron an heavy hole ground states. The ground state solutions for each band were calculated separately by single band simulation at 300K using nextnano software. (b) Cutoff wavelength versus temperature fit to Varshni's expression.

A process of thermal diffusion of Zn acceptors was utilized to form a shallow p-n junction inside the absorber. An HR-XRD measurement was performed on the samples before and after diffusion process. The results are shown at   Fig. 3. The spacing between satellite peaks, confirms the designed 10nm period of the T2SL. The original peaks were unchanged after the diffusion process but with an additional satellite to the right of each peak. This additional satellite can be interpreted as a top layer with a smaller lattice parameter formed inside the T2SL as confirmed by XRD simulation. Other low intensity peaks that



appear in the original layers remain unexplained.

Fig. 3 - (a) Photoluminescence emission spectra measured at several excitation powers at 10K. The linear trend connecting the peaks (green arrow) suggests a $2.18\ \mu m$ equivalent bandgap. (b) Extended SWIR absorption spectrum at RT and $300\ K$ PL measurement and excitation power of $50\ mW$ laser. Cutoff is near $\sim 2.4\ \mu m$ for both methods. (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

The Zn diffusion profile in the absorber was approximated by ToF SIMS (  Fig. 4). The relative sensitivity factor (RSF) in the SL layer, was obtained from a GaAs matrix normalizing against As signal. A Polaron (C-V profiler) measurement of the doping concentration into an InGaAs layer, with a 1μm InP cap without the InAlAs buffer, shows deeper penetration length into the absorber. This could be a result of slow rate diffusion in GaAsSb layers or an inherent property of the SL interfaces. It is also possible that



the InAlAs buffer impedes the diffusion.

Fig. 4 - (a) An HR XRD measurement of the T2SL sample before and after Zn diffusion process. (b) Post diffusion XRD measurement against simulation.

DA0060

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

## 2.2. Fabrication

Using the abovementioned diffusion process, mesa-based and planar p-i-n photodiode devices, were fabricated as shown in Fig. 1. To create the mesa-based device, the sample was first p-doped. It was then etched with a $H_3PO_4$: $H_2O_2$: $H_2O$ 1:1:10 solution to form square mesa devices using conventional photolithography (Sample A). Mesas were etched to different depths from mid- absorber (shallow mesas) down-to the substrate (deep mesas). Top p- and bottom-n contact layers of Ti-Au were evaporated and annealed to provide an adequate contact on reverse bias. The devices were eventually passivated by an insulating SU8 film deposited by spinning. A second sample of planar devices (Sample B) was later fabricated using a similar process where the only difference is that no etching took place, and the device area was defined by selective diffusion through an opening in a diffusion mask.

A Schrödinger-Poisson simulation with no bias, performed using the nextnano software is presented in Fig. 5. In this simulation the absorber is 1μm long for computational simplicity. The unintentional n-doping of the absorber layer was taken at the maximal estimated value, to provide an underestimate for the depletion region width. The simulation predicts partial depletion of the absorber under zero bias



condition.

Fig. 5 - Zn profile as extracted from the SIMS measurement. The dopant was introduced from left (top layers) and penetrated $\sim 0.1\ \mu m$ into the superlattice. A penetration depth of about $0.35\ \mu m$ was measured by Polaron for the InGaAs reference sample.

## 2.3. Mesa device characterization

The dark I-V characteristics of several mesa devices on sample A were measured between 200 and 320K up to a reverse bias of −4V, as seen in Fig.6 a. The differential resistance was extracted as seen in Fig.6 b. At 300K, the best-device exhibits dark current density of $1.5\ A/cm^2$ under −50mV bias, and a $R_0A$ product of $26\Omega \cdot cm^2$. Fig.7 a shows an Arrhenius plot of the dark current density against Rule 07 [16]. The high temperature activation energy is $0.36\ eV$. Assuming the 0.52eV bandgap as measured by the PL measurement this value suggests ideality factor $\sim$1.4 i.e. there are current mechanisms other the diffusion current. The contribution of these mechanisms is slightly increased in cooled temperature. Similar activation is found by high temperature Arrhenius plot of $R_0A$ ( Fig.7 b).



Fig. 6 - an electrostatic potential diagram of a T2SL photodiode based on our device.

---

[16] W.E. Tennant; "Rule 07" Revisited: Still a Good Heuristic Predictor of p/n HgCdTe Photodiode Performance?; J. Electron. Mater.; Vol. 39, 7; (2010), pp. 1030-1035.

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection



Fig. 7 - Current density (a) and differential resistance area product (b) against applied voltage of the T2SL mesa best device. Two bias regimes are observed with crossover bias near −1V.

The differential resistance plot ( Fig.6 b) clearly shows two distinct reverse bias regimes. At high reverse bias, above −1V, the resistance suddenly increases ( Fig.6 a) before eventually saturating. We suggest that in the low bias regime, the device is gradually turned on, building the depletion region. Assuming a plate capacitor model the depletion region width can be directly extracted from the reverse depletion capacitance using:

$$(2) \quad C_{dep} = \frac{\epsilon}{w}$$

where $w$ the depletion region width, $C_{dep}$ is the capacitance per unit area, and $N_D\epsilon$, the dielectric constant of the SL was estimated ~14 by effective medium theory. The doping concentration can also be extracted from the depletion capacitance using:

$$(3) \quad N_D(w) = \frac{2}{q\epsilon} \left( \frac{d(C_{dep}^{-2})}{dV} \right)^{-1}$$

where is the doping concentration, $V$ the applied voltage, and $q$ the electron charge. The C-V profile was extracted using an Agilent 4294A impedance analyzer operated at 20MHz. The device was modeled as a parallel resistor-capacitor up to a reverse bias of −3V. The results over several devices with different area ranging between $100\times100\mu m^2$ and $800\times800\mu m^2$ is presented in Fig.8 a. A capacitance of 1.95 pF had to be subtracted to achieve constant capacitance per unit area. We attribute this value to a constant parallel parasitic    capacitor    that    may    also    be    the    source    of    variation    between    devices.



Fig. 8 - Arrhenius plots of the low bias dark current (a) against Rule 07 and $R_0A$ product (b) of T2SL mesa structure device.

The depletion layer width and doping density were extracted by Eqs. (1) and (2) respectively. The results were combined to plot the doping profile in the absorber ( Fig.8 b). It can be noticed that the depletion region effectively stops growing above −1V reaching near ~3μm. This finding confirms that full depletion is indeed achieved near −1V.

The spectral response of deep mesa devices of Sample A was measured from 220 to 300K. To measure the relative response of the detector, a source beam was transmitted out of an FTIR system enclosure and the electric signal produced by the biased detector was fed back as input. The quantum efficiency (QE)

DA0062

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

was scaled based on the current response to low frequency modulated front-illumination, from a 1000K blackbody source through a notch filter around 2.18μm. The results are plotted in   Fig.9 a. A decrease of QE with temperature at short wavelength can be seen. A similar phenomenon was first reported by Chen et al.   [13] although this is the first report of its spectral dependence. The QE was calculated against reverse operating bias for two devices of different mesa area ($400{\times}400\mu m^2$ vs. $800{\times}800\mu m^2$) and no significant size dependence was observed (  Fig.9 b). It was found that the QE increases with reverse voltage and saturates near $-1V$ reaffirming the claimed full depletion condition and thus suggesting full collection of the generated charge carriers. Beyond the saturation bias, the decrease of photoresponse with temperature (  Fig.9 a - short wavelength) disappears in accordance with the physical interpretations of the phenomenon given by Chen et al. (doping freeze-out or increased mean free path) that relate it with partial depletion of the absorbing volume. A maximum QE of 40% corresponding to a SWIR responsivity of 0.7A/W was directly measured at 300K against 2.18μm illumination. We believe that the quantum efficiency is limited by the absorbed portion of the incident illumination and can thus be improved by



utilizing a thicker absorber as noted earlier.

Fig. 9 - Capacitance of shallow mesa devices against bias. (b) Doping profile against depth below the junction extracted from the C-V measurements. The rise towards 2.9μm implies the end of the absorber.

Given the bias dependence of the QE and dark current we could calculate the shot-Johnson noise limited specific detectivity against bias, using:

$$D^* = \frac{\lambda\eta}{hc}\left(2qJ + \frac{4K_BT}{RA}\right)^{-1/2}$$

(4)

The results (  Fig.10 a) suggest that the best detector limited performance is achieved under low reverse bias. We therefore assumed low bias operating point and followed it in most device characterizations. The spectral specific SWIR detectivity was similarly calculated to a $D^*$ of $1.7 \times 10^{10}$ $cm \cdot \sqrt{Hz}/W$ at 2μm



for 300K and one order of magnitude above for 220K (  Fig.10 b).

Fig. 10 - (a) The spectral response of a T2SL mesa based device as measured by an FTIR and calibrated using a blackbody source. (b) The quantum efficiency and responsivity of T2SL based mesa detectors against 2.18μm illumination at different temperatures. A saturation of photocurrent is observed at high reverse bias.

## 2.4. Planar device characterization

The use of selective diffusion to form planar devices is known for peripheral current reduction. The I-V characteristics of sample B were measured between 200 and 320K up to a reverse bias of 4V and the differential resistance was extracted from the I-V plots. The results of a typical $400{\times}400\mu m^2$ device are shown in   Fig. 11. The $300\,K$ dark current at $-50\,mV$ was slightly reduced to $1.2\,mA/cm^2$ with and

DA0063

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

an $R_0A$ of $28 \, \Omega \cdot cm^2$. This dark current is about 1.5 orders of magnitude above Rule 07 [16] and is comparable to commercially available SWIR MCT detectors [3]. The two distinct reverse bias regimes we



reported for the mesa-based devices apply for planar devices as well.

Fig. 11 - T2SL mesa devices specific detectivity ($D^*$) for several temperatures against reverse bias at 2.18μm (a) and against avelength at −0.1V (b).

The near RT activation energy extracted from the Arrhenius plots ( Fig. 12) was ~0.4eV suggesting that the ideality factor has improved to ~1.3 implying leakage current suppression. The dark current at 230K was thus reduced to $12 \, \mu A/cm^2$ compared to $32 \, \mu A/cm^2$ for mesa devices.



Fig. 12 - Current density (a) and differential resistance area product (b) of a typical T2SL planar device.

Fig.13 a shows the dark current density against perimeter/area ratio for several planar and mesa devices. Assuming that the peripheral current contributes additional current per unit perimeter then the peripheral current density can be distinguished from the bulk current density as the slope and the intercept of linear trend. While mesa devices demonstrate high variation at RT, planar devices exhibit a clear linear trend that suggests better process reproducibility. The slope is almost zero at 230K as the peripheral leakage current is suppressed and the device variation is governed by process dependent leakage currents ( Fig.13 b). For planar devices, a peripheral current density of $56 \, pA/\mu m$ was extracted at RT. Given this value the peripheral current contribution to the typical device (400×400μm$^2$) previously presented is less than 5% and it represents well the bulk current. It is assumed that the same bulk current applies for mesa



devices as well.

Fig. 13 - Arrhenius plots of the low bias dark current (a) against Rule 07 and $R_0A$ product (b) of T2SL planer and mesa structure devices. An ideality factor describing the high temperature slope of the exponential fit assuming a bandgap of 0.52eV.

The spectral response of the planar devices was measured in a similar manner to that used for mesa devices. The phenomenon of QE increasing at low temperatures was not observed under low bias ( Fig.14 a). Applying additional reverse voltage increases the QE ( Fig.14 b). The voltage effect was found most significant in small area devices, such that at high reverse bias they present significantly higher QE, unlike previously shown for matching mesa devices. This implies that the collected photocurrent by small area

DA0064

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

devices is larger than expected by their area. We evaluate that this finding is related to peripheral detection outside the device perimeter, prevented by mesa walls in matching mesa devices. Another important finding is that the increase of QE at low temperature is present in small area devices under high reverse bias. While the physical nature of the excess photoresponse at low temperature was attributed to doping freeze-out or increased mean free path [13], it is yet to be fully explained, and further investigation is under process. In any case the overdetection of small area planar devices at low temperature and high bias clearly points yet again to the existence of two distinct bias regimes.



Fig. 14 - Dark current against perimeter/area ratio under −0.1V at (a) RT and (b) 230K.

## 3. Discussion

In the previous sections we saw that the dark current as well as the photocurrent in both mesa- and planar-devices demonstrate two distinct bias regimes. We associated the low operation bias regime with partial depletion of the absorber that result in gradual turn-on of the detector. When the applied reverse bias crosses a certain threshold full depletion is achieved and the QE saturates accordingly. As can be seen in Fig.15 a, in mesa devices this condition requires lower bias than in planar devices. If we assume that the voltage drop required to fully deplete the absorber is the same in both structures, then the bias offset between the QE curves implies that in planar devices part of the applied voltage drops elsewhere in the



structure.

Fig. 15 - (a) The quantum efficiency of a T2SL planar device against wavelength at different temperatures. (b) The external quantum efficiency and responsivity of $400\times400\mu m^2$ and $100\times100\mu m^2$ planar devices at different temperatures and reverse bias against 2.18μm illumination.

Fig.15 b shows the RA product curves of mesa and planar devices at RT. In planar devices we notice a clear "double-humped" resistance characteristic. We attribute the low bias regime curve to a serial element that limits the current through the structure and therefore takes on part of the applied voltage. In mesa devices however, the resistance at the low bias regime is significantly lower. We argue that the current limiting element tends to leak through the mesa walls and the effective resistance of the structure is thus reduced in this bias regime. As a result, a larger part of the applied voltage drops on the diode. Hence, although the RA product of the mesa, at low reverse bias, is smaller in comparison to planar device the QE is higher. The current limiting serial element exists in mesa structures as well as can be

DA0065

seen in the resistance characteristics at low temperatures ( Fig.6 b). A similar serial element may also



explain the high turn-on bias reported by Cohen et al. [14].

Fig. 16 - (a) The quantum efficiency of mesa (solid line) against planar device (dashed line). (b) Resistance of mesa (solid lines) and planar (dashed line), the crossover point (yellow lines) is shifted towards lower bias by mesa etching (yellow arrows). (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

Since we have come to the conclusion that the device current is limited by a serial element at the low bias, one would expect it would reduce the detector performance under this operating regime. However, as we have already shown, the best $D^*$ in mesa devices is achieved under low reverse bias nonetheless. It is thus conceivable, that locating and eliminating the mechanism responsible for the serial element may be the key for improving the device performance further. Such element should be located above the T2SL diode, otherwise we would expect shallow mesas to demonstrate a behavior similar to that of the planar devices, which is not the case in Fig.15 b.

In the high bias regime, since the absorber is already fully depleted and every generated charge carrier is collected at the output, the depletion width cannot grow further. Accordingly, the detecting volume cannot grow further in mesa devices at low temperatures as suggested by Chen et al. [13]. However, in planar devices, where the absorbing volume is unbounded sideways, the charge collecting area keeps growing with increasing applied bias. This effect clearly noticeable at small area device structure ( Fig.14 b, $100\times100\mu m^2$) and becomes more significant at lower temperatures. Thus, the QE at high reverse bias increases with lowering the temperature. We therefore suggest that planar devices may provide a better approach to study the increased detection at low temperatures.

## 4. Conclusions

In this work we have studied a T2SL layer structure aimed for 2.4μm cutoff detection. The SWIR cutoff was simulated and confirmed by PL measurement. Zn diffusion process was used to form a shallow p-n junction inside the absorber. Mesa- and planar-devices were fabricated and characterized. The mesa and planer devices dark currents at 300K under −50mV were $1.5\,mA/cm^2$ and $1.2\,mA/cm^2$ respectively, which is comparable to commercially available MCT detectors. The dark currents reduce to 32μA/cm$^2$ and 12μA/cm$^2$ respectively when cooled to 230K. The QE, at 2.18μm, in mesa devices was found to gradually increase with bias before eventually saturating near −1V reaching ~40%. The best $D^*$ was achieved at −0.1V reaching $1.7\times10^{10}\,cm\cdot\sqrt{Hz}/W$ at 300K and increased to $1.7\times10^{11}\,cm\cdot\sqrt{Hz}/W$ at 220K.

The effect of the operation bias was discussed. We identified the photocurrent saturation against bias with full depletion of the absorber. Beyond the saturation point, in planar devices, the photoresponse increases in small devices due to an enlarged effective detection area. This phenomenon is more efficient in low temperature. We thus propose future investigation of this effect should base on planar structures.

DA0066

Regular article,InGaAs/GaAsSb Type-II superlattice based photodiodes for short wave infrared detection

An analysis and comparison of the characteristics of mesa and planar structures suggested that a serial element with relatively high resistance may limit the device performance under low operating bias conditions. Identifying and removing the serial element, may hold the key for improved devices.

CONTACT: Corresponding author.

## References

1  M.P Hansen, D.M Malchow; Overview of SWIR detectors, cameras, and applications; Thermosense XXX; (2008).

2  L. Shkedy, R. Fraenkel, T. Fishman, A. Giladi, L. Bykov, I. Grimberg, E. Ilan, S. Vaserman, A. Koifman; Multifunction InGaAs detector with on-chip signal processing; Infrared Technology and Applications XXXIX; (2013).

3  M. Vuillermet, D. Billon-Lanfrey, Y. Reibel, A. Manissadjian, L. Mollard, N. Baier, O. Gravrand, G. Destefanis; Infrarad Technology and Applications XXXVIII; Proc. of SPIE; (2012).

4  Y.G. Zhang, Y. Gu; Gas source MBE grown wavelength extending InGaAs photodetectors; Adv. Photodiod.; (2011).

5  G. Sai-Halasz, R. Tsu, L. Esaki; A new semiconductor superlattice; Appl. Phys. Lett.; Vol. 30, 12; (1977), pp. 651-653.

6  G.J. Brown, J.E.V. Nostrand, S.M. Hedge, W.J. Siskaninetz, Q. Xie; Type-II InGaAs/GaAsSb superlattice for photodetection in the near infrared; Photodetector Materials and Devices VII; (2002).

7  R. Sidhu, N. Duan, J.C. Campbell, A.L. Holmes; A Long-Wavelength Photodiode on InP using Lattice-Matched GaInAs-GaAsSb Type-II Quantum Wells; IEEE Photonics Technol. Lett.; Vol. 17, 12; (2005), pp. 2715-2717.

8  R. Sidhu, A.L. Holmes; Mid infrared InP-based photodiodes operating at/near room temperature; 2006 Digest of the LEOS Summer Topical Meetings; Austin; (2006).

9  H. Inada, K. Miura, H. Mori, Y. Nagai, Y. Iguchi, Y. Kawamura; Low dark current SWIR photodiode with InGaAs/GaAsSb Type II quantum wells grown on InP substrate; SEI Techn. Rev.; (2010), pp. 100-102.

10  K. Fujii, T. Ishizuka, Y. Nagai, Y. Iguchi, K. Akita; MOVPE growth for photodiodes in 2.5 μm region with InGaAs/GaAsSb type-II quantum wells; Phys. Status solidi; Vol. 10, 5; (2013), pp. 732-735.

11  A.M. Hoang, G. Chen, A. Haddadi, S. Abdollahi Pour, M. Razhegi; Demonstration of shortwavelength infrared photodiodes based on type=-II InAs/GaSb/AlSb superlattices; Appl. Phys. Lett.; Vol. 100; (2012).

12  A.P. Craig, M. Jain, G. Wicks, T. Golding, K. Hossain, K. McEwan, C. Howle, B. Percy, A.R.J.

DA0067

Marshall; Short-wave infrared barriode detectors using InGaAsSb absorption material lattice; Appl. Phys. Lett.; Vol. 106; (2015).

13  B. Chen, W. Jiang, J. Yuan, A.L.J. Holmes, B.M. Onat; SWIR/MWIR InP-based p-i-n photodiodes with InGaAs/GaAsSb Type-II quantum wells; IEEE J. Quantum Electron.; Vol. 45, 9; (2011), pp. 1244-1250.

14  N. Cohen, O. Aphek, Infrared Technology and Applications XLI, in: Proc. SPIE, 2015.

15  Y.P. Varshni; Temperature dependence of the energy gap in semiconductors; Physica; Vol. 34, 1; (1967), pp. 149-154.

16  W.E. Tennant; "Rule 07" Revisited: Still a Good Heuristic Predictor of p/n HgCdTe Photodiode Performance?; J. Electron. Mater.; Vol. 39, 7; (2010), pp. 1030-1035.

## Classification

**Language:** ENGLISH

**Document Type:** Full-length article

**Publication Type:** Journal

**Journal Code:** INFPHY

**Subject:** GAS SENSORS (77%); QUALITY CONTROL (76%); ENVIRONMENT & NATURAL RESOURCES (71%); POLLUTION & ENVIRONMENTAL IMPACTS (71%)

**Industry:** ELECTRONIC SENSORS & DETECTORS (90%); ELECTRONIC DIODES (89%); SEMICONDUCTORS (87%); THERMAL SENSORS (78%); GAS SENSORS (77%); PHARMACEUTICALS & BIOTECHNOLOGY (76%); COMPUTER CHIPS (65%); PHARMACEUTICALS INDUSTRY (56%)

**Load-Date:** July 20, 2017

Infrared Physics and Technology
Copyright 2017 Elsevier B.V. All Rights Reserved

DA0068

# Exhibit 4

DA0069

CHAPTER **1**

# Type-II Superlattice Infrared Detectors

**David Z.-Y. Ting, Alexander Soibel, Linda Höglund, Jean Nguyen, Cory J. Hill, Arezou Khoshakhlagh,** and **Sarath D. Gunapala**

**Contents**

| | | |
|---|---|---|
| 1. | Introduction | 2 |
| 2. | Historical Perspective | 3 |
| | 2.1. Type-II superlattice and the broken-gap band alignment | 3 |
| | 2.2. Superlattices for infrared detection | 5 |
| | 2.3. Superlattice infrared detectors and focal plane arrays | 8 |
| | 2.4. Recent development | 11 |
| 3. | Basic Properties of Type-II Superlattices | 13 |
| | 3.1. The 6.1 Å material system | 13 |
| | 3.2. Tunneling suppression | 17 |
| | 3.3. Auger reduction | 19 |
| | 3.4. Effective masses and transport | 20 |
| 4. | Superlattice Infrared Detectors | 25 |
| | 4.1. Unipolar barriers | 25 |
| | 4.2. Dark current reduction using unipolar barriers | 26 |
| | 4.3. Building unipolar barriers | 30 |
| | 4.4. Barrier infrared detector | 32 |
| 5. | Detector Fabrication and Characterization | 37 |
| | 5.1. Detector fabrication | 37 |
| | 5.2. Optical characterization of superlattices | 39 |
| | 5.3. Noise measurement | 44 |
| | 5.4. Lifetime measurement | 47 |
| | 5.5. Lifetime and dark current | 49 |
| 6. | Conclusions and Outlook | 49 |
| | Acknowledgments | 50 |
| | References | 50 |

Semiconductors and Semimetals, Volume 84
ISSN 0080-8784, DOI: 10.1016/B978-0-12-381337-4.00001-2 © 2011 Elsevier Inc.
All rights reserved.

## 1. INTRODUCTION

The type-II InAs/GaSb superlattices (Sai-Halasz *et al.*, 1977) have several fundamental properties that make them suitable for infrared detection: their band gaps can be made arbitrarily small by design (Sai-Halasz *et al.*, 1978a), they are more immune to band-to-band tunneling compared with bulk material (Smith and Mailhiot, 1987; Smith *et al.*, 1983), the judicious use of strain in type-II InAs/GaInSb strained layer superlattice (SLS) can enhance its absorption strength over that of the type-II InAs/GaSb super-lattice to a level comparable with HgVdTe (MCT) (Smith and Mailhiot, 1987), and furthermore, type-II InAs/Ga(In)Sb superlattices have been shown theoretically (Grein *et al.*, 1992) and experimentally (Youngsdale *et al.*, 1994) to have reduced Auger recombination. These properties generated strong interests and led to the demonstration of the first high-performance photodiodes (Fuchs *et al.*, 1997a; Johnson *et al.*, 1996) and focal plane array (FPA) (Walther *et al.*, 2005b). In the mid-wavelength infrared (MWIR), sophisticated production-ready simultaneous dual-band FPAs already exist (Rehm *et al.*, 2010; Walther *et al.*, 2007). In the long-wavelength infrared (LWIR), heterostructure superlattice detectors (Aifer *et al.*, 2010a; Gautam *et al.*, 2010; Nguyen *et al.*, 2007b; Ting *et al.*, 2009a) that effectively use unipolar barriers (Ting *et al.*, 2009a) have shown strong reduction of generation-recombination (G-R) dark current due to Shockley-Read-Hall (SRH) processes. Higher absorber doping levels afforded by immunity to tunneling has led to reduced diffusion dark current (Ting *et al.*, 2010), despite relatively short lifetimes found in existing superlattice material (Connelly *et al.*, 2010; Donetsky *et al.*, 2010; Pellegrino and DeWames, 2009). The dark current characteristics of type-II superlattice-based single element LWIR detectors are now approaching that of the state-of-the-art MCT detector. Noise measurements highlight the need for surface leakage suppression (Soibel *et al.*, 2010), which can be tackled by improved etching (Nguyen *et al.*, 2010b), passivation (Fuchs *et al.*, 1998a; Mohseni *et al.*, 1999), and device design (Aifer *et al.*, 2007; Wicks *et al.*, 2010). Large-format LWIR FPAs have been demonstrated in research laboratories (Gunapala *et al.*, 2010; Manurkar *et al.*, 2010). The continuous improvement in substrate, material quality, device design, and processing technique, coupled with better understanding of the fundamental properties, could lead to high-performance large-format LWIR focal plane arrays in the near future.

The reminder of this chapter is organized as follows: Section 2 reviews the development of the type-II superlattice infrared detectors from a historical perspective. Section 3 discusses basic properties of the type-II superlattice, largely from simple theoretical considerations. Section 4 describes the principles behind advanced superlattice infrared detectors based on heterostructure designs. Section 5 explores some aspects of device fabrication

and characterization of contemporary interest. A short summary and outlook is given in Section 5. As this chapter covers only a limited set of topics, the interested readers are also referred to review articles by Bürkle and Fuchs (2002); Fuchs *et al.* (1997b), and Razeghi and Mohseni (2002), as well as the book by Rogalski (2011) for additional information.

## 2. HISTORICAL PERSPECTIVE

In this section, we review the development of type-II antimonide super-lattice infrared detector through a historical perspective. We begin with the discovery of the broken-gap band alignment and the invention of the type-II superlattice from 1976 to 1978. We next examine the period between 1979 and mid-1990s when the concept of using type-II super-lattices for infrared detection took shape, supported by theoretical and experimental works. The following period, between 1996 and 2005, saw the first high-performance detectors and the demonstration of the first focal plane array. Finally, rapid growth of the field occurred between 2005 and the present time (2010), with the emergence of detectors based on advanced heterostructure designs, and significant progress in focal plane array technology development.

### 2.1. Type-II superlattice and the broken-gap band alignment

The year 1977 marked the birth of the type-II superlattice with the publication of a seminal paper by Sai-Halasz *et al.* (1977) from the IBM T. J. Watson Research Center. In the paper, the authors proposed and analyzed theoretically a new type of bilayer semiconductor superlattice in which the lower conduction band (CB) edge is located in one material, whereas the higher valence band (VB) edge is in the other. In this kind of superlattice (Fig. 1.1), the wave functions of the lowest conduction sub-band and the highest valence subband are localized in the two different



**FIGURE 1.1**  Schematic illustration of an InAs/Ga(In)Sb type-II broken-gap superlattice showing the spatial separation of the conduction band and the heavy-hole band wave functions. The infrared transition is indicated by an arrow.

DA0072

host semiconductors (spatially delocalized), and therefore, the positions of the CB edge and the VB edge can be, to first order, tuned independently. It was suggested that this type of superlattice could be realized by using the closely lattice-matched semiconductor pairs of InAs/GaSb or InGaAs/GaSbAs. It was also pointed out in particular that based on the known electron affinity values, the CB edge of InAs was expected to be 0.14 eV lower than the VB edge of GaSb (now called the broken-gap band alignment), and this would lead to an interesting behavior since the superlattice CB and VB states are close in energy and could therefore interact. This new type of superlattice, in which the band gaps of the two host semiconductors are in either a staggered or a broken-gap alignment, was later referred to as "type II" (Sai-Halasz *et al.*, 1978b) to distinguish it from the "type I" superlattice originally proposed by Esaki and Tsu (1970), in which the host band gaps are in a nested alignment.

The key feature that enabled the concept of the type-II superlattice was the broken-gap band alignment between InAs and GaSb. W. Frensley first noticed the very unusual band alignment between InAs and GaSb in the course of his PhD thesis research under the direction of H. Kroemer at the University of Colorado (Frensley and Kroemer, 1977). The IBM Group came to the realization around the same time. Noting the unusually large electron affinity of InAs, Sai-Halasz *et al.* (1977) predicted the broken-gap band lineup between InAs and GaSb based on the electron-affinity rule (Anderson, 1962), which, though later found to be inadequate (Niles and Margaritondo, 1986), happened to hold up well in this case. The InAs-GaSb broken-gap band lineup was also predicted through the means of more sophisticated theoretical methods, as reported by Harrison (1977) using linear combination of atomic orbital (LCAO) theory and by Frensley and Kroemer (1977) using pseudopotential theory. Although Harrison did not attach any special significance to the broken gap alignment (it was one of many values tabulated in a comprehensive study of heterojunction band offsets), Frensley and Kroemer (1977) pointed out that among all the predicted band offsets, perhaps the most interesting is that for the InAs-GaSb system, in which the InAs conduction band edge was predicted to be below that of the GaSb valence band edge. They speculated that this band lineup could lead to very interesting transport properties such as interband tunneling. Indeed, interband tunneling was observed experimentally by Sakaki *et al.* (1977) from IBM in a study of InGaAs-GaSbAs heterojunction diode current–voltage ($I-V$) characteristics.

In the original study of type-II superlattices, Sai-Halasz *et al.* (1977) used Kane's two-band model (Kane, 1957) to treat the interaction between the InAs conduction band and the GaSb light-hole band while ignoring the heavy-hole band. In the following year, Sai-Halasz and Esaki, in

DA0073

collaboration with Harrison, reexamined the band structure of InAs-GaSb superlattices using LCAO theory (Sai-Halasz et al., 1978a). They found that while superlattices with thin InAs and GaSb layers have well-defined energy band gaps and act as semiconductors, those with thick layers behave as semimetals. This means that the band gap of the InAs/GaSb superlattice can be made arbitrarily small — smaller than that of either InAs or GaSb. The IBM Group then proceeded to demonstrate this trend of decreasing band gap with increasing layer thickness experimentally (Sai-Halasz et al., 1978b) using a set of molecular beam epitaxy (MBE) grown samples that showed measured band gaps ranging from 265 to 360 meV at 10 K. Correlation with theoretical calculations also established the InAs CB edge to be at approximately 150 meV below the GaSb VB edge, a value that is still used today.

In the literature, "type-II broken gap" is sometimes referred to as "type III" to distinguish it from "type-II staggered" (Davies, 1998; Dragoman and Dragoman, 2002; Sze and Ng, 2007). However, the term "type III" is often used in the infrared detector literature to refer to superlattices consisting of alternating layers of an inverted band structure zero-gap semiconductor and a normal wider gap semiconductor, such as the HgTe/CdTe super-lattice (Kinch, 2007). Kroemer advocates using only the descriptive names of nested (or straddling), staggered, and broken gap (or misaligned) and doing away with numerical designation of types I, II, and III altogether. We use "type-II broken gap" or simply "type II" in this work.

## 2.2. Superlattices for infrared detection

The concept of using superlattices for infrared detection started in the HgCdTe (MCT) material system. Although a practical MCT superlattice infrared detector has not been realized, the idea had a major influence on the development of antimonide superlattice infrared detectors. Schulman and McGill (1979a,b) first proposed the use of the CdTe/HgTe superlattice as an infrared material, with possible uniformity advantages over the MCT alloy. In one of their papers, Schulman and McGill (1979a) pointed out that the InAs/GaSb superlattice should have similar band gap properties as the CdTe/HgTe system, but they also expressed the concern that the size of the optical matrix element may be inadequate because electron and hole wave functions of the states involved in the infrared transitions are spatially separated in a type-II superlattice. Later, Smith et al. (1983) revisited the theory of CdTe/HgTe superlattices and identified some key advantages of superlattices over bulk materials for infrared detection: (1) the cutoff wavelengths of MCT superlattices have weaker dependence on composition than the MCT alloy and are, therefore, less susceptible to

6     David Z.-Y. Ting *et al.*

variations due to compositional fluctuation, (2) superlattices have reduced p-side diffusion current due to the larger electron mass, and (3) superlattice tunneling lengths are shorter than for MCT alloys with the same band gap and therefore have reduced band-to-band tunneling. These properties are found in the InAs/GaSb superlattice as well. Regarding the concern for possible weak oscillator strength in type-II superlattices (Schulman and McGill, 1979a), Chang and Schulman (1985) calculated optical properties of InAs/GaSb superlattices. They found that in a (*M*,*N*)-InAs/GaSb superlattice (each period consisting of *M* monolayers of InAs and *N* monolayers of GaSb), for sufficiently large *M* and *N* (>10 or more), the oscillator strength of optical transitions is approximately proportional to $1/MN$, decreasing rapidly with layer thickness. In a review article, Kroemer (2004) described this in a simple intuitive manner. Since electron and hole wave functions are separately localized in InAs and GaSb layers, respectively, they overlap each other mostly near the heterointerfaces. Hence, to first order, the optical absorption is proportional to the number of interfaces rather than to the superlattice thickness. This means that much of the volume is optically inactive in InAs/GaSb superlattices with long periods (which are needed to achieve small band gaps for long wavelength infrared detection).

So, how can we reduce the superlattice period to enhance oscillator strength without increasing the energy band gap? To address this issue, Smith and Mailhiot (1987) proposed the type II InAs/GaInSb strained layer superlattice (SLS) infrared detector. Smith and Mailhiot considered a free-standing InAs/Ga$_{0.6}$In$_{0.4}$Sb SLS in which the InAs and GaInSb layers are under tensile and compressive strain, respectively. As illustrated in Fig.1.2, the effect of strain is to lower the InAs CB edge and raise the GaInSb heavy-hole (HH) band edge, which makes both the InAs CB quantum well and the GaInSb HH band quantum well deeper. Consequently, one could employ narrower quantum wells without increasing the superlattice band gap. The SLS has larger optical matrix elements than the InAs/GaSb superlattice. Although the optical matrix element of the type-II SLS is still smaller than that in bulk MCT, its absorption coefficient is comparable to that of MCT because of the higher joint density of states. The electron effective mass for a 10-µm cutoff SLS is ∼0.04 $m_0$ (0.0088 $m_0$ for MCT of comparable cutoff wavelength), which is large enough to reduce band-to-band tunneling and still small enough to provide good electron mobility. It was suggested that since electron mobility is much higher than hole mobility, *n* on *p* diodes should be used for infrared detection. Smith and Mailhiot also noted that GaSb would be a good substrate on which to grow the InAs/GaInSb superlattice. Miles *et al.* (1990) experimentally demonstrated LWIR absorption in InAs/GaInSb strained layer superlattices.

DA0075



**FIGURE 1.2** Band edge energy positions for (A) unstrained InAs and GaSb and (B) strained InAs and $Ga_{0.6}In_{0.4}Sb$ in a free-standing InAs/GaInSb superlattice, after Smith and Mailhiot (1987).

As pointed out by Chow *et al.* (1991), D. L. Smith also postulated that Auger recombination rates in some superlattices should be lower than those in bulk semiconductors due to the splitting of the heavy-hole (HH) and light-hole (LH) bands and the larger electron effective mass. Smith communicated the idea to McGill, who in turn stimulated H. Ehrenreich's group at Harvard to perform detailed calculations to put this concept on a firm theoretical basis. Grein *et al.* (1992) presented a theoretical analysis that showed that *p*-type Auger lifetimes in a 11-μm cutoff InAs/InGaSb SLS at 77 K could be three to five orders of magnitude longer than those of bulk MCT with the same gap (Grein *et al.*, 1992). Experimental measurements of Auger lifetime enhancement in InAs/GaInSb superlattices were reported by Youngsdale *et al.* (1994). As the material quality of antimonide superlattices improves and defect-related dark currents decrease, the long Auger lifetimes could yield real advantages in LWIR antimonide superlattice detectors. Some of the other fundamental studies that are important for the development of the type-II superlattice as an infrared material include the theoretical calculation of InAs/GaSb electronic and optical properties using a realistic band structure model that included band mixing effects (Chang and Schulman, 1985; Schulman and Chang, 1985),

DA0076

the influence of interface types (Miles *et al.*, 1993), and cross-sectional scanning electron microscopy studies of antimonide superlattices (Feenstra *et al.*, 1994a,b; Lew *et al.*, 1998; Steinshnider *et al.*, 2000b,a).

We note that the term *strained* layer superlattice (SLS) is sometimes used in the literature to refer to both the InAs/GaSb and the InAs/GaInSb superlattices. SLS was originally intended for the InAs/GaInSb superlattices, in which the GaInSb layers are intentionally strained for the purpose of increasing oscillator strength (Smith and Mailhiot, 1987). The slight lattice mismatch (0.6%) between InAs and GaSb was not considered significant in the InAs/GaSb superlattice as the effects on electronic and optical properties are minimal. In this work, we reserve the term SLS for the InAs/GaInSb superlattices. However, we note that the small lattice mismatch between InAs and GaSb can cause sufficient strain build up to affect the material quality in thick InAs/GaSb superlattices. When InAs/GaSb superlattices are grown on GaSb substrates, InSb-like interfaces are often used to provide strain relief. The same interface engineering techniques can also be applied to minimize the average strain in the InAs/GaInSb SLS as has been demonstrated by the work from the Fraunhofer IAF (Fuchs *et al.*, 1997a). It is interesting to note that while the oscillator strength of the InAs/GaSb superlattice is not as strong as that of the InAs/GaInSb SLS, both types of antimonide superlattices are being actively investigated today. In particular, Professor Razeghi's group at the Northwestern University has been reporting results on the InAs/GaSb superlattice since 1998 (Mohseni *et al.*, 1998b,a). Although the oscillator strength of the InAs/GaSb SL is weaker, like its InAs/GaInSb SLS counterpart it also has a higher joint density of states than bulk semiconductors and therefore has an adequately large absorption coefficient. The InAs/GaSb superlattice, which uses unstrained and minimally strained binary semiconductor layers, may also have material quality advantages over the SLS, which uses a strained ternary semiconductor (GaInSb).

## 2.3.  Superlattice infrared detectors and focal plane arrays

During the next development period, roughly from 1996 to 2005, there was important progress in the SL detector technology that made the realization of the first generation of high-performance antimonide-based SL detectors and focal plane arrays (FPAs) possible. During this time, the development of superlattice-based photodetectors has been performed mainly in universities and government laboratories. This period began with the demonstration of high-performance InAs/GaInSb SLS LWIR photodiodes (Fuchs *et al.*, 1997a; Johnson *et al.*, 1996) that generated strong interests in the antimonide superlattices and culminated in the demonstration of the first 256 × 256 FPA (Walther *et al.*, 2005b). Significant advances

in growth, characterization, design and fabrication were achieved during this time. Even though we will discuss progress in these technological areas individually, the overall progress in each and all of these areas was crucial for improving detector performances. In particular, the importance of material quality and of proper fabrication techniques for achieving high-performance devices was recognized early on (see, e.g., Fuchs *et al.*, 1999). It is important to note that attention to superlattice material has been driven not only by photodetectors but also by infrared lasers.

The improved understanding of the proper growth conditions for superlattices was one of the major achievements during this time period. One aspect that makes the growth of the Sb-based superlattices challenging is the absence of common atoms across the InAs/GaSb heterointerface. Two types of interface layers, InSb-like and GaAs-like, can be formed. A detailed study of the structural properties of InAs/GaSb superlattices with different interface types was performed and showed the advantages of InSb-like interfaces for achieving superior SL structural properties (Herres *et al.*, 1996). Detailed investigations of As/Sb exchange across heterointerfaces, which affects interface roughness and material composition, helped to identify the growth conditions for achieving smooth interfaces (Xie *et al.*, 1999). Interface properties were further investigated using cross-sectional scanning tunneling microscopy to reconstruct antimony segregation that affects compositional grading and interface roughness (Steinshnider *et al.*, 2000b,a). Cross-sectional STM was also used to investigate the atomic scale interface morphology of InAs/(GaIn)Sb superlattices grown by MBE showing a semiquantitative correlation between atomic scale interface structure and transport properties in these structures (Lew *et al.*, 1998). Several studies of SL growth conditions including dependence of interface quality on growth temperatures, effects of group V to group III beam equivalent pressure ratio on surface morphology, and variation of residual doping type and concentration with growth temperature were performed (Bennett *et al.*, 1999; Bürkle *et al.*, 2000; Fuchs *et al.*, 1999). Moreover, growth studies of different antimonide materials, such as AlSb and InAlSb, which are of interest for SL heterostructure development, were conducted (Bracker *et al.*, 2001; Plis *et al.*, 2003).

High-quality, lattice-matched substrates are required for epitaxial growth of SL detectors. GaSb substrates are the most closely lattice matched to InAs/GaSb superlattice and thus were commonly used; however, the GaSb substrates commercially available at this time often suffered from high defect density, poor surface morphology, limited size, and high cost. Due to this fact, GaAs substrates, which have better quality and commercially available in large sizes, were evaluated for the growth of SL detectors (Bennett, 1998), demonstrating very promising results when complaint GaAs substrates were used (Brown *et al.*, 2000).

In parallel with growth optimization, studies of SL material properties were performed and new characterization methods were evaluated. SL detectors were predicted to have Auger recombination rates lower than in MCT detectors (Grein *et al.*, 1992, 1995). Auger rates were measured in InAs/InGaSb SLS using pump-probe experiment involving free electrons and were found to be indeed much lower than in MCT at room temperature (Ciesla *et al.*, 1996). In another work, the Auger recombination coefficients in InAs/GaSb SL's were deduced from the optical and electrical measurements that revealed a temperature behavior different from the bulk-like Auger process (Mohseni *et al.*, 1998b).

Several important studies were performed to evaluate basic SL properties. From spectrally resolved measurements of the infrared photodiode responsivity in applied magnetic fields, reduced effective masses and anisotropy of magnetic field–induced widening of the band gap were observed (Fuchs *et al.*, 1998b). Magnetotransport and photoluminescence measurements of superlattices grown at different substrate temperatures showed a transition from residual *n*-type to residual *p*-type doping with increasing growth temperature. It was found that a decrease in the electron concentration led to a strong increase in the PL intensity for *n*-type samples when the PL intensity of *p*-type samples was only weakly dependent on the hole concentration. These dissimilarities in PL characteristics were attributed to the difference in electron and hole transport and scattering mechanisms (Bürkle *et al.*, 2000). The minority electron diffusion lengths in $n^+ - p$ InAs/GaSb superlattice photodiode with cutoff wavelength at 7.7 µm were measured from 5.3 to 100 K using temperature-dependent EBIC technique, and the electron lifetime was obtained (Li *et al.*, 2004). In addition, new characterization methods, such as spectral ellipsometry, were successfully used for spectroscopic assessment of composition and structural quality of InAs/GaInSb SL (Wagner *et al.*, 1998).

In 1996, Johnson *et al.* (1996) demonstrated a double heterojunction InAs/GaInSb SLS photodiode operating at 77 K with dark current density of $I_d = 0.08$ A/cm$^2$ and responsivity of 0.8 A/W at 9 µm. At the same time, Fuchs and colleagues at Fraunhofer IAF in Freiburg started on a series of work that significantly advanced the performance of MWIR and LWIR SL detectors (Fuchs *et al.*, 1998a, 1997a; Walther *et al.*, 2005a; Yang *et al.*, 2002) and led to the demonstration of the first 256 × 256 focal plane array (FPA). At T = 77K, the FPA showed a cutoff wavelength of 5 µm, quantum efficiencies of 30%, detectivity values exceeding 10$^{13}$ Jones, and a noise equivalent temperature difference (NETD) of 11.1 mK for an integration time of 5 ms and f/2 optics (Walther *et al.*, 2005b). Other significant works from the Fraunhofer Group included the analysis of dark current mechanisms in SL detectors (Yang *et al.*, 2002), the study of surface leakage, and passivation development (Fuchs *et al.*, 1998a; Rehm *et al.*, 2005).

Another major contribution to LWIR SL detector development during this time frame came from Professor Razeghi's group at the Northwestern University. Their work resulted in the demonstration of InAs/GaSb superlattice photodiodes with a cutoff wavelength around $7\,\mu m$ at 77 K and the dark current density of about $10^{-5}\,A/cm^2$ in devices with sulfide-based passivation (Mohseni and Razeghi, 2001; Mohseni et al., 2001, 1999, 2000; Wei et al., 2005). Researchers at Northwestern University, the U.S. Naval Research Laboratory, and U.S. Air Force Research Laboratory also made important progress in the development of very long-wavelength infrared (VLWIR) SL detectors operating in the spectral range $15$–$32\,\mu m$ (Aifer et al., 2003; Hood et al., 2005b; Mohseni et al., 2001; Wei et al., 2002a,b).

## 2.4. Recent development

Research and development effort from 2006 to 2010 centered on two key areas. In device development, the emphasis has been on detectors based on heterostructure designs to reduce dark current and increase quantum efficiency (QE). There has also been a large investment in FPA development, with emphasis on improving fabrication processes to attain high uniformity and repeatability. The interest in the technology grew significantly during this period, involving more research teams including those from industry.

Heterojunction-based detector designs were shown to be highly effective in improving detector characteristics. Broadly speaking, they are either based on the nBn (Maimon and Wicks, 2006), pBp (Maimon, 2010), or XBn (Klipstein, 2008) design or variations of the double heterojunction (DH) design. The first category includes the single-band superlattice nBn detector (Rodriguez et al., 2007), the dual-band superlattice nBn detector (Khoshakhlagh et al., 2007), the superlattice pMp detector (Nguyen et al., 2009a), and the superlattice pBn detector (Hood et al., 2010a). The second category includes the superlattice DH structure (Delaunay et al., 2007a; Vurgaftman et al., 2006), the p-$\pi$-M-n detector (Nguyen et al., 2007b), the PbIbN structure (Gautam et al., 2010), and the complementary barrier infrared detector (CBIRD; Ting et al., 2009a). Superlattices with complex supercells were also incorporated in heterojunction designs, either as barriers or as absorbers. These include the "W" (Aifer et al., 2010b, 2006, 2005, 2010a; Canedy et al., 2007; Kim et al., 2007; Vurgaftman et al., 2006) and the "M" (Nguyen et al., 2009a, 2008b, 2007b, 2008a; Nguyen and Razeghi, 2007a) superlattices. A more detailed description of these designs is given in Section 4.

There has been continuous effort to improve material quality by optimizing growth parameters. Studies of doping levels, growth temperature, interfacial layer thicknesses, and material strain demonstrated the effect

of these parameters on device performance (Canedy *et al.*, 2010; Haugan *et al.*, 2010; Hoffman *et al.*, 2007, 2008; Khoshakhlagh *et al.*, 2009). Although there has been constant improvement in the quality, size, and availability of commercially available GaSb substrates, the requirements have become even more stringent for FPA fabrications. As an alternative to SL growth on GaSb substrates, very promising results of SL growth on GaAs substrates have been demonstrated (Abdollahi Pour *et al.*, 2009; Das *et al.*, 2008; Nguyen *et al.*, 2009c).

With the general improvement in device dark current density, the side wall surface leakage currents have become more noticeable. Surface leakage current reduction in fully pixelated devices has become a topic of interest. The surface leakage current depends on the etching process parameters, postetch cleaning, and surface passivation. The need for high-quality sidewalls led to the development of effective pixel isolation technique using dry etching with inductively coupled plasma (ICP) systems as reported by groups from the Northwestern Univeristy (NWU; Huang *et al.*, 2009), the Jet Propulsion Laboratory (JPL; Nguyen *et al.*, 2010a), and the University of New Mexico (UNM; Tan *et al.*, 2010). Many passivation methods have been explored. These include side wall treatment with ammonium sulfide (Hood *et al.*, 2005a), AlGaAsSb regrowth (Rehm *et al.*, 2005), deposition of $SiO_2$ (Herrera *et al.*, 2008; Hood *et al.*, 2005b), polyimide (Hood *et al.*, 2007), and SU-8 (Kim *et al.*, 2009). A shallow-etch mesa isolation (SEMI) technique (Aifer *et al.*, 2007) has also been developed for leakage current reduction.

Following the first $256 \times 256$ SL FPA demonstration in 2005, Fraunhofer IAF and NWU demonstrated $288 \times 384$ (Walther *et al.*, 2007) and $320 \times 256$ (Delaunay *et al.*, 2007b) FPAs in 2007. Fraunhofer's array showed good NETD values of 27.9 mK at the cutoff wavelength of 4.9 μm, whereas NWU's array showed a longer cutoff of 12 μm with NEDT of 340 mK. In the same year, JPL and Raytheon Vision Systems (RVS) demonstrated their first $256 \times 256$ p-i-n detector-based FPA with 10.5 μm cutoff wavelength (Rhiger *et al.*, 2007). In 2008, UNM demonstrated a $256 \times 256$ MWIR FPA based on a type-II InAs/GaSb superlattice detector with an nBn design (Kim *et al.*, 2008). Also in 2008, NWU fabricated a $320 \times 256$ FPA with 10 μm cutoff wavelength using a double heterostructure (DH) design to minimize the surface leakage (Delaunay *et al.*, 2008); this resulted in an improvement in the NETD value to 33 mK. In 2009 NWU developed an $320 \times 256$ FPA from their recently introduced M-structure (Delaunay *et al.*, 2009). This array demonstrated similar QE as previous FPAs, but a dark current level that was seven times lower. In the same year, JPL and RVS demonstrated the capabilities for larger format FPA fabrication with a $1k \times 1k$ FPA with 4 μm cutoff. A $640 \times 512$ LWIR FPA based on heterostructure designs was demonstrated (Hill *et al.*, 2009b) by JPL. RVS and

JPL have also demonstrated CBIRD-based $256 \times 256$ LWIR FPA (Rhiger *et al.*, 2010).

In 2010, Teledyne and HRL joined in FPA development. Teledyne utilized the graded gap "W" hybrid SL design in a $256 \times 256$ FPA with a $9.4\,\mu m$ cutoff (Hood *et al.*, 2010b), while HRL used the barrier heterostructure design for a $320 \times 256$ FPA with a 9.0-$\mu$m cutoff (Terterian *et al.*, 2010). During this same year, the largest LWIR SL FPA was fabricated by both NWU and JPL with $1k \times 1k$ format (Gunapala *et al.*, 2010; Manurkar *et al.*, 2010), and these achievements can be contributed to the improvement in FPA manufacturing processes (Delaunay *et al.*, 2007c; Nguyen *et al.*, 2010b). In efforts to find a solution to the cost and limitation issues with GaSb substrates, NWU demonstrated a $320 \times 256$ MWIR FPA based on the p-i-n detector design and a $320 \times 256$ LWIR FPA based on the p-$\pi$-M-n design (Razeghi *et al.*, 2010), both grown on GaAs substrates. The successful demonstration of type-II superlattice FPAs on alternative substrates makes the technology promising for third-generation imaging.

## 3. BASIC PROPERTIES OF TYPE-II SUPERLATTICES

In this section, we explore the basic properties of the type-II InAs/Ga(In)Sb superlattices that distinguish them from bulk infrared material and describe how these properties lead to tunneling suppression and Auger reduction, and how they affect carrier transport. We begin with a brief overview of the antimonide material system from which the type-II superlattices are constructed.

### 3.1. The 6.1 Å material system

Table 1.1 lists some basic properties of common families of semiconductors used for making infrared photodetectors. All have diamond or zincblende crystal structures. In general, as we move from the covalent group IV semiconductors on the left side of the table to the more ionic II–VI semiconductors on the right, the lattice constant becomes larger, the chemical bond becomes weaker, and the material becomes softer as reflected in the values of the bulk modulus. The materials toward the left of the table are more mechanically robust, which leads to better manufacturability, as is evident in the dominance of silicon and GaAs among electronic/optoelectronic semiconductor materials. On the other hand, the semiconductors on the right side of the table tend to have smaller direct band gaps, which enable strong, bulk band-to-band absorption, leading to high quantum efficiency mid-wave infrared (MWIR) and long-wave infrared (LWIR) detectors such as those based on InSb and HgCdTe (MCT).

**TABLE 1.1**  Selected properties of common families of semiconductors used in mid-wave and long-wave infrared photodetectors

| | Si | Ge | GaAs | AlAs | InP | InGaAs | AlInAs | InAs | GaSb | AlSb | InSb | HgTe | CdTe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Group | IV | IV | III-V | III-V | III-V | III-V | III-V | III-V | III-V | III-V | III-V | II-VI | II-VI |
| Lattice Constant [Å] | 5.431 | 5.658 | 5.653 | 5.661 | 5.870 | 5.870 | 5.870 | 6.058 | 6.096 | 6.136 | 6.479 | 6.453 | 6.476 |
| Bulk Modulus [GPa] | 98 | 75 | 75 | 74 | 71 | 69 | 66 | 58 | 56 | 55 | 47 | 43 | 42 |
| Direct Gap [eV] | - | - | 1.426 | - | 1.350 | 0.735 | - | 0.354 | 0.730 | - | 0.175 | −0.141 | 1.475 |
| MWIR/LWIR Detection Method | Heterojunction Internal photoemission (HIP) | | Quantum well/dot Intersubband (QWIP/QDIP) | | Quantum well Intersubband (QWIP) | | | Bulk (MW)/ Superlattice (MW/LW) Band-to-Band | | | Bulk B-B | Bulk Band-to-Band | |

DA0083



**FIGURE 1.3** Zone center (Γ-point) conduction and valence band edge positions plotted against lattice parameter for antimonide, arsenide, and arsenide-antimonide III–V semiconductors.

Figure 1.3 shows the (Γ-point) conduction and valence band edge positions for antimonide, arsenide, and arsenide-antimonide group III–V semiconductors plotted against their lattice constants. The nearly lattice-matched semiconductors of InAs, GaSb, and AlSb are referred to as the 6.1 Å material system (Kroemer, 2004) since InAs, GaSb, and AlSb all have lattice constants of approximately 6.1 Å. They are also commonly referred to as the antimonides (InAs is included by virtue of being closely lattice-matched to GaSb and AlSb). As illustrated in Fig. 1.4, with the availability of type-I nested or straddling, type-II staggered, and type-II broken-gap (misaligned, or type III) band offsets among the GaSb/AlSb, InAs/AlSb, and InAs/GaSb material pairs, respectively; there is considerable flexibility in forming a rich variety of alloys and superlattices. Together with their alloys with InSb, GaAs, and AlAs, the 6.1 Å semiconductors provide a great degree of versatility. In particular, the overlap between the InAs conduction band and the GaSb valence band in the type-II broken gap alignment is unique among common semiconductor families and the so-called interband devices exploit this property specifically.

The 6.1 Å material system occupies an interesting position among the infrared semiconductor families listed in Table 1.1. Although it has

DA0084

**16**    David Z.-Y. Ting *et al.*



**FIGURE 1.4** Schematic illustration of the energy band alignment in the nearly lattice-matched InAs/GaSb/AlSb material system. The shaded solid rectangles indicate the relative positions of the InAs, GaSb, and AlSb energy band gaps. Three types of band alignment are available in this material system: (1) type-I (nested) band alignment between GaSb and AlSb, (2) type-II staggered alignment between InAs and AlSb, and (3) type-II broken-gap alignment between InAs and GaSb.

intermediate material robustness, it is capable of strong, normal-incidence band-to-band absorption for high quantum efficiency, with bulk GaSb having a direct band gap in the short-wave infrared (SWIR), InAs in the MWIR, and InAs/Ga(In)Sb superlattices in the SWIR, MWIR, and LWIR. The valence-to-conduction band infrared absorption mechanism also avoids the operating-temperature-limiting phonon scattering problem encountered in detectors based on the intersubband absorption mechanism.

The antimonides can be epitaxially grown on GaSb or InAs substrates with very close lattice matching. In particular, 4-inch diameter GaSb substrates became commercially available in 2009. As their quality continue to improve, large diameter substrates offer economy of scale for focal plane array (FPA) fabrication, as well as the prospect for very large format arrays.

The antimonides are used in a wide variety of semiconductor devices. The InAs/GaAs/AlSb resonant interband tunneling diodes (RITD) exhibit very large peak-to-valley ratios at room temperature (Söderström *et al.*, 1989; Ting *et al.*, 1990). An InAs/AlSb resonant tunneling diode had demonstrated record-breaking oscillation frequency for a room temperature solid-state electronic oscillator in 1991 (Brown *et al.*, 1991). Antimonide-based high-electron mobility transistor (HEMT) and heterojunction bipolar transistor (HBT) showed high-frequency operation with much lower power consumption than GaAs- and InP-based devices (Bennett *et al.*, 2005). Antimonide-based devices are highly effective in

thermophotovoltaics (TPV) applications (Hitchcock *et al.*, 1999; Wang *et al.*, 1999). The antimonides are used for making state-of-the-art high-power solid-state infrared lasers in 2–3 μm range (Shterengas *et al.*, 2007). An antimonide-based mid-infrared interband cascade laser (Yang *et al.*, 2007) is employed in a tunable laser spectrometer for methane detection on the Mars Science Laboratory. The type-II interband heterostructure backward diode ("Schulman diode") is a highly sensitive detector essential for passive millimeter-wave imaging cameras (Moyer *et al.*, 2008; Schulman *et al.*, 2002). Asymmetric InAs/GaSb/AlSb resonant interband tunneling diodes have been proposed for use as nonmagnetic spin filters (Ting and Cartoixà, 2002, 2003), whereas asymmetric InAs/GaSb/AlSb quantum wells have been predicted to exhibit quantum spin Hall effect (Liu *et al.*, 2008). The application of the antimonides in MWIR/LWIR photodetectors is the focus of this work.

## 3.2. Tunneling suppression

In constructing superlattice-based infrared detector structures, special considerations should be given to the absorber superlattice intrinsic properties, many of which are revealed by band structure. We begin by examining the complex band structure of bulk InAs and GaSb in Fig. 1.5, calculated using an enhanced effective bond orbital model (Cartoixà *et al.*, 2003) that includes bulk inversion asymmetry effects. The material parameters



**FIGURE 1.5** Complex band structure in the [001] direction for (A) InAs and (B) GaSb. In each graph, real wave vector is plotted in the right portion and imaginary wave vector in the left portion.

are taken from Vurgaftman *et al.* (2001). The complex band structure shows the conduction and valence bands, as well as the evanescent states. The evanescent states may be believed as "propagating" according to $\exp(-|k_z|z)$ or $\exp(ik_zz)$, where $k_z$ is an imaginary quantity. Therefore, they are associated with imaginary wave vectors as shown in the left panels of Fig. 1.5A and B. The tunneling leakage property of an infrared photo-diode is controlled by the characteristics of the evanescent waves in the band gap. At a given energy, if allowed by symmetry, the most favorable tunneling leakage path is provided by the evanescent state with the smallest imaginary wave vector. This is given by the branch of imaginary band connecting the conduction band edge to the light-hole band edge. This is seen clearly in Fig. 1.5A, where the InAs heavy-hole and light-hole bands are split slightly due to a small strain (we intentionally strained InAs to the GaSb substrate lattice constant). In general, the magnitude of the imaginary wave vector is larger in semiconductor with larger band gaps (specifically, the energy gap between the conduction band edge and the light-hole band edge) as can been seen by comparing the complex band structures of InAs and GaSb in Fig. 1.5. Alternatively, it can be said that larger conduction band effective mass also results in reduced tunneling since semiconductors with larger band gaps also have larger conduction band effective masses. The fact that small imaginary wave vector is associated with small band gap is the fundamental reason for the tunneling leakage problem encountered in LWIR homojunction pn diode based on narrow-gap bulk semiconductors.

We next examine a superlattice band structure to see how tunneling leakage is reduced in LWIR type-II superlattices. Figure 1.6 shows the band structure of a (22,6)-InAs/GaSb LWIR superlattice, calculated using an enhanced effective bond orbital model (Cartoixà *et al.*, 2003). The calculation does not include space charge effects (charge transfer from GaSb to InAs due to the broken-gap alignment), interface type, or interfacial diffusion, and it is subject to the limitations of the band structure model and uncertainties in the accuracy of material parameters. Therefore, as with other band structure calculations presented in this work, it should be treated only as semiquantitative when comparing with experimental results. A prominent feature of the superlattice band structure that distinguishes it from that of the typical bulk semiconductor is the splitting of the highest heavy-hole band (HH1) and the highest light-hole band (LH1) at the zone center. Although the infrared absorption edge is determined by the gap between the lowest conduction band (C1) and the HH1 band, the electron effective mass is determined by the C1-LH1 gap. In unstrained bulk semiconductors, the two gaps are the same. In the superlattice, the larger C1-LH1 gap leads to a substantially larger electron effective mass relative to that of a bulk semiconductor with the same fundamental band gap. The larger electron effective mass



**FIGURE 1.6**   Band structure of a (22,6)-InAs/GaSb superlattice along the growth direction (right portion) and the in-plane direction (left portion).

is beneficial for reducing band-to-band tunneling, as well as trap-assisted tunneling.

### 3.3.  Auger reduction

The splitting of the HH1 and LH1 bands can also result in the suppression of the Auger-7 recombination process, in which a minority electron recombines with a majority hole across the band gap while exciting another majority hole deeper into the valence bands. In the case of the (22,6)-InAs/GaSb superlattice shown in Fig. 1.6, because the HH1-LH1 separation is actually larger than the C1-HH1 separation, energy and momentum conservation considerations render it difficult to find matching HH1-LH1 transitions for C1-HH1 transitions, thereby suppressing Auger-7 events. Note that the degree to which a given type-II superlattice can benefit from Auger suppression depends on the details of the band structure and doping levels; the subject has been studied extensively by Grein and coworkers (Flatte and Grein, 2009; Grein and Ehrenreich, 1997; Grein *et al.*, 2002, 1992, 1995).

DA0088

### 3.4. Effective masses and transport

Another prominent feature of the band structure shown in Fig. 1.6 is that the HH1 band is nearly dispersionless along the growth direction. Both the dispersionless HH1 band structure and the increased electron effective mass contribute to a larger joint density of states (JDOS). This results in a larger absorption coefficient, which, to first order, is directly proportional to the JDOS. This helps to compensate for the small optimal matrix element disadvantage inherent in type-II superlattices.

The band structure in Fig. 1.6 reveals important information about carrier transport properties that can affect detector design. We note that the C1 band shows strong dispersion along both the growth ($z$) and an in-plane direction ($x$), whereas the HH1 band is highly anisotropic and appears nearly dispersionless along the growth (transport) direction. Therefore, we expect the electron and hole density of states to be 3D and 2D, respectively. The calculated conduction and valence subband zone center effective masses along the $x$ (in-plane) and $z$ (transport) directions are as follows: $m_c^x* = 0.023\,m_0$ and $m_c^z* = 0.022\,m_0$, and $m_{hh1}^x* = 0.04\,m_0$ and $m_{hh1}^z* = 1055\,m_0$. It is interesting to note that the electron effective mass along the growth direction is quite small (even slightly smaller than in-plane electron effective mass), and the superlattice conduction band structure near the zone center is approximately isotropic. This is in stark contrast to the highly anisotropic valence band structure. Recalling that carrier group velocity is given by $\mathbf{v} = \nabla_{\mathbf{k}}E(\mathbf{k})/\hbar$, where $E(\mathbf{k})$ describes the band structure, we would expect very low hole mobility and diffusivity along the growth direction. Therefore, for this LWIR superlattice absorber, detector designs based on hole transport would be unfavorable. The fact that holes have more difficulty diffusing along the growth direction toward the collecting contact than diffusing laterally can be problematic in a focal plane array (FPA). For an FPA with fully reticulated pixels (physically isolated pixels, defined by etching), lateral diffusion transports the minority carriers to the pixel sidewalls, where surface recombination could take place readily in the absence of good surface passivation. In a planar-processed FPA with nonreticulated pixels, strong lateral diffusion means that minority carriers can spread easily to neighboring pixels, resulting in image blurring.

To understand the physical origin for the near isotropy in the conduction band and the extreme anisotropy of the valence band, we compare the band structure of the (22,6)-InAs/GaSb superlattice (Fig. 1.6) with that of the (6,34)-InAs/GaSb superlattice shown in Fig. 1.7. The calculated effective masses for the (6,34)-InAs/GaSb superlattice are as follows: $m_c^x* = 0.173\,m_0$ and $m_c^z* = 0.179\,m_0$, and $m_{hh1}^x* = 0.062\,m_0$ and $m_{hh1}^z* = 6.8\,m_0$. Figure 1.8 shows the schematic energy band diagrams for both superlattices, along with the positions of the C1, HH1, and LH1 states relative to

DA0089



**FIGURE 1.7**  Band structure of a (6,34)-InAs/GaSb superlattice along the growth direction (right portion) and the in-plane direction (left portion).

the InAs and GaSb band gaps. Figure 1.8A shows that the C1 level of the (22,6)-InAs/GaSb superlattice is in the broken gap region. Therefore, an electron in the C1 level can travel along the growth direction without having to tunnel through any forbidden band gap regions. This explains the low electron effective mass in the growth direction. If we decrease the InAs quantum well width and push the C1 level into the GaSb band gap, as in the case of the (6,34) superlattice shown in Fig. 1.8B, the growth direction electron effective mass then becomes considerably larger. It is interesting that the in-plane electron effective mass in the (6,34) superlattice has also become nearly as large; this is mainly due to nonparabolicity in the bulk InAs conduction band.

Returning to the (22,6)-InAs/GaSb superlattice, we note in Fig. 1.8A that the HH1 level is also in the broken gap region. Then why is the HH1 effective mass so large along the growth direction? The reason is that the

DA0090



**FIGURE 1.8** Schematic energy band diagrams of (A) (22,6)-InAs/GaSb superlattice and (B) (6,34)-InAs/GaSb superlattice, along with the c1, hh1, and lh1 energy levels. The energy band gaps of InAs and GaSb are indicated by shaded solid rectangles.

symmetry of the heavy-hole states. In the C1 level, the quantized level in the InAs conduction band quantum well can couple with the propagating light-hole states in the GaSb layers. For the HH1 level, by symmetry, the quantized heavy-hole states in the GaSb quantum well cannot couple to the propagating conduction band states in InAs despite having the same energy and instead has to couple with evanescent states with large wave vectors in InAs. As a result, the quantized heavy-hole states in neighboring GaSb quantum wells are essentially isolated from one another, leading to the dispersionless HH1 band.

Hole mobility along the growth direction may be quite acceptable in some superlattice structures. Figure 1.9 shows the detailed HH1 band structure for a (14,7)-InAs/GaSb superlattice and a (8,6)-InAs/GaSb super-lattice, which are used in LWIR and MWIR detector structures, respectively. We note that the dispersion of the MWIR superlattice is much stronger than the LWIR superlattice; the MWIR HH1 effective mass is ~20 times smaller than that for the LWIR superlattice. Even for the LWIR superlattice, a closer look at the HH1 band structure reveals that the hole velocity may not be as low as first appeared. Figure 1.9A shows that in



**FIGURE 1.9**  The heavy-hole 1 subband band structure of the (14,7)-InAs/GaSb superlattice in Graph (A) and the (8,6)-InAs/GaSb superlattice in Graph (B). In each graph, the central panel shows band structure along the growth direction ($k_z$) from the reduce zone center to the zone boundary. The side panels show the continuation of the band structure plotted along the in-plane direction $k_x$. The HH1 bands for several $k_y$ values are plotted. In each graph, $L_z$ is the number of monolayers in each period of the superlattice. A vertical bar inserted between the two graphs indicates the size of $k_B T$ (6.9 meV for $T = 80$ K) on the energy scale; the top of the bar coincides with the HH1 valence band edges of the two superlattices.

the LWIR superlattice, for $k_y = 0$, the HH1 band has very little dispersion along $k_z$ ($z$ being the growth direction), with maximum occurring at the center of the reduced Brillouin zone. But as the result of interaction with other subbands, the HH1 band dispersion along the growth direction becomes appreciably larger as the in-plane momentum ($k_y$) increases; the band maximum along the $k_z$ direction quickly switches from the reduced zone center to the zone boundary. At lower temperatures, we expect holes to occupy the less dispersion portions of the HH1 band, for which the hole density of states (DOS) is more like 2D and hole velocities along the growth direction are low. At higher temperatures, we expect the more dispersive parts of the HH1 to be occupied also. The thermalized holes would occupy the part of the DOS that is more 3D-like, and would attain higher velocities. Figure 1.9B shows the corresponding HH1 band structure plot for the (8,6)-InAs/GaSb MWIR superlattice. Note that in this case, the HH1 band shows a reasonable amount of dispersion even at $k_y = 0$ and its hole



**FIGURE 1.10**  Conduction and valence band edge density of states (DOS) for the (14,7)-InAs/GaSb superlattice in Graph (A) and the (8,6)-InAs/GaSb superlattice in Graph (B). The portions of conduction and valence band DOS shown originate from the C1 and HH1 subbands, respectively.

transport properties should be much better than that of the LWIR super-lattice. Nevertheless, even for the MWIR superlattice, the dispersion along the in-plane directions are much larger (see the side panels of Fig. 1.9B), thus favoring lateral hole diffusion. This is an issue that should be con-sidered when choosing an n-doped type-II superlattice as an infrared absorber.

Figure 1.10 shows the actual calculated density of states for the (14,7)-InAs/GaSb LWIR superlattice and the (8,6)-InAs/GaSb MWIR super-lattice. The conduction band DOS resembles the standard 3D DOS $(\propto \sqrt{E - E_c})$ though with distinct differences due to band nonparabolic-ity. The HH1 DOS differs qualitatively from both the standard 3D and the 2D (step-like) DOS. The form of the DOS can affect our understanding of device performance. A standard tool used to study detector character-istics is dark current analysis, in which we fit experimentally measured dark current to analytical forms for various dark current sources (dif-fusion, generation-recombination, tunneling). This allows us to extract information on the dark current–generating mechanisms and carrier life-times (Pellegrino and DeWames, 2009; Rhiger *et al.*, 2009). In the typical dark current analysis, the carrier densities are modeled using the standard 3D DOS appropriate for bulk semiconductors. But as shown in Fig. 1.10,

superlattice DOS (specifically VB DOS) can be quite different from bulk DOS. This can affect the accuracy of dark current analysis. We note that there is tentative indirect evidence from LWIR superlattice infrared detector dark current analysis that the hole density switches from 2D to 3D with increasing temperature (Nguyen *et al.*, 2009b).

## 4. SUPERLATTICE INFRARED DETECTORS

The key to achieving high-performance infrared detection is in attaining high quantum efficiency and low dark current. With the ability to grow thick layers of high-quality superlattices with low defect density, resulting in sufficiently high absorption coefficient and large diffusion length, high quantum efficiency is now readily achievable. The typical dark current mechanisms include tunneling leakage, Auger processes, Shockley-Read-Hall (SRH) processes, and surface leakage. In the previous section we discussed how the band structure of appropriately designed superlattices leads to tunneling reduction and Auger suppression. In this section, we discuss how unipolar barriers are used to reduce dark currents associated with SRH processes and surface leakage.

### 4.1. Unipolar barriers

The use of heterostructures to improve HgCdTe (MCT) infrared detector performance is a well-established practice (Arias *et al.*, 1991; Pultz *et al.*, 1991; Tung *et al.*, 1992). Detector structures such as the double-layer heterojunction (DLHJ) have demonstrated significant advantages over their homojunction counterparts. The use of heterostructures is also prevalent in group III–V semiconductor-based infrared detectors. A particularly useful heterostructure construct is the unipolar barrier. The term "unipolar barrier" was introduced recently to describe a barrier that can block one carrier type (electron or hole) and allows the unimpeded flow of the other (Ting *et al.*, 2009b,a) as illustrated in Fig. 1.11. The concept of the unipolar barriers existed long before they were called as such. The double-heterostructure (DH) laser, which makes use of a pair of complementary unipolar barriers, was first described in 1963 (Alferov and Kazarinov, 1963; Kroemer, 1963), soon after the concept of heterostructure devices. Unipolar barriers have also been used extensively to enhance infrared detector performance. White (1987) used unipolar barriers to block the flow of majority carrier dark current in photoconductors without impeding minority carriers. A DH detector design can be used to reduce diffusion dark current emanating from the diffusion wings surrounding the absorber layer (Carras *et al.*, 2005). The nBn (Maimon and Wicks, 2003, 2006; Pedrazzani *et al.*, 2008) or XBn (Klin *et al.*, 2009; Klipstein, 2005, 2008;

26      David Z.-Y. Ting *et al.*



**FIGURE 1.11**   Schematic illustration of the energy and diagrams of an electron- and a hole-blocking unipolar barriers.

Klipstein *et al.*, 2010) detector structure uses a unipolar barrier to suppress dark current associated with Shockley-Read-Hall processes without impeding photocurrent flow, as well as to suppress surface leakage current (Pedrazzani *et al.*, 2008). In general, unipolar barriers can be used to implement the barrier infrared detector architecture for increasing the collection efficiency of photogenerated carriers (by deflecting them towards the collector, in the same way a back-surface field layer functions in a solar cell structure) and reducing dark current generation without inhibiting photocurrent flow.

## 4.2.  Dark current reduction using unipolar barriers

We illustrate the use of unipolar barriers for dark current reduction by comparing diodes based on homojunction and heterojunction designs. One of the key uses for the unipolar barrier is in the suppression of generation-recombination (G-R) dark current due to SRH processes. As discussed by Klipstein (2008), in a conventional photodiode, there exists a threshold temperature $T_0$, above which the dark current is diffusion limited and below which G-R limited. In a homojunction pn diode, the G-R current is proportional to $\exp(-E_g/2kT)$ (assuming mid-gap defect level) and is predominantly generated in the depletion region. If the depletion region of the pn diode is replaced by a larger gap semiconductor (a barrier), in which the $\exp(-E_g/2kT)$ factor is greatly reduced (particularly at lower temperatures), the SRH dark current generation can be virtually eliminated. The suppression of the G-R dark current allows the detector to operate at higher temperature or with higher sensitivity.

It is important that the G-R reducing barrier does not block the photocurrent. In a p on n structure, this can be accomplished by inserting an electron-blocking unipolar barrier at the junction of the pn diode to form the pBn diode (Klipstein, 2008). Figure 1.12 shows the reverse bias energy

DA0095

band diagrams of a pn diode and a pBn diode, calculated using hetero-junction drift-diffusion simulation (Daniel *et al.*, 2000). Both structures use an *n*-type MWIR InAs/GaSb superlattice as the absorber. The doping levels in the p and n regions are taken to be $p = 1 \times 10^{16}\,\mathrm{cm}^{-3}$ and $n = 1 \times 10^{16}\,\mathrm{cm}^{-3}$, respectively. The pBn structure contains an undoped 2000 Å wide electron-blocking unipolar barrier made from a GaSb/AlSb superlattice. The bottom panel of Fig. 1.12 shows the calculated magnitudes of the SRH recombination rates given by the expression $r_{\mathrm{SRH}} = (np - n_i^2)/[\tau_p(n + n_i) + \tau_n(p + p_i)]$. A value of $\tau_p = \tau_n = 100\,\mathrm{ns}$ (Donetsky *et al.*, 2010) is used in the simulation. For the pn junction, the calculated peak SRH recombination rate in the middle of the depletion region is approximately five orders of magnitude larger than the baseline rate outside the depletion region. In the pBn structure, the calculated SRH recombination rate is greatly reduced.

We next examine the suppression of G-R dark current in a *p*-type LWIR detector using a hole-blocking unipolar barrier. We consider a homojunction np diode and a heterojunction NIp diode, both with *p*-type 10-μm LWIR InAs/GaSb superlattice as the absorber. The reverse bias energy band diagrams for the two devices are shown in Fig. 1.13, along with the calculated magnitudes of the SRH recombination rates. The doping densities in the p and n regions of the homojunction diode are taken to be $p = 1 \times 10^{16}\,\mathrm{cm}^{-3}$ and $n = 1 \times 10^{16}\,\mathrm{cm}^{-3}$, respectively. The NIp structure uses an InAs/AlSb superlattice as the wide-gap "N" and "I" region, which acts as a hole-blocking unipolar barrier to the LWSL superlattice absorber. In the NIp structure, the 3000 Å segment of the barrier adjacent to the *p*-type absorber (doped to $p = 1 \times 10^{16}\,\mathrm{cm}^{-3}$) is undoped, whereas the remaining portion of the wide-gap region is doped to $n = 1 \times 10^{16}\,\mathrm{cm}^{-3}$. A value of $\tau_p = \tau_n = 35\,\mathrm{ns}$ (Connelly *et al.*, 2010; Donetsky *et al.*, 2010; Pellegrino and DeWames, 2009) is used in the simulation. For the superlattice homojunction np diode, the calculated peak SRH recombination rate in the middle of the depletion region is approximately three orders of magnitude larger than the baseline rate outside the depletion region. In the NIp structure, the calculated SRH recombination rate is again greatly reduced. Note that in the NIp structure, as well as in the pBn structure discussed above, photogenerated minority carriers in the absorber region can flow towards the collector without being impeded. The use of the unipolar barrier can suppress SRH-related dark current without reducing photoresponse.

The pBn and the NIp structures described above are actually quite similar. If we took an nBp structure (the complement of the pBn structure, with a hole-blocking unipolar barrier) and replaced the "n" contact layer with a wider gap "N" layer (which would not affect device performance, so long as we could make ohmic contact to the "N" layer), then we end up with the NIp structure (the "B" barrier layer is now called

DA0096

28    David Z.-Y. Ting *et al.*



**FIGURE 1.12**  The top and middle panels show the calculated 80 K reverse-bias energy diagrams along with quasi Fermi levels for a mid-wavelength infrared superlattice pn junction diode and a pBn diode, respectively. The bottom panel shows the calculated magnitude of the Shockley-Read-Hall recombination rates for the two structures as functions of position.

DA0097



**FIGURE 1.13**  The top and middle panels show the calculated 80 K reverse-bias energy diagrams along with quasi Fermi levels for a long-wavelength infrared superlattice np junction diode and a NIp diode, respectively. The bottom panel shows the calculated magnitude of the Shockley-Read-Hall recombination rates for the two structures as functions of position.

the "I" layer). Calculations on the nBn structure also show similar SRH recombination rate suppression (Ting *et al.*, 2010). In all cases, a majority carrier blocking unipolar barrier is used for G-R dark current suppression, without blocking minority carrier photocurrent.

DA0098

Unipolar barriers can also be used to suppress surface leakage current. Wicks and coworkers demonstrated experimentally that by introducing a judiciously placed unipolar barrier into an *n*-type InAs photoconductor or an InAs pn photodiode, forming an nBn detector or a unipolar barrier photodiode, the surface leakage current can be substantially reduced (Savich *et al.*, 2010; Wicks *et al.*, 2010). Although these demonstrations were done using InAs photodetectors, which are known to suffer from surface leakage, the operating principles should apply equally well to superlattice-based photodetectors.

## 4.3. Building unipolar barriers

In general, unipolar barriers are not always readily attainable for the desired infrared absorber material as both the absorber and barrier materials require (near) lattice matching to available substrates, and the proper band offsets must exist between the absorber and the barrier. The practical realization of the MWIR nBn detectors (Maimon and Wicks, 2006) is enabled only by the fortuitous existence of the approximate valence band alignment between the $InAs_{0.91}Sb_{0.09}$ absorber and AlSbAs electron-blocking barriers, both can be epitaxially grown on GaSb substrate. (Alternatively, InAs absorber and AlSbAs barrier can be grown on an InAs substrate.) As described by Carras *et al.* (2005), finding a hole-blocking unipolar barrier for $InAs_{0.91}Sb_{0.09}$ is challenging and considerable effort was required to circumvent such difficulties. Building unipolar barriers for InAs/GaSb superlattices is relatively straightforward because of the flexibility of the 6.1 Å materials afforded by the three different types of band alignments among InAs, GaSb, and AlSb.

For electron-blocking unipolar barriers to InAs/GaSb superlattices, we note that for superlattices with the same GaSb layer widths, their valence band edges tend to line up fairly closely. This is because the large heavy-hole mass makes the HH1 energy level relatively insensitive to the well width. Therefore, an electron-blocking unipolar barrier for a given InAs/GaSb superlattice can be formed by using either another InAs/GaSb with thinner InAs layers (Nguyen *et al.*, 2008a; Ting *et al.*, 2009a) or a GaSb/AlSb superlattice (all with approximately the same GaSb layer widths to ensure valence band alignment).

For hole-blocking unipolar barriers to InAs/GaSb superlattices, there are many options as illustrated in Fig. 1.14. Superlattices with complex supercells, such as the four-layer InAs/GaInSb/InAs/AlGaInSb "W" structure (Aifer *et al.*, 2006, 2010a; Canedy *et al.*, 2007; Kim *et al.*, 2007; Vurgaftman *et al.*, 2006) or the four-layer GaSb/InAs/GaSb/AlSb "M" structure (Nguyen *et al.*, 2009a, 2008b, 2007b, 2008a; Nguyen and Razeghi, 2007a), have been used as hole-blocking unipolar barriers. Alternatively,



**FIGURE 1.14**  Schematic energy band diagrams of (A) an InAs/GaSb superlattice, (B) an InAs/GaSb/InAs/AlSb "W" superlattice, (C) an InAs/GaSb/AlSb/GaSb "M" superlattice, and (D) an InAs/AlSb superlattice.

the two-layer InAs/AlSb superlattice (Fig. 1.14D) has also served well (Ting *et al.*, 2009a). Incidentally, both the conduction band edge and the valence band edge of the "W" superlattice (WSL) can be adjusted. As a result of this flexibility, the WSL has been used as a hole-blocking unipolar barrier, an absorber, as well as an electron-blocking unipolar barrier.

Figure 1.15 illustrates another aspect of the usefulness of the unipolar barrier. Figure 1.15A shows the calculated energy band diagram of a LWIR superlattice detector based on an earlier double heterostructure design similar to the one described by Johnson *et al.* (1996). In this structure, p-GaSb and n-GaSb are used as electron and hole barriers to the LWIR absorber superlattice. Because the band edges of GaSb does not line up with those of the absorber, there are energy spikes that can block photocurrent. Figure 1.15B shows a more recent double heterostructure design that incorporates unipolar barriers. The LWIR InAs/GaSb absorber SL is surrounded by an electron-blocking unipolar barrier made from an MWIR InAs/GaSb superlattice and a hole-blocking unipolar barrier made from an InAs/AlSb superlattice. The spikes are no longer present, and photocurrent can flow unimpeded.

DA0100



**FIGURE 1.15**   The top panel shows the energy band diagram of double heterostructure (DH) consisting of a InAs/GaSb superlattice absorber surrounded by p-GaSb and n-GaSb barriers. The bottom panel shows the energy band diagram of DH with the superlattice absorber surrounded by a pair of electron- and hole-blocking unipolar barriers.

## 4.4.  Barrier infrared detector

The type-II broken-gap InAs/Ga(In)Sb superlattice can be used as mid- or long-wavelength infrared absorber. As discussed earlier, superlattices or alloys built from the InAs/GaSb/AlSb material system can also be custom-designed to build matching unipolar barriers to the infrared absorber



**FIGURE 1.16**  Schematic flat-band energy band diagrams of (A) a double heterostructure (DH), (B) a dual-band nBn structure, (C) a DH with a graded-gap junction, and (D) a complementary barrier structure.

superlattice. In particular, the ability to tune the positions of the conduction and valence band edges independently in a type-II superlattice is especially helpful in the design of unipolar barriers. Figure 1.16 illustrates the energy band diagrams of some idealized examples of the type-II superlattice-based infrared detectors that make use of unipolar barriers. Broadly speaking, they are based on either the nBn/pBp/XBn architecture (Klipstein, 2008; Maimon, 2010; Maimon and Wicks, 2003, 2006) or the variations of the double heterostructure design.

Figure 1.16A illustrates a dual-band superlattice nBn detector (Khoshakhlagh *et al.*, 2007) in which an LWIR superlattice and an MWIR superlattice are separated by an AlGaSb unipolar barrier. This follows an earlier single-band superlattice nBn detector with an MWIR absorber and an AlGaSb barrier (Rodriguez *et al.*, 2007). The advantage of this type of architecture is simplicity (which often leads to better manufacturability) and the ability to suppress G-R and (electron) surface leakage dark current (Maimon and Wicks, 2006; Pedrazzani *et al.*, 2008; Wicks *et al.*, 2010). The concerns for the nBn architecture, when used with an n-doped type-II superlattice absorbers, are possible low hole mobility (particularly in LWIR structures) and strong lateral diffusion (Plis *et al.*, 2008). A variation of the superlattice nBn detector, in which the *n*-type contact layer is replaced by a *p*-type contact and thus forming the pBn structure, has also been reported (Hood *et al.*, 2010a).

Figure 1.16B illustrates a double heterostructure (DH) detector structure. The DH design is commonly used in laser structures and has been used in MWIR detectors with bulk semiconductor absorbers (Carras *et al.*, 2005; Reverchon *et al.*, 2004). Johnson *et al.* (1996) used a DH structure similar to the one shown in Fig. 1.15A, in which an LWIR superlattice is surrounded by barriers made from p-GaSb and n-GaSb. A more recent design consists of an LWIR InAs/GaSb absorber superlattice surrounded by an electron-blocking unipolar barrier made from an MWIR InAs/GaSb superlattice and a hole-blocking unipolar barrier made from an InAs/GaSb/AlSb/GaSb ("M") superlattice (Nguyen *et al.*, 2008b, 2007b, 2008a).

Figure 1.16C illustrates a variation of the double heterostructure (DH) detector structure, in which a graded gap region is inserted between the absorber and the hole barrier to reduce tunneling and G-R dark currents (Vurgaftman *et al.*, 2006). The structure is also used to enable the shallow-etch mesa isolation (SEMI) structure for surface leakage current reduction (Aifer *et al.*, 2010a). The design is very flexible. The hole-blocking unipolar barrier is typically made from a four-layer InAs/GaInSb/InAs/AlGaInSb "W" superlattice (WSL), although an InAs/AlInSb superlattice has also been used. The graded gap region is typically made from multiple segments of WSLs with progressively changing band gaps. The absorber has been made from a WSL or an InAs/GaInSb superlattice. The electron-blocking unipolar barrier has been made from WSL or p-GaSb.

Figure 1.16D illustrates another variation of the double heterostructure (DH) detector structure, called a complementary barrier structure (Ting *et al.*, 2009c), or a PbIbN structure (Gautam *et al.*, 2010). This is basically a DH structure surrounded by additional narrow-gap contact layers. The narrow-gap layers can be useful in the case in which it is difficult to make ohmic contact to the wide-gap barrier layers. In the PbIbN structure (Gautam *et al.*, 2010), all the layers are made from InAs/GaSb superlattices with different layer widths.

Yet another variation on the DH structure is the complementary barrier infrared detector (CBIRD) structure (Ting *et al.*, 2009a) illustrated in Fig. 1.17. The CBIRD design consists of a lightly p-doped InAs/GaSb absorber SL sandwiched between an n-doped InAs/AlSb hole-barrier (hB) SL, and a wider gap InAs/GaSb electron-barrier (eB) SL. The hB SL and the eB SL are designed to have approximately zero conduction and valence subband offset with respect to the absorber SL, that is, they act as a pair of complementary unipolar barriers with respect to the absorber SL. A heavily doped *n*-type InAsSb region adjacent to the eB SL acts as the bottom contact layer. The unipolar-barrier-based Np junction between the hB SL and the absorber SL acts to reduce SRH-related dark current. The wider gap hB SL also serves to reduce trap-assisted tunneling. The eB SL serves

DA0103



**FIGURE 1.17**  Schematic energy band diagram of a complementary barrier infrared detector (CBIRD) structure, in which a long-wave infrared InAs/GaSb superlattice absorber is surrounded by a InAs/AlSb superlattice hole-blocking unipolar barrier and a shorter period InAs/GaSb superlattice electron-blocking unipolar barrier.

to deflect photogenerated electrons toward the Np junction for collection (similar to back surface field in solar cells). Although the InAsSb layer also appears to provide a hole barrier on the left, the broken-gap band alignment between the eB SL and InAsSb facilitates interband tunneling and interface recombination, which reduces hole accumulation in the absorber region. In addition, the eB SL presents a taller barrier against extra electron injection from the bottom contact. Detailed results on this particular CBIRD device have been reported earlier (Ting *et al.*, 2009a, 2010).

Figure 1.18 shows the dark current–voltage characteristics of a CBIRD device compared to a homojunction device made with nominally the same absorber superlattice. The two detectors have approximately the same photoresponse, but the CBIRD shows a substantial dark current reduction over the homojunction superlattice detector. In general, the use of heterostructures, particularly unipolar barriers, has been highly effective in dark current reduction in type-II superlattice-based LWIR detectors. Figure 1.19 shows a compilation by D. R. Rhiger of the 78 K dark current densities plotted against detector cutoff wavelengths for homojunction and heterojunction type-II superlattice detectors reported in the literature since late 2010. In general, the devices with the lowest dark current densities are heterojunction devices. Furthermore, the dark current densities of several heterojunction devices reported by different institutions (Canedy *et al.*, 2009; Nguyen *et al.*, 2009a, 2010b) are approaching the levels calculated using the empirical "Rule 07" model (Tennant, 2010; Tennant



**FIGURE 1.18**  Dark current densities for a superlattice homojunction long wavelength infrared (LWIR) detector and a superlattice heterojunction LWIR detector taken at 77 K.



**FIGURE 1.19**  The 78 K dark current densities plotted against cutoff wavelength for type-II superlattice detectors reported in the literature since late 2010. The open and solid symbols indicate homojunction and heterojunction devices, respectively. The solid line indicates the dark current density levels calculated using the empirical "Rule 07" model. (Courtesy by D. R. Rhiger.)

DA0105

*et al.*, 2008), which provides a heuristic predictor of the state-of-the-art MCT photodiode performance.

Finally, we note that there is another type of antimonide superlattice infrared detector called the interband cascade infrared photodetector (ICIP), which is based on a radically different design (Li *et al.*, 2005; Yang *et al.*, 2010b,a). In its original incarnation (Li *et al.*, 2005), it was simply an interband cascade laser (ICL) diode structure (Yang, 1995) running in "reverse operation" as a photodetector. The operation of the ICIP is similar to that of the quantum cascade detector (Gendron *et al.*, 2004), except that since it is based on interband than intersubband transitions, it is capable of normal incidence infrared absorption. The operating principle of the ICIP is described in detail by Yang *et al.* (2010b).

## 5.  DETECTOR FABRICATION AND CHARACTERIZATION

In order to evaluate the superlattice material and the detector structures described in the earlier sections, different structural, optical, and electrical characterization tools are used (Bürkle and Fuchs, 2002; Fuchs *et al.*, 1997b). In this section, we will focus on a few of these characterization techniques, including optical characterization, lifetime measurements, and noise measurements. We will also describe one of the biggest challenges faced during fabrication of superlattice detectors, namely, the etching and passivation of the detector surfaces and how this affects the dark current and noise properties.

### 5.1.  Detector fabrication

Surface leakage is a major challenge in the fabrication of InAs/GaSb superlattice-based detectors and arrays. High surface leakage current prevents full operation of the detector due to the high $1/f$ noise or can lead to excess charging of the ROIC and cause saturation. This requires the ROIC to have a larger electron capacity or high diode impedances in order to maximize full potential of the camera system.

One source of surface leakage comes for the presence of a nonzero surface potential. A nonzero surface potential at the sidewall interface leads to band bending, resulting in a high flat band voltage. If the overall surface potential is positive (negative), then the electron energy is decreased (increased) and the bands must bend downward (upward). The resulting accumulation/inversion of majority carriers can create conductive leakage pathways parallel to the sidewalls (Fuchs *et al.*, 1998a). For LWIR detector structures, especially with cutoff wavelengths longer than $10\,\mu\text{m}$, the amount of band bending becomes comparable to the band gap of

DA0106

the device (Herrera *et al.*, 2008), so achieving near flat band condition is essential for high performance. One source of nonzero surface potential is the improper termination of the crystalline lattice at the semiconductor–air interface. Tetrahedral GaSb, InAs, and AlSb lattice is abruptly terminated at the surface during etching and leaves one or two dangling crystal bonds per surface atom. These dangling bonds can act as reaction sites for chemical reactions or surface states for electronic processes. Dangling bonds that are empty can contribute to the reduction in free energy and the lowering of the surface band profile, or they can be satisfied through adsorption of water, oxygen, etch byproducts, contaminants, or foreign atoms.

Surface states are another source of leakage current. The typical surface states are interfacial traps that come from attachment of etch byproducts, contaminants, or foreign atoms to the dangling bonds. These traps can be charged via interaction with the conduction and/or valence band of the semiconductor and capturing or emitting electrons or holes. Acceptor interface traps are negative when filled and neutral when empty, and donor interface traps are neutral when filled and positive when empty. If a large number of surface states are positioned within the band gap of the semiconductor, pinning of the Fermi level will occur. This can lead to a number of different undesirable effects, such as increased trap-assisted tunneling dark current, minority carriers drifting to the surface, and contribute to high surface recombination velocity, loss of quantum efficiency, or the creation of excess leakage current.

The problem with high surface leakage can begin with the quality of the etched sidewalls. It is important that unwanted contaminants, etch byproducts, or foreign atoms do not attach to the dangling bonds, leading to a change in the resistance at the surface. For the InAs/GaSb superlattice, the presence of a native oxide can form secondary compounds on the sidewall surface (such as $In_2O_3$ or $Ga_2O_3$) that acts as a good conductor and decrease the surface resistance. Good sidewall profile and high fill factor are highly desirable characteristics, especially for large format focal plane arrays with small pixels. Chemical wet etch is advantageous due to the minimal amount of sidewall damage; however, this becomes an unacceptable option due to the large degree of undercut and concave sidewall profiles. High-density plasma etching can alleviate this issue with its anisotropy due to the plasma sheath and ionized gas directionality, but poses challenges of its own. One challenge is plasma-induced damage, which has been found to leave etch residues and ripple patterns in the sidewalls (Kutty *et al.*, 2010; Nguyen *et al.*, 2009c; Rehm *et al.*, 2006). Another challenge with etching group III–V materials is preferential etching, where preferential loss of group V elements can create ripples along the sidewalls. The rough morphologies of the ripples become an additional source for electrical active sites. With a clean surface that is smooth and free

from unwanted contaminants, the challenge for passivation is alleviated, and any encapsulation that occurs during passivation can preserve the high-quality state of the sidewall surface.

Surface passivation is as important as the etching mechanism since it affects the electrical performance by satisfying dangling bonds with atoms that can modify the surface potential and possibly counteract any charges on the surface. It is important that the passivation technique does not etch the surface or roughen the surface. Further, the material needs to be non-conductive and does not contribute to the surface resistance. It can be seen that the resistance-area product has a linear relationship with the surface resistivity as given by the relation

$$\frac{1}{\text{RA}} = \frac{1}{(\text{RA})_{\text{bulk}}} + \frac{1}{r_{\text{surface}}}\frac{P}{A},$$

where $(\text{RA})_{\text{bulk}}$ is the resistance-area product of the bulk material, $r_{\text{surface}}$ is the surface resistivity, $P$ is the perimeter of the diode, and $A$ is the area of the diode.

In addition to protecting the surface from chemical reactions, passivation can physically protect the surface from degradation and ensure stability of the device. Any passivation that encapsulates the surface can provide physical protection and also acts as a barrier to prevent diffusion of unwanted reactive species. This may be beneficial for subsequent steps in the FPA fabrication process such as epoxy underfill.

## 5.2. Optical characterization of superlattices

During the development of superlattice detectors, several different optical and optoelectronic characterization techniques have been used to study InAs/Ga(In)Sb superlattices. Photoluminescence (PL), absorption, and electroluminescence (EL) spectroscopy are all very useful tools for extracting information about the material quality, energy-level structure, dopant levels, etc. of these superlattices.

PL spectroscopy is a nondestructive characterization technique that provides information about the band structure, dopants, and trap energy levels. It is a well-established technique widely used to study material properties of bulk semiconductors, as well as of quantum structures (Lacroix *et al.*, 1996; Pavesi and Guzzi, 1994). This technique has also shown to be a powerful tool when studying the optical performance of superlattices. Information about the material quality is obtained from the PL intensity (Bürkle *et al.*, 2000; Canedy *et al.*, 2003; Haugan *et al.*, 2008; Schmitz *et al.*, 1995) and the width of the PL peak (Canedy *et al.*, 2003; Haugan *et al.*, 2006; Ongstad *et al.*, 2000). By studying the influence of

temperature and excitation power density on the PL peak amplitude and the peak position, respectively, other physical properties of the superlattice such as the recombination processes in the material and the variation of the band gap with temperature are revealed.

In EL charges are generated electrically rather than optically thus device fabrication is needed. This offers some additional degrees of freedom since specific regions of the detector structure can be studied separately. EL has been used as a tool to extract information about the material quality. In addition, it has served to explain some device characteristics in superlattice detectors. Rodriguez *et al.* (2005) observed a temperature dependence of the photoresponse for MWIR InAs/GaSb superlattices with activation energy of approximately 28 meV, which later was attributed to the activation energy of Be-dopants (Hoffman *et al.*, 2006), extracted with EL measurements. Furthermore, trap centers located in the band gap of a LW InAs/GaSb superlattice, observed by EL, contributed to the understanding of the dark current characteristics of those detectors (Yang *et al.*, 2002).

Absorption spectroscopy is a straightforward technique for extracting essential parameters about the detector performance, such as absorption quantum efficiency and spectral response. Very little sample preparation is required, which makes it a convenient way to extract quick feedback in the optimization process of the detector material (Höglund *et al.*, 2010). As described below, by combining absorption spectroscopy with the information gained from PL and EL, a good indication of the attainable performance of detectors fabricated from the studied material can be obtained.

Good IR detector material is characterized by high-absorption quantum efficiency ($QE_a$) and a long lifetime of the minority carriers ($\tau$). Those properties are essential since the density of photon-generated carriers ($QE_a \Phi \tau / t$) need to be larger than the thermally generated carrier density for optimal performance of a detector fabricated from that material (Kinch, 2000; $t$ is the thickness of the detector material and $\Phi$ is the photon flux). The absorption QE is easily attainable from transmission measurements (Höglund, 2010). By comparing the absorption QE with the external QE obtained by responsivity measurements, information about the transport properties in the material can be obtained. In Fig. 1.20, the spectra of the external QE and the absorption QE of a LW InAs/GaSb CBIRD detector are well correlated in terms of spectral distribution; however, the amplitude of the absorption QE is higher than the corresponding external QE. Since the absorption QE serves as an upper limit of the external QE (unless there is a gain in the structure), the difference between these QEs indicates that not all photogenerated carriers reach the contacts.



**FIGURE 1.20** Absorption quantum efficiency versus external quantum efficiency in an InAs/GaSb CBIRD detector at an applied bias of 0.15 V.

To achieve a high collection efficiency of excited carriers the minority carrier lifetime should be long. The minority carrier lifetime is dependent on the radiative lifetime ($\tau_R$), as well as the nonradiative lifetime ($\tau_{nR}$). The nonradiative lifetime is influenced by several different recombination processes of which the most important ones are the Shockley-Read-Hall (SRH) recombination, Auger processes, and surface recombination. All of these processes add to the minority carrier lifetime according to the following equation: $\frac{1}{\tau} = \frac{1}{\tau_{Rad}} + \frac{1}{\tau_{SRH}} + \frac{1}{\tau_{Auger}} + \frac{1}{\tau_{surface}}$ (Ahrenkiel and Lundstrom, 1993). This equation illustrates that the recombination process with the shortest lifetime dominates the minority carrier lifetime. Different optical methods are used to extract the minority carrier lifetime in superlattice material (Connelly *et al.*, 2010; Donetsky *et al.*, 2010, 2009; Hoffman *et al.*, 2005), described in more detail in the next subsection. In order to distinguish which recombination process has the major influence on the minority carrier lifetime, PL and EL spectroscopy are used. When performing these studies, it is preferable to sandwich the absorber between two barriers to reduce the effect of surface recombination. (see suggestions by Ahrenkiel and Lundstrom, 1993). To get an understanding of the possible Auger-related processes that might limit the lifetime, the band structure of the material is studied. The band gap of the superlattice can be approximated by the peak energy of the PL (or EL) spectrum or with the cutoff wavelength of the absorption spectrum (Fig. 1.20). Some deviation

from the exact band gap energy is expected, depending on the temperature and on the excitation power that sets the excess carrier density in PL experiments. Bertru *et al.* (1999) observed a blueshift of the PL peak with increasing excess carrier density, varying as the third root of the excitation density. The blueshift was caused by filling of triangular wells formed at the InAs/GaSb interfaces. The triangular wells are induced by the Coulomb attraction between the separated holes and electrons located in the GaSb and the InAs layers, respectively. As with all semiconductors, the band gap of InAs/GaSb superlattices changes with temperature. In addition to this bandgap variation, the temperature change affects other processes that shift the PL peak position. For bulk material, a continuous redshift of the PL peak position with increasing temperature is observed. However, in a InAs/GaSb superlattice blueshift of the PL-peak with increasing temperature in the 2–125 K temperature range was observed by Bertru *et al.* (1999). The explanation given by this group was that the joint density of states of type-II quantum wells (QWs) differs from bulk and also from type-I QW structures. Band-to-band absorption behaves like $(\varepsilon - \varepsilon_0)^{1.5}$, which means that high k-value transitions will be favored. As the temperature is increased, the higher k-value states will be populated, which could cause the observed blueshift. These effects will cause minor errors in the estimation of the band gap, which should be considered when analyzing luminescence data.

Whereas the luminescence spectrum mainly probes the interband transitions between the lowest conduction band and the highest valence band (typically the heavy-hole band), absorption spectroscopy or Fourier transform PL excitation (PLE) could be used to study interband transitions between higher energy bands. To our knowledge, no PLE studies have been performed on InAs/GaSb superlattices so far. However, this technique has been successfully utilized to study higher energy transitions in other medium-infrared detector materials such as HgCdTe and InSb (Fuchs *et al.*, 1993); therefore, it could be a possible candidate for future studies of superlattice band structure. Several groups have used absorption spectroscopy to study interband transitions between higher energy levels in the superlattice. For example, excitonic peaks have been observed from interband transitions between the light-hole band and the conduction band and from the second heavy-hole band to the conduction band (Kaspi *et al.*, 2000; Rodriguez *et al.*, 2005). The energy subband separations obtained in these experiments can be used to identify the possible Auger processes in the material.

Near mid-gap energy levels are the main contributors to the SRH processes that limit the minority carrier lifetime. There were several attempts to measure these levels using optical techniques but so far they did not produce any conclusive results. However, indirectly the temperature



**FIGURE 1.21**  Temperature dependence of the integrated PL intensity of a LW InAs/GaSb CBIRD superlattice compared to the $1/T^2$ temperature dependence, which is characteristic for a material with SRH-limited minority carrier lifetime.

dependence of the luminescence intensity and the dependence of the luminescence intensity on excess carrier density indicate that such levels are present. The PL intensity is related to the nonradiative lifetime ($\tau_{nR}$) according to the following: $\eta = \frac{I_{PL}^{(\infty)}}{\rho_0} = \frac{\tau_{nR}}{\tau_{nR}+\tau_R}$, where $\eta$ is the internal QE, $I_{PL}(\infty)$ is the total number of emitted photons, $\rho_0$ is the total number of absorbed photons, and $\tau_R$ is the radiative lifetime (Ahrenkiel and Lundstrom, 1993). If $\tau_{nR} << \tau_R$, the PL intensity varies with temperature as $\tau_{nR}/\tau_R$. If the nonradiative processes are dominated by either Shockley-Read-Hall processes or Auger processes, $\tau_{nR}/\tau_R$ varies proportionally to $1/T^2$ (Canedy et al., 2003) or $1/T^{1.5}$ (Fuchs et al., 2006). The experimentally observed PL intensity variation with temperature is plotted in Fig. 1.21 together with the theoretical $1/T^2$ dependence. This shows a strong correlation between the experimental data of the temperature dependence and the $1/T^2$ trend at temperatures higher than 77 K, which indicates that SRH processes limit the lifetime in this material. As the temperature is decreased below 77 K, the integrated PL intensity deviates from the $1/T^2$ temperature dependence and approaches a constant value. This is expected when the SRH lifetime and the radiative lifetime are comparable (Canedy et al., 2003).

Further information about processes dominating the nonradiative lifetime can be obtained from the dependence of the EL intensity on the injected carrier density. Hoffman et al. (2005) and Fuchs et al. (2006) showed that for material in which Auger processes dominate the carrier lifetime,

the internal QE drops quickly with increasing excess carrier density, whereas the internal QE is almost independent of the excess carrier density when SRH processes dominate the lifetime.

By using calibrated measurement setups and comprehensive analysis of the results, quantitative information about the Auger coefficient and the minority carrier lifetime was obtained from studies of the temperature dependence of the EL intensity (Fuchs *et al.*, 2006; Hoffman *et al.*, 2005). The temperature dependence of the internal QE was correlated with the modeled QE for SRH-limited (QE $\propto 1/T^2$) and Auger-limited (QE $\propto 1/T^{1.5}$) minority carrier lifetime. When fitting the modeled QE to the measured QE, the Auger coefficient for a LWIR superlattice was extracted to be $10^{-24}$ cm$^6$ s$^{-1}$ and the minority carrier lifetime of a MWIR superlattice was deduced as a function of *p*-type background concentration. For a carrier background of $10^{15}$ cm$^{-3}$, the lifetime was deduced to be 100 ns, which is in reasonable agreement with the values measured by time-resolved PL spectroscopy for similar material (Donetsky *et al.*, 2009).

With the information obtained from absorption measurements and lifetime measurements, a good prediction of the fitness of the superlattice as an IR detector material can be obtained. The recombination processes limiting the lifetime are identified from variation of PL and EL intensities with temperature and excess carrier density. This information combined with the band structure of the superlattice is essential in the optimization process of the detector material and serves to improve the performance of the IR detectors.

## 5.3. Noise measurement

The detector performance is limited by the noise equivalent intensity (NEI) value that defines the minimal optical power the detector (or FPA) is capable of resolving for given optics and integration time. NEI gives the optical intensity that produces the electrical signal equivalent to the noise signal of the detector, so the lower noise of the detector, the lower optical flux it can detect. The noise power spectrum of a photovoltaic detector, $S_{pv}$, is given by $S_{pv}(f) = S_{ph} + S_i + S_e(f)$, where $S_{ph}$, $S_i$, and $S_e(f)$ are the photon shot noise, the detector "fundamental" (shot and thermal), and detector excess noise, respectively. The photon shot noise is given by $S_{ph} = 2\eta\Phi A$, where $\eta$ is the detector external quantum efficiency and $\Phi$ is the radiation flux density on the detector of area $A$. The detector "fundamental" noise is given by $S_i = 2e(I + 2I_0) = 2eI + 4k_BT/R_0$, where $I$ and $I_0 = k_BT/R_0$ are the diode current and the diode saturation current, respectively, $T$ is the temperature, $k_B$ is Boltzmann's constant, and $R_0$ is the differential resistance at zero bias (van der Ziel, 1970). The detector excess noise, which is very

often $1/f$ noise, can significantly degrade the detector performance and has to be minimized or preferably eliminated. The $1/f$ noise plays a significant role in MCT detectors, so significant research efforts were dedicated to understand the origin of the noise in these devices.

In the initial works, the noise spectra of the illuminated SL detector were studied and $1/f$ noise was not observed, yet the detector noise in these experiments was dominated by photon shot noise (Mohseni and Razeghi, 2001; Plis *et al.*, 2006). Recently, direct measurements of the noise spectra of high-performance SL heterodiodes based on a variant CBIRD design (Hill *et al.*, 2009a) were performed at different operational conditions to understand the effects of dark current and of the surface current on detector noise (Soibel *et al.*, 2010). These results demonstrated that intrinsically SL photodetectors do not exhibit $1/f$ noise. At the same time, these measurements clearly showed that sidewall leakage current not only increases the shot noise by contributing to higher dark current but more importantly it also introduces additional frequency dependent noise, resulting in much higher noise in the detector. Since strongly frequency-dependent noise can be generated by sidewall leakage current, it is important to fabricate high-performance SL detectors and focal plane arrays (FPAs) using a technology that minimizes the mesa sidewall leakage current. One way to achieve this is by the development of reliable sidewall passivation that can suppress the leakage current and prevent the onset of frequency-dependent noise. These results are described in more detail below and also in the reference (Soibel *et al.*, 2010).

The study focused on two representative devices designated as d1 and d2, which were fabricated simultaneously by wet etching from the same CBIRD wafer (Sb1593). These devices have very similar differential resistance-area product of $R_0A = 1200\,\mathrm{ohm\,cm^2}$ (d1) and $R_0A = 1000\,\mathrm{ohm\,cm^2}$ (d2) at $T = 77\,\mathrm{K}$, but the dark current in device d2 is higher than in device d1 (Fig. 1.22). Based on measurement of dark current density dependence on device area/perimeter ratio, we attribute the higher dark current to detector mesa sidewall surface leakage current. The bottom panel of Fig. 1.23 shows the current noise, $i_\mathrm{n}$, of the device d1 at several applied biases ranging from $V_\mathrm{b} = 0\,\mathrm{V}$ to $V_\mathrm{b} = 0.4\,\mathrm{V}$. The noise spectra are relatively flat from 1 Hz to 5 kHz, showing the absence of $1/f$ noise in this device. The shot noise in the device increases with an increase of the applied bias/current, as can be seen clearly from the noise spectral density at frequencies higher than 1 kHz; however, the general "flatness" of the noise spectra does not change with bias, and no onset of $1/f$ noise is observed. In contrast, the noise characteristics are profoundly different in the device d2 (Fig. 1.23, top). The noise amplitude is much larger than in device d1 and noise increases rapidly with the applied bias $V_\mathrm{b}$; thus,

46    David Z.-Y. Ting *et al.*



**FIGURE 1.22**   Current–voltage (I–V) characteristics of two CBIRD devices, d1 and d2, measured at $T = 77$ K.



**FIGURE 1.23**   The current noise, $i_n$, versus frequency of the devices d1 and d2 at several applied bias voltages as indicated on the graph. The dark current in the device d2 is higher than in the device d1, and the higher dark current, which is attributed to detector mesa sidewall surface leakage current, results in large frequency-dependent noise. A small hump seen in the noise spectra near 100 Hz is attributed to the instrument noise since the hump size and shape is independent of detector bias.

DA0115

the noise in this device is much higher than can be expected from a simple theoretical estimation of the shot noise. Moreover, the noise spectra are frequency dependent even at zero bias. At $V_b = 0.1$ V and $V_b = 0.17$ V, the noise spectra have a $1/f^{0.9}$ frequency dependence in the $f = 100$ Hz–4 kHz frequency range but become almost frequency independent at lower frequencies. The observed noise has frequency dependence similar to that of $1/f$ noise in the limited frequency interval of $f = 100$ Hz–4 kHz, and it becomes frequency independent at lower frequency. Such behavior is characteristic of flicker noise that is attributed to the surface states (van der Ziel, 1970). Indeed, the appearance of additional frequency noise associated with the surface states is consistent with the observation of surface leakage current that is also attributed to an electrical activity of the surface states. In particular, these noise measurements show that while intrinsic $1/f$ noise is absent in superlattice heterodiode, sidewall leakage current can become a source of strong frequency-dependent noise. This result underscores the importance of the development of reliable etching and sidewall passivation that can suppress the surface leakage current and prevent the onset of frequency-dependent noise.

There are additional sources of temporal noise in SL FPA such as the read-out noise, as well as the spatial noise, resulting from variations of the pixel characteristics across FPA. Recently, noise of the LWIR InAs/GaSb superlattices FPA with 9.6 μm cutoff wavelength was characterized at 80 K (Delaunay and Razeghi, 2009). This $320 \times 256$ array of $25 \times 25 \, \mu m^2$ detectors with a 30-μm pitch array was passivated with $SiO_2$ and hybridized to an ISC 9705 ROIC from Indigo Systems. The noise equivalent temperature difference in the array was found to be 23-mK for an integration time of 0.129 ms. The observed noise was described in terms of thermal, shot, read-out integrated circuit and photon noise. It was found that the FPA noise was dominated by the dark current shot noise or by the noise of the testing system at lower illuminations, whereas photon shot noise was the major noise source at photon fluxes higher than $1.8 \times 10^{15}$ ph s$^{-1}$ cm$^{-2}$. The $1/f$ noise was not observed in this FPA for frequencies above 4 mHz.

## 5.4. Lifetime measurement

The lifetime of minority carriers is a key parameter that defines both the dark current and quantum efficiency of photodetectors. Achievement of a long lifetime material is an important task for superlattice detector development that will advance the current state-of-the-art technology and will enable high-performance detectors and FPAs. The minority carrier lifetime in superlattices is set by both radiative and nonradiative (Auger and SRH) recombination processes, so it is essential for future material development to understand the contribution from each of these processes,

DA0116

as well as the material and device design parameters affecting them. Several measurements of the minority carrier lifetime in superlattices were performed utilizing different techniques including photoconductivity measurements (Yang *et al.*, 2003), an electron beam–induced current technique (Li *et al.*, 2004), and time-resolved photoluminescence (Connelly *et al.*, 2010; Donetsky *et al.*, 2010, 2009), and by analyzing detector dark current (Pellegrino and DeWames, 2009).

In photoconductivity measurements, lifetime was determined from the change in the photoconductivity response with increase of the carrier density proportional to the laser excitation power (Yang *et al.*, 2003). Several LWIR detector samples with various doping densities were measured, and a lifetime decrease with temperature was observed, which was attributed to SRH recombination processes. The analysis of current versus voltage data of p-n+ LWIR SL detector showed that generation-recombination currents dominate the dark current at modest reverse bias at 80 K, and by taking the energy of the dominant recombination centers to be located at the intrinsic Fermi level, the lowest minority carrier lifetime was determined to be 35 ns (Pellegrino and DeWames, 2009). This lifetime provides an excellent fit to the current–voltage characteristics of the detectors in the temperature range $T = 40-130$ K and explains the observed quantum efficiency. The minority carrier lifetimes in the absorbers of mid- and long-infrared SL detectors were measured by time-resolved photoluminescence using an optical modulation technique (Donetsky *et al.*, 2010, 2009). The measured lifetimes for mid- and long-infrared superlattices were 100 ns and 31 ns, respectively, which is much shorter than the lifetime of $1 \mu s$ in the MCT detector material that was studied in the same experiment. It was proposed that the short minority carrier lifetime in Sb-based material is a consequence of higher phonon energy, resulting in exponential increase of the electron capture cross-sections of nonradiative traps (Donetsky *et al.*, 2010). In another work, the lifetime was extracted from the exponential decay of the photoluminescence signal to be 30 ns at 77 K, dominated by SRH recombination processes (Connelly *et al.*, 2010). In addition, a radiative recombination constant of $1.8 \times 10^{-10}$ cm$^3$/s, an upper limit of the Auger recombination coefficient of $10^{-28}$ cm$^6$/s at 60 K, and an acceptor level of $\sim$20 meV above the valence band were determined.

These tests provide important information about lifetime and recombination mechanisms, and more work is currently underway to further understand factors affecting lifetime and the correlation between the lifetimes observed in the time-resolved PL experiments and dark current measurements. It is not clear at this point what sets the short lifetime in Sb-based SL and how to increase it to desirable values of several hundred nanoseconds (Pellegrino and DeWames, 2009). The influence of the shallow defect levels on the lifetime is another open question. The nonradiative

recombination process identified in PL measurements was attributed to the defects with energy located near valence band edge; however, these defects are not expected to provide a large contribution to generation-recombination current, which is typically associated with defects near middle of the band gap. Recently, a theory postulating existence of two trap levels in the band gap was proposed to explain these results, yet additional experimental and theoretical work is required to fully understand this phenomenon.

## 5.5. Lifetime and dark current

MWIR and LWIR superlattices (Connelly *et al.*, 2010; Donetsky *et al.*, 2010, 2009; Pellegrino and DeWames, 2009) studied so far found to have substantially short lifetimes compared with MCT (Edwall *et al.*, 1998; Kinch *et al.*, 2005). As described in the previous section, direct time-resolved photoluminescence measurements at 77 K yielded a lifetime of 100 ns for MWIR SL and ∼30 ns (Donetsky *et al.*, 2010, 2009) for LWIR SL (Connelly *et al.*, 2010; Donetsky *et al.*, 2010), whereas indirect inference through dark current analysis of an LWSL SL yielded a lifetime of 35 ns (Pellegrino and DeWames, 2009). The question then arises as to why the observed dark current densities (as reflected in the $RA_{\text{eff}}$ value) are not correspondingly worse for the superlattices. This turns out to be related to tunneling suppression in superlattices. Recall that the diffusion dark current density from the p-side of a pn diode is given by $J_{\text{diff}} = qn_{\text{i}}^2 L_{\text{N}}/(N_{\text{A}}\tau_n)$, where $n_i$ is the intrinsic carrier density, $L_N$ is the diffusion length (or absorber width), $N_A$ is the acceptor dopant density, and $\tau_n$ is the minority carrier (electron) lifetime. In a typical LWIR superlattice, the doping density is on the order of $p = 1 - 2 \times 10^{16} \, \text{cm}^{-3}$, which is considerably higher than the doping level found in the LWIR MCT (typically low, $10^{15} \, \text{cm}^{-3}$). This is possible because of tunneling current suppression in superlattices. The higher doping compensates for the shorter lifetime, resulting in relatively low diffusion dark current. However, to achieve the true promise of superlattices with performance exceeding that of MCT requires the understanding of the origin of the relatively short carrier lifetimes found in the present generation of InAs/GaSb superlattices (Donetsky *et al.*, 2010, 2009; Pellegrino and DeWames, 2009) and developing methods for increasing carrier lifetime.

## 6. CONCLUSIONS AND OUTLOOK

Remarkable progress has been achieved in the antimonide superlattices since the analysis by Smith and Mailhiot (1987) first pointed out their advantages for infrared detection. In the LWIR, type-II InAs/Ga(In)Sb

DA0118

superlattices have been shown theoretically to have reduced Auger recombination and suppressed band-to-band tunneling. Suppressed tunneling in turn allows for higher doping in the absorber, which has led to reduced diffusion dark current. The versatility of the antimonide material system, with the availability of three different types of band offsets, provides great flexibility in device design. Heterostructure designs that make effective use of unipolar barriers have demonstrated strong reduction of G-R dark current. As a result, the dark current performance of antimonide superlattice-based single element LWIR detectors is now approaching that of the state-of-the-art MCT detector. To date, the antimonide superlattices still have relatively short carrier lifetimes; this issue needs to be resolved before type-II superlattice infrared detectors can achieve their true potential. The antimonide material system has relatively good mechanical robustness when compared with II–VI materials; therefore, FPAs based on type-II superlattices have potential advantages in manufacturability. In the MWIR, production-ready simultaneous dual-band FPA has been fabricated (Rehm *et al.*, 2010; Walther *et al.*, 2007). In the LWIR, large-format FPAs have been demonstrated in research laboratories (Gunapala *et al.*, 2010; Manurkar *et al.*, 2010). Improvements in substrate quality and size and reliable surface leakage current suppression methods, such as those based on robust surface passivation or effective use of unipolar barriers, could lead to high-performance large-format LWIR focal plane arrays.

## ACKNOWLEDGMENTS

The authors thank S. Bandara, E. R. Blazejewski, E. S. Daniel, R. E. DeWames. W. R. Frensley, D. R. Rhiger, J. N. Schulman, and D. L. Smith for helpful discussions; S. A. Keo, J. M. Mumolo, B. Yang, J. K. Liu, A. Liao, M. C. Lee, and R. T. Ting for assistance; and M. Tidrow, R. Liang, M. Herman, E. Kolawa, and P. Dimotakis for encouragement and support. A part of the research described in this publication was carried out at the Jet Propulsion Laboratory, California Institute of Technology, under a contract with the National Aeronautics and Space Administration. Government sponsorship acknowledged.

## REFERENCES

Abdollahi Pour, S., Nguyen, B.-M., Bogdanov, S., Huang, E. K., and Razeghi, M. (2009). *Appl. Phys. Lett.* **95**, 173505.

Ahrenkiel, R. K., and Lundstrom, M. S. (1993). Minority carriers in III-V Semiconductors: Physics and Applications. in: "Semiconductors and Semimetals." edited by Williardson, R. K., Beer, A. C., Weber, E. R. vol. **39**, Academic Press, San Diego, pp. 40–74.

Aifer, E. H., Jackson, E. M., Boishin, G., Whitman, L. J., Vurgaftman, I., Meyer, J. R., Culbertson, J. C., and Bennett, B. R. (2003). *Appl. Phys. Lett.* **82**(25), 4411–4413.

Aifer, E. H., Maximenko, S. I., Yakes, M. K., Yi, C., Canedy, C. L., Vurgaftman, I., Jackson, E. M., Nolde, J. A., Affouda, C. A., Gonzalez, M., Meyer, J. R., Clark, K. P., and Pinsukanjana, P. R. (2010b). *Proc. SPIE* **7660**, 76601Q.

Aifer, E. H., Tischler, J. G., Warner, J. H., Vurgaftman, I., Bewley, W. W., Meyer, J. R., Kim, J. C., Whitman, L. J., Canedy, C. L., and Jackson, E. M. (2006). *Appl. Phys. Lett.* **89**, 053519.

DA0119

Aifer, E. H., Tischler, J. G., Warner, J. H., Vurgaftman, I., Kim, J. C., Meyer, J. R., Bennett, B. R., and Whitman, L. J. (2005). *Proc. SPIE* **5732**, 259.

Aifer, E. H., Warner, J. H., Canedy, C. L., Vurgaftman, I., Jackson, E. M., Tischler, J. G., Meyer, J. R., Powell, S. P., Olver, K., Tennant, W. E. (2010a). *J. Electron. Mater.* **39**(7), 1070–1079.

Aifer, E. H., Warner, J. H., Stine, R. R., Vurgaftman, I., Canedy, C. L., Jackson, E. M., Tischler, J. G., Meyer, J. R., Petrovykh, D. Y., and Whitman, L. J. (2007). *Proc. SPIE* **6542**, 654203-1.

Alferov, Zh. I., and Kazarinov, R. F. (1963). Semiconductor Laser with Electric Pumping. Inventor's Certificate No. 181737 (in Russian), Application No. 950 840.

Anderson, R. L. (1962). *Solid State Electron.* **5**(5), 341–344.

Arias, J. M., Pasko, J. G., Zandian, M., Shin, S. H., Williams, G. M., Bubulac, L. O., De Wames, R. E., and Tennant, W. E. (1991). *Appl. Phys. Lett.* **62**(9), 76.

Bennett, B. R. (1998). *Appl. Phys. Lett.* **73**(25), 3736–3738.

Bennett, B. R., Magno, R., Boos, J. B., Kruppa, W., and Ancona, M. G. (2005). *Solid State Electron.* **49**(12), 1875–1895.

Bennett, B. R., Shanabrook, B. V., and Twigg, M. E. (1999). *J. Appl. Phys.* **85**(4), 2157–2161.

Bertru, N., Baranov, A. N., Cuminal, Y., Boisser, G., Alibert, C., and Joullie, A. (1999). *J. Appl. Phys.* **85**, 1989–1991.

Bracker, A. S., Nosho, B. Z., Barvosa-Carter, W., Whitman, L. J., Bennett, B. R., Shanabrook, B. V., and Culbertson, J. C. (2001). Appl. Phys. Lett. **78**(17), 2440–2442.

Brown, E. R., Söderström, J. R., Parker, C. D., Mahoney, L. J., Molvar, K. M., and McGill, T. C. (1991). *Appl. Phys. Lett.* **58**(20), 2291–2293.

Brown, G. J., Szmulowicz, F., Linville, R., Saxler, A., Mahalingham, K., Lin, C.-H., Kuo, C. H., and Hwang, W. Y. (2000). *IEEE Phot. Tech. Lett.* **12**(6), 684–686.

Bürkle, L., and Fuchs, F. (2002). InAs/(GaIn)Sb superlattices: a promising material system for infrared detection. in: "Handbook of Infrared Detection Technologies." edited by Henini, M., Razeghi, M. Elsevier Science, Oxford, pp. 159–189.

Bürkle, L., Fuchs, F., Schmitz, J., and Pletschen, W. (2000). *Appl. Phys. Lett.* **77**, 1659–1661.

Canedy, C. L., Abell, J., Bewley, W. W., Aifer, E. H., Kim, C. S., Nolde, J. A., Kim, M., Tischler, J. G., Lindle, J. R., Jackson, E. M., Vurgaftman, I., and Meyer, J. R. (2010). *J. Vac. Sci. Technol. B: Microelectron. Process. Phenom.* **28**(3), C3G8.

Canedy, C. L., Aifer, E. H., Vurgaftman, I., Tischler, J. G., Meyer, J. R., Warner, J. H., and Jackson, E. M. (2007). *J. Electron. Mater.* **36**(18), 852–856.

Canedy, C. L., Aifer, E. H., Warner, J. H., Vurgaftman, I., Jackson, E. M., Tischler, J. G., Powell, S. P., Olver, K., Meyer, J. R., and Tennant, W. E. (2009). *Infrared Phys. Technol.* **52**(6), 326–334.

Canedy, C. L., Bewley, W. W., Kim, C. S., Kim, M., Vurgaftman, I., and Meyer, J. R. (2003). *J. Appl. Phys.* **94**, 1347–1355.

Carras, M., Reverchon, J. L., Marre, G., Renard, C., Vinter, B., Marcadet, X., and Berger, V. (2005). *Appl. Phys. Lett.* **87**(10), 102103.

Cartoixà, X., Ting, D. Z.-Y., and McGill, T. C. (2003). *Phys. Rev. B: Solid State* **68**(23), 235319.

Chang, Y.-C., and Schulman, J. N. (1985). *Phys. Rev. B: Solid State* **31**(4), 2069–2079.

Chow, D. H., Miles, R. H., Collins, D. A., Schulman, J. N., and McGill, T. C. (1991). *Semicond. Sci. Technol.* **6**, C47–C51.

Ciesla, C. M., Murdin, B. N., Pidgeon, Stradling, C. R., Philips, R. A., M. Livingstone, C. C., Galbraith, I., Jaroszynski , D. A., Langerak, C. J. G. M., Tang P. J. P., and Pullin, M. J., (1996). *J. Appl. Phys.* **80**(5), 2994-2997.

Connelly, B. C., Metcalfe, G. D., Shen, H., and Wraback, M. (2010). *Appl. Phys. Lett.* **97**(25), 251117.

Daniel, E. S., Cartoixà, X., Frensley, W. R., Ting, D. Z.-Y., and McGill, T. C. (2000). *IEEE Trans. Electron Devices* **47**(5), 1052–1060.

Das, S. D., Goh, Y. L., Tan, C. H., David, J. P. R., Rodriguez, J.-B., Plis, E. A., Sharma, Y. D., Kim, H. S., and Krishna, S. (2008). *Proc. SPIE* **7113**, 711301–1.

Davies, J. H. (1998). "The Physics of Low Dimensional Semiconductors: An Introduction." Cambridge University Press, Cambridge, New York, and Melbourne.

Delaunay, P.-Y., Hood, A., Nguyen, B. M., Hoffman, D., Wei, Y., and Razeghi, M. (2007a). *Appl. Phys. Lett.* **91**, 091112.

Delaunay, P.-Y., Nguyen, B. M., Hoffman, D., and Razeghi, M. (2007b). *Proc. SPIE* **6542**, 654204–1.

Delaunay, P.-Y., Nguyen, B. M., Hoffman, D., and Razeghi, M. (2007c). *Appl. Phys. Lett.* **91**, 231106.

Delaunay, P.-Y., Nguyen, B. M., Hoffman, D., and Razeghi, M. (2008). *IEEE J. Quantum Electron.* **44**(5), 462–467.

Delaunay, P.-Y., Nguyen, B. M., Hoffman, D., Huang, E. K., and Razeghi, M. (2009). *IEEE J. Quantum Electron.* **45** (2), 157–162.

Delaunay, P.-Y., and Razeghi, M., (2009). *J. Appl. Phys.* **106**, 063110.

Donetsky, D., Belenky, G., Svensson, S., and Suchalkin, S. (2010). *Appl. Phys. Lett.* **97**(5), 052108.

Donetsky, D., Svensson, S. P., Vorobjev, L. E., and Belenky, G. (2009). *Appl. Phys. Lett.* **95**(21), 212104.

Dragoman, D., and Dragoman, M. (2002). "Optical Characterization of Solids." Springer-Verlag, Berlin, Heidelberg and New York.

Edwall, D. D., DeWames, R. E., McLevige, W. V., Pasko, J. G., and Arias, J. M. (1998). *J. Electron. Mater.* **27**(6), 698.

Esaki, L., and Tsu, R. (1970). *IBM J. Res. Dev.* **14**, 61–65.

Feenstra, R. M., Collins, D. A., Ting, D. Z.-Y., Wang, M. W., and McGill, T. C. (1994a). *Phys. Rev. Lett.* **72**(17), 2749–2752.

Feenstra, R. M., Collins, D. A., Ting, D. Z.-Y., Wang, M. W., and McGill, T. C. (1994b). *J. Vac. Sci. Technol. B: Microelectron. Process. Phenom.* **12**(4), 2592–2597.

Flatte, M. E., and Grein, C. H. (2009). *Proc. SPIE* **7222**, 72220Q.

Frensley, W. R., and Kroemer, H. (1977). *Phys. Rev. B: Solid State* **16**, 2642–2652.

Fuchs, F., Ahlswede, E., Weimar, U., Pletschen, W., and Schmitz, J., Hartung, M., Jager, B., and Szmulowicz, F. (1998b). *Appl. Phys. Letts.* **73**(25), 3760–3762.

Fuchs, F., Bürkle, L., Pletschen, W., Schmitz, J., and Walther, M., (1999). *Proc. SPIE* **3794**, 41–46.

Fuchs, F., Hoffman, D., Gin, A., Hood, A., Wei, Y., and Razeghi, M. (2006). *Phys. Stat. Sol.* (c) **3**, 444–447.

Fuchs, F., Kheng, K., Schwarz, K., and Koidl, P. (1993). *Semicond. Sci. Technol.* **8,** S75–S80.

Fuchs, F., Wagner, J., Schmitz, J., Herres, N., and Koidl, P. (1997b). Growth and Characterization of InAs/AlSb/GaSb Heterostructures. in: "Antimonide-Related Strained-Layer Heterostructures," edited by Manasreh, M. O., Gordon Breach Science Publishers, Amsterdam, pp. 191–232.

Fuchs, F., Weimar, U., Ahlswede, E., Pletschen, W., Schmitz, J., and Walther, M. (1998a). *Proc. SPIE* **3287**, 14–21.

Fuchs, F., Weimer, U., Pletschen, W., Schmitz, J., Ahlswere, E., Walter, M., Wagner, J., and Koidl, P. (1997a). *Appl. Phys. Lett.* **71**(22), 3251–3253.

Gautam, N., Kim, H. S., Kutty, M. N., Plis, E., Dawson, L. R., and Krishna, S. (2010). *Appl. Phys. Lett.* **96**, 231107.

Gendron, L., Carras, M., Huynh, A., Ortiz, V., Koeniguer, C., and Berger, V. (2004). *Appl. Phys. Lett.* **85**, 2824–2826.

Grein, C. H., and Ehrenreich, H. (1997). *J. Appl. Phys.* **82**(12), 6365–6367.

Grein, C. H., Laub, W. H., Harbertb, T. L., and Flatte, M. E. (2002). *Proc. SPIE* **4795**, 39–43.

Grein, C. H., Young, P. M., and Ehrenreich, H. (1992). *Appl. Phys. Lett.* **61**(24), 2905–2907.

Grein, C. H., Young, P. M., Flatte, M. E., and Ehrenreich, H. (1995). *J. Appl. Phys.* **78**(12), 7143–7152.

Gunapala, S. D., Ting, D. Z., Hill, C. J., Nguyen, J., Soibel, A., Rafol, S. B., Keo, S. A., Mumolo, J. M., Lee, M. C., Liu, J. K., Yang, B., and Liao, A., (2010). *Proc. SPIE* **7808**, 780802.

Harrison, W. A. (1977). *J. Vac. Sci. Technol.* **14**, 1016–1021.

Haugan, H. J., Brown, G. J., Pacley, S. D., Grazulis, L., and Fenstermaker, S. T. (2010). *Proc. SPIE* **7808**, 780806–1.

Haugan, H. J., Elhmari, S., Szmulowicz, F., Ullrich, B., Brown, G. J., and Mitchel, W. C. (2008). *Appl. Phys. Lett.* **92,** 071102–1–071102–3.

Haugan, H. J., Szmulowicz, F., Brown, G. J., Ullrich, B., Munshi, S. R., Grazulis, L., Mahalingam, K., and Fenstermaker, S. T. (2006). *Physica E* **32**, 289–292.

Herrera, M., Chi, M., Bonds, M., Browning, N. D., Woolman, J. N., Kvaas, R. E., Harris, S. F., Rhiger, D. R., and Hill, C. J. (2008). *Appl. Phys. Lett.* **93**, 093106.

Herres, N., Fuchs, F., Schmitz, J., Pavlov, K. M., Wagner, J., Ralston, J. D., and Koidl, P. (1996). *Phys. Rev. B*. **53**(23), 15688–15705.

Hill, C. J., Soibel, A., Keo, S. A., Mumolo, J. M., Ting, D. Z., and Gunapala, S. D. (2009b). *Proc. SPIE*, **7298**, 729804–1.

Hill, C. J., Soibel, A., Ting, D. Z.-Y., Keo, S. A., Mumolo, J. M., Nguyen, J., Lee, M., and Gunapala, S. D. (2009a). *Electron. Lett.* **45**(21), 1089–1090.

Hitchcock, C. W., Gutmann, R. J., Borrego, J. M., Bhat, I. B., and Charache, G. W. (1999). *IEEE Trans. Electron Devices* **46**(10), 2154–2161.

Hoffman, D., Gin, A., Wei, Y., Hood, A., Fuchs, F., and Razeghi, M. (2005). *IEEE J. Quantum Electron.* **41**, 1474–1479.

Hoffman, D., Hood, A., Michel, E., Fuchs, F., and Razeghi, M. (2006). *IEEE J. Quantum Electron.* **42**, 126–130.

Hoffman, D., Nguyen, B.-M., Delaunay, P.-Y., Hood, A., and Razeghi, M. (2007). *Appl. Phys. Lett.* **91**, 143507.

Hoffman, D., Nguyen, B.-M., Huang, E. K., Delaunay, P.-Y., Razeghi, M., Tidrow, M. Z., and Pellegrino, J. (2008). *Appl. Phys. Lett.* **93**, 031107.

Höglund, L., Soibel, A., Hill, C. J., Ting, D. Z., Khoshaklagh, A., Liao, A., Keo, S., Lee, M. C., Nguyen, J., Mumolo, J. M., Gunapala, S. D. (2010). *Proc. of SPIE* **7780**, 77800D.

Hood, A., Delaunay, P.-Y., Hoffman, D., Nguyen, B.-M., Wei, Y., and Razeghi, M. (2007). *Appl. Phys. Lett.* **90**, 233513.

Hood, A. D., Evans, A. J., Ikhlassi, A., Lee, D. L., and Tennant, W. E. (2010a). *J. Electron. Mater.* **39**(7), 1001–1006.

Hood, A., Evans, A. J., Ikhlassi, A., Sullivan, G., Piquette, E., Lee, D. L., Tennant, W. E., Vurgaftman, I., Canedy, C. L., Jackson, E. M., Nolde, J. A., Yi, C., and Aifer, E. H. (2010b). *Proc. SPIE* **7660**, 76601M-1.

Hood, A., Razeghi, M., Aifer, E. H., and Brown, G. J. (2005b). *Appl. Phys. Lett.* **87**, 151113.

Hood, A., Wei, Y., Gin, A., Razeghi, M., Tidrow, M. Z., and Nathan, V. (2005a). *Proc. SPIE* **5732**, 316.

Huang, E. K., Hoffman, D., Nguyen, B.-M., Delaunay, P.-Y., and Razeghi, M. (2009). *Appl. Phys. Lett.* **94**, 053506.

Johnson, J. L., Samoska, L. A., Gossard, A. C., Merz, J. L., Jack, M. D., Chapman, G. R., Baumgratz, B. A., Kosai, K., and Johnson, S. M. (1996). *J. Appl. Phys.* **80**(2), 1116–1127.

Kane, E. O. (1957). *J. Phys. Chem. Solids* **1**, 249–261.

Kaspi, R., Moeller, C., Ongstad, A., Tilton, M. L., Gianardi, D., Dente, G., and Gopaladasu, P. (2000). *Appl. Phys. Lett.* **76**, 409–411.

Khoshakhlagh, A., Plis, E., Myers, S., Sharma, Y. D., Dawson, L. R., and Krishna, S. (2009). *J. Cryst. Growth* **311**, 1901–1904.

Khoshakhlagh, A., Rodriguez, J. B., Plis, E., Bishop, G. D., Sharma, Y. D., Kim, H. S., Dawson, L. R., and Krishna, S. (2007). *Appl. Phys. Lett.* **91**, 263504.

Kim, H. S., Plis, E., Myers, S., Khoshakhlagh, A., Gautam, N., Kutty, M. N., Sharma, Y. D., Dawson, L. R., and Krishna, S. (2009). *Proc. SPIE* **7467**, 74670U–1.

DA0122

Kim, H. S., Plis, E., Rodriguez, J. B., Bishop, G. D., Sharma, Y. D., Dawson, L. R., Krishna, S., Bundas, J., Cook, R., Burrows, D., Dennis, R., Patnaude, K., Reisinger, A., and Sundaram, M. (2008). *Appl. Phys. Lett.* **92**(18), 183502.

Kim, J. C., Tischler, J. G., Canedy, C. L., Aifer, E. H., Vurgaftman, I., Vurgaftman, I., Meyer, J. R., and Whitman, L. J. (2007). *J. Cryst. Growth* **303**(2), 515–519.

Kinch, M. A. (2000). *J. Electron. Mater.* **29,** 809–817.

Kinch, M. A. (2007). "Fundamentals of Infrared Detector Materials." SPIE Press, Bellingham.

Kinch, M. A., Aqariden, F., Chandra, D., Liao, P.-K., Schaake, H. F., and Shih, H. D. (2005). *J. Electron. Mater.* **34**(6), 880.

Klin, O., Grossman, S., Snapi, N., Brumer, M., Lukomsky, I., Yassen, M., Yofis, B., Glozman, A., Zemel, A., Fishman, T., Berkowitz, E., Magen, O., Oiknine-Schlesinger, J., Shtrichman, I., Weiss, E., and Klipstein, P. C. (2009). *Proc. SPIE* **7298**, 7298–0G.

Klipstein, P. C. (2005). Depletion-less photodiode with suppressed dark current and method for producing the same. Int. Patent Publication no: WO 2005/004243 A1 (13 January 2005, priority date: 2 July 2003).

Klipstein, P. C. (2008). *Proc. SPIE* **6940**, 69402U.

Klipstein, P. C., Klin, O., Grossman, S., Snapi, N., Yaakobovitz, B., Brumer, M., Lukomsky, I., Aranov, D., Yassen, M., Yofis, B., Glozman, A., Fishman, T., Berkowicz, E., Magen, O., Shtrichman, I., and Weiss, E. (2010). *Proc. SPIE* **7608**, 76081V.

Kroemer, H. (1963). *Proc. IEEE* **52**(12), 1782.

Kroemer, H. (2004). *Physica E* **20**, 196.

Kutty, M. N., Plis, E., Khoshakhlagh, A., Myers, S., Gautam, N., Smoley, S., Sharma, Y. D., Dawson, R., Krishna, S., Lee, S. J., and Noh, S. K. (2010). *J. Electron. Mater.* **39**, 10, 2203–2209.

Lacroix, Y., Tran, C. A., Watkins, S. P., Thewalt, M. L. W. (1996). *J. Appl. Phys.* **80**, 6416–6424.

Lew, A. Y., Zuo, S. L., Yu, E. T., and Miles, R. H. (1998). *Phys. Rev. B* **57**(11), 6534–6539.

Li, J. V., Chuang, S. L., Jackson, E. M., and Aifer, M. (2004). *Appl. Phys. Lett.* **85**(11), 1984–1986.

Li, J. V., Yang, R. Q., Hill, C. J., and Chuang, S. L. (2005). *Appl. Phys. Lett.* **86**, 101102.

Liu, C., Hughes, T. L., Qi, X.-L., Wang, K., and Zhang, S.-C. (2008). *Phys. Rev. Lett.* **100**(23), 236601.

Maimon, S. (2010). Reduced dark current photodetector. U.S. Patent No. 7,687,871 B2.

Maimon, S., and Wicks, G. W. (2003). InAsSb/GaAlSb/InAsSb nBn IR detector for the 3–5 μm. in: Abstract Book of the 11th International Conference on Narrow Gap Semiconductors, Buffalo, New York, pp. 70.

Maimon, S., and Wicks, G. W. (2006). *Appl. Phys. Lett.* **89**(15), 151109.

Manurkar, P., Ramezani-Darvish, S., Nguyen, B. M., Razeghi, M., and Hubbs, J. (2010). *Appl. Phys. Lett.* **97**, 193505.

Miles, R. H., Chow, D. H., Schulman, J. N., and McGill, T. C. (1990). *Appl. Phys. Lett.* **57**(8), 801–803.

Miles, R. H., Schulman, J. N., Chow, D. H., and McGill, T. C. (1993). *Semicond. Sci. Technol.* **8**, S102–S105.

Mohseni, H., Litvinov, V. I., and Razeghi, M. (1998b). *Phys. Rev. B.*, **58**(23) 15378–15380.

Mohseni, H., Michel, E., Razeghi, M., Mitchel, W., and Brown, G. (1998a). *Proc. SPIE* **3287**, 30–37.

Mohseni, H., and Razeghi, M. (2001). *IEEE Photonics Technol. Lett.* **13**, 517–519.

Mohseni, H., Razeghi, M., Brown, G., and Park, Y. S. (2001), *Appl. Phys. Lett.* **78**(15), 2107–2109.

Mohseni, H., Wojkowski, J., Razeghi, M., Brown, G., and Mitchel, W. (1999). *IEEE J. Quantum Electron.* **35**(7), 1041–1044.

Mohseni, H., Wojkowski, J. S., Tahraoui, A., Razeghi, M., Brown, G., and Mitchel, W. (2000). *Proc. SPIE* **3948**, 153–160.

DA0123

Moyer, H. P., Schulman, J. N., Lynch, J. J., Schaffner, J. H., Sokolich, M., Royter, Y., Bowen, R. L., McGuire, C. F., Hu, M., Schmitz, A. (2008). *IEEE Microwave Wireless Compon. Lett.* **18**(10) 686–688.

Nguyen, B.-M., Bogdanov, S., Abdollahi Pour, S., and Razeghi, M. (2009a). *Appl. Phys. Lett.* **95**(18), 183502.

Nguyen, B.-M., Hoffman, D., Delaunay, P.-Y., Huang, E. K.-W., Razeghi, M., and Pellegrino, J. (2008b). *Appl. Phys. Lett.* **93**(16), 163502.

Nguyen, B.-M., Hoffman, D., Delaunay, P.-Y., and Razeghi, M. (2007b). *Appl. Phys. Lett.* **91**(16), 163511.

Nguyen, B. M., Hoffman, D., Huang, E. K., Bogdanov, S., Delaunay, P.-Y., Razeghi, M., and Tidrow, M. Z. (2009b). *Appl. Phys. Lett.* **94**, 223506.

Nguyen, B.-M., Hoffman, D., Huang, E. K.-W., Delaunay, P.-Y., and Razeghi, M. (2008a). *Appl. Phys. Lett.* **93**(12), 123502.

Nguyen, J., Hill, C. J., Rafol, D., Keo, S. A., Soibel, A., Ting, D. Z.-Y., Mumolo, J. M., Liu, J. K., and Gunapala, S. D. (2010a). *Proc. SPIE* **7945**, 7945–67.

Nguyen, B.-M., and Razeghi, M. (2007a). *Proc. SPIE* **6479**, 64790S–1.

Nguyen, J., Soibel, A., Ting, D. Z.-Y., Hill, C. J., Lee, M. C., and Gunapala, S. D. (2010b). *Appl. Phys. Lett.* **97**, 051108.

Nguyen, J., Ting, D. Z.-Y., Hill, C. J., Soibel, A., and Gunapala, S. D. (2009c). *Infrared Phys. Technol.* **52**(6), 317–321.

Niles, D. W., and Margaritondo, G. (1986). *Phys. Rev. B* **34**, 2923–2925.

Ongstad, A. P., Dente, G. C., Tilton, M. L., Gianardi, D., and Turner, G. (2000). *J. Appl. Phys.* **87**, 7896–7902.

Pavesi, L., and Guzzi, M. (1994). *J. Appl. Phys.* **75,** 4779–4842.

Pedrazzani, J. R., Maimon, S., and Wicks, G. W. (2008). *Electron. Lett.* **44**(25), 1487–1488.

Pellegrino, J., DeWames, R. (2009). *Proc. SPIE* **7298**, 72981U-4.

Plis, E., Annamalai, S., Posani, K. T., Krishna, S., Rupani, R. A., and Ghosh, S. (2006). *J. Appl. Phys.* **100**, 014510–1–014510–4.

Plis, E., Kim, H. S., Bishop, G., Krishna, S., Banerjee, K., Ghosh, S. (2008). *Appl. Phys. Lett.* **93**(12), 123507.

Plis, E., Rotella, P., Raghavan, S., Dawson, L. R., Krishna, S., Le, D., and Morath, C. P. (2003). *Appl. Phys. Lett* **82**(11), 1658–1660.

Pultz, G. N., Norton, P. W., Kruger, E. E., and Reine, M. B. (1991). *J. Vac. Sci. Technol. B: Microelectron. Process. Phenom.* **9**(3), 1724–1730.

Razeghi, M., Huang, E. K., Nguyen, B.-M., Pour, S. A., and Delaunay, P.-Y. (2010). *Proc. SPIE* **7660**, 76601F-1.

Razeghi, M., and Mohseni, F. (2002). GaSb/InAs superlattices for infrared FPAs. in: "Handbook of Infrared Detection Technologies" edited by Henini, M., and Razeghi, M., Elsevier Science, Oxford, pp. 191–232.

Rehm, R., Walther, M., Fuchs, F., Schmitz, J., and Fleissner, J. (2005). *Appl. Phys. Lett.* **86**, 173501.

Rehm, R., Walther, M., Schmitz, J., FleiBner, J., Fuchs, F., Ziegler, J., and Cabanski, W. (2006). *Opto-Electronics Rev.* **14**, 19.

Rehm, R., Walther, M., Schmitz, J., Rutz, F., and Wörl, A. (2010). *Proc. SPIE* **7660**, 76601G.

Reverchon, J. L.,Carras, M., Marre, G., Renard, C., Berger, V., Vinter, B., and Marcadet, X. (2004). *Physica E* **20**(3–4), 519–522.

Rhiger, D. R., Kvaas, R. E., Harris, S. F., and Hill, C. J. (2009). *Infrared Phys. Technol.* **52**(6), 304–309.

Rhiger, D. R., Kvaas, R. E., Harris, S., Bornfreund, R. E., Thai, Y. N., Hill, C. J., Li, J. V., Gunapala, S. D., and Mumolo, J. M., (2007). *Proc/ SPIE* **6542**, 654202–1.

Rhiger, D. R., Kvaas, R. E., Harris, S. F., Kolasa, B. P., Hill, C. J., and Ting, D. Z. (2010). *Proc. SPIE* **7660**, 76601N.

Rodriguez, J. B., Christol, P., Chevrier, F., and Joullie, A. (2005). *Physica E* **28**, 128–133.

DA0124

Rodriguez, J. B., Plis, E., Bishop, G., Sharma, Y. D., Kim, H., Dawson, L. R., and Krishna, S. (2007). *Appl. Phys. Lett.* **91**(4), 043514.

Rogalski, A. (2011). "Infrared Detectors." CRC Press, Boca Raton.

Sai-Halasz, G. A., Chang, L. L., Welter, J.-M., Chang, C. A., and Esaki, L., (1978b). *Solid State Commun.* **27**(10), 935–937.

Sai-Halasz, G. A., Esaki, L., and Harrison, W. A. (1978a). *Phys. Rev. B* **18**(6), 2812–2818.

Sai-Halasz, G. A., Tsu, R., and Esaki, L. (1977). *Appl. Phys. Lett.* **30**(12), 651–653.

Sakaki, H., Chang, L. L., Ludeke, R., Chang, C. A., Sai-Halasz, G. A., and Esaki, L. (1977). *Appl. Phys. Lett.* **31**(3), 211–213.

Savich, G. R., Pedrazzani, J. R., Maimon, S., Wicks, G. W. (2010). *J. Vac. Sci. Technol. B: Microelectron. Process. Phenom.* **28**(3), C3H18–C3H21.

Schmitz, J., Wagner, J., Fuchs, F., Herres, N., Koidl, P., and Ralston, J. D. (1995). *J. Cryst. Growth* **150**, 858–862.

Schulman, J. N., and Chang, Y.-C. (1985). *Phys. Rev. B* **31**(4), 2056–2068.

Schulman, J. N., and McGill, T. C. (1979a). *Appl. Phys. Lett.* **34**(10), 663–665.

Schulman, J. N., and McGill, T. C. (1979b). *J. Vac. Sci. Technol. B: Microelectron. Process. Phenom.* **16**, 1513–1516.

Schulman, J. N., Holabird, K. S., Chow, D. H., Dunlap, H. L., Thomas, S., and Croke, E. T. (2002). *Electron. Lett.* **38**(2), 94–95.

Shterengas, S. L., Belenky, G., Kisin, M. V., and Donetsky, D. (2007). *Appl. Phys. Lett.* **90**(1), 011119, and references therein.

Smith, D. L., Mailhiot, C. (1987). *Appl. Phys. Lett.* **34**(10), 663–665.

Smith, D. L., McGill, T. C., and Schulman, J. N. (1983). *Appl. Phys. Lett.* **43**(2), 180–182.

Söderström, J. R., Chow, D. H., and McGill, T. C. (1989). *Appl. Phys. Lett.* **55**(11), 1094–1096.

Soibel, A., Ting, D. Z.-Y., Hill, C. J., Lee, M., Nguyen, J., Keo, S. A., Mumolo, J. M., and Gunapala, S. D. (2010). *Appl. Phy. Lett.* **96**(11), 111102.

Steinshnider, J., Harper, J., Weimer, M., Lin, C.-H., Pei, S.-S., and Chow, D. H. (2000b). *Phys. Rev. Lett.* **85**(21), 4562–4565.

Steinshnider, W. M., Kaspi, R., and Turner, G. W. (2000a). *Phys. Rev. Lett.* **85**(14), 2953–2956.

Sze, S. M., and Ng, K. K. (2007). "Physics of Semiconductor Devices, 3rd edition." Wiley, New Jersey.

Tan, S. L., Goh, Y. L., Das, S. D., Zhang, S., Tan, C. H., David, J. P. R., Gautam, N., Kim, H., Plis, E., and Krishna, S. (2010). *Proc. SPIE* **7838**, 783814–1.

Tennant, W. E. (2010). *J. Electron. Mater.* **39**(7), 1030.

Tennant, W. E., Lee, D., Zandian, M., Piquette, E., and Carmody, M. (2008). *J. Electron. Mater.* **37**(9), 1406.

Terterian, S., Nosho, B., Sharifi, H., Patterson, P., and Rajavel, R. (2010). *Proc. SPIE* **7660**, 76601O-1.

Ting, D. Z., Bandara, S. V., Hill, C. J., and Gunapala, S. D. (2009c). *NASA Tech. Briefs* **33**(6), 57–58.

Ting, D. Z.-Y., Bandara, S. V., Mumolo, J., Keo, S. A., Nguyen, J., Liu, H. C., Song, C. Y., Chang, Y.-C., Rafol, S. B., Hill, C. J., Gunapala, S. D., Soibel, A., Liu, J. K., and Blazejewski, E. (2009b). *Infrared Phys. Technol.* **52**(6), 294–298.

Ting, D. Z.-Y., and Cartoixà, X. (2002). *Appl. Phys. Lett.* **81**(22), 4198–4200.

Ting, D. Z.-Y., and Cartoixà, X. (2003). *Appl. Phys. Lett.* **83**(7), 1391–1393.

Ting, D. Z.-Y., Collins, D. A., Yu, E. T., Chow, D. H., and McGill, T. C. (1990). *Appl. Phys. Lett.* **57**(12), 1257–1259.

Ting, D. Z.-Y., Hill, C. J., Soibel, A., Keo, A., Mumolo, J. M., Nguyen, J., and Gunapala, S. D. (2009a). *Appl. Phys. Lett.* **95**(2), 023508.

Ting, D. Z.-Y., Hill, C. J., Soibel, A., Nguyen, J., Keo, S. A., Mumolo, J. M., Lee, M. C., Yang, B., and Gunapala, S. D. (2010). *Proc. SPIE* **7419**, 74190B.

Tung, T., DeArmond, L. V., Herald, R. F., Herning, P. E., Kalisher, M. H., Olson, D. A., Risser, R. F., Stevens, A. P., and Tighe, S. J. (1992). *Proc. SPIE* **1735**, 109.

van der Ziel, A. (1970). *Proc. IEEE* **58**, 1178–1206.

Vurgaftman, I., Aifer, E. H., Canedy, C. L., Tischler, J. G., Meyer, J. R., Warner, J. H., Jackson, E. M., Hildebrandt, G., Sullivan, G. J. (2006). *Appl. Phys. Lett.* **89**(12), 121114.

Vurgaftman, I., Meyer, J. R., Ram-Mohan, L. R. (2001). *J. Appl. Phys.* **89**(11), 5815–5875.

Wagner, J., Schmitz, J., Herres, N., Fuchs, F., and Walther, M. (1998). *J. Appl. Phys.* **83**(10), 5452–5457.

Walther, M., Rehm, R., FleiBner, J., Schmitz, J., Ziegler, J., Cabanski, W., and Breiter, R. (2007). *Proc. SPIE* **6542**, 654206–1.

Walther, M., Rehm, R., Fuchs, F., Schmitz, J., Fleißner, J., Cabanski, W., Eich, D., Finck, M., Rode, W., Wendler, J., Wollrab, R., Ziegler, J. (2005b). *J. Electron. Mater.* **34**(6), 722–725.

Walther, M., Schmitza, J., Rehma, R., Koptaa, S., Fuchs, F., Fleibnera, J., Cabanskib, W., and Ziegler, J. (2005a). *J. Cryst. Growth* **278**(156–161).

Wang, C. A., Choi, H. K., Ransom, S. L., Charache, G. W., Danielson, L. R., and DePoy, D. M. (1999). *Appl. Phys. Lett.* **75**(9), 1305–1307.

Wei, Y., Gin, A., Razeghi, M., and Brown, G. J. (2002a). *Appl. Phys. Lett.* **80**(18), 3262–3264.

Wei, Y., Gin, A., Razeghi, M., and Brown, G. J. (2002b). *Appl. Phys. Lett.* **81**(19), 3675–3677.

Wei, Y., Hood, A., Yau, H., Yazdanpanah, V., Razeghi, M., Tidrow, M. Z., and Nathan, V. (2005). *Appl. Phys. Lett.* **86**, 091109.

White, A. M. (1987). Infra red detectors. U. S. Patent No. 4,679,063.

Wicks, G. W., Savich, G. R., Pedrazzani, J. R., Maimon, S. (2010). *Proc. SPIE* **7608**, 760822.

Xie, Q., Nostrand, J. E. V., Brown, J. L., and Stutz, C. E. (1999). *Phys. Rev. B.* **86**(1), 329–337.

Yang, R. Q. (1995). *Superlattices Microstruct.* **17**(1), 77–83.

Yang, Q. K., Fuchs, F. Schmitz, J., and Pletschen, W. (2002). *Appl. Phys. Lett.* **81**, 4757–4759.

Yang, R. Q., Hill, C. J., Mansour, K., Qiu, Y., Soibel, A., Muller, R. E., and Echternach, P. M. (2007). *IEEE J. Sel. Top. Quantum Electron.* **13**(5) 1074–1078.

Yang, Q. K., Pfahler, C., Schmitz, J., Pletschen, W., and Fuchs, F. (2003). *Proc. SPIE* (4999) 448–456.

Yang, R. Q., Tian, Z., Cai, Z., Klem, J. F., Johnson, M. B., and Liu, H. C. (2010b). *J. Appl. Phys.* **107**, 054514.

Yang, R. Q., Tian, Z., Klem, J. F., Mishima, T. D., Santos, M. B., and Johnson, M. B. (2010a). *Appl. Phys. Lett.* **96**, 063504.

Youngsdale, E. R., Meyer, J. R., Hoffman, C. A., Bartoli, F. J., Grein, C. H., Young, P. M., Ehrenreich, H., Miles, R. H., and Chow, D. H. (1994). *Appl. Phys. Lett.* **64**(23), 3160–3162.

DA0126

# Exhibit 5

DA0127

# Proposal for strained type II superlattice infrared detectors

D. L. Smith
*Los Alamos National Laboratory, Los Alamos, New Mexico 87545*

C. Mailhiot
*Xerox Webster Research Center, 800 Phillips Road, 0114-41D, Webster, New York 14580*

(Received 23 March 1987; accepted for publication 9 June 1987)

We show that strained type II superlattices made of InAs-$Ga_{1-x}In_x$Sb $x \sim 0.4$ have favorable optical properties for infrared detection. By adjusting the layer thicknesses and the alloy composition, a wide range of wavelengths can be reached. Optical absorption calculations for a case where $\lambda_c \sim 10 \mu$m show that near threshold the absorption is as good as for the HgCdTe alloy with the same band gap. The electron effective mass is nearly isotropic and equal to 0.04 m. This effective mass should give favorable electrical properties, such as small diode tunneling currents and good mobilities and diffusion lengths.

## I. INTRODUCTION

At present there is a major effort to construct two-dimensional arrays of photovoltaic detectors for the purpose of infrared imaging.[1] The $Hg_{1-x}Cd_x$Te alloy is the material used to fabricate such detector arrays. Large tunneling currents and the requirement of extremely precise composition control to accurately determine the band gap (or equivalently the cutoff wavelength $\lambda_c$) are two major difficulties in making such detector arrays.[1] These problems are especially severe for long wavelength ($\lambda_c > 10 \mu$m) applications. It has previously been shown that small band-gap superlattices have intrinsic advantages compared to the $Hg_{1-x}Cd_x$Te alloy for long wavelength photovoltaic detectors.[2] Superlattices of HgTe-CdTe[3] in which one of the constituent materials (HgTe) is a semimetal, and $InAs_{0.4}Sb_{0.6}$-$InAs_{1-x}Sb_x$ (Ref. 4) ($x > 0.6$), in which strain is used to reduce the band gap of the $InAs_{0.4}Sb_{0.6}$ quantum well, have been suggested as infrared detector materials. In this paper, we demonstrate a new approach to achieve small band-gap superlattices appropriate for infrared detector applications which has advantages compared with previous efforts. Our basic idea is to use strained type II superlattices to achieve small band-gap materials with sufficiently thin repeating layers so that the superlattice has good optical absorption properties. Because the repeating layers are thin, these superlattices also have favorable electrical transport properties in the growth direction.

InAs-GaSb is a type II superlattice in which the conduction band of InAs is lower in energy than the valence band of GaSb.[5-9] Because of this unusual band line up, the superlattice can have a band gap smaller than that of either constituent material. Indeed, the superlattice can even be metallic. However, also because of this band lineup, the electrons and holes tend to be localized in different material layers, the electrons in the InAs and the holes in the GaSb. As a result the optical matrix elements decrease rapidly with increasing superlattice period.[9] For the thicker layer superlattices (single material layer thickness, $d > 50$ Å) required to reach long wavelength ($\lambda_c > 10 \mu$m) sensitivity, the optical matrix elements are too small for the material to be useful for infrared detector applications.[10] Here we show that by alloying the GaSb with InSb, so that the superlattice is InAs-$Ga_{1-x}In_x$Sb, small band-gap superlattices ($\lambda_c > 10 \mu$m) can be achieved for sufficiently thin material layers ($d < 25$ Å) that the spatial separation of electrons and holes is weak. Thus, this superlattice has good optical absorption properties. Alloying GaSb with InSb increases the lattice constant of the material and causes InAs-$Ga_{1-x}In_x$Sb to be strained. Strain effects lead to the favorable properties of this superlattice. [The lattice constants of InAs and GaSb are nearly equal ($\Delta a/a \sim 0.6\%$) and strain effects in this superlattice are small.]

## II. CALCULATIONAL RESULTS

In this section we present electronic structure and optical absorption calculations for the InAs-$Ga_{1-x}In_x$Sb superlattice. The calculational approach is described in detail in Refs. 11–13. Parameters required for the calculation, except for the valence-band offset, are chosen as described in those references. The choice of valence-band offset is described below.

In Fig. 1(a), we show the energy-band positions for unstrained InAs, GaSb, and InSb. The conduction band of InAs is 0.1 eV ($\Delta E_v = 0.51$ eV) below the valence band of



FIG. 1. Assumed energy positions for unstrained InAs, GaSb, and InSb (panel a). Effect of strain on the energy positions for InAs and $Ga_{0.6}In_{0.4}$Sb (panel b).

DA0128

GaSb. This valence-band offset is known experimentally.[6,14] We take the valence bands of *unstrained* GaSb and InSb to line up. This assignment is based on photoemission threshold data,[15] Schottky barrier positions referenced to Au,[16] and theoretical results.[17-19] In this case, the various prescriptions for energy-band positions give the same result; that the valence bands of unstrained GaSb and InSb should nearly line up. In spite of this concurrence of prescriptions, the valence-band offset of unstrained GaSb and InSb is not definitely known. If the valence band of InSb was at a higher energy than that of GaSb so that the unstrained InSb-GaSb interface had the usual type I configuration, the predicted properties of the InAs-Ga$_{1-x}$In$_x$Sb superlattice would be *better* than for the band offset assumed here. If, on the other hand, the valence band of InSb was at a lower energy than that of GaSb, so that the unstrained InSb-GaSb interface had the unusual staggered or type II configuration, the predicted properties of the InAs-Ga$_{1-x}$In$_x$Sb superlattice would be worse than for the band offset assumed here. We assume that the bands of the Ga$_{1-x}$In$_x$Sb alloy interpolate linearly between the end points. That is, we take the valence-band offset between unstrained InAs and Ga$_{1-x}$In$_x$Sb to be independent of $x$.

The effect of strain on valence-band offsets has been studied theoretically by Van de Walle and Martin.[20] Strain splits the zone center valence bands into light and heavy hole components. If the valence-band offset is measured between the "center of mass" of the split valence bands, Van de Walle and Martin[20] find that it is not changed by the strain. This situation is illustrated in Fig. 1(b) where energy level diagrams for strained (heavy lines) and unstrained (light lines) InAs and Ga$_{0.6}$In$_{0.4}$Sb are compared. The center of mass of the strain split valence bands coincides with the unstrained valence band. Notice that strain lowers the conduction band of InAs and raises the heavy hole band of Ga$_{1-x}$In$_x$Sb. The

superlattice band gap forms between electron states split up from the InAs conduction band and heavy-hole states split down from the Ga$_{1-x}$In$_x$Sb valence band by quantum confinement. Because strain lowers the InAs conduction band and raises the Ga$_{1-x}$In$_x$Sb heavy-hole band, it reduces the band gap for fixed layer thicknesses. This effect is seen in Fig. 2 where we show the band gap of InAs-Ga$_{1-x}$In$_x$Sb superlattices for $0<x<0.4$ as a function of layer thickness for equally thick InAs and Ga$_{1-x}$In$_x$Sb layers. At a fixed layer thickness, the band gap decreases significantly with increasing $x$. This decrease in the band gap is almost entirely due to the increased strain. In this calculation, we have considered material grown along the [111] axis.[21] A very similar result holds for material grown along the [100] axis. The results are somewhat more favorable for the [111] growth axis material. The heavy-hole effective mass is greater in the [111] direction than in the [100] direction so that hole quantum confinement is less for the [111] growth axis material. The main point of Fig. 2 is that small band-gap superlattices can be achieved in the strained InAs-Ga$_{1-x}$In$_x$Sb superlattice at much smaller layer thicknesses than in the weakly strained InAs-GaSb superlattice.

In Fig. 3 we show superlattice subband dispersion for InAs-Ga$_{0.6}$In$_{0.4}$Sb superlattices with 25-Å layers of each constituent material. Results are shown for both [111] and [100] growth axis materials. The larger value of the heavy-hole effective mass in the [111] growth direction reduces the quantum confinement energies in the superlattice grown along the [111] axis compared to the [100] growth axis superlattice. Thus, at fixed superlattice layer thickness, superlattices grown along the [111] axis have a smaller band gap than those grown along a [100] axis. The symmetry of the superlattices in the two growth directions is different, which leads to the different subband crossing rules seen in



FIG. 2. Band gap of InAs-Ga$_{1-x}$In$_x$Sb [111] superlattice as a function of layer thickness for various values of $x$. The superlattice consists of equally thick InAs and Ga$_{1-x}$In$_x$Sb layers.



FIG. 3. Superlattice subband dispersion for [001] [panel(a)] and [111] [panel(b)] growth axis InAs-Ga$_{0.6}$In$_{0.4}$Sb strained-layer superlattices. The superlattice period is equal to 50 Å in both cases and the superlattices consist of an equal number of InAs and Ga$_{0.6}$In$_{0.4}$Sb layers. The zero of energy coincides with the valence-band maximum in the (strained) InAs layers.

D. L. Smith and C. Mailhiot

DA0129



FIG. 4. Squared optical matrix element as a function of band gap for InAs-$Ga_{0.6}In_{0.4}Sb$ superlattices. The superlattice layer thickness is varied to change the band gap.



FIG. 5. Absorption coefficient as a function of photon energy for InAs-$Ga_{0.6}In_{0.4}Sb$ superlattice and $Hg_{1-x}Cd_xTe$, $x = 0.212$ alloy.

Fig. 3.[12] A particularly important point of Fig. 3 is the large dispersion of the electron subband in the growth direction. This large dispersion occurs because the superlattice layers are thin and the electron is not strongly confined. It will lead to good electron transport along the growth axis. The electron effective masses, calculated from the dispersion curves in Fig 3, are nearly isotropic. For the [111] case, $m_\parallel^*/m = 0.043$ and $m_\perp^*/m = 0.040$ and for the [100] case, $m_\parallel^*/m = 0.037$ and $m_\perp^*/m = 0.035$. These are very convenient values. They are small enough to give good mobilities and diffusivities, but large enough to give small diode tunneling currents (compared with HgCdTe of the same band gap).

Because small band-gap superlattices can be achieved for thin layers in the InAs-$Ga_{1-x}In_xSb$ system, good optical matrix elements can be obtained in this material system. In Fig. 4 we show the squared optical matrix element defined as

$$|M|^2 = \sum_{ij} \frac{2}{m} |\langle V_i | \mathbf{P} \, \hat{\epsilon} | C_j \rangle|^2 \tag{1}$$

as a function of superlattice band gap for the InAs-$Ga_{0.6}In_{0.4}Sb$ superlattice. In Eq. (1), the sums on $i$ ($j$) run over the two degenerate valence (conduction) band states at the zone center, $\hat{\epsilon}$ is the unit polarization vector, and $\mathbf{P}$ is the momentum operator. Results are shown for [111] and [100] growth axis superlattices with equally thick material layers and for [111] growth axis superlattices with the InAs layers twice as thick as the $Ga_{1-x}In_xSb$ layers. The layer thickness is varied to change both the matrix element and the band gap. From the figure one sees that reasonably large optical matrix elements can occur even for very small band-gap superlattices ($\lambda_c > 10 \, \mu m$).

Because the optical matrix elements are reasonably large, one can achieve favorable optical absorption properties in this superlattice. In Fig. 5, we compare the optical

absorption coefficient[22] for a superlattice with 25 Å of InAs and 25 Å of $Ga_{0.6}In_{0.4}Sb$, grown along [111], with the absorption coefficient of $x = 0.212 \, Hg_{1-x}Cd_xTe$. Both materials have a band gap of 116 meV ($\lambda = 10.7 \, \mu m$). The main point of this figure is that close to threshold, the absorption of the superlattice is as good as that of the HgCdTe alloy. The optical matrix element of the superlattice is smaller than that of the alloy. However, the electron effective masses of the superlattice ($m_\parallel^*/m = 0.043$ and $m_\perp^*/m = 0.040$) are larger than the electron effective mass of the HgCdTe alloy ($m_e^*/m = 0.0088$). The larger density of states in the superlattice overcomes the larger optical matrix element in the HgCdTe alloy. (Neither the density of states in the superlattice or of the alloy is completely characterized by effective masses because of nonparabolicity effects.) As seen in Fig. 3, only first heavy-hole to first conduction band transitions contribute to optical absorption over the narrow energy range considered in Fig. 5. To perform the absorption calculations, the dispersion curves and optical matrix element were parametrized as a function of wave vector and the absorption coefficient was calculated by numerical integration. Exciton effects were not considered either for the superlattice or the alloy. They are quite small in these small band-gap materials.

## III. DISCUSSION

The optical properties of the InAs-$Ga_{1-x}In_xSb$ superlattice are as good as that of the HgCdTe alloy, but the electrical properties of the superlattice should be far superior to those of the alloy. In particular, the electron effective mass is much larger than that of the alloy. Thus, diode tunneling currents in the superlattice will be dramatically reduced compared to the HgCdTe alloy.[2] Indeed, the nearly isotropic electron effective mass of 0.04 m in the superlattice is a very desirable result. This value is large enough to give small diode tunneling currents, but at the same time, small enough to give good electron mobilities and diffusion lengths. Because the electron mobility will be much higher than the hole mobility, $n$ on $p$ diodes should be used for infrared detection. We note than GaSb will be a good substrate on which to grow the InAs-$Ga_{1-x}In_xSb$ superlattice. For a typical case of $x = 0.4$ and equally thick InAs and GaInSb layers, GaSb is lattice

DA0130

matched to the superlattice to better than 1%. The GaSb lattice constant is slightly smaller than that of the superlattice. Therefore, problems with microcracks are minimized.

In summary, we have shown that thin layer InAs-$Ga_{1-x}In_xSb$ superlattices have good optical properties for infrared detection applications. The electrical and physical properties of this material should be far superior to HgCdTe alloys. We have concentrated our attention on the wavelength region near $\lambda = 10$ $\mu$m. However, by changing the layer thicknesses and the composition of the $Ga_{1-x}In_xSb$, it should be possible to access a very large wavelength range 4 $\mu$m $< \lambda_c < 25$ $\mu$m.

## ACKNOWLEDGMENT

The work of DLS was supported by the Los Alamos National Laboratory Internal Supporting Research.

[1] See, for example, M. B. Reine, A. K. Sood, and T. J. Tredwell, in *Semiconductors and Semimetals*, edited by R. K. Willardson and A. C. Beer (Academic, New York, 1981), Vol. 18, p. 201.

[2] D. L. Smith, T. C. McGill, and J. N. Schulman, Appl. Phys. Lett. 43, 180 (1983).

[3] J. N. Schulman and T. C. McGill, Appl. Phys. Lett. 34, 663 (1979).

[4] G. C. Osbourn, J. Vac. Sci. Technol. B 2, 176 (1984).

[5] G. A. Sai-Halasz, R. Tsu, and L. Esaki, Appl. Phys. Lett. 30, 651 (1977).

[6] G. A. Sai-Halasz, L. L. Chang, J. M. Walter, C. A. Chang, and L. Esaki, Solid State Commun. 27, 935 (1978).

[7] N. J. Kawai, L. L. Chang, G. A. Sai-Halasz, C. A. Chang, and L. Esaki, Appl. Phys. Lett. 36, 369 (1980).

[8] G. A. Sai-Halasz, L. Esaki, and W. A. Harrison, Phys. Rev. B 18, 2812 (1978).

[9] J. N. Schulman and Y. C. Chang, Phys. Rev. B 31, 2056 (1981); Y. C. Chang and J. N. Schulman, *ibid.* B 31, 2069 (1985).

[10] D. K. Arch, G. Wicks, T. Tonaue, and J. L. Staudenmann, J. Appl. Phys. 58, 3933 (1985).

[11] D. L. Smith and C. Mailhiot, Phys. Rev. B 33, 8345 (1986); C. Mailhiot and D. L. Smith, *ibid.* B 33, 8360 (1986).

[12] C. Mailhiot and D. L. Smith, Phys. Rev. B 35, 1242 (1987).

[13] D. L. Smith and C. Mailhiot, Phys. Rev. Lett. 58, 1264 (1987).

[14] H. Kroemer, J. Vac. Sci. Technol. B 2, 433 (1984).

[15] G. W. Gobeli and F. G. Allen, Phys. Rev. 137, A245 (1965).

[16] C. A. Mead, Solid-State Electron. 9, 1023 (1966).

[17] J. Tersoff, Phys. Rev. B 30, 4874 (1984).

[18] W. A. Harrison, J. Vac. Sci. Technol. B 3, 1232 (1985).

[19] J. O. McCaldin, T. C. McGill, and C. A. Mead, Phys. Rev. Lett. 36, 56 (1976).

[20] C. G. Van de Walle and R. M. Martin, Phys. Rev. B 34, 5621 (1986).

[21] Small electric field effects occur in this orientation but they are not important for the thin layer superlattices considered here. See Ref. 12.

[22] A $T_2$ scattering time which gives a FWHM of 5 meV is included.

DA0131

# Exhibit 6

DA0132

# InAsSb strained-layer superlattices for long wavelength detector applications

G. C. Osbourn

*Sandia National Laboratories, Albuquerque, New Mexico 87185*

(Received 12 October 1983; accepted 8 February 1984)

InAsSb strained-layer superlattices (SLS's) are proposed as novel III–V semiconductor materials with the potential for long wavelength intrinsic detector applications. Theoretical studies of the band gaps of various $InAs_{0.4}Sb_{0.6}/InAs_{1-x}Sb_x$ SLS's with $x > 0.6$ have been carried out. The results indicate that the wavelength response of various SLS's with $x \gtrsim 0.73$ can be extended to 12 $\mu$m at 77 K through the intentional use of layer strains. These new structures offer the metallurgical and processing advantages of III–V semiconductors for 12 $\mu$m detector applications. Further advantages include a weaker dependence of the SLS band gap on composition and reduced band-to-band tunneling in the SLS compared to bulk $Hg_{0.8}Cd_{0.2}Te$.

PACS numbers: 07.62. + s, 78.65.Jd

The important applications associated with infrared imaging in the 8–12 $\mu$m wavelength range have motivated considerable efforts to develop intrinsic semiconductor detectors for operation at these wavelengths. Since no conventional bulk III–V materials have sufficiently small band gaps $(E_g)$ at 77 K for operation in this wavelength range, much of the work has focused on the II–VI alloy HgCdTe.[1] In this paper, InAsSb strained-layer superlattices (SLS's) are proposed as novel III–V semiconductor materials with the potential for long wavelength intrinsic detector applications. Theoretical studies of the band gaps of various $InAs_{0.39}Sb_{0.61}/InAs_{1-x}Sb_x$ SLS's with $x > 0.61$ have been carried out. The results indicate that the uniform strain in the $InAs_{0.39}Sb_{0.61}$ layers of these structures can be used to lower the SLS band gap below that of the bulk material. In particular, a large number of SLS structures with $x \gtrsim 0.73$ and various layer thickness ratios are predicted to have significant absorption coefficients for $\lambda \gtrsim 12 \mu$m even at 77 K.

The InAsSb SLS materials offer a number of potential advantages for 12 $\mu$m intrinsic detector applications. First, these SLS's are based on III–V materials rather than II–VI materials. Second, the theoretical results indicate that the band gaps of these SLS's vary relatively slowly with composition, so that small, lateral compositional variations across the superlattice wafer will not result in larger variations in wavelength response. Third, it has recently been proposed that band to band tunneling in low band gap superlattice $p$–$n$ junctions may be reduced compared to such tunneling in low band gap bulk materials.[2] Junctions in InAsSb SLS's would also benefit from this effect.

The proposed SLS structures are chosen to contain (100) layers of $InAs_{0.39}Sb_{0.61}$ because this alloy has the longest wavelength cutoff $(\lambda_c)$ of any conventional bulk III–V material $(\lambda_c = 9 \mu$m at 77 K). The larger gap alloys $InAs_{1-x}Sb_x$ with $x \geq 0.61$ are chosen because the resulting SLS structures contain expansive hydrostatic and compressive (100) uniaxial strain components in the $InAs_{0.39}Sb_{0.61}$ layers. The expansive hydrostatic strain component causes a reduction in the bulk $E_g$ of the $InAs_{0.39}Sb_{0.61}$ layers through its influence on the conduction band minimum, and the compressive uniaxial strain component contributes through the splitting

of the degenerate valence band maxima. The light (heavy) hole band is split towards (away from) the conduction band in the $InAs_{0.39}Sb_{0.61}$ layer. The magnitude of the total reduction depends on $x$ and on the ratio of layer thicknesses in the SLS. Figure 1 presents calculated values of the *bulk* $\lambda_c$ value (i.e., without the quantum size effect of the SLS) at 77 K of the strained $InAs_{0.39}Sb_{0.61}$ layers in an $InAs_{0.39}Sb_{0.61}/InAs_{1-x}Sb_x$ SLS with three ratios of layer thicknesses as a function of $x$. The corresponding lattice mismatch between the layers is also given at the top of the figure. These bulk values were calculated using the techniques described previously[3,4] for other SLS systems and using the following bulk alloy material parameters for $InAs_{1-x}Sb_x$:

$$E_g(77 \text{ K}) = 0.228x^2 - 0.0363x(1-x)$$
$$+ 0.404(1-x)^2 \text{ eV}, \tag{1a}$$

$$\Delta_{so}(77 \text{ K}) = 0.82x + 0.43(1-x) \text{ eV}, \tag{1b}$$

$$C_{11}(77 \text{ K}) = 0.6652x + 0.8465(1-x)10^{12} \text{ dynes/cm}^2, \tag{2a}$$

$$C_{12}(77 \text{ K}) = 0.3351x + 0.5001(1-x) \, 10^{12} \text{ dynes/cm}^2, \tag{2b}$$

$$c_1 + a_1 + a_2 = (-7.7 + 1.9x) \text{ eV}, \tag{3a}$$

$$b_1 + 2b_2 = (-0.838 - 0.156x) \text{eV}, \tag{3b}$$

$$b_1 - b_2 = (-1.28 - 0.24x) \text{ eV}, \tag{3c}$$

$$a_2 = -0.04 \text{ eV}. \tag{3d}$$

The energy gap expression in Eq. (1b) was obtained by fitting a quadratic expression to the 77 K $E_g(x)$ values at $x = 0.0$, $x = 1.0$, and $x = 0.6$. The minimum gap for this expression occurs at $x = 0.61$. The energy separation to the split-off valence band $\Delta_{so}$ and the elastic constants[5] were taken to be linearly varying between the InSb and InAs values. The deformation potential $c_1 + a_1 + a_2$ was chosen to produce a hydrostatic pressure shift of 17 meV/kbar for InSb[6] and 12.5 meV/kbar for InAs.[6] In the absence of firm experimental data, the other deformation potentials were chosen to produce valence band stress splittings equal to those of GaAs. It is important to note that the (known) hydrostatic component of the $E_g$ shift in $InAs_{0.39}Sb_{0.61}$ produces the dominant effect.

The bulk $\lambda_c$ variation in Fig. 1 is entirely due to the increase in the layer strain. It can be seen from the figure that

DA0133



FIG. 1. Calculated values of the *bulk* $\lambda_c$ value (without quantum effects) at 77 K of the strained $InAs_{0.39}Sb_{0.61}$ layers in an $InAs_{0.39}Sb_{0.61}/InAs_{1-x}Sb_x$ SLS with three ratios of layer thicknesses (2:1, 1:1, 1:2) as a function of $x$. The corresponding lattice mismatch between the two types of SLS layers is given at the top of the figure.

the bulk $\lambda_c$ value of the strained $InAs_{0.39}Sb_{0.61}$ layer at 77 K can be extended beyond 12 $\mu$m for all of the thickness ratios considered. The key requirement is that the tensile strain in the $InAs_{0.39}Sb_{0.61}$ layer $(\Delta a^{\parallel}/a^{\parallel})$ exceeds 0.4%. This strain value is well within the range of strains which have been experimentally employed in two previous SLS material systems.[7,8]

The $\lambda_c$ value for the SLS itself will also be influenced by the quantum size effect and by the band offsets of the InAsSb alloy system. The quantum size effect in these structures will increase the SLS band gap, and so this effect competes with the band gap reduction due to strain. However, the effect can be minimized by employing relatively thick $InAs_{0.39}Sb_{0.61}$ layers in the SLS. Also, the effect can be counteracted by employing greater strain values. Layer thicknesses which are large enough to minimize the quantum size effect ($\sim$500Å for 0.6% strain, less for larger strains) and which do not exceed the critical layer thickness for misfit dislocation generation should be accessible due to the modest strain value required in these SLS's. In order to compute specific superlattice $\lambda_c$ values for various $InAs_{0.39}Sb_{0.61}/InAs_{1-x}Sb_x$ SLS structures it is also necessary to know the conduction band offsets of the layers. These values are not known for InAs/InSb, and different schemes for estimating them (electron affinities, values based on photoemission[9]) differ by $\sim$0.3 eV. In addition, the highly nonlinear $E_g(x)$ dependence of $InAs_{1-x}Sb_x$ raises uncertainties in the interpolation of offset values between these endpoint values. However, the above schemes all indicate that the bottoms of the conduction band quantum wells occur in the $InAs_{0.39}Sb_{0.61}$ layers. The bottoms of the light hole quantum wells also occur in the $InAs_{0.39}Sb_{0.61}$ layers for most of the InAs/InSb offset values which are intermediate between the electron affinity and photoemission estimates. The remainder of the intermediate values result in very shallow light



FIG. 2. Calculated wavelength values at 77 K associated with conduction band to light hole band transitions in $InAs_{0.39}Sb_{0.61}/InAs_{1-x}Sb_x$ SLS's with 500 Å layers which are equally thick as a function of $x$. The two sets of results correspond to different band offset estimates described in the text.

hole quantum wells (well depth $\lesssim$ 30 meV). Such shallow wells, coupled with the extremely small light hole $m^*$ values, will cause even the lowest energy light hole SLS states to have appreciable spatial extension into the $InAs_{0.39}Sb_{0.61}$ layers. In either case, significant absorption coefficients are expected for transitions between the light hole and conduction bands in the SLS. Thus, the results in Fig. 1 guarantee that InAsSb SLS structures can be found with good wavelength response out to $\lambda \gtrsim 12 \mu$m. This is demonstrated explicitly in Fig. 2 for two offset values:

(i) $E_c(InAs_{1-x}Sb_x) - E_c(InAs_{0.39}Sb_{0.61})$
$= 0.04(x - 0.61)$ (solid line);

(ii) $E_c(InAs_{1-x}Sb_x) - E_c(InAs_{0.39}Sb_{0.61})$
$= 0.21(x - 0.61)$ (dashed line).

The first case corresponds to a linear variation of bulk InAsSb conduction band minima using endpoint values from Ref. 9. The second case corresponds to a linear variation of bulk InAsSb conduction band minima using endpoint values which are intermediate between the electron affinity values and those of Ref. 9. The plotted results are the calculated wavelengths associated with the onset of conduction band to light hole band transitions in $InAs_{0.39}Sb_{0.61}/InAs_{1-x}Sb_x$ SLS's with 500 Å layers which are equally thick. The results were obtained using an effective mass model[10] with the momentum matrix element $\pi_{cv}$ (defined in Ref. 10) equal to 3.4 $\sqrt{eV/m_0}$. This value produces $m_c^*$ and $m_{lh}^*$ values of $0.0137 m_e$[11] for InSb. In both band offset cases, the bottoms of the light hole wells and the conduction wells occur in the $InAs_{0.39}Sb_{0.61}$. For case (i), the result corresponds to the band gap cutoff. For case (ii), the result corresponds to a higher lying transition. The band gap (not shown) in case (ii) is determined by the spatially separated heavy hole wells. It should be noted that useful absorption coefficients might also be obtained at the longer wavelength band edge in case (ii) through the use of SLS structures with thin layers.

It is of interest to determine how sensitive the wavelength

DA0134



FIG. 3. Calculated $\lambda_c$ values at 77 K for $InAs_{0.39}Sb_{0.61}/InAs_{1-y-\Delta}Sb_{y+\Delta}$ SLS's (solid line) and $InAs_{0.39-\Delta}Sb_{0.61+\Delta}/InAs_{1-y-\Delta}Sb_{y+\Delta}$ SLS's (dashed line) with 500Å layers which are equally thick with $y = 0.82$ as a function of $\Delta$. The offset value is that of the solid line results in Fig. 2. For comparison, the $\lambda_c$ variation of bulk $Hg_{0.795-\Delta}Cd_{0.205+\Delta}Te$ at 77 K is also included.

cutoff values of $InAs_{0.39}Sb_{0.61}/InAs_{1-x}Sb_x$ SLS's are to small compositional variations in the layers. Figure 3 contains the calculated $\lambda_c$ results for the case (i) structures of Fig. 2 of the type $InAs_{0.39}Sb_{0.61}/InAs_{1-y-\Delta}Sb_{y+\Delta}$ (solid line) and $InAs_{0.39-\Delta}Sb_{0.61+\Delta}/InAs_{1-y-\Delta}Sb_{y+\Delta}$ (dashed line) with $y = 0.82$. For comparison, the $\lambda_c$ variation of bulk $Hg_{0.795-\Delta}Cd_{0.205+\Delta}Te$[1] is also plotted. These results indicate that InAsSb SLS's exhibit $\lambda_c$ values which are relatively insensitive to the small compositional variations which can occur laterally across a semiconductor wafer. Although the

exact dependence on $\Delta$ will depend on the true band offsets, the insensitivity of $\lambda_c$ to $\Delta$ is a consequence of (i) the slow dependence of the bulk InAsSb $E_g$ on composition (ii) the slow variation of the lattice mismatch (and layer strains) of the InAsSb SLS layers with small $\Delta$ variations. Similar to the results in Fig. 1, the ratio of layer thicknesses can also be used to decrease or increase the $\lambda_c$ dependence of $InAs_{0.39}Sb_{0.61}/InAs_{1-y-\Delta}Sb_{y+\Delta}$ SLS's on $\Delta$.

In conclusion, InAsSb strained-layer superlattices have been proposed as III–V candidates for 8–12 $\mu m$ applications. The wavelength response of certain InAsSb SLS's can be extended beyond 12 $\mu m$ at 77 K through the intentional use of layer strains, regardless of the conduction band offsets in this system. This material system offers the metallurgical and device processing advantages of III–V semiconductors. The InAsSb SLS's also offer reduced sensitivity to lateral compositional variation and reduced band-to-band tunneling compared to bulk $Hg_{0.795}Cd_{0.205}Te$.

[a] This work was performed at Sandia National Laboratories and supported by the U. S. Department of Energy under Contract No. DE-AC04-76DP00789.

[1] See, e.g., Semiconductors and Semimetals, edited by R. K. Willardson and A. C. Beer (Academic, New York, 1981) Vol. 18.

[2] D. L. Smith, T. C. McGill, and J. N. Schulman, Appl. Phys. Lett. 43, 180 (1983).

[3] G. C. Osbourn, J. Appl. Phys. 53, 1586 (1982).

[4] G. C. Osbourn, Phys. Rev. B 27, 5126 (1983).

[5] G. Simmons and H. Wang, Single Crystal Elastic Constants and Calculated Aggregate Properties (MIT, Cambridge, MA, 1971).

[6] G. D. Pitt, Contemp. Phys. 18, 137 (1977).

[7] G. C. Osbourn, R. M. Biefeld, and P. L. Gourley, Appl. Phys. Lett. 41, 172 (1982).

[8] I. J. Fritz, L. R. Dawson, G. C. Osbourn, and R. M. Biefeld, Inst. Phys. Conf. Ser. 65, 241 (1983).

[9] A. D. Katnani and G. Margaritondo, J. Appl. Phys. 54, 2522 (1983).

[10] G. Bastard, Phys. Rev. B 25, 7584 (1982).

[11] P. Lawaetz, Phys. Rev. B 4, 3460 (1971).

DA0135

Copyright of Journal of Vacuum Science & Technology: Part B-Microelectronics Processing & Phenomena is the property of AVS, The Science & Technology Society and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

DA0136

# Exhibit 7

DA0137

LONDON'S GLOBAL UNIVERSITY



# Development of type II superlattice infrared detectors monolithically integrated on silicon substrates

Claudia Soledad González Burguete

Thesis presented in fulfilment of the requirements for the degree of
Masters in Philosophy (MPhil)

**Department of Electronic and Electrical Engineering**

**University College London**

August 2020

DA0138

To Shubho, for his unconditional support always,
to my parents for always being with me,
to my parents-in-law for extending their love to me,
to my friends and family for always being at my side,
to all of them, thanks for helping achieved another dream.

DA0139

# Acknowledgement

Firstly, I would like to thank Professor Huiyun Liu for giving me the opportunity to achieve my dream of pursuing this research degree, and for his patience specially during my first months at UCL. I would also like to thank Dr Chin-Pang Liu for guiding me in my venture towards the world of IR photodetectors and for all his patience and knowledge in achieving this goal. I would also like to thank Dr Mingchu Tang, Dr Dongyoung Kim, Dr Arthur Onno, Dr Pamela Jurczak and Dr Mengya Liao for their patience while introducing me to the procedures and equipment during those first confusing months of my degree, and for always having a helpful hand and advise when I needed. I would also like to thank my colleagues Daqian Guo, Steven Chan, Fan Cui, Mahdi Alqahtani and Pouyan Martin for being my allies during my research project since the beginning. I would also like to thank my MBE team for their support and company during my time at UCL and for always having someone to share the day, thanks for all.

Secondly, I would like to thank DSTL (Defence Science and Technology Laboratory) and EPSRC (Engineering and Physical Sciences Research Council) for funding this research project and for support from their teams. I would also like to thank Dr Kenneth McEwan for overseeing this project on behalf of DSTL and for his valuable input.

Finally, I would like to thank the staff of LCN (London Centre for Nanotechnology) specially to Ms Vijayalakshmi Krishnan and Mrs Lorella Rossi for their valuable help during the fabrication process of this project and while using the LCN installations.

   

DA0140

# Abstract

The project's objective is the development of an InAs/GaSb type II superlattice (T2SL) medium wavelength infrared photodiode directly grown on Si substrate for the use of an infrared single pixel photodiode. The T2SL has been selected as the replacement for the state-of-the-art CdHgTe (CMT). The use of Si substrate will help with the integration into the Si-based technology by reducing the fabrication process and costs.

The T2SL is a photon detector with overlapping multiple quantum well structure and a type 2 bandgap alignment. The T2SL are fabricated using a combination of materials from the group III-V in order to achieve a well-controlled ultra-thin heterostructures using molecular beam epitaxy as a growth technique. The structure within the active region is designed to enhance the performance of the T2SL architecture by manipulating the thickness and doping of each layer.

The direct growth of a T2SL structure on the Si substrate has achieved similar structural and optical properties when compared to that grown on the GaAs substrate. The Si architecture has an absorption edge of 5.365μm when measured at 70K: dark current density at -1V is $4x10^1 A/cm^2$; responsivity (R) peak is 1.2A/W; quantum efficiency (QE) at -0.1V is 32.5%; and specific detectivity (D*) peak is $1x10^9 cmHz^{1/2}/W$.

The pπBn has best architecture over GaAs substrate due to the wide bandgap unipolar barrier. The pπBn has an absorption edge of 6.5 μm when measured at 77K: dark current density under -0.6V is $5x10^{-3} A/cm^2$; R peak is 0.6A/W; QE at 0V and 3.25μm is 23%; and D* peak is $1x10^{11} cmHz^{1/2}/W$.

These results demonstrate that the D* of the pπBn structure is just one order of magnitude smaller than the state-of-the-art CMT detector which is $2x10^{12} cmHz^{1/2} W$.

DA0141

## Impact Statement

The aim of this project was to develop a high performance mid-infrared T2SL photodetector monolithically grown on Si substrate as a low-cost alternative to the CMT detectors.

The non-academic benefits are developed in collaboration with DSTL for potential military applications. This collaboration brings the expertise of T2SL photodetectors grown over Si subtrate which will lead to a wider deployment of IR techniques in the defence sector. These improvements will increase the performance of the infrared (IR) imaging systems for surveillance and reconnaisance missions giving DSTL significant technological advantages.

The academic benefits associated with this research are various. Firstly, the development of new growth techniques capable of direct growth over Si substrate and GaAs substrate while finding the best T2SL structure. The architecture was optimised further in order to create an IR detector capable of monolithically integrated on Si-based technology. These new growth techniques are capable of constantly developing the active region strucutres achieving results closely to the state-of-the-art CMT detectors.

Secondly, the association with DSTL can create further studentship projects with the opportunity to enhance this research in this field. This research could offer additional military applications for low-cost solution at near room temperature with acceptable performance.

And finally, the results can have further benefits in other fields of study including the hetero-integration of CMT on Si substrate, and in other photonic technologies that allow integration with the mainstream integrated circuit (IC) technology.

The significant impact of this project is attributed to being the first systematic investigation of the 6.1Å family of group III-V on IR technology associated with direct integration of readout integrated circuits (ROIC) based on the maturity of the Si-based

DA0142

IC technology. The Si-based fabrication technology and large substrate size can reduce further the costs associated per unit fabrication and enhance the performance by creating larger formats.

The dissemination of this research was achieved during this research period with the publication of two articles as the first author, one research photography as competition winner, and five academic posters as the first author displayed only at UCL.

In the future, the dissemination of these results will continue as a reference in other publications, as my paper has been cited 12 times in papers published by other researchers. As means of public engagement with DSTL by designing a poster and a presentation depicting all the results obtained during this research project.

DA0143

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

# Table of Content

**List of Figures and Graphs** ................................................................**10**

**List of Tables** ................................................................................**13**

**List of Publications** ......................................................................**14**

Journal Publications .......................................................................14

Picture Publication .........................................................................14

**Chapter 1:    Introduction** ............................................................**15**

   1.1.    Introduction to T2SL detector integrated on Si substrate....................15

   1.2.    Infrared Detectors...............................................................16

      *1.2.1.    Introduction to Infrared Detectors................................ 16*

      *1.2.2.    History of Infrared Detectors ...................................... 18*

      *1.2.3.    Classification of Infrared Detectors ............................. 22*

      *1.2.4.    Types of Infrared Architecture.................................... 22*

      *1.2.5.    Types of Infrared Detectors ....................................... 25*

      *1.2.6.    Next generation of Detectors ..................................... 26*

   1.3.    Monolithically Integration on Si substrate Detectors ..........................29

      *1.3.1.    Introduction to Monolithically integration ..................... 29*

      *1.3.2.    Silicon compatible Detectors...................................... 30*

      *1.3.3.    Silicon non-compatible Detectors................................ 32*

   1.4.    Current Challenges..............................................................33

**Chapter 2:    Type 2 Superlattice Infrared Detectors**................................**35**

   2.1.    Introduction......................................................................35

   2.2.    Semiconductors.................................................................36

      *2.2.1.    Introduction to Semiconductors ................................. 36*

      *2.2.2.    Introduction to III-V Semiconductors ........................... 37*

      *2.2.3.    Introduction to Infrared Photodetectors........................ 39*

      *2.2.4.    Introduction to Quantum Theory ................................ 41*

   2.3.    Type 2 Superlattice.............................................................44

      *2.3.1.    Introduction to Superlattice ...................................... 44*

      *2.3.2.    Superlattice Photodetectors...................................... 46*

      *2.3.3.    Type 2 Superlattice Materials .................................... 47*

      *2.3.4.    Type 2 Superlattice Infrared Architectures .................... 50*

**Chapter 3:    Methodology** ..........................................................**53**

   3.1.    Introduction......................................................................53

DA0144

3.2.    Molecular Beam Epitaxy ....................................................................54

3.3.    Material Characterisation....................................................................57

*3.3.1.    X-Ray Diffraction* ...................................................... 57

*3.3.2.    Atomic Force Microscopy.......................................... 59*

*3.3.3.    Photoluminescence* ................................................. 59

3.4.    Device Fabrication..............................................................................62

*3.4.1.    Photolithography....................................................... 63*

*3.4.2.    Etching ..................................................................... 65*

*3.4.3.    Passivation ............................................................... 65*

*3.4.4.    Metallization ............................................................ 67*

3.5.    Electrical and Optical Characterisations ............................................68

*3.5.1.    Dark Current............................................................. 68*

*3.5.2.    Responsivity ............................................................. 69*

*3.5.3.    Quantum Efficiency................................................... 70*

*3.5.4.    Specific Detectivity................................................... 70*

**Chapter 4:    High quality T2SL detectors on Si and GaAs substrates..............71**

4.1.    Introduction........................................................................................71

4.2.    Methodology ......................................................................................72

*4.2.1.    MBE growth details.................................................... 72*

*4.2.2.    Device fabrication. .................................................... 73*

4.3.    Results................................................................................................76

*4.3.1.    Material Characterization. .......................................... 76*

4.3.1.1.    X-Ray Diffraction.................................................. 76

4.3.1.2.    Atomic Force Microscope...................................... 78

4.3.1.3.    Photoluminescence............................................... 79

*4.3.2.    Electrical Characterization. ........................................ 80*

4.3.2.1.    Bias-dependent Dark Current Density ..................... 80

4.3.2.2.    Temperature-dependent Dark Current Density........... 81

*4.3.3.    Optical Characterization. ........................................... 83*

4.3.3.1.    Responsivity ........................................................ 83

4.3.3.2.    External Quantum Efficiency .................................. 84

4.3.3.3.    Specific Detectivity............................................... 85

4.4.    Discussion ..........................................................................................86

**Chapter 5:    Comparison of T2SL detectors of different architectures on GaAs**

**substrate ..........................................................................88**

5.1.    Introduction........................................................................................88

DA0145

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

5.2.    Methodology ...................................................................................89

   *5.2.1.    MBE growth details.*.............................................................. 89

   *5.2.2.    Device fabrication.* ............................................................... 91

5.3.    Results.............................................................................................92

   *5.3.1.    Material Characterization.* ..................................................... 92

      5.3.1.1.    X-Ray Diffraction............................................................ 92

      5.3.1.2.    Atomic Force Microscope........................................... 94

      5.3.1.3.    Photoluminescence....................................................... 95

   *5.3.2.    Electrical Characterization.* ................................................... 96

      5.3.2.1.    Bias-dependent Dark Current Density ........................ 96

      5.3.2.2.    Temperature-dependent Dark Current Density........................... 97

   *5.3.3.    Optical Characterization.* ...................................................... 99

      5.3.3.1.    Responsivity .................................................................. 99

      5.3.3.2.    External Quantum Efficiency ....................................... 101

      5.3.3.3.    Specific Detectivity....................................................... 102

5.4.    Discussion ....................................................................................104

**Chapter 6:    Conclusion & Future Work ...........................................105**

6.1.    Conclusion.....................................................................................105

6.2.    Future Work....................................................................................108

**Bibliography....................................................................................110**

**Glossary        .......................................................................................116**

DA0146

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

# List of Figures and Graphs

**Chapter 1:   Introduction** ............................................................................ **15**

Figure 1.1: Electromagnetic Spectrum ........................................................ 16

Figure 1.2: Fundamental optical excitation process a) intrinsic, b) extrinsic, and c) free carrier absorption............................................................. 17

Figure 1.3: pin photodiode a) energy band diagram and b) electric field profile....................................................................................................... 24

Figure 1.4. Flatband diagram of an nBn structure ....................................... 25

Figure 1.5 Schematic diagrams a) traditional photodetectors and b) monolithic ............................................................................................... 29

**Chapter 2:   Type 2 Superlattice Infrared Detectors** ................................. **35**

Figure 2.1: pin photodiode in thermal equilibrium........................................ 36

Figure 2.2: Bandgap energy vs lattice constant for some III-V semiconductors at room temperature values.................................... 38

Figure 2.3: Energy-momentum diagrams for a semiconductors a) direct and b) indirect...................................................................................... 40

Figure 2.4: Quantum Well Structure a) Infinite and b) Finite ....................... 42

Figure 2.5 Comparison of DOS systems with superlattice ........................... 44

Figure 2.6: The ground state wave function a) Superlattice and b) Multiple Quantum Well........................................................................................ 45

Figure 2.7: The schematic cross section of a single photodetector.............. 47

Figure 2.8: Types of bandgap alingment a) Type 1, b) Type 2 (staggered), c) Type 2 (misaligned), and d) Type 3 ............................................... 48

Figure 2.9: Bandgap Alignment a) schematic and b) 6.1Å family................. 49

Figure 2.10: T2SL band alignment of InAs/GaSb........................................ 50

Figure 2.11: Illustrations of electron and hole-blocking unipolar barriers ..... 51

Figure 2.12: Schematic bandgap diagram a) M and b) N structure.............. 51

**Chapter 3:   Methodology** ........................................................................... **53**

Figure 3.1: T2SL process layout ................................................................. 53

Figure 3.2: MBE system chamber ............................................................... 54

Figure 3.3: X-Ray Diffraction Machine ........................................................ 57

Figure 3.4: XRD measurement mechanism ................................................ 58

DA0147

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

Figure 3.5: Atomic Force Microscopy Machine ............................................ 59

Figure 3.6: Photoluminescence setting ....................................................... 60

Figure 3.7: Device fabrication process equipment ...................................... 62

Figure 3.8: Device fabrication process step-by-step .................................... 62

Figure 3.9: The schematic cross section of a single photodetector............. 63

Figure 3.10: Metallization process............................................................... 67

**Chapter 4:   High quality T2SL detectors on Si and GaAs substrates........... 71**

Figure 4.1: Epitaxial layer structures of a) GaAs and b) Si architecture ....... 72

Figure 4.2: Step-by-step Device Fabrication Schematic .............................. 74

Figure 4.3: Device Fabrication Results ....................................................... 75

Figure 4.4: XRD of T2SL for a) GaAs and b) Si substrate........................... 77

Figure 4.5: AFM of T2SL at 5x5µm$^2$ for a) GaAs and b) Si subtrate ............ 78

Figure 4.6: PL of T2SL for a) temperature and b) power dependent........... 79

Figure 4.7: Dark current vs Bias for a) GaAs and b) Si subtrate ................. 81

Figure 4.8: Arrheniou plot Dark current vs 1/Temperature for a) GaAs and b) Si substrate ..................................................................... 82

Figure 4.9: Responsivity at 130K for a) GaAs and b) Si substrate ............... 83

Figure 4.10: External Quantum Efficiency at -0.1V for a) GaAs and b) Si substrate.................................................................................. 84

Figure 4.11: Specific Detectivity for a) GaAs and b) Si substrate................ 85

**Chapter 5:   Comparison of T2SL detectors of different architectures on GaAs substrate ............................................................................... 88**

Figure 5.1: Epitaxial layer structures for a) nip, b) pπn and c) pπBn architecture................................................................................. 89

Figure 5.2: Step-by-step Device Fabrication Schematic .............................. 91

Figure 5.3: XRD of T2SL for a) nip, b) pπn and c) pπBn structures............. 93

Figure 5.4: AFM of T2SL at 5x5µm$^2$ for a) nip, b) pπn and c) pπBn structures.................................................................................. 95

Figure 5.5: Dark current vs bias for a) nip & pπn and b) pπBn structures.... 97

Figure 5.6: Arrheniou plot of Dark current vs 1/Temperature a) nip, b) pπn and c) pπBn structures................................................................. 98

Figure 5.7: Responsivity for a) nip, b) pπn and c) pπBn structures............ 100

Figure 5.8: External Quantum Efficiency for a) nip, b) pπn and c) pπBn structures.................................................................................. 101

DA0148

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

Figure 5.9: Specific Detectivity for a) nip, b) pπn and c) pπBn structures .. 103

**Chapter 6:   Conclusion & Future Work .......................................................... 105**

DA0149

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

# List of Tables

**Chapter 1:    Introduction** ................................................................ **15**

Table 1.1: History of the development of IR detectors ................................. 21

Table 1.2: Comparison of IR Detectors ...................................................... 22

Table 1.3: Comparison table between HgCdTe, QWIP, SLS, QDIP and
DWELL at LWIR and 77K.................................................................. 26

Table 1.4: Comparison table between QWIP and NW at LWIR .................. 32

Table 1.5: Comparison table between CdHgTe (CMT) and T2SL
photodiodes at 77K........................................................................ 33

Table 1.6: Research groups ......................................................................... 34

**Chapter 2:    Type 2 Superlattice Infrared Detectors**........................................ **35**

Table 2.1: Semiconductor Materials............................................................ 38

Table 2.2: Table of most common materials for superlattice....................... 49

Table 2.3: Structures and designs for M-barrier, unipolar barrier and pin .... 52

**Chapter 3:    Methodology** ........................................................................ **53**

**Chapter 4:    High quality T2SL detectors on Si and GaAs substrates**........... **71**

**Chapter 5:    Comparison of T2SL detectors of different architectures on GaAs
substrate** ................................................................................... **88**

**Chapter 6:    Conclusion & Future Work** ......................................................... **105**

Table 6.1: First experiment results (GaAs and Si substrate)....................... 106

Table 6.2: Second experiment results (nip, pπn and pπBn structures)....... 107

DA0150

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

## List of Publications

### Journal Publications

1. ***Claudia González Burguete,*** Daqian Guo, Pamela Jurczak, Fan Cui, Mingchu Tang, Wei Chen, Zhuo Deng, Yaojiang Chen, Marina Gutiérrez, Baile Chen, Huiyun Liu, Jiang Wu; *"Direct growth of InAs/GaSb type II superlattice photodiodes on silicon substrates"*; IET Optoelectronics, vol. 12, no. 1, pp. 2-4, February 2018.

2. Zhuo Deng, Daqian Guo, ***Claudia González Burguete***, Zongheng Xie, Jian Huang, Huiyun Liu, Jiang Wu, Baile Chen; *"Demonstration of Si based InAs/GaSb type-II superlattice pπn photodetector";* Infrared Physics and Technology, vol. 101, pp. 133-137, September 2019.

### Picture Publication

1. ***Claudia González Burguete***, *"Molecular Beam Epitaxy Machine";* EPSRC Photographic Competition (3rd place), Press Release (2018). (https://www.telegraph.co.uk/news/2018/02/12/engineering-physical-sciences-photography-competition-2018/molecular-beam-epitaxy-machine-whichcreates-custom-wafers/).

DA0151

# Chapter 1:    Introduction

## 1.1.    Introduction to T2SL detector integrated on Si substrate

This project depicts the development of an InAs/GaSb type 2 superlattice (T2SL) monolithically integrated on Silicon (Si) substrate. Within the last decade, the T2SL have emerged as an alternative solution to replace the state-of-the-art CdHgTe (CMT) photodetector by improving the quality of the material, device structure design and device fabrication.

The T2SL infrared (IR) detectors are part of the third generation of photodetectors, defined by their staggered band alignment, and based on a pin structure [17]. The InAs/GaSb superlattice (SL) combination is the most commonly used for developing IR detectors as it is able to cover the entire IR spectrum from 1 to 30µm.

The T2SL is highly dependent on the structural composition profile, interfacial roughness and interfacial bonding across the layers. Therefore, the T2SL architecture is grown by molecular beam epitaxy (MBE) using ultra-thin heterostructures, where the layer thicknesses and doping are customised.

The monolithic integration of T2SL photodetectors on Si substrate faces some technical challenges such as maximizing the quantum efficiency and solving the growth issues of III-V materials over Si substrate. The use of Si substrate will help with the integration into the Si-based technology and by reducing the fabrication process and costs.

The Si-based technology is the ideal candidate for fabrication of large format focal plane arrays because the Si wafers are cheap, large, and mechanically and thermally robust for harsh environments. The mature Si-based technology takes advantages of direct integration of electrical and optical components, as well as the IR detector technology developed in order to create a compact and smart IR system.

DA0152

## 1.2. Infrared Detectors

### 1.2.1. Introduction to Infrared Detectors

The electromagnetic spectrum is the range of frequencies of electromagnetic radiation with their corresponding wavelengths and photon energies. The electromagnetic radiation spectrum is divided into: gamma rays (nm, nanometres), x-rays (nm), ultraviolet (UV, nm), visible light (nm), infrared (IR, nm), microwave (mm-cm), and radio and TV (cm-km); which is depicted in Figure 1.1 [6].



Figure 1.1: Electromagnetic Spectrum

The IR radiation has a range of wavelength between 750nm and 1mm and is divided into seven sub-divisions [20]:

    a) near-infrared (NIR) between 0.78 to 1µm,

    b) short wavelength IR (SWIR) between 1 and 3µm,

    c) medium wavelength IR (MWIR) between 3 and 6µm,

    d) long wavelength IR (LWIR) between 6 and 15µm,

    e) very long wavelength IR (VLWIR) between 15 and 30µm,

    f) far-infrared (FIR) between 30 and 100µm, and

    g) submillimetre (SubMM) between 100 and 1,000µm (1mm).

However, the ISO 20473:2007 (which was confirmed in 2015) is the standard that specifies the division of optical radiation into spectral bands for optics and photonics into three divisions which are [49]:

    a) near-infrared (NIR) between 0.78 to 3µm,

    b) mid-infrared (MIR) between 3 and 50µm, and

DA0153

   c)  far-infrared (FIR) between 50 and 1,000μm (1mm).

The first application for IR radiation since discovery was in astronomy, as its early application was associated with detection of IR radiation. The later applications were associated with forming IR images from temperature and emissive differences. Currently, most of the applications have been developed for military applications with some other applications including medical industry, earth resources, and energy conservation.

The progress of the IR detectors is directly related to the development of the semiconductor IR detectors, which are used to detect and absorb photons. A photocurrent from an IR detector is generated when photons with energy greater than the bandgap energy ($E_g$) of the absorbing material are absorbed, exciting electrons from the valence band to the conduction band and thus forming electron-hole pairs. The electron-hole pairs are then separated with an electric field with the electrons and holes now drifting in opposite directions. Since they are charge carriers, their movements constitute a photogenerated current or, simply, photocurrent. The fundamental optical excitation processes within the semiconductor is depicted in Figure1.2 [36].



**Figure 1.2: Fundamental optical excitation process a) intrinsic, b) extrinsic, and c) free carrier absorption**

The pin photodiode has an intrinsic (i-region) semiconductor layer sandwiched between an n-doped and p-doped semiconductor layer, which is the most common structure as the depletion layer can be tailored in order to meet the requirements of photoresponse (electrical and optical characterisation) and bandwidth. The pin photodiodes are used in optical communications due to its ultra-fast photodetection which is better in comparison to the pn junction.

DA0154

The pin photodiode design requires a balance between the response speed and quantum efficiency. This is because a thick intrinsic layer increases the photon absorption length and thus increases the quantum efficiency. However, a thick intrinsic layer also increases the times electrons and holes need to take to drift to the respective n-doped and p-doped layers. Such long transit times lead to a reduction in the bandwidth or speed of the pin photodiode.

## 1.2.2. History of Infrared Detectors

The history of the infrared (IR) detectors started in 1800 when a German-born British astronomer Frederick William Herschel [33] discovered the IR light while studying the spectrum of sunlight with a prism. In order to demonstrate this, he built a rudimentary monochromator using a thermometer as a detector for measuring the temperature of each colour of the spectrum. While doing this experiment, he discovered that beyond the colour 'red' the temperature was highest and with further studies he found that those rays behave like visible light and obey the same laws of reflection and refraction.

Around 1821, an Estonia-born German physicist Thomas Johann Seebeck [34] discovered the thermoelectric effect, while examining the junction behaviour of electrically conductive materials.

Around 1829, an Italian physicist Leopoldo Nobili [34] built the first thermopile in order to improve on the electrical thermometer by demonstrating the thermoelectric effect. The thermopile consisted in various thermocouples connected in series, in order to convert thermal energy into electrical energy.

Around 1833, two Italian physicist Leopoldo Nobili and Macedonio Melloni [34] modified a thermopile by using bismuth (Bi) and antimony (Sb). This thermopile consisted of a 10 in-line SbBi thermal pairs, which generated a high measurable output making this the best thermometer as it was able to detect the heat emitted from a person at a distance of 30ft. Due to its effectiveness, it became the most popular detector for IR radiation for the next 50 years.

DA0155

Around 1873, an English electrical engineer Willoughby Smith [36] discovered the photoconductivity effect while experimenting with selenium (Se) as an insulator for submarines cables.

Around 1880s, an American physicist Samuel Pierpont Langley [35] developed a bolometer which was smaller, more sensitive and faster than any other measuring devices then known. The bolometer measures the power of incident electromagnetic radiation via the heating of temperature-dependent material electrical resistance. This bolometer used two platinum-foil ribbons connected as two arms of a Wheatstone bridge in order to measure the intensity of the solar radiation at various wavelengths. The developments of the bolometer allowed detecting changes of the temperature of less than 1/100,000°C.

During the early 1900s, the study of IR radiation had slowed as there was a lack of detectors sensitive and accurate enough to measure them. However, the study of light continued to develop and the interest in IR applications increased as a way of solving other problems.

Around 1915, an American physicist William Coblentz [6] developed a thermopile detector capable of seeing the IR radiation of 110 stars, making astronomy the first application of IR detectors. This invention contributed greatly towards the studies of radiometry and spectroscopy.

Around 1917, an American physicist Theodore Willard Case [17] developed the first IR photoconductor by discovering the photoconductivity properties of thallium sulphur ($Tl_2S$). This photoconductor was part of a military signalling system prototype used for under fog-like atmosphere conditions with limited results.

During the early 1930s, there were many developments in the fields of photon detectors, image converters and IR spectroscopy. Around 1933, a German-born American physicist Edgar Walter Kutzscher [36] discovered the photoconductivity of lead sulphide (PbS) with a response time of 3μm, which was kept secret due to World War II until 1945.

DA0156

During World War II, many advances occurred in the development of high-performance IR technology leading to the birth of modern IR detectors. The photon technology was combined with the science of the semiconductor material and the developments in integrated circuits.

During 1944, an American physicist Robert Joseph Cashman [36] decided to focus his research in PbS detectors after improving the $Tl_2S$ detector, which was produced at Northwestern University in United State of America. He discovered that other semiconductors belonging to the lead salt family could be used as IR detectors by using them as polycrystalline films of 1μm thickness. The IR applications were focused on communication, fire control and search systems.

During 1950s, the first generation of extrinsic photoconductive detectors were developed after the discovery of the transistor [18] by encouraging developments in growth and material techniques. Germanium (Ge) was the first element which benefited from the technique of control impurities, allowing this to be the basis for the first extrinsic detectors. The Ge detectors were combined with copper (Cu), mercury (Hg), zinc (Zn) and gold (Au) allowing the device to increase their wavelength range to cover LWIR and VLWIR. Additionally, the advances obtained on narrow bandgap semiconductor were made by increasing the wavelength and sensitivity of the detectors, the first material in this category was indium antimony (InSb) from the newly discovered III-V semiconductor group.

During 1960s, a number of narrow gap semiconductors alloys were introduced from different semiconductor groups: III-V (InAsSb, indium arsenic antimony), IV-VI (PbSnTe, lead tin tellurium) and II-VI (CdHgTe, cadmium mercury tellurium, CMT) [20] which could be tailored according to their spectral response. The CMT device covers up to the VLWIR (30μm) range making this semiconductor alloy the best option for wide range IR detectors.

During 1970s, the development of the group IV-VI alloy photodetectors was discontinued due to their high dielectric constant [5] and the first generation of linear arrays was developed using intrinsic photoconductive of PbS, PbSe and CdHgTe detectors. The studies of CdHgTe continued developing for high-speed applications

DA0157

due to its low dielectric constant and variable bandgap providing a broad range for IR detector designs from SWIR to VLWIR.

During 1980s, the development of the second generation of IR detectors [18] was focused on the large photovoltaic CdHgTe array in the thermal imaging ranging from MWIR to LWIR. This generation was marked with LWIR first forward-looking IR (FLIR) systems operating with a single-stage cryoengine allowing the system to be compact, lighter and using less power. The research of this generation was focused on passive IR photodiodes for imaging applications due to the limitations of photoconductive detectors, as these are difficult to multiplex into focal plan arrays (FPA).

During 1990s, the development of the third generation of IR detectors [18] was focused on providing a larger number of pixels, larger frame rates, better thermal resolution, multicolour functionality, as well as on-chip functions. The multicolour FPA CdHgTe architecture consists of a LWIR photodiode behind a SWIR photodiode, where each layer absorbs radiation up to their cut-off wavelength allowing the collection in the following layers. The studies were focused on Type II superlattice (T2SL) and quantum dots IR detectors (QDIR).

The timeline of the materials investigated within in the infrared field is depicted in Table 1.1 [18].

Table 1.1: History of the development of IR detectors

| Year | Materials |
|------|-----------|
| 1940 | $Tl_2S$ |
| 1955 | Ge: Cu/Hg/Zn/Au<br>InSb [III-V] |
| 1960 | CdHgTe [II-IV]<br>InAsSb [III-V] |
| 1980 | CdHgTe/CCD<br>CdHgTe SPRITE |
| 1988 | InGaAs |
| 1985 | QWIP |
| 1995 | QDIP<br>**T2SL** |
| 2000 | MEMS FPAs<br>Four-colour FPAs |
| 2005 | Graphene<br>nBn detectors<br>2D materials |
| 2010 | Trapping<br>detectors |

DA0158

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

### 1.2.3. Classification of Infrared Detectors

The IR detectors can be classified into two types: thermal and photon, which are depicted in Table 1.2 [20].

The thermal detectors work when the radiation is absorbed by resulting in changes in the material temperature and some other physical properties to generate an electrical output which are generally wavelength independent [17]. Measurements are taken for the pyroelectric detectors (which are sensitive optoelectronic component used for detecting electromagnetic radiation in a wavelength range) from the spontaneous internal polarisation, and for the bolometers from the change in electrical resistance.

The photon detectors (quantum detector) work when the radiation is absorbed within the material by the interaction between electrons and holes from the lattice [17]. These detectors depend on a specific wavelength and exhibit a good signal-to-noise performance to prevent thermal generation of charge carriers.

Table 1.2: Comparison of IR Detectors

| Detector | Type | Material | Advantages | Disadvantages |
|---|---|---|---|---|
| *Thermal* | Thermopile, bolometers, pyroelectric | | • Light, rugged, reliable and low cost<br>• Room temperature operation | • Low detectivity at high frequency<br>• Slow response (ms order) |
| *Photon* | Quantum Wells | Type 2 *(InAs/InGaSb, InAs/InAsSb, InAs/GaSb)* | • Low auger recombination rate.<br>• Easy wavelength control.<br>• Multicolour detectors. | • Complicated design and growth.<br>• Sensitive to interfaces. |

### 1.2.4. Types of Infrared Architecture

The photovoltaic effect is the most common photoeffect obtained when the electrons interact with the IR radiation. Each device is designed to exploit a particular IR detection application.

The **pn photodiode** is the basic device. The photons with energy higher than the bandgap energy create electron-hole pairs in the material. Then, the electron-hole pairs are separated by the strong electric field in the depletion region where they are accelerated towards the respective n- and p-doped regions to become majority carriers [39].

DA0159

The photogenerated electrons drift towards the n-type region and the holes towards the p-type region. The direction of the photocurrent is from the n-type region (cathode) to the p-type region (anode) [38].

In a pn photodiode, the photocurrent is a result of the drift current if the electron-hole pairs are generated and separated in the depletion region. When a pn photodiode, not acting as a photodiode, is forward biased, then the current that is formed is called the diffusion current.

The dark current is the superposition of current contributions from three diode regions: bulk, depletion region and surface; which can be distinguished from thermal current, surface leakage current and space-charge-limited current [20]. The most common solution for analysing the current-voltage (I-V) curve is to numerically add all the current components to the experimental data over a range of both applied voltage and temperature.

The photodiodes are constructed so that the absorption of radiation occurs in the p-type region, ensuring that most of the photocurrent is carried by electrons which are more mobile than holes (whether by diffusion or drift) [20]. The conductivity within the doped regions is high and this does not allow any electric field to move either holes or electrons. The electrons move by diffusion then the direction of movements depends on the electron concentration gradient which also depends on the incident direction of the photons.

If the depletion region is too narrow, the electron-hole pairs generated in the n and p regions would have to diffuse back to the depletion region before they could be collected. Devices with very thin depletion region tend to show distinct slow and fast response components, where the fast component is due to carriers generated in the depletion region, and the slow component arises from diffusion carriers [38].

The **pin photodiode** consists of an i-region (undoped) sandwiched between and p+ and n+ region (doped) [6]. The i-region (depletion region) width can be tailored to achieve the requirements of photoresponse (electrical and optical characterisation)

DA0160

and bandwidth. The photodiode design requires the balance between the response speed and the quantum efficiency. Therefore, in order to obtain high quantum efficiency, the depletion region should be thicker. The pin photodiode structure is depicted in Figure 1.3 [20].



Figure 1.3: pin photodiode a) energy band diagram and b) electric field profile

The front-illuminated pin photodiode has an etched opening in the top contact and the active area is reduced to the size of the incident light beam. The sidewalls of the mesa are covered using a passivation material (like polyimide) in order to reduce the surface leakage of the mesa. In addition, the main source of noise is the generation-recombination noise, while the dark current in a reverse-biased junction is very low.

The response speed of a pin photodiode is limited either by the transit time or by circuit parameters [20]. The transit time of carriers across the i-region depends on its width and the carrier velocity, and even for moderate reverse biases that carriers drift across the i-region with saturation velocity. The transit time can be reduced by reducing the i-region thickness.

The **nonequilibrium photodiodes** consist of a near-intrinsic (narrow gap) sandwiched between two wider gap layers (or one wider gap layer and one very heavily doped layer) [37]. These devices can be written as PπN, PπN+ and PvN+; where the

DA0161

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

uppercase is the wider gap, + (plus) is the high doping in excess of $10^7$ cm$^{-3}$, π is the near intrinsic p-doped, and v is the near intrinsic n-doped. This device provides good detectivity resulting in reduced leakage.

The **nBn detector** consists of an n-type narrow bandgap (thin contact layer), a wide-bandgap layer with a barrier for electrons (no barrier for holes), and a thick n-type narrow bandgap (absorbing layer) [20]. The minority carrier photoconductor consists of a high barrier layer between two contacts where the majority carrier current is blocked by the large energy offset while allowing the photogenerated minority carrier. This device is very versatile and works with materials like InAs, InAsSb and InAs/GaSb. The band diagram of the nBn structure is depicted in Figure 1.4 [20].



Figure 1.4. Flatband diagram of an nBn structure

## 1.2.5. Types of Infrared Detectors

The infrared photodetector (IRPD) is the technology with many applications for this modern world, where each is designed to exploit a particular IR application.

The **bulk detector,** like HgCdTe (CMT) and InSb photodetectors, is the most common IRPD technology because of the maturity of its technology and this was the first developed. The active portion of these detectors is a photodiode, which can be constructed in various structures and techniques [58]. The bulk detectors have the highest detectivity.

The **quantum well infrared photodetector** (QWIP) is the simple construction of this type. The QWIP consists of periodic repetition of layers of two material with different

DA0162

bandgaps, where the material with lower bandgap is referred as the well layer and the one with the higher bandgap is referred as the barrier layer [20].

The **strained-layer superlattices photodetectors** (SLS) has a similar structure to QWIP but the physical principles are very different. The SLS active layers have a thickness of the same order of magnitude. The main difference between the QWIP and the SLS is the thickness of its layers, as the SLS has thinnest layers in order for the signal to overlap creating minibands [58]. The SLS has the closets merits to the bulk detector.

The **quantum dots infrared photodetectors** (QDIP) is based on a QWIP with an additional layer of dots. The dots have a narrower bandgap compare to the barrier material in order to create a local quantum well. The QDIP has improved merits like low dark current and high detectivity, as it is less sensitivity to defects compared with conventional bulk materials [56].

The **quantum dots-in-a-well photodetectors** (DWELL-IP) is the combination between the QWIP and the QDIP, where the weakness of both structures has been addressed. DWELL-IP begins with the growth of a wide-bandgap material referred as the barrier material, followed by the growth of a narrower bandgap material referred as the well material. [58].

The comparison between HgCdTe [59], QWIP [63], SLS [62], QDIP [61] and DWELL [60] all on GaAs substrate, which are depicted on Table 1.3.

Table 1.3: Comparison table between HgCdTe, QWIP, SLS, QDIP and DWELL at LWIR and 77K

| *Parameter* | HgCdTe | QWIP | SLS | QDIP | DWELL |
|---|---|---|---|---|---|
| *Detectivity [$cmHz^{1/2}W^{-1}$]* | $2x10^{13}$ | $2x10^{11}$ | $1x10^{12}$ | $1x10^{11}$ | $3x10^{10}$ |
| *Responsivity [A/W]* | 1 | 1.4 | 3.2 | 5.3 | 3.58 |
| *Dark current density [$A/cm^2$]* | $2.5x10^{-4}$ | $1x10^{-9}$ | $1x10^{-3}$ | $3x10^{-8}$ | $5x10^5$ |

## 1.2.6. Next generation of Detectors

The next generation of photodetectors are focused on regulating the flow of light at a range beyond the optical wavelength and ignoring the limits regarding the two-

DA0163

dimensional (2D) and the three-dimensional (3D) nanosculptures in order to develop new detectors from unconventional materials and geometries [50].

The **3D nanostructures** have a range from the ultraviolet (UV) to the near-infrared (NIR) region, and they can be tailored as these materials possess optoelectronic tunability. The next generation are made of solution-processed semiconductors like organic metals, metal-halide perovskites (MHP) and quantum dots [51]. These new detectors can compete with the standard inorganic semiconductor like Si or Ge in terms of detectivity, and with InGaAs or HgCdTe in terms of high-temperature epitaxial semiconductor.

These generation of detectors faces new challenges associated with the new process required to grow these new architectures in order to develop new functions. The 3D nanostructures are colloidal quantum-dot (CQD) and MHP photodetectors.

1. The ***CQD photodetectors*** has a range from the visible to the IR region. The way to reach the IR is by adjusting the size of the nanocrystals during synthesis. The CQD bandgap engineering can help designed a graded energy and electric field in order to concentrate the photogenerated carries; yielding a megahertz - 3dB bandwidths at zero bias and high detectivity in the NIR [64].

2. The ***MHP photodetectors*** is the combination of the advantages offered from the use of organic and inorganic semiconductor resulting in a simple diode architecture, which can be photogenerated and collect without a loss [65].

The **2D nanostructures** has controlled over light matter interaction of nanoscales and has aided the discovery of new phenomena, which has developed new strategies for integrated circuits (IC) and high expectation for future discoveries. The 2D materials have developed photodetectors as they have a wide range from the visible to the terahertz passing through the IR region. These materials can produce a heterostructure by assembly monolayers [51].

The construction of 2D nanostructures required 2D materials. Some of these 2D materials which have been successfully isolated are: graphene, hexagonal boron

DA0164

nitride (hBN), transition metal dichalcogenides (TMDC), black phosphorous (BP), covalent organic frameworks, nitrogen-rick holey conjugate polymer, and lead-free halide perovskite materials [66]. The 2D nanostructures are graphene-based photodetectors, TMDC-based photodetectors and BP-based device.

1. The ***graphene-based photodetectors*** have a zero band with an interband transitions, which allow the absorption of photons over a wide range from mid-infrared (MIR) to UV region. Graphene-based photodetectors have a low responsivity, which contributes to a small absorption coefficient. Graphene is a hexagonal monolayer sp2 bonded carbon structure visualized as a 2D version of a 3D crystalline graphite. Graphene has emerged as the best example of fabrication post-silicon nanostructures device [67].

2. The ***TMDC-based photodetectors*** behave like a semiconductor with a good bandgap suited for NIR region. The TMDC bulk construction has an indirect bandgap, while the monolayer construction has a direct bandgap and can be tuned using the electric field for optoelectronic applications. The TMDC comprises of a combination of metals and chalcogens ($MX_2$; M for metal, X for chalcogen) [51].

3. The ***BP-based photodetectors*** have a tuneability properties, which works over a wide range from the visible to the IR region making this detector extensively used in photonic devices. This detector has become a promising candidate for IR applications as an innovative new device. BP is a layered puckered orthorhombic structure with a narrow bandgap, which is characterized as multilayer flakes by recording their IR relative polarization-resolved extinction spectra [68].

DA0165

## 1.3. Monolithically Integration on Si substrate Detectors

### 1.3.1. Introduction to Monolithically integration

In the evolution of photodetectors, the next step is the silicon integrated circuit (IC) photodetectors in order to support single-chip photonics systems. Therefore, the expectation in developing new photodetectors is compatibility with IC and advance functionality.

Silicon is the most important material with the most applications due to its abundance, which helps with large-scale production at low cost. Silicon has good carrier mobility for electrons at $1350 cm^2 V^{-1} s^{-1}$ and for holes at $480 cm^2 V^{-1} s^{-1}$. The maturity of the chip technology like complementary metal-oxide semiconductor (CMOS) has been achieved by controlled doping and epitaxial growth, which generates silicon integrated circuits (Si-IC) [69].



**Figure 1.5 Schematic diagrams a) traditional photodetectors and b) monolithic**

The construction of traditional photodetectors requires additional electronic components in order to become integrated with Si-IC and the challenges associated with miniaturizing the system to suit the smart equipment. Si-compatible photodetectors require the monolithically integration on Si of electronic and optical components in order to create single-chip photonics systems. Both systems are depicted in Figure 1.5 [52].

DA0166

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

Currently, not all the photodetectors are compatible with the current chip fabrication. the dominant chip in the market is the CMOS, therefore, all Si-IC devices need to be constructed on bulk Si wafer in order to benefit from the Si chip in industry [69].

Although silicon is a very important material for developing chip, it is a terrible photosensitive material due to its indirect bandgap making it a poor photoconductive material. Its bandgap of 1.1eV decreases the absorption beyond 800nm with a cutoff at 1,100nm. The Si techniques developed for bulk Si materials are the foundation of today's integrated circuit, which is the key of the current electronic platforms [52].

The monolithically integration has taken two paths. The first one aims to be directly compatible with the current IC technology in order to achieve better properties. The proposal to fulfil this approach is an all-silicon photodetector, which is called Si-compatible photodetectors. The second aims to develop a methodology using epitaxial growth on Si substrate in order to realize applications using III-V semiconductors [54].

## 1.3.2. Silicon compatible Detectors

The silicon-compatible (Si) photodetectors are based on Si homojunctions with excellent lattice match in order to show excellent stability and highly uniform build-in electric field. The Si-based heterojunction structures have allowed the expansion of the spectral response from ultraviolet (UV) to long-wavelength infrared (LWIR) region using various materials with different bandgaps like: n-ZnO, TiO2, Se, InGaAs, CuO, SnTe, reduced graphene oxide, and graphene [70].

Traditional Si-based heterojunction structures have achieved advances in the field of enhanced optical detection at multiple wavelengths with omnidirectional photodetection. However, many suffer Auger combinations due to the lattice mismatch of the composite materials and needing attention into the interface structures in order to satisfy the requirements of ultrafast photodetectors [64].

The fast development of graphene has promoted the raise of 2D crystal applications, as they are chemical inert to Si for direct growth to obtain heterostructures with Si

DA0167

substrates [52]. Some of these Si-compatible photoconductive devices are: metal-semiconductor-metal (MSM) device, photo-FET (field effect transistor) and hybrid photo-FET.

1.  The *Si MSM device* is where the photosensitive material forms a channel between two electrodes, and the photoconductivity is detected by the current variation under bias [71].

2.  The *photo-FET device* decreases the dark current of the MSM devices and at the same time inherit the photoconductive gain. The facile dielectric epitaxy of the Si makes it an excellent substrate for photo-FET [72].

3.  The *hybrid photo-FET device* improves the photoelectric performance and spectral response of the photo-FET, as well as solving the problems between responsivity and sensitivity from the traditional structure. These devices can be fabricated on a $Si/SiO_2$ substrate. They are also able to maintain their enhanced responsivity from the photoconductive gain and obtain low leakage current from the fully depleted channel, while achieving remarkable high level of sensitivity and responsivity [72].

Some of the all-silicon photodetector devices are proposed based on different physical properties and are: mid-bandgap absorption-based (MBA) devices, surface-state absorption-based (SSA) devices, internal photoemission absorption-based (IPA) devices, and two-photon absorption-based (TPA) devices [53].

1.  The *MBA-based devices* are used to develop integrated optical detectors completely compatible with the standard silicon technology and the sensitive optical band wavelengths.
2.  The *SSA based* ring resonator photodetectors.
3.  The *TPA based* photonic crystal nanocavity photodetectors.
4.  The *IPA based* photodetectors associated to plasmonic waveguiding structures.

DA0168

### 1.3.3. Silicon non-compatible Detectors

The silicon (Si) non-compatible detectors is another solution for monolithically integrated infrared (IR) photodetectors on a Si platform. Si is a good substrate for large-format focal plane array (FPA), the lattice mismatch between the Si and the III-V materials is ~4%, making this a good alternative for monolithically integrated FPA on Si substrates [56].

The growth of III-V semiconductors on the Si substrate have problems due to the large lattice constants, the thermal expansion coefficients between layers, and the growth of polar compounds on a non-polar substrate. Therefore, heteroepitaxial growth requires a clear understanding of the growth mechanism and a detailed control of the growth process, which is decided at the early growth stage [55].

The initial stage for developing the growth on GaSb substrate applications was the use of an AlSb buffer layers, which is called the nucleation layer. This nucleation layer was later used during the growth over Si substrate. The nucleation layer creates the interface between the Si substrate and the GaSb buffer layer, which allows flat and well-ordered atomic formations [73].

Currently, there have been examples of direct growth on Si substrate on quantum-dots infrared photodetectors (QDIP), and nanowire devices (NW).

The **nanowire device** (NW) presents small epitaxial interface allowing the growth of high-quality single crystalline material despite a high degree of lattice mismatch [57].

Table 1.4: Comparison table between QWIP and NW at LWIR

| Parameter | QWIP [74] | NW [57] |
|---|---|---|
| Responsivity [A/W] | 0.33 | 0.68 |
| Dark current [A] | 0.8nA @-1V | 1.7nA @-2V |
| Dark current density [A/cm²] | $8\times10^{-5}$ @-1V | |

DA0169

## 1.4.  Current Challenges

In the field of IR (infrared) photodetectors, CdHgTe (CMT, cadmium mercury telluride) is considered the state-of-the-art benchmark, as it is currently dominating the market.

This is because CMT IR photodetectors properties are closely matching the ideal optical properties associated with IR sensing by using well-established techniques.

While, the CMT has helped revolutionize the IR detectors due to its variable bandgap allowing the creation of wide range of applications, the reasons for researching an alternative structure is because mercury is highly toxic, when inhaled or ingested. The comparison of CMT (state-of-the-art) with two types of superlattice demonstrates the advances of the superlattice structures, which is depicted in Table 1.5 [41].

Table 1.5: Comparison table between CdHgTe (CMT) and T2SL photodiodes at 77K

| Parameter | CdHgTe | InAs/GaSb SL | InAs/InAsSb SL |
|---|---|---|---|
| *Background doping* | $5 \times 10^{13} cm^{-3}$ | $<10^{15} cm^{-3}$ | $>10^{15} cm^{-3}$ |
| *Quantum efficiency* | 80% | ~50-60% | ~40% |
| *Thermal GR carrier lifetime* | $\approx 10 \mu s$ | ~0.1 μs | ~1 μs |
| *$R_0A$ product ($\lambda_c=10\mu m$)* | 1000 $\Omega cm^2$ | 500 $\Omega cm^2$ | ~100 $\Omega cm^2$ |
| *Detectivity ($\lambda_c=10\mu m$, FOV=0)* | $3 \times 10^{12} cmHz^{1/2}W^{-1}$ | $1 \times 10^{12} cmHz^{1/2}W^{-1}$ | $4 \times 10^{11} cmHz^{1/2}W^{-1}$ |

*\*FOV (field of view)*

Currently, the challenges associated with using CMT detectors are: the very expensive cost, the difficulty obtaining uniformity during growth for long wavelengths, and the limitations in size associated with the use of the cadmium zinc telluride (CdZnTe) substrates.

Therefore, Type II superlattice (T2SL) IR detectors have been proposed as an alternative approach to CMT detectors. The most common substrates used in T2SL are GaSb and GaAs; however, these are expensive and have a limited size. Therefore, it is important to find a more sustainable substrate like silicon (Si), as this will benefit greatly from the Si-based integrated circuit (IC) technology that is quite mature and will help reduce the fabrication costs.

The greatest challenge is to develop a growth technique capable of creating multiple structures over Si substrate, therefore, the migration of the architectures grown on

DA0170

GaAs substrates towards Si substrates is something that some research groups are aiming to achieve.

These research groups are working towards solving their own version of this problem. These growth techniques are been developed for metal-organic chemical vapor deposition (MOCVD) and molecular beam epitaxial (MBE).

The research groups depicted in Table 1.6 are currently working in these growth techniques.

Table 1.6: Research groups

| Group | Country | Materials (substrate/growth) | Growth technique |
|---|---|---|---|
| Anadolu University | Turkey | GaSb (substrate) InAs/InAsSb | MBE [10] |
| Arizona State University | USA | GaSb (substrate) InAs/InAsSb | MBE [15] |
| Northwestern University | USA | GaSb (substrate) InAs/InAsSb | MOCVD [29] |
| Shanghai Tech University | China | GaSb (substrate) InAs/GaSb | MBE [44] |
| Lancaster University | UK | Si (substrate) InAs/InAsSb | MBE [30] |

The organisation of the thesis is as follows:

a) Chapter 2 will describe a comprehensive analysis of the type 2 superlattice (T2SL) IR detectors,

b) Chapter 3 will provide detailed description of every piece of equipment, technique and process required to build and test every architecture is this project,

c) Chapter 4 will compare the performance of the basic nip structure grown on Si substrate and on GaAs substrate,

d) Chapter 5 will compare the performance of the nip, pπn and pπBn structures grown on GaAs substrates,

e) Chapter 6 will describe the conclusion of Chapter 4 and 5; and the future work.

DA0171

# Chapter 2:    Type 2 Superlattice Infrared Detectors

## 2.1.  Introduction

This chapter depicts a comprehensive analysis of the type 2 superlattice infrared detectors (T2SL), as this project focuses on the development of an InAs/GaSb T2SL infrared (IR) detectors. The analysis includes the III-V group semiconductor as InAs/GaSb belong to this group, the quantum theory behind the T2SL structure, and the development of new architectures for the active region.

The semiconductor is a material with an electrical conductivity which becomes a weak insulator at low temperature. The InAs/GaSb belongs to the group III-V of semiconductor materials; as In and Ga belong to group III, and As and Sb belong to group V.

The superlattice (SL) structure is a type of multiple quantum well (MQW). The overlapping of wavefunction occurs when introducing more wells (or thinner wells) leading to the creation of a continuous band of states. The multiple QW wavefunction reaches zero between the well while the superlattice overlaps, making this the main difference between these two structures.

The T2SL energy band alignment is when the bandgap of material A is outside the bandgap of material B. Many new superlattice combinations have been created based on matching crystal structures and lattice constant.

The IR photodetectors are devices that detect photons by using a reverse biased semiconductor architecture such as the pin structure. The photodetectors can only detect materials with right size of energy gap (smaller than the photon energy). The new architectures are developed using the basic pin structure as a starting point with the developments taking place at the active region.

DA0172

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

## 2.2.  Semiconductors

### 2.2.1. Introduction to Semiconductors

The semiconductor is a material with an electrical conductivity between a conductor and an insulator. The semiconductor has a smaller bandgap compared to an insulator and at low temperatures the semiconductor becomes a weak insulator, as only few electrons have sufficient energy to jump from the valence band to the conduction band [14].

The energy diagram of the semiconductor has three regions: conduction band ($E_c$), bandgap ($E_g$) and valence band ($E_v$). This is depicted in Figure 2.1 [20].



Figure 2.1: pin photodiode in thermal equilibrium

The semiconductors can be classified as intrinsic (undoped or pure) or extrinsic (doped) [25]. The intrinsic semiconductor is in its pure form, which means that has the same number of electrons and holes.

The extrinsic semiconductor is formed when impurities are introduced to the material by creating extra mobile holes or electrons, this process is called doping. When the material has excess number of electrons it is called n-type (negative charge or donor), or with an excess number of holes it is called p-type (positive charge or acceptor). This makes doping an essential element of designing electronic devices.

The energy diagram for a pin structure requires the alignment of each energy level using a fermi level ($E_F$), which is a reference line that helps depict the concentration of holes and electrons depending on the doping conditions.

DA0173

In case of the intrinsic semiconductor ($E_i$), the fermi level is in the middle of the energy band. In case of the extrinsic semiconductor, the fermi level moves closer to the edge of the band depending on the doping concentration, for p-region closer to $E_v$ and for n-region closer to $E_c$. The energy diagram for a pin structure in thermal equilibrium is depicted in Figure 2.1.

The fermi level is the energy level at which the probability of occupation by an electron is 50%, which is described by the fermi-dirac function as the probability of an energy level being occupied by an electron. The function is applied to obtain the density of electrons in the conduction band or the density of holes in the valence band. These equations are depicted in equation E2.1 [25].

$$n = n_i \exp\left(\frac{E_F - E_i}{kT}\right); p = n_i \exp\left(\frac{E_i - E_F}{kT}\right) \hspace{2cm} \text{[E2.1]}$$

where *n* is the electron carrier concentration per unit volume, *p* is the hole carrier concentration per unit volume, $n_i$ is the intrinsic carrier concentration, *k* is the Boltzmann's constant ($1.38 \times 10^{-23}$ J/K), and *T* is the temperature (K).

### 2.2.2. Introduction to III-V Semiconductors

The semiconductor materials are classified into five groups in the periodic table, this is depicted in Table 2.1 [7]. The combination of more than one semiconductor forms an alloy (binary, ternary, etc), which is the basis of bandgap engineering.

The most common binary alloys for use in semiconductor belong to the group III-V, as they have a stronger chemical bond due to their mixture of covalent and ionic bonding; and have a direct bandgap. The semiconductors of group II-VI are more of an ionic bonding and the group IV is a purely covalent bonding.

DA0174

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

Table 2.1: Semiconductor Materials

| II A | III A | IV A | V A | VI A |
|------|-------|------|-----|------|
| Be Beryllium | B Boron | C Carbon | N Nitrogen | O Oxygen |
| Mg Magnesium | Al Aluminium | Si Silicon | P Phosphorus | S Sulphur |
| Zn Zinc | Ga Gallium | Ge Germanium | As Arsenic | Se Selenium |
| Cd Cadmium | In Indium | Sn Tin | Sb Antimony | Te Tellurium |
| Hg Mercury | Tl Thallium | Pb Lead | Bi Bismuth | |

The most common binary alloys of group III-V are: gallium arsenide (GaAs), aluminium arsenide (AlAs), indium arsenide (InAs), indium antimony (InSb), gallium antimonide (GaSb), gallium phosphide (GaP), gallium nitride (GaN), aluminium antimonide (AlSb), and indium phosphide (InP).



Figure 2.2: Bandgap energy vs lattice constant for some III-V semiconductors at room temperature values.

The semiconductors are characterised in terms of their crystal structure and lattice constant. The most common structures are diamond (like Si and Ge) and zincblende (like GaAs, AlSb, AlAs, InAs, and GaSb to mention few). The lattice constant is the physical dimension of the unit cell in a crystal. The lattice constants in different group III-V alloys are depicted in Figure 2.2 [32].

DA0175

### 2.2.3. Introduction to Infrared Photodetectors

The infrared (IR) photodetectors, as described before, are devices that detect photons by using reverse biasing semiconductor in a pin architecture.

The electrons are excited to the conduction band by illuminating the semiconductor with electromagnetic radiation (photons). The photons will create electron-hole pairs if the photon energy (E) is equal or greater than the semiconductor bandgap ($E_g$), and these photons are absorbed by the material. The photons with energy lower than bandgap are not absorbed. The photon energy is determined by the wavelength of the light, which is depicted in equation E2.2 [8].

$$E = hv = \frac{hc}{\lambda} = \frac{1.241\ x10^{-6}}{\lambda} \qquad [E2.2]$$

where *E* is the photon energy (eV or J, depending on the Planck's constant units), *h* is the Planck's constant ($4.136x10^{-15}$ eV s), *v* is the frequency of the light (1/s or Hz), *c* is the speed of light ($3x10^8$ m/s), and *λ* is the wavelength (m).

In order to find out the absorption edge wavelength ($\lambda_c$), which is the limit beyond which no more photons are absorbed, we used equation E2.2 using the values of the bandgap of the materials. The absorption coefficient determines the rate at which photons are absorbed and is depicted in equation E2.3 [20].

$$I = I_0 \exp(-\alpha x) \qquad [E2.3]$$

where *I* is the photon intensity as a function of the distance x, $I_0$ is the incident photon intensity (watts per unit area) at x=0, and *α* is the absorption coefficient (per unit distance).

The combination of the electron free space (relationship between energy and momentum) and quantum mechanical momentum results in electron-momentum (E-k) diagram, which links the energy of an electron to its momentum.

DA0176

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

The E-k curve is a parabolic and all values of energy (and momentum) are allowed, with a minimum at k=0. The mass of a particle is inversely proportional to the curvature of the E-k curve.

The recombination of electrons with holes occurs at the energy gap involving a change in both energy and momentum, which can be either direct or indirect band gaps and is depicted in Figure 2.3 [31].



Figure 2.3: Energy-momentum diagrams for a semiconductors a) direct and b) indirect.

Figure 2.3a depicts the direct bandgap, which does not require any changes in the momentum to create an electron-hole pair and is depicted at k=0.

Figure 2.3b depicts the indirect bandgap, which needs a phonon in order to change the momentum of the electron to create an electron-hole pair and is depicted with a displacement in k.

The E-k parabola is used to obtain the effective mass, which is related to the mass of the electron. The interaction between the electron and the extended derived lattice of a real solid have a different curvature for different materials.

The electrons move through the crystal as if they had an effective mass ($m^*$), which is depicted in equation E2.4 [42].

$$m^* = \hbar^2 \frac{dk^2}{d^2E} = \hbar^2 \frac{k^2}{2E} \qquad \text{[E2.4]}$$

DA0177

The IR photodetectors is based on the pin junction. The recombination of electrons with holes occurs at the intrinsic region (depletion region), where an absorbed photon will excite an electron from the valence band to the conduction band therefore creating an electron-hole pair. The recombination process is enhanced by defects and impurities in the crystal lattice acting as recombination centre, however, the recombination is bad for the photodetectors because it leads to a reduction in the photogenerated current.

The depletion region is the more effective part of the photodiode for detection and the aim is to increase its width, in order to absorb as many of the incoming photons as possible [31]. The quantum efficiency and frequency response are optimised by calculating the optimum depletion region width in the pin photodiode, making this the reason as to why the pin junction is better than the pn junction.

## 2.2.4. Introduction to Quantum Theory

The superlattice (SL) structure is a type of multiple quantum well (MQW). The single quantum well (SQW) is the most basic heterostructure, developed as the results of new growth techniques (MBE) allowing control over the growth atomic layer by atomic layer in order to develop well-controlled ultra-thin semiconductor heterostructures. The use of quantum mechanics can predict the probability distribution and then design the semiconductors material control and the material behaviour.

The single quantum well (QW) is analysed using the particle-in-a-box concept. The particle-in-a-box concept applies to the behaviour of an infinite QW, however the equation for a finite QW with boundary conditions is obtained by solving the Schrödinger's equation.

The particle-in-a-box is the one-dimensional potential well containing one particle, where the walls of the well are infinitely high and cannot be penetrated, which is the definition of the infinite QW depicted in Figure 2.4a [40].

DA0178



Figure 2.4: Quantum Well Structure a) Infinite and b) Finite

The finite QW has a symmetry around the centre of the well making the solution to the wavefunction, which is depicted in Figure 2.4b.

In order to set the boundaries of the well it is important to consider solving the particle-in-a-box equation by assuming that the potential energy (V) inside the walls is zero, and the resulting equation have the same form as simple harmonic oscillator, which is depicted in equation E2.5 [24].

$$\psi(x) = A sin\left(\sqrt{\frac{2m_A^*E}{\hbar^2}} * x\right) + B cos\left(\sqrt{\frac{2m_B^*E}{\hbar^2}} * x\right) \qquad [E2.5]$$

where $m^*_{(A,B)}$ is the electron effective mass of material A or B, $E$ is the energy, $\hbar$ is the reduced Planck's constant ($6.5821 \times 10^{-16}$ eV s), $\psi$ (psi) is the position-dependent wavefunction, and $x$ is the growth direction.

The first boundary is defined when ψ and x are zero, solving only the sine equation. When the sine equation is zero then x is an integer multiple of π. The second boundary is defined when ψ is zero and x is equal to d (width of the potential well), and this is solved using both equations.

The finite height of the potential barrier allows the possibility of barrier penetration by finding the particle beyond the barrier, which is achieved by normalizing the wavefunction of the particle-in-a-box allowing substitution of A as A = $(2/d)^{½}$. Therefore,

DA0179

changing the height of the well walls from infinite to finite. This allows the energy-levels (eigenfunctions) by rearranging the particle-in-a-box equation, which is depicted in equation E2.6 [40].

$$E_n = \frac{\hbar^2 k^2}{2m_A^*} - V_0; \; E_n = -\frac{\hbar^2 k^2}{2m_B^*}(-V_0 < E < 0) \tag{E2.6}$$

where $m^*_{(A,B)}$ is the electron effective mass of material A or B, $E_n$ is the confinement energy of the carriers, $k$ is the wavevector (k = nπ/d), $n$ is the particle's principal quantum number (integer), and $d$ is the width of the potential well.

DA0180

## 2.3.  Type 2 Superlattice

### 2.3.1. Introduction to Superlattice

The superlattice (SL) structure is a type of multiple quantum well (MQW) and occurs when introducing more wells leading to the creation of a continuous band of states. The superlattice DOS (density of state) has a better performance than the 2D (dimensional) DOS. The superlattice DOS has lost their steepness allowing a behaviour closer to 3D DOS, as the 3D is the behaviour of the bulk material.

The superlattice effect introduces a profound change in the 2D density of state (DOS), where the dispersion of the N state destroys the steepness of the square density of state from the energy represented of the MQW. The transition from single QW to multiple QW is defines by N wells giving rise to bands with 2N states. The DOS is the number of available states per unit volume. The DOS of a quantum state $E_n$ is independent of E and the layer thickness.

The superlattice has a finite value at the first level whilst 3D first value is zero. Figure 2.5 [8] compares the difference between a 3D system, a 2D QW system and a superlattice.



Figure 2.5 Comparison of DOS systems with superlattice

In an ideal superlattice the same barrier is repeated periodically with a period d. The transmission and reflection coefficients of a QW display resonances every time the

DA0181

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

condition *kd=nπ* is fulfilled. Therefore, the particle spends a longer time in the QW region.

The decreasing well thickness, creates a new resonant continuum state which pops out of the well whenever a bound state reaches the well top for *kd=nπ* [40]. The resonant continuum states should be of greatest importance in the carrier capture of QW, as the reflection coefficient is near unity for such states.

The movement restrictions of the electrons by the potential well into a finite height modifies the electron wave function by penetrating into the barrier where the amplitude drops exponentially instead of vanishing at the boundary. This effect is the basis of the formation of superlattice, which allows a large number of coupled wells to behave as a quasi-continuous energy band

The way of discovering exactly how thick the quantum wells are before the finite structures resemble an infinite is by looking at the ground state energy as a function of the number of periods. The wavefunction associated with the superlattice is defined by the overlapping due to the adjacent well. However, the wavefunction associated with multiple QW reaches zero between the wells, making this the essential difference between MQW and superlattice, which is depicted in Figure 2.6 [40].

 

Figure 2.6: The ground state wave function a) Superlattice and b) Multiple Quantum Well

The developments of superlattice are improving the quality of the material, the design of the device structure and the device fabrication in order to create a better photodetector. The superlattice has been chosen as an alternative solution for IR

DA0182

detectors as a replacement for CdHgTe (Cadmium Mercury Tellurium, CMT), which is the state-of-the-art IR detectors.

## 2.3.2. Superlattice Photodetectors

The superlattice is a new structure designed to enhance many types of structures at the active region. The way to grow this structure is by engineering the bandgap and designing a well-controlled ultra-thin heterostructures (different structures) using new growth techniques such as molecular beam epitaxy (MBE).

MBE has allowed the creation of more precise structures as more control has been achieved. The superlattice is a structure that consists of two or more ultra-thin layers of semiconductor creating multiple heterostructures built from multiple heterojunctions.

The best superlattice structures are obtained by using materials with a very close lattice match, however, this structure allows for almost any material combination with or without doping to be grown at a rate of one monolayer (ML) per second. If materials have different lattice constants the layers are strained during the growth [25].

This method allows to vary the band structure in the growth direction while tailoring the specification to meet the design requirements regarding electrical and optical specification.

The construction of heterostructures creates interfaces between the materials which have a roughness of around 1ML, when the lattice does not match a dislocation is created. The dislocations propagate into the growing crystal and this reduces its quality, while strains are developed in the crystal around the interfaces [27].

The structure of the photodetector is divided into four parts which includes: substrates, buffer, active region and top contact. This is depicted in Figure 2.7 [6].

    a) The substrate is the base of the photodetector and is made of different material with different crystal structure, such as Si (diamond) and GaAs (zincblende), which are made using other techniques.

DA0183

b) The buffer removes any defect that the substrate has in the case of GaAs substrate. However, in case of the Si substrate the buffer is used to reduce the dislocation that occurs due to crystal lattice mismatch.

c) The active region is where different architectures are designed depending on the requirements of the photodetector.

d) Sometimes, the passivation is required and is placed between the contact layer and the ohmic contact in order to reduce the surface leakage by creating a chemical bond at the surface.

e) And finally, the top contact layer is designed to create an ohmic contact by using a metal alloy. The contact layer is heavily doped and thin in order to create a good ohmic contacts.



Figure 2.7: The schematic cross section of a single photodetector

### 2.3.3. Type 2 Superlattice Materials

The type 2 superlattice (T2SL) is classified as a type 2 bandgap alignment. Many new superlattice structure are created based on matching crystal structures and lattice constant.

The semiconductors have their own bandgap and the alignment depends on other semiconductors within the structure. The bandgap alignment is divided into three groups which are type 1 (straddling gap), type 2 (staggered gap and misaligned gap) and type 3 (bulk). The bandgap alignment and the electron-hole movement are depicted in Figure 2.8 [6].

DA0184



**Figure 2.8: Types of bandgap alingment a) Type 1, b) Type 2 (staggered), c) Type 2 (misaligned), and d) Type 3**

The type 1 alignment is when the bandgap of material A (left side) is within the bandgap of material B (right side), as depicted in Figure 2.8a. The type 2 alignment is when the bands of material A are lower than the bands of material B. If the conduction band of material A is within the bandgap alignment of material B the type is staggered, as depicted in Figure 2.8b. However, if the bandgap of material A is outside the bandgap of material B the type is misaligned, as depicted in Figure 2.8c. The type 3 alignment is the bulk growth with no visible alignment, as depicted in Figure 2.8d.

New semiconductor combinations are constantly been developed, some of these combinations are listed in Table 2.2 [23]. The most common crystal structures used in the zincblende which has two atoms per unit cell. The semiconductor combination that best fulfil the requirement to develop superlattice structures belong to the 6.1Å family (lattice constant), which are InAs (6.058Å), GaSb (6.096Å) and AlSb (6.136Å).

DA0185

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

Table 2.2: Table of most common materials for superlattice

| Materials | Bandgap (eV) [i–indirect/d–direct} | Lattice constant (Å) | Electron Effective mass | Crystal structure |
|---|---|---|---|---|
| Si | 1.124 (i) | 5.43107 | 0.26 | Diamond |
| GaAs | 1.426 (d) | 5.65325 | 0.067 | Zinc blende |
| *InAs* | *0.354 (d)* | *6.0583* | *0.024* | *Zinc blende* |
| *GaSb* | *0.730 (d)* | *6.0959* | *0.042* | *Zinc blende* |
| *AlSb* | *1.615 (i)* | *6.1355* | *0.14* | *Zinc blende* |
| InSb | 0.175 (d) | 6.4793 | 0.014 | Zinc blende |

The bandgap alignment of these elements with their reference values is depicted in Figure 2.9 [22]. This demonstrates visually which are the best combinations for superlattice: for Type 1 (GaSb/AlSb) and for Type 2 (InAs/GaSb, InAs/AlSb).



Figure 2.9: Bandgap Alignment a) schematic and b) 6.1Å family

The band alignment of InAs/GaSb T2SL is drastically different from the more widely studied AlGaAs/GaAs system. The energy bandgap of the superlattice is adjusted to form either a semimetal (for wide InAs and GaSb layers) or a narrow bandgap (for narrow layers) semiconductor. The bandgap is determined by the energy difference between the electron miniband ($E_1$) and the first heavy hole state ($HH_1$) at the Brillouin zone centre. InAs/GaSb T2SL bandgap varies within a range from 0 to about 400 meV depending on the layer thicknesses and interface compositions [21].

Due to considerably lower electron effective mass (m* e) than the hole effective mass (m* h), the $E_1$ band is more sensitive to layer thickness than the $HH_1$. The thickness of the GaSb layers has a negligible effect on the T2SL bandgap due to the large value of the GaSb HH mass (~0.41mo). However, the thickness of the GaSb has a significant impact on the conduction band (CB) dispersion due to penetration of the InAs electron wave functions into the GaSb barriers. Since InAs is not lattice-matched to GaSb the bandgap of T2SL depends on strain effects [41].

DA0186

The InAs/GaSb T2SL is characterised by a broken-gap alignment. The optical transition between highest hole (heavy-hole, $HH_1$) and the lowest conduction minibands is employed for the detection of incoming IR radiation. The InAs/GaSb T2SL alignment is depicted in Figure 2.10 [11].



**Figure 2.10: T2SL band alignment of InAs/GaSb**

### 2.3.4. Type 2 Superlattice Infrared Architectures

The new architectures are developed using the pin structure as a starting point with the developments taking place at the active region.

The **basic structure** for the active region is the *pin*, which is read from bottom to top. With this in mind the next basic structure is *nip*, which is built as described. In either case, the quantum efficiency is dependent directly on the thickness of the depletion region.

The **unipolar barrier** blocks one type of carriers (electron or hole) and allows the other type to pass through. The barrier structure has a significant reduction of dark current and a higher operating temperature [21].

The barrier needs to be a close lattice match to the rest of the structure, therefore, the best barrier for the growth of InAs/GaSb is InAs/AlSb, as this is also of the type 2 alignment. This barrier can be either *pBp* or *nBn* depending on the specification

DA0187

requirements of the designed, which are depending on the applications and is depicted in Figure 2.11 [23].



Figure 2.11: Illustrations of electron and hole-blocking unipolar barriers

The **M-structure** reduces the dark current significantly while demonstrating low effect on the optical properties, which is depicted in Figure 2.12a [46]. While, the **N-structure** increases the electron-hole pairs under bias therefore increasing the absorption while decreasing the dark current, which is depicted in Figure 2.12b [16].

The M and N structures are named after the shape of the bandgap alignment of the layers created within the structure from using InAs, GaSb and AlSb alloys.



Figure 2.12: Schematic bandgap diagram a) M and b) N structure

The main difference between both structures is the position of the AlSb layer. In case of the M-structure, the AlSb layer is situated at the border of the structure creating a symmetrical formation. While in the case of the N-structure, the AlSb layer is situated at just one border of structure creating an asymmetrical structure.

With every new architecture, the design gets more complex and with this their results get closer to the state-of-the-art CdHgTe photodetector. The comparison of the architecture depicted in this chapter demonstrates the improvement that every new architecture has to the overall performance of the photodetector.

DA0188

The scope of comparison is focused on InAs/GaSb T2SL IR detectors grown on GaAs substrates for medium wavelength (mid-wave) IR (MWIR) applications. The comparison between an M-structure, a unipolar barrier and a pin, which are depicted in Table 2.3.

Table 2.3: Structures and designs for M-barrier, unipolar barrier and pin

| Structure and Design Parameters | M-Barrier [12] | Unipolar-Barrier [3] | pin [28] |
|---|---|---|---|
| Growth technique | MBE | MBE | MBE |
| Buffer (size & material) [μm] | 0.5 | 0.35/ GaSb | 2.5/ GaSb |
| Bottom contact (size & material) [μm] | | 0.52/ SL [10ML InAs/10ML GaSb] | 1/ p-GaSb |
| Structure architecture | M Barrier (pπMN/piMn) | Barrier (nBn/niBn) | pin |
| Construction of superlattice [InAs/GaSb] | 6.5ML/ 12ML | 10ML/ 10ML | 8ML/ 8.3ML |
| Other structure | 10 InAs/ 1 GaSb/5 AlSb/ 1 GaSb (slightly doped @790°C) | [0.1μm AlGaSb] | |
| Top contact (size & material) [nm] | 500 | | 6/ n+ InAs |

All structures were grown using MBE over GaAs substrates, allowing a close comparison. The GaAs substrate allows direct growth due to their matching crystal structure and close lattice match. The main differences between these detectors are the structure, which covers from the basic *pin* structure to the most complex *M-barrier*.

DA0189

# Chapter 3:    Methodology

## 3.1.  Introduction

This chapter provides detailed description of every piece of equipment, technique and process required to build and test all the architectures developed for this project.

The type II superlattice (T2SL) detectors is grown using a combination of elements from group III-V (3&5). The development of the T2SL takes advantage of modern growth technologies such as molecular beam epitaxy (MBE), as this helps grow large format focal plane arrays (FPA) with great uniformity [19]. T2SL IR detectors are defined by their staggered band alignment and are based on a pin structure, which has an intrinsic region between two heavily doped layers of the device (n-region and p-region) [1].

The InAs/GaSb (indium arsenic/ gallium antimony) superlattice (SL) is the most common combination used in T2SL structure for developing IR detectors, as it is able to cover the entire IR spectrum from 1 to 30µm. All the layers of the growth are based on InAs/GaSb composition and the only way to establish their specific characteristics is by manipulating the thickness and the doping of each layer. The entire process is depicted in Figure 3.1.



Figure 3.1: T2SL process layout

DA0190

## 3.2.  Molecular Beam Epitaxy

Molecular beam epitaxy (MBE) is an epitaxy method for thin-film deposition of single crystals, which uses an ultra-high vacuum (UHV) based technique for producing high purity epitaxy structures. The deposited film creates epitaxial layers, which can be made from the same material (homoepitaxy) or from different materials (heteroepitaxy). The layers are grown from materials that have a similar lattice constant to themselves and to the substrate, and if not, some dislocations may occur.

The MBE machine consists of a vacuum chamber, a pressurised chamber for the substrate holder (UHV), a substrate heater, several effusion cells with shutters (containing ultra-pure elements), an in-situ cleaning, and an in-situ reflection high-energy electron diffraction (RHEED) analyser (consisting of a gun and a fluorescent screen). This is depicted in Figure 3.2 [26].



Figure 3.2: MBE system chamber

DA0191

The UHV environment of the MBE is achieved through various cryogenic pumps and a cryopanel created using liquid nitrogen. The cryopanel removes the heat from the system and traps the impurities surrounding the substrate preventing these from interfering with the growth process. The effectiveness of the UHV is enhanced by the vacuum chamber, which helps avoid the oxidation of the source materials.

The MBE is a well-controlled machine thanks to the use of UHV technology. The low growth rate (one monolayer per second) and low temperature (due to the liquid nitrogen within the chamber) are important for precise thickness control, sharp interfaces (monoatomic), and negligible dopant distribution.

The growth rate can be kinetically controlled. The substrate is uniformly heated to an appropriate temperature allowing surface diffusion of molecular species in order to find appropriate lattice sites [26]. The heating is achieved by radiation and the constant rotation helps to smooth the non-uniformities due to the off-axis source.

The effusion cells produce a beam, which is defined by evaporated atoms that are isolated from each other until they meet on the substrate. The effusion cells contain ultra-pure elements like gallium ingot (Ga 8N, 99.99% purity) and arsenic ingot (As 7N5, 99.99% purity), which are vaporised and then condensed onto the substrate where they react with each other. The substrate is placed on the substrate holder inside the UHV where the substrate is heated and the evaporated atoms move around it until they find a site to chemically bond to.

The effusion cells' shutters allow a precise control of the thickness of each layer, up to a single atom by turning the beam flux on and off. The flux of atoms is controlled by the temperature of the effusion cells.

The MBE has an in-situ cleaning process that uses low-energy sputtering with an ion beam of an inert gas. It also has an in-situ analyser employing RHEED containing phosphorous compounds, which are difficult to manipulate and are highly volatile.

The RHEED monitors the growth of the crystal layers, which is a high-energy beam directed at the sample's surface at an angle. Then the electrons are diffracted by the

DA0192

crystal structure of the sample and then attached onto a phosphorus screen mounted opposite to the electron gun. The expectation is a series of streaks where a sharp pattern indicates a flat surface, if not the pattern is more diffused.

The T2SL fabrication starts with the design of the architecture, which is then grown using the MBE. The superlattice consists of monolayers (ML) grown by MBE. The MBE structure is grown depending on which type of IR detector is being designed for. Once the MBE structure is grown, the next step is the material characterisation and after this the architecture is ready for device fabrication.

The MBE is associated with low-dimensional structures [26] due to its ability to deposit ultra-thin layers up to a single ML. Therefore, the superlattice idea comes from creating a large number of alternating ultra-thin layers in which the electrons could tunnel through the wider gap in order to interact with the periodic potential of uniformity due to their crystal lattice.

DA0193

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

## 3.3.  Material Characterisation

After the growth, the next step is called the material characterisation. These comprise a set of measurements carried out on the grown wafer in order to analyse the structure in a non-invasive way. These measurements include: x-ray diffraction, atomic force microscope, and photoluminescence.

### 3.3.1. X-Ray Diffraction

The x-ray diffraction (XRD) is a technique that determines the composition of the materials used within the structure. The XRD measures the diffraction pattern of each component when an x-ray interacts with an atomic array in the crystal that can be diffracted, as the wavelength of the x-ray is comparable with the interatomic distance in the crystals.

The XRD machine is divided into three parts: an x-ray beam, a sample holder, and an x-ray detector. This is depicted in Figure 3.3.



Figure 3.3: X-Ray Diffraction Machine

The XRD works by generating a monochromatic x-ray into an incident beam, which interact with the materials of the sample by scattering the x-rays from the atoms within the sample, and then are gathered at the detector.

DA0194

The x-ray incident beam strikes parallel planes of atoms which are scattered by the atoms inside. This means that at certain incident angle $\theta$ (theta), the light-path difference of scattered waves can satisfy Bragg's law, allowing the interference of the scattering light to create a peak intensity. This is also called diffraction. Bragg's law is depicted in equation E3.1 [9].

$$n\lambda = 2d\ sin(\theta) \qquad\qquad \text{[E3.1]}$$

where $n$ is the order, $\lambda$ (lambda) is the wavelength of the x-ray, $d$ is the lattice spacing, and $\theta$ is the diffraction angle. This measurement principle is depicted in Figure 3.4 [9].



Figure 3.4: XRD measurement mechanism

In practice, the wavelength of the x-ray has a fixed value allowing the creation of multiple planes with an interplanar spacing producing a diffraction peak at a specific angle. The space between the diffracting planes determines the peak position, as the spacing is determined by the material composition.

In case of the superlattice structure, the XRD measures the multilayer structure and this is depicted by additional peaks around the main diffraction peaks, which are called fringes. The number of fringes gives the total number of layers within the superlattice. The main peaks within the superlattice are given by the period thickness. The slope is given by the interface roughness for each layer within the superlattice.

The resulting diffracting pattern has a lot of information, which defines the parameters of the layers such as: the composition, lattice mismatch, defects, thickness, strain, interface quality, and uniformity. This allows to verify the composition and the lattice mismatch between the layers.

DA0195

### 3.3.2. Atomic Force Microscopy

The atomic force microscope (AFM) is a scanning probe microscope, which measures the surface quality by creating a 2D model of the structure to verify the heights and widths.

The AFM machine is divided into four parts: a laser, a cantilever with a tip, the sample holder, and a photodiode. This is depicted in Figure 3.5.



Figure 3.5: Atomic Force Microscopy Machine

The AFM measures the force created between the tip placed at the end of the cantilever and the sample, which is created by lateral and vertical deflections using an optical lever, this motion is called tapping. This is operated by reflecting a laser beam off the cantilever, for this the laser and the tip should be in perfect alignment.

The resulting image has two components: the magnification (1 to 10μm) and the number of pixels (30x30). The AFM is the main technique used to analyse the morphology of the top epitaxial layers.

### 3.3.3. Photoluminescence

The photoluminescence (PL) is an optical technique, which measures the bandgap energy of material from the wavelength of the emitted light following the absorption of photons both temperature and power-dependent PL measurements can be performed.

DA0196

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

It also allows a detailed analysis of the band structure, and their imperfections (defects and impurities) within the sample.

The PL installation consists of a light source (532nm laser), an optical chopper (interrupts the laser beam), a focusing lens, a sample holder (inside a cryostat with a helium (He) compressor cooling system), a set of focusing lenses, a monochromator (with a bandwidth of 1 to 5µm), and a photodetector (connected to lock-in amplifier and then a computer). The lock-in amplifier is designed to use its internal oscillator to measure the amplitude of the input signal. This setting is depicted in Figure 3.6.



Figure 3.6: Photoluminescence setting

Before starting the measurements, the sample is placed inside the chamber and once inside, the vacuum pump is turned on. Once the vacuum is obtained, the laser is set to a photon energy level higher than the bandgap of the material to be measured.

The PL measures the energy of emitted photons, therefore, the energy levels of the impurities within the sample can be obtained. These photons help the electron to jump into the conduction band in order to generate electron-hole pairs. After this, the electron relaxes back into the valence band and during this process they emit radiation that is detected by the optical receiver. The typical measurements taken are either power-dependent or temperature-dependent.

The temperature dependent measurements are taken from room temperature (as band to band recombination dominates the emission) to low temperatures (up to 10K), as the peak width is decreased due to the fact that the thermal recombination is supressed

DA0197

and carrier interactions are limited. These measurements help describe the carrier confinement barriers. Increasing the temperature of the sample allows some electrons to thermally escape and this emission can be measured.

The power-dependent measurements help check the crystal quality of the material. The high value (higher than 400mW) means that the radiative recombination dominates, as the defects usually contributes towards the non-radiative recombination. These measurements are taken at different values allowing to extrapolate the band structure and their effects such as quantum confinement by inducing energy levels splitting.

DA0198

## 3.4.  Device Fabrication

After the material characterisation, the next step is the device fabrication. The equipment required is depicted in Figure 3.7 and is found inside a standard cleanroom.



Figure 3.7: Device fabrication process equipment

During the device fabrication process, the structure is chosen depending on the designed application from simple mesas to more complicated devices.



Figure 3.8: Device fabrication process step-by-step

DA0199

However, regardless of the structure selected, and their many variations within each step depending on the requirements and the materials, each step remains the same making this process a standard procedure for all device fabrication. The process is depicted step-by-step in Figure 3.8.

Once this device fabrication is completed, the cross-section of a single photodetector is depicted in Figure 3.9.



Figure 3.9: The schematic cross section of a single photodetector

### 3.4.1. Photolithography

The photolithography is a chemical process that creates patterns (photomask) using a light source. The advantages of the photolithography lie in the fact that the leveraging patterns (created structures) can be very small, well defined and easy to replicate. The disadvantages are that the process is slow, and there is a possibility of contamination, low density and defect formation.

The most important piece of equipment for the pattern creation is the photomask. The design's complexity is defined by the application it is being used for. Most of the photomasks include all the patterns required to create the photodetector. This means that there is a pattern for creating the mesa and for various connections of metal options, all depending on the overall design.

The photolithography consists of three steps: application of photoresist, the exposure to UV lights, and the development. The equipment needed to accomplish these steps is depicted in Figure 3.7.

DA0200

The first step is the application of the photoresist. There are two types of photoresists: negative and positive. This defines which part of the photomask is removed. If the photoresist is positive, the part that has been exposed with the UV light is the one that is removed. If the photoresist is negative, the part that has been exposed is the one that remains.

For the application of the photoresist, the sample is placed in the middle of the spinner machine. The photoresist is a chemical that is applied over the sample using a plastic pipette, making sure that the photoresist covers the complete sample. The spinner allows the photoresist to thin down with the thickness of the photoresist depending on the speed of the spinner. Once the photoresist has been applied it needs, to be soft baked.

The second step is the exposure of the photomask to the UV light. The difficult part of this is to align the sample with the photomask. It is important to remember to place the side of the photomask where the drawing is just on top of the sample. The photomask needs to be held in place with vacuum in order to avoid the sample to move in the middle of the process. Once the photomask is in the correct position, the last step is to turn on the UV light and expose the sample. Special goggles should be worn to protect the eyes from the dangers of UV radiation.

The final step is the development, which is a chemical reaction that allows the photoresist to produce a visible image, as everything so far has been done under UV light. The development is a two-step process: apply the developer and then stop the chemical reaction.

The above steps constitute the standard steps for using during every photolithography. The major difference is the mask alignment, as the first application does not have any restriction. However, during the second photolithography, both masks have to be completely aligned with the alignment marks laid down in the first photolithography step. Therefore, it is important to design various alignment marks around the structure in order to achieve a accurate alignment.

DA0201

As described before, the first photolithography will set the shape and size of the mesas, which can be either square or circular in shape with a size between 25 to 500µm. The second photolithography will create the windows for the ground contacts, as the basis of the metallization process.

### 3.4.2. Etching

The etching is a chemical reaction used to define the patterns created by the photolithography. There are two parts to achieve a successful etching: the first one is to choose the chemical reaction (either wet or dry) and the other is to achieve the desired depth.

As mentioned before, the etching can be achieved by two types: dry or wet. The wet etching is achieved by dipping the sample into a chemical mixture, which is depicted in Figure 3.7. The chemical mixture is customised for each material. Each chemical mixture has an etching rate which allows us to calculate the time the sample needs to be submerged in the chemical mixture in order to achieve the desired depth. After the calculated time, the depth needs to be measured accurately making sure that the correct depth has been achieved. The measurement is done using a profiler (Dektak XT), which is depicted in Figure 3.7.

The dry etching is a more controlled process, as it uses a plasma machine. The dry etching is done inside a pressure chamber where the gases are introduced in a set order depending on the material that needs to be etched. It is important to be exact about the etching rate as once the sample is inside no further changes can be made if the rate is not accurate, the etching could go beyond the desired depth.

### 3.4.3. Passivation

The passivation process consists of applying a microcoating around the structure in order to avoid a corrosive chemical reaction with the base material and reduce the surface recombination. The ideal passivation is electrically neutral and has a very low density on surface states. Therefore, the ideal passivation is a widegap insulator grown with no fixed charge at the interface [20]. The surface of actual devices is passivated

in order to stabilise the surface against chemical and heat-induced changes as well as to control surface recombination, leakage, and related noise.

The passivation has been classified into four types depending on the material:

    a) dielectric passivation deposition (silicon nitride ($Si_3N_4$), silicon dioxide ($SiO_2$)),

    b) SU8 deposition,

    c) chalcogenide passivation deposition (ammonium sulphide (($NH_4)_2S$) or zinc sulphide (ZnS)),

    d) and electromechanical passivation (sulphur (S)) [13].

The SU8 deposition is the fastest passivation to apply as its application has the same steps as when applying any photoresist (coat, soft bake, expose, and develop). However, SU8 is a permanent epoxy making this the main difference between the SU8 and a photoresist. Therefore, it requires a different remover PG (N-methyl-2-pyrrolidinone and surfactant) for etching.

The most commonly used passivation for T2SL is the dielectric passivation $SiO_2$. The objective of this passivation is to render the surface inert, in order to avoid any chemical reaction with air or other materials that make contact with the surface, so that the properties of the semiconductor are not changed.

The dielectric passivation is carried out using a plasma-enhanced chemical vapour deposition (PECVD), which is depicted in Figure 3.7. The PECVD machine consists of: a chamber containing six gases (nitrogen, oxygen, silane, ammonia, nitrous oxide, and hydrogen). The combination of silane and nitrous oxide is required to create $SiO_2$.

It is important to measure the thickness of the passivation in order to verify if the desired design thickness was achieved. The problem with the passivation is the layer covers the entire sample making it impossible to measure using the sample. Therefore, the way to measure the thickness of the passivation is to add a test sample with the only purpose of measuring the thickness. The thickness is measured by a characterisation machine (MM15 Control Unit), which is depicted in Figure 3.7.

DA0203

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

### 3.4.4. Metallization

The metallization process consists of creating a layer of metal deposition in order to create ohmic contact for use on integrated circuits and as detectors. The metallization involves applying a thin film layer of metal in order to create a combination of metals by controlling the order of the materials and their thickness.

The metallization process is carried out using a sputtering machine, which is depicted in Figure 3.7. The sputtering machine consists of a chamber containing up to four metals like titanium (Ti), platinum (Pt) and gold (Au) inside individual targets.

The samples are stuck to a wafer holder using a cleanroom tape and then placed inside the chamber. The sputtering can only occur after the pressure of the chamber has been reached vacuum, which takes around eight hours.

After the chamber reaches -7 torr, sputtering can start. The sputtering occurs when an ionized gas molecule displaces an atom of the material to create a plasma at an atomic level. The plasma strikes a target of the selected material and then bonds with the atoms of the substrate in order to create a thin film layer. After achieving the desired combination of elements, the chamber needs to be vented in order to return to normal pressure and during this time the wafer cools down.

The resulting coating is thin, uniform, and with an unbreakable bond. However, the coating covers the entire wafer holder and it only needs to be in certain areas. Therefore, the final step is a chemical lift-off. The highlights of the process are depicted in Figure 3.10.



Figure 3.10: Metallization process

DA0204

## 3.5.  Electrical and Optical Characterisations

After the device fabrication, the electrical and optical performance needs to be characterised and for this a standard set of metrics have been compiled. This is because every device has been created in a unique manner from the material chosen during growth to the material applied during the fabrication, and the only way to compare the results is by using these metrics. These results allow comparison of the performance of every device under the same metrics.

These metrics [14] are:
1. for the electrical characterisation is the dark current density ($J_{dark}$);
2. and for the optical characterisation are
    2.1. Responsivity ($\mathcal{R}$),
    2.2. Quantum efficiency ($\eta$ or QE), and
    2.3. Specific detectivity (D*).

However, due to the close relationship between responsivity and quantum efficiency, it is possible to measure one metric and then use these values to calculate the other metric.

### 3.5.1. Dark Current

Dark current density ($J_{dark}$) is a small current that the device produces in the absence of light. The saturation current occurs when the reverse bias (V<0) is applied and this is defined as dark current. The dark current ($J_{dark}$) is obtained in reverse bias form and is equal to $-J_0$. The overall current-voltage (I-V) characteristics of a photodiode can be depicted as the sum of the photocurrent ($J_{sc}$) and the dark current, and is depicted in equation E3.2 [47]. The dark current density is measured in amperes per square cm (A/cm$^2$).

$$J = J_{SC} - J_0\left(e^{qV/kT} - 1\right) \hspace{2cm} \text{[E3.2]}$$

DA0205

where $J_0$ is the saturation current, $k$ is the Boltzmann's constant ($1.38 \times 10^{-23}$ Joules/Kelvin (J/K)), $q$ is the electron charge ($1.6 \times 10^{-19}$ Coulombs (C)), $V$ is the applied voltage (V), and $T$ is the temperature in Kelvin (K).

The photocurrent and dark current flow in the same direction when reverse bias is applied. The dark current can be obtained by using a parameter analyser (Keithley 460A), which generates a I-V graph.

The photocurrent can be obtained by using a spectrum analyser (SR770) as part of an installation which includes a light source (IR), a preamplifier (SR570), and a sample holder (variable-temperature cryostat).

## 3.5.2. Responsivity

Responsivity ($\mathcal{R}$) is the relationship between the output signal and the input optical power, which could be either voltage or current responsivity and is depicted in equation E3.3 [20]. The responsivity is measured in volts or amperes per watt (V/W & A/W). The responsivity measures the detector's sensitivity to light.

$$\mathcal{R}_I = \frac{I_{out}}{P_{in}} \ \& \ \mathcal{R}_V = \frac{V_{out}}{P_{in}} \tag{E3.3}$$

where $I_{out}$ and $V_{out}$ are the output signal, and $P_{in}$ is the input optical power. The responsivity can be obtained by using a spectrometer (Thermo Fisher Nicolet IS50) as part of an installation which includes a light source (blackbody), a preamplifier (SR570), and a sample holder (variable-temperature cryostat).

DA0206

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

### 3.5.3. Quantum Efficiency

Quantum efficiency (η or QE) is the relationship between the number of electron-hole pairs produced and the photons absorbed, and is depicted in equation E3.4 [20]. The ideal QE is 1.

$$\eta = \frac{N_e}{N_v}(100\%) = \mathcal{R}\frac{hv}{q} = \mathcal{R}\frac{hc}{q\lambda} \qquad \text{[E3.4]}$$

where $N_e$ is the number of electrons produced, $N_v$ is the number of photons absorbed, $q$ is the electron charge, $h$ is the Planck's constant ($6.63\times10^{-34}$ Joules second (J s)), $v$ is the frequency of light, $c$ is the speed of light in vacuum ($3\times10^8$ meters per second (m/s)), $\mathcal{R}$ is responsivity, and $\lambda$ is the wavelength of the photon.

### 3.5.4. Specific Detectivity

Specific detectivity (D*) allows to compare the detectors of the same type but with different areas, and is depicted in equation E3.5 [20]. The specific detectivity is the only figure of merit which measures the noise performance of the photodetector.

The specific detectivity is measured in Jones or centimetre square root of Hertz per watt (cm Hz$^{1/2}$/W).

$$D^* = \frac{\sqrt{A_d\Delta f}}{NEP} = \frac{\mathcal{R}_V\sqrt{A_d\Delta f}}{V_n} = \frac{\mathcal{R}_V}{\sqrt{2qJ_{dark}+\frac{4Tk}{R_0A}}V} \qquad \text{[E3.5]}$$

where $A_d$ is the active detector area, $\Delta f$ is the bandwidth, and *NEP* is the noise equivalent power, $J_{dark}$ is dark current, $k$ is Boltzmann's constant, $T$ is operating temperature, $R_0A$ is resistance area product at zero-bias, $\mathcal{R}$ is responsivity, and $q$ is electron charge.

DA0207

# Chapter 4:    High quality T2SL detectors on Si and GaAs substrates

## 4.1.  Introduction

This chapter compares the performance of the basic nip structure and its behaviour on both GaAs and Si substrates. In order for this comparison to work, the nip structure is exactly the same in both cases.

The aim was to analyse the behaviour of a common structure grown on different substrates in order to understand the contribution that the Si substrate has to the structure. This was the first structure ever grown on Si substrate using MBE.

The structure grown on GaAs substrate will be used as the benchmark for comparison, as all materials share the same zinc blend structure (substrate and architecture). Although, GaAs has a lattice mismatch with regards to the rest of the structure, it shares the same crystal structure and belongs to the same semiconductor group (group III-V). GaAs (with a lattice constant of 5.653Å), is one of the substrates used for T2SL as it has a lattice constant closest to Si (5.431Å). The expectation is that this will create similar dislocations during the growth.

The nip structure is the same on both substrates. The only difference is the construction between the substrate and the nip structure which is attributed to the different crystal structures of both Si (diamond) and GaAs (zinc blend). The Si substrate sample required a nucleation layer to reduce the dislocation mismatch between the buffer and the substrate.

After the growth, the material characterisation measurements were carried out by myself with minor supervision at UCL premises. The fabrication process was carried out by myself at the cleanroom laboratory of London Centre for Nanotechnology (LCN). However, the electrical and optical testing were carried out by Shanghai Tech University, which is outside the UCL premises.

DA0208

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

## 4.2. Methodology

### 4.2.1. MBE growth details.

The structures were grown in a Veeco GEN930 solid-source MBE by the MBE group based at UCL and are depicted in Figure 4.1 [43].

The T2SL photodiode consists of periods of 10ML GaSb, 10ML InAs and 1ML In. The InSb layer is grown for strain balance due to the fact that the lattice constant of InAs is 0.75% smaller than that of GaSb.



Figure 4.1: Epitaxial layer structures of a) GaAs and b) Si architecture

In the ***Si architecture***, all epi-layers were directly grown on a Si (100) substrate by MBE, with a 4° offcut towards the [001]. Before the epitaxy growth, the Si substrate was heated in the ultra-high vacuum at 900°C for 30min in order to fully remove the surface native oxide. After the deoxidation, the substrate was cooled down to 400°C in order to grow a 10nm AlSb nucleation layer. After the nucleation layer, the temperature was raised to about 500°C in order to grow the buffer. The buffer consisted of a two-block structure of 100nm superlattice with each period consisting of 10ML AlSb and 10ML GaSb, followed by 500nm GaSb.

After the buffer, the substrate was cooled down to 400°C in order to grow the T2SL structure. The epitaxial layer structure of the nip photodiode (as it is read from bottom to top), consists of an n-doped bottom contact of 500nm (82 periods), an intrinsic region

DA0209

of 2µm (329 periods), and a p-doped top contact of 500nm (82 periods). After the structure, a heavily p+ doped 50nm GaSb cap layer is grown for good ohmic contact property.

The **GaAs architecture** was grown as a reference, where all epi-layers were directly grown on GaAs (001) substrate. After the deoxidation, the substrate was cooled to 590°C in order to grow a smooth layer of 200nm GaAs. Then the substrate was cooled further to 500°C in order to grow a buffer of 1µm GaSb. After the buffer, the T2SL photodiode architecture is grown which is the same as the one from the Si substrate including the cap layer.

## 4.2.2. Device fabrication.

The first device fabrication was carried out at the cleanroom facilities of the London Centre for Nanotechnology (LCN) over a five-day period. The step-by-step fabrication process is depicted in Figure 4.2.

**Part 1** is creating the mesa structures by using photolithography, which is used for device preparation and first photolithography. The Si sample perimeter measurements are 1.272x1.2x1.2x1.18cm (squarish), and the GaAs sample perimeter measurements are 1.6x2.484x3.50cm (trianglish). The first step was to get the sample cleaned and dehydrated. Then the photoresist S1818 was applied and after using the spinner, the sample was baked at 115°C for 60sec. The next step was aligning the sample with the photomask using the Karl Suss Mask Aligner, then exposed the sample to UV light for a period of 3.7sec, and finally developed the sample using developer MF319 for 50sec and a further 6sec in deionised (DI) water.

The next step is the wet etching, which is obtained by submerging the sample into a chemical solution (mixture of 1:1:4:16 of citric acid ($C_6H_8O_7$), phosphoric acid ($H_3PO_4$), hydrogen peroxide ($H_2O_2$) & distilled water ($H_2O$)) for a period of 4 minutes to obtain an etching of 2,000nm (2µm). The final step is removing the photoresist by submerging the sample into solvent 1165 inside a 65°C water bath for 10 minutes and a further 5 minutes in a clean and cold solvent 1165. This process is performed until the etching has been achieved, as T2SL structure is the same in all samples.



Figure 4.2: Step-by-step Device Fabrication Schematic

***Part 2*** is the passivation, which is used to reduce the surface leakage of the mesas. The passivation was carried out using a plasma enhanced chemical vapour deposition (PECVD). The passivation was designed as a low frequency (LF) $SiO_2$ (silicon dioxide) with a thickness of 200nm. A test sample was placed together with the designed sample, to verify the thickness. The final step is placing the test sample under the Horba Jobin Yvon MM16 Control Unit microscope to measure the thickness of the passivation, which in this case was 217nm. The passivation covered the entire mesa (top and laterally).

***Part 3*** is creating the ohmic contacts by using photolithography, which is second photolithography. The first step is to get the sample cleaned and dehydrated. Then the lift-off resist LOR10B was applied and after using the spinner, the sample was baked at 197°C for 10min. Then the photoresist S1818 was applied and after using the spinner, the sample was baked at 115°C for 60sec.

DA0211

The next step was aligning the sample with the photomask using the Karl Suss Mask Aligner, then expose the sample to UV light for a period of 3.7sec, and finally develop the sample with developer MF319 for 50sec and a further 6sec in DI water. The final step is the passivation etching, which is obtained by submerging the sample into a chemical solution (1:1:4:16), same as before.

**Part 4** is the metal deposition, which is carried out using a scientific vacuum system Allen-Bradley sputtering machine (SVS6000) by sputtering 20nm Ti (titanium), 50nm Pt (platinum) and 400nm Au (gold). The final step is the lift-off, which is achieved by submerging the sample into solvent 1165 inside a 65°C water bath for 30 minutes and a further 5 minutes in a clean and cold solvent 1165. This process is performed until a complete lift-off has been achieved in all the samples.

The result of the entire process is depicted in Figure 4.3.



Figure 4.3: Device Fabrication Results

DA0212

## 4.3.  Results

### 4.3.1. Material Characterization.

The material characterisation measurements were carried out in order to assess the quality of the structure before fabrication. All the measurements were carried out in three different EEE laboratories based at UCL.

#### 4.3.1.1.      X-Ray Diffraction

The x-ray diffraction (XRD) results were obtained using a Bede D1 system machine, located at the MBE laboratory based at UCL EEE building.

The Bede machine creates a graph by using the diffracting pattern produced by each component starting from the top contact layer and ending with the substrate. Therefore, the graph depicts the top layer components on the left and the substrate on the right. The graphs depict the structural quality of the material constituting the sample by obtaining the $\omega$-$2\theta$ value.

In order to obtain the best results, the Bede machine needs a starting point and this is given by the material of each sample substrate. In these cases, the substrates are GaAs with an $\omega$ (omega) of 33.0250° and a $\theta$ (theta) of 66.0501°, and Si with an $\omega$ of 34.5635° and a $\theta$ of 69.138°.

The OriginLab software enables the merging of various graphs from different samples. The graphs are centred at the zero peak ($SL_{0th}$), which depicts the intensity of the active region and the comparable measurement is full-width at half maximum (FWHM) which compares the microstrain within the sample. The graphs obtained were one per samples and they are depicted in Figure 4.4.

The resulting graphs depict their superlattice structures by the curve of the graph and the fringes created in between the peaks, which are created by the overlapping of the quantum wells. The curve goes uphill until it reaches its maximum height at zero peak and then goes downhill ending with the peak of the substrate.

DA0213



Figure 4.4: XRD of T2SL for a) GaAs and b) Si substrate

Figure 4.4 (blue) depicts the GaAs sample and its diffracting pattern. The graph depicts clear and defined peaks of up to fourth order depicting a well-defined superlattice structure, as they are grown in the same crystal structure. However, there is a minor threading dislocation due to the direct growth of GaSb over the GaAs substrate, which are depicted between the substrate and the $SL_{2nd}$ peak. The full width half medium (FWHM) for GaAs is 300.2arcs.

Figure 4.4 (red) depicts the Si sample and its diffracting pattern. The graph depicts clear and defined peaks up to second order. After this, there is some scattering due to the crystal structure mismatch which occurs between $SL_{1st}$ peak and the substrate. Additionally, the zero peak overlaps with the GaSb buffer which indicates a nearly lattice matched superlattice layers. There is a large threading dislocation due to the direct growth of AlSb over the Si substrate, which are depicted between the substrate and the $SL_{2nd}$ peak and propagates into the device active region as the $SL_{2nd}$ peak is almost unnoticeable. The FWHM for Si is 331.9arcs, however, this takes into consideration the contributions of GaSb buffer.

DA0214

### 4.3.1.2.    Atomic Force Microscope

The atomic force microscope (AFM) results were obtained using Bruker Dimension icon machine with ScanAsyst software, located at the Nanotechnology Laboratory based at UCL EEE building, and the images were obtained using the NanoScope software.

The Bruker machine creates an image of the morphology of the top layer. However, the NanoScope software helps analyse the information obtained and allows the information to be represented as a 2D image.

The 2D image allows to have a visual comparison of the structure and cluster. The comparison is between the root mean square (RMS) or roughness value and the thickness of the material of the top layer. Then the value is compared to the material's monolayer (ML) as a reference point. These results are depicted in Figure 4.5.



Figure 4.5: AFM of T2SL at 5x5µm² for a) GaAs and b) Si subtrate

Figure 4.5a depicts that the GaAs sample has very smooth surface where the atomic terraces are clearly defined, which demonstrates a good quality structure. The atoms kinetic energy is large enough to overcome the binding energy at the island coast which leads to a roughness transition. The top contact layer is made of 50nm GaSb, where GaSb has a ML of 0.3047nm. The RMS at 5x5µm² is 0.5nm for, which is less than 1.8% of the top contact layer or around 2ML. The height scale is 0.9 to 5.5nm.

DA0215

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

Figure 4.5b depicts that the Si sample has atomic clusters which is the reason of the higher value of the RMS at 5x5µm$^2$, as slightly increasing the size reveals the real structures of the top layer. The top contact layer is made of 50nm GaSb, where GaSb has a ML of 0.3047nm. The RMS at 5x5µm$^2$ is 12nm for, which is around 24% or around 40ML. The height scale is -43.5 to 44.6nm.

### 4.3.1.3.    Photoluminescence

The photoluminescence (PL) results were obtained from the experimental arrangement and then using the BenWin software which gathers information from a custom setting for testing mid-infrared array, located at the laser laboratory based at UCL EEE building.

The BenWin software creates one graph per sample as a function of either the temperature or the incident laser power. After gathering the information of multiple graphs, the OriginLab software allows to merge the graphs. The graphs obtained for temperature and power dependent are depicted in Figure 4.6.



Figure 4.6: PL of T2SL for a) temperature and b) power dependent

Figure 4.6a depicts the power dependence which was carried out at 10K and helped define the power range. The measurements were carried out from 100mW to 600mW. The highest peak for both substrates is at 600mW, where the peak of GaAs at 546nm is 112.86µau (arbitrary unit), while the Si peak at 5365nm is 69.08µau.

DA0216

Figure 4.6b depicts the temperature dependence which was carried out at 400mW and helped define the temperature range. The measurements were carried out from 10K to 300K. The highest peak for both substrates is at 10K, where the peak of GaAs at 5435nm is 70.33µau, while the Si peak at 5380nm is 44.38µau.

## 4.3.2. Electrical Characterization.

The electrical characterisation consists of the measurements of the dark current against bias voltage and against temperature. The results were obtained by Shanghai Tech University, where they tested all samples associated with this project.

### 4.3.2.1.       Bias-dependent Dark Current Density

The dark current ($J_{dark}$) results were collected and analysed by a Keysight semiconductor parameter analyser, located at Shanghai Tech University.

The parameter analyser measured the temperature-dependent I-V characteristics. After gathering the information of multiple graphs, the OriginLab software allows merging of the graphs. The graphs obtained for dark current vs bias voltage are depicted in Figure 4.7.

Figure 4.7a depicts the dark current vs bias voltage of the GaAs substrate. The temperatures were taken at 77K, 130K, 190K and 300K over bias ranging from 0,5V to -1.0V. The largest value measured at 300K and -1.0V is $8\times10^1 A/cm^2$; and the lowest value measured at 77K and -1.0V is $3\times10^0 A/cm^2$. The spread of the dark current between 77K and 300K is less than two orders of magnitude.

Figure 4.7b depicts the dark current vs bias voltage of the Si substrate. The temperatures were taken at 70K, 130K, 190K and 300K over bias ranging from -1.0V to 0.5V. The largest value measured at 300K and -1.0V is $1\times10^2 A/cm^2$; and the lowest value measured at 70K and -1.0V is $4\times10^1 A/cm^2$. The spread of dark current between 70K and 300K is less than one order of magnitude.

DA0217

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*



Figure 4.7: Dark current vs Bias for a) GaAs and b) Si subtrate

The dark current behaviour under bias depicts that the dark current of the GaAs structure is 6% lower than the Si structure within the temperature ranging between 70K and 130K. These results demonstrate that the GaAs spread is 2 orders of magnitude, while the Si spread is less than 1 order of magnitude.

### 4.3.2.2.    Temperature-dependent Dark Current Density

The dark current ($J_{dark}$) results were collected and analysed by a Keysight semiconductor parameter analyser which was configured to measure the temperature dependent dark current at a fixed reverse bias of 0.1V. This machine was located at Shanghai Tech University.

The characterisation of the activation energy ($E_a$) is the absolute value of the slope of this line [48], which is the minimum energy level required to create electron-hole pairs. The crossover temperature is where the diffusion and the generation-recombination currents are equal [22]. The temperature-dependent Arrhenius plots for dark current density are depicted in Figure 4.8.

Figure 4.8a depicts the dark current vs 1/temperature of the GaAs substrate. The measurements were taken at -0.1V with the temperature ranging from 77K to 300K. The activation energy at high temperatures is 53.1meV and at low temperatures is 28.1meV, with $E_g$ of 230meV.

DA0218



Figure 4.8: Arrheniou plot Dark current vs 1/Temperature for a) GaAs and b) Si substrate

Figure 4.8b depicts the dark current vs 1/temperature of the Si substrate. The measurements were taken at -0.1V with the temperature ranging from 77K to 300K. The activation energy at high temperatures is 31.3meV and low temperatures is 9.4meV.

In both substrates, the crossover temperature is 130K. The dark current values at high temperature demonstrates the absence of generation-recombination, as the activation energy is very small suggesting improvements in the doping quality at the contact level is required.

At low temperature, the very small activation energy demonstrates a predominate surface leakage.

DA0219

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

### 4.3.3. Optical Characterization.

The optical characterisation consists of the measurements of quantum efficiency, absolute responsivity and specific detectivity. The results were obtained by Shanghai Tech University, where they tested all samples associated with this project.

### 4.3.3.1.    Responsivity

The responsivity (R) results were collected and analysed using an FTIR (Fourier Transform Infrared) ThermoFisher Nicolet IS50, which gathers information from a custom setting consisting of a variable temperature cryostat and an IR light source, located at Shanghai Tech University.

The software creates one graph per unit change of temperature. After gathering the information of multiple graphs, the OriginLab software allows to merge the graphs. The graphs obtained for responsivity are depicted in Figure 4.9.



Figure 4.9: Responsivity at 130K for a) GaAs and b) Si substrate

Figure 4.9a depicts the responsivity of photodiode grown on the GaAs substrate. The temperatures were taken at 77K and 130K under bias of -0.1V. The largest value measured at 77K and 4.25μm is 1.1A/W; and the lowest value measured at 130K and 4.25μm is 0.98A/W. The absorption edge is around 5.5 μm and the difference between both temperatures is around 0.12A/W.

DA0220

Figure 4.9b depicts the responsivity of photodiode grown on the Si substrate. The temperatures were taken at 70K and 130K under bias of -0.1V. The largest value measured at 70K and 4.25µm is 1.1A/W; and the lowest value measured at 130K and 4.25µm is 0.2A/W. The absorption edge is around 5.5 µm and the difference between both temperatures is around 0.9A/W.

### 4.3.3.2.    External Quantum Efficiency

The external quantum efficiency (EQE) results were obtained using equation E3.5. The software creates one graph per unit change of temperature. After gathering the information of multiple graphs, the OriginLab software allows merging of the graphs. The graphs obtained for responsivity are depicted in Figure 4.10.



Figure 4.10: External Quantum Efficiency at -0.1V for a) GaAs and b) Si substrate

Figure 4.10a depicts the quantum efficiency of photodiode grown on the GaAs substrate. The temperatures were taken at 77K under bias of -0.1V. The largest value measured at 4.25µm is 33.5%. The absorption edge is around 5.5µm.

Figure 4.10b depicts the quantum efficiency of photodiode grown on the Si substrate. The temperatures were taken at 70K under bias of -0.1V. The largest value measured at 4.25µm is 30%. The absorption edge is around 5.5µm. The EQE reduces with temperature and at 77K the EQE is around 25%. The absorption edge is around 5.5µm.

DA0221

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

### 4.3.3.3.    Specific Detectivity

The specific detectivity (D*) results were obtained using equation E3.6. The software creates one graph per unit change of temperature. After gathering the information of multiple graphs, the OriginLab software allows to merge the graphs. The graphs obtained for responsivity are depicted in Figure 4.11.



Figure 4.11: Specific Detectivity for a) GaAs and b) Si substrate

Figure 4.11a depicts the specific detectivity of photodiode grown on the GaAs substrate. The temperatures were taken at 77K and 130K under bias of -0.1V. The largest value measured at 77K and 4μm is $4 \times 10^9$ cmHz$^{1/2}$/W; and the lowest value measured at 130K and 4μm is $1 \times 10^9$ cmHz$^{1/2}$/W. The absorption edge is around 5.5 μm and there is less than half an order of magnitude.

Figure 4.11b depicts the specific detectivity of photodiode grown on the Si substrate. The temperatures were taken at 70K and 130K under bias of -0.1V. The largest value measured at 70K and 4μm is $1 \times 10^9$ cmHz$^{1/2}$/W; and the lowest value measured at 130K and 4μm is $1 \times 10^8$ cmHz$^{1/2}$/W. The absorption edge is around 5.5 μm and there is one order of magnitude.

DA0222

## 4.4.  Discussion

This chapter compared the performance between structures grown on GaAs substrate and Si substrate. Overall, it can be concluded that the performance of the Si architecture is consistent with the performance of the GaAs architecture. The construction of the Si substrate is of good quality, good performance and good migration of the structure grown on GaAs substrate.

The x-ray diffraction of both structures has achieved similar dislocation density at zero peak. There is also some scattering from the Si structure caused by the buffer which is between the substrate and the nip structure where the full-width at half maximum (FWHM) of the Si architecture is 10% bigger than the GaAs architecture due to the contribution of the GaSb buffer.

The photoluminescence of the Si architecture is 40% smaller than the intensity of the GaAs architecture. The optimal temperature is 10K and optimal power is 600mW. The Si peak shifted 1% to the left with respect to the GaAs peak.

The atomic force microscope depicts good crystal qualities for the GaAs architecture, however, the Si architecture developed atomic clusters. The RMS for the Si architecture is 24% bigger than the GaAs architecture.

The dark current behaviour under bias depicts that the dark current of the GaAs architecture is 6% lower than the Si architecture within the temperature ranging between 70K and 130K.

The temperature dependent dark current demonstrates the absence of generation-recombination due to the low values at high temperatures.

The optical characterisation measured the absorption edge of both structures as 5.5µm. The quantum efficiency for the Si architecture is 23% lower than the GaAs architecture. The responsivity for the Si architecture is 80% lower than the intensity of the GaAs architecture. The specific detectivity for the Si architecture is 25% lower than the GaAs architecture and their spread is around 1 order of magnitude.

DA0223

The material characterisation demonstrates that the Si architecture has 60% of the intensity compared to the GaAs architecture. The absorption edge of the GaAs structure is around 5.43µau while for the Si structure is around 5.38µau.

The electrical characterisation demonstrates that GaAs architecture has 6% reduction of the dark current under bias when compared to the Si architecture. The Si architecture has 41% reduction when compared to the dark current under temperature.

These results demonstrate that the direct growth of a T2SL structure over the Si substrate migration has achieved similar structural and optical properties with regards to the GaAs substrate, which is our reference architecture.

These results demonstrate that achieving optimisation of the GaAs substrate before migrating to the Si substrate will result in better growth techniques and hence better architectures.

Therefore, the next Chapter will be comparing three basic structures grown over GaAs substrate before moving to more complex architectures grown directly on Si substrate.

DA0224

# Chapter 5:   Comparison of T2SL detectors of different architectures on GaAs substrate

## 5.1.  Introduction

This chapter compares the performance of the nip, pπn and pπBn architectures grown on GaAs substrates.

The aim was to demonstrate high quality type II superlattice (T2SL) detectors grown on GaAs substrate. With this in mind, the superlattice layers of the structures have the same period of 10ML InAs/ 10ML GaSb with opposite doping types to match the designed configuration. The structures were designed by Dr Jiang Wu.

The main difference in the structures is the use of a unipolar barrier. The structure's layers remain almost the same with just an addition of the barrier within the intrinsic layer in one of the structures creating the pπBn structure. This allows isolation of the performance of the barrier and analyses its overall effect in the structure.

The other differences are the size of the buffer and the material of the top doped contact layer of the architecture between the nip and pπn architectures. This allows comparing of the performance of the different architectures and its contact resistance on the complete structure.

After the growth, the material characterisation measurements were carried out by myself with minor supervision at UCL premises. However, the fabrication process, the electrical and the optical testing were carried out by Shanghai Tech University, which is outside the UCL premises, due to temporary closure of the cleanroom laboratory at LCN.

DA0225

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

## 5.2.  Methodology

### 5.2.1. MBE growth details.

The structures were grown in Veeco GEN930 solid-source MBE by the MBE group based at UCL. These structures are depicted in Figure 5.1 [45].

The T2SL photodiodes consist of different superlattice periods but always ending with a 1ML InSb. The InSb layer is grown for strain balance due to the fact that the lattice constant of InAs is 0.75% smaller than that of GaSb.



Figure 5.1: Epitaxial layer structures for a) nip, b) pπn and c) pπBn architecture

In the *nip architecture,* which consists of an n-doped layer (n), then an intrinsic layer (i), and finally a p-doped layer (p). All epi-layers were directly grown on GaAs (001) substrate by MBE. After the deoxidation, the substrate was cooled down to 590°C in order to grow a 200nm GaAs smooth layer. Then the substrate was cooled further to about 500°C in order to grow a 1μm GaSb buffer layer.

After the buffer, the substrate was cooled down to 400°C in order to grow the T2SL photodiode. The architecture of the nip structure consists of an n-doped bottom contact of 500nm (82 periods of 10ML GaSb/10ML InAs/1ML In), an i-region of 2μm (329 periods of 10ML GaSb/10ML InAs/1ML In), and an p-doped top contact of 500nm (82

DA0226

periods, 10 ML GaSb/10 ML InAs/1ML In). After the structure, a heavily p+ doped 50nm GaSb cap layer is grown for good ohmic contact property.

In the ***pπn architecture***, which consists of a p-doped layer (p), then a near-intrinsic p-doped layer (π) and finally an n-doped layer (n). All epi-layers were directly grown on GaAs (001) substrate by MBE. After the deoxidation, the substrate was cooled down to 590°C in order to grow a 200nm GaAS smooth layer. Then the substrate was cooled further to about 500°C in order to grow a 2µm GaSb buffer layer.

After the buffer, the substrate was cooled down to 400°C in order to grow the T2SL photodiode. The architecture of the pπn structure (as it is read from bottom to top) consists of a p-doped bottom contact of 500nm (82 periods of 10ML GaSb/10ML InAs/1ML In), a π absorber (as it is near-intrinsic p-doped) of 2µm (329 periods of 10ML GaSb/10ML InAs/1ML In), and an n-doped top contact of 250nm (82 periods, 5 ML GaSb/5ML InAs/1ML In). After the structure, a heavily n+ doped 50nm InAs cap layer is grown for good ohmic contact property.

In the ***pπBn architecture***, which consists of a p-doped layer (p), then a near-intrinsic p-doped layer (π), then an n-doped barrier (B) and finally an n-doped layer (n). All epi-layers were directly grown on GaAs (001) substrate by MBE. After the deoxidation, the substrate was cooled down to 590°C in order to grow a 200nm GaAS smooth layer. Then the substrate was cooled further to about 500°C in order to grown a 2µm GaSb buffer layer.

After the buffer, the substrate was cooled down to 400°C in order to grow the T2SL photodiode. The architecture of the pπBn structure consists of a p-doped bottom contact of 500nm (82 periods of 10ML GaSb/10ML InAs/1ML In), a p-doped absorber (π absorber) of 2µm (329 periods of 10ML GaSb/10ML InAs/1ML In), a n-doped barrier of 250nm (41 periods of 6ML AlSb/12ML 6 InAs/1ML In), and an n-doped top contact of 250nm (82 periods, 5 ML GaSb/5ML InAs/1ML In). After the structure, a heavily n+ doped 50nm InAs cap layer is grown for good ohmic contact property.

DA0227

### 5.2.2. Device fabrication.

The device fabrication was carried out by Shanghai Tech University. The device fabrication is a standard procedure regardless of where it takes place. After this, the electrical and the optical characterisation were also carried out by Shanghai Tech University. The step-by-step fabrication process is depicted in Figure 5.2.



Figure 5.2: Step-by-step Device Fabrication Schematic

According to Shanghai Tech University, the wafer was processed into circular mesas of variable diameters [45] using the standard process of UV photolithography technique. The mesas were defined by wet chemical etching with a chemical solution (mixture of 1:1:4:16 of citric acid ($C_6H_8O_7$), phosphoric acid ($H_3PO_4$), hydrogen peroxide ($H_2O_2$) & distilled water ($H_2O$)).

The passivation applied was SU8 using a spinner and soft bake. Then metal was deposited by sputtering 50nm Ti, 50nm Pt and 300nm Au. Finally, the samples underwent a lift-off process to remove the excess of metal.

DA0228

## 5.3.  Results

### 5.3.1. Material Characterization.

The material characterisation measurements were carried out in order to assess the quality of the structure before fabrication. All the measurements were carried out in three different EEE laboratories based at UCL.

#### 5.3.1.1.      X-Ray Diffraction

The x-ray diffraction (XRD) results were obtained using a Bede D1 system machine, located at the MBE laboratory based at UCL EEE building.

The Bede machine creates a graph by using the diffracting pattern produced by each component starting from the top contact layer and ending with the substrate. Therefore, the graph depicts the top layer components on the left and the substrate on the right. The graphs depict the structural quality of the material constituting the sample by obtaining the ω-2θ value.

In order to obtain the best results, the Bede machine needs a starting point and this is given by the material of each sample substrate. In this case, the substrate is GaAs with an ω (omega) of 33.0250° and a θ (theta) of 66.0501.

The OriginLab software enables the merging of various graphs from different samples. The graphs are centred at substrates as they are all GaAs samples. The graphs obtained were one per sample and they are depicted in Figure 5.3.

The resulting graphs depict their superlattice structure by the curve of the graph and the fringes created in between the peaks, which is created by the overlapping of the quantum wells. The curve goes uphill until it reaches its maximum height at zero peak and then goes downhill ending with the peak of the substrate.

The diffracting pattern of graphs depict clear and defined peaks up to fourth order depicting a well-defined superlattice structure, as they are grown in the same crystal structure. However, there is a minor threading dislocation due to the direct growth of

DA0229

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

GaSb over the GaAs substrate, which is depicted between the substrate and $SL_{2nd}$ represents. The threading dislocation is created by the direct growth of GaSb over the GaAs substrate. In case of the nip structure this layer is 1,000nm, while for the pπn and pπBn structures is 2,000nm.

The shift of the $SL_{-1st}$ of the pπn and pπBn structures from nip structures is due to the fact that the nip structure comprises of 10ML GaSb/10ML InAs while the other two structures are 5ML GaSb/5ML InAs.

The division of the $SL_{0th}$ peak is due to the fact that the nip structure has intrinsic material while the pπn and pπBn has a p-doped absorber. The only peak which is identical in all structure is $SL_{1st}$ as it has the same construction in all the structures.



Figure 5.3: XRD of T2SL for a) nip, b) pπn and c) pπBn structures

Figure 5.3 (green) depicts the nip structure and the FWHM at zero peak is 300.2arcs. The diffracting pattern of the graph depicts clear and define peaks up to fourth order depicting a well-defined superlattice structure, as they are grown in the same crystal structure. However, there is a minor threading dislocation due to the direct growth of GaSb over the GaAs substrate.

DA0230

Figure 5.3 (red) depicts the pπn structure and the FWHM at zero peak is 235arcsec. The diffracting pattern of the graph also depicts up to fourth order peaks these are not as well defined as the nip structure.

Figure 5.3 (blue) depicts the pπBn structure and the FWHM at zero peak is 223arcsec. The diffracting pattern of the graph also depicts up to fourth order peaks but these are not as well defined as the nip structure. However, these are the same as pπn structures with the only difference in the $SL_{-1st}$ order where the pπBn structure has an additional peak depicting the barrier.

### 5.3.1.2.        Atomic Force Microscope

The atomic force microscope (AFM) results were obtained using Bruker Dimension icon machine with ScanAsyst software, located at the Nanotechnology Laboratory based at UCL EEE building, and the images were obtained using the NanoScope software.

The Bruker machine creates an image of the morphology of the top layer. However, the NanoScope software helps analyse the information obtained and allows the information to be represented as a 2D image.

The 2D image allows to have a visual comparison of the structure and cluster. The comparison is between the root mean square (RMS) or roughness value and the thickness of the material of the top layer. Then the value is compared to the material's monolayer (ML) as a reference point. These results are depicted in Figure 5.4. The height scale in all graphs is 0 to 5nm.

Figure 5.4a depicts the nip structure, where its top contact layer is made of 50nm GaSb with a ML of 0.3047nm. The RMS at $5x5\mu m^2$ is 0.5nm, which is less than 2% of the top contact layer or around 2ML.

Figure 5.4b depicts the pπn structures, where its top contact layer is made of 50nm InAs with a ML of 0.3029nm. The RMS at $5x5\mu m^2$ is 0.9nm, which is less than 3ML.

DA0231

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*



**Figure 5.4: AFM of T2SL at 5x5μm² for a) nip, b) pπn and c) pπBn structures**

Figure 5.4c depicts the pπBn structure, where its top contact layer is made of 50nm InAs with a ML of 0.3029nm. The RMS at 5x5μm² is 1.32nm, which is less than 5ML.

### 5.3.1.3.    Photoluminescence

The photoluminescence (PL) results were obtained from the experimental arrangement, located at the laser laboratory based at UCL EEE building.

In both cases, the samples were placed in cryostat cooling system. Then the temperature was reduced to 10K, as this has proved to be the optimal value from the results obtained in Chapter 4. Then the power measurement started at around 600mW, as this has proved to be the optimal value from the results obtained in Chapter 4.

DA0232

The BenWin software was unable to detect any peaks at 600mW, therefore, the power range was increased. The new power range was from 10mW to 1,000mW and still no visible peaks were found. The same experiment was attempted in three different session and no results were derived.

## 5.3.2. Electrical Characterization.

The electrical characterisation consists of the measurements of the dark current against bias voltage and temperature. The results were obtained by Shanghai Tech University, where they tested all samples associated with this project. In order to do their testing, Shanghai University performed their own device fabrication using SU8 as their choice for passivation.

### 5.3.2.1.    Bias-dependent Dark Current Density

The dark current ($J_{dark}$) results were collected and analysed by a Keysight semiconductor parameter analyser, located at Shanghai Tech University.

The parameter analyser measured the temperature-dependent I-V characteristics. After gathering the information of multiple graphs, the OriginLab software allows to merge the graphs. The graphs obtained for dark current vs bias voltage are depicted in Figure 5.5.

Figure 5.5a depicts the dark current vs bias voltage of the nip and pπn structure. The temperatures were taken at 77K, 130K and 190K over bias ranging from 0.5V to -1.0V. The largest value of the nip structure measured at 190K and -0.6V is $2x10^1 A/cm^2$; and the lowest value measured at 77K and -0.6V is $1.8x10^0 A/cm^2$. The spread of the dark current between 77K and 190K is a bit over one order of magnitude. The largest value of pπn structure measured at 190K and -0.6V is $6x10^1 A/cm^2$; and the lowest value measured at 77K and -0.6V is $8x10^1 A/cm^2$. The spread of the dark current between 77K and 190K is less than half an order of magnitude.

DA0233

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*



Figure 5.5: Dark current vs bias for a) nip & pπn and b) pπBn structures

Figure 5.5b depicts the dark current vs bias voltage of the pπBn structure. The temperatures were taken at 70K, 130K, 190K and 300K over bias range from -1.0V to 0.5V. The largest value measured at 190K and -1.0V is $9\times10^{-1}$A/cm$^2$; and the lowest value measured at 77K and -1.0V is $5\times10^{-3}$A/cm$^2$. The spread of dark current between 70K and 190K is less than three orders of magnitude, while the spread of dark current between 70K and 300K is almost four orders of magnitude.

### 5.3.2.2.    Temperature-dependent Dark Current Density

The dark current ($J_{dark}$) results were collected and analysed by a Keysight semiconductor parameter analyser which was configured to measure the temperature dependent dark current at a fixed reverse bias of 0.1V. This machine was located at Shanghai Tech University.

The characterisation of the activation energy ($E_a$) is the absolute value of the slope of this line [48], which is the minimum energy level required to create electron-hole pairs. The temperature dependent Arrhenius plots of the dark current density are depicted in Figure 5.6. The crossover temperature is 130K.

Figure 5.6a depicts the dark current vs 1/temperature of the nip structure. The measurements were taken at -0.1V with the temperature ranging from 77K to 300K. The activation energy at high temperatures is 53.1meV and at low temperatures is

DA0234

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

28.1meV, with $E_g$ of 230meV. The dark current values at high temperature demonstrate the surface leakage dominant and at low temperature demonstrate the absence of the generation-recombination mechanism.



Figure 5.6: Arrheniou plot of Dark current vs 1/Temperature a) nip, b) pπn and c) pπBn structures

Figure 5.6b depicts the dark current vs 1/temperature of the pπn structure. The measurements were taken at -0.1V with the temperature ranging from 77K to 300K. The activation energy at high temperatures is 126.8meV and low temperatures is 9.7meV. The dark current values at high temperature demonstrates mainly contribution by diffusion, as the activation energy is closer to the energy gap. At low temperature demonstrate generation-recombination mechanism dominant, as the activation energy is very small.

DA0235

Figure 5.6c depicts the dark current vs 1/temperature of the pπBn structure. The measurements were taken at -0.1V with the temperature ranging from 77K to 300K. The activation energy at high temperatures is 159.9meV and low temperatures is 61.6meV, with $E_g$ of ~184meV. The dark current values at high temperature demonstrates mainly contribution by diffusion, as the activation energy is closer to the energy gap. At low temperature, the activation energy is around a third of the energy gap demonstrating a mechanism limited by the generation-recombination.

### 5.3.3. Optical Characterization.

The optical characterisation consists of the measurements of quantum efficiency, absolute responsivity and specific detectivity. The results were obtained by Shanghai Tech University, where they tested all samples associated with this project.

### 5.3.3.1.    Responsivity

The responsivity (R) results were collected and analysed using an FTIR (Fourier Transform Infrared) ThermoFisher Nicolet IS50, which gathers information from a custom setting consisting of a variable temperature cryostat and an IR light source, located at Shanghai Tech University.

The software creates one graph per unit change of temperature. After gathering the information of multiple graphs, the OriginLab software allows to merge the graphs. The graphs obtained for responsivity are depicted in Figure 5.7.

Figure 5.7a depicts the responsivity of the nip structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value measured at 77K and 4.25μm is 0.55A/W; and the lowest value measured at 190K under 4.25μm is 0.15A/W. The absorption edge is around 5.5 μm and the difference between both temperatures is around 0.4A/W.

Figure 5.7b depicts the responsivity of the pπn structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value measured at 77K and

DA0236

6.0µm is 0.06A/W; and the lowest value measured at 190K and 6.0µm is 0.006A/W. The absorption edge is around 6.5 µm and the difference between both temperatures is around 0.014A/W.



Figure 5.7: Responsivity for a) nip, b) pπn and c) pπBn structures

Figure 5.7c depicts the responsivity of the pπBn structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value measured at 77K and 6.0µm is 0.6A/W; and the lowest value measured at 190K and 6.0µm is 0.3A/W. The absorption edge is around 6.5 µm and the difference between both temperatures is around 0.3A/W.

The difference of 1 µm between the absorption layer of the nip structures and the other two structures is due to the top superlattice layer. The top superlattice layers are: for

DA0237

nip the p-doped layer is 10ML GaSb/10ML InAs, and for pπn and pπBn the n-doped layer is 5ML GaSb/ 5ML InAs.

### 5.3.3.2.        External Quantum Efficiency

The external quantum efficiency (EQE) results were obtained using equation E3.5. The software creates one graph per unit change of temperature. After gathering the information of multiple graphs, the OriginLab software allows to merge the graphs. The graphs obtained for responsivity are depicted in Figure 5.8.



Figure 5.8: External Quantum Efficiency for a) nip, b) pπn and c) pπBn structures

Figure 5.8a depicts the quantum efficiency of the nip structures. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value is measured at 130K and 4.25μm is 17.5%. The absorption edge is around 5.5 μm.

DA0238

Figure 5.8b depicts the quantum efficiency of the pπn structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value is measured at 77K and 3.0μm is 0.6%. The absorption edge is around 6.5 μm.

Figure 5.8c depicts the quantum efficiency of the pπBn structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The highest is measured at 130K and 3.25μm is 23%. The absorption edge is around 6.5 μm.

### 5.3.3.3.    Specific Detectivity

The specific detectivity (D*) results were obtained using equation E3.6. The software creates one graph per each change of temperature. After gathering the information of multiple graphs, the OriginLab software allows to merge the graphs. The graphs obtained for responsivity are depicted in Figure 5.9.

Figure 5.9a depicts the specific detectivity of the nip structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value measured at 77K and 4μm is $2x10^9 cmHz^{1/2}/W$; and the lowest value measured at 190K and 4μm is $2x10^8 cmHz^{1/2}/W$. The absorption edge is around 5.5 μm and the difference is one order of magnitude.

Figure 5.9b depicts the specific detectivity of the pπn structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value measured at 77K and 4μm is $1x10^8 cmHz^{1/2}/W$; and the lowest value measured at 190K and 4μm is $5x10^6 cmHz^{1/2}/W$. The absorption edge is around 6.5 μm and the difference is around one and a half order of magnitude.

Figure 5.9c depicts the specific detectivity of the pπBn structure. The temperatures were taken at 77K, 130K and 190K under bias of 0V. The largest value measured at 77K and 4μm is $1x10^{11} cmHz^{1/2}/W$; and the lowest value measured at 190K and 4μm is $2x10^9 cmHz^{1/2}/W$. The absorption edge is around 6.5 μm and the difference is around two orders of magnitude.

DA0239



Figure 5.9: Specific Detectivity for a) nip, b) pπn and c) pπBn structures

DA0240

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

## 5.4. Discussion

This chapter compares the performance of three T2SL structures grown on GaAs substrates, which were nip, pπn and pπBn. Overall, it can be concluded that the pπBn was the best architecture due to the wide bandgap unipolar barrier, as it demonstrates the best results in all parameters.

The x-ray diffraction of the pπn and pπBn have similar architectures due to the p-doped absorber and therefore depicts similar shape peaks, which is considerably smaller than the nip. The three structures have achieved similar dislocation density as it depicts fourth order well-define peaks and minor threading dislocation due to direct growth over GaAs substrate.

The atomic force microscope depicts good crystal qualities. All the structures were grown directly on GaAs substrate, which demonstrate very smooth surface with clear atomic terraces. for GaAs substrate. The RMS for nip is 0.5nm (1%), for pπn is 0.9nm (1.8%) and for pπBn is 1.32nm (2.6%).

The dark current behaviour under bias depicts that the pπBn structure has the smallest dark current overall. For the pπn and nip spread is around 1 order between 77K and 190K, while the pπBn spread is around 4 orders of magnitude between 77K and 300K. The wide spread of pπBn can be attributed to poor-quality passivation.

The optical characterisation measured the absorption edge of pπn and pπBn to be 6.5μm and for nip it was 5.5μm. The quantum efficiency for pπBn is 23% while for pπn is 0.6%. The responsivity at 77K depicts the same value for nip and pπBn at their highest value. The specific detectivity at 77K depicts the highest value for pπBn while the pπn is around 3 orders of magnitude smaller.

These results demonstrate that the pπBn has best architecture due to the wide bandgap unipolar barrier. Therefore, future research should compare architectures with more complexity grown directly on Si substrate.

DA0241

# Chapter 6:    Conclusion & Future Work

## 6.1.  Conclusion

The aim of this project was to compare the performance between the InAs/GaSb T2SL architectures grown on Si substrate and on GaAs substrate, while finding the best T2SL structure and optimising its architecture in order to develop an IR detector capable of being monolithically integrated.

In order to achieve this, the project was divided in two experiments. The first experiment achieved the first direct growth of an InAs/GaSb T2SL photodiode on Si substrate by molecular beam epitaxy. The second experiment achieved direct growth of an InAs/GaSb T2SL photodiode on GaAs substrate with multiple structures (pπn, nip and pπBn) by molecular beam epitxy.

The ***first experiment*** compared the performance between structures grown on GaAs and Si substrate. The results are depicted in Table 6.1.

The *material characterisation results* are:
  a) X-ray diffraction (XRD) of both architectures has achieved similar dislocation density at zero peak, where the Si is 10% bigger than the GaAs due to the contribution of the GaSb buffer to the zero peak.
  b) Photoluminescence (PL) of the Si peaks are around 40% weaker than the intensity of the GaAs, where their peak wavelength shifted 1% to the left with respect to the GaAs peak.
  c) Atomic force microscope (AFM) of the Si RMS (root mean square) is 24% bigger than the GaAs. The GaAs architecture exhibits good crystal qualities while the Si architecture exhibits atomic clusters.

The *electrical characterisation results* are:
  a) Bias dependent dark current ($J_{dark}$) of the GaAs is 6% smaller than the Si.
  b) Temperature dependent dark current ($J_{dark}$) of the Si is 40% smaller than the GaAs.

DA0242

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

The *optical characterisation results* are:

a)  Responsivity (R) for the Si is 80% smaller than that of the GaAs;

b)  Quantum efficiency (QE) for the Si is 23% lower than the GaAs; and

c)  Specific detectivity (D*) for the Si is 25% lower than the GaAs.

Table 6.1: First experiment results (GaAs and Si substrate)

| Characterisation Results | | Parameter | GaAs | Si |
|---|---|---|---|---|
| Material | XRD | FWHM [arcs] | 300.2 | 331.9 |
| | PL | @ 10K [µau] | 70.33 | 44.38 |
| | | Absorption edge [µm] | 5.43 | 5.38 |
| | AFM | RMS @ 5x5µm$^2$ [nm] | 0.5 | 12 |
| Electrical | $J_{dark}$ vs V | @ 300K & -1V [A/cm$^2$] | $1.8\times10^1$ | $1\times10^2$ |
| | $J_{dark}$ vs 1/T | above 130K [meV] | 53.1 | 28.1 |
| | | below 130k [meV] | absence of G-R mechanisms | |
| Optical | | Absorption edge [µm] | ~5.5 | ~5.5 |
| | R | @ 130K/ -1V/ 4.25µm [A/W] | 0.98 | 0.2 |
| | QE | @ 77K/ -1V/ 4.25µm | 33.46% | 25% |
| | D* | @ 130K/ -1V/ 4µm [cmHz$^{½}$/W] | $1\times10^9$ | $1\times10^8$ |

Overall, it can be concluded that the performance of the Si architecture is consistent with the performance of the GaAs architecture. The construction of the Si substrate is of good quality, good performance and good migration of the structure grown on GaAs substrate.

This **second experiment** compared the performance of three different T2SL structures (nip, pπn and pπBn) grown on GaAs substrates. The results are depicted in Table 6.2.

The *material characterisation results* are:

a)  XRD of the three structures have achieved similar dislocation density at zero peak as well as depicting 4th order well-defined peaks and minor dislocation due to the direct growth over GaAs substrate. The pπn and pπBn structure have similar architectures and shape peaks due to the π-absorber, which is considerably smaller than the nip.

b)  AFM of all the structures depict good crystal qualities demonstrating very smooth surfaces with clear atomic terraces.

DA0243

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

The *electrical characterisation results*:

a) Bias dependent dark current of the pπBn structure is around 4 orders of magnitude smaller than the pπn structure. The spread between 77K and 190K for pπBn structure is around 2 orders of magnitude, which can be attributed to poor-quality passivation.

b) Temperature dependent dark current of the pπBn structures is 67% smaller than the nip structure. The dark current values for the pπn and the pπBn are closer to the value of the energy bandgap (~184meV) demonstrating contribution mainly by diffusion.

The *optical characterisation results* are:

a) R for nip and pπBn structures depicts similar values at 77K.

b) QE for pπBn structure is 97% larger than the pπn structure.

c) D* for pπn structure is around 3 orders of magnitude smaller than the pπBn structure.

Table 6.2: Second experiment results (nip, pπn and pπBn structures)

| Characterisation Results | | Parameter | nip | pπn | pπBn |
|---|---|---|---|---|---|
| Optical | XRD | FWHM [arcs] | 300.2 | 235 | 223 |
| | AFM | RMS @ 5x5 µm$^2$ [nm] | 0.5 | 0.9 | 1.32 |
| Electrical | $J_{dark}$ vs V | @ 77K & -0.6V [A/cm$^2$] | $1.8 \times 10^0$ | $6 \times 10^1$ | $5 \times 10^{-3}$ |
| | $J_{dark}$ vs $1/T$ | above 130K [meV] | 53.1 | 126.8 | 159.9 |
| Optical | | Absorption edge [µm] | ~5.5 | ~6.5 | ~6.5 |
| | R | @ 77K/ 0V/ [A/W] | 0.55 @ 4.25µm | 0.6 @ 6µm | 0.6 @ 6µm |
| | QE | @ 77K/ -1V | 17.5% @ 4.25µm | 0.6% @ 6µm | 23% @ 6µm |
| | D* | @ 77K/ 0V/ 4.0 µm [cmHz$^{1/2}$/W] | $2 \times 10^9$ | $1 \times 10^8$ | $1 \times 10^{11}$ |

Overall, it can be concluded that the pπBn structure has the best overall results due to the wide bandgap unipolar barrier, as it has the highest specific detectivity and quantum efficiency, and the lowest bias temperature dependent dark current.

DA0244

## 6.2.  Future Work

This project research was focused on comparing the performance of new InAs/GaSb T2SL architectures directly grown on Si and GaAs substrates. In order to achieve these results, the research focused on two experiments:

a)  the comparison between the same T2SL photodiode grown on GaAs substrate and on Si substrate; and

b)  the comparison between different T2SL photodiode grown on GaAs substrate.

Therefore, the future work should focus on two aspects:

a)  in optimisation of Si growth technique, and

b)  in developing new T2SL architectures by using unipolar barrier.

The aim of the optimisation is to increase the density of sensors built within one sample, as this project was focused on single pixel fabrication. The optimisation of the T2SL growth technique requires that the threading dislocation density must be reduced so it is important to further optimise the growth process. This requires direct growth on Si substrate was based on the construction of a superlattice buffer including a two-block breakout distribution and a thin nucleation layer. Therefore, the optimisation needs to be in the buffer because the T2SL structure is the same as the reference sample.

The aim of developing new structures is enhancing the device performance as depicted in this research, the more complex the T2SL structure the better dark current and quantum efficiency obtained. This could be achieved by developing new T2SL structures by using existing unipolar barriers used in bulk materials such as M-structure and N-structures, or by developing a completely new structures with the aim of direct growth on Si substrate. These architectures should focus only on the T2SL structure by standardising the rest of the architecture in order to isolate the performance of the T2SL structure.

Regardless of which approach to take, the overall aim of future work is developing an T2SL IR photodiode directly grown on Si substrate for the purpose of being used as a sensor within an IR camera. The objective is to experiment with different growth

DA0245

conditions such as temperature, thickness and alloys to create a T2SL with a better overall performance.

Based on this research project, Lancaster University has created their own version of T2SL IR photodetector directly grown on Si substrate by modifying mainly the buffer, as expected. The modification in the buffer included a thicker nucleation layer grown, a thicker buffer but still using the same two-block breakout distribution, and a new dislocation filter all grown at the same higher temperature. The InAs/InAsSb SL nBn structure was grown and the results obtained were a dark current density at 200K and 100mV is $1.4 \times 10^{-2}$ A/cm$^2$, quantum efficiency at 200K is 25.6% and maximum specific detectivity of $3.65 \times 10^{10}$ Jones (cmHz$^{1/2}$/W), with cutoff wavelength (absorption edge) of ~5.5μm [30]. Therefore, this publication demonstrates that the contribution of this research towards direct growth on Si substrates can be used with different: alloy combinations, growth conditions and SL structures.

However, this research faced many disruptions due to closure of the MBE laboratory for a year of maintenance, to the closure of the cleanroom for a year of maintenance, and to intermittent closure of the PL laboratory for 18 months. This problem delayed the growth of the samples and thus having a cascaded effect until final fabrication.

The other problem associated with this research was the lack of equipment required to perform all the electrical and optical characterisation, which had to be done by Shanghai Tech University in China. This problem meant that the measurements were done at different stages of the research and therefore the measurements were different limiting the interpretation of the results.

Therefore, the best way to improve the results is to control the measurement by having access to all the equipment required over the entire project.

DA0246

# Bibliography

1.  *Yan-Feng Lao, Seyoum Wolde, A. G. Unil Perera, Y. H. Zhang, M. Wang, C. Liu, J. O. Kim, Ted Schuler-Sandy, Zhao-Bing Tian, and S. S. Krishna*; **InAs/GaAs p-type quantum dot infrared photodetector with higher efficiency;** Applied Physics Letters 103, 241115 (2013)

2.  *Piotr Martyniuk, Antoni Rogalski*; **Modeling of MWIR CdHgTe complementary barrier HOT detector**; Solid-State Electronics 80, pp 96–104 (2013).

3.  *Piotr Martyniuk, Waldemar Gawron, Dawid St ¸epie´n, Djalal Benyahia, Andrzej Kowalewski, Krystian Michalczewski, and Antoni Rogalski;* **Demonstration of Mid-Wave Type-II Superlattice**; IEEE Electron Device Letters, VOL. 37, NO. 1, January 2016.

4.  *Igor Vurgaftman, Chadwick L. Canedy, Eric M. Jackson, Jill A. Nolde, Chaffra A. Affouda, Edward H. Aifer, Jerry R. Meyer;* **Analysis and performance of type-II superlattice infrared detectors**; Optical Engineering 50(20), 061007 (June 2011)

5.  *A. Rogalski*; **History of infrared detectors**; Opto−Electron. Rev., 6, no. 3, 2012.

6.  *Dr David R Selviah, Dr Sally E Day, Dr Huiyun Liu;* **Advanced Photonics Devices (*Lecture*)**; Department of Electronic and Electrical Engineering UCL.

7.  *Prof Jasprit Singh*; **Semiconductor Technology: Materials, Physics, Devices, Technology (*Book*)**; www.eecs.umich.edu/~singh

8.  *Jenny Nelson;* **The Physics of Solar Cells (*Book*)**; Imperial College Press; 2004.

9.  *Prof (Emeritus) Chenming Calvin Hu;* **Modern Semiconductor Devices for Integrated Circuits (Book)**; Pearson; 2009.

10. *T. Tansel, M. Hostut, S. Elagoz, A. Kilic, Y. Ergun, A. Aydinli;* **Electrical performance of InAs/AlSb/GaSb superlattice photodetectors**; Superlattices and Microstructures 91, pp 1-7 (2016).

11. *Elena A. Plis*; **InAs/GaSb Type-II Superlattice Detectors;** Hindawi Publishing Corporation Advances in Electronics Volume 614, Article ID 246769.

12. *S. Abdollahi Pour, E. K. Huang, G. Chen, A. Haddadi, B.-M. Nguyen, and M. Razeghi;* **High operating temperature midwave infrared photodiodes and focal plane arrays based on type-II InAs/GaSb superlattices;** Appl. Phys. Lett. 98, 143501 (2011).

13. *E. Plis, M.N. Kutty, S. Myers, H.S. Kim, N. Gautam, L.R. Dawson, S. Krishna;* **Passivation of LWIR InAs/GaSb strained layer superlattice detectors**; Infrared Physics & Technology 54, pp 252-257 (2011).

DA0247

14. *Elizabeth H. Steenbergen, Gamini Ariyawansa, Charles J. Reyner, Geoffrey D. Jenkins, Christian P. Morath, Joshua M. Duran, John E. Scheihing, Vincent M. Cowana*; **A recent review of mid-wavelength infrared type-II superlattices carrier localization, device performance, and radiation tolerance;** Quantum Sensing and Nano Electronics and Photonics XIV, Proc. of SPIE Vol. 10111, 1011104 (2017).

15. *Elizabeth H. Steenbergen, Kalyan Nunna, Lu Ouyang, Bruno Ullrich, Diana L. Huffaker, David J. Smith, Yong-Hang Zhang*; **Strain-balanced InAs/InAs1-xSbx type-II superlattices grown by molecular beam epitaxy on GaSb substrates**; Journal of Vacuum Science & Technology B, Nanotechnology and Microelectronics: Materials, Processing, Measurement, and Phenomena 30, 02B107 (2012).

16. *Omer Salihoglu, Abdullah Muti, Kutlu Kutluer, Tunay Tansel, Rasit Turan, Yuksel Ergun, and Atilla Aydinli*; **"N" structure for type-II superlattice photodetectors**; Appl. Phys. Lett. 101, 073505 (2012).

17. *Antoni Rogalski*; **Infrared detectors: an overview**; Infrared Physics & Technology 43, pp 187–210 (2002).

18. *A. Rogalski*; **Infrared Detectors for the Future**; Optical and Acoustical Methods in Science and Technology Vol. 116 (2009).

19. *N. Gautam, H. S. Kim, M. N. Kutty, E. Plis, L. R. Dawson, and S. Krishna;* **Performance improvement of longwave infrared photodetector based on type-II InAs/GaSb superlattices using unipolar current blocking layers;** Appl. Phys. Lett. 96, 231107 (2010).

20. *Antonio Ragalski*, **Infrared Detectors (book),** CRC Press (2011).

21. *A. Rogalski, P. Martyniuk, and M. Kopytko;* **InAs/GaSb Type-II superlattice infrared detectors: future prospect;** Appl. Phys. Rev. 4, 031304 (2017).

22. *Manijeh Razeghi, and Binh-Minh Nguyen;* **Band gap tunability of Type II Antimonide-based superlattices;** Physics Procedia 3 (2010).

23. *P. Martyniuk, M. Kopytko, and A. Rogalski;* **Barrier infrared detectors;** Opto-electronics Review 22 (2014).

24. *Claude Weisbuch, and Borge Vinter;* **Quantum Semiconductor Structures: Fundamentals and Applications (book);** Academic Press (1991).

25. *Greg Parker;* **Introductory Semiconductor Device Physics (book);** IOP Publishing Ltd (2004).

26. *John Orton and Tom Foxon;* **Molecular Beam Epitaxy: a short history (book);** Oxford University Press (2015).

27. *Thomas Ihn;* **Semiconductor Nanostructures: Quantum states and electronic transport (book);** Oxford University Press (2009).

DA0248

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

28. *Ugur Serincan, Bulent Arikan, Onur Senel;* **Direct growth of type II InAs/GaSb superlattice MWIR photodetector on GaAs substrate;** Superlattice and Microstructures 16, pp 15-21 (2018).

29. *Donghai Wu, Arash Dehzangi, and Manijeh Razeghi;* **Demonstration of mid-wavelength infrared nBn photodetectors based on type-II InAs/InAs1-xSbx superlattice grown by metal-organic chemical vapor deposition;** Appl. Phys. Letter 115, 061102 (2019).

30. *Evangelia Delli, Veronica Letka, Peter D Hodgson, Eva Repiso, Jonathan P. Hayton, Adam P Craig, Qi Lu, Richard Beanland, Anthony Krier, Andrew R J Marshall, and Peter J Carrington;* **Mid-infrared InAs/InAsSb superlattice nBn photodetector monolithically integrated onto Silicon;** ACS Photonics 6, 538-544 (2019).

31. *L. Solymar, D. Walsh,* **Lectures on the Electrical Properties of Materials (book),** Oxford Science Publication (1990).

32. *Ali T Hajiah,* **Materials catalogue, EPI Materials Ltd., Lancaster Way, Ely, Cambridge-shire, CB6 3NW UK.**

33. *E. Scott Barr;* **The Infrared Pioneers I**; Infrared Physics Vol. 1 (1961).

34. *E. Scott Barr;* **The Infrared Pioneers II;** Infrared Physics Vol. 2 (1962).

35. *E. Scott Barr;* **The Infrared Pioneers III;** Infrared Physics Vol. 3 (1963).

36. *A. Rogalski and J. Piotrowski;* **Intrinsic Infrared Detectors;** Prog Quant Electr vol. 12 (1998).

37. *Paul R. Norton;* **Infrared detectors in the next millennium;** Proc. SPIE 3698, Infrared Technology and Applications XXV (1999).

38. *M.B. Reine, A.K. Sood and T.J. Tredwell;* **Semiconductors and Semimetals (book);** Academic Press, Chapter 6 (1981).

39. *S.C. Choo;* **Carrier Generation-Recombination in the space-charge region of an asymmetrical pn junction;** Solid-State Electronic, Pergamon Press vol. 11 (1968).

40. *Paul Harrison;* **Quantum Wells, Wires and Dots (book);** John Wiley & Sons Ltd (2009).

41. *A. Rogalski, P. Martyniuk, M. Kopytko;* **Type-II superlattice photodetectors versus CdHgTe photodiode;** Progress in Quantum Electronics (2019).

42. *D. Selviah, H. Liu;* **Advance Photonic Devices;** UCL EEE Lecture (2018).

43. *Claudia González Burguete, Daqian Guo, Pamela Jurczak, Fan Cui, Mingchu Tang, Wei Chen, Zhuo Deng, Yaojiang Chen, Marina Gutiérrez, Baile Chen, Huiyun Liu, Jiang Wu;* **Direct growth of InAs/GaSb type II superlattice photodiodes on silicon substrates**; IET Optoelectronics, vol. 12, no. 1, pp. 2-4, February 2018.

44. *Zhuo Deng, Daqian Guo, Claudia González Burguete, Zongheng Xie, Jian Huang, Huiyun Liu, Jiang Wu, Baile Chen;* **Demonstration of Si based InAs/GaSb type-II**

DA0249

**superlattice pin photodetector**; Infrared Physics and Technology, vol. 101, pp. 133-137, September 2019.

45. *Zhuo Deng, Daqian Guo, Jian Huang, Huiyun Liu, Jiang Wu, Baile Chen;* **Mid-wave infrared InAs/GaSb type II superlattice photodetector with nBp design grown GaAs substrate;** IEEE Journal of Quantum Electronics, vol. 55, August 2019.

46. *B-M. Nguyen, M. Razeghi*; **Type-II "M" Structure Photodiodes: An Alternative Material Design for Mid-Wave to Long Wavelength Infrared Regimes**; Quantum Sensing and Nanophotonic Devices IV, edited by Manijeh Razeghi, Gail J. Brown, Proc. of SPIE Vol. 6479, 64790S (2007).

47. *David Z. Ting, Alexander Soibel, Sam A. Keo, Sir B. Rafol, Jason M. Mumolo, John K. Liu, Cory J. Hill, Arezou Khoshakhlagh, Linda Höglund, Edward M. Luong, Sarath D. Gunapala*; **Development of quantum well, quantum dot, and type II superlattice infrared photodetectors;** Journal of Applied Remote Sensing 084998-1 Vol. 8 (2014).

48. *Ralf Widenhorn, Morley M. Blouke, Alexander Weber, Armin Rest, and Erik Bodegom;* **Temperature dependence of dark current in a CCD;** SPIE Vol 4669 (2002).

49. ISO 20473:2007.

50. *F. Pelayo García de Arquer, Ardalan Armin, Paul Meredith, and Edward H. Sargent;* **Solution-processed semiconductors for next-generation photodetectors;** Nature Reviews (Materials) Vol 2, article number 16100 (2017).

51. *Adeela Rehman, Soo-Jin Park;* **State of the art two-dimensional materials-based photodetectors: Prospects, challenges and future outlook;** Journal of Industrial and Engineering Chemistry 89, pp 28-46 (2020).

52. *Wei Yang, Jiaxin Chen, Yong Zhang, Yujia Zhang, Jr-Hau He, and Xiaosheng Fang;* **Silicon-compatible Photodetectors: Trends to Monolithically Integrate Photosensors with Chip Technology;** Advanced Functional Materials 29, 1808182 (2019).

53. *Maurizio Caslino, Giuseppe Coppola, Mario Iodice, Ivo Rendina, and Luigi Sirleto;* **Near-Infrared Sub-bandgap all-silicon photodetectors: state of the art and perspectives;** Sensor vol. 10, pp 10571-10600 (2010).

54. *Chao Liu, Yanbo Li, Yiping Zeng;* **Progress in Antimonide based III-V compound semiconductors and devices;** Engineering vol 2, pp 617-624 (2010).

55. *Y.H. Kim, Y.K. Noh, M.D. Kim, J.E. Oh, and K.S. Chung;* **Transmission electron microscopy study of the initial growth stage of GaSb grown on Si (001) substrate by molecular beam epitaxy method;** Thin Solid Films vol 518, pp 2280-2284 (2010).

DA0250

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

56. *Jiang Wu, Qi Jiang, Siming Chen, Mingchu Tang, Yuriy I. Mazur, Yurii Maidaniuk, Mourad Benamara, Mykhaylo P. Semtsiv, W. Ted Masselink, Kimberly A. Sablon, Gregory J. Salamo, and Huiyun Liu;* **Monolithically Integrated InAs/GaAs Quantum Dot mid-infrared Photodetectors on Silicon substrates;** ACS Photonics vol 3, pp 749-753 (2016).

57. *Svenja Mauthe, Yannick Baumgartner, Marilyne Sousa, Qian Ding, Marta D. Rossell, Andreas Schenk, Lukas Czornomaz, and Kirsten E. Moselund;* **High-speed III-V nanowires photodetector monolithically integrated on Si;** Nature Communications 11:4565 (2020).

58. *Chandler Downs and Thomas E. Vandervelde;* **Progress in Infrared Photodetectors Since 2000;** Sensors vol 13, pp 5054-5098 (2013).

59. *L.J. Kozlowski;* **HgCdTe focal plane arrays for high performance infrared cameras**; Proc SPIE 3179, Solid State Crystals in Optoelectronics and Semiconductor Technology (13th June 1997).

60. *Jonathan R. Andrews, Sergio R. Restaino, Scott W. Teare, Yagya D. Sharma, Member, Woo-Yong Jang, Thomas E. Vandervelde, Jay S. Brown, Axel Reisinger, Mani Sundaram, Sanjay Krishna, and Luke Lester;* **Comparison of Quantum Dots-in-a-Double-Well and Quantum Dots-in-a-Well Focal Plane Arrays in the Long-Wave Infrared;** IEEE Transactions on Electron Devices vol 58, no 7 (July 2011).

61. *Subhananda Chakrabarti, Sourav Adhikary, Nilanjan Halder, Yigit Aytac, and A. G. U. Perera;* **High-performance, long-wave (~10.2 μm) InGaAs/GaAs quantum dot infrared photodetector with quaternary In0.21Al0.21Ga0.58As capping;** Applied Physics Letters 99, 181102 (2011).

62. *Wei, Yajun, Hood, Andrew, Gin, Aaron, Yazdanpanah, Vahid, Razeghi, Manijeh***; High performance LWIR type II InAs/GaSb superlattice photodetectors and infrared focal plane arrays;** Proc. SPIE 5732, Quantum Sensing and Nanophotonic Devices II (25 March 2005).

63. *Sarath D. Gunapala, Sumith V. Bandara, John K. Liu, E. M. Luong, N. Stetson, Craig A. Shott, J. J. Bock, S. B. Rafol, Jason M. Mumolo, and Mark J. McKelvey;* **Long-Wavelength 256 256 GaAs/AlGaAs Quantum Well Infrared Photodetector (QWIP) Palm-Size Camera;** IEEE Transactions on Electron Devices vol 47, no 2 (February 2000).

64. *Mengxia Liu, F. Pelayo García de Arquer, Yiying Li, Xinzheng Lan, Gi-Hwan Kim, Oleksandr Voznyy, Lethy Krishnan Jagadamma, Abdullah Saud Abbas, Sjoerd Hoogland, Zhenghong Lu, Jin Young Kim, Aram Amassian, and Edward H. Sargent;* **Double-Sided Junctions Enable High-Performance Colloidal-Quantum-Dot Photovoltaics;** Advanced Materials vol 28, pp 4142-4188 (2016).

DA0251

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

65. *Akihiro Kojima, Kenjiro Teshima, Yasuo Shirai, and Tsutomu Miyasaka*; **Organometal Halide Perovskites as Visible-Light Sensitizers for Photovoltaic Cells;** American Chemical Society vol 131, pp 6050-6051 (2009).

66. *Lou Zheng, Liang Zhongzhu, and Shen Guozhen;* **Photodetectors based on two dimensional materials;** Journal of Semiconductors vol 37 (2016).

67. *Xiaodong Xu, Nathaniel M. Gabor, Jonathan S. Alden, Arend M. van der Zande, and Paul L. McEuen;* **Photo-Thermoelectric Effect at a Graphene Interface Junction;** Nano Letters vol 10, pp 562-566 (2010).

68. *A. Morita;* **Semiconducting Black Phosphorus;** Applied Physics A vol 39, pp 227-242 (1986).

69. *Yejing Dai, Xingfu Wang, Wenbo Peng, Cheng Xu, Changsheng Wu, Kai Dong, Ruiyuan Liu, and Zhong Lin Wang;* **Self-Powered Si/CdS Flexible Photodetector with Broadband Response from 325 to 1550 nm Based on Pyro-phototronic Effect: An Approach for Photosensing below Bandgap Energy;** Advanced Materials vol 30 (2018).

70. *Michael B. Johnston;* **Fast silicon photodiodes;** Nature Photonics vol 11 (2017).

71. *Dung-Sheng Tsai, Chin-An Lin, Wei-Cheng Lien, Hung-Chih Chang, Yuh-Lin Wang, and Jr-Hau He;* **Ultra-High-Responsivity Broadband Detection of Si Metal-Semiconductor-Metal Schottky Photodetectors Improved by ZnO Nanorod Arrays;** ACS Nano vol 5, no 10, pp 7748-7753 (2011).

72. *Chao Xie, Chun-Ki Liu, Hok-Leung Loi, and Feng Yan;* **Perovskite-Based Phototransistors and Hybrid Photodetectors;** Advanced Functional Materials vol 30 (2020).

73. *J Podlecki, L Gouskov, F Pascal, F Pascal-Delannoy and A Giani;* **Photodetection at 3.65μm in the atmospheric window using $InAs_{0.91}Sb_{0.09}$/GaAS heteroepitaxy;** Semiconductor Science and Technology vol 11 (1996).

74. *Yating Wan, Zeyu Zhang, Ruilin Chao, Justin Norman, Daehwan Jung, Chen Shang, Qiang Li, MJ Kennedy, Di Liang, Chong Zhang, Jin-Wei Shi, Arthur C. Gossard, Kei May Lau, and John E. Bowers;* **Monolithically integrated InAs/InGaAs quantum dot photodetectors on silicon substrate;** Optics Express vol 25, no 22 (30th October 2017).

DA0252

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

# Glossary

| Abbreviation | Term | Description |
|---|---|---|
| d | absorber thickness | |
| α | Absorption coefficient | |
| Adatom | Adsorbed atom | An atom that lies on a crystal surface, like graphene. |
| a-Si | amorphous Silicon | is the non-crystalline form of silicon used for solar cells and thin-film transistors in LCD displays. It is deposited in thin films onto a variety of flexible substrates. These generally feature low efficiency and are environmentally friendly as they do not use toxic heavy metals. |
| AR | Anti-reflection coating | Is a type of optical coating applied to the surface of lenses and other optical elements to reduce reflection by improving efficiency since less light is lost. Antireflective coatings are often used in microelectronic photolithography to help reduce image distortions associated with reflection off the surface of the substrate. These are applied either before or after the photoresist. |
| AFM | Atomic force microscope | This is a very high-resolution type of scanning probe microscopy with demonstrated resolution on the order of fractions of a nanometre, more than 1000 times better than the optical diffraction limit. |
| | Auger coefficient | This is the ratio of the number of auger electrons to the number of ejected x-ray photons. Auger effect is a two-electron process in which an electron makes a discrete transition from a less bound shell to the vacant, but more tightly bound, electron shell. The energy gained in this process is transferred, via the electrostatic interaction, to another bound electron which the escapes from the atom. |
| BLIP | background limited performance conditions | |
| BTBT | band-to-band tunneling | |
| Δf | bandwidth | |
| V | Bias (voltage) | Biasing in electronics means establishing predetermined voltages or current at various points of an electronic circuit for the purpose of establishing proper operating condition in electronic components. Many electronic devices such as transistors and vacuum tubes, whose function is processing time-varying (AC) signals also require a steady (DC) current or voltage to operate correctly. |
| BIB | blocked impurity band | |
| | Blueshift | This is any decrease in wavelength, with a corresponding increase in frequency of an electromagnetic wave. In visible light, this shifts the colour from the red end of the spectrum to the blue end. |
| k | Boltzmann's constant | |
| CdHgTe | Cadmium Mercury Tellurium | Band gap 0 - 1.5 eV; Known as "MerCad". Extensive use in sensitive cooled infrared imaging sensors, infrared astronomy, and infrared detectors. Alloy of mercury telluride (a semimetal, zero band gap) and CdTe. High electron mobility. The only common material capable of operating in both 3–5 µm and 12–15 µm atmospheric windows. Can be grown on CdZnTe. |

DA0253

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

| Abbreviation | Term | Description |
|---|---|---|
| CdZnTe | cadmium zinc tellurium | Band gap 1.4 eV; upper 2.2eV; direct; efficient solid-state x-ray and gamma ray detector, can operate at room temperature.  High electro-optic coefficient. Used in solar cells, can be used to generate and detect terahertz radiation, can be used as a substrate for epitaxial growth of CdHgTe |
| τ | Carrier lifetime | |
| CMT | CdHgTe infrared photodetector | This is the common material in photodetectors. |
| CBIRD | complementary barrier infrared detector | |
| Δx | Compositional uniformity | |
| CB | Conduction band | This is the lowest range of vacant electronic state. This is located above the Fermi level. |
| XSTM | cross-sectional scanning tunneling microscopy | |
| $\lambda_c$ | Cutoff wavelength | |
| | Dark current | Is the relatively small electric current that flows photosensitive devices such as photomultiplier tube, photodiode or charge-coupled device even when no photos are entering the device. It is also referred as reverse bias leakage current in non-optical devices and is present in all diodes. Dark-current spectroscopy can be used to determine the defect present by monitoring the peaks in the dark current histogram's evolution with temperature. |
| | Doping | Intentionally introduces impurities into an extremely pure intrinsic semiconductor for the purpose of modulating its electrical properties. The impurities are dependent upon the type of semiconductor and the properties that it needs to have for its intended purpose.  Lightly and moderately doped semiconductors are referred to as extrinsic semiconductors.  A dope semiconductor acts more like a conductor than a semiconductor is referred to as a degenerate semiconductor. |
| DWELL | Dot-in-a-well | Quantum well is a potential well with only discrete energy values. |
| m* | Effective mass | |
| η | Efficiency | Useful work per quantity of energy, mechanical advantage over ideal mechanical advantage. |
| EBIC | electron beam-induced current | This is a semiconductor analysis technique performed in a SEM (scanning electron microscope) or STEM (scanning transmission electron microscope).  It is used to identify buried junctions or defect in semiconductors, or to examine minority carrier properties. EBIC is similar to cathode luminescence in that it depends on the creating of electron-hole pairs in the semiconductor sample by microscope's electron beam. |
| q | Electron charge | |
| n | Electron concentration | |
| eV | electrovolt | Unit of energy 160 zeptojoules (10-21 joules, Zj) or 1.6x10-19 Joules (J) energy gained by the movement of a single electron across electrical potential difference of 1 volt. |

DA0254

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

| Abbreviation | Term | Description |
|---|---|---|
| EDS | energy dispersive x-ray spectroscopy | This is sometimes called energy dispersive X-ray analysis (EDXA) or energy dispersive X-ray microanalysis (EDXMA) is an analytical technique used for the elemental analysis or chemical characterization of a sample. Its characterization capabilities are due in large part to the fundamental principle that each element has a unique atomic structure allowing a unique set of peaks on its electromagnetic emission spectrum (which is the main principle of spectroscopy). |
| $E_g$ | energy gap | This is also called bandgap and is an energy range in a solid where no electron states can exist. In graphs of the electronic band structure of solids, the bandgap generally refers to the energy difference (in electron volts) between the top of the valence band and the bottom of the conduction band in insulators and semiconductors. It is the energy required to promote a valence electron bound to an atom to become a conduction electron, which is free to move within the crystal lattice and serve as a charge carrier to conduct electric current. |
|  | Epitaxy growth | Epitaxy refers to the deposition of a crystalline overlayer on a crystalline substrate. The overlayer is called an epitaxial film or epitaxial layer. Epitaxial films may be grown from gaseous or liquid precursors. Because the substrate acts as a seed crystal. |
| EQE | External quantum efficiency | Is the ratio of number of charge carriers collected by the solar cell to the number of photons of a given energy shining on solar cells from outside (incident photons) |
| μ or EF | Fermi level | This is the total chemical potential for electrons (or electrochemical potential). |
| FF | Fill factor | Ratio of the actual maximum obtainable power to the product of the open circuit voltage and short circuit current. |
| FPA | Focal plane arrays | This is an image sensing device consisting of an array of light-sensing pixels at the focal plane of a lens. FPAs are used most commonly for imaging purpose (taking pictures), but can be used for non-imaging purpose such as spectrometry, LIDAR and wave-front sensing. |
| FIB | focused ion beam | This is a technique used particularly in the semiconductor industry, materials science and increasingly in the biological field for site-specific analysis, deposition, and ablation of materials. A FIB setup is a scientific instrument that resembles a scanning electron microscope (SEM). FIB setup uses a focused beam of ions instead, this can also be incorporated in a system with both electron and ion beam columns, allowing the same features to be investigated using either of the beams. |
| FTIR | Fourier transform infrared | This is a technique which is used to obtain an IR spectrum of absorption or emission of a solid, liquid or gas. An FTIR spectrometer simultaneously collects high spectral resolution data per a wide spectral range. This confers a significant advantage over a dispersive spectrometer, which measure intensity over a narrow range of wavelengths at a time. |
| m | Free electron mass | |
| FWHM | Full width at half maximum | Extent of a function given by the difference between two extremes. |

DA0255

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

| Abbreviation | Term | Description |
|---|---|---|
| GaAs | gallium arsenide | III-V direct bandgap semiconductor with zinc blende crystal structure, for solar cells and optical windows. |
| GaAsN | gallium arsenide nitride | GaN is a very hard mechanically stable wide bandgap semiconductor material with high heat capacity and thermal conductivity. |
| GaP | gallium phosphide | Semiconductor with indirect bandgap of 2.26 eV. |
| GaSe | gallium selenium | Band gap 2.1 eV, gap type indirect; photoconductor use in nonlinear optics. |
| GR | generation-recombination or tunneling or quantum tunneling | This spelling difference refers to the quantum mechanical phenomenon where a particle tunnels through a barrier that it classically could not surmount. This plays an essential role in several physical |
| Ge | germanium | It is a lustrous, hard, greyish-white metalloid in the carbon group chemically similar to tin and silicon. Pure germanium is a semiconductor. Ge is the substrate of the wafer for high-efficiency multijunction photovoltaic cells for space applications. GaAs and Ge have very similar lattice constant. |
| III-V | Group III-V | Boron nitride cubic (BN), Baron Phosphide (BP), Boron Arsenide (BAs); Aluminium nitride (AIN), Aluminium Phosphide (AlAs); Aluminium Antimonide (AlSb), Gallium Nitride (GaN), Gallium Phosphide (GaP); Gallium Arsenide (GaAs), Gallium Antimonide (GaSb); Indium Nitride (InN); Indium Phosphide (InP); Indium Arsenide (InAs), Indium Antimonide (InSb) |
|  | heterojunction | This interface occurs between two layers or regions of dissimilar crystalline semiconductors. These semiconducting materials have unequal band gaps as opposed to a homojunction. It is often advantageous to engineer the electronic energy bands in many solid-state device applications, including semiconductor laser, solar cells and transistors. The combination of multiple heterojunctions together in a device is called a heterostructure, although the two unequal band gaps is somewhat loose, especially on small length scales, where electronic properties depend on spatial properties. |
| HOT | higher operating temperature | An operating temperature is the temperature at which an electrical or mechanical device operates. The device will operate effectively within a specified temperature range, which varies based on the device function and application context, and ranges from the minimum to maximum or high. |
| HGTSL | High-growth temperature GaAs space layer |  |
| HXRXD | high-resolution x-ray diffraction |  |
| p | Hole concentration |  |
| InAs | indium arsenide | Semiconductor with melting point of 942°C, use for infrared defector wv = 1-38µm; photovoltaic photodiodes. Quantum dotes can be formed in a monolayer of InAs where the tension in the surface layer leads to the formation of QD. |
| IR | Infrared | Is an invisible radiation energy, electromagnetic radiation with longer wavelength than those of the visible light extending from 700nm (frequency 430THz) to 1,000,000nm (300GHz). |

DA0256

| Abbreviation | Term | Description |
|---|---|---|
| IB | Intermediate band | It introduces an intermediate band energy level in between the valance and conduction bands. This allows two photons with energy less than the bandgap to excite an electron from the valence band to conduction band. |
| IBSCs | Intermediate-band solar cells | Made of III-V QD expected to attain of 63% with proper QD alignments. Intermediate band photovoltaics in solar cell research provides methods for exceeding the Shockley-Queisser limit on the efficiency of a cell. |
| Å | Lattice constant (Armstrong) | Refers to the physical dimensions of unit cells in a crystal lattice. Lattices in three dimensions generally have three lattice constants, referred as a, b, and c. in special case of cubic crystal structures, all of the constants are equal and we only refer to a. |
| | Lattice-matched cells | Matching of lattice structures between two different semiconductor material allows a region of band gap change to be formed in a material without introducing a change in crystal structure. This allows construction of advance light-emitting diodes and diodes laser. Gallium arsenide, aluminium gallium arsenide, and aluminium arsenide have almost equal lattice constant. |
| LCCC | leadless ceramic chip carrier | a chip carrier is one of the several kinds of surfaces mount technology packages for integrated circuits. Connections are made on all four edges of a square package. Compared to the internal cavity for mounting the integrated circuit, the package overall size is large. This instead of leads has rounded pins through the edges of the ceramic. |
| l | length | |
| LED | Light emitting diode | Produces light from electricity, makes colour light when electricity is sent through in the expected direction. |
| LIDAR | Light Imaging, Detection, and Ranging | This is a surveying method that measures distance to a target by illuminating that target with a laser light. Lidar is popular used to make high-resolution maps, with applications in geodesy, geomatics, archaeology. It is also called laser scanning and 3D scanning, with terrestrial, airborne, and mobile applications. |
| LWIR | long-wave infrared | Region of 8-15μm, frequency 6-37THz, temperature 362-193K. The thermal imaging region, in which sensors can obtain a completely passive image of objects only slightly higher in temperature than room temperature. The human body, based on thermal emissions only and requiring no illumination such as the sun, moon, or infrared illumination. The region is also called thermal infrared. |
| MEMS | Microelectromechanical systems | |
| MWIR | mid-wave infrared | Region of 3-8μm, frequency 37-100THz, temperature 966-362K. In guided missile technology 3-5μm portion of this band is the atmospheric window in which the homing heads of passive IR "heat seeking" missiles are designed to work, homing on to the infrared signature of the target aircraft, typically the jet engine exhaust plume. This region is also known as thermal infrared. |
| MBE | Molecular beam epitaxy | Epitaxy (deposition of a crystalline overlayer on a crystalline substrate). MBE is an epitaxy method for thin-film deposition of single crystals. It is widely used for transistors. |

DA0257

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

| Abbreviation | Term | Description |
|---|---|---|
| ML | Monolayer | |
| | monotonically | This is in a monotonic manner. |
| | n+ contact layer | |
| NbN | niobium nitride detector | which offers a relatively high superconducting critical temperature (~10K) and a very fast cooling time (<100psec). NbN devices have demonstrated device detection efficiencies as high as 67% at 1064nm wavelength with count rates in the hundreds of MHz |
| NEP | noise equivalent power | This is a measure of the sensitivity of a photodetector or detector system. It is defined as the signal power that gives a signal-to-noise ratio of one in a one hertz output bandwidth. An output bandwidth of one hertz is equivalent to half a second of integration time. The units of NEP are watts per square root hertz. The NEP is equal to the noise spectral density. |
| NETD | noise equivalent temperature differences | This is a measure of the sensitivity of a detector of thermal radiation in the infrared, terahertz or microwave portions of the electromagnetic spectrum. It is the amount of incident signal temperature that would be needed to match the internal noise of the detector such that the signal-to-noise ratio is equal to one. Often the spectrum of the NET is reported as a temperature per root bandwidth. A detector that measures power is often interested in the analogous noise-equivalent power (NEP). If a relation between intensity and temperature is well defined over the pass band, as in the case of a blackbody, then the NET simply scales with the NEP. |
| | Non-polar | It is a molecule when there is an equal sharing of electrons between the two atoms of a diatomic molecule or because of the symmetrical arrangement of three polar bonds at 16° |
| D* | normalized Detectivity or specific Detectivity | This is a figure of merit used to characterize performance, equal to the reciprocal of noise-equivalent power (NEP), normalized per square root of the sensor's area and frequency bandwidth (reciprocal of twice the integration time). |
| | nucleation technique | Nucleation is the first step in the formation of either a new thermodynamic phase or a new structure via self-assembly or self-organization. Nucleation is typically defined to be the process that determines how long an observer has to wait before the new phase or self-organised structure appears. |
| 1D/2D/3D | One, two and three dimensional | |
| Voc | Open circuit voltage | The difference of electrical potential between two terminals of a device when disconnect from any circuit. There is no external load connected, flows between the terminals. |
| g | Photoelectrical gain | |
| PL | Photoluminescence | Light emission from any form of matter after absorption of photons (electromagnetic radiation) |
| PV | Photovoltaic | Are arrays of cells containing a solar photovoltaic material that converts solar radiation of energy from the sun into direct current electricity. |
| h | Planck's constant | |

DA0258

| Abbreviation | Term | Description |
|---|---|---|
| | Polar | It has a net dipole as a result of the opposing charges (having partial positive and partial negative charges) from polar bonds arranged asymmetrically. Polar molecules are generally able to dissolve in water. |
| PCE | Power conversion efficiency | |
| pin diode | p-type, intrinsic and n-type semiconductor | These are good for photodetectors and high voltage applications. P-type semiconductors have a larger hole concentration than electron concentration, which refers to the positive charge in the hole. N-type semiconductors have a larger electron concentration than hole concentration, which refers to the negative charge of the electron. |
| QD | Quantum dot | A very small semiconductor particle, only several nanometres in size, so small that their optical and electronica properties differ from those of larger particles. These will emit light of specific frequencies if electricity or light is applied to them, and these frequencies can be precisely tuned by changing the dot's size, shape and material, giving rise to many applications. |
| QD BIRD | quantum dot barrier infrared detector | |
| QDIP | quantum dot infrared photodetector | |
| QE | Quantum efficiency | This may apply to incident photon to cover electron ration of a photosensitive device or it may refer to the TMR effect of the Magnetic Tunnel Junction. It is measured in electrons per photon or amps per watt. QE is often measured over a range of different wavelengths to characterize a device's efficiency at each photon energy level. QE for photos with energy below band gap is zero; photographic film typical has a QE of much less than 10%. |
| QW | Quantum well | Is a semiconductor with a small energy gap (bandgap) sandwiched between two thicker layers of semiconductor with a larger energy gap such as GaAs. |
| QWIP | quantum well IR photodetector | This is an infrared photodetector, which uses electronic intersubband transitions in quantum wells to absorb photons. The basic elements of a QWIP are quantum wells, which are separated by barriers. The quantum wells are designed to have one confined state inside the well and a first excited state, which aligns with the top of the barrier. |
| QWSC | Quantum well solar cells | Is a potential well that confines particles to two dimensions that are otherwise free to move in three dimensions. |
| | Quasi-Fermi | This is the displacement from equilibrium is such that the carrier population can no longer be described by a single fermi level. This is when the rate tends to be much slower than the energy relaxation within each band (conduction and valence band) can each have an individual population that is internally in equilibrium, even though the bands are not in equilibrium with respect to exchange of electrons. |
| v | Radiation frequency | |
| ROC | Read-out circuits | Improve system performance and reduces the fabrication cost. |

DA0259

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

| Abbreviation | Term | Description |
|---|---|---|
| ROIC | Read-out integrated circuits | This is an integrated circuit specifically used for reading detectors of a particular type. They are compatible with different types of detectors such as infrared and ultraviolet. The primary purpose for ROIC is to accumulate the photocurrent from each pixel and then transfer the resultant signal onto output taps for readout. |
| $R_0A$ | Resistance area product | An equilibrium condition is achieved as it no external voltage has been applied. |
| | reverse bias | Connecting the *p-type* region to the negative terminal of the battery and the *n-type* region to the positive terminal corresponds to reverse bias. If a diode is reverse-biased, the voltage at the cathode is comparatively higher than at the anode. Therefore, very little current will flow until the diode breaks down. The connections are illustrated in the adjacent diagram. |
| RT | Room temperature | Refers to the range of temperatures that people tend to prefer for indoor setting this are around 6 to 22 °C (68 to 72 °F) (295 to 298K) |
| STM | scanning tunneling microscope | This is an instrument for imaging surfaces at the atomic level. This is based on the concept of quantum tunneling, when a conducting tip is brought very near to the surface to be examined, a bias applied between the two can allow electronics to tunnel through the vacuum. |
| | Schottky barrier | This is a potential energy barrier for electronics formed at a metal-semiconductor junction. This have rectifying characteristics, suitable for use as a diode. One of the primary characteristics of a Schottky barrier is the Schottky barrier height, denoted by $\varphi_B$, and the value depends on the combination of metal and semiconductor. |
| SEMI | shallow etch mesa isolation approach | |
| RSRH | Shockley-Read-Hall recombination | This is when the electron in transition between bands passes through a new energy state (localized state) created within the band gap by an impurity in the lattice, such energy stated are called deep-level traps. |
| Jsc | Short circuit current density | Short circuit – a connection between two point of different potential in electric circuit, bypassing the load and establishing path of low resistance through which an excessive current can flow. Current density – the ratio of the electric current flowing at a particular point in a conductor to the cross-sectional of the conductor taken perpendicular to current flow at that point. |
| SWIR | short wave infrared | Region of 1.4-3µm, frequency 100-214THz, temperature 2,070-966K. Water absorption increases significantly at 1450nm. The 1530 to 1560nm range is the dominant spectral region for long-distance telecommunications. |
| Si | silicon | Group IV, band gap 1.12 eV, gap type indirect |
| SiGe | silicon germanium | SiGe is beginning to replace GaAs in wireless communication devices. |
| SC | Solar cells | An electrical device that converts the energy of light directly into electricity by the photovoltaic effect, which is physical and chemical phenomenon. |
| SPL | Space layer | Layer in between two substrates inside a solar cell. |
| SLS | Strained Layer Superlattice detectors | Also called Type II superlattice detectors. |

DA0260

*Development of Type II superlattice IR Detectors monolithically integrated on Silicon Substrates*

| Abbreviation | Term | Description |
|---|---|---|
| SK growth | Stranski-Krastanow growth mode | This is one of the three primary modes by which thin films grow epitaxially at a crystal surface or interface. The SK mode follows a two-step process. |
| SCL | Strong carrier localization | Carrier signal, a waveform suitable for modulation by an information beaming signal. |
| SML | Submonolayer | Is beneath a layer of material that is one molecule thick. |
| SL | Superlattice | This is a periodic structure of layers of two (or more) materials; the thickness of one layer is several nanometres. This can also refer to a lower-dimensional structure such as an array of quantum dotes. |
| T | Temperature | |
| Ea | Thermal activation energy | The activation energy is the minimum energy required to start a chemical reaction, units of kilojoules per mole (kJ/mol) or kilocalories per mole (kcal/mol). |
| t | Thickness | |
| TF | Thin-film solar cell | 2nd generation solar cells, made by depositing one or more thin layers of photovoltaic material on a substrate such as glass, plastic or metal. Commonly used with CdTe (cadmium telluride), CIGS (copper indium gallium selenide) and a-Si (amorphous thin-film silicon). This allows the cells to be flexible, lower in weight and has less friction. It is used in building in integrated photovoltaics and as a semi-transparent photovoltaic glazing material that can be laminated onto windows. Commercial application uses rigid thin film solar panels (sandwiched between two panes of glass). |
| TEM | Transmission electron microscope | A beam of electrons is sent towards the specimen – some electrons are reflected, while some pass through. Those that pass through are detected and used to form an image of the specimen at a magnification of about 500,00- times. |
| TEM | tunneling electron microscopy | |
| T2SL | Type II Superlattice detector | This is a system made of a repeating sequence of thin layers of different materials.  If the layer thicknesses are small enough in a quantum mechanical sense. |
| UV | ultraviolet | |
| VB | Valence band | This is the highest range of electron energies in which electrons are normally present at absolute zero temperatures. This is located below the Fermi level. |
| VLWIR | very long-wave infrared | Region of 14-1000µm, frequency 0.3-6THz, temperature 193-3K. |
| λ | wavelength | This is a sinusoidal wave is the spatial period of the wave - the distance over which the wave's shape repeats, and thus the inverse of the spatial frequency. |
| WL | Wetting layer | This is an initial layer of atoms that is epitaxially grown on a surface upon which self-assembled quantum dots or thin films are created. The atoms composing a wetting layer can be alloys (for thin films). This control the artificial atomic states of the quantum dot for uses in quantum information. |
| ALSL-B | x barrier | |
| QDs | Zero-dimensional quantum dot or Self-assembled quantum dots | These have a sharper density of state than higher-dimension structures; as a result, they have superior transport and optical properties. |

DA0261

# **Exhibit 8**

DA0262

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

# INFRA RED DETECTORS

**Sqn Ldr UC SHARMA**
**( Roll No.04307417 )**
**Supervisor: Prof. U. B. Desai**

*Abstract* **Infrared radiations are radiations below (infra) visible spectrum. This emergent dual use technology field is fast emerging amongst the most ubiquitous ones. It spans from low-end automatic supermarket door openers to high-end space based detectors used to detect nuclear tests, missiles and intra galactic radiations. At the heart of this technology is the IR detector.**

**Objective of this report is to review infrared (IR) detectors. Evolution of IR technology has been largely synonymous to advances in IR detectors. Various types of detectors, formats and materials interlaced with their applications have been studied. Fundamentals of IR detectors along with emerging technologies like uncooled microbolometer detector arrays, focal planar arrays, third generation detectors and future trends have also been discussed.**

## 1. INTRODUCTION

Infrared (IR) detectors have been called *the eyes of the digital battlefield.* Military applications in Western countries have spearheaded and dominated the requirements in this field akin to many other emerging fields. In addition to many military applications for IR systems such as target acquisition, search and track, missile seeker guidance, there is a great potential for IR systems in the commercial market. IR systems enhance automobile and aircraft safety, medical diagnosis, and manufacturing quality and control. Industry is looking to expand into the commercial market because the military market is decreasing and concurrently becoming more specialized. Today, only about 20% of the market is commercial. After a decade the commercial market is estimated to grow by over 70% in volume and 40% in value [1].

Ever since astronomer Sir William Herschel in April 1800, announced the discovery of, what we now call, infra red (IR) portion of spectrum, development of IR engineering progressed in tandem with IR detectors. He experimented with a thermometer as a detector to measure the distribution of energy in sunlight. Following the works of Kirchhoff, Stefan, Boltzmann, Wien, and Rayleigh, Max Planck culminated the effort with well-known Planck's law. Though earliest applications of IR dealt with detection of IR radiation, later applications matured to newer detectors and their exploitation by forming IR arrays.

The IR detectors evolved initially with theories and subsequently by improvement of materials. During the first half of nineteenth century, efforts were made to improve the speed and accuracy of only known IR detector, the thermometer. In 1829 Nobiloti made the first thermocouple. Melloni utilized this for making a thermopile capable of detecting heat emission from a human at 30 feet. During 1880 's Langly developed a sensitive bolometer that could sense a cow at a quarter of mile. Triad of these three instruments marked the development of IR detectors in nineteenth century. These detectors were sensitive to all infrared wavelengths and operated at room temperature. They had low sensitivity and slow response. Smith discovered photoconductive effect in 1873.

1

DA0263

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

## 2.  MODERN HISTORY

Modern history of IR detectors commenced with development of first IR detector by Case in 1917. He discovered that a substance made of thallium and sulphur exhibited photoconductivity. Later he found that addition of oxygen enhanced the response. However, it had problems of noise and stability. World War II stirred further research in detectors. In 1940's Photon detectors were developed to improve sensitivity and response time. Lead sulfide (PbS) was the first practical IR detector. PbS is sensitive to infrared wavelengths up to 3µm. IR frequencies are in millions of Hertzs; hence, it is easier to express waves in microns. This detector was deployed in a variety of application in the World War II [7].

Beginning in the late 1940's and continuing into 1950's, a wide variety of new materials were developed for IR sensing. Lead Selenide (PbSe) and lead telluride (PbTe), extended the spectral range beyond that of PbS, providing sensitivity in the 3-5µm medium wavelength (MWIR) atmospheric window. Initially, interest centered in 3-5µm and then 8-14µm atmospheric windows though in recent years there has been an increasing interest in longer wavelengths stimulated by space applications. Detector search in US was concentrated in, early 1940's, on Thallus Sulfide, which was later, dropped in favour of PbS, which had longer spectral response and higher performance. The Lead salt detectors were primarily used for anti-aircraft missiles.

The extrinsic photoconductive (PC) response from copper, zinc and gold impurity levels in germanium made devices possible in the 8-14µm long wavelength (LWIR) spectral window and beyond to very long wavelength (VLWIR) region. The end of the 1950's saw the first introduction of semiconductor alloys, in the chemical table group III-V, IV-VI, and II-VI material systems. One such material was indium antimonide (InSb). It had advantages of small energy gap and it could be prepared in a single crystal form.  These alloys allowed the bandgap of the semiconductor, and hence its spectral response, to be custom tailored for specific applications. In 1959,Lawson and coworkers composed Mercury Cadmium Talluride or MCT (HgCdTe), a group II-VI material. Due to the tunable band gap property of this three element compound (ternary) utility in the whole IR range became possible. This has today become center of a major industry with a worldwide turnover of billions of dollars.

Initial difficulties in producing high-uniformity MCT resulted in problems related to the uniformity between detector elements. These problems drove designers to use a single-element IR detector. In this case, the scenery image was reconstructed by a serial scanning scheme in which a high-speed horizontal scanning mirror and a slow-moving vertical scanning mirror produced a video image at a full-frame rate. These images suffered from high noise resulting from poor detector performance and a very short integration time (which in turn is a result of the short dwell time). Infrared systems of this type are considered to be *pre-first generation*.

As photolithography became available in the early 1960's it was applied to make IR sensor arrays. Linear array technology was first demonstrated in PbS, PbSe, and InSb detectors. Photovoltaic (PV) detector development began with the availability of single crystal InSb material. In the late 1960's and early 1970's, *first generation linear arrays* of intrinsic MCT photoconductive detectors were developed. These allowed long wave IR (LWIR) forward looking imaging radiometer (FLIR) systems. Although Hg doped germanium with a 0 .09 eV actuation energy was a good match to LWIR spectral window, because the detection mechanism was based on an extrinsic excitation, it required cooling power consumption. The 1970's witnessed a mushrooming of IR applications combined with the start of high volume production of first generation intrinsic MCT sensor systems using linear arrays.

DA0264

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

At the same time, other significant detector technology developments were taking place. Silicon technology spawned novel platinum silicide (PtSi) detector devices, which was utilized in standard commercial products for a variety of MWIR high-resolution applications.

As MCT technology was further developed, linear arrays of 60, 120, 180, and 240 elements were produced with acceptable uniformity. These systems are in use now for most tactical applications. To reconstruct a video image from these low-dimension detector arrays, a polygon or rotating mirror is often used to scan the horizontal axis. In the vertical axis, an interlaced mirror that doubles the video lines, along with an electronic line-filling scheme, creates a standard video image. The horizontal resolution of first-generation systems was compatible with TV standards, whereas the vertical resolution was low as a result of the low number of elements in the focal-plane array. In addition, because of the short dwell time during scanning, the integration time was short, giving rise to a low sensitivity and hence low image contrast scanning arrays.

Invention of charge coupled devices (CCD) made it possible to have more sophisticated readout schemes. This coupled with advances in silicon chip technology helped development of *second-generation detector* formats containing larger number of detectors. By late 1980s, MCT detectors as large as 480 x 4 elements were developed for use in the long-wavelength IR (LWIR). At the same time, staring arrays medium-format 320 x 240-element two-dimensional (2-D) arrays were developed for medium wavelength IR (MWIR) that was made either of MCT or of indium antimonide.

Second-generation systems became an industry standard in the mid-1990s; it seemed at that time that there was little hurry to develop a newer generation of IR detectors [6]. Post Gulf War lessons made the US military to raise the bars for *third generation systems*.

## 3.  IR FUNDAMENTALS

IR radiations are electromagnetic (EM) waves where wavelengths are larger than those of red light. IR radiation occurs between 0.75µm to 1000µm. Various authors have published different proposals of division of IR range. The division shown below (Table1) is based on Hudson [9]. 1µm is sensitivity limit of popular Si detectors. Similarly, wavelength 3 µm is sensitivity of PbS and InGaAs detectors. 6 µm is sensitivity limit of InSb, PbSe, PtSi detectors and MCT detectors are optimised for 3–5 µm atmospheric window; and finally wavelength 15 µm is a long wavelength sensitivity limit of HgCdTe detectors optimised for 8–14 µm atmospheric window.

Table 1. Division of infrared radiation.

| Region (abbreviation) | Wavelength range (µm) |
|---|---|
| Near infrared (NIR) | 0.78–1 |
| Short wavelength IR (SWIR) | 1–3 |
| Medium wavelength IR (MWIR) | 3–6 |
| Long wavelength IR (LWIR) | 6–15 |
| Very long wavelength IR (VLWIR) | 15–1000 |

3

DA0265

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

### 3.1 Thermal emission

Thermal emission emerges from every body above absolute zero temperature in the form of EM waves; likewise every body also absorbs part of EM waves, which falls on it. If the radiation that falls on a body, fraction r is reflected, a is absorbed and t is transmitted. Hence,

$$r + a + t = 1$$

Though all three terms are independent of wavelength they do vary with it. For example snow has a high reflectance(r) and very low absorptance (a) in visible light. It has very low reflectance and absorptance approaching unity at about 10 microns. Thus, if our eyes could respond to this wavelength, snow would appear black.

The ideal radiator is a black body, which can absorb the entire radiation that falls on it. For such a body absorptance equals one. At a given wavelength the ratio of infrared energy radiated by an object at a given temperature to that emitted by a blackbody at the same temperature is termed as emissivity. The emissivity of a blackbody is unity at all wavelengths.

All objects are composed of continually vibrating atoms, with higher energy atoms vibrating more frequently. The vibration of all charged particles, including these atoms, generates electromagnetic waves. Higher the temperature of an object, faster the vibration, and thus higher the spectral radiant energy denoted by Kirchoff as $W(\lambda)$ or spectral radiant emittance. Hence, all objects are continually emitting radiation at a rate with a wavelength distribution that depends upon the temperature of the object and its spectral radiant emittance. The radiative power (or number of photons emitted) and wavelength distribution are given by Planck's radiation law given below

$$W(\lambda, T) = \frac{2\pi hc^2}{\lambda^5}\left[\exp\left(\frac{hc}{\lambda kT}\right) - 1\right]^{-1} \quad \text{W/(cm}^2\ \mu\text{m),}$$

$$P(\lambda, T) = \frac{2\pi c}{\lambda^4}\left[\exp\left(\frac{hc}{\lambda kT}\right) - 1\right]^{-1} \quad \text{photons/(s cm}^2\ \mu\text{m),}$$

where, the equations relate wavelength($\lambda$), temperature(T), Planck's constant (h), the velocity of light(c), and the Boltzmann's constant (k).

Planck's curves for a number of blackbody temperatures are plotted in Fig.1. As the temperature increases, the amount of energy (i.e. area under the curve) emitted at any wavelength increases while the wavelength of peak emission decreases. Wien's displacement law gives the later

$$\lambda_{mw}T = 2898\ \mu mK \quad \text{for maximum watts,}$$

$$\lambda_{mp}T = 3670\ \mu mK \quad \text{for maximum photons.}$$

4

DA0266

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*



Fig1.Planck's law for spectral emmitance

It is inferred from the figure that lower temperature require measurement to longer wavelengths. Also, for 1000K and 500K curves vertical distance between the curves is greater at short wavelengths (2µm) than longer wavelengths (12µm). This means radiation changes much more for a given temperature change at shorter wavelengths, making detectors that operate at such wavelengths more sensitive.

### 3.2 Atmospheric transmission

Atmospheric transmission is a must for all IR applications on earth.. IR applications require radiation transmission through air, but the processes of scattering and absorption attenuates the radiation. Scattering causes a change in the direction of a radiation beam; it is caused by absorption and subsequent reradiation of energy by suspended particles. For larger particles, scattering is independent of wavelength. Scattering by gas molecules is negligibly small for wavelengths longer than 2 µm. Also, smoke and light mist particles are usually small with respect to IR wavelengths, and IR radiation can therefore penetrate further through smoke and mists than visible radiation. However, rain, fog particles and aerosols are larger and consequently scatter IR and visible radiation. Fig. 2 is a plot of the transmission through 6000 ft of air as a function of wavelength. Specific absorption bands of water, carbon dioxide and oxygen molecules are indicated which restricts atmospheric transmission to two windows at 3–5 µm and 8–14 µm. Ozone, nitrous oxide, carbon monoxide and methane do absorb radiation but are less important IR absorbing constituents of the atmosphere.

5

DA0267

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*



Fig.2 Transmission of IR in atmosphere

### 3.3 Scene radiation and contrasts

Radiation received from any object is the sum of the emitted, reflected and transmitted radiation. Objects that are not blackbodies i.e. greybodies emit only the fraction of blackbody radiation, and remaining fraction is either transmitted or, for opaque objects, reflected. When the scene is composed of objects and backgrounds of similar temperatures, reflected radiation tends to reduce the available contrast. However, reflections of hotter or colder objects have a significant effect on the appearance of a thermal scene. The powers of 290 K blackbody emission and ground-level solar radiation in MWIR and LWIR bands are given in Table 2. We can see that while reflected sunlight has negligible effect on 8–13 µm imaging, it is important in the 3–5 µm band. Thermal image arises from temperature variations or differences in emissivity within a scene. The thermal contrast (C) is one of the important parameters for IR imaging devices. It is the ratio of the derivative of spectral photon incidence to the spectral photon incidence

$$C = \frac{\partial W / \partial T}{W}.$$

Table 2 Power available in each MWIR and LWIR band [3]

| IR region (µm) | Ground-level solar radiation (W/m²) | Emission from 290 K blackbody (W/m²) |
|---|---|---|
| 3–5 | 24 | 4.1 |
| 8–13 | 1.5 | 127 |

The contrast in a thermal image is small when compared with visible image contrast due to differences in reflectance. For a 291 K object in a 290 K scene, it is about 0.039 in the 3–5 µm band and 0.017 in the 8–13 µm band. Thus, while LWIR band may have the higher responsivity i.e. higher ratio of signal output to incident radiant flux, MWIR band has greater contrast.

6

DA0268

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

### 3.4 Choice of IR band

In the spectral range of.0.78 - 3.0 µm, IR detectors are used for applications as diverse as fiber optic communications, agricultural sorting, environmental monitoring, and chemical analysis. Further into the IR region (from 2 - 5 µm), applications for IR detectors include non-contact temperature sensing, thermal imaging, and gas analysis for pollution control. The 3–5 µm band is more appropriate for hotter objects, or if sensitivity is less important than contrast. It has advantages of lower ambient and background noise. The LWIR (8-15 µm) corresponds to a peak for thermal emission at ambient temperature and better transmission through mist and smoke. These ranges also have high transmission through the atmosphere. This spectral region is thus optimal for such applications as thermal imaging, non-contact temperature sensing, security sensing, and environmental monitoring. Photoconductive MCT detectors provide best performance at these wavelengths.

The advantage of MWIR band is smaller diameter of the optics required to obtain a certain resolution and that some detectors may operate at higher temperatures  (thermoelectric cooling) than it is usual in the LWIR band where cryogenic cooling is required (about 77 K).  MWIR and LWIR spectral bands differ substantially with respect to background flux, scene characteristics, temperature contrast, and atmospheric transmission under diverse weather conditions. Factors which favour MWIR applications are higher contrast, superior clear-weather performance (favorable weather conditions, e.g., in most countries of Asia and Africa), higher transmittivity in high humidity, and higher resolution due to ~3 times smaller optical diffraction. Factors that favour LWIR applications are better performance in fog and dust conditions, winter haze (typical weather conditions, e.g., in West Europe, North USA, Canada), higher immunity to atmospheric turbulence, and reduced sensitivity to solar glints and fire flares.  The far infrared (FIR) range generally refers to the electromagnetic band from 30-1000µm and is the source of much of the astrophysics information.

### 4.  IR DETECTOR FUNDAMENTALS

Infrared detectors are transducers of radiant energy.  Since infrared radiations do not rely on visible light, they offer possibility of seeing in the dark or through obscured conditions, by detecting the infrared energy emitted by objects. The detected energy is translated into imagery showing the energy differences between objects. Hot objects such as people stand out from the typically cooler backgrounds (Fig.4) regardless of the available visible light. Under infrared light, the world reveals features not apparent under regular visible light. People and animals are easily seen in total darkness, weaknesses are revealed in structures, components close to failure glow brighter, visibility is improved in adverse condition such as smoke or fog.



Fig.4 Person's IR image in night

7

DA0269

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

There are two fundamental IR detectors, photon and thermal detectors. Classification of detectors is placed in Fig. 4.1 below. Thermal detectors respond to temperature changes generated from incident IR radiation through changes in physical and electrical properties. Photon detectors generate free electrical carriers through interaction of photons and bound electrons. *Four main types of photodetectors* are intrinsic (PV, PC) extrinsic, photoemissive and newer QWIPs. Thermal detectors can be classified as thermometers, thermocouples, thermopiles, bolometers and newer microbolometers and microcantilevers. They are explained below.



Fig. 4.1 Classification of detectors

## 4.1 Photon detectors

Photon detectors convert photons directly into free current carriers by photoexciting electrons across the energy bandgap of the semiconductor to the conduction band. This produces a current, voltage or resistance change of the detectors. The photoexcitation is caused by the radiation interacting directly with the lattice sites. Therefore, the temperature of the detector must be low enough so that the number of carriers thermally excited across the bandgap is less significant. To maintain a low temperature, the cooling system or the Dewar (thermos bottle) is required, which increases the system cost. Generally, the sensitivity of photon detectors depends on the spectral absorption and photoexcitation. The spectral response of photon detectors depends on the energy. In the thermal detectors, the incident radiation absorbed by the crystal lattice leads to a temperature change that changes the physical or electrical property of the detectors. The following are examples of photon detectors.

### 4.1.1 Photovoltaic intrinsic detectors

Photovoltaic intrinsic detectors structure is based on a $P-N$ junction device as shown in Fig. 4.2(a). The reflective coating on the bottom of the detector provides the double chances (injection and reflection) of photon absorption. Under IR radiation, the potential barrier of the P–N junction

8

DA0270

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

leads to the photovoltaic effect. An incident photon with the energy greater than the energy band gap of the junction generates electron-hole pairs and the photocurrent is excited. The resultant curve of the PV detector when exposed to IR radiation is similar to that of normal P–N junction device but shifted downward as shown in Fig. 4(b). The amount of the photon-excited current is denoted by photocurrent. PV devices operate in the diode's reverse bias region; this minimizes the current flow through the device that in turn minimizes power dissipation. In addition, PV detectors are low noise because the reverse bias diode junction is depleted of minority carriers. The highest performance PV detectors are fabricated from Si, Ge, GaAs, InSb, GaAs and MCT.



Fig.4.2 (a) Structure of photovoltaic detector    Fig. 4.2(b) V-I curve of photovoltaic detector

### 4.1.2 Photoconductive intrinsic detectors

Photoconductive intrinsic detectors mechanism is to produce the conductance change under the IR radiation. In PC detectors, the free carriers generated by the photon energy cause increase of the conductance of photoconductive   material under an applied constant electric field. The structure of PC detectors is shown in Fig. 4.2 (c).



Fig. 4.2( c )  Photo conductive detector

The detector material can be either an intrinsic or an extrinsic semiconductor. The spectral response of a semiconductor material can be controlled by the doping of the intrinsic semiconductor to make PC detectors applicable in LWIR detection. In the case of intrinsic semiconductor, the incident IR radiation is absorbed to generate holes and electrons. In the case of extrinsic semiconductors, the photon energy is absorbed by the   impurity, and only the majority carriers are excited. Under the applied constant bias, the resultant current level is proportional to the incident photon flux. In PC detectors, the photoconductive gain is defined as the ratio of carrier lifetime to detector transit time. The gain usually varies from 0.5 to greater than unity. If carrier lifetime is longer than transit time, the free carriers can transit across the detector without recombination and the current gain is greater than one. Since the current flows under a constant electric field, the photoconductive detector consumes power and generates heat. This makes it unsuitable for large IR

9

DA0271

array applications. Moreover, an additional noise source called the generation recombination noise exists in PC detectors besides the thermal and the noise sources.

### 4.1.3 Advantages of PV detectors over PC detectors

Advantages of PV detectors over PC detectors include a better signal to noise ratio simpler biasing and better responsivity. PV detectors are more fragile, susceptible to electrostatic discharge and to physical damage due to handling. Practically PV detectors are made of Si, InSb, and HgCdTe. PC detectors include doped Ge and Si detectors the ternary compounds HgCdTe and PbSnTe can be used for PC detectors as well as PV detectors. Some comparisons between photon detectors and thermal detectors are summarized below.

Table 4 Comparison of Photon and Thermal detectors

| Parameter | Photon Detector | Thermal Detector |
|---|---|---|
| Response time | Fast | Slow |
| Spectral responsively | Narrow and selective | Wide and flat |
| Sensitivity | High | Low |
| Operating temperature | Cryogenic | Room |
| Cost | Expensive | Economical |
| System requirement | Cooling System | Optical Chopper |

### 4.1.4 Extrinsic detectors

Extrinsic detectors are based on Si (Si: X) or Ge (Ge: X) doped with impurities such as Boron, Arsenic and Gallium. They are similar to intrinsic detectors. However, in extrinsic detectors carriers are excited from the impurity levels and not over the bandgap of the basic material. Both photovoltaic and photoconductive types exist. They have the advantage of being able to operate at much lower wavelengths than both intrinsic silicon and MCT. To overcome problems of positive holes left behind in valence band higher doping density are required.

### 4.1.5 Photo-emissive detectors

To avoid the extreme cooling demands of extrinsic semiconductor detectors and in some cases to reach even longer wavelengths, there is a third approach i.e. photoemissive detectors, or free-carrier or Schottky-barrier detectors. In these detectors, a metallic compound, for example, platinum silicide (PtSi), is overlaid by doped silicon. A photon bounces an electron or, in this example, a hole, out of the conductor into the silicon (Fig 4.1 d). The advantage of such devices is that response does not depend on the characteristics of the semiconductor but on those of the metal, which are extremely uniform, so that high uniformity of response is much easier to achieve. However, absorption is proportional to the square of the wavelength, so for wavelengths of a few microns, efficiency and sensitivity are much less than for extrinsic devices. At very long wavelengths, beyond 100 μm, these detector types are quite useful.

DA0272

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

### 4.1.6 Quantum Well Infrared Photo detector

The fourth main type of IR detector is the quantum-well IR photoconductor (QWIP). The operating principle in these devices is similar to that for extrinsic detectors. The dopants are used to alter the band structure. But in QWIPs, the dopants are concentrated into microscopic regions, creating quantum wells, where the band structure has shifted. Detection occurs when a photon knocks an electron or hole out of the quantum well into the neighboring band (see Fig. 2). As with extrinsic semiconductor detectors, QWIPs can be tailored to reduce the energy a photon needs for detection. But QWIPs are much more sensitive than extrinsic types, because the entire quantum well, not just an individual dopant atom, acts as an absorber. Because the quantum wells are 10-100 atoms across, their effective absorption area is much higher.

 

Fig. 4.1(d)   Photoemissive detector                Fig. 4.1(e)  QWIP detector

Currently, this technology is relatively unproven and immature due to  long-term instability and non uniformity of these materials. Another drawback is the requirement for cooling the detector to ~ 65 K (-208°C), which puts an added load on the cooling device, say, inside a camera. Assuming that the technical concerns can be addressed, QWIP could benefit the user by providing a camera with very good imaging and measurement performance while operating in the long-wavelength region. These units could be useful in outdoor applications for which solar reflections are problems or in applications for which very low ambient temperatures are a factor. One of examples is tracking aerial targets.

### 5.  THERMAL DETECTORS

The absorption of IR energy heats the detection element in energy or thermal detectors, leading to changes in physical properties which can be detected by external instrumentation Thermal detectors are operated at room temperature and have a wide spectral response. Since the operation of thermal detectors involves a change in temperature, they have an inherently slow response and a relatively low sensitivity compared to photon detectors. The response time and sensitivity of thermal detectors are influenced by the heat capacity of detector structure as well as the optical radiation wavelength. In some applications of thermal detectors, an optical chopper is also needed. The following are examples of energy detectors.

11

DA0273

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

## 5.1 Thermocouples / Thermopiles

Thermocouples / Thermopiles are formed by joining two dissimilar metals that create a voltage at their junction forms thermocouples. This voltage is proportional to the temperature of the junction. When a scene is optically focused onto a thermocouple detector, its temperature increases or decreases as the incident IR flux increases or decreases. The change in IR flux emitted by the scene can be detected by monitoring the voltage generated by the thermocouple. For sensitive detection, the thermocouple must be thermally insulated from its surroundings. For fast response, the thermocouple must be able to quickly release built up heat. This tradeoff between sensitivity of detection and the ability to respond to quickly changing scenes is inherent to all energy detectors. A thermopile is a series of thermocouples connected together to provide increased responsivity.

## 5.2 Pyroelectric detectors

Pyroelectric detectors consist of a polarized material which, when subjected to changes in temperature, changes polarization. These detectors operate in a chopped system; the fluctuation in the exposure to the scene generates a corresponding fluctuation in polarization and thus an alternating current that can be monitored with an external amplifier. Similar to pyroelectric detectors, ferroelectric detectors are based on a polarized material which, when subjected to changes in temperature, changes polarization. They have the advantage of large dynamic range covering power ranges from 10nWto 10W.

## 5.3 Thermistors / Bolometers

In thermistors, the resistance of the elements varies with temperature. One example of a thermistor is a bolometer. Barometers function in one of two ways: monitoring voltage with constant current or monitoring current with constant voltage. Advances in the micromachining of silicon have lead to the exciting field of *microbolometers* have lead to measurable changes of .1centigrade from a power input of 10 nW. A microbolometer consists of an array of bolometers fabricated directly onto a silicon readout circuit. This technology has demonstrated excellent imagery in the IR. Although the performance of microbolometers currently falls short of that of photon detectors, development is underway to close the performance gap. Microbolometers can operate near room temperature and therefore do not need vacuum evacuated, cryogenically cooled dewars. This advantage brings with it the possibility of producing low cost night vision systems for both military and commercial markets.

## 5.4 Microcantilevers

Microcantilevers are based on the bimetal effect to measure IR radiation. This effect utilizes the difference in thermal expansion coefficients of two different bimetals to cause a displacement in a microcantilever. In combination with a reference plate, this cantilever forms a capacitance. When infrared light is absorbed by the microcantilever, the microcantilever deflects and thus alters the capacitance of the structure. This change in capacitance is a measure for the incident infrared radiation.

DA0274

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

## 6.   COOLED AND UNCOOLED DETECTORS

### 6.1  Requirement of cooling

The signal output of a photon detector is so small that at ordinary temperatures it is swamped by the thermal noise due to random generation and recombination of carriers in the semiconductor. In order to reduce the thermal generation of carriers and minimise noise, photon detectors must be cooled and must therefore be encapsulated. Most detectors are cooled, either because they do not operate at room temperature or because they operate much better when cooled. Cooling mechanism is either a cryogen or refrigerant .The detector is usually mounted in a vacuum tight enclosure that serves twin purposes of avoiding condensation on detector and prevents cryogen from boiling off too rapidly.

### 6.2 Types of cooling systems

Various types of cooling systems are used for cooling IR detectors. *Dewars*, the technical name for vacuum bottle, are named after the inventor. They range in sizes from a few inches to large diameter test chambers. *Refrigerators* may be of closed cycle type, which recycle same fluid over and over and open cycle type, which draws gas from high-pressure tanks and vents to atmosphere after use. *Radiation coolers* are used in space. They face the sky and radiate energy away into space. They require no moving parts and no operating fluid except that required to point them away from sun. *Thermoelectric coolers* provide cooling by forcing currents through a junction of dissimilar metals. These coolers are simple reliable, small noiseless and high life. Their primary disadvantage is high power requirement.

*Application of cooling systems* in LWIR spectral regions requires operating temperatures of 100 K or less, which can be attained only by liquid-nitrogen-filled Dewars or closed-cycle refrigerators. But for many applications at near-IR and mid-IR wavelengths, thermoelectric cooling is gaining ground. One of the main advantages of TE coolers compared to bulk liquid nitrogen or mechanical refrigerators is their small size, which allows the detector and cooler to be incorporated in a single housing.

### 6.3 Thermoelectric (TE) coolers

Thermoelectric (TE) coolers are simply low-power, miniature heat pumps that are small enough to be easily integrated into compact optical systems. When properly packaged, TE coolers efficiently cool small detector chips (3 x 3 mm) to temperatures below -70°C. Thermoelectric coolers provide temperature control to better than 0.1°C, ensuring stable detector performance.
The devices operate under direct current (dc), minimizing electrical noise, and can be used for heating or cooling by reversing the direction of current flow. Because both the detector and cooler are solid-state components, operating lifetimes are greater than 10 years.



Fig. 6.1 TE Cooler

13

DA0275

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

*A* single-stage TE cooler (Fig. 6.1) consists of a matrix of thermoelectric couples connected electrically in series, and thermally in parallel. The couples themselves consist of bismuth telluride p-type and n-type semiconductor material. Depending on performance requirements, a TE cooler incorporates anywhere from one to several hundred couples. These couples are sandwiched between ceramic plates, which provide structural integrity as well as electrical insulation between the heat sink and the object being cooled.

When a positive dc voltage is applied to the n-type material, electrons pass from the p- to the n-type material. The temperature on the cold side decreases because heat is being absorbed from it. This heat pumped from the cold side plus the heat generated by the input power is conducted through to the hot side of the cooler, where it is dissipated by a heat sink. The degree of cooling achieved is proportional to the current and the number of thermoelectric couples. For more extensive cooling requirements, multiple cooler assemblies can be stacked to accommodate additional heat pumping for both active and passive heat loads. Thermoelectric coolers with as many as four stages are typically used in many IR detector applications.

## 6.4 High operating temperature process

A possible solution called high operating temperature process for decreasing the size of systems using cooled photon detectors or HOT processing is currently more promising. First proposed back in 1985, this approach uses a narrow-gap layer sandwiched between two wider-gap materials in the case of mercury cadmium telluride, or between a wider gap material and a heavily doped layer when using indium antinomide. The structure has a reversed-bias *p-n* junction that extracts the minority charge carriers.

This structure reduces dark current in several ways. First, the wide-gap regions have very low thermal generation rates. They also isolate the active region of the device from carrier generation at the contacts. The device's main advantage, though, is that, by sweeping out the minority carriers, the electrons, it directly reduces the leakage currents.

For years, the noise levels associated with these devices remained too high for imaging applications or for applications requiring room-temperature operation, but recent work at the Defense Research and Evaluation Agency (Malvern, England) and Marconi Infrared Ltd. (Southampton, England) indicates that further reductions in dark currents could lead to practical operation of the devices at 240 K, which is within the reach of thermoelectric coolers. This is not uncooled operation, but it is getting close.

In these devices, internal radiation mechanisms are important. Recombination of holes and electrons produces photons, which are then absorbed in the active region, generating a dark current. To reduce this current, the British researchers used a strange property of the device called negative luminosity, which is a reduction of the emission from a surface below the level needed to maintain thermal equilibrium. In other words, the body becomes blacker than a blackbody at the same temperature.

In equilibrium, the absorption of photons and the production of electron-hole pairs are balanced by electron-hole recombination and photon emission. Since the electrons are swept up so rapidly, though, they do not have time to recombine, and the entire active layer becomes a sink for photons, producing negative luminosity. This process reduces the dark current produced by intrinsic photon production.

14

DA0276

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

### 6.5  Uncooled IR detectors

With advances in micromachining processes based on silicon processing techniques field of uncooled detectors has come off age.  Even until the mid-1990s, sensitivity levels of the highest known uncooled sensitivity detector the bolometer was considered low. At room temperature, a radiation intensity of 1 mW/cm$^2$ leads, at equilibrium, to an increase in temperature of 1 K. One-tenth of that change in temperature produces easily detectable change in resistance. Since response time is proportional to the thickness of the absorber, with a micro machined bolometer of thickness of about 0.5 µm, response times drop to tens of milliseconds. This is fast enough for normal video camera operation at 30 frames per second. Application areas of this include third generation IR systems.

### 7.    DETECTOR FORMAT AND ARCHITECTURES

IR detectors are available as single element detectors in circular, rectangular, cruciform, and other geometries for reticle systems, as linear arrays, and as two dimensional (2D) focal plane arrays (FPAs). Linear and 2D arrays are fabricated with a variety of device and signal output architectures. In general, the IR FPA can be divided into *two major parts*, namely the detector array (Fig. 7.1) and the readout electronics. As compared to the conventional discrete design, the IR FPA has the inherent *advantages* of high packing density, low cost, reduced signal leads through the dewar, high feasibility on-chip signal processing, and high flexibility for system integration.

First generation linear arrays were usually front side illuminated, with the detector signal output connected by wire bonding to each element in the array. The signal from each element was then brought out of the vacuum package and connected to an individual room temperature preamplifier prior to interfacing with the imaging system display. Gain adjustments were usually made in the preamplifier circuitry. This approach limited first generation linear arrays to less than two hundred elements. Second generation arrays, both linear and two-dimensional are frequently backside illuminated through a transparent substrate.

*Staring FPA detectors* have high-resolution IR capabilities. An array of detectors staring at the scene rather than a single detector being scanned across the scene means IR cameras can be much smaller, lighter, and more power efficient than a camera with more-elaborate scanning components. Modern infrared FPA systems are aimed to have the portability of video camcorders and the imaging quality of black-and-white TV cameras.



Fig. 7.1 Focal Planar Array of 256x 256 detectors.

*Figure of merit* for FPA in terms of importance are fill factor and quantum efficiency. All surface of FPA detector is not sensitive to IR energy. Around the rows and columns of individual

15

DA0277

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

IR detectors making up the array is an inactive region surrounding each of the detectors. The inactive areas serve as pathways for electronic signals. The ratio of active IR sensing material to inactive row and column borders is called the *fill factor*. An ideal detector would have a very high fill factor because it would have a large percentage of its area dedicated to collecting IR photons and a very small area dedicated to detector segregation. Today's best infrared FPA detectors offer fill factors as high as ninety percent.

*Effect of high fill factor* is to provide better sensitivity and overall image quality than one with a lower fill factor. Also, high-fill-factor detectors typically offer better cooling efficiency, so less power is used to cool the detector to operating temperature. This savings translates into longer battery life and greater cooler reliability. *Quantum efficiency* refers to the relative efficiency at which IR photons are collected and converted into electrical charges. High quantum efficiency makes signal processing easier. Surprisingly, the most popular infrared FPA detector material today is platinum silicide (PtSi) that has very low quantum efficiency (less than 1%). Although quantum efficiency is only one measure of a system's design, it is a good way to evaluate overall sensitivity. Infrared FPAs with high quantum efficiency usually offer better sensitivity and performance at low temperatures.

## 7.1 Commonly Used Structures

*Impact of VLSI technologies* on the development of IR FPA detector fabrication has made the design of high-sensitivity, high-density, large-format and high-spectral-resolution systems feasible. The application of various developed technologies on the design of IR FPA's has resulted in the advantages of simplified electrical interconnection, reduced signal number leads through the dewar, higher performance reliability, and simplified package. Commonly Used Structures of the three major classes of IR FPA 's, namely, hybrid array, monolithic array, and pseudo monolithic array are discussed below.

### 7.1.1 Hybrid Array

Hybrid Array has the IR sensitive detector material on one layer and the signal transmission and processing circuitry on another layer. The most commonly used IR FPA structures in the hybrid array are flip-chip and Z plane technologies. In the flip chip technology, the two layers are bonded together by small indium bumps, which transmit the signal from each detector element to its respective signal path on the multiplexer below (Fig. 7. 2 a). This is the most used structure in the hybrid array technology.

### 7.1.2 Z –plane hybrid array

In *Z –plane hybrid array* technology shown in Fig. 7.2(b), the readout chips are stacked one on top of another and then the detector array is mounted to the third-dimensional plate on the edge. In the -plane structure, one readout chip is used by one channel of detectors so that many electrical circuit techniques like complex input circuit, gain offset correction, A/D converter, filter, smart, and neural function, as well as image signal processing stage can be implemented on the readout chip. However, the image resolution is limited by the readout chip thickness. In the application of hybrid array technology, uniformity of indium bumps, chip alignment, as well as thermal expansion effect and mechanical damage on the detectors should be considered during the hybridization process.

DA0278

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*



Fig. 7.2   the flip-chip array [5]      and the Z-plane array [4].

## 7.2 Monolithic array technology

Monolithic array technology is currently developed to solve the hybrid process problems of interaction of detectors with silicon readout circuitry. Building IR detectors like PtSi Schottky barriers, micromachined bolometers or extrinsic detectors on the silicon substrate provides solution. Thus, both IR detectors and readout circuits can be fabricated in a monolithic chip as shown in Fig**. 7**.2 (a). Both production and reliability of IR FPA's can be improved under monolithic design. However, the detector types and materials must be compatible with the silicon process. This limits the applications of the monolithic array on IR image systems.



Fig. 7.3 Monolithic arrays                 Fig. 7.3 Psuedomonolithic arrays

## 7.3 Pseudomonolithic Array

As an alternative method to the indium-bumping hybrid array and monolithic array technologies, the readout chip and detector chip can be compounded through the via-hole technique in the so-called pseudomonolithic array as shown in Fig. 7.3(b). Both readout chip surface and detector chip surface must be polished to achieve a precise flatness and parallelism before combining as a single chip. Then some detector fabrication processes and routing metallization processes are applied on the combined single chip. The pseudomonolithic technology retains some of pseudomonolithic array technology advantages of silicon-like processing, but its reliability still needs to be optimized.

## 7.4 Comparision between hybrid and monolithic array

Comparision between hybrid and monolithic array are bound to be made. Monolithic FPAs are easier and less expensive to manufacture than hybrids because fewer manufacturing steps are required. Conversely, monolithic FPAs generally have lower performance than their hybrid counterparts because having the detector material and signal pathways on the same level results in a

17

DA0279

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

significantly lower fill factor (~55%).Most users see the difference between a system with a monolithic FPA array and a hybrid array manifested in poorer image quality. This difference is particularly noticeable when viewing low temperatures or scenes with small temperature differences.

Although hybrid process requires more steps and can be more expensive, it results in FPAs with a significantly higher fill factor (~75%-90%). The higher fill factor resulting from this geometry provides much higher sensitivity than usually found in corresponding monolithic FPAs. The greatest benefit results from the high thermal sensitivity because of the hybrid FPA`s relatively high fill factor. Some hybrid FPA cameras provide sensitivity down to 0.02°C. Very high sensitivity can be useful in nondestructive-test applications, air in-leakage surveys, and building diagnostic studies.

## 8.  MATERIALS IN IR DETECTOR FORMATS

Differences in materials and their compositions have profound effect on behaviour of material as an IR detector. IR detectors are static sensitive, fragile and environmental sensitive. Hence they should be handled with caution. Various materials are used for detection. Silicon, gallium arsenide, MCT and lead salts are amongst most used [8]. Materials typically used are shown below in Table5.

Table 5 Materials used in IR detectors

| Photon Detectors | | | Energy Detectors | | |
|---|---|---|---|---|---|
| Intrinsic, PV | - | MCT | Bolometers | - | Vanadium Oxide ($V_2O_5$) |
| | - | Si, Ge | | - | Poly-SiGe |
| | - | InGaAs | | - | Poly-Si |
| | - | InSb, InAsSb | | - | Amorph Si |
| Intrinsic, PC | - | MCT | Thermopiles | - | Bi/Sb |
| | - | PbS, PbSe | Pyroelectric | - | Lithium Tantalite (LiTa) |
| Extrinsic | - | SiX | | - | Lead Zirconium Titanite (PbZT) |
| Photo-emissive | - | PtSi | Ferro-electric | - | Barium Strontium Titanite (BST) |
| QWIP | - | GaAs/AlGaAs | Micro cantilever | - | Bimetals |

**8.1 Silicon and Germanium detectors**

Silicon and Germanium detectors have inherent advantages of manufacturing due to compatibility with semiconductor production techniques. The use in IR detector stems from variations possible due to doping. Incase of silicon doping with gold gives it an energy band gap of 0.02 eV and cut off wavelength of 5µm. These figures get altered to 0.05 eV and ~20µm with phosphorus doping. Similarly the quantum efficiency, electric field and thickness can be varied from 20% to40%, 100 to 500V/cm and 1 to 3 respectively. Doping silicon with boron, arsenic, or gallium, for example, introduces different energy levels into the host-material bandgap. Electrons can then be knocked off the dopants at energy levels well below the cutoff wavelengths for silicon or germanium, and IR detection at longer wavelengths becomes possible.

DA0280

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

### 8.2 MCT detectors

MCT detectors   have been the most important semiconductor for mid and long-wavelength (3-30 µm) infrared photodetectors. No single known material surpasses MCT in fundamental performance and flexibility. MCT ($Hg_{1-x}Cd_xTe$) is a combination of mercury telluride and cadmium telluride. Relative concentrations of two molecules i.e. x and 1-x are deliberately adjusted in growth process to obtain desired mixture. This helps to adjust cut off wavelength (maximum wavelength of response). Hence, MCT exhibits extreme flexibility. It can be tailored for optimized detection at any region of the IR spectrum (Table 4). Both PC and PV types are available. Limitations of MCT are compositional nonuniformity, difficulty to grow on silicon and fragility. For high-performance applications such as thermal imaging and radiometry, photoconductive, MCT provides better sensitivity, faster response, and lower bias voltage [4]. Three-stage or even four-stage cooling is used for maximum performance.

Table 4 Tailoring MCT wavelengths

| x | 0K(µ) | 100K(µ) | 200K(µ) | 300K(µ) |
|---|-------|---------|---------|---------|
| .4 | 3.5 | 3 | 3 | 3 |
| .22 | 13 | 10 | 9 | 7 |
| .18 | >50 | 25 | 13 | 10 |

### 8.3 Indium antimonide

Indium antimonide detectors   are most commonly used III-V material, which provide high-performance detector in the wavelength region from 2 to 5 µm. Unfortunately, InSb detectors have to be cooled to liquid-nitrogen temperature. Indium antimonide (InSb) is a detector material that was very common in single-detector, mechanically scanned units. It is a highly versatile detector, which can be used for PC, PV, cooled and uncooled formats thereby justifying the economics of using it. The material typically offers higher sensitivity as a result of its very high quantum efficiency (80%-90%). However, high quantum efficiency is not the most important factor.

With InSb, the detectors swamp in a few microseconds, but then the rest of the photons must be dumped. As a result, for most applications there is little benefit to the added quantum efficiency. Another drawback is that InSb infrared FPAs have been found to drift in their nonuniformity characteristics over time and from cool down to cool down, thus requiring periodic corrections in the field. As a result, the system becomes more complex by requiring thermoelectric coolers, and additional electronics in the camera. Thus, few manufacturers use InSb FPA detectors for measurement applications. The added complexity of an InSb system is generally warranted in applications where extreme thermal sensitivity is required, for example, long-range military imaging.

### 8.4 Ternary compounds

Ternary compounds made from III-V elements such as indium gallium arsenide (InGaAs) are already available. They operate in the near-IR region at 1 to 1.8 µm or higher, and no cryogenic cooling is required. Very good performance using thermoelectric cooling can be achieved below 1.8 µm. Linear arrays made from InGaAs elements is commercially available.

19

DA0281

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

### 8.5 Alternate Indium antimonide detectors

Alternate Indium antimonide detectors based on InAsSb offer several advantages over InSb detectors. First, the addition of arsenic to the compound material, say (InAs0.80Sb0.20), increases the bandgap slightly and consequently reduces the maximum detectable wavelength to 5 µm compared to almost 6 µm for InSb. In this case, thermoelectric cooling is sufficient, with advantages such as compactness and reduced cost. When compared to ternary compounds such as MCT, manufacturing is more predictable; in the case of MCT, variation of the bandgap is much more sensitive to the relative composition of the elements in the material.

### 8.6 Platinum silicide detectors

Platinum silicide detectors operate in the short-wavelength region (1-5 µm), have good sensitivity (as low as 0.05°C), and excellent stability. It is manufacturable with semiconductor-production techniques, with fairly high detector yields resulting in reasonable costs. Platinum silicide has been desirable for measurement cameras and FPA's because it is a highly stable material that resists drift over time in its responsivity to temperature. One drawback is low quantum efficiency (<1%). However, modern signal-processing techniques coupled with hybrid construction and CMOS readouts have made PtSi a leading material for use in preventive maintenance and scientific IR imaging environments.

## 9. THIRD GENERATION IR SYSTEM REQUIREMENTS

Third generation IR system requirements rose into prominence due to NATO funding hastened after lessons learnt in GULF war [6]. NATO is funding development of components for passive IR detectors used for target surveillance, tracking, discrimination, and engagement during boost, ascent, midcourse, and terminal phases. Several technologies are being developed to address a wide range of target signatures, background environments, and sensor configurations.

### 9.1 Challenges faced

Challenges faced by IR detectors of third generation IR systems are long detection ranges, resolved and unresolved targets spanning very cold (un-illuminated decoys) to very hot (booster plumes), short observation periods, unique wavebands, precise tracking and thermal discrimination. The route for third-generation IR systems is currently being charted through Dual/Multispectral IR systems, polarized light detection and search for newer detector materials. Multispectral systems are envisaged to cover MWIR, LWIR, or both spectral windows.

### 9.2 Potential solutions

Detector candidates for the third generation   There are four detector technologies that may meet specifications of third-generation IR systems: multispectral detectors, dualband monopixel, quantum-well IR photodetectors (QWIPs), uncooled microbolometer, antimonide based materials [7]. Uncooled detectors will probably be used for most low and mid-level applications in the near future.

### 9.2.1 Multispectral Detectors

Just as color images contain far more useful information than black and white ones, multispectral and hyperspectral detectors with multiple wavelength bands provide more information than conventional three-color images. Often, the experimental ones extend beyond the visual range into IR or/and ultraviolet (UV). Such detectors offer sensitivity to the degree that users can

20

DA0282

distinguish individual species of trees from space or even identify moving, camouflaged tanks from great distances.

The most widespread approach to multispectral detectors involves splitting the incoming radiation with filters and then focusing the various spectral bands toward separate detectors. One example of this approach is the experimental Multispectral Thermal Imager Satellite (MTIS), which was launched at the end of 1999 with the goal of studying industrial facilities and related environmental impacts from space. Its core is a multispectral sensor consisting of linear detector arrays that have optical filters placed immediately above them in the focal plane of a telescope. The arrays, one for each required spectral band, line up along the track of motion of the satellite. As the satellite moves, a given image scans across each array in turn, allowing the system to build a two-dimensional (2-D) multispectral image.

The MTIS uses 15 bands ranging from a band of 450 to 520 nm to a band of 10.2 to 10.7 μm. It takes three separate multispectral arrays to cover the full 30-mm width of the device's focal plane. Each array uses three different detector materials to access the various wavelengths—silicon photodiode for visible wavelengths (450 to 860 nm), indium antinomide for near- and mid-IR (860 nm to 5.07 μm), and mercury cadmium telluride for the long wavelengths up to 10.7 μm.

The sensor chip assemblies contain photodetectors that are attached by indium electrodes to readout integrated circuits, which amplify and store the signals from each pixel. The resolution varies, depending on the wavelength. For the visible bands, 828 pixels are used, each 12.4 μm across, but for the IR bands, there are 207 pixels, each 49.6 μm across. These sensor characteristics allow a 5-m resolution for visible and a 20-m resolution for IR data spanning a width of 12 km.

For most space-based multispectral or hyperspectral sensors, the motion of the observing platform accounts for one of the scanning directions. In other multispectral applications, devices can provide information related to four dimensions—two spatial dimensions, wavelength, and time. For example, in real-time hyperspectral imaging, images are obtained at a video rate. Such imagers must therefore be able to scan in both spatial dimensions and produce vast amounts of data. For instance, the experimental multiband indentification and discrimination imaging spectrometer (MIDIS) system under development by US Army Armament Research and Development Engineering Center (Picatinny Arsenal, NJ) and Surface Optics Corp. (San Diego, CA) generates more than 130 Mbyte/s.

### 9.2.2 Dual-band detectors

Whenever multispectral arrays of the type described here are used, multiple arrays, filters, and in many cases, beam splitters, add to device complexity, alignment problems, and cost. These issues are fueling research efforts to develop and fabricate single arrays with multiband capabilities integrated into each individual pixel. It may be impractical to integrate many bands into a single pixel, so hyperspectral imaging cannot use this approach, but research on two-band structures is very active, and three- and four-band structures may be possible within the decade. Dual-color detectors now in development are based on mercury cadmium telluride (HgCdTe) photodiodes and quantum-well IR photodetectors (QWIPs).

In either approach, the dual-band detector consists of a longer-wavelength detector behind a shorter-wavelength one so that the long-wavelength radiation passes through the first detector and is recorded by the second. For HgCdTe devices, the detector is an n-p-n triple layer heterojunction consisting of back-to-back p-n junctions (see Fig. 3). In the simultaneous-mode design, there is an additional electrical contact to the center layer that allows reading out each layer independently. In

DA0283

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

the sequential mode design, the readout selects each layer and therefore each wavelength band through a change in the bias voltage.

The sequential approach has several advantages related to the fact that it only requires one readout connection per cell. This translates into smaller, more-reproducible unit cells and a nearly 100% fill factor. Nevertheless, since the construction of such devices does not allow independent selection of the optimum bias voltage for each layer, there can be substantial mid-wavelength crosstalk in the long-wavelength detector. The simultaneous mode avoids

A key technical issue in dual-layer detectors revolves around high dislocation densities. The cadmium zinc telluride (CdZnTe) substrates are matched to the lattice spacing of the long-wavelength IR HgCdTe layer. When the mid-wavelength IR HgCdTe layer, with a different ratio of Hg to Cd, is deposited on the substrate in dual-color devices, there is a small (0.04%) lattice mismatch, resulting in a higher density of dislocations. Despite the difficulties, several companies plan to market simultaneous-mode dual-band technology in larger array sizes in the near future, while development efforts continue to increase the number of bands covered to three or four.

### 9.2.3 Multispectral QWIPs

The main alternatives for multicolor devices are quantum-well IR photodiodes (QWIPs). Here, the dopants are concentrated into microscopic regions, creating quantum wells in which the band structure has shifted. Detection occurs when a photon knocks an electron or hole out of the quantum well into the neighboring band. Like HgCdTe detectors, dual-band detectors can be created by stacking long- and medium-wavelength QWIPs, each comprising repeated layers of indium gallium aluminum arsenide (InGaAlAs) surrounded by layers of indium gallium arsenide (InGaAs) and indium aluminum arsenide (InAlAs). With only one set of contacts, the observed wavelength depends on the voltage bias, with low voltage activating the long-wavelength detector and high voltage activating the mid-wavelength device to allow sequential readout. In such a detector developed at Northwestern University (Chicago, IL), for example, a 5-V bias has detection sensitivity peaking at 8 μm, and a 10-V bias has sensitivity peaking at 4 μm.

### 9.2.4 Microbolometer array

With advances in micromachining processes based on silicon processing techniques field of uncooled detectors has come off age. Even until the mid-1990s, sensitivity levels of the highest known uncooled sensitivity detector the bolometer was considered low. At room temperature, a radiation intensity of 1 mW/cm$^2$ leads, at equilibrium, to an increase in temperature of 1 K. One-tenth of that change in temperature produces easily detectable change in resistance. Since response time is proportional to the thickness of the absorber, with a micro machined bolometer of thickness of about 0.5 μm, response times drop to tens of milliseconds. This is fast enough for normal video camera operation at 30 frames per second.

Microbolometer array fabrication is done by etching material from around and under a 50-μm-square absorbing element, which in turn is supported by two electrical conductors, each only 0.1 μm thick and 5 μm wide. To isolate the element from underneath during fabrication, researchers use a sacrificial layer of polyimide, which ultimately dissolves away to free it. Thermal conduction through the tiny electrical conductors, which also serve as mechanical supports, is small enough that thermal sensitivities are excellent. During the fabrication process, a thin aluminum layer is inserted underneath the absorbing element or microbridge to reflect the IR back up into it. The element itself combines a very thin layer of titanium nitride to absorb the IR radiaton with a 0.1-μm layer of amorphous silicon that acts as the thermometer. Given next is a magnified view of microbolometer array.

22

DA0284

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*



Fig. 10.2. Magnified view of microbolometer array

The individual microbolometers are formed as part of a square array of typically 256 x 256 pixels. A single silicon wafer can hold 12 such arrays. Since ordinary silicon and integrated circuit materials and processing techniques are used, yields are high, and the costs of production are far lower than for quantum arrays.

Within each bolometer, the absorbant material separates the conductors from each other. This is done by putting the conductor on opposite sides of the absorber, forming a gap design, or by locating one conductor on top and the other underneath the absorber to form a sandwich or a combined sandwich gap. By tailoring the thickness of the absorbing material, typically lightly doped silicon, the device manufacturers ensure that it combines high absorption in the mid-IR band around 10 μm with fast response time and good resistivity characteristics.

Other materials used are barium strontium titanium oxide, titanium, and vanadium oxide in the fabrication process. The resulting bolometers are highly sensitive, capable of detecting temperature differences of 0.07 K with output response of about 10 mV/K. Uncooled microbolometer arrays are now widely available in commercial imaging cameras, although they remain fairly expensive. As prices for these arrays drop, the cost of IR cameras will drop radically as well, enabling a rapid expansion of applications.

## 10. FUTURE TRENDS

Third generation of IR systems are essentially the future trends in this industry that has enjoyed the patronage of US Department of Defence (DoD). However, it can be said that in future, the performance of detector formats with cooled or uncooled FPA technologies will be further enhanced by development of new detection methodologies and signal processing techniques [4]. Moreover, the concept of military and commercial dual-use technology in IR detector formats will lead to lower cost, small size, reduced weight and increased user friendly application-oriented development. Some advanced development directions on IR imaging systems and detectors and systems such as on-FPA signal processing, optical link, smart FPA concept, FIRST, etc are discussed briefly.

### 10.1 On-chip A/D conversion

On-chip A/D conversion is an advanced circuit technology that is applied to IR FPA chips. Due to conversion to the digital output on FPA itself, signal of IR FPA chips avoids noise coupling during the transfer out of cooling systems and Dewars. Thus, the system design can be simplified and the cables and IC chip counts can be reduced. However, the additional power and area consumption on the FPA may not be acceptable in some applications. Thus, the on-chip A/D conversion is usually used in high-performance scanning array applications. Raster array applications may not prefer it due to requirement of area of FPA for IR detection at all times.

DA0285

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

## 10.2 Optical Link technique

Optical Link technique can reduce loading of cable capacitance in a readout chip. The loading of parasitic heat from thermal detectors and the noise coupling degrade the system performance. This can be improved by optical link techniques. An analog optical modulator on the FPA is designed to transfer output signals. In this configuration, all the noise, loading, and coupling effects of the conventional cables can be avoided. The optical signals can also be digitized before sending to the optical link. This can further improve performance at the expense of additional power dissipation.

## 10.3 Smart Focal Plane Array

The on-FPA signal processing technologies are used to support front-end signal processing that can significantly reduce the downstream system loading and improve readout performance. Some smart functions such as bad pixel substitution], pixel averaging, and neural FPA concept are being researched. Neural network concept is being studied to achieve the on-chip image extraction and motion detection. A new sensing structure has been proposed to implement CMOS silicon retina systems using multi-emitter bipolar junction transistors (BJT's). The new BJT-based silicon retina can perform some smart functions like edge detection, pattern recognition, and motion detection in simple and compact detector arrays. Other image processing functions including contrast and quality enhancement, image compensation, and nonlinearity fix for implementation on-chip to achieve smart FPA's are also on fore.

## 10.4 Advanced QWIP's

Research is advancing rapidly in these devices, concentrating on gallium arsenide-based systems, such as GaAs/AlGaAs, with the latter compound being used to create the quantum wells. QWIPs use the manufacturing techniques of the mature GaAs chip technology and thus have both high uniformity and low cost compared with HgCdTe. In the wavelength range from 8 to 10 µm, QWIPs have been approaching HgCdTe in performance, although at longer wavelengths the ternary compounds still have an edge. Like the extrinsic detectors, QWIP's generally have to be cooled below liquid-nitrogen temperature for background-limited performance.

## 10.5 FIRST

European Space agency is making plans for FIRST, the far infrared and submillimeter space telescope, which will open up the one spectral band not yet surveyed—from 60 to 670 µm. The design will use arrays of germanium gallium photoconductors for 100 to 200 µm and arrays of bolometers cooled to 0.1 K for the rest of the band.

## 11.    CONCLUSION

The IR industry is in transition. After years of existence as an esoteric technology reserved for military, academia and narrow niche markets, IR technology is on the brink of emerging as a dramatic new mainstream tool for countless applications, including security, firefighting, surveillance, and industrial imaging. Two-waveband FPAs improve the detection of targets with various surface temperatures and enable real-time thermal discrimination. Operation at longer wavelengths enables detection of cold targets at long ranges. Large-format (256 x 256 pixels and larger) FPAs provide large search areas concurrently accurate tracking. Improved operability and yield reduce production costs and schedules.

The advent and continuing maturation of newer technologies like MEMS-based uncooled detector technologies, wafer-scale manufacturing, etc shall help completely eliminate cooling

24

DA0286

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

requirements or reduce need for temperature stabilisation.  Thus, promising true mass-production potential. As with any highly elastic market, as the prices come down volume markets will emerge. From the night-vision option in automobiles to thermal imager used by surgeons, everyday life will be impacted. Nonvisible imagers will be as ubiquitous as camcorders. And as the technology becomes widely available and understood, bright minds and entrepreneurs will discover countless new applications for this exciting and enabling technology.

DA0287

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

## References

[1]Stephen Matthews, *Thermal imaging on the rise*, Laserfocus World, March2004.

[2]E.J.Lerner, *Infrared array detectors create thermal images*, Laserfocus World,Jan2004.

[3]A.Rogalski and K.Chrzanowski, *Infrared detection and devices*, Opto-electronics review 10(2), (2002).

[4] M. Dombrowski and P. Wilson, SPIE Proc. 3753, 100 (January 2000).

[5]Chih-Cheng Hsieh, Chung-Yu Wu, Far-Wen Jih, and Tai-Ping Sun, *Focal-plane-arrays and CMOS readout techniques of infrared imaging system ,IEEE transactions* on circuits and systems for video technology, vol. 7, no. 4, august 1997.

[6]N.M. Shorrocks, A. Patel, M. J. Walker, and A. D. Parsons, *Smart Focal Plane Arrays and Focal Plane Array Testing, Proc. SPIE,* 1995, vol. 2474.

[7]R Balcerak, *Technology for infrared sensors produced in low volume,*Presented at the Photonics West '95 Meeting.

[8]M.Razeghi ,*Long wavelength infrared detectors*,Gordon and Breach science publishers,1996.

[9]J.D.Vincent,*Fundamentals of infrared detectors operation and testing,*John Wiley and sons,1990.

[10]R,C.Hudson and J.W.Hudson, *Benchmark papers in optics*, Dowdsen,Hutchinson and Ross,Inc,1967.

26

DA0288

*M. Tech Credit Seminar Report, Electronic Systems Group, EE Dept, IIT Bombay submitted Oct o4*

DA0289

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

DA0290

# Exhibit 9

DA0291

VERSITA

OPTO-ELECTRONICS REVIEW **21**(2), 240–258

DOI: 10.2478/s11772-013-0090-x

# HOT infrared photodetectors

P. MARTYNIUK and A. ROGALSKI[*]

Institute of Applied Physics, Military University of Technology,
2 Kaliskiego Str., 00–908 Warsaw, Poland

*At present, uncooled thermal detector focal plane arrays are successfully used in staring thermal imagers. However, the performance of thermal detectors is modest, they suffer from slow response and they are not very useful in applications requiring multispectral detection.*

*Infrared (IR) photon detectors are typically operated at cryogenic temperatures to decrease the noise of the detector arising from various mechanisms associated with the narrow band gap. There are considerable efforts to decrease system cost, size, weight, and power consumption to increase the operating temperature in so-called high-operating-temperature (HOT) detectors. Initial efforts were concentrated on photoconductors and photoelectromagnetic detectors. Next, several ways to achieve HOT detector operation have been elaborated including non-equilibrium detector design with Auger suppression and optical immersion. Recently, a new strategies used to achieve HOT detectors include barrier structures such as nBn, material improvement to lower generation-recombination leakage mechanisms, alternate materials such as superlattices and cascade infrared devices. Another method to reduce detector's dark current is reducing volume of detector material via a concept of photon trapping detector.*

*In this paper, a number of concepts to improve performance of photon detectors operating at near room temperature are presented. Mostly three types of detector materials are considered – HgCdTe and InAsSb ternary alloys, and type-II InAs/GaSb superlattice. Recently, advanced heterojunction photovoltaic detectors have been developed. Novel HOT detector designs, so called interband cascade infrared detectors, have emerged as competitors of HgCdTe photodetectors.*

**Keywords:** HOT detectors, HgCdTe photodetectors, type-II InAs/GaSb superlattice photodetectors, Sb-based III-V photodetectors, photon trapping detectors, cascade infrared detectors.

## 1. Introduction

Cryogenic cooling of detectors has always been the burden of sensitive infrared (IR) systems. Many efforts have been made to develop imaging IR systems that would not require cryogenic cooling. During the last two decades we have observed a revolutionary emergence of focal plane arrays (FPAs) based on thermal detectors. At present, full TV-compatible arrays are used, but they cannot be expected to replace the high-performance cryogenically cooled arrays without a scientific breakthrough. A response much shorter than that achievable with thermal detectors is required for many applications. Thermal detectors seem to be unsuitable for the IR thermal imaging systems, which are moving toward faster frame rates and multispectral operation. A response time much shorter than that achievable with thermal detectors is required for many non-imaging applications. Photon detectors (photodetectors) make it possible to achieve both high sensitivity and fast response. Recent considerations of the fundamental photodetector mechanisms suggest that, in principle, near-perfect detection can be achieved in the mid wavelength IR (MWIR) and long wavelength IR (LWIR) ranges without the need for cryogenic cooling [1–3].

Progress in IR photodetector technology is mainly connected with semiconductor IR detectors. The most important are photodetectors fabricated with narrow-gap semiconductors, especially with HgCdTe. To obtain high performance detectors, temperatures much lower than 300 K are required (typically 80–200 K). Cooling requirements significantly increase price and size of IR systems, therefore, one of the main research goals is an increase in working temperature of photodetectors.

A number of concepts to improve performance of the near room temperature IR photodetectors have been proposed. Apart from photoconductive detectors and photodiodes [4], three other types of IR photodetectors can operate at near room temperature; photoelectromagnetic (or PEM) detectors, magnetoconcentration detectors and Dember effect detectors [1,5]. While significant improvements have been obtained by suppression of Auger thermal generation in excluded photoconductors [6], extracted photodiodes [6–8], and magnetoconcentration effect detectors [9,10], these non-equilibrium devices require significant bias currents and exhibit excessive low frequency $1/f$ noise that extends up to MHz range. A new strategies used to achieve HOT detectors

[*]e-mail: rogan@wat.edu.pl

Springer

DA0292

include barrier structures such as nBn, material improvement to lower generation-recombination leakage mechanisms, alternate materials such as superlattices and cascade infrared devices.

Here we review the progress in development of uncooled IR infrared photon detectors called HOT (high-operating-temperature) photodetectors. The paper presents approaches, materials, and devices that eliminate the cooling requirements of IR photodetectors operating in the middle- (MW) and long-wavelength (LW) ranges of the IR spectrum. An approach to reduce photodetector cooling requirements based of non-equilibrium mode of operation [11] and proposed by British workers is omitted in our considerations. Progress in developments of HgCdTe HOT photodetectors described in details in recently published papers (see, e.g., Refs. 1–3) is presented here shortly. Instead in this paper we concentrate on novel HOT devices developed in the last decade, mainly on nBn and cascade infrared devices.

## 2. Fundamental performance limits of HOT photodetectors

In general, the detector can be considered as a slab of homogeneous semiconductor with actual "electrical" area, $A_e$, and thickness $t$ (see Fig. 1). Usually, the optical and electrical areas of the device are the same or similar. However, the use of some kind of optical concentrator can increase the $A_o/A_e$ ratio by a large factor.

The current responsivity of the photodetector is determined by the quantum efficiency, $\eta$, and by the photoelectric gain, $g$. The quantum efficiency is defined here as the number of electron-hole pairs generated per incident photon in a detector, instead the photoelectric gain is the number of carriers passing contacts per one generated pair in a detector. This value shows how well the generated charge carriers are used to generate current response of a photodetector. Both values are assumed here as constant over the volume of the device.

The spectral current responsivity is equal to



$$R_i = \frac{\lambda\eta}{hc}\,qg, \qquad (1)$$



Fig. 1. Model of a photodetector.

where $\lambda$ is the wavelength, $h$ is the Planck's constant, $c$ is the velocity of light, $q$ is the electron charge, and $g$ is the photoelectric current gain.

The performance of infrared photodetectors is limited by statistical nature of generation and recombination of charge carriers in the semiconductor. The current that flows through the contacts of the detector is noisy due to the statistical nature of the generation and recombination processes – fluctuation of optical generation, thermal generation, and radiative and nonradiative recombination rates. Assuming that the current gain for the photocurrent and the noise current are the same, the noise current is [2]

$$I_n^2 = 2q^2g^2(G_{op} + G_{th} + R)\Delta f, \qquad (2)$$

where $G_{op}$ is the optical generation rate, $G_{th}$ is the thermal generation rate, $R$ is the resulting recombination rate, and $\Delta f$ is the frequency band.

Optical generation noise is photon noise due to fluctuation of the incident flux. The optical generation of the charge carriers may result from three different sources: signal radiation generation, background radiation generation, and thermal self-radiation of the detector itself at a finite temperature. Usually, the noise due to optical signal flux is small compared to the contributions from background radiation or thermal generation-recombination processes. An exception is heterodyne detection, when the noise due to the powerful local oscillator radiation may dominate.

Background radiation is frequently the main source of noise in a detector. Assuming no contribution due to recombination,

$$I_n^2 = 2\Phi_B A_o \eta q^2 g^2 \Delta f, \qquad (3)$$

where $\Phi_B$ is the background photon flux density. Therefore,

$$D^*_{BLIP} = \frac{\lambda}{hc}\left(\frac{\eta}{\Phi_B}\right)^{1/2}. \qquad (4)$$

Once background-limited performance is reached, quantum efficiency, $\eta$, is the only detector parameter that can influence a detector's performance.

Figure 2 shows the peak spectral of a photon counter *vs.* the cut-off wavelength plot calculated for 300 K background radiation and hemispherical field of view (FOV) ($\theta = 90$ deg). The minimum $D^*_{BLIP}$ (300 K) occurs at 14 μm and is equal to $4.6\times10^{10}$ cmHz$^{1/2}$/W. For some photodetectors that operate at near equilibrium conditions, such as non-sweep-out photoconductors, the recombination rate is equal to the generation rate. For these detectors the contribution of recombination to the noise will reduce $D^*_{BLIP}$ by a factor of $2^{1/2}$. Note that $D^*_{BLIP}$ does not depend on area and the $A_o/A_e$ ratio. As a consequence, the background limited performance cannot be improved by making $A_o/A_e$ large.

Infrared photodetectors operating at near room temperature are generally limited by thermal generation and recombination mechanisms rather than by photon noise. For effective absorption of IR radiation in a semiconductor, we must

DA0293

*HOT infrared photodetectors*



Fig. 2. Calculated peak spectral detectivities of a photon counter limited by the hemispherical FOV background radiation as a function of the peak wavelength and temperature (after Ref. 2).

use material with a low energy of optical transitions compared to the energy of photons to be detected – for example, semiconductors with a narrower band gap. A direct consequence of this fact is that at near room temperatures, the thermal energy of charge carriers, $kT$, becomes comparable to the transition energy. This enables thermal transitions, making the thermal generation rate very high. As a result, the long-wavelength detector is very noisy when operated at near room temperature.

For uniform volume generation and recombination rates $G$ and $R$ (in m$^{-6}$s$^{-1}$), the noise current is

$$I_n^2 = 2(G+R)A_e t\Delta f q^2 g^2, \qquad (5)$$

therefore,

$$D^* = \frac{\lambda}{2^{1/2}hc(G+R)^{1/2}}\left(\frac{A_o}{A_e}\right)^{1/2}\frac{\eta}{t^{1/2}}. \qquad (6)$$

At equilibrium, the generation and recombination rates are equal. In this case

$$D^* = \frac{\lambda\eta}{2hc(Gt)^{1/2}}\left(\frac{A_o}{A_e}\right)^{1/2}. \qquad (7)$$

For a given wavelength and operating temperature, the highest performance can be obtained by maximizing $\eta/[(G+R)t]^{1/2}$. This is the condition for the highest ratio of the quantum efficiency to the square root of the sum of the sheet thermal generation and recombination rates. This means that high quantum efficiency must be obtained with a thin device.

A possible way to improve the performance of IR detectors is to reduce the physical volume of the semiconductor, thus reducing the amount of thermal generation. This must be done without decrease in quantum efficiency, optical area, and field of view (FOV) of the detector. These issues

are discussed, e.g., in Refs. 2 and 3 and in Sect. 5 of this paper devoted to photon trapping detectors.

The detectivity of an optimized infrared photodetector is limited by thermal processes in the active region of the device. It can be expressed as [12,13]

$$D^* = 0.31\frac{\lambda}{hc}k\left(\frac{\alpha}{G}\right)^{1/2}, \qquad (8)$$

where $1 \leq k \leq 2$, and $k$ is dependent on the contribution of recombination and backside reflection.

The ratio of the absorption coefficient to the thermal generation rate, $\alpha/G$, is the fundamental figure of merit of any material intended for infrared photodetectors. Analysis shows, that the narrow gap semiconductors are more suitable for high temperature photodetectors in comparison to competing technologies such as extrinsic devices, Schottky barrier, QWIP (quantum well IR photodotector) and QDIP (quantum dot IR photodotector) devices. The main reason for high performance of intrinsic photodetectors is high density of states in the valence and conduction bands, which results in strong absorption of infrared radiation.

It is interesting to consider the performance requirements of near room temperature photodetectors for thermal cameras. Thermal resolution of infrared thermal systems is usually characterized by the noise equivalent temperature difference (*NETD*). It can be shown, that [4]

$$NETD = \frac{4F^2\Delta f^{1/2}}{A_d^{1/2}t_{op}}\left[\int_{\lambda_a}^{\lambda_b}\frac{dM}{dT}D^*(\lambda)d\lambda\right]^{-1}, \qquad (9)$$

where $F$ is the optics f-number, $\Delta f$ is the frequency band, $A_d$ is the detector area, $t_{op}$ is the optics transmission, $M$ is the spectral emittance of the blackbody described by the Planck's law.

As Eq. (9) shows, the thermal resolution improves with an increase in detector area. Increasing detector area results in reduced spatial resolution, however. Hence, a reasonable compromise between the requirement of high thermal and spatial resolution is necessary. Improvement of thermal resolution without spatial resolution worsening may be achieved by:

- increase of detector area combined with corresponding increase of focal length and the objective aperture;
- improved detector performance;
- increased number of detectors.

Increase of aperture is undesirable because it increases sizes, mass and price of an IR system. It is more proper to use a detector with higher detectivity. Another possibility is the application of multi-elemental sensor, what reduces each element bandwidth proportionally to the number of elements for the same frame rate and other parameters.

Figure 3 shows the dependence of detectivity on cut-off wavelength for a photon counter detector thermal imager with a resolution of 0.1 K. Detectivities of $1.9\times10^8$ cmHz$^{1/2}$/W, $2.3\times10^8$ cmHz$^{1/2}$/W, and $2\times10^9$ cmHz$^{1/2}$/W are necessary to obtain *NEDT* = 0.1 K for 10 μm, 9 μm, and

© 2013 SEP, Warsaw

DA0294



Fig. 3. Detectivity needed to obtain *NEDT* = 0.1 K in a photon counter detector thermal imager as a function of cut-off wavelength (after Ref. 1).

5 μm cut-off wavelength photon counter detectors, respectively. The above estimations indicate that the ultimate performance of the uncooled photodetectors is not sufficient to achieve the required 0.1 K thermal resolution. The thermal resolution below 0.1 K is achieved for staring thermal imagers containing thermal detector focal plane arrays.

## 3.  Infrared HOT detectors

### 3.1.  HgCdTe detectors

The HgCdTe ternary alloy is a close to ideal infrared detector material system. Its unique position is dependent on three key features:

- composition-dependent tailorable energy band gap over the entire 1–30-μm range,
- large optical coefficients that enable high quantum efficiency, and
- favourable inherent recombination mechanisms that lead to long carrier lifetime and high operating temperature.

These properties are a direct consequence of the energy band structure of this zinc-blende semiconductor. Moreover, additional specific advantages of HgCdTe are the ability to obtain both low and high carrier concentrations, high mobility of electrons, and low dielectric constant. The extremely small change of lattice constant with composition makes it possible to grow high quality layered and graded gap structures. As a result, HgCdTe can be used for detectors operated in various modes, photoconductor, photodiode or metal-insulator-semiconductor (MIS) detector.

In the case of HgCdTe HOT devices, a moderate p-type doping of the absorber detector region is widely used for some suppression of the Auger mechanisms. More efficient suppression can be obtained with non-equilibrium depletion of the semiconductor. However, the non-equilibrium mode

devices suffer from a high level of flicker noise that make them useless for most of practical applications that require detection of IR radiation in the low and moderate frequency range. An example is thermal imaging.

The most popular HgCdTe HOT photodetectors are photoconductors and photodiodes. Apart from these devices, three other junctionless niche devices have been used for uncooled IR photodetectors [2,3,5]: PEM detectors, magnetoconcentration detectors, and Dember effect detectors. They are still manufactured by Vigo Systems [14] and are used for some applications, including very fast uncooled detection of LWIR radiation. The state-of-the-art of HgCdTe HOT detectors has been recently reviewed by Józef Piotrowski and his son – Adam Piotrowski [3]. Here we shortly describe only the most important recent achievements in fabrication of Vigo's detectors [15].

The performance of conventional p-n junction LWIR HgCdTe photovoltaic detectors operating at near room temperature is very poor due to a low quantum efficiency (low diffusion length and weak absorption of radiation) and a low dynamic resistance. Only charge carriers that are photogenerated at distance shorter than the diffusion length from junction can be collected. The absorption depth of long wavelength IR radiation ($\lambda > 5$ μm) is longer than the diffusion length. Therefore, only a limited fraction of the photogenerated charge contributes to the quantum efficiency. Consider an example of an uncooled 10.6-μm photodiode. Calculations show that the ambipolar diffusion length is less than 2 μm while the absorption depth is ≈13 μm. This reduces the quantum efficiency to ≈15% for a single pass of radiation through the detector.

The Polish scientific and fabrication possibilities connected with development of new generation of HOT HgCdTe photodetectors considerably increased after creation from the ground, in March 2003, a common Vigo-MUT (Military University of Technology) MOCVD laboratory and installation of Aixtron Aix-200 II-VI system dedicated to HgCdTe ternary alloys.

Vigo Systems have developed a monolithic 3-dimensional HgCdTe photodetector concept that integrates optical (concentration of signal radiation, multipass of radiation),

Fig. 4. Monolithically integrated TE-cooled HgCdTe Vigo's detector (with GaAs-microlens) just before final packaging (courtesy Vigo Systems).

DA0295

*HOT infrared photodetectors*



(a)

(b)

Fig. 5. HgCdTe heterostructure photodiode: schematic structure (a) and composition and doping profiles (b) (courtesy Vigo Systems).

detection (absorption, charge collection), and electronic (photoelectric gain) functions in a monolithic chip – see Figs. 1 and 4. Such devices achieve good parameters without cryogenic cooling what gives them a competitive advantage over detectors available on the market, especially in such applications as gas analyze systems and infrared spectroscopy.

Figure 5(a) shows the PIN-type HgCdTe photodiode heterostructure for near room temperature operation. The detector heterostructure region consists up to 7 layers (with different compositions and doping; the details of detector design are described, e.g., in Refs. 2, 3, 16 and 17. In order to realize the potential of improving device performance, suitable dopants have to be selected. Currently, the most commonly used dopants for MOCVD growth are arsenic (As) as the p-type dopant and iodine (I) as the n-type dopant. Figure 5(b) presents the composition and doping profiles of the heterostructure with active $\pi$-region. The heavily doped wide gap $N^+$ and $P^+$ regions play a role in the majority and minority carrier contacts that do not introduce minority carriers to the absorber and protect the device against dark current generation at surfaces. In addition, the heavy doping makes it possible to achieve low resistance contacts. Less doped wide gap P and N layers are placed between absorber

and the heavy doped regions to reduce interface thermal generation and tunnel currents.

The resistance of the p-n junction is very low due to a high thermal generation. In materials with a high electron to hole mobility ration, the resistance is additionally reduced by ambipolar effects. As a result, the preamplifier noise and noise of parasitic resistances may exceed the thermal generation-recombination noise. As a result, the performance of devices is poor, so they are not usable for practical applications. This can be overcome with development of multiple heterojunction photovoltaic devices in which short elements were connected in series. An example is a device with junction's planes perpendicular to the substrate [Fig. 6(a)]. The multi-heterojunction device consisted of a structure based on backside illuminated $n^+$-p-P photodiodes. This device was the first commercially available uncooled and unbiased long wavelength photovoltaic detector introduced in 1995. Such devices are characterized by large voltage responsivity, fast response time, but they suffer from non-uniform response across the active area and dependence of response on polarization of incident radiation.

More promising are the stacked photovoltaic cells monolithically connected in series shown in Fig. 6(b). They are capable of achieving both good quantum efficiency and



(a)

(b)

Fig. 6. Backside illuminated multiple HgCdTe heterojunction devices: (a) junction's planes perpendicular to the surface, and (b) 4-cells stacked multiple detector (after Ref. 2).

DA0296

a large differential resistance. Each cell is composed of p-type doped narrow gap absorber and heavily doped N+ and P+ heterojunction contacts. The incoming radiation is absorbed only in absorber regions, while the heterojunction contacts collect the photogenerated charge carriers. Such devices are capable of achieving high quantum efficiency, large differential resistance and fast response. The practical problem is the shortage of adjacent N+ and P+ regions. This can be achieved employing tunnel currents at the N+ and P+ interface.

At present, VIGO System offers photovoltaic devices optimized at any wavelength in the LWIR, MWIR, and SWIR range of infrared spectrum [14]. The longest usable wavelength is 11 μm, 13 and 15 μm for uncooled, 2- and 3-stage Peltier coolers, respectively.

Figure 7 shows the performance of the HgCdTe devices. Without optical immersion MWIR photovoltaic detectors are sub-BLIP devices with performance close to the generation-recombination limit, but well-designed optically immersed devices approach BLIP limit when thermoelectrically cooled with 2-stage Peltier coolers. Situation is less favourable for > 8-μm LWIR photovoltaic detectors; they show detectivities below the BLIP limit by an order of magnitude. Typically, the devices are used at zero bias. The attempts to use Auger suppressed non-equilibrium devices were not successful due to large $1/f$ noise extending to ≈100 MHz in extracted photodiode.

The HOT devices are characterized by a very fast response. The uncooled ≈10 μm photodetectors show ≈1 ns or less response time. The $RC$ time constant of photovoltaic devices can be shorten by the use of optical immersion to reduce physical area of devices [2]. The series resistance was minimized to ≈1 Ω using heavily doped N+ for base regions of the mesa structures and improved anode contact.

## 3.2. Sb-based III-V photodetectors

As an alternative to the current market dominant HgCdTe, several III-V semiconductor systems such as $InAs_{1-x}Sb_x$ (InAsSb) [18] and InAs/GaSb type-II superlattices (T2SLs) have been proposed [19].

For a long time, the PEM effect has been used mostly for InSb room temperature detectors in the middle- and longer wavelength IR band [20]. However, the uncooled InSb devices with a cut-off wavelength at ≈7 μm exhibit no response in the 8–14-μm atmospheric window and relatively modest performance in the 3–5-μm window.

More recently, the InSb photodiodes grown heteroepitaxially on Si and GaAs substrates by MBE have been also reported [21]. Kuze *et al.* [22,23] have developed a novel microchip-sized InSb photodiode sensor, on semi-insulating GaAs(100) substrate. The sensor consists of 910 photodiodes connected in series (see Fig. 8). Each photodiode consists of MBE grown 1-μm-thick n+-InSb layer, followed by a 2-μm-thick π-InSb absorber layer. To reduce the diffusion of photo-excited electrons, a 20-nm thick $p^+$-$Al_{0.17}In_{0.83}Sb$ barrier layer was grown on the π-InSb layer. Finally, a 0.5-μm-thick π-InSb layer was grown as the top contact. As the n- and p-type dopants Sn and Zn were used, respectively, with the concentrations of $7\times10^{18}$ cm$^{-3}$ for the n+-layer, $6\times10^{16}$ cm$^{-3}$ for the π-layer, and $2\times10^{18}$ cm$^{-3}$ for the p+-layer. To insulate mesa structures, a 300-nm thick plasma CVD passivation $Si_3N_4$ layer was deposited. Finally, after Ti/Au lift-off metallization, a 300-nm thick $SiO_2$ passivation also grown by plasma CVD was made. The length of single InSb photodiode was 20 μm. The final external dimensions of photovoltaic infrared sensor were $1.9\times2.7\times0.4$ mm$^3$ [see Fig. 8(c)].



Fig. 7. Typical spectral detectivity of HgCdTe detectors with 2-stage TE coolers (solid lines). The best experimental data (white dots) are measured for detectors with field of view (FOV) equal 36 degrees. BLIP detectivity is calculated for FOV = 2π. Black dots are measured for detectors with 4-stage TE coolers.



Fig. 8. InSb photovoltaic infrared sensor: (a) schematic structure of multiple photodiodes connected in series, (b) SEM photograph, and (c) picture of a dual flat non-leaded packaged InSb sensor (after Refs. 22 and 23).

DA0297

*HOT infrared photodetectors*



Fig. 9. Spectral response of InSb photovoltaic infrared sensor (700 photodiodes connected in series) at room temperature (after Ref. 22).

InSb photovoltaic sensor can be used both in non-contact thermometry, as well as human body detection. Its peak resposivity about 1.9 kV/W is between 5 and 6 µm; the cut-off wavelength $\lambda_c$ = 6.8 µm (Fig. 9). The sensitivity and the noise equivalent difference temperature were estimated to be 127 µV/K and 1 mK/Hz$^{1/2}$, respectively [23].

Earlier data suggest that InAs$_{1-x}$Sb$_x$ can exhibit a cut-off wavelength up to 12.5 µm at 300 K (the minimum of energy gap appears at composition x = 0.65) [24]. However, some

experimental results demonstrated that the cut-off wavelength of epitaxial layers can be longer than 12.5 µm, thus covering the entire 8–14 µm at near room temperature. This may be due to a structural ordering.

InAsSb photoconductive detectors were fabricated on p-InAsSb/p-InSb heterostructures. A room temperature photoresponse up to ≈14 µm has been obtained at 300 K [18]. From the voltage dependent responsivity measurement, an effective lifetime of about 0.14 ns has been obtained. The estimated detectivity at $\lambda$ =10.6 µm is limited by Johnson noise at the level of about 3×10$^7$ cmHz$^{1/2}$/W at 300 K.

Photovoltaic devices consist of a double heterojunction of p$^+$-InSb/π-InAs$_{1-x}$Sb$_x$/n$^+$-InSb on (001)GaAs (see Fig. 10). In spite of the large lattice mismatch between the InAsSb and GaAs, InAsSb detectors have exhibited good characteristics and showed their feasibility for the near room temperature LWIR photodetectors. The photodiode optimized for $\lambda$ = 10.6 µm was characterized by the detectivity of ≈1.5×10$^8$ cmHz$^{1/2}$/W.

Type-II superlattices have been proposed as another alternative for uncooled infrared photodetectors in the LWIR range [19]. In comparison to HgCdTe, the higher effective mass of electrons and holes and the slower Auger recombination rate lead to lower dark current and higher operating temperature in type-II superlattices. Unlike type-I superlattices, one can modify the energy of the conduction and valence minibands of a type-II superlattice with a high degree of freedom.

InAs/GaSb T2SLs were grown by MBE on semi-insulating (001)GaAs substrates. Photoconductive detectors fabricated from the superlattices showed 80% cut-off at about 12 µm. The responsivity of the device (see Fig. 11) is about 2 mA/W with a 1 V bias (electrical field 5 V/cm) and the maximum measured detectivity of the device is 1.3×10$^8$ cmHz$^{1/2}$/W (without any immersion lens and antireflector coating) at 11 µm at room temperature. The detector shows very weak temperature sensitivity. The carrier lifetime, $\tau$ = 6 ns, is an order of magnitude longer than the carrier life-



Fig. 10. Spectral voltage responsivity of p$^+$-InSb/p-InAs$_{0.15}$Sb$_{0.85}$/n$^+$-InSb heterojunction photodiode. Schematic of a photodiode structure is shown in the insert (after Ref. 18).



Fig. 11. Responsivity spectra of the device at 78 and 300 K with an in-plane electrical field of 5 V/cm (after Ref. 19).

DA0298

time in HgCdTe with similar bandgap and carrier concentration. This evidences suppression of Auger recombination in this material system.

## 4. HgCdTe HOT focal plane arrays

Activity of Vigo Systems concerns on production of single and linear array HgCdTe HOT photodetectors with optical immersion which are exported now to many countries in the world. In the case of large IR focal plane arrays (FPAs) raising of detector's temperature operation has benefits in terms of reduced cooler power and increased life and enables an overall reduction in size, weight, and power (SWaP) for handheld applications. Low-power, large-format, small--pixel IR FPAs with large dynamic, on-chip digital image processing (for SWaP-efficient sensor designs) and high--speed readout (for large-area coverage) are now possible. At present, an extraordinary HOT HgCdTe detector technology, which can perform at significantly elevated temperatures to minimize these trade-offs are developed.

Advances in HgCdTe MOCVD growth technology at Selex Galileo have allowed increased operating temperatures of MWIR FPAs [25,26]. HOT detector structures are as-grown N⁺-p mesa heterostructure shown in Fig. 12(a). A thicker common layer enables deeper etching and reduced



(a)

(b)

Fig. 12. HOT MWIR N⁺-p HgCdTe photodiode: (a) single detector structure and (b) focal plane array (after Ref. 25).

absorber layer volume in individual pixels to suppress dark current without loss of photocurrent. The mesa array geometry also permits a degree of optical concentration into a reduced area p-n junction towards the mesa top, with possible improvements in dark current. Figure 12(b) illustrates the mesa structures of focal plane array.

A key factor in determining the dark current is the role of recombination centres in the generation-recombination process. DeWames and Pellegrino [27] presented a carrier recombination model that explains the measured dark current density as a function of temperatures for N⁺-p(As) Selex devices grown by MOVPE on GaAs. They proposed a donor-like recombination centre with very fast electron capture and slower hole capture. Their fit to the experimental data was consistent with a trap energy 86 meV below the conduction band edge and the hole lifetime of 550 µs. Interestingly, the band-to-band recombination mechanisms (radiative and Auger processes) are not limiting the observed dark current density, even in the region of higher temperature operation where these processes are dominant. Possible explanations include photon recycling or suppression of band to band transitions by very fast capture of excess minority carriers (electrons) by the "empty" set of donor flaws. So, the deliberate introduction of recombination centres has emerged as a new technique in HOT detector engineering.

This new processing of MWIR HgCdTe photodiode arrays grown by MOCVD was adapted by Selex to achieve high performance at high operating temperatures. The Hawk 16-µm pitch full TV detector (640×512 pixels) with 5-µm cut-off wavelength and *f/4* aperture demonstrates good quality image at temperatures of 160–190 K. Although the acceptable 210-K image is slightly grainier than the 160-K image, the 210-K image is very useable (see Fig. 13).

For standard production arrays (results from the 2011) the median noise equivalent difference temperature (*NEDT*) remains constant up to 150–160 K and doubles by 185 K (see Fig. 14). The performance limitations are



Fig. 13. Hawk image at 210K operating temperature (after Ref. 26).

DA0299

*HOT infrared photodetectors*



Fig. 14. Predicted NETD performance as a function of operating temperature (after Ref. 25).

believed to originate from array processing technology where dark currents start to impact performance above 150 K and noticeable but not prohibitive rises in *NETD* are observed above 160 K. The new results clearly predict an improvement in HOT performance over the standard production arrays and significantly extend the useful range of operating temperatures. The near-background limited performance achieved at 150 K by the standard process has been raised around 30 K to 180 K with the expectation of background-dominated performance to well above 200 K (see Fig. 14).

Increasing the operating temperature of detector reduces the cooling load allowing more compact engines with higher efficiency. For an operating temperature of 150 K, the cool-down time and steady state power dissipation in the standard Hawk integrated dewar cooler assembly (IDCA) are reduced by around 40% and 55%, respectively compared with 80 K operation (see Fig. 15). To achieve near BLIP performance at temperatures above 150 K, the previously optimised engine cooled configuration consumed 1–2 W in steady state. At present, similar performance at temperatures in the range of 200–220 K introduces the opportunity for thermoelectrically cooled operation.

## 5.  Photon trapping detectors

As indicates Eq. (7), the performance of infrared detector can be improved by reducing volume of active detector's region. In this part of paper we focus our considerations on reducing detector material via a concept of photon trapping detector. Reducing of the dark current should be achieved without degrading quantum efficiency. Figure 16 shows the effect of volume reduction on quantum efficiency and *NEDT* [28,29] using a simple first-order model consisting of the Bruggeman effective-medium [30] combining HgCdTe with a composition x ≈0.3 with void material. The fill factor is calculated as the volume of material remaining divided by the volume of the unit cell. As it is possible to expect, the effect of volume reduction is to improve performance until a critical point when the volume reduction removes so much material that the decreased collection, and hence response, is more than the decrease in noise, and hence performance degrades. The modelled trends are observed in measured devices.

Since absorption coefficient is a strong function of the wavelength, the wavelength range in which an appreciable photocurrent can be generated is limited for a given detector material. So, broadband absorption is usually inadequate due to quantum efficiency roll-off. To improve charge collection of photons with varying wavelengths application, the photonic crystals to IR detectors are applied [31]. Krishna *et al.* [32] have reported quantum efficiency improvement from 7% to 93% for reverse biased DWELL detector.

Photon trapping detectors have been demonstrated independently in II–VI and III–V based epitaxial materials [31–34]. Sub-wavelength size semiconductor pillar arrays within a single detector are designed and structured as an ensemble of 3D photonic structure units using either a top--down or bottom-up process scheme to significantly increase absorption and quantum efficiency. The sub-element architecture can be of different shapes such as pyramidal, sinusoidal or rectangular [33]. For example, Figure 17(a) shows the photon trap structures with pillars and holes of varying volume fill factors. These samples were fabricated



Fig. 15. HAWK IDCA performance in room temperature ambient (power excludes cooler control electronics losses) (after Ref. 26).



Fig. 16. Effect of volume reduction on quantum efficiency and noise equivalent temperature difference (after Ref. 29).

DA0300



Fig. 17. Photon trap HgCdTe microstructures: (a) examples of test photonic crystal fields with varying fill factor for FTIR demonstration (after Ref. 28), and (b) electromagnetic simulation of pillared material (after Ref. 33).

from HgCdTe layers on Si grown by MBE with cut-off of 5 μm at 300 K. Finite-difference time-domain (FDTD) simulation of pillar structures indicates resonance between them [see Fig. 17(b)] and confirms that the photon trap acts by total internal reflection, effectively serving as a waveguide to direct incident energy away from the removed regions and into the remaining absorber material.

## 6.  Barrier infrared detectors

A new concept of strategy to achieve HOT detectors, so called barrier detector, has been proposed by Maimon and Wicks [35]. This type of detector can be implemented in different semiconductor materials. Its practical application has been demonstrated in InAs, InAsSb, and InAs/GaSb type-II superlattices (T2SLs) [36] and recently, also in HgCdTe ternary alloy [37].

Introducing of unipolar barriers in various designs based on T2SLs drastically changed the architecture of infrared detectors. The term ''unipolar barrier'' was coined to describe a barrier that can block one carrier type (electron or hole) but allows the un-impeded flow the other, as illustrated in Fig. 18. Unipolar barriers are used to impede the flow of majority carrier dark current in photoconductors. The nBn detector is designed to reducing dark current (associated with SRH processes) and noise without impending photocurrent (signal). In particular, the barrier serves to reduce surface leakage current. The nBn band gap diagram is shown in Fig. 18. It somewhat resembles the typical p-n photodiode, except that the junction (space charge region) is replaced by an electron blocking unipolar barrier (B), and that the p-contact is replaced by an n-contact. It can be stated, that the nBn design is a hybrid between photoconductor and photodiode.

Figure 19 shows a typical Arrhenius plot of the dark current in a conventional diode and in an nBn detector. Because in nBn detector there is no depletion, the generation-recombination contribution to the dark current from the photon--absorbing layer is totally suppressed. The lower portion of Arrhenious plot for the standard photodiode has a slope that is roughly half that of the upper portion. The dashed line is an extension of the high temperature diffusion limited region to temperatures below $T_0$. $T_0$ is defined as the crossover temperature at which the diffusion and generation-recombination currents are equal. In low-temperature region, a nBn

Fig. 18. Schematic illustrations of electron- and hole-blocking unipolar barriers, band gap diagram of nBn barrier detector and p-n photodiode.

DA0301

*HOT infrared photodetectors*



Fig. 19. Schematic Arrhenius plot of the dark current in a standard diode (solid line) and in an nBn device. Open circle shows the operating point of a standard diode while solid circles show operating points for the nBn device with improved sensitivity or higher operating temperature (adapted after Ref. 38).



Fig. 20. Band gap diagrams of photovoltaic detectors: double heterostructure photodiode, pMp and pBn barrier detectors.

detector offers two important advantages. First, it should exhibit a higher signal-to-noise ratio than a conventional diode operating at the same temperature. This is depicted by a vertical arrow in Fig. 19. Second, it will operate at a higher temperature than a conventional diode with the same dark current. This is depicted by a horizontal arrow in Fig. 19.

The operating principles of the nBn and related XBn detectors have been described in detail in the literature [35, 36,38–40].While the idea of nBn design was originated with bulk materials [35], its demonstration using T2SL based materials facilitates the experimental realization of the nBn concept with better control of band edge alignments [41]. Figure 20 shows an example of photovoltaic detector family: double heterostructure photodiode, pMp and pBn barrier detectors.

The pMp device consists of two p-doped superlattice active region and a thin M-structure with higher energy barrier. The band gap difference between superlattice and M-structure structures falls in the valence band, creating a valence band barrier for the majority holes in p-type semiconductor [42]. In the case of pBn structure, the p-n junction can be located at the interface between the heavily doped p-type material and the lower-doped barrier, or within the lower-barrier itself [43]. However, a key feature of the devices is a pair of complementary barriers, namely, an electron barrier and a hole barrier formed at different depths in the growth sequence. Such structure is known as complementary barrier infrared device (CBIRD) and was invented by Ting and others at JPL [44].

In the case of nBn detector, the n-type semiconductor on one side of the barrier constitutes a contact layer for biasing the device, while the n-type narrow-bandgap semiconductor on the other side of the barrier is a photon-absorbing layer

whose thickness should be comparable to the absorption length of light in the device, typically several microns.

Klipstein *et al.* and Weiss *et al.* have described [38,45] the detailed growth procedure and device's characterization of $InAs_{1-x}Sb_x/AlAs_{1-y}Sb_y$ nBn MWIR detector. The n-type doping is usually reached by either Si or Te elements. The InAsSb structures were grown on either GaAs(100) or GaSb(100) substrates in a Veeco Gen200 MBE machine. The mismatched structures were grown on a 4-µm thick GaSb buffer layer, whereas the remaining structures were grown directly onto GaSb(100) substrates. The principal layers in the device structures were a thick n-type InAsSb absorption layer (1.5–3 µm), a thin n-type AlSbAs barrier layer (0.2–0.35 µm), and a thin (0.2–0.3 µm) n-type InAsSb contact layer. The bottom contact layer was highly doped. It must be stressed that in the real structure the $n^+$ barrier for holes were not grown. Figure 21 shows an example of similar structure considered theoretically by Martyniuk and Rogalski [46].

DA0302



Fig. 21. InAsSb/AlAsSb nBn MWIR detector: the device structure (a) and the stimulated energy band diagram under reverse bias conditions.

Figure 22 shows the dependence of the room-temperature $RA$ product $vs.$ band gap energy of absorption layer (AL) in InAsSb/AlAsSb nBn detector and p-on-n InAsSb photodiode. The n-type and p-type constituent layers of the photodiode are assumed to be doped to the level of $N_D = 5 \times 10^{15}$ cm$^{-3}$ and $N_A = 5 \times 10^{17}$ cm$^{-3}$, respectively. The

$RA$ product for InAsSb photodiode is calculated at reverse bias $V = -0.1$ mV while nBn counterpart is determined for selected voltages ($V = -250, -350$ and $-500$ mV). The $RA$ product for nBn structure is higher in comparison to the p-on-n InAs$_{1-x}$Sb$_x$ photodiode for the AL's $x > 0.15$, while for lower absorber's x-composition both $RA$ products are comparable ($V = -500$ mV). Once InAsSb's composition decreases, $RA$ reaches its minimum and further increases is visible due to barrier creation in valance band. The InAsSb nBn performance is also compared to the HgCdTe "Rule 07" being the simple mean to compare IR detectors [47]. It is visible that InAsSb/AlAsSb nBn structures exhibit $RA$ similar to the best $R_0A$ HgCdTe photodiodes with the same AL energy bandgap.

In further estimations, the detectivity is considered at room temperature. It is assumed that the detectivty of p-on-n InAsSb photodiode is limited by thermal Johnson-Nyquist noise while nBn detector by thermal and electrical shot noise, respectively (nBn requires bias to operate). The optical shot noise is not included in simulations due to its negligible influence at room temperature conditions. Assuming the same AL's doping ($N_D = 5 \times 10^{15}$ cm$^{-3}$) the nBn structure reaches higher $D^*$ only for $x > 0.20$. The p-on-n photodiodes exhibit better performance for $x < 0.15$. For room temperature operation, nBn structures with AL's compositions $x = 0.20$ could compete with p-on-n photodiode (limited by thermal noise) reaching $D^* \approx 5 \times 10^9 - 2 \times 10^{10}$ cmHz$^{1/2}$/W for the same level of quantum efficiency (QE) equal 65 %. Lowering the Sb's composition in AL, the photodiode reaches nearly two times higher detectivities than nBn structure.

D'Souza $at$ $el.$ have demonstrated nBn device in the InAsSb/AlAsSb materials system grown by MBE on GaSb and GaAs substrates [34]. Similarly as previously, a large AlAsSb conduction band barrier suppresses the flow of majority carrier electrons, thus eliminating the electric field associated with a conventional p-n junction that results in high



Fig. 22. $R_0A$ and $RA$ product of MWIR InAsSb/AlAsSb nBn detector and p-on-n InAsSb photodiode $vs.$ InAsSb absorption layer gap energy. $R_0A$ is calculated in accordance with HgCdTe "Rule 07".



Fig. 23. Detectivity of MWIR InAsSb/AlAsSb nBn detector and p-on-n InAsSb photodiode $vs.$ InAsSb absorption layer band gap energy.

DA0303

*HOT infrared photodetectors*

dark currents associated with depletion region generation-recombination currents. A properly designed nBn structure facilitates diffusion-dominated detector performance determined by the bulk minority carrier (hole) lifetime. The pixels' array are defined very simply by etching through the contact layer up to the barrier. Figure 24(a) shows 5-μm cut-off nBn detector structure operated at 200 K with AlAsSb barrier and pyramid-shaped absorbers fabricated in the n-type InAsSb absorber. The dark current density in the pyramidal structured diodes is reduced by a factor of 2–3, which is consistent with the volume reduction due to pyramid formation. Based on optical simulation, the pyramidal structures minimize the reflection and provide > 90 % absorption over the entire 0.5 μm to 5.0 μm spectral range [see Fig. 24(b)].

Potential interest in III-V lattice-matched family set (InAs, GaSb, and AlSb) around 6.1 Å results not only from unique inherited capabilities of the new artificial material with entirely different physical properties in comparison to the constituent layers, but also from the nearly zero band offsets leading to the desirable unipolar band alignments difficult to attain in HgCdTe. Even though, HgCdTe does not exhibit valance zero band offset, it is commonly known that bulk HgCdTe offers high quantum efficiency, therefore recently research groups have attempted to apply unipolar architecture to HgCdTe alloy (n type barrier) which offers technological advantages over p-n HgCdTe homojunction (simplifying the fabrication process) [37,48].





Fig. 24. Photon trapping nBn detector in the InAsSb/AlAsSb material system: (a) detector architecture with pyramid shaped absorber layer (after Ref. 34), (b) optical simulation of broadband detector response (after Ref. 33).



Fig. 25. Temperature dependence of the *RA* and $R_0A$ products for MWIR complementary barrier HgCdTe detector, nBn HgCdTe detector, nBn InAs/GaSb/B-Al$_{0.2}$Ga$_{0.8}$Sb T2SL detector, HgCdTe HOT bulk diodes, and PIN InAs/GaSb T2SL diodes operating at near-room temperature (*T* = 230 K) (after Ref. 49). Experimental data for HgCdTe and PIN T2SL photodiodes are also shown.

Figure 25 compares the $R_0A$ and *RA* products *vs*. temperature for MWIR complementary barrier HgCdTe detector (containing both electron and hole blocking barriers), unipolar nBn HgCdTe detector, InAs/GaSb/B-AlGaSb T2SL nBn detector ($\lambda_c$ = 5.4 μm), InAs/GaSb PIN photodiode ($\lambda_c$ = 6.2 μm), and finally HOT HgCdTe bulk photodiodes ($\lambda_c$ = 5.4 μm) fabricated at the joint laboratory run by Institute of Applied Physics, Military University of Technology/Vigo System SA [49]. Theoretical estimation for the MWIR unipolar nBn HgCdTe/B-n type was conducted by Martyniuk and Rogalski in Ref. 50, whereas the performance of T2SLs nBn InAs/GaSb/B-Al-GaSb detector's performance was presented in Ref. 51 where an analytical approach was used to model the detectors's performance. PIN T2SLs photodiodes were analysed by Martyniuk *et al*. [52].

It is clearly seen that the performance of complementary barrier HgCdTe detector has reached a comparable level determined by the state of the art of HgCdTe bulk photodiodes and put itself in a superior position with reference to unipolar nBn HgCdTe/B-n type, T2SLs nBn, and PIN detectors. The particular significance of the incorporation of the extra barrier for minority carriers in complimentary barrier structures *vs*. single barrier (majority carriers' blocking) in unipolar nBn detectors is clearly evident by *RA* product increase from 0.1 to 0.5 Ω cm$^2$ for *T* = 230 K (for the same absorber).

## 7.   Cascade infrared detectors

It is well known that in conventional photodiode the responsivity and diffusion length are closely coupled and an increase in the absorber thickness much beyond the diffusion length may not result in the desired improvement in signal to noise (*S/N*) ratio. This effect is particularly pro-

DA0304

nounced at high temperatures, where diffusions lengths are typically reduced.

In a conventional photodiode only charge carriers that are photogenerated at a distance shorter than the diffusion length from junction can be collected. The absorption depth of LWIR radiation is longer than the diffusion length. Therefore, only a limited fraction of the photogenerated charge contributes to the quantum efficiency.

To avoid the limitation imposed by reduced diffusion length and effectively increase the absorption efficiency, novel detector designs, called cascade infrared detectors (CIDs) have been introduced in the last decade. CIDs contain multiple discrete absorbers, where each of them is shorter than the diffusion length. In this discrete CID absorber architecture, the individual absorbers are sandwiched between engineered electron and hole barriers to form a series of cascade stages. The photogenerated carriers travel only over one cascade stage before they recombine in the next stage, and every individual cascade stage can be significantly shorter than the diffusion length, while the total thickness of all the absorbers can be comparable or even longer than the diffusion length.

In this case, the *S/N* ratio and detectivity will continue to increase with multiple discrete absorbers resulting in improved device performance at elevated temperatures compared to a conventional p-n photodiode. In addition, flexibility to vary the number and thicknesses of discrete absorbers result in tailoring of CID design for optimized performance in meeting specific applications.

Different types of cascade IR detectors have been proposed between them two main classes are distinguished: so called intersubband (IS) unipolar quantum cascade IR detectors (QCIDs) and interband (IB) ambipolar CIDs.

Intersubband QCIDs are a fairly new development which has been evolving from the quantum cascade laser (QCL) research and which has been built for about 15 years [53–57]. A schematic comparison between the band structure of a photoconductive quantum well infrared photodetector (QWIP) and photovoltaic QCID is shown in Fig. 26. The QWIP structure is polarized in order to make the electrons circulate in the external circuit and to record the variation. The active detector region consists of identical QWs separated by thicker barriers. Electrons are excited either by photoemission (red arrows) or by thermionic emission (black arrows) from the quantum wells.

The QCIDs are usually created to be photovoltaic detectors. They consist of several identical periods made of one active doped well and some other coupled wells. The photoexcited electrons are transported from one active well to the next one by phonon emission through a cascade of levels. Figure 26(b) shows the conduction band of one period. Incident photon induces an electron to go from the ground state $E_1$ to the excited level $E_2$ which is next transferred to the right hand QWs through longitudinal optical phonon relaxations and finally to the fundamental subband of the next period. The detector period is repeated $N$ times in order to increase the detectivity.



Fig. 26. Schematic conduction band diagram of a QWIP and QCID. In the QWIP, electron transport is accomplished by an external voltage bias whereas in QCID an internal potential ramp ensures the carrier transport (adapted after Ref. 56).

To describe the performance of IS quantum cascade IR detectors (QCIDs), it is convenient to use the formalism originally developed for QWIPs [58]. A theoretical model is presented e.g. in Refs. 53, 54, and 57.

Due to the photovoltaic character of IS QCID and assuming fundamental hypothesis that the diffusion is only due to electron LO-phonon interactions, a diode-like expression for the dark current density [53]

$$J_d(V) = J_s \left[ \exp\left( \frac{qV}{NkT} \right) - 1 \right], \qquad (10)$$

where $J_s = kT/qr_0A$ is the saturation current, $r_0A$ is the resistance at zero bias times the detector area corresponding to one period of QCID, $T$ is the detector temperature, $V$ is the applied voltage, and $N$ is the number of periods. Expression (10) represents the dark current produced by $N$ identical diodes in series.

The doping dependence of dark current is contained in the $r_0A$ expression

$$r_0A = \frac{kT}{q^2 \displaystyle\sum_{i \in A} \sum_{j \in B} G_{ij}}, \qquad (11)$$

through the term $G_{ij}$ which is the phonon interacted transition rate from the subband $i$ of the cascade $A$ to the subband $j$ of the cascade $B$. The whole resistance of the detector, $R_0$, is directly proportional to $N$

$$R_0A = Nr_0A. \qquad (12)$$

Resistance of ICID can be much higher than for a conventional photodiode, since it is proportional to $N$ and can be large for a structure with many barrier layers.

DA0305

*HOT infrared photodetectors*

The detectivity of QCID, including Johnson noise and electrical shot noise components, is determined by [53]

$$D^* = \frac{\eta \lambda q}{hc} \left( \frac{4kT}{Nr_0 A} + \frac{2qI_d}{N} \right)^{-1/2}, \qquad (13)$$

so, the signal-to-noise ratio $S/N \propto \sqrt{N}$.

Promising technology of IS QCDs has been proven in a wavelength range from the near IR to the terahertz (THz) region as is presented in Fig. 27. At present well established semiconductor material systems and processing methods are available. At the beginning, QCDs have been demonstrated in the near-IR fabricated from InGaAs/AlAsSb, in the mid-IR using InGaAs/InAlAs, and in long-IR up to THz-region using GaAs/AlGaAs materials. These detectors have been cryogenically cooled [55,56].

Recently has been appeared that for near-room temperature detector operation more promising are bipolar devices based on type-II InAs/GaSb interband (IB) supperlattice (SL) absorbers [59–63]. These interband cascade detectors combine the advantages of interband optical transitions with the excellent carrier transport properties of the interband cascade laser structures. Thermal generation rate at any specific temperature and cut-off wavelength in these devices is usually orders of magnitude smaller than for corresponding intersubband QCIDs. As a result their performance is better especially at room temperature (see Fig. 27). The operation idea of interband cascade photodetectors is similar to that shown in Fig. 6(b). Since design of interband cascade IR detectors (IB CIDs) is relatively complicated, with many interfaces and strained thin layers, their growth by MBE is challenging. In dependence on detector design, there are some key differences in the relaxation, the tunnelling region, and the contact layers. For example, below are shown and shortly described two types of detector designs.

Tian *et al.* have proposed a structure shown schematically in Fig. 28 [61]. The detector consists of a 0.5 μm p-type GaSb buffer layer, then a 7-stage interband cascade structure using a finite InAs/GaSb type-II SL (T2SL) as an absorber, and finally a 45-nm-thick n-type InAs top contact layer. Each cascade stage is composed of a thin InAs/GaSb (7 ML/9 ML) T2SL absorber, where GaSb is sandwiched between the electron relaxation and the interband-tunnelling regions served also as hole and electron barriers, respectively. The barrier acts as a means for suppressing leakage current. The electron-relaxation region is designed to facilitate the extraction of photogenerated carriers from the conduction miniband of the absorber and transport them ideally (with little or no resistance) to the valence band of the absorber in the next stage. The energy levels of coupled InAs/AlSb multi-quantum wells (QWs) form a staircase, with energy separations comparable to the LO-phonon energy. The uppermost energy level of the relaxation region staircase is close to the conduction miniband in the InAs/GaSb SL, and the bottom energy-level is positioned below the valence-band edge of the adjacent GaSb layer, allowing the interband tunnelling of extracted carriers to the next stage. Figure 28(b) shows two channels through which an electron can tunnel through to the next stage: interband tunnelling through the type-II broken gap, and intraband tunnelling across or thermionic emission over the electron barrier. The enhanced electron barriers suppress intraband-tunnelling current between stages and p-type type-II InAs/GaSb superlattice absorbers.

Next figure (Fig. 29) presents the Johnson-noise limited detectivity spectra at various temperatures, extracted from the measured responsivity spectra and $R_0 A$ product for one of the above detector structure. The dark current density at



Fig. 27. Detectivity as function of wavelength for different types of CIDs.



Fig. 28. Schematic illustration of the interband cascade type-II InAs/GaSb superlattice photodetector: (a) photocarrier dynamics, and (b) dark current dynamics (after Ref. 61).

DA0306



Fig. 29. Johnson-noise limited detectivity spectra of interband cascade type-II InAs/GaSb superlattice photodetector at various temperatures (after Ref. 61).

–50 mV is $2.8 \times 10^{-2}$ A/cm$^2$ at 300 K, and the extracted $R_0 A$ is 1.9 $\Omega$ cm$^2$, corresponding to a Johnson-noise limited $D^*$ of $2 \times 10^9$ Jones at 4.5 µm.

Modification of the MWIR detector structure has been proposed by Gautam *et al*. [62]. A cartoon representation of one stage of the cascade detector is shown in Fig. 30(a) with absorber region (1), interband tunnelling region (2) and the transport region (3). Due to built-in electric field, photo-generated electron-hole pairs in the absorber region (1) move in opposite directions: electrons to the right while the holes – to the left. The separation between the quantized energy level in the GaSb QW of region (2) and the valance band in region (1) is designed to be equal to the LO-phonon

energy in AlSb (to make the tunnelling of holes a phonon-assisted process). The hole and electron barriers represented by the relaxation region (3) and the interband tunnelling region (2) also act as hole and electron barriers and block the flow of dark carriers from one cascade stage into the other.

The heterostructure schematic of the QCD structure is illustrated in Fig. 30(b). It consists a bottom n$^+$-type InAs/AlSb T2SL contact layer followed by seven cascade stages, which precede a 2-nm thick AlSb tunnelling barrier, and then the top contact layer. The absorber, non-intentionally doped region, is made from 9ML InAs/9ML GaSb T2SL.

In the present design, the total thickness of the absorber is about 1 µm, and the absorption quantum efficiency should increase by increasing the number of stages. However the conversion quantum efficiency is lower than that of the absorption quantum efficiency by a factor of $N$.

The spectral responsivity of MWIR T2SL cascade detector with 7-µm cut-off wavelength has been observed up to 420 K at bias voltage of 0.5 V (see Fig. 31). At room temperature and at wavelength ≈4 µm, the Johnson noise limited detectivity is $8.9 \times 10^8$ Jones. The performance of the device can further be improved by optimizing the doping in the absorber and barrier regions.

The transport of photoexcited carriers is very fast and occurs over a very short distance (≈50–200 nm depending on wavelength) in each cascade stage, and is much shorter than a typical diffusion length. In such condition, the lateral diffusion transport may not be significant over such a short distance and, thus the deeply etched mesa structures for confining photoexcited carriers may not be necessary in QCDs in contrast to conventional photodiodes. Moreover, significant wave function overlap of energy states in the multiple QW region (relaxation region) causes that the intersubband



Fig. 30. MWIR T2SL interband cascade detector: (a) a cartoon representation of one stage and (b) schematic of the detector structure (after Refs. 62,63).

P. Martyniuk

DA0307

*HOT infrared photodetectors*



Fig. 31. Measured photocurrent signal of MWIR T2SL interband cascade detector as a function of temperature (after Ref. 62).

relaxation time (e.g., optical-phonon scattering time ≈1 ps) is much shorter than the interband recombination time (≈1 ns, or ≈0.1 ns at high temperatures with more Auger recombination). Consequently, the photoexcited electrons in the active region are transferred to the bottom of the energy ladder with a very high efficiency. This mechanism enables the quick and efficient removal of carriers after photo-excitation.

At present HgCdTe is the most widely used variable gap semiconductor for IR photodetectors also for uncooled operation. Especially the resistance of HgCdTe photodiodes operated in a long wavelength IR region is very low due to a high thermal resistance. For example, small size uncooled 10.6-μm photodiodes (50×50 μm$^2$) exhibit less than 1Ω zero bias junction resistances which are well below the series resistance of a diode. As a result, the performance of conventional devices is very poor, so they are not usable for practical applications.

Figure 32 compares the $R_0A$ product of HgCdTe photo-diodes with room-temperature experimental data for inter-band CIDs fabricated with type-II InAs/GaSb SL absorbers. It is clearly shown that at present stage of CID technology, their experimentally measured $R_0A$ values at room tempera-ture are higher than those for the state-of-the-art HgCdTe photodiodes. However, their quantum efficiency is low, typically below 10%.

It can be predicted that with a better understanding of the quantum cascade device physics and other aspects related to their design and material properties will enable high perfor-mance HOT detectors. In addition, the discrete architecture if QCD provides a great deal of flexibility for manipulating carrier transport to achieve high-speed operation which determines the maximal bandwidth. The possibility of hav-ing them monolithically integrated with active components, for instance lasers, offers entirely new avenues for telecom-munication systems based on quantum devices.



Fig. 32. $R_0A$ product of HgCdTe photodiodes (solid lines) in com-parison with room-temperature experimental data for IB CIDs with type-II InAs/GaSb SL absorbers.

## 8. Conclusions

Photodetectors are based on photogeneration of electrons and holes in a semiconductor material, followed by subse-quent collection of the created charge. They have important advantages compared to the thermal detectors. Since no thermal processes are involved in a detection process, pho-todetectors exhibit very fast response. In contrast to thermal detectors, the performance of photodetectors exponentially decreases with an increasing cut-off wavelength and tem-perature of operation. As a result, the uncooled LWIR de-vices are typically characterized by poor performance.

Uncooled LWIR photodetectors are less developed com-pared to the competition thermal detectors, however. Their availability is limited to a single element and small arrays. The main problem is their low resistance that prevents use of well-developed CMOS readout circuits. This can be solved with a development of integrated microoptics, multi-ple heterojunctions, Auger suppressed devices, and new generation of cascade detectors.

Currently, the only commercially available fast room temperature detectors in the LWIR range are HgCdTe photodetectors. New materials, such as InAsSb and type-II superlattices have demonstrated the capability to provide uncooled performance equivalent to thermal detectors with cut-off frequencies' orders of higher magnitude. Being grown on the GaAs substrates, these III-V material systems are promising for the future integration with Si technology. However, hitherto, no practical devices based on this tech-nology are available.

At present, uncooled thermal detectors are clearly the winner in the race for uncooled thermal imaging. At the same time, further improvement in thermal and spatial reso-lution of thermal imagers based on FPAs with thermal

DA0308

detectors remains a substantial challenge. For thermal detectors it will require a clever design to include an IR absorber in a very low mass pixel structure. Future development may involve devices based on new principles of the operation.

In the case of infrared HOT photodetectors several new strategies have been used in the last decade including barrier detectors, photon trapping detectors, intersubband and interband cascade detectors. Especially, more promising are interband cascade devices based on type-II InAs/GaSb interband supperlattice absorbers. At present stage of technology, their experimentally measured $R_0A$ values at room temperature are higher than those predicted for HgCdTe photodiodes. A better understanding of device physics and improving their design can enable achieving of high performance HOT detectors.

## References

1. J. Piotrowski and A. Rogalski, "Uncooled long wavelength infrared photon detectors," *Infrared Physics & Technol.* 46, 115–131 (2004).

2. J. Piotrowski and A. Rogalski, *High-Operating Temperature Infrared Photodetectors*, SPIE Press, Bellingham, 2007.

3. J. Piotrowski and A. Piotrowski, "Room temperature IR photodetectors," in *Mercury Cadmium Telluride. Growth, Properties and Applications*, edited by P. Capper and J. Garland, pp. 513–537, Wiley, West Sussex, 2011.

4. A. Rogalski, *Infrared Detectors,* CRC Press, Boca Raton, 2011.

5. J. Piotrowski and A. Rogalski, "Photoelectromagnetic, magnetoconcentration and Dember infrared detectors" in *Narrow-Gap II–VI Compounds and Electromagnetic Applications,* pp. 506–525, edited by P. Capper, Chapman & Hall, London, 1997.

6. C.T. Elliott and N.T. Gordon, "Infrared detectors", in *Handbook on Semiconductors*, Vol. 4, pp. 841–936, edited by C. Hilsum, North-Holland, Amsterdam (1993).

7. C.T. Elliott, "Non-equilibrium mode of operation of narrow-gap semiconductor devices", *Semicond. Sci. Technol.* 5, S30–S37 (1990).

8. T. Elliott, "New infrared and other applications of narrow gap semiconductors," *Proc. SPIE* 3436, 763–775 (1998).

9. Z. Djuric and J. Piotrowski, "Infrared photodetector with electromagnetic carrier depletion," *Opt. Eng.* 31, 1955–1960 (1992).

10. J. Piotrowski, W. Gawron, and Z. Djuric, "New generation of near-room-temperature photodetectors", *Opt. Eng.* 33, 1413–1421 (1994).

11. C.T. Elliott, "Photoconductive and non-equilibrium devices in HgCdTe and related alloys," in *Infrared Detectors and Emitters: Materials and Devices*, pp. 279–312, edited by P. Capper and C.T. Elliott, Kluwer Academic Publishers, Boston, 2001.

12. J. Piotrowski and A. Rogalski, "Comment on "Temperature limits on infrared detectivities of InAs/In$_x$Ga$_{1-x}$Sb superlltices and bulk Hg$_{1-x}$Cd$_x$Te" [J. Appl. Phys. 74, 4774 (1993)]", *J. Appl. Phys.* 80, 2542–2544 (1996).

13. J. Piotrowski and W. Gawron. "Ultimate performance of infrared photodetectors and figure of merit of detector material", *Infrared Physics and Technol.* 38, 63–68 (1997).

14. http://www.vigo.com.pl/

15. http://www.vigo.com.pl/index.php/en/content/download/2411/10089/file/catalogue%20512.pdf

16. A. Piotrowski, P. Madejczyk, W. Gawron, K. Kłos, J. Pawluczyk, J. Rutkowski, J. Piotrowski, A. Rogalski, "Progress in MOCVD growth of HgCdTe heterostructures for uncooled infrared photodetectors", *Infrared Physics & Technol.* 49, 173–182 (2007).

17. P. Madejczyk, W. Gawron, A. Piotrowski, K. Kłos, J. Rutkowski, and A. Rogalski, "Improvement in performance of high-operating temperature HgCdTe photodiodes", *Infrared Physics & Technol.* 54, 310–315 (2011).

18. J.D. Kim and M. Razeghi, "Investigation of InAsSb infrared photodetectors for near-room temperature operatio,", *Opto-Electron. Rev.* 6, 217–230 (1998).

19. H. Mohseni, J. Wojkowski, M. Razeghi, G. Brown, and W. Mitchel, "Uncooled atmospheric window InAs-GaSb type-II infrared detectors grown on GaAs substrates for the 8–12 μm", *IEEE J. Quantum Electron.* 35, 1041–1044 (1999).

20. P.W. Kruse, "Indium antimonide photoelectromagnetic infrared detector," *J. Appl. Phys.* 30, 770–778 (1959).

21. E. Michel and M. Razeghi, "Recent advances in Sb-based materials for uncooled infrared photodetectors", *Opt.-Electr. Rev.* 6, 11–23 (1998).

22. E.G. Camargo, K. Ueno, T. Morishita, M. Sato, H. Endo, M. Kurihara, K. Ishibashi, and M. Kuze, "High-sensitivity temperature measurement with miniaturized InSb mid-IR sensor", *IEEE Sensors J.* 7, 1335–1339 (2007).

23. M. Kuze, T. Morishita, E.G. Camargo, K. Ueno, A. Yokoyama, M. Sato, H. Endo, Y. Yanagita, S. Toktuo, and H. Goto, "Development of uncooled miniaturized InSb Photovoltaic infrared sensors for temperature measurements", *J. Crystal Growth* 311, 1889–1892 (2009).

24. A. Rogalski, "InAs$_{1-x}$Sb$_x$ infrared detectors," *Prog. Quantum Electron.* 13, 191–231 (1989).

25. P. Knowles, L. Hipwood, N. Shorrocks, I. M. Baker, L. Pillans, P. Abbott, R. Ash, and J. Harji, "Status of IR detectors for high operating temperature produced by MOVPE growth of MCT on GaAs substrates", *Proc. SPIE* 8541, 854108 (2012). doi:10.1117/12.971431.

26. L. Pillans, R.M. Ash, L. Hipwood, and P. Knowles, "MWIR mercury cadmium telluride detectors for high operating temperatures", *Proc. SPIE* 8353, 83532W (2012).

27. R. DeWames and J. Pellegrino, "Electrical characteristics of MOVPE grown MWIR N$^+$p(As) HgCdTe hetero-structure photodiodes build on GaAs substrates", *Proc. SPIE* 8353, 83532P (2012).

28. J.G.A. Wehner, E.P.G. Smith, G.M. Venzor, K.D. Smith, A.M. Ramirez, B.P. Kolasa, K.R. Olsson, and M.F. Vilela, "HgCdTe photon trapping structure for broadband mid-wavelength infrared absorption", *J. Electron. Mater.* 40, 1840–1846 (2011).

29. K.D. Smith, J.G.A. Wehner, R.W. Graham, J.E. Randolph, A.M. Ramirez, G.M. Venzor, K. Olsson, M.F. Vilela, and E.P.G Smith, "High operating temperature mid-wavelength infrared HgCdTe photon trapping focal plane arrays", *Proc. SPIE* 8353, 83532R (2012).

30. D.A.G. Bruggeman, "Berechnung verschiedener physikalischer Konstanten von heterogenen Substanzen", Ann. Phys. (Leipzig) 24, 636–679 (1935).

31. K.T. Posani, V. Tripathi, S. Annamalai, S. Krishna, R. Perahia, O. Crisafulli, and O. Painter, "Quantum dot photonic crystal detectors", *Proc. SPIE* 6129, 612906–1–8 (2006).

DA0309

*HOT infrared photodetectors*

32. S. Krishna, K.T. Posani, V. Tripathi, S. Annamalai, R. Perahia, O. Crisafulli, and O. Painter, "Quantum dot infrared sensors with photonic crystal cavity", *Proc. Laser & Electro-optical Society*, Vol. 1, pp. 909–910, 2005.

33. N.K. Dhar and R. Dat, "Advanced imaging research and development at DARPA", *Proc. SPIE* **8353**, 835302 (2012).

34. A.I. D'Souza, E. Robinson, A.C. Ionescu, D. Okerlund, T.J. de Lyon, R.D. Rajavel, H. Sharifi, D. Yap, N. Dhar, P.S. Wijewarnasuriya, and C. Grein, "MWIR InAs$_{1-x}$Sb$_x$ nCBn detectors data and analysis", *Proc. SPIE* **8353**, 835333 (2012).

35. S. Maimon and G.W. Wicks, "nBn detector, an infrared detector with reduced dark current and higher operating temperature", *Appl. Phys. Lett.* **89**, 151109 (2006).

36. D.Z.-Y. Ting, A. Soibel, L. Höglund, J. Nguyen, C.J. Hill, A. Khoshakhlagh, and S.D. Gunapala, "Type-II superlattice infrared detectors", in *Semiconductors and Semimetals*, Vol. 84, pp. 1–57, edited by S.D. Gunapala, D.R. Rhiger, and C. Jagadish, Elsevier, Amsterdam, 2011.

37. A.M. Itsuno, J.D. Philips, and S. Velicu, "Design and modelling of HgCdTe nBn detectors", *J. Elect. Mater.* **40**, 1624–1629 (2011).

38. P. Klipstein, "XBn' barrier photodetectors for high sensitivity and high operating temperature infrared sensors", *Proc. SPIE.* **6940**, 69402U-1–11 (2008).

39. D.Z. Ting, C.J. Hill, A. Soibel, J. Nguyen, S.A. Keo, M.C. Lee, J.M. Mumolo, J.K. Liu, and S.D. Gunapala, "Antimonide-based barrier infrared detectors", *Proc. SPIE* **7660**, 76601R-1–12 (2010).

40. P. Klipstein, O. Klin, S. Grossman, N. Snapi, I. Lukomsky, D. Aronov, M. Yassen, A. Glozman, T. Fishman, E. Berkowicz, O. Magen, I. Shtrichman, and E. Weiss, "B*n* barrier photodetectors based on InAsSb with high operating temperatures", *Opt. Eng.* **50**, 061002-1–10 (2011).

41. J.B. Rodriguez, E. Plis, G. Bishop, Y.D. Sharma, H. Kim, L.R. Dawson, and S. Krishna, "nBn structure based on InAs/GaSb type-II strained layer superlattices", *Appl. Phys. Lett.* **91**, 043514-1–2 (2007).

42. B.-M. Nguyen, S. Bogdanov, S.A. Pour, and M. Razeghi, "Minority electron unipolar photodetectors based on type II InAs/GaSb/AlSb superlattices for very long wavelength infrared detection", *Appl. Phys. Lett.* **95**, 183502-1–3 (2009).

43. A.D. Hood, A.J. Evans, A. Ikhlassi, D.L. Lee, and W.E. Tennant, "LWIR strained-layer superlattice materials and devices at Teledyne Imaging Sensors", *J. Electron. Mater.* **39**, 1001–1006 (2010).

44. D.Z.-Y. Ting, C.J. Hill, A. Soibel, S.A. Keo, J.M. Mumolo, J. Nguyen, and S.D. Gunapala, "A high-performance long wavelength superlattice complementary barrier infrared detector", *Appl. Phys. Lett.* **95**, 023508-1–3 (2009).

45. E. Weiss, O. Klin, S. Grossmann, N. Snapi, I. Lukomsky, D. Aronov, M. Yassen, E. Berkowicz, A. Glozman, P. Klipstein, A. Fraenkel, and I. Shtrichman, "InAsSb-based XBnn bariodes grown by molecular beam epitaxy on GaAs", *J. Crystal Growth* **339**, 31–35 (2012).

46. P. Maryniuk and A. Rogalski, "Modelling of InAsSb/AlAsSb nBn HOT detector's performance limit", to be published.

47. W.E. Tennant, D. Lee, M. Zandian, E. PiQuette, and M. Carmody, "MBE HgCdTe technology: A very general solution to IR detection, described by "Rule07", a very convenient heuristic", *J. Electron. Mater.* **37**, 1406–1410 (2008).

48. S. Velicu, J. Zhao, M. Morley, A.M. Itsuno, and J.D. Philips, "Theoretical and experimental investigation of MWIR HgCdTe nBn detectors", *Proc. SPIE* **8268**, 82682X (2012).

49. P. Martyniuk and A. Rogalski, "Modelling of MWIR HgCdTe complementary barrier HOT detector", *Solid-State Electron.* **80**, 96–104 (2013).

50. P. Martyniuk and A. Rogalski, "Theoretical modelling of MWIR thermoelectrically cooled nBn HgCdTe detector", to be published in *Bull. Pol. Ac.: Tech.*

51. P. Martyniuk, J. Wrobel, E. Plis, P. Madejczyk, A. Kowalewski, W. Gawron, S. Krishna, and A. Rogalski, "Performance modeling of MWIR InAs/GaSb/B–Al$_{0.2}$Ga$_{0.8}$Sb type-II superlattice nBn detector", *Semicond. Sci. Technol.* **27**, 055002 (2012).

52. P. Martyniuk, J. Wróbel, E. Plis, P. Madejczyk, W. Gawron, A. Kowalewski, S. Krishna, and A. Rogalski, "Modelling of mid wavelength infrared InAs/GaSb type II superlattice detectors", *Opt. Eng.* **52**, 061307-1–12 (2013).

53. A. Gomez, M. Carras, A. Nedelcu, E. Costard, X. Marcadet, V. Berger, "Advantages of quantum cascade detectors", *Proc. SPIE* **6900**, 69000J-1–14 (2008).

54. F.R. Giorgetta, E. Baumann, M. Graf, Q. Yang, C. Manz, K. Köhler, H.E. Beere, D.A. Ritchie, E. Linfield, A.G. Davies, Y. Fedoryshyn, H. Jäckel, M. Fischer, J. Faist, and D. Hofstetter, "Quantum cascade detectors", *IEEE J. Quantum Electron.* **45**, 1039–1052 (2009).

55. D. Hofstetter, F.R. Giorgetta, E. Baumann, Q. Yang, C. Manz, and K. Köhler, "Mid-infrared quantum cascade detectors for applications in spectroscopy and pyrometry", *Appl. Phys. B* **100**, 313–320 (2010).

56. A. Buffaz, M. Carras, L. Doyennette, A. Nedelcu, P. Bois, and V. Berger, "State of the art of quantum cascade photodetectors", *Proc. SPIE* **7660**, 76603Q-1–10 (2010).

57. A. Buffaz, A. Gomez, M. Carras, L. Doyennette, and V. Berger, "Role of subband occupancy on electronic transport in quantum cascade detectors", *Phys. Rev.* **B 81**, 075304-1–8 (2010).

58. H. Schneider and H.C. Liu, *Quantum Well Infrared Photodetectors*, Springer, Berlin, 2007.

59. J.V. Li, R.Q. Yang, C.J. Hill, and S.L. Chung, "Interbad cascade detectors with room temperature photovoltaic operation", *Appl. Phys. Lett.* **86**, 101102-1–3 (2005).

60. R.Q. Yang, Z. Tian, Z. Cai, J.F. Klem, M.B. Johnson, and H.C. Liu, "Interband-cascade infrared photodetectors with superlattice absorbers", *J. Appl. Phys.* **107**, 054514-1–6 (2010).

61. Z. Tian, R.T. Hinkey, R.Q. Yang, D. Lubyshev, Y. Qiu, J.M. Fastenau, W.K. Liu, and M.B. Johnson, "Interband cascade infrared photodetectors with enhanced electron barriers and p-type superlattice absorbers", *J. Appl. Phys.* **111**, 024510-1–6 (2012).

62. N. Gautam, S. Myers, A.V. Barve, B. Klein, E.P. Smith, D.R. Rhiger, L.R. Dawson, and S. Krishna, "High operating temperature interband cascade midwave infrared detector based on type-II InAs/GaSb strained layer superlattice", *Appl. Phys. Lett.* **101**, 021106-1–4 (2012).

63. N. Gautam, "Unipolar barrier strained layer superlattice infrared photodiodes: physics and barrier engineering", *Dissertation*, The University of New Mexico, Albuquerque, 2012.

© 2013 SEP, Warsaw

DA0310

# Exhibit 10

DA0311

This article has been accepted for publication in IEEE Journal of Quantum Electronics. This is the author's version which has not been fully edited and content may change prior to final publication. Citation information: DOI 10.1109/JQE.2023.3238754

Case 1:24-cv-01832-MHS  Document 62-1  Filed 07/21/26  Page 313 of 323

# High operating temperature mid-infrared InGaAs/GaAs submonolayer quantum dot quantum cascade detectors on silicon

Daqian Guo, Jian Huang, Mourad Benamara, Yuriy I. Mazur, Zhuo Deng, Gregory J. Salamo, Huiyun Liu, Baile Chen, Jiang Wu

*Abstract*—**Monolithic integration of infrared photodetectors on a silicon platform is a promising solution for the development of scalable and affordable photodetectors and infrared focal plane arrays. We report on integration of submonolayer quantum dot quantum cascade detectors (SML QD QCDs) on Si substrates via direct growth. Threading dislocation density has been reduced to the level of $\sim 10^7$ cm$^{-2}$ with the high-quality GaAs-on-Si virtual substrate. We also conducted a morphology analysis for the SML QD QCDs through a transmission electron microscope strain contrast image and to the best of our knowledge, high quality InGaAs/GaAs SML QDs were clearly observed on silicon for the first time. Photoluminescence decay time of the as-grown SML QD QCDs on Si was measured to be around 300 ps, which is comparable to the reference QCDs on lattice-matched GaAs substrates. With the high-quality III-V epitaxial layers and SML QDs, the quantum cascade detectors on Si achieved a normal incident photoresponse temperature up to 160 K under zero bias.**

*Index Terms*—**submonolayer quantum dots, quantum cascade detectors, silicon, molecular beam epitaxy**

## I. INTRODUCTION

**T**HERE is a momentum to use the well-established group IV wafers as alternative epitaxial substrates to grow III-V optoelectronic devices, e.g., lasers, infrared photodetectors and so on [1–7]. High-quality and large-area Si substrates are widely accessible and compared with the III-V counterparts, have the advantages in price, size, mechanical strength, and a matched thermal expansion coefficient with Si based readout circuitry [8]. Monolithic integration of III-V infrared detectors via direct growth enables cost-effective manufacturing and increased reliability. This would open the possibility of manufacturing III-V detectors along with Si optoelectronic and electronic devices, taking the advantages of mature Si CMOS foundries. Over the past few decades, great effort has been paid to address the difficulties associated with the heteroepitaxy and the progresses have paved a feasible path toward reliable virtual substrates, for example, record low threading dislocation densities (TDDs) have been reported recently by different research groups [9–11].

Quantum cascade detectors (QCDs) have recently gained attentions because they can operate without applying bias in a photovoltaic mode [12]. For the absorption medium of a QCD, either quantum wells (QWs) or quantum dots (QDs) are suited. The QW absorbers are relatively easy to couple with the successive cascade QWs and the intersubband transition energy is well studied. QCDs based on QW absorbers (QW QCDs) have been reported in a wide spectrum ranging from near infrared to very long wavelength infrared [13–16]. QCDs based on QD absorber were first demonstrated by Brave et al. to address the issues that intersubband selection rules prohibit the normal incidence absorption in QWs [17]. The absorber in the work was 5 stacks of InAs/InGaAs/GaAs/AlGaAs QDs-in-a-well with peak response wavelength at about 5.5 $\mu$m. Wang et al. reported 20 periods of strain-compensated InAs QD QCDs on InP substrates [18].

In both Brave's and Wang's work, the QDs were grown by the self-assembled Stranski-Krastanov (S-K) method, where a significant fraction of InAs is used to form a 2D wetting layer prior to the onset of 3D InAs QDs. The wetting layer does not contribute to the normal incidence absorption, whereas the strain can build up. Submonolayer (SML) QD is an attractive alternative to the S-K QD offering several advantages including absence of wetting layers and high areal density. The SML QDs can be grown by altering depositions of InAs material with a nominal thickness less than one ML and a few MLs of GaAs spacer. The deposited InAs materials tend to form a vertical connected and lateral segregated InAs-rich agglomerations or InAs SML QDs [19]. Since all the deposited InAs materials can participate the formation of SML QDs, the amount of lattice mismatched materials is reduced. We demonstrated 20 periods of SML QD based QCDs on GaAs and Si substrates with peak response wavelength at about 6 $\mu$m [20, 21]. Later, Shen et al. shown the heteroepitaxial grown long-wavelength SML QD QCDs on a Ge substrate [22].

However, previous SML QD QCD work were focusing on device characterizations. Little attention has paid to the structural properties of SML QDs, which is critical for further

The authors would like to acknowledge the support of the National Natural Science Foundation of China under Grant 61974014, the Innovation Group Project of Sichuan Province under Grant 20CXTD0090, and Double First-Class Initiative Fund of ShanghaiTech University. We are grateful to the device fabrication support from the ShanghaiTech University Quantum Device Lab. Corresponding Authors: Baile Chen (chenbl@shanghaitech.edu.cn) and Jiang Wu (jiangwu@uestc.edu.cn).

D. Guo and J. Wu are with Institute of Fundamental and Frontier Sciences, University of Electronic Science and Technology of China, Chengdu 610054, China

J. Huang, Z. Deng, and B. Chen are with Optoelectronic Devices Laboratory, School of Information Science and Technology, ShanghaiTech University, Shanghai 201210, China

M. Benamara, Y. I. Mazur and G.J. Salamo are with Institute for Nanoscience and Engineering, University of Arkansas, Fayetteville, Arkansas 72701, USA

H. Liu is with Department of Electronic and Electrical Engineering, University College London, London WC1E 7JE, United Kingdom

DA0312

© 2023 IEEE. Personal use is permitted, but republication/redistribution requires IEEE permission. See https://www.ieee.org/publications/rights/index.html for more information.
Authorized licensed use limited to: University College London. Downloaded on January 24,2023 at 20:39:52 UTC from IEEE Xplore. Restrictions apply.

This article has been accepted for publication in IEEE Journal of Quantum Electronics. This is the author's version which has not been fully edited and content may change prior to final publication. Citation information: DOI 10.1109/JQE.2023.3238754

2





Fig. 1.   (a) Structure of SML QD QCD on Si substrates. (b) Bright field (g=220) cross-sectional TEM image of the GaAs-on-Si virtual substrate.



Fig. 2.   XTEM images collected along the [110] direction, (a) the GaAs/AlGaAs/InGaAs MQWs structure with several MQW periods shown in the inset. (b) shows a corresponding map of the change in the relaxed lattice constant, $\Delta$c, taken from the fringes in the XTEM image with an overlay on the right side showing the simulated, $\varepsilon_{zz}$ deformation profile. The dashed lines in (a) show the 292 pm constants spacing underlining the border of the clusters. The numbers 1-4 denote $In_{0.2}Ga_{0.8}As$ layers of the structure shown on the right. (c) simulated deformation profile along the growth direction in the GaAs/AlGaAs/InGaAs MQW structure and the corresponding measured profile of change in the relaxed lattice constant in (b) integrated over a 20 nm width.

optimization of the device performance. In this paper, we extended our studies on the structural characterization of the SML QD QCDs on Si with high resolution cross-sectional transmission electron microscope (HR-XTEM) and photoluminescence (PL) measurements. The TEM strain contrast map reveals the localized InAs agglomerations and outlines the shapes of the SML QD QCDs. PL measurements indicates that the SML QD QCD material on Si has a similar quality to the SML QD QCDs on GaAs in terms of carrier lifetime. Given the high-quality III-V buffer and SML QDs, high operating temperature quantum cascade detectors was achieved on Si up to 160 K under zero bias.

## II. MATERIAL GROWTH AND DETECTOR FABRICATION

The detectors were grown by a solid-source Veeco Gen-930 molecular beam epitaxy system. The overall structure of SML QD QCD on Si has been given in Fig.1 (a). A Si(001) substrate with $4°$ offcut towards the [011] direction was used for growing the SML QD QCD material on Si. Prior to the growth, the substrate was deoxidized at $900°C$ for 30 mins. The Si substrate was then transferred to the growth chamber for growing a 5 nm AlAs and a 25 nm GaAs nucleation layers by migration-enhanced epitaxy at $370°C$. After the nucleation layer, a 970 nm of GaAs buffer was deposited at $670°C$. Two sets of dislocation filter layers (DFL) were grown on top of the GaAs buffer. Each DFL contained ten periods of

10 nm $In_{0.15}Ga_{0.85}As$/10 nm GaAs strained layer superlattices (SLSs) and a 350 nm thick GaAs spacer. TEM revealed that the TDD has been reduced from $\sim 10^9$ to $3\times 10^7$ $cm^{-2}$ with the insertion of two DFLs, Fig.1 (b). On top of the GaAs buffer, the growth of device region was carried out as follow: a 200 nm Si-doped ($1\times 10^{18}$ $cm^{-3}$) GaAs bottom contact, a 50 nm $Al_{0.7}Ga_{0.93}As$ barrier, 20 iterations of SML QD QCDs, a 50 nm $Al_{0.7}Ga_{0.93}As$ barrier, and a 200 nm Si-doped ($1\times 10^{18}$ $cm^{-3}$) GaAs top contact. Each iteration of the SML QD QCD was grown in the following manner: 3 nm $Al_{0.3}Ga_{0.7}As$, 4 nm $In_{0.2}Ga_{0.8}As$, 4 nm $Al_{0.3}Ga_{0.7}As$, 3 nm $In_{0.2}Ga_{0.8}As$, 4 nm $Al_{0.3}Ga_{0.7}As$, 4nm GaAs, 4 nm $Al_{0.3}Ga_{0.7}As$, 3.2 nm GaAs, 4 nm $Al_{0.3}Ga_{0.7}As$, 2.5 nm GaAs, 4 nm $Al_{0.3}Ga_{0.7}As$, 1 nm GaAs, 4 nm SML QDs and 1 nm GaAs. The SML QD (Si-doped, $1\times 10^{17}$ $cm^{-3}$) region, which has a nominal composition equivalent to $In_{0.2}Ga_{0.8}As$, consists of five stacks of alternating deposited 0.57 ML InAs and 2.26 MLs GaAs. For comparison, a same SML QD QCD structure has been grown on a GaAs substrate.

After the material growth, the materials were fabricated into circular mesa detector structure by standard photolithography and wet chemical etching. The QCDs were fabricated into circular mesa structures by photolithography and wet chemical etching. Diameter of the detectors under test were 210 $\mu$m. Ni/AuGe/Ni/Au metallic films were deposited at the top and bottom GaAs contacts and followed by a rapid thermal

DA0313

© 2023 IEEE. Personal use is permitted, but republication/redistribution requires IEEE permission. See https://www.ieee.org/publications/rights/index.html for more information.
Authorized licensed use limited to: University College London. Downloaded on January 24,2023 at 20:39:52 UTC from IEEE Xplore. Restrictions apply.

This article has been accepted for publication in IEEE Journal of Quantum Electronics. This is the author's version which has not been fully edited and content may change prior to final publication. Citation information: DOI 10.1109/JQE.2023.3238754



Fig. 3. Low temperature power dependent PL measurements for the QCDs (a) on GaAs and (b) on Si substrates.



Fig. 4. PL decay lifetime at 10 K for the QCDs on (a) GaAs and on (b) Si substrates.

annealing for ohmic contacts.

### III. MATERIAL CHARACTERIZATIONS

The as-grown SML QDs can be considered as InAs-rich agglomerations buried in the GaAs matrix. The regions with higher In content have larger atomic spacing leading to localized strain and inhomogeneous deformation distributions in both in-plane and growth directions. To have a visualized strain contrast information within the device region, XTEM results were captured for the QCD on Si and shown in Fig. 2. The horizontal dark grey lines in Fig. 2 (a) and the insert correspond to different layers of the GaAs/AlGaAs/InGaAs multiple QWs (MQWs) structure. The captured area was free from threading dislocations. fig. 2 (b) maps the lattice spacing using an image segmentation and Fourier analysis algorithm. The $In_{0.2}Ga_{0.8}As$ layers (#1 to #4) can be easily identified due to their observable increase from the AlGaAs/GaAs background. The deformation, $\varepsilon_{zz}$, through layers of the investigated MQWs structure was simulated using NextNano software and are shown in Fig. 2 (b) and (c). It could be noticed that the SML QDs layer has a higher strain deformation than the other $In_{0.2}Ga_{0.8}As$ layers. The yellow dashed lines representing the 292 pm contour lines were mirrored form the lattice spacing map, which can be used to highlight the In-rich agglomerations. There is no noticeable difference between the SML QD layer and the InGaAs/AlGaAs QW layers in

terms of the shape. This indicates that the surface undulations during heteroepitaxy of III-Vs on silicon may also promote In agglomerations in the QW layers which would undermine the carrier transport via the cascade structures. Moreover, the shapes of the InAs clusters in the SML QD layer (#3) are irregular and they favour to elongate in the lateral direction. The laterally elongated SML QDs have no contribution to the normal incident absorption oscillator strength but reduces the dot areal density [23]. Future work should focus on preventing the In agglomerations in the QW layers and in-pane coalesce of the SML QDs and optimize the growth process with larger spacing.

To characterize the optical properties and electronic structure of the SML QD QCDs on Si and GaAs substrates, low temperature power-dependent PL measurements were carried out using a variable power Nd:YAG laser ($\lambda$ = 532 nm). Fig.3 (a) and (b) present the PL spectra measured under different laser power densities at 10 K. For the detector on GaAs, three primary peaks can be identified at about 1.37, 1.42 and 1.44 eV with full-width-at-half-maximum (FWHM) values of 35, 27 and 10 meV. The two broad peaks on the left attributed to the emissions from the ground states and excited states of the InGaAs clusters [19]. The narrow linewidth peak at 1.44 eV suggested the ground state emission of the MQWs. With increasing excitation power, the peak intensity at ~1.44 eV gradually outcompeted the two low energy peaks and became the major peak for the GaAs sample. For the detector on Si under low laser intensities, the emission peaks had the

DA0314

© 2023 IEEE. Personal use is permitted, but republication/redistribution requires IEEE permission. See https://www.ieee.org/publications/rights/index.html for more information.
Authorized licensed use limited to: University College London. Downloaded on January 24,2023 at 20:39:52 UTC from IEEE Xplore. Restrictions apply.

This article has been accepted for publication in IEEE Journal of Quantum Electronics. This is the author's version which has not been fully edited and content may change prior to final publication. Citation information: DOI 10.1109/JQE.2023.3238754

JOURNAL OF QUANTUM ELECTRONICS, VOL. XX, NO. XX, XXXX XXXX



Fig. 5. Dark current density as a function of bias voltage (J-V) for QCDs (a) on GaAs and (b) on Si.



Fig. 6. Arrhenius plots for QCDs on GaAs and on Si, respectively. The insert is the plot of $R_0A$ values and the corresponding temperatures.

same positions as peak positions for the GaAs sample, but with a slightly larger FWHM values of 41, 29 and 12 meV for the peaks at 1.37, 1.42 and 1.44 eV, respectively. To obtain more information on the material quality, time resolved PLs were performed using 2 ps pulses of 720 nm excitation from a mode-locked Ti-sapphire laser that produces an optical pulse train at 76 MHz and a Hamamatsu Synchroscan C5680 streak camera with an infrared enhanced S1 cathode. The laser excitation density per pulse was $6\times10^{11}$ photons/cm$^2$. Time resolved PL measurements were carried out by using a pulsed laser source ($\lambda$ = 750 nm). Fig. 4 shows the time resolved PL measurements for the QCDs on GaAs and Si. Within the region of interest, i.e., 1.40 - 1.45 eV, the PL decay lifetimes of the two materials are within the range of 250-350 ps, despite there is high density of defects in the QCD on Si. Interestingly, the Si sample has a longer PL decay time at ∼1.41 eV than the GaAs sample, which may be caused by the surface undulation, and thus stronger quantum confinement, of the QCD on Si.

## IV. DEVICE CHARACTERIZATIONS

The QCDs were placed in a liquid nitrogen cooled probe station for dark current measurements. The positive bias condition is when the positive terminal connected to the top contact. The measured dark current results and calculated zero-bias resistance-area products ($R_0A$) are presented in Fig. 5 and Fig. 6. For the minimum dark current that not occurred at 0 V, is due to the imperfect shielding. The higher dark current

under positive bias is due the asymmetric band profile. At 77 K, the $R_0A$ values are $2.5\times10^6$ $\Omega\cdot$cm$^2$ and $2.2\times10^3$ $\Omega\cdot$cm$^2$ for the QCD on GaAs and Si, respectively. At 160 K, the $R_0A$ values reduced to 11.32 $\Omega\cdot$cm$^2$ for the QCD on GaAs and 6.45 $\Omega\cdot$cm$^2$ for the QCD on Si. To understand the origins of the low $R_0A$ in the QCD on Si, Arrhenius plots have been shown in Fig. 6. The activation energy is about 159 meV in QCD on GaAs corresponding to the transitions from the ground state to the first and second GaAs cascade MQWs. For the Si device, there is a leakage path with a much lower activation energy (∼ 61.5 meV) at low temperatures, which is accountable for the low $R_0A$ values. At higher temperatures, the activation energy increased to 143.1 meV.

The photoresponse curves of the two detectors were measured using a Nicolet iS50 Fourier transform spectrometer under normal incidence configuration. A 700 °C blackbody source was used to calibrate the responsivity. Fig. 7 (a) and (b) present the responsivity results measured at 77 K, 120 K and 160 K for the two devices. The two detectors had similar photoresponse curves spanning a broad range of spectrum from 5.5 $\mu$m to 7.5 $\mu$m at 77 K. Two response peaks could be found for both samples at all measured temperatures. These two response peaks are most likely originated from two intersubband transitions in the SML QD absorber. The highest temperature for a measurable photoresponse curve was obtained at 180 K for the QCDs on GaAs and the QCD on Si has achieved a maximum operating temperature at 160 K. It is worth noting that the maximum operating

DA0315

This article has been accepted for publication in IEEE Journal of Quantum Electronics. This is the author's version which has not been fully edited and content may change prior to final publication. Citation information: DOI 10.1109/JQE.2023.3238754

JOURNAL OF QUANTUM ELECTRONICS, VOL. XX, NO. XX, XXXX XXXX                                        5



Fig. 7. (a) and (b) are the calibrated photoresponsivities at 77, 120, 160 K for the QCDs on GaAs and Si, respectively. Insert in (a) is measured photoresponse at 180 K for the QCD on GaAs.



Fig. 8. Johnson noise limited detectivity ($D_j^*$) curves obtained at (a) 77 K and (b) 160 K for GaAs and Si samples.

temperature above 130 K was not obtained from our previous work [20, 21]. We considered that the improved signal-to-noise ratios at high temperatures was contributed by improved material quality and fabrication. Compared with our previously published photoconductive QD infrared photodetectors on Si [7, 24], where the measured temperatures were lower than 80 K, the designed SML QD QCD on Si has better capabilities for high operating temperature applications. Higher operating temperature and better performance could be expected with optimizations in material quality, particularly the QD and cascade layers, and structural design.

For QCDs operating at zero bias, the main source of dark current is the Johnson noise. The Johnson noise limited detectivity ($D_j^*$) can be calculated by the following equation,

$$D_j^* = R\sqrt{R_0 A/4k_B T} \tag{1}$$

where $R$ is the responsivity, $k_B$ is the Boltzmann constant and $T$ is the temperature. Fig. 8 shows the calculated Johnson limited detectivities at (a) 77 K and (b) 160 K. The QCD on GaAs has a maximum $D_j^*$ of $1.06\times 10^{11}$ cm· Hz$^{1/2}$/W at 77 K, roughly 30 times higher than the QCD on Si ($3.83\times10^9$ cm· Hz$^{1/2}$/W), mainly due to the high $R_0A$ value, i.e., low Johnson noise. At 160 K, the maximum Johnson noise-limited detectivities dropped to $1.98\times10^8$ cm· Hz$^{1/2}$/W and $1.55\times10^8$ cm· Hz$^{1/2}$/W for the QCDs on GaAs and Si, respectively.

## V. CONCLUSIONS

In conclusion, we have presented the material and device characterizations of SML QD QCDs on Si substrates. High quality of GaAs-on-Si virtual buffer has been grown on the Si substrate. With the strain contrast image and lattice spacing mapping, we managed to identify the localized In-rich regions that form the SML QDs. In agglomerations in the QW layers were also observed, which should be avoided in future studies. The low temperature power dependent PL and PL decay lifetime experiments indicate a high-quality material on Si substrates, which is comparable with the material on GaAs. The two detectors have the almost identical photocurrent response at mid-infrared range from 5.5 $\mu$m to 7.5 $\mu$m at 77 K under normal incident configuration. The high-quality GaAs-on-Si virtual substrates also enables high operating temperature as high as 160 K for the QCDs on Si. The peak Johnson noise-limited detectivities are $1.55\times10^8$ and $1.98\times10^8$ cm· Hz$^{1/2}$/W for the QCDs on Si and GaAs, respectively, at 160 K.

## REFERENCES

[1] A. Johnson, A. Joel, A. Clark, D. Pearce, M. Geen, W. Wang, R. Pelzel, and S. Lim, "High performance 940nm VCSELs on large area germanium substrates: the ideal substrate for volume manufacture," in *Vertical-Cavity Surface-Emitting Lasers XXV*. SPIE, 2021.

[2] E. Delli, V. Letka, P. Hodgson, E. Repiso, J. Hayton, A. Craig, Q. Lu, R. Beanland, A. Krier, A. Marshall, and P. Carrington, "Mid-Infrared InAs/InAsSb Superlattice

DA0316

© 2023 IEEE. Personal use is permitted, but republication/redistribution requires IEEE permission. See https://www.ieee.org/publications/rights/index.html for more information.
Authorized licensed use limited to: University College London. Downloaded on January 24,2023 at 20:39:52 UTC from IEEE Xplore. Restrictions apply.

This article has been accepted for publication in IEEE Journal of Quantum Electronics. This is the author's version which has not been fully edited and content may change prior to final publication. Citation information: DOI 10.1109/JQE.2023.3238754

nBn Photodetector Monolithically Integrated onto Silicon," *ACS Photonics*, vol. 6, no. 2, pp. 538–544, 2019.

[3] Z. Deng, D. Guo, C. Burguete, Z. Xie, J. Huang, H. Liu, J. Wu, and B. Chen, "Demonstration of Si based InAs/GaSb type-II superlattice p-i-n photodetector," *Infrared Physics & Technology*, vol. 101, pp. 133–137, 2019.

[4] Y. Zhang, A. Haddadi, R. Chevallier, A. Dehzangi, and M. Razeghi, "Thin-Film Antimonide-Based Photodetectors Integrated on Si," *IEEE Journal of Quantum Electronics*, vol. 54, no. 2, pp. 1–7, 2018.

[5] Y. Wan, Z. Zhang, R. Chao, J. Norman, D. Jung, C. Shang, Q. Li, M. Kennedy, D. Liang, C. Zhang, J.-W. Shi, A. C. Gossard, K. M. Lau, and J. E. Bowers, "Monolithically integrated InAs/InGaAs quantum dot photodetectors on silicon substrates," *Optics Express*, vol. 25, no. 22, p. 27715, oct 2017.

[6] B. Chen, Y. Wan, Z. Xie, J. Huang, N. Zhang, C. Shang, J. Norman, Q. Li, Y. Tong, K. M. Lau, A. C. Gossard, and J. E. Bowers, "Low Dark Current High Gain InAs Quantum Dot Avalanche Photodiodes Monolithically Grown on Si," *ACS Photonics*, vol. 7, no. 2, pp. 528–533, 2020.

[7] D. Guo, Q. Jiang, M. Tang, S. Chen, Y. Mazur, Y. Maidaniuk, M. Benamara, M. Semtsiv, W. Masselink, G. Salamo, H. Liu, and J. Wu, "Two-colour In$_{0.5}$Ga$_{0.5}$As quantum dot infrared photodetectors on silicon," *Semiconductor Science and Technology*, vol. 33, no. 9, p. 094009, 2018.

[8] A. Rogalski, J. Antoszewski, and L. Faraone, "Third-generation infrared photodetector arrays," *Journal of Applied Physics*, vol. 105, no. 9, p. 091101, 2009.

[9] C. Shang, J. Selvidge, E. Hughes, J. C. Norman, A. A. Taylor, A. C. Gossard, K. Mukherjee, and J. E. Bowers, "A Pathway to Thin GaAs Virtual Substrate on On-Axis Si (001) with Ultralow Threading Dislocation Density," *physica status solidi (a)*, vol. 218, no. 3, p. 2000402, 2020.

[10] C. Shang, E. Hughes, Y. Wan, M. Dumont, R. Koscica, J. Selvidge, R. Herrick, A. C. Gossard, K. Mukherjee, and J. E. Bowers, "High-temperature reliable quantum-dot lasers on Si with misfit and threading dislocation filters," *Optica*, vol. 8, no. 5, p. 749, 2021.

[11] J. Yang, K. Li, H. Jia, H. Deng, X. Yu, P. Jurczak, J.-S. Park, S. Pan, W. Li, S. Chen, A. Seeds, M. Tang, and H. Liu, "Low threading dislocation density and antiphase boundary free GaAs epitaxially grown on on-axis Si (001) substrates," *Nanoscale*, vol. 14, no. 46, pp. 17 247–17 253, 2022.

[12] L. Gendron, M. Carras, A. Huynh, V. Ortiz, C. Koeniguer, and V. Berger, "Quantum cascade photodetector," *Applied Physics Letters*, vol. 85, no. 14, pp. 2824–2826, 2004.

[13] A. Vardi, G. Bahir, F. Guillot, C. Bougerol, E. Monroy, S. Schacham, M. Tchernycheva, and F. Julien, "Near infrared quantum cascade detector in GaN/AlGaN/AlN heterostructures," *Applied Physics Letters*, vol. 92, no. 1, p. 011112, 2008.

[14] P. Reininger, T. Zederbauer, B. Schwarz, H. Detz, D. Macfarland, A. Andrews, W. Schrenk, and G. Strasser, "InAs/AlAsSb based quantum cascade detector," *Applied Physics Letters*, vol. 107, no. 8, p. 081107, 2015.

[15] N. Kong, J.-Q. Liu, L. Li, F.-Q. Liu, L.-J. Wang, Z.-G. Wang, and W. Lu, "A 10.7 $\mu$m InGaAs/InAlAs Quantum Cascade Detector," *Chinese Physics Letters*, vol. 27, no. 12, p. 128503, 2010.

[16] A. Buffaz, M. Carras, L. Doyennette, A. Nedelcu, X. Marcadet, and V. Berger, "Quantum cascade detectors for very long wave infrared detection," *Applied Physics Letters*, vol. 96, no. 17, p. 172101, 2010.

[17] A. Barve and S. Krishna, "Photovoltaic quantum dot quantum cascade infrared photodetector," *Applied Physics Letters*, vol. 100, no. 2, p. 021105, 2012.

[18] X.-J. Wang, S.-Q. Zhai, N. Zhuo, J.-Q. Liu, F.-Q. Liu, S.-M. Liu, and Z.-G. Wang, "Quantum dot quantum cascade infrared photodetector," *Applied Physics Letters*, vol. 104, no. 17, p. 171108, 2014.

[19] A. Lenz, H. Eisele, J. Becker, J.-H. Schulze, T. Germann, F. Luckert, K. Pötschke, E. Lenz, L. Ivanova, A. Strittmatter, D. Bimberg, U. Pohl, and M. Dähne, "Atomic structure and optical properties of InAs sub-monolayer depositions in GaAs," *Journal of Vacuum Science & Technology B, Nanotechnology and Microelectronics: Materials, Processing, Measurement, and Phenomena*, vol. 29, no. 4, p. 04D104, 2011.

[20] J. Huang, D. Guo, W. Chen, Z. Deng, Y. Bai, T. Wu, Y. Chen, H. Liu, J. Wu, and B. Chen, "Sub-monolayer quantum dot quantum cascade mid-infrared photodetector," *Applied Physics Letters*, vol. 111, no. 25, p. 251104, 2017.

[21] J. Huang, D. Guo, Z. Deng, W. Chen, H. Liu, J. Wu, and B. Chen, "Midwave Infrared Quantum Dot Quantum Cascade Photodetector Monolithically Grown on Silicon Substrate," *Journal of Lightwave Technology*, vol. 36, no. 18, pp. 4033–4038, 2018.

[22] Z. Shen, Z. Deng, X. Zhao, J. Huang, C. Cao, X. Zou, F. Liu, Q. Gong, and B. Chen, "Submonolayer quantum dot quantum cascade long-wave infrared photodetector grown on Ge substrate," *Applied Physics Letters*, vol. 118, no. 8, p. 081102, 2021.

[23] N. Ting, S. Bandara, S. Gunapala, J. Mumolo, S. Keo, C. Hill, J. Liu, E. Blazejewski, S. Rafol, and Y.-C. Chang, "Submonolayer quantum dot infrared photodetector," *Applied Physics Letters*, vol. 94, no. 11, p. 111107, 2009.

[24] J. Wu, Q. Jiang, S. Chen, M. Tang, Y. I. Mazur, Y. Maidaniuk, M. Benamara, M. P. Semtsiv, W. T. Masselink, K. A. Sablon, G. J. Salamo, and H. Liu, "Monolithically Integrated InAs/GaAs Quantum Dot Mid-Infrared Photodetectors on Silicon Substrates," *ACS Photonics*, vol. 3, no. 5, pp. 749–753, 2016.

DA0317

© 2023 IEEE. Personal use is permitted, but republication/redistribution requires IEEE permission. See https://www.ieee.org/publications/rights/index.html for more information.
Authorized licensed use limited to: University College London. Downloaded on January 24,2023 at 20:39:52 UTC from IEEE Xplore. Restrictions apply.

# Exhibit 11

DA0318

# High Operating Temperature InAs Quantum Dot Infrared Photodetector via Selective Capping Techniques

**Jiayi Shao,** Thomas E. Vandervelde, Woo-Yong Jang, Andreas Stintz, and Sanjay Krishna,

Center for High Technology Materials, ECE Department, University of New Mexico, 1313 Goddard St SE, Albuquerque, NM 87106, Ph: (505) 272-7800, Fax: (505) 272-7801

Email: jshao@unm.edu

We report on the improvement in a quantum dot-in-a-well (DWELL) – based infrared photodetector's operating temperature with spectral response observable till 150K. This improvement was achieved through addressing issues related with the growth conditions and subsequent capping of the quantum dots (QDs) by various overlying materials. The influence of these conditions was determined by examining the size and optical properties of the QDs as well as how it affected their function as the absorbing region in a DWELL IR photodetector. Photoluminescence of InAs QDs embedded in asymmetric InGaAs/GaAs quantum well or AlGaAs/InAlGaAs quantum well with different capping materials and different growth temperatures have been characterized as a function of the intermixing energies between the interface of the QDs and the capping materials. Through the improvement in QD confinement, the dark current can be decreased and the overall temperature of operation can be increased to 150K.

Mid-infrared photodetectors in the regime of 50-400meV (3-25μm) are of immense technological importance due to their variety of potential applications in medical diagnostics, thermal imaging, night vision cameras for battlefield recognition systems, fire-fighting equipment, and chip-based detection of chemical warfare agents.[1-5] The mature materials growth technologies for III–V semiconductors can provide very accurate control of compositions and homogeneity; therefore, there is interest in developing IR photodetector using III–V materials. One of the most promising III–V semiconductor long wavelength infrared (LWIR) detectors is the quantum well infrared photodetector (QWIP), [6-9] which employs the intersubband or the subband-to-continuum transitions. One of the drawbacks of QWIPs is that they cannot detect normally incident light due to the quantum confinement being only in the normal direction. In contrast, the intersubband transitions in quantum dots (QDs) do not have that restriction, due to their three-dimensional quantum confinement. Also, this confinement can increase the photo-excited carrier lifetime by reducing optical phonon scattering via the "phonon bottleneck" mechanism.[1-6] Theoretically, quantum dot-in-a-well (DWELL) detectors offer several advantages over QWIPs, including lower dark current (hence, higher T operation), higher responsivity, normal incidence detection, and improved radiation hardness.[10-11] Asymmetrically designed DWELL detectors have also been shown to have a bias-dependent spectral response that is suitable for multispectral imagery.[12]

Although self-assembled QDs have performed impressively in electronic devices, their full potential has not been achieved. This is mostly due to the loss of sharp quantum mechanical confinement and flattening in epitaxially grown QDs via intermixing during subsequent growth. If the dot's shape and interface can be engineered, the performance of



Fig. 1: Cross-section Transmission Electron Microscopy (TEM) image of the InGaAs/InAs DWELL structure

978-1-4244-2104-6/08/$25.00 ©2008 IEEE.

DA0319

the device; such as wavelength response, carrier lifetime, dark current, and operating temperature, could be improved. Here, we report our success in preventing the QDs from intermixing with the capping layers. The diffusion processes involved in the intermixing between the QDs and the capping material can be controlled through several means: interfacial- strain engineering, mechanical diffusion barrier, and chemical diffusion retardant, and/or deposition kinetics.

The material for this study was grown using VG-80 solid-source molecular beam epitaxy (MBE) system with a cracked $As_2$ source. The reference sample is based on the previously optimized DWELL detector reported elsewhere.[13] All of capping study materials have a similar structure based on the reference sample. Transmission electron microscope (TEM) image of the heterostructure is shown in Fig. 1. A 200 nm GaAs buffer layer was first grown at 590°C on (100) semi-insulating GaAs substrate, followed by a 49.8 nm undoped GaAs barrier. Next, the substrate temperature was lowered to 470°C, and 5 nm of $In_{.15}Ga_{.85}As$ was deposited, which comprises the first part of the quantum well, and a total of 1.6 ML of InAs was grown to form the wetting layer and QDs. Then, the substrate temperature was changed and various capping materials were deposited. Later, the substrate temperature was changed to 470°C, if needed, to grow the second-half of the quantum well, namely, the 6nm of $In_{.15}Ga_{.85}As$ material. This kind of heterostructure is defined as the DWELL structure. A 49.8 nm undoped GaAs barrier was then grown. And this active region was repeated 3 times. Silicon was used to directly dope the dots with one electron per dot in order to provide carriers for absorption. In same cases, a 2-4 sec pause was introduced between the deposition of the group III and group V elements during the capping growth to enhance the caps crystalline quality, through a migration enhanced epitaxy (MEE) process. Pyrometer-verified growth temperature and capping material is shown in Table 1.

Uncapped QDs evolve into the shapes of small pyramids or dome-like structures during growth; however, when buried by additional epilayers, they flatten into pancake-shaped objects. This flattening not only changes the size of the QD and, therefore, the wavelength response of the dots, but additionally the intermixing of the QD's material with that of the capping layer creates a compositional gradient above and between the QDs. This diffusion gradient gives carriers a pathway to leak out, destroying carrier lifetime and consequently leads to higher dark current and lower operating temperature.

To prevent the quantum dots from intermixing with the capping layers, one needs to control the bulk and surface diffusion processes involved in the intermixing between the QDs and the capping material. A major contributor to the energy for intermixing comes from the interfacial strain. If an exchange between the adatoms and the previously deposited material forms a mixed compound, the intermixing will occur to lower the interfacial strain. Certain materials (e.g. Al)

Table I. The growth condition and materials used in the capping study.

| Barrier (nm) | Quantum Well (nm) | T (°C) | Capping | Run# | T (°C) | Pause (sec) | Thickness (ML) | Intensity of PL |
|---|---|---|---|---|---|---|---|---|
| GaAs | $In_{.15}Ga_{.85}As$ | 470 | Same as QW | 2319 | 470 | | - | Reference |
| GaAs | $In_{.15}Ga_{.85}As$ | 470 | AlAs | 2320 | 470 | | 3 | Low |
| | | | | 2324 | 350 | | 3 | Bad |
| | | | | 2328 | 470 | | 2 | Low |
| | | | | 2329 | 470 | | 1 | Low |
| | | | | 2323 | 350 | MEE | 3 | Low |
| | | | | 2330 | 470 | MEE | 3 | Bad |
| | | | | 2331 | 470 | MEE | 1.5 | Bad |
| | DA $In_{.146}Ga_{.854}As$ | 470 | Same as QW | 2340 | 470 | | - | 1× |
| | $In_{.15}Ga_{.85}As$ | 470 | InAlGaAs | 2338 | 470 | | 1.5 | 1× |
| | DA $In_{.146}Ga_{.854}As$ | 470 | Same as QW | 2339 | 470 | | - | 1× |
| $Al_{.3}Ga_{.7}As$ | InAlGaAs well /InGaAs strain bed | 470 | Same as QW | 2341 | 470 | | - | 2× |
| | | 510 | Same as QW | 2343 | 470 | | - | 1/2× |
| | Double QW: InAlGaAs/InGaAs | 470 | DA $In_{.146}Ga_{.854}As$ | 2342 | 470 | | 3 | Low |

DA0320

113

however, can act as mechanical diffusion barriers for the indium in our InAs dots. In this project we utilized lattice mismatched AlAs-based compounds to coat the dots at various deposition temperatures to try to prevent diffusion. An unfortunate side-effect of adding Aluminum into the capping layer is that it tends to increase the interfacial energy at the dot and can increase the very intermixing we are trying to prevent. Therefore, controlling the kinetics of intermixing, was of critical importance in this portion of the study. By controlling the temperature and rate of deposition one should be able to mitigate the enhanced diffusion generated by the increased interfacial energy.

Initial results verify that interfaces with less strain intermix less, due to a decreased availability of energy to drive diffusion. This is evidenced by the samples that have caps with a greater degree of lattice matching (e.g. InAlAs cap instead of AlAs). As mentioned above, Indium is less miscible in aluminum containing compounds than those without Al; therefore, this makes Al-compounds a natural capping material. This effect, however, has to be balanced against the increase in interfacial-strain introduced by the Al-In lattice mismatch. To try to find a balance between these energies, we employed a number of Al containing compounds in our study: AlAs, InAlAs (data not shown), and InAlGaAs. Deposition kinetics (e.g. substrate temperature and deposition rate) has previously been shown to be key to shape engineering studies.[14] The decrease of substrate temperature would seem the simplest way to decrease the diffusion length; and, therefore, intermixing; however, this would also disrupt crystalline quality. In order to allow lower temperature deposition, while maintaining high crystalline quality, we used migration enhanced

epitaxy (MEE). This process gives the adatoms more time to settle into their final position before burial by the incident flux. Our initial tests have shown, however, that while MEE improves the PL for samples when compared to samples grown without MEE at the same temperature, it does not fully overcome the low temperatures negative effects on crystalline quality. Additional experimentation is warranted, to perfect this technique, but it is unlikely to solve the intermixing problem by itself. Finally, the inclusion of a chemical diffusion retardant is another way to alter the energies involved in intermixing. Some materials (e.g. surfactants) alter the mobility of adatoms on the surface of an epilayer. Experiments with this technique are presently on-going.

The quality of the QDs, and the overall effect



Fig 3. Energy band diagram for best PL performance sample Run 2341.

the various techniques employed were having, was determined by photoluminescence. The PL measurement was undertaken using a He-Ne pump laser and an InGaAs detector, which has response range from 800-1700nm at room temperature. In this paper, we report the results-to-date from employing these four techniques. Several top PL intensity performers are shown in Fig 2.

The sample with the best performance, 2341, with an AlGaAs barrier, InAlGaAs QW, and InGaAs strain bed yielded the greatest increase in PL intensity, while maintaining QD high aspect ratios. The band-structure of 2341 is shown in Fig 3. Based on this structure we grew and fabricated a IR photodetector with 12 repetitions of the



Fig. 2. PL intensity of the various capping study samples grown with optimized material and temperature.

InAs/InAlGaAs/AlGaAs DWELL active region sandwiched between 500nm $n^+$GaAs bottom contact and 200nm $n^+$GaAs top contact was grown using VG-80 solid-source molecular beam epitaxy (MBE) system. Standard processing techniques were then applied for the device fabrication. 450μm diameter circular mesa with GeAu top and bottom contact rings were formed to allowed normal incidence measurement from the top window. The device characteristics at deferent temperature were measured using a close cycled helium cryostat. The photocurrent spectral response were measured by Fourier transform infrared spectroscopy.

Without an extended well closer to the QD's



Fig. 4. Spectral Response of a 300um diameter window size device at 150k with 9.5V bias,

energy level the long-wave response is suppressed, but the mid-wave response can still be clearly observed, Fig. 4. Additionally, this response can clearly be seen at temperatures up to 150K, which represents a two-fold increase in temperature of operation. While we recognize that some of this improvement in temperature could be attributed to the increase in barrier height, we conclude from our electrical experiments that the dark current level was decreased due to improved quantum confinement within the QDs. Additional experiments are presently being performed to further separate these two effects. Fig. 4 shows the spectral response at 150K with 9.5v bias and 3.8μm peak wavelength.

Fig. 5 shows the function of bias and peak wavelength at deferent temperatures. The observed staircase effect is significant because it illustrates that as bias increases carriers confined at lower quantum levels are able to tunnel out and, therefore, wavelength of response increases with bias, implying significant tunability. In



Fig. 5. Function of Bias and Peak wavelength at 77k, 100k & 150k.

conclusion, by exploring various capping material combinations we doubled the operation temperature for our detectors and demonstrated their tunability over a wide bias range. Improvement in a QD's quantum confinement decreases dark current in a detector, thereby increasing the overall temperature of operation. This increase progress in capping technique brings us one step closer to realizing high operation temperature (HOT) detectors.

The authors would like to acknowledge the financial support from AFRL, NCMR/DIA, NS, and IC Post-doc program.

## Reference:

[1] S. Krishna, J. Phys. D **38**, 2142 (2005).

[2] A. D. Stiff, S. Krishna, P. Bhattacharya, and S. Kennerly, Appl. Phys. Lett. **79**, 421 (2001).

[3] E. T. Kim, A. Madhukar, Z. Ye, and J. C. Campbell, Appl. Phys. Lett. **84**, 3277 (2004).

[4] J. Phillips, J. Appl. Phys. **91**, 4590 (2002).

[5] M. Razeghi, W. Zhang, H. C. Lim, S. Tsao, J. Szafrniec, M. Taguchi, and B. Movaghar, Proc. SPIE **5838**, 125 (2005).

[6] S. D. Gunapala, S. V. Bandara, J. K. Liu, E. M. Luong, N. Stetson, C. A. Shott, J. J. Bock, S. B. Rafol, J. M. Mumolo, and M. J. Mckelvey, IEEE Trans. Electron Devices **47**, 326 (2000).

[7] J. Jiang, K. Mi, S. Tsao, W. Zhang, H. Lim, T. O'Sullivan, T. Sills, M. Sills, M. Razeghi, G. J. Brown, and M. Z. Tidrow, Appl. Phys. Lett. **84**, 2232 (2004).

[8] S. D. Gunappala, S. V. Bandra, A. singh, J. K. Liu, S. B. Rafol, E. M. Luong, J. M. Mumolo, N. Q. Tran, D. Z. Y. Ting, J. D. Vincent, C. A. shott, J. Long, and P. D. LeVan, IEEE Trans. Electron Devices **47**, 963 (2000).

[9] B. F. Levine, J. Appl. Phys. **74**, R1 (1993).

[10] V. Ryzhii, Semicond. Sci. Technol. **11**, 759 (1996).

[11] P. Bhattacharya, X. H. su, S. chakrabarti, G. Ariyawansa, and A. G. U. Perera, Appl. Phys. Lett. **86**, 191106 (2005).

[12] U. Sakoglu, J. S. Tyo, M. M. Hayat, S. Raghavan, and S. Krishna, J. Opt. Soc. Am. B **21**, 7 (2004).

[13] R Attaluriand, S Krishna, M Matthews, R Steed, M Frogley and C Phillips, Appl. Phys. Lett. **90**, 103519(2007).

[14] T.E. Vandervelde, K. Sun, J. Merz, A.J. Kubis, R. Hull, and J.C. Bean, J. Appl. Phys. Lett., **99**, 124301 (2006).