**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHIMON MAIMON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 24-cv-1832 C<br><br>Judge Matthew H. Solomson |

# JOINT CLAIM CONSTRUCTION APPENDIX

MEREDITH MARTIN ADDY
Attorney of Record

ADDYHART LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
meredith@addyhart.com

CHARLES A. PANNELL III
770.715.2020
cpannell@addyhart.com

Of counsel:

JAMES B. HATTEN
404.625.3503
james@addyhart.com

*Attorneys for Plaintiff*
*Shimon Maimon*

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

BRIAN N. GROSS
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530

Of Counsel:

MARGARET S. HIBNICK
SUZANNE M. JOHNSON

Attorneys for the
United States of America

| | Description | Appx |
|---|---|---|
| 001 | US 7,687,871 | JA0001 |
| 002 | US 11,264,528 | JA0012 |
| 003 | US 11,462,657 | JA0037 |
| 004 | US 11,817,522 | JA0062 |
| 005 | US RE48,642 | JA0087 |
| 006 | File History US 7,687,871 | JA0109 |
| 007 | File History US 11,264,528 | JA0508 |
| 008 | File History US 11,462,657 | JA0908 |
| 009 | File History US 11,817,522 | JA1301 |
| 010 | File History RE48,642 | JA1532 |
| 011 | Jeffrey Bokor Declaration & Exh. A & B | JA1704 |
| 012 | Bokor Exh. C Animation 1 - Electron Hole Movement (Placeholder only, animated exhibit to be delivered to Court) | JA1784 |
| 013 | Bokor Exh. D - Animation 2 - PN Junction Animation (Placeholder only, animated exhibit to be delivered to Court) | JA1785 |
| 014 | P.J. Pearah..The Role of Carbon in the Compensation of Semi-Insulating... - SM000067913 - 67918 | JA1786 |
| 015 | C. Reyner, GaSb-Based Infrared Detectors on GaAs Substrates Using - SM000067909 - 67912 | JA1792 |
| 016 | American Heritage Dictionary (Maimon) | JA1796 |
| 017 | McGraw Hill Scientific Dictionary (Maimon) | JA1802 |
| 018 | Oxford Electronics Dictionary (Maimon) | JA1809 |
| 019 | Ricor-K527 | JA1817 |
| 020 | Semiconductor Glossary | JA1818 |
| 021 | Numerical Modeling of Abrupt Heterojunctions Using a Thermionic-Field Emission Boundary Condition, Kyounghoon Yang | JA2080 |
| 022 | 2006 Applied Physics Letters Paper - (Maimon) | JA2090 |

| | | |
|---|---|---|
| 023 | Daniel Wasserman Declaration | JA2094 |
| 024 | American Heritage Dictionary | JA2123 |
| 025 | IEEE The Authoritative Dictionary of IEEE Standards Terms | JA2131 |
| 026 | McGraw-Hill Dictionary of Scientific and Technical Terms | JA2135 |
| 027 | Merriam-Webster's Collegiate Dictionary – Eleventh Edition | JA2139 |
| 028 | The Random House College Dictionary – Revised Edition | JA2145 |
| 029 | Semiconductor Device Fundamentals – Robert F. Pierret | JA2150 |
| 030 | Webster's New World College Dictionary | JA2159 |
| 031 | U.S. Patent No. 12,148,855 | JA2165 |
| 032 | Excerpt from U.S. Patent No. 9,766,130 File History | JA2190 |
| 033 | Excerpt from U.S. Patent No. 11,245,048 File History | JA2363 |
| 034 | Excerpt from U.S. Patent No. 12,148,855 File History | JA2544 |
| 035 | Declaration Of Jeffrey Bokor In Response To Daniel Wasserman Declaration In Support Of Claim Construction | JA2712 |
| 036 | Declaration Of Jeffrey Bokor reference - Bhat J. Crystal Growth 2008 | JA2743 |
| 037 | Declaration Of Jeffrey Bokor reference - Dkt 9-14 Wei Paper | JA2750 |
| 038 | Declaration Of Jeffrey Bokor reference - Dkt 39-08 JPL- Gunapala 2023 Presentation | JA2762 |
| 039 | Declaration Of Jeffrey Bokor reference - Pierret excerpts | JA2803 |
| 040 | Declaration Of Jeffrey Bokor reference - US8368051 | JA2811 |
| 041 | Declaration Of Jeffrey Bokor reference - US8846432 | JA2817 |
| 042 | Declaration Of Jeffrey Bokor reference - US10468540 | JA2839 |
| 043 | Declaration Of Jeffrey Bokor reference - Vurgaftman JAP 2001 | JA2847 |
| 044 | Rebuttal Declaration Of Dr. Daniel Wasserman | JA2909 |
| 045 | 2026-09-10 Maimon Proposed Claim Construction (RFC, App'x, Rule 10) | JA2921 |

| | | |
|---|---|---|
| 046 | 2026-09-10 Defendant's Proposed Constructions and Evidence | JA2934 |

US007687871B2

(12) **United States Patent**
**Maimon**

(10) **Patent No.: US 7,687,871 B2**
(45) **Date of Patent: Mar. 30, 2010**

(54) **REDUCED DARK CURRENT PHOTODETECTOR**

(76) Inventor: **Shimon Maimon**, 42 Chateau Sq., Rochester, NY (US) 14618

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 549 days.

(21) Appl. No.: **11/276,962**

(22) Filed: **Mar. 19, 2006**

(65) **Prior Publication Data**

US 2007/0215900 A1 Sep. 20, 2007

(51) **Int. Cl.**
***H01L 31/102*** (2006.01)

(52) **U.S. Cl.** ................ **257/441**; 257/189; 257/E31.018

(58) **Field of Classification Search** ................. 257/189, 257/441, E31.018–E31.019, E31.021
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,679,063 A 7/1987 White
4,682,196 A * 7/1987 Sakai et al. ................. 257/458
4,731,640 A * 3/1988 Bluzer ...................... 257/291
6,380,604 B1 * 4/2002 Shima ...................... 257/466
2002/0070389 A1 * 6/2002 Song ........................ 257/194
2006/0108528 A1 * 5/2006 Qiu ......................... 250/338.4
2006/0267007 A1 * 11/2006 Salzman et al. ............... 257/46

FOREIGN PATENT DOCUMENTS

WO WO 2005004243 A1 * 1/2005

OTHER PUBLICATIONS

Landau et al. Quantum Mechanics, Butterworth-Heinemann; 3 edition (Jan. 1, 1981),ISBN-13: 978-0750635394.*
Chen et al. Semicond. Sci. Technol. 5 (1990) S100-S102.*
Maimon and Wicks, Abstract Book of 11th International Conference on Narrow Gap Semiconductors, Jun. 2003, Buffalo, N.Y.

* cited by examiner

*Primary Examiner*—Allan R Wilson
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized.

**17 Claims, 3 Drawing Sheets**

100




10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1A


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4

# REDUCED DARK CURRENT PHOTODETECTOR

## BACKGROUND OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and in particular in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark}=I_{srh}+I_{diff}+I_{surf} \quad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \quad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{srh}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low doped material (~$10^{16}$ $cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i$~exp($-E_g/2/kT$)), because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times L = q\frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L \quad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of ~1-2·$10^{16}$ $cm^{-3}$ is in the range of ~0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is $E_g$, ($n_i^2$~exp($-E_g/kT$)) as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

There is thus a long felt need for a photo-detector having reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K.

## SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present invention to overcome the disadvantages of prior art photo-detectors, and in particular mid wavelength infra-red detectors. This is provided in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is

such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

The invention provides for a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

In one embodiment the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment the photo absorbing layer and the contact area are constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb. In another embodiment the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.



The invention independently provides for a photo-detector comprising: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

The invention independently provides for a method of producing a photo-detector, the method comprising: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer

to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

Additional features and advantages of the invention will become apparent from the following drawings and description.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **1**C illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30**

to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

FIG. **1**B illustrates a side view of a multi-pixel photodetector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

FIG. **1**C illustrates a top level view of multi-pixel photodetector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an

increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the

optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

I claim:

**1**. A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

**2**. A photo-detector according to claim **1**, wherein said photo absorbing layer is constituted of one of InAs, InAsSb, InGaAs, Type II super lattice InAs/InGaSb and HgCdTe.

**3**. A according to claim **2**, wherein said contact layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

**4**. A photo-detector according to claim **3**, wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions.

**5**. The photo-detector according to claim **1**, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

**6**. The photo-detector according to claim **1**,

wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**7**. The photo-detector of claim **1** wherein the contact layer forms a mesa on the barrier layer such that the second side of said barrier layer laterally extends beyond the contact layer thereby passivating the photo-detector during operation by preventing majority carriers from flowing to exposed surfaces of said barrier layer.

**8**. The photo-detector of claim **1**, wherein the contact and photo-absorbing layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

**9**. A photo-detector, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer,

wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact area and substantially block the flow of

thermalized majority carriers between said photo absorbing layer and said contact area,

wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the plural individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**10**. A photo-detector comprising:

a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that said barrier layer forms a valence energy band offset between the photo absorbing layer and the contact layer,

wherein said barrier layer thickness and said valence energy band gap are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and to substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer,

wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the plural individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**11**. The photo-detector according to claim **10**, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

**12**. A photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy,

a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer,

wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer,

wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the plural individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**13**. A photo-detector with a reduced dark current, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers

wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer.

**14**. The photo-detector of claim **13**, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

**15**. A photo-detector—with a reduced dark current, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer comprising a semiconductor with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers, and

further wherein the second layer forms a mesa on the continuous barrier layer such that the first side of said barrier layer laterally extends beyond the mesa, thereby passivating the photo-detector by preventing majority carriers from reaching exposed portions of the barrier layer.

**16**. The photo-detector of claim **15**, wherein the barrier layer is an undoped semiconductor which prevents majority carrier lateral conduction within said barrier layer.

**17**. The photo-detector of claim **15**, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

* * * * *

US011264528B2

(12) **United States Patent**
**Maimon**

(10) **Patent No.: US 11,264,528 B2**
(45) **Date of Patent: Mar. 1, 2022**

(54) **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER**

(71) Applicant: **Shimon Maimon**, Rochester, NY (US)

(72) Inventor: **Shimon Maimon**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/679,487**

(22) Filed: **Aug. 17, 2017**

(65) **Prior Publication Data**

US 2017/0358701 A1 Dec. 14, 2017

**Related U.S. Application Data**

(60) Continuation-in-part of application No. 14/822,433, filed on Aug. 10, 2015, now Pat. No. 9,766,130, and
(Continued)

(51) **Int. Cl.**
***H01L 31/18*** (2006.01)
***H01L 31/0296*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... ***H01L 31/1832*** (2013.01); ***B82Y 20/00*** (2013.01); ***G01J 5/061*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. H01L 27/14652; H01L 31/109; H01L 27/14647; H01L 27/14692;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,652,335 A 3/1987 Decoster et al.
4,679,063 A 7/1987 White
(Continued)

FOREIGN PATENT DOCUMENTS

GB 2127619 4/1984

OTHER PUBLICATIONS

"nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006).
(Continued)

*Primary Examiner* — Mark R Gaworecki
(74) *Attorney, Agent, or Firm* — Shalom Wertsberger; Saltamar Innovations

(57) **ABSTRACT**

A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, the barrier layer disposed between the photoabsorber and contact layers. The relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

**7 Claims, 13 Drawing Sheets**



**Related U.S. Application Data**

a continuation-in-part of application No. 13/964,833, filed on Aug. 12, 2013, now Pat. No. 9,117,726, and a continuation-in-part of application No. 13/622,981, filed on Sep. 19, 2012, now abandoned, which is a continuation of application No. 13/033,211, filed on Feb. 23, 2012, which is a continuation of application No. 12/656,739, filed on Feb. 16, 2010, now Pat. No. 8,003,434, which is a division of application No. 11/276,962, filed on Mar. 16, 2006, now Pat. No. 7,687,871.

(51) **Int. Cl.**

| | |
|---|---|
| ***H01L 31/10*** | (2006.01) |
| ***G01J 5/06*** | (2006.01) |
| ***G01J 5/20*** | (2006.01) |
| ***H01L 27/146*** | (2006.01) |
| ***H01L 31/101*** | (2006.01) |
| ***B82Y 20/00*** | (2011.01) |
| ***H01L 31/0352*** | (2006.01) |
| ***H01L 31/0304*** | (2006.01) |
| ***G01J 5/061*** | (2022.01) |
| *H01L 23/38* | (2006.01) |
| *G01J 5/00* | (2022.01) |

(52) **U.S. Cl.**

CPC .......... ***G01J 5/20*** (2013.01); ***H01L 27/14669*** (2013.01); ***H01L 31/02966*** (2013.01); ***H01L 31/03046*** (2013.01); ***H01L 31/035236*** (2013.01); ***H01L 31/101*** (2013.01); ***H01L 31/1844*** (2013.01); *G01J 2005/0077* (2013.01); *H01L 23/38* (2013.01); *H01L 2924/0002* (2013.01); *Y02E 10/544* (2013.01)

(58) **Field of Classification Search**

CPC ........... H01L 27/14649; H01L 27/1443; H01L 27/14643; H01L 31/11; H01L 31/09; H01L 27/146; H01L 31/03042; H01L 31/035263; H01L 31/102; H01L 31/105; H01L 31/108; H01L 31/111; H01L 27/14696; H01L 31/1832; H01L 27/14665; H01L 27/307; H01L 29/157; H01L 23/38; H01L 27/14669; H01L 31/02966; H01L 31/035236; H01L 31/101; H01L 31/1844; H01L 2924/0002; Y02E 10/544; B82Y 20/00; B82Y 10/00; G01J 2005/0077; G01J 2005/202; G01J 5/02; G01J 5/024; G01J 5/22; G01J 5/28; G01J 5/061; G01J 5/20

USPC ....................................................... 250/338.4

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


4,682,196 A 7/1987 Sakai et al.
4,731,640 A 3/1988 Bluzer
5,047,622 A 10/1991 Chu
5,177,364 A * 1/1993 Gowlett ................ H01L 31/024 250/352
5,272,535 A * 12/1993 Elabd ....................... H04N 5/14 348/314
5,563,423 A * 10/1996 Wu ........................ B82Y 20/00 257/17
5,844,253 A * 12/1998 Kim ....................... B82Y 10/00 257/24
5,966,945 A * 10/1999 Mengel ................... G01J 5/061 250/352
6,380,604 B1 4/2002 Shima
6,531,721 B1 3/2003 Burton et al.
6,740,908 B1 5/2004 Giboney
6,965,152 B1 * 11/2005 Bandara ................. B82Y 20/00 257/431
7,157,706 B2 * 1/2007 Gat .......................... G01J 5/06 250/338.1
7,180,066 B2 2/2007 Qiu
7,385,704 B2 6/2008 Mestha et al.
7,470,904 B1 * 12/2008 Schweikert .............. G01J 5/04 250/338.1
7,521,737 B2 4/2009 Augusto
7,531,440 B2 5/2009 Ukai
7,687,871 B2 3/2010 Maimon
7,795,640 B2 * 9/2010 Klipstein ............. H01L 31/101 257/185
8,003,434 B2 8/2011 Maimon
8,674,406 B2 3/2014 Scott
9,117,726 B2 8/2015 Maimon
2002/0070389 A1 6/2002 Song
2006/0266998 A1 * 11/2006 Vega ...................... B82Y 10/00 257/21
2006/0267007 A1 11/2006 Salzman et al.
2007/0215858 A1 * 9/2007 Uchiyama ............. B82Y 20/00 257/17
2007/0235758 A1 * 10/2007 Klipstein ............. H01L 31/101 257/188
2008/0308840 A1 * 12/2008 Ogura ............... H01L 27/14603 257/185
2010/0155777 A1 6/2010 Cory et al.
2012/0105646 A1 * 5/2012 Oster ....................... G01J 5/06 348/164
2013/0153769 A1 * 6/2013 Singer ...................... G01J 5/04 250/338.1
2013/0240835 A1 * 9/2013 Takahashi ....... H01L 31/035236 257/15
2013/0270517 A1 * 10/2013 Nozawa ................. H01L 33/04 257/13


OTHER PUBLICATIONS


"Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE vol. 9451, 945114 • © 2015 SPIE • CCC code: 0277-786X • doi: 10.1117/12.2177696 (Jun. 22, 2015).


* cited by examiner

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 - Prior Art




Figure 7 - Prior Art




Figure 8

Figure 9






Fig. 10A




Fig. 10B

Figure 11





Fig. 11A



Fig. 11B

Fig. 11C



Figure 12


Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitory
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display




Fig. 13A




Fig. 13B




Fig. 13C

# REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

The present application is a Continuation in Parts of U.S. application Ser. No. 14/822,433 filed on Aug. 10, 2015 and issued on Sep. 19, 2017 as U.S. Pat. No. 9,766,130 (presently re-issued as RE 48,693, issued Aug. 17, 2021); which is in turn a Continuation in Parts of U.S. application Ser. No. 13/964,883 which was filed on Aug. 12, 2013 and issued on Aug. 25, 2015 as U.S. Pat. No. 9,117,726 (presently re-issued as RE48,642 on Jul. 13, 2021); which is in turn continuation in parts of U.S. application Ser. No. 13/167,992, now abandoned; which is in turn a continuation of U.S. application Ser. 12/656,739 which was filed on Feb. 16, 2010 and issued on Aug. 23, 2011 as U.S. Pat. No. 8,003,434; which is in turn a division of U.S. application Ser. No. 11/276,962 which was filed on Mar. 19, 2006 and issued on Mar. 30, 2011 as U.S. Pat. No. 7,687,871.

## FIELD OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## BACKGROUND OF THE INVENTION

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in FIGS. **5**A to FIG. **5**F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.



Thus, $I_{dark}$ can be expressed as:

$$I_{dark}=I_{srh}+I_{diff}+I_{surf} \qquad \text{surf Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low doped material (~$10^{16}$ $cm^{-3}$).

The dependence of SRH current on $n_i$ produces an activation energy of

$$E_g/2\left(n_i\sim\exp\left(-\frac{\frac{E_g}{2}}{kT}\right)\right),$$

because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n\times\frac{1}{\tau_{diff}}\times L = q\times\frac{n_i^2}{N_d}\times\frac{1}{\tau_{diff}}\times L \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of ~1−2·$10^{16}$ $cm^{-3}$ is in the range of ~0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is

$$E_g, \left(n_i^2\sim\exp\left(-\frac{E_g}{kT}\right)\right)$$

as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

U.S. Pat. No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to

operate the photodetector which further reduces electrical noise levels during operation.

Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of

the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGalnAsSb, or any combination thereof.

In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AIPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AIPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plural-

ity of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

Additional features and advantages of the invention will become apparent from the following drawings and description.

## SHORT DESCRIPTION OF DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **1**C illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

FIG. **5***a*, **5**B, **5**C, **5**D, **5**E and **5**F illustrate examples of existing applications of the prior-art photo-detector technology.

FIG. **6** illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

FIG. **7** illustrates the internal components of an exemplary application of the disclosed subject matter.

FIG. **8** illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

FIG. **9** illustrates resultant improvement in cooling power requirements.

FIG. **10**A illustrates a mother board joined to FPA.

FIG. **10**B illustrates a FPA and motherboard located within IDCA arrangement.

FIG. **11** illustrates a schematic application of the disclosed subject matter. FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA 1114 disposed on a TEC 1145.

FIG. **12** illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

FIG. **13**A depicts simplified energy band diagram in an undoped barrier layer. FIG. **13**B depicts a simplified energy band diagram of an N-type doped barrier layer. FIG. **13**C depicts a simplified energy band diagram of a P-type doped barrier.

## DETAILED DESCRIPTION

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and

the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

FIG. **13**A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by FIG. **13**A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

FIG. **13**B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.



FIG. **13**C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17 cm−3 and some MBE systems may present oxygen density approximating such high levels as ~1e19 cm−3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd−Na) where q is the electron charge=1.6e−19 columb, Nd being the donor concentration and Na being the acceptor concentration).

The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivalence. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.



FIG. **1**B illustrates a side view of a multi-pixel photodetector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$, with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and

in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photodetectors produced as above is specifically included in the invention.

FIG. **1**C illustrates a top level view of multi-pixel photodetector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.



FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that

no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

FIGS. **5**A, **5**B, **5**C and **5**D present hand-held imaging systems, which utilize the existing photo detector technology.

FIGS. **5**E and **5**F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

FIG. **6** presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infrared light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

FIG. **7** presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

FIG. **8** presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. In other embodiment a variety of micro cooler systems can be used.

FIG. **9** illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

FIG. **10**A presents the FPA **1002** coupled to a motherboard **1004**, which forms a FPA arrangement that can connect to the cold finger.

FIG. **10**B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

FIG. **11** illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**;

a cold shield **1108** contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** in accordance with the present invention, disposed on a TEC **1145**. A cold shield **1147** surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC **1145**, the FPA **1114** and the cold shield **1147** are disposed within a dewar **1149** having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

FIG. **12** presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210**; the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218**.

In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).



In yet another embodiment, the IDCA can comprise a plurality of FPA.

Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; handheld personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

What is claimed is:

**1**. A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

**2**. A photodetector as claimed in claim **1** wherein the charge carrier compensated barrier layer is being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer.

**3**. A photodetector as claimed in claim **2**, wherein the contact layer comprises a P-type semiconductor material.

**4**. A photodetector as claimed in claim **1** wherein the barrier layer comprises a compound containing aluminum.

**5**. A photodetector as claimed in claim **1** wherein the doping impurities introduced into the barrier layer comprise beryllium.

**6**. A photodetector as claimed in claim **1** wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

**7**. A focal plan array comprising a plurality of photodetectors as claimed in claim **1**.

* * * * *

US011462657B1

(12) **United States Patent**
**Maimon**

(10) **Patent No.: US 11,462,657 B1**
(45) **Date of Patent: Oct. 4, 2022**

(54) **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER**

(71) Applicant: **Shimon Maimon**, Rochester, NY (US)

(72) Inventor: **Shimon Maimon**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/181,669**

(22) Filed: **Feb. 22, 2021**

**Related U.S. Application Data**

(60) Continuation of application No. 16/199,212, filed on Nov. 25, 2018, now Pat. No. 11,245,048, which is a
(Continued)

(51) **Int. Cl.**
***H01L 31/18*** (2006.01)
***H01L 31/10*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... ***H01L 31/1832*** (2013.01); ***B82Y 20/00*** (2013.01); ***G01J 5/061*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... B82Y 20/00; G01J 5/20; G01J 2005/007; H01L 23/38; H01L 27/14669;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,652,335 A 3/1987 Decoster et al.
4,679,063 A 7/1987 White
(Continued)

FOREIGN PATENT DOCUMENTS

GB 2127619 4/1984
WO WO-2005004243 A1 * 1/2005 .......... H01L 31/101

OTHER PUBLICATIONS

"nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon and G.W. Wicks, Applied Physics Letters 89, 151109 (2006).
(Continued)

*Primary Examiner* — Mark R Gaworecki
(74) *Attorney, Agent, or Firm* — Shalom Wertsberger; Saltamar Innovations

(57) **ABSTRACT**

Photo-detector comprising: photo absorbing layer exhibiting a valence band energy level; a barrier layer, first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers between the photo absorbing layer and contact area, and block the flow of thermalized majority carriers between the photo absorbing layer and contact area. The photoabsorber layer extends past the one or more individual sections of the contact layer in the direction across the photodetector, and is monolithically provided for each of the individuals detector elements.

**2 Claims, 13 Drawing Sheets**




SM000000026

**Related U.S. Application Data**

division of application No. 15/679,487, filed on Aug. 17, 2017, now Pat. No. 11,264,528, which is a continuation-in-part of application No. 14/822,433, filed on Aug. 10, 2015, now Pat. No. 9,766,130, which is a continuation-in-part of application No. 13/964,883, filed on Aug. 12, 2013, now Pat. No. 9,117,726, which is a continuation-in-part of application No. 13/167,992, filed on Jun. 24, 2011, now abandoned, which is a continuation of application No. 12/656,739, filed on Feb. 16, 2010, now Pat. No. 8,003,434, which is a division of application No. 11/276,962, filed on Mar. 19, 2006, now Pat. No. 7,687,871.

(51) **Int. Cl.**

| | |
|---|---|
| ***H01L 31/0352*** | (2006.01) |
| ***H01L 31/0304*** | (2006.01) |
| ***H01L 31/0296*** | (2006.01) |
| ***H01L 27/146*** | (2006.01) |
| ***B82Y 20/00*** | (2011.01) |
| ***G01J 5/06*** | (2022.01) |
| ***G01J 5/20*** | (2006.01) |
| ***H01L 31/101*** | (2006.01) |
| ***G01J 5/061*** | (2022.01) |
| *H01L 23/38* | (2006.01) |
| *G01J 5/00* | (2022.01) |

(52) **U.S. Cl.**

CPC .......... ***G01J 5/20*** (2013.01); ***H01L 27/14669*** (2013.01); ***H01L 31/02966*** (2013.01); ***H01L 31/03046*** (2013.01); ***H01L 31/035236*** (2013.01); ***H01L 31/101*** (2013.01); ***H01L 31/1844*** (2013.01); *G01J 2005/0077* (2013.01); *H01L 23/38* (2013.01); *H01L 2924/0002* (2013.01); *Y02E 10/544* (2013.01)

(58) **Field of Classification Search**

CPC ......... H01L 31/03046; H01L 31/02966; H01L 31/035236; H01L 31/101; H01L 31/1832; H01L 31/1844; H01L 2924/0002; Y02E 10/544

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,682,196 | A | 7/1987 | Sakai et al. |
| 4,731,640 | A | 3/1988 | Bluzer |
| 5,047,622 | A | 10/1991 | Chu |
| 5,177,364 | A | 1/1993 | Gowlett et al. |
| 5,272,535 | A | 12/1993 | Elabd |
| 5,459,332 | A | 10/1995 | Carruthers |
| 5,563,423 | A | 10/1996 | Wu et al. |
| 5,844,253 | A | 12/1998 | Kim et al. |
| 5,966,945 | A | 10/1999 | Mengel et al. |
| 6,380,604 | B1 | 4/2002 | Shima |
| 6,531,721 | B1 | 3/2003 | Burton et al. |
| 6,740,908 | B1 | 5/2004 | Giboney |
| 6,965,152 | B1 | 11/2005 | Bandara et al. |
| 7,157,706 | B2 | 1/2007 | Gat et al. |
| 7,180,066 | B2 | 2/2007 | Qiu |
| 7,385,704 | B2 | 6/2008 | Mestha et al. |
| 7,470,904 | B1 | 12/2008 | Schweikert et al. |
| 7,521,737 | B2 | 4/2009 | Augusto |
| 7,531,440 | B2 | 5/2009 | Ukai |
| 7,687,871 | B2 | 3/2010 | Maimon |
| 7,795,640 | B2 | 9/2010 | Klipstein |
| 8,003,434 | B2 | 8/2011 | Maimon |
| 8,674,406 | B2 | 3/2014 | Scott |
| 9,117,726 | B2 | 8/2015 | Maimon |
| 2002/0070389 | A1 | 6/2002 | Song |
| 2006/0267007 | A1 | 11/2006 | Salzman et al. |
| 2007/0235758 | A1 | 10/2007 | Klipstein |
| 2010/0155777 | A1 | 6/2010 | Cory et al. |
| 2012/0105646 | A1 | 5/2012 | Oster et al. |
| 2013/0153769 | A1 | 6/2013 | Singer |

OTHER PUBLICATIONS

"Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc, of SPIE vol. 9451, 945114—©2015 SPIE CCC code: 0277-786X—doi: 10.1117/12.2177696 (Jun. 22, 2015).

* cited by examiner


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1A


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000 Provide Substrate
1010 Deposit Photo Absorbing Layer on Substrate
1020 Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030 Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040 Deposit Contact Layer, Preferably Directly on Barrier Layer
1050 Define Contact Areas, Preferably by Selective Etching
1060 Deposit Metal Layer on Contact Areas
1070 Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Figure 8




Figure 9




Fig. 10A




Fig. 10B

Figure 11





Fig. 11A



Fig. 11B

Fig. 11C



Figure 12



Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitory
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display




Fig. 13A




Fig. 13B




Fig. 13C

# REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER

This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: U.S. Pat. Nos. 7,687,871; 8,003,434; U.S. patent application Ser. Nos. 13/033,211; 13,622,981; 13/964,883; 13/167,992, 15/679,487, 16/199,212 and 14/822,433.

## FIELD OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## BACKGROUND OF THE INVENTION

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in FIG. **5**A to FIG. **5**F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark}=I_{srh}+I_{diff}+I_{surf} \qquad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:



$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low doped material (~$10^{16}$ $cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of

$$E_g/2\left(n_i \sim \exp\left(-\frac{\frac{E_g}{2}}{kT}\right)\right),$$

because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times L = q \times \frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of ~1-2·$10^{16}$ $cm^{-3}$ is in the range of ~0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is

$$E_g, \left(n_i^2 \sim \exp\left(-\frac{E_g}{kT}\right)\right)$$

as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

U.S. Pat. No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Prefer-

ably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by

dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGalnAsSb, or any combination thereof.

In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

Additional features and advantages of the invention will become apparent from the following drawings and description.

## SHORT DESCRIPTION OF DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **1**C illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

FIGS. **5***a*, **5**B, **5**C, **5**D, **5**E and **5**F illustrate examples of existing applications of the prior-art photo-detector technology.

FIG. **6** illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

FIG. **7** illustrates the internal components of an exemplary application of the disclosed subject matter.

FIG. **8** illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

FIG. **9** illustrates resultant improvement in cooling power requirements.

FIG. **10**A illustrates a mother board joined to FPA.

FIG. **10**B illustrates a FPA and motherboard located within IDCA arrangement.

FIG. **11** illustrates a schematic application of the disclosed subject matter. FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** disposed on a TEC **1145**.

FIG. **12** illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

FIG. **13**A depicts simplified energy band diagram in an undoped barrier layer. FIG. **13**B depicts a simplified energy band diagram of an N-type doped barrier layer. FIG. **13**C depicts a simplified energy band diagram of a P-type doped barrier.

## DETAILED DESCRIPTION

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer

**50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

FIG. **13**A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by FIG. **13**A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

FIG. **13**B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

FIG. **13**C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shockley Read Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.



It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e- 19 columb, Nd being the donor concentration and Na being the acceptor concentration).

The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of

the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivalence. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

FIG. **1**B illustrates a side view of a multi-pixel photodetector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.



The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photodetectors produced as above is specifically included in the invention.

FIG. **1**C illustrates a top level view of multi-pixel photodetector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

FIGS. **5**A, **5**B, **5**C and **5**D present hand-held imaging systems, which utilize the existing photo detector technology.

FIGS. **5**E and **5**F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

FIG. **6** presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electrooptic componentry **604**, where it is converted from infrared light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

FIG. **7** presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

FIG. **8** presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. In other embodiment a variety of micro cooler systems can be used.

FIG. **9** illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

FIG. **10**A presents the FPA **1002** coupled to a motherboard **1004**, which forms a FPA arrangement that can connect to the cold finger.

FIG. **10**B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

FIG. **11** illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116**-**1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield **1108** contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present

invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** in accordance with the present invention, disposed on a TEC **1145**. A cold shield **1147** surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC **1145**, the FPA **1114** and the cold shield **1147** are disposed within a dewar **1149** having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

FIG. **12** presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210**; the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218**.

In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

In yet another embodiment, the IDCA can comprise a plurality of FPA.

Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; handheld personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

The invention claimed is:

**1**. A photo-detector, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy; a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side, wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein the photo absorbing layer extends past at least two individual sections of the contact layer.

**2**. A photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority

carrier type as the first layer, wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer, wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein the first layer extends past at least two individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

* * * * *

US011817522B1

(12) United States Patent
Maimon

(10) Patent No.: US 11,817,522 B1
(45) Date of Patent: Nov. 14, 2023

(54) **REDUCED DARK CURRENT PHOTODETECTOR**

(71) Applicant: **Shimon Maimon**, Rochester, NY (US)

(72) Inventor: **Shimon Maimon**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/897,162**

(22) Filed: **Aug. 28, 2022**

**Related U.S. Application Data**

(60) Continuation of application No. 17/181,669, filed on Feb. 22, 2021, now Pat. No. 11,462,657, which is a continuation of application No. 16/199,212, filed on Nov. 25, 2018, now Pat. No. 11,245,048, which is a division of application No. 15/679,487, filed on Aug. 17, 2017, now Pat. No. 11,264,528, which is a continuation-in-part of application No. 14/822,433, (Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***H01L 31/18*** | (2006.01) |
| ***H01L 31/10*** | (2006.01) |
| ***H01L 31/0352*** | (2006.01) |
| ***H01L 31/0304*** | (2006.01) |
| ***G01J 5/06*** | (2022.01) |
| ***G01J 5/20*** | (2006.01) |
| ***B82Y 20/00*** | (2011.01) |
| ***H01L 31/101*** | (2006.01) |
| ***H01L 31/0296*** | (2006.01) |
| ***G01J 5/061*** | (2022.01) |
| ***H01L 27/146*** | (2006.01) |
| *H01L 23/38* | (2006.01) |
| *G01J 5/00* | (2022.01) |

(52) **U.S. Cl.**
CPC .......... ***H01L 31/1832*** (2013.01); ***B82Y 20/00*** (2013.01); ***G01J 5/061*** (2013.01); ***G01J 5/20*** (2013.01); ***H01L 27/14669*** (2013.01); ***H01L 31/02966*** (2013.01); ***H01L 31/03046*** (2013.01); ***H01L 31/035236*** (2013.01); ***H01L 31/101*** (2013.01); ***H01L 31/1844*** (2013.01); *G01J 2005/0077* (2013.01); *H01L 23/38* (2013.01); *H01L 2924/0002* (2013.01); *Y02E 10/544* (2013.01)

(58) **Field of Classification Search**
CPC ... B82Y 20/00; G01J 5/061; G01J 5/20; G01J 2005/0077; H01L 23/38; H01L 27/14669; H01L 31/02966; H01L 31/03046; H01L 31/035236; H01L 31/101; H01L 31/1832; H01L 31/1844; H01L 2924/0002; Y02E 10/544
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO WO-2005004243 A1 * 1/2005 .......... H01L 31/101

* cited by examiner

*Primary Examiner* — Mark R Gaworecki
(74) *Attorney, Agent, or Firm* — Shalom Wertsberger; Saltamar Innovations

(57) **ABSTRACT**

A photodetector comprising a doped semiconductor photoabsorber, a barrier layer in contact with the photo absorber layer on one side, and at least one doped semiconductor contact area on the opposite side of the barrier layer. The barrier has a valence band energy substantially equal to the valence band energy of the photo absorber, and a thickness and a conductance band gap sufficient to allow tunneling of minority carriers, and block the flow of thermalized majority carriers from the photo absorber to the contact area. A P-doped or N-doped semiconductor may be utilized. The photoabsorber layer may extend past the one or more individual sections of the contact areas in the direction across the photo-detector.

**9 Claims, 13 Drawing Sheets**



**Related U.S. Application Data**

filed on Aug. 10, 2015, now Pat. No. 9,766,130, which is a continuation-in-part of application No. 13/964,883, filed on Aug. 12, 2013, now Pat. No. 9,117,726, which is a continuation-in-part of application No. 13/167,992, filed on Jun. 24, 2011, now abandoned, which is a continuation of application No. 12/656,739, filed on Feb. 16, 2010, now Pat. No. 8,003,434, which is a division of application No. 11/276,962, filed on Mar. 19, 2006, now Pat. No. 7,687,871.

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B

Fig. 4


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Figure 8




Figure 9




Fig. 10A




Fig. 10B


PIN10
PIN36
PIN11
PIN4
PIN20
PIN1
PIN6
PIN5
PIN10
Ø.03 3EQ SP
ON 1.2588C
1102
1104
1116
1114
1106
1108
BROKEN OUT
VIEW
1112
1110
AR CTD Ge
WINDOW

FIG. 11



FIG. 11A



FIG. 11B

Fig. 11C



Figure 12


Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitory
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display




Fig. 13A




Fig. 13B




Fig. 13C

# REDUCED DARK CURRENT PHOTODETECTOR

This application is related to, and hereby incorporates by reference the following United States Patent Applications in their entirety: Ser. No. 11/276,962 filed Mar. 19, 2006; Ser. No. 12/656,739 filed Feb. 16, 2020; Ser. No. 13/033,211 filed Feb. 23, 2011; Ser. No. 13/167,992 filed Jun. 24, 2011; Ser. No. 13/662,981 filed Sep. 19, 2012; Ser. No. 13/694,883 filed Aug. 12, 2013; Ser. No. 14/822,433 filed Aug. 10, 2015; 15/679 filed Aug. 17, 2017; Ser. No. 16/199,212 filed Nov. 25, 2018; Ser. No. 17/181,669 filed Feb. 22, 2021, and reissue application Ser. Nos. 16/503,534 and 16/503,537, both filed Jul. 4, 2019.

## FIELD OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photodetector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## BACKGROUND OF THE INVENTION

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in FIG. **5**A to FIG. **5**F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark}=I_{srh}+I_{diff}+I_{surf} \qquad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are



highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low doped material (~$10^{16}$ $cm^{-3}$).

The dependence of SRH current on $n_i$ produces an activation energy of

$$E_g/2\left(n_i\sim\exp\left(-\frac{\frac{E_g}{2}}{kT}\right)\right),$$

because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n\times\frac{1}{\tau_{diff}}\times L = q\times\frac{n_i^2}{N_d}\times\frac{1}{\tau_{diff}}\times L \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of ~1–2·$10^{16}$ $cm^{-3}$ is in the range of ~0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to

$$n_i^2/N_d.$$

The activation energy of the diffusion current is

$$E_g,\left(n_i^2\sim\exp\left(-\frac{E_g}{kT}\right)\right)$$

as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

U.S. Pat. No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to

operate the photodetector which further reduces electrical noise levels during operation.

Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of

the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plural-

ity of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

Additional features and advantages of the invention will become apparent from the following drawings and description.

## SHORT DESCRIPTION OF DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **10** illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

FIGS. **5***a*, **5**B, **5**C, **5**D, **5**E and **5**F illustrate examples of existing applications of the prior-art photo-detector technology.

FIG. **6** illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

FIG. **7** illustrates the internal components of an exemplary application of the disclosed subject matter.

FIG. **8** illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

FIG. **9** illustrates resultant improvement in cooling power requirements.

FIG. **10**A illustrates a mother board joined to FPA.

FIG. **10**B illustrates a FPA and motherboard located within IDCA arrangement.

FIG. **11** illustrates a schematic application of the disclosed subject matter. FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** disposed on a TEC **1145**.

FIG. **12** illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

FIG. **13**A depicts simplified energy band diagram in an undoped barrier layer. FIG. **13**B depicts a simplified energy band diagram of an N-type doped barrier layer. FIG. **13**C depicts a simplified energy band diagram of a P-type doped barrier.

## DETAILED DESCRIPTION

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and

the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

FIG. **13**A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by FIG. **13**A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

FIG. **13**B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.



FIG. **13**C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17 cm−3 and some MBE systems may present oxygen density approximating such high levels as ~1e19 cm−3. This deep donors will cause a depletion zone and will generate the undesirable band bending in the barrier.

In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd−Na) where q is the electron charge=1.6e−19 columb, Nd being the donor concentration and Na being the acceptor concentration).

The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivalence. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

FIG. **1**B illustrates a side view of a multi-pixel photodetector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and

in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photodetectors produced as above is specifically included in the invention.

FIG. **10** illustrates a top level view of multi-pixel photodetector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that

no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

FIGS. **5**A, **5**B, **5**C and **5**D present hand-held imaging systems, which utilize the existing photo detector technology.

FIGS. **5**E and **5**F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

FIG. **6** presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infrared light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

FIG. **7** presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

FIG. **8** presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. In other embodiment a variety of micro cooler systems can be used.

FIG. **9** illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

FIG. **10**A presents the FPA **1002** coupled to a motherboard **1004**, which forms a FPA arrangement that can connect to the cold finger.

FIG. **10**B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

FIG. **11** illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**;

a cold shield **1108** contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** in accordance with the present invention, disposed on a TEC **1145**. A cold shield **1147** surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC **1145**, the FPA **1114** and the cold shield **1147** are disposed within a dewar **1149** having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

FIG. **12** presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210**; the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218**.

In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

In yet another embodiment, the IDCA can comprise a plurality of FPA.

Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; handheld personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

The invention claimed is:

**1**. A photodetector with a reduced dark current, comprising:

a photo absorbing layer comprising a n-doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a semiconductor, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, the energy gap being sufficient to minimize charge carriers tunneling and thermalization; and,

a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side;

the barrier layer exhibiting a thickness, the thickness and the band gap selected to be sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area.

**2**. A photodetector as claimed in claim **1**, wherein the photoabsorbing layer is constituted of one of InAs, InAsSb, InGaAs, type II super lattice and HgCdTe, or any combination thereof.

**3**. A photodetector as claimed in claim **1**, wherein the contact layer is constituted of one of InAs, InGaAs, InAsSb, type II super lattice, HgCdTe and GaSb, or any combination thereof.

**4**. A photodetector as claimed in claim **1**, wherein the contact layer and the photo absorbing layer exhibit essentially identical composition.

**5**. A photodetector as claimed in claim **1**, wherein the barrier layer is constituted of one of AlSB, AlAsSB, GaAlAsSb, AlPSb, AlGaPSb, and or combinations thereof.

**6**. A photodetector as claimed in claim **1**, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

**7**. A photodetector as claimed in claim **1**, wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones.

**8**. A photodetector as claimed in claim **1**, wherein the barrier layer comprises at least one Aluminum (Al) compound.

**9**. A photodetector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer comprising a semiconductor and exhibiting a thickness, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and

a contact layer comprising a doped semiconductor, the contact layer being adjacent a second side of the barrier layer opposing the first side,

wherein the barrier layer exhibits a valence band energy substantially equal to the valence band energy of the photo absorbing layer and a conduction band energy greater than the conduction band energy of the photo absorbing layer such that a conduction energy gap is formed between the photo absorbing layer and the barrier layer,

wherein the barrier layer thickness and the conduction energy band gap are sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area further wherein during operation the barrier layer functions to achieve passivation of the photo-detector; and,

wherein the contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element.

* * * * *

US00RE48642E

(19) **United States**
(12) **Reissued Patent**
**Maimon**

(10) **Patent Number: US RE48,642 E**
(45) **Date of Reissued Patent: *Jul. 13, 2021**

(54) **APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR**

(71) Applicant: **Shimon Maimon**, Rochester, NY (US)

(72) Inventor: **Shimon Maimon**, Rochester, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/503,534**

(22) Filed: **Jul. 4, 2019**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **9,117,726**
Issued: **Aug. 25, 2015**
Appl. No.: **13/964,883**
Filed: **Aug. 12, 2013**

U.S. Applications:
(60) Continuation-in-part of application No. 13/167,992, filed on Jun. 24, 2011, now abandoned, which is a
(Continued)

(51) **Int. Cl.**
***H01L 27/146*** (2006.01)
***H01L 23/34*** (2006.01)
***G01J 5/06*** (2006.01)

(52) **U.S. Cl.**
CPC ............. ***H01L 23/34*** (2013.01); ***G01J 5/061*** (2013.01); ***H01L 27/14669*** (2013.01); *H01L 2924/00* (2013.01); *H01L 2924/0002* (2013.01)

(58) **Field of Classification Search**
CPC ..... H01L 27/14669; H01L 23/34; G01J 5/061
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,652,335 A 3/1987 Decoster et al.
4,679,063 A 7/1987 White
(Continued)

FOREIGN PATENT DOCUMENTS

GB 2127619 4/1984

OTHER PUBLICATIONS

"nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006).
(Continued)

*Primary Examiner* — Tuan H Nguyen
(74) *Attorney, Agent, or Firm* — Shalom Wertsberger; Saltamar Innovations

(57) **ABSTRACT**

A IDCA system with internal nBn photo-detector comprising: a photo-absorbing layer comprising an n-doped semiconductor exhibiting valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo-absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and conductance band gap sufficient to prevent tunneling of majority carriers from the photo-absorbing layer to the contact area, blocking the flow of thermalized majority carriers from the photo-absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, equalizing barrier conductance band energy levels and photo-absorbing layers.

**8 Claims, 11 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 12/656,739, filed on Feb. 16, 2010, now Pat. No. 8,003,434, which is a division of application No. 11/276,962, filed on Mar. 19, 2006, now Pat. No. 7,687,871.

(56) **References Cited**


U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,682,196 | A | 7/1987 | Sakai et al. | |
| 4,731,640 | A | 3/1988 | Bluzer | |
| 5,047,622 | A | 10/1991 | Chu | |
| 5,177,364 | A | 1/1993 | Gowlett et al. | |
| 5,272,535 | A | 12/1993 | Elabd | |
| 5,459,332 | A * | 10/1995 | Carruthers | H01L 31/0352 257/17 |
| 5,563,423 | A | 10/1996 | Wu et al. | |
| 5,844,253 | A | 12/1998 | Kim et al. | |
| 5,966,945 | A | 10/1999 | Mengel et al. | |
| 6,380,604 | B1 | 4/2002 | Shima | |
| 6,452,220 | B1 * | 9/2002 | Morse et al. | 257/183 |
| 6,531,721 | B1 | 3/2003 | Burton et al. | |
| 6,740,908 | B1 | 5/2004 | Giboney | |
| 6,965,152 | B1 | 11/2005 | Bandara et al. | |
| 7,157,706 | B2 | 1/2007 | Gat et al. | |
| 7,180,066 | B2 | 2/2007 | Qiu | |
| 7,385,704 | B2 | 6/2008 | Mestha et al. | |
| 7,470,904 | B1 | 12/2008 | Schweikert et al. | |
| 7,521,737 | B2 | 4/2009 | Augusto | |
| 7,531,440 | B2 | 5/2009 | Ukai | |
| 7,687,871 | B2 | 3/2010 | Maimon | |
| 7,795,640 | B2 | 9/2010 | Klipstein | |
| 8,003,434 | B2 | 8/2011 | Maimon | |
| 8,674,308 | B2 * | 3/2014 | Singer | 250/352 |
| 8,674,406 | B2 | 3/2014 | Scott | |
| 9,117,726 | B2 | 8/2015 | Maimon | |
| 2002/0070389 | A1 | 6/2002 | Song | |
| 2004/0118992 | A1 * | 6/2004 | Choe et al. | 250/214.1 |
| 2006/0267007 | A1 | 11/2006 | Salzman et al. | |
| 2007/0215858 | A1 | 9/2007 | Uchiyama et al. | |
| 2007/0235758 | A1 * | 10/2007 | Klipstein | 257/188 |
| 2008/0308840 | A1 | 12/2008 | Ogura | |
| 2009/0256231 | A1 * | 10/2009 | Klipstein | 257/441 |
| 2010/0155777 | A1 | 6/2010 | Cory et al. | |
| 2012/0037806 | A1 * | 2/2012 | Gibbons et al. | 250/352 |
| 2012/0105646 | A1 | 5/2012 | Oster et al. | |
| 2013/0153769 | A1 * | 6/2013 | Singer | 250/338.1 |

OTHER PUBLICATIONS

"Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bj0rn F Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE vol. 9451, 945114—© 2015 SPIE—CCC code: 0277-786X—doi: 10.1117/12.2177696 (Jun. 22, 2015).


* cited by examiner


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1A


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 - Prior Art




Figure 7 - Prior Art

Figure 8



Photograph

Figure 9A



Figure 9B



Figure 10A




Figure 10B



Figure 11



Figure 12



Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitry
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display

# APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue; a claim printed with strikethrough indicates that the claim was canceled, disclaimed, or held invalid by a prior post-patent action or proceeding.**

## CROSS-REFERENCE TO RELATED APPLICATIONS

**[**This application is a continuation-in-part application of U.S. patent application Ser. No. 13/167,992 which was filed on Jun. 24, 2011, which in turn is a continuation of, and claims priority of U.S. patent application Ser. No. 12/656,739 filed Feb. 16, 2010, and which in turn is a continuation of, and claims priority of U.S. patent application Ser. No. 11/276,962 filed Mar. 19, 2006.**]** *This application is a Reissue of U.S. Pat. No. 9,117,726, issued Aug. 25, 2015 on application Ser. No. 13/964,883, filed Aug. 12, 2013; which is in turn a continuation-in-part of patent application Ser. No. 13/167,992 filed on Jun. 24, 2011 now abandoned; which is in turn a continuation of patent application Ser. No. 12/656,739 filed Feb. 16, 2010, issued as U.S. Pat. No. 8,003,434 on Aug. 23, 2011; and which in turn is a divisional of patent application Ser. No. 11/276,962 filed Mar. 19, 2006, issued as U.S. Pat. No. 7,687,871 on Mar. 30, 2010.* The entire contents of U.S. patent application Ser. No. 13/167,992 U.S. patent application Ser. No. 12/656,739, and U.S. patent application Ser. No. 11/276,962 are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and in particular in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in FIG. **5**A to FIG. **5**F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.



There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device. Thus, $I_{dark}$ can be expressed as:

$$I_{dark}=I_{srh}+I_{diff}+I_{surf} \qquad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} = q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low doped material (~$10^{16}$ $cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of

$$E_g/2\left(n_i \sim \exp\left(-\frac{\frac{E_g}{2}}{kT}\right)\right),$$

because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times L = q \times \frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of ~$1\text{-}2\cdot10^{16}$ $cm^{-3}$ is in the range of ~0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is

$$E_g, \left(n_i^2 \sim \exp\left(-\frac{E_g}{kT}\right)\right)$$

as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art.

## SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid wavelength infra-red detectors. This is provided in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the

band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy. Additional features and advantages of the invention will become apparent from the following drawings and description.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **1**C illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

FIGS. **5**a, **5**B, **5**C, **5**D, **5**E and **5**F illustrate examples of existing applications of the prior-art photo-detector technology.

FIG. **6** illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

FIG. **7** illustrates the internal components of an exemplary application of the disclosed subject matter.

FIG. **8** illustrates the resultant output as a result of the application of the disclosed subject matter.

FIG. **9**A illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

FIG. **9**B illustrates an exemplary application of the disclosed subject matter's resultant improvement in cooling power requirements.

FIG. **10**A illustrates a mother board joined to FPA.

FIG. **10**B illustrates a FPA and motherboard located within IDCA arrangement.

FIG. **11** illustrates a schematic application of the disclosed subject matter.

FIG. **12** illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FDA.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

FIG. **1**B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodi-

ment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

FIG. **1**C illustrates a top level view of multi-pixel photo-detector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.



The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer

**30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

FIGS. **5**A, **5**B, **5**C and **5**D present hand-held imaging systems, which utilize the existing photo detector technology.

FIGS. **5**E and **5**F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

FIG. **6** presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infrared light to a electric signal, which is transmitted and presented on the apparatus' display **606**.

FIG. **7** presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refiguration of the FPA.

FIG. **8** presents an output image utilizing the disclosed subject matter, with a dewar operating temperature of 150K, a lens focal length of f/3.0, a noise equivalent differential temperature (NEDT) of 23 mK, and a 99.93% pixel operability.

FIG. **9**A presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and a external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. In other embodiment a variety of micro cooler systems can be used.

FIG. **9**B illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

FIG. **10**A presents the FPA **1002** coupled to a motherboard **1004**, which forms a FPA arrangement that can connect to the cold finger.

FIG. **10**B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

FIG. **11** illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116**-**1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield **1108** contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

FIG. **12** presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210**; the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218**.



In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

In yet another embodiment, the IDCA can comprise a plurality of FPA.

Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; handheld personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

What is claimed is:

**[**1. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed Dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within the dewar,

wherein said focal plan array is an array of photo detectors with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.**]**

**[2**. The system of claim **1**, wherein said photo absorbing layer is constituted of one of InAs, InAsSb, InGaAs, Type II super lattice InAs/InGaSb and HgCdTe.**]**

**[3**. The system of claim **2**, wherein said contact layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.**]**

**[4**. The system of claim **3**, wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions.**]**

**[5**. The system of claim **1**, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.**]**

**[6**. The system of claim **1**, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.**]**

**[7**. The system of claim **1**, wherein the contact layer forms a mesa on the barrier layer such that the second side of said barrier layer laterally extends beyond the contact layer thereby passivating the photo-detector during operation by preventing majority carriers from flowing to exposed surfaces of said barrier layer.**]**

**[8**. The system of claim **1**, wherein the contact and photo-absorbing layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.**]**

**[9**. The system of claim **1**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.**]**

**10**. An integrated dewar cooler system comprising:

a light permitting Optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is array of photo detectors, comprising:

a photo absorbing layer comprising a n-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side, wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact area and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact area, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the plural individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**11**. The system of claim **10**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

**12**. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer, wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority

carriers between the first layer and the second layer, wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the plural individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**13**. The system of claim **12**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

**[14**. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed Dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer.**]**

**[15**. The system of claim **14**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.**]**

**[16**. The system of claim **14**, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.**]**

**17**. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer comprising a semiconductor with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers, and further wherein the second layer forms a mesa on the continuous barrier layer such that the first side of said barrier layer laterally extends beyond the mesa, thereby passivating the photo-detector by preventing majority carriers from reaching exposed portions of the barrier layer.

**18**. The system of claim **17**, wherein the barrier layer is an undoped semiconductor which prevents majority carrier lateral conduction within said barrier layer.

**19**. The system of claim **17**, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

**20**. The system of claim **17**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | SHIM001US0 |

**CONFIRMATION NO. 4044**

**POWER OF ATTORNEY NOTICE**

*OC000000068798542*

48746
HULSEY, P.C.
919 Congress Avenue, Suite 919
Suite 919
AUSTIN, TX 78701

Date Mailed: 06/05/2014

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 05/30/2014.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

/ddinh/

---

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 1407US-MAIMON |

**CONFIRMATION NO. 4044**

**POA ACCEPTANCE LETTER**

23521
SALTAMAR INNOVATIONS
25 Hidden Hollow
Pittsford, NY 14534

*OC000000068798558*

Date Mailed: 06/05/2014

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 05/30/2014.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/ddinh/

---

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

PTO/AIA/123 (11-08)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

| **CHANGE OF CORRESPONDENCE ADDRESS** ***Patent*** | Patent Number | **7,687,871** |
|---|---|---|
| Address to: Mail Stop Post Issue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 | Issue Date | **Mar 30, 2010** |
| | Application Number | **11/276,962** |
| | Filing Date | **Mar 19, 2006** |
| | First Named Inventor | **Maimon** |
| | Attorney Docket Number | **1407US-MAIMON** |

Please change the Correspondence Address for the above-identified patent to:

[X] The address associated with Customer Number: **23521**

***OR***

[ ] **Firm or Individual Name**

| | | |
|---|---|---|
| **Address** | | |
| **City** | **State** | **ZIP** |
| **Country** | | |
| **Telephone** | **Email** | |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

This form will not affect any "fee address" provided for the above-identified patent. To change a "fee address" use the "Fee Address Indication Form" (PTO/SB/47).

I am the:

[X] Patentee.

[ ] If the Patentee was not the applicant for patent (37 CFR 1.42), then a Statement under 37 CFR 3.73(c) (Form PTO/AIA/96 or equivalent) is enclosed or was filed on ______________ . See 37 CFR 3.71.

[ ] Attorney or agent of record. Registration Number __.

[ ] Patent practitioner acting in a representative capacity whose correspondence address is the correspondence address of record. Notice has been given to the patentee or owner. Registration Number ____________ .

| | | | |
|---|---|---|---|
| Signature | *[signature]* | | |
| Typed or Printed Name | *Shimon Maimon* | | |
| Date | **May 29, 2014** | Telephone | *585-3555556* |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

[ ] *Total of ________ forms are submitted.

This collection of information is required by 37 CFR 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Post Issue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19166657 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 48746 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | SHIM001US0 |
| **Receipt Date:** | 30-MAY-2014 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 10:47:17 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | Address_change.pdf | 55696<br>d449dd255c248a60583d1088772cf2cf68182eae | no | 1 |

**Warnings:**

**Information:**

SM000000512

| | |
|---|---|
| **Total Files Size (in bytes):** | 55696 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | SHIM001US0 |

**CONFIRMATION NO. 4044**

48746
HULSEY IP INTELLECTUAL PROPERTY LAWYERS, P.C.
919 Congress Avenue, Suite 919
AUSTIN, TX 78701

**POA ACCEPTANCE LETTER**

*OC000000046088329*

Date Mailed: 02/18/2011

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/14/2011.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/sleutchit/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 |

**CONFIRMATION NO. 4044**

**POWER OF ATTORNEY NOTICE**

2292
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

*OC000000046087566*

Date Mailed: 02/18/2011

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/14/2011.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

/sleutchit/

---

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

PTO/SB/81 (01-09)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS

| | |
|---|---|
| **Application Number** | 11/276,962 |
| **Filing Date** | March 19, 2006 |
| **First Named Inventor** | Shimon Maimon |
| **Title** | REDUCED DARK CURRENT PHOTODETECTOR |
| **Art Unit** | 2815 |
| **Examiner Name** | Wilson, Allan R |
| **Attorney Docket Number** | SHIM001US0 |

I hereby revoke all previous powers of attorney given in the above-identified application.

☐ A Power of Attorney is submitted herewith.

***OR***

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith: **48746**

***OR***

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified application to:

☒ The address associated with the above-mentioned Customer Number.

***OR***

☐ The address associated with Customer Number:

***OR***

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the:

☒ Applicant/Inventor.

***OR***

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on* ______________.

**SIGNATURE of Applicant or Assignee of Record**

| | | | |
|---|---|---|---|
| Signature | [signature] | Date | 01/31/2011 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | | | |

**NOTE:** Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☒ *Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9435351 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | William N. Hulsey |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 14-FEB-2011 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 12:13:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | Executed_Rev_POA.pdf | 154222<br>c7fb0f99a98f13a399d6ddd786f1a2b9f377 25d3 | no | 1 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 154222 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/30/2010 | 7687871 | 4358-0172PUS1 | 4044 |

2292 7590 03/10/2010

BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 549 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Shimon Maimon, Rochester, NY;

IR103 (Rev. 10/09)

SM000000519

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR Examiner: A. R. Wilson

**SUBMISSION OF SUPPLEMENTAL**
**DECLARATION AND POWER OF ATTORNEY**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing in connection with the above-identified U.S. patent application is a supplemental Declaration and Power of Attorney. The attached Supplemental Declaration corrects an inadvertent error in the original Declaration which improperly identifies a claim for priority of provisional application serial no. 60/658,360. The specification of the present application and the Patent Office records have been previously corrected to remove any indication of this claim for priority.

In view of the previous correction, entry of this Supplemental Declaration should not raise any issues in the present application.

Dated: February 22, 2010

Respectfully submitted,

By ____________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

Attorney Docket No. 4358-0172PUS1
Supplmental Declaration 2/17/10

BIRCH, STEWART, KOLASCH & BIRCH, LLP
P.O. Box 747 • Falls Church, Virginia 22040-0747
Telephone: (703) 205-8000 • Facsimile: (703) 205-8050

PLEASE NOTE: YOU MUST COMPLETE THE FOLLOWING

# COMBINED DECLARATION AND POWER OF ATTORNEY FOR PATENT AND DESIGN APPLICATIONS

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated next to my name; that I verily believe that I am the original, first and sole inventor (if only one inventor is named below) or an original, first and joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Insert Title: REDUCED DARK CURRENT PHOTODETECTOR

the specification of which is attached hereto. If not attached hereto, the application is identified by the attorney docket number as set forth above and/or the following:

Fill in Appropriate Information – The specification was filed on 03/19/2006 as United States Application Number 11/276,962 ;
and amended on ______________ (if applicable) and/or

For Use Without Specification Attached: the specification was filed on ______________ as PCT International Application Number ______________ ;
and was amended on ______________ (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Insert Priority Information (if appropriate)

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Month/Day/Year Filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Month/Day/Year Filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Month/Day/Year Filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Month/Day/Year Filed) | ☐ Yes | ☐ No |

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional applications(s) listed below.

Insert Provisional Application(s): (if any)

| (Application Number) | (Filing Date) |
|---|---|
| (Application Number) | (Filing Date) |

All Foreign Applications, if any, for any Patent or Inventor's Certificate Filed More than 12 Months (6 Months for Designs) Prior to the Filing Date of This Application:

Insert Requested Information (if appropriate)

| Country | Application Number | Date of Filing (Month/Day/Year) |
|---|---|---|
| | | |
| | | |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States and/or PCT application(s), including for continuation-in-part application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States and/or PCT application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose information which is material to the patentability as defined in Title 37, Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

Insert Prior U.S. Application(s): (if any)

| (Application Number) | (Filing Date) | (Status – patented, pending, abandoned) |
|---|---|---|
| (Application Number) | (Filing Date) | (Status – patented, pending, abandoned) |

Attorney Docket No. 4358-0172PUS1

I hereby appoint the practitioners at **CUSTOMER NO. 02292** as my attorneys or agents to prosecute this application and/or an international application based on this application and to transact all business in the United States Patent and Trademark Office connected therewith and in connection with the resulting patent based on instructions received from the entity who first sent the application papers to the practitioners, unless the inventor(s) or assignee provides said practitioners with a written notice to the contrary:

Send Correspondence to:

**CUSTOMER NO. 02292; (BIRCH, STEWART, KOLASCH & BIRCH, LLP)**
Telephone: (703) 205-8000 • Facsimile: (703) 205-8050

**PLEASE NOTE: YOU MUST COMPLETE THE FOLLOWING:** ↓

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of First or Sole Inventor: Insert Name of Inventor → Insert Date This Document is Signed
Insert Residence Insert Citizenship →
Insert Post Office Address →

| GIVEN NAME/FAMILY NAME | INVENTOR'S SIGNATURE | DATE* |
|---|---|---|
| Shimon MAIMON | [signature] | 3/17/2010 |
| Residence (City, State & Country) Rochester, New York | | CITIZENSHIP US |
| MAILING ADDRESS (Complete Street Address including City, State & Country) 136 Willshire Rd., Rochester, New York | | |

Full Name of Second Inventor, if any: see above

| GIVEN NAME/FAMILY NAME | INVENTOR'S SIGNATURE | DATE* |
|---|---|---|
| Residence (City, State & Country) | | CITIZENSHIP |
| MAILING ADDRESS (Complete Street Address including City, State & Country) | | |

Full Name of Third Inventor, if any: see above

| GIVEN NAME/FAMILY NAME | INVENTOR'S SIGNATURE | DATE* |
|---|---|---|
| Residence (City, State & Country) | | CITIZENSHIP |
| MAILING ADDRESS (Complete Street Address including City, State & Country) | | |

Full Name of Fourth Inventor, if any: see above

| GIVEN NAME/FAMILY NAME | INVENTOR'S SIGNATURE | DATE* |
|---|---|---|
| Residence (City, State & Country) | | CITIZENSHIP |
| MAILING ADDRESS (Complete Street Address including City, State & Country) | | |

Full Name of Fifth Inventor, if any: see above

| GIVEN NAME/FAMILY NAME | INVENTOR'S SIGNATURE | DATE* |
|---|---|---|
| Residence (City, State & Country) | | CITIZENSHIP |
| MAILING ADDRESS (Complete Street Address including City, State & Country) | | |

Full Name of Sixth Inventor, if any: see above

| GIVEN NAME/FAMILY NAME | INVENTOR'S SIGNATURE | DATE* |
|---|---|---|
| Residence (City, State & Country) | | CITIZENSHIP |
| MAILING ADDRESS (Complete Street Address including City, State & Country) | | |

*DATE OF SIGNATURE

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7060700 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Kate Molloy |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 22-FEB-2010 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 17:08:39 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Oath or Declaration filed | 20100222SuppDEC.pdf | 237153<br>23c18eac98fe58c331367a2dab1bb052368b21e7 | no | 4 |

**Warnings:**

**Information:**

SM000000524

| Total Files Size (in bytes): | 237153 |
| --- | --- |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 4044**

| SERIAL NUMBER | FILING OR 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006<br>RULE | 257 | 2815 | 4358-0172PUS1 |

**APPLICANTS**
Shimon Maimon, Rochester, NY;

** **CONTINUING DATA** *************************

** **FOREIGN APPLICATIONS** ********************

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
** 03/28/2006

| | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged ______ Examiner's Signature Initials | NY | 3 | 34 | 3 |

**ADDRESS**
2292

**TITLE**
REDUCED DARK CURRENT PHOTODETECTOR

| FILING FEE RECEIVED | | |
|---|---|---|
| 3765 | FEES: Authority has been given in Paper No. _________ to charge/credit DEPOSIT ACCOUNT No. _________ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other _____________<br>☐ Credit |

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

2292 7590 12/31/2009

BIRCH STEWART KOLASCH & BIRCH, LLP
PO BOX 747
FALLS CHURCH, VA 22040-0747

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

(Depositor's name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | ~~YES~~ NO | ~~$755~~ $1510.00 | $300 | $0 | ~~$1055~~ $1810.00 | 03/31/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WILSON, ALLAN R | 2815 | 257-441000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Birch, Stewart, Kolasch & Birch, LLP
2 ________
3 ________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies four (4)

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 022448 (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27. ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature [signature] Date February 2, 2010

Typed or printed name Michael K. Mutter Registration No. 29,680

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11276962 |
| **Filing Date:** | 19-Mar-2006 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Michael Keith Mutter/Kate Molloy |
| **Attorney Docket Number:** | 4358-0172PUS1 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1510 | 1510 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1810** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6933175 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Kate Molloy |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 02-FEB-2010 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 16:28:07 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1810 |
| RAM confirmation Number | 12778 |
| Deposit Account | 022448 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

| |
|---|
| Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees) |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 20100202IF.pdf | 102019<br>a4dc4b891de96f1f15ac0888b39028084a767ca8 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 31840<br>1f3ca0602be66c39c398b7fb9c0627d46d96265e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | | **Total Files Size (in bytes):** | 133859 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

2292 7590 12/31/2009

BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |
| ART UNIT | PAPER NUMBER |
| 2815 | |

DATE MAILED: 12/31/2009

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 03/31/2010 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**



PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

22292 7590 12/31/2009

BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

(Depositor's name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 03/31/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WILSON, ALLAN R | 2815 | 257-441000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   - ❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   - ❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.
   1 ____________________
   2 ____________________
   3 ____________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. The following fee(s) are submitted:
- ❑ Issue Fee
- ❑ Publication Fee (No small entity discount permitted)
- ❑ Advance Order - # of Copies ____________

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
- ❑ A check is enclosed.
- ❑ Payment by credit card. Form PTO-2038 is attached.
- ❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number ________ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
- ❑ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.
- ❑ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature ____________________ Date ____________________

Typed or printed name ____________________ Registration No. ____________________

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

22292 7590 12/31/2009

BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |
| ART UNIT | PAPER NUMBER |
| 2815 | |

DATE MAILED: 12/31/2009

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 187 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 187 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.



PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

SM000000534

| *Notice of Allowability* | **Application No.**<br>11/276,962 | **Applicant(s)**<br>MAIMON, SHIMON | |
|---|---|---|---|
| | **Examiner**<br>ALLAN R. WILSON | **Art Unit**<br>2815 | |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed on 11/30/09*.

2. ☒ The allowed claim(s) is/are *12-14, 35, 36, 45, 47-49, 78 and 85-91*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All b) ☐ Some* c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**.

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
   1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 8/7/09
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☒ Other *Exhibit A*.

**EXAMINER'S AMENDMENT**

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for the substance of this examiner's amendment was given in a personal interview with Jeffery Scott and Michael Mutter on 15 December 2009.

The application has been amended as follows:

Claim 35, replace with:

--A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.--

Claim 45, last paragraph, first line, after "past the" add --plural--.

Claim 47, last paragraph, first line, after "past the" add --plural--.

Claim 78, last paragraph, first line, after "past the" add --plural--.

Claim 90, end of claim, delete ".."

**REASONS for ALLOWANCE**

The following is an examiner's statement of reasons for allowance:

At least a difference between most of the prior art and instant invention is the barrier to majority carriers while allowing minority carriers to flow between the contact and photo absorbing layers (See Exhibit A "Development of MWIR nBn FPA technology at Lockheed Martin's Santa Barbara Focalplane"). Additionally, the barrier layer is undoped and/or extends past individual sections of the contact layer.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from an examiner should be directed to Primary Examiner Allan Wilson whose telephone number is 571-272-1738. Examiner Wilson can normally be reached 7:00-3:30 Monday-Friday (off first Friday).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ken Parker can be reached on 571-272-2298. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

/Allan R. Wilson/
Primary Examiner, Art Unit 2815

EXHIBIT A Received 16 December 2009

# Development of MWIR nBn FPA technology at Lockheed Martin's Santa Barbara Focalplane

J.W. Scott, A. Adams, E.J. Caine, E. Chang, C.E. Jones, G.T. Paloczi, C.A. Cockrum;

Lockheed Martin's Santa Barbara Focalplane

J.K. Kim, J.F. Klem, M.J. Cich, S.D. Hawkins, J.L. Rienstra; Sandia National Laboratories

C.J. Hill, A. Soibel, D.Z. Ting, S.D. Gunapala; Jet Propulsion Laboratory

J. O'Neill; US Army RDECOM CERDEC Night Vision and Electronic Sensors Directorate

S. Maimon; IR Solutions

## Introduction

By envisioning a completely new class of semiconductor devices, the nBn concept originally proposed by Maimon and Wicks[1] will revolutionize the MWIR portion of the infrared detector technology. Its eventual impact on other wavelength bands will be determined by success in growing high quality III-V materials such as strained-layer superlattices (SLS) or new families of narrow bandgap alloys. Previous approaches such as quantum well infrared photodetectors (QWIPs) and to a lesser extent SLSs have suffered from fundamental physical limitations that have made it very difficult to achieve the performance required by state-of-the-art infrared systems. By focusing on its inherent advantages, nBn provides a pathway through which the investment and production base in modern III-V technology can finally benefit IR technology.

The nBn device is neither a photoconductor nor a photodiode, although it contains elements of both. As depicted in Figure 1a, light absorbed in a photoconductor is converted into electron-hole pairs whose effect on photocurrent is multiplied by the device's photoconductive gain. Thermally generated carriers are affected by the same gain mechanism, so the signal-to-noise ratio is unaffected, except to the extent that increasing both overcomes degradation caused by noise from down-stream electronics. Both optically and thermally generated carriers are swept to their respective contacts by the electric field created by the applied bias voltage. Depending on the quality and band structure of the device's surface, carriers can also diffuse to the surfaces where they recombine, degrading carrier lifetime and hence quantum efficiency, and the corollary carrier generation at the surfaces also adds to leakage current and hence noise. Photon absorption, signal and quantum efficiency is determined by the material's absorption coefficient, its thickness and the extent to which an anti-reflection coating mitigates reflection loss at the incident surface. The main noise mechanisms are thermally-generated minority carriers whose density is determined by its generation rate, by Johnson noise associated with the detector's resistance, and by excess low frequency or 1/f noise which can originate at non-ohmic contacts, poorly passivated surfaces and imperfections and grain boundaries in the active detector material. Since carrier transport is typically in the plane parallel with the detector's surface, two contacts are required for each detector. This is accomplished by connecting one side of one or two rows of detectors to a common contact and the other to individual contacts which are in turn connected to amplifying electronics. Such an arrangement is suitable for linear arrays, but precludes high density, two dimensional arrays. Also, since the impedance of a photoconductor is typically much lower than an equivalent photodiode, power dissipation is much higher in photoconductors, thus limiting the size of an array that can be realistically cooled to cryogenic operating temperatures.

Figure 1b shows the band structure of a basic photodiode, where, like the photoconductor, absorbed light is converted into electron-hole pairs. Since there is little voltage drop (and hence electric field) across the neutral absorber material in the photodiode, carriers reach the edge of the depletion region by diffusion. They are then swept to the other side of the p-n by the large built-in field, and finally diffuse to the contact where they contribute to photocurrent. An exception exists when the composition of the light-absorbing material varies such that a gradual decrease in bandgap creates a crystal potential which behaves like an electric field, creating a drift velocity that aids the diffusion process in moving carriers to the p-n junction. Otherwise, photocurrent and quantum efficiency in the photodiode are governed by the same absorption, lifetime and transport mechanisms as in a photoconductor, except that there is no gain in the photodiode. Noise, however, is more complex because the addition of the p-n junction brings with it a depletion region which, depending on the operating conditions, can add several dominate noise sources. First, Shockley-Read-Hall or so called generation-recombination (G-R) noise, which is characterized by a generation rate that is determined by nominally one-half the material's bandgap, can become dominate, especially at low temperatures because noise from diffusion current decreases mush faster with temperature (proportional to $1/n_i^2$)

than does G-R noise (proportional to $1/n_i$). G-R noise is generated within the bulk of the depletion region and also where the depletion region intersects the device's surface. Depending on the details of the device design and the quality of the surface, its bandgap and passivation, one or the other of these G-R terms may dominate. Another noise is generated by tunneling of carriers through the depletion region. While not as fundamental as G-R current, tunneling is often more troublesome, especially as it is typically associated with excess low frequency noise. However, photodiodes are ideally suited for large two-dimensional arrays because carrier transport is normal to the detector's surface, enabling a single large-area common contact; and because their high impedance minimizes bias power dissipation.

The nBn device, depicted in Figure 1c, has characteristics of both the photoconductor and photodiode. Like the photoconductor, it consists mainly of a layer of photon-absorbing material whose noise and signal are determined by its bandgap, material quality and thickness; except there is no gain in the nBn device. To that, thin, wide bandgap barrier and contact layers are inserted between the absorbing layer and metal contact. Like the photodiode, the conduction and valence bands are not flat because they must accommodate changes in the materials' bandgap and doping as the device transitions from absorber to wide bandgap barrier and back to narrow bandgap contact layer. However, under normal operating conditions most of the change in potential occurs across the wide bandgap barrier so that depletion regions in the narrow bandgap absorber and contact layers are quite small until the applied bias becomes large. Therefore, under normal operating conditions, the only significant dark noise mechanism is the fluctuation of carriers in the neutral absorber material. G-R noise can become significant, but only after the bias becomes large enough to create a significantly wide depletion region at the absorber/barrier interface. Another benefit of minimizing the depletion region and its defects which lead to tunneling currents is that the doping concentration in the neutral absorbing material no longer needs to be kept low to maintain a wide depletion region and hence minimize otherwise excessive tunneling currents. As long as the minority carrier generation rate (which is proportional to the product of doping concentration and lifetime) is not increased, the donor concentration can be increased to optimize the $N_D{*}\tau$ product while simplifying the material growth process. Another advantage of the nBn structure is its simple, planar fabrication process. Since the critical parts of the device (absorbing layer, charge separation mechanism, front and back-side passivation and contact layer) are grown in one continuous MBE process, the subsequent wafer processing is limited to pixel delineation, contact metallization, and the application of the indium bumps needed to interface the array with its matching read-out electronics chip. Also, since the upper contact and metal layers are each less than 1000 Å thick, the planarity of the device allows large arrays of very small pixels.




(a) (b) (c)

Figure 1.1
Comparison of band structure and photon absorption for (a) photoconductor, (b) photodiode and (c) nBn device

**Band structure and material considerations**

The details of the curvature and offsets in the conduction and valence bands at the interface between the absorber and barrier layers are crucial to the operation of the nBn device. As depicted in Figure 2a, joining material with different bandgaps causes offsets in the conduction and valence bands, the direction and magnitude of which depend on the size and atomic structure of the constituent atoms and the bonding behavior of the resulting compounds. Conventional Type I, Type II and staggered heterostructures are shown in Figure 2b. The nBn concept, shown in Figure 2c, is based on the realization that, with the proper material selection, doping and growth process, it is possible to keep the valence band flat and force the entire energy difference to be taken up in the conduction band.




(a)

Band diagrams of two separated semiconductors before and after being brought into contact. The semiconductors have a bandgap energy of $E_{g1}$ and $E_{g2}$ and an electron affinity of $\chi_1$ and $\chi_2$.




(b)

Types of energy band lineups include straddled or "Type I", staggered or "Type II" and broken or "Type III".




(c)
An nBn structure is achieved when the energy difference between the absorber and barrier layer is taken up in the conduction band.
Figure 2

The obvious requirement is that the bandgap of the absorbing material is matched to the spectral response required for the detector: Too wide and the cutoff wavelength will be too short; too narrow and the leakage current, and hence noise, will be larger than necessary. Ideally, the lattice constant of the absorbing material should match that of the substrate on which it is grown, and the bandgap of the substrate should be wider than that of the absorbing layer to allow optical transmission through the substrate and to provide a heterostructure at the substrate/absorber interface to minimize interface effects. The plot of bandgap versus lattice constant in Figure 3 reveals several possibilities. For example, $InAs_{0.91}Sb_{0.09}$ is ideally matched to GaSb, resulting in an absorbing layer with a cutoff wavelength of 4.2 µm at 180 K. Fortunately $AlAs_{0.1}Sb_{0.9}$ , which has the same lattice constant and a bandgap on the order of 1.7 eV, offers an ideal choice for the barrier layer. Other possibilities occur at 5.87Å with either $In_{0.53}Ga_{0.47}As$ having a cutoff wavelength of 1.65 µm at 275 K or $GaAs_{0.5}Sb_{0.5}$ having a cutoff wavelength around 1.3 µm with either an $Al_{0.48}In_{0.52}As$ or $AlAs_{\sim 0.5}Sb_{\sim 0.5}$ barrier, all of which can be grown on lattice matched InP substrates. The difficulty with these latter structures is, as shown in Figure 4, that the valence bands of the absorbing layers do not coincide with the valence bands of the barrier layers, thus requiring more complicated growth processes.




Figure 3
Lattice constant versus energy gap at room temperature for various III-V semiconductors and their alloys

Insight into the lineup of the valence and conduction bands for these material systems is obtained from Figure 4, which shows the relative positions of the conduction and valence band edges as a function of lattice constant. Fortunately, the valence band energy for many of the materials of interest (InAsSb, AlAsSb, InAsP and AlAsP ) are very nearly equal for each lattice constant, while the energy differences occur mainly in the conduction bands; making these materials ideally suited for the nBn concept.




Figure 4
Band edges as a function of lattice constant. The zero energy point represents the approximate Fermi level (located mostly in the forbidden gap) of the gold/semiconductor Schottky contact (after Tiwari and Frank, 1992)[2].

## Theoretical considerations

**Leakage current:** The various mechanisms that determine leakage current are most easily visualized by keeping the models as simple as possible and the number of adjustable parameters to a minimum. To those ends, a one-dimensional model has been assumed for calculating diffusion and G-R current densities. Other mechanisms such as tunneling and surface shunts have not been considered in this analysis because they are not needed to explain the observed behavior when the nBn devices are biased to their nominal operating conditions.

Diffusion current can be calculated from either Eq. 1 or Eq. 2 where the former simply assumes that all carriers generated within the volume of the absorbing or active portion of the device contribute to leakage current, and the latter accounts for variations in thickness, diffusion length and surface recombination velocity.

$$I_{Diff_{Simple}} = q\, n_i^2 \frac{W_{Abs}}{N_D}\tau$$ Eq. 1

$$I_{Diff_{Complete}} = \frac{q\, n_i^2\, D_p}{\frac{N_D L_p \tanh W_{Abs}}{L_p}} \left(1 - \frac{D_p}{L_p\left[\left(s_n \tanh\left(\frac{W_{Abs}}{L_p}\right) + \frac{D_p}{L_p}\right)\cosh^2\left(\frac{W_{Abs}}{L_p}\right)\right]}\right)$$

Eq. 2

$$L_p = \sqrt{\frac{D_p}{\square}\tau}$$ Eq. 3

$$D_p = {k_B T \mu_p}/{q}$$ Eq. 4

Two expressions for G-R or Shockley-Read-Hall currents are also considered. One (Eq. 5) accounts for current generated within the volume of the depletion region, and the other (Eq. 6) accounts for the area where the depletion region intersects the device's surface. Both are normalized to the optical or pixel dimension to facilitate direct comparisons to diffusion current, and hence their impact on total leakage current.

$$I_{GR_{DeplRegion}} = \frac{q\, n_i W_{Depl} Jn\ Size^2}{2\, \tau_{Depl} Opt\ Size^2}$$ Eq. 5

$$I_{GR_{Surf}} = \frac{4\, q\, n_i W_{Depl}\ SRV_{GR}\, Jn\ Size^2}{Opt\ Size^2}$$ Eq. 6

$$W_{Depl} = \sqrt{\frac{2\, \varepsilon_0 \varepsilon_r (V_{Bi} - V)}{q\, N_d}}$$ Eq. 7

$$V_{Bi} = \frac{k_B T}{q} \ln \frac{N_A N_D}{n_i^2}$$ Eq. 8

The only significant variables in these equations are the intrinsic carrier concentration, which is a basic property of the material, dictated by its bandgap and effective mass, and is calculated from Eq. 9; doping concentration and absorber thickness which are determined by the material growth process; and carrier lifetime, surface recombination velocity and depletion region thickness which are determined respectively by the quality of the absorbing material, the quality and band structure of the surface and its passivation, and the device architecture and bias, all of which can be estimated by analyzing device test structures.

$$n_i = 2 \left( \left[ \frac{2 \pi k_B T}{h^2} 1x10^{-7} \right) \right]^{1.5} \left[ (m_0) \right] (m_e m_h)^{0.75} e^{\frac{-E_{Gap}}{2kT}}$$ Eq. 9

The temperature-dependent bandgap was estimated using the standard formulation of Varshni [3]

$$E_{Gap}(T) = E_{Gap}(0) - \frac{\alpha T^2}{(T + \beta)}$$ Eq. 10

where the constants ($\alpha$ = 0.000285 and $\beta$ = 90) were determined by first fitting full temperature scans of representative samples of MBE-grown $InAs_{0.91}Sb_{0.09}$. Subsequent wafers of arbitrary composition could then be modeled by measuring the room temperature transmission and calculating the corresponding $E_{Gap}(0)$. For $InAs_{0.91}Sb_{0.09}$ material, $E_{Gap}(0) = 0.329\ eV$.

Combining the output of these equations into plots of the various leakage currents versus 1/Temperature allows one to assess the impact of these key variables. This also provides a more accurate assessment of the extent to which measured leakage current is dominated by these mechanisms than can be obtained from simple Arrhenius plots because the latter do not account for changes in bandgap with temperature or the $T^{1.5}$ term in Eq. 9.

**Depletion thickness:** Equation 11 shows the first order relationship between the thickness of the depletion region and the thicknesses and dielectric constants of the absorber and barrier materials.

$$W_{Depl} = 0.5 \left[ \frac{-2\, W_{Bar} \epsilon_{Abs}}{\epsilon_{Bar}} + \sqrt{\left( \frac{-2 W_{Bar} \epsilon_{Abs}}{\epsilon_{Bar}} \right)^2 - \frac{8\, V_{Bias} \epsilon_0 \epsilon_{Abs}}{q\, N_D}} \right]$$ Eq. 11

**Noise equivalent temperature difference:** NE$\Delta$T is a critically important measure of detector and focal plane's ability to resolve small temperature differences, and is defined as the difference in scene temperature needed to create a peak-to-peak signal which equals the noise of the FPA or system being characterized. That is,

$$NE\Delta T = rmsNoise \Big/ \frac{\partial Signal}{\partial SceneTemperature}$$ Eq. 12

The numerator of Eq. 10 is

$$TotalNoise = \sqrt{I_{NoiseQScene}{}^2 + I_{NoiseDetector}{}^2 + I_{NoiseAmp}{}^2 + I_{NoiseSystem}{}^2}$$ Eq. 13

Where the noise from the scene can be calculated from

$$I_{NoiseQScene} = \sqrt{2qI_{Photon}}$$ Eq. 14

$$I_{Photon} = q * QE * Area_{Detector} * Q_{Scene}$$ Eq. 15

$$Q_{Scene}(\lambda, T) \cong \frac{1}{4f_{\#}^2 + 1} \overline{t_{Optics}(\lambda)} \left[ \int_{\lambda 1}^{\lambda 2} \frac{2\pi c}{\lambda^4} \left( e^{\frac{hc}{\lambda kT}} - 1 \right)^{-1} d\lambda \right]$$ Eq. 16

And the noise for the detector can be calculated from

$$I_{NoiseDetector} = \sqrt{2qI_{Leakage}}$$ Eq. 17

The denominator in Eq. 12 is obtained by taking the derivative of the photon-generated signal current with respect to temperature to yield

$$\frac{\partial Signal}{\partial T} = \frac{qA_{Det}}{4f_{\#}^2 + 1} \overline{QE(\lambda) t_{Optics}(\lambda)} \left[ \int_{\lambda 1}^{\lambda 2} \frac{1}{T^2} \frac{2\pi hc^2}{\lambda^5 k} \frac{e^{\frac{hc}{\lambda kT}}}{\left( e^{\frac{hc}{\lambda kT}} - 1 \right)^2} d\lambda \right]$$ Eq. 18

where, for the sake of simplicity, an average value is assumed for quantum efficiency and optics transmission. Combining these expressions into a tool to calculate NEΔT as a function of detector parameters (mainly leakage current, quantum efficiency and cutoff wavelength) and system parameters (f/number, spectral band pass, scene temperature and pixel size) provides valuable insight into the detector's impact on ultimate system performance. The output of this tool is discussed below.

| **Search Notes** | Application/Control No. 11/276962 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
|---|---|---|
| | Examiner ALLAN R WILSON | Art Unit 2815 |

**SEARCHED**

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 257 | 189, 441, E31.018-019, E31.021 | 12/21/09 | AW |

**SEARCH NOTES**

| Search Notes | Date | Examiner |
|---|---|---|
| See Examiner's search strategy and results – EAST Search History | 12/21/09 | AW |

**INTERFERENCE SEARCH**

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 257 | 189, 441, E31.018-019, E31.021 | 12/21/09 | AW |

| Issue Classification | Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|---|
| | 11/276,962 | MAIMON, SHIMON | |
| | **Examiner** | **Art Unit** | |
| | ALLAN R. WILSON | 2815 | |

# ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 257 | 441 | 257 | 189 | E31.018 | | | | | |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| H | 0 | 1 | L | 31/102 |
| | | | | / |
| | | | | / |
| | | | | / |
| | | | | / |

(Assistant Examiner) (Date)

(Legal Instruments Examiner) (Date)

/ALLAN R WILSON/ 12/21/09

(Primary Examiner) (Date)

**Total Claims Allowed: 17**

| O.G. Print Claim(s) | O.G. Print Fig. |
|---|---|
| 1 | 1B |

☐ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 12 | | | | | | | | | | | | |
| 3 | 13 | | | | | | | | | | | | |
| 4 | 14 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 1 | 35 | | | | | | | | | | | | |
| 5 | 36 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 9 | 45 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 10 | 47 | | | | | | | | | | | | |
| 11 | 48 | | | | | | | | | | | | |
| 6 | 49 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 12 | 78 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 13 | 85 | | | | | | | | | | | | |
| 15 | 86 | | | | | | | | | | | | |
| 7 | 87 | | | | | | | | | | | | |
| 16 | 88 | | | | | | | | | | | | |
| 8 | 89 | | | | | | | | | | | | |
| 14 | 90 | | | | | | | | | | | | |
| 17 | 91 | | | | | | | | | | | | |

## EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 2 | "4679063".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:08 |
| L2 | 2224 | barrier near5 undoped | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:50 |
| L3 | 471819 | photosens$3 or (photo sens$3) or photodetect $3 or (photo detect$3) or photodiode or (photo diode) or (image sens$3) or (photo gate) or photogate | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:50 |
| L4 | 35 | L2 same L3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:50 |
| L5 | 49091 | nin | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:51 |
| L6 | 311 | L3 and L5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:51 |
| L7 | 3 | L2 and L3 and L5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L8 | 364 | barrier same (undoped near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:55 |
| L9 | 471819 | photosens$3 or (photo sens$3) or photodetect $3 or (photo detect$3) or photodiode or (photo diode) or (image sens$3) or (photo gate) or photogate | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:55 |
| L10 | 52 | L8 and L9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:55 |
| L11 | 225 | barrier with (undoped near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:57 |
| L12 | 1661 | barrier near3 undoped | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:58 |
| L13 | 685 | (257/189,441,E31.019, E31.021).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO | OR | OFF | 2009/12/21 08:58 |
| L14 | 20 | L12 and L13 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:58 |
| L15 | 2664 | contact near3 (inas or inassb or ingaas or (inas/ingasb) or hgcdte) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L16 | 70 | L12 and L15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 08:59 |
| L17 | 14707 | alsb alassb gaalassb alpsb algapsb hgznte | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/12/21 09:00 |
| L18 | 61 | L17 with undoped | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/12/21 09:00 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L19 | 5 | (257/189,441,E31.019, E31.021).CCLS. | UPAD | OR | OFF | 2009/12/21 09:00 |

**12/21/09 9:03:44 AM**
**C:\ Documents and Settings\ awilson\ My Documents\ EAST\ Workspaces\ 11\ 11276962.wsp**

Receipt date: 08/07/2009

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Sheet | 1 | of | 1 |
|---|---|---|---|

| ***Complete if Known*** | |
|---|---|
| Application Number | 11/276,962-Conf. #4044 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Art Unit | 2815 |
| Examiner Name | Wilson, Allan R. |
| Attorney Docket Number | 4358-0172PUS1 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (*if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /A.W./ | AA* | US-4,679,063-A | 07-07-1987 | White | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (*if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Allan Wilson/ | Date Considered | 12/21/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. * CITE NO.: Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Birch, Stewart, Kolasch & Birch, LLP

MKM/srm

SM000000552

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

2292 7590 12/22/2009
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2815 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 12/22/2009 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

mailroom@bskb.com

PTOL-90A (Rev. 04/07)

| *Interview Summary* | **Application No.**<br>11/276,962 | **Applicant(s)**<br>MAIMON, SHIMON | |
|---|---|---|---|
| | **Examiner**<br>ALLAN R. WILSON | **Art Unit**<br>2815 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *ALLAN R. WILSON.*

(2) *MICHAEL MUTTER.*

(3) *JEFFERY SCOTT.*

(4)_____.

Date of Interview: *15 December 2009.*

Type: a)☐ Telephonic b)☐ Video Conference
c)☒ Personal [copy given to: 1)☐ applicant 2)☒ applicant's representative]

Exhibit shown or demonstration conducted: d)☐ Yes e)☒ No.
If Yes, brief description: _____.

Claim(s) discussed: *35,45,47,85 and 86.*

Identification of prior art discussed: *Salzman, Klipstein and Bluzer.*

Agreement with respect to the claims f)☐ was reached. g)☒ was not reached. h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *Representatives discussed the difference between the previous devices and the present invention. Applicant will consider changing the claim language to better disclose the invention over the prior art. For example, will include the absorbing and barrier layer's conduction and valance relationship in the last paragraph of claim 35* .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

/ALLAN R WILSON/
Primary Examiner, Art Unit 2815

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

---

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTO-DETECTOR Examiner: Alan R. Wilson

**AMENDMENT IN RESPONSE TO NON-FINAL OFFICE ACTION**

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

**INTRODUCTORY COMMENTS**

Responsive to the Examiner's Office Action dated July 28, 2009, the following amendments and remarks are respectfully submitted in connection with the above-identified application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 9 of this paper.

## AMENDMENTS TO THE CLAIMS

*Please amend the claims as follows:*

1 - 11. (Canceled)

12. (Currently Amended ) A ~~photo-detector~~ photo-detector according to claim 35, wherein said photo absorbing layer is constituted of one of InAs, InAsSb, InGaAs, Type II super lattice InAs/InGaSb and HgCdTe.

13. (Currently Amended ) A ~~photo-detector~~ photo-detector according to claim 12, wherein said contact layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

14. (Currently Amended) A ~~photo-detector~~ photo-detector according to claim 13, wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions.

15 – 34 (Canceled)

35. (Currently Amended) A ~~photo-detector~~ photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein ~~during operation~~ said barrier layer ~~functions to achieve passivation of~~is configured to allow minority carrier current flow while blocking majority carrier current flow between the photo-absorbing and contact layers ~~said photo-detector~~.

36. (Currently Amended) The ~~photo-detector~~ photo-detector according to claim 35, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

37 – 44 (Canceled)

45. (Currently Amended) ~~The~~ A photo-detector, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band ~~gap~~ offset ~~is formed~~ between the photo absorbing layer and the ~~barrier~~contact layer,

wherein said barrier layer thickness and said conduction energy band ~~gap~~ offsets are sufficient to prevent tunneling of majority carriers ~~from~~ between said photo absorbing layer ~~to~~ and said contact area and substantially block the flow of thermalized majority carriers ~~from~~ between said photo absorbing layer ~~to~~ and said contact area,

~~further wherein during operation said barrier layer is configured to passivate functions to achieve passivation of the photo-detector;~~

wherein said contact layer comprises ~~one or more~~ individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, ~~and~~

wherein said barrier layer extends past the ~~one or more~~ individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the

individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

46. (Canceled)

47. (Currently Amended) ~~The~~ A ~~photo-detector~~ photo-detector comprising:

a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that said barrier layer forms a valence energy band ~~gap~~ offset ~~is formed~~ between the photo absorbing layer and the ~~barrier~~contact layer,

wherein said barrier layer thickness and said valence energy band gap are sufficient to prevent tunneling of majority carriers ~~from~~ between said photo absorbing layer ~~to~~ and said contact layer and to substantially block the flow of thermalized majority carriers ~~from~~ between said photo absorbing layer ~~to~~ and said contact layer,

~~further wherein during operation said barrier layer tofunctions to achieve passivation of the photo-detector;~~

wherein said contact layer comprises ~~one or more~~ individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, ~~and~~

wherein said barrier layer extends past the ~~one or more~~ individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

48. (Currently Amended) The ~~photo-detector~~ photo-detector according to claim 47, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

49. (Currently Amended) The ~~photo-detector~~ photo-detector according to claim 35,

wherein said contact layer comprises ~~one or more~~ individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the ~~one or more~~ individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

50 – 77 (Canceled)

78. (Currently Amended) A ~~photo-detector~~ photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy,

a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer,

wherein during operation of the ~~photo-detector~~ photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer

allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer,

~~and wherein during operation said barrier layer to~~functions to achieve passivation of the photo-detector,~~

wherein said second layer comprises ~~one or more~~ individual sections which are ~~separate~~ isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the ~~one or more~~ individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

79 – 84 (Canceled)

85. (New) A photo-detector with a reduced dark current, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer ;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers

wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer.

.

86. (New) A photo-detector - with a reduced dark current, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer comprising a semiconductor with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers, and

further wherein the second layer forms a mesa on the continuous barrier layer such that the first side of said barrier layer laterally extends beyond the mesa, thereby passivating the photo-detector by preventing majority carriers from reaching exposed portions of the barrier layer.

87. (New) The photo-detector of claim 35 wherein the contact layer forms a mesa on the barrier layer such that the second side of said barrier layer laterally extends beyond the contact layer thereby passivating the photo-detector during operation by preventing majority carriers from flowing to exposed surfaces of said barrier layer.

88. (New) The photo-detector of claim 86, wherein the barrier layer is an undoped semiconductor which prevents majority carrier lateral conduction within said barrier layer.

89. (New) The photo-detector of claim 35, wherein the contact and photo-absorbing layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

90. (New) The photo-detector of claim 85, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer...

91. (New) The photo-detector of claim 86, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

**REMARKS**

Claims 12-14, 35-37, 45, 47 - 49, 78 and 85 - 91 are now pending in the present application. Claims 35, 45, 47, 78, 85, and 86 are independent. Claims 1, 3-6, 8-10, 15-18, 20-23, 25-27, 29-31, 38-44, 46, 50-77, and 79 are canceled without prejudice or disclaimer. By this response, claims 35, 45, 47 - 49, and 78 are amended and claims 85 - 91 are added.

**Claim Objections**

Claim 47 is objected to on the grounds that the limitation "one or more sections which are separate from each other" is confusing. Applicants respectfully traverse this objection to the extent it applies to claim 47 as amended. As the claim now contemplates plural sections, the examiners concerns should be resolved. Applicants respectfully submit that this claim as amended should be clear to one of ordinary skill in the art. Accordingly, reconsideration and withdrawal of this objection is respectfully requested.

**Section 112 Rejection**

Claim 37 stands rejected under 35 U.S.C. §112, second paragraph, as being allegedly indefinite. Specifically, the term "minimized" is rejected as unclear to one of ordinary skill in the art. This claim is canceled and the subject matter replaced with new claim 89.

Applicants nonetheless note that a depletion zone is an area depleted of carriers, leaving exposed, immobile background impurities (i.e. dopants). Depletion zones arise from imbalances between drift and diffusion due to changing doping or chemical potentials (conduction / valence band edges). A barrier-type photo-detector according to the present invention, with the same carrier type on both sides (i.e. the same doping), has minimal depletion zones because the majority carriers do not significantly enter or pass through the barrier layer in either direction. Because the majority carrier types are the same on both sides and because there is at best minimal movement of majority carriers from either side, neither side becomes depleted of majority carriers and therefore no substantial depletion zone arises. Applicants note that terms such as "minimized" or "no substantial" merely acknowledge the realities of semiconductor

properties (i.e. there may be some insubstantial or insignificant level of carrier movement from a layer into the barrier, but it does not have a noticeable effect) and signals intent to design without use of a depletion zone.

**Section 102 Rejections**

Claims 12 – 14 and 35 – 37 stands rejected under 35 U.S.C. §102(e) as anticipated by United States Patent Publication 2006/0267007 to Salzman et al. ("Salzman"). Insofar as it pertains to the presently pending claims, this rejection is respectfully traversed.

**Claim 35**

Claim 35 pertains to a photo detector with reduced dark current, the detector having photo absorbing, barrier, and contact layers, "wherein said barrier layer is configured to allow minority carrier current flow while blocking majority carrier current flow between the photo-absorbing and contact layers."

Salzman Is A Majority Carrier Structure

Salzman collects majority carriers (n) photo-excited over the barrier majority carrier band (conduction) like a high-resistance photodiode, using drift fields to move "hot" carriers. The defects in the barrier(s), along with the higher bandgap, make them insulating so there is an electric field across them. When carriers are ejected into the free states of the barrier conduction band (from the narrow-gap n regions, barrier valence band or barrier defects) they are swept out to the contacts.

Salzman specifically uses Fermi levels generated in material having high defect densities arising from lattice mismatch to create the desired electrical properties (Salzman Para. 0033 and abstract) and relies on field-induced carrier transport (Salzman Para. 0083), both of which are known in the art as being associated with majority carriers. Salzman specifically teaches that no photocurrent arises from the low energy photo absorption within the narrow gap material on either side of the barrier layer (Salzman Fig. 3B), which clearly indicates to one of ordinary skill

in the art that Salzman's photocurrent is due to majority carrier transport within or above the i-type barrier conduction band (Salzman Fig. 3B, element 326A).

Claim 35 requires a barrier layer "configured to allow minority carrier current flow while blocking majority carrier current flow between the contact and photo absorbing layers." Thus, the barrier layer in claim 35 is sufficiently thick to prevent tunneling of majority carriers through the barrier layer and has a band gap barrier sufficient to block the flow of thermalized majority carriers through the barrier layer while having no significant blocking effect on minority carriers. (See Applicants' Specification at Paras. 0012, 0015, 0021, 0026, 0039, 0044, etc.)

Salzman, by contrast, relies specifically on thermalized, or "hot" majority carriers as its source of photo-current. Salzman also explicitly teaches a defected, permeable barrier layer with a high bandgap to facilitate the flow of thermalized majority carriers. Salzman's barrier layer therefore cannot block majority carrier flow between the contact and photo-absorbing layers. Such a barrier layer would render Salzman's device totally inoperable by completely eliminating its source of photo current.

Summary

At least in view of the above, Applicants respectfully submit that Salzman is clearly a majority carrier device and therefore cannot teach or suggest a barrier layer "configured to allow minority carrier current flow while blocking majority carrier current flow between the contact and photo absorbing layers" as required by independent claim 35. Accordingly, reconsideration and withdrawal of this rejection is respectfully requested.

**Dependent Claims**

Applicants respectfully submit that claims 12 – 14 and 36 – 37 are allowable at least by virtue of their dependency from independent claim 35. Accordingly, reconsideration and withdrawal of this rejection is respectfully requested.

**Section 103 Rejections – Klipstein and Bluzer**

Claims 45 – 48, 78, and 79 stands rejected under 35 U.S.C. §103(a) as being unpatentable over International Publication WO 2005/004243 to Klipstein ("Klipstein") in view of U.S. Patent 4,731,640 to Bluzer ("Bluzer"). Insofar as it pertains to the presently pending claims, this rejection is respectfully traversed.

**Claim 45**

Independent claim 45 is directed to a structure such as illustrated in figures 1A and 1B where the barrier layer extends beyond the peripheral extent of the contact area to reduce or eliminate leakage currents between the contact layer and photoabsorbing layer. This claim recites the construction of the contact layer with individual sections which are separate from each other in a direction across the photo-detector, each individual section corresponding to an individual detector element, "wherein said barrier layer extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer." The prevention of majority carrier flow to the exposed surfaces of the barrier layer prevents surface recombination, thereby passivating the surface and preventing dark current associated with those surface states.

Support for he barrier layer extending past the one or more individual detector elements, is, in one embodiment of the disclosed invention of the present application, illustrated in Applicants' Figure 1B where the barrier layer 40 extends entirely around the periphery of the contact area 110, as perhaps best illustrated in Applicants' Figure 1C.

HgCdTe and InGaAs Are Incompatible Materials

The Office Action admits that Klipstein fails to teach or suggest a barrier layer extending past one or more individual detector elements, and instead relies on Bluzer for this teaching. Applicants respectfully submit that Bluzer cannot be relied upon for such a teaching because the

HgCdTe semiconductor material of Bluzer is not compatible with the Gallium or Indium-based semiconductor materials of Klipstein. Specifically, the manufacturing processes for InGaAs and HgCdTe semiconductor devices are drastically different.

Bluzer Does Not Have an Actual Barrier Layer

Applicant's further note that Bluzer's blocking regions (Bluzer Fig. 1, elements 16 and 16') prevent electrons and holes from being removed from the active layer through the gates. (Bluzer Col. 7, lines 28 – 30). These blocking regions are not barrier layers in the sense of Klipstein, but are instead used to cause lateral electron diffusion within an active layer. (Bluzer Col. 7, lines 40 – 57). This effectively creates a depletion zone in the center of the active layer that is fed by the N+ doped regions on the lateral edges of that layer (Bluzer Fig. 1) and encourages the flow of majority carriers to the contact regions. Bluzer's blocking regions do not otherwise interact with carriers from the active layer and specifically have no structural or material characteristics related to carrier interaction or valence band conduction.

Applicants respectfully submit that Bluzer's blocking regions are completely different – both in structure and function – from any barrier layer in Klipstein. Accordingly, Bluzer and Klipstein are unsuitable for combination in the manner set forth in the Office Action and one of ordinary skill in the art would immediately appreciate the near-total incompatibility of the two references. Bluzer's barrier layers teach blocking the flow of all carriers in a direction orthogonal to the transport direction. Such a teaching is wholly distinct from, and unrelated to, the concept of a barrier layer that selectively permits carrier migration in a transport direction. Even assuming *arguendo*, that the references may be combined, the result will bear no resemblance to the present invention and will not work as suggested by the Office Action.

Office Action Improperly Excludes Limitations

The Office Action alleges that the passivation aspect of the barrier layer is an intended use limitation that does not further limit the structure of the device. Applicants respectfully disagree. Applicants note that claim 45 requires that "said barrier layer extends past the

individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer" It is widely understood, in the art of semiconductor devices, that configuration of a material layer is the adjustment of structural and material properties thereof. Applicants therefore respectfully submit that the configuration of the barrier layer is clearly related to the structure and composition thereof. Passivation implies structure and thus, a layer that performs no passivation is necessarily structurally different than the barrier layer which performs this function. Accordingly, this limitation is structural and must be given weight by the examiner.

Applicants further note that the prevention of tunneling of majority carriers between the photo absorbing layer and contact layer prevents surface recombination, thereby passivating the surface and preventing dark current associated with those surface states. Applicants therefore respectfully submit that, in failing to construe and consider this limitation of claim 45, the present rejection fails to establish a *prima facie* case of unpatentability of claim 45 and its dependent claims.

Summary

At least in view of the above, Applicants respectfully submit that the rejection of claim 45 does not establish a *prima facie* case of unpatentability. Neither Klipstein nor Bluzer, taken either alone or in combination (assuming the references may be combined, which Applicants submit is neither feasible nor desirable) teach or suggest the barrier layer structure recited in independent claim 45. Furthermore, the Office Action improperly characterizes the barrier layer's passivation, which is a result of a structural characteristic of the barrier layer, as an intended use limitation, and therefore fails to address all the limitations of claim 45. Accordingly, reconsideration and withdrawal of this rejection is respectfully requested.

**Claims 47 and 78**

Independent claims 47 and 78 both require a barrier layer "extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements." Independent claims 47 and 78 also require that "said barrier layer extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer." Applicants therefore respectfully submit that the rejection set forth in the Office Action is deficient with respect to independent claims 47 and 78 for at least the same reasons as set forth with respect to independent claim 45. Bluzer layers found by the examiner to read on the claimed barrier layer are wholly different in structure and function from the barrier layer in a photo-detector, and the Office Action seeks to combine references that one of ordinary skill in the art would immediately recognize as unsuitable for combination. The Office Action also improperly ignores the passivating feature of the barrier layer in claims 47 and 78, making their rejection incomplete for at least the same reasons as forth with respect to claim 45. Accordingly, reconsideration and withdrawal of this rejection is respectfully requested.

**Dependent Claims**

Applicants respectfully submit that claim 48 is allowable at least by virtue of its dependency from independent claim 47. Accordingly, reconsideration and withdrawal of this rejection is respectfully requested.

**<u>Section 103 Rejections – Salzman and Bluzer</u>**

Claims 49 and 50 stand rejected under 35 U.S.C. §103(a) as being unpatentable over Salzman in view of Bluzer. Claim 50 has been cancelled by this response. However, insofar as it pertains to the presently pending claims, this rejection is respectfully traversed.

Applicants respectfully submit that claim 49 is allowable at least by virtue of its dependency from independent claim 35. As noted above, both Salzman and Bluzer are majority carrier devices whereas claim 35 is directed to the structural features that result from the present minority carrier device.

Applicants respectfully submit that for reasons already expressed, Bluzer is not relied upon, nor can it properly be relied upon, to remedy the deficiencies of Salzman with respect to independent claim 35 or any of its dependent claims. Accordingly, reconsideration and withdrawal of this rejection is respectfully requested.

**New Claims**

Applicants respectfully submit that new claims 85 - 91 are allowable at least for the same reasons as set forth with respect to independent claims 45 and 35.

**Conclusion**

At least in view of the above, Applicants believe the present Application is in condition for allowance. Accordingly, a timely notice of allowance for all pending claims is respectfully requested.

Should there be any outstanding matters that need to be resolved in the present application, the Examiner is respectfully requested to contact the undersigned at the telephone number of the undersigned below, to conduct an interview in an effort to expedite prosecution in connection with the present application.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies to charge payment or credit any overpayment to Deposit Account No. 02-2448 for any additional fees required under 37.C.F.R. §§1.16 or 1.17; particularly, extension of time fees.

Dated: November 30, 2009

Respectfully submitted,

By ______________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11276962 |
| **Filing Date:** | 19-Mar-2006 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Michael Keith Mutter/Kate Molloy |
| **Attorney Docket Number:** | 4358-0172PUS1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Independent claims in excess of 3 | 1201 | 1 | 220 | 220 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 1 month with $0 paid | 1251 | 1 | 130 | 130 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **350** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6542912 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Kate Molloy |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 30-NOV-2009 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 18:55:59 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $350 |
| RAM confirmation Number | 10385 |
| Deposit Account | 022448 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20091130AMD.pdf | 888452<br>d7f121219baf715fc1b36326ca6a92480961e635 | yes | 19 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Transmittal Letter | 1 | 1 |
| Extension of Time | 2 | 2 |
| Amendment/Req. Reconsideration-After Non-Final Reject | 3 | 19 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 32009<br>841fc8691d350223db5bf097cf4f4b404a478fe9 | no | 2 |

**Warnings:**

**Information:**

**Total Files Size (in bytes):** 920461

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/17 (10-08)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number

*Effective on 12/08/2004.*
*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2009

☐ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 130.00

| *Complete if Known* | |
|---|---|
| Application Number | 11/276,962-Conf. #4044 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Examiner Name | A. R. Wilson |
| Art Unit | 2815 |
| Attorney Docket No. | 4358-0172PUS1 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit Card ☐ Money Order ☐ None ☐ Other (please identify): ________

[x] Deposit Account  Deposit Account Number: 02-2448  Deposit Account Name: Birch, Stewart, Kolasch & Birch, LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[x] Charge fee(s) indicated below ☐ Charge fee(s) indicated below, **except for the filing fee**

[x] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17 [x] Credit any overpayments

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| | FILING FEES | | SEARCH FEES | | EXAMINATION FEES | | |
|---|---|---|---|---|---|---|---|
| **Application Type** | **Fee ($)** | **Small Entity Fee ($)** | **Fee ($)** | **Small Entity Fee ($)** | **Fee ($)** | **Small Entity Fee ($)** | **Fees Paid ($)** |
| Utility | 330 | 165 | 540 | 270 | 220 | 110 | |
| Design | 220 | 110 | 100 | 50 | 140 | 70 | |
| Plant | 220 | 110 | 330 | 165 | 170 | 85 | |
| Reissue | 330 | 165 | 540 | 270 | 650 | 325 | |
| Provisional | 220 | 110 | 0 | 0 | 0 | 0 | |

**2. EXCESS CLAIM FEES**

| **Fee Description** | **Fee ($)** | **Small Entity Fee ($)** |
|---|---|---|
| Each claim over 20 (including Reissues) | 52 | 26 |
| Each independent claim over 3 (including Reissues) | 220 | 110 |
| Multiple dependent claims | 390 | 195 |

| **Total Claims** | | **Extra Claims** | | **Fee ($)** | | **Fee Paid ($)** |
|---|---|---|---|---|---|---|
| 18 | - or HP = | 0 | x | 0 | = | 0 |

HP = highest number of total claims paid for, if greater than 20.

**Multiple Dependent Claims**
**Fee ($)** ______ **Fee Paid ($)** ______

| **Indep. Claims** | | **Extra Claims** | | **Fee ($)** | | **Fee Paid ($)** |
|---|---|---|---|---|---|---|
| 6 | - or HP = | 1 | x | 220.00 | = | 220.00 |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $270 ($135 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

**Total Sheets** ______ - 100 = **Extra Sheets** ______ /50 = **Number of each additional 50 or fraction thereof** ______ (round up to a whole number) x **Fee ($)** ______ = **Fee Paid ($)** ______

**4. OTHER FEE(S)** **Fees Paid ($)**

Non-English Specification, $130 fee (no small entity discount)

Other (e.g., late filing surcharge): 1251 Extension for response within first month 130.00

**SUBMITTED BY**

| | | | | | |
|---|---|---|---|---|---|
| Signature | [signature] | Registration No. (Attorney/Agent) | 29,680 | Telephone | (703) 205-8000 |
| Name (Print/Type) | Michael K. Mutter | | | Date | November 30, 2009 |

Birch, Stewart, Kolasch & Birch, LLP MKM/kcm

SM000000577

PTO/SB/22 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)**
**FY 2009**
***(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)***

Docket Number (Optional): 4358-0172PUS1

Application Number: 11/276,962-Conf. #4044 | Filed: March 19, 2006

For: REDUCED DARK CURRENT PHOTODETECTOR

Art Unit: 2815 | Examiner: A. R. Wilson

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | Fee | Small Entity Fee | |
|---|---|---|---|---|
| X | One month (37 CFR 1.17(a)(1)) | $130 | $65 | $ 130.00 |
| | Two months (37 CFR 1.17(a)(2)) | $490 | $245 | $ |
| | Three months (37 CFR 1.17(a)(3)) | $1110 | $555 | $ |
| | Four months (37 CFR 1.17(a)(4)) | $1730 | $865 | $ |
| | Five months (37 CFR 1.17(a)(5)) | $2350 | $1175 | $ |

- [ ] Applicant claims small entity status. See 37 CFR 1.27.
- [ ] A check in the amount of the fee is enclosed.
- [ ] Payment by credit card. Form PTO-2038 is attached.
- [X] The Director has already been authorized to charge fees in this application to a Deposit Account.
- [X] The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 02-2448 .

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the
- [ ] applicant/inventor.
- [ ] assignee of record of the entire interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).
- [X] attorney or agent of record. Registration Number 29,680
- [ ] attorney or agent under 37 CFR 1.34. Registration number if acting under 37 CFR 1.34 ______

Signature ______ Date: November 30, 2009

Typed or printed name: Michael K. Mutter | Telephone Number: (703) 205-8000

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

- [ ] Total of 1 forms are submitted.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

Application or Docket Number: 11/276,962
Filing Date: 03/19/2006
☐ To be Mailed

APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY ☐ RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| | | | TOTAL | | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

APPLICATION AS AMENDED – PART II

| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **11/30/2009** | | | | | | | | | |
| | Total (37 CFR 1.16(i)) | * 17 | Minus | ** 75 | = 0 | X $ = | | OR | X $52= | 0 |
| | Independent (37 CFR 1.16(h)) | * 6 | Minus | ***5 | = 1 | X $ = | | OR | X $220= | 220 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | **220** |

| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/ANNETTE SMITH/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>11/276,962 | Filing Date<br>03/19/2006 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

SMALL ENTITY ☒ OR OTHER THAN SMALL ENTITY

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| | | | TOTAL | | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED – PART II

SMALL ENTITY OR OTHER THAN SMALL ENTITY

| AMENDMENT | 11/30/2009 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 17 | Minus | ** 35 | = 0 | X $26 = | 0 | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * 5 | Minus | ***5 | = 0 | X $110 = | 0 | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | 0 | OR | TOTAL ADD'L FEE | |

| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/MONICA HARRIS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR Examiner: Wilson, Allan R.

**LETTER**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

Attached is a copy of the International Search Report and Written Opinion of the International Searching Authority dated May 7, 2009 in the corresponding European application. It should be noted from the International Search Report that all documents cited therein have been previously submitted for consideration to the United States Patent and Trademark Office. Accordingly, we are submitting this Search Report and Opinion merely to further explain the relevance of the already cited documents.

Should there be any outstanding matters that need to be resolved in the present application, the Examiner is respectfully requested to contact Michael K. Mutter, Reg. No. 29,680, at the telephone number of the undersigned below, to conduct an interview in an effort to expedite prosecution in connection with the present application.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies, to charge payment or to credit any overpayment to Deposit Account No. 02-2448 for any additional fees required under 37 C.F.R. § 1.16 or under 37 C.F.R. § 1.17; particularly, extension of time fees.

Dated: August 7, 2009

Respectfully submitted,

By ______________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5848589 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Shasta Corum |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 07-AUG-2009 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 13:32:52 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20090807LetterWSearchReport.PDF | 740492<br>e2e372795dc6de7512289ef4f19ca1cecde7347d | yes | 16 |

SM000000583

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Transmittal Letter | 1 | 2 |
| | 1.501 Submission by Patent Owner | 3 | 16 |
| **Warnings:** | | | |
| **Information:** | | | |
| | **Total Files Size (in bytes):** | 740492 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet 1 of 1

| *Complete if Known* | |
|---|---|
| Application Number | 11/276,962-Conf. #4044 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Art Unit | 2815 |
| Examiner Name | Wilson, Allan R. |
| Attorney Docket Number | 4358-0172PUS1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (*if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA* | US-4,679,063-A | 07-07-1987 | White | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (*if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. * CITE NO.: Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5851887 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Shasta Corum |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 07-AUG-2009 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 17:08:11 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20090807InformationDisclosureStatement.PDF | 263210<br>d650ba74c3099d8497dd6c3d58f5e02698b72768 | yes | 6 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Transmittal Letter | 1 | 5 |
| | Information Disclosure Statement (IDS) Filed (SB/08) | 6 | 6 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 263210 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962

Confirmation No.: 4044

Filed: March 19, 2006

Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR

Examiner: Wilson, Allan R.

**INFORMATION DISCLOSURE STATEMENT (SUBMISSION AFTER FILING OF AN APPLICATION BUT BEFORE FINAL REJECTION OR NOTICE OF ALLOWANCE OR CONCURRENTLY WITH A RULE 1.114 RCE APPLICATION)**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

Pursuant to 37 C.F.R. §§ 1.97 and 1.98, applicant(s) hereby submit(s) an Information Disclosure Statement for consideration by the Examiner.

I. LIST OF PATENTS, PUBLICATIONS OR OTHER INFORMATION

The patents, publications, or other information submitted for consideration by the Office are listed on the PTO-SB08(s), attached hereto.

II. COPIES

☒ a. Copies of cited U.S. patents and patent application publications are not included. Copies of foreign patent documents and non-patent literature are included.

☐ b. Some or all of the documents listed on the PTO-SB08 are not enclosed because they were cited in the International Search Report and copies should already be in the PTO file. If copies are needed, please contact the undersigned.

☐ c. REFERENCES PREVIOUSLY CITED OR SUBMITTED - Pursuant to 37 C.F.R. §1.98(d), consideration of information listed on the PTO-SB08 form(s) is requested since any patents, publications, or other information which are listed on the PTO-SB08 form(s) but for which copies are not enclosed herewith, were previously cited by or submitted to the PTO in one of the following applications which has been relied upon for an earlier filing date under 35 U.S.C. § 120:

III. CONCISE EXPLANATION OF THE RELEVANCE

(check at least one box)

☒ a. DOCUMENTS IN THE ENGLISH LANGUAGE – Some or all of the patents, publications, or other information listed on the attached PTO SB08 are in the English language and therefore, do not require a statement of relevancy.

☐ b. DOCUMENTS NOT IN THE ENGLISH LANGUAGE - A concise explanation of the relevance of all patents, publications, or other information listed that is not in the English language is as follows:

☐ c. ENGLISH LANGUAGE SEARCH REPORT - An English language version of the search report or action that indicates the degree of relevance found by the foreign office is attached, thereby satisfying the requirement for a concise explanation. See MPEP 609(III)(A)(3).

☐ d. OTHER - The following additional information is provided for the Examiner's consideration.

IV. FEES (check one box)

☐ a. This Information Disclosure Statement is being filed concurrently with the filing of a new patent application; therefore, no fee is required.

☐ b. This Information Disclosure Statement is being filed concurrent with the filing of a continuation-in-part, continuation, or divisional patent application; therefore, no fee is required.

☐ c. This Information Disclosure Statement is being filed within three months of the filing date of a national application (37 C.F.R. § 1.97(b)(1)). No fee or statement is required. *(This section is not to be used with RCE's.)*

☐ d. This Information Disclosure Statement is being filed within three months of the date of entry of the national stage as set forth in § 1.491 in an international application (37 C.F.R. § 1.97(b)(2)). No fee or statement is required.

☐ e. This Information Disclosure Statement is being filed concurrently with the filing of a Request for Continued Examination under § 1.114 (37 C.F.R. § 1.97(b)(4)). No fee or statement is required.

☐ f. This Information Disclosure Statement is being filed before the mailing date of a first Action on the merits (37 C.F.R. § 1.97(b)(3)). No fee or statement is required. In the event that a first Office Action on the merits has been issued, please consider this IDS under 37 C.F.R. § 1.97(c) and see the statement under 37 C.F.R. § 1.97(e) below, or, if no statement has been made, charge our deposit account for the fee as required by 37 C.F.R. § 1.17(p).

☒ g. This Information Disclosure Statement is being filed before the mailing date of a Final Office Action under 37 C.F.R. § 1.113 (See 37 C.F.R. § 1.97(c)(1)) or before the mailing date of a Notice of Allowance under 37 C.F.R. § 1.311 (See 37 C.F.R. § 1.97(c)(2)).

☐ No statement; therefore, a fee as required by 37 C.F.R. § 1.17(p) is attached.

or

☒ See the statement below. No fee is required.

V. STATEMENT UNDER 37 C.F.R. § 1.97(e)

(check only one box)

The undersigned hereby states that:

☐ **a. Each item of information contained in the IDS was first cited in any communication from a foreign Patent Office in a counterpart foreign application not more than 30 days prior to the filing of this IDS; or**

☒ b. Each item of information contained in the IDS was first cited in any communication from a foreign Patent Office in a counterpart foreign application not more than three months prior to the filing of this IDS; or

☐ c. No item of information contained in the IDS was cited in a communication from a foreign Patent Office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of IDS was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of the IDS.

☐ d. Some of the items of information were cited in a communication from a foreign Patent Office. As to this information, the undersigned states that each item of information contained in the IDS was first cited in a communication from a foreign Patent Office in a counterpart foreign application not more than three months prior to the filing of this IDS. As to the remaining information, the undersigned hereby states that no item of this remaining information contained in the IDS was cited in a communication from a foreign Patent Office in a counterpart foreign application and, to the best of my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this statement.

VI. <u>PAYMENT OF FEES</u> (check one box)

☐ The required fee is listed on the attached Fee Transmittal.

☐ No fee is required.

If the Examiner has any questions concerning this IDS, he/she is requested to contact the undersigned. If it is determined that this IDS has been filed under the wrong rule, the PTO is

requested to consider this IDS under the proper rule and charge the appropriate fee to Deposit Account No. 02-2448.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies, to charge payment or credit any overpayment to our Deposit Account No. 02-2448 for any additional fees required under 37 C.F.R. § 1.16 or under § 1.17; particularly, extension of time fees.

Dated: August 7, 2009

Respectfully submitted,

By ______________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

Attachment(s):

- ☒ PTO/SB/08
- ☐ Document(s)
- ☐ Foreign Search Report(s)
- ☐ Fee
- ☐ Other:

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

2292 7590 07/28/2009
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |
| **ART UNIT** | **PAPER NUMBER** |
| 2815 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/28/2009 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

mailroom@bskb.com

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 11/276,962 | MAIMON, SHIMON |
| | Examiner | Art Unit |
| | ALLAN R. WILSON | 2815 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *16 June 2009*.

2a)☐ This action is **FINAL**. 2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *12-14,35-37,45-50,78 and 79* is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *12-14,35-37,45-50,78 and 79* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

## DETAILED ACTION

### *Response to Amendment*

The amendment filed on June 3, 2009 has been entered.

### *Response to Arguments*

Applicant's request for reconsideration (by phone conversation with Michael Mutter) of the finality of the rejection of the last Office action is persuasive and, therefore, the finality of that action is withdrawn. This rejection is Non-Final.

### *Claim Objections*

Claim 47 is objected to because of the following informalities: Top of page 5, "said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector" is confusing. If the contact layer comprises **one** individual section, it can not be separate from each other. Note: if the claim where rewritten so the contact layer only comprises more than one individual sections, it may overcome the present prior art. Appropriate correction is required.

### *Claim Rejections - 35 USC § 112*

The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claim 37 is rejected under §112 second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

The term "minimized" in claim 37 is a relative term which renders the claim indefinite. The term " minimized " is not defined by the claim, the specification does not provide a standard for ascertaining the requisite degree, and one of ordinary skill in the art would not be reasonably apprised of the scope of the invention. The amount of the depletion zones is unclear.

***Claim Rejections - 35 USC § 102***

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

**Claims 12-14 and 35-37 are rejected under 35 U.S.C. 102(e) as being anticipated by US Patent Application Publication No. 2006/0267007 to Salzman et al. (hereinafter "Salzman") (of record).**

**Regarding claim 35**, Salzman illustrates in at least figures 1A and 1B with the associated text:

A photo-detector (abstract) with a reduced dark current, comprising:

a photo absorbing layer 103 comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector (Fig. 1B);

a barrier layer 105 comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer 107 comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein during operation said barrier layer functions to achieve passivation of said photo-detector (inherent for the same structure and materials).

**Regarding claims 12-14,** Salzman illustrates in figure 1A said photo absorbing layer and contact layer are constituted of InAs.

**Regarding claims 36,** Salzman illustrates in figure 1A the photo absorbing layer and the contact layer are both n-type.

**Regarding claims 37,** Salzman illustrates in figure 1B the alignments of respective edges of the valence band energy 161 and conduction band energy 163 at interfaces between the photo absorbing layer 103 and the barrier layer 105 and between the contact layer 107 and the barrier layer occur with minimized depletion zones.

***Claim Rejections - 35 USC § 103***

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

**Claims 45-48, 78 and 79 are rejected under 35 U.S.C. 103(a) as being unpatentable over International Publication No. WO 2005/004243 to Klipstein (hereafter "Klipstein") in view of US Patent No. 4,731,640 to Bluzer (both of record).**

**Regarding claims 45 and 78**, Klipstein illustrates in figures 4a-8b and associated text:

A photo-detector comprising:

a photo absorbing layer or first layer 13 comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer 12 exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer or second layer 11 comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy ($E_V$ - FIG. 4a) substantially equal to said valence band energy of said photo absorbing layer [The difference only being Δ.] and a conduction band energy ($E_C$) greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact area (i.e. page 19-21, particularly page 21, lines 10-15), and

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector.

The limitation "during operation said barrier layer functions to achieve passivation of the photo-detector" is not considered to add any structure to the claimed device and is considered to be intended use of the device. It has been held that a recitation with respect to the manner in which a claimed apparatus is intended to be employed does not differentiate the claimed apparatus from a prior art apparatus satisfying the claimed structural limitations. *Ex parte* Masham, 2 USPQ2d 1647 (1987). Additionally, since the claimed material and structure limitation are met by Klipstein, the limitation relating to the properties are also inherent.

wherein said contact layer comprises one individual section, the section corresponding to an individual detector element (The Examiner chose the "one" … individual section from the groups "one or more.").

Klipstein does not show said barrier layer extends past the one individual section of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. Bluzer illustrates in figures 2 a barrier layer 16' extends past the one individual section of the contact layer 15 in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. It would have been obvious to one of ordinary skill in the art at the time the invention was made to have a barrier layer extend past in Klipstein. The motivation for doing this is to allow the contact to be easily aligned to the barrier layer.

**Regarding claim 47**, same as rejection of claim 45. It would be obvious to reverse the conductivity and still have a the same structure of a device. This is well known in the art.

**Regarding claims 46, 48 and 79**, Bluzer illustrates in figure 5 the photo absorbing layer 7 extends past the one individual section of the contact layer 16' in the direction across the photo-detector, and is monolithically provided for the individual detector element.

**Claims 49 and 50 are rejected under 35 USC § 103 (a) as being unpatentable over Salzman as applied to claim 35 above, and further in view of Bluzer.**

**Regarding claim 49**, Salzman is discussed above, it does not show said barrier layer extends past the one individual section of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. Bluzer illustrates in figures 2 a barrier layer 16' extends past the one individual section of the contact layer 15 in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. It would have been obvious to one of ordinary skill in the art at the time the invention was made to have a barrier layer extend past in Salzman. The motivation for doing this is to allow the contact to be easily aligned to the barrier layer.

**Regarding claim 50**, Bluzer illustrates in figure 5 the photo absorbing layer 7 extends past the one individual section of the contact layer 16' in the direction across the photo-detector, and is monolithically provided for the individual detector element.

Any inquiry concerning this communication or earlier communications from an examiner should be directed to Primary Examiner Allan Wilson whose telephone number is 571-272-1738. Examiner Wilson can normally be reached 7:00-3:30 Monday-Friday (off first Friday).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ken Parker can be reached on 571-272-2298. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

/Allan R. Wilson/
Primary Examiner, Art Unit 2815

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

2292 7590 06/23/2009
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |
| **ART UNIT** | **PAPER NUMBER** |
| 2815 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/23/2009 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

mailroom@bskb.com

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 11/276,962 | MAIMON, SHIMON |
| | **Examiner** | **Art Unit** |
| | ALLAN R. WILSON | 2815 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *09 June 2009*.

2a)☒ This action is **FINAL**. 2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *12-14,35-37,45-50,78 and 79* is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *12-14,35-37,45-50,78 and 79* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

**DETAILED ACTION**

***Response to Amendment***

The amendment filed on June 3, 2009 has been entered.

***Response to Arguments***

Applicant's request for reconsideration of the finality of the rejection of the last Office action is persuasive and, therefore, the finality of that action is withdrawn. However, upon further consideration, a new ground(s) of rejection is made.

***Claim Objections***

Claim 47 is objected to because of the following informalities: Top of page 5, "said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector" is confusing. If the contact layer comprises **one** individual section, it can not be separate from each other. Appropriate correction is required.

***Claim Rejections - 35 USC § 112***

The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claim 37 is rejected under §112 second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

The term "minimized" in claim 37 is a relative term which renders the claim indefinite. The term " minimized " is not defined by the claim, the specification does not provide a standard for ascertaining the requisite degree, and one of ordinary skill in the art would not be reasonably apprised of the scope of the invention. The amount of the depletion zones is unclear.

### ***Claim Rejections - 35 USC § 102***

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

**Claims 12-14 and 35-37 are rejected under 35 U.S.C. 102(e) as being anticipated by US Patent Application Publication No. 2006/0267007 to Salzman et al. (hereinafter "Salzman") (of record).**

**Regarding claim 35**, Salzman illustrates in at least figures 1A and 1B with the associated text:

A photo-detector (abstract) with a reduced dark current, comprising:

a photo absorbing layer 103 comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector (Fig. 1B);

a barrier layer 105 comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer 107 comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein during operation said barrier layer functions to achieve passivation of said photo-detector (inherent for the same structure and materials).

**Regarding claims 12-14,** Salzman illustrates in figure 1A said photo absorbing layer and contact layer are constituted of InAs.

**Regarding claims 36,** Salzman illustrates in figure 1A the photo absorbing layer and the contact layer are both n-type.

**Regarding claims 37,** Salzman illustrates in figure 1B the alignments of respective edges of the valence band energy 161 and conduction band energy 163 at interfaces between the photo absorbing layer 103 and the barrier layer 105 and between the contact layer 107 and the barrier layer occur with minimized depletion zones.

***Claim Rejections - 35 USC § 103***

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

**Claims 47, 48, 78 and 79 are rejected under 35 U.S.C. 103(a) as being unpatentable over International Publication No. WO 2005/004243 to Klipstein (hereafter "Klipstein") in view of US Patent No. 4,731,640 to Bluzer (both of record).**

**Regarding claims 47 and 78**, Klipstein illustrates in figures 4a-8b and associated text:

A photo-detector comprising:

a photo absorbing layer or first layer 13 comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer 12 exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer or second layer 11 comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy ($E_V$ - FIG. 4a) substantially equal to said valence band energy of said photo absorbing layer [The difference only being Δ.] and a conduction band energy ($E_C$) greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact area (i.e. page 19-21, particularly page 21, lines 10-15), and

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector.

The limitation "during operation said barrier layer functions to achieve passivation of the photo-detector" is not considered to add any structure to the claimed device and is considered to be intended use of the device. It has been held that a recitation with respect to the manner in which a claimed apparatus is intended to be employed does not differentiate the claimed

apparatus from a prior art apparatus satisfying the claimed structural limitations. *Ex parte* Masham, 2 USPQ2d 1647 (1987). Additionally, since the claimed material and structure limitation are met by Klipstein, the limitation relating to the properties are also inherent.

wherein said contact layer comprises one individual section, the section corresponding to an individual detector element.

Klipstein does not show said barrier layer extends past the one individual section of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. Bluzer illustrates in figures 2 a barrier layer 16' extends past the one individual section of the contact layer 15 in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. It would have been obvious to one of ordinary skill in the art at the time the invention was made to have a barrier layer extend past in Klipstein. The motivation for doing this is to allow the contact to be easily aligned to the barrier layer.

**Regarding claims 48 and 79**, Bluzer illustrates in figure 5 the photo absorbing layer 7 extends past the one individual section of the contact layer 16' in the direction across the photo-detector, and is monolithically provided for the individual detector element.

**Claims 49 and 50 are rejected under 35 USC § 103 (a) as being unpatentable over Salzman as applied to claim 35 above, and further in view of Bluzer.**

**Regarding claim 49**, Salzman is discussed above, it does not show said barrier layer extends past the one individual section of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. Bluzer

illustrates in figures 2 a barrier layer 16’ extends past the one individual section of the contact layer 15 in the direction across the photo-detector, and is monolithically provided for each of the individual detector element. It would have been obvious to one of ordinary skill in the art at the time the invention was made to have a barrier layer extend past in Salzman. The motivation for doing this is to allow the contact to be easily aligned to the barrier layer.

**Regarding claim 50**, Bluzer illustrates in figure 5 the photo absorbing layer 7 extends past the one individual section of the contact layer 16’ in the direction across the photo-detector, and is monolithically provided for the individual detector element.

***Conclusion***

Applicant's amendment filed on 9/10/08 necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from an examiner should be directed to Primary Examiner Allan Wilson whose telephone number is 571-272-1738. Examiner Wilson can normally be reached 7:00-3:30 Monday-Friday (off first Friday).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ken Parker can be reached on 571-272-2298. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

/Allan R. Wilson/
Primary Examiner, Art Unit 2815

| *Notice of References Cited* | Application/Control No. 11/276,962 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner ALLAN R. WILSON | Art Unit 2815 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2006/0108528 | 05-2006 | Qiu, Chang-Hua | 250/338.4 |
| * | B | US-6,380,604 | 04-2002 | Shima, Masashi | 257/466 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| ***Search Notes*** | Application/Control No. 11/276,962 | Applicant(s)/Patent under Reexamination MAIMON, SHIMON |
| --- | --- | --- |
| | Examiner ALLAN R. WILSON | Art Unit 2815 |

**SEARCHED**

| Class | Subclass | Date | Examiner |
| --- | --- | --- | --- |
| 257 | 189, 441 | 6/17/2009 | AW |
| 257 | E31.019 | 6/17/2009 | AW |
| 257 | E31.021 | 6/17/2009 | AW |

**SEARCH NOTES (INCLUDING SEARCH STRATEGY)**

| | DATE | EXMR |
| --- | --- | --- |
| See Examiner's search strategy and results – EAST Search History | 6/17/2009 | AW |

**INTERFERENCE SEARCHED**

| Class | Subclass | Date | Examiner |
| --- | --- | --- | --- |

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S51 | 348 | barrier same (undoped near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 08:20 |
| S52 | 453272 | photosens$3 or (photo sens$3) or photodetect $3 or (photo detect$3) or photodiode or (photo diode) or (image sens$3) or (photo gate) or photogate | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 08:20 |
| S53 | 51 | S51 and S52 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 08:21 |
| S54 | 216 | barrier with (undoped near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 08:51 |
| S56 | 1602 | barrier near3 undoped | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 09:23 |
| S57 | 663 | (257/189,441,E31.019, E31.021).CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO | OR | OFF | 2009/06/17 09:24 |
| S58 | 19 | S56 and S57 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 09:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S59 | 10415 | contact with (inas or inassb or ingaas or (inas/ingasb) or hgcdte) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 10:18 |
| S60 | 2590 | contact near3 (inas or inassb or ingaas or (inas/ingasb) or hgcdte) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 10:18 |
| S61 | 67 | S56 and S60 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 10:19 |
| S62 | 2 | 11/276962 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 10:40 |
| S63 | 0 | S62 and minimized | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2009/06/17 10:40 |

**6/17/09 1:45:57 PM**
**C:\ Documents and Settings\ awilson\ My Documents\ EAST\ Workspaces\ 11\ 11276962.wsp**

Receipt date: 06/03/2009 11276962 - GAU: 2815

# AMENDMENT TRANSMITTAL LETTER

Docket No. 4358-0172PUS1

| Application No. | Filing Date | Examiner | Art Unit |
|---|---|---|---|
| 11/276,962-Conf. #4044 | March 19, 2006 | A. R. Wilson | 2815 |

Applicant(s): Shimon MAIMON

Invention: REDUCED DARK CURRENT PHOTODETECTOR

**MS AF**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated and is transmitted as shown below.

| CLAIMS AS AMENDED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Claims Remaining After Amendment | | Highest Number Previously Paid | | Number Extra Claims Present | | Rate | |
| Total Claims | 14 | - | 75 | = | 0 | x | 52.00 | 0.00 |
| Independent Claims | 4 | - | 5 | = | 0 | x | 220.00 | 0.00 |
| Multiple Dependent Claims (check if applicable) ☐ | | | | | | | | |
| Other fee (please specify): | | | | | | | | |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT: | | | | | | | | 0.00 |

☒ Large Entity ☐ Small Entity

☒ No additional fee is required for this amendment.

☐ Please charge Deposit Account No. ____________ in the amount of $ ____________ . A duplicate copy of this sheet is enclosed.

☐ A check in the amount of $ ____________ is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge and credit Deposit Account No. 02-2448 as described below. A duplicate copy of this sheet is enclosed.

- ☒ Credit any overpayment.
- ☒ Charge any additional filing or application processing fees required under 37 CFR 1.16 and 1.17.

Dated: June 3, 2009

Michael K. Mutter
Attorney Reg. No.: 29,680

BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR Examiner: Alan R. Wilson

**REVISED AMENDMENT AFTER FINAL ACTION UNDER 37 C.F.R. 1.116**

MS AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

**INTRODUCTORY COMMENTS**

Responsive to the Examiner's Office Action dated January 9, 2009, the following amendments and remarks are respectfully submitted in connection with the above-identified application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 7 of this paper.

OK TO ENTER: /A.W./

Birch, Stewart, Kolasch & Birch, LLP MKM/kcm

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

2292 7590 06/16/2009
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |
| ART UNIT | PAPER NUMBER |
| 2815 | |
| NOTIFICATION DATE | DELIVERY MODE |
| 06/16/2009 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

mailroom@bskb.com

PTOL-90A (Rev. 04/07)

| **Interview Summary** | **Application No.** 11/276,962 | **Applicant(s)** MAIMON, SHIMON |
|---|---|---|
| | **Examiner** ALLAN R. WILSON | **Art Unit** 2815 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *ALLAN R. WILSON*. (3)_____.

(2) *JOHN SANDERS*. (4)_____.

Date of Interview: *09 June 2009*.

Type: a)☒ Telephonic b)☐ Video Conference
c)☐ Personal [copy given to: 1)☐ applicant 2)☐ applicant's representative]

Exhibit shown or demonstration conducted: d)☐ Yes e)☒ No.
If Yes, brief description: _____.

Claim(s) discussed: *12,45 and 47*.

Identification of prior art discussed: *Klipstein*.

Agreement with respect to the claims f)☐ was reached. g)☒ was not reached. h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *The second amendment after final should be entered. The claims will be considered by the Examiner*.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

/ALLAN R WILSON/
Primary Examiner, Art Unit 2815

PTO/SB/17 (10-08)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number

*Effective on 12/08/2004.*
*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2009

☐ Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) 1,030.00 |
|---|---|

| Complete if Known | |
|---|---|
| Application Number | 11/276,962-Conf. #4044 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Examiner Name | A. R. Wilson |
| Art Unit | 2815 |
| Attorney Docket No. | 4358-0172PUS1 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit Card ☐ Money Order ☐ None ☐ Other (please identify): ______

☒ Deposit Account Deposit Account Number: 02-2448 Deposit Account Name: Birch, Stewart, Kolasch & Birch, LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☒ Charge fee(s) indicated below ☐ Charge fee(s) indicated below, **except for the filing fee**

☒ Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17 ☒ Credit any overpayments

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| | FILING FEES | | SEARCH FEES | | EXAMINATION FEES | | |
|---|---|---|---|---|---|---|---|
| Application Type | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
| Utility | 330 | 165 | 540 | 270 | 220 | 110 | |
| Design | 220 | 110 | 100 | 50 | 140 | 70 | |
| Plant | 220 | 110 | 330 | 165 | 170 | 85 | |
| Reissue | 330 | 165 | 540 | 270 | 650 | 325 | |
| Provisional | 220 | 110 | 0 | 0 | 0 | 0 | |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 52 | 26 |
| Each independent claim over 3 (including Reissues) | 220 | 110 |
| Multiple dependent claims | 390 | 195 |

| Total Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 14 | - 75or HP = | 0 | x | | = | |

HP = highest number of total claims paid for, if greater than 20.

| Multiple Dependent Claims Fee ($) | Fee Paid ($) |
|---|---|
| | |

| Indep. Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 4 | - 5 or HP = | 0 | x | | = | |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $270 ($135 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| | - 100 = | | /50 = | | (round up to a whole number) x | | = | |

**4. OTHER FEE(S)**

| | Fees Paid ($) |
|---|---|
| Non-English Specification, $130 fee (no small entity discount) | |
| Other (e.g., late filing surcharge): 1401 Notice of appeal | 540.00 |
| 1252 Extension for response within second month | 490.00 |

**SUBMITTED BY**

| Signature | [signature] #34,491 | Registration No. (Attorney/Agent) | 29,680 | Telephone | (703) 205-8000 |
|---|---|---|---|---|---|
| Name (Print/Type) | Michael K. Mutter | | | Date | June 9, 2009 |

Birch, Stewart, Kolasch & Birch, LLP

MKM/JRS/py

SM000000619

PTO/SB/22 (06-09)
Approved for use through 06/30/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)**<br>**FY 2009**<br>***(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)*** | Docket Number (Optional)<br>4358-0172PUS1 |
|---|---|
| Application Number 11/276,962-Conf. #4044 | Filed March 19, 2006 |
| For REDUCED DARK CURRENT PHOTODETECTOR | |
| Art Unit 2815 | Examiner A. R. Wilson |

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | Fee | Small Entity Fee | |
|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $130 | $65 | $ |
| ☒ | Two months (37 CFR 1.17(a)(2)) | $490 | $245 | $ 490.00 |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $1110 | $555 | $ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $1730 | $865 | $ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $2350 | $1175 | $ |

☐ Applicant claims small entity status. See 37 CFR 1.27.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 02-2448 .

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☐ applicant/inventor.

☐ assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

☒ attorney or agent of record. Registration Number 29,680

☐ attorney or agent under 37 CFR 1.34.
Registration number if acting under 37 CFR 1.34 ______

#39,491
Signature — June 9, 2009 Date

Michael K. Mutter
Typed or printed name — (703) 205-8000 Telephone Number

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☒ Total of 1 forms are submitted.

PTO/SB/31 (06-09)
Approved for use through 06/30/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **NOTICE OF APPEAL** FROM THE EXAMINER TO THE BOARD OF PATENT APPEALS AND INTERFERENCES | | Docket Number (Optional) 4358-0172PUS1 |
|---|---|---|
| | In re Application of Shimon MAIMON | |
| | Application Number 11/276,962-Conf. #4044 | Filed March 19, 2006 |
| | For REDUCED DARK CURRENT PHOTODETECTOR | |
| | Art Unit 2815 | Examiner A. R. Wilson |

Applicant hereby **appeals** to the Board of Patent Appeals and Interferences from the last decision of the examiner.

The fee for this Notice of Appeal is (37 CFR 41.20(b)(1)) $ 540.00

- [ ] Applicant claims small entity status. See 37 CFR 1.27. Therefore, the fee shown above is reduced by half, and the resulting fee is: $______
- [ ] A check in the amount of the fee is enclosed.
- [ ] Payment by credit card. Form PTO-2038 is attached.
- [x] The Director has already been authorized to charge fees in this application to a Deposit Account.
- [x] The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No. 02-2448 .
- [x] A petition for an extension of time under 37 CFR 1.136(a) (PTO/SB/22) is enclosed.

**WARNING: INFORMATION ON THIS FORM MAY BECOME PUBLIC. CREDIT CARD INFORMATION SHOULD NOT BE INCLUDED ON THIS FORM. PROVIDE CREDIT CARD INFORMATION AND AUTHORIZATION ON PTO-2038.**

I am the

- [ ] applicant /inventor.
- [ ] assignee of record of the entire interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)
- [x] attorney or agent of record. Registration number 29,680
- [ ] attorney or agent acting under 37 CFR 1.34. Registration number if acting under 37 CFR 1.34. ______

#39,491
Signature

Michael K. Mutter
Typed or printed name

(703) 205-8000
Telephone number

June 9, 2009
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

- [x] *Total of 1 forms are submitted.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11276962 |
| **Filing Date:** | 19-Mar-2006 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Michael Keith Mutter/Patti Young |
| **Attorney Docket Number:** | 4358-0172PUS1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Notice of appeal | 1401 | 1 | 540 | 540 |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 2 months with $0 paid | 1252 | 1 | 490 | 490 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1030** |

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 5484809 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Patti Young |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 09-JUN-2009 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 17:50:40 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1030 |
| RAM confirmation Number | 4172 |
| Deposit Account | 022448 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20090609NOAEOT.pdf | 142944<br>3d1ac2400ddc9c9f3bbbce9313e1aad4b9939c7c | yes | 3 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Extension of Time | 2 | 2 |
| Notice of Appeal Filed | 3 | 3 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 32043<br>f5df560e7f9d3102f6a29ddcdd14135b3a269de2 | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 174987 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

| AMENDMENT TRANSMITTAL LETTER | | | Docket No. 4358-0172PUS1 |
|---|---|---|---|
| Application No. 11/276,962-Conf. #4044 | Filing Date March 19, 2006 | Examiner A. R. Wilson | Art Unit 2815 |

Applicant(s): Shimon MAIMON

Invention: REDUCED DARK CURRENT PHOTODETECTOR

**MS AF**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

Transmitted herewith is an amendment in the above-identified application.

The fee has been calculated and is transmitted as shown below.

| CLAIMS AS AMENDED | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claims Remaining After Amendment | | Highest Number Previously Paid | | Number Extra Claims Present | | Rate | | |
| **Total Claims** | 14 | - | 75 | = | 0 | x | 52.00 | | 0.00 |
| **Independent Claims** | 4 | - | 5 | = | 0 | x | 220.00 | | 0.00 |
| **Multiple Dependent Claims (check if applicable)** ☐ | | | | | | | | | |
| **Other fee (please specify):** | | | | | | | | | |
| **TOTAL ADDITIONAL FEE FOR THIS AMENDMENT:** | | | | | | | | | 0.00 |

[x] Large Entity    [ ] Small Entity

[x] No additional fee is required for this amendment.

[ ] Please charge Deposit Account No. ____________ in the amount of $ ____________ . A duplicate copy of this sheet is enclosed.

[ ] A check in the amount of $ ____________ is enclosed.

[ ] Payment by credit card. Form PTO-2038 is attached.

[x] The Director is hereby authorized to charge and credit Deposit Account No. 02-2448 as described below. A duplicate copy of this sheet is enclosed.

- [x] Credit any overpayment.
- [x] Charge any additional filing or application processing fees required under 37 CFR 1.16 and 1.17.

Dated: June 3, 2009

Michael K. Mutter
Attorney Reg. No.: 29,680

BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR Examiner: Alan R. Wilson

**REVISED AMENDMENT AFTER FINAL ACTION UNDER 37 C.F.R. 1.116**

MS AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

**INTRODUCTORY COMMENTS**

Responsive to the Examiner's Office Action dated January 9, 2009, the following amendments and remarks are respectfully submitted in connection with the above-identified application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 7 of this paper.

**AMENDMENTS TO THE CLAIMS**

*Please amend the claims as follows:*

1 - 11. (Cancelled)

12. (Previously Presented) A photo-detector according to claim 35, wherein said photo absorbing layer is constituted of one of InAs, InAsSb, InGaAs, Type II super lattice InAs/InGaSb and HgCdTe.

13. (Previously Presented) A photo-detector according to claim 12, wherein said contact layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

14. (Previously Presented) A photo-detector according to claim 13, wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions.

15. (Cancelled)

16 – 34 (Cancelled)

35. (Currently Amended) A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

~~an~~ a barrier layer comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein during operation said barrier layer functions to achieve passivation of said photo-detector.

36. (Previously Presented) The photo-detector according to claim 35, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

37. (Previously Presented) The photo-detector according to claim 35, wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones.

38 – 44 (Cancelled)

45. (Currently Amended) The photo-detector ~~according to claim 1~~, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact area,

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector;

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, and

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

46. (Previously Presented) The photo-detector according to claim 45, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

47. (Currently Amended) The photo-detector ~~according to claim 18~~ comprising:

a photo absorbing layer comprising an p-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that a valence energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said valence energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact layer and to substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact layer,

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector;

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, and

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

48. (Previously Presented) The photo-detector according to claim 47, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

49. (Previously Presented) The photo-detector according to claim 35,

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

50. (Previously Presented) The photo-detector according to claim 49, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

51 – 77 (Cancelled)

78. (Currently Amended) ~~The~~ A photo-detector ~~according to claim 51,~~ comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy,

a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer,

wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer,

and wherein during operation said barrier layer functions to achieve passivation of the photo-detector,

wherein said second layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

79. (Previously Presented) The photo-detector according to claim 78, wherein the first layer extends past the one or more individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

80 – 84 (Cancelled)

**REMARKS**

Claims 12-14, 35-37, 45-50, 78 and 79 are now pending in the present application. Claims 35, 45, 47 and 78 are now independent. All present independent claims have been amended solely by rewriting them into independent form to include all of their dependent limitations, and therefore cannot raise new issues in the present application.

Claims 1, 3-6, 8-10, 15-18, 20-23, 25-27, 29-31, 38-44, and 51-77, are cancelled by this response in order to simplify the issues after final, and progress towards an indication of allowability of some subject matter in the present application. However, applicants do not intend to abandon the subject matter of these claims and plan to present these claims in a later continuing application.

The only amendment in the present application other than the rewriting of dependent claims 45, 47 and 78 in independent form to include the limitations of their dependent claims is the correction of the phrase "an barrier layer" to the proper article --a-- barrier layer in independent claim 35. Since no other amendments have been presented in this response, this response should be entered for the purpose of appeal.

**Interview**

The applicants would like to thank the Examiner for the interview conducted on December 11, 2008 in the above-identified application. In this interview, the Klipstein prior art reference was extensively discussed, particularly with reference to claims 1 and 9 but no agreement was reached.

**The Section 112 Rejections**

The cancellation of claims associated with the present response has overcome the Examiner's 35 U.S.C. § 112, first and second paragraph rejections of claims 9, 10, 17, 26, 27, 56, and 57.

**The Art Rejections**

Of the claims pending after entry of the present response, all claims stand rejected as being anticipated by the Klipstein PCT publication WO 2005/004243 A1 (hereinafter the Klipstein reference). The present application now includes four (4) independent claims. These claims include former independent claim 35, and claims 45, 47, and 78 which are former dependent claims re-written in independent form in the present response to include all the limitations of their independent parent claims without adding any additional limitations. The rejection of these claims as being anticipated by Klipstein is respectfully traversed to the extent it applies to the present pending claims. The Klipstein reference discloses only a p-n junction device materially different from a photosensor as disclosed in the present application where the barrier layer may be undoped and the device may have equal doping on both sides of this barrier. The principles of the present application substantially distinguish over the teachings of the Klipstein reference for at least the following reasons. For these reasons, the Examiner is respectfully requested to reconsider and withdraw his rejection as it applies to the presently pending claims.

**Claim 35 and its Dependent Claims**

Claim 35 distinguishes over the Klipstein reference in several ways. For example, Claim 35 requires a "photoabsorbing layer", "a contact layer comprising a doped semiconductor" and "a barrier layer comprising an undoped semiconductor". Nothing within the Klipstein PCT presentation teaches or suggests the use of an undoped semiconductor as a barrier layer in a photodetector. The Klipstein publication discloses a barrier layer which is always doped n-type or p-type. See, for example, paragraphs 2 or 3 of page 9, the last 2 paragraphs of page 10 and first paragraph of page 11, and the bottom of page 16 where Klipstein refers to the characterizing feature of the light detector as being of the form p-p-n where the second p layer is the barrier layer or p-n-n wherein the first n layer is the barrier layer. In every instance, the Klipstein reference discloses that the barrier layer is a doped layer. This highlights its difference to the present invention claim 35 requires a "barrier layer comprising a undoped semiconductor". Thus, claim 35 is not anticipated by the Klipstein reference.

Claim 36 depends from claim 35 and requires the photoabsorbing layer and the contact layer to be either both n-doped or both p-doped. In the Klipstein reference, the disclosed devices are always p-n junction photosensors and thus, when the photoabsorbing layer is n-type, the contact layer must be p-type, and vise versa. In contrast, the device of the present application does not function as a p-n junction photodiode, instead performing as a high performance photosensor. Thus, while the Klipstein reference only discloses a p-n junction photodiode, the principle construction of devices in accordance with claim 36 require the photoabsorbing layer and contact layer to be of the same doping type.

Dependent claim 49 depends from claim 35 and recites the inventive feature of claims 45 and 47 discussed below. Thus dependent claim 49 is further patentable for the reasons discussed below.

Dependent claim 14 is considered obvious by the examiner over Klipstein.[1] However Klipstein cannot teach this limitation since in all of the Klipstein embodiments, Klipstein uses p-doping for one material and n-doping for the other material. Thus, Klipstein expressly teaches away from substantially identical compositions in both the contact layer and photo absorbing layer.

Dependent claims 12, 13, and 37 depend from claim 35 directly or indirectly and are thus also allowable for the foregoing reasons.

**Independent Claims 45, 47, and 78 and their Dependent Claims**

Independent claims 45 and 47 are dependent claims rewritten in independent form to include all of the limitations of their parent claims. Each of these claims is directed to a mesa type structure such as illustrated in figures 1A and 1B where the barrier layer extends beyond the peripheral extent of the contact area to reduce or eliminate leakage currents between the contact layer and photoabsorbing layer. These claims each recite the construction of the contact layer with one or more individual sections which are separate from each other in a direction across the photodetector, each individual section corresponding to an individual detector element,

[1] See the rejection of page 10 of the outstanding office action.

> "wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photodetector".[2]

This limitation is, in one embodiment of the disclosed invention of the present application, illustrated in Figure 1B where the barrier layer 40 extends entirely around the periphery of the contact area 110, as perhaps best illustrated in Figure 1C. The Examiner contends that the barrier layer 12 of Klipstein extends past the one individual section of the contact layer in the direction across the photosensor. However, the Examiner fails to explain this conclusion. In all embodiments of Klipstein, the barrier layer 12, 12a, 16, 12a, 26 or 34 does not extend beyond the periphery of either the contact layer or photoabsorbing layer. Thus, claims 45 and 47 clearly recite structure not shown or suggested by the Klipstein reference as applied by the Examiner. Extending the barrier layer beyond all edges of the contact layer avoids leakage currents that impair the performance of the photosensors employing the concepts of the present invention. Thus, there is substantial improved performance in the geometry of the devices of claims 45 and 47 as compared to that of the Klipstein reference.

Independent claim 78 a limitation similar to that quoted above with respect to claims 45 and 47. Independent claim 78 requires:

> "wherein said barrier layer extends past the one or more individual sections of the second layer in the direction across the photodetector".

In this claim, the second layer is a doped semiconductor having the same majority carrier type as the first layer that is also a doped semiconductor. Thus, in addition to claim 78 requiring the barrier layer to extend to form a mesa type structure that avoids leakage currents, the requirement that both the first and second layers have the same majority carrier type means that they must both be n-doped or p-doped, and thus cannot be taught by Klipstein which discloses only a p-n junction device.

---

[2] Last paragraph of both independent claims 45 and 47.

**The Present Amendments Should be Entered After Final**

Since all of the current independent claims of the present application were claims previously pending in the present application rewritten in independent form to include the limitations of their parent claims, the amendments to these claims cannot raise new issues and thus should be entered. Thus, the present amendment should be entered since all claims are allowable or at least for the purpose of appeal.

Should there be any outstanding matters that need to be resolved in the present application, the Examiner is respectfully requested to contact the undersigned at the telephone number of the undersigned below, to conduct an interview in an effort to expedite prosecution in connection with the present application.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies to charge payment or credit any overpayment to Deposit Account No. 02-2448 for any additional fees required under 37.C.F.R. §§1.16 or 1.17; particularly, extension of time fees.

Dated: June 3, 2009

Respectfully submitted,

By________________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5445604 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Kate Molloy |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 03-JUN-2009 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 14:47:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment After Final | 20090603revisedAMDafterFinal.pdf | 671065<br>aa5735f0eccbf767e92537a3f264dd3c061c265d | no | 12 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 671065 |
|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

| Application or Docket Number | Filing Date | |
|---|---|---|
| 11/276,962 | 03/19/2006 | ☐ To be Mailed |

### APPLICATION AS FILED – PART I

SMALL ENTITY ☒ OR OTHER THAN SMALL ENTITY

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| | | | TOTAL | | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### APPLICATION AS AMENDED – PART II

SMALL ENTITY OR OTHER THAN SMALL ENTITY

| AMENDMENT | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **06/03/2009** | | | | | | | | | |
| Total (37 CFR 1.16(i)) | * 14 | Minus | ** 35 | = 0 | X $26 = | 0 | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * 4 | Minus | ***5 | = 0 | X $110 = | 0 | OR | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | **0** | OR | TOTAL ADD'L FEE | |

| AMENDMENT | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/RENEE HAWKINS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Document code: WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date: 06/05/2009

RHAWKIN1 SALE #00000001 Mailroom Dt: 06/03/2009 022448 11276962
01 FC : 1251 130.00 DA

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

22292 7590 06/02/2009
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |
| ART UNIT | PAPER NUMBER |
| 2815 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/02/2009 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

mailroom@bskb.com

PTOL-90A (Rev. 04/07)

| ***Advisory Action Before the Filing of an Appeal Brief*** | **Application No.** *11/276,962* | **Applicant(s)** MAIMON, SHIMON | |
|---|---|---|---|
| | **Examiner** ALLAN R. WILSON | **Art Unit** 2815 | |

***--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

THE REPLY FILED 08 May 2009 FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

1. ☒ The reply was filed after a final rejection, but prior to or on the same day as filing a Notice of Appeal. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114. The reply must be filed within one of the following time periods:
   a) ☒ The period for reply expires *4* months from the mailing date of the final rejection.
   b) ☐ The period for reply expires on: (1) the mailing date of this Advisory Action, or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.
   Examiner Note: If box 1 is checked, check either box (a) or (b). ONLY CHECK BOX (b) WHEN THE FIRST REPLY WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

NOTICE OF APPEAL

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

AMENDMENTS

3. ☒ The proposed amendment(s) filed after a final rejection, but prior to the date of filing a brief, will not be entered because
   (a) ☒ They raise new issues that would require further consideration and/or search (see NOTE below);
   (b) ☐ They raise the issue of new matter (see NOTE below);
   (c) ☒ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or
   (d) ☐ They present additional claims without canceling a corresponding number of finally rejected claims.
   NOTE: *See Continuation Sheet.* (See 37 CFR 1.116 and 41.33(a)).
4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).
5. ☐ Applicant's reply has overcome the following rejection(s): _____.
6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).
7. ☒ For purposes of appeal, the proposed amendment(s): a) ☒ will not be entered, or b) ☐ will be entered and an explanation of how the new or amended claims would be rejected is provided below or appended.
   The status of the claim(s) is (or will be) as follows:
   Claim(s) allowed: _____.
   Claim(s) objected to: _____.
   Claim(s) rejected: *1,3-6,8-10,12-18,20-23,25-27,29-31 and 35-84.*
   Claim(s) withdrawn from consideration: _____.

AFFIDAVIT OR OTHER EVIDENCE

8. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will not be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).
9. ☐ The affidavit or other evidence filed after the date of filing a Notice of Appeal, but prior to the date of filing a brief, will not be entered because the affidavit or other evidence failed to overcome all rejections under appeal and/or appellant fails to provide a showing a good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).
10. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

REQUEST FOR RECONSIDERATION/OTHER

11. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because:
    The amendment has not been entered and considered.
12. ☐ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). _____
13. ☐ Other: _____.

/ALLAN R WILSON/
Primary Examiner, Art Unit 2815

**Continuation Sheet (PTOL-303)** **Application No.**

Continuation of 3. NOTE: The extensive amendment to the claims raises new issues.

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR Examiner: Alan R. Wilson

**AMENDMENT AFTER FINAL ACTION UNDER 37 C.F.R. 1.116**

DO NOT ENTER: /A.W./

MS AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

**INTRODUCTORY COMMENTS**

Responsive to the Examiner's Office Action dated January 9, 2009, the following amendments and remarks are respectfully submitted in connection with the above-identified application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR Examiner: Alan R. Wilson

**AMENDMENT AFTER FINAL ACTION UNDER 37 C.F.R. 1.116**

MS AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

**INTRODUCTORY COMMENTS**

Responsive to the Examiner's Office Action dated January 9, 2009, the following amendments and remarks are respectfully submitted in connection with the above-identified application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

## AMENDMENTS TO THE CLAIMS

*Please amend the claims as follows:*

1 - 11. (Cancelled)

12. (Amended) A photo-detector according to claim 35, wherein said photo absorbing layer is constituted of one of ~~n-doped~~ InAs, ~~n-doped~~ InAsSb, ~~n-doped~~ InGaAs, ~~n-doped~~ Type II super lattice InAs/InGaSb and ~~n-doped~~ HgCdTe or combinations thereof.

13. (Currently Amended) A photo-detector according to claim 12, wherein said contact layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb or combinations thereof.

14. (Previously Presented) A photo-detector according to claim 13, wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions.

15. (Currently Amended) A photo-detector according to ~~claim 1~~ claim 35, wherein said ~~photo absorbing~~ barrier layer ~~and said contact area layer are~~ is constituted of one of AlSB, AlAsSB, GaAlAsSb, AlPSb, AlGaPSb, and ~~n-doped HgCdTe and said barrier is constituted of~~ HgZnTe or combinations thereof.

16 – 34 (Cancelled)

35. (Currently Amended) A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

~~an~~ a barrier layer comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein during operation said barrier layer functions to achieve passivation of said photo-detector.

36. (Currently Amended) The photo-detector according to claim 35, wherein the photo absorbing layer and the contact layer are either both n-doped n-type or both p-dopedp-typed.

37. (Previously Presented) The photo-detector according to claim 35, wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones.

38 – 44 (Cancelled)

45. (Currently Amended) The photo-detector according to claim 1, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact area,

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector;

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, and

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

46. (Previously Presented) The photo-detector according to claim 45, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

47. (Currently Amended) The photo-detector ~~according to claim 18~~ comprising:

a photo absorbing layer comprising an p-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that a valence energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said valence energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact layer and to substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact layer,

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector;

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, and

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

48. (Previously Presented) The photo-detector according to claim 47, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

49. (Previously Presented) The photo-detector according to claim 35,

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

50. (Previously Presented) The photo-detector according to claim 49, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

51 – 77 (Cancelled)

78. (Currently Amended) ~~The~~ A photo-detector ~~according to claim 51,~~ comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy,

a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer,

wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer,

and wherein during operation said barrier layer functions to achieve passivation of the photo-detector,

wherein said second layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

79. (Previously Presented) The photo-detector according to claim 78, wherein the first layer extends past the one or more individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

80 – 84 (Cancelled)

85. (New) The photo-detector of claim 35 wherein the contact layer forms a mesa on the barrier layer such that the second side of said barrier layer laterally extends beyond the contact layer, such that, during operation, said barrier layer in the area surrounding the mesa functions to achieve passivation of the photo-detector.

86. (New) The photo-detector of claim 85 wherein the photo-detector has no substantial depletion zone.

## REMARKS

Claims 12-15, 35-37, 45-50, 78, 79 85 and 86 are now pending in the present application. Claims 35, 45, 47 and 78 are now independent. All present independent claims have been amended solely by rewriting them into independent form to include all of their dependent limitations.

Claims 1, 3-6, 8-10, 16-18, 20-23, 25-27, 29-31, 38-44, and 51-77 are cancelled by this response in order to simplify the issues after final, and progress towards an indication of allowability of some subject matter in the present application. However, applicants do not intend to abandon the subject matter of these claims and plan to present these claims in a later continuing application.

### Interview

The applicants would like to thank the Examiner for the interview conducted on December 11, 2008 in the above-identified application. In this interview, the Klipstein prior art reference was extensively discussed, particularly with reference to claims 1 and 9 but no agreement was reached.

### The Section 112 Rejections

The cancellation of claims associated with the present response has overcome the Examiner's 35 U.S.C. § 112, first and second paragraph rejections of claims 9, 10, 17, 26, 27, 56, and 57.

### The Art Rejections

Of the claims pending after entry of the present response, all claims other than dependent claims 14 and 15[1] stand rejected as being anticipated by the Klipstein PCT publication WO 2005/004243 A1 (hereinafter the Klipstein reference). The present application now includes four (4) independent claims. These claims include former independent claim 35, and claims 45, 47,

[1] Claim 14 is asserted to be obvious over Klipstein (rejection of page 10) while claim 15 is allegedly obvious over Klipstein in view of the patens to Bluzer and Chen (rejection of page 11).

and 78 which are former dependent claims re-written in independent form in the present response to include all the limitations of their independent parent claims without adding any additional limitations. The rejection of these claims as being anticipated by Klipstein is respectfully traversed to the extent it applies to the present pending claims. The Klipstein reference discloses only a p-n junction device materially different from a photosensor as disclosed in the present application where the barrier layer may be undoped and the device may have equal doping on both sides of this barrier. The principles of the present application substantially distinguish over the teachings of the Klipstein reference for at least the following reasons. For these reasons, the Examiner is respectfully requested to reconsider and withdraw his rejection as it applies to the presently pending claims.

**Claim 35 and its Dependent Claims**

Claim 35 distinguishes over the Klipstein reference in several ways. For example, Claim 35 requires a "photoabsorbing layer", "a contact layer comprising a doped semiconductor" and "a barrier layer comprising an undoped semiconductor". Nothing within the Klipstein PCT presentation teaches or suggests the use of an undoped semiconductor as a barrier layer in a photodetector. The Klipstein publication discloses a barrier layer which is always doped n-type or p-type. See, for example, paragraphs 2 or 3 of page 9, the last 2 paragraphs of page 10 and first paragraph of page 11, and the bottom of page 16 where Klipstein refers to the characterizing feature of the light detector as being of the form p-p-n where the second p layer is the barrier layer or p-n-n wherein the first n layer is the barrier layer. In every instance, the Klipstein reference discloses that the barrier layer is a doped layer. This highlights its difference to the present invention claim 35 requires a "barrier layer comprising a undoped semiconductor". Thus, claim 35 is not anticipated by the Klipstein reference.

Claim 36 depends from claim 35 and requires the photoabsorbing layer and the contact layer to be either both n-type or both p-type. In the Klipstein reference, the disclosed devices are always p-n junction photosensors and thus, when the photoabsorbing layer is n-type, the contact layer must be p-type, and vise versa. In contrast, the device of the present application does not function as a p-n junction photodiode, instead performing as a high performance photosensor.

Thus, while the Klipstein reference only discloses a p-n junction photodiode, the principle construction of devices in accordance with claim 36 require the photoabsorbing layer and contact layer to be of the same conductivity type.

Dependent claim 49 depends from claim 35 and recites the inventive feature of claims 45 and 47 discussed below. Thus dependent claim 49 is further patentable for the reasons discussed below.

Dependent claim 14 is considered obvious by the examiner over Klipstein.[2] However Klipstein cannot teach this limitation since in all of the Klipstein embodiments, Klipstein uses p-doping for one material and n-doping for the other material. Thus, Klipstein expressly teaches away from substantially identical compositions in both the contact layer and photo absorbing layer.

Dependent claims 12, 13, 15, 37 and new claims 85 and 86 depend from claim 35 directly or indirectly and are thus also allowable for the foregoing reasons.

**Independent Claims 45, 47, and 78 and their Dependent Claims**

Independent claims 45 and 47 are dependent claims rewritten in independent form to include all of the limitations of their parent claims. Each of these claims is directed to a mesa type structure such as illustrated in figures 1A and 1B where the barrier layer extends beyond the peripheral extent of the contact area to reduce or eliminate leakage currents between the contact layer and photoabsorbing layer. These claims each recite the construction of the contact layer with one or more individual sections which are separate from each other in a direction across the photodetector, each individual section corresponding to an individual detector element,

> "wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photodetector".[3]

This limitation is, in one embodiment of the disclosed invention of the present application, illustrated in Figure 1B where the barrier layer 40 extends entirely around the

[2] See the rejection of page 10 of the outstanding office action.
[3] Last paragraph of both independent claims 45 and 47.

periphery of the contact area 110, as perhaps best illustrated in Figure 1C. The Examiner contends that the barrier layer 12 of Klipstein extends past the one individual section of the contact layer in the direction across the photosensor. However, the Examiner fails to explain this conclusion. In all embodiments of Klipstein, the barrier layer 12, 12a, 16, 12a, 26 or 34 does not extend beyond the periphery of either the contact layer or photoabsorbing layer. Thus, claims 45 and 47 clearly recite structure not shown or suggested by the Klipstein reference as applied by the Examiner. Extending the barrier layer beyond all edges of the contact layer avoids leakage currents that impair the performance of the photosensors employing the concepts of the present invention. Thus, there is substantial improved performance in the geometry of the devices of claims 45 and 47 as compared to that of the Klipstein reference.

Independent claim 78 a limitation similar to that quoted above with respect to claims 45 and 47. Independent claim 78 requires:

> "wherein said barrier layer extends past the one or more individual sections of the second layer in the direction across the photodetector".

In this claim, the second layer is a doped semiconductor having the same majority carrier type as the first layer that is also a doped semiconductor. Thus, in addition to claim 78 requiring the barrier layer to extend to form a mesa type structure that avoids leakage currents, the requirement that both the first and second layers have the same majority carrier type means that they must both be n-doped or p-doped, and thus cannot be taught by Klipstein which discloses only a p-n junction device.

**The Present Amendments Should be Entered After Final**

Since all of the current independent claims of the present application were claims previously pending in the present application rewritten in independent form to include the limitations of their parent claims, the amendments to these claims cannot raise new issues and thus should be entered. The amendments to claims 12, 15 are clarifying amendments that should be entered. New claims 85 and 86 recite further patentable features but depend from claim 35

which is already allowable for the reasons set forth above. Thus, the present amendment should be entered since all claims are allowable or at least for the purpose of appeal.

Should there be any outstanding matters that need to be resolved in the present application, the Examiner is respectfully requested to contact the undersigned at the telephone number of the undersigned below, to conduct an interview in an effort to expedite prosecution in connection with the present application.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies to charge payment or credit any overpayment to Deposit Account No. 02-2448 for any additional fees required under 37.C.F.R. §§1.16 or 1.17; particularly, extension of time fees.

Dated: May 8, 2009

Respectfully submitted,

By________________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | 11276962 |
| **Filing Date:** | 19-Mar-2006 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Michael Keith Mutter/Alison Evans |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| Filed as Large Entity | |

**Utility under 35 USC 111(a) Filing Fees**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 130 | 130 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **130** |

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 5304801 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Alison Evans |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 08-MAY-2009 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 17:28:37 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $130 |
| RAM confirmation Number | 3585 |
| Deposit Account | 022448 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20090508Amendment.pdf | 671255<br>6a1496523e3210c0094a3e0b4ebe87f49b282221 | yes | 14 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Extension of Time | 2 | 2 |
| Amendment After Final | 3 | 3 |
| Claims | 4 | 9 |
| Applicant Arguments/Remarks Made in an Amendment | 10 | 14 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 30306<br>ff54023e52349bc16bef0bfa916999f481c2227e | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 701561 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/17 (10-08)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number

*Effective on 12/08/2004.*
*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2009

☐ Applicant claims small entity status. See 37 CFR 1.27

TOTAL AMOUNT OF PAYMENT ($) 130.00

| Complete if Known | |
|---|---|
| Application Number | 11/276,962 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Examiner Name | A. R. Wilson |
| Art Unit | 2815 |
| Attorney Docket No. | 4358-0172PUS1 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit Card ☐ Money Order ☐ None ☐ Other (please identify): ____

[x] Deposit Account Deposit Account Number: 02-2448 Deposit Account Name: Birch, Stewart, Kolasch & Birch, LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[x] Charge fee(s) indicated below
☐ Charge fee(s) indicated below, **except for the filing fee**
[x] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17
[x] Credit any overpayments

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| Application Type | FILING FEES Fee ($) | FILING FEES Small Entity Fee ($) | SEARCH FEES Fee ($) | SEARCH FEES Small Entity Fee ($) | EXAMINATION FEES Fee ($) | EXAMINATION FEES Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 330 | 165 | 540 | 270 | 220 | 110 | |
| Design | 220 | 110 | 100 | 50 | 140 | 70 | |
| Plant | 220 | 110 | 330 | 165 | 170 | 85 | |
| Reissue | 330 | 165 | 540 | 270 | 650 | 325 | |
| Provisional | 220 | 110 | 0 | 0 | 0 | 0 | |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 52 | 26 |
| Each independent claim over 3 (including Reissues) | 220 | 110 |
| Multiple dependent claims | 390 | 195 |

Total Claims 17 - 75 = Extra Claims ____ x Fee ($) ____ = Fee Paid ($) ____

HP = highest number of total claims paid for, if greater than 20.

Multiple Dependent Claims: Fee ($) ____ Fee Paid ($) ____

Indep. Claims 4 - 4 = Extra Claims ____ x Fee ($) ____ = Fee Paid ($) ____

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $270 ($135 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

Total Sheets ____ - 100 = Extra Sheets ____ /50 = Number of each additional 50 or fraction thereof ____ (round up to a whole number) x Fee ($) ____ = Fee Paid ($) ____

**4. OTHER FEE(S)** Fees Paid ($)

Non-English Specification, $130 fee (no small entity discount)

Other (e.g., late filing surcharge): 1251 Extension for response within first month 130.00

**SUBMITTED BY**

| | | | | | |
|---|---|---|---|---|---|
| Signature | [signature] | Registration No. (Attorney/Agent) | 29,680 | Telephone | (703) 205-8000 |
| Name (Print/Type) | Michael K. Mutter | | | Date | May 8, 2009 |

Birch, Stewart, Kolasch & Birch, LLP MKM/JRS/aee

PTO/SB/22 (04-09)
Approved for use through 05/31/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)**<br>**FY 2009**<br>***(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)*** | Docket Number (Optional)<br>4358-0172PUS1 |
| Application Number 11/276,962 | Filed March 19, 2006 |
| For REDUCED DARK CURRENT PHOTODETECTOR | |
| Art Unit 2815 | Examiner A. R. Wilson |

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | Fee | Small Entity Fee | |
|---|---|---|---|
| [X] One month (37 CFR 1.17(a)(1)) | $130 | $65 | $ 130.00 |
| [ ] Two months (37 CFR 1.17(a)(2)) | $490 | $245 | $ |
| [ ] Three months (37 CFR 1.17(a)(3)) | $1110 | $555 | $ |
| [ ] Four months (37 CFR 1.17(a)(4)) | $1730 | $865 | $ |
| [ ] Five months (37 CFR 1.17(a)(5)) | $2350 | $1175 | $ |

[ ] Applicant claims small entity status. See 37 CFR 1.27.

[ ] A check in the amount of the fee is enclosed.

[ ] Payment by credit card. Form PTO-2038 is attached.

[X] The Director has already been authorized to charge fees in this application to a Deposit Account.

[X] The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 02-2448 .

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the
[ ] applicant/inventor.
[ ] assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).
[X] attorney or agent of record. Registration Number 29,680
[ ] attorney or agent under 37 CFR 1.34.
Registration number if acting under 37 CFR 1.34 ____________

____________ Signature — May 8, 2009 Date

Michael K. Mutter — Typed or printed name
(703) 205-8000 — Telephone Number

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

[X] Total of 1 forms are submitted.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD**<br>Substitute for Form PTO-875 | Application or Docket Number<br>11/276,962 | Filing Date<br>03/19/2006 | ☐ To be Mailed |
|---|---|---|---|

APPLICATION AS FILED – PART I

SMALL ENTITY ☒ OR OTHER THAN SMALL ENTITY

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| | | | TOTAL | | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

APPLICATION AS AMENDED – PART II

SMALL ENTITY OR OTHER THAN SMALL ENTITY

| AMENDMENT | 05/08/2009 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | OR | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 17 | Minus | ** 34 | = 0 | X $26 = | 0 | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * 4 | Minus | ***5 | = 0 | X $110 = | 0 | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | **0** | OR | TOTAL ADD'L FEE | |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | OR | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/DEBORAH SCOTT/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 | 4044 |

22292 7590 01/09/2009
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

| EXAMINER | |
|---|---|
| WILSON, ALLAN R | |
| **ART UNIT** | **PAPER NUMBER** |
| 2815 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/09/2009 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

mailroom@bskb.com

PTOL-90A (Rev. 04/07)

SM000000665

| Office Action Summary | Application No. | Applicant(s) | |
|---|---|---|---|
| | 11/276,962 | MAIMON, SHIMON | |
| | Examiner | Art Unit | |
| | ALLAN R. WILSON | 2815 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on 10 September 2008.

2a)☒ This action is **FINAL**. 2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) 1,3-6,8-10,12-18,20-23,25-27,29-31 and 35-84 is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) 1,3-6,8-10,12-18,20-23,25-27,29-31 and 35-84 is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4) ☒ Interview Summary (PTO-413) Paper No(s)/Mail Date. 12/11/08 .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

| ***Interview Summary*** | **Application No.** 11/276,962 | **Applicant(s)** MAIMON, SHIMON | |
|---|---|---|---|
| | **Examiner** ALLAN R. WILSON | **Art Unit** 2815 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *ALLAN R. WILSON.* (3)_____.

(2) *JOHN SANDERS.* (4)_____.

Date of Interview: *12/11/08.*

Type: a)☒ Telephonic b)☐ Video Conference
c)☐ Personal [copy given to: 1)☐ applicant 2)☐ applicant's representative]

Exhibit shown or demonstration conducted: d)☐ Yes e)☒ No.
If Yes, brief description: _____.

Claim(s) discussed: *1 and 9.*

Identification of prior art discussed: *Klipstein.*

Agreement with respect to the claims f)☐ was reached. g)☒ was not reached. h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *For claim 1, John Sanders discussed the barrier layer functions as a passivation. Examiner stated this was intended use. For claim 9, the contact of the metal layer to the substrate was discussed. No agreement was reached for amending the claims.*

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

## DETAILED ACTION

### *Claim Rejections - 35 USC § 112*

The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

**Claims 9, 10, 26, 27, 56 and 57** are rejected under 35 U.S.C. 112, first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor(s), at the time the application was filed, had possession of the claimed invention. The limitation "a first metal layer is in contact with a portion of said second side of said photo absorbing layer" is not illustrated or disclosed in the original specification.

The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

**Claim 17** is rejected under §112 second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. The limitation "a thickness on the order of optical absorption length" is not clearly defined by the specification. A quantity for the thickness has not been defined.

***Claim Rejections - 35 USC § 102***

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

**Claims 1, 3-6, 8, 12, 13, 16, 18, 20-23, 25, 29, 30, 35-55, 58, 59, 62, 64, 66-68 and 75-82 are rejected under 35 U.S.C. 102(b) as being anticipated by International Publication No. WO 2005/004243 to Klipstein (hereafter "Klipstein").**

**Regarding claims 1, 35, 51 and 76**, Klipstein illustrates in figures 4a-8b and associated text:

A photo-detector comprising:

a photo absorbing layer or first layer 13 comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer 12 exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer or second layer 11 comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy ($E_V$ - FIG. 4a) substantially equal to said valence band energy of said photo absorbing layer [The difference only being Δ.]

and a conduction band energy ($E_C$) greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact area (i.e. page 19-21, particularly page 21, lines 10-15), and

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector.

The limitation "during operation said barrier layer functions to achieve passivation of the photo-detector" is not considered to add any structure to the claimed device and is considered to be intended use of the device. It has been held that a recitation with respect to the manner in which a claimed apparatus is intended to be employed does not differentiate the claimed apparatus from a prior art apparatus satisfying the claimed structural limitations. *Ex parte* Masham, 2 USPQ2d 1647 (1987). Additionally, since the claimed material and structure limitation are met by Klipstein, the limitation relating to the properties are also inherent.

**Regarding claims 3, 18, 22, 23, 36, 38, 52, 67 and 77**, Klipstein discloses in page 21, lines 24-28, *i.e.* said contact layer 11 is n-doped and the photo absorbing layer is p-doped. [Inverted polarity structures of the form n-n-p or n-p-p in which all the doping polarities and band alignments are reversed.]

**Regarding claims 4, 21, 39, 53, 64, 65, and 66**, it would have been inherent for the limitations, *i.e.* "said contact layer exhibits a valence band energy substantially equal to said

valence band energy of said n-doped semiconductor of said photo absorbing layer," since a device has the properties which meet the claimed limitation once the claimed materials and structure are present. Since the claimed material and structure limitations are met by Klipstein (*i.e.* Fig. 4b), the limitation relating to the properties of the materials are also met as a natural result.

**Regarding claims 5, 20 and 68**, Klipstein illustrates in figure 4b said contact layer 11 is p-doped.

**Regarding claims 6, 37 and 54**, Klipstein illustrates in figure 4a said contact layer 11 exhibits a valence band energy ($E_V$) greater than said valence band energy of said barrier layer 12, wherein said valence band energy of said barrier layer is greater than said valence band energy of the n-doped semiconductor of said photo absorbing layer 13.

**Regarding claims 8, 25 and 55**, Klipstein illustrates in figure 4b and discloses in page 23, lines 3-7, said photo absorbing layer 13 is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

**Regarding claims 12, 29 and 58**, Klipstein illustrates in figure 4b said photo absorbing layer is n-doped InAsSb.

**Regarding claims 13, 30 and 59**, Klipstein illustrates in figure 4b said contact layer is GaSb.

**Regarding claims 16 and 62**, Klipstein illustrates in figure 4b said photo absorbing layer 13 is constituted of n-doped InAsSb, said barrier layer 12 is constituted of AlGaAsSb and said contact layer 11 is constituted of p-doped GaSb.

**With regards to claims 40-42 and 80-82**, the examiner had to assume what the product would be by the process claimed. For example, in claim 40 it was assumed that the product was a photo-detector. The claim that it was "not been subjected to a passivation process" was not considered to have full patentable weight. A "product by process" claim is directed to the product per se, no matter how actually made, MPEP 2113 "Product-by-Process Claims," In re Brown, 173 USPQ 685; In re Luck, 177 USPQ 523; In re Fessmann, 180 USPQ 324; In re Avery, 186 USPQ 161; In re Wertheim, 191 USPQ 90; In re Marosi et al, 218 USPQ 289; and particularly In re Thorpe, 227 USPQ 964, all of which make it clear that it is the patentability of the final product per se which must be determined in a "product by process" claim, and not the patentability of the process, and that an old or obvious product produced by a new method is not patentable as a product, whether claimed in "product by process" claims or not. Note that applicant has the burden of proof in such cases, as the above case law makes clear.

**Regarding claims 43, 44 and 75**, Klipstein illustrates in figure 4b said barrier layer 12 comprises GaAlAsSb.

**Regarding claims 45, 47, 49 and 78**, Klipstein illustrates in figure 4b said contact layer 11 comprises one individual section across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer 12 extends past the one individual section of the contact layer in the direction across the photo-detector, and is monolithically provided for the individual detector element.

**Regarding claims 46, 48, 50 and 79**, Klipstein illustrates in figure 4b the photo absorbing layer 13 extends past the one individual section of the contact layer in the direction across the photo-detector, and is monolithically provided for the individual detector element.

**Claims 51, 70-72 and 83 are rejected under 35 U.S.C. 102(e) as being anticipated by US Patent Application Publication No. 2002/0267007 to Salzman et al (hereinafter "Salzman").**

**Regarding claims 51 and 70**, Salzman illustrates in figure 1A with associated text:

A photo-detector comprising:

a first layer 103 comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy;

a barrier layer 105 comprising an undoped semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent (nearby) a first side of said first layer; and

a second layer 107 comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side.

The limitations "wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer, and wherein during operation said barrier layer functions to achieve passivation of the photo-detector" is not considered to add any structure to the claimed device and is considered to be intended use of the device. It has been held that a recitation with respect to the manner in which a claimed apparatus is intended to be employed does not differentiate the claimed apparatus from a prior art apparatus satisfying the claimed structural limitations. *Ex parte* Masham, 2 USPQ2d 1647 (1987). Additionally, since

the claimed material and structure limitation are met by Song, the limitation relating to the properties are also inherent.

**Regarding claims 71**, Salzman illustrates in figure 1A the first layer 103 and the second layer 107 are n-doped. The limitation "said photo-detector has not been subjected to a passivation process" is a product-by-process claim (see above).

**Regarding claim 72,** it would have been inherent for the dopant type to be reversed and the device to function the same.

**Regarding claims 83**, the limitation "said photo-detector has not been subjected to a passivation process" is a product-by-process claim (see above).

**Claims 51, 70, 73, 74 and 84 are rejected under 35 U.S.C. 102(b) as being anticipated by US Patent Application Publication No. 2002/0070389 to Song.**

**Regarding claim 51**, Song illustrates in figure 4 with associated text (paragraphs 0042-0047):

A photo-detector comprising:

a first layer 22 comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy;

a barrier layer 26 comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent (nearby) a first side of said first layer; and

a second layer 28 comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side.

The limitations "wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer, and wherein during operation said barrier layer functions to achieve passivation of the photo-detector" is not considered to add any structure to the claimed device and is considered to be intended use of the device. It has been held that a recitation with respect to the manner in which a claimed apparatus is intended to be employed does not differentiate the claimed apparatus from a prior art apparatus satisfying the claimed structural limitations. *Ex parte* Masham, 2 USPQ2d 1647 (1987). Additionally, since the claimed material and structure limitation are met by Song, the limitation relating to the properties are also inherent.

**Regarding claim 70,** Song discloses in paragraph 0052 the barrier layer 26 comprises an undoped semiconductor.

**Regarding claim 73**, Song discloses in paragraph 0052 the first layer 22 and the second layer 28 are p-doped and n-doped, respectively.

**Regarding claims 74**, it would have been inherent for the limitations, "said first layer and said second layer are p-doped, and wherein alignments of respective edges of the valence band energy and conduction band energy occur with minimized depletion zones at interfaces between the first layer and the barrier layer and between the second layer and the barrier layer"

since a device has the properties which meet the claimed limitation once the claimed materials and structure are present. Since the claimed material and structure limitations are met by Song (paragraph 0052), the limitation relating to the properties of the materials are also met as a natural result.

**Regarding claims 84**, the limitation “said photo-detector has not been subjected to a passivation process” is a product-by-process claim (see above).

***Claim Rejections - 35 USC § 103***

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

**Claims 14, 17, 31, 60, 63 and 69, are rejected under 35 U.S.C. 103(a) as being unpatentable over Klipstein.**

**Regarding claims 14, 31, 60 and 69**, Klipstein illustrates in at least figure 8b and the related text (page 26): said contact layer 21 and said photo absorbing layer 23 exhibit substantially identical compositions.

Klipstein does not show in Fig. 8b said contact layer 21 and said photo absorbing layer 23 are constituted from one of the materials listed in claims 12 and 13. Klipstein does illustrate the material is an InAlSb alloy. Therefore, it would have been obvious to use InAsSb, since it

would have been obvious to try this material with a reasonable expectation of success. *KSR International Co. v. Teleflex Inc.*, 82 USPQ2d 1385 (2007).

**Regarding claims 17 and 63**, Klipstein discloses on bottom of page 22 to top of page 23 said photo absorbing layer 13 exhibits a thickness of 1-10μm. It would have been obvious to one of ordinary skill in the art at the time the invention was made for the optical absorption length to be in this range.

**Claims 15 and 61 are rejected under 35 USC § 103 (a) as being unpatentable over Klipstein as applied to claim 1 above, and further in view of US Patent No. 4,731,640 to Bluzer and Chen et al. (of record).**

**Regarding claims 15 and 61**, Klipstein is discussed above, it does not show said photo absorbing layer and said contact layer are constituted of n-doped HgCdTe and said barrier layer is constituted of HgZnTe. Bluzer illustrates in figure 2 a photo absorbing layer 7 is constituted of n-doped HgCdTe, a contact layer 15 and said barrier layer 16'. Chen *et al.* discloses the band gap and band structure of HgCdTe and HgZnTe alloys (Fig. 1 and 2) and particularly discloses that band gap of HgCdTe is narrower than HgZnTe. It would have been obvious to one of ordinary skill in the art at the time of invention to replace the material of blocking layer 16' by HgZnTe so that one benefits from the suppression of generation of electrons by Generation-Recombination centers and thereby reduce noise and dark current as disclosed by Klipstein in view of disclosure by Chen *et al.*

***Response to Arguments***

Applicant's arguments with respect to the claims have been considered but are moot in view of the new ground(s) of rejection.

***Conclusion***

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from an examiner should be directed to Primary Examiner Allan Wilson whose telephone number is 571-272-1738. Examiner Wilson can normally be reached 7:00-3:30 Monday-Friday (off first Friday).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ken Parker can be reached on 571-272-2298. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

/Allan R. Wilson/
Primary Examiner, Art Unit 2815

| *Notice of References Cited* | Application/Control No. 11/276,962 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner ALLAN R. WILSON | Art Unit 2815 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2002/0070389 A1 | 06-2002 | Song, Jong In | 257/194 |
| * | B | US-2006/0267007 A1 | 11-2006 | Salzman et al. | 257/046 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

**EAST Search History**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 2013 | barrier near5 undoped | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2008/12/19 07:13 |
| L2 | 436102 | photosens$3 or (photo sens$3) or photodetect$3 or (photo detect $3) or photodiode or (photo diode) or (image sens$3) or (photo gate) or photogate | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2008/12/19 07:14 |
| L3 | 35 | 1 same 2 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2008/12/19 07:14 |
| L4 | 48845 | nin | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2008/12/19 08:59 |
| L5 | 299 | 2 and 4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2008/12/19 08:59 |
| L6 | 3 | 1 and 2 and 4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | ON | 2008/12/19 09:00 |

**12/19/08 10:13:51 AM**
**C:\EAST\11\11276962.wsp**

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11276962 | MAIMON, SHIMON |
| | **Examiner** | **Art Unit** |
| | ARDESHIR EFTEKHARZADEH | 2815 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East search included | 2/3/2008 | A.E. |
| See East Search History | 12/19/08 | AW |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 — Confirmation No.: 4044

Filed: March 19, 2006 — Art Unit: 2815

For: REDUCING DARK CURRENT PHOTODETECTOR — Examiner: A. Eftekharzadeh

**SECOND SUPPLEMENTAL AMENDMENT**

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**INTRODUCTORY COMMENTS**

Pursuant to the phone conversation between the examiner's supervisor of record, Kenneth Parker, and Applicants' counsel, John R. Sanders, on September 9, 2008, Applicants hereby submit a second supplemental amendment for the Examiner's consideration. The Examiner indicated during the phone conversation that the first supplemental amendment filed June 19, 2008 has not yet been considered, and that the Office would consider this second supplemental amendment as a further amendment of the first supplemental amendment.

Accordingly, Applicants respectfully submit this second supplemental amendment further amending the first supplemental amendment filed on June 19, 2008:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 16 of this paper.

## AMENDMENTS TO THE CLAIMS

*Please amend the claims as follows:*

1. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact ~~area~~ layer comprising a doped semiconductor, said contact ~~area~~ layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact area, and

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector ~~said photo-detector has not been subjected to passivation~~.

2. (Canceled)

3. (Currently Amended) A photo-detector according to claim 1, wherein said contact layer is n-doped.

4. (Currently Amended) A photo-detector according to claim 3, wherein said contact ~~area~~ layer exhibits a valence band energy substantially equal to said valence band energy of said n-doped semiconductor of said photo absorbing layer.

5. (Currently Amended) A photo-detector according to claim 1, wherein said contact area layer is p-doped.

6. (Currently Amended) A photo-detector according to claim 5, wherein said contact area layer exhibits a valence band energy equal to or greater than said valence band energy of said barrier layer,

wherein said valence band energy of said barrier layer is greater than said valence band energy of the n-doped semiconductor of said photo absorbing layer.

7. (Canceled)

8. (Currently Amended) A photo-detector according to claim 1, wherein said photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

9. (Currently Amended) A photo-detector according to claim 1 further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first said side of said photo absorbing layer, said substrate exhibiting a second side in contact with wherein a first metal layer is in contact with a portion of said second side of said photo absorbing layer.

10. (Currently Amended) A photo-detector according to claim 9, further comprising a second metal layer in contact with said contact arealayer.

11. (Canceled)

12. (Previously Presented) A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe.

13. (Currently Amended) A photo-detector according to claim 12, wherein said contact ~~area~~ layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

14. (Currently Amended) A photo-detector according to claim 13, wherein said contact ~~area~~ layer and said photo absorbing layer exhibit substantially identical compositions.

15. (Currently Amended) A photo-detector according to claim 1, wherein said photo absorbing layer and said contact ~~area~~ layer are constituted of n-doped HgCdTe and said barrier layer is constituted of HgZnTe.

16. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of n-doped InAsSb, said barrier layer is constituted of AlGaAsSb and said contact layer is constituted of p-doped GaSb.

17. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer exhibits a thickness on the order of the optical absorption length.

18. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an p-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact ~~area~~ layer comprising a doped semiconductor, said contact ~~area~~ layer adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the

valence band energy of said photo absorbing layer such that a valence energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said valence energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact ~~area~~ layer and to substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact ~~area~~layer, and

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector~~said photo-detector has not been subjected to passivation~~.

19. (Canceled)

20. (Currently Amended) A photo-detector according to claim 18, wherein said contact ~~area~~ layer is p-doped.

21. (Currently Amended) A photo-detector according to claim 20, wherein said contact ~~area~~ layer exhibits a conduction band energy substantially equal to said conduction band energy of said p-doped semiconductor of said photo absorbing layer.

22. (Currently Amended) A photo-detector according to claim 20, wherein said contact ~~area~~ layer is n-doped.

23. (Currently Amended) A photo-detector according to claim 22, wherein said contact ~~area~~ layer exhibits a conduction band energy equal to or less than said conduction band energy of said barrier layer, and

wherein said conduction band energy of said barrier layer is less than said conduction band energy of said p-doped semiconductor of said photo absorbing layer.

24. (Canceled)

25. (Currently Amended) A photo-detector according to claim 18, wherein said photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

26. (Currently Amended) A photo-detector according to claim 18, further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first side of said photo absorbing layer, wherein a first metal layer is in contact with a portion of said second side of said photo absorbingsaid substrate exhibiting a second side in contact with a metal layer.

27. (Currently Amended) A photo-detector according to claim 26, further comprising a second metal layer in contact with said contact arealayer.

28. (Canceled)

29. (Previously Presented) A photo-detector according to claim 18, wherein said photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe.

30. (Currently Amended) A photo-detector according to claim 29, wherein said contact area layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

31. (Currently Amended) A photo-detector according to claim 30, wherein said contact area layer and said photo absorbing layer exhibit substantially identical compositions.

32. (Canceled)

33. (Canceled)

34. (Canceled)

35. (Currently Amended) A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

an barrier layer comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact ~~area~~ layer comprising a doped semiconductor, said contact ~~area~~ layer being adjacent a second side of said barrier layer opposing said first side,

~~wherein said photo-detector is formed without passivation, and~~ wherein during operation said barrier layer functions to achieve passivation of said photo-detector.

36. (Previously Presented) The photo-detector according to claim 35, wherein the photo absorbing layer and the contact layer are either both n-doped or both p-doped.

37. (Currently Amended) The photo-detector according to claim 35, wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones~~said photo-detector does not exhibit a depletion layer~~.

38. (Previously Presented) The photo-detector according to claim 1, wherein the photo absorbing layer and the contact layer are either both n-doped or both p-doped.

39. (Currently Amended) The photo-detector according to claim 1, wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer

<u>and the barrier layer occur with minimized depletion zones</u>~~said photo-detector does not exhibit a depletion layer~~.

40. (Currently Amended) A photo-detector <u>according to claim 1, further wherein said photo-detector has not been subjected to a passivation process</u> ~~with a reduced dark current, comprising:~~

~~a photo-absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;~~

~~an barrier layer semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and~~

~~a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,~~

~~wherein the absorbing layer and the contact layer have the same doping~~.

41. (Currently Amended) The photo-detector according to claim 35, further wherein said photo-detector has not been subjected to <u>a</u> passivation <u>process.</u>

42. (Currently Amended) The photo-detector according to ~~claim 40~~<u>claim 18,</u> further wherein said photo-detector has not been subjected to <u>a</u> passivation <u>process.</u>

43. (Previously Presented) The photo-detector according to claim 1, wherein said barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe.

44. (Previously Presented) The photo-detector according to claim 18, wherein said barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe.

45. (New) The photo-detector according to claim 1,

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

46. (New) The photo-detector according to claim 45, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

47. (New) The photo-detector according to claim 18,

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

48. (New) The photo-detector according to claim 47, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

49. (New) The photo-detector according to claim 35,

wherein said contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

50. (New) The photo-detector according to claim 49, wherein the photo absorbing layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

51. (New) A photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy;

a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side,

wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer,

and wherein during operation said barrier layer functions to achieve passivation of the photo-detector.

52. (New) A photo-detector according to claim 51, wherein said first layer and said second layer are n-doped, and wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the first layer and the barrier layer and between the second layer and the barrier layer occur with minimized depletion zones.

53. (New) A photo-detector according to claim 52, wherein said second layer exhibits a valence band energy substantially equal to said valence band energy of said doped semiconductor of said first layer.

54. (New) A photo-detector according to claim 52, wherein said second layer exhibits a valence band energy equal to or greater than said valence band energy of said barrier layer, and

wherein said valence band energy of said barrier layer is greater than said valence band energy of said doped semiconductor of said first layer.

55. (New) A photo-detector according to claim 51, wherein said first layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

56. (New) A photo-detector according to claim 51, further comprising a substrate exhibiting a first side adjacent a second side of said first layer, said second side of said first layer opposing said first side of said first layer, wherein a first metal layer is in contact with a portion of said second side of said first layer.

57. (New) A photo-detector according to claim 56, further comprising a second metal layer in contact with said second layer.

58. (New) A photo-detector according to claim 51, wherein said first layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe.

59. (New) A photo-detector according to claim 58, wherein said second layer is constituted of one of n-doped InAs, n-doped InGaAs, n-doped InAsSb, n-doped Type II super lattice InAs/InGaSb, n-doped HgCdTe and n-doped GaSb.

60. (New) A photo-detector according to claim 59, wherein said second layer and said first layer exhibit substantially identical compositions.

61. (New) A photo-detector according to claim 51, wherein said first layer and said second layer are constituted of n-doped HgCdTe and said barrier layer is constituted of HgZnTe.

62. (New) A photo-detector according to claim 51, wherein said first layer is constituted of n-doped InAsSb, said barrier layer is constituted of AlGaAsSb and said second layer is constituted of p-doped GaSb.

63. (New) A photo-detector according to claim 51, wherein said first layer exhibits a thickness on the order of the optical absorption length.

64. (New) A photo-detector according to claim 51, wherein said first layer and second layer are p-doped, and wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the first layer and the barrier layer and between the second layer and the barrier layer occur with minimized depletion zones.

65. (New) A photo-detector according to claim 64, wherein said second layer exhibits a conduction band energy substantially equal to said conduction band energy of said p-doped semiconductor of said first layer.

66. (New) A photo-detector according to claim 64, wherein said second layer exhibits a conduction band energy equal to or less than said conduction band energy of said barrier layer, and

wherein said conduction band energy of said barrier layer is less than said conduction band energy of said p-doped semiconductor of said first layer.

67. (New) A photo-detector according to claim 51, wherein said first layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe.

68. (New) A photo-detector according to claim 67, wherein said second layer is constituted of one of p-doped InAs, p-doped InGaAs, p-doped InAsSb, p-doped Type II super lattice InAs/InGaSb, p-doped HgCdTe and p-doped GaSb.

69. (New) A photo-detector according to claim 68, wherein said second layer and said first layer exhibit substantially identical compositions.

70. (New) A photo-detector according to claim 51, wherein the barrier layer comprises an undoped semiconductor.

71. (New) The photo-detector according to claim 70, wherein the first layer and the second layer are n-doped, and further wherein said photo-detector has not been subjected to a passivation process.

72. (New) The photo-detector according to claim 70, wherein said first layer and said second layer are p-doped, and wherein alignments of respective edges of the valence band energy and conduction band energy occur with minimized depletion zones at interfaces between the first layer and the barrier layer and between the second layer and the barrier layer.

73. (New) The photo-detector according to claim 70, wherein either the first layer and the second layer are p-doped and n-doped, respectively, or the first layer and the second layer are n-doped and p-doped, respectively.

74. (New) The photo-detector according to claim 73, wherein alignments of respective edges of the valence band energy and conduction band energy occur with minimized

depletion zones at interfaces between the first layer and the barrier layer and between the second layer and the barrier layer.

75. (New) The photo-detector according to claim 51, wherein said barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe.

76. (New) The photo-detector according to claim 52,

wherein during operation said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said first layer and second layer and a conduction band energy greater than the conduction band energy of said first layer and second layer such that a conduction energy band offset is formed between the first layer and the barrier layer and between the second layer and the barrier layer, and

wherein a thickness of the barrier layer and said conduction energy band offset are sufficient to prevent tunneling of majority carriers between said first layer and second layer and to substantially block the flow of thermalized majority carriers between said first layer and second layer.

77. (New) The photo-detector according to claim 64,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said first layer and second layer and a valence band energy less than the valence band energy of said first layer and second layer such that a valence energy band offset is formed between the first layer and the barrier layer and between the second layer and the barrier layer,

wherein a thickness of the barrier layer and said valence energy band offset are sufficient to prevent tunneling of majority carriers between said first layer and second layer and to substantially block the flow of thermalized majority carriers from said first layer and second layer.

78. (New) The photo-detector according to claim 51,

wherein said second layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein said barrier layer extends past the one or more individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

79. (New) The photo-detector according to claim 78, wherein the first layer extends past the one or more individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements.

80. (New) The photo-detector according to claim 51, further wherein said photo-detector has not been subjected to a passivation process.

81. (New) The photo-detector according to claim 52, further wherein said photo-detector has not been subjected to a passivation process.

82. (New) The photo-detector according to claim 64, further wherein said photo-detector has not been subjected to a passivation process.

83. (New) The photo-detector according to claim 72, further wherein said photo-detector has not been subjected to a passivation process.

84. (New) The photo-detector according to claim 74, further wherein said photo-detector has not been subjected to a passivation process.

**REMARKS**

Applicant appreciates the consideration of the present application afforded by the Examiner. Claims 1, 3-6, 8-10, 12-18, 20-23, 25-27, and 29-44 were pending, with claims 32-34 having been withdrawn from consideration. Claims 32-34 have been canceled and claims 45-84 have been added through this supplemental amendment. Claims 1, 18, 35, and 51 are independent. Favorable reconsideration and allowance of the present application are respectfully requested in view of the following remarks.

***Supplemental Amendment under MPEP § 714.03(a)***

Applicant respectfully requests the Examiner's consideration of the second supplemental amendment, which is intended to further amend the prior supplemental amendment filed June 19, 2008.

***35 U.S.C. § 112, 2nd Paragraph Rejection***

Claims 1, 4, 6, 18, and 21 stand rejected under 35 U.S.C. § 112, second paragraph, as allegedly being indefinite.

Initially, Applicant disagrees with the Examiner's assertion that the phrase "said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer" renders the claims indefinite. Applicant respectfully submits that the Examiner's focus during examination for compliance with the requirement of definiteness in § 112, 2nd paragraph is whether the claim meets the threshold requirements of clarity and precision. To do this, the Examiner needs only ensure that the claims define the invention with a reasonable degree of particularity and distinctness. *See MPEP § 2173.02.*

The Examiner asserts that claiming a "non-countable set of allowed energy levels" is indefinite.Although Applicant does not necessarily agree with the Examiner's assertion of indefiniteness, in order to expedite prosecution Applicant has amended claim 1 to recite that the valence band energies of the barrier and photo absorbing layers are substantially equal and that the conduction band energy of the barrier layer is greater than the conduction band energy of the photo absorbing layer, forming a conduction energy band gap. Similarly, claim 18 has been

amended to recite that the barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that a valence energy band gap is formed between the photo absorbing layer and the barrier layer.

Applicant respectfully submits that the claims as amended satisfy the requirements of § 112, second paragraph and that the claims distinctly claim the subject matter which Applicant regards as his invention. Furthermore, Applicant argues that the claims as amended clearly define a relative relationship between the valence and conductance energies of the layers of the photo-detector, said relative relationship exhibiting certain effects that are distinctly claimed. Applicant notes that this relative relationship defines operating conditions of the photo-detector, the effects of which are described in the claim and which would be clear to one of ordinary skill in the art.

Accordingly, Applicant respectfully requests that the §112, second paragraph rejection of claims 1, 4, 6, 18, and 21 be withdrawn.

***Claim Rejections - 35 U.S.C. §102***

Claims 1, 3-6, 8-10, 12-14, 16-18, 20-23, 25-27, and 29-31 stand rejected under 35 U.S.C. §102(b) as allegedly being anticipated by International Patent Application No. WO 2005/004243 to Klipstein ("Klipstein") [Below, Applicant cites to comparable U.S. Patent Publication No. 2007/0235758 A1 to Klipstein]. Applicant submits the Examiner has failed to establish a *prima facie* case of anticipation and traverse the rejection.

In order to establish a *prima facie* case of anticipation under 35 U.S.C. §102, the cited reference must teach each and every element in the claims. *See M.P.E.P. §2131; M.P.E.P. §706.02.* Accordingly, if the cited reference fails to teach one or more claimed elements, the rejection is improper and must be withdrawn.

Independent claim 1 recites:

> A photo-detector comprising:
> a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;
> a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and substantially block the flow of thermalized majority carriers from said photo absorbing layer to said contact area, and

further wherein during operation said barrier layer functions to achieve passivation of the photo-detector.

Applicant respectfully submits that Klipstein cannot teach or suggest all of the features of independent claim 1. Klipstein is directed towards a photodiode with a suppressed dark current, which is formed by at least a photo absorbing layer, a barrier layer, and a contact layer. *See, e.g., Klipstein, Figure 4b.* Klipstein recognizes that the dark current is composed of two components: a diffusion dark current related to thermal excitation of carriers across a band gap and a Generation-Recombination current (G-R dark current). *See paragraph [0004].* Klipstein is concerned with suppressing the effects of the G-R dark current by using a combination of doped materials for the photo absorbing layer, barrier layer, and contact layer that exhibit certain valence and conductance band properties sufficient to reduce this G-R dark current. *See paragraphs [0024] – [0063].*

Klipstein discloses that during the fabrication of the photo-detector, the semiconductor layers are "grown" on a wafer substrate. *See paragraph [0139].* Importantly, Klipstein expressly states that "[a]fter growth, the wafer is **etched** into a mesa structure and **the sides are passivated** with a suitable chemical treatment and/or with the application of a suitable dielectric layer..." *See paragraph [0140].* As is known in the art, passivation is a process by which the materials in the photo-detector are made "passive" such that they do not react with each other.

Conversely, the present invention is directed, *inter alia*, to a photo-detector with a reduced dark current wherein the barrier layer between the photo absorbing layer and the contact layer **functions to achieve passivation** of the photo-detector during operation. As described in Applicant's specification, Applicant recognizes three main contributions to the dark current: a

generation current, a diffusion current, and a surface current associated with the surface states of the materials in the junctions of the photo-detector layers. *See instant specification, paragraph [0005] (citing U.S. Pub. No.2007/0215900).* Importantly, this surface current depends primarily on the passivation process performed on the device. In addition, Applicant has recognized a need for a photo-detector device which does not require an expensive passivation process to be performed on the device during production, and which exhibits reduced noise by minimizing the components of the dark current within the device. *See paragraphs [0007] – [0008].*

Claim 1 of the instant invention specifically recites a photo-detector wherein the barrier layer functions to achieve passivation of the photo-detector. Therefore, the photo-detector is not required to be passivated during production. In contradistinction, Klipstein expressly states that the photo-detector is subjected to a passivation process during fabrication, and can therefore be said to ***teach away*** from the instant invention for at least this reason. Additionally, Klipstein is silent regarding a barrier layer which functions to achieve passivation of the photo-detector.

Therefore, at least because Klipstein fails to teach or suggest each and every claimed element and in fact teaches away from the instant invention, independent claim 1 is distinguishable from the prior art.

Independent claim 18 recites at least the feature discussed above with respect to claim 1, "*wherein during operation said barrier layer functions to achieve passivation of the photo-detector.*" At least for the reasons presented above, independent claim 18 is likewise distinguishable from Klipstein.

Dependent claims 3-6, 8-10, 12-14, 16, 17, 20-23, 25-27, and 29-31 are also distinguishable from the prior art at least due to their dependence from independent claim 1, directly or indirectly. Accordingly, Applicant respectfully requests that the rejection of claims 1, 3-6, 8-10, 12-14, 16-18, 20-23, 25-27, and 29-31 under 35 U.S.C. § 102(b) be withdrawn.

***Claim Rejections - 35 U.S.C. §103(a)***

Claims 1, 3, 4, 6, and 8-10 stand rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over U.S. Patent No. 4,729,004 to Sakai et al. ("Sakai"); claims 12-14 stand rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Sakai in view of JP 2002-

016280 to Wada ("Wada"); and claim 15 stands rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over U.S. Patent No. 4,731,640 to Bluzer ("Bluzer") in view of Klipstein and further in view of "Band Structures of HgCdTe and HgZnTe Alloys and Superlattices," to Chen et al. ("Chen"). Applicant submits the Examiner has failed to establish a *prima facie* case of obviousness and traverse the rejection.

For a 35 U.S.C. § 103 rejection to be proper, a *prima facie* case of obviousness must be established. *See M.P.E.P. 2142*. One requirement to establish *prima facie* case of obviousness is that the prior art references, when combined, must teach or suggest all claim limitations. *See M.P.E.P. 2142; M.P.E.P. 706.02(j).* Thus, if the cited references fail to teach or suggest one or more elements, then the rejection is improper and must be withdrawn.

Independent claim 1 recites a photo-detector comprising, *inter alia*, a barrier layer <u>wherein during operation said barrier layer functions to achieve passivation of the photo-detector.</u> As previously discussed Klipstein fails to teach or suggest a barrier layer which functions to achieve passivation of the photo-detector, and in fact expressly recites a photo-detector whereby the sides of the etched wafer are passivated. *See Klipstein, paragraph [0140].* A review of the other cited art reveals no mention of passivation. Accordingly, Applicant submits that the cited prior art cannot teach or suggest all of the features of independent claim 1, alone or in combination.

Dependent claims 3, 4, 6, 8-10, and 12-15 are also distinguishable from the prior art at least due to their dependence from claim 1, directly or indirectly.

Therefore, Applicant submits that claims 3, 4, 6, 8-10, and 12-15 are patentable over any combination of Sakai, Wada, Chen, Bluzer, and Klipstein and respectfully request that the rejection of claims 1, 3, 4, 6, 8-10, and 12-15 under §103(a) be withdrawn.

***New Claims***

New claims 45-84 have been added through this Amendment, and are considered to be in condition for allowance. No new matter has been entered.

**CONCLUSION**

All objections and rejections raised in the Office Action having been addressed, it is respectfully submitted that the present application is in condition for allowance. Notice of same is earnestly solicited.

Should there be any outstanding matters that need to be resolved in the present application, the Examiner is respectfully requested to contact John R. Sanders Reg. No. 60,166 at the telephone number of the undersigned below, to conduct an interview in an effort to expedite prosecution in connection with the present application.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies to charge payment or credit any overpayment to Deposit Account No. 02-2448 for any additional fees required under 37.C.F.R. §§1.16 or 1.14; particularly, extension of time fees.

Dated: September 10, 2008

Respectfully submitted,

By ______________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11276962 |
| **Filing Date:** | 19-Mar-2006 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Michael Keith Mutter/Tenika Askew |
| **Attorney Docket Number:** | 4358-0172PUS1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 37 | 50 | 1850 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1850** |

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 3921929 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 02292 |
| **Filer:** | Michael Keith Mutter/Tenika Askew |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 10-SEP-2008 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 18:24:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1850 |
| RAM confirmation Number | 3652 |
| Deposit Account | 022448 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

| Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees) |
|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20080910SuppAmendment.pdf | 1124198<br>98ffe4fe727f9307bc096c0d2337eaaf5b38f388 | yes | 22 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Supplemental Response or Supplemental Amendment | 2 | 2 |
| Claims | 3 | 16 |
| Applicant Arguments/Remarks Made in an Amendment | 17 | 22 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 30291<br>cef3114fb12a0f7028d325792f4d6d6c0ef7bf33 | no | 2 |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 1154489 |
|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/17 (10-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number.

*Effective on 12/08/2004.*
*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2008

☐ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 1,850.00

| Complete if Known | |
|---|---|
| Application Number | 11/276,962 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Examiner Name | A. Eftekharzadeh |
| Art Unit | 2815 |
| Attorney Docket No. | 4358-0172PUS1 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit Card ☐ Money Order ☐ None ☐ Other (please identify): ____

[x] Deposit Account Deposit Account Number: 02-2448 Deposit Account Name: Birch, Stewart, Kolasch & Birch, LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[x] Charge fee(s) indicated below
☐ Charge fee(s) indicated below, **except for the filing fee**
[x] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17
[x] Credit any overpayments

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| | FILING FEES | | SEARCH FEES | | EXAMINATION FEES | | |
|---|---|---|---|---|---|---|---|
| Application Type | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
| Utility | 310 | 155 | 510 | 255 | 210 | 105 | |
| Design | 210 | 105 | 100 | 50 | 130 | 65 | |
| Plant | 210 | 105 | 310 | 155 | 160 | 80 | |
| Reissue | 310 | 155 | 510 | 255 | 620 | 310 | |
| Provisional | 210 | 105 | 0 | 0 | 0 | 0 | |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 210 | 105 |
| Multiple dependent claims | 370 | 185 |

| Total Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 75 | - 38 = | 37 | x | 50.00 | = | 1,850.00 |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 4 | - 5 = | | x | | = | |

HP = highest number of independent claims paid for, if greater than 3.

| Multiple Dependent Claims | |
|---|---|
| Fee ($) | Fee Paid ($) |
| | |

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| | - 100 = | | /50 = | | (round **up** to a whole number) x | | = | |

**4. OTHER FEE(S)** **Fees Paid ($)**

Non-English Specification, $130 fee (no small entity discount)
Other (e.g., late filing surcharge): ____

**SUBMITTED BY**

| | | | | | |
|---|---|---|---|---|---|
| Signature | [signature] | Registration No. (Attorney/Agent) | 29,680 | Telephone | (703) 205-8000 |
| Name (Print/Type) | Michael K. Mutter | | | Date | September 10, 2008 |

Birch, Stewart, Kolasch & Birch, LLP

JRS
MKM/JRS/ta

SM000000708

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

Application or Docket Number: 11/276,962
Filing Date: 03/19/2006
☐ To be Mailed

## APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY ☐ RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| | | | TOTAL | | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED – PART II

AMENDMENT

| 09/10/2008 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 75 | Minus | ** 38 | = 37 | X $ = | | OR | X $50= | 1850 |
| Independent (37 CFR 1.16(h)) | * 4 | Minus | ***5 | = 0 | X $ = | | OR | X $210= | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | **1850** |

AMENDMENT

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/ANNETTE SMITH/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962

Confirmation No.: 4044

Filed: March 19, 2006

Art Unit: 2815

For: REDUCING DARK CURRENT PHOTODETECTOR

Examiner: A. Eftekharzadeh

**SUPPLEMENTAL AMENDMENT**

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**INTRODUCTORY COMMENTS**

Pursuant to the phone conversation between the Examiner of record, Mr. Ardeshir Eftekharzadeh, and Applicants' counsel, John R. Sanders, on Monday, June 16, 2008, Applicants hereby submit a Supplemental Amendment for the Examiner's consideration. The Examiner indicated during the phone conversation that the previously-submitted Amendment filed May 20, 2008 had not yet been considered, and that he would consider the Supplemental Amendment in place of the previously filed Amendment.

Accordingly, Applicants respectfully submit this Supplemental Amendment as a full replacement of the Amendment filed on May 20, 2008.:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 12 of this paper.

## AMENDMENTS TO THE CLAIMS

*Please amend the claims as follows:*

1. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy ~~level~~ and a conducting band energy ~~level~~;

a barrier layer exhibiting a thickness~~comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe~~, a first side of said barrier layer adjacent a first side of said photo absorbing layer~~, said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of said photo absorbing layer~~; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,~~said barrier layer exhibiting a thickness,~~

wherein said barrier layer thickness and said conduction energy band gap ~~being~~ are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area, and

further wherein said photo-detector has not been subjected to passivation.

2. (Cancelled)

3. (Original) A photo-detector according to claim 1, wherein said contact is n-doped.

4. (Currently Amended) A photo-detector according to claim 3, wherein said contact area exhibits a valence band energy ~~level~~ substantially equal to said valence band energy ~~level~~ of said n-doped semiconductor of said photo absorbing layer.

5. (Original) A photo-detector according to claim 1, wherein said contact area is p-doped.

6. (Currently Amended) A photo-detector according to claim 5, wherein said contact area exhibits a valence band energy ~~level~~ greater than said valence band energy ~~level~~ of said n-doped semiconductor of said photo absorbing layer.

7. (Cancelled)

8. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

9. (Original) A photo-detector according to claim 1 further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first said of said photo absorbing layer, said substrate exhibiting a second side in contact with a first metal layer.

10. (Original) A photo-detector according to claim 9, further comprising a second metal layer in contact with said contact area.

11. (Cancelled)

12. (Previously Presented) A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe.

13. (Original) A photo-detector according to claim 12, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

14. (Original) A photo-detector according to claim 13, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

15. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer and said contact area are constituted of n-doped HgCdTe and said barrier layer is constituted of HgZnTe.

16. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of n-doped InAsSb, said barrier layer is constituted of AlGaAsSb and said contact layer is constituted of p-doped GaSb.

17. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer exhibits a thickness on the order of the optical absorption length.

18. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an p-doped semiconductor exhibiting a conduction band energy ~~level~~ and valence band energy ~~level~~;

a barrier layer exhibiting a thickness~~comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe~~, a first side of said barrier layer adjacent a first side of said photo absorbing layer~~, said barrier layerexhibiting a conduction band energy level substantially equal to said conduction band energy level of said photo absorbing layer and a~~

~~valence band energy level exhibiting a significant band gap in relation to the valence band of said photo absorbing layer~~; and

a contact area comprising a doped semiconductor, said contact area adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that a valence energy band gap is formed between the photo absorbing layer and the barrier layer,

~~said barrier layer exhibiting a thickness,~~wherein said barrier layer thickness and said valence energy band gap ~~being~~ are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact area

further wherein said photo-detector has not been subjected to passivation.

19. (Cancelled)

20. (Original) A photo-detector according to claim 18, wherein said contact area is p-doped.

21. (Currently Amended) A photo-detector according to claim 20, wherein said contact area exhibits a conduction band energy ~~level~~ substantially equal to said conduction band energy ~~level~~ of said p-doped semiconductor of said photo absorbing layer.

22. (Original) A photo-detector according to claim 20, wherein said contact area is n-doped.

23. (Currently Amended) A photo-detector according to claim 22, wherein said contact area exhibits a conduction band energy ~~level~~ less than said conduction band energy ~~level~~ of said p-doped semiconductor of said photo absorbing layer.

24. (Cancelled)

25. (Original) A photo-detector according to claim 18, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

26. (Original) A photo-detector according to claim 18, further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first side of said photo absorbing layer, said substrate exhibiting a second side in contact with a metal layer.

27. (Original) A photo-detector according to claim 26, further comprising a metal layer in contact with said contact area.

28. (Cancelled)

29. (Previously Presented) A photo-detector according to claim 18, wherein said photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe.

30. (Original) A photo-detector according to claim 29, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

31. (Original) A photo-detector according to claim 30, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

32. (Withdrawn) A method of producing a photo-detector, the method comprising:

providing a substrate;

depositing on said substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers;

depositing on said deposited photo absorbing layer a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb and HgZnTe exhibiting a thickness, an energy level associated with minority carriers of said photo absorbing layer substantially equal to said energy level of said photo absorbing layer and a band gap associated with majority carriers of said photo absorbing layer; and

depositing on said deposited photo absorbing layer a contact layer comprising a doped semiconductor,

said thickness and said band gap of said barrier layer being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact layer and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact layer.

33. (Withdrawn) A method according to claim 32, further comprising selectively etching said deposited contact layer to define a plurality of contact areas.

34. (Withdrawn) A method according to claim 32, wherein at least one of depositing said photo absorbing layer, depositing said barrier layer and depositing said contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

35. (New) A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

an barrier layer comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

wherein said photo-detector is formed without passivation, and wherein during operation said barrier layer functions to achieve passivation of said photo-detector.

36. (New) The photo-detector according to claim 35, wherein the photo absorbing layer and the contact layer are either both n-doped or both p-doped.

37. (New) The photo-detector according to claim 35, wherein said photo-detector does not exhibit a depletion layer.

38. (New) The photo-detector according to claim 1, wherein the photo absorbing layer and the contact layer are either both n-doped or both p-doped.

39. (New) The photo-detector according to claim 1, wherein said photo-detector does not exhibit a depletion layer.

40. (New) A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

an barrier layer semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

wherein the absorbing layer and the contact layer have the same doping.

41. (New) The photo-detector according to claim 35, further wherein said photo-detector has not been subjected to passivation.

42. (New) The photo-detector according to claim 40, further wherein said photo-detector has not been subjected to passivation.

43. (New) The photo-detector according to claim 1, wherein said barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe.

44. (New) The photo-detector according to claim 18, wherein said barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe.

**REMARKS**

Applicant appreciates the consideration of the present application afforded by the Examiner. Claims 1, 3-6, 8-10, 12-18, 20-23, 25-27, and 29-34 were pending prior to the Office Action, with claims 32-34 having been withdrawn from consideration. Claims 35-44 have been added through this Reply. Claims 1, 18, 35, and 40 are independent. Favorable reconsideration and allowance of the present application are respectfully requested in view of the following remarks.

***Supplemental Amendment under MPEP § 714.03(a)***

Applicant respectfully requests the Examiner's consideration of the Supplemental Amendment, which is intended to fully replace the prior Amendment filed May 20, 2008.

***35 U.S.C. § 112, 2nd Paragraph Rejection***

Claims 1, 4, 6, 18, and 21 stand rejected under 35 U.S.C. § 112, second paragraph, as allegedly being indefinite.

Initially, Applicant disagrees with the Examiner's assertion that the phrase "said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer" renders the claims indefinite. Applicant respectfully submits that the Examiner's focus during examination for compliance with the requirement of definiteness in § 112, 2nd paragraph is whether the claim meets the threshold requirements of clarity and precision. To do this, the Examiner needs only ensure that the claims define the invention with a reasonable degree of particularity and distinctness. *See MPEP § 2173.02.*

Applicant submits that the claims clearly define that the barrier layer and the photo absorbing layer have substantially equal valence band energy. However, the Examiner asserts that claiming such a "non-countable set of allowed energy levels" is indefinite.

Although Applicant does not necessarily agree with the Examiner's assertion of indefiniteness, in order to expedite prosecution Applicant has amended claim 1 to recite that the valence band energies of the barrier and photo absorbing layers are substantially equal and that the conduction band energy of the barrier layer is greater than the conduction band energy of the photo absorbing layer, forming a conduction energy band gap. In addition, the claim clearly

recites specific alloys which may comprise the barrier layer. Applicant respectfully submits that the claims as amended satisfy the requirements of § 112, second paragraph and that the claims distinctly claim the subject matter which Applicant regards as his invention. Furthermore, Applicant argues that the claims as amended clearly define a relative relationship between the valence and conductance energies of the layers of the photo-detector, said relative relationship exhibiting certain effects that are distinctly claimed. Applicant notes that this relative relationship defines operating conditions of the photo-detector, the effects of which are described in the claim and which would be clear to one of ordinary skill in the art.

Accordingly, Applicant respectfully requests that the §112, second paragraph rejection of claims 1, 4, 6, 18, and 21 be withdrawn.

***Claim Rejections - 35 U.S.C. §102***

Claims 1, 3-6, 8-10, 12-14, 16-18, 20-23, 25-27, and 29-31stand rejected under 35 U.S.C. §102(b) as allegedly being anticipated by International Patent Application No. WO 2005/004243 to Klipstein ("Klipstein") [Below, Applicant cites to comparable U.S. Patent Publication No. 2007/0235758 A1 to Klipstein]. Applicant submits the Examiner has failed to establish a *prima facie* case of anticipation and traverse the rejection.

In order to establish a *prima facie* case of anticipation under 35 U.S.C. §102, the cited reference must teach each and every element in the claims. *See M.P.E.P. §2131; M.P.E.P. §706.02.* Accordingly, if the cited reference fails to teach one or more claimed elements, the rejection is improper and must be withdrawn.

Independent claim 1 recites:

> A photo-detector comprising:
> a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;
> a barrier layer exhibiting at thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and
> a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,
> <u>wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo</u>

absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer, and

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area, and

further wherein said photo-detector has not been subjected to passivation.

Applicant respectfully submits that Klipstein cannot teach or suggest all of the features of independent claim 1.

Klipstein is directed towards a photodiode with a suppressed dark current, and which is formed by at least a photo absorbing layer, a barrier layer, and a contact layer. *See, e.g., Klipstein, Figure 4b.* Klipstein recognizes that the dark current is composed of two components: a diffusion dark current related to thermal excitation of carriers across a bandgap and a Generation-Recombination current (G-R dark current). *See paragraph [0004].* In general, Klipstein is concerned with ***suppressing*** the effects of the G-R dark current by using a combination of doped materials for the photo absorbing layer, barrier layer, and contact layer that exhibit certain valence and conductance band properties sufficient to reduce this G-R dark current. *See, generally, paragraphs [0024] – [0063].*

Klipstein teaches that during the fabrication of the photo-detector, the semiconductor layers are "grown" on a wafer substrate. *See paragraph [0136].* Importantly, Klipstein expressly states that "[a]fter growth, … **the sides are passivated** with a suitable chemical treatment and/or with the application of a suitable dielectric layer…" *See paragraph [0137].* As is known in the art, passivation is a process by which the materials in the photodetector are made "passive" such that they do not react with each other.

Conversely, the present invention is directed, *inter alia*, to a photo-detector with a reduced dark current whereby **passivation is not required** during production of the photo-detector. As described in Applicant's specification, Applicant recognizes three main contributions to the dark current: a generation current, a diffusion current, and a surface current associated with the surface states of the materials in the junctions between the photo-detector layers. *See paragraph [0005].* Importantly, this surface current depends primarily on passivation being performed on the device. In addition, Applicant has recognized a need for a photo-detector

which does not require expensive passivation to be performed during production, and which exhibits reduced noise by minimizing the components of the dark current within the device. *See paragraphs [0007] – [0008].*

Claim 1 of the instant invention specifically recites a photo-detector which has not been subjected to passivation, and whose barrier layer exhibit characteristics with respect to the photo absorbing and contact layers which reduce the dark current by preventing tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. On the other hand, Klipstein expressly states that passivation is performed on the photo-detector, and can be said to ***teach away*** from the scope of independent claim 1 for at least this reason.

Therefore, at least because Klipstein fails to teach or suggest each and every claimed element, independent claim 1 is distinguishable from the prior art and respectfully requests that the rejection of claim 1 under 35 U.S.C. § 102(b) be withdrawn.

Regarding independent **claim 18**, Applicant notes that claim 18 also recites a photo-detector which has not been subjected to passivation. For at least the reasons presented above with respect to independent claim 1, Applicant submits that independent claim 18 is distinguishable from the prior art and respectfully requests that the rejection of claim 18 under 35 U.S.C. § 102(b) be withdrawn.

Regarding **claims 14, 31, and 40**, Applicant notes that these claims recite the further limitation that the contact area and the photo absorbing layer exhibit substantially identical compositions. Applicant submits that Klipstein cannot show at least this feature of the claims. Klipstein discloses several different combinations of materials for the respective layers of the photo-detector. Klipstein refers to a characterizing feature of his invention as being a 3-layer light detector of the p-p-n or p-n-n form (s*ee paragraph [0085]*), and also allows for inverted polarity structures n-n-p and n-p-p (*see paragraph [0098]*). Importantly, however, in all of the embodiments disclosed by Klipstein the photo-absorbing layer and contact layer have different dopings. For example, if the photo-absorbing layer is a p-type doped material, then the contact layer is a n-type doped material, and vice versa. The Examiner urges that layers 21 and 23 of Fig. 8b have substantially identical compositions. *See Office Action, p. 7, paragraph 1.* In

contradistinction, Fig. 8b clearly shows layer 21 comprising a p-type doped material whereas layer 23 is an n-type doped material. Applicant submits that Klipstein in no way teaches or suggests a contact area and the photo absorbing layer exhibiting the same doping, *i.e.*, either both are n-doped material or both are p-doped material. Accordingly, at least because Klipstein fails to teach or suggest each and every claimed element, claims 14 and 31 are distinguishable from the prior art and respectfully requests that the rejection of claim 1 under 35 U.S.C. § 102(b) be withdrawn

Dependent claims 3-6, 8-10, 12-13, 15-17, 20-23, 25-27 and 29-30 are also distinguishable from the prior art at least due to their dependence from claims 1 or 18, directly or indirectly. Accordingly, Applicant respectfully requests that the rejection of claims 3-6, 8-10, 12-13, 15-17, 20-23, 25-27 and 29-30 under 35 U.S.C. § 102(b) be withdrawn.

***Claim Rejections - 35 U.S.C. §103(a)***

Claim 1 stands rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over U.S. Patent No. 4,729,004 to Sakai et al. ("Sakai"); claims 12-13 stand rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Sakai in view of JP 2002-016280 to Wada ("Wada"); and claim 15 stands rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over U.S. Patent No. 4,731,640 to Bluzer ("Bluzer") in view of Klipstein and further in view of "Band Structures of HgCdTe and HgZnTe Alloys and Superlattices," to Chen et al. ("Chen"). Applicant submits the Examiner has failed to establish a *prima facie* case of obviousness and traverse the rejection.

For a 35 U.S.C. § 103 rejection to be proper, a *prima facie* case of obviousness must be established. *See M.P.E.P. 2142*. One requirement to establish *prima facie* case of obviousness is that the prior art references, when combined, must teach or suggest all claim limitations. *See M.P.E.P. 2142; M.P.E.P. 706.02(j)*. Thus, if the cited references fail to teach or suggest one or more elements, then the rejection is improper and must be withdrawn.

Independent claim 1 recites the aforementioned features of the present invention, specifically with respect to the limitation that the photo-detector has not been subjected to passivation. A review of the cited art reveals no mention of passivation. Accordingly, Applicant

submits that the cited prior art cannot teach or suggest all of the features of independent claim 1, alone or in combination.

Dependent claims 12-13 and 15 are also distinguishable from the prior art at least due to their dependence from claim 1, directly or indirectly.

Therefore, Applicant submits that claims 1, 12-13, and 15 are patentable over any combination of Sakai, Wada, Chen, Bluzer, and Klipstein and respectfully request that the rejection of claims 1, 12-13, and 15 under §103(a) be withdrawn.

***New Claims***

New claims 35-44 have been added through this Amendment, and are considered to be in condition for allowance. No new matter has been entered.

Regarding independent claim 35: Applicant notes that claim 35 recites that the barrier layer is comprised of an undoped semiconductor. A review of the Klipstein reference reveals that Klipstein is solely directed towards photo-detector embodiments wherein the barrier layer is comprised of a doped material.

Regarding independent claim 40: Independent claim 40 recites that both the absorber layer and the contact layer have the same doping, *i.e.*, either both n-doped material or both p-doped material. No reference of record shows such doping combination; in fact, as previously discussed above, Klipstein shows that the doping of such layers must of opposite doping.

**CONCLUSION**

All objections and rejections raised in the Office Action having been addressed, it is respectfully submitted that the present application is in condition for allowance. Notice of same is earnestly solicited.

Should there be any outstanding matters that need to be resolved in the present application, the Examiner is respectfully requested to contact John R. Sanders Reg. No. 60,166 at the telephone number of the undersigned below, to conduct an interview in an effort to expedite prosecution in connection with the present application.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies to charge payment or credit any overpayment to Deposit Account No. 02-2448 for any additional fees required under 37.C.F.R. §§1.16 or 1.14; particularly, extension of time fees.

Dated: June 19, 2008

Respectfully submitted,

By____________________
Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11276962 |
| **Filing Date:** | 19-Mar-2006 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| **Filer:** | Michael Keith Mutter/Tenika Askew |
| **Attorney Docket Number:** | 4358-0172PUS1 |

Filed as Large Entity

## Utility Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 4 | 50 | 200 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **200** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3487201 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 2292 |
| **Filer:** | Michael Keith Mutter/Tenika Askew |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 19-JUN-2008 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 16:49:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $200 |
| RAM confirmation Number | 2151 |
| Deposit Account | 022448 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20080619SuppAmendment.pdf | 867517<br>e3f4bd65705ccc4f29cbbce3861dd87b04314a48 | yes | 19 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Supplemental Response or Supplemental Amendment | 2 | 2 |
| Claims | 3 | 12 |
| Applicant Arguments/Remarks Made in an Amendment | 13 | 19 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8146<br>72656dcdab0226e468b8c43d0d020264a17654dc | no | 2 |

**Warnings:**

**Information:**

**Total Files Size (in bytes):** 875663

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/17 (10-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number.

*Effective on 12/08/2004.*
*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2008

☐ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 200.00

| Complete if Known | |
|---|---|
| Application Number | 11/276,962 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Examiner Name | A. Eftekharzadeh |
| Art Unit | 2815 |
| Attorney Docket No. | 4358-0172PUS1 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit Card ☐ Money Order ☐ None ☐ Other (please identify): ____

[x] Deposit Account Deposit Account Number: 02-2448 Deposit Account Name: Birch, Stewart, Kolasch & Birch, LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[x] Charge fee(s) indicated below
☐ Charge fee(s) indicated below, **except for the filing fee**
[x] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17
[x] Credit any overpayments

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| Application Type | FILING FEES Fee ($) | FILING FEES Small Entity Fee ($) | SEARCH FEES Fee ($) | SEARCH FEES Small Entity Fee ($) | EXAMINATION FEES Fee ($) | EXAMINATION FEES Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 310 | 155 | 510 | 255 | 210 | 105 | |
| Design | 210 | 105 | 100 | 50 | 130 | 65 | |
| Plant | 210 | 105 | 310 | 155 | 160 | 80 | |
| Reissue | 310 | 155 | 510 | 255 | 620 | 310 | |
| Provisional | 210 | 105 | 0 | 0 | 0 | 0 | |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 210 | 105 |
| Multiple dependent claims | 370 | 185 |

| Total Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 38 | - 34 = | 4 | x | 50.00 | = | 200.00 |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 5 | - 5 = | | x | | = | |

HP = highest number of independent claims paid for, if greater than 3.

Multiple Dependent Claims: Fee ($) ____ Fee Paid ($) ____

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| | - 100 = | | /50 = | | (round **up** to a whole number) x | | = | |

**4. OTHER FEE(S)** **Fees Paid ($)**

Non-English Specification, $130 fee (no small entity discount)
Other (e.g., late filing surcharge): ____

| SUBMITTED BY | | | | | |
|---|---|---|---|---|---|
| Signature | [signature] | Registration No. (Attorney/Agent) | 29,680 | Telephone | (703) 205-8000 |
| Name (Print/Type) | Michael K. Mutter | | | Date | June 19, 2008 |

Birch, Stewart, Kolasch & Birch, LLP

MKM/JRS/ta

SM000000732

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

| Application or Docket Number | Filing Date | To be Mailed |
|---|---|---|
| 11/276,962 | 03/19/2006 | ☐ |

## APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY ☐ RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| | | | TOTAL | | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED – PART II

AMENDMENT

| 05/10/2008 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 34 | Minus | ** 34 | = 0 | X $ = | | OR | X $50= | 0 |
| Independent (37 CFR 1.16(h)) | * 5 | Minus | ***3 | = 2 | X $ = | | OR | X $210= | 420 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | **420** |

AMENDMENT

| 06/19/2008 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 38 | Minus | ** 34 | = 4 | X $ = | | OR | X $50 = | 200 |
| Independent (37 CFR 1.16(h)) | * 5 | Minus | *** 5 | = 0 | X $ = | | OR | X $210 = | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | **200** |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/JACKIE A. WHITE/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# PATENT APPLICATION FEE DETERMINATION RECORD
Effective December 8, 2004

Application or Docket Number 11276962

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 34 minus 20= | * 14 |
| INDEPENDENT CLAIMS | 3 minus 3 = | * — |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

SMALL ENTITY TYPE ☐ OR OTHER THAN SMALL ENTITY

| RATE | FEE | | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | 150.00 (75) | OR | BASIC FEE | 300.00 |
| X$ 25= | 350 | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL | 425 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A** — 3-26-06

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 34 | Minus | ** 34 | = — |
| Independent | * 3 | Minus | *** 3 | = — |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

425

SMALL ENTITY OR OTHER THAN SMALL ENTITY

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 25= | | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL ADDIT. FEE | — | OR | TOTAL ADDIT. FEE | — |

**AMENDMENT B** — 10/19/08

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 38 | Minus | ** 20 | = |
| Independent | * 5 | Minus | *** 3 | = 2 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 25= | | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 25= | | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/04) Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 | Confirmation No.: 4044

Filed: March 19, 2006 | Art Unit: 2815

For: REDUCING DARK CURRENT PHOTODETECTOR | Examiner: A. Eftekharzadeh

**AMENDMENT IN RESPONSE TO NON-FINAL OFFICE ACTION**

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**INTRODUCTORY COMMENTS**

In response to the Office Action dated February 20, 2008, please amend the above-identified U.S. patent application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 12 of this paper.

## AMENDMENTS TO THE CLAIMS

*Please amend the claims as follows:*

1. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy ~~level~~ and a conducting band energy ~~level~~;

a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe, a first side of said barrier layer adjacent a first side of said photo absorbing layer, wherein said barrier layer exhibits a thickness~~exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of said photo absorbing layer~~; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer,~~said barrier layer exhibiting a thickness,~~

wherein said barrier layer thickness and said conduction energy band gap ~~being~~ are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area, and

further wherein said photo-detector has not been subjected to passivation.

2. (Cancelled)

3. (Original) A photo-detector according to claim 1, wherein said contact is n-doped.

4. (Currently Amended) A photo-detector according to claim 3, wherein said contact area exhibits a valence band energy ~~level~~ substantially equal to said valence band energy ~~level~~ of said n-doped semiconductor of said photo absorbing layer.

5. (Original) A photo-detector according to claim 1, wherein said contact area is p-doped.

6. (Currently Amended) A photo-detector according to claim 5, wherein said contact area exhibits a valence band energy ~~level~~ greater than said valence band energy ~~level~~ of said n-doped semiconductor of said photo absorbing layer.

7. (Cancelled)

8. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

9. (Original) A photo-detector according to claim 1 further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first said of said photo absorbing layer, said substrate exhibiting a second side in contact with a first metal layer.

10. (Original) A photo-detector according to claim 9, further comprising a second metal layer in contact with said contact area.

11. (Cancelled)

12. (Previously Presented) A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe.

13. (Original) A photo-detector according to claim 12, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

14. (Original) A photo-detector according to claim 13, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

15. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer and said contact area are constituted of n-doped HgCdTe and said barrier layer is constituted of HgZnTe.

16. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of n-doped InAsSb, said barrier layer is constituted of AlGaAsSb and said contact layer is constituted of p-doped GaSb.

17. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer exhibits a thickness on the order of the optical absorption length.

18. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an p-doped semiconductor exhibiting a conduction band energy ~~level~~ and valence band energy ~~level~~;

a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe, a first side of said barrier layer adjacent a first side of said photo absorbing layer, wherein said barrier layer exhibits a thickness~~exhibiting a conduction band energy level substantially equal to said conduction band energy level of said photo absorbing~~

~~layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of said photo absorbing layer~~; and

a contact area comprising a doped semiconductor, said contact area adjacent a second side of said barrier layer opposing said first side,

wherein said barrier layer exhibits a conduction band energy substantially equal to said conduction band energy of said photo absorbing layer and a valence band energy less than the valence band energy of said photo absorbing layer such that a valence energy band gap is formed between the photo absorbing layer and the barrier layer,

~~said barrier layer exhibiting a thickness,~~wherein said barrier layer thickness and said valence energy band gap ~~being~~ are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact area

further wherein said photo-detector has not been subjected to passivation.

19. (Cancelled)

20. (Original) A photo-detector according to claim 18, wherein said contact area is p-doped.

21. (Currently Amended) A photo-detector according to claim 20, wherein said contact area exhibits a conduction band energy ~~level~~ substantially equal to said conduction band energy ~~level~~ of said p-doped semiconductor of said photo absorbing layer.

22. (Original) A photo-detector according to claim 20, wherein said contact area is n-doped.

23. (Currently Amended) A photo-detector according to claim 22, wherein said contact area exhibits a conduction band energy ~~level~~ less than said conduction band energy ~~level~~ of said p-doped semiconductor of said photo absorbing layer.

24. (Cancelled)

25. (Original) A photo-detector according to claim 18, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns.

26. (Original) A photo-detector according to claim 18, further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first side of said photo absorbing layer, said substrate exhibiting a second side in contact with a metal layer.

27. (Original) A photo-detector according to claim 26, further comprising a metal layer in contact with said contact area.

28. (Cancelled)

29. (Previously Presented) A photo-detector according to claim 18, wherein said photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe.

30. (Original) A photo-detector according to claim 29, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

31. (Original) A photo-detector according to claim 30, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

32. (Withdrawn) A method of producing a photo-detector, the method comprising:

providing a substrate;

depositing on said substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers;

depositing on said deposited photo absorbing layer a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb and HgZnTe exhibiting a thickness, an energy level associated with minority carriers of said photo absorbing layer substantially equal to said energy level of said photo absorbing layer and a band gap associated with majority carriers of said photo absorbing layer; and

depositing on said deposited photo absorbing layer a contact layer comprising a doped semiconductor,

said thickness and said band gap of said barrier layer being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact layer and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact layer.

33. (Withdrawn) A method according to claim 32, further comprising selectively etching said deposited contact layer to define a plurality of contact areas.

34. (Withdrawn) A method according to claim 32, wherein at least one of depositing said photo absorbing layer, depositing said barrier layer and depositing said contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

35. (New) A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

an barrier layer comprising an undoped semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

wherein said photo-detector is formed without passivation, and wherein during operation said barrier layer functions to achieve passivation of said photo-detector.

36. (New) The photo-detector according to claim 35, wherein the photo absorbing layer and the contact layer are either both n-doped or both p-doped.

37. (New) The photo-detector according to claim 35, wherein said photo-detector does not exhibit a depletion layer.

38. (New) The photo-detector according to claim 1, wherein the photo absorbing layer and the contact layer are either both n-doped or both p-doped.

39. (New) The photo-detector according to claim 1, wherein said photo-detector does not exhibit a depletion layer.

40. (New) A photo-detector with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

an barrier layer semiconductor, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

wherein the absorbing layer and the contact layer have the same doping.

**REMARKS**

Applicant appreciates the consideration of the present application afforded by the Examiner. Claims 1, 3-6, 8-10, 12-18, 20-23, 25-27, and 29-34 were pending prior to the Office Action, with claims 32-34 having been withdrawn from consideration. Claims 35-40 have been added through this Reply. Claims 1, 18, 35, and 40 are independent. Favorable reconsideration and allowance of the present application are respectfully requested in view of the following remarks.

***35 U.S.C. § 112, 2nd Paragraph Rejection***

Claims 1, 4, 6, 18, and 21 stand rejected under 35 U.S.C. § 112, second paragraph, as allegedly being indefinite.

Initially, Applicant disagrees with the Examiner's assertion that the phrase "said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer" renders the claims indefinite. Applicant respectfully submits that the Examiner's focus during examination for compliance with the requirement of definiteness in § 112, 2nd paragraph is whether the claim meets the threshold requirements of clarity and precision. To do this, the Examiner needs only ensure that the claims define the invention with a reasonable degree of particularity and distinctness. *See MPEP § 2173.02.*

Applicant submits that the claims clearly define that the barrier layer and the photo absorbing layer have substantially equal valence band energy. However, the Examiner asserts that claiming such a "non-countable set of allowed energy levels" is indefinite.

Although Applicant does not necessarily agree with the Examiner's assertion of indefiniteness, in order to expedite prosecution Applicant has amended claim 1 to recite that the valence band energies of the barrier and photo absorbing layers are substantially equal and that the conduction band energy of the barrier layer is greater than the conduction band energy of the photo absorbing layer, forming a conduction energy band gap. In addition, the claim clearly recites specific alloys which may comprise the barrier layer. Applicant respectfully submits that the claims as amended satisfy the requirements of § 112, second paragraph and that the claims distinctly claim the subject matter which Applicant regards as his invention. Furthermore,

Applicant argues that the claims as amended clearly define a relative relationship between the valence and conductance energies of the layers of the photo-detector, said relative relationship exhibiting certain effects that are distinctly claimed. Applicant notes that this relative relationship defines operating conditions of the photo-detector, the effects of which are described in the claim and which would be clear to one of ordinary skill in the art.

Accordingly, Applicant respectfully requests that the §112, second paragraph rejection of claims 1, 4, 6, 18, and 21 be withdrawn.

***Claim Rejections - 35 U.S.C. §102***

Claims 1, 3-6, 8-10, 12-14, 16-18, 20-23, 25-27, and 29-31stand rejected under 35 U.S.C. §102(b) as allegedly being anticipated by International Patent Application No. WO 2005/004243 to Klipstein ("Klipstein") [Below, Applicant cites to comparable U.S. Patent Publication No. 2007/0235758 A1 to Klipstein]. Applicant submits the Examiner has failed to establish a *prima facie* case of anticipation and traverse the rejection.

In order to establish a *prima facie* case of anticipation under 35 U.S.C. §102, the cited reference must teach each and every element in the claims. *See M.P.E.P. §2131; M.P.E.P. §706.02.* Accordingly, if the cited reference fails to teach one or more claimed elements, the rejection is improper and must be withdrawn.

Independent claim 1 recites:

> A photo-detector comprising:
>
> a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;
>
> a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe, a first side of said barrier layer adjacent a first side of said photo absorbing layer, wherein said barrier layer exhibits a thickness; and
>
> a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,
>
> <u>wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that a conduction energy band gap is formed between the photo absorbing layer and the barrier layer, and</u>

wherein said barrier layer thickness and said conduction energy band gap are sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area, and

further wherein said photo-detector has not been subjected to passivation.

Applicant respectfully submits that Klipstein cannot teach or suggest all of the features of independent claim 1.

Klipstein is directed towards a photodiode with a suppressed dark current, and which is formed by at least a photo absorbing layer, a barrier layer, and a contact layer. *See, e.g., Klipstein, Figure 4b.* Klipstein recognizes that the dark current is composed of two components: a diffusion dark current related to thermal excitation of carriers across a bandgap and a Generation-Recombination current (G-R dark current). *See paragraph [0004].* In general, Klipstein is concerned with ***suppressing*** the effects of the G-R dark current by using a combination of doped materials for the photo absorbing layer, barrier layer, and contact layer that exhibit certain valence and conductance band properties sufficient to reduce this G-R dark current. *See, generally, paragraphs [0024] – [0063].*

Klipstein teaches that during the fabrication of the photo-detector, the semiconductor layers are "grown" on a wafer substrate. *See paragraph [0136].* Importantly, Klipstein expressly states that "[a]fter growth, … **the sides are passivated** with a suitable chemical treatment and/or with the application of a suitable dielectric layer…" *See paragraph [0137].* As is known in the art, passivation is a process by which the materials in the photodetector are made "passive" such that they do not react with each other.

Conversely, the present invention is directed, *inter alia*, to a photo-detector with a reduced dark current whereby **passivation is not required** during production of the photo-detector. As described in Applicant's specification, Applicant recognizes three main contributions to the dark current: a generation current, a diffusion current, and a surface current associated with the surface states of the materials in the junctions between the photo-detector layers. *See paragraph [0005].* Importantly, this surface current depends primarily on passivation being performed on the device. In addition, Applicant has recognized a need for a photo-detector which does not require expensive passivation to be performed during production, and which

exhibits reduced noise by minimizing the components of the dark current within the device. *See paragraphs [0007] – [0008].*

Claim 1 of the instant invention specifically recites a photo-detector which has not been subjected to passivation, and whose barrier layer exhibit characteristics with respect to the photo absorbing and contact layers which reduce the dark current by preventing tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. On the other hand, Klipstein expressly states that passivation is performed on the photo-detector, and can be said to ***teach away*** from the scope of independent claim 1 for at least this reason.

Therefore, at least because Klipstein fails to teach or suggest each and every claimed element, independent claim 1 is distinguishable from the prior art and respectfully requests that the rejection of claim 1 under 35 U.S.C. § 102(b) be withdrawn.

Regarding independent **claim 18**, Applicant notes that claim 18 also recites a photo-detector which has not been subjected to passivation. For at least the reasons presented above with respect to independent claim 1, Applicant submits that independent claim 18 is distinguishable from the prior art and respectfully requests that the rejection of claim 18 under 35 U.S.C. § 102(b) be withdrawn.

Regarding **claims 14, 31, and 40**, Applicant notes that these claims recite the further limitation that the contact area and the photo absorbing layer exhibit substantially identical compositions. Applicant submits that Klipstein cannot show at least this feature of the claims. Klipstein discloses several different combinations of materials for the respective layers of the photo-detector. Klipstein refers to a characterizing feature of his invention as being a 3-layer light detector of the p-p-n or p-n-n form (s*ee paragraph [0085]*), and also allows for inverted polarity structures n-n-p and n-p-p (*see paragraph [0098]*). Importantly, however, in all of the embodiments disclosed by Klipstein the photo-absorbing layer and contact layer have different dopings. For example, if the photo-absorbing layer is a p-type doped material, then the contact layer is a n-type doped material, and vice versa. The Examiner urges that layers 21 and 23 of Fig. 8b have substantially identical compositions. *See Office Action, p. 7, paragraph 1.* In contradistinction, Fig. 8b clearly shows layer 21 comprising a p-type doped material whereas

layer 23 is an n-type doped material. Applicant submits that Klipstein in no way teaches or suggests a contact area and the photo absorbing layer exhibiting the same doping, *i.e.*, either both are n-doped material or both are p-doped material. Accordingly, at least because Klipstein fails to teach or suggest each and every claimed element, claims 14 and 31 are distinguishable from the prior art and respectfully requests that the rejection of claim 1 under 35 U.S.C. § 102(b) be withdrawn

Dependent claims 3-6, 8-10, 12-13, 15-17, 20-23, 25-27 and 29-30 are also distinguishable from the prior art at least due to their dependence from claims 1 or 18, directly or indirectly. Accordingly, Applicant respectfully requests that the rejection of claims 3-6, 8-10, 12-13, 15-17, 20-23, 25-27 and 29-30 under 35 U.S.C. § 102(b) be withdrawn.

***Claim Rejections - 35 U.S.C. §103(a)***

Claim 1 stands rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over U.S. Patent No. 4,729,004 to Sakai et al. ("Sakai"); claims 12-13 stand rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over Sakai in view of JP 2002-016280 to Wada ("Wada"); and claim 15 stands rejected under 35 U.S.C. § 103(a) as allegedly being unpatentable over U.S. Patent No. 4,731,640 to Bluzer ("Bluzer") in view of Klipstein and further in view of "Band Structures of HgCdTe and HgZnTe Alloys and Superlattices," to Chen et al. ("Chen"). Applicant submits the Examiner has failed to establish a *prima facie* case of obviousness and traverse the rejection.

For a 35 U.S.C. § 103 rejection to be proper, a *prima facie* case of obviousness must be established. *See M.P.E.P. 2142*. One requirement to establish *prima facie* case of obviousness is that the prior art references, when combined, must teach or suggest all claim limitations. *See M.P.E.P. 2142; M.P.E.P. 706.02(j)*. Thus, if the cited references fail to teach or suggest one or more elements, then the rejection is improper and must be withdrawn.

Independent claim 1 recites the aforementioned features of the present invention, specifically with respect to the limitation that the photo-detector has not been subjected to passivation. A review of the cited art reveals no mention of passivation. Accordingly, Applicant

submits that the cited prior art cannot teach or suggest all of the features of independent claim 1, alone or in combination.

Dependent claims 12-13 and 15 are also distinguishable from the prior art at least due to their dependence from claim 1, directly or indirectly.

Therefore, Applicant submits that claims 1, 12-13, and 15 are patentable over any combination of Sakai, Wada, Chen, Bluzer, and Klipstein and respectfully request that the rejection of claims 1, 12-13, and 15 under §103(a) be withdrawn.

***New Claims***

New claims 35-40 have been added through this Amendment, and are considered to be in condition for allowance. No new matter has been entered.

Regarding independent claim 35: Applicant notes that claim 35 recites that the barrier layer is comprised of an undoped semiconductor. A review of the Klipstein reference reveals that Klipstein is solely directed towards photo-detector embodiments wherein the barrier layer is comprised of a doped material.

Regarding independent claim 40: Independent claim 40 recites that both the absorber layer and the contact layer have the same doping, *i.e.*, either both n-doped material or both p-doped material. No reference of record shows such doping combination; in fact, as previously discussed above, Klipstein shows that the doping of such layers must of opposite doping.

**CONCLUSION**

All objections and rejections raised in the Office Action having been addressed, it is respectfully submitted that the present application is in condition for allowance. Notice of same is earnestly solicited.

Should there be any outstanding matters that need to be resolved in the present application, the Examiner is respectfully requested to contact John R. Sanders Reg. No. 60,166 at the telephone number of the undersigned below, to conduct an interview in an effort to expedite prosecution in connection with the present application.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies to charge payment or credit any overpayment to Deposit Account No. 02-2448 for any additional fees required under 37.C.F.R. §§1.16 or 1.14; particularly, extension of time fees.

Dated: May 20, 2008

Respectfully submitted,

#40,139

By ______________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant



JRS
MKM/JRS/ta

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11276962 |
| **Filing Date:** | 19-Mar-2006 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| **Filer:** | Michael Keith Mutter/Tenika Askew |
| **Attorney Docket Number:** | 4358-0172PUS1 |

Filed as Large Entity

## Utility Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Independent claims in excess of 3 | 1201 | 2 | 210 | 420 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **420** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3331590 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 2292 |
| **Filer:** | Michael Keith Mutter/Tenika Askew |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | 4358-0172PUS1 |
| **Receipt Date:** | 20-MAY-2008 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 17:21:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $420 |
| RAM confirmation Number | 2112 |
| Deposit Account | 022448 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20080520Amendment.pdf | 821567<br>a44f2ff91dbb1d7d774e9e376ca372147c32062d | yes | 19 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Miscellaneous Incoming Letter | 1 | 1 |
| Amendment - After Non-Final Rejection | 2 | 2 |
| Claims | 3 | 12 |
| Applicant Arguments/Remarks Made in an Amendment | 13 | 19 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8156<br>ae6797071ee12db1382cb5442da38c460094f4b2 | no | 2 |

**Warnings:**

**Information:**

**Total Files Size (in bytes):** 829723

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/17 (10-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number.

*Effective on 12/08/2004.*
*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2008

☐ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 420.00

| Complete if Known | |
|---|---|
| Application Number | 11/276,962-Conf. #4044 |
| Filing Date | March 19, 2006 |
| First Named Inventor | Shimon MAIMON |
| Examiner Name | A. Eftekharzadeh |
| Art Unit | 2815 |
| Attorney Docket No. | 4358-0172PUS1 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit Card ☐ Money Order ☐ None ☐ Other (please identify): ________

☒ Deposit Account Deposit Account Number: 02-2448 Deposit Account Name: Birch, Stewart, Kolasch & Birch, LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☒ Charge fee(s) indicated below
☐ Charge fee(s) indicated below, **except for the filing fee**
☒ Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17
☒ Credit any overpayments

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| Application Type | FILING FEES Fee ($) | FILING FEES Small Entity Fee ($) | SEARCH FEES Fee ($) | SEARCH FEES Small Entity Fee ($) | EXAMINATION FEES Fee ($) | EXAMINATION FEES Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 310 | 155 | 510 | 255 | 210 | 105 | |
| Design | 210 | 105 | 100 | 50 | 130 | 65 | |
| Plant | 210 | 105 | 310 | 155 | 160 | 80 | |
| Reissue | 310 | 155 | 510 | 255 | 620 | 310 | |
| Provisional | 210 | 105 | 0 | 0 | 0 | 0 | |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 210 | 105 |
| Multiple dependent claims | 370 | 185 |

| Total Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 34 | - 34 = | 0 | x | 50.00 | = | 0.00 |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 5 | - 3 = | 2 | x | 210.00 | = | 420.00 |

HP = highest number of independent claims paid for, if greater than 3.

**Multiple Dependent Claims**
Fee ($) ____ Fee Paid ($) ____

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| | - 100 = | | /50 = | | (round **up** to a whole number) x | | = | |

**4. OTHER FEE(S)** **Fees Paid ($)**

Non-English Specification, $130 fee (no small entity discount)
Other (e.g., late filing surcharge): ________

| SUBMITTED BY | | | |
|---|---|---|---|
| Signature | [signature] #40,439 | Registration No. (Attorney/Agent) 29,680 | Telephone (703) 205-8000 |
| Name (Print/Type) | Michael K. Mutter | | Date May 20, 2008 |

Birch, Stewart, Kolasch & Birch, LLP

JRS
MKM/JRS/ta

SM000000757

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | 4358-0172PUS1 |

**CONFIRMATION NO. 4044**

**POA ACCEPTANCE LETTER**

2292
BIRCH STEWART KOLASCH & BIRCH
PO BOX 747
FALLS CHURCH, VA 22040-0747

*OC000000029775275*

Date Mailed: 05/09/2008

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 04/30/2008.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/sibrahim/

---

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | IRS-001-US |

**CONFIRMATION NO. 4044**

**POWER OF ATTORNEY NOTICE**

*OC000000029775251*

55890
SIMON KAHN - PYI Tech, Ltd.
c/o LANDONIP, INC
1700 DIAGONAL ROAD
SUITE 450
ALEXANDRIA, VA 22314-2866

Date Mailed: 05/09/2008

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 04/30/2008.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

/sibrahim/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

Docket No.: 4358-0172PUS1
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Shimon MAIMON

Application No.: 11/276,962 Confirmation No.: 4044

Filed: March 19, 2006 Art Unit: 2815

For: REDUCED DARK CURRENT PHOTODETECTOR Examiner: A. Aftekharzadeh

**REVOCATION OF POWER OF ATTORNEY AND APPOINTMENT OF NEW POWER OF ATTORNEY BY THE ASSIGNEE**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant respectfully submits:

☒ Power of Attorney to Prosecute Applications Before the USPTO (PTO/SB/80) signed by the Applicant.

☐ Attached is a Statement under 37 CFR 3.73(b).

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies, to charge payment or credit any overpayment to our Deposit Account No. 02-2448 for any additional fees required under 37 C.F.R. § 1.16 or under § 1.17; particularly, extension of time fees.

Dated: April 30, 2008

Respectfully submitted,

By ____________________

Michael K. Mutter
Registration No.: 29,680
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
P.O. Box 747
Falls Church, Virginia 22040-0747
(703) 205-8000
Attorney for Applicant

PTO/SB/81 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY and CORRESPONDENCE ADDRESS INDICATION FORM

| | |
|---|---|
| Application Number | 11/276,962 |
| Filing Date | March 19, 2006 |
| First Named Inventor | ~~Shimon Maimon~~ |
| Title | ~~REDUCED DARK CURRENT...~~ |
| Art Unit | |
| Examiner Name | 2815 |
| Attorney Docket Number | 4358-0172PUS1 |

I hereby revoke all previous powers of attorney given in the above-identified application.

I hereby appoint:

☑ Practitioners associated with the Customer Number: 02292

*OR*

☐ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

☑ The address associated with the above-mentioned Customer Number:

*OR*

☐ The address associated with Customer Number: 02292

*OR*

| ☐ Firm or Individual Name | | | | | |
|---|---|---|---|---|---|
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the:

☑ Applicant/Inventor.

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)*

**SIGNATURE of Applicant or Assignee of Record**

| | | | |
|---|---|---|---|
| Signature | Shimon Maimon Digitally signed by Shimon Maimon DN: CN = Shimon Maimon, C = US Date: 2008.04.28 15:34:57 -04'00' | Date | |
| Name | Shimon Maimon | Telephone | |
| Title and Company | | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3237157 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 55890 |
| **Filer:** | Michael Keith Mutter/Kate Molloy |
| **Filer Authorized By:** | Michael Keith Mutter |
| **Attorney Docket Number:** | IRS-001-US |
| **Receipt Date:** | 30-APR-2008 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 20:11:40 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 20080430RevPOA.pdf | 121978<br>549048c3d664ead8d8ff2e8b525c8150 4972f8db | no | 3 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 121978 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | IRS-001-US | 4044 |

55890 7590 02/20/2008
SIMON KAHN - PYI Tech, Ltd.
c/o LANDONIP, INC
1700 DIAGONAL ROAD
SUITE 450
ALEXANDRIA, VA 22314-2866

| EXAMINER | |
|---|---|
| EFTEKHARZADEH, ARDESHIR | |
| ART UNIT | PAPER NUMBER |
| 2815 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/20/2008 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

SIMONKA@BARAK.NET.IL

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No. 11/276,962 | Applicant(s) MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner ARDESHIR EFTEKHARZADEH | Art Unit 2815 | |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *19 March 2005.*

2a)☐ This action is **FINAL**. 2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1,3-6,8-10,12-18,20-23,25-27 and 29-34* is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1,3-6,8-10,12-18,20-23,25-27 and 29-31* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☒ Claim(s) *1,3-6,8-10,12-18,20-23,25-27 and 29-34* are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on *19 March 2005* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date *05/092007*.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

**DETAILED ACTION**

***Election/Restrictions***

1. Restriction to one of the following inventions is required under 35 U.S.C. 121:

I. Claims 1, 3-6, 8-10, 12-18, 20-23, 25-27, 29-31 drawn to a device , classified in class 257, subclass 184.

II. Claim 32-34, drawn to a method of making a device classified in class 438, subclass 57.

2. Inventions I and II are related as process of making and product made. The inventions are distinct if either or both of the following can be shown: (1) that the process as claimed can be used to make another and materially different product or (2) that the product as claimed can be made by another and materially different process (MPEP § 806.05(f)). In the instant case the layers could be formed via other ways different from depositing, for example, implanting or crystal growth.

3. In a phone interview with applicant's attorney of record Mr. Simon Kahn a request was made for restriction to one of the above inventions. Mr. Simon Kahn in a returned phone call made on 1/29/2008, chose to restrict the application to the apparatus, Invention I. Mr. Kahn stated that they reserve the right to traverse. However no such traverse made in his message. Consequently, claims 1, 3-6, 8-10, 12-18, 20-23, 25-27, 29-31 are examined on the merit and claims 32-34 are considered Non-elected.

**Claim Rejections - 35 U.S.C. § 112**

4. The following is a quotation of the second paragraph of 35 U.S.C. § 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

5. Claims 1, 4, 6, 18, 21 is rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter Applicant regards as the invention. Claim 1 recites "exhibiting a valence band energy level substantially equal to said valence band energy level of said ... layer," Since energy levels are measured with respect to a reference and a valence band contains a non-countable set of allowed energy levels, this recitation does not particularly point out, neither does it distinctly claim what the Applicant intends to exclude others from making or using.

Furthermore, claim 1 recites "a conduction band energy level exhibiting a significant band gap in relation to the conduction band of said … layer," which fails to particularly point out and distinctly claim the subject matter that Applicant regards as invention.

**Claim Rejections - 35 U.S.C. § 102**

6. The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102, the bases for the anticipation rejections set forth in this Office Action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

7. Claims 1, 3-6, 8-10, 12-14, 16 are rejected under 35 U.S.C. § 102(b) as being clearly anticipated by International Patent Application Publication No. WO 2005/004243 to " Klipstein."

With respect to claim 1:

Klipstein discloses a photo-detector (abstract) comprising: a photo absorbing layer comprising an n-adoped semiconductor (see, for example, Fig. 4b, Fig. 5b, Fig. 6b, Fig. 7b or Fig. 8b) exhibiting a valence band energy level and a conducting band energy level (inherent in any semiconductor, furthermore disclosed, for example, in Fig. 4a), a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe (see, for example, Fig. 4a or pp. 9, line 9) a first side of said barrier layer adjacent a first side of said photo absorbing layer (see, for example, Fig. 4a). The recitation "said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo-absorbing layer" is

broad and indefinite (therefore subject to rejection under 35 U.S.C. § 112, second paragraph (see above) and furthermore is met by the disclosure of Klipstein, (see, for example, fig. 4b). In addition, it is recited as the property of barrier and photo-absorbing layers and therefore inherent in the structure disclosed in the prior art. Examiner maintains that if the structure exists but *all* known embodiments of such claimed structure lack the property, claimed as "valence band energy level exhibited by said barrier layer being substantially equal to valence band energy level exhibited by photo absorbing layer", THEN a question arises as to whether or not such claim is enabled as required by 35 U.S.C. § 101. The recitation "conduction band energy level exhibiting a significant band gap in relation to the conduction band of said photo absorbing layer" is rejected for non-compliance with the requirements of 35 U.S.C. § 112, second paragraph (see above). If the claim is amended such that the recitation reads as "a band gap greater than" or "a band gap larger than" or any other variation patentably indistinguishable from these two, then the claim limitation will be determined to have been met by the disclosure in Klipstein, for example, in Fig. 4a.

Klipstein discloses a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side (see, for example, Fig. 4a). Klipstein discloses that the barrier layer is exhibiting a thickness, said thickness and said band gap being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area ( to see that, see, for example, page 19-21, and page 21, line 10-15).

With respect to claim 3:

Although, Klipstein discloses that the contact area is p-doped or p-type doped, (see, for example, fig. 4b), it also discloses that the principles of the disclosed invention above also apply to inverted polarity structures of the form n-n-p or n-p-p. Therefore it follows that Klipstein also discloses an n-doped contact area (page 21, lines 24-28).

With respect to claim 4:

The recitation "said contact area exhibits a valence band energy level substantially equal to said valence band energy level of said n-doped semiconductor of said photo absorbing layer." is both broad and indefinite (therefore subject to rejection under 35 U.S.C. § 112, second paragraph (see above) and furthermore is met by the disclosure of Klipstein, (see, for example, fig. 4b). In addition, it is recited as the property of the contact area and photo-absorbing layers and therefore inherent in the structure disclosed in the prior art. Examiner maintains that if the structure exists but *all* known embodiments of such claimed structure lack the property, claimed as "valence band energy level exhibited by said barrier layer being substantially equal to valence band energy level exhibited by photo absorbing layer", THEN a question arises as to whether or not such claim is enabled as required by 35 U.S.C. § 101.

<u>With respect to claim 5:</u>

Klipstein discloses a p-doped contact area (see, for example, Fig. 4b).

<u>With respect to claim 6:</u>

The recitation "wherein said contact area exhibits a valence band energy level greater than said valence band energy level of said n-doped semiconductor of said photo absorbing layer" is subject to rejection under 35 U.S.C. 112, second paragraph (see above). In the event that the claim is amended as to read "The highest allowed level in the valence energy band exhibited by semiconductor of the contact area is greater than the highest allowed energy level in the valence band of said n-doped semiconductor of said photo absorbing layer" or any patentably indistinguishable form from mentioned recitation, then, such amended limitation is met by the disclosure in Klipstein (see, for example, Fig. 4a).

<u>With respect to claim 8:</u>

Klipstein discloses a photoabsorbing layer operable to generate carriers to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns (see, for example, page 23, line 3-7 and Fig. 4b).

<u>See the next page.</u>

With respect to claim 9:

Klipstein discloses a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first said of said photo absorbing layer (see, for example, Fig. 4b and page 30, line 7). Although an explicit disclosure, disclosing that said substrate exhibiting a second side in contact with a first metal layer, does not exist, an implicit disclosure does exist. The substrate disclosed as layer 17 has six sides, four lateral sides are covered by adjacent elements in the array, not shown in the fig. 4b or any other drawing, but nevertheless existing in the disclosure (see, for example, page 38, claim 39, or page 31, third paragraph) therefore there are only two ides to connect to a metal layer disclosed as indium bump. The bump is disclosed to be connecting to the first side of the substrate and to a side of the layer 14, however layer 14 is optional ( see, for example, page 28, line 2). Omitting the optional layer 14, precludes attaching the metal layer to the first side and therefore, it has to be attached to the second side. A bump and layer are patentably indistinguishable from each other and indium is a known metal.

With respect to claim 10:

Klipstein discloses that a second metal layer in contact with said contact area (see, Fig. 4b, layer 11 and the layer attached to it as solid square).

With respect to claim 12:

Klipstein discloses a photo absorbing layer constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe (see, for example, Fig. 4b, layer 13, page 22, last line or Fig. 7b, layer 13A).

With respect to claim 13:

Klipstein discloses a contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb (see, for example, Fig. 4b, layer 11 or Fig. 8b, layer 21).

Continued on the next page.

With respect to claim 14:

Klipstein discloses a contact area and a photo absorbing layer that exhibit substantially identical compositions (see, for example, Fig. 8b, layers 21 and 23).

With respect to claim 16:

Klipstein discloses a photo absorbing layer that is constituted of n-doped InAsSb, a barrier layer that is constituted of AlGaAsSb and a contact layer is constituted of p-doped GaSb (see, for example, Fig. 4b).

With respect to claim 17:

Klipstein discloses that The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range of $n < 10^{16}$ $cm^{-3}$ and the thickness is typically in the range of l-l0 µm, Since the recitation "on the order of the optical absorption length" is broad, the limitation has been inherently met by the disclosure in Klipstein.

With respect to claim 18:

Klipstein discloses a photo-detector (abstract) comprising: a photo absorbing layer comprising an p-doped semiconductor (see, for example, Fig. 4b, Fig. 5b, Fig. 6b, Fig. 7b or Fig. 8b and notice that it also discloses that the principles of the disclosed invention above also apply to inverted polarity structures of the form n-n-p or n-p-p) exhibiting a valence band energy level and a conducting band energy level (inherent in any semiconductor, furthermore disclosed, for example, in Fig. 4a), a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe (see, for example, Fig. 4a or pp. 9, line 9) a first side of said barrier layer adjacent a first side of said photo absorbing layer (see, for example, Fig. 4a). The recitation "said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo-absorbing layer" is broad and indefinite (therefore subject to rejection under 35 U.S.C. § 112, second paragraph (see above) and furthermore is met by the disclosure of Klipstein, (see, for example, fig. 4b). In addition, it is recited as the property of barrier and photo-absorbing layers and therefore inherent in the structure disclosed in the prior art. Examiner maintains that if the structure exists but *all* known embodiments of such claimed structure lack the property, claimed as "valence band energy level exhibited by said barrier layer being

substantially equal to valence band energy level exhibited by photo absorbing layer", THEN a question arises as to whether or not such claim is enabled as required by 35 U.S.C. § 101. The recitation "conduction band energy level exhibiting a significant band gap in relation to the conduction band of said photo absorbing layer" is rejected for non-compliance with the requirements of 35 U.S.C. § 112, second paragraph (see above). If the claim is amended such that the recitation reads as "a band gap greater than" or "a band gap larger than" or any other variation patentably indistinguishable from these two, then the claim limitation will be determined to have been met by the disclosure in Klipstein, for example, in Fig. 4a.

Klipstein discloses a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side (see, for example, Fig. 4a). Klipstein discloses that the barrier layer is exhibiting a thickness, said thickness and said band gap being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area ( to see that, see, for example, page 19-21, and page 21, line 10-15).

With respect to claim 20:

Klipstein discloses a contact layer is constituted of p-doped GaSb (see, for example, Fig. 4b).

With respect to claim 21:

The recitation "said contact area exhibits a conduction band energy level substantially equal to said conduction band energy level of said p-doped semiconductor of said photo absorbing layer." is both broad and indefinite (therefore subject to rejection under 35 U.S.C. § 112, second paragraph (see above) and furthermore is met by the disclosure of Klipstein, (see, for example, fig. 4b). In addition, it is recited as the property of the contact area and photo-absorbing layers and therefore inherent in the structure disclosed in the prior art. Examiner maintains that if the structure exists but *all* known embodiments of such claimed structure lack the property, claimed as "conduction band energy level exhibited by said barrier layer being

substantially equal to conduction band energy level exhibited by photo absorbing layer", THEN a question arises as to whether or not such claim is enabled as required by 35 U.S.C. § 101.

With respect to claim 22:

Although, Klipstein discloses that the contact area is p-doped or p-type doped, (see, for example, Fig. 4b), it also discloses that the principles of the disclosed invention above also apply to inverted polarity structures of the form n-n-p or n-p-p (see page 21, line 24-28). Therefore it follows that Klipstein also discloses an n-doped contact area.

With respect to claim 23:

The recitation "wherein said contact area exhibits a conduction band energy level less than said conduction band energy level of said n-doped semiconductor of said photo absorbing layer" is subject to rejection under 35 U.S.C. 112, second paragraph (see above). In the event that the claim is amended as to read "The lowest allowed level in the conduction energy band exhibited by semiconductor of the contact area is less than the highest allowed energy level in the valence band of said n-doped semiconductor of said photo absorbing layer" or any patentably indistinguishable form from mentioned recitation, then, such amended limitation is met by the disclosure in Klipstein (see, for example, Fig. 4a and notice that if the polarity is inverted as disclosed by Klipstein, page 21, line 24-28 then valence band becomes conduction band and greater becomes less).

With respect to claim 25:

Klipstein discloses a photoabsorbing layer operable to generate carriers to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns (see, for example, page 23, line 3-7 and Fig. 4b).

With respect to claim 26:

Klipstein discloses a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first said of said photo absorbing layer (see, for example, Fig. 4b and page 30, line 7). Although an explicit

disclosure, disclosing that said substrate exhibiting a second side in contact with a first metal layer, does not exist, an implicit disclosure does exist. The substrate disclosed as layer 17 has six sides, four lateral sides are covered by adjacent elements in the array, not shown in the fig. 4b or any other drawing, but nevertheless existing in the disclosure (see, for example, page 38, claim 39, or page 31, third paragraph) therefore there are only two ides to connect to a metal layer disclosed as indium bump. The bump is disclosed to be connecting to the first side of the substrate and to a side of the layer 14, however layer 14 is optional ( see, for example, page 28, line 2). Omitting the optional layer 14, precludes attaching the metal layer to the first side and therefore, it has to be attached to the second side. A bump and layer are patentably indistinguishable from each other and indium is a known metal.

With respect to claim 27:

Klipstein discloses that a second metal layer in contact with said contact area (see, Fig. 4b, layer 11 and the layer attached to it as solid square).

With respect to claim 29:

Klipstein discloses a photo absorbing layer constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe (see, for example, Fig. 4b, layer 13, page 22, last line or Fig. 7b, layer 13A). Klipstein also discloses that the principles of the disclosed invention above also apply to inverted polarity structures of the form n-n-p or n-p-p. Therefore it follows that Klipstein also discloses a photo absorbing layer that is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe.

With respect to claim 30:

Klipstein discloses a contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb (see, for example, Fig. 4b, layer 11 or Fig. 8b, layer 21).

Continue to the next page.

With respect to claim 31:

Klipstein discloses a contact area and a photo absorbing layer that exhibit substantially identical compositions (see, for example, Fig. 8b, layers 21 and 23).

**Claim Rejections - 35 U.S.C. § 103**

8. The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

9. Claims 1 are rejected under 35 U.S.C. § 103(a) as being unpatentable over U.S. Pat. No. 4,729,004 to "Sakai."

With respect to claim 1:

Sakai discloses a photo-detector comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level (see, for example, the combined layers 8-9, Fig. 3A and column 2, lines 44-54 and also notice that the combination comprises an n-type InP layer). Since every semiconductor inherently exhibits a conduction band energy level and a valence band energy level. Sakai also discloses a layer comprising GaAlAsSb (see, for example, the combined layers 2, 10 and 11, Fig. 3A and column 2, lines 44-54 and also notice that Sakai discloses in col. 3, lines 30-42 that the InGaAsP in layers 10 and 11 can be replaced by GaAlAsSb layer without any change in conductivity type, carrier concentration, layer thickness and substrate material). A first side of barrier layer disclosed in Sakai is disclosed to be adjacent a first side of said photo absorbing layer (see, for example, Fig. 3A).

The recitation "said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of said photo absorbing layer" is subject to rejection under the second paragraph of 35 U.S.C. § 112 (see

above). Sakai discloses a contact area comprising a doped semiconductor (see, for example, layer 5, Fig. 3A and column 2, lines 44-54). The contact area is disclosed in Sakai (see, for example, Fig. 3A) to be adjacent a second side of said barrier layer opposing said first side. Since the band gap and thickness of a potential barrier affects the function of electrons (as evidence, see Landau *et al.* Quantum Mechanics, pp. 79), the thickness and energy of the band gap is art recognized result affecting variable and therefore obvious to optimize the thickness and the band gap energy.

With respect to claim 3:

Sakai discloses that the contact is n-doped (see, for example, Fig. 3A and column 2, lines 44-54).

With respect to claim 4:

Subject to rejection under the second paragraph of 35 U.S.C. § 112 (see above), this limitation is met by the device disclosed in Sakai, since the valence bands of all semiconductors overlap with each other and there is at least one energy level in each valence band that is equal to another energy level in the other band.

With respect to claim 6:

Subject to rejection under the second paragraph of 35 U.S.C. § 112 (see above), this limitation is met by the device disclosed in Sakai, since the valence bands of all semiconductors overlap with each other and there is at least one energy level in each valence band that is greater than another energy level in the other band.

With respect to claim 8:

The recitation "is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns" is functional language and does not distinguish over prior art. In addition, since 3-5 microns does not correspond to a forbidden energy, the device disclosed in Sakai is necessarily operable to generate carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. Moreover, It is well known for the persons of ordinary skills that the wavelength of photons generating careers, is directly related to the band gap and it would have

been obvious to one of ordinary skill in the art to use a band gap of lower energy (e.g. InAs) to achieve career generation at 3-5 microns.

With respect to claim 9:

Any top portion of layer 8 disclosed in Sakai (see, for example, Fig. 3A and column 2, lines 44-54), can be construed to be the substrate. The top layer of such portion is in contact with metal layer 6, (see, Fig. 3A) and its first surface is necessarily adjacent to the second side of the photo absorbing layer.

With respect to claim 10:

Sakai discloses a second metal layer (layer 7, Fig. 3A, see, for example, column 2, lines 44-54) which is indeed necessarily in contact with contact area (layer 6, fig. 3A).

6. Claims 12-13 are rejected under 35 U.S.C. § 103(a) as being unpatentable over U.S. Pat. No. 4,729,004 to "Sakai" in view of Japanese Pat. Pub. No. JP 2002-016280 to "Wada."

With respect to claim 12:

Sakai discloses that layer 9 is n-doped InP. (see, for example, col. 2, lines 44-54). However InAs has similar lattice constant and is a known element in using pn junction (the element disclosed in Sakai, Fig. 3a) as it can be seen from the disclosure of Wada. Consequently the claim recitation of "wherein said photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe" can be met by simple substitution of one known element (in this case InAs) for another (InP). Where a claimed improvement on a device or apparatus is no more than "the simple substitution of one known element for another or the mere application of a known technique to a piece of prior art ready for improvement," the claim is unpatentable under 35 U.S.C. 103(a). Ex Parte Smith, 83 USPQ.2d 1509, 1518-19 (BPAI, 2007) (citing KSR v. Teleflex, 127 S.Ct. 1727, 1740, 82 USPQ2d 1385, 1396 (2007)). Accordingly Applicant claims a combination that only unites old elements with no change in the respective functions of those old elements, and the combination of those elements yields predictable results; absent evidence that the modifications necessary to effect the combination of elements is uniquely challenging or difficult for one of

ordinary skill in the art, the claim is unpatentable as obvious under 35 U.S.C. 103(a). Ex Parte Smith, 83 USPQ.2d at 1518-19 (BPAI, 2007) (citing KSR, 127 S.Ct. at 1740, 82 USPQ2d at 1396. Accordingly, since the applicant[s] have submitted no persuasive evidence that the combination of the above elements is uniquely challenging or difficult for one of ordinary skill in the art, the claim is unpatentable as obvious under 35 U.S.C. 103(a) because it is no more than the predictable use of prior art elements according to their established functions resulting in the simple substitution of one known element for another or the mere application of a known technique to a piece of prior art ready for improvement.

<u>With respect to claim 13:</u>

Sakai discloses that layer 5 is n-doped InP. (see, for example, col. 2, lines 44-54). However InAs has similar lattice constant and is a known element in using pn junction (the element disclosed in Sakai, Fig. 3a) as it can be seen from the disclosure of Wada. Consequently the claim recitation of “wherein said photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe” can be met by simple substitution of one known element (in this case InAs) for another (InP). Where a claimed improvement on a device or apparatus is no more than "the simple substitution of one known element for another or the mere application of a known technique to a piece of prior art ready for improvement," the claim is unpatentable under 35 U.S.C. 103(a). Ex Parte Smith, 83 USPQ.2d 1509, 1518-19 (BPAI, 2007) (citing KSR v. Teleflex, 127 S.Ct. 1727, 1740, 82 USPQ2d 1385, 1396 (2007)). Accordingly Applicant claims a combination that only unites old elements with no change in the respective functions of those old elements, and the combination of those elements yields predictable results; absent evidence that the modifications necessary to effect the combination of elements is uniquely challenging or difficult for one of ordinary skill in the art, the claim is unpatentable as obvious under 35 U.S.C. 103(a). Ex Parte Smith, 83 USPQ.2d at 1518-19 (BPAI, 2007) (citing KSR, 127 S.Ct. at 1740, 82 USPQ2d at 1396. Accordingly, since the applicant[s] have submitted no persuasive evidence that the combination of the above elements is uniquely challenging or difficult for one of ordinary skill in the art, the claim is unpatentable as obvious under 35 U.S.C. 103(a) because it is no more than the predictable use of prior art elements according to their established functions resulting in the

simple substitution of one known element for another or the mere application of a known technique to a piece of prior art ready for improvement.

With respect to claim 14:

After substitution of InAs for InP in the disclosure by Sakai, the contact layer and the photo-absorption layer in the combined disclosure of Sakai and Wada have necessarily substantially identical compositions.

10. Claim 15 is rejected under 35 U.S.C. § 103(a) as being unpatentable over U.S. Pat. No. 4,731,640 to "Bluzer" in view of International Patent Application Publication No. WO 2005/004243 to "Klipstein," in further view of Chen *et al.* "Band Structures of HgCdTe and HgZnTe allows and superlattices, Semicond. Sci. Technol. 5 (1990) Sl00-S102.

With respect to claim 15:

Bluzer discloses HgCdTe photodiode and states that HgCdTe and HgZnTe both can be used for construction of Photodiodes (abstract, column 10). Furthermore Bluzer discloses a photo-absorbing layer as n-type HgCdTe as layer 7. It further discloses a barrier layer (Fig. 2, layer 16') and a contact layer (Fig. 2, layer 15). Chen *et al.* discloses the band gap and band structure of HgCdTe and HgZnTe alloys (Fig. 1 and 2) and particularly discloses that band gap of HgCdTe is narrower than HgZnTe. Klisptein discloses a particular arrangement of layers of wide and narrow gap as disclosed in Fig. 4A to suppress generation of electrons by Generation-Recombination centers. Since HgZnTe has a wider band gap, It would have been obvious to one of ordinary skill in the art at the time of invention to replace the material of blocking layer 16' by HgZnTe so that one benefits from the suppression of generation of electrons by Generation-Recombination centers and thereby reduce noise and dark current as disclosed by Klipstein in view of disclosure by Chen *et al.* For further limitations inherited from claim 1, see, the 112 rejection and also other related rejection above.

## CONCLUSION

11. A shortened statutory period for reply to this Office Action is set to expire **THREE MONTHS** from the mailing date of this Office Action. Applicant is reminded of the extension of time policy as set forth in 37 CFR § 1.136(a).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Ardeshir Eftekharzadeh whose telephone number is (571) 270-3262. The examiner can normally be reached on Monday-Thursday 10 AM-8:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Kenneth Parker can be reached on (571) 272-2298. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jerome Jackson Jr./
Primary Examiner, Art Unit 2815

/A. E./
Examiner, Art Unit 2815

| *Notice of References Cited* | Application/Control No. 11/276,962 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner ARDESHIR EFTEKHARZADEH | Art Unit 2815 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-4,682,196 A | 07-1987 | Sakai et al. | 257/458 |
| * | B | US-4,731,640 A | 03-1988 | Bluzer, Nathan | 257/291 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | WO 2005004243 A1 | 01-2005 | World Intellect | KLIPSTEIN, PHILIP | H01L 31/101 |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Landau et al. Quantum Mechanics, Butterworth-Heinemann; 3 edition (January 1, 1981),ISBN-13: 978-0750635394 |
| | V | Chen et al. Semicond. Sci. Technol. 5 (1990) S100-S102. |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Index of Claims* | Application/Control No. 11276962 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
|---|---|---|
| | Examiner ARDESHIR EFTEKHARZADEH | Art Unit 2815 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

| CLAIM | | DATE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/03/2008 | 02/03/2008 | | | | | | | | |
| | 1 | ÷ | ✓ | | | | | | | | |
| | 2 | - | - | | | | | | | | |
| | 3 | ÷ | ✓ | | | | | | | | |
| | 4 | ÷ | ✓ | | | | | | | | |
| | 5 | ÷ | ✓ | | | | | | | | |
| | 6 | ÷ | ✓ | | | | | | | | |
| | 7 | - | - | | | | | | | | |
| | 8 | ÷ | ✓ | | | | | | | | |
| | 9 | ÷ | ✓ | | | | | | | | |
| | 10 | ÷ | ✓ | | | | | | | | |
| | 11 | - | - | | | | | | | | |
| | 12 | ÷ | ✓ | | | | | | | | |
| | 13 | ÷ | ✓ | | | | | | | | |
| | 14 | ÷ | ✓ | | | | | | | | |
| | 15 | ÷ | ✓ | | | | | | | | |
| | 16 | ÷ | ✓ | | | | | | | | |
| | 17 | ÷ | ✓ | | | | | | | | |
| | 18 | ÷ | ✓ | | | | | | | | |
| | 19 | - | - | | | | | | | | |
| | 20 | ÷ | ✓ | | | | | | | | |
| | 21 | ÷ | ✓ | | | | | | | | |
| | 22 | ÷ | ✓ | | | | | | | | |
| | 23 | ÷ | ✓ | | | | | | | | |
| | 24 | - | - | | | | | | | | |
| | 25 | ÷ | ✓ | | | | | | | | |
| | 26 | ÷ | ✓ | | | | | | | | |
| | 27 | ÷ | ✓ | | | | | | | | |
| | 28 | - | - | | | | | | | | |
| | 29 | ÷ | ✓ | | | | | | | | |
| | 30 | ÷ | ✓ | | | | | | | | |
| | 31 | ÷ | ✓ | | | | | | | | |
| | 32 | ÷ | N | | | | | | | | |
| | 33 | ÷ | N | | | | | | | | |
| | 34 | ÷ | N | | | | | | | | |

| Search Notes | Application/Control No. 11276962 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
|---|---|---|
| | Examiner ARDESHIR EFTEKHARZADEH | Art Unit 2815 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East search included | 2/3/2008 | A.E. |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 9 | MWIR and InAsSb | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/02/03 18:51 |
| L2 | 1 | ((dark current) same (potential near2 barrier)) and ((AlSb or AlAsSb or GaAlAsSb or AlPSb or AlGaPSb or HgZnTe)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/02/03 18:51 |
| L3 | 5 | (HgCdTe and HgZnTe) same (band gap) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/02/03 18:53 |

2/3/2008 7:07:58 PM
C:\ Documents and Settings\ aeftekharzadeh1\ Desktop\ untitled.wsp

11276962 - GAU: 2815

PTO/SB/08a (08-03 )
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 11276962 |
| | Filing Date | 2006-03-19 |
| | First Named Inventor | Maimon, Shimon |
| | Art Unit | 2811 |
| | Examiner Name | |
| | Attorney Docket Number | IRS-001-US |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

11276962 - GAU: 2815

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 11276962 |
| | Filing Date | 2006-03-19 |
| | First Named Inventor | Maimon, Shimon |
| | Art Unit | 2811 |
| | Examiner Name | |
| | Attorney Docket Number | IRS-001-US |

| | | | |
|---|---|---|---|
| /A.E./ | 1 | MAIMON and WICKS, Abstract Book of 11th International Conference on Narrow Gap Semiconductors, June 2003, Buffalo, N.Y. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | /Ardeshir Eftekharzadeh/ | Date Considered | 02/03/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
13 January 2005 (13.01.2005)

PCT

(10) International Publication Number
**WO 2005/004243 A1**

(51) International Patent Classification[7]: H01L 31/101

(21) International Application Number: PCT/IL2004/000573

(22) International Filing Date: 28 June 2004 (28.06.2004)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
156744 2 July 2003 (02.07.2003) IL

(71) Applicant (*for all designated States except US*): **SEMICONDUCTOR DEVICES - AN ELBIT SYSTEMS - RAFAEL PARTNERSHIP** [IL/IL]; P.O. Box 2250, 31021 Haifa (IL).

(72) Inventor; and
(75) Inventor/Applicant (*for US only*): **KLIPSTEIN, Philip** [IL/IL]; 33 HaTe'ena Street, 30900 Zikhron Ya'akov (IL).

(74) Agents: **LUZZATTO, Kfir** et al.; P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States (*unless otherwise indicated, for every kind of national protection available*): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (*unless otherwise indicated, for every kind of regional protection available*): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*

*[Continued on next page]*

**(54) Title:** DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME




**(57) Abstract:** The invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, wherein the middle barrier layer has an energy bandgap significantly greater than that of the photon absorbing layer, and there is no layer with a narrower energy bandgap than that in the photon-absorbing layer.

WO 2005/004243 A1

WO 2005/004243 A1

— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME

## Field of the Invention

The present invention relates to photodiodes for sensing light radiation. More particularly, the present invention relates to a photodiode structure, in which the level of the dark current is significantly reduced, therefore improving the signal-to noise ratio. Furthermore, the invention relates to a method for producing such photodiode.

## Background of the Invention

Photodiodes are widely used for sensing light radiation. There are many applications in which the level of the light which is required to be sensed is very low, and therefore the sensitivity of said photodiodes is a critical requirement.

It is well known in the art that the signal-to-noise ratio which can be obtained from photodiodes (and from many other electronic components) is limited by the level of the "thermal noise", which in turn is related to the temperature of the component. The term "dark current" is commonly used in the art to define the current flowing in a photodiode during a total dark condition. The signal-to-noise ratio in photodiodes is conventionally improved by cooling the component, in many cases down to very low temperatures close to 0°K. The means for cooling and maintaining such a low temperature in photodiodes, however, are cumbersome and expensive, and in any case can reduce the noise down to a limited value.

The dark current is generally composed of two main components. The first component, hereinafter referred to as "the diffusion dark current" is due to the thermal excitation of carriers across the complete energy bandgap of the photodiode material. As said, the level of this current can be reduced by means

of cooling the component. The second component affecting the level of the dark current is known as the "Generation-Recombination" current (hereinafter "G-R dark current"). The level of the G-R dark current can also be reduced by cooling, but at a slower rate of reduction with temperature.

At low temperatures, where the level of the diffusion dark current is reduced sufficiently, the G-R dark current generally becomes the most dominant component of the dark current. There have been made many efforts in trying to reduce the level of the thermal noise. However, there are not known many of such efforts for reducing the G-R current.

Fig. 1 is a band diagram showing the principle of operation of a photodiode according to the prior art. In a semiconductor p-n junction 1 - 2, a depletion region 3 is formed around the metallurgical junction due to the transfer of electrons from donors in the n-side 2 of the depletion region to acceptors in the p-side 1. The conduction band ($E_C$) and valence band ($E_V$) are bent in the depletion region. This bending is associated with an electric field that drives electrons 7 towards the n-side and holes 8 towards the p-side of the junction. When a bias is applied to the junction, quasi Fermi levels can be defined in each of the two "flat-band" regions. The quasi Fermi level lies near the valence band on the p-side ($E_F(p)$) and near the conduction band on the n-side ($E_F(n)$). At zero bias, the energies of the two quasi Fermi levels are equal. The energy separation of the two quasi Fermi levels in electron-volts is equal to the applied bias in volts. If a reverse bias $V_{rev}$ is applied to the diode, the following relationship holds:

$$V_{rev} = E_F(p) - E_F(n).$$

The energy gap is given by $E_G = E_C - E_V$. Although $E_C$ and $E_V$ change with position due to the band bending in the depletion region, their energy separation is constant everywhere for a "homo-junction" diode ("homo-

junction" means that the same material is used on each side of the p-n junction).

Light 9 can be absorbed by promoting an electron 119 from the valence band to the conduction band. The missing electron in the valence band is called a hole, and is indicated by numeral 118 . The longest wavelength for this process is called the cut off wavelength and is given by: $\lambda_C = hc/E_G$ , wherein $h$ is Planck's constant and $c$ is the velocity of light.

The "photo-created" hole 118 in process 9 exists in the n-type material 2 and so is a minority carrier. It can diffuse, as indicated by numeral 10 to the depletion region where it is accelerated 8 into the p-side 1 by the electric field in the depletion region 3. An analogous process can occur in the p-type material 1 where a minority electron is created by the absorption of light. It can diffuse to the depletion region where it is accelerated 7 into the n-side 2 by the electric field in the depletion region 3.

Generation-Recombination (G-R) centers 4, also known as Shockley-Read traps or Shockley-Hall-Read traps, are energy levels that lie close to the middle of the band gap. They are related to imperfections or impurities inside the crystal. The probability of process 9 to occur due to heat (in the absence of an external photon flux) is essentially proportional to $\exp(-E_G/kT)$ where $k$ is Boltzman's constant and $T$ is the absolute temperature. This process (and the equivalent process on the p-side) gives rise to the "dark current" in a perfect diode with no G-R centers. In this case the dark current is all due to diffusion dark current, and the device is said to be at "the diffusion limit".

In an asymmetric $p^+$-n homo-junction, where the p-doping is several orders of magnitude greater than the n-doping, it can easily be shown that, in the diffusion limit, the higher of the two minority carrier concentrations, in said

$p^+$-n case the minority holes on the n-side, makes the dominant contribution to the dark current.

Since free electrons 7 and holes 8 are removed efficiently by the electric field in the depletion region 3, especially when a reverse bias is applied, an electron that undergoes excitation 5 from the valence band $E_V$ to the G-R center 4 cannot return to the valence band. It can only be further excited 6 to the conduction band. Processes 5, 6, 7, and 8 thus give rise to the G-R dark current.

The rate of electron generation by traps, in unit volume of the reverse biased depletion region 3 due to a process, 5, 6, 7, and 8, is approximately described by the formula

$$G = \frac{n_i^2}{\tau_{n0} p' + \tau_{p0} n'} \qquad (1)$$

where $n_i$ is the so called intrinsic carrier concentration (the carrier concentration in the perfectly pure material) and $\tau_{n0}$, $\tau_{p0}$ are the electron and hole minority carrier lifetimes. This formula may be found , for example, as equation (8.9.2) in chapter 8 of the book by Shyh Wang, entitled "Fundamentals of Semiconductor Theory and Device Physics" (published by Prentice Hall, ISBN 0-13-344425-2). Here $n' = n.e^{(E_t - E_F)/kT}$ and $p' = p.e^{(E_F - E_t)/kT}$ where $n$, $p$, and $E_F$ are the electron concentration, the hole concentration and the Fermi level respectively in a given sample of the semiconductor material, $E_t$ is the energy of the trap, and $T$ is the absolute temperature. It can be demonstrated that $G$ in equation (1) is largest when the trap lies near the middle of the energy bandgap. In this case it is easy to show using the above formulae, that

$$G \approx \frac{n_i}{(\tau_{n0} + \tau_{p0})} \qquad (2)$$

Hence it follows that $G$ is proportional to the intrinsic carrier concentration, the formula for which contains an exponential factor: $\exp(-E_G/2kT)$. The dark current due to generation-recombination centers is itself proportional to $G$ and so will also vary essentially as: $\exp(-E_G/2kT)$. It is the weaker temperature dependence of the G-R contribution to the dark current $(\exp(-E_G/2kT))$ compared with the diffusion contribution $(\exp(-E_G/kT))$ that causes the G-R contribution to dominate at low temperatures. The ratio of the G-R dark current to the diffusion dark current in a p⁺-n diode is given by equation (8.9.6) in chapter 8 of the earlier mentioned book by Shyh Wang, as:

$$\frac{J_{G-R}}{J_{diff}} = \frac{L_{dep}}{L_p} \times \frac{N_D}{n'} \qquad (3)$$

where $L_{dep}$ is the thickness of the depletion region, and $N_D$ and $L_p$ are the doping and minority carrier diffusion length on the n-side of the junction. Typical values of $L_{dep}$ and $L_p$ are ~ 0.5μ and 20μ respectively.

Typical narrow gap homo-junction photo-diodes based on e.g. InSb, InAsSb, HgCdTe, etc., are in many cases operated at reduced temperatures, in order to limit the dark current. For such devices operated at 77K, G-R centers typically increase the dark current above the diffusion limit by at least 3 – 4 orders of magnitude in the MWIR (3 – 5μ) and 1– 2 orders of magnitude in the LWIR (8 – 12μ) cut-off wavelength regions, behaviour that in each case is consistent with equation (3). This effect may easily be seen in J Bajaj, SPIE proceedings no. 3948 page 45 (figure 3 of this article), San Jose, January 2000, or in P C Klipstein et al., SPIE proceedings number 4820, page 653 (figure 2 of this article), Seattle, July 2002.

The prior art has failed to specifically address the issue of suppressing the G-R contribution to the current by a suitable hetero-junction design.

A design published by J L Johnson et al., Journal of Applied Physics, volume 80, pages 1116 – 1127 (Fig. 3) shows a diode made between an n-type narrow bandgap semiconductor with a relatively low doping level and formed from a type II InAs/$Ga_{1-x}In_xSb$ superlattice, and a p-type wide bandgap semiconductor with a relatively high doping level, formed from GaSb. This asymmetric doping ensures that most of the depletion region, with its associated electric field, exists in the narrow bandgap photon absorbing layer made from the type II superlattice. There is no discussion in the article about the importance of removing the electric field from this narrow bandgap region. It appears that the main reason for using a heterojuction p-contact instead of a homojunction p-contact in this article is one of convenience, since the p-type heterojunction contact is easier to grow than a p-type type II superlattice.

Fig 2 of the article by CT Elliott "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters", SPIE proceedings vol. 2744, page 452, discloses photodiode devices in which the dark current is reduced by means of the suppression of Auger-related generation processes. Hereinafter, these devices will be referred to shortly as "Elliott devices". In contrast to the present invention, whose essential part, as will be shown hereinafter, has a wide bandgap semiconductor sandwiched between n-type and p-type semiconductors with similar or narrower bandgaps, the essential part of said Elliott devices has a narrow bandgap semiconductor, clad on each side by an n-type and a p-type semiconductor respectively, each with a larger effective bandgap.

As will be further shown hereinafter, the Elliott devices are based on a different principle than that of the present invention. They are aimed for operating essentially at higher temperatures than for the devices of the present invention, typically room temperature or slightly cooler, in which thermal generation across the bandgap is significant. Under this condition, Auger processes are known to limit drastically the carrier lifetime. By

applying a sufficiently large reverse bias to an Elliott device, the free carrier concentration may be reduced to a level characteristic of a lower temperature, so that the Auger processes are suppressed, and the reverse bias dark current or "saturation current" is reduced.

In the article "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters" by CT Elliott, SPIE proceedings vol. 2744, pages 452 - 462, it is stated (page 453): "Minority carrier exclusion and extraction occur at the p$\pi$ and $\pi$n junctions respectively and the densities of both carrier types in the active $\pi$ region decrease...as a consequence the thermal generation rates involving Auger processes fall, so that the saturation leakage current is less than would be expected from the zero bias resistance and a region of negative conductance is predicted to occur". The article then goes on to point out that, in contrast to the object of the present invention, G-R currents are not suppressed. It states: "In InSb devices with a $\pi$ active region, however, the density and energy of Shockley-Read traps is such that an increase in thermal generation through traps occurs as the diodes are reverse biased, so that negative conductance is only observed above room temperature". From this statement it may be learned that even at room temperature, an Elliott device based on InSb, exhibits large G-R currents in reverse bias. This is to be expected because there is a significant depletion layer, with an associated electric field, in the low doped $\pi$-region of the device, which is also the region with the narrowest bandgap.

There are several other embodiments of the Elliott device based on other materials. For example in the article by A. Rakovska, V. Berger, X. Marcadet, B. Vinter, G. Glastre, in Applied Physics Letters, volume 77, page 397(2000), a device is described with a photon absorbing layer of $InAs_{0.91}Sb_{0.09}$. In this case, diffusion limited behaviour was observed down to 200K, as expected at high operating temperatures. At lower temperatures, where the G-R dark current might be expected to dominate, leakage currents dominated instead due to the lack of a suitable surface passivation treatment. The authors

speculate in their conclusion that by increasing the bandgap of one of the cladding layers they might be able to further reduce the diffusion dark current above 200K to the point where the G-R dark current is dominant. The clear implication is that since the diffusion dark current reduces faster with temperature, the G-R dark current is expected to dominate below 200K and no special steps are taken to avoid this.

It is an object of the present invention to provide a photodiode in which the dark current is significantly reduced, particularly at low temperatures, generally in the range of about 77 to 200 °K, depending on the material and wavelength of operation.

It is a particular object of the present invention to provide a photodiode in which the level of the G-R current is significantly suppressed in a given temperature.

It is still an object of the present invention to reduce the need for cooling, by providing a photodiode structure having a level of dark current that would alternatively exist in a much lower temperature.

It is still a further object of the invention to provide a method and process for manufacturing the photodiode of the present invention.

Other objects and advantages of the present invention will become apparent as the description proceeds.

## Summary of theInvention

In a first alternative, the present invention relates to a photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon

absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;

Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photon absorbing layer has a typical thickness of 1-10μ and doping of $n < 10^{16}$ $cm^{-3}$.

Preferably, the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.

Preferably, the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.

Preferably, the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the contact layer is p-type GaSb.

Preferably, the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.

Preferably, the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0 \leq x \leq 1$ and $0 \leq y \leq 1$.

Preferably, the middle barrier layer is an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer has a thickness of between 0.05 and 1μm.

Preferably, the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{18}$ $cm^{-3}$, contact layer.

Preferably, an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors $cm^{-2}$, is included at the edge of the photon absorbing layer.

Preferably, the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.

Preferably, the photo-detector of the invention is grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.

Preferably, the photo-detector of the invention is grown on a compliant substrate.

Preferably, the photo-detector of the invention is grown by Liquid Phase Epitaxy (LPE).

Preferably, the photo-detector of the invention is grown is grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.

In another alternative, the invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing

layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.
Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photo-detector the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ cm$^{-3}$ .

Preferably, the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5\times10^{18}$ cm$^{-3}$, contact layer.

Preferably, a p-type δ–doping layer is included at the edge of the photon absorbing layer.
Preferably, the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ cm$^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

In still another aspect, the present invention relates to a photo-detector sensitive to more than one wavelength band, which comprises stacked detector units as described in one of the alternatives above, or a combination thereof, in which each detector unit has a different cut-off wavelength.

In still another aspect, the present invention relates to an array of identical detectors according to one of the alternatives above, in which each detector is connected to a silicon readout circuit by indium bumps.

In still another aspect, the present invention relates to an array of identical detectors in which each detector is sensitive to more than one wavelength band, in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

**Brief Description of the Drawings**

- Fig. 1 shows an exemplary energy band diagram of a standard p-n homo-junction photo-detector, and demonstrates the mechanisms of thermal generation of carriers due to G-R centers and optical generation of carriers by means of absorption of a photon;

- Fig 2a shows an exemplary energy band diagram of a reduced dark current photodetector corresponding to an embodiment of the present invention, in which the depletion region is removed from the narrow bandgap, n-type, photon absorbing material. The thermal generation and recombination of electrons by a near mid-gap G-R center is demonstrated in the narrow bandgap photon absorbing material;

- Fig 2b shows the same energy band diagram as figure 2a. The thermal generation of electrons by a G-R center in the bandgap of the wide bandgap barrier material is demonstrated. The wide bandgap barrier material also contains part of the depletion region;

- Fig 2c shows the same energy band diagram as figure 2a. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region. The drift of a thermally generated hole is also shown as is the recombination of a thermally generated electron with a majority hole;

- Fig 2d shows the same energy band diagram as figure 2a, except that the bandgap of the p-type contact material is increased so that its conduction band lies above, rather than below, the conduction band of the barrier material. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region;

- Fig. 3 exemplifies the band diagram of an essential part of one possible embodiment of the hetero-junction photo-detector of the present invention, in which the doping polarities of the photon absorbing, barrier, and contact layers have been reversed compared with the embodiment in figures 2a-2d;

- Fig. 4a shows the band diagram of a first embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 4b illustrates in a schematic, cross-section form, the structure of a first embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 5a shows the band diagram of a second embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 5b illustrates in a schematic, cross-section form, the structure of a second embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 6a shows the band diagram of a third embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 6b illustrates in a schematic, cross-section form, the structure of a third embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 7a shows the band diagram of a fourth embodiment of the hetero-junction photo-detector of the present invention, having a type II superlattice photon absorbing layer;

- Fig. 7b illustrates in a schematic, cross-section form, the structure of a fourth embodiment of the heterojunction photo-detector with a photon absorbing layer based on a type II superlattice;

- Fig. 8a shows the band diagram of a fifth embodiment of the hetero-junction photo-detector of the present invention, having a InAlSb photon absorbing layer; and

- Fig. 8b illustrates in a schematic, cross-section form, the structure of a fifth embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAlSb;

**<u>Detailed Description of Preferred Embodiments</u>**

As said, the present invention provides a structure for a photodiode in which the dark level of the G-R current, and therefore the level of the total dark current is significantly reduced. This is of most importance in photodiodes that are cooled to low temperatures, typically in the range of 77°K to 200°K, in which the G-R current can provide the most dominant contribution to the dark current.

Referring now to Figs. 2a-2d and Figs 4a, 5a, 6a, 7a and 8a, the present invention is characterized by the following features (for the sake of simplicity, these features will be referred herein as "the characterizing features"):

1. A 3-layer, or two hetero-junction, light detector (a hetero-junction is a junction between different materials), of the form of p-p-n or p-n-n is used,

wherein the last n-layer 13, 13A, 23 or 33 has a narrow gap chosen for its cut-off wavelength and the middle-layer 12, 12A, 16, 16A, 26 or 34 has a wider band-gap.

The last n-type layer 13, 13A, 23 or 33 absorbs the light impinged on the detector. Hereinafter, the last, n-type layer 13, 13A, 23 or 33 (depending on the specific embodiment used), is also referred to as "the active photon absorbing layer".

The middle layer 12, 12A, 16, 16A, 26 or 34 (again, depending on the specific embodiment used) prevents inter-band tunneling of electrons from the valence band of the p-type layer 11, 21, 35 or 39 to the conduction band of the photon-absorbing layer. Hereinafter, the said middle layer 12, 12A, 16, 16A, 26 or 34, is also referred to as "the barrier layer".

The first layer 11, 21, 35 or 39 (depending on the specific embodiment used) acts as a contact for biasing the device. Hereinafter, the first layer 11, 21, 35 or 39 is also referred to as “the contact layer”.

2. The materials forming the photo-detector of the invention are chosen such that in a flat band condition either the photon-absorbing layer 13, 13A, 23 or 33 or the barrier layer 12, 12A, 16, 16A, 26 or 34 has the lowest valence band energy, and the valence band of the photon absorbing layer is never more than about $10kT_{op}$ above the valence band of the barrier layer, where $T_{op}$ is the absolute operating temperature. Also in the same condition, the valence band energy of the contact-layer 11, 21, 35 or 39 is equal to or higher than that of the photon absorbing layer 13, 13A, 23 or 33 and above that of the barrier layer 12, 12A, 16, 16A, 26 or 34 which is below the conduction band of the photon-absorbing layer 13, 13A, 23 or 33. These conditions can be expressed mathematically as $E_G^\alpha - \Delta \geq 0$ and $\xi \geq 0$ if $\Delta$ is positive or $\xi + \Delta \geq 0$ and $\Delta + 10kT_{op} \geq 0$ if $\Delta$ is negative. $E_G^\alpha$ indicates the

band-gap of the active photon-absorbing layer 13, 13A, 23 or 33. Δ indicates the valence band offset between the barrier layer 12, 12A, 16, 16A, 26 or 34 and the active photon-absorbing layer 13, 13A, 23 or 33 (positive when the valence band of the barrier layer is highest in energy). Finally, ξ is the valence band offset between the contact-layer 11, 21, 35 or 39 and the barrier layer 12, 12A, 16, 16A, 26 or 34 (positive when the valence band of the contact layer is highest in energy).

3. When the photo-detector of the invention is biased to its maximum operating bias with an externally applied voltage, the bands in the photon absorbing layer 13, 13A, 23 or 33 are flat right up to the barrier layer 12, 12A, 16, 16A, 26 or 34, and the valence band edge of the photon absorbing layer lies below that of the contact layer 11, 21, 35 or 39. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated.

4. During operation at maximum bias, an electric field and associated depletion region is allowed only in the contact-layer 11, 21, 35 or 39 and in the barrier layer 12, 12A, 16, 16A, 26 or 34 but not in the active photon-absorbing layer 13, 13A, 23 or 33. This is shown schematically for a p-n-n device in figure 2a where the contact layer 35 is doped p-type 36 and the barrier layer 34 and the active photon absorbing layer 33 are doped n-type 37. In figure 2a the device is biased so that a depletion region 38 exists only in the barrier 34 and contact 35 layers but not in the active photon absorbing layer 33. Hence, as shown schematically in figure 2a, the rate of generation 5A, 6A due to a G-R center 4A in the active photon absorbing layer 33 is very similar to the rate of recombination 60A, 50A. It is also strongly suppressed due to the presence of majority carriers in the photon absorbing layer 33. In this case, equation (1) roughly describes the Generation rate, but with $n'$ replaced by the donor concentration, $N_D$. The G-R contribution to the dark current from the active photon-absorbing

layer 13, 13A, 23 or 33 is in fact comparable to the diffusion dark current from this layer. The current flowing from this layer 13, 13A, 23 or 33 into the barrier layer 12, 12A, 16, 16A, 26 or 34 is therefore essentially diffusion limited.

5. The band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34 is larger than that of the photon absorbing layer 13, 13A, 23 or 33. Ideally, it is at least twice that of the active photon-absorbing layer 13, 13A, 23 or 33, in which case the following equation will hold:

$$\exp(-E_G^{Barrier}/2kT) \leq \exp(-E_G^{\alpha}/kT) \qquad (4)$$

wherein $E_G^{Barrier}$ indicates the band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34. As shown schematically in figure 2b for a barrier layer 34, G-R processes like 5B or 6B due to a G-R center 4B are activated respectively by energies $\alpha E_G^{barrier}$ and $(1-\alpha)E_G^{barrier}$ . Since the theory presented earlier teaches that the G-R dark current in the barrier material is significant only when the G-R center is near the middle of the gap of the barrier material (α ≈ ½ in figure 2b), the G-R dark current will then vary as: $\exp(-E_G^{Barrier}/2kT)$. Hence, the inequality in equation (4) means that the G-R dark current contribution from the barrier-layer 12, 12A, 16, 16A, 26 or 34 should be comparable with, or less than the total contribution to the dark current due to the active photon-absorbing layer 13, 13A, 23 or 33, which is diffusion limited as explained in the fourth item above, and varies as $\exp(-E_G^{\alpha}/kT)$.

6. For the p-type contact layer 11, 21, 35 or 39 the doping is quite high ($p$ ~1-10 $\times 10^{17}$ $cm^{-3}$), both to minimize the amount of band bending in the contact layer and also to reduce the concentration of minority electrons 119 in this layer.

7. For the p-type contact layer 11, 21, 35 or 39 its valence band either lies below its own conduction band OR lies below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34 by more than the bandgap energy, $E_G^{\alpha}$, of the photon absorbing layer 13, 13A, 23 or 33 . Ideally, the valence band of the p-type contact layer 11, 21, 35 or 39 should lie at least $2E_G^{\alpha}$ below its own conduction band OR below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34. Mathematically, this is expressed as: $E_G^{Contact} + E_B > 2E_G^{\alpha}$ if $E_B >> 0$ OR $E_G^{Contact} > 2E_G^{\alpha}$ if $E_B \leq 0$, where $E_G^{Contact}$ is the bandgap of the contact material 35 and $E_B$ is the barrier height for electrons going from the contact layer 35 into the barrier layer 34 ($E_B$ is also the conduction band offset between the barrier 34 and contact 35 materials and is positive when the conduction band of the barrier layer 34 lies above the conduction band of the contact layer 35). In general, the activation energy for electrons passing from the contact layer 11, 21, 35 or 39 into the barrier layer 12, 12A, 16, 16A, 26 or 34 will then be greater than $E_G^{\alpha}$, even when G-R centers are present in the contact layer 11, 21, 35 or 39. Under these circumstances, the current due to this process will be less than the diffusion current from the photon absorbing layer 13, 13A, 23 or 33 which also has an activation energy of $E_G^{\alpha}$. Two configurations of the contact layer are shown schematically in figures 2c and 2d. In figure 2c the conduction band of the contact layer 35 lies below the conduction band in the barrier layer 34 by more than about $10kT_{op}$. Any minority electrons generated in processes 5C or 6C by G-R centers 4C in the contact layer 35 are blocked by the barrier 34. They will either be thermally excited over the barrier, although this has a low probability, or they will eventually recombine 120C by various mechanisms with majority holes in the contact layer 35. Figure 2d shows an alternative scenario when the blocking mechanism exemplified in figure 2c is absent. In this scenario, the conduction band of the contact layer 39 either lies above the conduction

band in the barrier layer 34 ($E_B$<0), or just a few times $kT_{op}$ below it ($E_B \approx 0$). In this case the bandgap of the contact layer 39 is greater than that of the photon absorbing layer 33, $E_G^{Contact} > E_G^{\alpha}$, so that generation of electrons 5D, 6D by G-R centers 4D in the contact layer 39 will be suppressed due to its large bandgap. The generation current from the contact will roughly vary as: $\exp\left(-E_G^{Contact}/2kT\right)$. This is smaller than the diffusion dark current from the photon absorbing layer 33 if, as is often the case: $E_G^{Contact} > 2E_G^{\alpha}$. This mechanism is the same as that which suppresses electron and hole generation in the barrier layer 12, 12A, 16, 16A, 26 or 34 as already explained in the fifth item above.

Furthermore, the thickness of the barrier layer 12, 12A, 16, 16A, 26 or 34 is made to be sufficiently thick to suppress any tunnel current of electrons from the valence band of the p-type contact layer 11, 21, 35 or 39 to the conduction band of the active photon absorbing layer 13, 13A, 23 or 33. Any such tunnel current must be less than the dark current in the diode due to other processes.

The doping of the barrier layer 12, 12A, 16, 16A, 26 or 34 and p-type contact layer 11, 21, 35 or 39 is chosen according to the present invention to adjust the operating bias to a desirable value. A n-type δ-doping layer 15, 15A or 25 may also be included between the photon absorbing layer 13, 13A, 23 or 33 and the barrier layer 12A, 16, 16A, 26 or 34. This can sometimes increase the range of bias over which the bands of the active photon-absorbing layer 13, 13A, 23 or 33 remain flat, even close to the junction with the barrier layer 12A, 16, 16A, 26 or 34.

The principles of the present invention described above also apply to inverted polarity structures of the form n-n-p or n-p-p in which all the doping polarities and band alignments described above are reversed. An example is shown in figure 3 of an n-p-p structure that is the reversed form of the p-n-n structure

depicted in figures 2a-2d. The photon absorbing layer 43 is p-type 47 while the contact layer 45 is n-type and barrier layer 44 is p-type. Characterizing item 2 above, applies to all inverted polarity structures if the following words are interchanged: "highest" with "lowest", "higher" with "lower", "valence" with "conduction" and "above" with "below". The mathematical expression in the characterizing item 2 above is then replaced by $E_G^{\alpha}{}' - \Delta' \geq 0$ and $\xi' \geq 0$ if $\Delta'$ is positive or $\xi' + \Delta' \geq 0$ and $\Delta' + 10kT_{op} \geq 0$ if $\Delta'$ is negative. $E_G^{\alpha}{}'$ indicates the band-gap of the active photon-absorbing layer, such as 43. $\Delta'$ indicates the conduction band offset between the barrier layer, such as 44, and the active photon-absorbing layer, such as 43 (positive when the conduction band of the barrier layer is lowest in energy). $\xi'$ is the conduction band offset between the contact-layer, such as 45, and the barrier layer, such as 44 (positive when the conduction band of the contact layer is lowest in energy). During operation at maximum applied bias, an electric field and associated depletion layer is not allowed in the active photon absorbing layer, such as 43. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated. The bandgap of the barrier layer, such as 44, is more than, and ideally twice, that of the active photon absorbing layer, such as 43. For the n-type contact layer, such as 45, *either* its conduction band lies above the valence band of the barrier layer, such as 44, by more than, and ideally twice, the band-gap energy, $E_G^{\alpha}{}'$, of the photon absorbing layer, such as 43 (this is depicted schematically in figure 3), *or* its bandgap is more than, and ideally twice, the bandgap of the photon absorbing layer, such as 43.

Embodiment 1

A band diagram of a photo-detector according to a first embodiment of the invention is shown in Fig. 4a. The structure of the photo-detector is shown in Fig. 4b. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The

doping is typically in the range of $n < 10^{16}$ cm$^{-3}$ and the thickness is typically in the range of 1-10μm.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range of $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μm.

The barrier layer 12 is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm.

As shown in Fig. 4a, the bands, during operation, are essentially flat in all the three layers of the heterostructure. This requires a very low p-type doping (typical values: $p < 10^{15}$ cm$^{-3}$) in the middle barrier layer 12.

Embodiment 2

A band diagram of a second embodiment of the invention is shown in Fig. 5a. The structure of the second embodiment is shown in Fig. 5b. Unlike in embodiment 1, band bending is allowed in the barrier layer 12A. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range, $n < 10^{16}$ cm$^{-3}$ and the thickness of the photon-absorbing layer 13 is typically in the range 1-10μ. The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 12A is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm. The barrier layer 12A is a p-type material, with a typical doping range of $1\times10^{15} \leq p < 5 \times 10^{16}$ cm$^{-3}$. A depletion region exists in the barrier layer 12A but not in the photon absorbing layer 13. The

depletion region is usually confined to the barrier layer 12A but is allowed to extend a short distance into the p-type contact layer 11.

The boundary of the n-type photon absorbing layer 13 nearest the p-type barrier layer 12A is doped over one or two atomic monolayers with donor atoms such as, silicon, to form a δ – doping layer 15 having a typical doping of: $5\times10^{10} < n < 10^{12}$ cm$^{-2}$).

Embodiment 3

A band diagram of a third embodiment of the invention is shown in Fig. 6a. The structure of the third embodiment is shown in Fig. 6b. In the third embodiment, band bending is allowed in the barrier layer 16 and a short distance into the contact layer 11.

The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range of $n < 10^{16}$ cm$^{-3}$ and the thickness is typically in the range 1-10μ.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 11 is made of p-type GaSb with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 16 is made of GaAlSbAs alloy, with thickness typically in the range of 0.05 - 1μm.

The barrier layer 16 is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type δ – doping layer 15, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 13 and the barrier layer 16, as an option.

A depletion region exists in the barrier 16 and also a short distance into the p-type GaSb contact layer 11.

Embodiment 4

A band diagram of a fourth embodiment of the invention is shown in Fig. 7a. The structure of the fourth embodiment is shown in Fig. 7b.

The n-type photon-absorbing layer 13A is made of a type II superlattice that comprises alternating sub-layers of InAs and $Ga_{1-x}In_xSb$ (or alternating sub-layers of closely related semiconductor alloys, e.g. $InAs_{1-w}Sb_w$, $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$, etc. with $0\leq w\leq1$, $0\leq x\leq1$, $0\leq y\leq1$, $0\leq z\leq1$ and $x + y < 1$) and wherein the sub-layers each have a thickness typically in the range of 0.6-10 nm. The average doping over many sub-layers of the superlattice is typically in the range, $n < 10^{16}$ cm$^{-3}$ and thickness of the whole superlattice region is typically in the range 1-10μ.

The use of a type II InAs/InGaSb (or closely related) superlattice 13A enables operation in both the Mid-Wave Infra-Red (MWIR: 3 – 5μ) and in the Long-Wave Infra-Red (LWIR: 8 – 12μ) terrestrial atmospheric transmission windows, and also in the Very Long-Wave Infra-Red (VLWIR: 12 – 20μ) range.

The contact layer 11 is made of p-type GaSb, with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 16A is made of GaAlSbAs alloy with typical thickness values in the range 0.05 - 1μm.

The barrier layer 16A is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type δ – doping layer 15A, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 13A and the barrier layer 16A, as an option.

As shown in Fig. 7a, depletion regions exist in both the n-type barrier 16A and the p-type GaSb contact layer 11.

Although the valence band offset (Δ in Fig 2a) between the barrier layer 16A and the photon absorbing layer 13A is shown positive in Fig. 7a, it may be made negative up to a most negative value of about $-10kT_{op}$ by changing the amount of Aluminium and arsenic in the barrier.

<u>Embodiment 5</u>

A band diagram of a fifth embodiment of the invention is shown in Fig. 8a. The structure of the fifth embodiment is shown in Fig. 8b.

The n-type photon-absorbing layer 23 is made of InSb or InAlSb alloy. The doping is typically in the range, $n < 10^{16}$ cm$^{-3}$ and thickness is typically in the range 1-10μ.

The use of InSb or InAlSb alloy 23 enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 21 is made of p-type InSb or InAlSb alloy, with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 26 is made of InAlSb alloy with typical thickness values in the range 0.05 – 0.3μm.

The InAlSb barrier layer 26A is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type δ – doping layer 25, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 23 and the barrier layer 26, as an option.

A depletion region exists in the n-type InAlSb alloy barrier 26 and also a short distance into the p-type InSb or InAlSb alloy contact layer 21.

The valence band offset (Δ in Fig 8a) between the InAlSb barrier layer 26 and the photon absorbing layer 23 is negative, and should be designed by changing the amount of Aluminium in the barrier to have a value of between $-3kT_{op}$ and $-10kT_{op}$. For growth of an InSb photon absorbing layer on an InSb substrate, and taking into account the strain splitting of the valence band in the barrier, which will make the valence band edge of the barrier layer 26 "light- hole" like in character, the typical Aluminium concentration in the barrier layer 26 will be about 10%-25% (e.g. for 10% the alloy composition is $In_{0.9}Al_{0.1}Sb$). The height of the barrier 26 in the conduction band may be less than the ideal value specified in characterizing features 5 and 7, but it still satisfies the basic requirements and provides strong suppression of the G-R dark current contribution from the contact layer 21.

Further Embodiments

In all embodiments, it is advantageous to join the boundary of the photon-absorbing layer 13, 13A, or 23 furthest from the barrier layer 12, 12A, 16, 16A, or 26 to a material 14, 14A or 24 of nearly the same composition as the photon absorbing layer material but with much higher n-doping (typical values: $n < 3 \times 10^{18}$ cm$^{-3}$), so that the valence band of the highly doped layer lies below the valence band of the photon absorbing layer by significantly

more than $3kT_{op.}$ This can improve efficiency and electrical contact quality. However, it should be noted that layers 14, 14A or 24 are optional.

Embodiment 4 has a photon-absorbing layer based on a type II superlattice, and is closely analogous to embodiment 3, which has a photon-absorbing layer based on InAsSb alloy. Both of these embodiments have an n-type GaAlSbAs barrier layer and a p-type GaSb contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on a type II superlattice, which have a p-type GaAlSbAs barrier and a p-type GaSb contact layer, analogous to embodiments 1 and 2.

In embodiment 4, the p-type GaSb contact layer could be replaced with a p-type type II superlattice layer with a similar bandgap energy to that of the photon absorbing layer.

Embodiment 5 has an n-type InSb or InAlSb alloy photon absorbing layer, together with an n-type InAlSb alloy barrier layer and a p-type InSb or InAlSb alloy contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on n-type InSb or InAlSb alloy, which have a p-type InAlSb alloy barrier and a p-type InSb or InAlSb alloy contact layer, analogous to embodiment 2.

The following Table 1 provides some approximate band offset ranges for materials when grown on GaSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (meV), Δ $\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| AlSb | $InAs_{0.91}Sb_{0.09}$ | 30 | 200 |
| GaSb | $InAs_{0.91}Sb_{0.09}$ | 390 | 560 |
| GaSb | InAs/InGaSb superlattice | 30 | 100 |

**Table 1**

Table 2 provides approximate bandgaps and cut-off wavelengths of Semiconducting materials at 77K that can be grown on GaSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (meV) | Approx. Cut-off wavelength (μm) |
|---|---|---|---|---|
| 11, 17 | GaSb | - | 800 | 1.55 |
| 12, 12A, 16 | $Ga_{0.5}Al_{0.5}Sb$ | - | 1560 | 0.80 |
| 12, 12A, 16 | AlSb | - | 1660 | (indirect gap) |
| 12, 12A, 16 | $Ga_{1-x}Al_xSb$ | 0 – 1 | 800 - 1660 | 1.55 – 0.74 |
| 13, 14, 15 | $InAs_{0.91}Sb_{0.09}$ | - | 310 | 4.0 |
| 13, 14, 15 | $InAs_{1-x}Sb_x$ | 0 - 0.2 | 410 - 260 | 3.0 - 4.8 |
| 13, 14, 15 | InAs/InGaSb superlattice | - | 60 - 400 | 3 - 20 |

**Table 2**

The following Table 3 provides approximate band offset range information for materials when grown on InSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (including strain effects) (meV), Δ $\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| InSb | $In_{0.9}Al_{0.1}Sb$ | 20 | 40 |

**Table 3**

Table 4 provides approximate bandgap and cut-off wavelength information of Semiconducting material at 77K that can be grown on InSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (including strain effects) (meV) | Approx. Cut-off wavelength (including strain effects) (μm) |
|---|---|---|---|---|
| 21,23,24,26 | $In_{1-x}Al_xSb$ | 0 – 0.3 | 225 - 565 | 5.5 – 2.2 |

**Table 4**

With reference to Figs. 4b, 5b, 6b, 7b, and 8b, the semiconductor layers are usually grown by modern semiconductor epitaxy methods such as Liquid Phase Epitaxy (LPE), Molecular Beam Epitaxy (MBE), Metal-Organic Vapour Phase Epitaxy (MOVPE), or any of their derivatives, onto a semiconductor substrate (17, 18, or 28) [e.g. see "Growth and Characterization of Semiconductors", edited by R A Stradling and P C Klipstein, published by Adam Hilger (1990), ISBN 0-85274-131-6]. For embodiments 1-4, a good choice of substrate is GaSb doped either p-type 17 (e.g. $p \sim 1\text{-}100 \times 10^{16}$ $cm^{-3}$) or n-type 18 (e.g. $n \sim 1\text{-}100 \times 10^{16}$ $cm^{-3}$). An n-type GaSb substrate 18 is usually preferred for MWIR applications due to its lower free carrier absorption of the IR radiation. In this case a p-type GaSb buffer layer 17, which conveniently forms an Ohmic contact with n-type InAsSb [e.g. see P C Klipstein et al, in

Semiconductor Hetero-Epitaxy, published by World Scientific, Singapore, page 515, ISBN 981 02 2479 6], may be grown ontop of the n-type GaSb substrate. GaSb is closely lattice matched to the materials used for the other layers (11, 12, 12A, 13, 13A, 14, 14A, 15, 16 and 16A). Other choices of substrate 18 include InAs, GaAs, Si, Ge, and compliant substrates. For embodiment 5, a good choice of substrate is n-type InSb 28 (e.g. $n \sim 1\text{-}3000 \times 10^{15}$ cm$^{-3}$). InSb is closely lattice matched to the materials used for the other layers (21, 23, 24, 26). An n+ InSb buffer layer 27 should usually be grown (e.g. $n \sim 5\text{-}30 \times 10^{17}$ cm$^{-3}$). The high doping can be chosen to make the layer nearly transparent to MWIR radiation by exploiting the Moss Burstein effect, as reported by T Ashley et al., in "Large Format MWIR Focal Plane Arrays", in SPIE proceedings vol. 4820, page 400. Other choices of substrate 28 include InAs, GaAs, Si, Ge, and compliant substrates.

After growth, the wafer is etched into a mesa structure, after which the sides are passivated with a suitable chemical treatment and/or with the application of a suitable dielectric layer (for example, silicon nitride) and electrical contacts are then applied. The substrate is usually thinned to allow light 19 to pass without significant losses due to free carrier absorption. Schematic arrangements are shown in figures 4b, 5b, 6b, 7b and 8b.

It is a common practice, when producing focal plane array detectors, to make the top contact with an Indium Bump and to connect it to a pixel on a Silicon Read-Out Integrated Circuit (Si-ROIC). Note that in all embodiments of the structures shown in Figs. 4b, 5b, 6b, 7b and 8b, the p-type region is grown after the n-type region of the diode and forms the top part of the mesa. The diode is then termed p-on-n and is designed to operate with the top of the mesa biased negative. The opposite polarity can be achieved by growing the structure appropriately so that the diode is n-on-p rather than p-on-n.

In order to make a "multi-color detector" that is sensitive to at least two different wavelength ranges, two or more detector units, each comprising a contact layer 11 or 21, a barrier layer 12, 12A, 16, 16A or 26, a photon-absorbing layer 13, 13A, or 23, a highly doped layer 14, 14A or 24 and possibly a delta-doping layer 15, 15A or 25 as described above can be stacked where each photon-absorbing layer 13, 13A or 23 has a different cut-off wavelength. The light 19 should enter the detector unit with the shortest cut-off wavelength first. Stacking is particularly easy when a single detector unit is terminated with GaSb on both sides, as in embodiments 1-4. With a stack of detector units, separate contacts are made to the boundary of each detector unit, noting that only one contact is needed at each junction of two detector units, since it can be shared by both units. It should be noted that although there are known publications referring, e.g. to HgCdTe material used to make stacked conventional p-n detectors (e.g p-n-p or p-n-p-n), the contacts, however, are never all to layers of the same doping type, as is possible in the present invention as one of the options.

If two units are stacked back to back, and no external contact is made at the common boundary between the two units, a two-color detector is achieved in which sequential operation is possible. The selection of the detection wavelength is according to the bias, since only the detector that is reverse biased should respond.

It should be noted that the suppression of the dark current (or noise) in the photo-detector, as achieved by the present invention reduces the Johnson and Schott noise in the detector at a given operating temperature, to a level significantly below the level of that which exists in a homo-junction detector made from the same photon absorbing material. An important consequence of the noise reduction is allowing the operating temperature of the photo-detector, $T_{op}$, to be raised in comparison with that of a homo-junction detector

made from the same photon absorbing material and operating with the same level of Johnson or Schott noise.

While some embodiments of the invention have been described by way of illustration, it will be apparent that the invention can be carried into practice with many modifications, variations and adaptations, and with the use of numerous equivalents or alternative solutions that are within the scope of persons skilled in the art, without departing from the spirit of the invention or exceeding the scope of the claims.

**CLAIMS**

1. A photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.
2. A photo-detector according to claim 1, wherein the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;
3. A photo-detector according to claim 2, wherein the middle barrier layer is a p-type material.
4. A photo-detector according to claim 2, wherein the middle barrier layer is an n-type material.
5. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.
6. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.
7. A photo-detector according to claim 2 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of $n < 10^{16}$ $cm^{-3}$.

8. A photo-detector according to claim 2, wherein the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.
9. A photo-detector according to claim 2 wherein the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.
10. A photo-detector according to claim 2, wherein the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.
11. A photo-detector according to claim 2 wherein the contact layer is p-type GaSb.
12. A photo-detector according to claim 2, wherein the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.
13. A photo-detector according to claim 2 wherein the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.
14. A photo-detector according to claim 2 wherein the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0 \leq x \leq 1$ and $0 \leq y \leq 1$.
15. A photo-detector according to claim 2 wherein the middle barrier layer is an
$In_{1-x}Al_xSb$ alloy.
16. A photo-detector according to claim 2 wherein the middle barrier layer has a thickness of between 0.05 and 1μm.
17. A photo-detector according to claim 2 wherein the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.
18. A photo-detector according to claim 2 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

19. A photo-detector according to claim 2 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{18}$ $cm^{-3}$, contact layer.
20. A photo-detector according to claim 2 wherein an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors $cm^{-2}$, is included at the edge of the photon absorbing layer.
21. A photo-detector according to claim 2 in which the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.
22. A photo-detector according to claim 2, grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.
23. A photo-detector according to claim 2, grown on a compliant substrate
24. A photo-detector according to claim 2, grown by Liquid Phase Epitaxy (LPE).
25. A photo-detector according to claim 2, grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.
26. A photo-detector with a reduced G-R noise, comprising a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.
27. A photo-detector according to claim 26, wherein the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.

28. A photo-detector according to claim 27, wherein the middle barrier layer is a p-type material.

29. A photo-detector according to claim 27, wherein the middle barrier layer is an n-type material.

30. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.

31. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

32. A photo-detector according to claim 27 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ cm$^{-3}$

33. A photo-detector according to claim 27 wherein the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.

34. A photo-detector according to claim 27 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.

35. A photo-detector according to claim 27 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5\times10^{18}$ cm$^{-3}$, contact layer.

36. A photo-detector according to claim 27 wherein a p-type δ–doping layer is included at the edge of the photon absorbing layer.

37. A photo-detector according to claim 27 in which the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

38. A photo-detector sensitive to more than one wavelength band, comprising stacked detector units as in claim 1, claim 26, or a combination thereof, in which each detector unit has a different cut-off wavelength.

39. An array of identical detectors in which each detector is as in claim 1 or as in claim 26, connected to a silicon readout circuit by indium bumps.

40. An array of identical detectors in which each detector is sensitive to more than one wavelength band as in claim 38, and in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

# FIGURE 1
(prior art)



# FIGURE 2a


38
Depletion Region
36
p-type
37
n-type
34
35
$E_B$
$E_C$
33
Contact
$E_G$
$E_F(p)$
$E_V$
119
electron
60A
6A
$E_C$
$\xi$
50A
$E_F(n)$
$E_G^{\alpha}$
$\Delta$
5A
$E_V$
hole
118
4A
G-R
Center

# FIGURE 2b


34
35
119
electron
33
(1-α)E_G Barrier
E_C
6B
E_F(p)
E_V
4B
G-R
Center
5B
E_C
E_F(n)
αE_G Barrier
E_V
hole
118

# FIGURE 2c


35
34
33
119
electron
$E_C$
6C
120C
$E_F$(p)
$E_V$
5C
8C
4C
G-R
Center
hole
118
$E_C$
$E_F$(n)
$E_V$

# FIGURE 2d


39
119
electron
34
33
$E_C$
6D
4D
G-R
Center
5D
$E_F(p)$
$E_V$
hole
118
$E_C$
$E_F(n)$
$E_V$

# FIGURE 3


48
Depletion Region
46
n-type
47
p-type
44
43
Δ'
$E_C$
$E_F(p)$
$E_V$
45
ξ'
$E_C$
$E_F(n)$
$E_V$

# FIGURE 4a


12
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
Ec
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
EV
Vbias
ξ
Δ
EF(n)
EC
EV

Figure 4b


-ve
11
p-GaSb
12
p-Ga1-xAlxSb1-yAsy
n-type
photon
absorbing
layer
(InAs1-zSbz)
13
+ve
14
n+ InAs1-zSbz
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 5a


15
n++
(δ-doped)
InAs1-zSbz
12A
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
EC
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
EV
ξ
Vbias
EF(n)
EC
EV
Δ

Figure 5b


-ve
11
p-GaSb
12A
p-$Ga_{1-x}Al_xSb_{1-y}As_y$
15
$\delta^-$-doping
n-type
photon
absorbing
layer
($InAs_{1-z}Sb_z$)
13
+ve
14
n+ $InAs_{1-z}Sb_z$
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 6a


16
n-type
$Ga_{1-x}Al_xSb_{1-y}As_y$
11
p-type
GaSb
$E_C$
13
n-type
$InAs_{1-z}Sb_z$
14
n+
$InAs_{1-z}Sb_z$
$E_F(p)$
$E_V$
$V_{bias}$
ξ
Δ
$E_F(n)$
$E_C$
$E_V$

Figure 6b


-ve
11
p-GaSb
16
n-Ga1-xAlxSb1-yAsy
15
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(InAs1-zSbz)
13
+ve
14
n+ InAs1-zSbz
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 7a



16A
11
*n*-type
*p*-type
$Ga_{1-x}Al_xSb_{1-y}As_y$
GaSb
$E_C$
13A
14A
*n*-type
SL
$n^+$ SL
$E_F(p)$
$E_V$
$V_{bias}$
$E_F(n)$
$E_C$
$E_V$

Figure 7b


-ve
11
p-GaSb
16A
n-Ga1-xAlxSb1-yAsy
15A
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(SL, e.g. InAs/Ga1-yInySb)
13A
+ve
14A
n+ SL
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 8a


26
n-type
$In_{1-z}Al_zSb$
21
p-type
$In_{1-w}Al_wSb$
$E_C$
$E_F(p)$
$E_V$
ξ
$V_{bias}$
23
*n*-type
$In_{1-y}Al_ySb$
24
*n*+
$In_{1-x}Al_xSb$
$E_F(n)$
$E_C$
Δ
$E_V$

Figure 8b


-ve
21
p-$In_{1-w}Al_w$ Sb
26
n-$In_{1-z}Al_zSb$
25
$\delta^-$-doping
(OPTIONAL)
n-type
photon
absorbing
layer
($In_{1-y}Al_ySb$)
23
+ve
24
n+ $In_{1-x}Al_xSb$
27
n+-InSb
28
n-InSb
19

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 7 H01L31/101

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7 H01L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, INSPEC

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | PARK J ET AL: "Reduction of dark current in an n-type In0.3Ga0.7As/GaAs quantum well infrared photodetector by using a camel diode structure" SOLID STATE ELECTRONICS, ELSEVIER SCIENCE PUBLISHERS, BARKING, GB, vol. 46, no. 5, May 2002 (2002-05), pages 651-654, XP004346693 ISSN: 0038-1101 | 1,2,5, 20,22-25 |
| Y | the whole document | 7,12,16, 36,38-40 |
| | ----- -/-- | |

[X] Further documents are listed in the continuation of box C.

[X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 4 November 2004 | 12/11/2004 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Tx. 31 651 epo nl, Fax: (+31–70) 340–3016 | Boero, M |

Form PCT/ISA/210 (second sheet) (January 2004)



SM000000844

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WATANABE I ET AL: "Extremely low dark current InAlAs/InGaAlAs quaternary well superlattice APD" PROCEEDINGS OF THE INTERNATIONAL CONFERENCE ON INDIUM PHOSPHIDE AND RELATED MATERIALS. NEWPORT, APR. 21 - 24, 1992, NEW YORK, IEEE, US, vol. CONF. 4, 21 April 1992 (1992-04-21), pages 246-249, XP010058406 ISBN: 0-7803-0522-1 | 26,27, 30,32 |
| Y | the whole document | 7,12,16, 36 |
| Y | WO 02/084740 A (EPIR LTD) 24 October 2002 (2002-10-24) the whole document | 38-40 |
| A | US 4 740 819 A (KAWATA MASAHIKO ET AL) 26 April 1988 (1988-04-26) the whole document | 1-37 |
| A | US 6 117 702 A (KYOZUKA SHINYA ET AL) 12 September 2000 (2000-09-12) the whole document | 1-37 |

Form PCT/ISA/210 (continuation of second sheet) (January 2004)

# INTERNATIONAL SEARCH REPORT

Information on patent family members

In⁻ tional Application No
PCT/IL2004/000573

| Patent document cited in search report | | Publication date | Patent family member(s) | | | Publication date |
|---|---|---|---|---|---|---|
| WO 02084740 | A | 24-10-2002 | US | 2003160172 | A1 | 28-08-2003 |
| | | | WO | 02084740 | A2 | 24-10-2002 |
| US 4740819 | A | 26-04-1988 | JP | 1733425 | C | 17-02-1993 |
| | | | JP | 4020274 | B | 02-04-1992 |
| | | | JP | 58057760 | A | 06-04-1983 |
| | | | JP | 1726746 | C | 19-01-1993 |
| | | | JP | 4010233 | B | 24-02-1992 |
| | | | JP | 58057761 | A | 06-04-1983 |
| | | | DE | 3277353 | D1 | 22-10-1987 |
| | | | EP | 0076495 | A2 | 13-04-1983 |
| | | | KR | 9000074 | B1 | 19-01-1990 |
| US 6117702 | A | 12-09-2000 | JP | 9237913 | A | 09-09-1997 |
| | | | US | 5847418 | A | 08-12-1998 |

Form PCT/ISA/210 (patent family annex) (January 2004)

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 451 of 2960



# PATENT ABSTRACTS OF JAPAN


(11)Publication number : 2002-016280

(43)Date of publication of application : 18.01.2002

(51)Int.Cl. H01L 31/10

H01L 31/0264

(21)Application number : 2000-198096

(22)Date of filing : 30.06.2000



(71)Applicant : YOKOGAWA ELECTRIC CORP

(72)Inventor : WADA MORIO


## (54) SEMICONDUCTOR INFRARED RADIATION DETECTING ELEMENT


(57)Abstract:

PROBLEM TO BE SOLVED: To provide a semiconductor infrared radiation detecting element, in which a dark current is small and S/N is high.

SOLUTION: In the semiconductor infrared radiation detecting element, in which a light absorption layer is laminated on a compound semiconductor substrate composed of GaAs or InP, the face orientation of the compound semiconductor substrate surface is set to (111)A plane.







SM000000847

JA0447

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# BIB DATA SHEET

**CONFIRMATION NO. 4044**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/276,962 | 03/19/2006<br>RULE | 257 | 2815 | IRS-001-US |

**APPLICANTS**
Shimon Maimon, Rochester, NY;

** **CONTINUING DATA** *************************

** **FOREIGN APPLICATIONS** *************************

** **IF REQUIRED, FOREIGN FILING LICENSE GRANTED** ** ** SMALL ENTITY **
03/28/2006

| | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☑ No<br>35 USC 119(a-d) conditions met ☐ Yes ☐ No<br>Verified and Acknowledged /ARDESHIR EFTEKHARZADEH/ Examiner's Signature | ☐ Met after Allowance<br>A.E.<br>Initials | NY | 3 | 34 | 3 |

**ADDRESS**

SIMON KAHN - PYI Tech, Ltd.
c/o LANDONIP, INC
1700 DIAGONAL ROAD
SUITE 450
ALEXANDRIA, VA 22314-2866
UNITED STATES

**TITLE**

REDUCED DARK CURRENT PHOTODETECTOR

| | | |
|---|---|---|
| **FILING FEE RECEIVED**<br>775 | FEES: Authority has been given in Paper<br>No.____________ to charge/credit DEPOSIT ACCOUNT<br>No.____________ for following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other ________________<br>☐ Credit |

BIB (Rev. 05/07).

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/276,962 | 03/19/2006 | Shimon Maimon | IRS-001-US |

**CONFIRMATION NO. 4044**

55890
SIMON KAHN - PYI Tech, Ltd.
c/o LANDONIP, INC
1700 DIAGONAL ROAD
SUITE 450
ALEXANDRIA, VA22314-2866

**Title:** REDUCED DARK CURRENT PHOTODETECTOR

**Publication No.** US-2007-0215900-A1
**Publication Date:** 09/20/2007

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Pre-Grant Publication Division, 703-605-4283

**PATENT**
Atty. Docket No. IRS-001-US

***IN THE UNITED STATES PATENT AND TRADEMARK OFFICE***

APPLICANT: Margalit et al.

SERIAL NUMBER: 11/276,962 ART UNIT: 2811

FILING DATE: March 19, 2006 EXAMINER:

TITLE: REDUCED DARK CURRENT PHOTODETECTOR

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**<u>SECOND PRELIMINARY AMENDMENT</u>**

Dear Sirs;

Prior to substantive examination, please amend the application as follows and consider the below remarks.

In the Claims:

1. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level;

a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe, a first side of said barrier layer adjacent a first side of said photo absorbing layer, said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

said barrier layer exhibiting a thickness, said thickness and said band gap being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area.

2. Cancelled

3. (Original) A photo-detector according to claim 1, wherein said contact area is n-doped.

4. (Original) A photo-detector according to claim 3, wherein said contact area exhibits a valence band energy level substantially equal to said valence band energy level of said n-doped semiconductor of said photo absorbing layer.

5. (Original) A photo-detector according to claim 1, wherein said contact area is p-doped.

6. (Original) A photo-detector according to claim 5, wherein said contact area exhibits a valence band energy level greater than said valence band energy level of said n-doped semiconductor of said photo absorbing layer.

7. Cancelled

8. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3 – 5 microns.

9. (Original) A photo-detector according to claim 1, further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first said of said photo absorbing layer, said substrate exhibiting a second side in contact with a first metal layer.

10. (Original) A photo-detector according to claim 9, further comprising a second metal layer in contact with said contact area.

11. Cancelled

12. (Currently Amended) A photo-detector according to claim 1 ~~claim 11~~, wherein said photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe.

13. (Original) A photo-detector according to claim 12, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

14. (Original) A photo-detector according to claim 13, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

15. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer and said contact area are constituted of n-doped HgCdTe and said barrier layer is constituted of HgZnTe.

16. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of n-doped InAsSb, said barrier layer is constituted of AlGaAsSb and said contact layer is constituted of p-doped GaSb.

17. (Original) A photo-detector according to claim 1, wherein said photo absorbing layer exhibits a thickness on the order of the optical absorption length.

18. (Currently Amended) A photo-detector comprising:

a photo absorbing layer comprising an p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level;

a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe, a first side of said barrier layer adjacent a first side of said photo absorbing layer, said barrier layer exhibiting a conduction band energy level substantially equal to said conduction band energy level of said photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area adjacent a second side of said barrier layer opposing said first side,

said barrier layer exhibiting a thickness, said thickness and said band gap being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact area.

19. Cancelled

20. (Original) A photo-detector according to claim 18, wherein said contact area is p-doped.

21. (Original) A photo-detector according to claim 20, wherein said contact area exhibits a conduction band energy level substantially equal to said conduction band energy level of said p-doped semiconductor of said photo absorbing layer.

22. (Original) A photo-detector according to claim 20, wherein said contact area is n-doped.

23. (Original) A photo-detector according to claim 22, wherein said contact area exhibits a conduction band energy level less than said conduction band energy level of said p-doped semiconductor of said photo absorbing layer.

24. Cancelled

25. (Original) A photo-detector according to claim 18, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3 – 5 microns.

26. (Original) A photo-detector according to claim 18, further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first side of said photo absorbing layer, said substrate exhibiting a second side in contact with a metal layer.

27. (Original) A photo-detector according to claim 26, further comprising a metal layer in contact with said contact area.

28. Cancelled

29. (Currently Amended) A photo-detector according to claim 18 ~~claim 28~~, wherein said photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe.

30. (Original) A photo-detector according to claim 29, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

31. (Original) A photo-detector according to claim 30, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

32. (Currently Amended) A method of producing a photo-detector, the method comprising:

providing a substrate;

depositing on said substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers;

depositing on said deposited photo absorbing layer a barrier layer comprising one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb and HgZnTe exhibiting a thickness, an energy level associated with minority carriers of said photo absorbing layer substantially equal to said energy level of said photo absorbing layer and a band gap associated with majority carriers of said photo absorbing layer; and

depositing on said deposited photo absorbing layer a contact layer comprising a doped semiconductor,

said thickness and said band gap of said barrier layer being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact layer and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact layer.

33. (Original) A method according to claim 32, further comprising selectively etching said deposited contact layer to define a plurality of contact areas.

34. (Original) A method according to claim 32, wherein at least one of depositing said photo absorbing layer, depositing said barrier layer and depositing said contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**REMARKS**

Prior to substantive examination, please amend the claims as indicated above. In particular, claims 1, 18 and 32 have been amended to incorporate the limitations of originally filed dependent claims 11 and 28, respectively. No new matter has been added. Claims 2, 7, 11, 19, 24 and 28 have been cancelled without prejudice.

Additionally, please find attached an Information Disclosure Statement, indicating an abstract published as part of a hand-out book at a conference in June 2003.

Respectfully submitted,

Dated: May 9, 2007

/Simon Kahn/

Simon Mark Kahn
Reg. No. 48,249
Agent for the Applicant

Tel: 1-703-486-1150
Fax: 1-703-892-4510

PTO/SB/08a (08-03 )
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 11276962 |
| | Filing Date | 2006-03-19 |
| | First Named Inventor | Maimon, Shimon |
| | Art Unit | 2811 |
| | Examiner Name | |
| | Attorney Docket Number | IRS-001-US |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 11276962 |
|---|---|---|
| | Filing Date | 2006-03-19 |
| | First Named Inventor | Maimon, Shimon |
| | Art Unit | 2811 |
| | Examiner Name | |
| | Attorney Docket Number | IRS-001-US |

| | | | |
|---|---|---|---|
| | 1 | MAIMON and WICKS, Abstract Book of 11th International Conference on Narrow Gap Semiconductors, June 2003, Buffalo, N.Y. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 11276962 |
| | Filing Date | 2006-03-19 |
| | First Named Inventor | Maimon, Shimon |
| | Art Unit | 2811 |
| | Examiner Name | |
| | Attorney Docket Number | IRS-001-US |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ None

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Simon Kahn/ | Date (YYYY-MM-DD) | 2007-05-09 |
|---|---|---|---|
| Name/Print | Simon Kahn | Registration Number | 48249 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1757503 |
| **Application Number:** | 11276962 |
| **International Application Number:** | |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 55890 |
| **Filer:** | Simon Mark Kahn |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | IRS-001-US |
| **Receipt Date:** | 09-MAY-2007 |
| **Filing Date:** | 19-MAR-2006 |
| **Time Stamp:** | 07:25:15 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IRS_001US_Prelimnary_Amendment2.pdf | 100918 | yes | 9 |

| | | | | | |
|---|---|---|---|---|---|
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | **End** | |
| | Preliminary Amendment | | 1 | 1 | |
| | Claims | | 2 | 8 | |
| | Applicant Arguments/Remarks Made in an Amendment | | 9 | 9 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Information Disclosure Statement (IDS) Filed | US_IDS_Form__SB_08a.pdf | 870576 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| A U.S. Patent Number Citation or a U.S. Publication Number Citation is required in the Information Disclosure Statement (IDS) form for autoloading of data into USPTO systems. You may remove the form to add the required data in order to correct the Informational Message if you are citing U.S. References. If you chose not to include U.S. References, the image of the form will be processed and be made available within the Image File Wrapper (IFW) system. However, no data will be extracted from this form. Any additional data such as Foreign Patent Documents or Non Patent Literature will be manually reviewed and keyed into USPTO systems. | | | | | |
| 3 | NPL Documents | NGS11_abstract1.pdf | 56259 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1027753 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

...RECORD

Effective October 1, 2003

11276162

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | minus 20= | * |
| INDEPENDENT CLAIMS | minus 3 = | * |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

SMALL ENTITY TYPE ☐ OR OTHER THAN SMALL ENTITY

| RATE | FEE | | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL | | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

SMALL ENTITY OR OTHER THAN SMALL ENTITY

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

5/9/07

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 28 | Minus | ** 34 | = |
| Independent | * 3 | Minus | *** 3 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

PTO-875 (Rev. 10/03) Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

SM000000865

# PATENT APPLICATION FEE DETERMINATION RECORD
Effective December 8, 2004

Application or Docket Number: 11276962

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 34 minus 20= | * 14 |
| INDEPENDENT CLAIMS | 3 minus 3 = | * — |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

SMALL ENTITY TYPE ☐ OR OTHER THAN SMALL ENTITY

| RATE | FEE | | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | ~~150.00~~ 75.00 | OR | BASIC FEE | 300.00 |
| X$ 25= | 350 | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL | 425 | OR | TOTAL | |

425

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | 3-26-06 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | * 34 | Minus | ** 34 | = — |
| | Independent | * 3 | Minus | *** 3 | = — |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 25= | | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL ADDIT. FEE | — | OR | TOTAL ADDIT. FEE | — |

| AMENDMENT B | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | * | Minus | ** | = |
| | Independent | * | Minus | *** | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 25= | | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | * | Minus | ** | = |
| | Independent | * | Minus | *** | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 25= | | OR | X$50= | |
| X100= | | OR | X200= | |
| +180= | | OR | +360= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
***If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/04) Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

11276962

# INDEX OF CLAIMS

| Claim Final | Claim Original | Date | Claim Final | Claim Original | Date | Claim Final | Claim Original | Date | Claim Final | Claim Original | Date | Claim Final | Claim Original | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | 61 | | | 121 | | | 181 | | | 241 | |
| | 2 | | | 62 | | | 122 | | | 182 | | | 242 | |
| | 3 | | | 63 | | | 123 | | | 183 | | | 243 | |
| | 4 | | | 64 | | | 124 | | | 184 | | | 244 | |
| | 5 | | | 65 | | | 125 | | | 185 | | | 245 | |
| | 6 | | | 66 | | | 126 | | | 186 | | | 246 | |
| | 7 | | | 67 | | | 127 | | | 187 | | | 247 | |
| | 8 | | | 68 | | | 128 | | | 188 | | | 248 | |
| | 9 | | | 69 | | | 129 | | | 189 | | | 249 | |
| | 10 | | | 70 | | | 130 | | | 190 | | | 250 | |
| | 11 | | | 71 | | | 131 | | | 191 | | | 251 | |
| | 12 | | | 72 | | | 132 | | | 192 | | | 252 | |
| | 13 | | | 73 | | | 133 | | | 193 | | | 253 | |
| | 14 | | | 74 | | | 134 | | | 194 | | | 254 | |
| | 15 | | | 75 | | | 135 | | | 195 | | | 255 | |
| | 16 | | | 76 | | | 136 | | | 196 | | | 256 | |
| | 17 | | | 77 | | | 137 | | | 197 | | | 257 | |
| | 18 | | | 78 | | | 138 | | | 198 | | | 258 | |
| | 19 | | | 79 | | | 139 | | | 199 | | | 259 | |
| | 20 | | | 80 | | | 140 | | | 200 | | | 260 | |
| | 21 | | | 81 | | | 141 | | | 201 | | | 261 | |
| | 22 | | | 82 | | | 142 | | | 202 | | | 262 | |
| | 23 | | | 83 | | | 143 | | | 203 | | | 263 | |
| | 24 | | | 84 | | | 144 | | | 204 | | | 264 | |
| | 25 | | | 85 | | | 145 | | | 205 | | | 265 | |
| | 26 | | | 86 | | | 146 | | | 206 | | | 266 | |
| | 27 | | | 87 | | | 147 | | | 207 | | | 267 | |
| | 28 | | | 88 | | | 148 | | | 208 | | | 268 | |
| | 29 | | | 89 | | | 149 | | | 209 | | | 269 | |
| | 30 | | | 90 | | | 150 | | | 210 | | | 270 | |
| | 31 | | | 91 | | | 151 | | | 211 | | | 271 | |
| | 32 | | | 92 | | | 152 | | | 212 | | | 272 | |
| | 33 | | | 93 | | | 153 | | | 213 | | | 273 | |
| | 34 | | | 94 | | | 154 | | | 214 | | | 274 | |
| | 35 | | | 95 | | | 155 | | | 215 | | | 275 | |
| | 36 | | | 96 | | | 156 | | | 216 | | | 276 | |
| | 37 | | | 97 | | | 157 | | | 217 | | | 277 | |
| | 38 | | | 98 | | | 158 | | | 218 | | | 278 | |
| | 39 | | | 99 | | | 159 | | | 219 | | | 279 | |
| | 40 | | | 100 | | | 160 | | | 220 | | | 280 | |
| | 41 | | | 101 | | | 161 | | | 221 | | | 281 | |
| | 42 | | | 102 | | | 162 | | | 222 | | | 282 | |
| | 43 | | | 103 | | | 163 | | | 223 | | | 283 | |
| | 44 | | | 104 | | | 164 | | | 224 | | | 284 | |
| | 45 | | | 105 | | | 165 | | | 225 | | | 285 | |
| | 46 | | | 106 | | | 166 | | | 226 | | | 286 | |
| | 47 | | | 107 | | | 167 | | | 227 | | | 287 | |
| | 48 | | | 108 | | | 168 | | | 228 | | | 288 | |
| | 49 | | | 109 | | | 169 | | | 229 | | | 289 | |
| | 50 | | | 110 | | | 170 | | | 230 | | | 290 | |
| | 51 | | | 111 | | | 171 | | | 231 | | | 291 | |
| | 52 | | | 112 | | | 172 | | | 232 | | | 292 | |
| | 53 | | | 113 | | | 173 | | | 233 | | | 293 | |
| | 54 | | | 114 | | | 174 | | | 234 | | | 294 | |
| | 55 | | | 115 | | | 175 | | | 235 | | | 295 | |
| | 56 | | | 116 | | | 176 | | | 236 | | | 296 | |
| | 57 | | | 117 | | | 177 | | | 237 | | | 297 | |
| | 58 | | | 118 | | | 178 | | | 238 | | | 298 | |
| | 59 | | | 119 | | | 179 | | | 239 | | | 299 | |
| | 60 | | | 120 | | | 180 | | | 240 | | | 300 | |

**PATENT**
Atty. Docket No. IRS-001-US

***IN THE UNITED STATES PATENT AND TRADEMARK OFFICE***

| | | | |
|---|---|---|---|
| APPLICANT: | Margalit et al. | | |
| SERIAL NUMBER: | 11/276,962 | ART UNIT: | |
| FILING DATE: | March 19, 2006 | EXAMINER: | |
| TITLE: | REDUCED DARK CURRENT PHOTODETECTOR | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**PRELIMINARY AMENDMENT**

Dear Sirs;

Prior to substantive examination, please amend the application as follows and consider the below remarks.

In the specification

Please delete the section heading on page 1 entitled "CROSS-REFERENCE TO RELATED APPLICATION".

Please delete the first paragraph on page 1.

**REMARKS**

The section entitled "Cross Reference to Related Application" was attached to the application in error. Applicant hereby deletes the section in its entirety, and requests that the filing receipt be issued without reference to the priority application.

Respectfully submitted,

Dated: March 26, 2006

Simon Mark Kahn
Reg. No. 48,249
Agent for the Applicant

Tel: 1-703-486-1150
Fax: 1-703-892-4510

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1012393 |
| **Application Number:** | 11276962 |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor:** | Shimon MAIMON |
| **Customer Number:** | 55890 |
| **Filer:** | Simon Mark Kahn |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | IRS-001-US |
| **Receipt Date:** | 26-MAR-2006 |
| **Filing Date:** | |
| **Time Stamp:** | 14:12:57 |
| **Application Type:** | Utility |
| **International Application Number:** | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|
| 1 | Preliminary Amendment | IRS_001_US_Preliminary_Amendment.pdf | 94119 | no | 3 |

| Warnings: | |
|---|---|
| The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing | |
| **Information:** | |
| **Total Files Size (in bytes):** | 94119 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

Patent Application Docket Nr. IRS-001-US

# REDUCED DARK CURRENT PHOTODETECTOR

## CROSS-REFERENCE TO RELATED APPLICATION

**[0001]** This application claims priority from U.S. Provisional Patent Application S/N 60/658,360 filed March 22, 2005 entitled "Structures for Low Dark Current Photo-detector" the entire contents of which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75 – 1.4 μm; short wavelength infra-red defined conventionally as 1.3 – 3 μm; mid wavelength infra-red defined conventionally as 3 – 8 μm; and far infra-red defined conventionally as 15 – 1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3 – 5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and in particular in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the

dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf}$$ Equation 1

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep}$$ Equation 2

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1μm), and $\tau_{srh}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1μsec in low doped material (~$10^{16}$ $cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i$~$\exp(-E_g/2/kT)$), because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times L = q\frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L$$ Equation 3

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1\text{-}2\cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is $E_g$, ($n_i^2 \sim \exp(-E_g/kT)$) as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** There is thus a long felt need for a photo-detector having reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K.

## SUMMARY OF THE INVENTION

**[0009]** Accordingly, it is a principal object of the present invention to overcome the disadvantages of prior art photo-detectors, and in particular mid wavelength infra-red detectors. This is provided in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0010]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo

absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0011]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0012]** The invention provides for a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0013]** In one embodiment the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0014]** In one embodiment the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0015]** In one embodiment the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3 – 5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0016]** In one embodiment the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0017]** In one embodiment the photo absorbing layer and the contact area are constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb. In another embodiment the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0018]** The invention independently provides for a photo-detector comprising: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority

carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0019]** In one embodiment the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0020]** In one embodiment the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0021]** In one embodiment the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3 – 5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0022]** In one embodiment the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0023]** The invention independently provides for a method of producing a photo-detector, the method comprising: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to

the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0024]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0025]** Additional features and advantages of the invention will become apparent from the following drawings and description.

BRIEF DESCRIPTION OF THE DRAWINGS

**[0026]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0027]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0028]** Fig. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0029]** Fig. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0030]** Fig. 1C illustrates a top level view of the multi-pixel photo-detector of Fig. 1B according to a principle of the invention;

**[0031]** Fig. 2A illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0032]** Fig. 2B illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0033]** Fig. 3A illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0034]** Fig. 3B illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0035]** Fig 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of Figs. 1B – 1C.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

**[0036]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0037]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the

detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0038]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0039]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0040]** Fig. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer 30, a barrier layer 40, a contact layer 50, a metal layer 60 and a metal layer 65. Substrate 20 is provided as a base for deposition and has deposited on one face metal layer 60 for connection to electronic circuitry. In an exemplary embodiment metal layer 60 is constituted of gold. Photo absorbing layer 30 is deposited on the second face of substrate 20 opposing the first face. Photo absorbing layer 30 comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer 30 is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer 30 comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0041]** Barrier layer 40 is deposited directly on photo absorbing layer 30 without requiring passivation. Barrier layer 40 is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to contact layer 50, and in an exemplary embodiment is deposited to a thickness of 50 – 100 nm. Barrier layer 40 comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer 40 is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer 30 to contact layer 50. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0042]** Contact layer 50 is deposited on barrier layer 40. Contact layer 50 functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer 50 is deposited to a thickness of 20 – 50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer 50 may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer 50 may be constituted of the same material as photo absorbing layer 30. Contact layer 50 is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer 40 or absorbing layer 30 is not required. Metal layer 65 is deposited on contact layer 50, and in an exemplary embodiment is constituted of gold. Metal layers 60, 65 enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer 30 to contact layer 50.

**[0043]** Fig. 1B illustrates a side view of a multi-pixel photo-detector 100 according to an embodiment of the principle of the invention comprising substrate 20, photo absorbing layer 30, barrier layer 40, a first and second contact area 110, a metal layer 6 and a metal layer 65. Substrate 20 is provided as a base for deposition and has deposited on one face metal layer 60 for connection to electronic circuitry. In an exemplary embodiment metal layer 60 is constituted of gold. Photo absorbing layer

30 is deposited on the second face of substrate 20 opposing the first face. Photo absorbing layer 30 comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer 30 is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer 30 comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0044]** Barrier layer 40 is deposited directly on photo absorbing layer 30 without requiring passivation. Barrier layer 40 is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area 110, and in an exemplary embodiment is deposited to a thickness of 50 – 100 nm. Barrier layer 40 comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer 40 is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer 30 to first and second contact area 110. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0045]** Contact layer 50 as described above in relation to Fig. 1A is deposited on barrier layer 40. Contact layer 50, which as will be described further is etched to define first and second contact area 110, functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer 50 is deposited to a thickness of 20 – 50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer 50 may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer 50 may be constituted of the same material as photo absorbing layer 30. Contact layer 50 is

etched, preferably by photolithography, to define first and second contact area 110. Advantageously etching of barrier layer 40 or absorbing layer 30 is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer 40. Metal layer 65 is deposited on each of first and second contact area 110, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0046]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0047]** Fig. 1C illustrates a top level view of multi-pixel photo-detector 100 of Fig. 1B according to a principle of the invention showing barrier layer 40, first and second contact area 110 and metal layer 65 defined on each of first and second contact area 110.

**[0048]** Fig. 2A illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of Fig. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area 100 represents the energy band levels within photo absorbing layer 30, area 110 represents the energy band levels within barrier layer 40 and area 120 represent the energy band levels within contact layer 50.

**[0049]** The valence band energy level is substantially constant throughout areas 100, 110 and 120, and thus minority carriers are not obstructed from flowing from photo absorbing area 100 to contact area 120. It is to be noted that due to the energy levels the minority carriers are captured in contact area 120. Barrier layer 40, represented by area 110, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer 40 is deposited to a thickness of 50 - 100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area 120 shows energy band levels on a par with that of area 100 however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area 120 is slightly higher than their values in photo absorbing area 100 with the increase being attributed

to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area 120.

**[0050]** Fig. 2B illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of Fig. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area 150 represents the energy band levels within photo absorbing layer 30, area 160 represents the energy band levels within barrier layer 40 and area 170 represent the energy band levels within contact layer 50.

**[0051]** The conduction band energy level is substantially constant throughout areas 150, 160 and 170, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area 170. It is to be noted that due to the energy levels the minority carriers are captured in contact area 170. Barrier layer 40, represented by area 160, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer 40 is deposited to a thickness of 50 - 100 nm, and the band gap barrier of area 160 is high enough so that there is negligible thermal excitation of majority carriers over it. Area 170 shows energy band levels on a par with that of area 150 however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area 170 is slightly higher than their values in photo absorbing area 150 with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 150 to contact area 170.

**[0052]** Fig. 3A illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of Fig. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting

band energy level. Area 200 represents the energy band levels within photo absorbing layer 30, area 210 represents the energy band levels within barrier layer 40 and area 220 represent the energy band levels within contact layer 50.

**[0053]** The valence band energy level is substantially constant throughout areas 200 and 210 and is higher in area 220, and thus minority carriers are not obstructed from flowing from photo absorbing area 200 to contact area 220. It is to be noted that due to the energy levels the minority carriers are captured in contact area 220. Barrier layer 40, represented by area 210, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer 40 is deposited to a thickness of 50 - 100 nm, and the band gap barrier of area 210 is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 200 to contact area 220.

**[0054]** Fig. 3B illustrates the energy band levels of an embodiment of the structure of Fig. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of Fig. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area 250 represents the energy band levels within photo absorbing layer 30, area 260 represents the energy band levels within barrier layer 40 and area 270 represent the energy band levels within contact layer 50.

**[0055]** The conduction band energy level is substantially constant throughout areas 250 and 260 and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area 250 to contact area 270. It is to be noted that due to the energy levels the minority carriers are captured in contact area 270. Barrier layer 40, represented by area 260, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer 40 is deposited to a thickness of 50 - 100 nm, and the band gap barrier of area 260 is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 250 to contact area 270.

**[0056]** Fig 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of Fig. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage 1010, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0057]** In stage 1020, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage 1020 is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage 1010.

**[0058]** In stage 1040, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage 1050, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer 50. Advantageously, in an exemplary embodiment no other layer is etched.

**[0059]** In stage 1060 a metal layer is deposited on the contact areas defined in stage 1050 so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage 1050. In stage 1070, a metal layer is deposited on substrate 20 provided in stage 1000 so as to enable electrical connection.

**[0060]** Deposition of the photo absorbing layer of stage 1010, the barrier layer of stage 1030 and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0061]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical

absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0062]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0063]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0064]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[0065]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[0066]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict,

the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[0067]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

I claim:

1. A photo-detector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level;

a barrier layer, a first side of said barrier layer adjacent a first side of said photo absorbing layer, said barrier layer exhibiting a valence band energy level substantially equal to said valence band energy level of said photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area being adjacent a second side of said barrier layer opposing said first side,

said barrier layer exhibiting a thickness, said thickness and said band gap being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and block the flow of thermalized majority carriers from said photo absorbing layer to said contact area.

2. A photo-detector according to claim 1, wherein said barrier layer comprises an undoped semiconductor.

3. A photo-detector according to claim 1, wherein said contact area is n-doped.

4. A photo-detector according to claim 3, wherein said contact area exhibits a valence band energy level substantially equal to said valence band energy level of said n-doped semiconductor of said photo absorbing layer.

5. A photo-detector according to claim 1, wherein said contact area is p-doped.

6. A photo-detector according to claim 5, wherein said contact area exhibits a valence band energy level greater than said valence band energy level of said n-doped semiconductor of said photo absorbing layer.

7. A photo-detector according to claim 5, wherein said barrier layer comprises an undoped semiconductor.

8. A photo-detector according to claim 1, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3 – 5 microns.

9. A photo-detector according to claim 1, further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first said of said photo absorbing layer, said substrate exhibiting a second side in contact with a first metal layer.

10. A photo-detector according to claim 9, further comprising a second metal layer in contact with said contact area.

11. A photo-detector according to claim 1, wherein said barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe.

12. A photo-detector according to claim 11, wherein said photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe.

13. A photo-detector according to claim 12, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

14. A photo-detector according to claim 13, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

15. A photo-detector according to claim 1, wherein said photo absorbing layer and said contact area are constituted of n-doped HgCdTe and said barrier layer is constituted of HgZnTe.

16. A photo-detector according to claim 1, wherein said photo absorbing layer is constituted of n-doped InAsSb, said barrier layer is constituted of AlGaAsSb and said contact layer is constituted of p-doped GaSb.

17. A photo-detector according to claim 1, wherein said photo absorbing layer exhibits a thickness on the order of the optical absorption length.

18. A photo-detector comprising:

a photo absorbing layer comprising an p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level;

a barrier layer, a first side of said barrier layer adjacent a first side of said photo absorbing layer, said barrier layer exhibiting a conduction band energy level substantially equal to said conduction band energy level of said photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of said photo absorbing layer; and

a contact area comprising a doped semiconductor, said contact area adjacent a second side of said barrier layer opposing said first side,

said barrier layer exhibiting a thickness, said thickness and said band gap being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact area and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact area.

19. A photo-detector according to claim 18, wherein said barrier layer comprises an undoped semiconductor.

20. A photo-detector according to claim 18, wherein said contact area is p-doped.

21. A photo-detector according to claim 20, wherein said contact area exhibits a conduction band energy level substantially equal to said conduction band energy level of said p-doped semiconductor of said photo absorbing layer.

22. A photo-detector according to claim 20, wherein said contact area is n-doped.

23. A photo-detector according to claim 22, wherein said contact area exhibits a conduction band energy level less than said conduction band energy level of said p-doped semiconductor of said photo absorbing layer.

24. A photo-detector according to claim 22, wherein said barrier layer comprises an undoped semiconductor.

25. A photo-detector according to claim 18, wherein said photo absorbing layer is operable to generate carriers in the presence of light energy exhibiting a wavelength of 3 – 5 microns.

26. A photo-detector according to claim 18, further comprising a substrate exhibiting a first side adjacent a second side of said photo absorbing layer, said second side of said photo absorbing layer opposing said first side of said photo absorbing layer, said substrate exhibiting a second side in contact with a metal layer.

27. A photo-detector according to claim 26, further comprising a metal layer in contact with said contact area.

28. A photo-detector according to claim 18, wherein said barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe.

29. A photo-detector according to claim 28, wherein said photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe.

30. A photo-detector according to claim 29, wherein said contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

31. A photo-detector according to claim 30, wherein said contact area and said photo absorbing layer exhibit substantially identical compositions.

32. A method of producing a photo-detector, the method comprising:

providing a substrate;

depositing on said substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers;

depositing on said deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of said photo absorbing layer substantially equal to said energy level of said photo absorbing layer and a band gap associated with majority carriers of said photo absorbing layer; and

depositing on said deposited photo absorbing layer a contact layer comprising a doped semiconductor,

said thickness and said band gap of said barrier layer being sufficient to prevent tunneling of majority carriers from said photo absorbing layer to said contact layer and to block the flow of thermalized majority carriers from said photo absorbing layer to said contact layer.

33. A method according to claim 32, further comprising selectively etching said deposited contact layer to define a plurality of contact areas.

34. A method according to claim 32, wherein at least one of depositing said photo absorbing layer, depositing said barrier layer and depositing said contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

ABSTRACT OF THE DISCLOSURE

A photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized.

| **DECLARATION AND POWER OF ATTORNEY FOR UTILITY OR DESIGN PATENT APPLICATION** | Attorney Docket No. | IRS-001-US |
|---|---|---|
| | First Named Inventor | MAIMON, Shimon |
| | *COMPLETE IF KNOWN* | |
| | Application Serial Number | |
| ☒ Declaration Submitted with Initial Filing ☐ Declaration Submitted after Initial Filing (surcharge 37 CFR 1.16(e) required) | Filing Date | |
| | Group Art Unit | Not yet assigned |
| | Examiner Name | Not yet assigned |

**As a below named inventor, I hereby declare that:**

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**REDUCED DARK CURRENT PHOTODETECTOR**

*(Title of the Invention)*

the specification of which

☒ is attached hereto

OR

☐ was filed on ________ as United States Application Serial Number or PCT International Application Number ________ and was amended on (MM/DD/YYYY) ________ *(if applicable)*.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose to the Patent Office all information known by me to be material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ ☐ | ☐ ☐ | ☐ ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet attached hereto.

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Serial Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| **60/658,360** | **March 22, 2005** | ☐ Additional provisional application serial numbers are listed on a supplemental priority data sheet attached hereto. |

# DECLARATION – Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c), of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application or PCT Parent Serial Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number *(if applicable)* |
|---|---|---|
| | | |

☐ Additional U.S. or PCT international application numbers are listed on a supplemental priority data sheet attached hereto.

As a named inventor, I hereby appoint the following registered practitioners to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: ☒ Customer Number **55890**

OR

☐ Registered practitioner(s) name/registration number listed below

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| Simon Mark Kahn | 48,249 | | |

☐ Additional registered practitioners named on supplemental Registered Practitioner Information sheet attached hereto.

Direct all correspondence to: Simon Kahn
c/o LandonIP, Inc.
1700 Diagonal Road – Suite 450
Alexandria, VA 22314-2866
Tel. No.: (703) 486-1150
Fax No.: (703) 892-4510

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| **Name of Sole or First Inventor:** | ☐ A petition has been filed for this unsigned inventor | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Given Name (first and middle [if any]) | | | | Family Name or Surname | | | | |
| **Shimon** | | | | **MAIMON** | | | | |
| Inventor's Signature | | | | | Date | **16/3/2006** | | |
| Street Address | **42 Chateau Square** | | | | Citizenship | **Israel** | | |
| Residence | City | **Rochester** | State | **NY** | Postal Code | **14618** | Country | **USA** |
| Post Office Address | **42 Chateau Square** | | | | | | | |
| P.O. Address (line 2) | City | **Rochester** | State | **NY** | Postal Code | **14618** | Country | **USA** |

☐ Additional inventors are being named on the 1 supplemental Additional Inventor(s) sheet(s) attached hereto.

SM000000897

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor:** | Shimon MAIMON |
| **Filer:** | Simon Mark Kahn |
| **Attorney Docket Number:** | IRS-001-US |

Filed as Small Entity

## Utility Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 75 | 75 |
| Utility Search Fee | 2111 | 1 | 250 | 250 |
| Utility Examination Fee | 2311 | 1 | 100 | 100 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 2202 | 14 | 25 | 350 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **775** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 1009726 |
| Application Number: | 11276962 |
| Confirmation Number: | 4044 |
| Title of Invention: | REDUCED DARK CURRENT PHOTODETECTOR |
| First Named Inventor: | Shimon MAIMON |
| Customer Number: | 55890 |
| Filer: | Simon Mark Kahn |
| Filer Authorized By: | |
| Attorney Docket Number: | IRS-001-US |
| Receipt Date: | 19-MAR-2006 |
| Filing Date: | |
| Time Stamp: | 16:49:00 |
| Application Type: | Utility |
| International Application Number: | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $775.0 |
| RAM confirmation Number | 138 |
| Deposit Account | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | | IRS001_as_filed.pdf | 70873 | yes | 23 |
| | **Multipart Description** | | | | |
| | **Doc Desc** | | **Start** | **End** | |
| | Specification | | 1 | 17 | |
| | Claims | | 18 | 22 | |
| | Abstract | | 23 | 23 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings | IRS001Drawing.pdf | 21251 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Oath or Declaration filed | IRS001DecandPOA.pdf | 95584 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (PTO-875) | fee-info.pdf | 8443 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 196151 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

PATENT
Atty. Docket No. IRS-001-US

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT: Maimon, Shimon

SERIAL NUMBER: 11/276,962 GROUPART UNIT:

FILING DATE: March 19, 2006 EXAMINER:

TITLE: REDUCED DARK CURRENT PHOTODETECTOR

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

REPLACEMENT DRAWINGS

Dear Sirs;

The attached 3 pages of drawings are replacement drawings to replace the 1 page drawing submitted earlier today in error.

Respectfully submitted,

Dated: March 19, 2006

/Simon Kahn/

Simon Kahn – Reg. No. 48249

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1009727 |
| **Application Number:** | 11276962 |
| **Confirmation Number:** | 4044 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor:** | Shimon MAIMON |
| **Customer Number:** | 55890 |
| **Filer:** | Simon Mark Kahn |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | IRS-001-US |
| **Receipt Date:** | 19-MAR-2006 |
| **Filing Date:** | |
| **Time Stamp:** | 17:21:16 |
| **Application Type:** | Utility |
| **International Application Number:** | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|
| 1 | Drawings | IRS_001_Drawing.pdf | 56163 | no | 3 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | New or Additional Drawings | IRS_001_drawingcorrection.pdf | 17404 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 73567 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
110
Contact Area
65
Metal Layer
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B

Fig. 4


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 03/01/2022 | 11264528 | 1407CP6-Maimon | 2181 |

23521 7590 02/09/2022

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

INVENTOR(s) (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Shimon Maimon, Rochester, NY;

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 01/26/2022
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| **ART UNIT** | **PAPER NUMBER** |
| 2884 | |
| **NOTIFICATION DATE** | **DELIVERY MODE** |
| 01/26/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

| ***Response to Rule 312 Communication*** | **Application No.**<br>15/679,487 | **Applicant(s)**<br>Maimon, Shimon | |
|---|---|---|---|
| | **Examiner**<br>MARK R GAWORECKI | **Art Unit**<br>2884 | **AIA (FITF) Status**<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

1. ☑ The amendment filed on 01 September 2021 under 37 CFR 1.312 has been considered, and has been:

a) ☐ entered.

b) ☑ entered as directed to matters of form not affecting the scope of the invention.

c) ☐ disapproved because the amendment was filed after the payment of the issue fee.

Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

d) ☐ disapproved. See explanation below.

e) ☐ entered in part. See explanation below.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

OK TO ENTER: /M.R.G/

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **15/679,487 ~ 2181** | Group: | **2884** |
| Filed on: | **Aug 17, 2017** | Examiner: | **David J. Makiya** |
| Correspondence Date | **Sept. 1, 2021** | Docket: | **1407CP6_MAIMON** |

## Amendment

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is filed to correct the specification to reflect the issuance of reissued application in the priority chain of the present application.

Applicant hereby requests that the Commissioner will charge fees required to maintain this application in good standing, throughout its pendency, to Deposit Account No. 501392, unless such fee was otherwise timely provided.

Amendment to the specification begins on page 2 of this paper.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :86685

Sale Accounting Date:01/04/2022

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 11/17/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I202214F42310627 | 1501 | UTILITY APPL ISSUE FEE | $500.00 | Salea |
| I202214F42310627 | 1501 | UTILITY APPL ISSUE FEE | $230.00 | Salea |
| I202214F42310627 | 1501 | UTILITY APPL ISSUE FEE | $185.00 | Salea |
| I202214F42310627 | 1501 | UTILITY APPL ISSUE FEE | $285.00 | Salea |

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :86685

Sale Accounting Date:12/20/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 11/17/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I2021BJ018294385 | 1501 | UTILITY APPL ISSUE FEE | $600.00 | Salea |

SM000000114

**United States Patent and Trademark Office**

*Office of the Chief Financial Officer*

Document Code:WFEE

User :86685

Sale Accounting Date:12/20/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 11/27/2018 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I2021BJ011594343 | 2501 | UTILITY APPL ISSUE FEE | $500.00 | Salea |

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :86685

Sale Accounting Date:12/20/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 11/17/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I2021BJ022414416 | 1501 | UTILITY APPL ISSUE FEE | $100.00 | Deposit Account |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 12/14/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 12/14/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| In re Application of | : | |
| Maimon, Shimon | : | |
| Application No. 15/679,487 | : | |
| Filed: August 17, 2017 | : | DECISION ON PETITION |
| For: REDUCED DARK CURRENT | : | |
| PHOTODETECTOR WITH CHARGE | : | |
| COMPENSATED BARRIER LAYER | : | |

This is a Notice regarding the request for acceptance of a fee deficiency submission under 37 CFR 1.28(c) filed November 01, 2021.

The Office no longer investigates or rejects original or reissue applications under 37 CFR 1.56. 1098 Off. Gaz. Pat. Office 502 (January 3, 1989). Therefore, nothing in this Notice is intended to imply that an investigation was done.

The fee deficiency submission under 37 CFR 1.28(c) is **ACCEPTED**. Accordingly, status as a small entity has been removed and any future fee(s) submitted must be paid at the undiscounted rate.

Inquiries related to this communication should be directed to Schene Gray Paralegal Specialist at (571) 272-2581.

/JoAnne L Burke/
JoAnne L. Burke
Lead Paralegal Specialist
Office of Petitions

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :C41722

Sale Accounting Date:12/06/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 11/01/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I2021B6D27513595 | 1461 | 1.28(C) SUBMISSIONS - APPLIC FILE FEE | $240.00 | Salea |

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :C41722

Sale Accounting Date:12/06/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 06/08/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I2021B6D23233527 | 1461 | 1.28(C) SUBMISSIONS - APPLIC FILE FEE | $4,720.00 | Salea |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23521 7590 11/17/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 11/17/2021

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $500.00 | $100 | 02/17/2022 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 11/17/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $500.00 | $100 | 02/17/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 250-338400 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________________

2 ____________________

3 ____________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑Issue Fee ❑Publication Fee (if required) ❑Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. ________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ____________________ Date ____________________

Typed or printed name ____________________ Registration No. ____________________

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 11/17/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| **ART UNIT** | **PAPER NUMBER** |
| 2884 | |

DATE MAILED: 11/17/2021

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 15/679,487 | Applicant(s) Maimon, Shimon | |
|---|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 | AIA (FITF) Status Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to communication filed 30 January 2020.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-7 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

**DETAILED ACTION**

***Notice of Pre-AIA or AIA Status***

1. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

***Continued Examination Under 37 CFR 1.114***

2. A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after allowance or after an Office action under *Ex Parte Quayle*, 25 USPQ 74, 453 O.G. 213 (Comm'r Pat. 1935). Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, prosecution in this application has been reopened pursuant to 37 CFR 1.114. Applicant's submission filed on 30 January 2020 has been entered.

3. A petition was filed on 13 October 2021 to accept an unintentionally delayed claim under 35 U.S.C. 120, 121, or 365 for the benefit of prior-filed applications. A corrected ADS was filed and the petition was granted (and a corresponding decision was mailed) on 9 November 2021.

***Election/Restrictions***

4. This application is in condition for allowance except for the presence of claims 8-16 directed to an invention non-elected without traverse. A requirement for restriction was set forth in an interview conducted with Examiner Taeho Jo on

8 August 2018. An interview summary was mailed on 30 August 2018.

Accordingly, claims 8-16 have been cancelled.

***Allowable Subject Matter***

5. Claims 1-7 are allowed.

6. The following is an examiner's statement of reasons for allowance:

With respect to claim 1, the previously cited prior art fails to disclose or reasonably suggest: a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers, as claimed.

Kim *et al.* (US 5,844,253 A, previously cited) discloses an ultra-high speed semiconductor device (abstract) comprising a substrate (10) and a conductive collector layer (20), on which a collector electrode is formed (21), and a collector barrier layer (31) which is formed on the conductive collector layer (20), and a conductive base layer, on which a base electrode is formed, and an emitter barrier layer formed on the conductive base layer for injecting hot electrons onto the conductive base layer (36). Further, the emitter barrier layer comprises various sizes of quantum-dot array combination structures for absorbing infrared photons (column 5, lines 27-45). Kim fails to disclose or reasonably suggest the claimed barrier layer, as recited above, having the claimed structure.

Claims 2-7 are allowable for reasons of dependency.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## *Conclusion*

7. Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARK R GAWORECKI whose telephone number is (571)272-8540. The examiner can normally be reached Monday-Friday 8 AM-6 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, DAVID MAKIYA can be reached on 571-272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884
8 November 2021

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/679,487 | Maimon, Shimon |
| | **Examiner** | **Art Unit** |
| | MARK R GAWORECKI | 2884 |

| CPC | | | | | | |
|---|---|---|---|---|---|---|
| **Symbol** | | | | | **Type** | **Version** |
| H01L | / | 31 | / | 1832 | F | 2013-01-01 |
| H01L | / | 31 | / | 101 | I | 2013-01-01 |
| H01L | / | 31 | / | 1844 | I | 2013-01-01 |
| B82Y | / | 20 | / | 00 | I | 2013-01-01 |
| H01L | / | 31 | / | 035236 | I | 2013-01-01 |
| H01L | / | 31 | / | 03046 | I | 2013-01-01 |
| H01L | / | 31 | / | 02966 | I | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| G01J | / | 5 | / | 20 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| Y02E | / | 10 | / | 544 | A | 2013-01-01 |
| H01L | / | 23 | / | 38 | A | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| G01J | / | 2005 | / | 0077 | A | 2013-01-01 |

| CPC Combination Sets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Symbol** | | | | | **Type** | **Set** | **Ranking** | **Version** |
| H01L | / | 2924 | / | 0002 | A | 1 | 1 | 2013-01-01 |
| H01L | / | 2924 | / | 00 | A | 1 | 2 | 2013-01-01 |

| NONE<br>(Assistant Examiner) (Date) | **Total Claims Allowed:**<br>7 | |
|---|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) 08 November 2021 (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20211108



SM000000131

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/679,487 | Maimon, Shimon |
| | Examiner | Art Unit |
| | MARK R GAWORECKI | 2884 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| H01L | / | 31 | / | 18 |
| H01L | / | 31 | / | 0296 |
| H01L | / | 31 | / | 10 |
| G01J | / | 5 | / | 06 |
| G01J | / | 5 | / | 20 |
| H01L | / | 27 | / | 146 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 250 | 338.4 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | | Total Claims Allowed:<br>7 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 08 November 2021<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office    Part of Paper No.: 20211108

| Issue Classification | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
| --- | --- | --- |
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | - | 10 | | | | | | | | | | | | |
| 2 | 2 | - | 11 | | | | | | | | | | | | |
| 3 | 3 | - | 12 | | | | | | | | | | | | |
| 4 | 4 | - | 13 | | | | | | | | | | | | |
| 5 | 5 | - | 14 | | | | | | | | | | | | |
| 6 | 6 | - | 15 | | | | | | | | | | | | |
| 7 | 7 | - | 16 | | | | | | | | | | | | |
| - | 8 | | | | | | | | | | | | | | |
| - | 9 | | | | | | | | | | | | | | |

| | | | |
| --- | --- | --- | --- |
| NONE<br>(Assistant Examiner) | (Date) | **Total Claims Allowed:**<br>7 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 08 November 2021<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20211108

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/679,487 | Maimon, Shimon |
| | **Examiner** | **Art Unit** |
| | MARK R GAWORECKI | 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H01L27/14652 OR H01L31/109 OR H01L27/14647 OR H01L27/14692 OR H01L27/14649 OR H01L27/1443 OR H01L27/14643 OR H01L31/11 OR H01L31/09 OR H01L27/146 OR H01L31/03042 OR H01L31/035263 OR H01L31/102 OR H01L31/105 OR H01L31/108 OR H01L31/111 OR H01L27/14696 OR H01L31/1832 OR H01L27/14665 OR H01L27/307 OR H01L29/157 OR Y02E10/544 OR B82Y20/00 OR B82Y10/00 OR G01J2005/0077 OR G01J2005/202 OR G01J5/02 OR G01J5/024 OR G01J5/22 OR G01J5/28 | 08/08/2018 | TJ |
| B82Y 20/00 | 11/08/2021 | MG |
| G01J 5/061, 20, 2005/0077 | 11/08/2021 | MG |
| H01L 23/38, 27/14669, 31/02966, 035236, 101, 1832, 1844, 2924/0002 | 11/08/2021 | MG |
| Y02E 10/544 | 11/08/2021 | MG |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 250 | 338.4 | 08/08/2018 | TJ |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 |
|---|---|

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/679,487 | Maimon, Shimon |
| | Examiner | Art Unit |
| | MARK R GAWORECKI | 2884 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Search in EAST | 08/08/2018 | TJ |
| Search inventor in EAST | 08/08/2018 | TJ |
| Search NPLs in web sites: Google, ip(www.ip.com) and IEEEs | 08/08/2018 | TJ |
| Search CPCs in EAST | 08/08/2018 | TJ |
| Search in EAST | 12/02/2019 | TJ |
| Search in EAST | 05/07/2020 | TJ |
| B82Y 20/00 | 11/08/2021 | MG |
| G01J 5/061, 20, 2005/0077 | 11/08/2021 | MG |
| H01L 23/38, 27/14669, 31/02966, 035236, 101, 1832, 1844, 2924/ 0002 | 11/08/2021 | MG |
| Y02E 10/544 | 11/08/2021 | MG |
| Classification text narrowed: dop$3 near3 semiconductor, charge near3 carrier near3 compensat$3, conduction with band with energ$3 , valence with band with energ$3) | 11/08/2021 | MG |
| Inventor/assignee search (EAST/PE2E) | 11/08/2021 | MG |
| EAST search history attached | 11/08/2021 | MG |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 |

| *Search Notes* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | Interference search performed in EAST and PGPUB text search -08/08/2018, see interference search print out. | 08/08/2018 | TJ |
| | Interference search performed in EAST and PGPUB text search -12/02/2019 | 12/02/2019 | TJ |
| B82Y | 20/00 | 11/08/2021 | MG |
| G01J | 5/061, 20, 2005/0077 | 11/08/2021 | MG |
| H01L | 23/38, 27/14669, 31/02966, 035236, 101, 1832, 1844, 2924/0002 | 11/08/2021 | MG |
| Y02E | 10/544 | 11/08/2021 | MG |
| PGPUB-Text | See search history attachment | 11/08/2021 | MG |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 |

# Bibliographic Data

Application No: 15/679,487

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☑ No ☐ Met After Allowance

Verified and Acknowledged: /MARK R GAWORECKI/

Examiner's Signature | Initials

Title: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/17/2017 | 250 | 2884 | 1407CP6-Maimon |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Shimon Maimon, Rochester, NY, UNITED STATES

**CONTINUING DATA**

This application is a CIP of 14822433 08/10/2015 PAT 9766130

14822433 is a CIP of 13964883 08/12/2013 PAT 9117726

13964883 is a CIP of 13167992 06/24/2011ABN

13167992 is a CON of 12656739 02/16/2010 PAT 8003434

12656739 is a DIV of 11276962 03/19/2006 PAT 7687871

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

08/21/2017

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625
UNITED STATES

**FILING FEE RECEIVED**

$730

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 27,909 | (photodetector photo$1detector detect$3 sens$5) same (dark adj current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L2 | 2 | "7687871".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L3 | 13 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L4 | 15 | "8003434".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L5 | 35 | (shimon with maimon).in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L6 | 61,679 | b82y20/00.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L7 | 3,446 | g01j5/061.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L8 | 6,520 | g01j5/20.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L9 | 8,026 | g01j2005/0077.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L10 | 2,791 | h01l23/38.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L11 | 1,252 | h01l27/14669.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | 2021/11/08 09:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB | | | |
| L12 | 1,506 | h01l31/02966.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L13 | 4,503 | h01l31/035236.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L14 | 3,414 | h01l31/101.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L15 | 1,496 | h01l31/1832.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L16 | 2,943 | h01l31/1844.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L17 | 363,381 | h01l2924/0002.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L18 | 13,405 | y02e10/544.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L19 | 460,416 | L6 L7 L8 L9 L10 L11 L12 L13 L14 L15 L16 L17 L18 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L20 | 296,208 | (photodetector photo$1detector) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L21 | 194,817 | (dop$3 near3 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L22 | 2 | "7687871".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L23 | 13 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L24 | 15 | "8003434".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L25 | 35 | (shimon with maimon).in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L26 | 61,679 | b82y20/00.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L27 | 3,446 | g01j5/061.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L28 | 6,520 | g01j5/20.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L29 | 8,026 | g01j2005/0077.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L30 | 2,791 | h01l23/38.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L31 | 1,252 | h01l27/14669.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L32 | 1,506 | h01l31/02966.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L33 | 4,503 | h01l31/035236.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L34 | 3,414 | h01l31/101.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L35 | 1,496 | h01l31/1832.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L36 | 2,943 | h01l31/1844.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L37 | 363,381 | h01l2924/0002.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L38 | 13,405 | y02e10/544.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L39 | 460,416 | L26 L27 L28 L29 L30 L31 L32 L33 L34 L35 L36 L37 L38 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L40 | 20,472 | (valence with band with energ$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L41 | 34,109 | (conduct$3 with band with energ$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 09:19 |
| L42 | 35,607 | (conduct$3 with band with energ$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L43 | 21,418 | (valence with band with energ$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L44 | 18,627 | L42 and L43 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L45 | 535,238 | (barrier near3 layer) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L46 | 17 | barrier with (charge near3 compensat$3 near3 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L47 | 4,211 | barrier with (energy with band with gap) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L48 | 21,428 | (minor with carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L49 | 30,449 | (major with carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L50 | 3,489 | L48 and L49 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 09:19 |
| L80 | 15,566 | 19 and (dop$3 near3 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 10:49 |
| L81 | 411 | (charge near3 carrier near3 semiconductor).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 10:49 |
| L82 | 0 | 19 with (charge near3 carrier near3 compensat$3).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 10:50 |
| L83 | 0 | 19 with (conduction with band with energ$3).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 10:51 |
| L84 | 0 | 19 with (valence with band with energ$3).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 10:51 |
| L85 | 60,504 | (major$3 with carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 10:59 |
| L86 | 52,332 | (minor$3 with carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 10:59 |
| L87 | 12,101 | 85 and 86 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 10:59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L88 | 1,724 | 45 and 87 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2021/11/08 10:59 |
| L89 | 842 | 88 and (dop$3 near3 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 10:59 |
| L90 | 2,171 | 1 and (dop$3 near3 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 10:59 |
| L91 | 193 | 1 and 89 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2021/11/08 11:00 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L51 | 19,454 | b82y20/00.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L52 | 809 | g01j5/061.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L53 | 1,794 | g01j5/20.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L54 | 2,424 | g01j2005/0077.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L55 | 907 | h01l23/38.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L56 | 368 | h01l27/14669.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L57 | 400 | h01l31/02966.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L58 | 1,528 | h01l31/035236.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L59 | 1,093 | h01l31/101.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L60 | 390 | h01l31/1832.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L61 | 986 | h01l31/1844.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |
| L62 | 109,075 | h01l2924/0002.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L63 | 3,932 | y02e10/544.cpc. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:28 |
| L64 | 34,681 | (photodetector).clm. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:32 |
| L65 | 36,006 | (dop$3 near3 semiconductor).clm. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:32 |
| L66 | 598 | (valence near2 band near2 energy).clm. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:32 |
| L67 | 25 | (conducting near2 band near2 energy).clm. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:32 |
| L68 | 18 | (charge near3 carrier near3 compensat$3 near3 semiconductor).clm. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:32 |
| L69 | 91,036 | (barrier with layer).clm. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:33 |
| L70 | 16 | 66 and 67 | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:33 |
| L72 | 13 | 65 and 70 | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:33 |
| L73 | 2 | 68 and 69 | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:33 |
| L74 | 34 | 64 and 66 | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:34 |
| L75 | 7 | 64 and 67 | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:34 |
| L76 | 2 | 64 and 68 | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:34 |
| L77 | 138,527 | 51 52 53 54 55 56 57 58 59 60 61 62 63 | US-PGPUB; USPAT | OR | OFF | 2021/11/08 09:34 |
| L79 | 1 | "5844253".pn. | US-PGPUB; USPAT | OR | OFF | 2021/11/08 10:30 |

11/8/2021 11:00:12 AM
C:\Users\mgaworecki\Documents\EAST\Workspaces\15-679487.wsp

SALTAMAR
INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~Confirm# | **15/679,487~2181** | Group: | |
| Filed on: | **Aug 17, 2017** | Examiner: | |
| Correspondence Date | **November 17, 2021** | Docket: | **1407CP6_MAIMON** |

## Transmittal of Issue Fee – Discrepancy Resolution

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The Applicant submits herewith payment of $600 as the issue fee the above identified application.

On June 7, 2021 the Applicant asserted large entity status for the present application. On October 26 the petition to accept fee discrepancy was not accepted and the applicant requested reconsideration on November 1, 2021. AZs such, the Applicant reasserts the application status as non-discounted large-entity.

Therefore **the proper issue fee is $1200.**

**Details of payment and resolution of the discrepancy follows:**

Payment status:

| The sum of | Paid on | Balance |
|---|---|---|
| $500 | November 27, 2018 | $700 |
| $600 | November 17, 2021 | $100 |
| | Issue Fee Owed | $1,200 |
| | Total Paid | $1,100 |
| | Discrepancy | $100 |

Discrepancy resolution request:

The commissioner is requested and authorized to charge the remaining $100.00 for the balance of non-discounted large entity issue fee, and any additional fees due or required to keep the application pending and in good standing in the patent office, to my Deposit Account No. 501392.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger

**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com

**Agent for Applicant**

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 11/17/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $500.00 | $100 | 02/17/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 250-338400 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Shalom Wertsberger
2 Saltamar Innovations
3 __________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies __________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 501392

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☒ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Shalom Wertsberger/ Date 11/17/2021

Typed or printed name Shalom Wertsberger Registration No. 43,359

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15679487 |
| **Filing Date:** | 17-Aug-2017 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 600 | 600 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **600** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 44302753 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 17-NOV-2021 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 11:32:43 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $600 |
| RAM confirmation Number | E2021AGB33330707 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 1407CP6_Xmittal_letter.pdf | 161964<br>6eae08664af9605a62f234597e37339003789c08 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Issue Fee Payment (PTO-85B) | 1407CP_IssueFeePayment.pdf | 1231465<br>8160e161f949a2dae3a4d2ae0b9051204b8ceef0 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 38081<br>86f08848e8626590e25bba6a74fb0190774a5a48 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1431510 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon |

**CONFIRMATION NO. 2181**

**PUB REQUEST ACCEPTANCE LETTER**

*OC000000129750734*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 11/12/2021

## NOTICE OF ACCEPTANCE OF PUBLICATION REQUEST

The request for voluntary publication, amended publication, early publication, redacted publication, republication, corrected publication or revised publication has been received for this application. The request, including payment of any necessary fee(s), is in compliance with 37 CFR 1.215, 1.217, 1.219 or 1.221.

The projected publication date is 02/17/2022.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/npfarmer/

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 11/09/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/09/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| In re Application of | : | |
| Maimon, Shimon | : | |
| Application No. 15/679,487 | : | |
| Filed: 17 Aug 2017 | : | DECISION ON PETITION |
| For: REDUCED DARK CURRENT | : | |
| PHOTODETECTOR WITH CHARGE | : | |
| COMPENSATED BARRIER LAYER | : | |

This is a decision on the renewed petition under 37 CFR 1.78(e) filed October 13, 2021, requesting acceptance of unintentionally delayed claims under 35 U.S.C. 120 for the benefit of prior-filed nonprovisional applications.

The petition is **GRANTED.**

If the reference required by 35 U.S.C. 120 and 37 CFR 1.78(d)(2) is presented after the time period provided by 37 CFR 1.78(d)(3), the claim under 35 U.S.C. 120 for the benefit of a prior-filed nonprovisional application may be accepted if the reference required by 37 CFR 1.78(d)(2) was unintentionally delayed. A petition to accept an unintentionally delayed claim under 35 U.S.C. 120 for the benefit of a prior-filed application must be accompanied by:

(1) The reference required by 35 U.S.C. 120 and 37 CFR 1.78(d)(2) to the prior-filed application, unless previously submitted. The reference must be included in an application data sheet (§ 1.76(b)(5));
(2) The petition fee as set forth in § 1.17(m); and
(3) A statement that the entire delay between the date the benefit claim was due under 37 CFR 1.78(d)(3) and the date the benefit claim was filed was unintentional. The Director may require additional information where there is a question whether the delay was unintentional.

As the present petition satisfies all the above requirements, the claims under 35 U.S.C. 120 for the benefit of the prior-filed nonprovisional applications are accepted as being unintentionally delayed.

Applicant is advised that this decision grants the petition to accept the unintentionally delayed domestic benefit claim to the prior-filed application because the petition requirements of 37 CFR

1.78(e) and the formal requirements for claiming domestic benefit (*see* MPEP 211.01 et. seq.) have been met. This acceptance should not be construed as meaning that this application is entitled to the benefit of the prior-filed application. Whether a claimed invention in a nonprovisional application is entitled to the benefit of the filing date of a prior-filed application on the basis of the disclosure thereof is determined during examination if it becomes necessary to do so (e.g., intervening reference and interference proceeding). *See* MPEP 211.05.

A corrected Filing Receipt, which includes the benefit claims to the prior-filed applications, accompanies this decision on petition.

Questions concerning this matter may be directed to the undersigned at (571) 272-3211.

/CHRISTINA TARTERA DONNELL/
Attorney Advisor, OPET

Enclosure: Corrected Filing Receipt

Conferee: Pinchus M. Laufer. Senior Patent Attorney, Office of Patent Legal Administration

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | 2884 | 730 | 1407CP6-Maimon | 16 | 3 |

**CONFIRMATION NO. 2181**

**CORRECTED FILING RECEIPT**

OC000000129638431

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 11/08/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a CIP of 14/822,433 08/10/2015 PAT 9766130
which is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 08/21/2017
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/679,487**
**Projected Publication Date:** Not Applicable
**Non-Publication Request:** No
**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**Preliminary Class**

250

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** Yes

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | 2884 | 730 | 1407CP6-Maimon | 16 | 3 |

**CONFIRMATION NO. 2181**
**CORRECTED FILING RECEIPT**

*OC000000129638451*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 11/08/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a CIP of 14/822,433 08/10/2015 PAT 9766130
which is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 08/21/2017
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/679,487**
**Projected Publication Date:** Not Applicable
**Non-Publication Request:** No
**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**Preliminary Class**

250

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** Yes

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

**United States Patent and Trademark Office**

*Office of the Chief Financial Officer*

Document Code:WFEE

User :67142

Sale Accounting Date:11/04/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 11/01/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I2021A4F56023993 | 1599 | MAINTENANCE/PETITION INTERNAL FEE CODE | $240.00 | Credit Card |

RECEIVED
CENTRAL FAX CENTER
NOV 01 2021

461

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

SALTAMAR INNOVATIONS

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. --Confirm# | **15/679,487~2181** | Art Unit | **2884** |
| Filed on: | **Aug. 17, 2017** | Examiner | **David J. Makiya** |
| Correspondence Date | **November 1, 2021** | Docket: | **1407CP6-Maimon** |

## Response to decision on petition under 37 CFR 1.28(c) and request for reconsideration

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Responsive to the decision mailed to Applicant on October 26, 2021, regarding the petition for fee deficiency submission under C.F.R 1.28 the Applicant submits herewith a corrected itemization of the fees. Reconsideration of the petition is respectfully requested.

Itemization of deficiency payment:

| Fee Type | Code | Paid on | Small entity fee paid | Large entity fee due | Deficiency owed | Remarks |
|---|---|---|---|---|---|---|
| Utility filing fee | 4011 | 8/18/2017 | $70 | $320 | $250 | |
| Utility Search Fee | 2111 | 8/18/2017 | $300 | $700 | $400 | |
| Utility Examination Fee | 2311 | 8/18/2017 | $360 | $800 | $440 | |
| petition under 1.78 | 2454 | 11/17/2018 | $1,000 | $2,100 | $1,100 | |
| Issue fee | 2501 | 11/27/2018 | $500 | $1,200 | $700 | |
| Petition-withdraw from issue | 2464 | 5/29/2019 | $70 | $140 | $70 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RCE | 2801 | 5/29/2019 | $650 | $1,360 | $710 | 1st request |
| RCE | 2820 | 1/30/2020 | 950 | $2,000 | $1,050 | 2nd request |
| Petition to suspend action | 2463 | 4/29/2020 | $100 | $220 | $120 | |
| Petition to suspend action | 2463 | 10/1/2020 | $100 | $220 | $120 | |
| | | | | **Total deficiency:** | **$4,960** | |
| | | | | **Amount paid** | **$4720** | |
| | | | | **Total owed** | **$240** | |

☒ DEPOSIT ACCOUNT 501392 AUTHORIZATION - All necessary fees relating to the attached submittal, if any, are intended to be included. However, **should the Office determined that an error occurred and the fee(s) are insufficient, the Office is hereby authorized to charge any deficiency in the fees relating to the submittal to deposit account 501392**, registered to Shalom Wertsberger, the undersigned.

If the Office finds any deficiency in this submission the undersigned respectfully requests that the relevant Office person would call the undersigned, Shalom Wertsberger at 585-200-3000 so that any such deficiency may be expeditiously resolved.

Respectfully Submitted,

*/Shalom Wertsberger/*

Agent for applicant, Reg. #43,359

Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
email:shalom@saltamar.com

BEST AVAILABLE COPY

11/1/2021 14:16:50 EDT To: 15712738300 Page: 1/5 From: Saltamar Innovations

RECEIVED
CENTRAL FAX CENTER
NOV 01 2021

Central Fax: 571-273-8300

**Mail Stop PETITION**
**Att: Ms. Joanne L. Burke, Lead paralegal Specialist, OPET**
**Ms. Schene Gray, Paralegal Specialist (571) 272-2581**

Dear Madam,
Enclosed is a response to decision mailed Oct 22, 2021 on a petition for deficiency payment under 37 CFR 1.28(c) in US application **15/679,487.**

Further enclosed is a credit card charge authorization for $240.

If there are any questions or other issues raised by this fax transmission, kindly contact Shalom Wertsberger at 207-776-1400.

Respectfully
/Shalom Wertsberger/
Reg. No. 43,359, agent of record

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 10/26/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| MAKIYA, DAVID J | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/26/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| In re Application of | : | |
| Maimon, Shimon | : | |
| Application No. 15/679,487 | : | |
| Filed: August 17, 2017 | : | DECISION ON PETITION |
| For: REDUCED DARK CURRENT | : | |
| PHOTODETECTOR WITH CHARGE | : | |
| COMPENSATED BARRIER LAYER | : | |

This is a Notice regarding the request for acceptance of a fee deficiency submission under 37 CFR 1.28(c) filed June 08, 2021.

The Office no longer investigates or rejects original or reissue applications under 37 CFR 1.56. 1098 Off. Gaz. Pat. Office 502 (January 3, 1989). Therefore, nothing in this Notice is intended to imply that an investigation was done.

The fee deficiency submission under 37 CFR 1.28(c) is **NOT ACCEPTED**.

Applicant should note that 37 CFR 1.28(c) states in part: If status as a small entity is established in good faith, and fees as a small entity are paid in good faith, in any application or patent, and it is later discovered that such status as a small entity was established in error, or that through error the Office was not notified of a loss of entitlement to small entity status as required by § 1.27(g)(2), the error will be excused upon compliance with the separate submission and itemization. *See* 37 CFR 1.28(c)(2)(ii).

The itemization must include the following information:

(A) Each particular type of fee that was erroneously paid as a small entity, (e.g., basic statutory filing fee, two-month extension of time fee) along with the current fee amount for a non-small entity;

(B) The small entity fee actually paid, and when. This will permit the Office to differentiate, for example, between two one-month extension of time fees erroneously paid as a small entity but on different dates;

(C) The deficiency owed amount (for each fee erroneously paid); and

(D) The total deficiency payment owed, which is the sum or total of the individual deficiency owed amounts set forth in paragraph (c)(2)(ii) of this section.

Requirements (A), (B) and (C) appears to have been met. However, the instant request does not fully comply with the requirements in (D) as listed above. In this regard, petitioner has failed to add each deficiency listed on the request, making the total amount incorrect as required in (D). For this reason, the present request cannot be accepted at this time.

Petitioner should submit the itemization within **ONE (1) MONTH** from the mail date of this Notice. This time limit is non-extendable. Failure to timely respond may result in the return of the fee deficiency paper, at the option of the Office.

Further correspondence with respect to this matter should be addressed as follows:

By mail: Mail Stop PETITION
Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

By FAX: (571) 273-8300
ATTN: Office of Petitions

By hand: U. S. Patent and Trademark Office
Customer Service Window, Mail Stop Petitions
Randolph Building
401 Dulany Street
Alexandria, VA 22314

By internet: EFS-Web[1]

Telephone inquiries regarding this decision should be directed to Schene Gray Paralegal Specialist at (571) 272-2581.

/JOANNE L BURKE/
Lead Paralegal Specialist, OPET

---

[1] http://portal.uspto.gov (for help using EFS-Web call the Patent Electronic Business Center at (866) 217-9197).

SALTAMAR
INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| In re application of: | **Shimon Maimon** | | |
|---|---|---|---|
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No.~Confim#: | **15/679,487~2181** | Group | **2884** |
| Filed on: | **Aug. 17,2017** | Examiner | **David J. Makiya** |
| Correspondence Date | **October 12, 2021** | Docket: | **1407CP6-MAIMON** |

## Petition to accept unintentionally delayed priority claim under 37 CFR 1.78-Resubmission, request for reconsideration

Commissioner for Patents

Mail Stop Petitions
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby resubmits a petition under 37 CFR 1.78 to accept an unintentionally delayed claim under 35 U.S.C. 120, 121, or 365 for the benefit of prior-filed applications. The third request for reconsideration was dismissed on October 12, 2021, on the grounds of incorrect ADS priority claim.

The Applicant Deeply Thank the Attorney Advisor for noticing the inadvertent transposition of two digits in the ADS priority claim, which erroneously represented the priority application 13/964,883 as [13/694,883].

The Applicant submits herewith a corrected ADS which the Applicant believes properly relates to the most recent filing receipt. The Applicant respectfully requests that the petition would be reconsidered and granted.

Upon acceptance of this petition a filing receipt reflecting the entry of the proper priority claim is respectfully requested.

Should the Examiner find any discrepancies, or have any questions, the Examiner is respectfully requested to call the undersigned representative of the Applicant at 585-200-3000 or at 207-776-1400, in order to resolve any remaining issues.

Respectfully submitted,

/Shalom Wertsberger/

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ◯ Non US Residency ◯ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 136 Willshire Road | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | |
|---|---|---|
| Customer Number | 23521 | |
| Email Address | shalom@saltamar.com | [Add Email] [Remove Email] |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
| Attorney Docket Number | 1407CP6-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | ~~Pending~~ Patented | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 issued 9/19/2017 as 9,766,130 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | Remove |
|---|---|---|

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | |
|---|---|---|
| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
| | Application Number | 15/679,487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13964883 | Continuation in part of | ~~13622981~~ 13167992 | ~~2012-09-19~~ 2011-06-24 |
| Prior Application Status | ~~Abandoned~~ | | [Remove] |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| ~~13622981~~ | ~~Continuation of~~ | ~~13033211~~ | ~~2012-02-23~~ |
| Prior Application Status | Patented | | [Remove] |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~13033211~~ 13167992 | Continuation of | 12/656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | [Remove] |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12/656739 | Division of | 11/276962 | 2006-03-19 | 7687871 | 2010-03-30 |
| Prior Application Status | | | | | [Remove] |
| Application Number | Continuity Type | Prior Application Number | Filing Date | Patent Number | Issue Date |
| | | | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

[Remove]

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee ○ Legal Representative under 35 U.S.C. 117 ○ Joint Inventor

○ Person to whom the inventor is obligated to assign. ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2021-10-12 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 44014141 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 13-OCT-2021 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 00:17:29 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Petition for review by the Office of Petitions | 1-1407CP6_Priority_Repair_Petition_4.pdf | 124862<br>e87fa1524eb236f1e1cff9a4edd25c9e1d9442f4 | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 2 | Application Data Sheet | 2-1407CP6-AnnotatedADS_4.pdf | 1319452<br>703115869802baa16b13762c1464e0d33f6cf7d3 | no | 7 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| | |
|---|---|
| **Total Files Size (in bytes):** | 1444314 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 10/12/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| MAKIYA, DAVID J | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/12/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of :
Maimon, Shimon :
Application No. 15/679,487 :
Filed: 17 Aug 2017 : DECISION ON PETITION
For: REDUCED DARK CURRENT :
PHOTODETECTOR WITH CHARGE :
COMPENSATED BARRIER LAYER :

This decision is in response to the third request for reconsideration of the petition to accept unintentionally delayed benefit claims under 37 CFR 1.78(c) and 1.78(e) filed September 1, 2021.

The petition is **DISMISSED**.

On November 17, 2018, applicant filed a petition under 37 CFR 1.78(c) and 1.78(e) to accept the unintentionally delayed claims under 35 U.S.C. 119(e) and 120 for the benefit of prior-filed applications. On May 14, 2019, the Office issued a decision dismissing the petition. On May 29, 2019, applicant filed a petition seeking reconsideration of the dismissal of the petition under 37 CFR 1.78 filed November 17, 2018. On June 19, 2019, the Office issued a decision dismissing the petition. On January 30, 2020, applicant filed a second petition seeking reconsideration of the dismissal of the petition under 37 CFR 1.78 filed May 29, 2019, accompanied a request for continued examination (RCE), a $950 RCE fee, and an authorization to charge necessary fees. On April 6, 3030, the Office issued a decision dismissing the petition. On April 29, 2020, applicant filed a petition for suspension of action for six months, which was granted on May 12, 2020. On October 1, 2020, applicant filed a petition for suspension of action for six months, which was granted on March 26, 2021. On September 1, 2021, applicant filed the present third request for reconsideration of the dismissal of the petition under 37 CFR 1.78 filed January 30, 2020, accompanied by an amendment to the specification..

It appears applicant made a typographical error in identifying an intermediate application in the corrected ADS filed on May 29, 2019, in the present application. In particular, in the second and third lines of the corrected ADS filed on May 29, 2019, applicant indicates that Application No. 14/822,433 is a continuation in part of Application No. 13/**694**,883, and that Application No. 13/**694**,883 is a continuation in part of Application No.13/167,992. The Office notes there is no common inventor between applications 14/822,433 and 13/**694**,883 nor between applications 13/**694**,883 and 13/167,992. Therefore, it is believed that applicant may have transposed the digits in the intermediate application number by incorrectly identifying the application as

13/**694**,883 instead of 13/**964**,883 in the corrected ADS submitted on May 29, 2019. Accordingly, the benefit claims, as presented in the corrected ADS of May 29, 2019, do not meet the requirements set forth in 37 CFR 1.78 to be considered proper references.

To claim benefit of the prior-filed applications, applicant must submit a renewed petition under 37 CFR 1.78(c) and 1.78(e) in this application, accompanied by a marked up, corrected ADS identifying the desired benefit claims with the correct intermediate application number. The corrected ADS should include proper markings (underlining and/or strike-through) relative to the most recent filing receipt in accordance with MPEP 601.05(a)(II).

Further correspondence with respect to this matter should be addressed as follows:

By mail: Mail Stop PETITIONS
Commissioner for Patents
Post Office Box 1450
Alexandria, VA 22313-1450

By hand: Customer Service Window
Mail Stop Petitions
Randolph Building
401 Dulany Street
Alexandria, VA 22314

By fax: (571) 273-8300
Attention: Office of Petitions

By Internet: EFS-Web

Questions concerning this matter may be directed to the undersigned at (571) 272-3211.

/CHRISTINA TARTERA DONNELL/
Attorney Advisor, OPET

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| In re application of: | **Shimon Maimon** | | |
|---|---|---|---|
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No.~Confim#: | **15/679,487~2181** | Group | **2884** |
| Filed on: | **Aug. 17,2017** | Examiner | **David J. Makiya** |
| Correspondence Date | **September 1, 2021** | Docket: | **1407CP6-MAIMON** |

# Petition to accept unintentionally delayed priority claim under 37 CFR 1.78-Resubmission, request for reconsideration

Commissioner for Patents

Mail Stop Petitions
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby resubmits a petition under 37 CFR 1.78 to accept an unintentionally delayed claim under 35 U.S.C. 120, 121, or 365 for the benefit of prior-filed applications. The original petition was submitted on November 17, 2018. The Applicant respectfully requests that the petition would be reconsidered since to the best understanding of the undersigned, all the conditions for granting the petition have been met.

Presently the present application has a defective priority claim due to an incorrect priority chain claiming in an Application Data Sheet filed on August 22, 2013 in US Application 13/964,883 filed Aug. 12, 2013, now US Patent 9,117,726 issued August 25, 2015 **(presently re-issued as RE48,642 on July 13, 2021)**. Similarly incorrect priority chain was carried out in US application No. 14/822,433 filed August 10, 2015, now US Patent 9,766,130 issued Sep. 19, 2017 **(presently re-issued as RE 48,693, issued August 17, 2021)**, and again, a similar incorrect priority claim occurred in the present application. The Applicant respectfully submits that the above identified re-issued patents correct the priority chain.

The correct priority claim of the present application should reflect that:

- The present application is a Continuation in Parts of US Application No. 14/822,433 which was filed on August 10, 2015 and issued on September 19, 2017 as US Patent No. 9,766,130 (Priority corrected by re-issue RE48,693);
- which is in turn a Continuation in Parts of US Application No. 13/964,883 which was filed on August 12, 2013 and issued on August 25, 2015 as US Patent No. 9,117,726 (Priority corrected by re-issue RE48,642);
- which is in turn continuation in parts of US Application No. 13/167,992, now abandoned;
- which is in turn a continuation of US Application 12/656,739 which was filed on February 16, 2010 and issued on August 23, 2011 as US 8,003,434;
- which is in turn a division of US Application No. 11/276,962 which was filed on March 19, 2006 and issued on March 30, 2011 as US Patent 7,687,871.

The undersigned believe that the above priority chain is reflected in the corrected Application Data Sheet (ADS) filed on May 29, 2019, satisfying the requisite reference to the prior-filed applications as required under 35 U.S.C. 120 and 37 C.F.R. 1.87. In a discussions conducted with Attorney Pinchus Laufer on May 3, 2021, and with Attorney Mark Reinhart on September 1, 2021, it was confirmed to the best of the undersigned apprehension that the re-issued applications need not be included in the ADS. If however the Office finds any discrepancy with the filed ADS, the respective Office personnel is kindly requested to contact the undersigned for initiating a prompt correction.

A portion of the petition fee set forth in 37 C.F.R 1.78 was paid on 2018-11-17 as small entity, and the difference as large entity was paid on June 8, 2021.

The entire delay between the date the claim for priority was due under 37 CFR 1.78 and the date were the first proper priority claim and petition were filed was unintentional.

Upon acceptance of this petition a filing receipt reflecting the entry of the proper priority claim is respectfully requested.

Should the Examiner find any discrepancies, or have any questions, the Examiner is respectfully requested to call the undersigned representative of the Applicant at 585-200-3000 or at 207-776-1400, in order to resolve any remaining issues.

Respectfully submitted,

/Shalom Wertsberger/

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43665384 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 01-SEP-2021 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 19:13:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1407CP6_Amendment-After_ReIssue.pdf | 167401<br>4cd8990aa11e221214b51305ed4eb3c94c49b326 | yes | 2 |

SM000000189

| | | | | | | |
|---|---|---|---|---|---|---|
| | Multipart Description/PDF files in .zip description | | | | | |
| | **Document Description** | | **Start** | | **End** | |
| | Amendment after Notice of Allowance (Rule 312) | | 1 | | 1 | |
| | Specification | | 2 | | 2 | |
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| 2 | Petition for review by the Office of Petitions | 1407CP6_Priority_Repair_Petition3.pdf | 148763<br>13332ceadca22c6f00f7ed984f8d8c77cbf1d7f2 | | no | 3 |
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| | | **Total Files Size (in bytes):** | 316164 | | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **15/679,487 ~ 2181** | Group: | **2884** |
| Filed on: | **Aug 17, 2017** | Examiner: | **David J. Makiya** |
| Correspondence Date | **Sept. 1, 2021** | Docket: | **1407CP6_MAIMON** |

## Amendment

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is filed to correct the specification to reflect the issuance of reissued application in the priority chain of the present application.

Applicant hereby requests that the Commissioner will charge fees required to maintain this application in good standing, throughout its pendency, to Deposit Account No. 501392, unless such fee was otherwise timely provided.

Amendment to the specification begins on page 2 of this paper.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

## In the Specifications

Please amend the specification in accordance with the appropriate paragraph number, to read as follows:

[0001] The present application is a Continuation in Parts of US Application No. 14/822,433 filed on August 10, 2015 and issued on September 19, 2017 as US Patent No. 9,766,130(presently re-issued as RE 48,693, issued August 17, 2021); which is in turn a Continuation in Parts of US Application No. 13/964,883 which was filed on August 12, 2013 and issued on August 25, 2015 as US Patent No. 9,117,726 (presently re-issued as RE48,642 on July 13, 2021); which is in turn continuation in parts of US Application No. 13/167,992, now abandoned; which is in turn a continuation of US Application 12/656,739 which was filed on February 16, 2010 and issued on August 23, 2011 as US 8,003,434; which is in turn a division of US Application No. 11/276,962 which was filed on March 19, 2006 and issued on March 30, 2011 as US Patent 7,687,871.

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :67142

Sale Accounting Date:06/10/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 15679487 | 06/08/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I202160F52514420 | 1599 | MAINTENANCE/PETITION INTERNAL FEE CODE | $4,720.00 | Credit Card |

RECEIVED
CENTRAL FAX CENTER
JUN 08 2021

175

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~Confirm# | **15/679,487~2181** | Art Unit | **2884** |
| Filed on: | **Aug. 17, 2017** | Examiner | **David J. Makiya** |
| Correspondence Date | **June 7, 2021** | Docket: | **1407CP6-Maimon** |

2021 JUN 10 PM 12: 05

USPTO
RECEIPTS ACCOUNTING
DIVISION

# SUBMISSION OF DEFICIENCY PAYMENT 37 CFR 1.28(c)

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The Patentee respectfully requests that error in assertion of small entity status be excused pursuant to 37 CFR 1.28(c)(2). Applicant wishes to advise the Office that small entity status, as required by § 1.27(g)(2), was asserted in error for the above cited patent, as relating to the issue fee. The below noted fees for small entity were paid in good faith and without deceptive intent at the time of filing, however, it was recently discovered that small entity status is lost due to licensing.

The undersigned is the Patentee.

Itemization of deficiency payment:

| Fee Type | Code | Paid on | Small entity fee paid | Large entity fee due | Deficiency owed | Remarks |
|---|---|---|---|---|---|---|
| Utility filing fee | 4011 | 8/18/2017 | $70 | $320 | $250 | |
| Utility Search Fee | 2111 | 8/18/2017 | $300 | $700 | $400 | |
| Utility Examination Fee | 2311 | 8/18/2017 | $360 | $800 | $440 | |
| petition under 1.78 | 2454 | 11/17/2018 | $1,000 | $2,100 | $1,100 | |
| Issue fee | 2501 | 11/27/2018 | $500 | $1,200 | $700 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Petition-withdraw from issue | 2464 | 5/29/2019 | $70 | $140 | $70 | |
| RCE | 2801 | 5/29/2019 | $650 | $1,360 | $710 | 1st request |
| RCE | 2820 | 1/30/2020 | 950 | $2,000 | $1,050 | 2nd request |
| Petition to suspend action | 2463 | 4/29/2020 | $100 | $220 | $120 | |
| Petition to suspend action | 2463 | 10/1/2020 | $100 | $220 | $120 | |
| | | | | **Total Due:** | **$4,720** | |

☒ DEPOSIT ACCOUNT 501392 AUTHORIZATION - All necessary fees relating to the attached submittal, if any, are intended to be included. However, should the Office determined that an error occurred and the fee(s) are insufficient, the Office is hereby authorized to charge any deficiency in the fees relating to the submittal to deposit account 501392, registered to Shalom Wertsberger, contact telephone no. 585-200-3000.

Respectfully submitted

*Shimon Maimon*

/Shimon Maimon/

*Patentee*

6/8/2021 18:52:43 EDT To: 15712738300 Page: 1/5 From: Saltamar Innovations

RECEIVED
CENTRAL FAX CENTER
JUN 08 2021

**Saltamar Innovations**
**35 Huntington Meadows**
**Rochester NY 14625**
**Tel: 585-200-3000 Fax: 888-981-6759**

# Fax

**To:** USPTO **From:** Shalom Wertsberger

**Fax:** 1-571-273-8300 **Date:** June 08, 2021 06:50 PM

**Subject: Submission under Rule 1.28(c)**

---

2021 JUN 10 PM 12: 04
USPTO
RECEIPTS ACCOUNTING DIVISION

Central Fax: 571-273-8300
Docket:1407CP6_Maimon

Dear Sir/Madam,

Enclosed is a submission of deficiency payment under 37 CFR 1.28(c) in US application 15/679,487.

And a credit card charge authorization form for **$4,720.00**

If there are any questions or other issues raised by this fax transmission, kindly contact Shalom Wertsberger at 207-776-1400.

Respectfully

/Shalom Wertsberger/

Reg. No. 43,359, agent of record

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 03/26/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| MAKIYA, DAVID J | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 03/26/2021

Please find below and/or attached an Office communication concerning this application or proceeding.

The request for deferral/suspension of action under 37 CFR 1.103 has been approved.

PTO-90C (Rev. 10/03)

UNITED STATES DEPARTMENT OF COMMERCE
U.S. Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR/ PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 15/679,487 | 08/17/2017 | Maimon, Shimon | 1407CP6-Maimon |

| | EXAMINER | |
|---|---|---|
| Shalom Wertsberger Shalom Wertsberger<br>35 HUNTINGTON MEADOWS<br>ROCHESTER, NY 14625 | HIEN H PHAN | |
| | ART UNIT | PAPER |
| | 2800 | 20210318 |

DATE MAILED: ______

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner for Patents**

See the attached decision on the second request to suspend action.

/HIEN H PHAN/
Quality Assurance specialist, TC 2800

PTO-90C (Rev.04-03)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Shalom Wertsberger
Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625

*In re* Application of Shimon Maimon :
Appl. No.: 15/679,487 :
Filed: August 17, 2017 :
Attorney Docket No.: 1407CP6_Maimon :
For: REDUCED DARK CURRENT :
PHOTODETECTOR WITH CHARGE :
COMPENSATED BARRIER LAYER :

DECISION ON REQUEST
TO SUSPEND ACTION

This is a decision on the request under 37 C.F.R. § 1.103(a), filed October 1, 2020, requesting suspension of action in the above-identified application. The request is before the Technology Center Director for a decision.

The request is APPROVED.

It is requested that action be further suspended for another 6 (six) months because "the Office is now processing two reissue applications which serve as the source of priority for the present application, and the reissue applications had yet to be decided."

## Review of Facts

This application, on filing, claims the benefit under 35 USC 120 as a CIP of application No. 14/822,433, filed on August 10, 2015, now US Patent No. 9,766,130.

Application No. 16/199,212, filed on November 25, 2018, is a DIV of the instant application wherein there was a request to suspend action under 37 CFR § 1.103(a) for a period of 6 (six) months was submitted on August 24, 2020

Application No. 16/503,534, filed July 4, 2019, is a reissue of US Patent No. 9,766,130
and
Application No. 16/503,534, filed July 14, 2019, is a reissue of US Patent No. 9,117,726, and are both are currently pending.

In the instant application, a petition, filed on November 17, 2018, to accept unintentionally delayed benefit claims under 37 CFR § 1.78(c) and 1.78(e). The benefits sought to claim is as follows:

> This application is a CIP of application No. 14/822,433, filed on August 10, 2015, U.S. Patent No. 9,766.130,
> which is a CIP of application No. 13/964,883, filed on August 12, 2013, now U.S. Patent No. 9,117,726
> which is a CIP of application No. 13/167,992, filed on June 24, 2011,
> which is a CON of application No. 12/656,739, filed on February 16, 2010,
> which is DIV of application No. 11/276,962, filed on March 19, 2006.

However, the benefits claimed in the parent application No. 14/822433 and grand-parent application No. 13/964,833 are as follows:

> Parent application No. 14/822,433, filed on August 10, 2015, now U.S. Patent No. 9,766.130
> is a CIP of 13/964,883 08/12/2013, U.S. Patent No. 9,117,726
> which is a CIP of 13/622,981 09/19/2012, ABN
> which is a CON of 13/033,211 02/23/2011, ABN
> which is a CON of 12/656,739 02/16/2010, U.S. Patent No. 8,003,434
> which is a DIV of 11/276,962 03/19/2006, U.S. Patent No. 7,687,871.

> Grand-parent application No. 13/964,883, filed 08/12/2013, U.S. Patent No. 9,117,726
> is a CIP of 13/622,981, filed 09/19/2012, ABN
> which is a CIP of 13/033,211, filed 02/23/2011, ABN
> which is a CON of 12/656,739, filed 02/16/2010, U.S. Patent #8003434
> which is a DIV of 11/276,962, filed 03/19/2006, U.S. Patent #7687871.

The chains of benefit claim in the parent '433 application and grand-parent '883 application do not include claim to the benefit of application No. 13/167,992 that is being sought to claim its benefits in the instant application. Because the chain of benefit claims in the prior applications/patents are different from the benefit claim being sought in the instant application, appropriate corrections are needed to maintain the same continuity information in all applications/patents in the chain.

The first petition to accept unintentionally delayed benefit claims was dismissed on May 14, 2019. A second petition under 37 CFR § 1.78(c) and 1.78(e) was filed on May 29, 2019 and was dismissed in a decision dated June 19, 2019. A third petition under 37 CFR

§ 1.78(c) and § 1.78(e) was filed on January 30, 2020 and was also dismissed in a decision dated April 6, 2020.

A first request for suspension of action was filed on April 29, 2020, requesting that action in the instant application be suspended pending resolution of the prosecution of 2 (two) reissue applications filed to seek correction of the benefit claim in parent US Patent Nos. 9,766,130 and 9,117,726. The reissue applications, when reissued with proper benefit claims, would be necessary for the proper consideration of a petition for late claiming of benefit claim in the instant application. The first request for suspension of action for 6 (six) month was granted on May 12, 2020.

The instant and second request for suspension of action was filed on October 1, 2020, and is before the undersigned for a decision.

## Rules, Regulations, and Practice

Suspension of action is governed by 37 CFR 1.103.

37 CFR 1.103(a) states as follows:

> "(a) Suspension for cause. On request of the applicant, the Office may grant a
> suspension of action by the Office under this paragraph for good and
> sufficient
> cause. The Office will not suspend action if a reply by applicant to an
> Office
> action is outstanding. Any petition for suspension of action under this
> paragraph
> must specify a period of suspension not exceeding six months. Any
> petition for
> suspension of action under this paragraph must also include:
> (1) A showing of good and sufficient cause for suspension of action; and
> (2) The fee set forth in § 1.17(g), unless such cause is the fault of the
> Office."

## Discussion

Since the instant application seeks to claim the benefits of earlier applications/patents in a chain of continuity that is different from the chain of continuity in its parent and grand-parent patents, it is necessary that such benefit claims be corrected in these patents to have the same continuity in the chains as the instant application. Corrections of the chain of continuity in these patents are available via reissue under 35 USC 251.

Applicant has filed for reissuance of the parent and grand-parent patents and these reissue applications are currently pending.

Pursuant to 37 C.F.R. § 1.103(a)(1), the Office may grant suspension of action by the Office for good and sufficient cause.

Since the grant of the claims of benefit to prior patents in the instant application cannot be properly evaluated until the benefit claims in the parent patents in the chain have been perfected by reissuing these parent patents in the chain of benefit, it is hereby determined that suspension of action in the instant application is warranted and necessary.

## Decision

The request for suspension of action for six (6) months is hereby approved to the extent indicated above. This 6-month suspension period runs from the date of this decision.

At the end of this period, applicant is required to notify the Office and request continuance of prosecution or a further suspension. See MPEP § 709. Any further request for suspension of action will be reevaluated based on the prosecution of the reissue applications.

Any inquiry regarding this decision should be directed to David Makiya, Supervisory Patent Examiner, at (571) 272-2273.

/Gregory J Toatley Jr/

______________________________

Gregory J. Toatley, Jr., Acting TC Director
Technology Center 2800
Optics

GT/dm:hp

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| Applicant(s):<br>Maimon<br><br>Serial No.: 15/679,487<br>Confirmation No.: 2181<br>Filed: Aug 17, 2017<br><br>Title: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER<br><br>Attorney Docket No.: 1407CP6_MAIMON | Art Unit:<br>2884<br><br>Examiner:<br>Taeho Jo |

**PETITION FOR SUSPENSION OF ACTION UNDER 37 C.F.R. 1.103(a)**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This is a Petition for suspension of action the above-identified patent application, for a period of six month. The basis for this petition is that the Office is now processing two reissue applications which serve as source of priority for the present application, and the reissue applications had yet to be decided.

The applicant discovered an error in the priority chain of the present application, and on November 17, 2018 filed a petition under 37 CFR 1.78 to accept unintentionally delayed claim for priority. The applicant filed two reissue applications, No. 16/503,537 and 16/503,534, and the Office indicated that issuance thereof is required prior to a favorable decision on the priority chain of the present application.

As the above identified reissue applications are still pending, the Applicant requests that the Office would suspend action on the present application, to allow the Office to receive a decision on the reissue applications.
A fee according to 37 CFR 1.17(g) is filed herewith.

In view of the above, Applicant requests that the Petition to Suspend Action be granted, and the examination of the application be suspend for a period of six months.

Respectfully Submitted,
*/Shalom Wertsberger/*
Agent for applicant, Reg. #43,359

Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
email:shalom@saltamar.com

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15679487 |
| **Filing Date:** | 17-Aug-2017 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| PETITION FEE-37CFR 1.17(G)(GROUPII) | 2463 | 1 | 100 | 100 |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **100** |

SM000000206

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 40732338 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 01-OCT-2020 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 11:39:32 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $100 |
| RAM confirmation Number | E202001B39516628 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Petition for review/processing depending on status | Suspension_of_action_petition.pdf | 83041<br>48fd2fc6b6ff8177790768d8870a454ae487f0f5 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30688<br>a534fdec98dd4a79f217c84af612aefbb3c275de | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 113729 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 05/12/2020
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/12/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES DEPARTMENT OF COMMERCE
U.S. Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR/ PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 15/679,487 | 08/17/2017 | Maimon, Shimon | 1407CP6-Maimon |

**Shalom Wertsberger Shalom Wertsberger**
**35 HUNTINGTON MEADOWS**
**ROCHESTER, NY 14625**

| EXAMINER | |
|---|---|
| TAEHO JO | |
| **ART UNIT** | **PAPER** |
| 2884 | 20200507A |

DATE MAILED: ______

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner for Patents**

Regarding the Letter Requesting Suspension of Action filed 04/29/2020, the Examiner carefully reviewed the Petition to Suspend Action and it's granted. Pursuant to applicant's request filed on 04/29/2020, action by the Office is suspended on this application under 37 CFR 1.103(a) for a period of 6 months. At the end of this period, applicant is required to notify the examiner and request continuance of prosecution or a further suspension.

/TAEHO JO/
Primary Examiner, Art Unit 2884

PTO-90C (Rev.04-03)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| Applicant(s):<br>Maimon<br><br>Serial No.: 15/679,487<br>Confirmation No.: 2181<br>Filed: Aug 17, 2017<br><br>Title: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER<br><br>Attorney Docket No.: 1407CP6_MAIMON | Art Unit:<br>2884<br><br>Examiner:<br>Taeho Jo |

**PETITION FOR SUSPENSION OF ACTION UNDER 37 C.F.R. 1.103(a)**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This is a Petition for suspension of action the above-identified patent application, for a period of six month. The basis for this petition is that the Office is now processing two reissue applications which serve as source of priority for the present application, and the reissue applications had yet to be decided.

The applicant discovered an error in the priority chain of the present application, and on November 17, 2018 filed a petition under 37 CFR 1.78 to accept unintentionally delayed claim for priority. The applicant filed two reissue applications, No. 16/503,537 and 16/503,534, and the Office indicated that issuance thereof is required prior to a favorable decision on the priority chain of the present application.

As the above identified reissue applications are still pending, the Applicant requests that the Office would suspend action on the present application, to allow the Office to receive a decision on the reissue applications.
A fee according to 37 CFR 1.17(g) is filed herewith.

In view of the above, Applicant requests that the Petition to Suspend Action be granted, and the examination of the application be suspend for a period of six months.

Respectfully Submitted,
*/Shalom Wertsberger/*
Agent for applicant, Reg. #43,359

Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
email:shalom@saltamar.com

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15679487 |
| **Filing Date:** | 17-Aug-2017 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| PETITION FEE-37CFR 1.17(G)(GROUPII) | 2463 | 1 | 100 | 100 |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **100** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 39305564 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 29-APR-2020 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 17:47:41 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $100 |
| RAM confirmation Number | E20204SH48264097 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Petition for review by the Office of Petitions | Suspension_of_action_petition.pdf | 83041<br>48fd2fc6b6ff8177790768d8870a454ae487f0f5 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30678<br>4e8e7200d9586a942cd0fca782d537f781467939 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 113719 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 04/06/2020
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/06/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of :
Maimon, Shimon :
Application No. 15/679,487 :
Filed: 17 Aug 2017 : DECISION ON PETITION
For: REDUCED DARK CURRENT :
PHOTODETECTOR WITH CHARGE :
COMPENSATED BARRIER LAYER :

This decision is in response to the second request for reconsideration of the petition to accept unintentionally delayed benefit claims under 37 CFR 1.78(c) and 1.78(e) filed January 30, 2020.

On November 17, 2018, applicant filed a petition under 37 CFR 1.78(c) and 1.78(e) to accept the unintentionally delayed claims under 35 U.S.C. 119(e) and 120 for the benefit of prior-filed applications. On May 14, 2019, the Office mailed a decision dismissing the petition. On May 29, 2019, applicant filed a petition seeking reconsideration of the dismissal of the petition under 37 CFR 1.78 filed November 17, 2018. On June 19, 2019, the Office mailed a decision dismissing the petition. On January 30, 2020, applicant filed this second petition seeking reconsideration of the dismissal of the petition under 37 CFR 1.78 filed May 29, 2019, accompanied a request for continued examination (RCE), a $950 RCE fee, and an authorization to charge necessary fees.

The record reveals applicant failed to claim benefit of prior-filed applications in (1) Application No. 14/822,433 filed August 10, 2015, which issued as U.S. Patent No. 9,766,130 on September 19, 2017 and (2) Application No. 13/964,883, filed August 12, 2013, which issued as U.S. Patent No. 9,117,726 on August 25, 2015.

To correct applicant's mistake, applicant employed the reissue process to add the benefit claims. Specifically, applicant filed: (1) Application No. 16/503,537 on July 4, 2019, which is a reissue of Application No. 14/822,433 (Patent No. 9,766,130) and (2) Application No. 16/503,534 on July 14, 2019, which is a reissue of Application No. 13/964,883 (Patent No. 9,117,726). As of the date of this decision, neither of the reissue applications have issued as a reissued patent.

The Office cannot hold the decision in abeyance nor grant the requested relief under 37 CFR 1.78 to accept unintentionally delayed claims under 35 U.S.C. 119(e) and 120 for the benefit of the prior-filed nonprovisional and provisional applications until such time as the reissue applications issue as reissued patents with the corrected benefit claims.

35 U.S.C. 252 reads, in pertinent part:

> The surrender of the original patent shall take effect upon the issue of the reissued patent, and every reissued patent shall have the same effect and operation in law, on the trial of actions for causes thereafter arising, as if the same had been originally granted in such amended form, but in so far as the claims of the original and reissued patents are substantially identical, such surrender shall not affect any action then pending nor abate any cause of action then existing, and the reissued patent, to the extent that its claims are substantially identical with the original patent, shall constitute a continuation thereof and have effect continuously from the date of the original patent.

Furthermore, 37 CFR 1.178(a) reads:

> The application for reissue of a patent shall constitute an offer to surrender that patent, and the surrender shall take effect upon reissue of the patent. Until a reissue application is granted, the original patent shall remain in effect.

As stated above, the filing of a reissue application is an "offer" to surrender that patent. That is, the original patent remains in effect until the issuance of the reissue patent (*i.e.*, when surrender of original patent takes effect). "Generally, if a reissue application is abandoned, the original patent remains in force because surrender of the patent did not occur. *See McCormick Harvesting Mach. Co. v. C. Aultman & Co.,* 169 U.S. 606, 610 (1898)" MPEP 1460. "However, this may not be the case in the situation where multiple reissue application are filed." *Id.* Therefore, the Office cannot accept the benefit claims to the prior-filed applications in this application at this time.

Accordingly, the petition is **DISMISSED**.

Applicant may file a petition under 37 CFR 1.103(a) for suspension of action by the Office for cause for a period of six months to await the reissue applications to issue as reissued patents with the corrected claims under 35 U.S.C. 119(e) and 120 for benefit of the prior-filed nonprovisional and provisional applications.

Once the Office has issued the reissue applications as reissued patents with the proper benefit claims, applicant should file a renewed petition under 37 CFR 1.78(c) and 1.78(e) in this case. No additional petition fee is required. Applicant should review the benefit claims to ensure applicant has made proper references to the prior-filed nonprovisional and provisional applications pursuant to 37 CFR 1.78 in an updated ADS in compliance with 37 CFR 1.76(c). Applicant should look to the most recent filing receipt to identify the information being changed. **Furthermore, applicant should not interpret this decision to mean that the Office has undertaken a full and complete review of the benefit claims or their appropriateness as this cannot be done until the reissue applications issue as granted patents.**

Further correspondence with respect to this matter should be addressed as follows:

By mail: Mail Stop PETITIONS
Commissioner for Patents
Post Office Box 1450
Alexandria, VA 22313-1450

By hand: Customer Service Window
Mail Stop Petitions
Randolph Building
401 Dulany Street
Alexandria, VA 22314

By fax: (571) 273-8300
Attention: Office of Petitions

By Internet: EFS-Web

This application is being forwarded to Technology Center Art Unit 2884 for processing of the RCE filed January 30, 2020.

Questions concerning this matter may be directed to the undersigned at (571) 272-3211.

/CHRISTINA T DONNELL/
Attorney Advisor, OPET

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | | |
|---|---|---|
| Address to: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 | Application Number | 15/679,487 |
| | Filing Date | Aug 17, 2017 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | 2884 |
| | Examiner Name | Taeho Jo |
| | Attorney Docket Number | 1407CP6_MAIMON |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. Submission required under 37 CFR 1.114 Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).
   a. [x] Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.
      i. [ ] Consider the arguments in the Appeal Brief or Reply Brief previously filed on ________
      ii. [x] Other Petition to accept unintentionally delayed priority claim under 37 CFR 1.78, filed Nov. 17, 2018, dismissed
   b. [x] Enclosed
      i. [x] Amendment/Reply
      ii. [ ] Affidavit(s)/Declaration(s)
      iii. [ ] Information Disclosure Statement (IDS)
      iv. [ ] Other__
2. Miscellaneous
   a. [X] Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of 3 months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)
   b. [ ] Other ________
3. Fees The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.
   a. [x] The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 501392.
      i. [x] RCE fee required under 37 CFR 1.17(e)
      ii. [ ] Extension of time fee (37 CFR 1.136 and 1.17)
      iii. [ ] Other ________
   b. [ ] Check in the amount of $ ________ enclosed
   c. [x] Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| ***SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED*** | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 1/29/2020 |
| Name (Print/Type) | Shalom Wertsberger | Registration No. | 43,359 |

***CERTIFICATE OF MAILING OR TRANSMISSION***

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner For Patents, P.O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| | | | |
|---|---|---|---|
| Signature | | | |
| Name (Print/Type) | | Date | |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15679487 |
| **Filing Date:** | 17-Aug-2017 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| RCE- 2ND AND SUBSEQUENT REQUEST | 2820 | 1 | 950 | 950 |
| | **Total in USD ($)** | | | **950** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 38444432 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 30-JAN-2020 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 13:04:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $950 |
| RAM confirmation Number | E20201TD05119103 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 1-RCE_Request.pdf | 161931<br>3de9be715eea368665d571da898930220a511b5b | no | 1 |
| **Warnings:** | | | | | |
| This is not a USPTO supplied RCE SB30 form. | | | | | |
| **Information:** | | | | | |
| 2 | Request for Continued Examination (RCE) | 2-1407CP6_RCE2_Xmittal.pdf | 136188<br>cc51c86ebfb6638775913c4917b3c34196f1d74b | no | 2 |
| **Warnings:** | | | | | |
| This is not a USPTO supplied RCE SB30 form. | | | | | |
| **Information:** | | | | | |
| 3 | Supplemental Response or Supplemental Amendment | 3-Appendix_Priority_Petition.pdf | 837276<br>dffe975e91043bd2990997296f614a3308225baf | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30646<br>ebd5c8c6bc5687cdf2a7ce2ecd1b306d9958201e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1166041 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 38444432 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 30-JAN-2020 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 13:04:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $950 |
| RAM confirmation Number | E20201TD05119103 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 1-RCE_Request.pdf | 161931<br>3de9be715eea368665d571da898930220a511b5b | no | 1 |
| **Warnings:** | | | | | |
| This is not a USPTO supplied RCE SB30 form. | | | | | |
| **Information:** | | | | | |
| 2 | Request for Continued Examination (RCE) | 2-1407CP6_RCE2_Xmittal.pdf | 136188<br>cc51c86ebfb6638775913c4917b3c34196f1d74b | no | 2 |
| **Warnings:** | | | | | |
| This is not a USPTO supplied RCE SB30 form. | | | | | |
| **Information:** | | | | | |
| 3 | Supplemental Response or Supplemental Amendment | 3-Appendix_Priority_Petition.pdf | 837276<br>dffe975e91043bd2990997296f614a3308225baf | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30646<br>ebd5c8c6bc5687cdf2a7ce2ecd1b306d9958201e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1166041 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **15/679,487 ~ 2181** | Group: | **2884** |
| Filed on: | **Aug 17, 2017** | Examiner: | **Taeho Jo** |
| Correspondence Date | **Jan. 29. 2020** | Docket: | **1407CP6_MAIMON** |

## Request for Continued Examination and for Reconsideration of Petition to Accept Delayed Claim of Priority

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This Request for Continued Examination is filed in response to Notice of Allowance mailed to Applicant on December 12, 2019.

The Office issued a Notice of Allowance after a renewed petition under 37 C.F.R.§1.78 to accept unintentionally delayed claim for priority under 35 U.S.C § 120, filed originally on May 29, 2019 was dismissed without prejudice, as the Office pointed out that it has no record the applicant filing reissue application to correct delayed benefit claims in US patents 9,766,130 and 9,117,726, both of which form a portion of the present application priority chain.

The applicant respectfully directs the Office attention to US Reissue Application No. 16/503,534 filed 7/4/2019, which is a reissue application for Patent No. 9,117,726, and to

US Reissue Application No. 16/503,537 filed 7/4/2019, which is a reissue of Patent 9,776,130.

The above Reissue Applications we necessary as the present application has a defective priority claim due to an incorrect priority chain claimed in an Application Data Sheet filed on August 22, 2013 in US Application 13/964,883 filed Aug. 12, 2013, now US Patent 9,117,726 issued August 25, 2015. Similarly incorrect priority chain was carried out in US application No. 14/822,433 filed August 10, 2015, now US Patent 9,766,130 issued Sep. 19, 2017, and again, a similar incorrect priority claim occurred in the present application.

The Applicant respectfully requests that the Office delay action in this application until consideration of a reissue application is completed, and that the petition to accept the unintentionally delayed priority claim would be reconsidered and accepted.

Applicant hereby requests that the Commissioner will charge fees required to maintain this application in good standing, throughout its pendency, to Deposit Account No. 501392, unless such fee was otherwise timely provided.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **CED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No.~Confim#: | **15/679,487~2181** | Group | **2884** |
| Filed on: | **Aug. 17,2017** | Examiner | **Taeho Jo** |
| Correspondence Date | **November 12, 2018** | Docket: | **1407CP6-MAIMON** |

## Petition to accept unintentionally delayed priority claim under 37 CFR 1.78

Commissioner for Patents

Mail Stop Petitions
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby petitions under 37 CFR 1.78 to accept an unintentionally delayed claim under 35 U.S.C. 120, 121, or 365 for the benefit of prior-filed applications.

The present application has a defective priority claim due to an incorrect priority chain claiming in an Application Data Sheet filed on August 22, 2013 in US Application 13/964,883 filed Aug. 12, 2013, now US Patent 9,117,726 issued August 25, 2015. Similarly incorrect priority chain was carried out in US application No. 14/822,433 filed August 10, 2015, now US Patent 9,766,130 issued Sep. 19, 2017, and again, a similar incorrect priority claim occurred in the present application.

The correct priority claim should reflect that:

- The present application is a Continuation in Parts of US Application No. 14/822,433 which was filed on August 10, 2015 and issued on September 19, 2017 as US Patent No. 9,766,130;

- which is in turn a Continuation in Parts of US Application No. 13/964,883 which was filed on August 12, 2013 and issued on August 25, 2015 as US Patent No. 9,117,726;
- which is in turn continuation in parts of US Application No. 13/167,992, now abandoned;
- which is in turn a continuation of US Application 12/656,739 which was filed on February 16, 2010 and issued on August 23, 2011 as US 8,003,434;
- which is in turn a division of US Application No. 11/276,962 which was filed on March 19, 2006 and issued on March 30, 2011 as US Patent 7,687,871.

The above priority chain is reflected in the enclosed corrected application data sheet, satisfying the requisite reference to the prior-filed applications as required under 35 U.S.C. 120 and 37 C.F.R. 1.87.

The petition fee set forth in 37 C.F.R 1.78 is being paid concurrently.

The entire delay between the date the claim for priority was due under 37 CFR 1.78 and this date were the proper priority claim and this petition is filed was unintentional.

Upon acceptance of this petition a filing receipt reflecting the entry of the proper priority claim is respectfully requested.

Concurrently with the present petition, the applicant submits petitions to accept unintentionally delayed priority claim to correct similar errors in the following related Patents and Patent Application:

- US Patent No. 9,766,130, Application No. 14/822,433, filed August 12, 2015
- US Patent No. 9,117,726, Application No. 13/964,883 filed August 12, 2013

In order to expedite prosecution and avoid unnecessary delays, **the Applicant respectfully requests that the each of the aforementioned petitions be assigned to the same examiner.**

Should the Examiner find any discrepancies, or have any questions, the Examiner is respectfully requested to call the undersigned representative of the Applicant at 585-200-3000 or at 207-776-1400, in order to resolve any remaining issues.

Respectfully submitted

Shimon Maimon, Applicant: ____________________

11/14/2018.

Filed by

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 136 Willshire Road | | |
| **Address 2** | | | |
| **City** | Rochester | **State/Province** | NY |
| **Postal Code** | 14618 | **Country** | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | |
|---|---|
| **Customer Number** | 23521 |
| **Email Address** | shalom@saltamar.com Add Email Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
| **Attorney Docket Number** | 1407CP6-Maimon | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 13 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference :

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | ~~Pending~~ | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | ~~14822433~~ | ~~2015-08-10~~ |

| Prior Application Status | ~~Patented~~ | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| ~~14822433~~ | ~~Continuation in part of~~ | ~~13694883~~ | ~~2013-03-12~~ | ~~9117726~~ | ~~2015-08-25~~ |

| Prior Application Status | ~~Abandoned~~ | | Remove |
|---|---|---|---|

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| ~~13834803~~ | ~~Continuation in part of~~ | ~~13622981~~ | ~~2012-09-19~~ |
| Prior Application Status | ~~Abandoned~~ | Remove | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| ~~13622981~~ | ~~Continuation of~~ | ~~13833211~~ | ~~2012-02-23~~ |
| Prior Application Status | ~~Patented~~ | Remove | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~13833211~~ | ~~Continuation of~~ | ~~12/656739~~ | ~~2010-02-16~~ | ~~8003434~~ | ~~2011-08-23~~ |
| Prior Application Status | ~~Patented~~ | | Remove | | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~12/656739~~ | ~~Division of~~ | ~~11/276962~~ | ~~2006-03-19~~ | ~~7687871~~ | ~~2010-03-30~~ |
| Prior Application Status | Patented | | Remove | | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |
| Prior Application Status | Patented | | Remove | | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |
| Prior Application Status | Abandoned | | Remove | | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |
| Prior Application Status | Patented | Remove | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | Remove | | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee ○ Legal Representative under 35 U.S.C. 117 ○ Joint Inventor

○ Person to whom the inventor is obligated to assign. ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

| **Mailing Address Information For Applicant:** | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

| **Mailing Address Information For Assignee including Non-Applicant Assignee:** | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

## Signature:

| NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. | | | | | |
|---|---|---|---|---|---|
| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2018-11-14 |
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |
| Additional Signature may be generated within this form by selecting the Add button. | | | | | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23521 7590 12/12/2019
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

EXAMINER
JO, TAEHO

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

DATE MAILED: 12/12/2019

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $500.00 | $0 | 03/12/2020 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 12/12/2019
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $500.00 | $0 | 03/12/2020 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| JO, TAEHO | 2884 | 250-338400 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________________

2 ____________________

3 ____________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑Issue Fee ❑Publication Fee (if required) ❑Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. ________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ____________________ Date ____________________

Typed or printed name ____________________ Registration No. ____________________



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 12/12/2019

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |
| **ART UNIT** | **PAPER NUMBER** |
| 2884 | |

DATE MAILED: 12/12/2019

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.



PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | **Application No.** 15/679,487 | **Applicant(s)** Maimon, Shimon | |
|---|---|---|---|
| | **Examiner** TAEHO JO | **Art Unit** 2884 | **AIA (FITF) Status** Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to RCE filed 05/29/2019.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☑ An election was made by the applicant in response to a restriction requirement set forth during the interview on 08 August 2018; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-7 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some *c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☑ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/TAEHO JO/
Primary Examiner, Art Unit 2884

## DETAILED ACTION

***Notice of Pre-AIA or AIA Status***

**1.** The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**2.** This office action is a response to an application (No.:15/679,487), filed on 08/17/2017, in which claims 1-7 are pending and ready for examination (*Note: in accordance with the telephone interview on 08/08/2018, the applicant has elected the first specie claim set, claims 1-7 to be examined. please see Examiner-Initiated interview summary, paper No. 20180808*)

***Continued Examination Under 37 CFR 1.114***

**3.** A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on 05/29/2019 has been entered.

***Examiner's Comments***

**4.** Regarding the renewed petition under 37 CFR 1.78(e) filed May 29, 2019, to accept unintentionally delayed claims under 35 U.S.C. 120 for the benefit of prior-filed nonprovisional applications as set forth in the accompanied application data sheet

(ADS), the renewed petition under 37 CFR 1.78(e) is dismissed without prejudice upon the correction of benefit claims in the patented cases because the following reasons:

The Office has no record of receiving any petitions to accept unintentionally delayed benefit claims in either of these related Patents/Patent Application nor evidence that applicant filed reissue applications to correct the patents (9,766,130 and 9,117,726) to include the benefit claims. Applicant must first corrects the benefit claims in the prior filed applications (now issued patents) before seeking favorable consideration of any petition under 37 CFR 1.78 in this application (*please see the Petition Decision submitted 06/19/2019*).

***Allowable Subject Matter***

**5. Claims 1-7 are allowed.**

The following is an examiner's statement of reasons for allowance:

**With respect to independent claim 1,** the prior art of record does not disclose, teach, or fairly suggest the specific limitation on "a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies

is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers".

In addition, combination of teachings of the prior arts which cited in Notice of Reference is not appropriate and adequate to address each and every limitation in the independent claim 1.

The closest prior art, Kim *et al.* (US 5844253 A), discloses ultra-high speed semiconductor device comprises a substrate and a conductive collector layer, on which a collector electrode is formed, is formed on the substrate and a collector barrier layer is formed on the conductive collector layer and a conductive base layer, on which a base electrode is formed, is formed on the collector barrier layer and an emitter barrier layer is formed on the conductive base layer for injecting hot-electrons onto the conductive base layer and the emitter barrier layer further comprises various sizes of quantum-dot array combination structures for absorbing infrared photons.

Kim further teaches a blocking barrier layer positioned beneath the quantum dot array combination structures reduces a dark current passed through the quantum dot array combination structure and a second layer or while spacer layer positioned beneath the blocking barrier layer for absorbing electric potential change reduces an electric potential change inside the quantum dot array combination structure, due to the applied voltage drop and a conductive emitter layer, on which an emitter electrode is formed, is then formed on the emitter barrier layer (figure 1 and column 4, lines 5-29).

However, Kim does not disclose, teach, or fairly suggest the specific limitation on a barrier layer comprising a charge carrier compensated semiconductor, the barrier

layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

The prior art, OSTER *et al.* (US 20120105646 A1), discloses an infrared imaging system comprising: a cooling chamber associated with a cooler generating a certain temperature condition inside the chamber, the cooling chamber having an optical window, and comprising there inside: one or more optical detectors thermally coupled to the cooler and at least two cold shields thermally coupled to the cooler and respectively carrying at least two imaging optical assemblies and the imaging optical assemblies define at least two different optical channels respectively for imaging light from said optical window onto said one or more detectors and each of the imaging optical assemblies comprises one or more optical elements and at least some of the optical elements are enclosed by, or integrated with, the cold shield of the respective imaging

optical assembly and thermally coupled thereby to the cooler (figures 2a, 2b and paragraphs 0019-0020).

However, OSTER does not disclose, teach, or fairly suggest the specific limitation on a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

**Regarding the dependent claims 2-7,** they are allowable based on their dependency from allowable independent claim 1.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TAEHO JO whose telephone number is (571)272-3325. The examiner can normally be reached on Monday-Friday, 8:00 AM- 05:00 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Makiya can be reached on (571)272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300. Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/TAEHO JO/
Primary Examiner, Art Unit 2884
12/02/2019

| ***Notice of References Cited*** | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20060266998-A1 | 11-2006 | Vega; Antonio Marti | B82Y10/00 | 257/21 |
| * | B | US-20070215858-A1 | 09-2007 | Uchiyama; Yasuhito | B82Y20/00 | 257/17 |
| * | C | US-20070235758-A1 | 10-2007 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | D | US-7795640-B2 | 09-2010 | Klipstein; Philip | H01L31/101 | 257/185 |
| * | E | US-20080308840-A1 | 12-2008 | Ogura; Mutsuo | H01L27/14603 | 257/185 |
| * | F | US-20120105646-A1 | 05-2012 | OSTER; Dov | G01J5/06 | 348/164 |
| * | G | US-20130153769-A1 | 06-2013 | Singer; Michael | G01J5/04 | 250/338.1 |
| * | H | US-20130240835-A1 | 09-2013 | TAKAHASHI; Tsuyoshi | H01L31/035236 | 257/15 |
| * | I | US-20130270517-A1 | 10-2013 | NOZAWA; Tomohiro | H01L33/04 | 257/13 |
| * | J | US-5177364-A | 01-1993 | Gowlett; David J. | H01L31/024 | 250/352 |
| * | K | US-5272535-A | 12-1993 | Elabd; Hammam | H04N5/14 | 348/314 |
| * | L | US-5563423-A | 10-1996 | Wu; Chan-Shin | B82Y20/00 | 257/17 |
| * | M | US-5844253-A | 12-1998 | Kim; Gyung Ock | B82Y10/00 | 257/24 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5966945-A | 10-1999 | Mengel; Edward M. | G01J5/061 | 250/352 |
| * | B | US-6965152-B1 | 11-2005 | Bandara; Sumith V. | B82Y20/00 | 257/431 |
| * | C | US-7157706-B2 | 01-2007 | Gat; Nahum | G01J5/06 | 250/338.1 |
| * | D | US-7470904-B1 | 12-2008 | Schweikert; Paul | G01J5/04 | 250/338.1 |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Issue Classification* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| H01L | / | 31 | / | 1832 | F | 2013-01-01 |
| H01L | / | 31 | / | 101 | I | 2013-01-01 |
| H01L | / | 31 | / | 1844 | I | 2013-01-01 |
| B82Y | / | 20 | / | 00 | I | 2013-01-01 |
| H01L | / | 31 | / | 035236 | I | 2013-01-01 |
| H01L | / | 31 | / | 03046 | I | 2013-01-01 |
| H01L | / | 31 | / | 02966 | I | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| G01J | / | 5 | / | 20 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| Y02E | / | 10 | / | 544 | A | 2013-01-01 |
| H01L | / | 23 | / | 38 | A | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| G01J | / | 2005 | / | 0077 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|---|
| H01L | / | 2924 | / | 0002 | A | 1 | 1 | 2013-01-01 |
| H01L | / | 2924 | / | 00 | A | 1 | 2 | 2013-01-01 |

| NONE<br><br>(Assistant Examiner) (Date) | | **Total Claims Allowed:**<br>7 | |
|---|---|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 02 December 2019<br><br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office — Part of Paper No.: 20191202

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/679,487 | Maimon, Shimon |
| | Examiner | Art Unit |
| | TAEHO JO | 2884 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| H01L | / | 31 | / | 18 |
| H01L | / | 31 | / | 0296 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 250 | 338.4 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| NONE<br>(Assistant Examiner) (Date) | | Total Claims Allowed:<br>7 | |
|---|---|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 02 December 2019<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20191202

| *Issue Classification* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | - | 10 | | | | | | | | | | | | |
| 2 | 2 | - | 11 | | | | | | | | | | | | |
| 3 | 3 | - | 12 | | | | | | | | | | | | |
| 4 | 4 | - | 13 | | | | | | | | | | | | |
| 5 | 5 | - | 14 | | | | | | | | | | | | |
| 6 | 6 | - | 15 | | | | | | | | | | | | |
| 7 | 7 | - | 16 | | | | | | | | | | | | |
| - | 8 | | | | | | | | | | | | | | |
| - | 9 | | | | | | | | | | | | | | |

| NONE (Assistant Examiner) (Date) | Total Claims Allowed: 7 | |
|---|---|---|
| /TAEHO JO/ Primary Examiner, Art Unit 2884 (Primary Examiner) 02 December 2019 (Date) | O.G. Print Claim(s) 1 | O.G. Print Figure 1B |

U.S. Patent and Trademark Office Part of Paper No.: 20191202

| Search Notes | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H01L27/14652 OR H01L31/109 OR H01L27/14647 OR H01L27/14692 OR H01L27/14649 OR H01L27/1443 OR H01L27/14643 OR H01L31/11 OR H01L31/09 OR H01L27/146 OR H01L31/03042 OR H01L31/035263 OR H01L31/102 OR H01L31/105 OR H01L31/108 OR H01L31/111 OR H01L27/14696 OR H01L31/1832 OR H01L27/14665 OR H01L27/307 OR H01L29/157 OR Y02E10/544 OR B82Y20/00 OR B82Y10/00 OR G01J2005/0077 OR G01J2005/202 OR G01J5/02 OR G01J5/024 OR G01J5/22 OR G01J5/28 | 08/08/2018 | TJ |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 250 | 338.4 | 08/08/2018 | TJ |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Search in EAST | 08/08/2018 | TJ |
| Search inventor in EAST | 08/08/2018 | TJ |
| Search NPLs in web sites: Google, ip(www.ip.com) and IEEEs | 08/08/2018 | TJ |
| Search CPCs in EAST | 08/08/2018 | TJ |
| Search in EAST | 12/02/2019 | TJ |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/679,487 | Maimon, Shimon |
| | Examiner | Art Unit |
| | TAEHO JO | 2884 |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| | Interference search performed in EAST and PGPUB text search -08/08/2018, see interference search print out. | 08/08/2018 | TJ |
| | nterference search performed in EAST and PGPUB text search -12/02/2019 | 12/02/2019 | TJ |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | |

# Bibliographic Data

Application No: 15/679,487

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☑ No ☐ Met After Allowance

Verified and Acknowledged: /TAEHO JO/

Examiner's Signature | Initials

Title: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/17/2017 | 250 | 2884 | 1407CP6-Maimon |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Shimon Maimon Rochester, NY, UNITED STATES

**CONTINUING DATA**

This application is a CIP of 14822433 08/10/2015 PAT 9766130

14822433 is a CIP of 13964883 08/12/2013 PAT 9117726

13964883 is a CIP of 13622981 09/19/2012ABN

13622981 is a CON of 13033211 02/23/2011ABN

13033211 is a CON of 12656739 02/16/2010 PAT 8003434

12656739 is a DIV of 11276962 03/19/2006 PAT 7687871

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

08/21/2017

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625
UNITED STATES

**FILING FEE RECEIVED**

$730

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 102 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:00 |
| L2 | 4 | "15679487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:01 |
| L3 | 11 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and inhibit$3 near10 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:05 |
| L5 | 15 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:06 |
| L7 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:23 |
| L10 | 10 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:24 |
| L13 | 48 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2019/12/02 09:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| L16 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:27 |
| L19 | 13 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:29 |
| L22 | 5 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:30 |
| L24 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:34 |
| L26 | 31 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 10:05 |
| L28 | 18 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 10:19 |
| S1 | 1 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 09:48 |
| S2 | 388 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; | AND | ON | 2016/02/03 10:09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S3 | 12 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S4 | 8 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:10 |
| S5 | 39 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:13 |
| S6 | 39 | ((infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S7 | 80 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S8 | 81 | "2005004243" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S9 | 3 | wo-2005004243-$.did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S10 | 72 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S11 | 72 | ((infrared or IR) and ((FPA) or (focal adj | US-PGPUB; | AND | ON | 2016/02/03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 10:31 |
| S12 | 61 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and absorb$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:32 |
| S13 | 7 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S14 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S15 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S16 | 9 | (dewar near10 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S17 | 9 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S18 | 11 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S19 | 102 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2016/02/03 12:36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S20 | 74 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S21 | 32 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S22 | 15 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:37 |
| S23 | 21 | (dewar) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:38 |
| S24 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:52 |
| S25 | 5 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) and dark near5 current | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S26 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S27 | 11676 | ((Integrated adj Dewar adj Cooler Assembly) or (DCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S28 | 12 | (Integrated adj Dewar adj Cooler Assembly) | US-PGPUB; USPAT; USOCR; FPRS; | AND | ON | 2016/02/03 12:57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
| S29 | 14 | (Integrated adj Dewar adj Cooler ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:58 |
| S30 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:04 |
| S31 | 179 | ((Integrated adj Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:07 |
| S32 | 2 | S31 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S33 | 215 | (( Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S34 | 38 | S33 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S35 | 1363 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S36 | 1213 | ((Integrated adj Dewar adj Cooler) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S37 | 17 | ((Integrated adj Dewar adj Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; | AND | ON | 2016/02/03 13:26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S38 | 26 | ((Integrated near4 Dewar near4 Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S39 | 23 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewarnear4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S40 | 53 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S41 | 30 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) and ((FPA) or (focal near4 plan$1 near4 array)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:41 |
| S42 | 21 | "5966945" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:56 |
| S43 | 812 | dewar and ((FPA) or (focal near4 plan$1 )) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:01 |
| S44 | 11 | "11276962" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:07 |
| S45 | 8 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S46 | 82 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S47 | 14 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S48 | 37 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:14 |
| S49 | 1 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:17 |
| S50 | 1 | (dewar near40 (coller or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:18 |
| S52 | 3 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:19 |
| S53 | 44 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:25 |
| S54 | 22 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:32 |
| S55 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2016/02/03 15:33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | cooler)) and seal$3 | DERWENT; IBM_TDB | | | |
| S56 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:34 |
| S57 | 16 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:35 |
| S58 | 3 | "20070235758" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:54 |
| S59 | 857 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) and (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S60 | 36 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S61 | 6 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) and fill$3 near40 (inert near4 gas) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:15 |
| S62 | 3 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:32 |
| S63 | 44 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:33 |
| S64 | 10 | S63 AND ( (G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR | US-PGPUB; USPAT; USOCR; | AND | ON | 2016/02/04 09:35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | H01L31/024).CPC. ) | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S65 | 25 | shimon same maimon.inv. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S66 | 5 | "13964883" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:36 |
| S67 | 101 | ("5563423" \| "7521737" \| "20070235758" \| "20120105646" \| "20100155777" \| "4679063" \| "6380604" \| "6740908" \| "7385704" \| "20130153769" \| "5844253" \| "7470904" \| "20020070389" \| "4682196" \| "9117726" \| "6965152" \| "7795640" \| "20060267007" \| "6531721" \| "5272535" \| "7157706" \| "4731640" \| "5047622" \| "5966945" \| "7180066" \| "7795640" \| "5177364" \| "4652335" \| "7531440" \| "8674406" \| "7687871" \| "8003434").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S68 | 5 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S69 | 47 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S70 | 8 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and barrier near4 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S71 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S72 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) | US-PGPUB; USPAT; | AND | ON | 2016/11/21 08:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S73 | 11 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S74 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:06 |
| S75 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:07 |
| S76 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:08 |
| S77 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:09 |
| S78 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:10 |
| S79 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:11 |
| S80 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2017/05/09 08:18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | DERWENT; IBM_TDB | | | |
| S81 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| S82 | 7 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) and (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| S83 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| S84 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:31 |
| S101 | 427 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:03 |
| S102 | 188 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S103 | 64 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S104 | 26 | 250/338.4 and (infrared or IR) near40 | US-PGPUB; | AND | ON | 2018/08/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 11:05 |
| S105 | 178 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:06 |
| S106 | 163 | S105 AND ( (H01L27/14652 OR H01L31/109 OR H01L27/14647 OR H01L27/14692 OR H01L27/14649 OR H01L27/1443 OR H01L27/14643 OR H01L31/11 OR H01L31/09 OR H01L27/146 OR H01L31/03042 OR H01L31/035263 OR H01L31/102 OR H01L31/105 OR H01L31/108 OR H01L31/111 OR H01L27/14696 OR H01L31/1832 OR H01L27/14665 OR H01L27/307 OR H01L29/157 OR Y02E10/544 OR B82Y20/00 OR B82Y10/00 OR G01J2005/0077 OR G01J2005/202 OR G01J5/02 OR G01J5/024 OR G01J5/22 OR G01J5/28).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:11 |
| S107 | 101 | ("20020070389" \| "20060267007" \| "20070235758" \| "20100155777" \| "20120105646" \| "20130153769" \| "4652335" \| "4679063" \| "4682196" \| "4731640" \| "5047622" \| "5177364" \| "5272535" \| "5563423" \| "5844253" \| "5966945" \| "6380604" \| "6531721" \| "6740908" \| "6965152" \| "7157706" \| "7180066" \| "7385704" \| "7470904" \| "7521737" \| "7531440" \| "7687871" \| "7795640" \| "8003434" \| "8674406" \| "9117726").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:17 |
| S108 | 14 | ((("Maimon") near3 ("Shimon"))).INV. | US-PGPUB; USPAT; USOCR | OR | ON | 2018/08/08 11:17 |
| S109 | 66 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:20 |
| S110 | 30 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:21 |
| S111 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) | US-PGPUB; USPAT; USOCR; FPRS; | AND | ON | 2018/08/08 12:22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | EPO; JPO; DERWENT; IBM_TDB | | | |
| S112 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:23 |
| S113 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S114 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S115 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S116 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:26 |
| S117 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | | | | |
| S118 | 8 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |
| S119 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| S120 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| S121 | 6 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:30 |
| S122 | 14 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) and dop$3 near10 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:30 |
| S123 | 12 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:32 |
| S124 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2018/08/08 12:42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | IBM_TDB | | | |
| S125 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:47 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L4 | 10 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and inhibit$3 near10 (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:05 |
| L6 | 15 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:06 |
| L8 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:23 |
| L9 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) ).clm. | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:24 |
| L11 | 8 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:24 |
| L12 | 2 | (((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3)).clm. | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:25 |
| L14 | 48 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L17 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:27 |
| L18 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier))).clm. | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:29 |
| L20 | 13 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:29 |
| L23 | 5 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:30 |
| L25 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2019/12/02 09:34 |
| L27 | 30 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | US-PGPUB; USPAT | AND | ON | 2019/12/02 10:05 |
| L29 | 18 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2019/12/02 10:19 |
| S85 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 semiconductor) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:06 |
| S86 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:07 |
| S87 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 | US-PGPUB; | AND | ON | 2017/05/09 08:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | USPAT | | | |
| S88 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:09 |
| S89 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:10 |
| S90 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:10 |
| S91 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:17 |
| S92 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| S93 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| S94 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| S95 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| S96 | 7 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and conduction near4 band and valance near4 band | | | | |
| S97 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:29 |
| S98 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:30 |
| S99 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:31 |
| S100 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:31 |
| S126 | 7 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |
| S127 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |
| S128 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S129 | 1 | (((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3)).clm. | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |
| S130 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:29 |
| S131 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:30 |
| S132 | 13 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) and dop$3 near10 (impurit$3)) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:31 |
| S133 | 12 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:32 |
| S134 | 37 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:32 |
| S135 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:42 |
| S136 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:47 |
| S137 | 43 | ((FPA) or (focal adj plane adj array) or (photo | US- | AND | ON | 2018/08/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | PGPUB; USPAT | | | 12:47 |

**12/ 2/ 2019 10:52:49 AM**
**C:\ Users\ tjo\ Documents\ EAST\ Workspaces\ 15679487.wsp**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 06/19/2019
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |
| **ART UNIT** | **PAPER NUMBER** |
| 2884 | |
| **NOTIFICATION DATE** | **DELIVERY MODE** |
| 06/19/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

SM000000282

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of :
Maimon, Shimon :
Application No. 15/679,487 :
Filed: 17 Aug 2017 : DECISION ON PETITION
For: REDUCED DARK CURRENT :
PHOTODETECTOR WITH CHARGE :
COMPENSATED BARRIER LAYER :

This is a decision on the renewed petition under 37 CFR 1.78(e) filed May 29, 2019, to accept unintentionally delayed claims under 35 U.S.C. 120 for the benefit of prior-filed nonprovisional applications as set forth in the accompanied application data sheet (ADS).

If the reference required by 35 U.S.C. 120 and 37 CFR 1.78(d)(2) is presented after the time period provided by 37 CFR 1.78(d)(3), the claim under 35 U.S.C. 120 for the benefit of a prior-filed nonprovisional application may be accepted if the reference required by 37 CFR 1.78(d)(2) was unintentionally delayed. A petition to accept an unintentionally delayed claim under 35 U.S.C. 120 for the benefit of prior-filed nonprovisional applications must be accompanied by:

(1) The reference required by 35 U.S.C. 120 and 37 CFR 1.78(d)(2) to the prior-filed applications, unless previously submitted. The reference must be included in an application data sheet (§ 1.76(b)(5));

(2) The petition fee as set forth in § 1.17(m); and

(3) A statement that the entire delay between the date the benefit claim was due under 37 CFR 1.78(d)(3) and the date the benefit claim was filed was unintentional. The Director may require additional information where there is a question whether the delay was unintentional.

This petition lacks item (1) above.

Applicant did not make appropriate references in each intermediate application in the chain of prior applications as set forth in the corrected ADS submitted with this petition, and for which applicant now seeks benefit (e.g., Applications 13/964,883 and 14/822,433). Therefore, there is a break in continuity between the applications.

Applicant asserts that concurrently with the filing of the present petition, applicant also submitted petitions to accept unintentionally delayed benefit claims to correct similar errors in the following related Patents and Patent Application:

- US Patent No. 9,766,130, Application No. 14/822,433, filed August 12, 2015
- US Patent No. 9,117,726, Application No. 13/964,883 filed August 12, 2013

The Office has no record of receiving any petitions to accept unintentionally delayed benefit claims in either of these related Patents/Patent Application nor evidence that applicant filed reissue applications to correct the patents (9,766,130 and 9,117,726) to include the benefit claims.
**Applicant must first corrects the benefit claims in the prior filed applications (now issued patents) before seeking favorable consideration of any petition under 37 CFR 1.78 in this application.**

In view of the above, the renewed petition under 37 CFR 1.78(e) is **DISMISSED** without prejudice upon the correction of benefit claims in the patented cases.

Any inquiries concerning this decision may be directed to the undersigned at (571) 272-3211.

/CHRISTINA T DONNELL/
Attorney Advisor, OPET

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon |

**CONFIRMATION NO. 2181**

**POA ACCEPTANCE LETTER**

*OC000000108510433*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 05/30/2019

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 05/27/2019.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/mteklemichael/

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 06/18/2019 | 10326041 | 1407CP6-Maimon | 2181 |

23521 7590 05/29/2019

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 13 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Shimon Maimon, Rochester, NY;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Request for Continued Examination (RCE) Transmittal

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 15/679,487 |
| Filing Date | Aug 17, 2017 |
| First Named Inventor | Shimon Maimon |
| Art Unit | 2884 |
| Examiner Name | Taeho Jo |
| Attorney Docket Number | 1407CP6_MAIMON |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. Submission required under 37 CFR 1.114 Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).
   a. [x] Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.
      i. [ ] Consider the arguments in the Appeal Brief or Reply Brief previously filed on ____________
      ii. [x] Other Petition to accept unintentionally delayed priority claim under 37 CFR 1.78, filed Nov. 17, 2018, dismissed
   b. [x] Enclosed
      i. [x] Amendment/Reply
      ii. [ ] Affidavit(s)/Declaration(s)
      iii. [ ] Information Disclosure Statement (IDS)
      iv. [x] Other Petition to withdraw from issue under rule 1.313
2. Miscellaneous
   a. [X] Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of 3 months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)
   b. [ ] Other ____________
3. Fees The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.
   a. [x] The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 501392.
      i. [x] RCE fee required under 37 CFR 1.17(e)
      ii. [ ] Extension of time fee (37 CFR 1.136 and 1.17)
      iii. [x] Other petition to withdraw from issue – 1.17(h)
   b. [ ] Check in the amount of $ ____________ enclosed
   c. [x] Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

***SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED***

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 5/27/2019 |
| Name (Print/Type) | Shalom Wertsberger | Registration No. | 43,359 |

***CERTIFICATE OF MAILING OR TRANSMISSION***

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner For Patents, P.O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| | | | |
|---|---|---|---|
| Signature | | | |
| Name (Print/Type) | | Date | |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15679487 |
| **Filing Date:** | 17-Aug-2017 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| PETITION FEE-37CFR 1.17(H) (GROUP II) | 2464 | 1 | 70 | 70 |
| RCE- 1ST REQUEST | 2801 | 1 | 650 | 650 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **720** |

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Decision Date : May 29, 2019

In re Application of :

Shimon Maimon

DECISION ON PETITION
UNDER CFR 1.313(c)(2)

Application No : 15679487

Filed : 17-Aug-2017

Attorney Docket No : 1407CP6-Maimon

This is an electronic decision on the petition under 37 CFR 1.313(c)(2), filed May 29, 2019 , to withdraw the above-identified application from issue after payment of the issue fee.

The petition is **GRANTED.**

The above-identified application is withdrawn from issue for consideration of a submission under 37 CFR 1.114 (request for continued examination). See 37 CFR 1.313(c)(2).

**Petitioner is advised that the issue fee paid in this application cannot be refunded. If, however, this application is again allowed, petitioner may request that it be applied towards the issue fee required by the new Notice of Allowance.**

Telephone inquiries concerning this decision should be directed to the Patent Electronic Business Center (EBC) at 866-217-9197.

This application file is being referred to Technology Center AU 2884 for processing of the request for continuing examination under 37 CFR 1.114 .

Office of Petitions

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 36149264 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 29-MAY-2019 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 19:28:26 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $720 |
| RAM confirmation Number | 053019INTEFSW19282300 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Petition automatically granted by EFS | petition-request.pdf | 31573<br>408f586b9af4c713807d31234afd35045cac4a05 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Request for Continued Examination (RCE) | 2-RCE_Request.pdf | 112180<br>39cf2ab51a977a4df706eaf2d79e3c889a7d6771 | no | 1 |
| **Warnings:** | | | | | |
| This is not a USPTO supplied RCE SB30 form. | | | | | |
| **Information:** | | | | | |
| 3 | Amendment Submitted/Entered with Filing of CPA/RCE | 3-1407CP6_Amendment.pdf | 147832<br>51eeb4aa156f0431471171ef4360abdeb67bc890 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 32358<br>d9b1c55566fc16c6c9a29b5c6a77eae4b7dd6b77 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 323943 | | |

SM000000292

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

| | |
|---|---|
| Doc Code: PET.AUTO<br>Document Description: Petition automatically granted by EFS-Web | PTO/SB/140<br>U.S. Patent and Trademark Office<br>Department of Commerce |

| | |
|---|---|
| Electronic Petition Request | **PETITION TO WITHDRAW AN APPLICATION FROM ISSUE AFTER PAYMENT OF THE ISSUE FEE UNDER 37 CFR 1.313(c)** |
| Application Number | 15679487 |
| Filing Date | 17-Aug-2017 |
| First Named Inventor | Shimon Maimon |
| Art Unit | 2884 |
| Examiner Name | TAEHO JO |
| Attorney Docket Number | 1407CP6-Maimon |
| Title | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |

An application may be withdrawn from issue for further action upon petition by the applicant. To request that the Office withdraw an application from issue, applicant must file a petition under this section including the fee set forth in § 1.17(h) and a showing of good and sufficient reasons why withdrawal of the application from issue is necessary.

APPLICANT HEREBY PETITIONS TO WITHDRAW THIS APPLICATION FROM ISSUE UNDER 37 CFR 1.313(c).

A grantable petition requires the following items:
(1) Petition fee; and
(2) One of the following reasons:
(a) Unpatentability of one or more claims, which must be accompanied by an unequivocal statement that one or more claims are unpatentable, an amendment to such claim or claims, and an explanation as to how the amendment causes such claim or claims to be patentable;
(b) Consideration of a request for continued examination in compliance with § 1.114 (for a utility or plant application only); or
(c) Express abandonment of the application. Such express abandonment may be in favor of a continuing application, but not a CPA under 37 CFR 1.53(d).

Petition Fee

| | |
|---|---|
| ◉ | Small Entity |
| ◯ | Micro Entity |
| ◯ | Regular Undiscounted |

Reason for withdrawal from issue

○ One or more claims are unpatentable

◉ Consideration of a request for continued examination (RCE) (List of Required Documents and Fees)

○ Applicant hereby expressly abandons the instant application (any attorney/agent signing for this reason must have power of attorney pursuant to 37 CFR 1.32(b)).

RCE request,submission, and fee.

☐ I certify, in accordance with 37 CFR 1.4(d)(4) that :
The RCE request ,submission, and fee have already been filed in the above-identified application on

☒ Are attached.

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

◉ An attorney or agent registered to practice before the Patent and Trademark Office who has been given power of attorney in this application.

○ An attorney or agent registered to practice before the Patent and Trademark Office, acting in a representative capacity.

○ A sole inventor

○ A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

○ A joint inventor; all of whom are signing this e-petition

| | |
|---|---|
| Signature | /Shalom Wertsberger/ |
| Name | Shalom Wertsberger |
| Registration Number | 43359 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 36149358 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 29-MAY-2019 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 19:34:09 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 4-1407CP6-AnnotatedADS.pdf | 199772<br>c7103526fb8aa146fa677997b5c679f1cddd7a0a | no | 7 |

**Warnings:**

SM000000296

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 2 | Miscellaneous Incoming Letter | 6-Appendix_Priority_Petition.pdf | 837276<br>dffe975e91043bd2990997296f614a3308225baf | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1037048 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ◯ Non US Residency ◯ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 136 Willshire Road | | |
|---|---|---|---|
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 23521 |
|---|---|
| Email Address | shalom@saltamar.com |

Add Email Remove Email

## Application Information:

| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
|---|---|---|---|
| Attorney Docket Number | 1407CP6-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| | | | |
|---|---|---|---|
| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13694883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | Remove |
|---|---|---|

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13694883 | Continuation in part of | ~~13622981~~ 13167992 | ~~2012-09-19~~ 2011-06-24 |
| Prior Application Status | ~~Abandoned~~ | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| ~~13622981~~ | ~~Continuation of~~ | ~~13033211~~ | ~~2012-02-23~~ |
| Prior Application Status | ~~Patented~~ | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~13033211~~ | ~~Continuation of~~ | ~~12/656739~~ | ~~2010-02-16~~ | ~~8003434~~ | ~~2011-08-23~~ |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12/656739 | Division of | 11/276962 | 2006-03-19 | 7687871 | 2010-03-30 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

◯ Assignee ◯ Legal Representative under 35 U.S.C. 117 ◯ Joint Inventor

◯ Person to whom the inventor is obligated to assign. ◯ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** ⁱ | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2019-05-27 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **15/679,487 ~ 2181** | Group: | **2884** |
| Filed on: | **Aug 17, 2017** | Examiner: | **Taeho Jo** |
| Correspondence Date | **May 27, 2019** | Docket: | **1407CP6_MAIMON** |

## Amendment

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is filed with a Request for Continued Examination, request for delayed action for three months, and a petition for withdrawal from issue of the present application.

After payment of the issue fee the applicant discovered that the present application has a defective priority claim due to an incorrect priority chain claiming in an Application Data Sheet filed on August 22, 2013 in US Application 13/964,883 filed Aug. 12, 2013, now US Patent 9,117,726 issued August 25, 2015. Similarly incorrect priority chain was carried out in US application No. 14/822,433 filed August 10, 2015, now US Patent 9,766,130 issued Sep. 19, 2017, and again, a similar incorrect priority claim occurred in the present application.

A petition to accept unintentionally delayed priority claim under 37 C.F.R. 1.78 was filed on November 17, 2018, and dismissed on May 14, 2019, as the correction of the

priority claim in US Patents 9,117,726 and 9,766,130 in required prior to correction in the present application.

Furthermore, the Applicant hereby corrects the inaccurate priority claim in the first paragraph of the specification of the present application.

This RCE and amendment are filed prior to the filing of the reissue applications in the patents identified above due to the need to timely withdraw the application from issue. The Applicant respectfully requests that the Office delay action in this application until consideration of a reissue application is completed.

Applicant hereby requests that the Commissioner will charge fees required to maintain this application in good standing, throughout its pendency, to Deposit Account No. 501392, unless such fee was otherwise timely provided.

Please amend the above-identified application as follows:

Amendment to the specifications begins on page 2 of this paper.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

## In the Specifications

Please replace the originally filed paragraph with the following paragraphs, in accordance with the appropriate paragraph number:

**[01].** [0001] The present application is a Continuation in Parts of US Application No. 14/822,433 filed on August 10, 2015 and issued on September 19, 2017 as US Patent No. 9,766,130; which is in turn a Continuation in Parts of US Application No. 13/964,883 which was filed on August 12, 2013 and issued on August 25, 2015 as US Patent No. 9,117,726; which is in turn continuation in parts of US Application No. 13/167,992, now abandoned; which is in turn a continuation of US Application 12/656,739 which was filed on February 16, 2010 and issued on August 23, 2011 as US 8,003,434; which is in turn a division of US Application No. 11/276,962 which was filed on March 19, 2006 and issued on March 30, 2011 as US Patent 7,687,871. ~~This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, and US patent application No. 14/822,433.~~

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **CED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No.~Confim#: | **15/679,487~2181** | Group | **2884** |
| Filed on: | **Aug. 17,2017** | Examiner | **Taeho Jo** |
| Correspondence Date | **November 12, 2018** | Docket: | **1407CP6-MAIMON** |

## Petition to accept unintentionally delayed priority claim under 37 CFR 1.78

Commissioner for Patents

Mail Stop Petitions
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby petitions under 37 CFR 1.78 to accept an unintentionally delayed claim under 35 U.S.C. 120, 121, or 365 for the benefit of prior-filed applications.

The present application has a defective priority claim due to an incorrect priority chain claiming in an Application Data Sheet filed on August 22, 2013 in US Application 13/964,883 filed Aug. 12, 2013, now US Patent 9,117,726 issued August 25, 2015. Similarly incorrect priority chain was carried out in US application No. 14/822,433 filed August 10, 2015, now US Patent 9,766,130 issued Sep. 19, 2017, and again, a similar incorrect priority claim occurred in the present application.

The correct priority claim should reflect that:

- The present application is a Continuation in Parts of US Application No. 14/822,433 which was filed on August 10, 2015 and issued on September 19, 2017 as US Patent No. 9,766,130;

- which is in turn a Continuation in Parts of US Application No. 13/964,883 which was filed on August 12, 2013 and issued on August 25, 2015 as US Patent No. 9,117,726;
- which is in turn continuation in parts of US Application No. 13/167,992, now abandoned;
- which is in turn a continuation of US Application 12/656,739 which was filed on February 16, 2010 and issued on August 23, 2011 as US 8,003,434;
- which is in turn a division of US Application No. 11/276,962 which was filed on March 19, 2006 and issued on March 30, 2011 as US Patent 7,687,871.

The above priority chain is reflected in the enclosed corrected application data sheet, satisfying the requisite reference to the prior-filed applications as required under 35 U.S.C. 120 and 37 C.F.R. 1.87.

The petition fee set forth in 37 C.F.R 1.78 is being paid concurrently.

The entire delay between the date the claim for priority was due under 37 CFR 1.78 and this date were the proper priority claim and this petition is filed was unintentional.

Upon acceptance of this petition a filing receipt reflecting the entry of the proper priority claim is respectfully requested.

Concurrently with the present petition, the applicant submits petitions to accept unintentionally delayed priority claim to correct similar errors in the following related Patents and Patent Application:

- US Patent No. 9,766,130, Application No. 14/822,433, filed August 12, 2015
- US Patent No. 9,117,726, Application No. 13/964,883 filed August 12, 2013

In order to expedite prosecution and avoid unnecessary delays, **the Applicant respectfully requests that the each of the aforementioned petitions be assigned to the same examiner.**

Should the Examiner find any discrepancies, or have any questions, the Examiner is respectfully requested to call the undersigned representative of the Applicant at 585-200-3000 or at 207-776-1400, in order to resolve any remaining issues.

Respectfully submitted

Shimon Maimon, Applicant: ____________

11/14/2018.

Filed by

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | |
|---|---|---|
| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove
**Legal Name**

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| **City** | Rochester | **State/Province** | NY | **Country of Residence** | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 136 Willshire Road | | |
| **Address 2** | | | |
| **City** | Rochester | **State/Province** | NY |
| **Postal Code** | 14618 | **Country** | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | |
|---|---|---|
| **Customer Number** | 23521 | |
| **Email Address** | shalom@saltamar.com | Add Email Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
| **Attorney Docket Number** | 1407CP6-Maimon | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 13 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference :

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | ~~Pending~~ | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | ~~14822483~~ | ~~2015-08-10~~ |
| Prior Application Status | ~~Patented~~ | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~14822483~~ | ~~Continuation in part of~~ | ~~13694883~~ | ~~2013-08-12~~ | ~~9117726~~ | ~~2015-08-25~~ |
| Prior Application Status | ~~Abandoned~~ | | | | Remove |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| ~~13834803~~ | ~~Continuation in part of~~ | ~~13622981~~ | ~~2012-09-19~~ |
| Prior Application Status | ~~Abandoned~~ | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| ~~13622981~~ | ~~Continuation of~~ | ~~13833211~~ | ~~2012-02-23~~ |
| Prior Application Status | ~~Patented~~ | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~13833211~~ | ~~Continuation of~~ | ~~12/656739~~ | ~~2010-02-16~~ | ~~8003434~~ | ~~2011-08-23~~ |
| Prior Application Status | ~~Patented~~ | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~12/656739~~ | ~~Division of~~ | ~~11/276962~~ | ~~2006-03-19~~ | ~~7687871~~ | ~~2010-03-30~~ |
| Prior Application Status | Patented | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |
| Prior Application Status | Patented | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |
| Prior Application Status | Abandoned | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |
| Prior Application Status | Patented | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

◯ Assignee ◯ Legal Representative under 35 U.S.C. 117 ◯ Joint Inventor

◯ Person to whom the inventor is obligated to assign. ◯ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | |
|---|---|---|
| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

| | | | |
|---|---|---|---|
| **Mailing Address Information For Applicant:** | | | |
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| **Mailing Address Information For Assignee including Non-Applicant Assignee:** | | | |
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

## Signature:

| NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. | | | | | |
|---|---|---|---|---|---|
| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2018-11-14 |
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |
| Additional Signature may be generated within this form by selecting the Add button. | | | | | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 15/679,487 |
| Filing Date | 8/17/2017 |
| First Named Inventor | Shimon Maimon |
| Title | Reduced Dark Current Photodetector with Charge Compensated Barrier Layer |
| Art Unit | 2884 |
| Examiner Name | Jo Taeho |
| Attorney Docket Number | 1407CP6-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 5/27/2019 |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ___________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

**OR**

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

**OR**

☐ The address associated with Customer Number: 23521

**OR**

| | |
|---|---|
| ☐ Firm or Individual Name | |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.*, a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | /Shimon Maimon/ | Date | 05/27/2019 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | Chief Executive Office, Active Ally Oy | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 36119234 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 27-MAY-2019 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 23:07:39 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 1-1407CP6-POA.pdf | 173769<br>9b83d94ed1a3891a4091b9c91f18cb99cbbbd7bb | no | 3 |

**Warnings:**

| Information: | |
|---|---|
| Total Files Size (in bytes): | 173769 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 05/14/2019

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/14/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| In re Application of | : | |
| Maimon, Shimon | : | |
| Application No. 15/679,487 | : | |
| Filed: 17 Aug 2017 | : | DECISION ON PETITION |
| For: REDUCED DARK CURRENT | : | |
| PHOTODETECTOR WITH CHARGE | : | |
| COMPENSATED BARRIER LAYER | : | |

This is a decision on the petition under 37 CFR 1.78(c) and 37 CFR 1.78(e) filed November 17, 2018, to accept unintentionally delayed claims under 35 U.S.C. 119(e) and 35 U.S.C. 120 for the benefit of prior-filed provisional and nonprovisional applications in above-identified issued patent.

If the reference required by 35 U.S.C. 119(e) and 35 U.S.C. 120 and 37 CFR 1.78(a)(3) and 37 CFR 1.78(d)(2) is presented after the time period provided by 37 CFR 1.78(a)(4) and 37 CFR 1.78(d)(3), the claim under 35 U.S.C. 119(e) and 35 U.S.C. 120 for the benefit of a prior-filed provisional and nonprovisional applications may be accepted if the reference required by 37 CFR 1.78(a)(3) and 37 CFR 1.78(d)(2) was unintentionally delayed. A petition to accept an unintentionally delayed claim under 35 U.S.C. 119(e) and 35 U.S.C. 120 for the benefit of prior-filed provisional and nonprovisional applications must be accompanied by:

(1) The reference required by 35 U.S.C. 119(e) and 35 U.S.C. 120 and 37 CFR 1.78(a)(3) and 37 CFR 1.78(d)(2) to the prior-filed applications, unless previously submitted. The reference must be included in an application data sheet (§ 1.76(b)(5));

(2) The petition fee as set forth in § 1.17(m); and

(3) A statement that the entire delay between the date the benefit claim was due under 37 CFR 1.78(a)(4) and 37 CFR 1.78(d)(3) and the date the benefit claim was filed was unintentional. The Director may require additional information where there is a question whether the delay was unintentional.

This petition lacks item (1) above.

Applicant did not make appropriate references in each intermediate application in the chain of prior applications as set forth in the corrected ADS submitted with this petition, and for which

applicant now seeks benefit (e.g., Applications 13/964,883 and 14/822,433). Therefore, there is a break in continuity between the applications.

The reference to the prior applications must identify all of the prior applications and indicate the relationship (i.e., continuation, divisional, or continuation-in-part) between each nonprovisional application in order to establish copendency throughout the entire chain of prior applications. Appropriate references must be made in each intermediate application in the chain of prior applications. *See* MPEP § 211.02 for guidance regarding properly referencing prior applications. The Office urges applicant to review the benefit claims in the present application and the intermediate applications to ensure that appropriate references are made in this application and in each intermediate application in the chain of applications. Applicant must first corrects the benefit claims in the prior filed applications prior to seeking favorable consideration in this application.

Moreover, the Office reminds applicant that applicant must use the appropriate markings to identify the changes in the benefit claims. 37 CFR 1.76(c) provides the procedure for correcting and updating not only an ADS, but also information otherwise of record (*e.g.,* information provided on the most recent filing receipt). Any ADS filed after the filing date of the application is considered a corrected (or updated) ADS even if an ADS was not previously submitted. Such a corrected ADS must identify the information that is being changed with underlining for insertions and strike-through or brackets for text removed. **In general, the identification of the information being changed should be made relative to the information in the most recent filing receipt**. *See* MPEP 601.05(a)(II).

In view of the above, the petition under 37 CFR 1.78(c) and 37 CFR 1.78(e) is **DISMISSED**.

This application is being forwarded to the Office of Data Management.

Any inquiries concerning this decision may be directed to the undersigned at (571) 272-3211.

/Christina Tartera Donnell/

Christina Tartera Donnell
Attorney Advisor
Office of Petitions

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 12/03/2018

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 12/03/2018 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

| ***Response to Rule 312 Communication*** | **Application No.**<br>15/679,487 | **Applicant(s)**<br>Maimon, Shimon | |
|---|---|---|---|
| | **Examiner**<br>TAEHO JO | **Art Unit**<br>2884 | **AIA Status**<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

1. ☑ The amendment filed on 25 November 2018 under 37 CFR 1.312 has been considered, and has been:

a) ☐ entered.

b) ☑ entered as directed to matters of form not affecting the scope of the invention.

c) ☐ disapproved because the amendment was filed after the payment of the issue fee.
Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

d) ☐ disapproved. See explanation below.

e) ☐ entered in part. See explanation below.

/TAEHO JO/
Primary Examiner, Art Unit 2884

OK TO ENTER: /T.J/ /T.J/ (11/27/2018)

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **15/679,487 ~ 2181** | Group: | **2884** |
| Filed on: | **Aug 17, 2017** | Examiner: | **Taeho Jo** |
| Correspondence Date | **November 25, 2018** | Docket: | **1407CP6_MAIMON** |

## Amendment

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

The present application is allowed. A petition was filed under 37 CFR 1.78 to accept unintentionally delayed priority claim. Applicant respectfully submits that entry of this amendment would support the issuance of a corrected Patent, in lieu of a later certificate of correction.

During preparation of a divisional application the Applicant discovered certain minor typographical errors and respectfully requests that the application would be amended to correct those errors. Amendments to the specifications are presented in pages 2-3. No new matter is introduced.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 08/30/2018

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

(Depositor's name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 11/30/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| JO, TAEHO | 2884 | 250-338400 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Shalom Wertsberger
2 Saltamar Innovations
3 ____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. The following fee(s) are submitted:

- [X] Issue Fee
- ❑ Publication Fee (No small entity discount permitted)
- ❑ Advance Order - # of Copies ____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

- ❑ A check is enclosed.
- [X] Payment by credit card. Form PTO-2038 is attached.
- [X] The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number 501392 (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

- ❑ Applicant certifying micro entity status. See 37 CFR 1.29
- ❑ Applicant asserting small entity status. See 37 CFR 1.27
- ❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Shalom Wertsberger/ Date 11/27,2018

Typed or printed name Shalom Wertsberger Registration No. 43,359



PTOL-85 Part B (10-13) Approved for use through 10/31/2013. OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15679487 |
| **Filing Date:** | 17-Aug-2017 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 500 | 500 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **500** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34400669 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 27-NOV-2018 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 09:52:03 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $500 |
| RAM confirmation Number | 112718INTEFSW09534400 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 1407CP6_Issue_Fee_Payment.pdf | 984990<br>c783f254a72abd82cb32660247cc8b5e51dce273 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30427<br>72b4f9a9a7304dc5cb31928cf128b7ba1bb54ed8 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | | **Total Files Size (in bytes):** | 1015417 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

# In the United States Patent and Trademark Office

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **15/679,487 ~ 2181** | Group: | **2884** |
| Filed on: | **Aug 17, 2017** | Examiner: | **Taeho Jo** |
| Correspondence Date | **November 25, 2018** | Docket: | **1407CP6_MAIMON** |

## Amendment

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

The present application is allowed. A petition was filed under 37 CFR 1.78 to accept unintentionally delayed priority claim. Applicant respectfully submits that entry of this amendment would support the issuance of a corrected Patent, in lieu of a later certificate of correction.

During preparation of a divisional application the Applicant discovered certain minor typographical errors and respectfully requests that the application would be amended to correct those errors. Amendments to the specifications are presented in pages 2-3. No new matter is introduced.

Respectfully submitted

/Shalom Wertsberger/

Shalom Wertsberger

Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com

Agent for Applicant

## In the Specifications

Please replace the originally filed paragraphs with the following paragraphs, in accordance with the appropriate paragraph number:

[0004] Infra-red detectors are used in a wide variety of applications, and are ~~in particulary~~particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

[0070] Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design ~~requiremnts~~requirements.

[0097] Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infra-red light to ~~a~~ an electric signal, which is transmitted and presented on the apparatus' display **606.**

[0098] Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic

temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the ~~refiguration~~ refrigeration of the FPA.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34384937 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 25-NOV-2018 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 21:34:57 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1407CP6-CorrectiveAmendmnt.pdf | 145512<br>293f381492bb3cb8b64c197e0b3da3e4d43440b7 | yes | 3 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| | Specification | 2 | 3 |
| **Warnings:** | | | |
| **Information:** | | | |
| | **Total Files Size (in bytes):** | 145512 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **CED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No.~Confim#: | **15/679,487~2181** | Group | **2884** |
| Filed on: | **Aug. 17,2017** | Examiner | **Taeho Jo** |
| Correspondence Date | **November 12, 2018** | Docket: | **1407CP6-MAIMON** |

**<u>Petition to accept unintentionally delayed priority claim under 37 CFR 1.78</u>**

Commissioner for Patents

Mail Stop Petitions
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby petitions under 37 CFR 1.78 to accept an unintentionally delayed claim under 35 U.S.C. 120, 121, or 365 for the benefit of prior-filed applications.

The present application has a defective priority claim due to an incorrect priority chain claiming in an Application Data Sheet filed on August 22, 2013 in US Application 13/964,883 filed Aug. 12, 2013, now US Patent 9,117,726 issued August 25, 2015. Similarly incorrect priority chain was carried out in US application No. 14/822,433 filed August 10, 2015, now US Patent 9,766,130 issued Sep. 19, 2017, and again, a similar incorrect priority claim occurred in the present application.

The correct priority claim should reflect that:

- The present application is a Continuation in Parts of US Application No. 14/822,433 which was filed on August 10, 2015 and issued on September 19, 2017 as US Patent No. 9,766,130;

- which is in turn a Continuation in Parts of US Application No. 13/964,883 which was filed on August 12, 2013 and issued on August 25, 2015 as US Patent No. 9,117,726;
- which is in turn continuation in parts of US Application No. 13/167,992, now abandoned;
- which is in turn a continuation of US Application 12/656,739 which was filed on February 16, 2010 and issued on August 23, 2011 as US 8,003,434;
- which is in turn a division of US Application No. 11/276,962 which was filed on March 19, 2006 and issued on March 30, 2011 as US Patent 7,687,871.

The above priority chain is reflected in the enclosed corrected application data sheet, satisfying the requisite reference to the prior-filed applications as required under 35 U.S.C. 120 and 37 C.F.R. 1.87.

The petition fee set forth in 37 C.F.R 1.78 is being paid concurrently.

The entire delay between the date the claim for priority was due under 37 CFR 1.78 and this date were the proper priority claim and this petition is filed was unintentional.

Upon acceptance of this petition a filing receipt reflecting the entry of the proper priority claim is respectfully requested.

Concurrently with the present petition, the applicant submits petitions to accept unintentionally delayed priority claim to correct similar errors in the following related Patents and Patent Application:

- US Patent No. 9,766,130, Application No. 14/822,433, filed August 12, 2015
- US Patent No. 9,117,726, Application No. 13/964,883 filed August 12, 2013

In order to expedite prosecution and avoid unnecessary delays, **the Applicant respectfully requests that the each of the aforementioned petitions be assigned to the same examiner.**

Should the Examiner find any discrepancies, or have any questions, the Examiner is respectfully requested to call the undersigned representative of the Applicant at 585-200-3000 or at 207-776-1400, in order to resolve any remaining issues.

Respectfully submitted

Shimon Maimon, Applicant: ______________________

11/14/2018.

Filed by

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15679487 |
| **Filing Date:** | 17-Aug-2017 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| PET. DELAY SUB OR RESTORE PRIORITY-CLAIM | 2454 | 1 | 1000 | 1000 |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1000** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34340809 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 17-NOV-2018 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 22:26:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1000 |
| RAM confirmation Number | 111918INTEFSW22272500 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1-CP6_Petition.pdf | 837276<br>dffe975e91043bd2990997296f614a3308225baf | yes | 11 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Application Data Sheet | 4 | 11 |
| Petition for review by the Office of Petitions | 1 | 3 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30495<br>d8b63c4614bc30216f69b1ac05948c45f15e4f45 | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 867771 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ◯ Non US Residency ◯ Active US Military Service

| **City** | Rochester | **State/Province** | NY | **Country of Residence** | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | |
|---|---|
| **Address 1** | 136 Willshire Road |
| **Address 2** | |

| | | | |
|---|---|---|---|
| **City** | Rochester | **State/Province** | NY |
| **Postal Code** | 14618 | **Country** | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | | |
|---|---|---|---|
| **Customer Number** | 23521 | | |
| **Email Address** | shalom@saltamar.com | Add Email | Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
| **Attorney Docket Number** | 1407CP6-Maimon | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 13 | **Suggested Figure for Publication (if any)** | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | ~~Pending~~ | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | ~~14822433~~ | ~~2015-08-10~~ |

| Prior Application Status | ~~Patented~~ | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| ~~14822433~~ | ~~Continuation in part of~~ | ~~13694883~~ | ~~2013-08-12~~ | ~~9117726~~ | ~~2015-08-25~~ |

| Prior Application Status | ~~Abandoned~~ | | Remove |
|---|---|---|---|

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | | |
|---|---|---|---|---|---|
| ~~13834803~~ | ~~Continuation in part of~~ | ~~13022981~~ | ~~2012-09-19~~ | | |
| Prior Application Status | ~~Abandoned~~ | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | | |
| ~~13022981~~ | ~~Continuation of~~ | ~~13033211~~ | ~~2012-02-23~~ | | |
| Prior Application Status | ~~Patented~~ | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| ~~13033211~~ | ~~Continuation of~~ | ~~12/656739~~ | ~~2010-02-16~~ | ~~8003434~~ | ~~2011-08-23~~ |
| Prior Application Status | ~~Patented~~ | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| ~~12/656739~~ | ~~Division of~~ | ~~11/276962~~ | ~~2006-03-19~~ | ~~7687871~~ | ~~2010-03-30~~ |
| Prior Application Status | Patented | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |
| Prior Application Status | Patented | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |
| Prior Application Status | Abandoned | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | | |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 | | |
| Prior Application Status | Patented | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee ○ Legal Representative under 35 U.S.C. 117 ○ Joint Inventor

○ Person to whom the inventor is obligated to assign. ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

| **Mailing Address Information For Applicant:** | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

| **Mailing Address Information For Assignee including Non-Applicant Assignee:** | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15679487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

## Signature:

| NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. | | | | | |
|---|---|---|---|---|---|
| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2018-11-14 |
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |
| Additional Signature may be generated within this form by selecting the Add button. | | | | | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | 2884 | 730 | 1407CP6-Maimon | 16 | 3 |

**CONFIRMATION NO. 2181**

**CORRECTED FILING RECEIPT**

OC000000102744714

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 10/02/2018

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CIP of 14/822,433 08/10/2015 PAT 9766130

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 08/21/2017
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/679,487**
**Projected Publication Date:** Not Applicable

**Non-Publication Request:** No

**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**Preliminary Class**

250

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** Yes

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No.~ Confirm: | **15/679,487 ~ 2181** | Group: | **MAIMON** |
| Filed on: | **Aug 17, 2017** | Examiner: | **MAIMON** |
| Correspondence Date | **September 25, 2018** | Docket: | **1407CP6_MAIMON** |

## Response to Notice to File Corrected Application Papers

Honorable Director for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Honorable Director:

Responsive to Notice to file corrected application papers mailed to Applicant on September 20, 2018, the applicant hereby submits a correct Application Data Sheet.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 33827291 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 25-SEP-2018 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 21:52:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 11-1407CP6-Corrected_ADS-ASia.pdf | 1049927<br>15671923ac11457bf5763bcb9fcbb06e762b907f | no | 7 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| | | | | | |
|---|---|---|---|---|---|
| 2 | Transmittal Letter | Corretced_ADS_Xmittall.pdf | 100310<br>b86b0d3c0d172795db5659ad3c78e7eea6a52b7b | no | 1 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 1150237 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 136 Willshire Road | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | |
|---|---|---|
| Customer Number | 23521 | |
| Email Address | shalom@saltamar.com | Add Email / Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
| Attorney Docket Number | 1407CP6-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | 14822433 | 2015-08-10 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | ~~13994883~~ 13964833 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| ~~13604833~~ 13964833 | Continuation in part of | 13622981 | 2012-09-19 |
| Prior Application Status | Abandoned | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13622981 | Continuation of | 13033211 | 2012-02-23 |
| Prior Application Status | Patented | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 13033211 | Continuation of | 12/656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 12/656739 | Division of | 11/276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

◯ Assignee ◯ Legal Representative under 35 U.S.C. 117 ◯ Joint Inventor

◯ Person to whom the inventor is obligated to assign. ◯ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | 15/679,487 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2018-09-25 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 09/20/2018

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/20/2018 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Application No. : 15679487
Applicant : Maimon
Filing Date : 08/17/2017
Date Mailed : 09/20/2018

# NOTICE TO FILE CORRECTED APPLICATION PAPERS

## *Notice of Allowance Mailed*

This application has been accorded an Allowance Date and is being prepared for issuance. The application, however, is incomplete for the reasons below.

**Applicant is given two (2) months from the mail date of this Notice within which to respond. This time period for reply is extendable under 37 CFR 1.136(a) for only TWO additional MONTHS.**

The application is not in compliance with 37 CFR 1.78, as indicated in the attachment. The consequences of failure to respond within the above-identified time period are set forth in the attachment.

Even if the Office has recognized a benefit claim and has entered it into the Office's database and included it on applicant's filing receipt, the benefit claim is not a proper benefit claim unless the reference in compliance with 37 CFR 1.78 is included, depending upon the application's filing date and as indicated in the attachment, in an application data sheet or in the first sentence(s) of the specification and all other requirements are met.

**See attachment.**

*A copy of this notice MUST be returned with the reply. Please address response to "Mail Stop Issue Fee, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450".*

/Heather Laughrey/
Publication Branch
Office of Data Management
(571) 272-4200

**Application No. 15679487**

**APPLICATION FILED ON OR AFTER SEPTEMBER 16, 2012,**
**NOT IN COMPLIANCE WITH 37 CFR 1.78**

☐ The 37 CFR 1.78(d)(2) reference on the application data sheet does not indicate the relationship (continuation, division, continuation-in-part) to the prior U.S. nonprovisional application or international application designating the U.S. See document coded dated , listing application number(s) .

☐ The 37 CFR 1.78(d)(2) reference on the application data sheet does not indicate the relationship (continuation, division, continuation-in-part) to the prior international application designating the U.S. but instead indicates that an application is the national stage of the prior international application. However, the application was filed as a 35 U.S.C. 111 application and was not processed as a 35 U.S.C. 371 application, thus removing the validating link under 35 U.S.C. 119(a)-(d) to a prior foreign application or under 35 U.S.C. 119(e) to a prior U.S. provisional application. See document coded dated , listing application number(s) .

☐ The 37 CFR 1.78(d)(2) reference on the application data sheet does not provide the U.S. nonprovisional application number (series code and serial number) or, with respect to an international PCT application designating the U.S., it provides the international application number or international filing date but not both. See document coded dated , in which the following is missing: .

☒ The 37 CFR 1.78(d)(2) reference on the application data sheet shows an incorrect, incomplete, or illegible U.S. nonprovisional application number, international PCT application number, or international PCT filing date. See document coded ADS dated 08/17/2017 , in which the following error was made: incorrect application number 13694883 should be 13964883.

☐ The 37 CFR 1.78(d)(2) reference to the prior U.S. nonprovisional application or international application designating the U.S. is not present on an application data sheet, thus removing the validating link under 35 U.S.C. 119(a)-(d) to a prior foreign application or under 35 U.S.C. 119(e) to a prior U.S. provisional application. See document coded dated , in which the following is missing: .

☐ The 37 CFR 1.78(d)(2) reference to the prior U.S. nonprovisional application or international application designating the U.S. is not present on an application data sheet.

☐ The 37 CFR 1.78(a)(3) reference to the prior U.S. provisional application is not present on an application data sheet.

☐ The 37 CFR 1.78(a)(3) reference to the prior U.S. provisional application on an application data sheet does not provide the provisional application number (series code and serial number). See document coded dated , in which the following is missing: .

☐ The 37 CFR 1.78(a)(3) reference to the prior U.S. provisional application on an application data sheet shows an incorrect, incomplete, or illegible U.S. provisional application number. See document coded dated , in which the following error was made: .

☐ Other: .

**HOW TO RESPOND**

A proper response to this notice would include any one of: (1) a corrected Application Data Sheet (ADS) pursuant to 37 CFR 1.76(c) which provides benefit information that complies with 37 CFR 1.78(d)(2) or 37 CFR 1.78(a)(3) or (2) a petition filed pursuant to the provisions of 37 CFR 1.78(e) or 37 CFR 1.78(c) if the benefit information from the document identified above by code and date does not accurately reflect the benefits under 35 U.S.C. 119(e), 120, 121, 365(c) or 386(c) as claimed by applicant (a grantable petition would include a corrected ADS pursuant to 37 CFR 1.76(c)). In general, a petition would be required unless the proper benefit claim information was included on a properly signed ADS submitted with the application on filing, or a properly signed corrected ADS in compliance with 37 CFR 1.76(c) (e.g., with underlining to show insertions) that was filed within the time period in 37 CFR 1.78 for making the benefit claim(s), or the Office recognized the benefit claim(s) on the initial filing receipt. Such response may be filed after payment of the issue fee if limited to informalities noted herein. See Waiver of 37 CFR 1.312 for Document Required by Office of Patent Publication, 1280 Off. Gaz. Patent Office 918 (March 23, 2004).

**WARNING:** If Applicant fails to timely submit a proper response, the benefit information will be deleted and the patent will be printed without the benefit information present.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23521 7590 08/30/2018
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 08/30/2018

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 11/30/2018 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 08/30/2018

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

(Depositor's name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 11/30/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| JO, TAEHO | 2884 | 250-338400 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________
2 ____________
3 ____________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. The following fee(s) are submitted:

❑ Issue Fee

❑ Publication Fee (No small entity discount permitted)

❑ Advance Order - # of Copies ____________

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

❑ A check is enclosed.

❑ Payment by credit card. Form PTO-2038 is attached.

❑ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number ____________ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ____________ Date ____________

Typed or printed name ____________ Registration No. ____________



PTOL-85 Part B (10-13) Approved for use through 10/31/2013. OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon | 2181 |

23521 7590 08/30/2018

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

DATE MAILED: 08/30/2018

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.



PTOL-85 (Rev. 02/11)

SM000000373

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | **Application No.** 15/679,487 | **Applicant(s)** Maimon, Shimon | |
|---|---|---|---|
| | **Examiner** TAEHO JO | **Art Unit** 2884 | **AIA Status** Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to communication filed 08/17/2017.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☑ An election was made by the applicant in response to a restriction requirement set forth during the interview on 08 August 2018; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-7 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some *c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file areply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☑ Notice of References Cited (PTO-892)
2.☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 08/17/2017.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☑ Interview Summary (PTO-413), Paper No./Mail Date. 20180808.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/TAEHO JO/
Primary Examiner, Art Unit 2884

**DETAILED ACTION**

***Notice of Pre-AIA or AIA Status***

**1.** The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**2.** This office action is a response to an application (No.:15/679,487), filed on 08/17/2017, in which claims 1-16 are pending and ready to examination.

***Information Disclosure Statement***

**3.** The Examiner has considered the references listed on the Information Disclosure Statements submitted on 08/17/2017.

***Election/Restrictions***

Claims 1-7 are allowable. The restriction requirement between species, as set forth during the telephone interview on 08/08/2018 (*please see Examiner-Initiated interview summary, paper No. 20180808*), has been considered in view of the allowability of claims to the elected invention pursuant to MPEP § 821.04(a). **The restriction requirement is hereby withdrawn as to any claim that requires all the limitations of an allowable claim**. Claims 8-16, directed to non-elected species are withdrawn from further consideration because the claims require all the limitations of an allowable generic linking claim as required by 37 CFR 1.141.

In view of the above noted withdrawal of the restriction requirement, applicant is advised that if any claim presented in a continuation or divisional application is

anticipated by, or includes all the limitations of, a claim that is allowable in the present application, such claim may be subject to provisional statutory and/or nonstatutory double patenting rejections over the claims of the instant application.

Once a restriction requirement is withdrawn, the provisions of 35 U.S.C. 121 are no longer applicable. See *In re Ziegler*, 443 F.2d 1211, 1215, 170 USPQ 129, 131-32 (CCPA 1971). See also MPEP § 804.01.

***Allowable Subject Matter***

**4. Claims 1-7 are allowed.**

The following is an examiner's statement of reasons for allowance:

**With respect to independent claim 1,** the prior art of record does not disclose, teach, or fairly suggest the specific limitation on "a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies

is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers".

In addition, combination of teachings of the prior arts which cited in Notice of Reference is not appropriate and adequate to address each and every limitation in the independent claim 1.

The closest prior art, Kim *et al.* (US 5844253 A), discloses ultra-high speed semiconductor device comprises a substrate and a conductive collector layer, on which a collector electrode is formed, is formed on the substrate and a collector barrier layer is formed on the conductive collector layer and a conductive base layer, on which a base electrode is formed, is formed on the collector barrier layer and an emitter barrier layer is formed on the conductive base layer for injecting hot-electrons onto the conductive base layer and the emitter barrier layer further comprises various sizes of quantum-dot array combination structures for absorbing infrared photons.

Kim further teaches a blocking barrier layer positioned beneath the quantum dot array combination structures reduces a dark current passed through the quantum dot array combination structure and a second layer or while spacer layer positioned beneath the blocking barrier layer for absorbing electric potential change reduces an electric potential change inside the quantum dot array combination structure, due to the applied voltage drop and a conductive emitter layer, on which an emitter electrode is formed, is then formed on the emitter barrier layer (figure 1 and column 4, lines 5-29).

However, Kim does not disclose, teach, or fairly suggest the specific limitation on a barrier layer comprising a charge carrier compensated semiconductor, the barrier

layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

The prior art, OSTER *et al.* (US 20120105646 A1), discloses an infrared imaging system comprising: a cooling chamber associated with a cooler generating a certain temperature condition inside the chamber, the cooling chamber having an optical window, and comprising there inside: one or more optical detectors thermally coupled to the cooler and at least two cold shields thermally coupled to the cooler and respectively carrying at least two imaging optical assemblies and the imaging optical assemblies define at least two different optical channels respectively for imaging light from said optical window onto said one or more detectors and each of the imaging optical assemblies comprises one or more optical elements and at least some of the optical elements are enclosed by, or integrated with, the cold shield of the respective imaging

optical assembly and thermally coupled thereby to the cooler (figures 2a, 2b and paragraphs 0019-0020).

However, OSTER does not disclose, teach, or fairly suggest the specific limitation on a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

**Regarding the dependent claims 2-7,** they are allowable based on their dependency from allowable independent claim 1.

***Conclusion***

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure: See the Information Disclosure Statement.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TAEHO JO whose telephone number is (571)272-3325. The examiner can normally be reached on Monday-Friday, 8:00 AM- 05:00 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Makiya can be reached on (571)272-2273273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/TAEHO JO/
Primary Examiner, Art Unit 2884
08/08/2018

| *Examiner-Initiated Interview Summary* | **Application No.**<br>15/679,487 | **Applicant(s)**<br>Maimon, Shimon | |
|---|---|---|---|
| | **Examiner**<br>TAEHO JO | **Art Unit**<br>2884 | **AIA Status**<br>Yes |

All participants (applicant, applicant's representative, PTO personnel):

(1) TAEHO JO. (3) _____.

(2) Mr. Shalom Wertsberger. (4) _____.

Date of Interview: 08 August 2018.

Type: ☑ Telephonic ☐ Video Conference
☐ Personal [copy given to: ☐ applicant ☐ applicant's representative]

Exhibit shown or demonstration conducted: ☐ Yes ☑ No.
If Yes, brief description: _____.

Issues Discussed ☐ 101 ☐ 112 ☐ 102 ☐ 103 ☑ Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: 1-16.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

See Continuation Sheet.

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

/TAEHO JO/
Primary Examiner, Art Unit 2884

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: The meeting was held on 08/08/2018 to discuss about the claim sets: 1-7, 8-12, 13-16 in the application filed 08/17/2017 for Election/ Restriction requirements.

The examiner explained that the present application contains three patentably distinct species: first specie: claims 1-7, second specie: claims 8-12, and third specie: claim 13-16.

The applicant selected the first specie claim set, claims 1-7. Then examiner stated that the elected claim set (claims 1-7) will be examined.

The examiner greatly expresses the appreciation to the applicant for helping to perform the compact prosecution of the application.

| *Notice of References Cited* | Application/Control No.<br>15/679,487 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon | |
|---|---|---|---|
| | Examiner<br>TAEHO JO | Art Unit<br>2884 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20070215858-A1 | 09-2007 | Uchiyama; Yasuhito | B82Y20/00 | 257/17 |
| * | B | US-20070235758-A1 | 10-2007 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | C | US-7795640-B2 | 09-2010 | Klipstein; Philip | H01L31/101 | 257/185 |
| * | D | US-20080308840-A1 | 12-2008 | Ogura; Mutsuo | H01L27/14603 | 257/185 |
| * | E | US-20120105646-A1 | 05-2012 | OSTER; Dov | G01J5/06 | 348/164 |
| * | F | US-20130153769-A1 | 06-2013 | Singer; Michael | G01J5/04 | 250/338.1 |
| * | G | US-5177364-A | 01-1993 | Gowlett; David J. | H01L31/024 | 250/352 |
| * | H | US-5272535-A | 12-1993 | Elabd; Hammam | H04N5/14 | 348/314 |
| * | I | US-5563423-A | 10-1996 | Wu; Chan-Shin | B82Y20/00 | 257/17 |
| * | J | US-5844253-A | 12-1998 | Kim; Gyung Ock | B82Y10/00 | 257/24 |
| * | K | US-5966945-A | 10-1999 | Mengel; Edward M. | G01J5/061 | 250/352 |
| * | L | US-6965152-B1 | 11-2005 | Bandara; Sumith V. | B82Y20/00 | 257/431 |
| * | M | US-7157706-B2 | 01-2007 | Gat; Nahum | G01J5/06 | 250/338.1 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-7470904-B1 | 12-2008 | Schweikert; Paul | G01J5/04 | 250/338.1 |
| * | B | US-20060266998-A1 | 11-2006 | Vega; Antonio Marti | B82Y10/00 | 257/21 |
| * | C | US-20130240835-A1 | 09-2013 | TAKAHASHI; Tsuyoshi | H01L31/035236 | 257/15 |
| * | D | US-20130270517-A1 | 10-2013 | NOZAWA; Tomohiro | H01L33/04 | 257/13 |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| ***Search Notes*** | Application/Control No.<br>15/679,487 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon |
|---|---|---|
| | Examiner<br>TAEHO JO | Art Unit<br>2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H01L27/14652 OR H01L31/109 OR H01L27/14647 OR H01L27/14692 OR H01L27/14649 OR H01L27/1443 OR H01L27/14643 OR H01L31/11 OR H01L31/09 OR H01L27/146 OR H01L31/03042 OR H01L31/035263 OR H01L31/102 OR H01L31/105 OR H01L31/108 OR H01L31/111 OR H01L27/14696 OR H01L31/1832 OR H01L27/14665 OR H01L27/307 OR H01L29/157 OR Y02E10/544 OR B82Y20/00 OR B82Y10/00 OR G01J2005/0077 OR G01J2005/202 OR G01J5/02 OR G01J5/024 OR G01J5/22 OR G01J5/28 | 08/08/2018 | TJ |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 250 | 338.4 | 08/08/2018 | TJ |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Search in EAST | 08/08/2018 | TJ |
| Search inventor in EAST | 08/08/2018 | TJ |
| Search NPLs in web sites: Google, ip(www.ip.com) and IEEEs | 08/08/2018 | TJ |
| Search CPCs in EAST | 08/08/2018 | TJ |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | |

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/679,487 | Maimon, Shimon |
| | **Examiner** | **Art Unit** |
| | TAEHO JO | 2884 |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | Interference search performed in EAST and PGPUB text search -08/08/2018, see interference search print out. | 08/08/2018 | TJ |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | |

| *Issue Classification* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| H01L | / | 31 | / | 1832 | F | 2013-01-01 |
| H01L | / | 31 | / | 101 | I | 2013-01-01 |
| H01L | / | 31 | / | 1844 | I | 2013-01-01 |
| B82Y | / | 20 | / | 00 | I | 2013-01-01 |
| H01L | / | 31 | / | 035236 | I | 2013-01-01 |
| H01L | / | 31 | / | 03046 | I | 2013-01-01 |
| H01L | / | 31 | / | 02966 | I | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| G01J | / | 5 | / | 20 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| Y02E | / | 10 | / | 544 | A | 2013-01-01 |
| H01L | / | 23 | / | 38 | A | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| G01J | / | 2005 | / | 0077 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|---|
| H01L | / | 2924 | / | 0002 | A | 1 | 1 | 2013-01-01 |
| H01L | / | 2924 | / | 00 | A | 1 | 2 | 2013-01-01 |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | **Total Claims Allowed:**<br>7 | |
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 08 August 2018<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office — Part of Paper No.: 20180808



SM000000388

| *Issue Classification* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| | / | | / | |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 250 | 338.4 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | Total Claims Allowed:<br>7 | |
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 08 August 2018<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20180808



SM000000389

| *Issue Classification* | Application/Control No. 15/679,487 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | - | 10 | | | | | | | | | | | | |
| 2 | 2 | - | 11 | | | | | | | | | | | | |
| 3 | 3 | - | 12 | | | | | | | | | | | | |
| 4 | 4 | - | 13 | | | | | | | | | | | | |
| 5 | 5 | - | 14 | | | | | | | | | | | | |
| 6 | 6 | - | 15 | | | | | | | | | | | | |
| 7 | 7 | - | 16 | | | | | | | | | | | | |
| - | 8 | | | | | | | | | | | | | | |
| - | 9 | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | Total Claims Allowed:<br>7 | |
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 08 August 2018<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20180808

Receipt date: 08/17/2017 15/679,487 - GAU: 2884

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

Receipt date: 08/17/2017 15/679,487 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number3 | Country Code2 j | Kind Code4 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T5 |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | "nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | "Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | /TAEHO JO/ | Date Considered | 08/08/2018 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 66 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:20 |
| L2 | 30 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:21 |
| L3 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:22 |
| L4 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:23 |
| L5 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| L6 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L7 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| L8 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:26 |
| L9 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |
| L10 | 8 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |
| L15 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| L16 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| L19 | 6 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) | US-PGPUB; USPAT; USOCR; | AND | ON | 2018/08/08 12:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| L20 | 14 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) and dop$3 near10 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:30 |
| L22 | 12 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:32 |
| L26 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:42 |
| L27 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:47 |
| S1 | 1 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 09:48 |
| S2 | 388 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S3 | 12 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S4 | 8 | 250/338.4 and (infrared or IR) near40 | US-PGPUB; | AND | ON | 2016/02/03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 10:10 |
| S5 | 39 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:13 |
| S6 | 39 | ((infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S7 | 80 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S8 | 81 | "2005004243" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S9 | 3 | wo-2005004243-$.did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S10 | 72 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S11 | 72 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S12 | 61 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and absorb$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2016/02/03 10:32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S13 | 7 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S14 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S15 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S16 | 9 | (dewar near10 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S17 | 9 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S18 | 11 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S19 | 102 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S20 | 74 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S21 | 32 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; | AND | ON | 2016/02/03 12:36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
| S22 | 15 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:37 |
| S23 | 21 | (dewar) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:38 |
| S24 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:52 |
| S25 | 5 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) and dark near5 current | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S26 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S27 | 11676 | ((Integrated adj Dewar adj Cooler Assembly) or (DCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S28 | 12 | (Integrated adj Dewar adj Cooler Assembly) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S29 | 14 | (Integrated adj Dewar adj Cooler ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:58 |
| S30 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; | AND | ON | 2016/02/03 13:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S31 | 179 | ((Integrated adj Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:07 |
| S32 | 2 | S31 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S33 | 215 | (( Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S34 | 38 | S33 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S35 | 1363 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S36 | 1213 | ((Integrated adj Dewar adj Cooler) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S37 | 17 | ((Integrated adj Dewar adj Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S38 | 26 | ((Integrated near4 Dewar near4 Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S39 | 23 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewarnear4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S40 | 53 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S41 | 30 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) and ((FPA) or (focal near4 plan$1 near4 array)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:41 |
| S42 | 21 | "5966945" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:56 |
| S43 | 812 | dewar and ((FPA) or (focal near4 plan$1 )) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:01 |
| S44 | 11 | "11276962" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:07 |
| S45 | 8 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:09 |
| S46 | 82 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S47 | 14 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2016/02/03 14:13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S48 | 37 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:14 |
| S49 | 1 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:17 |
| S50 | 1 | (dewar near40 (coller or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:18 |
| S52 | 3 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:19 |
| S53 | 44 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:25 |
| S54 | 22 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:32 |
| S55 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:33 |
| S56 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:34 |
| S57 | 16 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 | US-PGPUB; USPAT; USOCR; | AND | ON | 2016/02/03 15:35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | array) or (photo near4 detector)) and seal$3 | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S58 | 3 | "20070235758" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:54 |
| S59 | 857 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) and (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S60 | 36 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S61 | 6 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) and fill$3 near40 (inert near4 gas) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:15 |
| S62 | 3 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:32 |
| S63 | 44 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:33 |
| S64 | 10 | S63 AND ( (G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S65 | 25 | shimon same maimon.inv. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S66 | 5 | "13964883" | US-PGPUB; | AND | ON | 2016/02/04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 09:36 |
| S67 | 101 | ("5563423" \| "7521737" \| "20070235758" \| "20120105646" \| "20100155777" \| "4679063" \| "6380604" \| "6740908" \| "7385704" \| "20130153769" \| "5844253" \| "7470904" \| "20020070389" \| "4682196" \| "9117726" \| "6965152" \| "7795640" \| "20060267007" \| "6531721" \| "5272535" \| "7157706" \| "4731640" \| "5047622" \| "5966945" \| "7180066" \| "7795640" \| "5177364" \| "4652335" \| "7531440" \| "8674406" \| "7687871" \| "8003434").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S68 | 5 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S69 | 47 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S70 | 8 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and barrier near4 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S71 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S72 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S73 | 11 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S74 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:06 |
| S75 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:07 |
| S76 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:08 |
| S77 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:09 |
| S78 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:10 |
| S79 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:11 |
| S80 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| S81 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| S82 | 7 | ((infrared or IR) and ((FPA) or (focal | US-PGPUB; | AND | ON | 2017/05/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) and (valance near4 band) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 08:29 |
| S83 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| S84 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:31 |
| S101 | 427 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:03 |
| S102 | 188 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S103 | 64 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S104 | 26 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:05 |
| S105 | 178 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S106 | 163 | S105 AND ( (H01L27/14652 OR H01L31/109 OR H01L27/14647 OR H01L27/14692 OR H01L27/14649 OR H01L27/1443 OR H01L27/14643 OR H01L31/11 OR H01L31/09 OR H01L27/146 OR H01L31/03042 OR H01L31/035263 OR H01L31/102 OR H01L31/105 OR H01L31/108 OR H01L31/111 OR H01L27/14696 OR H01L31/1832 OR H01L27/14665 OR H01L27/307 OR H01L29/157 OR Y02E10/544 OR B82Y20/00 OR B82Y10/00 OR G01J2005/0077 OR G01J2005/202 OR G01J5/02 OR G01J5/024 OR G01J5/22 OR G01J5/28).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:11 |
| S107 | 101 | ("20020070389" \| "20060267007" \| "20070235758" \| "20100155777" \| "20120105646" \| "20130153769" \| "4652335" \| "4679063" \| "4682196" \| "4731640" \| "5047622" \| "5177364" \| "5272535" \| "5563423" \| "5844253" \| "5966945" \| "6380604" \| "6531721" \| "6740908" \| "6965152" \| "7157706" \| "7180066" \| "7385704" \| "7470904" \| "7521737" \| "7531440" \| "7687871" \| "7795640" \| "8003434" \| "8674406" \| "9117726").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:17 |
| S108 | 14 | ((("Maimon") near3 ("Shimon"))).INV. | US-PGPUB; USPAT; USOCR | OR | ON | 2018/08/08 11:17 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L11 | 7 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |
| L12 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |
| L13 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L14 | 1 | (((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3)).clm. | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:28 |
| L17 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:29 |
| L18 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:30 |
| L21 | 13 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) and dop$3 near10 (impurit$3)) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:31 |
| L23 | 12 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:32 |
| L24 | 37 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:32 |
| L25 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:42 |
| L28 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT | AND | ON | 2018/08/08 12:47 |
| L29 | 43 | ((FPA) or (focal adj plane adj array) or (photo | US- | AND | ON | 2018/08/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | PGPUB; USPAT | | | 12:47 |
| S85 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 semiconductor) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:06 |
| S86 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:07 |
| S87 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:08 |
| S88 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:09 |
| S89 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:10 |
| S90 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:10 |
| S91 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:17 |
| S92 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| S93 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| S94 | 10 | ((infrared or IR) and ((FPA) or (focal near3 | US- | AND | ON | 2017/05/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | PGPUB; USPAT | | | 08:18 |
| S95 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| S96 | 7 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and conduction near4 band and valance near4 band | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:29 |
| S97 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:29 |
| S98 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:30 |
| S99 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:31 |
| S100 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:31 |

**8/ 8/ 2018 12:51:30 PM**
**C:\ Users\ tjo\ Documents\ EAST\ Workspaces\ 15679487.wsp**

# Bibliographic Data

Application No: 15/679,487

Foreign Priority claimed: ○ Yes ● No

35 USC 119 (a-d) conditions met: ☐ Yes ☑ No ☐ Met After Allowance

Verified and Acknowledged: /TAEHO JO/

Examiner's Signature | Initials

Title: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

---

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/17/2017 | 250 | 2884 | 1407CP6-Maimon |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Shimon Maimon Rochester, NY, UNITED STATES

**CONTINUING DATA**

This application is a CIP of 14822433 08/10/2015 PAT 9766130

14822433 is a CIP of 13964883 08/12/2013 PAT 9117726

13964883 is a CIP of 13622981 09/19/2012

13622981 is a CON of 13033211 02/23/2011

13033211 is a CON of 12656739 02/16/2010 PAT 8003434

12656739 is a DIV of 11276962 03/19/2006 PAT 7687871

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

08/21/2017

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625
UNITED STATES

**FILING FEE RECEIVED**

$730

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon |

**CONFIRMATION NO. 2181**

**PUBLICATION NOTICE**

*OC000000096093952*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

**Title:**REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**Publication No.**US-2017-0358701-A1
**Publication Date:**12/14/2017

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | 1722 | 730 | 1407CP6-Maimon | 16 | 3 |

**CONFIRMATION NO. 2181**

**UPDATED FILING RECEIPT**

*OC000000093861769*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 09/06/2017

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CIP of 14/822,433 08/10/2015 PAT 9766130
which is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/622,981 09/19/2012 ABN
which is a CON of 13/033,211 02/23/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 08/21/2017
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/679,487**
**Projected Publication Date:** 12/14/2017
**Non-Publication Request:** No
**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**Preliminary Class**

430

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** Yes

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---


### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

Application or Docket Number: 15/679,487

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 70 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 300 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 360 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 16 minus 20 = | * | x 40 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 minus 3 = | * | x 210 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| | | | TOTAL | 730 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED - PART II

AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Application #: | **15/679,487~2181** | | |
| Filing Date: | **August 17, 2017** | | |
| Correspondence Date | **September 3, 2017** | Docket: | **1407CP6_MAIMON** |

## Preliminary Amendment

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Prior to first official action in the above application please amend the application as follows:

Amendment to the drawings begin on page 2.

Comments begin on page 3.

Applicant hereby requests that the Commissioner will charge fees required to maintain this application in good standing, throughout its pendency, to Deposit Account No. 501392, unless such fee was otherwise timely provided.

**In the Drawings:**

**Please replace sheets 8 and 10 with the enclosed clean sheets. Please add the enclosed sheet 11.**

# Remarks

1. This amendment is in response to a Notice to File Corrected Application Papers dated August 23, 2017.
2. The applicant inadvertently omitted the label of Fig. 10A. The applicant amended drawing sheet 8 by labeling the top figure as Fig. 10A. Examination of the specifications, more specifically paragraphs 50 and 102 would provide basis for the amendment.
3. The applicant inadvertently identified Fig. 11B as Fig. 11C. The applicant amended the bottom figures of drawing sheet 10 by re-labeling the erroneously labeled figure 11B. Paragraphs 52 and 106 provide support for the amendment.
4. Fig. 11C was inadvertently omitted. However the figure is completely contained in the parent patent application, US 14/822,433, filed August 10, 2015 to the present applicant. This application was also incorporated by reference in its entirety in the present application (see paragraph 1). The figure is identified as Fig. 11C in the '433 application. Thus the applicant submits that no new matter was introduced. Applicant further notes that support for the amendment is found in paragraphs 52 and 106. For the Officer convenience the applicant hereby submits the information previously incorporated by reference as new drawing sheet 11.
5. As the errors were present only in the drawings, and as the specifications accurately describe the drawings, no substitute specification are required.
6. The applicant respectfully submits that as the USPTO had all the information in its possession upon the filing date of the present application. In view of the information being submitted in the direct priority application, and/or alternatively in view of the fact that the information was explicitly incorporated by reference, the applicant respectfully submits that he is entitled to the matter of this amendment and that no new matter was introduced. The applicant further respectfully requests to maintain the assigned filing date of August 17, 2017.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
e-mail:shalom@saltamar.com
Agent for Applicant

Replacement Sheet






Fig. 10A




Fig. 10B

Replacement Sheet





Fig. 11A



Fig. 11B

New Sheet



Fig. 11C




SM000000424

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 30260661 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 04-SEP-2017 |
| **Filing Date:** | 17-AUG-2017 |
| **Time Stamp:** | 00:15:12 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | PreliminaryAmendment-correct-drawing-errors.pdf | 151050<br>dbac7292133fbe83a9591732690a1624e752fb42 | yes | 4 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | **Document Description** | | **Start** | **End** | |
| | Preliminary Amendment | | 1 | 1 | |
| | Drawings-only black and white line drawings | | 2 | 2 | |
| | Applicant Arguments/Remarks Made in an Amendment | | 3 | 4 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | 1407-CP6CorrectedDrawings.pdf | 702532<br>2e8631fa1ec34935b99addcb792e2114b935ff81 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 853582 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 15679487 Document Date: 09/04/2017

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Drawings – Other than Black and White Line Drawings

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions below.

At the time of document entry (noted above):

- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://Score.uspto.gov/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: September 30, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/679,487 | 08/17/2017 | 1722 | 730 | 1407CP6-Maimon | 16 | 3 |

**CONFIRMATION NO. 2181**

**FILING RECEIPT**

OC000000093606888

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 08/23/2017

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CIP of 14/822,433 08/10/2015
which is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/622,981 09/19/2012 ABN
which is a CON of 13/033,211 02/23/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 08/21/2017
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/679,487**
**Projected Publication Date:** To Be Determined - pending completion of Corrected Papers
**Non-Publication Request:** No
**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**Preliminary Class**

430

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** Yes

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>15/679,487 |
|---|---|

APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | | N/A | N/A | 70 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | | N/A | N/A | 300 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | | N/A | N/A | 360 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 16 | minus 20 = | * | x 40 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 | minus 3 = | * | x 210 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | 730 | | TOTAL | |

APPLICATION AS AMENDED - PART II

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

SM000000431

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/679,487 | 08/17/2017 | Shimon Maimon | 1407CP6-Maimon |

**CONFIRMATION NO. 2181**

**FORMALITIES LETTER**

*OC000000093606889*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 08/23/2017

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

***Filing Date Granted***

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - More than one figure is present and each figure is not labeled "Fig." with a consecutive Arabic numeral (1, 2, etc.) or an Arabic numeral and capital letter in the English alphabet (A, B, etc.)(see 37 CFR 1.84(u)(1)). See Figure(s) 10A. A brief description of the several views of the drawings (see 37 CFR 1.74) should be added or amended to correspond to the corrected numbering of the figures. See also 37 CFR 1.77(b)(9).

The following item(s) appear to have been **omitted** from the application:

- Figure(s) **11B** described in the specification.

Applicant must reply to this notice within the time period set forth in this notice to avoid abandonment of this application. Applicant must select one of the three following options and the reply must comply with the requirements set forth in the selected option and any other requirements set forth in this notice. The reply should also indicate which option applicant has selected.

**I. Petition for date of deposit:** Should applicant contend that the above-noted omitted item(s) was in fact deposited in the U.S. Patent and Trademark Office (USPTO) with the nonprovisional application papers, a copy of this Notice and a petition (and the petition fee set forth in 37 CFR 1.17(f) with evidence of such deposit **must** be filed within **TWO MONTHS** of the date of this Notice. The petition fee will be refunded if it is determined that the item(s) was received by the USPTO. **THIS TWO MONTH PERIOD IS EXTENDABLE UNDER 37 CFR 1.136(a) or (b).**

Applicant should review their application file and determine whether their file differs from USPTO's records. In some situations there may be a mislabeling of the drawings and/or a failure to describe in the brief description each of the figures as labeled.

The brief description of the drawings in the specification must correspond with the figures and the figures must be labeled in accordance with 37 CFR 1.84(u)(1). For example, if the brief description describes Figure 1 and

Figure 2 only, but the drawings show Fig. 1 and Fig. 2A and Fig. 2B, then the specification must be amended to refer to Figure 2A and Figure 2B and delete the reference to Figure 2 and a substitute specification in compliance with 37 CFR 1.52, 1.121(b)(3), and 1.125, is required. As another example, if a drawing is labeled Figure 2, but there are actually multiple figures within the labeled Figure 2 having labels A, B, and C, then the drawings must be relabeled in accordance with 37 CFR 1.84(u)(1) (e.g., Fig. 2A, Fig. 2B, and Fig. 2C). If the specification does not refer to the figures as relabeled, then the specification must be amended to refer to the relabeled figures (e.g., Fig. 2A, Fig. 2B, and Fig. 2C) and a substitute specification in compliance with 37 CFR 1.52, 1.121(b)(3), and 1.125, is required. A petition for date of deposit under option I should **NOT** be filed in either situation or in similar situations where there is simply a mislabeling of the drawings and/or a failure to describe in the brief description each of the figures. Instead, applicant should file a reply under option III.A below (including replacement drawing sheets and/or a substitute specification as required in III.A.2).

**II. Petition for later filing date:** Should applicant desire to supply the omitted item(s) and accept the date that such omitted item(s) was filed in the USPTO as the filing date of the above-identified application, a copy of this Notice, the omitted item(s), and a petition under 37 CFR 1.182 with the petition fee set forth in 37 CFR 1.17(f) requesting the later filing date **must** be filed within **TWO MONTHS** of the date of this Notice. **THIS TWO MONTH PERIOD IS EXTENDABLE UNDER 37 CFR 1.136(a) or (b).**
Applicant is advised that generally the filing fee required for an application is the filing fee in effect on the filing date accorded the application and that payment of the requisite basic filing fee on a date later than the filing date of the application requires payment of a surcharge (37 CFR 1.16(f)). To avoid processing delays and payment of a surcharge, applicant should submit any balance due for the requisite filing fee based on the later filing date being requested when submitting the omitted item(s) and the petition (and petition fee) requesting the later filing date.

**III. Acceptance of application as deposited:** Applicant may accept the application as deposited in the USPTO by filing an appropriate amendment as set forth in either (A) or (B) below within **TWO MONTHS** of the date of this Notice. **THIS TWO MONTH PERIOD IS EXTENDABLE UNDER 37 CFR 1.136(a) or (b)** . The application will maintain a filing date as of the date of deposit of the application papers in the USPTO, and original application papers (i.e., the original disclosure of the invention) will include only those application papers present in the USPTO on the date of deposit. A petition is not required for this option.
**(A)** If applicant wants to accept the application as deposited without adding the subject matter that was in the omitted item (e.g., a missing page or figure), applicant is required to submit one or more of the following items without adding any new matter (see 35 U.S.C. 132(a)):

1. For a missing page of the specification,
   a) a substitute specification including claims that amends the specification to renumber the pages consecutively and cancels any incomplete sentences, and
   b) a statement that the substitute specification includes no new matter, in compliance with 37 CFR 1.121(b)(3) and 1.125;
2. For a missing figure of the drawings (including a mislabeled figure),
   a) replacement drawing sheets in compliance with 37 CFR 1.121(d) to renumber the drawing figures consecutively (if necessary),
   b) a substitute specification excluding claims that amends the specification to cancel any references to any omitted drawing(s) and corrects the references in the specification to the drawing figures to correspond with any relabeled drawing figures, and
   c) a statement that the substitute specification includes no new matter, in compliance with 37 CFR 1.121(b)(3) and 1.125;
3. For a missing page of the claim listing only, a replacement claim listing with the claims renumbered consecutively or, if amendment to the claims is also necessary, then a complete claim listing in compliance with 37 CFR 1.121(c);
4. For a missing or unreadable compact disc,
   a) a substitute specification (excluding the claims) deleting the reference to the compact disc and the files contained on the compact disc, and

  - b) a statement that the substitute specification includes no new matter, in compliance with 37 CFR 1.121(b)(3) and 1.125; and
5. For a missing or unreadable file submitted on a compact disc,
  - a) a substitute specification (excluding the claims) deleting the reference to the missing or unreadable file, and a statement that the substitute specification includes no new matter, in compliance with 37 CFR 1.121(b)(3) and 1.125; and
  - b) a replacement transmittal letter listing all of the files except the missing or unreadable file in compliance with 37 CFR 1.52(e)(3)(ii).

**(B)** Alternatively, if applicant wants to accept the application as deposited but wishes to add the subject matter in the omitted item (e.g., a missing page or figure) by relying on an incorporation by reference under 37 CFR 1.57 or other portions of the original disclosure, applicant is required to submit one or more of the following items without adding any new matter (see 35 U.S.C. 132(a)):

1. To add the subject matter in a missing page of specification,
  - a) a substitute specification excluding claims and
  - b) a statement that the substitute specification includes no new matter, in compliance with 37 CFR 1.121(b)(3) and 1.125;
2. To add a missing figure of the drawings, new and replacement drawing sheets in compliance with 37 CFR 1.121(d);
3. To add the subject matter in a missing page of the claim listing, a complete claim listing in compliance with 37 CFR 1.121(c) (e.g., a claim in the missing page should be submitted as a new claim);
4. To add the subject matter in a missing or unreadable compact disc,
  - a) a replacement compact disc and a duplicate copy of the compact disc, in compliance with 37 CFR 1.52(e); and
  - b) a statement that the replacement compact disc contains no new matter in compliance with 37 CFR 1.52(e)(4); and,
5. To add the subject matter in a missing or unreadable file submitted on a compact disc,
  - a) a replacement compact disc that contains all of the files listed in the specification including the missing or unreadable file and a duplicate copy of the compact disc, in compliance with 37 CFR 1.52(e); and
  - b) a statement that the replacement compact disc contains no new matter in compliance with 37 CFR 1.52(e)(4).

If applicant is relying on an incorporation by reference under 37 CFR 1.57 to add the omitted subject matter, then applicant must also comply with the requirements of 37 CFR 1.57.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/vdoan/

---

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

## U.S.PATENTS

Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | 'nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | 'Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date (YYYY-MM-DD) | 2017-08-01 |
| Name/Print | Shalom Wertsberger | Registration Number | 43359 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# (12) UK Patent Application (19) GB (11) 2 127 619 A

(21) Application No **8324749**
(22) Date of filing **15 Sep 1983**
(30) Priority data
(31) **8227180**
(32) **23 Sep 1982**
(33) **United Kingdom (GB)**
(43) Application published **11 Apr 1984**
(51) **INT CL[3] H01L 31/10**
(52) Domestic classification **H1K** 1EB 2R3A 2R3E 2S11S 2S12 3C1C 2S1D 2S1E 2S23 2S2D 2S5 4C1U 5B1 5BX 5H2L 9A 9B1 9B1A 9B2 9B4X 9D1 9E 9M1 9N1B 9N2 9N3 9N4 9P3 9R2 EBX **U1S** 2091 2093 2097 2099 2222 H1K
(56) Documents cited **GB 1597538** **GB 1450627**
(58) Field of search **H1K**
(71) Applicant **The Secretary of State for Defence, (United Kingdom), Whitehall, London, SW1A 2HB**
(72) Inventor **Anthony Michael White**
(74) Agent and/or address for service **Ministry of Defence, Dr. H. J. Field, Procurement Executive, Patents 1A4, Room 2014, Empress State Building, Lillie Road, London SW6 1TR**

(54) **Infrared detectors**

(57) A detector (Fig. 1) in which a barrier region (11) is interposed in the current path between the emitter (13) and collector (9) of the detector. This region (11) is of a material having a valence band edge approximately level to that of the emitter material and an appreciably wider band gap (Fig. 2). It thus serves to impede majority carrier current flow and as a consequence device resistance is high. When the detector is biassed, the pedestal contribution to detector signal is low.

The collector (9) may be of semiconductor material of the same majority carrier type as the emitter material; or may be of opposite type but dopant enriched; or it may be a Schottky metal contact.

In one variant of the detector, the emitter (13) and collector (9) are located on opposite sides of the barrier (11) and are of different band-gap materials. The infrared band response of this detector can be changed by reversing bias polarity.

In another variant of the detector (Fig. 4, not shown) the emitter (23) is in strip form and has a pair of bias contacts. The barrier (31) and collector (33) are located on the strip at a position between these contacts and provide a high resistance read-out structure (29).

In one further variant of the detector (Fig. 6, not shown) the emitter (45), the collector (45), together with additional emitter-collector regions (45), are formed from a single layer of photosensitive material on one side of the barrier (43) and provide a high resistance, series connected, multi-element, structure.




Fig. 1.




Fig. 2.

GB 2 127 619 A




Fig. 1.




Fig. 2.




Fig. 3.

2127619

2/2




Fig. 4.




(a) Fig.5. (b)




Fig.6.




Fig.7.

SPECIFICATION
**Infrared detectors**

**Technical field**

The present invention concerns the structure and application of infrared detectors, particularly photoconductive detectors.

**Background art**

Conventional infrared photodetectors formed of cadmium mercury telluride (CMT) alloy materials are well known, both simple two contact photoconductors and single p-n homojunction photodiodes. Recent developments have seen time-delay-integration functions included in the photoconductive element—see for example UK Patent No 1,488,258, where the detector is of strip shape and the photocarrier drift rate is matched to the velocity of a scanned image.

A major problem associated with conventional photoconductors, particularly those used in unscanned "staring" applications is a standing DC output (known as a bias "pedestal") even in the absence of any input optical flux. For conventional long wavelength intrinsic photoconductors, the impedance is low, and the standing current is typically several milliamps corresponding to a pedestal of a few volts. For comparison the background flux signal is millivolts, and the required optical signal is microvolts. This pedestal is exceptionally difficult to subtract out in a stable and accurate manner except in the case of a scanned system which can use capacitative output coupling.

Photovoltaic detectors—e.g. photodiodes, have the advantage that they do not require bias, do not dissipate significant power, nor do they have a bias pedestal. Junction diode detectors, however, are difficult to make and require a bulk of scarce and largely uncharacterised p-type CMT. They also suffer stability problems upon the high temperature storage conditions typical of a military user environment, as also upon long-term operation.

**Disclosure of the invention**

The inventon is intended to provide a long wavelength intrinsic photoconductive detector of high impedance. Being of high impedance, the problem of bias pedestal is minimised.

According to the invention thers is provided an infrared detector comprising:—

an emitter region formed of material photosensitive to infrared radiation;

a collector region;

a pair of contacts, one an emitter contact, the other a collector contact and,

a barrier region, adjacent both to the emitter region and the collector region, formed of material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of minority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

Since the barrier region provides a barrier to the flow of majority carriers from the emitter, the detector exhibits high impedance. Since, however, minority carriers are free to pass this barrier region, under illumination and with appropriate bias, photocurrent will be generated and the detector will behave as a photoconductor.

Preferably the emitter and barrier materials are ternary alloys of the same chemical species. Examples are: n-type/n-type, n-type/p-type, or p-type/n-type compositions of cadmium mercury telluride; or of indium gallium arsenide; or of gallium aluminium arsenide. The barrier material may however be a composition of different chemical species, provided emitter and barrier materials have a common or near common valence band. The barrier material may be a binary alloy or compound having a common anion with the ternary material. Examples are: cadmium mercury telluride and cadmium telluride; gallium aluminium arsenide and gallium arsenide; or indium gallium arsenide and indium arsenide.

To avoid the need for compositional gradation at the emitter-barrier interface in order to remove large heterostructure discontinuities in bands, it is preferable that the emitter and barrier materials are n-type and p-type, respectively.

The collector region may be of material of like majority carrier type to the emitter material, having a valence band limit common with or at least near level to that of the barrier material. Alternatively it may be of a high work function metal, or of a heavily doped semiconductor material of opposite majority carrier type to the emitter material. When of metal, the collector region is provided by the collector contact itself.

One form of the detector is of planar structure wherein the emitter, barrier and collector regions are provided by n-type, p-type and n-type layers of materials, respectively. In this structure the emitter and collector regions may be of like material thus having like band gap characteristics. This detector has non-linear performance characteristics under illumination conditions and may thus be included in circuit with a source of alternating bias or of modulated AC bias, the collector being followed by an integrator, harmonic filter or demodulator, as appropriate. In a variant structure of this form of detector, the emitter and collector materials are of like majority carrier type, one material of composition suited for the detection of infrared radiation of wavelength in the 3—5 $\mu$m band, the other material of composition suited for the detection of infrared radiation of wavelength in the 8—14 $\mu$m band. This detector thus has responsitivity to one band at a time, which one depending on the directon of bias. It may thus be included in a circuit including a source of DC bias, a bias that can be switched from one direction to the other, for waveband selection. Alternatively it

may be included in a circuit including a source of AC bias, and have a phase-sensitive or gated amplifier following the collector. Separately gated circuits will produce two channel output with data from an individual band in each channel.

Another form of the detector, also of planar structure, is comprised of two layers of material of different majority carrier type, the material of one layer being of significantly wider band gap, the other layer being delineated to define the emitter and collector regions of the detector.

In another form of the detector, the emitter region is provided by an extensive strip length of material, and the barrier and collector regions are arranged to provide a read-out region for this strip. Such a detector may then be included in the focal plane of a scanning optical system, and biased such that photocarriers generated in the strip drift at a rate matched to the scan velocity. This affords in situ signal integration.

**Brief description of the drawings**

In the drawings accompanying this specification:—

Figure 1 is a cross-section drawing showing the structure of an n-p-n composite photodetector embodying features of the invention;

Figures 2, 3(a) and (b) are band level energy diagrams for the detector structure shown in the preceding figure for zero, forward and reverse bias respectively;

Figure 4 is a cross-section drawing showing an alternative structure of n-p-n composite photodetector, a strip detector;

Figures 5(a) and (b) are band level energy diagrams for metal collector and degenerate semiconductor collector variants respectively, of the photodetector shown in preceding figure 1 above;

Figure 6 is a cross-section view of a two layer structure photodetector, an alternative to the structure shown in figure 1 above; and,

Figure 7 is a band level energy drawing for a two-colour sensitive detector, a variant of the detector shown in figure 1 above.

**Description of preferred embodiments**

Embodiments of the invention will now be described, by way of example only, with reference to the accompanying drawings.

The photodetector 1 shown in figure 1 is comprised of two ohmic contacts 3 and 5, one each side of a triple layered structure 7 of cadmium mercury telluride (CMT) materials. This structure 7 is comprised of a first layer 9 of n-type cadmium mercury telluride formed from a slice cut from a good quality single crystal. The upper two layers, layers 11 and 13 of p-type and n-type cadmium mercury telluride materials, respectively, have been prepared either by sputtering or epitaxial techniques [vapour phase epitaxy (VPE), liquid phase epitaxy (LPE), molecular beam epitaxy (MBE), or chemical vapour deposition (CVD)].

The outer n-type layers 9 and 13 provided have equal band gaps ~0.1 eV (see Figure 2) and are of a cadmium mercury telluride material that is suited to the detection of infrared radiation in the 8—12 $\mu$m band ($Cd_xHg_{1-x}Te$: x=0.20). Each layer 9 and 13 has a donor concentration of the order of $5\times10^4 cm^{-3}$. At an operational temperature circa 80°K (as for liquid nitrogen cooling), the intrinsic carrier concentration is typically $2.5\times10^{13} cm^{-3}$ and the minority carrier (hole) concentration is $1.2\times10^{12} cm^{-3}$. The uppermost n-type layer 13 is thin ($\leqslant 10\ \mu$m) as for a shallow junction photodiodie. This layer 13, the surface of which is exposed during operation to focussed infrared radiation, has as contact 3 one which is optically reflecting, that minimises minority carrier generation—recombination at the layer surface, and that provides a wide gap window. This contact 3, is one of compound structure and consists of a thin layer 15 of strongly doped n-type CMT of a slightly larger band gap (e.g. $n^+$-type CMT, and, x>0.20, 10 $\mu$m thick) to which simple ohmic metallic edge or ring contact 17 is made.

The sandwiched layer, the p-type layer 11, is of cadmium mercury telluride material of significantly larger band gap ~0.5 eV (i.e. it is of cadmium enriched material: x~0.45). It is doped p-type with the same or closely similar Fermi level (FL) above the valence band (VB) as in the n-type cladding layers 9 and 13. Since the valence band densities of states are similar (hole effective mass 0.55; insensitive to composition) the hole concentration is appreciably constant throughout the device. The interface between the upper n-type layer 13 and the sandwiched p-type layer 11 is a p-n junction without a depletion zone, i.e. there is no space charge layer at zero bias. The centre layer 11 is of thickness between 3—10 $\mu$m, a compromise between tunneling, conductivity, trapping and depletion under bias conditions.

In this structure (figure 1) electron current flow is blocked by an energy barrier (figure 2). This barrier is due to a heterostructure conduction band discontinuity. There is, however, no barrier at all to holes, carriers which are generated in the upper n-type layer 13 by photoconversion, an optical absorption process. The detector device 1 behaves as a photoconductor, as will now be discussed below.

Because of the relatively high electron concentration and high electron mobility in the n-type layers 9 and 13, the resistance of these layers is negligible compared with that of the centre lyer 11. Any external voltage applied to the device 1 appears across the centre region 11. Because of the absence of a barrier to holes, a hole current will flow, limited however by the restricted availability of holes relative to the high concentrations which would be provided by ohmic contact. Because no field can be established in the n-type layers 9 and 13, only diffusion currents flow there. Consider radiation incident from above the device 1 with the top

contact 3 (the emitter contact) biassed positively with respect to the other contact 5 (the collector contact). Holes will be generated in the emitter layer 13 and will disappear by recombination at the contact 3, or by recombination in the bulk of the emitter layer 13 or by transferring to the centre layer 11. Since the width of the emitter layer 13 is small compared with a diffusion length (~30 μm), bulk recombination processes can be ignored, at least to a first approximation. It can be shown that the concentration of optically generated holes is considerably larger than the concentration of thermally generated holes, so the latter concentration can also be ignored. The energy level diagram for this choice of bias is shown in figure 3(a).

On application of this bias, the generated carriers are swept across the centre layer 11. Holes are the majority carriers for this centre layer 11 and have an even longer bulk recombination lifetime in this lightly p-doped material than the typical lifetime (1—20 μsec) in n-CMT. Strictly, space charge controlled currents flow in this zone but it can be shown that for reasonable applied fields (1 volt across 10 μm, corresponding to $10^3$V/cm) and typical currents (corresponding to the flux from background radiation at 300K and f/2.5 field of view) the field does not vary excessively. As a result a simple description of current flow is obtained by solving the continuity equation at the first interface. In the collector layer, layer 9, the holes arrive by minority carrier injection at the forward biassed interface, and build up until the recombination rate by bulk processes, or at the contact 5, balances the rate supplied by the current.

The generation and distribution of minority carriers in the emitter layer 13 are very similar to the conditions prevailing in a reverse biassed shallow junction photodiode. The optical generation rate corresponding to the above quoted background conditions, with quantum efficiency 0.9, is for a thickness of 10 μm, $6.8\times10^{20}cm^{-3}sec^{-1}$. This is to be compared with a thermal generation rate of $\sim5\times10^{17}cm^{-3}sec^{-1}$, about $10^3$ times smaller. Accordingly the thermal generation rate can be ignored. The optically generated carriers diffuse to the top contact 3 which can be characterised by a surface recombination velocity $S_c$, to the interface with the centre layer which in this approximation appears as a surface with recombination velocity $\mu E$ where E is the field in the p-type layer and $\mu$ the hole mobility, or they recombine in the bulk.

For $\mu=300$ cm²/volts sec and $E=10^3$ volts/cm, $\mu E=3\times10^5$ cm/sec. The effective time constant for removal at the interface 13/11 is $3\times10^{-4}/\mu E=10^{-9}$ seconds ignoring diffusion effects. This is limited by the diffusion time to reach the surface, about $3\times10^{-8}$ seconds, a time still much shorter than the bulk recombination lifetime. If $S_c\ll3\times10^5$cm/sec then the majority of the carriers $\phi$ will be transferred to the p-type layer 11, in which case $j=\phi q$ and $J=pg\mu E$ gives the hole concentration p in the p-type layer 11.

Under the quoted conditions $p\sim1.1\times10^{13}cm^{-3}$ with a current density of 0.1A/cm². For comparison, the hole concentration in the undepleted p-type layer 11 is $\sim1.3\times10^{12}cm^{-3}$. In the high field of the centre layer 11 these thermally generated carriers are reduced to a negligible fraction of the signal current.

In the n-type collector layer 9 the concentration of carriers rises until the recombination cate balances the supply rate. The effect of the structure is to separate the region where carriers are generated from the region where they recombine.

There is a space charge phenomenon induced by the minority carrier injection into the collector layer 9. As the minority carrier concentration rises above the thermal equilibrium, the electron concentration also rises to maintain neutrality. In this low band gap material, which is dominated by Auger recombination, this will cause a reduction of the minority carrier lifetime. There is a converse effect in the emitter layer 13 induced by the extraction field, but counterbalanced by the generation of excess holes by the incident radiation. In order to significantly reduce the recombination life-time, the excess hole concentration must approach the thermal equilibrium electron concentration $\sim5\times10^{14}cm^{-3}$, depending on the doping.

A leakage current under zero illumination is also obtained. For the conditions given the leakage current is $\sim3\times10^{-3}$amps/cm² corresponding to a value of RoA~26 ohm cm². This high resistance value stems from the fact that there is no minority electron leakage. For a planar device 50 μm square, with area $2.5\times10^{-5}$cm² the saturation leakage current is $7.5\times10^{-8}$amps, compared to the background induced current of $2.5\times10^{-6}$amps. (The leakage current can be compared with the standing current of a photoconductor of the same light gathering area, but driven longitudinally, $\sim5\times10^{-3}$amps).

The noise in this device 1 is essentially the fluctuation noise of background radiation.

The capacitance of this device 1 is very low, ~0.02 pF for the 50 μm square planar device. Encapsulated structures therefore will have a capacitance which is limited by packaging and configuration rather than by fundamental device properties.

This device has a number of characteristics common to both photoconductors and photodiodes, but lacks some of the most serious drawbacks of those devices. It has zero output at zero bias with the negligible tunnelling associated with a photoconductor, and yet has a zero signal leakage current typical of the very best heterojunctions, in which minority carriers from only one side participate in leakage. In addition the capacitance is very low, a value typical of a p-i-n diode structure, and the space charge generation-recombination is low. Consequently it has application to many of the circuits devised for

diodes, though in the symmetric version described above, bias has to be supplied.

The photodetector 1 described above thus performs as a high impedance photoconductive detector when the collector contact 5 is biassed negative with respect to the emitter contact 3. [Figure 3(a)]. This photodetector 1 may also be operated using constant AC or modulated AC bias. For these modes of operation the device behaves as a non-linear detector, i.e. a detector whose responsivity depends on bias direction. During the AC cycle, whilst the upper p-n junction 11—13 is reversed biassed, as shown in figure 3(a), the detector 1 behaves as described above, and a photocurrent flows in the collector circuit. However, at other times during the AC cycle, during which the upper p-n junction 11—13 is forward biassed, the minority carriers generated in the upper n-type layer 13 under illumination are attracted to the emitter contact 3, as shown in figure 3(b). The output developed from the heterostructure device is thus now merely leakage current due to minority carrier generation in the collector layer 9. No appreciable number of minority carriers, however, is generated optically in the collector layer. Infrared radiation in the 8—14 $\mu$m band is absorbed in the upper photosensitive layer 13; little if any can penetrate the device 1 to reach the collector layer 9. In terms of the photosignal the responsivity ratio is therefore extremely high, largely limited to the photoconductive signal developed in the emitter layer itself, and this can be disregarded as the field in the emitter layer is negligibly small, and because so little radiation penetrates beyond the emitter layer 13.

The photodetector 1 may thus be incorporated with an AC bias circuit. Useful photosignal can then be extracted by following the collector contact 5 with an integrating circuit. Because the device is non-linear under illumination conditions, the time averaged AC signal will produce a finite measurable component dependent upon illumination intensity. However, in the absence of incident radiation, the current voltage characteristic of this detector 1 is reasonably linear. Thus application of AC bias followed by integration ensures that the output signal in the absence of radiation is exactly zero. This mode of bias thus avoids any problem of bias pedestal, even though this is in any case smaller than that for conventional photoconductive detectors in view of the unusually large impedance that is a characteristic of this device.

As alternative to the use of an integrator in the AC biassed circuit described above, the collector circuit could include instead a harmonic frequency filter. The device 1 as described is non-linear and thus generates measurable harmonics under illumination.

Instead of constant AC bias, modulated AC bias can be used and the resultant signal demodulated to produce desired signal. The modulation waveform would in this case be chosen so that the signal can be extracted at a frequency above the system 1/f noise knee frequency. Alternatively, the AC bias could be coded and the output decoded to eliminate noise.

The detector 1 described above is a three-layer structure of CMT materials. The centre layer 11, however, could instead be of different material—for example p-type cadmium telluride. The essential requirements for this choice of different material being that it is one of wide band gap characteristic, and offers little valance band distortion across each p-n interface 11—13 and 11—9. In the case of cadmium telluride, a suitable choice is low carrier concentration (compensated) p-type material with the same or very similar depth of Fermi level about the valence band as in the n-type CMT cladding layers 9 and 13. The Fermi level in this cadmium telluride layer 11 would be pinned by an acceptor donor such as silver Ag (Ea~0.114 eV) or a combination of acceptors. Since the valence band densities of states are similar for the choices of CMT/CdTe materials, the hole concentration is effectively constant throughout the structure 7. Because of this alignment of Fermi levels and application of the common anion rule (this applies to the CMT/CdTe common anion tellurium system) the valence band is level and undistorted throughout the structure 7. Small discrepancies are reduced by inevitable compositional grading.

Similar effects may be expected in other systems obeying the common-anion rule. The most obvious examples are the gallium arsenide-gallium aluminium arsenide (GaAs-GaAlAs) and indium arsenide-indium gallium arsenide (InAs-InGaAs) systems.

A CMT/CdTe photodetector 21 of modified configuration is shown in figure 4. It is in the form of an elongate strip filament 23 of n-type cadmium mercury telluride material passivated by layers 25 and 27, of intrinsic cadmium telluride material, one adjacent to each surface top and bottom of the CMT filament 23. At one end of this filament 23 a read-out contact structure 29 is provided. This structure 29 together with the filament 23 of n-type CMT has the form of a triple layer structure similar to that described above.

Here a p-type barrier region 3 is formed by modifying a part of the upper passivation layer 25 of cadmium telluride by dopant implantation/diffuser. Above this barrier region 31 a collector region 33, also of n-type CMT, and, an ohmic compound contact 35 are provided. This detector 21 may be used as an integrating focal plane photoconcutive detector in an optically scanned system, for example in a system such as is described in UK Patent No. 1,488,258. In such a system radiation is focussed onto the strip filament 23 and is scanned along the length of the filament towards the read-out contact 29 at a velocity that is matched to the drift velocity of ambipolar photocarriers driven under DC bias applied to the filament. These ambipolar carriers result from photoconversion and their density increases in spatial correspondence with the image. Minority carriers, components of the

ambipolar photocurrent, are extracted at the read-out contact. A read-out signal is thus provided, a signal that in time follows the spatial intensity variations of the scanned image of a thermal scene.

It is also possible to substitute alternative material for the collector layer 33. It could be of low gap p-type material (thus making a $p^+$-p-n structure—see the energy diagram figure 5(b)—or it could be an ohmic contact—see the energy diagram figure 5(a). A high work function metal is used for the ohmic contact. Such contacts are difficult to prepare however, so the heavily doped semiconductor of figure 5(b) is more favoured. This semiconductor could be of cadmium telluride, zero-gap CMT, or even mercury telluride.

An alternative n-p-n structure 41 is shown in figure 6. This is a device of a lateral structure in which the n-type emitter and collector regions are formed from a single epitaxial layer disposed on one surface only of a substrate layer 43 of p-type wide band gap material. These regions are formed as stripes 45 which are delineated by etchant. Those at each end of the device 41 are provided with ohmic contacts 47 and 49. Though the electric field distribution in this device 41 is somewhat complex, the principle of operation is basically unchanged. High field regions exist only between the photosensitive stripes 45 of n-type CMT. The base layer 43 is either self-supporting, or in the more usual case is bonded onto a supporting insulating substrate—e.g. a substrate 51 of sapphire as shown. In each case there is a significant refractive index mismatch at the lower surface/interface for this base layer 43. Thus radiation passing through the gaps in the photosensitive n-type CMT layer will be reflected and in the main part will be absorbed in the photosensitive region 45 following reflection. The physical size of the stripes 45 and the spacing between them must be kept small because a proportion of the bias field lines between the stripes take a relatively long route. The minority carrier transport in the n-layer stripes 45 is essentially due to diffusion, so the hole minority carriers do not emerge solely from the corners of the stripes.

The detector having the structure shown in figure 1 may be readily adapted for "two-colour" detectors application. In this case the top layer 13 is of relatively high band gap material, a material having a band gap that is intermediate to the band gaps of the lower two layers 11 and 9. Consider, to illustrate this application, a detector responsive to radiation in the 3—5 $\mu$m and 8—14 $\mu$m bands. For this the top layer is formed of n-type CMT material suited to detection of radiation in the 3—5 $\mu$m band (x=0.28), and the bottom layer is formed of n-type CMT material suited to detection of radiation in the 8—14 $\mu$m band (x=0.2). The Fermi level is graded in the centre layer 11 to accommodate the different levels in the two cladding layers 9 and 13. A small standing bias (equal to the difference in work functions) has then been applied to reach the neutral situation shown in the energy diagram—figure 7. In forward bias (drift from surface towards interior, left to right of figure 7) only 3—5 $\mu$m radiation will be detected, because of the asymmetry. Radiation at energy less than the window energy passes through the structure 7 to the lower energy gap material, layer 9. Though this will generate photocarriers, for this direction of bias, since the field across the collector layer is inappreciable, the response to 8—14 $\mu$m band radiation is negligible. The signal corresponds to 3—5 $\mu$m band absorption in the top layer 13. When, however, the bias direction is reversed, the signal due to 3—5 $\mu$m band absorption is negligible. In this case photocarriers generated in the lower layer 9 by photoconversion of the 8—14 $\mu$m band, are driven across the drift zone provided by the centre layer 11, and generate signal. Detector responsivity to 3—5 $\mu$m band radiation and to 8—14 $\mu$m band radiation can thus be switched by changing the direction of DC bias. Alternatively, the detector may be AC biassed in which case output selection for each band is by phase; the signal is sensed by a gated amplifier.

A detector similar to that shown in figure 1 could also be used as an upconverter. An upconverting effect arises provided the radiative efficiency of recombination in the collector is high. The band gap of the collector is here chosen high enough so that emitted radiation can be received either directly or by a near-infrared vidicon camera.

An inverted device with respect to n- and p-type materials is feasible, although it would demand greater control of the heterostructure interfaces. Because of the heterostructure discontinuity in the band structure, which would have to be graded out during layer growth, there is an extended zone with practically indeterminate carrier recombination properties. However, the high carrier mobility would place less restrictions on device operating voltages. The emitter interface field can be very low and yet still provide the high drift velocity necessary for high emitter efficiency. The doping concentrations of p-type material generally available are $>1\times10^{16}cm^{-3}$ so that minority (electron) concentration in the emitter is extremely small. Although the lifetime is very short, the high diffusion constant ensures that the diffusion length is, as above, a few tens of microns. The high generation rate of minority carriers however means that background limited performance (BLIP) would be difficult to achieve.

**Claims**

What I claim is:—

1. An infrared detector comprising:—
an emitter region formed of material photosensitive to infrared radiation;
a collector region;
a pair of contacts, one an emitter contact, the other a collector contact; and,
a barrier region, adjacent both to the emitter region and the collector region, formed of

material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of majority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

2. A detector as claimed in claim 1, wherein the emitter and collector regions are disposed on opposite side of the barrier region.

3. A detector, as claimed in claim 2, wherein the emitter region is in the form of a strip of material photosensitive to infrared radiation, this strip having two bias contacts, one the emitter contact aforementioned, the other an additional contact; the barrier region, collector region and collector contact together providing a read-out structure located between the two bias contacts at a position remote from the additional contact.

4. A detector, as claimed in claim 2, wherein the emitter and collector regions are of the same band-gap material.

5. A detector, as claimed in claim 2, wherein the emitter and collector regions are of different band-gap materials of the same majority carrier type, one material being photosensitive to radiation of one wavelength band, the other material being photosensitive to radiation of another wavelength band of the infrared spectrum.

6. A detector, as claimed in claim 1, wherein the emitter region and the collector region are adjacent to the same side of the barrier region.

7. A detector, as claimed in claim 6, wherein the emitter region and collector region are formed from a single layer of material.

8. A detector, as claimed in claim 6, including at least one emitter-collector region, intermediate the emitter region and the collector region aforesaid, each such emitter-collector region being formed from the same single layer.

9. A detector, as claimed in any one of the preceding claims, wherein the emitter region is of ternary alloy material, one of the infrared photosensitive ternary alloys cadmium mercury telluride, indium gallium arsenide, or gallium aluminium arsenide.

10. A detector, as claimed in claim 9, wherein the barrier region is also of ternary alloy material, an alloy including the same constituent elements but in different proportion.

11. A detector, as claimed in claim 9, wherein the barrier region is of binary alloy material, the ternary and binary alloys having a common anion constituent, the binary alloy material being one of the alloys cadmium telluride, indium arsenide, or gallium arsenide, respectively.

12. A detector, as claimed in any one of the preceding claims, wherein the emitter region and the barrier region are of n-type and p-type doped extrinsic materials, respectively.

13. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, the emitter region and collector region materials being of the same majority carrier type.

14. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, wherein the collector region and collector contact are formed of a single layer of high work-function metal.

15. A detector, as claimed in any one of the preceding claims, 1 to 3, or 9 to 12, wherein the collector region is of heavily doped semiconductor material of the opposite majority carrier type to that of the emitter region material.

16. An infrared detector constructed, arranged and adapted to perform substantially as described hereinbefore with reference to and as shown in the accompanying drawings.

17. Apparatus including a detector as claimed in any one of the preceding claims together with a source of alternating voltage bias connected between the emitter contact and collector contact, and a signal current detector responsive to collector current generated by the detector.

18. Apparatus including a detector as claimed in claim 5, a voltage source connected between the emitter contact and collector contact, a switch for changing the polarity of the source voltage, and a signal current detector responsive to collector current generated by the detector.

19. Apparatus including a detector, as claimed in claim 5, a source of alternating voltage bias connected between the emitter contact and collector contact; and, a phase-sensitive detector for separating signals developed during the positive and negative half-cycles, respectively, of the alternating bias.

Printed for Her Majesty's Stationery Office by the Courier Press, Leamington Spa, 1984. Published by the Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| Filed as Small Entity | |
| **Filing Fees for Utility under 35 USC 111(a)** | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 70 | 70 |
| UTILITY SEARCH FEE | 2111 | 1 | 300 | 300 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 360 | 360 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **730** |

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 30108097 |
| **Application Number:** | 15679487 |
| **International Application Number:** | |
| **Confirmation Number:** | 2181 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP6-Maimon |
| **Receipt Date:** | 17-AUG-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 14:05:15 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $730 |
| RAM confirmation Number | 081817INTEFSW14062300 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 1-1407CP6-ADS-aSia.pdf | 1819226<br>0dfa1c920d8e0a16d78bb89abae2c47d84930028 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | | 2-1407CP6_Specs2.pdf | 205302<br>d5417f2d477db7e03d3e1141fd85d564e93d60e0 | yes | 30 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Specification | 1 | 29 |
| Abstract | 30 | 30 |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-only black and white line drawings | 3-1407_CP6_drawings.pdf | 6269939<br>c2a4faabbf7bcec7278cd108922550cc1bf6d5c6 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Oath or Declaration filed | 4-1407CP6-Declaration.pdf | 157779<br>c418f57b5265b5db322229bf9cfe15b80a760d78 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Information Disclosure Statement (IDS) Form (SB08) | 5-1407CP6-IDS1.pdf | 613449<br>e2137e1d715a0640667745d202519d3db2e23bb1 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | Non Patent Literature | Elizabeth_Et_al-pix.pdf | 7077372<br>c83466f4438154e74b3bb6d30b60ef25e1ff1c3e | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Foreign Reference | GB2127619A.pdf | 704689<br>eb295cc31b8cff47daf0a4dfd1e21d3d614c8745 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Non Patent Literature | nbn_paper_Shimon.pdf | 436628<br>14d866bc85e5407370d8359c9db6ada1795c6317 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Fee Worksheet (SB06) | fee-info.pdf | 34908<br>b40104739977d5089c07fc95cd0efda1e5339768 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 17319292 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1 — Remove

**Legal Name**

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ● US Residency ○ Non US Residency ○ Active US Military Service

| **City** | Rochester | **State/Province** | NY | **Country of Residence** | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 136 Willshire Road | | |
| **Address 2** | | | |
| **City** | Rochester | **State/Province** | NY |
| **Postal Code** | 14618 | **Country** | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. — Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | |
|---|---|
| **Customer Number** | 23521 |
| **Email Address** | shalom@saltamar.com — Add Email — Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
| **Attorney Docket Number** | 1407CP6-Maimon | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 13 | **Suggested Figure for Publication (if any)** | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | 14822433 | 2015-08-10 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13694883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | Remove |
|---|---|---|

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13694883 | Continuation in part of | 13622981 | 2012-09-19 |
| Prior Application Status | Abandoned | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| 13622981 | Continuation of | 13033211 | 2012-02-23 |
| Prior Application Status | Patented | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 13033211 | Continuation of | 12/656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12/656739 | Division of | 11/276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

**Applicant** 1

Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP6-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. [Add]

## Signature:

[Remove]

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2017-08-15 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |

Additional Signature may be generated within this form by selecting the Add button. [Add]

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**[0001]** This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, and US patent application No. 14/822,433.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and are in particulary wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $\mathrm{I_{srh}}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q \frac{n_i}{\tau_{SRH}} W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1μsec in low doped material $(\sim 10^{16} cm^{-3})$. The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ $(n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT}))$, because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{\mathrm{n_i^2}}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in

equilibrium and it equal to ${n_i^2}/{N_d}$. The activation energy of the diffusion current is $E_g$, $(n_i{}^2 \sim \exp(-\frac{E_g}{kT}))$ as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** US Patent No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

**[0009]** Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

**[0010]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## Summary of the invention

**[0011]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a

thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0012]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0013]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0014]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the

first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0015]** In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

**[0016]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0017]** However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

**[0018]** Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

**[0019]** In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

**[0020]** In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

**[0021]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0023]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0025]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0026]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0027]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0028]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0029]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0030]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0031]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0032]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact

layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0033]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0034]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0035]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0036]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0037]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0038]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0039]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0040]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0041]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0042]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0043]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0044]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0045]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0046]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0047]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0048]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0049]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0050]** FIG. 10A illustrates a mother board joined to FPA.

**[0051]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0052]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0053]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

**[0054]** Fig. 13A depicts simplified energy band diagram in an undoped barrier layer. Fig. 13B depicts a simplified energy band diagram of an N-type doped barrier layer. Fig. 13C depicts a simplified energy band diagram of a P-type doped barrier.

## Detailed Description

**[0055]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0056]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0057]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0058]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out

in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0059]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0060]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

**[0061]** Fig. 13A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and

exhibiting energy band diagram approximated by Fig. 13A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

**[0062]** Fig. 13B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

**[0063]** Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

**[0064]** It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically

couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

**[0065]** In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

**[0066]** An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

**[0067]** The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

**[0068]** Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

**[0069]** Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivlance. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

**[0070]** Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requiremnts.

**[0071]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50.**

**[0072]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**.

Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0073]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0074]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0075]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second

contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0076]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0077]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0078]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0079]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40**,** represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110

is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0080]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0081]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0082]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band

levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0083]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0084]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0085]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0086]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0087]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0088]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0089]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0090]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0091]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is

further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0092]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0093]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0094]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0095]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0096]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0097]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic

componentary **604**, where it is converted from infra-red light to a electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0098]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refiguration of the FPA.

**[0099]**

**[00100]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used*.

**[00101]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[00102]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[00103]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[00104]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116**-**1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108 contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[00105]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[00106]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention, disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[00107]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[00108]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[00109]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[00110]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[00111]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[00112]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[00113]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[00114]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[00115]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and

modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

**What is claimed is:**

1. A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

2. A photodetector as claimed in claim 1 wherein the charge carrier compensated barrier layer is being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer,
3. A photodetector as claimed in claim 2, wherein the contact layer comprises a P-type semiconductor material.
4. A photodetector as claimed in claim 1 wherein the barrier layer comprises a compound containing aluminum.
5. A photodetector as claimed in claim 1 wherein the doping impurities introduced into the barrier layer comprise beryllium.
6. A photodetector as claimed in claim 1 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.
7. A focal plan array comprising a plurality of photodetectors as claimed in claim 1.
8. A photodetector comprising:

   a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

   a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

   a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

9. A photodetector as claimed in claim 8 wherein the barrier layer comprises a compound containing aluminum.

10. A photodetector as claimed in claim 8 wherein the doping impurities introduced into the barrier layer comprise beryllium.

11. A photodetector as claimed in claim 8 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

12. A focal plan array comprising a plurality of photodetectors as claimed in claim 8.

13. A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

14. A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer comprise beryllium.

15. A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

16. A focal plan array comprising a plurality of photodetectors as claimed in claim 13.

**Abstract**

A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, the barrier layer disposed between the photoabsorber and contact layers. The relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art

5/13




Figure 6 - Prior Art




Figure 7 - Prior Art




Figure 8

Figure 9









Fig. 10B

Figure 11





Fig. 11A



Fig. 11C

12/13

Figure 12






Fig. 13A




Fig. 13B




Fig. 13C

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☒ The attached application, or

☐ United States application or PCT international application number ______________________

filed on ______________________________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Shimon Maimon Date (Optional) : 08/17/2017

Signature: /Shimon Maimon/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 15679487 Document Date: 08/17/2017

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Drawings – Other than Black and White Line Drawings

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM. and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions below.

At the time of document entry (noted above):

- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://Score.uspto.gov/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: September 30, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 10/04/2022 | 11462657 | 1407CON8-Maimon | 9446 |

23521 7590 09/14/2022

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s) (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Shimon Maimon, Rochester, NY;

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 06/01/2022

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 09/01/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 257-188000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Shalom Wertsberger
2 Saltamar Innovations
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: X Issue Fee ❑ Publication Fee (if required) ❑ Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

X Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

X The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 501392

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Shalom Wertsberger/ Date August 28, 2022

Typed or printed name Shalom Wertsberger Registration No. 43,359



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17181669 |
| **Filing Date:** | 22-Feb-2021 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CON8-Maimon |

Filed as Large Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 1501 | 1 | 1200 | 1200 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1200** |

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 46500950 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 28-AUG-2022 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 00:13:56 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1200 |
| RAM confirmation Number | E20228R114571819 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 1407CON8_IssueFeePayment.pdf | 1232055<br>a69817d4380d92a69a79c59e0e31822717985697 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 37750<br>75cb2e0142258df474bdab02ba123b57600993c8 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1269805 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23521 7590 06/01/2022

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 06/01/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 09/01/2022 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**



PTOL-85 (Rev. 02/11)

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 06/01/2022
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 09/01/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 257-188000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________________

2 ____________________

3 ____________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑Issue Fee ❑Publication Fee (if required) ❑Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. ________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ______________________ Date ______________________

Typed or printed name ______________________ Registration No. ______________________



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

23521 7590 06/01/2022

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 06/01/2022

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.



PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No.<br>17/181,669 | Applicant(s)<br>Maimon, Shimon | |
|---|---|---|---|
| | Examiner<br>MARK R GAWORECKI | Art Unit<br>2884 | AIA (FITF) Status<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to the communication filed 20 May 2022.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-2 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

**DETAILED ACTION**

***Notice of Pre-AIA or AIA Status***

1. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

***Response to Amendment***

2. The amendment filed on 20 May 2022 has been accepted and entered.

***Drawings***

3. The replacement drawings were received on 13 May 2022. These drawings are accepted and entered.

***Allowable Subject Matter***

4. Claims 1 and 2 are allowed.

5. The following is an examiner's statement of reasons for allowance:

Klipstein (WO 2005/004243 A1, previously cited) discloses a photo-detector (abstract) comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy (13, page 17, section 2.), a barrier layer exhibiting a thickness (12, Fig. 4b), a first side of said barrier layer adjacent a first side of said photoabsorbing layer (top of photoabsorbing layer 13 is adjacent to the bottom of barrier layer 12, Fig. 4b). Klipstein discloses that the barrier layer prevents inter-band tunneling of electrons from the valence band of the p-type layer to the conduction band of the photo-absorbing layer (page 17, second full paragraph).

With respect to claims 1 and 2, Klipstein does not disclose that the barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer. Klipstein also does not disclose that the contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein the photo absorbing layer extends past at least two individual sections of the contact layer. Klipstein discloses stacking the detectors (page 32, first and second paragraphs), but does not specify the photo absorbing layer extending past at least two individual sections of the contact layer.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should

preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

***Conclusion***

6. Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARK R GAWORECKI whose telephone number is (571)272-8540. The examiner can normally be reached Monday-Friday 8 AM-6 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, DAVID MAKIYA can be reached on 571-272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about

filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884
25 May 2022

| *Issue Classification* | Application/Control No. 17/181,669 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| CPC | | | | | | |
|---|---|---|---|---|---|---|
| Symbol | | | | | Type | Version |
| H01L | / | 31 | / | 1832 | F | 2013-01-01 |
| H01L | / | 31 | / | 101 | I | 2013-01-01 |
| H01L | / | 31 | / | 1844 | I | 2013-01-01 |
| B82Y | / | 20 | / | 00 | I | 2013-01-01 |
| H01L | / | 31 | / | 035236 | I | 2013-01-01 |
| H01L | / | 31 | / | 03046 | I | 2013-01-01 |
| H01L | / | 31 | / | 02966 | I | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| G01J | / | 5 | / | 20 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| Y02E | / | 10 | / | 544 | A | 2013-01-01 |
| H01L | / | 23 | / | 38 | A | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| G01J | / | 2005 | / | 0077 | A | 2013-01-01 |

| CPC Combination Sets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Symbol | | | | | Type | Set | Ranking | Version |
| | / | | / | | | | | |

| | | |
|---|---|---|
| NONE<br><br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>2 | |
| /MARK R GAWORECKI/ 25 May 2022<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office — Part of Paper No.: 20220525



SM000022157

| Issue Classification | Application/Control No.<br>17/181,669 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon |
|---|---|---|
| | Examiner<br>MARK R GAWORECKI | Art Unit<br>2884 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| | | | | |
|---|---|---|---|---|
| H01L | / | 31 | / | 18 |
| H01L | / | 31 | / | 10 |
| H01L | / | 31 | / | 0352 |
| H01L | / | 31 | / | 0304 |
| H01L | / | 31 | / | 0296 |
| H01L | / | 27 | / | 146 |
| B82Y | / | 20 | / | 00 |
| G01J | / | 5 | / | 06 |
| G01J | / | 5 | / | 20 |

**NON-CLAIMED**

| | | | | |
|---|---|---|---|---|
| | / | | / | |

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| | |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | |
|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>2 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) 25 May 2022 (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20220525

| *Issue Classification* | Application/Control No.<br>17/181,669 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon |
|---|---|---|
| | Examiner<br>MARK R GAWORECKI | Art Unit<br>2884 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | | | | | | | |
| 2 | 2 | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>2 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 25 May 2022<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20220525

| Search Notes | Application/Control No. 17/181,669 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B82Y 20/00 | 03/21/2022 | MG |
| G01J 5/20, 2005/007 | 03/21/2022 | MG |
| H01L 23/38, 27/14669, 31/03046, 02966, 035236, 101, 1832, 1844, 2924/0002 | 03/21/2022 | MG |
| Y02E 10/544 | 03/21/2022 | MG |
| Above updated | 05/25/2022 | MG |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/181,669 | Maimon, Shimon |
| | Examiner | Art Unit |
| | MARK R GAWORECKI | 2884 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| B82Y 20/00 | 03/21/2022 | MG |
| G01J 5/20, 2005/007 | 03/21/2022 | MG |
| H01L 23/38, 27/14669, 31/03046, 02966, 035236, 101, 1832, 1844, 2924/0002 | 03/21/2022 | MG |
| Y02E 10/544 | 03/21/2022 | MG |
| Classification text narrowed: dark near3 current, dop$3 near3 semiconductor, valence with band with energy, photodetect$3 photo $1detect$3, majority near3 carrier$1 | 03/21/2022 | MG |
| Reviewed search for parent applications | 03/21/2022 | MG |
| Inventor/assignee search (SEARCH) | 03/21/2022 | MG |
| SEARCH history attached | 03/21/2022 | MG |
| Updated SEARCH history attached | 05/25/2022 | MG |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| B82Y | 20/00 | 03/21/2022 | MG |
| G01J | 5/20, 2005/007 | 03/21/2022 | MG |
| H01L | 23/38, 27/14669, 31/03046, 02966, 035236, 101, 1832, 1844, 2924/0002 | 03/21/2022 | MG |
| Y02E | 10/544 | 03/21/2022 | MG |
| PGPUB-Text | See SEARCH history attachment | 03/21/2022 | MG |
| Above | updated | 05/25/2022 | MG |

| | |
|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 | |

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 79284 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L2 | 4137 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L3 | 8504 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L4 | 12816 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L5 | 3763 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L6 | 1541 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L7 | 5379 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L8 | 1900 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L9 | 5611 | h01l31/035236.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |
| L10 | 4860 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L11 | 1918 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |
| L12 | 3980 | h01l31/1844.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |
| L13 | 441261 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:30 AM |
| L14 | 16885 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:30 AM |
| L15 | 41 | (maimon WITH shimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:37 AM |
| L16 | 435477 | (photodetect$3 photo$1detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:43 AM |
| L17 | 39229 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:44 AM |
| L18 | 63423 | (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:45 AM |
| L19 | 3522 | 16 AND 17 AND 18 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:45 AM |
| L20 | 2031 | (block$3 prevent$3) WITH (majority near3 carrier) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:46 AM |
| L21 | 219 | 19 AND 20 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:46 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L22 | 570156 | L1 L2 L3 L4 L5 L6 L7 L8 L9 L10 L11 L12 L13 L14 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:47 AM |
| L23 | 4837 | 22 AND (dark near3 current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:54 AM |
| L24 | 21919 | 22 AND (dop$3 near3 semiconductor) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 12:00 PM |
| L25 | 6327 | 22 AND (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:43 PM |
| L26 | 4858 | 22 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:43 PM |
| L27 | 32 | ("20020070389" OR "20060267007" OR "20070235758" OR "20100155777" OR "20120105646" OR "20130153769" OR "4652335" OR "4679063" OR "4682196" OR "4731640" OR "5047622" OR "5177364" OR "5272535" OR "5459332" OR "5563423" OR "5844253" OR "5966945" OR "6380604" OR "6531721" OR "6740908" OR "6965152" OR "7157706" OR "7180066" OR "7385704" OR "7470904" OR "7521737" OR "7531440" OR "7687871" OR "7795640" OR "8003434" OR "8674406" OR | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 01:44 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "9117726").pn. | | | | | |
| L28 | 13015 | 22 AND (photodetect$3 photo$1detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:48 PM |
| L29 | 4299 | 26 AND 25 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:48 PM |
| L30 | 649 | 23 AND 29 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:48 PM |
| L31 | 2751 | 22 AND (majority near3 carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:49 PM |
| L32 | 571 | 31 AND 23 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:49 PM |
| L33 | 584 | 31 AND 29 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:49 PM |
| L34 | 303 | 33 AND barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:56 PM |
| L35 | 4 | wo-2005004243-$.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:03 PM |
| L36 | 7414 | (photo$2absorb$3 photo$1 near2 absorb$3) WITH layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L37 | 1183283 | barrier WITH layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L38 | 64554 | valence ADJ band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; | OR | ON | ON | 2022/03/21 02:24 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB) | | | | |
| L39 | 3496 | conducting ADJ band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L40 | 441 | 38 AND 39 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L41 | 31 | 40 AND 36 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L42 | 135 | 40 AND 37 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L43 | 30 | 41 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:25 PM |
| L44 | 8856 | (valence WITH band) SAME absorb$4 SAME conduction | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:18 PM |
| L45 | 3933 | (tunnel$4 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:20 PM |
| L46 | 73545 | semiconductor SAME (photodetect$3 photo$1detect$3 photo ADJ detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:25 PM |
| L47 | 6257 | (flow$3 tunnel$4) WITH (majority WITH carrier) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:57 PM |
| L48 | 173 | 44 AND 47 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:57 PM |
| L49 | 2590 | (conduction WITH energ$3 WITH offset$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, | OR | ON | ON | 2022/03/21 03:57 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L50 | 147 | 49 AND 46 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:58 PM |
| L51 | 85 | 49 AND 36 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:58 PM |
| L52 | 80402 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L53 | 4167 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L54 | 8627 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L55 | 13308 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L56 | 3821 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L57 | 1567 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L58 | 5496 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L59 | 1940 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L60 | 5675 | h01l31/035236.cpc. | (US-PGPUB; USPAT; | OR | ON | ON | 2022/05/25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 09:44 AM |
| L61 | 4934 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L62 | 1943 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L63 | 4058 | h01l31/1844.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L64 | 441985 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L65 | 17182 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L66 | 41 | (maimon WITH shimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L67 | 440649 | (photodetect$3 photo$1detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L68 | 39951 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L69 | 64470 | (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L70 | 3571 | 16 AND 17 AND 18 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L71 | 2061 | (block$3 prevent$3) WITH (majority near3 carrier) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L72 | 222 | 19 AND 20 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L73 | 573043 | L1 L2 L3 L4 L5 L6 L7 L8 L9 L10 L11 L12 L13 L14 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L74 | 4938 | 22 AND (dark near3 current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L75 | 22033 | 22 AND (dop$3 near3 semiconductor) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L76 | 6419 | 22 AND (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L77 | 4931 | 22 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L78 | 32 | ("20020070389" OR "20060267007" OR "20070235758" OR "20100155777" OR "20120105646" OR "20130153769" OR "4652335" OR "4679063" OR "4682196" OR "4731640" OR "5047622" OR "5177364" OR "5272535" OR "5459332" OR "5563423" OR "5844253" OR "5966945" OR "6380604" OR "6531721" OR "6740908" OR "6965152" OR | (US-PGPUB; USPAT) | OR | ON | ON | 2022/05/25 09:44 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "7157706" OR "7180066" OR "7385704" OR "7470904" OR "7521737" OR "7531440" OR "7687871" OR "7795640" OR "8003434" OR "8674406" OR "9117726").pn. | | | | | |
| L79 | 13191 | 22 AND (photodetect$3 photo$1detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L80 | 4362 | 26 AND 25 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L81 | 657 | 23 AND 29 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L82 | 2777 | 22 AND (majority near3 carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L83 | 575 | 31 AND 23 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L84 | 588 | 31 AND 29 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L85 | 306 | 33 AND barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L86 | 4 | wo-2005004243-$.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L87 | 7577 | (photo$2absorb$3 photo$1 near2 absorb$3) WITH layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; | OR | ON | ON | 2022/05/25 09:44 AM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | IBM_TDB) | | | | | |
| L88 | 1204159 | barrier WITH layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L89 | 65917 | valence ADJ band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L90 | 3517 | conducting ADJ band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L91 | 442 | 38 AND 39 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L92 | 31 | 40 AND 36 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L93 | 135 | 40 AND 37 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L94 | 30 | 41 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L95 | 9038 | (valence WITH band) SAME absorb$4 SAME conduction | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L96 | 3996 | (tunnel$4 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L97 | 74515 | semiconductor SAME (photodetect$3 photo$1detect$3 photo ADJ detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L98 | 6318 | (flow$3 tunnel$4) WITH (majority WITH carrier) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; | OR | ON | ON | 2022/05/25 09:44 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB) | | | | |
| L99 | 175 | 44 AND 47 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L100 | 2630 | (conduction WITH energ$3 WITH offset$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L101 | 152 | 49 AND 46 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |
| L102 | 84 | 49 AND 36 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/25 09:44 AM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N1 | 19751 | b82y20/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N2 | 824 | g01j5/061.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N3 | 1841 | g01j5/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N4 | 2554 | g01j2005/0077.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N5 | 928 | h01l23/38.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N6 | 389 | h01l27/14669.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N7 | 1474 | h01l31/03046.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N8 | 1555 | h01l31/035236.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N9 | 1116 | h01l31/101.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N10 | 400 | h01l31/1832.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N11 | 1016 | h01l31/1844.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N12 | 109216 | h01l2924/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N13 | 4036 | y02e10/544.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 03:53 PM |
| N14 | 45514 | (photodetect$3 photo$1detect$3).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N15 | 50690 | (doped WITH semiconductor).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:54 PM |
| N16 | 2438 | (valence WITH band).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:54 PM |
| N17 | 1794 | (conducting WITH band).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:54 PM |
| N18 | 120 | (photo$1absorb$3 WITH layer).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:54 PM |
| N19 | 64 | (tunnel$3 WITH majority WITH carrier$1).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:55 PM |
| N20 | 8057 | (barrier WITH tunnel$3).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:55 PM |
| N21 | 139333 | N1 N2 N3 N4 N5 N6 N7 N8 N9 N10 N11 N12 N13 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N22 | 799 | 14 AND 15 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N23 | 25 | 14 AND 16 AND 17 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N24 | 10 | 14 AND 19 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N25 | 20 | 15 AND 19 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD** Substitute for Form PTO-875 | Application or Docket Number 17/181,669 | Filing Date 02/22/2021 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☑ LARGE ☐ SMALL ☐ MICRO

**APPLICATION AS FILED - PART I**

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | | RATE ($) | FEE ($) |
|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | | x $100 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | | x $480 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | |

**APPLICATION AS AMENDED - PART II**

| AMENDMENT | 05/20/2022 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 2 | Minus | ** 20 | = 0 | | x $100 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | | x $480 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /ANGELA S WHITE/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

23521 7590 05/20/2022

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/20/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

| *Notice of Non-Compliant Amendment (37 CFR 1.121)* | **Application No.** 17/181,669 | **Applicant(s)** Maimon, Shimon |
|---|---|---|
| | **Art Unit** OED2 | **AIA (FITF) Status** Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

The amendment document filed on 05/13/2022 is considered non-compliant because it has failed to meet the requirements of 37 CFR 1.121 or 1.4. In order for the amendment document to be compliant, correction of the following item(s) is required.

THE FOLLOWING MARKED (X) ITEM(S) CAUSE THE AMENDMENT DOCUMENT TO BE NON-COMPLIANT:

☐ 1. Amendments to the specification:
- ☐ A. Amended paragraph(s) do not include markings.
- ☐ B. New paragraph(s) should not be underlined.
- ☐ C. Other _____ .

☐ 2. Abstract:
- ☐ A.Not presented on a separate sheet. 37 CFR 1.72.
- ☐ B.Other _____ .

☐ 3. Amendments to the drawings:
- ☐ A. The drawings are not properly identified in the top margin as “Replacement Sheet”, “New Sheet”, or “Annotated Sheet” as required by 37 CFR 1.121(d).
- ☐ B. The practice of submitting proposed drawing correction has been eliminated. Replacement drawings showing amended figures, without markings, in compliance with 37 CFR 1.84 are required .
- ☐ C. Other _____ .

☑ 4. Amendments to the claims:
- ☐ A. A complete listing of all of the claims is not present.
- ☐ B. The listing of claims does not include the text of all pending claims (including withdrawn claims)
- ☑ C. Each claim has not been provided with the proper status identifier, and as such, the individual status of each claim cannot be identified. Note: the status of every claim must be indicated after its claim number by using one of the following status identifiers: (Original), (Currently amended), (Canceled), (Previously presented), (New), (Not entered), (Withdrawn) and (Withdrawn-currently amended).
- ☐ D. The claims of this amendment paper have not been presented in ascending numerical order.
- ☐ E. Other: _____ .

☐ 5. Other (e.g., the amendment is unsigned or not signed in accordance with 37 CFR 1.4): For further explanation of the amendment format required by 37 CFR 1.121, see MPEP § 714.

TIME PERIODS FOR FILING A REPLY TO THIS NOTICE:

1. Applicant is given **no new time period** if the non-compliant amendment is an after-final amendment or an amendment filed after allowance, or a drawing submission (only) If applicant wishes to resubmit the non-compliant after-final amendment with corrections, the **entire corrected amendment** must be resubmitted.
2. Applicant is given **two months** from the mail date of this notice to supply the correction, if the non-compliant amendment is one of the following: a preliminary amendment, a non-final amendment (including a submission for a request for continued examination (RCE) under 37 CFR 1.114), a supplemental amendment filed within a suspension period under 37 CFR 1.103(a) or (c), and an amendment filed in response to a Quayle action. If any of above boxes 1 to 4 are checked, the correction required is only the corrected section of the non-compliant amendment in compliance with 37 CFR 1.121.

**Extensions of time** are available under 37 CFR 1.136(a) only if the non-compliant amendment is a non-final amendment or an amendment filed in response to a *Quayle* action.

**Failure to timely respond** to this notice will result in:

**Abandonment** of the application if the non-compliant amendment is a non-final amendment or an amendment filed in response to a *Quayle* action; or

**Non-entry** of the amendment if the non-compliant amendment is a preliminary amendment or supplemental amendment.

Legal Instruments Examiner (LIE), if applicable /AMANDA N FORD/ Telephone No: (571)272-1573

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER** | | |
| Serial No. ~confirm: | **17/181,669 ~ 9446** | Group: | **2884** |
| Filed on: | **Feb 22, 2021** | Examiner: | **Mark R. Gaworecki** |
| Correspondence Date | **May 20, 2022** | Docket: | **1407CON8_MAIMON** |

## Response to non-compliance notice

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

In response to notice of non-compliant amendment mailed to applicant May 20, 2022, the Applicant encloses below the claim amendment section with marking that the claims are amended. The rest of the response filed May 13, 2022 remain the same.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

**In the claims:**

Please amend the claims in accordance with the following listing

1. (Currently Amended)A photo-detector, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy; a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side, wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer ~~to~~ and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein the photo absorbing layer extends past at least two individual sections of the contact layer.

2. (Currently Amended) A photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer

adjacent a first side of said first layer; and a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer, wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer, wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein the first layer extends past at least two individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the ~~individuals~~ individual detector elements.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45762393 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 20-MAY-2022 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 10:29:55 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 00-1407CON8-response2.pdf | 183634<br>6d20b8868a841ca0c695f40e843479b76b9e885b | yes | 3 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Supplemental Response or Supplemental Amendment | 1 | 1 |
| | Claims | 2 | 3 |
| **Warnings:** | | | |
| **Information:** | | | |
| | **Total Files Size (in bytes):** | 183634 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER** | | |
| Serial No. ~confirm: | **17/181,669 ~ 9446** | Group: | **2884** |
| Filed on: | **Feb 22, 2021** | Examiner: | **Mark R. Gaworecki** |
| Correspondence Date | **May 13, 2022** | Docket: | **1407CON8_MAIMON** |

## Amendment in Response to *Ex Parte Quayle* Action

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is in response to the *Ex Parte Quayle* action mailed to applicant on Mar 24, 2022.

The commissioner is requested and authorized to charge any fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

**Please amend the above-identified application as follows:**

Amendment to the specifications begins on page 2 of this paper

Amendments to the drawings begin on page 3 of this paper, and includes 1 replacement sheet.

Amendment to the claims are reflected in the listing of claims which begins on page 4 of this paper.

Remarks begin on page 6 of this paper.

## In the Specifications

Please replace the abstract with the following:

Photo-detector comprising: photo absorbing layer exhibiting a valence band energy level; a barrier layer, first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers between the photo absorbing layer and contact area, and block the flow of thermalized majority carriers between the photo absorbing layer and contact area. The photoabsorber layer extends past the one or more individual sections of the contact layer in the direction across the photodetector, and is monolithically provided for each of the individuals detector elements.

**In the Drawings**

**Please replace the originally filed drawing sheet No. 7 with the enclosed drawing sheet.**

**In the claims:**

Please amend the claims in accordance with the following listing

1. A photo-detector, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy; a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side, wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer ~~is~~ and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein the photo absorbing layer extends past at least two individual sections of the contact layer.

2. A photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and a second layer comprising a doped

semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer, wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer, wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein the first layer extends past at least two individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the ~~individuals~~ individual detector elements.

# Remarks

1) Applicant thanks the Examiner for his attention to details as shown by the *Ex Parte Quayle* type action, and for allowing the Applicant a chance to correct the errors pointed out thereby.

2) The Applicant replaced the abstract with a shortened version.

3) The Applicant replaced drawing sheet 7 with a new sheet, replacing Fig. 9 with black and white replication.

4) The Applicant amended the claims as pointed out by the Examiner.

5) The applicant respectfully submits that all the points raised in the Office Action having been addressed, and were overcome. It is respectfully submitted that the present application is in condition for allowance, and such action is earnestly solicited.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

Replacement Sheet






Figure 8




Figure 9

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45709357 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 13-MAY-2022 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 14:36:07 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 01-1407CON8_QuayleResponse.pdf | 253217<br>e84b93acf814806073912389574 42ed849aca656 | yes | 6 |

SM000022189

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Response after Ex Parte Quayle Action | 1 | 1 |
| | Abstract | 2 | 2 |
| | Drawings-only black and white line drawings | 3 | 3 |
| | Claims | 4 | 5 |
| | Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 2 | Drawings-only black and white line drawings | 02-Page7-Fig_9.pdf | 1041396<br>7cb6ae39be1e73271acd8df880ebb8529cb80778 | no | 1 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 1294613 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD** Substitute for Form PTO-875 | Application or Docket Number 17/181,669 | Filing Date 02/22/2021 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☑ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x $100 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x $480 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| AMENDMENT | 05/13/2022 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 2 | Minus | ** 20 | = 0 | x $100 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | x $480 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /AMANDA N FORD/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

23521 7590 03/24/2022
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/24/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No.<br>17/181,669 | Applicant(s)<br>Maimon, Shimon | |
|---|---|---|---|
| | Examiner<br>MARK R GAWORECKI | Art Unit<br>2884 | AIA (FITF) Status<br>Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 2 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 7 June 2021.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.** 2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☑ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) 1-2 is/are pending in the application.

5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☐ Claim(s) _____ is/are rejected.

8) ☑ Claim(s) 1-2 is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☑ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on 22 February 2021 is/are: a)☐ accepted or b)☑ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a)☐ All b)☐ Some** c)☐ None of the:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date 07/01/2021.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date ______.

4) ☐ Other: ______.

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

1. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Response to Amendment*

2. The preliminary amendment filed on 7 June 2021 has been accepted and entered.

### *Specification*

3. Applicant is reminded of the proper language and format for an abstract of the disclosure.

The abstract should be in narrative form and generally limited to a single paragraph on a separate sheet within the range of 50 to 150 words in length. The abstract should describe the disclosure sufficiently to assist readers in deciding whether there is a need for consulting the full patent text for details.

The language should be clear and concise and should not repeat information given in the title. It should avoid using phrases which can be implied, such as, "The disclosure concerns," "The disclosure defined by this invention," "The disclosure describes," etc. In addition, the form and legal phraseology often used in patent claims, such as "means" and "said," should be avoided.

4. The abstract of the disclosure is objected to because it exceeds 150 words in length. Correction is required. See MPEP § 608.01(b).

## *Drawings*

5. Color photographs and color drawings are not accepted in utility applications unless a petition filed under 37 CFR 1.84(a)(2) is granted. Any such petition must be accompanied by the appropriate fee set forth in 37 CFR 1.17(h), one set of color drawings or color photographs, as appropriate, if submitted via EFS-Web or three sets of color drawings or color photographs, as appropriate, if not submitted via EFS-Web, and, unless already present, an amendment to include the following language as the first paragraph of the brief description of the drawings section of the specification:

The patent or application file contains at least one drawing executed in color. Copies of this patent or patent application publication with color drawing(s) will be provided by the Office upon request and payment of the necessary fee.

Color photographs will be accepted if the conditions for accepting color drawings and black and white photographs have been satisfied. See 37 CFR 1.84(b)(2).

6. The drawings are objected to because they include color elements (Fig. 9). Corrected drawing sheets in compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid abandonment of the application. Any amended replacement drawing sheet should include all of the figures appearing on the immediate prior version of the sheet, even if only one figure is being amended.

The figure or figure number of an amended drawing should not be labeled as "amended." If a drawing figure is to be canceled, the appropriate figure must be removed from the replacement sheet, and where necessary, the remaining figures must be renumbered and appropriate changes made to the brief description of the several views of the drawings for consistency. Additional replacement sheets may be necessary to show the renumbering of the remaining figures. Each drawing sheet submitted after the filing date of an application must be labeled in the top margin as either "Replacement Sheet" or "New Sheet" pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner, the applicant will be notified and informed of any required corrective action in the next Office action. The objection to the drawings will not be held in abeyance.

***Claim Objections***

7. Claims 1 and 2 objected to because of the following informalities:

8. Claims 1 and 2 appear to include minor typographical errors as follows:

Claim 1, line 12: "between said photo absorbing layer to and said contact layer…"

Claim 2, line 16: "...for each of the individuals"

Appropriate correction is required.

## *Allowable Subject Matter*

9. Claims 1 and 2 are objected to as being dependent upon a claim which has been objected to, but would be allowable if rewritten to overcome said objections.

10. The following is a statement of reasons for the indication of allowable subject matter:

Klipstein (WO 2005/004243 A1) discloses a photo-detector (abstract) comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy (13, page 17, section 2.), a barrier layer exhibiting a thickness (12, Fig. 4b), a first side of said barrier layer adjacent a first side of said photoabsorbing layer (top of photoabsorbing layer 13 is adjacent to the bottom of barrier layer 12, Fig. 4b). Klipstein discloses that the barrier layer prevents inter-band tunneling of electrons from the valence band of the p-type layer to the conduction band of the photo-absorbing layer (page 17, second full paragraph).

With respect to claims 1 and 2, Klipstein does not disclose that the barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said

barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer. Klipstein also does not disclose that the contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein the photo absorbing layer extends past at least two individual sections of the contact layer. Klipstein discloses stacking the detectors (page 32, first and second paragraphs), but does not specify the photo absorbing layer extending past at least two individual sections of the contact layer

***Conclusion***

11. This application is in condition for allowance except for the following formal matters:

See objections to the claims, abstract, and drawings as set forth above.

Prosecution on the merits is closed in accordance with the practice under *Ex parte Quayle*, 25 USPQ 74, 453 O.G. 213, (Comm'r Pat. 1935).

A shortened statutory period for reply to this action is set to expire **TWO (2) MONTHS** from the mailing date of this letter. Extensions of time may be granted under 37 CFR 1.136 but in no case can any extension carry the date for

reply to this Office action beyond the maximum period of SIX MONTHS set by statute (35 U.S.C. 133).

12. Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARK R GAWORECKI whose telephone number is (571)272-8540. The examiner can normally be reached Monday-Friday 8 AM-6 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, DAVID MAKIYA can be reached on 571-272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business

Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884
21 March 2022

| *Notice of References Cited* | Application/Control No. 17/181,669 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | WO-2005004243-A1 | 01-2005 | WO | KLIPSTEIN P | H01L31/101 |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Search Notes | Application/Control No. 17/181,669 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B82Y 20/00 | 03/21/2022 | MG |
| G01J 5/20, 2005/007 | 03/21/2022 | MG |
| H01L 23/38, 27/14669, 31/03046, 02966, 035236, 101, 1832, 1844, 2924/0002 | 03/21/2022 | MG |
| Y02E 10/544 | 03/21/2022 | MG |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 | |

| Search Notes | Application/Control No. 17/181,669 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| B82Y 20/00 | 03/21/2022 | MG |
| G01J 5/20, 2005/007 | 03/21/2022 | MG |
| H01L 23/38, 27/14669, 31/03046, 02966, 035236, 101, 1832, 1844, 2924/0002 | 03/21/2022 | MG |
| Y02E 10/544 | 03/21/2022 | MG |
| Classification text narrowed: dark near3 current, dop$3 near3 semiconductor, valence with band with energy, photodetect$3 photo $1detect$3, majority near3 carrier$1 | 03/21/2022 | MG |
| Reviewed search for parent applications | 03/21/2022 | MG |
| Inventor/assignee search (SEARCH) | 03/21/2022 | MG |
| SEARCH history attached | 03/21/2022 | MG |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| B82Y | 20/00 | 03/21/2022 | MG |
| G01J | 5/20, 2005/007 | 03/21/2022 | MG |
| H01L | 23/38, 27/14669, 31/03046, 02966, 035236, 101, 1832, 1844, 2924/0002 | 03/21/2022 | MG |
| Y02E | 10/544 | 03/21/2022 | MG |
| PGPUB-Text | See SEARCH history attachment | 03/21/2022 | MG |

| | |
|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 | |

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.R.G/

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.R.G/

Receipt date: 07/01/2021 17/181,669 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |
| | 26 | 5459332 | | 1995-10-17 | Carruthers | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

U.S.PATENT APPLICATION PUBLICATIONS Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.R.G/

Receipt date: 07/01/2021 17/181,669 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number3 | Country Code2 i | Kind Code4 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T5 |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | "nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon and G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | "Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.R.G/

Receipt date: 07/01/2021 17/181,669 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| EXAMINER SIGNATURE | | | |
|---|---|---|---|
| Examiner Signature | /MARK R GAWORECKI/ | Date Considered | 03/21/2022 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.R.G/

SM000022208

Receipt date: 07/01/2021 17/181,669 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shalom Wertsberger/ | Date (YYYY-MM-DD) | 2016-09-05 |
|---|---|---|---|
| Name/Print | Shalom Wertsberger | Registration Number | 43359 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.R.G/

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.R.G/

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
13 January 2005 (13.01.2005)

PCT

(10) International Publication Number
**WO 2005/004243 A1**

(51) International Patent Classification[7]: H01L 31/101

(21) International Application Number: PCT/IL2004/000573

(22) International Filing Date: 28 June 2004 (28.06.2004)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
156744 2 July 2003 (02.07.2003) IL

(71) Applicant *(for all designated States except US)*: **SEMI-CONDUCTOR DEVICES - AN ELBIT SYSTEMS - RAFAEL PARTNERSHIP** [IL/IL]; P.O. Box 2250, 31021 Haifa (IL).

(72) Inventor; and
(75) Inventor/Applicant *(for US only)*: **KLIPSTEIN, Philip** [IL/IL]; 33 HaTe'ena Street, 30900 Zikhron Ya'akov (IL).

(74) Agents: **LUZZATTO, Kfir** et al.; P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*

*[Continued on next page]*

(54) Title: DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME




(57) Abstract: The invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, wherein the middle barrier layer has an energy bandgap significantly greater than that of the photon absorbing layer, and there is no layer with a narrower energy bandgap than that in the photon-absorbing layer.

WO 2005/004243 A1

WO 2005/004243 A1

— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME

## Field of the Invention

The present invention relates to photodiodes for sensing light radiation. More particularly, the present invention relates to a photodiode structure, in which the level of the dark current is significantly reduced, therefore improving the signal-to noise ratio. Furthermore, the invention relates to a method for producing such photodiode.

## Background of the Invention

Photodiodes are widely used for sensing light radiation. There are many applications in which the level of the light which is required to be sensed is very low, and therefore the sensitivity of said photodiodes is a critical requirement.

It is well known in the art that the signal-to-noise ratio which can be obtained from photodiodes (and from many other electronic components) is limited by the level of the "thermal noise", which in turn is related to the temperature of the component. The term "dark current" is commonly used in the art to define the current flowing in a photodiode during a total dark condition. The signal-to-noise ratio in photodiodes is conventionally improved by cooling the component, in many cases down to very low temperatures close to 0°K. The means for cooling and maintaining such a low temperature in photodiodes, however, are cumbersome and expensive, and in any case can reduce the noise down to a limited value.

The dark current is generally composed of two main components. The first component, hereinafter referred to as "the diffusion dark current" is due to the thermal excitation of carriers across the complete energy bandgap of the photodiode material. As said, the level of this current can be reduced by means

of cooling the component. The second component affecting the level of the dark current is known as the "Generation-Recombination" current (hereinafter "G-R dark current"). The level of the G-R dark current can also be reduced by cooling, but at a slower rate of reduction with temperature.

At low temperatures, where the level of the diffusion dark current is reduced sufficiently, the G-R dark current generally becomes the most dominant component of the dark current. There have been made many efforts in trying to reduce the level of the thermal noise. However, there are not known many of such efforts for reducing the G-R current.

Fig. 1 is a band diagram showing the principle of operation of a photodiode according to the prior art. In a semiconductor p-n junction 1 - 2, a depletion region 3 is formed around the metallurgical junction due to the transfer of electrons from donors in the n-side 2 of the depletion region to acceptors in the p-side 1. The conduction band ($E_C$) and valence band ($E_V$) are bent in the depletion region. This bending is associated with an electric field that drives electrons 7 towards the n-side and holes 8 towards the p-side of the junction. When a bias is applied to the junction, quasi Fermi levels can be defined in each of the two "flat-band" regions. The quasi Fermi level lies near the valence band on the p-side ($E_F(p)$) and near the conduction band on the n-side ($E_F(n)$). At zero bias, the energies of the two quasi Fermi levels are equal. The energy separation of the two quasi Fermi levels in electron-volts is equal to the applied bias in volts. If a reverse bias $V_{rev}$ is applied to the diode, the following relationship holds:

$$V_{rev} = E_F(p) - E_F(n).$$

The energy gap is given by $E_G = E_C - E_V$. Although $E_C$ and $E_V$ change with position due to the band bending in the depletion region, their energy separation is constant everywhere for a "homo-junction" diode ("homo-

junction" means that the same material is used on each side of the p-n junction).

Light 9 can be absorbed by promoting an electron 119 from the valence band to the conduction band. The missing electron in the valence band is called a hole, and is indicated by numeral 118 . The longest wavelength for this process is called the cut off wavelength and is given by: $\lambda_C = hc/E_G$, wherein $h$ is Planck's constant and $c$ is the velocity of light.

The "photo-created" hole 118 in process 9 exists in the n-type material 2 and so is a minority carrier. It can diffuse, as indicated by numeral 10 to the depletion region where it is accelerated 8 into the p-side 1 by the electric field in the depletion region 3. An analogous process can occur in the p-type material 1 where a minority electron is created by the absorption of light. It can diffuse to the depletion region where it is accelerated 7 into the n-side 2 by the electric field in the depletion region 3.

Generation-Recombination (G-R) centers 4, also known as Shockley-Read traps or Shockley-Hall-Read traps, are energy levels that lie close to the middle of the band gap. They are related to imperfections or impurities inside the crystal. The probability of process 9 to occur due to heat (in the absence of an external photon flux) is essentially proportional to $\exp(-E_G/kT)$ where $k$ is Boltzman's constant and $T$ is the absolute temperature. This process (and the equivalent process on the p-side) gives rise to the "dark current" in a perfect diode with no G-R centers. In this case the dark current is all due to diffusion dark current, and the device is said to be at "the diffusion limit".

In an asymmetric $p^+$-n homo-junction, where the p-doping is several orders of magnitude greater than the n-doping, it can easily be shown that, in the diffusion limit, the higher of the two minority carrier concentrations, in said

$p^+$-n case the minority holes on the n-side, makes the dominant contribution to the dark current.

Since free electrons 7 and holes 8 are removed efficiently by the electric field in the depletion region 3, especially when a reverse bias is applied, an electron that undergoes excitation 5 from the valence band Ev to the G-R center 4 cannot return to the valence band. It can only be further excited 6 to the conduction band. Processes 5, 6, 7, and 8 thus give rise to the G-R dark current.

The rate of electron generation by traps, in unit volume of the reverse biased depletion region 3 due to a process, 5, 6, 7, and 8, is approximately described by the formula

$$G = \frac{n_i^2}{\tau_{n0} p' + \tau_{p0} n'} \qquad (1)$$

where $n_i$ is the so called intrinsic carrier concentration (the carrier concentration in the perfectly pure material) and $\tau_{n0}$, $\tau_{p0}$ are the electron and hole minority carrier lifetimes. This formula may be found , for example, as equation (8.9.2) in chapter 8 of the book by Shyh Wang, entitled "Fundamentals of Semiconductor Theory and Device Physics" (published by Prentice Hall, ISBN 0-13-344425-2). Here $n' = n.e^{(E_t - E_F)/kT}$ and $p' = p.e^{(E_F - E_t)/kT}$ where $n$, $p$, and $E_F$ are the electron concentration, the hole concentration and the Fermi level respectively in a given sample of the semiconductor material, $E_t$ is the energy of the trap, and $T$ is the absolute temperature. It can be demonstrated that $G$ in equation (1) is largest when the trap lies near the middle of the energy bandgap. In this case it is easy to show using the above formulae, that

$$G \approx \frac{n_i}{(\tau_{n0} + \tau_{p0})} \qquad (2)$$

SM000022216

Hence it follows that $G$ is proportional to the intrinsic carrier concentration, the formula for which contains an exponential factor: $\exp(-E_G/2kT)$. The dark current due to generation-recombination centers is itself proportional to $G$ and so will also vary essentially as: $\exp(-E_G/2kT)$. It is the weaker temperature dependence of the G-R contribution to the dark current ($\exp(-E_G/2kT)$) compared with the diffusion contribution ($\exp(-E_G/kT)$) that causes the G-R contribution to dominate at low temperatures. The ratio of the G-R dark current to the diffusion dark current in a $p^+$-n diode is given by equation (8.9.6) in chapter 8 of the earlier mentioned book by Shyh Wang, as:

$$\frac{J_{G-R}}{J_{diff}} = \frac{L_{dep}}{L_p} \times \frac{N_D}{n'} \qquad (3)$$

where $L_{dep}$ is the thickness of the depletion region, and $N_D$ and $L_p$ are the doping and minority carrier diffusion length on the n-side of the junction. Typical values of $L_{dep}$ and $L_p$ are ~ 0.5μ and 20μ respectively.

Typical narrow gap homo-junction photo-diodes based on e.g. InSb, InAsSb, HgCdTe, etc., are in many cases operated at reduced temperatures, in order to limit the dark current. For such devices operated at 77K, G-R centers typically increase the dark current above the diffusion limit by at least 3 – 4 orders of magnitude in the MWIR (3 – 5μ) and 1– 2 orders of magnitude in the LWIR (8 – 12μ) cut-off wavelength regions, behaviour that in each case is consistent with equation (3). This effect may easily be seen in J Bajaj, SPIE proceedings no. 3948 page 45 (figure 3 of this article), San Jose, January 2000, or in P C Klipstein et al., SPIE proceedings number 4820, page 653 (figure 2 of this article), Seattle, July 2002.

The prior art has failed to specifically address the issue of suppressing the G-R contribution to the current by a suitable hetero-junction design.

A design published by J L Johnson et al., Journal of Applied Physics, volume 80, pages 1116 – 1127 (Fig. 3) shows a diode made between an n-type narrow bandgap semiconductor with a relatively low doping level and formed from a type II InAs/$Ga_{1-x}In_xSb$ superlattice, and a p-type wide bandgap semiconductor with a relatively high doping level, formed from GaSb. This asymmetric doping ensures that most of the depletion region, with its associated electric field, exists in the narrow bandgap photon absorbing layer made from the type II superlattice. There is no discussion in the article about the importance of removing the electric field from this narrow bandgap region. It appears that the main reason for using a heterojuction p-contact instead of a homojunction p-contact in this article is one of convenience, since the p-type heterojunction contact is easier to grow than a p-type type II superlattice.

Fig 2 of the article by CT Elliott "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters", SPIE proceedings vol. 2744, page 452, discloses photodiode devices in which the dark current is reduced by means of the suppression of Auger-related generation processes. Hereinafter, these devices will be referred to shortly as "Elliott devices". In contrast to the present invention, whose essential part, as will be shown hereinafter, has a wide bandgap semiconductor sandwiched between n-type and p-type semiconductors with similar or narrower bandgaps, the essential part of said Elliott devices has a narrow bandgap semiconductor, clad on each side by an n-type and a p-type semiconductor respectively, each with a larger effective bandgap.

As will be further shown hereinafter, the Elliott devices are based on a different principle than that of the present invention. They are aimed for operating essentially at higher temperatures than for the devices of the present invention, typically room temperature or slightly cooler, in which thermal generation across the bandgap is significant. Under this condition, Auger processes are known to limit drastically the carrier lifetime. By

applying a sufficiently large reverse bias to an Elliott device, the free carrier concentration may be reduced to a level characteristic of a lower temperature, so that the Auger processes are suppressed, and the reverse bias dark current or "saturation current" is reduced.

In the article "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters" by CT Elliott, SPIE proceedings vol. 2744, pages 452 - 462, it is stated (page 453): "Minority carrier exclusion and extraction occur at the p$\pi$ and $\pi$n junctions respectively and the densities of both carrier types in the active $\pi$ region decrease...as a consequence the thermal generation rates involving Auger processes fall, so that the saturation leakage current is less than would be expected from the zero bias resistance and a region of negative conductance is predicted to occur". The article then goes on to point out that, in contrast to the object of the present invention, G-R currents are not suppressed. It states: "In InSb devices with a $\pi$ active region, however, the density and energy of Shockley-Read traps is such that an increase in thermal generation through traps occurs as the diodes are reverse biased, so that negative conductance is only observed above room temperature". From this statement it may be learned that even at room temperature, an Elliott device based on InSb, exhibits large G-R currents in reverse bias. This is to be expected because there is a significant depletion layer, with an associated electric field, in the low doped $\pi$-region of the device, which is also the region with the narrowest bandgap.

There are several other embodiments of the Elliott device based on other materials. For example in the article by A. Rakovska, V. Berger, X. Marcadet, B. Vinter, G. Glastre, in Applied Physics Letters, volume 77, page 397(2000), a device is described with a photon absorbing layer of $InAs_{0.91}Sb_{0.09}$. In this case, diffusion limited behaviour was observed down to 200K, as expected at high operating temperatures. At lower temperatures, where the G-R dark current might be expected to dominate, leakage currents dominated instead due to the lack of a suitable surface passivation treatment. The authors

speculate in their conclusion that by increasing the bandgap of one of the cladding layers they might be able to further reduce the diffusion dark current above 200K to the point where the G-R dark current is dominant. The clear implication is that since the diffusion dark current reduces faster with temperature, the G-R dark current is expected to dominate below 200K and no special steps are taken to avoid this.

It is an object of the present invention to provide a photodiode in which the dark current is significantly reduced, particularly at low temperatures, generally in the range of about 77 to 200 °K, depending on the material and wavelength of operation.

It is a particular object of the present invention to provide a photodiode in which the level of the G-R current is significantly suppressed in a given temperature.

It is still an object of the present invention to reduce the need for cooling, by providing a photodiode structure having a level of dark current that would alternatively exist in a much lower temperature.

It is still a further object of the invention to provide a method and process for manufacturing the photodiode of the present invention.

Other objects and advantages of the present invention will become apparent as the description proceeds.

**Summary of theInvention**

In a first alternative, the present invention relates to a photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon

absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;

Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photon absorbing layer has a typical thickness of 1-10μ and doping of n $<10^{16}$ $cm^{-3}$.

Preferably, the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.

Preferably, the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.

Preferably, the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the contact layer is p-type GaSb.

Preferably, the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.

Preferably, the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0 \leq x \leq 1$ and $0 \leq y \leq 1$.

Preferably, the middle barrier layer is an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer has a thickness of between 0.05 and 1μm.

Preferably, the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{18}$ cm$^{-3}$, contact layer.

Preferably, an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors cm$^{-2}$, is included at the edge of the photon absorbing layer.

Preferably, the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ cm$^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.

Preferably, the photo-detector of the invention is grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.

Preferably, the photo-detector of the invention is grown on a compliant substrate.

Preferably, the photo-detector of the invention is grown by Liquid Phase Epitaxy (LPE).

Preferably, the photo-detector of the invention is grown is grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.

In another alternative, the invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing

layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.
Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photo-detector the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ cm$^{-3}$ .

Preferably, the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5 \times 10^{18}$ $cm^{-3}$, contact layer.

Preferably, a p-type δ–doping layer is included at the edge of the photon absorbing layer.
Preferably, the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

In still another aspect, the present invention relates to a photo-detector sensitive to more than one wavelength band, which comprises stacked detector units as described in one of the alternatives above, or a combination thereof, in which each detector unit has a different cut-off wavelength.

In still another aspect, the present invention relates to an array of identical detectors according to one of the alternatives above, in which each detector is connected to a silicon readout circuit by indium bumps.

In still another aspect, the present invention relates to an array of identical detectors in which each detector is sensitive to more than one wavelength band, in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

## Brief Description of the Drawings

- Fig. 1 shows an exemplary energy band diagram of a standard p-n homo-junction photo-detector, and demonstrates the mechanisms of thermal generation of carriers due to G-R centers and optical generation of carriers by means of absorption of a photon;

- Fig 2a shows an exemplary energy band diagram of a reduced dark current photodetector corresponding to an embodiment of the present invention, in which the depletion region is removed from the narrow bandgap, n-type, photon absorbing material. The thermal generation and recombination of electrons by a near mid-gap G-R center is demonstrated in the narrow bandgap photon absorbing material;

- Fig 2b shows the same energy band diagram as figure 2a. The thermal generation of electrons by a G-R center in the bandgap of the wide bandgap barrier material is demonstrated. The wide bandgap barrier material also contains part of the depletion region;

- Fig 2c shows the same energy band diagram as figure 2a. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region. The drift of a thermally generated hole is also shown as is the recombination of a thermally generated electron with a majority hole;

- Fig 2d shows the same energy band diagram as figure 2a, except that the bandgap of the p-type contact material is increased so that its conduction band lies above, rather than below, the conduction band of the barrier material. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region;

- Fig. 3 exemplifies the band diagram of an essential part of one possible embodiment of the hetero-junction photo-detector of the present invention, in which the doping polarities of the photon absorbing, barrier, and contact layers have been reversed compared with the embodiment in figures 2a-2d;

- Fig. 4a shows the band diagram of a first embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 4b illustrates in a schematic, cross-section form, the structure of a first embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 5a shows the band diagram of a second embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 5b illustrates in a schematic, cross-section form, the structure of a second embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 6a shows the band diagram of a third embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 6b illustrates in a schematic, cross-section form, the structure of a third embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 7a shows the band diagram of a fourth embodiment of the hetero-junction photo-detector of the present invention, having a type II superlattice photon absorbing layer;

- Fig. 7b illustrates in a schematic, cross-section form, the structure of a fourth embodiment of the heterojunction photo-detector with a photon absorbing layer based on a type II superlattice;

- Fig. 8a shows the band diagram of a fifth embodiment of the hetero-junction photo-detector of the present invention, having a InAlSb photon absorbing layer; and

- Fig. 8b illustrates in a schematic, cross-section form, the structure of a fifth embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAlSb;

## Detailed Description of Preferred Embodiments

As said, the present invention provides a structure for a photodiode in which the dark level of the G-R current, and therefore the level of the total dark current is significantly reduced. This is of most importance in photodiodes that are cooled to low temperatures, typically in the range of 77°K to 200°K, in which the G-R current can provide the most dominant contribution to the dark current.

Referring now to Figs. 2a-2d and Figs 4a, 5a, 6a, 7a and 8a, the present invention is characterized by the following features (for the sake of simplicity, these features will be referred herein as "the characterizing features"):

1. A 3-layer, or two hetero-junction, light detector (a hetero-junction is a junction between different materials), of the form of p-p-n or p-n-n is used,

wherein the last n-layer 13, 13A, 23 or 33 has a narrow gap chosen for its cut-off wavelength and the middle-layer 12, 12A, 16, 16A, 26 or 34 has a wider band-gap.

The last n-type layer 13, 13A, 23 or 33 absorbs the light impinged on the detector. Hereinafter, the last, n-type layer 13, 13A, 23 or 33 (depending on the specific embodiment used), is also referred to as "the active photon absorbing layer".

The middle layer 12, 12A, 16, 16A, 26 or 34 (again, depending on the specific embodiment used) prevents inter-band tunneling of electrons from the valence band of the p-type layer 11, 21, 35 or 39 to the conduction band of the photon-absorbing layer. Hereinafter, the said middle layer 12, 12A, 16, 16A, 26 or 34, is also referred to as "the barrier layer".

The first layer 11, 21, 35 or 39 (depending on the specific embodiment used) acts as a contact for biasing the device. Hereinafter, the first layer 11, 21, 35 or 39 is also referred to as “the contact layer”.

2. The materials forming the photo-detector of the invention are chosen such that in a flat band condition either the photon-absorbing layer 13, 13A, 23 or 33 or the barrier layer 12, 12A, 16, 16A, 26 or 34 has the lowest valence band energy, and the valence band of the photon absorbing layer is never more than about $10kT_{op}$ above the valence band of the barrier layer, where $T_{op}$ is the absolute operating temperature. Also in the same condition, the valence band energy of the contact-layer 11, 21, 35 or 39 is equal to or higher than that of the photon absorbing layer 13, 13A, 23 or 33 and above that of the barrier layer 12, 12A, 16, 16A, 26 or 34 which is below the conduction band of the photon-absorbing layer 13, 13A, 23 or 33. These conditions can be expressed mathematically as $E_G^a - \Delta \geq 0$ and $\xi \geq 0$ if $\Delta$ is positive or $\xi + \Delta \geq 0$ and $\Delta + 10kT_{op} \geq 0$ if $\Delta$ is negative. $E_G^a$ indicates the

band-gap of the active photon-absorbing layer 13, 13A, 23 or 33. Δ indicates the valence band offset between the barrier layer 12, 12A, 16, 16A, 26 or 34 and the active photon-absorbing layer 13, 13A, 23 or 33 (positive when the valence band of the barrier layer is highest in energy). Finally, ξ is the valence band offset between the contact-layer 11, 21, 35 or 39 and the barrier layer 12, 12A, 16, 16A, 26 or 34 (positive when the valence band of the contact layer is highest in energy).

3. When the photo-detector of the invention is biased to its maximum operating bias with an externally applied voltage, the bands in the photon absorbing layer 13, 13A, 23 or 33 are flat right up to the barrier layer 12, 12A, 16, 16A, 26 or 34, and the valence band edge of the photon absorbing layer lies below that of the contact layer 11, 21, 35 or 39. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated.

4. During operation at maximum bias, an electric field and associated depletion region is allowed only in the contact-layer 11, 21, 35 or 39 and in the barrier layer 12, 12A, 16, 16A, 26 or 34 but not in the active photon-absorbing layer 13, 13A, 23 or 33. This is shown schematically for a p-n-n device in figure 2a where the contact layer 35 is doped p-type 36 and the barrier layer 34 and the active photon absorbing layer 33 are doped n-type 37. In figure 2a the device is biased so that a depletion region 38 exists only in the barrier 34 and contact 35 layers but not in the active photon absorbing layer 33. Hence, as shown schematically in figure 2a, the rate of generation 5A, 6A due to a G-R center 4A in the active photon absorbing layer 33 is very similar to the rate of recombination 60A, 50A. It is also strongly suppressed due to the presence of majority carriers in the photon absorbing layer 33. In this case, equation (1) roughly describes the Generation rate, but with $n'$ replaced by the donor concentration, $N_D$. The G-R contribution to the dark current from the active photon-absorbing

layer 13, 13A, 23 or 33 is in fact comparable to the diffusion dark current from this layer. The current flowing from this layer 13, 13A, 23 or 33 into the barrier layer 12, 12A, 16, 16A, 26 or 34 is therefore essentially diffusion limited.

5. The band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34 is larger than that of the photon absorbing layer 13, 13A, 23 or 33. Ideally, it is at least twice that of the active photon-absorbing layer 13, 13A, 23 or 33, in which case the following equation will hold:

$$\exp(-E_G^{Barrier}/2kT) \leq \exp(-E_G^{\alpha}/kT) \qquad (4)$$

wherein $E_G^{Barrier}$ indicates the band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34. As shown schematically in figure 2b for a barrier layer 34, G-R processes like 5B or 6B due to a G-R center 4B are activated respectively by energies $\alpha E_G^{barrier}$ and $(1-\alpha)E_G^{barrier}$ . Since the theory presented earlier teaches that the G-R dark current in the barrier material is significant only when the G-R center is near the middle of the gap of the barrier material (α ≈ ½ in figure 2b), the G-R dark current will then vary as: $\exp(-E_G^{Barrier}/2kT)$. Hence, the inequality in equation (4) means that the G-R dark current contribution from the barrier-layer 12, 12A, 16, 16A, 26 or 34 should be comparable with, or less than the total contribution to the dark current due to the active photon-absorbing layer 13, 13A, 23 or 33, which is diffusion limited as explained in the fourth item above, and varies as $\exp(-E_G^{\alpha}/kT)$.

6. For the p-type contact layer 11, 21, 35 or 39 the doping is quite high ($p$ ~1-10 $\times 10^{17}$ $cm^{-3}$), both to minimize the amount of band bending in the contact layer and also to reduce the concentration of minority electrons 119 in this layer.

7. For the p-type contact layer 11, 21, 35 or 39 its valence band either lies below its own conduction band OR lies below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34 by more than the bandgap energy, $E_G^{\alpha}$, of the photon absorbing layer 13, 13A, 23 or 33 . Ideally, the valence band of the p-type contact layer 11, 21, 35 or 39 should lie at least $2E_G^{\alpha}$ below its own conduction band OR below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34. Mathematically, this is expressed as: $E_G^{Contact} + E_B > 2E_G^{\alpha}$ if $E_B >> 0$ OR $E_G^{Contact} > 2E_G^{\alpha}$ if $E_B \leq 0$, where $E_G^{Contact}$ is the bandgap of the contact material 35 and $E_B$ is the barrier height for electrons going from the contact layer 35 into the barrier layer 34 ($E_B$ is also the conduction band offset between the barrier 34 and contact 35 materials and is positive when the conduction band of the barrier layer 34 lies above the conduction band of the contact layer 35). In general, the activation energy for electrons passing from the contact layer 11, 21, 35 or 39 into the barrier layer 12, 12A, 16, 16A, 26 or 34 will then be greater than $E_G^{\alpha}$, even when G-R centers are present in the contact layer 11, 21, 35 or 39. Under these circumstances, the current due to this process will be less than the diffusion current from the photon absorbing layer 13, 13A, 23 or 33 which also has an activation energy of $E_G^{\alpha}$. Two configurations of the contact layer are shown schematically in figures 2c and 2d. In figure 2c the conduction band of the contact layer 35 lies below the conduction band in the barrier layer 34 by more than about $10kT_{op}$. Any minority electrons generated in processes 5C or 6C by G-R centers 4C in the contact layer 35 are blocked by the barrier 34. They will either be thermally excited over the barrier, although this has a low probability, or they will eventually recombine 120C by various mechanisms with majority holes in the contact layer 35. Figure 2d shows an alternative scenario when the blocking mechanism exemplified in figure 2c is absent. In this scenario, the conduction band of the contact layer 39 either lies above the conduction

band in the barrier layer 34 ($E_B$<0), or just a few times $kT_{op}$ below it ($E_B \approx 0$). In this case the bandgap of the contact layer 39 is greater than that of the photon absorbing layer 33, $E_G^{Contact} > E_G^{\alpha}$, so that generation of electrons 5D, 6D by G-R centers 4D in the contact layer 39 will be suppressed due to its large bandgap. The generation current from the contact will roughly vary as: $\exp\left(-E_G^{Contact}/2kT\right)$. This is smaller than the diffusion dark current from the photon absorbing layer 33 if, as is often the case: $E_G^{Contact} > 2E_G^{\alpha}$. This mechanism is the same as that which suppresses electron and hole generation in the barrier layer 12, 12A, 16, 16A, 26 or 34 as already explained in the fifth item above.

Furthermore, the thickness of the barrier layer 12, 12A, 16, 16A, 26 or 34 is made to be sufficiently thick to suppress any tunnel current of electrons from the valence band of the p-type contact layer 11, 21, 35 or 39 to the conduction band of the active photon absorbing layer 13, 13A, 23 or 33. Any such tunnel current must be less than the dark current in the diode due to other processes.

The doping of the barrier layer 12, 12A, 16, 16A, 26 or 34 and p-type contact layer 11, 21, 35 or 39 is chosen according to the present invention to adjust the operating bias to a desirable value. A n-type δ-doping layer 15, 15A or 25 may also be included between the photon absorbing layer 13, 13A, 23 or 33 and the barrier layer 12A, 16, 16A, 26 or 34. This can sometimes increase the range of bias over which the bands of the active photon-absorbing layer 13, 13A, 23 or 33 remain flat, even close to the junction with the barrier layer 12A, 16, 16A, 26 or 34.

The principles of the present invention described above also apply to inverted polarity structures of the form n-n-p or n-p-p in which all the doping polarities and band alignments described above are reversed. An example is shown in figure 3 of an n-p-p structure that is the reversed form of the p-n-n structure

depicted in figures 2a-2d. The photon absorbing layer 43 is p-type 47 while the contact layer 45 is n-type and barrier layer 44 is p-type. Characterizing item 2 above, applies to all inverted polarity structures if the following words are interchanged: "highest" with "lowest", "higher" with "lower", "valence" with "conduction" and "above" with "below". The mathematical expression in the characterizing item 2 above is then replaced by $E_G^{\alpha}{}' - \Delta' \geq 0$ and $\xi' \geq 0$ if $\Delta'$ is positive or $\xi' + \Delta' \geq 0$ and $\Delta' + 10kT_{op} \geq 0$ if $\Delta'$ is negative. $E_G^{\alpha}{}'$ indicates the band-gap of the active photon-absorbing layer, such as 43. $\Delta'$ indicates the conduction band offset between the barrier layer, such as 44, and the active photon-absorbing layer, such as 43 (positive when the conduction band of the barrier layer is lowest in energy). $\xi'$ is the conduction band offset between the contact-layer, such as 45, and the barrier layer, such as 44 (positive when the conduction band of the contact layer is lowest in energy). During operation at maximum applied bias, an electric field and associated depletion layer is not allowed in the active photon absorbing layer, such as 43. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated. The bandgap of the barrier layer, such as 44, is more than, and ideally twice, that of the active photon absorbing layer, such as 43. For the n-type contact layer, such as 45, *either* its conduction band lies above the valence band of the barrier layer, such as 44, by more than, and ideally twice, the band-gap energy, $E_G^{\alpha}{}'$, of the photon absorbing layer, such as 43 (this is depicted schematically in figure 3), *or* its bandgap is more than, and ideally twice, the bandgap of the photon absorbing layer, such as 43.

<u>Embodiment 1</u>

A band diagram of a photo-detector according to a first embodiment of the invention is shown in Fig. 4a. The structure of the photo-detector is shown in Fig. 4b. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The

doping is typically in the range of $n < 10^{16}$ cm$^{-3}$ and the thickness is typically in the range of 1-10μm.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range of $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μm.

The barrier layer 12 is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm.

As shown in Fig. 4a, the bands, during operation, are essentially flat in all the three layers of the heterostructure. This requires a very low p-type doping (typical values: $p < 10^{15}$ cm$^{-3}$) in the middle barrier layer 12.

Embodiment 2

A band diagram of a second embodiment of the invention is shown in Fig. 5a. The structure of the second embodiment is shown in Fig. 5b. Unlike in embodiment 1, band bending is allowed in the barrier layer 12A. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range, $n < 10^{16}$ cm$^{-3}$ and the thickness of the photon-absorbing layer 13 is typically in the range 1-10μ. The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 12A is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm. The barrier layer 12A is a p-type material, with a typical doping range of $1\times10^{15} \leq p < 5 \times 10^{16}$ cm$^{-3}$. A depletion region exists in the barrier layer 12A but not in the photon absorbing layer 13. The

depletion region is usually confined to the barrier layer 12A but is allowed to extend a short distance into the p-type contact layer 11.

The boundary of the n-type photon absorbing layer 13 nearest the p-type barrier layer 12A is doped over one or two atomic monolayers with donor atoms such as, silicon, to form a $\delta$ – doping layer 15 having a typical doping of: $5\times10^{10} < n < 10^{12}$ cm$^{-2}$).

<u>Embodiment 3</u>

A band diagram of a third embodiment of the invention is shown in Fig. 6a. The structure of the third embodiment is shown in Fig. 6b. In the third embodiment, band bending is allowed in the barrier layer 16 and a short distance into the contact layer 11.

The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range of $n < 10^{16}$ cm$^{-3}$ and the thickness is typically in the range 1-10μ.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 11 is made of p-type GaSb with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 16 is made of GaAlSbAs alloy, with thickness typically in the range of 0.05 - 1μm.

The barrier layer 16 is n-type with a typical doping range of $1\times10^{15} \le n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type δ – doping layer 15, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 13 and the barrier layer 16, as an option.

A depletion region exists in the barrier 16 and also a short distance into the p-type GaSb contact layer 11.

Embodiment 4

A band diagram of a fourth embodiment of the invention is shown in Fig. 7a. The structure of the fourth embodiment is shown in Fig. 7b.

The n-type photon-absorbing layer 13A is made of a type II superlattice that comprises alternating sub-layers of InAs and $Ga_{1-x}In_xSb$ (or alternating sub-layers of closely related semiconductor alloys, e.g. $InAs_{1-w}Sb_w$, $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$, etc. with $0\leq w\leq1$, $0\leq x\leq1$, $0\leq y\leq1$, $0\leq z\leq1$ and $x + y < 1$) and wherein the sub-layers each have a thickness typically in the range of 0.6-10 nm. The average doping over many sub-layers of the superlattice is typically in the range, $n < 10^{16}$ cm$^{-3}$ and thickness of the whole superlattice region is typically in the range 1-10μ.

The use of a type II InAs/InGaSb (or closely related) superlattice 13A enables operation in both the Mid-Wave Infra-Red (MWIR: 3 – 5μ) and in the Long-Wave Infra-Red (LWIR: 8 – 12μ) terrestrial atmospheric transmission windows, and also in the Very Long-Wave Infra-Red (VLWIR: 12 – 20μ) range.

The contact layer 11 is made of p-type GaSb, with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 16A is made of GaAlSbAs alloy with typical thickness values in the range 0.05 - 1μm.

The barrier layer 16A is n-type with a typical doping range of $1\times10^{15} \le n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type $\delta$ – doping layer 15A, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 13A and the barrier layer 16A, as an option.

As shown in Fig. 7a, depletion regions exist in both the n-type barrier 16A and the p-type GaSb contact layer 11.

Although the valence band offset ($\Delta$ in Fig 2a) between the barrier layer 16A and the photon absorbing layer 13A is shown positive in Fig. 7a, it may be made negative up to a most negative value of about $-10kT_{op}$ by changing the amount of Aluminium and arsenic in the barrier.

<u>Embodiment 5</u>

A band diagram of a fifth embodiment of the invention is shown in Fig. 8a. The structure of the fifth embodiment is shown in Fig. 8b.

The n-type photon-absorbing layer 23 is made of InSb or InAlSb alloy. The doping is typically in the range, $n < 10^{16}$ cm$^{-3}$ and thickness is typically in the range 1-10μ.

The use of InSb or InAlSb alloy 23 enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 21 is made of p-type InSb or InAlSb alloy, with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 26 is made of InAlSb alloy with typical thickness values in the range 0.05 – 0.3μm.

The InAlSb barrier layer 26A is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type δ – doping layer 25, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 23 and the barrier layer 26, as an option.

A depletion region exists in the n-type InAlSb alloy barrier 26 and also a short distance into the p-type InSb or InAlSb alloy contact layer 21.

The valence band offset (Δ in Fig 8a) between the InAlSb barrier layer 26 and the photon absorbing layer 23 is negative, and should be designed by changing the amount of Aluminium in the barrier to have a value of between $-3kT_{op}$ and $-10kT_{op}$. For growth of an InSb photon absorbing layer on an InSb substrate, and taking into account the strain splitting of the valence band in the barrier, which will make the valence band edge of the barrier layer 26 "light- hole" like in character, the typical Aluminium concentration in the barrier layer 26 will be about 10%-25% (e.g. for 10% the alloy composition is $In_{0.9}Al_{0.1}Sb$). The height of the barrier 26 in the conduction band may be less than the ideal value specified in characterizing features 5 and 7, but it still satisfies the basic requirements and provides strong suppression of the G-R dark current contribution from the contact layer 21.

Further Embodiments

In all embodiments, it is advantageous to join the boundary of the photon-absorbing layer 13, 13A, or 23 furthest from the barrier layer 12, 12A, 16, 16A, or 26 to a material 14, 14A or 24 of nearly the same composition as the photon absorbing layer material but with much higher n-doping (typical values: $n < 3 \times 10^{18}$ cm$^{-3}$), so that the valence band of the highly doped layer lies below the valence band of the photon absorbing layer by significantly

more than $3kT_{op.}$ This can improve efficiency and electrical contact quality. However, it should be noted that layers 14, 14A or 24 are optional.

Embodiment 4 has a photon-absorbing layer based on a type II superlattice, and is closely analogous to embodiment 3, which has a photon-absorbing layer based on InAsSb alloy. Both of these embodiments have an n-type GaAlSbAs barrier layer and a p-type GaSb contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on a type II superlattice, which have a p-type GaAlSbAs barrier and a p-type GaSb contact layer, analogous to embodiments 1 and 2.

In embodiment 4, the p-type GaSb contact layer could be replaced with a p-type type II superlattice layer with a similar bandgap energy to that of the photon absorbing layer.

Embodiment 5 has an n-type InSb or InAlSb alloy photon absorbing layer, together with an n-type InAlSb alloy barrier layer and a p-type InSb or InAlSb alloy contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on n-type InSb or InAlSb alloy, which have a p-type InAlSb alloy barrier and a p-type InSb or InAlSb alloy contact layer, analogous to embodiment 2.

The following Table 1 provides some approximate band offset ranges for materials when grown on GaSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (meV), Δ $\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| AlSb | $InAs_{0.91}Sb_{0.09}$ | 30 | 200 |
| GaSb | $InAs_{0.91}Sb_{0.09}$ | 390 | 560 |
| GaSb | InAs/InGaSb superlattice | 30 | 100 |

**Table 1**

Table 2 provides approximate bandgaps and cut-off wavelengths of Semiconducting materials at 77K that can be grown on GaSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (meV) | Approx. Cut-off wavelength (μm) |
|---|---|---|---|---|
| 11, 17 | GaSb | - | 800 | 1.55 |
| 12, 12A, 16 | $Ga_{0.5}Al_{0.5}Sb$ | - | 1560 | 0.80 |
| 12, 12A, 16 | AlSb | - | 1660 | (indirect gap) |
| 12, 12A, 16 | $Ga_{1-x}Al_xSb$ | 0 – 1 | 800 - 1660 | 1.55 – 0.74 |
| 13, 14, 15 | $InAs_{0.91}Sb_{0.09}$ | - | 310 | 4.0 |
| 13, 14, 15 | $InAs_{1-x}Sb_x$ | 0 - 0.2 | 410 - 260 | 3.0 - 4.8 |
| 13, 14, 15 | InAs/InGaSb superlattice | - | 60 - 400 | 3 - 20 |

**Table 2**

The following Table 3 provides approximate band offset range information for materials when grown on InSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (including strain effects) (meV), Δ $\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| InSb | $In_{0.9}Al_{0.1}Sb$ | 20 | 40 |

**Table 3**

Table 4 provides approximate bandgap and cut-off wavelength information of Semiconducting material at 77K that can be grown on InSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (including strain effects) (meV) | Approx. Cut-off wavelength (including strain effects) (μm) |
|---|---|---|---|---|
| 21,23,24 ,26 | $In_{1-x}Al_xSb$ | 0 – 0.3 | 225 - 565 | 5.5 – 2.2 |

**Table 4**

With reference to Figs. 4b, 5b, 6b, 7b, and 8b, the semiconductor layers are usually grown by modern semiconductor epitaxy methods such as Liquid Phase Epitaxy (LPE), Molecular Beam Epitaxy (MBE), Metal-Organic Vapour Phase Epitaxy (MOVPE), or any of their derivatives, onto a semiconductor substrate (17, 18, or 28) [e.g. see "Growth and Characterization of Semiconductors", edited by R A Stradling and P C Klipstein, published by Adam Hilger (1990), ISBN 0-85274-131-6]. For embodiments 1-4, a good choice of substrate is GaSb doped either p-type 17 (e.g. $p$ ~1-100 × $10^{16}$ $cm^{-3}$) or n-type 18 (e.g. $n$ ~1-100 × $10^{16}$ $cm^{-3}$). An n-type GaSb substrate 18 is usually preferred for MWIR applications due to its lower free carrier absorption of the IR radiation. In this case a p-type GaSb buffer layer 17, which conveniently forms an Ohmic contact with n-type InAsSb [e.g. see P C Klipstein et al, in

Semiconductor Hetero-Epitaxy, published by World Scientific, Singapore, page 515, ISBN 981 02 2479 6], may be grown ontop of the n-type GaSb substrate. GaSb is closely lattice matched to the materials used for the other layers (11, 12, 12A, 13, 13A, 14, 14A, 15, 16 and 16A). Other choices of substrate 18 include InAs, GaAs, Si, Ge, and compliant substrates. For embodiment 5, a good choice of substrate is n-type InSb 28 (e.g. $n$ ~1-3000 × $10^{15}$ $cm^{-3}$). InSb is closely lattice matched to the materials used for the other layers (21, 23, 24, 26). An n+ InSb buffer layer 27 should usually be grown (e.g. $n \sim 5\text{-}30 \times 10^{17}$ $cm^{-3}$). The high doping can be chosen to make the layer nearly transparent to MWIR radiation by exploiting the Moss Burstein effect, as reported by T Ashley et al., in "Large Format MWIR Focal Plane Arrays", in SPIE proceedings vol. 4820, page 400. Other choices of substrate 28 include InAs, GaAs, Si, Ge, and compliant substrates.

After growth, the wafer is etched into a mesa structure, after which the sides are passivated with a suitable chemical treatment and/or with the application of a suitable dielectric layer (for example, silicon nitride) and electrical contacts are then applied. The substrate is usually thinned to allow light 19 to pass without significant losses due to free carrier absorption. Schematic arrangements are shown in figures 4b, 5b, 6b, 7b and 8b.

It is a common practice, when producing focal plane array detectors, to make the top contact with an Indium Bump and to connect it to a pixel on a Silicon Read-Out Integrated Circuit (Si-ROIC). Note that in all embodiments of the structures shown in Figs. 4b, 5b, 6b, 7b and 8b, the p-type region is grown after the n-type region of the diode and forms the top part of the mesa. The diode is then termed p-on-n and is designed to operate with the top of the mesa biased negative. The opposite polarity can be achieved by growing the structure appropriately so that the diode is n-on-p rather than p-on-n.

In order to make a "multi-color detector" that is sensitive to at least two different wavelength ranges, two or more detector units, each comprising a contact layer 11 or 21, a barrier layer 12, 12A, 16, 16A or 26, a photon-absorbing layer 13, 13A, or 23, a highly doped layer 14, 14A or 24 and possibly a delta-doping layer 15, 15A or 25 as described above can be stacked where each photon-absorbing layer 13, 13A or 23 has a different cut-off wavelength. The light 19 should enter the detector unit with the shortest cut-off wavelength first. Stacking is particularly easy when a single detector unit is terminated with GaSb on both sides, as in embodiments 1-4. With a stack of detector units, separate contacts are made to the boundary of each detector unit, noting that only one contact is needed at each junction of two detector units, since it can be shared by both units. It should be noted that although there are known publications referring, e.g. to HgCdTe material used to make stacked conventional p-n detectors (e.g p-n-p or p-n-p-n), the contacts, however, are never all to layers of the same doping type, as is possible in the present invention as one of the options.

If two units are stacked back to back, and no external contact is made at the common boundary between the two units, a two-color detector is achieved in which sequential operation is possible. The selection of the detection wavelength is according to the bias, since only the detector that is reverse biased should respond.

It should be noted that the suppression of the dark current (or noise) in the photo-detector, as achieved by the present invention reduces the Johnson and Schott noise in the detector at a given operating temperature, to a level significantly below the level of that which exists in a homo-junction detector made from the same photon absorbing material. An important consequence of the noise reduction is allowing the operating temperature of the photo-detector, $T_{op}$, to be raised in comparison with that of a homo-junction detector

made from the same photon absorbing material and operating with the same level of Johnson or Schott noise.

While some embodiments of the invention have been described by way of illustration, it will be apparent that the invention can be carried into practice with many modifications, variations and adaptations, and with the use of numerous equivalents or alternative solutions that are within the scope of persons skilled in the art, without departing from the spirit of the invention or exceeding the scope of the claims.

## CLAIMS

1. A photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.
2. A photo-detector according to claim 1, wherein the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;
3. A photo-detector according to claim 2, wherein the middle barrier layer is a p-type material.
4. A photo-detector according to claim 2, wherein the middle barrier layer is an n-type material.
5. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.
6. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.
7. A photo-detector according to claim 2 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of n $<10^{16}$ $cm^{-3}$.

8. A photo-detector according to claim 2, wherein the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.
9. A photo-detector according to claim 2 wherein the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \le w \le 1$, $0 \le x \le 1$, $0 \le y \le 1$, $0 \le z \le 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.
10. A photo-detector according to claim 2, wherein the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.
11. A photo-detector according to claim 2 wherein the contact layer is p-type GaSb.
12. A photo-detector according to claim 2, wherein the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \le w \le 1$, $0 \le x \le 1$, $0 \le y \le 1$, $0 \le z \le 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.
13. A photo-detector according to claim 2 wherein the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.
14. A photo-detector according to claim 2 wherein the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0 \le x \le 1$ and $0 \le y \le 1$.
15. A photo-detector according to claim 2 wherein the middle barrier layer is an
$In_{1-x}Al_xSb$ alloy.
16. A photo-detector according to claim 2 wherein the middle barrier layer has a thickness of between 0.05 and 1μm.
17. A photo-detector according to claim 2 wherein the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.
18. A photo-detector according to claim 2 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

19. A photo-detector according to claim 2 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{18}$ cm$^{-3}$, contact layer.
20. A photo-detector according to claim 2 wherein an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors cm$^{-2}$, is included at the edge of the photon absorbing layer.
21. A photo-detector according to claim 2 in which the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ cm$^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.
22. A photo-detector according to claim 2, grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.
23. A photo-detector according to claim 2, grown on a compliant substrate
24. A photo-detector according to claim 2, grown by Liquid Phase Epitaxy (LPE).
25. A photo-detector according to claim 2, grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.
26. A photo-detector with a reduced G-R noise, comprising a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.
27. A photo-detector according to claim 26, wherein the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.

28. A photo-detector according to claim 27, wherein the middle barrier layer is a p-type material.
29. A photo-detector according to claim 27, wherein the middle barrier layer is an n-type material.
30. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.
31. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.
32. A photo-detector according to claim 27 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ $cm^{-3}$
33. A photo-detector according to claim 27 wherein the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.
34. A photo-detector according to claim 27 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.
35. A photo-detector according to claim 27 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5\times10^{18}$ $cm^{-3}$, contact layer.
36. A photo-detector according to claim 27 wherein a p-type δ–doping layer is included at the edge of the photon absorbing layer.

37. A photo-detector according to claim 27 in which the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

38. A photo-detector sensitive to more than one wavelength band, comprising stacked detector units as in claim 1, claim 26, or a combination thereof, in which each detector unit has a different cut-off wavelength.

39. An array of identical detectors in which each detector is as in claim 1 or as in claim 26, connected to a silicon readout circuit by indium bumps.

40. An array of identical detectors in which each detector is sensitive to more than one wavelength band as in claim 38, and in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

# FIGURE 1
(prior art)



# FIGURE 2a




SM000022252

# FIGURE 2b


34
35
119
electron
33
(1-α)E_G Barrier
E_C
6B
E_F(p)
E_V
4B
G-R
Center
5B
E_C
E_F(n)
αE_G Barrier
E_V
hole
118

# FIGURE 2c



35
34
33
119
electron
$E_C$
6C
120C
$E_F(p)$
$E_V$
5C
8C
4C
G-R
Center
hole
118
$E_C$
$E_F(n)$
$E_V$

# FIGURE 2d


39
119
electron
34
33
E_C
6D
4D
G-R
Center
5D
E_F(p)
E_V
hole
118
E_C
E_F(n)
E_V

# FIGURE 3


48
Depletion Region
46
n-type
47
p-type
44
43
Δ′
$E_C$
$E_F(p)$
$E_V$
45
ξ′
$E_C$
$E_F(n)$
$E_V$

# FIGURE 4a


12
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
Ec
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
Ev
Vbias
ξ
Δ
EF(n)
Ec
Ev

Figure 4b



-ve
11
p-GaSb
12
$p\text{-}Ga_{1-x}Al_xSb_{1-y}As_y$
n-type photon absorbing layer ($InAs_{1-z}Sb_z$)
13
+ve
14
n+ $InAs_{1-z}Sb_z$
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 5a


15
n++
(δ-doped)
InAs1-zSbz
12A
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
Ec
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
EV
ξ
Vbias
Δ
EF(n)
EC
EV

Figure 5b


-ve
11
p-GaSb
12A
p-Ga1-xAlxSb1-yAsy
15
δ⁻-doping
n-type
photon
absorbing
layer
(InAs1-zSbz)
13
+ve
14
n+ InAs1-zSbz
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 6a


16
n-type
$Ga_{1-x}Al_xSb_{1-y}As_y$
11
*p*-type
GaSb
$E_C$
$E_F(p)$
$E_V$
$V_{bias}$
ξ
Δ
13
*n*-type
$InAs_{1-z}Sb_z$
14
*n*+
$InAs_{1-z}Sb_z$
$E_F(n)$
$E_C$
$E_V$

Figure 6b


-ve
11
p-GaSb
16
n-$Ga_{1-x}Al_xSb_{1-y}As_y$
15
$\delta^-$-doping
(OPTIONAL)
n-type
photon
absorbing
layer
($InAs_{1-z}Sb_z$)
13
+ve
14
n+ $InAs_{1-z}Sb_z$
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 7a


16A
11
n-type
p-type
Ga1-xAlxSb1-yAsy
GaSb
EC
13A
14A
n-type
SL
n+ SL
EF(p)
EV
Vbias
EF(n)
EC
EV

Figure 7b



-ve
11
p-GaSb
16A
n-Ga$_{1-x}$Al$_x$Sb$_{1-y}$As$_y$
15A
δ$^-$-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(SL, e.g. InAs/Ga$_{1-y}$In$_y$Sb)
13A
+ve
14A
n+ SL
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 8a



26
n-type
In1-zAlzSb
21
p-type
In1-wAlwSb
23
n-type
In1-yAlySb
24
n+
In1-xAlxSb
EC
EF(p)
EV
Vbias
ξ
Δ
EF(n)
EC
EV

Figure 8b



-ve
21
p-In1-wAlw Sb
26
n-In1-zAlzSb
25
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(In1-yAlySb)
23
+ve
24
n+ In1-xAlxSb
27
n+-InSb
28
n-InSb
19

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 7 H01L31/101

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7 H01L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, INSPEC

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | PARK J ET AL: "Reduction of dark current in an n-type In0.3Ga0.7As/GaAs quantum well infrared photodetector by using a camel diode structure" SOLID STATE ELECTRONICS, ELSEVIER SCIENCE PUBLISHERS, BARKING, GB, vol. 46, no. 5, May 2002 (2002-05), pages 651-654, XP004346693 ISSN: 0038-1101 | 1,2,5, 20,22-25 |
| Y | the whole document | 7,12,16, 36,38-40 |
| | ----- | |
| | -/-- | |

[X] Further documents are listed in the continuation of box C.

[X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 4 November 2004 | 12/11/2004 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL – 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Boero, M |

Form PCT/ISA/210 (second sheet) (January 2004)

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WATANABE I ET AL: "Extremely low dark current InAlAs/InGaAlAs quaternary well superlattice APD" PROCEEDINGS OF THE INTERNATIONAL CONFERENCE ON INDIUM PHOSPHIDE AND RELATED MATERIALS. NEWPORT, APR. 21 - 24, 1992, NEW YORK, IEEE, US, vol. CONF. 4, 21 April 1992 (1992-04-21), pages 246-249, XP010058406 ISBN: 0-7803-0522-1 | 26,27, 30,32 |
| Y | the whole document | 7,12,16, 36 |
| Y | WO 02/084740 A (EPIR LTD) 24 October 2002 (2002-10-24) the whole document | 38-40 |
| A | US 4 740 819 A (KAWATA MASAHIKO ET AL) 26 April 1988 (1988-04-26) the whole document | 1-37 |
| A | US 6 117 702 A (KYOZUKA SHINYA ET AL) 12 September 2000 (2000-09-12) the whole document | 1-37 |

Form PCT/ISA/210 (continuation of second sheet) (January 2004)

# INTERNATIONAL SEARCH REPORT

Information on patent family members

In tional Application No
PCT/IL2004/000573

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 02084740 | A | 24-10-2002 | US | 2003160172 A1 | 28-08-2003 |
| | | | WO | 02084740 A2 | 24-10-2002 |
| US 4740819 | A | 26-04-1988 | JP | 1733425 C | 17-02-1993 |
| | | | JP | 4020274 B | 02-04-1992 |
| | | | JP | 58057760 A | 06-04-1983 |
| | | | JP | 1726746 C | 19-01-1993 |
| | | | JP | 4010233 B | 24-02-1992 |
| | | | JP | 58057761 A | 06-04-1983 |
| | | | DE | 3277353 D1 | 22-10-1987 |
| | | | EP | 0076495 A2 | 13-04-1983 |
| | | | KR | 9000074 B1 | 19-01-1990 |
| US 6117702 | A | 12-09-2000 | JP | 9237913 A | 09-09-1997 |
| | | | US | 5847418 A | 08-12-1998 |

Form PCT/ISA/210 (patent family annex) (January 2004)

SM000022269

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 79284 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L2 | 4137 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L3 | 8504 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L4 | 12816 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:27 AM |
| L5 | 3763 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L6 | 1541 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L7 | 5379 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L8 | 1900 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:28 AM |
| L9 | 5611 | h01l31/035236.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |
| L10 | 4860 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L11 | 1918 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |
| L12 | 3980 | h01l31/1844.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:29 AM |
| L13 | 441261 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:30 AM |
| L14 | 16885 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:30 AM |
| L15 | 41 | (maimon WITH shimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:37 AM |
| L16 | 435477 | (photodetect$3 photo$1detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:43 AM |
| L17 | 39229 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:44 AM |
| L18 | 63423 | (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:45 AM |
| L19 | 3522 | 16 AND 17 AND 18 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:45 AM |
| L20 | 2031 | (block$3 prevent$3) WITH (majority near3 carrier) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:46 AM |
| L21 | 219 | 19 AND 20 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:46 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L22 | 570156 | L1 L2 L3 L4 L5 L6 L7 L8 L9 L10 L11 L12 L13 L14 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:47 AM |
| L23 | 4837 | 22 AND (dark near3 current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 11:54 AM |
| L24 | 21919 | 22 AND (dop$3 near3 semiconductor) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 12:00 PM |
| L25 | 6327 | 22 AND (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:43 PM |
| L26 | 4858 | 22 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:43 PM |
| L27 | 32 | ("20020070389" OR "20060267007" OR "20070235758" OR "20100155777" OR "20120105646" OR "20130153769" OR "4652335" OR "4679063" OR "4682196" OR "4731640" OR "5047622" OR "5177364" OR "5272535" OR "5459332" OR "5563423" OR "5844253" OR "5966945" OR "6380604" OR "6531721" OR "6740908" OR "6965152" OR "7157706" OR "7180066" OR "7385704" OR "7470904" OR "7521737" OR "7531440" OR "7687871" OR "7795640" OR "8003434" OR "8674406" OR | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 01:44 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "9117726").pn. | | | | | |
| L28 | 13015 | 22 AND (photodetect$3 photo$1detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:48 PM |
| L29 | 4299 | 26 AND 25 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:48 PM |
| L30 | 649 | 23 AND 29 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:48 PM |
| L31 | 2751 | 22 AND (majority near3 carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:49 PM |
| L32 | 571 | 31 AND 23 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:49 PM |
| L33 | 584 | 31 AND 29 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:49 PM |
| L34 | 303 | 33 AND barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 01:56 PM |
| L35 | 4 | wo-2005004243-$.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:03 PM |
| L36 | 7414 | (photo$2absorb$3 photo$1 near2 absorb$3) WITH layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L37 | 1183283 | barrier WITH layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L38 | 64554 | valence ADJ band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; | OR | ON | ON | 2022/03/21 02:24 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB) | | | | |
| L39 | 3496 | conducting ADJ band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L40 | 441 | 38 AND 39 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L41 | 31 | 40 AND 36 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L42 | 135 | 40 AND 37 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:24 PM |
| L43 | 30 | 41 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 02:25 PM |
| L44 | 8856 | (valence WITH band) SAME absorb$4 SAME conduction | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:18 PM |
| L45 | 3933 | (tunnel$4 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:20 PM |
| L46 | 73545 | semiconductor SAME (photodetect$3 photo$1detect$3 photo ADJ detect$3) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:25 PM |
| L47 | 6257 | (flow$3 tunnel$4) WITH (majority WITH carrier) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:57 PM |
| L48 | 173 | 44 AND 47 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:57 PM |
| L49 | 2590 | (conduction WITH energ$3 WITH offset$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, | OR | ON | ON | 2022/03/21 03:57 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L50 | 147 | 49 AND 46 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:58 PM |
| L51 | 85 | 49 AND 36 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/03/21 03:58 PM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N1 | 19751 | b82y20/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N2 | 824 | g01j5/061.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N3 | 1841 | g01j5/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N4 | 2554 | g01j2005/0077.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N5 | 928 | h01l23/38.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N6 | 389 | h01l27/14669.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N7 | 1474 | h01l31/03046.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N8 | 1555 | h01l31/035236.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:52 PM |
| N9 | 1116 | h01l31/101.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N10 | 400 | h01l31/1832.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N11 | 1016 | h01l31/1844.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N12 | 109216 | h01l2924/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N13 | 4036 | y02e10/544.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N14 | 45514 | (photodetect$3 photo$1detect$3).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:53 PM |
| N15 | 50690 | (doped WITH semiconductor).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:54 PM |
| N16 | 2438 | (valence WITH band).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:54 PM |
| N17 | 1794 | (conducting WITH | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | band).clm. | | | | | 03:54 PM |
| N18 | 120 | (photo$1absorb$3 WITH layer).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:54 PM |
| N19 | 64 | (tunnel$3 WITH majority WITH carrier$1).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:55 PM |
| N20 | 8057 | (barrier WITH tunnel$3).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:55 PM |
| N21 | 139333 | N1 N2 N3 N4 N5 N6 N7 N8 N9 N10 N11 N12 N13 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N22 | 799 | 14 AND 15 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N23 | 25 | 14 AND 16 AND 17 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N24 | 10 | 14 AND 19 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |
| N25 | 20 | 15 AND 19 | (US-PGPUB; USPAT) | OR | ON | ON | 2022/03/21 03:56 PM |

# Bibliographic Data

Application No: 17/181,669

| | | | |
|---|---|---|---|
| Foreign Priority claimed: | ○ Yes | ◉ No | |
| 35 USC 119 (a-d) conditions met: | ☐ Yes | ☑ No | ☐ Met After Allowance |
| Verified and Acknowledged: | /MARK R GAWORECKI/ Examiner's Signature | | Initials |
| Title: | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | | |

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 02/22/2021 | 257 | 2884 | 1407CON8-Maimon |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Shimon Maimon, Rochester, NY, UNITED STATES

**CONTINUING DATA**

This application is a CON of 16199212 11/25/2018 PAT 11245048

16199212 is a DIV of 15679487 08/17/2017 PAT 11264528

15679487 is a CIP of 14822433 08/10/2015 PAT 9766130

14822433 is a CIP of 13964883 08/12/2013 PAT 9117726

13964883 is a CIP of 13167992 06/24/2011ABN

13167992 is a CON of 12656739 02/16/2010 PAT 8003434

12656739 is a DIV of 11276962 03/19/2006 PAT 7687871

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

03/08/2021

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625
UNITED STATES

**FILING FEE RECEIVED**

$830

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42766832 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23251 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 19-MAY-2021 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 16:02:09 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 00-Transmittal.pdf | 157260<br>35803c081dbdb7b219e96a973925a0a466e41d22 | no | 2 |

**Warnings:**

SM000022278

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Application Data Sheet | 01-Corrected_ADS_PIX.pdf | 1268830<br>ffdae5e312d7c85f1b30faf26504ff6a9cb5b90a | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | Power of Attorney | 02-1407CON8-POA.pdf | 530260<br>f12816afae2ec02fd680d6754f656b7cebcd5b21 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1956350 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

23521 7590 01/13/2022
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| CENTRAL, DOCKET | |

| ART UNIT | PAPER NUMBER |
|---|---|
| OPAP | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/13/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| In re Application of | : | |
| Maimon, Shimon | : | |
| Application No. 17/181,669 | : | |
| Filed: February 22, 2021 | : | DECISION ON PETITION |
| For: REDUCED DARK CURRENT | : | |
| PHOTODETECTOR WITH | : | |
| CONTINUOUS PHOTODETECTOR | : | |
| LAYER | | |

This is a Notice regarding the renewed request for acceptance of a fee deficiency submission under 37 CFR 1.28(c) filed November 01, 2021.

The Office no longer investigates or rejects original or reissue applications under 37 CFR 1.56. 1098 Off. Gaz. Pat. Office 502 (January 3, 1989). Therefore, nothing in this Notice is intended to imply that an investigation was done.

The fee deficiency submission under 37 CFR 1.28(c) is **ACCEPTED**. Accordingly, status as a small entity has been removed and any future fee(s) submitted must be paid at the undiscounted rate.

Inquiries related to this communication should be directed to Schene Gray Paralegal Specialist at (571) 272-2581.

/JOANNE L BURKE/
Lead Paralegal Specialist, OPET

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :C41722

Sale Accounting Date:01/03/2022

| Sale Item Reference Number | Effective Date |
|---|---|
| 17181669 | 06/08/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I202213C43020785 | 1461 | 1.28(C) SUBMISSIONS - APPLIC FILE FEE | $990.00 | Salea |

RECEIVED
CENTRAL FAX CENTER
NOV 01 2021

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~Confirm# | **17/181,669~9446** | Art Unit | |
| Filed on: | **February 22, 2021** | Examiner | |
| Correspondence Date | **Nov. 1, 2021** | Docket: | **1407CON8-Maimon** |

# Response to decision on petition under 37 CFR 1.28(c) and request for reconsideration

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Responsive to the decision mailed to Applicant on October 25, 2021, regarding the petition for fee deficiency submission under C.F.R 1.28 the Applicant submits herewith a corrected itemization of the fees. Reconsideration of the petition is respectfully requested.

2021 NOV -4

Itemization of deficiency payment:

| Fee Type | Code | Paid on | Small entity fee paid | Large entity fee due | Deficiency owed |
|---|---|---|---|---|---|
| Utility filing fee | 4011 | 2/22/2021 | $80 | $320 | $240 |
| Utility Search Fee | 2111 | 2/22/2021 | $350 | $700 | $350 |
| Utility Examination Fee | 2311 | 2/22/2021 | $400 | $800 | $400 |
| | | | | **Total Discrepancy:** | **$990** |
| | | | | **Total Paid:** | **$1,035** |
| | | | | **Overpayment:** | **$45** |

It is believed that overpayment was previously submitted. However, should the Office determined that an error occurred and that the fee(s) are insufficient, the Office is hereby

authorized to charge any deficiency in the fees relating to the submittal to deposit account 501392, registered to Shalom Wertsberger, the undersigned.

**To the extent that such action does not hinder or delays acceptance of this petition**, the Office is kindly requested to issue a refund for the overpaid amount.

If the Office finds any deficiency in this submission the undersigned respectfully requests that the relevant Office person would call the undersigned, Shalom Wertsberger at 585-200-3000 so that any such deficiency may be expeditiously resolved.

Respectfully Submitted,

*/Shalom Wertsberger/*

Agent for applicant, Reg. #43,359

Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
email:shalom@saltamar.com

RECEIVED
CENTRAL FAX CENTER
NOV 01 2021

Central Fax: 571-273-8300

**Mail Stop PETITION**
**Att: Ms. Joanne L. Burke, Lead paralegal Specialist, OPET**
**Ms. Schene Gray, Paralegal Specialist (571) 272-2581**

Dear Madam,
Enclosed is a response to decision mailed Oct 25, 2021 on a petition for deficiency payment under 37 CFR 1.28(c) in US application **17/181,669**, docket No. 1407CON8-Maimon.

Further enclosed is a credit card charge authorization for $240.

If there are any questions or other issues raised by this fax transmission, kindly contact Shalom Wertsberger at 207-776-1400.

Respectfully
/Shalom Wertsberger/
Reg. No. 43,359, agent of record

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon | 9446 |

23521 7590 10/25/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| CENTRAL, DOCKET | |

| ART UNIT | PAPER NUMBER |
|---|---|
| OPAP | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/25/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| In re Application of | : | |
| Maimon, Shimon | : | |
| Application No. 17/181,669 | : | |
| Filed: February 22, 2021 | : | DECISION ON PETITION |
| For: REDUCED DARK CURRENT | : | |
| PHOTODETECTOR WITH | : | |
| CONTINUOUS PHOTODETECTOR | : | |
| LAYER | | |

This is a Notice regarding the request for acceptance of a fee deficiency submission under 37 CFR 1.28(c) filed June 08, 2021.

The Office no longer investigates or rejects original or reissue applications under 37 CFR 1.56. 1098 Off. Gaz. Pat. Office 502 (January 3, 1989). Therefore, nothing in this Notice is intended to imply that an investigation was done.

The fee deficiency submission under 37 CFR 1.28(c) is **NOT ACCEPTED**.

Applicant should note that 37 CFR 1.28(c) states in part: If status as a small entity is established in good faith, and fees as a small entity are paid in good faith, in any application or patent, and it is later discovered that such status as a small entity was established in error, or that through error the Office was not notified of a loss of entitlement to small entity status as required by § 1.27(g)(2), the error will be excused upon compliance with the separate submission and itemization. *See* 37 CFR 1.28(c)(2)(ii).

The itemization must include the following information:

(A) Each particular type of fee that was erroneously paid as a small entity, (e.g., basic statutory filing fee, two-month extension of time fee) along with the current fee amount for a non-small entity;

(B) The small entity fee actually paid, and when. This will permit the Office to differentiate, for example, between two one-month extension of time fees erroneously paid as a small entity but on different dates;

(C) The deficiency owed amount (for each fee erroneously paid); and

(D) The total deficiency payment owed, which is the sum or total of the individual deficiency owed amounts set forth in paragraph (c)(2)(ii) of this section.

Requirement (A) appears to have been met. However, the instant request does not fully comply with requirements (B), (C) and (D) as listed. In this regard, a review of the file finance record indicates that the itemization submitted with the present request fails to list the proper amount for the fees that was actually paid at the small entity rate. As a result, requirements (C) and (D) have not been met as well because the deficiency amount owed for each fee erroneously paid and the total owed in its entirety is inaccurate. For these reasons, the itemization is not proper and the present request cannot be accepted at this time.

Applicant should submit the itemization within **ONE (1) MONTH** from the mail date of this Notice. This time limit is non-extendable. Failure to timely respond may result in the return of the fee deficiency paper, at the option of the Office.

Further correspondence with respect to this matter should be addressed as follows:

By mail: Mail Stop PETITION
Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

By FAX: (571) 273-8300
ATTN: Office of Petitions

By hand: U. S. Patent and Trademark Office
Customer Service Window, Mail Stop Petitions
Randolph Building
401 Dulany Street
Alexandria, VA 22314

By internet: EFS-Web[1]

[1] http://portal.uspto.gov (for help using EFS-Web call the Patent Electronic Business Center at (866) 217-9197).

Telephone inquiries regarding this decision should be directed to Schene Gray Paralegal Specialist at (571) 272-2581.

/JOANNE L BURKE/
Lead Paralegal Specialist, OPET

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

Application or Docket Number
17/181,669

APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 80 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 350 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 400 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 2 minus 20 = | * | x 50 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | * | x 240 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| | | | TOTAL | 830 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

APPLICATION AS AMENDED - PART II

AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | 1737 | 830 | 1407CON8-Maimon | 2 | 2 |

**CONFIRMATION NO. 9446**

**UPDATED FILING RECEIPT**

OC000000127541323

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 08/09/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a CON of 16/199,212 11/25/2018
which is a DIV of 15/679,487 08/17/2017
which is a CIP of 14/822,433 08/10/2015 PAT 9766130
which is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 03/08/2021

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/181,669**

**Projected Publication Date:** Request for Non-Publication Acknowledged

**Non-Publication Request:** Yes

**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER

**Preliminary Class**

430

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor

community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

Application or Docket Number
17/181,669

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 80 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 350 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 400 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 2 minus 20 = | * | x 50 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | * | x 240 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 830 | | TOTAL | |

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon |

**CONFIRMATION NO. 9446**

**FORMALITIES LETTER**

*OC000000127472264*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 08/05/2021

## NOTICE OF INCOMPLETE REPLY (NONPROVISIONAL)

*Filing Date Granted*

The U.S. Patent and Trademark Office has received your reply on 06/07/2021 to the NOTICE TO FILE CORRECTED APPLICATION PAPERS (Notice) mailed 03/08/2021 and it has been entered into the application. The reply, however, is not a complete reply for the reason(s) listed below. A complete reply must be timely filed to prevent ABANDONMENT of the above-identified application. Replies should be mailed to: Mail Stop Missing Parts, Commissioner for Patents, P.O.Box 1450, Alexandria VA 22313-1450.

**The period for reply continues to run from the date of the Notice mailed 03/08/2021.** Applicant must submit all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the appropriate extension fee under the provisions of 37 CFR 1.136(a).

Applicant's reply to the Notice mailed on 03/08/2021 was received in the U.S. Patent and Trademark Office on 06/07/2021, after the expiration of the two month period for reply set forth in the Notice. The application will become abandoned unless applicant obtains an extension of the period for reply, as above. The petition must be accompanied by the appropriate fee as set forth in 37 CFR 1.17 (see the current fees below). The date on which the reply, the petition, and the fee have been filed is the date of the reply and also the date for purposes of determining the period of extension and the corresponding amount of the fee due. The expiration of the time period is determined by the amount of the fee paid. Applicant is advised that extensions may not be granted under 37 CFR 1.136(a) for more than FIVE MONTHS beyond the time period set in the Notice.

**Items Required to Avoid Abandonment:**

The required items noted below SHOULD be filed along with any items required above.

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Applicant did not provide a statement that the substitute specification contains no new matter.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

| | |
|---|---|
| Mail date of Notice: | 03/08/2021 |
| Last date that extension may be obtained: (Note: The petition and fee must be received by this date, or include a proper certificate of mailing under 37 CFR 1.8 with a date on or before this date, and extend the time to include this date.) | 10/08/2021 |

| Length of Extension of Time (response due on or before) | Fee under 37 CFR 1.17(a) effective March 19, 2013 | | |
|---|---|---|---|
| | Undiscounted | Small Entity | Micro Entity |
| Three Months (08/08/2021) | $1480 | $740 | $370 |
| Four Months (09/08/2021) | $2320 | $1160 | $580 |
| Five Months (10/08/2021) | $3160 | $1580 | $790 |

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/qnguyen/

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| In re application of: | **Shimon Maimon** | | |
|---|---|---|---|
| **For:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | | |
| Serial No. ~confirm: | **17/181,669 ~ 9446** | Group: | |
| Filed on: | **Feb 22, 2021** | Examiner: | |
| Correspondence Date | **August 5, 2021** | Docket: | **1407CON8_MAIMON** |

## Response to Notice of Incomplete Reply, Statement, and petition for extension of time

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

In response to the Notice of Incomplete Reply mailed to applicant on Aug 5, 2021, the Applicant states that as the substitute specification reflect the preliminary amendment filed contemporaneously with the application, **no new matter was introduced by the substitute specification filed on 6/7/2021**.

The applicant petitions the office for an extension of time under 37 CFR§1.136 to make this submission timely. The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon |

**CONFIRMATION NO. 9446**

**FORMALITIES LETTER**

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

*OC000000127472264*

Date Mailed: 08/05/2021

## NOTICE OF INCOMPLETE REPLY (NONPROVISIONAL)

*Filing Date Granted*

The U.S. Patent and Trademark Office has received your reply on 06/07/2021 to the NOTICE TO FILE CORRECTED APPLICATION PAPERS (Notice) mailed 03/08/2021 and it has been entered into the application. The reply, however, is not a complete reply for the reason(s) listed below. A complete reply must be timely filed to prevent ABANDONMENT of the above-identified application. Replies should be mailed to: Mail Stop Missing Parts, Commissioner for Patents, P.O.Box 1450, Alexandria VA 22313-1450.

**The period for reply continues to run from the date of the Notice mailed 03/08/2021.** Applicant must submit all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the appropriate extension fee under the provisions of 37 CFR 1.136(a).

Applicant's reply to the Notice mailed on 03/08/2021 was received in the U.S. Patent and Trademark Office on 06/07/2021, after the expiration of the two month period for reply set forth in the Notice. The application will become abandoned unless applicant obtains an extension of the period for reply, as above. The petition must be accompanied by the appropriate fee as set forth in 37 CFR 1.17 (see the current fees below). The date on which the reply, the petition, and the fee have been filed is the date of the reply and also the date for purposes of determining the period of extension and the corresponding amount of the fee due. The expiration of the time period is determined by the amount of the fee paid. Applicant is advised that extensions may not be granted under 37 CFR 1.136(a) for more than FIVE MONTHS beyond the time period set in the Notice.

**Items Required to Avoid Abandonment:**

The required items noted below SHOULD be filed along with any items required above.

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Applicant did not provide a statement that the substitute specification contains no new matter.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

Mail date of Notice: 03/08/2021

Last date that extension may be obtained: (Note: The petition and fee must be received by this date, or include a proper certificate of mailing under 37 CFR 1.8 with a date on or before this date, and extend the time to include this date.) 10/08/2021

| Length of Extension of Time (response due on or before) | Fee under 37 CFR 1.17(a) effective March 19, 2013 Undiscounted | Small Entity | Micro Entity |
|---|---|---|---|
| Three Months (08/08/2021) | $1480 | $740 | $370 |
| Four Months (09/08/2021) | $2320 | $1160 | $580 |
| Five Months (10/08/2021) | $3160 | $1580 | $790 |

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/qnguyen/

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Your fee transmittal sheet cannot be generated at this time. Please complete your submission.<br>After completing your submission, please contact the Electronic Business Center (EBC) to request the fee transmittal sheet for this submission.<br><br>We apologize for the inconvenience.<br><br>Electronic Business Center (EBC)<br>1-866-217-9197 (toll-free)<br>or 571-272-4100<br>6 a.m. to 12 Midnight Eastern Time<br>Monday -Friday |
| **First Named Inventor/Applicant Name:** | |
| **Filer:** | |
| **Attorney Docket Number:** | |

## Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | | |
| | **Total in USD ($)** | | | |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon |

**CONFIRMATION NO. 9446**

**FORMALITIES LETTER**

*OC000000127472264*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 08/05/2021

## NOTICE OF INCOMPLETE REPLY (NONPROVISIONAL)

*Filing Date Granted*

The U.S. Patent and Trademark Office has received your reply on 06/07/2021 to the NOTICE TO FILE CORRECTED APPLICATION PAPERS (Notice) mailed 03/08/2021 and it has been entered into the application. The reply, however, is not a complete reply for the reason(s) listed below. A complete reply must be timely filed to prevent ABANDONMENT of the above-identified application. Replies should be mailed to: Mail Stop Missing Parts, Commissioner for Patents, P.O.Box 1450, Alexandria VA 22313-1450.

**The period for reply continues to run from the date of the Notice mailed 03/08/2021.** Applicant must submit all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the appropriate extension fee under the provisions of 37 CFR 1.136(a).

Applicant's reply to the Notice mailed on 03/08/2021 was received in the U.S. Patent and Trademark Office on 06/07/2021, after the expiration of the two month period for reply set forth in the Notice. The application will become abandoned unless applicant obtains an extension of the period for reply, as above. The petition must be accompanied by the appropriate fee as set forth in 37 CFR 1.17 (see the current fees below). The date on which the reply, the petition, and the fee have been filed is the date of the reply and also the date for purposes of determining the period of extension and the corresponding amount of the fee due. The expiration of the time period is determined by the amount of the fee paid. Applicant is advised that extensions may not be granted under 37 CFR 1.136(a) for more than FIVE MONTHS beyond the time period set in the Notice.

**Items Required to Avoid Abandonment:**

The required items noted below SHOULD be filed along with any items required above.

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Applicant did not provide a statement that the substitute specification contains no new matter.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

| | |
|---|---|
| Mail date of Notice: | 03/08/2021 |
| Last date that extension may be obtained: (Note: The petition and fee must be received by this date, or include a proper certificate of mailing under 37 CFR 1.8 with a date on or before this date, and extend the time to include this date.) | 10/08/2021 |

| Length of Extension of Time (response due on or before) | Fee under 37 CFR 1.17(a) effective March 19, 2013 | | |
|---|---|---|---|
| | Undiscounted | Small Entity | Micro Entity |
| Three Months (08/08/2021) | $1480 | $740 | $370 |
| Four Months (09/08/2021) | $2320 | $1160 | $580 |
| Five Months (10/08/2021) | $3160 | $1580 | $790 |

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/qnguyen/

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17181669 |
| **Filing Date:** | 22-Feb-2021 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CON8-Maimon |

Filed as Large Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 1253 | 1 | 1480 | 1480 |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **1480** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43433936 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 05-AUG-2021 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 11:54:26 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1480 |
| RAM confirmation Number | E202185B56072800 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Applicant Response to Pre-Exam Formalities Notice | Non-Complient--Response.pdf | 131538<br>cde19d1b870b7ab4a15bd0c2c3510e2af2d9ef98 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Applicant Response to Pre-Exam Formalities Notice | 1407CON8_Incomplete_Reply-BS.pdf | 95105<br>fffb4e7d6232c41d866878843877863e3ec35ddc | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30061<br>769380a49c92bc8e06d1c1dfb5959d2273810ce5 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 256704 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43151704 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 01-JUL-2021 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 15:57:14 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 1407CON8_IDSTransmitta1.pdf | 117299<br>1fe17dd119912fca787f17dd005083bee2b38716 | no | 2 |

**Warnings:**

SM000022309

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Information Disclosure Statement (IDS) Form (SB08) | 1-1407CP6-IDS.pdf | 613504<br>49b742603889143 84d234c0fc3e0509d1e4ce681 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | Elizabeth_Et_al-pix.pdf | 7077372<br>c83466f4438154e74b3bb6d30b60ef25e1ff1c3e | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Foreign Reference | GB2127619A.pdf | 704689<br>eb295cc31b8cff47daf0a4dfd1e21d3d614c8745 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Non Patent Literature | nbn_paper_Shimon.pdf | 436628<br>14d866bc85e5407370d8359c9db6ada1795c6317 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 8949492 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |
| | 26 | 5459332 | | 1995-10-17 | Carruthers | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number3 | Country Code2 i | Kind Code4 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T5 |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | 'nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon and G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | 'Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17181669 |
| | Filing Date | 2021-02-22 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CON8-Maimon |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shalom Wertsberger/ | Date (YYYY-MM-DD) | 2016-09-05 |
|---|---|---|---|
| Name/Print | Shalom Wertsberger | Registration Number | 43359 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# (12) UK Patent Application (19) GB (11) 2 127 619 A

(21) Application No **8324749**
(22) Date of filing **15 Sep 1983**
(30) Priority data
(31) **8227180**
(32) **23 Sep 1982**
(33) **United Kingdom (GB)**
(43) Application published
**11 Apr 1984**
(51) **INT CL³**
**H01L 31/10**
(52) Domestic classification
**H1K** 1EB 2R3A 2R3E 2S11S 2S12 3C1C 2S1D 2S1E 2S23 2S2D 2S5 4C1U 5B1 5BX 5H2L 9A 9B1 9B1A 9B2 9B4X 9D1 9E 9M1 9N1B 9N2 9N3 9N4 9P3 9R2 EBX
**U1S** 2091 2093 2097 2099 2222 H1K
(56) Documents cited
**GB 1597538**
**GB 1450627**
(58) Field of search
**H1K**
(71) Applicant
**The Secretary of State for Defence,**
**(United Kingdom),**
**Whitehall,**
**London,**
**SW1A 2HB**
(72) Inventor
**Anthony Michael White**
(74) Agent and/or address for service
**Ministry of Defence,**
**Dr. H. J. Field,**
**Procurement Executive,**
**Patents 1A4, Room 2014,**
**Empress State Building,**
**Lillie Road,**
**London SW6 1TR**

## (54) Infrared detectors

(57) A detector (Fig. 1) in which a barrier region (11) is interposed in the current path between the emitter (13) and collector (9) of the detector. This region (11) is of a material having a valence band edge approximately level to that of the emitter material and an appreciably wider band gap (Fig. 2). It thus serves to impede majority carrier current flow and as a consequence device resistance is high. When the detector is biassed, the pedestal contribution to detector signal is low.

The collector (9) may be of semiconductor material of the same majority carrier type as the emitter material; or may be of opposite type but dopant enriched; or it may be a Schottky metal contact.

In one variant of the detector, the emitter (13) and collector (9) are located on opposite sides of the barrier (11) and are of different band-gap materials. The infrared band response of this detector can be changed by reversing bias polarity.

In another variant of the detector (Fig. 4, not shown) the emitter (23) is in strip form and has a pair of bias contacts. The barrier (31) and collector (33) are located on the strip at a position between these contacts and provide a high resistance read-out structure (29).

In one further variant of the detector (Fig. 6, not shown) the emitter (45), the collector (45), together with additional emitter-collector regions (45), are formed from a single layer of photosensitive material on one side of the barrier (43) and provide a high resistance, series connected, multi-element, structure.




Fig. 1.




Fig. 2.

GB 2 127 619 A

1/2 2127619




Fig. 1.




Fig. 2.




Fig. 3.

2127619

2/2




Fig. 4.




Fig. 5.




Fig. 6.




Fig. 7.

SM000022320

SPECIFICATION
**Infrared detectors**

**Technical field**

The present invention concerns the structure and application of infrared detectors, particularly photoconductive detectors.

**Background art**

Conventional infrared photodetectors formed of cadmium mercury telluride (CMT) alloy materials are well known, both simple two contact photoconductors and single p-n homojunction photodiodes. Recent developments have seen time-delay-integration functions included in the photoconductive element—see for example UK Patent No 1,488,258, where the detector is of strip shape and the photocarrier drift rate is matched to the velocity of a scanned image.

A major problem associated with conventional photoconductors, particularly those used in unscanned "staring" applications is a standing DC output (known as a bias "pedestal") even in the absence of any input optical flux. For conventional long wavelength intrinsic photoconductors, the impedance is low, and the standing current is typically several milliamps corresponding to a pedestal of a few volts. For comparison the background flux signal is millivolts, and the required optical signal is microvolts. This pedestal is exceptionally difficult to subtract out in a stable and accurate manner except in the case of a scanned system which can use capacitative output coupling.

Photovoltaic detectors—e.g. photodiodes, have the advantage that they do not require bias, do not dissipate significant power, nor do they have a bias pedestal. Junction diode detectors, however, are difficult to make and require a bulk of scarce and largely uncharacterised p-type CMT. They also suffer stability problems upon the high temperature storage conditions typical of a military user environment, as also upon long-term operation.

**Disclosure of the invention**

The inventon is intended to provide a long wavelength intrinsic photoconductive detector of high impedance. Being of high impedance, the problem of bias pedestal is minimised.

According to the invention thers is provided an infrared detector comprising:—

an emitter region formed of material photosensitive to infrared radiation;

a collector region;

a pair of contacts, one an emitter contact, the other a collector contact and,

a barrier region, adjacent both to the emitter region and the collector region, formed of material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of minority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

Since the barrier region provides a barrier to the flow of majority carriers from the emitter, the detector exhibits high impedance. Since, however, minority carriers are free to pass this barrier region, under illumination and with appropriate bias, photocurrent will be generated and the detector will behave as a photoconductor.

Preferably the emitter and barrier materials are ternary alloys of the same chemical species. Examples are: n-type/n-type, n-type/p-type, or p-type/n-type compositions of cadmium mercury telluride; or of indium gallium arsenide; or of gallium aluminium arsenide. The barrier material may however be a composition of different chemical species, provided emitter and barrier materials have a common or near common valence band. The barrier material may be a binary alloy or compound having a common anion with the ternary material. Examples are: cadmium mercury telluride and cadmium telluride; gallium aluminium arsenide and gallium arsenide; or indium gallium arsenide and indium arsenide.

To avoid the need for compositional gradation at the emitter-barrier interface in order to remove large heterostructure discontinuities in bands, it is preferable that the emitter and barrier materials are n-type and p-type, respectively.

The collector region may be of material of like majority carrier type to the emitter material, having a valence band limit common with or at least near level to that of the barrier material. Alternatively it may be of a high work function metal, or of a heavily doped semiconductor material of opposite majority carrier type to the emitter material. When of metal, the collector region is provided by the collector contact itself.

One form of the detector is of planar structure wherein the emitter, barrier and collector regions are provided by n-type, p-type and n-type layers of materials, respectively. In this structure the emitter and collector regions may be of like material thus having like band gap characteristics. This detector has non-linear performance characteristics under illumination conditions and may thus be included in circuit with a source of alternating bias or of modulated AC bias, the collector being followed by an integrator, harmonic filter or demodulator, as appropriate. In a variant structure of this form of detector, the emitter and collector materials are of like majority carrier type, one material of composition suited for the detection of infrared radiation of wavelength in the 3—5 $\mu$m band, the other material of composition suited for the detection of infrared radiation of wavelength in the 8—14 $\mu$m band. This detector thus has responsitivity to one band at a time, which one depending on the directon of bias. It may thus be included in a circuit including a source of DC bias, a bias that can be switched from one direction to the other, for waveband selection. Alternatively it

may be included in a circuit including a source of AC bias, and have a phase-sensitive or gated amplifier following the collector. Separately gated circuits will produce two channel output with data from an individual band in each channel.

Another form of the detector, also of planar structure, is comprised of two layers of material of different majority carrier type, the material of one layer being of significantly wider band gap, the other layer being delineated to define the emitter and collector regions of the detector.

In another form of the detector, the emitter region is provided by an extensive strip length of material, and the barrier and collector regions are arranged to provide a read-out region for this strip. Such a detector may then be included in the focal plane of a scanning optical system, and biased such that photocarriers generated in the strip drift at a rate matched to the scan velocity. This affords in situ signal integration.

**Brief description of the drawings**

In the drawings accompanying this specification:—

Figure 1 is a cross-section drawing showing the structure of an n-p-n composite photodetector embodying features of the invention;

Figures 2, 3(a) and (b) are band level energy diagrams for the detector structure shown in the preceding figure for zero, forward and reverse bias respectively;

Figure 4 is a cross-section drawing showing an alternative structure of n-p-n composite photodetector, a strip detector;

Figures 5(a) and (b) are band level energy diagrams for metal collector and degenerate semiconductor collector variants respectively, of the photodetector shown in preceding figure 1 above;

Figure 6 is a cross-section view of a two layer structure photodetector, an alternative to the structure shown in figure 1 above; and,

Figure 7 is a band level energy drawing for a two-colour sensitive detector, a variant of the detector shown in figure 1 above.

**Description of preferred embodiments**

Embodiments of the invention will now be described, by way of example only, with reference to the accompanying drawings.

The photodetector 1 shown in figure 1 is comprised of two ohmic contacts 3 and 5, one each side of a triple layered structure 7 of cadmium mercury telluride (CMT) materials. This structure 7 is comprised of a first layer 9 of n-type cadmium mercury telluride formed from a slice cut from a good quality single crystal. The upper two layers, layers 11 and 13 of p-type and n-type cadmium mercury telluride materials, respectively, have been prepared either by sputtering or epitaxial techniques [vapour phase epitaxy (VPE), liquid phase epitaxy (LPE), molecular beam epitaxy (MBE), or chemical vapour deposition (CVD)].

The outer n-type layers 9 and 13 provided have equal band gaps ~0.1 eV (see Figure 2) and are of a cadmium mercury telluride material that is suited to the detection of infrared radiation in the 8—12 $\mu$m band ($Cd_xHg_{1-x}Te$: x=0.20). Each layer 9 and 13 has a donor concentration of the order of $5\times10^4 cm^{-3}$. At an operational temperature circa 80°K (as for liquid nitrogen cooling), the intrinsic carrier concentration is typically $2.5\times10^{13} cm^{-3}$ and the minority carrier (hole) concentration is $1.2\times10^{12} cm^{-3}$. The uppermost n-type layer 13 is thin ($\leqslant 10$ $\mu$m) as for a shallow junction photodiodie. This layer 13, the surface of which is exposed during operation to focussed infrared radiation, has as contact 3 one which is optically reflecting, that minimises minority carrier generation—recombination at the layer surface, and that provides a wide gap window. This contact 3, is one of compound structure and consists of a thin layer 15 of strongly doped n-type CMT of a slightly larger band gap (e.g. $n^+$-type CMT, and, x>0.20, 10 $\mu$m thick) to which simple ohmic metallic edge or ring contact 17 is made.

The sandwiched layer, the p-type layer 11, is of cadmium mercury telluride material of significantly larger band gap ~0.5 eV (i.e. it is of cadmium enriched material: x~0.45). It is doped p-type with the same or closely similar Fermi level (FL) above the valence band (VB) as in the n-type cladding layers 9 and 13. Since the valence band densities of states are similar (hole effective mass 0.55; insensitive to composition) the hole concentration is appreciably constant throughout the device. The interface between the upper n-type layer 13 and the sandwiched p-type layer 11 is a p-n junction without a depletion zone, i.e. there is no space charge layer at zero bias. The centre layer 11 is of thickness between 3—10 $\mu$m, a compromise between tunneling, conductivity, trapping and depletion under bias conditions.

In this structure (figure 1) electron current flow is blocked by an energy barrier (figure 2). This barrier is due to a heterostructure conduction band discontinuity. There is, however, no barrier at all to holes, carriers which are generated in the upper n-type layer 13 by photoconversion, an optical absorption process. The detector device 1 behaves as a photoconductor, as will now be discussed below.

Because of the relatively high electron concentration and high electron mobility in the n-type layers 9 and 13, the resistance of these layers is negligible compared with that of the centre lyer 11. Any external voltage applied to the device 1 appears across the centre region 11. Because of the absence of a barrier to holes, a hole current will flow, limited however by the restricted availability of holes relative to the high concentrations which would be provided by ohmic contact. Because no field can be established in the n-type layers 9 and 13, only diffusion currents flow there. Consider radiation incident from above the device 1 with the top

contact 3 (the emitter contact) biassed positively with respect to the other contact 5 (the collector contact). Holes will be generated in the emitter layer 13 and will disappear by recombination at the contact 3, or by recombination in the bulk of the emitter layer 13 or by transferring to the centre layer 11. Since the width of the emitter layer 13 is small compared with a diffusion length (~30 $\mu$m), bulk recombination processes can be ignored, at least to a first approximation. It can be shown that the concentration of optically generated holes is considerably larger than the concentration of thermally generated holes, so the latter concentration can also be ignored. The energy level diagram for this choice of bias is shown in figure 3(a).

On application of this bias, the generated carriers are swept across the centre layer 11. Holes are the majority carriers for this centre layer 11 and have an even longer bulk recombination lifetime in this lightly p-doped material than the typical lifetime (1—20 $\mu$sec) in n-CMT. Strictly, space charge controlled currents flow in this zone but it can be shown that for reasonable applied fields (1 volt across 10 $\mu$m, corresponding to $10^3$V/cm) and typical currents (corresponding to the flux from background radiation at 300K and f/2.5 field of view) the field does not vary excessively. As a result a simple description of current flow is obtained by solving the continuity equation at the first interface. In the collector layer, layer 9, the holes arrive by minority carrier injection at the forward biassed interface, and build up until the recombination rate by bulk processes, or at the contact 5, balances the rate supplied by the current.

The generation and distribution of minority carriers in the emitter layer 13 are very similar to the conditions prevailing in a reverse biassed shallow junction photodiode. The optical generation rate corresponding to the above quoted background conditions, with quantum efficiency 0.9, is for a thickness of 10 $\mu$m, $6.8\times10^{20}$cm$^{-3}$sec$^{-1}$. This is to be compared with a thermal generation rate of $\sim5\times10^{17}$cm$^{-3}$sec$^{-1}$, about $10^3$ times smaller. Accordingly the thermal generation rate can be ignored. The optically generated carriers diffuse to the top contact 3 which can be characterised by a surface recombination velocity $S_c$, to the interface with the centre layer which in this approximation appears as a surface with recombination velocity $\mu$E where E is the field in the p-type layer and $\mu$ the hole mobility, or they recombine in the bulk.

For $\mu$=300 cm$^2$/volts sec and E=$10^3$ volts/cm, $\mu E=3\times10^5$ cm/sec. The effective time constant for removal at the interface 13/11 is $3\times10^{-4}/\mu E=10^{-9}$ seconds ignoring diffusion effects. This is limited by the diffusion time to reach the surface, about $3\times10^{-8}$ seconds, a time still much shorter than the bulk recombination lifetime. If $S_c\ll3\times10^5$cm/sec then the majority of the carriers $\phi$ will be transferred to the p-type layer 11, in which case $j=\phi q$ and $J=pg\mu E$ gives the hole concentration p in the p-type layer 11.

Under the quoted conditions $p\sim1.1\times10^{13}$cm$^{-3}$ with a current density of 0.1A/cm$^2$. For comparison, the hole concentration in the undepleted p-type layer 11 is $\sim1.3\times10^{12}$cm$^{-3}$. In the high field of the centre layer 11 these thermally generated carriers are reduced to a negligible fraction of the signal current.

In the n-type collector layer 9 the concentration of carriers rises until the recombination cate balances the supply rate. The effect of the structure is to separate the region where carriers are generated from the region where they recombine.

There is a space charge phenomenon induced by the minority carrier injection into the collector layer 9. As the minority carrier concentration rises above the thermal equilibrium, the electron concentration also rises to maintain neutrality. In this low band gap material, which is dominated by Auger recombination, this will cause a reduction of the minority carrier lifetime. There is a converse effect in the emitter layer 13 induced by the extraction field, but counterbalanced by the generation of excess holes by the incident radiation. In order to significantly reduce the recombination life-time, the excess hole concentration must approach the thermal equilibrium electron concentration $\sim5\times10^{14}$cm$^{-3}$, depending on the doping.

A leakage current under zero illumination is also obtained. For the conditions given the leakage current is $\sim3\times10^{-3}$amps/cm$^2$ corresponding to a value of RoA~26 ohm cm$^2$. This high resistance value stems from the fact that there is no minority electron leakage. For a planar device 50 $\mu$m square, with area $2.5\times10^{-5}$cm$^2$ the saturation leakage current is $7.5\times10^{-8}$amps, compared to the background induced current of $2.5\times10^{-6}$amps. (The leakage current can be compared with the standing current of a photoconductor of the same light gathering area, but driven longitudinally, $\sim5\times10^{-3}$amps).

The noise in this device 1 is essentially the fluctuation noise of background radiation.

The capacitance of this device 1 is very low, ~0.02 pF for the 50 $\mu$m square planar device. Encapsulated structures therefore will have a capacitance which is limited by packaging and configuration rather than by fundamental device properties.

This device has a number of characteristics common to both photoconductors and photodiodes, but lacks some of the most serious drawbacks of those devices. It has zero output at zero bias with the negligible tunnelling associated with a photoconductor, and yet has a zero signal leakage current typical of the very best heterojunctions, in which minority carriers from only one side participate in leakage. In addition the capacitance is very low, a value typical of a p-i-n diode structure, and the space charge generation-recombination is low. Consequently it has application to many of the circuits devised for

diodes, though in the symmetric version described above, bias has to be supplied.

The photodetector 1 described above thus performs as a high impedance photoconductive detector when the collector contact 5 is biassed negative with respect to the emitter contact 3. [Figure 3(a)]. This photodetector 1 may also be operated using constant AC or modulated AC bias. For these modes of operation the device behaves as a non-linear detector, i.e. a detector whose responsivity depends on bias direction. During the AC cycle, whilst the upper p-n junction 11—13 is reversed biassed, as shown in figure 3(a), the detector 1 behaves as described above, and a photocurrent flows in the collector circuit. However, at other times during the AC cycle, during which the upper p-n junction 11—13 is forward biassed, the minority carriers generated in the upper n-type layer 13 under illumination are attracted to the emitter contact 3, as shown in figure 3(b). The output developed from the heterostructure device is thus now merely leakage current due to minority carrier generation in the collector layer 9. No appreciable number of minority carriers, however, is generated optically in the collector layer. Infrared radiation in the 8—14 $\mu$m band is absorbed in the upper photosensitive layer 13; little if any can penetrate the device 1 to reach the collector layer 9. In terms of the photosignal the responsivity ratio is therefore extremely high, largely limited to the photoconductive signal developed in the emitter layer itself, and this can be disregarded as the field in the emitter layer is negligibly small, and because so little radiation penetrates beyond the emitter layer 13.

The photodetector 1 may thus be incorporated with an AC bias circuit. Useful photosignal can then be extracted by following the collector contact 5 with an integrating circuit. Because the device is non-linear under illumination conditions, the time averaged AC signal will produce a finite measurable component dependent upon illumination intensity. However, in the absence of incident radiation, the current voltage characteristic of this detector 1 is reasonably linear. Thus application of AC bias followed by integration ensures that the output signal in the absence of radiation is exactly zero. This mode of bias thus avoids any problem of bias pedestal, even though this is in any case smaller than that for conventional photoconductive detectors in view of the unusually large impedance that is a characteristic of this device.

As alternative to the use of an integrator in the AC biassed circuit described above, the collector circuit could include instead a harmonic frequency filter. The device 1 as described is non-linear and thus generates measurable harmonics under illumination.

Instead of constant AC bias, modulated AC bias can be used and the resultant signal demodulated to produce desired signal. The modulation waveform would in this case be chosen so that the signal can be extracted at a frequency above the system 1/f noise knee frequency. Alternatively, the AC bias could be coded and the output decoded to eliminate noise.

The detector 1 described above is a three-layer structure of CMT materials. The centre layer 11, however, could instead be of different material—for example p-type cadmium telluride. The essential requirements for this choice of different material being that it is one of wide band gap characteristic, and offers little valance band distortion across each p-n interface 11—13 and 11—9. In the case of cadmium telluride, a suitable choice is low carrier concentration (compensated) p-type material with the same or very similar depth of Fermi level about the valence band as in the n-type CMT cladding layers 9 and 13. The Fermi level in this cadmium telluride layer 11 would be pinned by an acceptor donor such as silver Ag (Ea~0.114 eV) or a combination of acceptors. Since the valence band densities of states are similar for the choices of CMT/CdTe materials, the hole concentration is effectively constant throughout the structure 7. Because of this alignment of Fermi levels and application of the common anion rule (this applies to the CMT/CdTe common anion tellurium system) the valence band is level and undistorted throughout the structure 7. Small discrepancies are reduced by inevitable compositional grading.

Similar effects may be expected in other systems obeying the common-anion rule. The most obvious examples are the gallium arsenide-gallium aluminium arsenide (GaAs-GaAlAs) and indium arsenide-indium gallium arsenide (InAs-InGaAs) systems.

A CMT/CdTe photodetector 21 of modified configuration is shown in figure 4. It is in the form of an elongate strip filament 23 of n-type cadmium mercury telluride material passivated by layers 25 and 27, of intrinsic cadmium telluride material, one adjacent to each surface top and bottom of the CMT filament 23. At one end of this filament 23 a read-out contact structure 29 is provided. This structure 29 together with the filament 23 of n-type CMT has the form of a triple layer structure similar to that described above.

Here a p-type barrier region 3 is formed by modifying a part of the upper passivation layer 25 of cadmium telluride by dopant implantation/diffuser. Above this barrier region 31 a collector region 33, also of n-type CMT, and, an ohmic compound contact 35 are provided. This detector 21 may be used as an integrating focal plane photoconcutive detector in an optically scanned system, for example in a system such as is described in UK Patent No. 1,488,258. In such a system radiation is focussed onto the strip filament 23 and is scanned along the length of the filament towards the read-out contact 29 at a velocity that is matched to the drift velocity of ambipolar photocarriers driven under DC bias applied to the filament. These ambipolar carriers result from photoconversion and their density increases in spatial correspondence with the image. Minority carriers, components of the

ambipolar photocurrent, are extracted at the read-out contact. A read-out signal is thus provided, a signal that in time follows the spatial intensity variations of the scanned image of a thermal scene.

It is also possible to substitute alternative material for the collector layer 33. It could be of low gap p-type material (thus making a $p^+$-p-n structure—see the energy diagram figure 5(b)—or it could be an ohmic contact—see the energy diagram figure 5(a). A high work function metal is used for the ohmic contact. Such contacts are difficult to prepare however, so the heavily doped semiconductor of figure 5(b) is more favoured. This semiconductor could be of cadmium telluride, zero-gap CMT, or even mercury telluride.

An alternative n-p-n structure 41 is shown in figure 6. This is a device of a lateral structure in which the n-type emitter and collector regions are formed from a single epitaxial layer disposed on one surface only of a substrate layer 43 of p-type wide band gap material. These regions are formed as stripes 45 which are delineated by etchant. Those at each end of the device 41 are provided with ohmic contacts 47 and 49. Though the electric field distribution in this device 41 is somewhat complex, the principle of operation is basically unchanged. High field regions exist only between the photosensitive stripes 45 of n-type CMT. The base layer 43 is either self-supporting, or in the more usual case is bonded onto a supporting insulating substrate—e.g. a substrate 51 of sapphire as shown. In each case there is a significant refractive index mismatch at the lower surface/interface for this base layer 43. Thus radiation passing through the gaps in the photosensitive n-type CMT layer will be reflected and in the main part will be absorbed in the photosensitive region 45 following reflection. The physical size of the stripes 45 and the spacing between them must be kept small because a proportion of the bias field lines between the stripes take a relatively long route. The minority carrier transport in the n-layer stripes 45 is essentially due to diffusion, so the hole minority carriers do not emerge solely from the corners of the stripes.

The detector having the structure shown in figure 1 may be readily adapted for "two-colour" detectors application. In this case the top layer 13 is of relatively high band gap material, a material having a band gap that is intermediate to the band gaps of the lower two layers 11 and 9. Consider, to illustrate this application, a detector responsive to radiation in the 3—5 $\mu$m and 8—14 $\mu$m bands. For this the top layer is formed of n-type CMT material suited to detection of radiation in the 3—5 $\mu$m band (x=0.28), and the bottom layer is formed of n-type CMT material suited to detection of radiation in the 8—14 $\mu$m band (x=0.2). The Fermi level is graded in the centre layer 11 to accommodate the different levels in the two cladding layers 9 and 13. A small standing bias (equal to the difference in work functions) has then been applied to reach the neutral situation shown in the energy diagram—figure 7. In forward bias (drift from surface towards interior, left to right of figure 7) only 3—5 $\mu$m radiation will be detected, because of the asymmetry. Radiation at energy less than the window energy passes through the structure 7 to the lower energy gap material, layer 9. Though this will generate photocarriers, for this direction of bias, since the field across the collector layer is inappreciable, the response to 8—14 $\mu$m band radiation is negligible. The signal corresponds to 3—5 $\mu$m band absorption in the top layer 13. When, however, the bias direction is reversed, the signal due to 3—5 $\mu$m band absorption is negligible. In this case photocarriers generated in the lower layer 9 by photoconversion of the 8—14 $\mu$m band, are driven across the drift zone provided by the centre layer 11, and generate signal. Detector responsivity to 3—5 $\mu$m band radiation and to 8—14 $\mu$m band radiation can thus be switched by changing the direction of DC bias. Alternatively, the detector may be AC biassed in which case output selection for each band is by phase; the signal is sensed by a gated amplifier.

A detector similar to that shown in figure 1 could also be used as an upconverter. An upconverting effect arises provided the radiative efficiency of recombination in the collector is high. The band gap of the collector is here chosen high enough so that emitted radiation can be received either directly or by a near-infrared vidicon camera.

An inverted device with respect to n- and p-type materials is feasible, although it would demand greater control of the heterostructure interfaces. Because of the heterostructure discontinuity in the band structure, which would have to be graded out during layer growth, there is an extended zone with practically indeterminate carrier recombination properties. However, the high carrier mobility would place less restrictions on device operating voltages. The emitter interface field can be very low and yet still provide the high drift velocity necessary for high emitter efficiency. The doping concentrations of p-type material generally available are $>1\times10^{16}cm^{-3}$ so that minority (electron) concentration in the emitter is extremely small. Although the lifetime is very short, the high diffusion constant ensures that the diffusion length is, as above, a few tens of microns. The high generation rate of minority carriers however means that background limited performance (BLIP) would be difficult to achieve.

**Claims**

What I claim is:—

1. An infrared detector comprising:—
an emitter region formed of material photosensitive to infrared radiation;
a collector region;
a pair of contacts, one an emitter contact, the other a collector contact; and,
a barrier region, adjacent both to the emitter region and the collector region, formed of

SM000022325

material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of majority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

2. A detector as claimed in claim 1, wherein the emitter and collector regions are disposed on opposite side of the barrier region.

3. A detector, as claimed in claim 2, wherein the emitter region is in the form of a strip of material photosensitive to infrared radiation, this strip having two bias contacts, one the emitter contact aforementioned, the other an additional contact; the barrier region, collector region and collector contact together providing a read-out structure located between the two bias contacts at a position remote from the additional contact.

4. A detector, as claimed in claim 2, wherein the emitter and collector regions are of the same band-gap material.

5. A detector, as claimed in claim 2, wherein the emitter and collector regions are of different band-gap materials of the same majority carrier type, one material being photosensitive to radiation of one wavelength band, the other material being photosensitive to radiation of another wavelength band of the infrared spectrum.

6. A detector, as claimed in claim 1, wherein the emitter region and the collector region are adjacent to the same side of the barrier region.

7. A detector, as claimed in claim 6, wherein the emitter region and collector region are formed from a single layer of material.

8. A detector, as claimed in claim 6, including at least one emitter-collector region, intermediate the emitter region and the collector region aforesaid, each such emitter-collector region being formed from the same single layer.

9. A detector, as claimed in any one of the preceding claims, wherein the emitter region is of ternary alloy material, one of the infrared photosensitive ternary alloys cadmium mercury telluride, indium gallium arsenide, or gallium aluminium arsenide.

10. A detector, as claimed in claim 9, wherein the barrier region is also of ternary alloy material, an alloy including the same constituent elements but in different proportion.

11. A detector, as claimed in claim 9, wherein the barrier region is of binary alloy material, the ternary and binary alloys having a common anion constituent, the binary alloy material being one of the alloys cadmium telluride, indium arsenide, or gallium arsenide, respectively.

12. A detector, as claimed in any one of the preceding claims, wherein the emitter region and the barrier region are of n-type and p-type doped extrinsic materials, respectively.

13. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, the emitter region and collector region materials being of the same majority carrier type.

14. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, wherein the collector region and collector contact are formed of a single layer of high work-function metal.

15. A detector, as claimed in any one of the preceding claims, 1 to 3, or 9 to 12, wherein the collector region is of heavily doped semiconductor material of the opposite majority carrier type to that of the emitter region material.

16. An infrared detector constructed, arranged and adapted to perform substantially as described hereinbefore with reference to and as shown in the accompanying drawings.

17. Apparatus including a detector as claimed in any one of the preceding claims together with a source of alternating voltage bias connected between the emitter contact and collector contact, and a signal current detector responsive to collector current generated by the detector.

18. Apparatus including a detector as claimed in claim 5, a voltage source connected between the emitter contact and collector contact, a switch for changing the polarity of the source voltage, and a signal current detector responsive to collector current generated by the detector.

19. Apparatus including a detector, as claimed in claim 5, a source of alternating voltage bias connected between the emitter contact and collector contact; and, a phase-sensitive detector for separating signals developed during the positive and negative half-cycles, respectively, of the alternating bias.

Printed for Her Majesty's Stationery Office by the Courier Press, Leamington Spa, 1984. Published by the Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43151704 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 01-JUL-2021 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 15:57:14 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 1407CON8_IDSTransmitta1.pdf | 117299<br>1fe17dd119912fca787f17dd005083bee2b38716 | no | 2 |

**Warnings:**

SM000022327

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Information Disclosure Statement (IDS) Form (SB08) | 1-1407CP6-IDS.pdf | 613504<br>49b74260388914384d234c0fc3e0509d1e4ce681 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | Elizabeth_Et_al-pix.pdf | 7077372<br>c83466f4438154e74b3bb6d30b60ef25e1ff1c3e | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Foreign Reference | GB2127619A.pdf | 704689<br>eb295cc31b8cff47daf0a4dfd1e21d3d614c8745 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Non Patent Literature | nbn_paper_Shimon.pdf | 436628<br>14d866bc85e5407370d8359c9db6ada1795c6317 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | | **Total Files Size (in bytes):** | 8949492 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# *In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER** | | |
| Serial No.~ Confirm: | **17/181,669 ~ 9446** | Group: | |
| Filed on: | **Feb 22, 2021** | Examiner: | |
| Correspondence Date | **July 1, 2021** | Docket: | **1407CON8_MAIMON** |

## <u>Information Disclosure Statement under 37 CFR 1.97</u>

Honorable Director for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Honorable Director:

This Information Disclosure Statement is submitted pursuant with 37 CFR §1.97, 1.98. It is requested that the information disclosed herein be made of record in this application. It is further requested that the information set forth in this statement and in the listed documents be considered during the pendency of the above-identified application, and any other applications cross referencing, relying on the priority of, or otherwise related to the above-identified application.

In accordance with 37 CFR §1.97(g) and (h), the filing of this IDS should not be construed as a representation that a search has been made or that the information cited is, or is considered to be, material to patentability as defined in 37 CFR §1.56(b), nor should it be construed that any information cited herein or in the attached document(s) constitute "prior art" for this invention, nor should any aspect if this submission, including any forms or documents, be construed as a disclaimer of claim scope.

Translations provided for any foreign language documents may be machine made and applicant makes no statements, nor asserts their accuracy.

Our understanding is that no fee is due in connection with this submission. If this understanding is incorrect, the director is hereby requested and authorized to charge any fee, or credit any overpaid amount, to Deposit Account No. 501392, as needed to maintain the application in good standing in the Office.

In accordance with 37 CFR § 1.98, this IDS includes a list (e.g. form PTO-SB/08, or equivalent), together with copies, of all non-US patents, publications, or other information submitted for consideration by the office, either incorporated into this IDS or as an attachment thereto.

Consideration of the foregoing in relation to this application is respectfully requested.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :67142

Sale Accounting Date:06/10/2021

| Sale Item Reference Number | Effective Date |
|---|---|
| 17181669 | 06/08/2021 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I202160G28250462 | 1599 | MAINTENANCE/PETITION INTERNAL FEE CODE | $1,035.00 | Credit Card |

771



RECEIVED
CENTRAL FAX CENTER
JUN 08 2021

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | |
|---|---|
| In re application of: **Shimon Maimon** | |
| For: **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | |
| Serial No. ~Confirm# **17/181,669~9446** | Art Unit |
| Filed on: **February 22, 2021** | Examiner |
| Correspondence Date **June 7, 2021** | Docket: **1407CON8-Maimon** |

2021 JUN 10 PM 12: 05

USPTO RECEIPTS ACCOUNTING DIVISION

# SUBMISSION OF DEFICIENCY PAYMENT 37 CFR 1.28(c)

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The Patentee respectfully requests that error in assertion of small entity status be excused pursuant to 37 CFR 1.28(c)(2). Applicant wishes to advise the Office that small entity status, as required by § 1.27(g)(2), was asserted in error for the above cited patent, as relating to the issue fee. The below noted fees for small entity were paid in good faith and without deceptive intent at the time of filing, however, it was recently discovered that small entity status is lost due to licensing.

The undersigned is the Patentee.

Itemization of deficiency payment:

| Fee Type | Code | Paid on | Small entity fee paid | Large entity fee due | Deficiency owed |
|---|---|---|---|---|---|
| Utility filing fee | 4011 | 2/22/2021 | $75 | $320 | $245 |
| Utility Search Fee | 2111 | 2/22/2021 | $330 | $700 | $370 |
| Utility Examination Fee | 2311 | 2/22/2021 | $380 | $800 | $420 |
| | | | | Total Due: | $1,035 |

☒ DEPOSIT ACCOUNT 501392 AUTHORIZATION - All necessary fees relating to the attached submittal, if any, are intended to be included. However, should the Office determined that an error occurred and the fee(s) are insufficient, the Office is hereby authorized to charge any deficiency in the fees relating to the submittal to deposit account 501392, registered to Shalom Wertsberger, contact telephone no. 585-200-3000.

Respectfully submitted

*Shimon Maimon*

/Shimon Maimon/

*Patentee*

RECEIVED
CENTRAL FAX CENTER
JUN 08 2021

6/8/2021 19:51:29 EDT To: 15712738300 Page: 1/5 From: Saltamar Innovations

**Saltamar Innovations**
**35 Huntington Meadows**
**Rochester NY 14625**
**Tel: 585-200-3000 Fax: 888-981-6759**

# Fax

**To:** USPTO **From:** Shalom Wertsberger

**Fax:** 1-571-273-8300 **Date:** June 08, 2021 07:46 PM

**Subject:**

---

2021 JUN 10 PM 12: 05
USPTO
RECEIPTS ACCOUNTING
DIVISION

Central Fax: 571-273-8300
Docket:1407CON8_Maimon

Dear Sir/Madam,

Enclosed is a submission of deficiency payment under 37 CFR 1.28(c) in US application **17/181,669**

And a credit card charge authorization form for **$1,035.00**

If there are any questions or other issues raised by this fax transmission, kindly contact Shalom Wertsberger at 207-776-1400.

Respectfully

/Shalom Wertsberger/

Reg. No. 43,359, agent of record

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not

the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH ETCHED BARRIER LAYER** | | |
| Serial No. ~Confirm# | **17/181,669~9446** | Group: | |
| Filed on: | **Feb. 22, 2021** | Examiner: | |
| Correspondence Date | **June 7, 2021** | Docket: | **1407CON8-MAIMON** |

## Response to Notice to File Corrected Application Papers
and
## Petiton for Extension of Time

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Responsive to the Notice mailed to Applicant on March 8, 2021, enclosed are the substitute specification reflecting the preliminary amendment filed with the application, and which the Office was unable to incorporate. Both a marked up and a clean copy are attached.

The Applicant respectfully requests that the Office will issue an updated filing receipt reflecting this filing.

The applicant hereby petitions the commissioner for an extension of time of one month, pursuant to 37 CFR §1.136. Applicant enclosed a payment in the amount of $220 to cover the statutory extension fee in accordance with 37 CFR §1.17 (a) (2).

SALTAMAR
INNOVATIONS

The commissioner is requested and authorized to charge any additional fees due, or required to keep the application pending and in good standing in the patent office, to my Deposit Account No. 501392 unless sufficient payment is made with the filing of the appropriate paper.

Respectfully submitted,

*/Shalom Wertsberger/*

Shalom Wertsberger
**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
**Agent for Applicant**

# REDUCED DARK CURRENT PHOTODETECTOR WITH ~~CHARGE COMPENSATED BARRIER LAYER~~ CONTINUOUS PHOTODETECTOR LAYER

**[0001]** This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, US Patent Application No. 15/679,487, U.S. Patent Application No. 16/199,212 and US patent application No. 14/822,433.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 µm; short wavelength infra-red defined conventionally as 1.3-3 µm; mid wavelength infra-red defined conventionally as 3-8 µm; and far infra-red defined conventionally as 15-1,000 µm. Infra-red in the range of 5 µm to 8 µm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 µm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures

primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $\mathrm{I_{srh}}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1μsec in low doped material $(\sim 10^{16} cm^{-3})$. The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ $(n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT}))$, because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{\mathrm{n_i^2}}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5 μsec, depending only slightly on temperature. L

is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to ${n_i^2}/{N_d}$. The activation energy of the diffusion current is $E_g, (n_i{}^2 \sim \exp{(-\frac{E_g}{kT})})$ as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** US Patent No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

**[0009]** Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

**[0010]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## Summary of the invention

**[0011]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long

wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0012]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0013]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0014]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer

adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0015]** In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

**[0016]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0017]** However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the

barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

**[0018]** Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

**[0019]** In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

**[0020]** In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

**[0021]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a

second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0023]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0025]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0026]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0027]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level

substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0028]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0029]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0030]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0031]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0032]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0033]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0034]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0035]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0036]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0037]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0038]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0039]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0040]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0041]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0042]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0043]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0044]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0045]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0046]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0047]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0048]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0049]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0050]** FIG. 10A illustrates a mother board joined to FPA.

**[0051]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0052]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0053]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

**[0054]** Fig. 13A depicts simplified energy band diagram in an undoped barrier layer. Fig. 13B depicts a simplified energy band diagram of an N-type doped barrier layer. Fig. 13C depicts a simplified energy band diagram of a P-type doped barrier.

## Detailed Description

**[0055]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0056]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0057]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0058]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and

the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0059]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0060]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

**[0061]** Fig. 13A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by Fig. 13A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

**[0062]** Fig. 13B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

**[0063]** Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (~~Shocley Rheed~~Shockley Read Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

**[0064]** It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such

contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

**[0065]** In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

**[0066]** An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

**[0067]** The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

**[0068]** Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide

the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

**[0069]** Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' ~~equivlance~~ equivalence. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

**[0070]** Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

**[0071]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50.**

**[0072]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0073]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0074]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0075]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0076]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0077]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0078]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0079]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40**,** represented by area **110**, is thick enough so

that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0080]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0081]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0082]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and

the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0083]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0084]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0085]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there

is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0086]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0087]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0088]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0089]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0090]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0091]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0092]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0093]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0094]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0095]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0096]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0097]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal ~~electroptic componentary~~electrooptic componentry **604**, where it is converted from infra-red light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0098]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

**[0099]**

**[00100]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used*.

**[00101]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[00102]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[00103]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[00104]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116**-**1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108 contained within the window envelope **1112**,

which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[00105]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[00106]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention, disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[00107]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA

to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[00108]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[00109]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[00110]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[00111]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[00112]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[00113]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[00114]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[00115]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

Abstract

A photo-detector comprising: a photo absorbing layer exhibiting a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized. The photoabsorber layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individuals detector elements.

~~A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, the barrier layer disposed between the photoabsorber and contact layers. The relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.~~

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17181669 |
| **Filing Date:** | 22-Feb-2021 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CON8-Maimon |

Filed as Large Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 1 month with $0 paid | 1251 | 1 | 220 | 220 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **220** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 42919306 |
| Application Number: | 17181669 |
| International Application Number: | |
| Confirmation Number: | 9446 |
| Title of Invention: | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| Customer Number: | 23521 |
| Filer: | Shalom Wertsberger |
| Filer Authorized By: | |
| Attorney Docket Number: | 1407CON8-Maimon |
| Receipt Date: | 07-JUN-2021 |
| Filing Date: | 22-FEB-2021 |
| Time Stamp: | 17:24:27 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $220 |
| RAM confirmation Number | E202167H25023945 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Applicant Response to Pre-Exam Formalities Notice | 1-1407MissingPartsResponse.pdf | 163556<br>20a6a11df042c1c6b50069ac04f3055ac8460bfc | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Specification | 2-1407CON8_Sub-Specs-clean.pdf | 255254<br>44f4923c18bf7081859f674d268d748e78a910af | no | 26 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Specification | 3-1407CON8_Sub-Specs-Marked.pdf | 257195<br>46ffc52fd5f1bc8a3bedb4f8bb3364d38a709cb7 | no | 26 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30676<br>15b0107a3f66e44edd163f7b48ff0bf3ae8acf32 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 706681 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER

**[0001]** This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, US Patent Application No. 15/679,487, U.S. Patent Application No. 16/199,212 and US patent application No. 14/822,433.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures

primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $\mathrm{I_{srh}}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 µm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1µsec in low doped material ($\sim 10^{16} cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT})$), because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{\mathrm{n_i^2}}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5 µsec, depending only slightly on temperature. L

is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is $E_g, (n_i{}^2 \sim \exp(-\frac{E_g}{kT}))$ as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** US Patent No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

**[0009]** Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

**[0010]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## Summary of the invention

**[0011]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long

wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0012]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0013]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0014]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer

adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0015]** In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

**[0016]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0017]** However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the

barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

**[0018]** Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

**[0019]** In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

**[0020]** In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

**[0021]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a

second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0023]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0025]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0026]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0027]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level

substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0028]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0029]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0030]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0031]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0032]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0033]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0034]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0035]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0036]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0037]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0038]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0039]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0040]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0041]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0042]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0043]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0044]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0045]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0046]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0047]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0048]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0049]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0050]** FIG. 10A illustrates a mother board joined to FPA.

**[0051]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0052]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0053]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

**[0054]** Fig. 13A depicts simplified energy band diagram in an undoped barrier layer. Fig. 13B depicts a simplified energy band diagram of an N-type doped barrier layer. Fig. 13C depicts a simplified energy band diagram of a P-type doped barrier.

## Detailed Description

**[0055]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0056]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0057]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0058]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and

the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0059]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0060]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

**[0061]** Fig. 13A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by Fig. 13A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

**[0062]** Fig. 13B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

**[0063]** Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shockley Read Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

**[0064]** It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such

contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

**[0065]** In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

**[0066]** An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

**[0067]** The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

**[0068]** Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide

the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

**[0069]** Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivalence. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

**[0070]** Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

**[0071]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50.**

**[0072]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0073]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0074]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0075]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0076]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0077]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0078]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0079]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40**,** represented by area **110**, is thick enough so

that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0080]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0081]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0082]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and

the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0083]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0084]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0085]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there

is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0086]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0087]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0088]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0089]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0090]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0091]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0092]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0093]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0094]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0095]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0096]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0097]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electrooptic componentry **604**, where it is converted from infra-red light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0098]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

**[0099]**

**[00100]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used*.

**[00101]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[00102]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[00103]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[00104]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116**-**1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108 contained within the window envelope **1112**,

which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[00105]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[00106]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention, disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[00107]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA

to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[00108]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[00109]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[00110]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[00111]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[00112]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[00113]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[00114]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[00115]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

Abstract

A photo-detector comprising: a photo absorbing layer exhibiting a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized. The photoabsorber layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individuals detector elements.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | 1737 | 830 | 1407CON8-Maimon | 2 | 2 |

**CONFIRMATION NO. 9446**

**CORRECTED FILING RECEIPT**

*OC000000125752867*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 05/21/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a CON of 16/199,212 11/25/2018
which is a DIV of 15/679,487 08/17/2017
which is a CIP of 14/822,433 08/10/2015 PAT 9766130
which is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 03/08/2021
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/181,669**
**Projected Publication Date:** Request for Non-Publication Acknowledged
**Non-Publication Request:** Yes
**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE

**Preliminary Class**

430

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative,

this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon |

**CONFIRMATION NO. 9446**

**POA ACCEPTANCE LETTER**

*OC000000125752243*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 05/21/2021

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 05/19/2021.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/cnguyen/

Doc Code: PA..

Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 17181669 |
| Filing Date | 2/22/2021 |
| First Named Inventor | Shimon Maimon |
| Title | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1407CON8-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 5/19/2021 |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ___________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

**OR**

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

**OR**

☐ The address associated with Customer Number: 23521

**OR**

| | |
|---|---|
| ☐ Firm or Individual Name | |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.*, a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | [signature] | Date | 05/27/2019 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | Inventor | | |

__NOTE__: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42766832 |
| **Application Number:** | 17181669 |
| **International Application Number:** | |
| **Confirmation Number:** | 9446 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23251 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| **Receipt Date:** | 19-MAY-2021 |
| **Filing Date:** | 22-FEB-2021 |
| **Time Stamp:** | 16:02:09 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 00-Transmittal.pdf | 157260<br>35803c081dbdb7b219e96a973925a0a466e41d22 | no | 2 |

**Warnings:**

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Application Data Sheet | 01-Corrected_ADS_PIX.pdf | 1268830<br>ffdae5e312d7c85f1b30faf26504ff6a9cb5b90a | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | Power of Attorney | 02-1407CON8-POA.pdf | 530260<br>f12816afae2ec02fd680d6754f656b7cebcd5b21 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1956350 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER** | | |
| Serial No. ~Confirm# | **17/181,669~9446** | Group: | |
| Filed on: | **Feb 22, 2021** | Examiner: | |
| Correspondence Date | **May 19, 2021** | Docket: | **1407CON8_MAIMON** |

## Correction request

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The Application Data Sheet (ADS) filed in the above identified application contains an inadvertent error where two digits in the customer number were transposed. The correct correspondence customer number, including for electronic access via EFS-Web and/or PAIR should be **23521.**

Enclosed are a corrected ADS and new Power of Attorney.

The Applicant requests herewith that the correspondence address associated with the application shall be corrected, and that electronic access rights will be transferred to the practitioner of the correct customer number.

The commissioner is requested and authorized to charge any additional fees due, or required to keep the application pending and in good standing in the patent office, to my Deposit Account No. 501392 unless sufficient payment is made with the filing of the appropriate paper.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger

**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com

**Agent for Applicant**

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** (●) US Residency ( ) Non US Residency ( ) Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 136 Willshire Road | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | | |
|---|---|---|---|
| Customer Number | 23251 23521 | | |
| Email Address | shalom@saltamar.com | Add Email | Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | | |
| Attorney Docket Number | 1407CON8-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | 1B |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16199212 | 2018-11-25 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16199212 | Division of | 15679487 | 2017-08-17 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee ○ Legal Representative under 35 U.S.C. 117 ○ Joint Inventor

○ Person to whom the inventor is obligated to assign. ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

| **Mailing Address Information For Applicant:** | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | ~~2021-02-22~~ 2021-05-19 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Best Available Copy

5/19/2021 15:52:27 EDT To: 15712738300 Page: 14/16 RECEIVED CENTRAL FAX CENTER From: Saltamar Innovations

MAY 19 2021

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 17181669 |
| Filing Date | 2/22/2021 |
| First Named Inventor | Shimon Maimon |
| Title | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1407CON8-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 5/19/2021 |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAGE 2/4 * RCVD AT 5/19/2021 3:52:31 PM [Eastern Daylight Time] * SVR:W-PTOFAX-002/27 * DNIS:2738300 * CSID:18889816759 * ANI:8889816759 * DURATION (mm-ss):03-24

Best Available Copy

RECEIVED
CENTRAL FAX CENTER

5/19/2021 15:52:27 EDT To: 15712738300 Page: 15/16 From: Saltamar Innovations

MAY 19 2021

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

OR

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

OR

☐ The address associated with Customer Number: 23521

OR

| | |
|---|---|
| ☐ Firm or Individual Name | |
| Address | |
| City | State: Zip: |
| Country | |
| Telephone | Email: |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.*, a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | [signature] | Date | 05/27/2019 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | Inventor | | |

**NOTE**: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ___________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Fax transmission job no. V2_1621453123_SF_25441_WB00CRBC-816248452 from 18889816759 was interrupted at 5/19/2021 15:49:06 EDT after delivering 12 out of 16 pages. This fax is a continuation from page 13

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.2.13

RECEIVED
CENTRAL FAX CENTER
MAY 19 2021

| | | |
|---|---|---|
| | Saltamar Innovations<br>35 Huntington Meadows<br>Rochester, NY 14625<br>Tel: 585-200-3000 Fax: 888-981-6759 | **Fax** |

**To:** USPTO **From:** Shalom Wertsberger

**Fax:** 1-571-273-8300 **Date:** May 19, 2021 03:38 PM

**Subject: Request for Correction - App. 17/181,669**

The undersigned submits a request to correct an incorrectly filed customer number in US application No. 17/181,669 and grant the undersigned electronic access to the file wrapper via private pair and/or EFS-Web.

The undersigned also submits a corrected ADS and POA.

Should the Office find that this communication is deficient in any way, the respective person is requested to call Shalom Wertsberger, qt 207-776-1400.

Respectfully submitted

/Shalom Wertsberger/

Shalom Wertsberger

**Reg. Num 43,359**
Phone: (585)200-3000

Mobile:(207)776-1400
Fax: (888)981-6759
e-mail:shalom@saltamar.com

---

**Agent for Applicant**

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

5/19/2021 15:40:29 EDT To: 15712738300 Page: 03/16 RECEIVED CENTRAL FAX CENTER From: Saltamar Innovations

MAY 19 2021

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER** | | |
| Serial No. ~Confirm# | **17/181,669~9446** | Group: | |
| Filed on: | **Feb 22, 2021** | Examiner: | |
| Correspondence Date | **May 19, 2021** | Docket: | **1407CON8_MAIMON** |

## Correction request

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The Application Data Sheet (ADS) filed in the above identified application contains an inadvertent error where two digits in the customer number were transposed. The correct correspondence customer number, including for electronic access via EFS-Web and/or PAIR should be **23521.**

Enclosed are a corrected ADS and new Power of Attorney.

The Applicant requests herewith that the correspondence address associated with the application shall be corrected, and that electronic access rights will be transferred to the practitioner of the correct customer number.

The commissioner is requested and authorized to charge any additional fees due, or required to keep the application pending and in good standing in the patent office, to my Deposit Account No. 501392 unless sufficient payment is made with the filing of the appropriate paper.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
**Agent for Applicant**

RECEIVED
CENTRAL FAX CENTER

5/19/2021 15:40:29 EDT To: 15712738300 MAY 19 2021 Page: 05/16 From: Saltamar Innovations

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 136 Willshire Road | | |
|---|---|---|---|
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | ~~23251~~ 23521 | |
|---|---|---|
| Email Address | shalom@saltamar.com | Add Email Remove Email |

## Application Information:

| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | | |
|---|---|---|---|
| Attorney Docket Number | 1407CON8-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | 1B |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16199212 | 2018-11-25 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16199212 | Division of | 15679487 | 2017-08-17 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

RECEIVED
CENTRAL FAX CENTER
MAY 19 2021

5/19/2021 15:40:29 EDT To: 15712738300 Page: 09/16 From: Saltamar Innovations

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE**: Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

◯ Assignee ◯ Legal Representative under 35 U.S.C. 117 ◯ Joint Inventor

◯ Person to whom the inventor is obligated to assign. ◯ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

| Mailing Address Information For Applicant: | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | ~~2021-02-22~~ 2021-05-19 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | | |
|---|---|---|---|
| **Application Data Sheet 37 CFR 1.76** | | Attorney Docket Number | 1407CON8-Maimon |
| | | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

5/19/2021 15:04:53 EDT To: 15712738300 Page: 1/1 From: Saltamar Innovations

RECEIVED
CENTRAL FAX CENTER
MAY 19 2021

Saltamar Innovations
35 Huntington Meadows
Rochester, NY 14625
Tel: 585-200-3000 Fax: 888-981-6759

# Fax

**To:** USPTO **From:** Shalom Wertsberger, Reg. 43,359

**Fax:** 1-571-273-8300 **Date:** May 19, 2021 03:04 PM

**Subject: Application No. 17/181,669**

---

Request for correction

The undersigned submits a request to correct an incorrectly filed customer number, and grant the undersigned electronic access to the file information via privet PAIR. The undersigned also submits a corrected ADS and POA.

As the undersigned believes that an action is pending in the case, prompt action on this communication is requested.

Should the Office feel that this communication is deficient in any way, the Office is respectfully requested to contact the undersigned at 207-776-1400.

Respectfully,

/Shalom Wertsberger/

Shalom Wertsberger, Reg. No. 43,359

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

5/19/2021 15:23:26 EDT To: 15712738300 Page: 13/15 RECEIVED CENTRAL FAX CENTER From: Saltamar Innovations

MAY 19 2021

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 17181669 |
| Filing Date | 2/22/2021 |
| First Named Inventor | Shimon Maimon |
| Title | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1407CON8-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 5/19/2021 |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ___________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

RECEIVED
CENTRAL FAX CENTER

5/19/2021 15:23:26 EDT To: 15712738300 Page: 14/15 From: Saltamar Innovations

MAY 19 2021

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

**OR**

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

**OR**

☐ The address associated with Customer Number: 23521

**OR**

| | |
|---|---|
| ☐ Firm or Individual Name | |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.*, a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | [signature] | Date | 05/27/2019 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | Inventor | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PAGE 10/11 * RCVD AT 5/19/2021 3:23:30 PM [Eastern Daylight Time] * SVR:W-PTOFAX-001/14 * DNIS:2738300 * CSID:18889816759 * ANI:8889816759 * DURATION (mm-ss):08-53

SM000022435

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

RECEIVED
CENTRAL FAX CENTER

5/19/2021 15:23:26 EDT To: 15712738300 Page: 05/15 MAY 19 2021 From: Saltamar Innovations

Fax transmission job no. V2_1621451707_SF_25441_VQYMH1GK-816224742 from 18889816759 was interrupted at 5/19/2021 15:20:13 EDT after delivering 4 out of 15 pages. This fax is a continuation from page 5

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16199212 | 2018-11-25 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16199212 | Division of | 15679487 | 2017-08-17 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

RECEIVED
CENTRAL FAX CENTER
5/19/2021 15:23:26 EDT To: 15712738300 MAY 19 2021 Page: 08/15 From: Saltamar Innovations
PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

◯ Assignee ◯ Legal Representative under 35 U.S.C. 117 ◯ Joint Inventor

◯ Person to whom the inventor is obligated to assign. ◯ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | ~~2021-02-22~~ 2021-05-19 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | |
|---|---|---|
| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

RECEIVED
CENTRAL FAX CENTER
MAY 19 2021

Saltamar Innovations
35 Huntington Meadows
Rochester, NY 14625
Tel: 585-200-3000 Fax: 888-981-6759

# Fax

**To:** USPTO **From:** Shalom Wertsberger

**Fax:** 1-571-273-8300 **Date:** May 19, 2021 03:15 PM

**Subject: Request for Correction, 17/181,669**

---

The undersigned submits herewith a request to correct an incorrectly filed customer number in US Application No. 17/181,669, and grant the undersigned electronic access to the file information via private PAIR and/or EFS-Web.

The undersigned further submits a corrected ADS and POA.

As the undersigned believes that an action is pending in the application prompt action on this communication is respectfully requested.

Should the Office find that this communication is somehow deficient, the Office personnel is kindly requested to contact the undersigned at 2207-776-1400

Respectfully submitted

/Shalom Wertsberger/

Shalom Wertsberger, Reg. No. 43,359

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

5/19/2021 15:16:27 EDT To: 15712738300 Page: 02/15 From: Saltamar Innovations

RECEIVED
CENTRAL FAX CENTER
MAY 19 2021

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER** | | |
| Serial No. ~Confirm# | **17/181,669~9446** | Group: | |
| Filed on: | **Feb 22, 2021** | Examiner: | |
| Correspondence Date | **May 19, 2021** | Docket: | **1407CON8_MAIMON** |

## Correction request

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The Application Data Sheet (ADS) filed in the above identified application contains an inadvertent error where two digits in the customer number were transposed. The correct correspondence customer number, including for electronic access via EFS-Web and/or PAIR should be **23521**.

Enclosed are a corrected ADS and new Power of Attorney.

The Applicant requests herewith that the correspondence address associated with the application shall be corrected, and that electronic access rights will be transferred to the practitioner of the correct customer number.

The commissioner is requested and authorized to charge any additional fees due, or required to keep the application pending and in good standing in the patent office, to my Deposit Account No. 501392 unless sufficient payment is made with the filing of the appropriate paper.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
**Agent for Applicant**

RECEIVED
CENTRAL FAX CENTER

5/19/2021 15:16:27 EDT To: 15712738300 Page: 04/15 MAY 19 2021 From: Saltamar Innovations

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 136 Willshire Road | | |
|---|---|---|---|
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | ~~23251~~ 23521 | |
|---|---|---|
| Email Address | shalom@saltamar.com | Add Email / Remove Email |

## Application Information:

| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | | |
|---|---|---|---|
| Attorney Docket Number | 1407CON8-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | 1B |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | 17181669 |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16199212 | 2018-11-25 |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/181,669 | 02/22/2021 | 1737 | 830 | 1407CON8-Maimon | 2 | 2 |

**CONFIRMATION NO. 9446**

**FILING RECEIPT**

*OC000000123918806*

23251
TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

Date Mailed: 03/08/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a CON of 16/199,212 11/25/2018
which is a DIV of 15/679,487 08/17/2017
which is a CIP of 14/822,433 08/10/2015 PAT 9766130
which is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 03/08/2021
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/181,669**
**Projected Publication Date:** Request for Non-Publication Acknowledged
**Non-Publication Request:** Yes
**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE

**Preliminary Class**

430

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative,

this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/181,669 | 02/22/2021 | Shimon Maimon | 1407CON8-Maimon |

**CONFIRMATION NO. 9446**

**FORMALITIES LETTER**

*OC000000123918807*

23251
TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

Date Mailed: 03/08/2021

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

***Filing Date Granted***

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given **TWO MONTHS** from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- A substitute specification excluding claims in compliance with 37 CFR 1.52, 1.121(b)(3), and 1.125 is required. The substitute specification must be submitted with markings and be accompanied by a clean version (without markings) as set forth in 37 CFR 1.125(c) and a statement that the substitute specification contains no new matter (see 37 CFR 1.125(b)). Since a preliminary amendment was present on the filing date of the application and such amendment is part of the original disclosure of the application, the substitute specification must include all of the desired changes made in the preliminary amendment. See 37 CFR 1.115 and 1.215.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/mgabre/

# PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

Application or Docket Number
17/181,669

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 80 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 350 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 400 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 2 minus 20 = | * | x 50 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | * | x 240 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 830 | | TOTAL | |

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

SM000022456

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER** | | |
| Application # | **Not Yet Assigned** | | |
| Filing Date: | **Even date herewith** | | |
| Correspondence Date | **February 22, 2021** | Docket: | **1407CON8-MAIMON** |

## Preliminary Amendment

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Prior to examination of the above application please amend the application as follows:

Amendment to the specification begin on page 2.

Applicant hereby requests that the Commissioner charge fees as required to maintain this application in good standing, throughout its pendency, to Deposit Account No. 501392, unless such fee was otherwise timely provided.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger

Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
e-mail:shalom@saltamar.com

Agent for Applicant

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

- [x] The attached application, or
- [ ] United States application or PCT international application number ______________________

filed on ______________________________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Shimon Maimon Date (Optional) : 02/22/2021

Signature: /Shimon Maimon/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not yet assigned |
| Filing Date | 2/22/2021 |
| First Named Inventor | Shimon Maimon |
| Title | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1407CON8-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 2/22/2021 |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

**OR**

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

**OR**

☐ The address associated with Customer Number: 23521

**OR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.,* a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | /Shimon Maimon/ | Date | 05/27/2019 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | Chief Executive Office, Active Ally Oy | | |

**NOTE**: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CON8-Maimon |
| Filed as Small Entity | |
| **Filing Fees for Utility under 35 USC 111(a)** | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 80 | 80 |
| UTILITY SEARCH FEE | 2111 | 1 | 350 | 350 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 400 | 400 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | 830 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 41987030 |
| Application Number: | 17181669 |
| International Application Number: | |
| Confirmation Number: | 9446 |
| Title of Invention: | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| Customer Number: | 23521 |
| Filer: | Shalom Wertsberger |
| Filer Authorized By: | |
| Attorney Docket Number: | 1407CON8-Maimon |
| Receipt Date: | 22-FEB-2021 |
| Filing Date: | |
| Time Stamp: | 16:45:24 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $830 |
| RAM confirmation Number | E20212LG46382000 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 01-ADS.pdf | 1256360<br>26cd966fa9b926e3588e4e6425769052bab98401 | no | 9 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 02-1407CON8_Specs.pdf | 265410<br>b7529611d5e82542d1bf4efc2c033be1a45a23fc | yes | 28 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Abstract | 28 | 28 |
| Claims | 26 | 27 |
| Specification | 1 | 25 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Drawings-only black and white line drawings | 03-1407_CON8_drawings.pdf | 6263430<br>734124fc8a23a5c74321f96247a0c2b4e354a792 | no | 13 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | | 04-1407CON8_Pre_Am.pdf | 175815<br>056d4529b738d251e6145994133d2f4f32133b7b | yes | 4 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Specification | 2 | 4 |

| | | | | | |
|---|---|---|---|---|---|
| | Preliminary Amendment | | 1 | | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Oath or Declaration filed | 05-1407CON8-Declaration.pdf | 150589<br>90055426f68814983171d872f9a2fa6b4eb829d2 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Power of Attorney | 06-1407CON8-POA.pdf | 191041<br>1235a2771176a834f5f4dcf96a70134a4883f82d | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Fee Worksheet (SB06) | fee-info.pdf | 34992<br>aa9920096be89dc294afc3e77b1959a799f86602 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 8337637 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | |
|---|---|---|
| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1 Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ● US Residency ○ Non US Residency ○ Active US Military Service

| | | | | | |
|---|---|---|---|---|---|
| **City** | Rochester | **State/Province** | NY | **Country of Residence** | US |

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 136 Willshire Road | | |
| **Address 2** | | | |
| **City** | Rochester | **State/Province** | NY |
| **Postal Code** | 14618 | **Country** | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | |
|---|---|
| **Customer Number** | 23251 |
| **Email Address** | shalom@saltamar.com |

Add Email Remove Email

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | | |
| **Attorney Docket Number** | 1407CON8-Maimon | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 13 | **Suggested Figure for Publication (if any)** | 1B |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 16199212 | 2018-11-25 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16199212 | Division of | 15679487 | 2017-08-17 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

| | |
|---|---|
| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| | |
|---|---|
| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.<br>NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1 Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the <u>INITIAL</u> filing of the application <u>and</u> either box A or B is <u>not</u> checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2021-02-22 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON8-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CONTINUOUS PHOTODETECTOR LAYER |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Abstract

A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, the barrier layer disposed between the photoabsorber and contact layers. The relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

Claims:

1. A photo-detector, comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy; a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side, wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein the photo absorbing layer extends past at least two individual sections of the contact layer.

2. A photo-detector comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer, wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer,

wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element,

wherein the first layer extends past at least two individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individuals detector elements.

# REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**[0001]** This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, US Patent Application No. 15/679,487, and US patent application No. 14/822,433.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures

primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $\mathrm{I_{srh}}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q \frac{n_i}{\tau_{SRH}} W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 µm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1µsec in low doped material $(\sim 10^{16} cm^{-3})$. The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ $(n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT}))$, because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx q p_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{\mathrm{n_i^2}}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5 µsec, depending only slightly on temperature. L

is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to ${n_i^2}/{N_d}$. The activation energy of the diffusion current is $E_g$, $(n_i{}^2 \sim \exp(-\frac{E_g}{kT}))$ as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** US Patent No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

**[0009]** Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

**[0010]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## Summary of the invention

**[0011]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long

wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0012]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0013]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0014]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer

adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0015]** In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

**[0016]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0017]** However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the

barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

**[0018]** Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

**[0019]** In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

**[0020]** In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

**[0021]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a

second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0023]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0025]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0026]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0027]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level

substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0028]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0029]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0030]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0031]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0032]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0033]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0034]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0035]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0036]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0037]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0038]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0039]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0040]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0041]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0042]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0043]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0044]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0045]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0046]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0047]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0048]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0049]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0050]** FIG. 10A illustrates a mother board joined to FPA.

**[0051]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0052]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0053]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

**[0054]** Fig. 13A depicts simplified energy band diagram in an undoped barrier layer. Fig. 13B depicts a simplified energy band diagram of an N-type doped barrier layer. Fig. 13C depicts a simplified energy band diagram of a P-type doped barrier.

## Detailed Description

**[0055]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0056]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0057]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0058]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and

the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0059]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0060]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

**[0061]** Fig. 13A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by Fig. 13A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

**[0062]** Fig. 13B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

**[0063]** Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

**[0064]** It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such

contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

**[0065]** In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

**[0066]** An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

**[0067]** The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

**[0068]** Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide

the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

**[0069]** Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivlance. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

**[0070]** Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

**[0071]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50.**

**[0072]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0073]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0074]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0075]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0076]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0077]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0078]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0079]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40**,** represented by area **110**, is thick enough so

that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0080]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0081]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0082]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and

the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0083]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0084]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0085]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there

is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0086]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0087]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0088]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0089]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0090]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0091]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0092]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0093]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0094]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0095]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0096]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0097]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infra-red light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0098]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

**[0099]**

**[00100]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used*.

**[00101]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[00102]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[00103]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[00104]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116**-**1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108 contained within the window envelope **1112**,

which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[00105]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[00106]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention, disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[00107]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA

to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[00108]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[00109]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[00110]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[00111]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[00112]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[00113]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[00114]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[00115]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Figure 8

Figure 9






Fig. 10A




Fig. 10B

Figure 11





Fig. 11A



Fig. 11B

Fig. 11C



12/13

Figure 12






Fig. 13A




Fig. 13B




Fig. 13C

**In the specification**

**Please amend the title to read:**

REDUCED DARK CURRENT PHOTODETECTOR WITH ~~CHARGE COMPENSATED BARRIER LAYER~~ CONTINUOUS PHOTODETECTOR LAYER

**Please amend the first paragraph as follows:**

[0001] This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, US Patent Application No. 15/679,487, US Patent Application No. 13/167,992, US Patent Application No. 16/199,212, and US patent application No. 14/822,433.

[0063] Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (~~Shocley-Rheed-~~Shockley Read Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

[0069] Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' ~~equivlance~~ equivalence. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with

beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

[0097] Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal ~~electroptic~~electrooptic ~~componentary~~componentry **604**, where it is converted from infra-red light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

**Please replace the abstract with the following:**

~~A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, the barrier layer disposed between the photoabsorber and contact layers. The relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.~~

A photo-detector comprising: a photo absorbing layer exhibiting a valence band energy level, a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the

contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized. The photoabsorber layer extends past the one or more individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individuals detector elements.

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 17181669 Document Date: 02/22/2021

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date: March 1, 2019


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1A


100
65
Metal Layer
110
Contact Area
65
Metal Layer
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B

Fig. 4


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Figure 8

Figure 9




SM000022528




Fig. 10A




Fig. 10B

Figure 11





Fig. 11A



Fig. 11B

Fig. 11C



Figure 12


Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitory
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display




Fig. 13A




Fig. 13B




Fig. 13C

To Promote the Progress of Science and Useful Arts

# The Director

of the United States Patent and Trademark Office has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.

Katherine Kelly Vidal

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

If the application for this patent was filed on or after December 12, 1980, maintenance fees are due three years and six months, seven years and six months, and eleven years and six months after the date of this grant, or within a grace period of six months thereafter upon payment of a surcharge as provided by law. The amount, number and timing of the maintenance fees required may be changed by law or regulation. Unless payment of the applicable maintenance fee is received in the United States Patent and Trademark Office on or before the date the fee is due or within a grace period of six months thereafter, the patent will expire as of the end of such grace period.

## Patent Term Notice

If the application for this patent was filed on or after June 8, 1995, the term of this patent begins on the date on which this patent issues and ends twenty years from the filing date of the application or, if the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121, 365(c), or 386(c), twenty years from the filing date of the earliest such application ("the twenty-year term"), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b), and any extension as provided by 35 U.S.C. 154(b) or 156 or any disclaimer under 35 U.S.C. 253.

If this application was filed prior to June 8, 1995, the term of this patent begins on the date on which this patent issues and ends on the later of seventeen years from the date of the grant of this patent or the twenty-year term set forth above for patents resulting from applications filed on or after June 8, 1995, subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b) and any extension as provided by 35 U.S.C. 156 or any disclaimer under 35 U.S.C. 253.

Form PTO-377C (Rev 09/17)

US011817522B1

(12) **United States Patent**
**Maimon**

(10) **Patent No.: US 11,817,522 B1**
(45) **Date of Patent: Nov. 14, 2023**

(54) **REDUCED DARK CURRENT PHOTODETECTOR**

(71) Applicant: **Shimon Maimon**, Rochester, NY (US)

(72) Inventor: **Shimon Maimon**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/897,162**

(22) Filed: **Aug. 28, 2022**

**Related U.S. Application Data**

(60) Continuation of application No. 17/181,669, filed on Feb. 22, 2021, now Pat. No. 11,462,657, which is a continuation of application No. 16/199,212, filed on Nov. 25, 2018, now Pat. No. 11,245,048, which is a division of application No. 15/679,487, filed on Aug. 17, 2017, now Pat. No. 11,264,528, which is a continuation-in-part of application No. 14/822,433,
(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***H01L 31/18*** | (2006.01) |
| ***H01L 31/10*** | (2006.01) |
| ***H01L 31/0352*** | (2006.01) |
| ***H01L 31/0304*** | (2006.01) |
| ***G01J 5/06*** | (2022.01) |
| ***G01J 5/20*** | (2006.01) |
| ***B82Y 20/00*** | (2011.01) |
| ***H01L 31/101*** | (2006.01) |
| ***H01L 31/0296*** | (2006.01) |
| ***G01J 5/061*** | (2022.01) |
| ***H01L 27/146*** | (2006.01) |
| *H01L 23/38* | (2006.01) |
| *G01J 5/00* | (2022.01) |

(52) **U.S. Cl.**
CPC .......... ***H01L 31/1832*** (2013.01); ***B82Y 20/00*** (2013.01); ***G01J 5/061*** (2013.01); ***G01J 5/20*** (2013.01); ***H01L 27/14669*** (2013.01); ***H01L 31/02966*** (2013.01); ***H01L 31/03046*** (2013.01); ***H01L 31/035236*** (2013.01); ***H01L 31/101*** (2013.01); ***H01L 31/1844*** (2013.01); *G01J 2005/0077* (2013.01); *H01L 23/38* (2013.01); *H01L 2924/0002* (2013.01); *Y02E 10/544* (2013.01)

(58) **Field of Classification Search**
CPC ... B82Y 20/00; G01J 5/061; G01J 5/20; G01J 2005/0077; H01L 23/38; H01L 27/14669; H01L 31/02966; H01L 31/03046; H01L 31/035236; H01L 31/101; H01L 31/1832; H01L 31/1844; H01L 2924/0002; Y02E 10/544
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO WO-2005004243 A1 * 1/2005 .......... H01L 31/101

* cited by examiner

*Primary Examiner* — Mark R Gaworecki
(74) *Attorney, Agent, or Firm* — Shalom Wertsberger; Saltamar Innovations

(57) **ABSTRACT**

A photodetector comprising a doped semiconductor photoabsorber, a barrier layer in contact with the photo absorber layer on one side, and at least one doped semiconductor contact area on the opposite side of the barrier layer. The barrier has a valence band energy substantially equal to the valence band energy of the photo absorber, and a thickness and a conductance band gap sufficient to allow tunneling of minority carriers, and block the flow of thermalized majority carriers from the photo absorber to the contact area. A P-doped or N-doped semiconductor may be utilized. The photoabsorber layer may extend past the one or more individual sections of the contact areas in the direction across the photo-detector.

**9 Claims, 13 Drawing Sheets**



**Related U.S. Application Data**

filed on Aug. 10, 2015, now Pat. No. 9,766,130, which is a continuation-in-part of application No. 13/964,883, filed on Aug. 12, 2013, now Pat. No. 9,117,726, which is a continuation-in-part of application No. 13/167,992, filed on Jun. 24, 2011, now abandoned, which is a continuation of application No. 12/656,739, filed on Feb. 16, 2010, now Pat. No. 8,003,434, which is a division of application No. 11/276,962, filed on Mar. 19, 2006, now Pat. No. 7,687,871.


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1A


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Figure 8




Figure 9




Fig. 10A




Fig. 10B


PIN10
PIN36
PIN11
PIN4
PIN20
Ø.03 3EQ SP
ON 1.2588C
PIN1
PIN6
PIN5
PIN10
1102
1104
1116
1114
1106
BROKEN OUT
VIEW
1108
1112
1110
AR CTD Ge
WINDOW

FIG. 11



FIG. 11A



FIG. 11B

Fig. 11C



Figure 12


Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitory
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display




Fig. 13A




Fig. 13B




Fig. 13C

# REDUCED DARK CURRENT PHOTODETECTOR

This application is related to, and hereby incorporates by reference the following United States Patent Applications in their entirety: Ser. No. 11/276,962 filed Mar. 19, 2006; Ser. No. 12/656,739 filed Feb. 16, 2020; Ser. No. 13/033,211 filed Feb. 23, 2011; Ser. No. 13/167,992 filed Jun. 24, 2011; Ser. No. 13/662,981 filed Sep. 19, 2012; Ser. No. 13/694,883 filed Aug. 12, 2013; Ser. No. 14/822,433 filed Aug. 10, 2015; 15/679 filed Aug. 17, 2017; Ser. No. 16/199,212 filed Nov. 25, 2018; Ser. No. 17/181,669 filed Feb. 22, 2021, and reissue application Ser. Nos. 16/503,534 and 16/503,537, both filed Jul. 4, 2019.

## FIELD OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## BACKGROUND OF THE INVENTION

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in FIG. **5**A to FIG. **5**F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark}=I_{srh}+I_{diff}+I_{surf} \qquad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are



highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of 1 μsec in low doped material ( $10^{16}$ cm $^{3}$).

The dependence of SRH current on $n_i$ produces an activation energy of

$$E_g/2\left(n_i \sim \exp\left(-\frac{\frac{E_g}{2}}{kT}\right)\right),$$

because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times L = q \times \frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L \qquad \text{Equation 3}$$

where $_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of 1 $2{\cdot}10^{16}$ cm $^{3}$ is in the range of 0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to

$$n_i^2 / N_d.$$

The activation energy of the diffusion current is

$$E_g, \left(n_i^2 \sim \exp\left(-\frac{E_g}{kT}\right)\right)$$

as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

U.S. Pat. No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to

operate the photodetector which further reduces electrical noise levels during operation.

Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a



conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of

the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plural-

ity of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

Additional features and advantages of the invention will become apparent from the following drawings and description.

## SHORT DESCRIPTION OF DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **10** illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

FIGS. **5***a*, **5**B, **5**C, **5**D, **5**E and **5**F illustrate examples of existing applications of the prior-art photo-detector technology.

FIG. **6** illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

FIG. **7** illustrates the internal components of an exemplary application of the disclosed subject matter.

FIG. **8** illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

FIG. **9** illustrates resultant improvement in cooling power requirements.

FIG. **10**A illustrates a mother board joined to FPA.

FIG. **10**B illustrates a FPA and motherboard located within IDCA arrangement.

FIG. **11** illustrates a schematic application of the disclosed subject matter. FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** disposed on a TEC **1145**.

FIG. **12** illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

FIG. **13**A depicts simplified energy band diagram in an undoped barrier layer. FIG. **13**B depicts a simplified energy band diagram of an N-type doped barrier layer. FIG. **13**C depicts a simplified energy band diagram of a P-type doped barrier.

## DETAILED DESCRIPTION

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and

the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of AlAsxSb1 x with x 0.15, and thus there is 0 valence band offset.

FIG. **13**A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by FIG. **13**A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

FIG. **13**B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

FIG. **13**C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of 2e17 cm 3 and some MBE systems may present oxygen density approximating such high levels as 1e19 cm 3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd Na) where q is the electron charge=1.6e 19 columb, Nd being the donor concentration and Na being the acceptor concentration).

The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivalence. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

FIG. 1B illustrates a side view of a multi-pixel photodetector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x 0.15, and thus there is 0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and

in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photodetectors produced as above is specifically included in the invention.

FIG. **10** illustrates a top level view of multi-pixel photodetector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that

no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

FIGS. **5**A, **5**B, **5**C and **5**D present hand-held imaging systems, which utilize the existing photo detector technology.

FIGS. **5**E and **5**F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

FIG. **6** presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infrared light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

FIG. **7** presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

FIG. **8** presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. In other embodiment a variety of micro cooler systems can be used.

FIG. **9** illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

FIG. **10**A presents the FPA **1002** coupled to a motherboard **1004**, which forms a FPA arrangement that can connect to the cold finger.

FIG. **10**B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

FIG. **11** illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**;

a cold shield **1108** contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** in accordance with the present invention, disposed on a TEC **1145**. A cold shield **1147** surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC **1145**, the FPA **1114** and the cold shield **1147** are disposed within a dewar **1149** having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

FIG. **12** presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210**; the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218**.

In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

In yet another embodiment, the IDCA can comprise a plurality of FPA.

Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; handheld personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

The invention claimed is:

**1**. A photodetector with a reduced dark current, comprising:

a photo absorbing layer comprising a n-doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a semiconductor, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, the energy gap being sufficient to minimize charge carriers tunneling and thermalization; and,

a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side;

the barrier layer exhibiting a thickness, the thickness and the band gap selected to be sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area.

**2**. A photodetector as claimed in claim **1**, wherein the photoabsorbing layer is constituted of one of InAs, InAsSb, InGaAs, type II super lattice and HgCdTe, or any combination thereof.

**3**. A photodetector as claimed in claim **1**, wherein the contact layer is constituted of one of InAs, InGaAs, InAsSb, type II super lattice, HgCdTe and GaSb, or any combination thereof.

**4**. A photodetector as claimed in claim **1**, wherein the contact layer and the photo absorbing layer exhibit essentially identical composition.

**5**. A photodetector as claimed in claim **1**, wherein the barrier layer is constituted of one of AlSB, AlAsSB, GaAlAsSb, AlPSb, AlGaPSb, and or combinations thereof.

**6**. A photodetector as claimed in claim **1**, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

**7**. A photodetector as claimed in claim **1**, wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones.

**8**. A photodetector as claimed in claim **1**, wherein the barrier layer comprises at least one Aluminum (Al) compound.

**9**. A photodetector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer comprising a semiconductor and exhibiting a thickness, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and

a contact layer comprising a doped semiconductor, the contact layer being adjacent a second side of the barrier layer opposing the first side,

wherein the barrier layer exhibits a valence band energy substantially equal to the valence band energy of the photo absorbing layer and a conduction band energy greater than the conduction band energy of the photo absorbing layer such that a conduction energy gap is formed between the photo absorbing layer and the barrier layer,

wherein the barrier layer thickness and the conduction energy band gap are sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area further wherein during operation the barrier layer functions to achieve passivation of the photo-detector; and,

wherein the contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

23521 7590 11/14/2023
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/14/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@gamken.com
shalom@saltamar.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 17/897,162 | 14-Nov-2023 | 11817522 |

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

# EGRANT NOTIFICATION

Your electronic patent grant (eGrant) is now available, which can be accessed via Patent Center at https://patentcenter.uspto.gov

The electronic patent grant is the official patent grant under 35 U.S.C. 153. For more information, please visit https://www.uspto.gov/electronicgrants

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 11/14/2023 | 11817522 | 1407CON9-Maimon | 1785 |

23521 7590 10/25/2023

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above. The patent will issue electronically. The electronically issued patent is the official patent grant pursuant to 35 U.S.C. § 153. The patent may be accessed on or after the issue date through Patent Center at https://patentcenter.uspto.gov/. The patent will be available in both the public and the private sides of Patent Center. Further assistance in electronically accessing the patent, or about Patent Center, is available by calling the Patent Electronic Business Center at 1-888-217-9197.

The USPTO is implementing electronic patent issuance with a transition period, during which period the USPTO will mail a ceremonial paper copy of the electronic patent grant to the correspondence address of record. Additional copies of the patent (i.e., certified and presentation copies) may be ordered for a fee from the USPTO's Certified Copy Center at https://certifiedcopycenter.uspto.gov/index.html. The Certified Copy Center may be reached at (800)972-6382.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Center (https://patentcenter.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s) (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional inventors):

Shimon Maimon, Rochester, NY;

APPLICANT(s) (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional applicants):

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

23521 7590 10/11/2023
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/11/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@gamken.com
shalom@saltamar.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of :
MAIMON, SHIMON :
Application No.: 17/897,162 : DECISSION ON PETITION
Filed: August 28, 2022 :
Attorney Docket No. 1407CON9-Maimon :

This is a decision on the renewed petition filed September 21, 2023, under the unintentional provision of 37 CFR 1.137(a), to revive the above-identified application.

**The petition is GRANTED.**

The above-identified application became abandoned for failure to reply in a timely manner to the Notice to File Corrected Application Papers (Notice) mailed March 20, 2023. The Notice set a period for reply of two (2) months from the mail date of the Notice. No extension of time under the provisions of 37 CFR 1.136(a) were obtained. Accordingly, the above-identified application became abandoned on May 23, 2023. A Notice of Abandonment was mailed August 07, 2023.

The petition satisfies the conditions for revival pursuant to the provisions of 37 CFR 1.137(a) in that (1) of the corrected drawings; (2) the petition fee of $2,100.00 previously submitted on August 16, 2023; and (3) the required statement of unintentional delay have been received.

This application is being referred to the Office of Data Management for processing into a patent.

Telephone inquiries concerning this decision should be directed to Dale Hall at (571) 272-3586.

Telephone inquiries related to processing as a patent should be directed to (571) 272-4200.

***/Dale A. Hall/***
***Paralegal Specialist, OPET***

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR** | | |
| Serial No. ~Confirm# | **17/897,162~1785** | Group: | **2884** |
| Filed on: | **Aug 28, 2022** | Examiner: | **Mark R. Gaworecki** |
| Correspondence Date | **September 21, 2023** | Docket: | **1407CON9_MAIMON** |

# Request for reconsideration of petition to revive an abandoned patent application, and transmittal of formal drawings

The Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

This communication is in response to the dismissal of a petition to revive an unintentionally abandoned application filed in the above identified case on August 16, 2023. The petition was dismissed since the undersigned submitted drawing sheets which were not properly marked as replacement sheets.

The undersigned thanks the specialist for clearly identifying the error. Enclosed herewith please find three sheets of corrected formal drawings of Figs 10B, 11, 11A and 11B, marked as replacement sheet.

As indicated by the dismissal notice of September 21, 2023, all other requirements have been met by the August 16, 2023 filing, , including the petition for revival of an unintentionally abandoned application under 37 CFR§ 1.137, and the proscribed fee. The undersigned submits that no new matter was introduced by the present, or by the August 16, 2023, submissions.

The undersigned believes that all due fees are paid herewith. If however this understanding is incorrect, the commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office, and for issuance of the allowed patent associated therewith.

Applicant respectfully requests that the application be revived, and a patent issued promptly.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger

**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com

**Agent for Applicant**

Replacement Sheet






Fig. 10A




Fig. 10B

SM000001116

Replacement Sheet

9/13




FIG. 11

JA1337

Replacement Sheet





FIG. 11A



FIG. 11B

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 48622566 |
| **Application Number:** | 17897162 |
| **International Application Number:** | |
| **Confirmation Number:** | 1785 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON9-Maimon |
| **Receipt Date:** | 21-SEP-2023 |
| **Filing Date:** | 28-AUG-2022 |
| **Time Stamp:** | 17:07:23 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Petition for review by the Office of Petitions | 01-1407_9_trasmittal_Letter2.pdf | 167891<br>d54dacd60e8164e5449c839db59545a6331cb591 | no | 2 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 2 | Drawings-only black and white line drawings | 02-1407_9_Amended_Drawings.pdf | 978119<br>05b6c3635d1d19adba21fe463bc3ef91e776907f | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| Total Files Size (in bytes): | | | 1146010 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

23521 7590 10/11/2023

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/11/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@gamken.com
shalom@saltamar.com

PTOL-90A (Rev. 04/07)

SM000001120

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

In re Application of :
MAIMON, SHIMON :
Application No.: 17/897,162 : DECISSION ON PETITION
Filed: August 28, 2022 :
Attorney Docket No. 1407CON9-Maimon :

This is a decision on the renewed petition filed September 21, 2023, under the unintentional provision of 37 CFR 1.137(a), to revive the above-identified application.

**The petition is GRANTED.**

The above-identified application became abandoned for failure to reply in a timely manner to the Notice to File Corrected Application Papers (Notice) mailed March 20, 2023. The Notice set a period for reply of two (2) months from the mail date of the Notice. No extension of time under the provisions of 37 CFR 1.136(a) were obtained. Accordingly, the above-identified application became abandoned on May 23, 2023. A Notice of Abandonment was mailed August 07, 2023.

The petition satisfies the conditions for revival pursuant to the provisions of 37 CFR 1.137(a) in that (1) of the corrected drawings; (2) the petition fee of $2,100.00 previously submitted on August 16, 2023; and (3) the required statement of unintentional delay have been received.

This application is being referred to the Office of Data Management for processing into a patent.

Telephone inquiries concerning this decision should be directed to Dale Hall at (571) 272-3586.

Telephone inquiries related to processing as a patent should be directed to (571) 272-4200.

***/Dale A. Hall/***
***Paralegal Specialist, OPET***

Doc Code: PET.OP
Document Description: Petition for Review by the Office of Petitions

PTO/SB/64 (01-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PETITION FOR REVIVAL OF AN APPLICATION FOR PATENT ABANDONED UNINTENTIONALLY UNDER 37 CFR 1.137(a)**<br>Page 1 of 2 | Docket Number (Optional)<br>1407CON9_MAIMON |
|---|---|

First named inventor: Maimon, Shimon

Application No.: 17/897,162 Art Unit: 2884

Filed: Aug 28, 2022 Examiner: Mark R. Gaworecki

Title: REDUCED DARK CURRENT PHOTODETECTOR

Attention: Office of Petitions
**Mail Stop Petition**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450
FAX: (571) 273-8300

NOTE: If information or assistance is needed in completing this form, please contact the Office of Petitions at (571) 272-3282.

The above-identified application became abandoned for failure to file a timely and proper reply to a notice or action by the United States Patent and Trademark Office. The date of abandonment is the day after the expiration date of the period set for reply in the Office notice or action plus any extensions of time actually obtained.

**APPLICANT HEREBY PETITIONS FOR REVIVAL OF THIS APPLICATION.**

NOTE: A grantable petition requires the following items:
(1) Petition fee;
(2) Reply and/or issue fee;
(3) Terminal disclaimer with disclaimer fee -- required for all utility and plant applications filed before June 8, 1995, and for all design applications; and
(4) Statement that the entire delay was unintentional.

1. **Petition fee**

☐ Small entity fee $ _(37 CFR 1.17(m)). Applicant asserts small entity status. See 37 CFR 1.27.

☐ Micro entity fee $ ______ (37 CFR 1.17(m)). Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☒ Undiscounted fee $ 2100______ (37 CFR 1.17(m)).

2. **Reply and/or fee**

A. The reply and/or fee to the above-noted Office notice or action in the form of Drawings amendment and transmittal letter (identify the type of reply):

☐ has been filed previously on ______________________.

☒ is enclosed herewith.

B. The issue fee and publication fee (if applicable) of $ 1200 ______________.

☒ has been paid previously on June 3, 2023 ____________________.

☐ is enclosed herewith.

This collection of information is required by 37 CFR 1.137(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14 and 41.6. This collection is estimated to take 1 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Petition, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PET.OP
Document Description: Petition for Review by the Office of Petitions

PTO/SB/64 (01-18)
Approved for use through 11/30/2020. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PETITION FOR REVIVAL OF AN APPLICATION FOR PATENT ABANDONED UNINTENTIONALLY UNDER 37 CFR 1.137(a)

Page 2 of 2

3. **Terminal disclaimer with disclaimer fee**

[X] Since this utility/plant application was filed on or after June 8, 1995, no terminal disclaimer is required.

[ ] A terminal disclaimer (and disclaimer fee (37 CFR 1.20(d)) of $________________) disclaiming the required period of time is enclosed herewith (see PTO/SB/63).

4. **STATEMENT:** The entire delay in filing the required reply from the due date for the required reply until the filing of a grantable petition under 37 CFR 1.137(a) was unintentional. [NOTE: The United States Patent and Trademark Office may require additional information if there is a question as to whether either the abandonment or the delay in filing a petition under 37 CFR 1.137(a) was unintentional (MPEP 711.03(c), subsections (III)(C) and (D)).]

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

| | |
|---|---|
| /Shalom Wertsberger/ | August 15, 2023 |
| Signature | Date |
| Shalom Wertsberger | 43,359 |
| Typed or Printed Name | Registration Number, if applicable |
| 35 Huntington meadows | 585-200-3000 |
| Address | Telephone Number |
| Rochester, NY 14625, | |
| Address | |

Enclosures:

[X] Fee Payment

[X] Reply

[ ] Terminal Disclaimer Form

[ ] Additional sheet(s) containing statements establishing unintentional delay

[ ] Other: ____________________________________________

CERTIFICATE OF MAILING OR TRANSMISSION [37 CFR 1.8(a)]

I hereby certify that this correspondence is being:

[ ] Deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to: Mail Stop Petition, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

[ ] Transmitted by facsimile on the date shown below to the United States Patent and Trademark Office at (571) 273-8300.

August 12, 2023
Date

____________________________
Signature

____________________________
Typed or printed name of person signing certificate

SM000001123




Fig. 10A




Fig. 10B

SM000001125

JA1346

9/13




FIG. 11



FIG. 11A



FIG. 11B

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17897162 |
| **Filing Date:** | 28-Aug-2022 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CON9-Maimon |

Filed as Large Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| PET. REVIVE ABANDON APP, DELAY PYMT-RESP | 1453 | 1 | 2100 | 2100 |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | 2100 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 48447466 |
| **Application Number:** | 17897162 |
| **International Application Number:** | |
| **Confirmation Number:** | 1785 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON9-Maimon |
| **Receipt Date:** | 16-AUG-2023 |
| **Filing Date:** | 28-AUG-2022 |
| **Time Stamp:** | 11:15:48 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $2100 |
| RAM confirmation Number | E20238FB16287375 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 01-1407_9_trasmittal_Letter.pdf | 167747<br>65ec49c370cdcc3e46673386dbb7aff336c2de23 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Petition for review by the Office of Petitions | 00-1907_9_Revival_Pteition.pdf | 102794<br>002ce1e5356b67056f136a904faf55adb7f0043b | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-only black and white line drawings | 02AP-1407_9_Amended_Drawings_PIX.pdf | 635675<br>0415906dd9c2960da0e094bbed70c339eaaa46f8 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 38154<br>3f2eb667e7e4d7b49fa8716c7a87f409a7e32ce0 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 944370 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: | **REDUCED DARK CURRENT PHOTODETECTOR** | | |
| Serial No. ~Confirm# | **17/897,162~1785** | Group: | **2884** |
| Filed on: | **Aug 28, 2022** | Examiner: | **Mark R. Gaworecki** |
| Correspondence Date | **August 15, 2023** | Docket: | **1407CON9_MAIMON** |

# Transmittal of petition to revive an abandoned patent application, and transmittal of formal drawings

The Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

Enclosed herewith please find three sheets of corrected formal drawings of Figs 10B, 11, 11A and 11B. The correction of Figs. 10B, 11 and 11A were required by the Notice to File Corrected Application papers issued by the Office on March 20, 2023, however the Applicant believes that modifying Fig. 10B to mere black and white line drawings maintains compatibility with Fig. 1A. Examiner's approval of the entry of these drawings is respectfully requested. The Applicant believes that no new matter has been added. Applicant respectfully requests that the Office will replace drawing sheets 8, 9, and 10 presently on record with the attached drawing sheets.

Applicant inadvertently failed to timely file the enclosed drawing before the deadline set in the Notice to File Corrected Application papers issued by the Office on March 20, 2023. As a result the application became abandoned. Therefore this submission is accompanied by a petition for revival of an unintentionally abandoned application under 37 CFR§ 1.137, and the proscribed fee.

The undersigned believes that all due fees are paid herewith. If however this understanding is incorrect, the commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office, and for issuance of the allowed patent associated therewith.

Applicant respectfully requests that the application be revived, and a patent issued promptly.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
**Agent for Applicant**

| *Notice of Abandonment* | Application No.<br>**17/897,162** | Applicant(s)<br>**Shimon Maimon** |
|---|---|---|
| | Examiner<br>**GAWORECKI, MARK R** | Art Unit<br>**2884** |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

This application is abandoned in view of:

1. ☑ Applicant's failure to timely file a proper reply to the Notice to File Corrected Application Papers mailed on 20 March 2023.
   (a) ❑ A reply was received on _________ (with a Certificate of Mailing or Transmission dated _________ ), which is after the expiration of the period for reply (including a total extension of 4 months) which expired on _________.
   (b) ☑ No reply has been received.
2. ❑ Applicant's failure to timely pay the required issue fee and publication fee, if applicable, within the statutory period of three months from the mailing date of the Notice of Allowance (PTOL-85).
   (a) ❑ The issue fee and publication fee, if applicable, was received on _________ (with a Certificate of Mailing or Transmission dated), which is after the expiration of the statutory period for payment of the issue fee (and publication fee) set in the Notice of Allowance (PTOL-85).
   (b) ❑ The submitted fee of $________ is insufficient. A balance of $________ is due.
   The issue fee required by 37 CFR 1.18 is $________.
   The publication fee, if required by 37 CFR 1.18(d), is $________.
   (c) ❑ The issue fee and publication fee, if applicable, has not been received.
3. ❑ Applicant's failure to timely file corrected drawings as required by, and within the three-month period set in, the Notice of Allowability (PTO-37).
   (a) ❑ Corrected drawings were received _________ (with a Certificate of Mailing or Transmission dated _________), which is after the expiration of the period for reply.
   (b) ❑ No corrected drawing have been received.
   (c) ❑ Drawings received on ______ were disapproved by examiner. See examiner's response dated _________.
4. ❑ Applicant's failure to timely file the compliant inventor's oath or declaration no later than the date on which the issue fee was paid as required by the Notice Requiring Inventor's Oath or Declaration (PTO-2306).
   (a) ❑ An inventor's oath or declaration (or substitute statement) for one or more inventors was received on ______ (with a Certificate of Mailing or Transmission dated ______), which is after the date on which the issue fee was paid.
   (b) ❑ While an oath or declaration (or substitute statement) for one or more inventors was received, a compliant oath or declaration (or substitute statement) for at least one other inventor has not been received.
   (c) ❑ No compliant inventor's oath or declaration has been received.
   A compliant inventor's oath or declaration (or substitute statement) has not been received for the following inventors. **Shimon Maimon.**
5. ❑ Other:

| WJL<br>(571)-272-4200 or 1(888)-786-0101<br>Office of Data Management | Date: 8/7/23 |
|---|---|

Petitions to revive under 37 CFR 1.137(a) or request to withdraw the holding of abandonment under 37 CFR 1.181, should be promptly filed to minimize any negative effects on patent term.

U.S. Patent and Trademark Office
PTOL-1432 (Rev. 07-14)

**Notice of Abandonment**

SM000001134

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23251 7590 03/13/2023
TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)
(Signature)
(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 06/13/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 257-619000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Shalom Wertsberger
2 Saltamar Innovations
3 ____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ☒ Issue Fee ❑ Publication Fee (if required) ❑ Advance Order - # of Copies ____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 501392

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Shalom Wertsberger/ Date 6/3/2023

Typed or printed name Shalom Wertsberger Registration No. 43,359


PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 48097926 |
| **Application Number:** | 17897162 |
| **International Application Number:** | |
| **Confirmation Number:** | 1785 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON9-Maimon |
| **Receipt Date:** | 03-JUN-2023 |
| **Filing Date:** | 28-AUG-2022 |
| **Time Stamp:** | 23:27:46 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1200 |
| RAM confirmation Number | E202363N28169702 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 1407CON9_Issue_Fee_payment.pdf | 228280<br>70024cee13cb5fe50070f48b3a8eef878f1e6b09 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 37801<br>50f1ffb4834d733cb7cd65284b113f70f60bdc20 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 266081 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | 2884 | 1820 | 1407CON9-Maimon | 9 | 2 |

**CONFIRMATION NO. 1785**

**REPLACEMENT FILING RECEIPT**

*OC000000055442543*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 03/30/2023

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a CON of 17/181,669 02/22/2021 PAT 11,462,657
which is a CON of 16/199,212 11/25/2018 PAT 11,245,048
which is a DIV of 15/679,487 08/17/2017 PAT 11,264,528
which is a CIP of 14/822,433 08/10/2015 PAT 9,766,130
which is a CIP of 13/964,883 08/12/2013 PAT 9,117,726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8,003,434
which is a DIV of 11/276,962 03/19/2006 PAT 7,687,871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 02/13/2023
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/897,162**
**Projected Publication Date:** Request for Non-Publication Acknowledged
**Non-Publication Request:** Yes
**Early Publication Request:** No
**Title**

REDUCED DARK CURRENT PHOTODETECTOR

**Preliminary Class**

257

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

SALTAMAR
INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (866)981-6759
E-mail: Shalom@Saltamar.com
HTTP://www.saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| For: **REDUCED DARK CURRENT PHOTODETECTOR** | | | |
| Serial No. ~Confirm# | **17/897,162~** 1785 | Group: | |
| Filed on: | **Aug 28, 2022** | Examiner: | |
| Correspondence Date | **March 23, 2023** | Docket: | **1407CON9_MAIMON** |

## Request for correction

## AFTER ALLOWANCE

Honorable Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

A customer number indicating correspondence address file in the Application Data Sheet of the present application was incorrect. Inadvertently, two digits were interchanged.

The proper customer number is 23521, not ~~23251~~. This is supported by the representative information, section, and the identity of the undersigned, which is signed on the original ADS.

**The Applicant requests urgent correction of this matter, After call to the Office the undersigned learned that the application WAS ALLOWED, and the undersigned does not have access to the application.**

Respectfully submitted

/Shalom Wertsberger/

Shalom Wertsberger
**Reg. Num 43,359**
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
**Agent for Applicant**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47731689 |
| **Application Number:** | 17897162 |
| **International Application Number:** | |
| **Confirmation Number:** | 1785 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23251 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON9-Maimon |
| **Receipt Date:** | 23-MAR-2023 |
| **Filing Date:** | 28-AUG-2022 |
| **Time Stamp:** | 12:36:51 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Change of Address | 1407CON9_CorspendenceAddreessCorrection.pdf | 161588<br>6e4da3038054bad4d19570a9487f5467685d08db | no | 2 |

**Warnings:**

SM000001144

| Information: | | | | | |
|---|---|---|---|---|---|
| 2 | Application Data Sheet | CORRECTED_ADS1407CON9.pdf | 4328056<br>2c1a08f6e3aec9147d2fac4ab3fb9af03516a9c4 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| | | **Total Files Size (in bytes):** | 4489644 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

23251 7590 03/20/2023
TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/20/2023 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Application No. : 17897162
Applicant : Maimon
Filing Date : 08/28/2022
Date Mailed : 03/20/2023

# NOTICE TO FILE CORRECTED APPLICATION PAPERS

## *Notice of Allowance Mailed*

This application has been accorded an Allowance Date and is being prepared for issuance. The application, however, is incomplete for the reasons below.

**Applicant is given two (2) months from the mail date of this Notice within which to respond. This time period for reply is extendable under 37 CFR 1.136(a) for only TWO additional MONTHS.**

The informalities requiring correction are indicated in the attachment(s). If the informality pertains to the abstract, specification (including claims) or drawings, the informality must be corrected with an amendment in compliance with 37 CFR 1.121 (or, if the application is a reissue application, 37 CFR 1.173). Such an amendment may be filed after payment of the issue fee if limited to correction of informalities noted herein. See Waiver of 37 CFR 1.312 for Documents Required by the Office of Patent Publication, 1280 Off. Gaz. Patent Office 918 (March 23, 2004). In addition, if the informality is not corrected until after payment of the issue fee, for purposes of 35 U.S.C. 154(b)(1)(iv), "all outstanding requirements" will be considered to have been satisfied when the informality has been corrected. A failure to respond within the above-identified time period will result in the application being ABANDONED.

**See attachment(s).**

***A copy of this notice MUST be returned with the reply. Please address response to "Mail Stop Issue Fee, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450".***

/Ashley Gerstlauer/
Publication Branch
Office of Data Management
(571) 272-4200

**Application No. 17897162** **Drawings filed: 08/28/2022**

## IDENTIFICATION OF DRAWING DEFICIENCIES

- [ ] There is a hole or the image thereof within the illustration. FIG(s)
- [ ] The illustration is penetrated or traversed by a solid or broken line that is not intended to be part of the drawing, such as a dark line caused by a flaw in the copying process. FIG(s)
- [ ] An ink stamp or the image thereof obscures part of the illustration. FIG(s)
- [ ] The drawing is marred by black smudges, obliterations, or fax/copier marks (for example, speckles or dots in a substantial portion of the drawing). FIG(s)
- [ ] Figure numbers are duplicated or missing. FIG(s)
- [ ] Drawing sheet or figure is missing. FIG(s)
- [ ] Numbers, letters, or reference characters in the drawing have been crossed out or are illegibly handwritten. FIG(s)
- [X] The character of the lines, numbers, and letters is poor. FIG(s) 11
- [ ] The drawing's background shows that the original drawing was made on graph paper or other paper with a pattern or decoration. FIG(s)
- [ ] The FIG. number label is placed in a location that causes the drawing to be read upside down. FIG(s)
- [X] Data, a reference number, or part of the drawing is truncated or missing, or a lead line has no reference number. FIG(s) 10B
- [ ] The drawing and/or the FIG. label contain(s) foreign language. FIG(s)
- [X] This utility application contains a photograph of a view that is capable of being illustrated as a line drawing. FIG(s) 11A
- [ ] A petition under 37 CFR 1.84(a)(2) to accept color drawings has been granted, but the brief description of the drawings in the specification does not contain (or has not been amended to contain) the paragraph required by 37 CFR 1.84(a)(2)(iii).
- [ ] This reissue application contains added and/or amended drawings that are not labeled as "New" or "Amended" or "Canceled" as required by 37 CFR 1.173(b)(3). FIG(s)
- [ ] This Design reissue application contains a drawing that is labeled as "Canceled" but is not surrounded by brackets, or a drawing that is surrounded by brackets but is not labeled as "Canceled." See 37 CFR 1.173(b)(3). FIG(s)
- [ ] OTHER:
- [ ] COMMENTS:

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23251 7590 03/13/2023

TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 03/13/2023

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 06/13/2023 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23251 7590 03/13/2023

TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

TITLE OF INVENTION: REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 06/13/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 257-619000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________________

2 ____________________

3 ____________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑Issue Fee ❑Publication Fee (if required) ❑Advance Order - # of Copies ____________________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. __________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ______________________________ Date ______________________________

Typed or printed name ______________________________ Registration No. ______________________________



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | Shimon Maimon | 1407CON9-Maimon | 1785 |

23251 7590 03/13/2023

TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| **ART UNIT** | **PAPER NUMBER** |
| 2884 | |

DATE MAILED: 03/13/2023

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | **Application No.**<br>17/897,162 | **Applicant(s)**<br>Maimon, Shimon | |
|---|---|---|---|
| | **Examiner**<br>MARK R GAWORECKI | **Art Unit**<br>2884 | **AIA (FITF) Status**<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to the communication filed 28 August 2022.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-9 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☑ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

1. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Allowable Subject Matter*

2. Claims 1-9 are allowed.

3. The following is an examiner's statement of reasons for allowance:

Klipstein (WO 2005/004243 A1, previously cited) discloses a photo-detector (abstract) comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy (13, page 17, section 2.), a barrier layer exhibiting a thickness (12, Fig. 4b), a first side of said barrier layer adjacent a first side of said photoabsorbing layer (top of photoabsorbing layer 13 is adjacent to the bottom of barrier layer 12, Fig. 4b). Klipstein discloses that the barrier layer prevents inter-band tunneling of electrons from the valence band of the p-type layer to the conduction band of the photo-absorbing layer (page 17, second full paragraph).

With respect to claims 1 and 9, Klipstein does not disclose that the barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing

layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer. Klipstein also does not disclose that the contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element.

Claims 2-8 are allowable for reasons of dependency.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## *Conclusion*

4. Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARK R GAWORECKI whose telephone number is (571)272-8540. The examiner can normally be reached Monday-Friday 8 AM-6 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, DAVID MAKIYA can be reached on 571-272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884
9 March 2023

| *Notice of References Cited* | Application/Control No. 17/897,162 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | WO-2005004243-A1 | 01-2005 | WO | KLIPSTEIN P | H01L31/101 |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Search Notes | Application/Control No. 17/897,162 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B82Y 20/00 | 03/09/2023 | MG |
| G01J 5/061, 20, 2005/0077 | 03/09/2023 | MG |
| H01L 23/38, 27/14669, 31/02966, 03046, 035236, 101, 1832, 1844, 2924/0002 | 03/09/2023 | MG |
| Y02E 10/544 | 03/09/2023 | MG |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 | |

| *Search Notes* | Application/Control No. 17/897,162 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| B82Y 20/00 | 03/09/2023 | MG |
| G01J 5/061, 20, 2005/0077 | 03/09/2023 | MG |
| H01L 23/38, 27/14669, 31/02966, 03046, 035236, 101, 1832, 1844, 2924/0002 | 03/09/2023 | MG |
| Y02E 10/544 | 03/09/2023 | MG |
| Classification text narrowed: barrier with layer, block$3 with thermaliz $5 with majority, dark adj current, minimiz$5 with thermaliz$5, minimiz$5 with tunnel$5, valence with band with energy | 03/09/2023 | MG |
| Similarity searches (SEARCH) | 03/09/2023 | MG |
| Inventor name search (SEARCH) | 03/09/2023 | MG |
| Reviewed searches for parent applications | 03/09/2023 | MG |
| SEARCH history attached | 03/09/2023 | MG |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| B82Y | 20/00 | 03/09/2023 | MG |
| G01J | 5/061, 20, 2005/0077 | 03/09/2023 | MG |
| H01L | 23/38, 27/14669, 31/02966, 03046, 035236, 101, 1832, 1844, 2924/0002 | 03/09/2023 | MG |
| Y02E | 10/544 | 03/09/2023 | MG |
| PGPUB-Text | See SEARCH history attachment | 03/09/2023 | MG |

| | |
|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 | |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/897,162 | Maimon, Shimon |
| | Examiner | Art Unit |
| | MARK R GAWORECKI | 2884 |

| CPC | | | | | | |
|---|---|---|---|---|---|---|
| Symbol | | | | | Type | Version |
| H01L | / | 31 | / | 1832 | F | 2013-01-01 |
| H01L | / | 31 | / | 101 | I | 2013-01-01 |
| H01L | / | 31 | / | 1844 | I | 2013-01-01 |
| B82Y | / | 20 | / | 00 | I | 2013-01-01 |
| H01L | / | 31 | / | 035236 | I | 2013-01-01 |
| H01L | / | 31 | / | 03046 | I | 2013-01-01 |
| H01L | / | 31 | / | 02966 | I | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| G01J | / | 5 | / | 20 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| Y02E | / | 10 | / | 544 | A | 2013-01-01 |
| H01L | / | 23 | / | 38 | A | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| G01J | / | 2005 | / | 0077 | A | 2013-01-01 |

| CPC Combination Sets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Symbol | | | | | Type | Set | Ranking | Version |
| | / | | / | | | | | |

| | | |
|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>9 | |
| /MARK R GAWORECKI/ 09 March 2023<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1A |

U.S. Patent and Trademark Office — Part of Paper No.: 20230309

| *Issue Classification* | Application/Control No. 17/897,162 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| H01L | / | 31 | / | 18 |
| H01L | / | 31 | / | 10 |
| H01L | / | 31 | / | 0352 |
| H01L | / | 31 | / | 0304 |
| G01J | / | 5 | / | 06 |
| G01J | / | 5 | / | 20 |
| B82Y | / | 20 | / | 00 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| | |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| NONE (Assistant Examiner) | (Date) | Total Claims Allowed: 9 | |
|---|---|---|---|
| /MARK R GAWORECKI/ Primary Examiner, Art Unit 2884 (Primary Examiner) | 09 March 2023 (Date) | O.G. Print Claim(s) 1 | O.G. Print Figure 1A |

U.S. Patent and Trademark Office Part of Paper No.: 20230309

| Issue Classification | Application/Control No. 17/897,162 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | | | | | | | |
| 2 | 2 | | | | | | | | | | | | | | |
| 3 | 3 | | | | | | | | | | | | | | |
| 4 | 4 | | | | | | | | | | | | | | |
| 5 | 5 | | | | | | | | | | | | | | |
| 6 | 6 | | | | | | | | | | | | | | |
| 7 | 7 | | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | | |

| NONE (Assistant Examiner) (Date) | Total Claims Allowed: 9 | |
|---|---|---|
| /MARK R GAWORECKI/ Primary Examiner, Art Unit 2884 (Primary Examiner) 09 March 2023 (Date) | O.G. Print Claim(s) 1 | O.G. Print Figure 1A |

U.S. Patent and Trademark Office

Part of Paper No.: 20230309

| *Issue Classification* | Application/Control No. 17/897,162 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| CPC | | | | | | |
|---|---|---|---|---|---|---|
| Symbol | | | | | Type | Version |
| H01L | / | 31 | / | 1832 | F | 2013-01-01 |
| H01L | / | 31 | / | 101 | I | 2013-01-01 |
| H01L | / | 31 | / | 1844 | I | 2013-01-01 |
| B82Y | / | 20 | / | 00 | I | 2013-01-01 |
| H01L | / | 31 | / | 035236 | I | 2013-01-01 |
| H01L | / | 31 | / | 03046 | I | 2013-01-01 |
| H01L | / | 31 | / | 02966 | I | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| G01J | / | 5 | / | 20 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| Y02E | / | 10 | / | 544 | A | 2013-01-01 |
| H01L | / | 23 | / | 38 | A | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| G01J | / | 2005 | / | 0077 | A | 2013-01-01 |

| CPC Combination Sets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Symbol | | | | | Type | Set | Ranking | Version |
| | / | | / | | | | | |

| | | |
|---|---|---|
| NONE<br><br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>9 | |
| /MARK R GAWORECKI/ 09 March 2023<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1A |

U.S. Patent and Trademark Office Part of Paper No.: 20230309



SM000001164

| *Issue Classification* | Application/Control No. 17/897,162 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| | | | | |
|---|---|---|---|---|
| H01L | / | 31 | / | 18 |
| H01L | / | 31 | / | 10 |
| H01L | / | 31 | / | 0352 |
| H01L | / | 31 | / | 0304 |
| G01J | / | 5 | / | 06 |
| G01J | / | 5 | / | 20 |
| B82Y | / | 20 | / | 00 |

**NON-CLAIMED**

| | | | | |
|---|---|---|---|---|
| | / | | / | |

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| | |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | **Total Claims Allowed:**<br>9 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 09 March 2023<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1A |

U.S. Patent and Trademark Office

Part of Paper No.: 20230309



SM000001165

| *Issue Classification* | Application/Control No.<br>17/897,162 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon |
|---|---|---|
| | Examiner<br>MARK R GAWORECKI | Art Unit<br>2884 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | | | | | | | |
| 2 | 2 | | | | | | | | | | | | | | |
| 3 | 3 | | | | | | | | | | | | | | |
| 4 | 4 | | | | | | | | | | | | | | |
| 5 | 5 | | | | | | | | | | | | | | |
| 6 | 6 | | | | | | | | | | | | | | |
| 7 | 7 | | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| NONE<br><br>(Assistant Examiner) | (Date) | Total Claims Allowed:<br>9 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 09 March 2023<br><br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1A |

U.S. Patent and Trademark Office Part of Paper No.: 20230309



SM000001166

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
13 January 2005 (13.01.2005)

PCT

(10) International Publication Number
WO 2005/004243 A1

(51) International Patent Classification[7]: H01L 31/101

(21) International Application Number: PCT/IL2004/000573

(22) International Filing Date: 28 June 2004 (28.06.2004)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
156744 2 July 2003 (02.07.2003) IL

(71) Applicant *(for all designated States except US)*: **SEMI-CONDUCTOR DEVICES - AN ELBIT SYSTEMS - RAFAEL PARTNERSHIP** [IL/IL]; P.O. Box 2250, 31021 Haifa (IL).

(72) Inventor; and
(75) Inventor/Applicant *(for US only)*: **KLIPSTEIN, Philip** [IL/IL]; 33 HaTe'ena Street, 30900 Zikhron Ya'akov (IL).

(74) Agents: **LUZZATTO, Kfir** et al.; P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*

*[Continued on next page]*

(54) **Title:** DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME




(57) **Abstract:** The invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, wherein the middle barrier layer has an energy bandgap significantly greater than that of the photon absorbing layer, and there is no layer with a narrower energy bandgap than that in the photon-absorbing layer.

WO 2005/004243 A1

— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME

## Field of the Invention

The present invention relates to photodiodes for sensing light radiation. More particularly, the present invention relates to a photodiode structure, in which the level of the dark current is significantly reduced, therefore improving the signal-to noise ratio. Furthermore, the invention relates to a method for producing such photodiode.

## Background of the Invention

Photodiodes are widely used for sensing light radiation. There are many applications in which the level of the light which is required to be sensed is very low, and therefore the sensitivity of said photodiodes is a critical requirement.

It is well known in the art that the signal-to-noise ratio which can be obtained from photodiodes (and from many other electronic components) is limited by the level of the "thermal noise", which in turn is related to the temperature of the component. The term "dark current" is commonly used in the art to define the current flowing in a photodiode during a total dark condition. The signal-to-noise ratio in photodiodes is conventionally improved by cooling the component, in many cases down to very low temperatures close to 0°K. The means for cooling and maintaining such a low temperature in photodiodes, however, are cumbersome and expensive, and in any case can reduce the noise down to a limited value.

The dark current is generally composed of two main components. The first component, hereinafter referred to as "the diffusion dark current" is due to the thermal excitation of carriers across the complete energy bandgap of the photodiode material. As said, the level of this current can be reduced by means

of cooling the component. The second component affecting the level of the dark current is known as the "Generation-Recombination" current (hereinafter "G-R dark current"). The level of the G-R dark current can also be reduced by cooling, but at a slower rate of reduction with temperature.

At low temperatures, where the level of the diffusion dark current is reduced sufficiently, the G-R dark current generally becomes the most dominant component of the dark current. There have been made many efforts in trying to reduce the level of the thermal noise. However, there are not known many of such efforts for reducing the G-R current.

Fig. 1 is a band diagram showing the principle of operation of a photodiode according to the prior art. In a semiconductor p-n junction 1 - 2, a depletion region 3 is formed around the metallurgical junction due to the transfer of electrons from donors in the n-side 2 of the depletion region to acceptors in the p-side 1. The conduction band ($E_C$) and valence band ($E_V$) are bent in the depletion region. This bending is associated with an electric field that drives electrons 7 towards the n-side and holes 8 towards the p-side of the junction. When a bias is applied to the junction, quasi Fermi levels can be defined in each of the two "flat-band" regions. The quasi Fermi level lies near the valence band on the p-side ($E_F(p)$) and near the conduction band on the n-side ($E_F(n)$). At zero bias, the energies of the two quasi Fermi levels are equal. The energy separation of the two quasi Fermi levels in electron-volts is equal to the applied bias in volts. If a reverse bias $V_{rev}$ is applied to the diode, the following relationship holds:

$$V_{rev} = E_F(p) - E_F(n).$$

The energy gap is given by $E_G = E_C - E_V$. Although $E_C$ and $E_V$ change with position due to the band bending in the depletion region, their energy separation is constant everywhere for a "homo-junction" diode ("homo-

junction" means that the same material is used on each side of the p-n junction).

Light 9 can be absorbed by promoting an electron 119 from the valence band to the conduction band. The missing electron in the valence band is called a hole, and is indicated by numeral 118 . The longest wavelength for this process is called the cut off wavelength and is given by: $\lambda_C = hc/E_G$ , wherein $h$ is Planck's constant and $c$ is the velocity of light.

The "photo-created" hole 118 in process 9 exists in the n-type material 2 and so is a minority carrier. It can diffuse, as indicated by numeral 10 to the depletion region where it is accelerated 8 into the p-side 1 by the electric field in the depletion region 3. An analogous process can occur in the p-type material 1 where a minority electron is created by the absorption of light. It can diffuse to the depletion region where it is accelerated 7 into the n-side 2 by the electric field in the depletion region 3.

Generation-Recombination (G-R) centers 4, also known as Shockley-Read traps or Shockley-Hall-Read traps, are energy levels that lie close to the middle of the band gap. They are related to imperfections or impurities inside the crystal. The probability of process 9 to occur due to heat (in the absence of an external photon flux) is essentially proportional to $\exp(-E_G/kT)$ where $k$ is Boltzman's constant and $T$ is the absolute temperature. This process (and the equivalent process on the p-side) gives rise to the "dark current" in a perfect diode with no G-R centers. In this case the dark current is all due to diffusion dark current, and the device is said to be at "the diffusion limit".

In an asymmetric $p^+$-n homo-junction, where the p-doping is several orders of magnitude greater than the n-doping, it can easily be shown that, in the diffusion limit, the higher of the two minority carrier concentrations, in said

$p^+$-n case the minority holes on the n-side, makes the dominant contribution to the dark current.

Since free electrons 7 and holes 8 are removed efficiently by the electric field in the depletion region 3, especially when a reverse bias is applied, an electron that undergoes excitation 5 from the valence band Ev to the G-R center 4 cannot return to the valence band. It can only be further excited 6 to the conduction band. Processes 5, 6, 7, and 8 thus give rise to the G-R dark current.

The rate of electron generation by traps, in unit volume of the reverse biased depletion region 3 due to a process, 5, 6, 7, and 8, is approximately described by the formula

$$G = \frac{n_i^2}{\tau_{n0} p' + \tau_{p0} n'} \tag{1}$$

where $n_i$ is the so called intrinsic carrier concentration (the carrier concentration in the perfectly pure material) and $\tau_{n0}$, $\tau_{p0}$ are the electron and hole minority carrier lifetimes. This formula may be found , for example, as equation (8.9.2) in chapter 8 of the book by Shyh Wang, entitled "Fundamentals of Semiconductor Theory and Device Physics" (published by Prentice Hall, ISBN 0-13-344425-2). Here $n' = n.e^{(E_t - E_F)/kT}$ and $p' = p.e^{(E_F - E_t)/kT}$ where $n$, $p$, and $E_F$ are the electron concentration, the hole concentration and the Fermi level respectively in a given sample of the semiconductor material, $E_t$ is the energy of the trap, and $T$ is the absolute temperature. It can be demonstrated that $G$ in equation (1) is largest when the trap lies near the middle of the energy bandgap. In this case it is easy to show using the above formulae, that

$$G \approx \frac{n_i}{(\tau_{n0} + \tau_{p0})} \tag{2}$$

Hence it follows that $G$ is proportional to the intrinsic carrier concentration, the formula for which contains an exponential factor: $\exp(-E_G/2kT)$. The dark current due to generation-recombination centers is itself proportional to $G$ and so will also vary essentially as: $\exp(-E_G/2kT)$. It is the weaker temperature dependence of the G-R contribution to the dark current ($\exp(-E_G/2kT)$) compared with the diffusion contribution ($\exp(-E_G/kT)$) that causes the G-R contribution to dominate at low temperatures. The ratio of the G-R dark current to the diffusion dark current in a $p^+$-n diode is given by equation (8.9.6) in chapter 8 of the earlier mentioned book by Shyh Wang, as:

$$\frac{J_{G-R}}{J_{diff}} = \frac{L_{dep}}{L_p} \times \frac{N_D}{n'} \qquad (3)$$

where $L_{dep}$ is the thickness of the depletion region, and $N_D$ and $L_p$ are the doping and minority carrier diffusion length on the n-side of the junction. Typical values of $L_{dep}$ and $L_p$ are ~ 0.5μ and 20μ respectively.

Typical narrow gap homo-junction photo-diodes based on e.g. InSb, InAsSb, HgCdTe, etc., are in many cases operated at reduced temperatures, in order to limit the dark current. For such devices operated at 77K, G-R centers typically increase the dark current above the diffusion limit by at least 3 – 4 orders of magnitude in the MWIR (3 – 5μ) and 1– 2 orders of magnitude in the LWIR (8 – 12μ) cut-off wavelength regions, behaviour that in each case is consistent with equation (3). This effect may easily be seen in J Bajaj, SPIE proceedings no. 3948 page 45 (figure 3 of this article), San Jose, January 2000, or in P C Klipstein et al., SPIE proceedings number 4820, page 653 (figure 2 of this article), Seattle, July 2002.

The prior art has failed to specifically address the issue of suppressing the G-R contribution to the current by a suitable hetero-junction design.

A design published by J L Johnson et al., Journal of Applied Physics, volume 80, pages 1116 – 1127 (Fig. 3) shows a diode made between an n-type narrow bandgap semiconductor with a relatively low doping level and formed from a type II InAs/$Ga_{1-x}In_xSb$ superlattice, and a p-type wide bandgap semiconductor with a relatively high doping level, formed from GaSb. This asymmetric doping ensures that most of the depletion region, with its associated electric field, exists in the narrow bandgap photon absorbing layer made from the type II superlattice. There is no discussion in the article about the importance of removing the electric field from this narrow bandgap region. It appears that the main reason for using a heterojuction p-contact instead of a homojunction p-contact in this article is one of convenience, since the p-type heterojunction contact is easier to grow than a p-type type II superlattice.

Fig 2 of the article by CT Elliott "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters", SPIE proceedings vol. 2744, page 452, discloses photodiode devices in which the dark current is reduced by means of the suppression of Auger-related generation processes. Hereinafter, these devices will be referred to shortly as "Elliott devices". In contrast to the present invention, whose essential part, as will be shown hereinafter, has a wide bandgap semiconductor sandwiched between n-type and p-type semiconductors with similar or narrower bandgaps, the essential part of said Elliott devices has a narrow bandgap semiconductor, clad on each side by an n-type and a p-type semiconductor respectively, each with a larger effective bandgap.

As will be further shown hereinafter, the Elliott devices are based on a different principle than that of the present invention. They are aimed for operating essentially at higher temperatures than for the devices of the present invention, typically room temperature or slightly cooler, in which thermal generation across the bandgap is significant. Under this condition, Auger processes are known to limit drastically the carrier lifetime. By

applying a sufficiently large reverse bias to an Elliott device, the free carrier concentration may be reduced to a level characteristic of a lower temperature, so that the Auger processes are suppressed, and the reverse bias dark current or "saturation current" is reduced.

In the article "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters" by CT Elliott, SPIE proceedings vol. 2744, pages 452 - 462, it is stated (page 453): "Minority carrier exclusion and extraction occur at the p$\pi$ and $\pi$n junctions respectively and the densities of both carrier types in the active $\pi$ region decrease...as a consequence the thermal generation rates involving Auger processes fall, so that the saturation leakage current is less than would be expected from the zero bias resistance and a region of negative conductance is predicted to occur". The article then goes on to point out that, in contrast to the object of the present invention, G-R currents are not suppressed. It states: "In InSb devices with a $\pi$ active region, however, the density and energy of Shockley-Read traps is such that an increase in thermal generation through traps occurs as the diodes are reverse biased, so that negative conductance is only observed above room temperature". From this statement it may be learned that even at room temperature, an Elliott device based on InSb, exhibits large G-R currents in reverse bias. This is to be expected because there is a significant depletion layer, with an associated electric field, in the low doped $\pi$-region of the device, which is also the region with the narrowest bandgap.

There are several other embodiments of the Elliott device based on other materials. For example in the article by A. Rakovska, V. Berger, X. Marcadet, B. Vinter, G. Glastre, in Applied Physics Letters, volume 77, page 397(2000), a device is described with a photon absorbing layer of $InAs_{0.91}Sb_{0.09}$. In this case, diffusion limited behaviour was observed down to 200K, as expected at high operating temperatures. At lower temperatures, where the G-R dark current might be expected to dominate, leakage currents dominated instead due to the lack of a suitable surface passivation treatment. The authors

speculate in their conclusion that by increasing the bandgap of one of the cladding layers they might be able to further reduce the diffusion dark current above 200K to the point where the G-R dark current is dominant. The clear implication is that since the diffusion dark current reduces faster with temperature, the G-R dark current is expected to dominate below 200K and no special steps are taken to avoid this.

It is an object of the present invention to provide a photodiode in which the dark current is significantly reduced, particularly at low temperatures, generally in the range of about 77 to 200 °K, depending on the material and wavelength of operation.

It is a particular object of the present invention to provide a photodiode in which the level of the G-R current is significantly suppressed in a given temperature.

It is still an object of the present invention to reduce the need for cooling, by providing a photodiode structure having a level of dark current that would alternatively exist in a much lower temperature.

It is still a further object of the invention to provide a method and process for manufacturing the photodiode of the present invention.

Other objects and advantages of the present invention will become apparent as the description proceeds.

## Summary of theInvention

In a first alternative, the present invention relates to a photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon

absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;

Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photon absorbing layer has a typical thickness of 1-10μ and doping of $n < 10^{16}$ cm$^{-3}$.

Preferably, the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.

Preferably, the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.

Preferably, the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the contact layer is p-type GaSb.

Preferably, the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0 \leq w \leq 1$, $0 \leq x \leq 1$, $0 \leq y \leq 1$, $0 \leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.

Preferably, the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0 \leq x \leq 1$ and $0 \leq y \leq 1$.

Preferably, the middle barrier layer is an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer has a thickness of between 0.05 and 1μm.

Preferably, the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{18}$ cm$^{-3}$, contact layer.

Preferably, an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors cm$^{-2}$, is included at the edge of the photon absorbing layer.

Preferably, the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ cm$^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.

Preferably, the photo-detector of the invention is grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.

Preferably, the photo-detector of the invention is grown on a compliant substrate.

Preferably, the photo-detector of the invention is grown by Liquid Phase Epitaxy (LPE).

Preferably, the photo-detector of the invention is grown is grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.

In another alternative, the invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing

layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.
Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photo-detector the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ cm$^{-3}$ .

Preferably, the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5\times10^{18}$ cm$^{-3}$, contact layer.

Preferably, a p-type δ–doping layer is included at the edge of the photon absorbing layer.
Preferably, the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ cm$^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

In still another aspect, the present invention relates to a photo-detector sensitive to more than one wavelength band, which comprises stacked detector units as described in one of the alternatives above, or a combination thereof, in which each detector unit has a different cut-off wavelength.

In still another aspect, the present invention relates to an array of identical detectors according to one of the alternatives above, in which each detector is connected to a silicon readout circuit by indium bumps.

In still another aspect, the present invention relates to an array of identical detectors in which each detector is sensitive to more than one wavelength band, in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

## Brief Description of the Drawings

- Fig. 1 shows an exemplary energy band diagram of a standard p-n homo-junction photo-detector, and demonstrates the mechanisms of thermal generation of carriers due to G-R centers and optical generation of carriers by means of absorption of a photon;

- Fig 2a shows an exemplary energy band diagram of a reduced dark current photodetector corresponding to an embodiment of the present invention, in which the depletion region is removed from the narrow bandgap, n-type, photon absorbing material. The thermal generation and recombination of electrons by a near mid-gap G-R center is demonstrated in the narrow bandgap photon absorbing material;

- Fig 2b shows the same energy band diagram as figure 2a. The thermal generation of electrons by a G-R center in the bandgap of the wide bandgap barrier material is demonstrated. The wide bandgap barrier material also contains part of the depletion region;

- Fig 2c shows the same energy band diagram as figure 2a. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region. The drift of a thermally generated hole is also shown as is the recombination of a thermally generated electron with a majority hole;

- Fig 2d shows the same energy band diagram as figure 2a, except that the bandgap of the p-type contact material is increased so that its conduction band lies above, rather than below, the conduction band of the barrier material. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region;

- Fig. 3 exemplifies the band diagram of an essential part of one possible embodiment of the hetero-junction photo-detector of the present invention, in which the doping polarities of the photon absorbing, barrier, and contact layers have been reversed compared with the embodiment in figures 2a-2d;

- Fig. 4a shows the band diagram of a first embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 4b illustrates in a schematic, cross-section form, the structure of a first embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 5a shows the band diagram of a second embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 5b illustrates in a schematic, cross-section form, the structure of a second embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 6a shows the band diagram of a third embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 6b illustrates in a schematic, cross-section form, the structure of a third embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 7a shows the band diagram of a fourth embodiment of the hetero-junction photo-detector of the present invention, having a type II superlattice photon absorbing layer;

- Fig. 7b illustrates in a schematic, cross-section form, the structure of a fourth embodiment of the heterojunction photo-detector with a photon absorbing layer based on a type II superlattice;

- Fig. 8a shows the band diagram of a fifth embodiment of the hetero-junction photo-detector of the present invention, having a InAlSb photon absorbing layer; and

- Fig. 8b illustrates in a schematic, cross-section form, the structure of a fifth embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAlSb;

**Detailed Description of Preferred Embodiments**

As said, the present invention provides a structure for a photodiode in which the dark level of the G-R current, and therefore the level of the total dark current is significantly reduced. This is of most importance in photodiodes that are cooled to low temperatures, typically in the range of 77°K to 200°K, in which the G-R current can provide the most dominant contribution to the dark current.

Referring now to Figs. 2a-2d and Figs 4a, 5a, 6a, 7a and 8a, the present invention is characterized by the following features (for the sake of simplicity, these features will be referred herein as "the characterizing features"):

1. A 3-layer, or two hetero-junction, light detector (a hetero-junction is a junction between different materials), of the form of p-p-n or p-n-n is used,

wherein the last n-layer 13, 13A, 23 or 33 has a narrow gap chosen for its cut-off wavelength and the middle-layer 12, 12A, 16, 16A, 26 or 34 has a wider band-gap.

The last n-type layer 13, 13A, 23 or 33 absorbs the light impinged on the detector. Hereinafter, the last, n-type layer 13, 13A, 23 or 33 (depending on the specific embodiment used), is also referred to as "the active photon absorbing layer".

The middle layer 12, 12A, 16, 16A, 26 or 34 (again, depending on the specific embodiment used) prevents inter-band tunneling of electrons from the valence band of the p-type layer 11, 21, 35 or 39 to the conduction band of the photon-absorbing layer. Hereinafter, the said middle layer 12, 12A, 16, 16A, 26 or 34, is also referred to as "the barrier layer".

The first layer 11, 21, 35 or 39 (depending on the specific embodiment used) acts as a contact for biasing the device. Hereinafter, the first layer 11, 21, 35 or 39 is also referred to as "the contact layer".

2. The materials forming the photo-detector of the invention are chosen such that in a flat band condition either the photon-absorbing layer 13, 13A, 23 or 33 or the barrier layer 12, 12A, 16, 16A, 26 or 34 has the lowest valence band energy, and the valence band of the photon absorbing layer is never more than about $10kT_{op}$ above the valence band of the barrier layer, where $T_{op}$ is the absolute operating temperature. Also in the same condition, the valence band energy of the contact-layer 11, 21, 35 or 39 is equal to or higher than that of the photon absorbing layer 13, 13A, 23 or 33 and above that of the barrier layer 12, 12A, 16, 16A, 26 or 34 which is below the conduction band of the photon-absorbing layer 13, 13A, 23 or 33. These conditions can be expressed mathematically as $E_G^a - \Delta \geq 0$ and $\xi \geq 0$ if $\Delta$ is positive or $\xi + \Delta \geq 0$ and $\Delta + 10kT_{op} \geq 0$ if $\Delta$ is negative. $E_G^a$ indicates the

band-gap of the active photon-absorbing layer 13, 13A, 23 or 33. Δ indicates the valence band offset between the barrier layer 12, 12A, 16, 16A, 26 or 34 and the active photon-absorbing layer 13, 13A, 23 or 33 (positive when the valence band of the barrier layer is highest in energy). Finally, ξ is the valence band offset between the contact-layer 11, 21, 35 or 39 and the barrier layer 12, 12A, 16, 16A, 26 or 34 (positive when the valence band of the contact layer is highest in energy).

3. When the photo-detector of the invention is biased to its maximum operating bias with an externally applied voltage, the bands in the photon absorbing layer 13, 13A, 23 or 33 are flat right up to the barrier layer 12, 12A, 16, 16A, 26 or 34, and the valence band edge of the photon absorbing layer lies below that of the contact layer 11, 21, 35 or 39. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated.

4. During operation at maximum bias, an electric field and associated depletion region is allowed only in the contact-layer 11, 21, 35 or 39 and in the barrier layer 12, 12A, 16, 16A, 26 or 34 but not in the active photon-absorbing layer 13, 13A, 23 or 33. This is shown schematically for a p-n-n device in figure 2a where the contact layer 35 is doped p-type 36 and the barrier layer 34 and the active photon absorbing layer 33 are doped n-type 37. In figure 2a the device is biased so that a depletion region 38 exists only in the barrier 34 and contact 35 layers but not in the active photon absorbing layer 33. Hence, as shown schematically in figure 2a, the rate of generation 5A, 6A due to a G-R center 4A in the active photon absorbing layer 33 is very similar to the rate of recombination 60A, 50A. It is also strongly suppressed due to the presence of majority carriers in the photon absorbing layer 33. In this case, equation (1) roughly describes the Generation rate, but with $n'$ replaced by the donor concentration, $N_D$. The G-R contribution to the dark current from the active photon-absorbing

layer 13, 13A, 23 or 33 is in fact comparable to the diffusion dark current from this layer. The current flowing from this layer 13, 13A, 23 or 33 into the barrier layer 12, 12A, 16, 16A, 26 or 34 is therefore essentially diffusion limited.

5. The band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34 is larger than that of the photon absorbing layer 13, 13A, 23 or 33. Ideally, it is at least twice that of the active photon-absorbing layer 13, 13A, 23 or 33, in which case the following equation will hold:

$$\exp(-E_G^{Barrier}/2kT) \leq \exp(-E_G^{\alpha}/kT) \qquad (4)$$

wherein $E_G^{Barrier}$ indicates the band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34. As shown schematically in figure 2b for a barrier layer 34, G-R processes like 5B or 6B due to a G-R center 4B are activated respectively by energies $\alpha E_G^{barrier}$ and $(1-\alpha)E_G^{barrier}$ . Since the theory presented earlier teaches that the G-R dark current in the barrier material is significant only when the G-R center is near the middle of the gap of the barrier material ($\alpha \approx ½$ in figure 2b), the G-R dark current will then vary as: $\exp(-E_G^{Barrier}/2kT)$. Hence, the inequality in equation (4) means that the G-R dark current contribution from the barrier-layer 12, 12A, 16, 16A, 26 or 34 should be comparable with, or less than the total contribution to the dark current due to the active photon-absorbing layer 13, 13A, 23 or 33, which is diffusion limited as explained in the fourth item above, and varies as $\exp(-E_G^{\alpha}/kT)$.

6. For the p-type contact layer 11, 21, 35 or 39 the doping is quite high ($p$ ~1-10 $\times 10^{17}$ $cm^{-3}$), both to minimize the amount of band bending in the contact layer and also to reduce the concentration of minority electrons 119 in this layer.

7. For the p-type contact layer 11, 21, 35 or 39 its valence band either lies below its own conduction band OR lies below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34 by more than the bandgap energy, $E_G^{\alpha}$, of the photon absorbing layer 13, 13A, 23 or 33 . Ideally, the valence band of the p-type contact layer 11, 21, 35 or 39 should lie at least $2E_G^{\alpha}$ below its own conduction band OR below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34. Mathematically, this is expressed as: $E_G^{Contact} + E_B > 2E_G^{\alpha}$ if $E_B >> 0$ OR $E_G^{Contact} > 2E_G^{\alpha}$ if $E_B \leq 0$, where $E_G^{Contact}$ is the bandgap of the contact material 35 and $E_B$ is the barrier height for electrons going from the contact layer 35 into the barrier layer 34 ($E_B$ is also the conduction band offset between the barrier 34 and contact 35 materials and is positive when the conduction band of the barrier layer 34 lies above the conduction band of the contact layer 35). In general, the activation energy for electrons passing from the contact layer 11, 21, 35 or 39 into the barrier layer 12, 12A, 16, 16A, 26 or 34 will then be greater than $E_G^{\alpha}$, even when G-R centers are present in the contact layer 11, 21, 35 or 39. Under these circumstances, the current due to this process will be less than the diffusion current from the photon absorbing layer 13, 13A, 23 or 33 which also has an activation energy of $E_G^{\alpha}$. Two configurations of the contact layer are shown schematically in figures 2c and 2d. In figure 2c the conduction band of the contact layer 35 lies below the conduction band in the barrier layer 34 by more than about $10kT_{op}$. Any minority electrons generated in processes 5C or 6C by G-R centers 4C in the contact layer 35 are blocked by the barrier 34. They will either be thermally excited over the barrier, although this has a low probability, or they will eventually recombine 120C by various mechanisms with majority holes in the contact layer 35. Figure 2d shows an alternative scenario when the blocking mechanism exemplified in figure 2c is absent. In this scenario, the conduction band of the contact layer 39 either lies above the conduction

band in the barrier layer 34 ($E_B$<0), or just a few times $kT_{op}$ below it ($E_B \approx 0$). In this case the bandgap of the contact layer 39 is greater than that of the photon absorbing layer 33, $E_G^{Contact} > E_G^{\alpha}$, so that generation of electrons 5D, 6D by G-R centers 4D in the contact layer 39 will be suppressed due to its large bandgap. The generation current from the contact will roughly vary as: $\exp\left(-E_G^{Contact}/2kT\right)$. This is smaller than the diffusion dark current from the photon absorbing layer 33 if, as is often the case: $E_G^{Contact} > 2E_G^{\alpha}$. This mechanism is the same as that which suppresses electron and hole generation in the barrier layer 12, 12A, 16, 16A, 26 or 34 as already explained in the fifth item above.

Furthermore, the thickness of the barrier layer 12, 12A, 16, 16A, 26 or 34 is made to be sufficiently thick to suppress any tunnel current of electrons from the valence band of the p-type contact layer 11, 21, 35 or 39 to the conduction band of the active photon absorbing layer 13, 13A, 23 or 33. Any such tunnel current must be less than the dark current in the diode due to other processes.

The doping of the barrier layer 12, 12A, 16, 16A, 26 or 34 and p-type contact layer 11, 21, 35 or 39 is chosen according to the present invention to adjust the operating bias to a desirable value. A n-type δ-doping layer 15, 15A or 25 may also be included between the photon absorbing layer 13, 13A, 23 or 33 and the barrier layer 12A, 16, 16A, 26 or 34. This can sometimes increase the range of bias over which the bands of the active photon-absorbing layer 13, 13A, 23 or 33 remain flat, even close to the junction with the barrier layer 12A, 16, 16A, 26 or 34.

The principles of the present invention described above also apply to inverted polarity structures of the form n-n-p or n-p-p in which all the doping polarities and band alignments described above are reversed. An example is shown in figure 3 of an n-p-p structure that is the reversed form of the p-n-n structure

depicted in figures 2a-2d. The photon absorbing layer 43 is p-type 47 while the contact layer 45 is n-type and barrier layer 44 is p-type. Characterizing item 2 above, applies to all inverted polarity structures if the following words are interchanged: "highest" with "lowest", "higher" with "lower", "valence" with "conduction" and "above" with "below". The mathematical expression in the characterizing item 2 above is then replaced by $E_G^{\alpha}{}'$ - Δ' ≥ 0 and ξ' ≥ 0 if Δ' is positive or ξ' + Δ' ≥ 0 and Δ' + $10kT_{op}$ ≥ 0 if Δ' is negative. $E_G^{\alpha}{}'$ indicates the band-gap of the active photon-absorbing layer, such as 43. Δ' indicates the conduction band offset between the barrier layer, such as 44, and the active photon-absorbing layer, such as 43 (positive when the conduction band of the barrier layer is lowest in energy). ξ' is the conduction band offset between the contact-layer, such as 45, and the barrier layer, such as 44 (positive when the conduction band of the contact layer is lowest in energy). During operation at maximum applied bias, an electric field and associated depletion layer is not allowed in the active photon absorbing layer, such as 43. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated. The bandgap of the barrier layer, such as 44, is more than, and ideally twice, that of the active photon absorbing layer, such as 43. For the n-type contact layer, such as 45, *either* its conduction band lies above the valence band of the barrier layer, such as 44, by more than, and ideally twice, the band-gap energy, $E_G^{\alpha}{}'$, of the photon absorbing layer, such as 43 (this is depicted schematically in figure 3), *or* its bandgap is more than, and ideally twice, the bandgap of the photon absorbing layer, such as 43.

<u>Embodiment 1</u>

A band diagram of a photo-detector according to a first embodiment of the invention is shown in Fig. 4a. The structure of the photo-detector is shown in Fig. 4b. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The

doping is typically in the range of $n < 10^{16}$ cm$^{-3}$ and the thickness is typically in the range of 1-10μm.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range of $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μm.

The barrier layer 12 is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm.

As shown in Fig. 4a, the bands, during operation, are essentially flat in all the three layers of the heterostructure. This requires a very low p-type doping (typical values: $p < 10^{15}$ cm$^{-3}$) in the middle barrier layer 12.

Embodiment 2

A band diagram of a second embodiment of the invention is shown in Fig. 5a. The structure of the second embodiment is shown in Fig. 5b. Unlike in embodiment 1, band bending is allowed in the barrier layer 12A. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range, $n < 10^{16}$ cm$^{-3}$ and the thickness of the photon-absorbing layer 13 is typically in the range 1-10μ. The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 12A is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm. The barrier layer 12A is a p-type material, with a typical doping range of $1\times10^{15} \leq p < 5 \times 10^{16}$ cm$^{-3}$. A depletion region exists in the barrier layer 12A but not in the photon absorbing layer 13. The

depletion region is usually confined to the barrier layer 12A but is allowed to extend a short distance into the p-type contact layer 11.

The boundary of the n-type photon absorbing layer 13 nearest the p-type barrier layer 12A is doped over one or two atomic monolayers with donor atoms such as, silicon, to form a $\delta$ – doping layer 15 having a typical doping of: $5\times10^{10} < n < 10^{12}$ $cm^{-2}$).

Embodiment 3

A band diagram of a third embodiment of the invention is shown in Fig. 6a. The structure of the third embodiment is shown in Fig. 6b. In the third embodiment, band bending is allowed in the barrier layer 16 and a short distance into the contact layer 11.

The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range of $n < 10^{16}$ $cm^{-3}$ and the thickness is typically in the range 1-10μ.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 11 is made of p-type GaSb with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ $cm^{-3}$ and thickness > 0.5μ.

The barrier layer 16 is made of GaAlSbAs alloy, with thickness typically in the range of 0.05 - 1μm.

The barrier layer 16 is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ $cm^{-3}$.

A n-type δ – doping layer 15, having a typical doping of $5\times10^{10} < n < 10^{12}\ cm^{-2}$, may be included between the photon absorbing layer 13 and the barrier layer 16, as an option.

A depletion region exists in the barrier 16 and also a short distance into the p-type GaSb contact layer 11.

<u>Embodiment 4</u>

A band diagram of a fourth embodiment of the invention is shown in Fig. 7a. The structure of the fourth embodiment is shown in Fig. 7b.

The n-type photon-absorbing layer 13A is made of a type II superlattice that comprises alternating sub-layers of InAs and $Ga_{1-x}In_xSb$ (or alternating sub-layers of closely related semiconductor alloys, e.g. $InAs_{1-w}Sb_w$, $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$, etc. with $0\leq w \leq1$, $0\leq x \leq1$, $0\leq y \leq1$, $0\leq z \leq1$ and $x + y < 1$) and wherein the sub-layers each have a thickness typically in the range of 0.6-10 nm. The average doping over many sub-layers of the superlattice is typically in the range, $n < 10^{16}\ cm^{-3}$ and thickness of the whole superlattice region is typically in the range 1-10μ.

The use of a type II InAs/InGaSb (or closely related) superlattice 13A enables operation in both the Mid-Wave Infra-Red (MWIR: 3 – 5μ) and in the Long-Wave Infra-Red (LWIR: 8 – 12μ) terrestrial atmospheric transmission windows, and also in the Very Long-Wave Infra-Red (VLWIR: 12 – 20μ) range.

The contact layer 11 is made of p-type GaSb, with typical values of doping in the range $10^{17} < p < 5\times10^{18}\ cm^{-3}$ and thickness > 0.5μ.

The barrier layer 16A is made of GaAlSbAs alloy with typical thickness values in the range 0.05 - 1μm.

The barrier layer 16A is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ $cm^{-3}$.

A n-type δ – doping layer 15A, having a typical doping of $5\times10^{10} < n < 10^{12}$ $cm^{-2}$, may be included between the photon absorbing layer 13A and the barrier layer 16A, as an option.

As shown in Fig. 7a, depletion regions exist in both the n-type barrier 16A and the p-type GaSb contact layer 11.

Although the valence band offset (Δ in Fig 2a) between the barrier layer 16A and the photon absorbing layer 13A is shown positive in Fig. 7a, it may be made negative up to a most negative value of about $-10kT_{op}$ by changing the amount of Aluminium and arsenic in the barrier.

Embodiment 5

A band diagram of a fifth embodiment of the invention is shown in Fig. 8a. The structure of the fifth embodiment is shown in Fig. 8b.

The n-type photon-absorbing layer 23 is made of InSb or InAlSb alloy. The doping is typically in the range, $n < 10^{16}$ $cm^{-3}$ and thickness is typically in the range 1-10μ.

The use of InSb or InAlSb alloy 23 enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 21 is made of p-type InSb or InAlSb alloy, with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ $cm^{-3}$ and thickness > 0.5μ.

The barrier layer 26 is made of InAlSb alloy with typical thickness values in the range 0.05 – 0.3μm.

The InAlSb barrier layer 26A is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type $\delta$ – doping layer 25, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 23 and the barrier layer 26, as an option.

A depletion region exists in the n-type InAlSb alloy barrier 26 and also a short distance into the p-type InSb or InAlSb alloy contact layer 21.

The valence band offset ($\Delta$ in Fig 8a) between the InAlSb barrier layer 26 and the photon absorbing layer 23 is negative, and should be designed by changing the amount of Aluminium in the barrier to have a value of between $-3kT_{op}$ and $-10kT_{op}$. For growth of an InSb photon absorbing layer on an InSb substrate, and taking into account the strain splitting of the valence band in the barrier, which will make the valence band edge of the barrier layer 26 "light- hole" like in character, the typical Aluminium concentration in the barrier layer 26 will be about 10%-25% (e.g. for 10% the alloy composition is $In_{0.9}Al_{0.1}Sb$). The height of the barrier 26 in the conduction band may be less than the ideal value specified in characterizing features 5 and 7, but it still satisfies the basic requirements and provides strong suppression of the G-R dark current contribution from the contact layer 21.

Further Embodiments

In all embodiments, it is advantageous to join the boundary of the photon-absorbing layer 13, 13A, or 23 furthest from the barrier layer 12, 12A, 16, 16A, or 26 to a material 14, 14A or 24 of nearly the same composition as the photon absorbing layer material but with much higher n-doping (typical values: $n < 3 \times 10^{18}$ cm$^{-3}$), so that the valence band of the highly doped layer lies below the valence band of the photon absorbing layer by significantly

more than $3kT_{op}$. This can improve efficiency and electrical contact quality. However, it should be noted that layers 14, 14A or 24 are optional.

Embodiment 4 has a photon-absorbing layer based on a type II superlattice, and is closely analogous to embodiment 3, which has a photon-absorbing layer based on InAsSb alloy. Both of these embodiments have an n-type GaAlSbAs barrier layer and a p-type GaSb contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on a type II superlattice, which have a p-type GaAlSbAs barrier and a p-type GaSb contact layer, analogous to embodiments 1 and 2.

In embodiment 4, the p-type GaSb contact layer could be replaced with a p-type type II superlattice layer with a similar bandgap energy to that of the photon absorbing layer.

Embodiment 5 has an n-type InSb or InAlSb alloy photon absorbing layer, together with an n-type InAlSb alloy barrier layer and a p-type InSb or InAlSb alloy contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on n-type InSb or InAlSb alloy, which have a p-type InAlSb alloy barrier and a p-type InSb or InAlSb alloy contact layer, analogous to embodiment 2.

The following Table 1 provides some approximate band offset ranges for materials when grown on GaSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (meV), Δ<br>$\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| AlSb | $InAs_{0.91}Sb_{0.09}$ | 30 | 200 |
| GaSb | $InAs_{0.91}Sb_{0.09}$ | 390 | 560 |
| GaSb | InAs/InGaSb superlattice | 30 | 100 |

**Table 1**

Table 2 provides approximate bandgaps and cut-off wavelengths of Semiconducting materials at 77K that can be grown on GaSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (meV) | Approx. Cut-off wavelength (µm) |
|---|---|---|---|---|
| 11, 17 | GaSb | - | 800 | 1.55 |
| 12, 12A, 16 | $Ga_{0.5}Al_{0.5}Sb$ | - | 1560 | 0.80 |
| 12, 12A, 16 | AlSb | - | 1660 | (indirect gap) |
| 12, 12A, 16 | $Ga_{1-x}Al_xSb$ | 0 – 1 | 800 - 1660 | 1.55 – 0.74 |
| 13, 14, 15 | $InAs_{0.91}Sb_{0.09}$ | - | 310 | 4.0 |
| 13, 14, 15 | $InAs_{1-x}Sb_x$ | 0 - 0.2 | 410 - 260 | 3.0 - 4.8 |
| 13, 14, 15 | InAs/InGaSb superlattice | - | 60 - 400 | 3 - 20 |

**Table 2**

The following Table 3 provides approximate band offset range information for materials when grown on InSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (including strain effects) (meV), Δ $\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| InSb | $In_{0.9}Al_{0.1}Sb$ | 20 | 40 |

**Table 3**

Table 4 provides approximate bandgap and cut-off wavelength information of Semiconducting material at 77K that can be grown on InSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (including strain effects) (meV) | Approx. Cut-off wavelength (including strain effects) (μm) |
|---|---|---|---|---|
| 21,23,24,26 | $In_{1-x}Al_xSb$ | 0 – 0.3 | 225 - 565 | 5.5 – 2.2 |

**Table 4**

With reference to Figs. 4b, 5b, 6b, 7b, and 8b, the semiconductor layers are usually grown by modern semiconductor epitaxy methods such as Liquid Phase Epitaxy (LPE), Molecular Beam Epitaxy (MBE), Metal-Organic Vapour Phase Epitaxy (MOVPE), or any of their derivatives, onto a semiconductor substrate (17, 18, or 28) [e.g. see "Growth and Characterization of Semiconductors", edited by R A Stradling and P C Klipstein, published by Adam Hilger (1990), ISBN 0-85274-131-6]. For embodiments 1-4, a good choice of substrate is GaSb doped either p-type 17 (e.g. $p$ ~1-100 × $10^{16}$ $cm^{-3}$) or n-type 18 (e.g. $n$ ~1-100 × $10^{16}$ $cm^{-3}$). An n-type GaSb substrate 18 is usually preferred for MWIR applications due to its lower free carrier absorption of the IR radiation. In this case a p-type GaSb buffer layer 17, which conveniently forms an Ohmic contact with n-type InAsSb [e.g. see P C Klipstein et al, in

Semiconductor Hetero-Epitaxy, published by World Scientific, Singapore, page 515, ISBN 981 02 2479 6], may be grown ontop of the n-type GaSb substrate. GaSb is closely lattice matched to the materials used for the other layers (11, 12, 12A, 13, 13A, 14, 14A, 15, 16 and 16A). Other choices of substrate 18 include InAs, GaAs, Si, Ge, and compliant substrates. For embodiment 5, a good choice of substrate is n-type InSb 28 (e.g. $n$ ~1-3000 × $10^{15}$ $cm^{-3}$). InSb is closely lattice matched to the materials used for the other layers (21, 23, 24, 26). An n+ InSb buffer layer 27 should usually be grown (e.g. $n$ ~ 5-30 × $10^{17}$ $cm^{-3}$). The high doping can be chosen to make the layer nearly transparent to MWIR radiation by exploiting the Moss Burstein effect, as reported by T Ashley et al., in "Large Format MWIR Focal Plane Arrays", in SPIE proceedings vol. 4820, page 400. Other choices of substrate 28 include InAs, GaAs, Si, Ge, and compliant substrates.

After growth, the wafer is etched into a mesa structure, after which the sides are passivated with a suitable chemical treatment and/or with the application of a suitable dielectric layer (for example, silicon nitride) and electrical contacts are then applied. The substrate is usually thinned to allow light 19 to pass without significant losses due to free carrier absorption. Schematic arrangements are shown in figures 4b, 5b, 6b, 7b and 8b.

It is a common practice, when producing focal plane array detectors, to make the top contact with an Indium Bump and to connect it to a pixel on a Silicon Read-Out Integrated Circuit (Si-ROIC). Note that in all embodiments of the structures shown in Figs. 4b, 5b, 6b, 7b and 8b, the p-type region is grown after the n-type region of the diode and forms the top part of the mesa. The diode is then termed p-on-n and is designed to operate with the top of the mesa biased negative. The opposite polarity can be achieved by growing the structure appropriately so that the diode is n-on-p rather than p-on-n.

In order to make a "multi-color detector" that is sensitive to at least two different wavelength ranges, two or more detector units, each comprising a contact layer 11 or 21, a barrier layer 12, 12A, 16, 16A or 26, a photon-absorbing layer 13, 13A, or 23, a highly doped layer 14, 14A or 24 and possibly a delta-doping layer 15, 15A or 25 as described above can be stacked where each photon-absorbing layer 13, 13A or 23 has a different cut-off wavelength. The light 19 should enter the detector unit with the shortest cut-off wavelength first. Stacking is particularly easy when a single detector unit is terminated with GaSb on both sides, as in embodiments 1-4. With a stack of detector units, separate contacts are made to the boundary of each detector unit, noting that only one contact is needed at each junction of two detector units, since it can be shared by both units. It should be noted that although there are known publications referring, e.g. to HgCdTe material used to make stacked conventional p-n detectors (e.g p-n-p or p-n-p-n), the contacts, however, are never all to layers of the same doping type, as is possible in the present invention as one of the options.

If two units are stacked back to back, and no external contact is made at the common boundary between the two units, a two-color detector is achieved in which sequential operation is possible. The selection of the detection wavelength is according to the bias, since only the detector that is reverse biased should respond.

It should be noted that the suppression of the dark current (or noise) in the photo-detector, as achieved by the present invention reduces the Johnson and Schott noise in the detector at a given operating temperature, to a level significantly below the level of that which exists in a homo-junction detector made from the same photon absorbing material. An important consequence of the noise reduction is allowing the operating temperature of the photo-detector, $T_{op}$, to be raised in comparison with that of a homo-junction detector

made from the same photon absorbing material and operating with the same level of Johnson or Schott noise.

While some embodiments of the invention have been described by way of illustration, it will be apparent that the invention can be carried into practice with many modifications, variations and adaptations, and with the use of numerous equivalents or alternative solutions that are within the scope of persons skilled in the art, without departing from the spirit of the invention or exceeding the scope of the claims.

**CLAIMS**

1. A photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.
2. A photo-detector according to claim 1, wherein the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;
3. A photo-detector according to claim 2, wherein the middle barrier layer is a p-type material.
4. A photo-detector according to claim 2, wherein the middle barrier layer is an n-type material.
5. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.
6. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.
7. A photo-detector according to claim 2 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of $n < 10^{16}$ cm$^{-3}$.

8. A photo-detector according to claim 2, wherein the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.
9. A photo-detector according to claim 2 wherein the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0\leq w \leq 1$, $0\leq x \leq 1$, $0\leq y \leq 1$, $0\leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.
10. A photo-detector according to claim 2, wherein the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.
11. A photo-detector according to claim 2 wherein the contact layer is p-type GaSb.
12. A photo-detector according to claim 2, wherein the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0\leq w \leq 1$, $0\leq x \leq 1$, $0\leq y \leq 1$, $0\leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.
13. A photo-detector according to claim 2 wherein the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.
14. A photo-detector according to claim 2 wherein the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0\leq x \leq 1$ and $0\leq y \leq 1$.
15. A photo-detector according to claim 2 wherein the middle barrier layer is an
$In_{1-x}Al_xSb$ alloy.
16. A photo-detector according to claim 2 wherein the middle barrier layer has a thickness of between 0.05 and 1μm.
17. A photo-detector according to claim 2 wherein the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.
18. A photo-detector according to claim 2 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

19. A photo-detector according to claim 2 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{18}$ $cm^{-3}$, contact layer.
20. A photo-detector according to claim 2 wherein an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors $cm^{-2}$, is included at the edge of the photon absorbing layer.
21. A photo-detector according to claim 2 in which the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.
22. A photo-detector according to claim 2, grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.
23. A photo-detector according to claim 2, grown on a compliant substrate
24. A photo-detector according to claim 2, grown by Liquid Phase Epitaxy (LPE).
25. A photo-detector according to claim 2, grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.
26. A photo-detector with a reduced G-R noise, comprising a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.
27. A photo-detector according to claim 26, wherein the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.

28. A photo-detector according to claim 27, wherein the middle barrier layer is a p-type material.

29. A photo-detector according to claim 27, wherein the middle barrier layer is an n-type material.

30. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.

31. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

32. A photo-detector according to claim 27 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ cm$^{-3}$

33. A photo-detector according to claim 27 wherein the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.

34. A photo-detector according to claim 27 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.

35. A photo-detector according to claim 27 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5 \times 10^{18}$ cm$^{-3}$, contact layer.

36. A photo-detector according to claim 27 wherein a p-type δ–doping layer is included at the edge of the photon absorbing layer.

37. A photo-detector according to claim 27 in which the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ cm$^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

38. A photo-detector sensitive to more than one wavelength band, comprising stacked detector units as in claim 1, claim 26, or a combination thereof, in which each detector unit has a different cut-off wavelength.

39. An array of identical detectors in which each detector is as in claim 1 or as in claim 26, connected to a silicon readout circuit by indium bumps.

40. An array of identical detectors in which each detector is sensitive to more than one wavelength band as in claim 38, and in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

# FIGURE 1
(prior art)



# FIGURE 2a


38
Depletion Region
36
p-type
37
n-type
34
35
$E_B$
$E_C$
33
$E_G$
Contact
$E_F(p)$
$E_V$
119
electron
60A
6A
$E_C$
$E_F(n)$
ξ
50A
$E_G^α$
Δ
5A
$E_V$
hole
118
4A
G-R
Center

# FIGURE 2b


34
35
119
electron
33
(1-α)E_G Barrier
E_C
6B
E_F(p)
E_V
4B
G-R
Center
E_C
5B
E_F(n)
αE_G Barrier
E_V
hole
118

# FIGURE 2c



35
34
33
119
electron
$E_C$
6C
120C
$E_F(p)$
$E_V$
5C
8C
4C
G-R
Center
hole
118
$E_C$
$E_F(n)$
$E_V$

# FIGURE 2d


39
119
electron
34
33
E_C
6D
4D
G-R
Center
5D
E_F(p)
E_V
hole
118
E_C
E_F(n)
E_V

# FIGURE 3


48
Depletion Region
46
n-type
47
p-type
44
43
Δ′
$E_C$
$E_F(p)$
$E_V$
45
ξ′
$E_C$
$E_F(n)$
$E_V$

# FIGURE 4a


12
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
EC
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
EV
Vbias
ξ
Δ
EF(n)
EC
EV

Figure 4b


-ve
11
p-GaSb
12
p-Ga1-xAlxSb1-yAsy
n-type
photon
absorbing
layer
13
(InAs1-zSbz)
+ve
14
n+ InAs1-zSbz
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 5a


15
n++
(δ-doped)
InAs1-zSbz
12A
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
Ec
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
EV
ξ
Vbias
Δ
EF(n)
EC
EV

Figure 5b


-ve
11
p-GaSb
12A
p-$Ga_{1-x}Al_xSb_{1-y}As_y$
15
$\delta^-$-doping
n-type
photon
absorbing
layer
($InAs_{1-z}Sb_z$)
13
+ve
14
n+ $InAs_{1-z}Sb_z$
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 6a


16
n-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
EC
13
14
n-type
InAs1-zSbz
n+
InAs1-zSbz
EF(p)
EV
Vbias
ξ
Δ
EF(n)
EC
EV

Figure 6b


-ve
11
p-GaSb
16
n-Ga1-xAlxSb1-yAsy
15
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(InAs1-zSbz)
13
+ve
14
n+ InAs1-zSbz
17
p-GaSb
18
n-GaSb (optional)
19

FIGURE 7a


16A
11
n-type
p-type
$Ga_{1-x}Al_xSb_{1-y}As_y$
GaSb
$E_C$
13A
14A
n-type
SL
$n^+$ SL
$E_F(p)$
$E_V$
$V_{bias}$
$E_F(n)$
$E_C$
$E_V$

Figure 7b



-ve
11
p-GaSb
16A
n-$Ga_{1-x}Al_xSb_{1-y}As_y$
15A
$\delta^-$-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(SL, e.g. InAs/$Ga_{1-y}In_ySb$)
13A
+ve
14A
n+ SL
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 8a


26
n-type
In1-zAlzSb
21
p-type
In1-wAlwSb
EC
EF(p)
EV
ξ
Vbias
23
n-type
In1-yAlySb
24
n+
In1-xAlxSb
EF(n)
EC
Δ
EV

Figure 8b



-ve
21
p-In1-wAlw Sb
26
n-In1-zAlzSb
25
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(In1-yAlySb)
23
+ve
24
n+ In1-xAlxSb
27
n+-InSb
28
n-InSb
19

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 7 H01L31/101

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7 H01L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, INSPEC

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | PARK J ET AL: "Reduction of dark current in an n-type In0.3Ga0.7As/GaAs quantum well infrared photodetector by using a camel diode structure" SOLID STATE ELECTRONICS, ELSEVIER SCIENCE PUBLISHERS, BARKING, GB, vol. 46, no. 5, May 2002 (2002-05), pages 651-654, XP004346693 ISSN: 0038-1101 | 1,2,5, 20,22-25 |
| Y | the whole document | 7,12,16, 36,38-40 |

-----

-/--

[X] Further documents are listed in the continuation of box C.

[X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 4 November 2004 | 12/11/2004 |
| Name and mailing address of the ISA<br>European Patent Office, P.B. 5818 Patentlaan 2<br>NL – 2280 HV Rijswijk<br>Tel. (+31–70) 340–2040, Tx. 31 651 epo nl,<br>Fax: (+31–70) 340–3016 | Authorized officer<br>Boero, M |

Form PCT/ISA/210 (second sheet) (January 2004)

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WATANABE I ET AL: "Extremely low dark current InAlAs/InGaAlAs quaternary well superlattice APD" PROCEEDINGS OF THE INTERNATIONAL CONFERENCE ON INDIUM PHOSPHIDE AND RELATED MATERIALS. NEWPORT, APR. 21 - 24, 1992, NEW YORK, IEEE, US, vol. CONF. 4, 21 April 1992 (1992-04-21), pages 246-249, XP010058406 ISBN: 0-7803-0522-1 | 26,27, 30,32 |
| Y | the whole document | 7,12,16, 36 |
| Y | WO 02/084740 A (EPIR LTD) 24 October 2002 (2002-10-24) the whole document | 38-40 |
| A | US 4 740 819 A (KAWATA MASAHIKO ET AL) 26 April 1988 (1988-04-26) the whole document | 1-37 |
| A | US 6 117 702 A (KYOZUKA SHINYA ET AL) 12 September 2000 (2000-09-12) the whole document | 1-37 |

Form PCT/ISA/210 (continuation of second sheet) (January 2004)

# INTERNATIONAL SEARCH REPORT

Information on patent family members

In tional Application No
PCT/IL2004/000573

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| WO 02084740 A | 24-10-2002 | US 2003160172 A1 | 28-08-2003 |
| | | WO 02084740 A2 | 24-10-2002 |
| US 4740819 A | 26-04-1988 | JP 1733425 C | 17-02-1993 |
| | | JP 4020274 B | 02-04-1992 |
| | | JP 58057760 A | 06-04-1983 |
| | | JP 1726746 C | 19-01-1993 |
| | | JP 4010233 B | 24-02-1992 |
| | | JP 58057761 A | 06-04-1983 |
| | | DE 3277353 D1 | 22-10-1987 |
| | | EP 0076495 A2 | 13-04-1983 |
| | | KR 9000074 B1 | 19-01-1990 |
| US 6117702 A | 12-09-2000 | JP 9237913 A | 09-09-1997 |
| | | US 5847418 A | 08-12-1998 |

Form PCT/ISA/210 (patent family annex) (January 2004)

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 1308 | photodetector WITH (reduc$5 WITH dark WITH current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:30 PM |
| L2 | 42511 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:30 PM |
| L3 | 53910 | (conduction WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:30 PM |
| L4 | 33999 | 2 AND 3 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L5 | 2180 | 4 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L6 | 909404 | barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L7 | 818 | 5 AND 6 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L8 | 64 | (thermalized WITH majority WITH carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L9 | 59 | 6 AND 8 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L10 | 54 | 9 AND dark ADJ current | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L11 | 42 | (shimon WITH maimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:32 PM |
| L12 | 87291 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L13 | 4372 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L14 | 9223 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L15 | 16312 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L16 | 4236 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L17 | 1728 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L18 | 2115 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L19 | 5991 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L20 | 5972 | h01l31/035236.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L21 | 5242 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L22 | 2087 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L23 | 4365 | h01l31/1844.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L24 | 443990 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L25 | 18044 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L26 | 587609 | L12 L13 L14 L15 L16 L17 L18 L19 L20 L21 L22 L23 L24 L25 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L28 | 33 | (Artificial Intelligence) Similar to: 17/897,162 with 0 CPC Selections and 0 Text Selections<br>Text: (US-20190115490-A1 OR US-11245048-B2 OR US-11264528-B2 OR US-11462657-B1 OR US-20220052221-A9 OR US-20170358701-A1 OR US-20110309410-A1 OR US-RE48642-E OR US-7687871-B2 OR US-20070215900-A1 OR US-20100159631-A1 OR US-8003434-B2 OR US-9766130-B2 OR US-9117726-B2 OR US-20140159188-A1 OR US-RE48693-E OR CA-2646692-C OR US-20150372035-A1 OR CA-2646692-A1 OR WO-2007107973-A2 OR EP-2005480-A2 OR IL-194231-A OR EP-2087517-A1 OR WO-2008061141-A1 OR | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO)) | OR | ON | ON | 2023/03/09 10:59 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | WO-2008061141-A9 OR EP-2005480-B1 OR KR-101099105-B1 OR KR-20100121707-A OR JP-2014239235-A OR KR-20090009206-A OR JP-2012134507-A OR JP-2009532852-A OR US-20110156097-A1 OR US-11063163-B1 OR US-9627563-B2 OR EP-2797122-B1 OR US-9647155-B1 OR KR-101037213-B1 OR EP-2454760-A2 OR US-20110037097-A1 OR WO-2011008979-A2 OR US-9196769-B2 OR US-20140374701-A1 OR US-8674406-B2 OR CN-112582497-A OR US-9276159-B2 OR US-10559706-B2 OR EP-3267493-B1 OR US-10777696-B1 OR US-10411146-B1).did. | | | | | |
| L29 | 5081 | 26 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:02 AM |
| L30 | 60175 | 26 AND (barrier WITH layer) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:02 AM |
| L31 | 5106 | 26 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:03 AM |
| L32 | 5 | (minimiz$5 WITH tunnel$4 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:03 AM |
| L33 | 372 | (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:04 AM |
| L34 | 12809 | (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:04 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L35 | 60 | 26 AND (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:04 AM |
| L36 | 330 | 26 AND (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:04 AM |
| L37 | 56 | (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:05 AM |
| L38 | 54 | 26 AND (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:05 AM |
| L39 | 1959 | (photoabsorb$4) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:06 AM |
| L40 | 68 | (photoabsorb$4) AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L41 | 281 | (tunnel$4 SAME thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L42 | 130 | (tunnel$4 SAME thermaliz$5) SAME carrier$1 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L43 | 6 | 39 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L44 | 4 | wo-2005004243-a1.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:13 AM |

**PE2E SEARCH - Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N1 | 2247 | (dark ADJ current).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N2 | 281 | (valence ADJ band ADJ energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N3 | 20 | (conducting ADJ band ADJ energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N4 | 1881 | (conduction WITH gap).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N5 | 20 | 2 AND 3 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N6 | 19 | 4 AND 5 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N7 | 10 | 1 AND 6 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:19 PM |
| N8 | 20495 | b82y20/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N9 | 863 | g01j5/061.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N10 | 1949 | g01j5/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N11 | 2908 | g01j2005/0077.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N12 | 995 | h01l23/38.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N13 | 422 | h01l27/14669.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N17 | 459 | h01l31/02966.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N18 | 1588 | h01l31/03046.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N19 | 1612 | h01l31/035236.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N20 | 1154 | h01l31/101.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N21 | 426 | h01l31/1832.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N22 | 1070 | h01l31/1844.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N23 | 109767 | h01l2924/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N24 | 4152 | y02e10/544.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:47 AM |
| N25 | 141538 | N8 N9 N10 N11 N12 N13 N17 N18 N19 N20 N21 N22 N23 N24 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:55 AM |
| N27 | 24870 | 25 AND (dop$3 WITH semiconductor) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N28 | 4112 | 25 AND (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N29 | 3202 | 25 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N30 | 2916 | 28 AND 29 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N31 | 2581 | 25 AND (dark ADJ current) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N32 | 362 | 25 AND (charge WITH carrier$1 WITH tunnel$4) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:57 AM |
| N33 | 34 | 25 AND (charge WITH carrier$1 WITH thermaliz$4) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:57 AM |
| N34 | 7 | 32 AND 33 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:57 AM |
| N35 | 22 | (shimon WITH maimon).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:58 AM |
| N36 | 325 | 25 AND (valence WITH band WITH energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:05 AM |
| N37 | 478 | 25 AND (conduct$3 WITH band WITH energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:05 AM |
| N38 | 159 | 25 AND (dark ADJ current).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:06 AM |
| N39 | 27 | 37 AND 38 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:06 AM |
| N40 | 6994 | 25 AND (dop$3 WITH semiconductor).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:07 AM |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/897,162 | 08/28/2022 | 1737 | 1820 | 1407CON9-Maimon | 9 | 2 |

**CONFIRMATION NO. 1785**

**FILING RECEIPT**

*OC000000053757037*

23251
TIMOTHY H DURHAM
16 FAIRVALE LANE
TRIBE ROAD 2 ORD ROAD
WARWICK, WK09
BERMUDA

Date Mailed: 02/13/2023

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon Maimon, Rochester, NY;

**Applicant(s)**

Shimon Maimon, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a CON of 17/181,669 02/22/2021 PAT 11,462,657
which is a CON of 16/199,212 11/25/2018 PAT 11,245,048
which is a DIV of 15/679,487 08/17/2017 PAT 11,264,528
which is a CIP of 14/822,433 08/10/2015 PAT 9,766,130
which is a CIP of 13/964,883 08/12/2013 PAT 9,117,726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8,003,434
which is a DIV of 11/276,962 03/19/2006 PAT 7,687,871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 02/13/2023
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/897,162**
**Projected Publication Date:** Request for Non-Publication Acknowledged
**Non-Publication Request:** Yes
**Early Publication Request:** No
**Title**

REDUCED DARK CURRENT PHOTODETECTOR

**Preliminary Class**

430

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

Application or Docket Number
17/897,162

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 320 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 700 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 800 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 9 minus 20 = | * 0 | | | OR | x = | 0 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | * | | | | x = | 0 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1820 |

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

SM000001237

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not yet assigned |
| Filing Date | |
| First Named Inventor | Shimon Maimon |
| Title | REDUCED DARK CURRENT PHOTODETECTOR |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1407CON9-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ___________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

**OR**

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

**OR**

☐ The address associated with Customer Number: 23521

**OR**

| | |
|---|---|
| ☐ Firm or Individual Name | |
| Address | |
| City | State: Zip: |
| Country | |
| Telephone | Email: |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.,* a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

| SIGNATURE of Applicant for Patent | | | |
|---|---|---|---|
| Signature | /Shimon Maimon/ | Date | 05/27/2019 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | Chief Executive Office, Active Ally Oy | | |

**NOTE**: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CON9_Maimon |

Filed as Large Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY APPLICATION FILING | 1011 | 1 | 320 | 320 |
| UTILITY SEARCH FEE | 1111 | 1 | 700 | 700 |
| UTILITY EXAMINATION FEE | 1311 | 1 | 800 | 800 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1820** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46500947 |
| **Application Number:** | 17897162 |
| **International Application Number:** | |
| **Confirmation Number:** | 1785 |
| **Title of Invention:** | Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CON9_Maimon |
| **Receipt Date:** | 28-AUG-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 00:03:57 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1820 |
| RAM confirmation Number | E20228R104361815 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 01-ADS1407CON9.pdf | 1256487<br>2eefc6d1df41a0912690b5fa011694ff9e4d3796 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | | 02-1407CON9_Specs2.pdf | 242049<br>f2ec275b439ccd1ba880093c3fbc52039bce5a90 | yes | 27 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Specification | 1 | 24 |
| Claims | 25 | 26 |
| Abstract | 27 | 27 |

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-other than black and white line drawings | 03-1407_CON8_drawings.pdf | 6779956<br>d941c4d90775e664011fa67bedb16e90a6d88c74 | no | 13 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Oath or Declaration filed | 05-1407CON9-Declaration.pdf | 150592<br>e1e67e06116cb89c48246665d91331579d691fad | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Power of Attorney | 06-1407CON8-POA.pdf | 196919<br>d6319117f118fe58340cdb9dca5e1d34d1b38c7a | no | 3 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Fee Worksheet (SB06) | fee-info.pdf | 44093<br>ee95da29bacb37124c459a4317da7fa52eb77613 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 8670096 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1 Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ● US Residency Non US Residency Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 136 Willshire Road | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | |
|---|---|
| Customer Number | 23251 |
| Email Address | shalom@saltamar.com (Add Email) (Remove Email) |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR | | |
| Attorney Docket Number | 1407CON9-Maimon | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | 1B |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 17181669 | 2021-02-22 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 17181669 | Continuation of | 16199212 | 2018-11-25 | 11245048 | 2022-02-18 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16199212 | Division of | 15679487 | 2017-08-17 | 11164528 | 2022-03-01 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR | |

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1 Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2022-08-25 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON9-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# REDUCED DARK CURRENT PHOTODETECTOR

**[0001]** This application is related to, and hereby incorporates by reference the following United States Patent Applications in their entirety: 11/276,962 filed March 19, 2006; 12/656,739 filed February 16, 2020; 13/033,211 filed 2/23/2011; 13/167,992 filed June 24, 2011; 13/662,981 filed September 19, 2012; 13/694,883 filed August 12, 2013; 14/822,433 filed August 10, 2015; 15/679 filed August 17, 2017; 16/199,212 filed November 25, 2018; 17/181,669 filed February 22, 2021, and reissue applications 16/503,534 and 16/503,537, both filed July 4, 2019.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $\mathrm{I_{srh}}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q \frac{n_i}{\tau_{SRH}} W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1μsec in low doped material $(\sim 10^{16} cm^{-3})$. The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ $(n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT}))$, because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx q p_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{\mathrm{n_i^2}}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in

equilibrium and it equal to ${n_i^2}/{N_d}$. The activation energy of the diffusion current is $E_g$, $(n_i{}^2 \sim \exp(-\frac{E_g}{kT}))$ as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** US Patent No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

**[0009]** Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

**[0010]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## Summary of the invention

**[0011]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of

between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0012]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0013]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0014]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers

from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0015]** In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

**[0016]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0017]** However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

**[0018]** Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a

valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

**[0019]** In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

**[0020]** In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

**[0021]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0023]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb,

HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0025]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0026]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0027]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0028]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0029]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another

embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0030]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0031]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0032]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0033]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0034]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0035]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0036]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0037]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0038]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0039]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0040]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0041]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0042]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0043]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0044]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0045]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0046]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0047]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0048]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0049]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0050]** FIG. 10A illustrates a mother board joined to FPA.

**[0051]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0052]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0053]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

**[0054]** Fig. 13A depicts simplified energy band diagram in an undoped barrier layer. Fig. 13B depicts a simplified energy band diagram of an N-type doped barrier layer. Fig. 13C depicts a simplified energy band diagram of a P-type doped barrier.

## Detailed Description

**[0055]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact

layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0056]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0057]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0058]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0059]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object

wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0060]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

**[0061]** Fig. 13A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by Fig. 13A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

**[0062]** Fig. 13B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

**[0063]** Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley

Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

**[0064]** It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

**[0065]** In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

**[0066]** An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

**[0067]** The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

**[0068]** Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

**[0069]** Following is a non-limiting example for the process required to determine the amount of doping required to obtain the ‘substantially undoped barrier layer’ equivlance. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

**[0070]** Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

**[0071]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50.**

**[0072]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0073]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or

portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0074]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0075]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0076]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0077]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0078]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0079]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40**,** represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0080]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0081]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0082]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0083]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0084]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0085]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0086]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0087]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0088]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the

contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0089]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0090]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0091]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0092]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0093]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0094]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0095]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0096]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0097]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infra-red light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0098]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

**[0099]**

**[00100]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used.*

**[00101]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[00102]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[00103]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[00104]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116**-**1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108 contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[00105]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[00106]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention,

disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[00107]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[00108]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[00109]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[00110]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[00111]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[00112]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[00113]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[00114]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[00115]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

Claims:

1. A photodetector with a reduced dark current, comprising:

a photo absorbing layer comprising a n-doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a semiconductor, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, the energy gap being sufficient to minimize charge carriers tunneling and thermalization; and,

a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side;

the barrier layer exhibiting a thickness, the thickness and the band gap selected to be sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area .

2. A photodetector as claimed in claim 1, wherein the photoabsorbing layer is constituted of one of InAs, InAsSb, InGaAs, type II super lattice and HgCdTe, or any combination thereof.

3. A photodetector as claimed in claim 1, wherein the contact layer is constituted of one of InAs, InGaAs, InAsSb, type II super lattice, HgCdTe and GaSb, or any combination thereof.

4. A photodetector as claimed in claim 1, wherein the contact layer and the photo absorbing layer exhibit essentially identical composition.

5. A photodetector as claimed in claim 1, wherein the barrier layer is constituted of one of AlSB, AlAsSB, GaAlAsSb, AlPSb, AlGaPSb, and or combinations thereof.

6. A photodetector as claimed in claim 1, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

7. A photodetector as claimed in claim 1, wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones.

8. A photodetector as claimed in claim 1, wherein the barrier layer comprises at least one Aluminum (Al) compound.

9. A photodetector comprising:

a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy and a conducting band energy;

a barrier layer comprising a semiconductor and exhibiting a thickness, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and

a contact layer comprising a doped semiconductor, the contact layer being adjacent a second side of the barrier layer opposing the first side,

wherein the barrier layer exhibits a valence band energy substantially equal to the valence band energy of the photo absorbing layer and a conduction band energy greater than the conduction band energy of the photo absorbing layer such that a conduction energy gap is formed between the photo absorbing layer and the barrier layer,

wherein the barrier layer thickness and the conduction energy band gap are sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area further wherein during operation the barrier layer functions to achieve passivation of the photo-detector; and,

wherein the contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element.

Abstract

A photodetector comprising a doped semiconductor photoabsorber, a barrier layer in contact with the photo absorber layer on one side, and at least one dopped semiconductor contact area on the opposite side of the barrier layer. The barrier has a valence band energy substantially equal to the valence band energy of the photo absorber, and a thickness and a conductance band gap sufficient to allow tunneling of minority carriers, and block the flow of thermalized majority carriers from the photo absorber to the contact area. A P-dopped or N-doped semiconductor may be utilized. The photoabsorber layer may extend past the one or more individual sections of the contact areas in the direction across the photo-detector.

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
110
Contact Area
65
Metal Layer
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B

Fig. 4


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art

SM000001286




Figure 7 - Prior Art

Replacement Sheet






Figure 8




Figure 9




Fig. 10A




Fig. 10B

Figure 11




SM000001290



Fig. 11A



Fig. 11B

Fig. 11C



12/13

Figure 12






Fig. 13A




Fig. 13B




Fig. 13C

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| | |
|---|---|
| **Title of Invention** | REDUCED DARK CURRENT PHOTODETECTOR |

As the below named inventor, I hereby declare that:

This declaration is directed to:

- [x] The attached application, or
- [ ] United States application or PCT international application number ____________________ filed on ____________________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Shimon Maimon Date (Optional) : 08/27/2022

Signature: /Shimon Maimon/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 17897162

Document Date: 08/28/2022

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date: March 1, 2019


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1A


100
65
Metal Layer
110
Contact Area
65
Metal Layer
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art

Replacement Sheet

7/13




Figure 8




Figure 9




Fig. 10A




Fig. 10B

Figure 11





Fig. 11A



Fig. 11B

Fig. 11C



12/13

Figure 12






Fig. 13A




Fig. 13B




Fig. 13C

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/503,534 | 07/13/2021 | RE48642 | 1407RE1_Maimon | 6418 |

23521 7590 06/23/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)**

A reissue patent is for "the unexpired part of the term of the original patent." See 35 U.S.C. 251. Accordingly, the above-identified reissue application is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Shimon MAIMON, Rochester, NY;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/503,534 | 07/04/2019 | Shimon MAIMON | 1407RE1_Maimon | 6418 |

23521 7590 06/08/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| NGUYEN, TUAN H | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3991 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/08/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

| ***Supplemental* *Notice of Allowability*** | **Application No.** 16/503,534 | **Applicant(s)** MAIMON, Shimon | |
|---|---|---|---|
| | **Examiner** TUAN H NGUYEN | **Art Unit** 3991 | **AIA (FITF) Status** Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to 05/03/2021.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 10-13 and 17-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some *c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☑ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/TUAN H NGUYEN/
Primary Examiner, Art Unit 3991

**EXAMINER'S AMENDMENT**

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in an interview with Mr. Wertsberger on 5/24/2021.

To correct an obvious typographical error in the applicant's amendment dated 04/12/2021, page 4 of 6, the request to cancel claims 14-17 should be:

--**14-16. (Cancelled).** --

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TUAN H NGUYEN whose telephone number is (571)272-1694. The examiner can normally be reached on 5:30-3:30 M-Th.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published

applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Signed:

/TUAN H NGUYEN/
Primary Examiner, Art Unit 3991

/TIMOTHY M SPEER/
Supervisory Patent Examiner, Art Unit 3991

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 05/18/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/503,534 | 07/04/2019 | Shimon MAIMON | 1407RE1_Maimon | 6418 |

TITLE OF INVENTION: Application of Reduced Dark Current Photodetector

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 08/18/2021 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, TUAN H | 3991 | 257-443000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Shalom Wertsberger
2 Saltamar Innovations
3 ____________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies ____________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 501392

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Shalom Wertsberger/ Date June 2, 2021

Typed or printed name Shalom Wertsberger Registration No. 43,359



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16503534 |
| **Filing Date:** | 04-Jul-2019 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon MAIMON |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407RE1_Maimon |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| REISSUE ISSUE FEE | 2511 | 1 | 600 | 600 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **600** |

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 42881139 |
| **Application Number:** | 16503534 |
| **International Application Number:** | |
| **Confirmation Number:** | 6418 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon MAIMON |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407RE1_Maimon |
| **Receipt Date:** | 02-JUN-2021 |
| **Filing Date:** | 04-JUL-2019 |
| **Time Stamp:** | 16:59:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $600 |
| RAM confirmation Number | E202162H00003467 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 1407RE1_Issue_Fee_Payment.pdf | 1229753<br>aba64e88797d45473f7a1f36459cbdbe64bc2d3c | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30430<br>c95aebf4020d9b8d703213869c7cb9f97abc9f8c | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1260183 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**<u>New Applications Under 35 U.S.C. 111</u>**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**<u>National Stage of an International Application under 35 U.S.C. 371</u>**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**<u>New International Application Filed with the USPTO as a Receiving Office</u>**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23521 7590 05/18/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| NGUYEN, TUAN H | |
| ART UNIT | PAPER NUMBER |
| 3991 | |

DATE MAILED: 05/18/2021

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/503,534 | 07/04/2019 | Shimon MAIMON | 1407RE1_Maimon | 6418 |

TITLE OF INVENTION: Application of Reduced Dark Current Photodetector

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 08/18/2021 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 05/18/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/503,534 | 07/04/2019 | Shimon MAIMON | 1407RE1_Maimon | 6418 |

TITLE OF INVENTION: Application of Reduced Dark Current Photodetector

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 08/18/2021 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, TUAN H | 3991 | 257-443000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ______________________

2 ______________________

3 ______________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑Issue Fee ❑Publication Fee (if required) ❑Advance Order - # of Copies ______________

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via EFS-Web ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. ________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ______________________ Date ______________________

Typed or printed name ______________________ Registration No. ______________________



PTOL-85 Part B (08-18) Approved for use through 01/31/2020 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/503,534 | 07/04/2019 | Shimon MAIMON | 1407RE1_Maimon | 6418 |

23521 7590 05/18/2021

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| NGUYEN, TUAN H | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3991 | |

DATE MAILED: 05/18/2021

**Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)**

A reissue patent is for "the unexpired part of the term of the original patent." See 35 U.S.C. 251. Accordingly, the above-identified reissue application is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | **Application No.**<br>16/503,534 | **Applicant(s)**<br>MAIMON, Shimon | |
|---|---|---|---|
| | **Examiner**<br>TUAN H NGUYEN | **Art Unit**<br>3991 | **AIA (FITF) Status**<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to 05/03/2021.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 10-13 and 17-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some *c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/TIMOTHY M SPEER/
Supervisory Patent Examiner, Art Unit 3991

**The following is an examiner's statement of reasons for allowance**:

None of the references of record teaches or suggests the claimed integrated dewar cooler system including contact or second layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein the barrier layer extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of the barrier layer as recited in claims 10, 12; or the second layer forms a mesa on the continuous barrier layer such that the first side of said barrier layer laterally extends beyond the mesa, thereby passivating the photo-detector by preventing majority carriers from reaching exposed portions of the barrier layer as recited in claim 17.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TUAN H NGUYEN whose telephone number is (571)272-1694. The examiner can normally be reached on 5:30-3:30 M-Th.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Signed:

/TUAN H NGUYEN/
Primary Examiner, Art Unit 3991

Conferees:
/Minh Nguyen/
Primary Examiner
CRU, AU 3991

/TIMOTHY M SPEER/
Supervisory Patent Examiner, Art Unit 3991

| *Index of Claims* | Application/Control No. 16/503,534 | Applicant(s)/Patent Under Reexamination MAIMON, Shimon |
|---|---|---|
| | Examiner TUAN H NGUYEN | Art Unit 3991 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

**CLAIMS**

☐ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | 03/10/2021 | 04/15/2021 | | | | | | |
| | 1 | | ✓ | - | | | | | | |
| | 2 | | ✓ | - | | | | | | |
| | 3 | | ✓ | - | | | | | | |
| | 4 | | ✓ | - | | | | | | |
| | 5 | | ✓ | - | | | | | | |
| | 6 | | O | - | | | | | | |
| | 7 | | O | - | | | | | | |
| | 8 | | ✓ | - | | | | | | |
| | 9 | | ✓ | - | | | | | | |
| | 10 | | = | = | | | | | | |
| | 11 | | = | = | | | | | | |
| | 12 | | = | = | | | | | | |
| | 13 | | = | = | | | | | | |
| | 14 | | ✓ | - | | | | | | |
| | 15 | | ✓ | - | | | | | | |
| | 16 | | ✓ | - | | | | | | |
| | 17 | | = | = | | | | | | |
| | 18 | | = | = | | | | | | |
| | 19 | | = | = | | | | | | |
| | 20 | | = | = | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| ***Search Notes*** | Application/Control No. 16/503,534 | Applicant(s)/Patent Under Reexamination MAIMON, Shimon |
|---|---|---|
| | Examiner TUAN H NGUYEN | Art Unit 3991 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H01L 27/14669; 23/34; G01J 5/061 | 03/08/2021 | TN |
| updated | 04/14/2021 | TN |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Reviewed of patented file's prosecution history | 03/08/2021 | TN |
| PE2E search | 03/08/2021 | TN |
| PE2E | 04/14/2021 | TN |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| PE2E | | 04/14/2021 | TN |

| *Issue Classification* | Application/Control No.<br>16/503,534 | Applicant(s)/Patent Under Reexamination<br>MAIMON, Shimon |
|---|---|---|
| | Examiner<br>TUAN H NGUYEN | Art Unit<br>3991 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| H01L | / | 23 | / | 34 | F | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| H01L | / | 2924 | / | 00 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|---|
| | / | | / | | | | | |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | **Total Claims Allowed:**<br>8 | |
| /TUAN H NGUYEN/<br>Primary Examiner, Art Unit 3991<br>(Primary Examiner) | 14 April 2021<br>(Date) | O.G. Print Claim(s)<br>10 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office

Part of Paper No.: 20210414



SM000000927

| *Issue Classification* | Application/Control No. 16/503,534 | Applicant(s)/Patent Under Reexamination MAIMON, Shimon |
|---|---|---|
| | Examiner TUAN H NGUYEN | Art Unit 3991 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| H01L | / | 27 | / | 146 |
| H01L | / | 23 | / | 34 |
| G01J | / | 5 | / | 06 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 1 | 1 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | Total Claims Allowed:<br>8 | |
| /TUAN H NGUYEN/<br>Primary Examiner, Art Unit 3991<br>(Primary Examiner) | 14 April 2021<br>(Date) | O.G. Print Claim(s)<br>10 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20210414

| *Issue Classification* | Application/Control No.<br>16/503,534 | Applicant(s)/Patent Under Reexamination<br>MAIMON, Shimon |
|---|---|---|
| | Examiner<br>TUAN H NGUYEN | Art Unit<br>3991 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☑ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 10 | | 19 | | | | | | | | | | |
| | 2 | | 11 | | 20 | | | | | | | | | | |
| | 3 | | 12 | | | | | | | | | | | | |
| | 4 | | 13 | | | | | | | | | | | | |
| | 5 | | 14 | | | | | | | | | | | | |
| | 6 | | 15 | | | | | | | | | | | | |
| | 7 | | 16 | | | | | | | | | | | | |
| | 8 | | 17 | | | | | | | | | | | | |
| | 9 | | 18 | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | Total Claims Allowed:<br>8 | |
| /TUAN H NGUYEN/<br>Primary Examiner, Art Unit 3991<br>(Primary Examiner) | 14 April 2021<br>(Date) | O.G. Print Claim(s)<br>10 | O.G. Print Figure<br>1B |

U.S. Patent and Trademark Office Part of Paper No.: 20210414



SM000000929

UNITED STATES PATENT AND TRADEMARK OFFICE

# Reissue Terminal Disclaimer Review Form

**Application No.** 16/503,534

**Art Unit:** 3991

**Examiner:** Tuan H. Nguyen

**Original Patent Number of Patent to be Reissued is:** 9117726

**The Maintenance fee status is:**

(●) up to date.

( ) not up to date. (Consult with SPRS)

Is there a terminal disclaimer filed and accepted during the prosecution of (i) the current reissue application, (ii) the underlying patent, and/or (iii) reexamination proceeding(s) of the underlying patent?

(●) NO

( ) YES (Complete the rest of the form)

**This reissue patent is subject to Terminal Disclaimer(s) that was/were:**

[X] filed and accepted (DISQ or DISQ.E.FILE) during the prosecution of the current reissue application. (Enter terminal disclaimer(s) filing date(s) below).

1. 05/03/2021 2. ____ 3. ____

**The underlying patent of the current reissue application is subject to Terminal Disclaimer(s) that was/were:**

[ ] accepted (DISQ or DISQ.E.FILE) and of record in the prosecution of the underlying patent and/or reexamination proceeding(s) of the underlying patent. (Enter application/control no(s) and terminal disclaimer(s) filing date(s) below).

1. ____ ____ 2. ____ ____ 3. ____ ____

(**Examiner's note:** Assign Doc Code "REIS.REVFORM" to this form.)

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 21520 | ((photo ADJ detector) OR photodetector) AND barrier AND contact$3 | (US-PGPUB ; USPAT) | OR | ON | ON | 2021/04/14 10:04 AM |
| L2 | 3865 | L1 AND passivat$3 | (US-PGPUB ; USPAT) | OR | ON | ON | 2021/04/14 10:04 AM |
| L3 | 459 | L2 AND minority AND majority | (US-PGPUB ; USPAT) | OR | ON | ON | 2021/04/14 10:04 AM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N1 | 28 | (photo ADJ absorbing) AND (barrier ADJ layer) AND (minority ADJ carrier).clm. | (US-PGPUB ; USPAT) | OR | ON | ON | 2021/04/14 10:04 AM |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# BIB DATA SHEET

**CONFIRMATION NO. 6418**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 16/503,534 | 07/04/2019<br>**RULE** | 257 | 3991 | 1407RE1_Maimon |

**APPLICANTS**

**INVENTORS**
Shimon MAIMON, Rochester, NY;

** **CONTINUING DATA** *************************
This application is a REI of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

** **FOREIGN APPLICATIONS** *************************

** **IF REQUIRED, FOREIGN FILING LICENSE GRANTED** ** ** SMALL ENTITY **
07/19/2019

| Foreign Priority claimed / 35 USC 119(a-d) conditions met / Verified and Acknowledged | Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☑ No<br>35 USC 119(a-d) conditions met ☐ Yes ☑ No<br>Verified and Acknowledged /TUAN H NGUYEN/ Examiner's Signature | ☐ Met after Allowance<br>Initials | NY | 11 | 20 | 5 |

**ADDRESS**

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625
UNITED STATES

**TITLE**

Application of Reduced Dark Current Photodetector

| FILING FEE RECEIVED | FEES | |
|---|---|---|
| 2040 | FEES: Authority has been given in Paper No.____________ to charge/credit DEPOSIT ACCOUNT No.____________ for following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other ________________<br>☐ Credit |

BIB (Rev. 05/07).

| *Application Number* * 16/503,534 * | **Application/Control No.** 16/503,534 | **Applicant(s)/Patent under Reexamination** MAIMON, Shimon | |
|---|---|---|---|
| | **Examiner** NGUYEN, TUAN H | **Art Unit** 3991 | |

| **Document Code - DISQ** | **Internal Document - DO NOT MAIL** |
|---|---|

| **TERMINAL DISCLAIMER** | ☑ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| **Date Filed: 03 May 2021** | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

/KIMBERLY R WHITE/

**Technology Center: OPLC**

**Telephone: (571)272-6179**

PTO/AIA/25 (04-13)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER A PENDING "REFERENCE" APPLICATION

Docket Number (Optional)

In re Application of: Shimon Maimon

Application No.: 16/503,534

Filed: 7/4/2019

For:
Application of Reduced Dark Current Photodetector

The applicant, Shimon Maimon, owner of 100 percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending **reference** Application Number 16/503,537, filed, 7/4/2019, as the term of any patent granted on said **reference** application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** application. The applicant hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the **reference** application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the applicant does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said **reference** application, "as the term of any patent granted on said **reference** application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** application," in the event that: any such patent granted on the pending **reference** application expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

Check either box 1 or 2 below, if appropriate.

1. ☑ The undersigned is the applicant. If the applicant is an assignee, the undersigned is authorized to act on behalf of the assignee.

I hereby acknowledge that any willful false statements made are punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

2. ☐ The undersigned is an attorney or agent of record. Reg. No. ________________

Signature: [signature] Date: 04/15/20121

Typed or printed name: Shimon Maimon

Title: Applicant and Inventor Telephone Number: 585-355-5556

☑ Terminal disclaimer fee under 37 CFR 1.20(d) is included.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16503534 |
| **Filing Date:** | 04-Jul-2019 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon MAIMON |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407RE1_Maimon |

Filed as Large Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| STATUTORY OR TERMINAL DISCLAIMER | 1814 | 1 | 170 | 170 |
| | **Total in USD ($)** | | | **170** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42617556 |
| **Application Number:** | 16503534 |
| **International Application Number:** | |
| **Confirmation Number:** | 6418 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon MAIMON |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407RE1_Maimon |
| **Receipt Date:** | 03-MAY-2021 |
| **Filing Date:** | 04-JUL-2019 |
| **Time Stamp:** | 13:25:29 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $170 |
| RAM confirmation Number | E202153D26033527 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Terminal Disclaimer Filed | 1407RE1_TerminalDisclaimer.pdf | 764526<br>77e71bf3265e286512eb4f6920019d29ebe2313f | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30601<br>e053f65f9eb8dc19a4704e3646bf755ccc463f43 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 795127 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR
INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **Application of Reduced Dark Current Photodetector** | | |
| Serial No. ~confirm: | **16/503,534 ~ 6418** | Group: | **3991** |
| Filed on: | **Jul 4, 2019** | Examiner: | **Tuan H. Nguyen** |
| Correspondence Date | **April 12, 2021** | Docket: | **1407RE1-MAIMON** |

## Amendment and Response

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is in response to the office action mailed to applicant on Mar 22, 2021.

The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

Please amend the above-identified application as follows:

Amendment to the claims are reflected in the listing of claims which begins on page 2 of this paper.

Remarks begin on page 6 of this paper.

In the claims:

Please amend the claims in accordance with the following listing

1-9. (Cancelled).

10. (Original) An integrated dewar cooler system comprising:

a light permitting Optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is array of photo detectors, comprising:

a photo absorbing layer comprising a n-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side, wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact area and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact area, wherein said contact layer comprises individual

sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the plural individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

11.(Original) The system of claim 10, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

12.(Original) An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer

having the same majority carrier type as the first layer, wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer, wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the plural individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

13.(Original) The system of claim 12, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

14-17.(Cancelled).

17. (Original) An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer comprising a semiconductor with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers, and further wherein the second layer forms a mesa on the continuous barrier layer such that the first side of said barrier layer laterally extends beyond the mesa, thereby passivating the photo-detector by preventing majority carriers from reaching exposed portions of the barrier layer.

18.(Original) The system of claim 17, wherein the barrier layer is an undoped semiconductor which prevents majority carrier lateral conduction within said barrier layer.

19.(Original) The system of claim 17, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

20.(Original) The system of claim 17, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

## Remarks

1) Applicant thanks the Examiner for the office action.

2) Claims 10-13 and 17-20 are pending in this application with 1-9 and 14-16 being cancelled without prejudice. No new matter is believed to be added by way of this amendment.

3) With an eye towards speedy allowance of the application and in consideration of the need for correcting the priority chain of this and other related patents and applications, the Applicant cancelled without prejudice claims 1-9 and 14-16. The Applicant disagrees with the Examiner rejections but reserves the rights to present arguments showing the cancelled claims are allowable in continuing application to be filed at a later date.

1) By way of this amendment the only claims left in the application are claims allowed by the Examiner. Therefore, it is respectfully submitted that the present application is in condition for allowance. Reconsideration and withdrawal of the rejections and allowance of the application is earnestly solicited.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42429221 |
| **Application Number:** | 16503534 |
| **International Application Number:** | |
| **Confirmation Number:** | 6418 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon MAIMON |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407RE1_Maimon |
| **Receipt Date:** | 12-APR-2021 |
| **Filing Date:** | 04-JUL-2019 |
| **Time Stamp:** | 15:47:26 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1407RE1_Amendment1.pdf | 164676<br>28df51e46a64b2105b474f583e41817babdd9fd7 | yes | 6 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| | Claims | 2 | 5 |
| | Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |
| **Warnings:** | | | |
| **Information:** | | | |
| | **Total Files Size (in bytes):** | 164676 | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>16/503,534 | Filing Date<br>07/04/2019 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☐ LARGE ☑ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x $50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x $230 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| AMENDMENT | 04/12/2021 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 7 | Minus | ** 20 | = 0 | x $50 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 5 | = 0 | x $240 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /TYWANA P LOVELACE/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/503,534 | 07/04/2019 | Shimon MAIMON | 1407RE1_Maimon | 6418 |

23521 7590 03/22/2021
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| NGUYEN, TUAN H | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3991 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/22/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No. 16/503,534 | Applicant(s) MAIMON, Shimon | |
|---|---|---|---|
| | Examiner TUAN H NGUYEN | Art Unit 3991 | AIA (FITF) Status Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 07/04/2019.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.** 2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) 1-20 is/are pending in the application.

5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☑ Claim(s) 10-13 and 17-20 is/are allowed.

7) ☑ Claim(s) 1-5,8-9 and 14-16 is/are rejected.

8) ☑ Claim(s) 6-7 is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a)☐ All b)☐ Some** c)☐ None of the:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date 7/4/19.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date ______.

4) ☐ Other: ______.

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the first inventor to file provisions of the AIA.

For reissue applications filed before September 16, 2012, all references to 35 U.S.C. 251 and 37 CFR 1.172, 1.175, and 3.73 are to the law and rules in effect on September 15, 2012. Where specifically designated, these are "pre-AIA" provisions.

For reissue applications filed on or after September 16, 2012, all references to 35 U.S.C. 251 and 37 CFR 1.172, 1.175, and 3.73 are to the current provisions.

This action is responsive to the Preliminary amendment filed 07/04/2019 for the reissue application No. 16/503,534.

Claims 1-20 were original, none of the claims is amended. Claims 1-20 are currently pending in the application. Claims 1, 10, 12, 14, 17 are independent claims.

### *Claim Rejections - 35 USC § 103*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of

rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

*1/. Claims 1-5, 8, 9, 14-16 are rejected under 35 U.S.C. 103 as being unpatentable over Background of the invention in view of Carruthers (US 5,459,332).*

Regarding to claims 1, 9, 14, 15:

Background of the invention, Figs. 5-7 and related text in the Background of the invention discloses the conventional thermal imaging device with an integrated dewar cooler assembly (IDCA) including an array of photo detectors with a reduced dark current except the photo detector comprising: a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and

valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

Carruthers, in a related photodetector device, Figs. 1-2A and related text on col. 2-7 discloses a photodetector with an undoped barrier layer 20 (col. 5, lines 29-42) sandwiched between the doped emitter or absorbing layer 12 and contact or collector layer 18 (Fig. 1). Figs. 2, 2A show the relationship between the photo absorbing layer 12 and contact layer 18 valence and conduction band energies and the barrier layer 20 conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. Carruthers, col. 3, first and second paragraphs discloses the photogenerated or photoexcited charge carrier or photocurrent which is a result of optically generated minority carriers which diffuse from photo absorbing layer 12 to contact layer 18, and col. 5, first paragraph discloses the thermally generated carriers that contribute to a dark current are prevented from traversing the device by means of an undoped barrier layer as in the instant invention.

Regarding to claims 2, 3, 4:

Carruthers, col. 6, table II discloses emitter photo absorbing layer 12 and contact layer 18 are formed of the same material.

Regarding to claims 5, 8, 16:

Carruthers, col. 3, lines 55-65 discloses the same conductivity type used for both photo absorbing layer 12 and contact layer 18; therefore they have the same majority carrier type.

It would have been obvious to one having ordinary skill in the art at the time the invention was made to have used an undoped barrier layer to block the flow of thermalized majority carriers, and facilitate the flow of minority carrier from the photo absorbing layer to the contact layer as suggested by Carruthers in the Background of the invention in order to provide a high speed, efficient, low noise semiconductor photodetector device.

***Double Patenting***

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the “right to exclude” granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159. See MPEP § 2146 *et seq*. for applications not subject to examination under the first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

*2/. Claims 1-5, 8, 9, 14-16 provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-3 of copending Application No. 16/503,537 (reference application)*. Although the claims at issue are not identical, they are not patentably distinct from each other because they are both directed to a IDCA system with internal nBn photo-detector comprising an undoped barrier layer sandwiched between a doped phto-absorbing layer and a doped contact layer.

This is a provisional nonstatutory double patenting rejection because the patentably indistinct claims have not in fact been patented.

### *Allowable Subject Matter*

Claims 10-13, 17-20 are allowed.

Claims 6, 7 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

The following is a statement of reasons for the indication of allowable subject matter: None of the references of record teaches or suggests the claimed integrated dewar cooler system including passivating the photo-detector by blocking the flow of majority carriers to exposed surfaces of the barrier layer as recited in claims 6, 10, 12, or by preventing majority carriers from reaching exposed portions of the barrier layer as recited in claims 7, 17.

### Conclusion

Applicant is reminded of the continuing obligation under 37 CFR 1.178(b), to timely apprise the Office of any prior or concurrent proceeding in which Patent No. 9,117,726 is or was involved. These proceedings would include interferences, reissues, reexaminations, and litigation.

Applicant is further reminded of the continuing obligation under 37 CFR 1.56, to timely appraise the Office of any information which is material to patentability of the claims under consideration in this reissue application.

These obligations rest with each individual associated with the filing and prosecution of this application for reissue. See also MPEP §§ 1404, 1442.01 and 1442.04.

Applicant is notified that any subsequent amendment to the specification and/or claims must comply with 37 CFR 1.173(b).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Tuan Nguyen whose telephone number is (571)272-1694. The examiner can normally be reached on Mon through Thu from 5:30 AM to 3:30 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Timothy Speer can be reached on 313-446-4825. The fax phone number for the organization where this application or proceeding is assigned is 571-273-9900. Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Signed:

/Tuan H. Nguyen/
Primary Examiner, Art Unit 3991

Conferees:

/Minh Nguyen/
Primary Examiner, Art Unit 3991

/TIMOTHY M SPEER/
Supervisory Patent Examiner, Art Unit 3991

| ***Notice of References Cited*** | Application/Control No.<br>16/503,534 | Applicant(s)/Patent Under Reexamination<br>MAIMON, Shimon | |
|---|---|---|---|
| | Examiner<br>TUAN H NGUYEN | Art Unit<br>3991 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5459332-A | 10-1995 | Carruthers; Thomas F. | H01L31/0352 | 257/17 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Index of Claims* | Application/Control No. 16/503,534 | Applicant(s)/Patent Under Reexamination MAIMON, Shimon |
|---|---|---|
| | Examiner TUAN H NGUYEN | Art Unit 3991 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

**CLAIMS**

☐ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | 03/10/2021 | | | | | | | |
| | 1 | | ✓ | | | | | | | |
| | 2 | | ✓ | | | | | | | |
| | 3 | | ✓ | | | | | | | |
| | 4 | | ✓ | | | | | | | |
| | 5 | | ✓ | | | | | | | |
| | 6 | | O | | | | | | | |
| | 7 | | O | | | | | | | |
| | 8 | | ✓ | | | | | | | |
| | 9 | | ✓ | | | | | | | |
| | 10 | | = | | | | | | | |
| | 11 | | = | | | | | | | |
| | 12 | | = | | | | | | | |
| | 13 | | = | | | | | | | |
| | 14 | | ✓ | | | | | | | |
| | 15 | | ✓ | | | | | | | |
| | 16 | | ✓ | | | | | | | |
| | 17 | | = | | | | | | | |
| | 18 | | = | | | | | | | |
| | 19 | | = | | | | | | | |
| | 20 | | = | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Search Notes | Application/Control No. 16/503,534 | Applicant(s)/Patent Under Reexamination MAIMON, Shimon |
|---|---|---|
| | Examiner TUAN H NGUYEN | Art Unit 3991 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H01L 27/14669; 23/34; G01J 5/061 | 03/08/2021 | TN |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Reviewed of patented file's prosecution history | 03/08/2021 | TN |
| PE2E search | 03/08/2021 | TN |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 128 | (dark ADJ current) AND photodetector AND cooler AND barrier AND absorbing AND semiconductor | US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | ON | 2021/03/04 02:30 PM |
| L3 | 27458 | detector AND barrier AND (absorption OR absorb$3) AND semiconductor | US-PGPUB; USPAT; USOCR | OR | ON | ON | 2021/03/04 04:27 PM |
| L4 | 23271 | L3 AND current | US-PGPUB; USPAT; USOCR | OR | ON | ON | 2021/03/04 04:28 PM |
| L5 | 15045 | L4 AND carrier$1 | US-PGPUB; USPAT; USOCR | OR | ON | ON | 2021/03/04 04:29 PM |
| L6 | 4028 | L5 AND @ad<20060319 | US-PGPUB; USPAT; USOCR | OR | ON | ON | 2021/03/04 04:29 PM |
| L7 | 441 | L6 AND (contact ADJ layer) AND (barrier ADJ layer) | US-PGPUB; USPAT; USOCR | OR | ON | ON | 2021/03/04 04:30 PM |

## PE2E SEARCH - Search History (Interference)

| |
|---|
| There are no Interference searches to show. |

Receipt date: 07/04/2019 16/503,534 - GAU: 3991

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.H.N/

SM000000963

Receipt date: 07/04/2019 16/503,534 - GAU: 3991

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.H.N/

SM000000964

Receipt date: 07/04/2019 16/503,534 - GAU: 3991

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |
| | 26 | 6452220 | | 2002-09-17 | Morse | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

U.S.PATENT APPLICATION PUBLICATIONS Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.H.N/

SM000000965

Receipt date: 07/04/2019 16/503,534 - GAU: 3991

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |
| | 7 | 20070215858 | | 2007-09-20 | Uchiyama et al. | |
| | 8 | 20080308840 | | 2008-12-18 | Ogura | |
| | 9 | 20040118992 | | 2004-06-24 | Choe et al. | |
| | 10 | 20090256231 | | 2009-10-15 | Klipstein | |
| | 11 | 20120037806 | | 2012-02-16 | Gibbons | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.H.N/

Receipt date: 07/04/2019 16/503,534 - GAU: 3991

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | "nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | "Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | /TUAN H NGUYEN/ | Date Considered | 03/10/2021 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shalom Wertsberger/ | Date (YYYY-MM-DD) | 2018-11-22 |
|---|---|---|---|
| Name/Print | Shalom Wertsberger | Registration Number | 43359 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.H.N/

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.H.N/

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | 16/503,534 |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | MAIMON | |

**Residence Information (Select One)** ◉ US Residency ◯ Non US Residency ◯ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 136 Wilshire Rd. | | |
|---|---|---|---|
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 23521 |
|---|---|
| Email Address | shalom@saltamar.com [Add Email] [Remove Email] |

## Application Information:

| Title of the Invention | Application of Reduced Dark Current Photodetector | | |
|---|---|---|---|
| Attorney Docket Number | 1407RE1_Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 11 | Suggested Figure for Publication (if any) | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | 16/503,534 |

| Title of Invention | Application of Reduced Dark Current Photodetector |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

Prior Application Status: Patented — Remove

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| | reissued of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | 16/503,534 |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | 16/503,534 |

| Title of Invention | Application of Reduced Dark Current Photodetector |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | 16/503,534 |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee ○ Legal Representative under 35 U.S.C. 117 ○ Joint Inventor

○ Person to whom the inventor is obligated to assign. ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | | |
|---|---|---|
| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407RE1_Maimon |
| | Application Number | 16/503,534 |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| | | | | | |
|---|---|---|---|---|---|
| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | ~~2019-07-04~~ 2021-02-21 |
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | 16/503,534 |

| Title of Invention | Application of Reduced Dark Current Photodetector |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41994558 |
| **Application Number:** | 16503534 |
| **International Application Number:** | |
| **Confirmation Number:** | 6418 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon MAIMON |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407RE1_Maimon |
| **Receipt Date:** | 23-FEB-2021 |
| **Filing Date:** | 04-JUL-2019 |
| **Time Stamp:** | 12:15:07 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 1-1407RE1-ADS-PIX.pdf | 1539921<br>5de3660a702b99bb00503e5855467a69b17d2c57 | no | 8 |

**Warnings:**

| Information: | |
|---|---|
| This is not an USPTO supplied ADS fillable form | |
| **Total Files Size (in bytes):** | 1539921 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

# Litigation Search Report CRU 3999

## Reissue Application No. 16/503534

| | |
|---|---|
| **TO: Hetul Patel**<br>**Location: CRU**<br>**Art Unit: 3992**<br>**Date: 07/23/2019** | **From: KAREN L. WARD**<br>**Location: CRU 3999**<br>**Rem: 4C84**<br>**Phone: (571) 272-7932**<br><br>**KAREN.WARD@uspto.gov** |

## Search Notes

Litigation was not found for US Patent Number: 9,117,726.

1) I performed a KeyCite Search in Westlaw, which retrieves all history on the patent including any litigation.

2) I performed a search on the patent in Lexis CourtLink for any open dockets or closed cases.

3) I performed a search in Lexis in the Federal Courts and Administrative Materials databases for any cases found.

4) I performed a search in Lexis in the IP Journal and Periodicals database for any articles on the patent.

5) I performed a search in Lexis in the news databases for any articles about the patent or any articles about litigation on this patent.

## Citing References (9)

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|---|---|---|---|---|---|
| — | **1. INTEGRATED DEWAR COOLER SYSTEM FOR E.G. MISSILE SEEKER, HAS PHOTO ABSORBING, CONTACT AND BARRIER LAYERS WHOSE VALENCE AND CONDUCTION BAND ENERGIES FACILITATE MINORITY CARRIER CURRENT FLOW BETWEEN CONTACT AND PHOTO ABSORBING LAYERS** Out Of Plan<br>DWPI 2014-L35329<br>... minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.First Derwent Appearance:2014.43 Publication No. (Derwent): US 9117726 B2 Original Title (English):APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR Publication Date:2015-08-25 Application No.:US 964883 Application Date:2013-08-12 ... | Mar. 19, 2006 | DWPI | — | — |
| — | **2. INTEGRATED DEWAR COOLER SYSTEM FOR PHOTODETECTOR USED IN VARIOUS APPLICATIONS INCLUDES CONTACT LAYER CONTAINING DOPED SEMICONDUCTOR EXHIBITING VALENCE BAND ENERGY AND CONDUCTING BAND ENERGY DURING OPERATION OF PHOTODETECTOR** Out Of Plan<br>DWPI 2015-82768E+<br>... Date:2006-03-19 Related:Division of patent US 7687871 B Continuation of US patent number US 8003434 B Continuation In Part of US patent US 9117726 B Division of patent US 7687871 B Continuation of US patent number US 8003434 B Continuation In Part of US patent US 9117726 B ... | Mar. 19, 2006 | DWPI | — | — |
| — | **3. PHOTODTECTOR FOR FOCAL PLAN ARRAY USED FOR IMAGING, HAS BARRIER LAYER WHOSE FIRST SIDE IS ADJACENT TO FIRST SIDE OF PHOTO ABSORBING LAYER AND CONTACT LAYER WHICH IS SET ADJACENT TO SECOND SIDE OF BARRIER LAYER** Out Of Plan<br>DWPI 2017-85382J<br>... 7687871 B Continuation of US patent number US 8003434 B Continuation In Part of US patent US 9766130 B Continuation In Part of US patent US 9117726 B No. of Countries:1 No. of Patents:1 First Derwent Appearance:2018.02 Latest Derwent Appearance:2018.02 Classification Information International Classes (IPC ... | Mar. 19, 2006 | DWPI | — | — |

 © 2019 Thomson Reuters. No claim to original U.S. Government Works. 

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|---|---|---|---|---|---|
| — | **4. PHOTODETECTOR FOR EXHIBITING BARRIER REGION BETWEEN ACTIVE SEMICONDUCTOR REGION, COMPRISES PHOTO ABSORBING LAYER INCLUDES DOPED SEMICONDUCTOR EXHIBITING VALENCE BAND ENERGY AND CONDUCTING BAND ENERGY DURING OPERATION OF PHOTO-DETECTOR** Out Of Plan<br>DWPI 2019-36076L<br>... 7687871 B Continuation of US patent number US 8003434 B Continuation In Part of US patent US 9766130 B Continuation In Part of US patent US 9117726 B No. of Countries:1 No. of Patents:1 First Derwent Appearance:2019.31 Latest Derwent Appearance:2019.31 Classification Information International Classes (IPC ... | Mar. 19, 2006 | DWPI | — | — |
| — | **5. APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER** Out Of Plan<br>US PAT 9766130+ , U.S. PTO Utility<br>A IDCA system combining thermo-electric cooler (TEC) and an internal nBn photo-detector having a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band...<br>... Examiner(s):Makiya, David J Jo, Taeho Priority Information Related Information:Continuation-in-part of application No. 13/964,883, filed on 2013/08/12, now Pat. No. 9,117,726 , which is a continuation-in-part of application No. 13/622,981, filed on 2012/09/19, now abandoned, which is a continuation of ... | Sep. 19, 2017 | Patents | — | — |
| — | **6. LONG WAVE PHOTO-DETECTION DEVICE FOR USED IN LONG WAVE INFRARED DETECTION, MATERIALS, AND METHOD OF FABRICATION** Out Of Plan<br>US PAT 9647155 , U.S. PTO Utility<br>The disclosure provides a photo-detection device for use in long-wave infrared detection and a method of fabrication. The device comprises a GaSb substrate, a photo absorbing layer...<br>... US US 7687871 2010/03 Maimon US US 7795640 2010/09 Klipstein US US 8003434 2011/08 Maimon US US 8674406 2014/03 Scott US US 9117726 2015/08 Maimon US US 2002/0070389 2002/06 Song US US 2006/0267007 2006/11 Salzman et al.US US 2010/0155777 2010 ... | May 09, 2017 | Patents | — | — |

 © 2019 Thomson Reuters. No claim to original U.S. Government Works. 

| Treatment | Title | Date | Type | Depth | Headnote(s) |
|---|---|---|---|---|---|
| — | **7. REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** Out Of Plan<br>US PAT APP 20190115490 , U.S. PTO Application<br>A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier...<br>... on 2015/08/10, now Pat. No. 9,766,130, which is a continuation-in-part of application No. 13/964,883, filed on 2013/08/12, now Pat. No. 9,117,726 , which is a continuation-in-part of application No. 13/167,992, filed on 2011/06/24, now abandoned, which is a continuation of ... | Apr. 18, 2019 | Patents | — | — |
| — | **8. REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** Out Of Plan<br>US PAT APP 20170358701 , U.S. PTO Application<br>A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier...<br>... on 2015/08/10, now Pat. No. 9,766,130, which is a continuation-in-part of application No. 13/964,883, filed on 2013/08/12, now Pat. No. 9,117,726 , which is a continuation-in-part of application No. 13/622,981, filed on 2012/09/19, now abandoned, which is a continuation of ... | Dec. 14, 2017 | Patents | — | — |
| — | **9. APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER** Out Of Plan<br>US PAT APP 20150372035 , U.S. PTO Application<br>A IDCA system combining thermo-electric cooler (TEC) and an internal nBn photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence...<br>... NY Inventor(s):Maimon, Shimon Rochester, NY Priority Information Related Information:Continuation-in-part of application No. 13/964,883, filed on 2013/08/12, now Pat. No. 9,117,726 , which is a continuation-in-part of application No. 13/622,981, filed on 2012/09/19, now abandoned, which is a continuation of ... | Dec. 24, 2015 | Patents | — | — |

LexisNexis® CourtLink®

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Sign Out |
Welcome, Karen Ward

**Single Search - with Terms and Connectors**

Enter keywords - Search multiple dockets & documents

Search Info

My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | Breaking Complaints | My Account | Court Info

**Search > Patent Search > Searching**

**Patent Search 9117726 7/23/2019**

**No cases found.**

**Return to Search**

(Charges for search still apply)

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2019 LexisNexis®. All rights reserved.

Reissue Application Checklist (7/29/2014)

| PATENT EXAMINER *REISSUE APPLICATION CHECKLIST* *(For applications filed on or after September 16,2012)* | Application No. 16/503534 | Date 07/23/2019 | |
|---|---|---|---|
| | Examiner Ward | Art Unit 3992 | SPE |

## DO NOT SCAN THIS DOCUMENT INTO IFW

**This document should be presented to the POC for reissues based on the particular TC review policy.**

**THIS CHECKLIST IS PROVIDED AS AN AID TO THE REISSUE EXAMINATION PROCESS. IT SHOULD BE USED THROUGHOUT PROSECUTION AND MUST NOT BE PART OF THE PUBLICLY VIEWABLE CONTENT. THE CHECKLIST MUST BE REMOVED FROM THE FILE AT THE TIME OF ALLOWANCE AFTER SUPERVISORY APPROVAL.**

Although reissue applications are considered **"SPECIAL LAWS CASES"** (MPEP § 1442), reissue application appearing on an examiner's docket report should be taken up for action as directed by your CRU management.

Prior to examining a reissue application, the examiner should review the original patent file (MPEP § 1440). If the original patent file (or any necessary parent applications) is not available in eDAN then the examiner should obtain the paper file and either review the paper file or give it to the CRU TSS for scanning into eDAN. Examination of the reissue application is directly linked to the prosecution history of the original application for the patent to be reissued.

**ALL CLAIMS DIRECTED TO THE PATENTED INVENTION(S) IN THE REISSUE APPLICATION ARE SUBJECT TO A FULL EXAMINATION ON THE MERITS, INCLUDING THE RE-PRESENTED ORIGINAL CLAIMS OF THE PATENT.**

**I. Non-Allowance actions:** Review Sections I and II (items 1-24) prior to completing a first Office action. **DO NOT** send the Reissue Application Checklist for scanning into the file wrapper or mail to applicant. All non-allowance actions are posted for counting in the same manner as in a non-provisional application. Consult your supervisor or reissue specialist for CRU specific review requirements prior to mailing all non-allowance Office actions.

**II. Allowance:** Complete Sections I-III (items 1-25) when preparing the reissue application for allowance. Attach the completed Reissue Application Checklist with the allowance documents in OACS. A supervisor, reissue specialist, or TSS member will remove the Checklist prior to mailing the allowance. Consult your supervisor or reissue specialist for CRU specific review requirements prior to mailing an allowance.

Reissue Application Checklist (7/29/2014)

**A "Reissue Application Guide" containing further explanations of most of the items on this checklist and is available in paper form or electronically (by e-mail or SharePoint) from your supervisor.**

Answer YES or NO to the questions below, and add comments as necessary. See a CRU supervisor or reissue specialist for further assistance, if needed.

## SECTION I: PRIOR TO EXAMINATION

1. **Is the reissue application under examination filed on or after 9/16/2012?**

☑ *Yes* ☐ *No* *Comments:*
*If NO, DO NOT use this checklist. Contact a CRU supervisor or reissue specialist to obtain a PRE-AIA reissue checklist and guide.*

2. **Is the original patent still in force, i.e., it has not expired due to the conclusion of its patent term or lapsed due to non-payment of the scheduled maintenance fees?** *A reissue application must actually issue as a reissue patent before expiration of the original patent. Accordingly, always make sure the patent has not expired; this should be monitored throughout the prosecution of the reissue application. See "Reissue Application Guideline" for methods of checking patent term, and MPEP § 1415.01.*

☑ *Yes* ☐ *No* *Comments:*
*If NO, contact a CRU supervisor or reissue specialist*

3. **Has the notice of the filing of the reissue application been published in the *Official Gazette* (O.G.)?** *See MPEP § 1430 and the "Reissue Application Guide" for additional information. Check PALM contents for code NRE.*

☑ *Yes* OG date _____ ☐ *No* *Comments:*
*If NO, STOP examination and have your supervisor request OPAP to effect publication. Reissue RCEs are not announced in the O.G.*

4. **Is the current date more than two months after the O.G. publication date?** *See MPEP 1441 and the "Reissue Application Guide" for additional information.*

☐ *Yes* ☑ *No* *Comments:*
*If NO, wait until the two-month period has expired before preparing and issuing an Office action, unless directed otherwise by a written decision by Office of Patent Legal Administration (OPLA) or Office of Petitions contained in the file wrapper .*

5. **Is the original patent involved in litigation?** *Information (a litigation search) should be requested from the STIC, if not found in the file. If YES, a shortened reply period of one month may have to be set by the Examiner, or prosecution may have to be suspended. See "Reissue Application Guide" and consult a CRU supervisor or reissue specialist.*

☑ *Yes* ☐ *No* *Comments:*
*If NO, proceed with examination.*

6. **Is the original patent currently involved in a post issuance proceeding, such as: reexamination proceeding, post grant review, inter-partes review, or covered business method review?** *To determine if the patent is undergoing reexamination, check "Continuity" information in PALM using the original patent number or the Continuity Data Map in eDAN. If YES, see a CRU supervisor or reissue specialist who will e-mail the Office of Patent Legal Administration (OPLA) for consideration of a merger of the reexam and reissue proceedings. For the post grant review the applicant is required to inform the examiner or you can interface with the PTAB webpage:*

*https://ptabtrials.uspto.gov/prweb/PRWebLDAP2/HcI5xOSeX_yQRYZAnTXXCq%5B%5B*/!STANDARD?UserIdentifier=searchuser*

☑ *Yes* ☐ *No* *Comments:*
*If YES, contact a CRU supervisor or reissue specialist.*

7. **Is there a signed reissue oath or declaration or substitute statement in lieu of a declaration?. Is there a signed consent of assignee or a statement of non-assignment?**

*(a) Oath/Declaration/Substitute Statement in lieu of declaration*
☑ *Yes* ☐ *No* *Comments:*
*If NO, contact a CRU supervisor or reissue specialist to return the application to OPAP.*

*(b) Consent of Assignee*
☑ *Yes* ☐ *No* *Comments:*
*If NO, contact a CRU supervisor or reissue specialist to return the application to OPAP.*

## SECTION II: EXAMINATION

8. **Is this a reissue of a patent that was issued from an application with an effective filing date on or after March 16, 2013?**

☐ Yes ☑ No *Comments:*
*If YES, then follow the AIA-FITF (First Inventor To File) rules for examination of the reissue application. Note: This does not mean that the claims are necessarily subject to the new prior art regime. See guide and consult CRU supervisor or reissue specialist if there is any question as to the effective filing date of the claims in reissue.*

9. **Are the original patent file wrapper and any relevant related patent applications available through eDAN, MADRAS, or PE2E?**

☑ Yes ☐ No *Comments:*
*If NO, order the paper file wrapper(s) through PALM.* **NOTE:** *the original patent file wrapper must be reviewed regardless of whether the answer is "Yes" or "No". This review includes: any prior art references, restriction requirements, surrendered subject matter/recapture, rejections (including double patenting), priority claims, and determining perfection of foreign priority. See MPEP § 1440. If file is unavailable, consult a CRU supervisor or reissue specialist.*

10. **Has the original patent or the reissue application been assigned?** *The Assignee in the reissue is the applicant (37 C.F.R. 1.172) and* ***must*** *be indicated as the Applicant on the ADS and all inventors must be named in the inventor section by their legal names.*

☐ Yes ☐ *No* *Comments:*
*If YES, check a), b), and c) below; if NO proceed to item 11.*

**(a) Did the applicant file an Application Data Sheet (ADS) identifying the assignee as the applicant and listing the named inventors in the inventors section by their legal names?**

☑ *Yes* ☐ *No* *Comments:*
*If NO, object to the ADS or lack thereof.*

**(b) Did the applicant establish ownership of the patent by filing a Statement under 37 CFR 3.73(c) (or form PTO/AIA/96) signed by, or on behalf of, the assignee(s) pursuant to 37 CFR 3.73(c)(2)-(d)(3)?** *See MPEP § 1410.02 and the "Reissue Application Guide" for additional information.*

☑ *Yes* ☐ *No* *Comments:*
*If NO, object to the application under 37 CFR 1.172(a), using form paragraph 14.16-14.16.06.*

**(c) Did the applicant file a Consent of Assignee that is signed by all of the assignees (37 CFR 1.172(a) (or PTO form PTO/AIA/53)?** *See MPEP § 1410.02 and the "Reissue Application Guide" for additional information.*

☑ *Yes* ☐ *No* *Comments:*

*If NO, object to the application under 37 CFR 1.172(a), using form paragraph 14.15.*
**NOTE: Consent of Assignee and the Statement under 37 CFR 3.73(c) must be signed by:** *i) a person having apparent authority in the organization (e.g., president, vice-president, CEO), ii) a person who establishes he/she is authorized to act on behalf of the assignee, or iii) attorney of record (must be given a power of attorney).*

11. **Is the signed AIA oath/declaration or substitute statement in lieu of a declaration (PTO/AIA/05, PTO/AIA/06, PTO/AIA/07, or its equivalent) compliant with the requirements of 37 CFR 1.63 and 1.175 for an AIA application?** *See reissue guide for the list of requirements. If NO, then reject all claims under 35 U.S.C 251 (citing all the relevant reasons).*

☑ *Yes* ☐ *No* *Comments:*
*If YES, then proceed to item 12.*

12. **Is there is an oath/declaration signed by Assignee (PTO/AIA/06 or its equivalent) which indicates that the original patent (i.e. patent that is being reissued) was filed under 37 CFR 1.46?** *If YES then the original patent application must have been filed on or* ***after*** *September 16, 2012. If (a) filed before 9/16/12 or (b) if the original patent application was filed after September 16, 2012 and a review of the original file wrapper does not indicate that the patent was filed under 37 CFR 1.46, then object to the oath/declaration for being defective using Form Paragraph. 14.01.06 (in OACS) followed by rejection of all the claims for being based on a defective oath/declaration Form Paragraph 14.14.*

☑ *Yes* ☐ *No* *Comments:*

13. **Does the reissue application contain a foreign priority or domestic benefit claim to an earlier filed application?**

☐ *Yes* ☑ *No* *Comments:*
*If YES, an Application Data Sheet (ADS) must be filed to claim foreign priority or domestic benefit. Correction of foreign priority benefit or correction of continuing application data may need a petition for unintentional delay. See "Reissue Application Guide" for additional information.*

14. **Is the reissue application a divisional or a continuation of another pending reissue application, or is there a child reissue application that is a divisional or continuation of this reissue application?** *To determine this, check the "Continuity" in eDAN or PALM, and verify that the applicant has claimed domestic benefit on the ADS. See MPEP § 1451.*

☑ *Yes* ☐ *No* *Comments:*
*If YES, see "Reissue Application Guide" for special instructions. See item #15 below for restriction practice in reissue applications.*

15. **Does the reissue application contain claims to more than one separate and distinct invention(s)? 37 CFR 1.176.** *Restriction among original patent claims is not permitted. See MPEP § 1450 and "Reissue Application Checklist Guideline" for additional information.*

18. **Does the reissue application contain a protest(s) under 37 CFR 1.291(a)?**

☐ *Yes* ☑ *No* *Comments:*
*If YES, the protest must be considered. Protests may be filed during the two-month period following the O.G. notice, or anytime up until the Notice of Allowance, and should be considered in the next Office Action. Check with a CRU supervisor or reissue specialist to see whether the protest is compliant. If the protest was filed after close of prosecution, check whether a petition under 1.182 was filed and granted. For handling protests, See "Reissue Application Guide" and MPEP § 1441.01 and 1901.*

19. **Were there any changes made to the original patent by a Certificate of Correction dated prior to the filing of the reissue?** *See MPEP § 1411.01* and the *"Reissue Application Guide" for additional information.*

☐ *Yes* ☑ *No* *Comments:*
*If YES, check to see if the changes were properly presented as a part of the original patent without any markings (i.e., no brackets or underlining). If the changes were not properly presented, the examiner must require correction by the applicant in the form of a replacement paragraph (or paragraphs).*

20. **Does the reissue application include at least one error that is correctable by reissue?** *The error that supports the reissue must be an error that causes the patent to be wholly or partly inoperative or invalid. See MPEP § 1402 for examples of errors correctable by reissue (e.g., claims are too narrow or too broad, disclosure inaccuracies, correcting foreign or domestic priority claims, or solely adding dependent claims) and the "Reissue Application Guide" for additional information.*

☐ *Yes* ☐ *No* *Comments:*
*If NO, reject all of the claims under 35 USC 251, see form paragraph 14.01.01-14.01.03 and 14.14.*

21. **Does the reissue application include an error(s) that may NOT be corrected by reissue?** *Reissue is not a vehicle to cure all patent ills.* See *MPEP § 1402 for examples of errors not correctable by reissue (e.g., recapture of surrendered subject matter, broadening the claims after two years from the grant of the original patent, or claims directed to a non-elected invention/species after failure to timely file a divisional application in the original application in response to a restriction requirement) and the "Reissue Application Guide" for additional information.*

☐ *Yes* ☐ *No* *Comments:*
*If YES, reject appropriate claims under 35 USC 251.*

22. **Does the reissue application seek to provoke an interference with another patent?** *See MPEP § 1449.02 and the "Reissue Application Guide" for additional information.*

☐ *Yes* ☐ *No* *Comments:*
*If YES, see a CRU supervisor or reissue specialist.*

23. **Does the issue of interference estoppel (lost count doctrine) apply?** *See MPEP § 2308.03. Interference Estoppel applies to the losing party of an interference. See "Reissue Application Guide".*

☐ *Yes* ☐ *No* *Comments:*
*If YES, see CRU supervisor or reissue specialist.*

24. **Are all amendments to the specification, drawings and claims compliant with 37 CFR 1.173(b)-(g)?** *All amendment markings (i.e., brackets and underlining, no strikethrough) are made relative to the original patent text, and not relative to the prior amendment. A full listing of the claims is not required with each amendment in a reissue application. See amendment practice described in "Reissue Application Checklist Guideline" for proper markings. See MPEP § 1453 for additional information.*

☑ *Yes* ☐ *No* *Comments:*
*If NO, object to the claims, drawings, and/or specification under 37 CFR 1.173(b).*

---

# PATENT APPLICATION FEE DETERMINATION RECORD

Substitute for Form PTO-875

Application or Docket Number
16/503,534

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 330 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 1100 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 minus 20 = | * | x 50 = | 0.00 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 5 minus 3 = | * 2 | x 230 = | 460 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 2040 | | TOTAL | |

## APPLICATION AS AMENDED - PART II

AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE($) | ADDITIONAL FEE($) | OR | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

SM000000992

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 16/503,534 | 07/04/2019 | 2811 | 2040 | 1407RE1_Maimon | 20 | 5 |

**CONFIRMATION NO. 6418**

**FILING RECEIPT**

*OC000000109790796*

23521
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Date Mailed: 07/22/2019

Receipt is acknowledged of this reissue patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Shimon MAIMON, Rochester, NY;

**Applicant(s)**

Shimon MAIMON, Rochester, NY;

**Power of Attorney:** The patent practitioners associated with Customer Number 23521

**Domestic Priority data as claimed by applicant**

This application is a REI of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/167,992 06/24/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 07/19/2019

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 16/503,534**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**** SMALL ENTITY ****
**Title**

Application of Reduced Dark Current Photodetector

**Preliminary Class**

257

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

PTO/AIA/50 (10-17)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REISSUE PATENT APPLICATION TRANSMITTAL

| Address to: | | |
|---|---|---|
| **Mail Stop Reissue**<br>**Commissioner for Patents**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | Attorney Docket No. | 1407RE1-Maimon |
| | First Named Inventor | Shimon Maimon |
| | Original Patent Number | 9,117,726 |
| | Original Patent Issue Date (Month/Day/Year) | August 25, 2015 |
| | Priority Mail Express® Label No. | |

**APPLICATION FOR REISSUE OF:**
(*Check applicable box*) ☑ Utility Patent ☐ Design Patent ☐ Plant Patent

**APPLICATION ELEMENTS (37 CFR 1.173)**

1. ☑ **Fee Transmittal Form** (PTO/SB/56)
2. ☑ **Applicant asserts small entity status.** See 37 CFR 1.27
3. ☐ **Applicant certifies micro entity status.** See 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
4. ☑ **Specification and Claims** in double column copy of patent format (*amended, if appropriate*)
5. ☑ **Drawing(s)** (*proposed amendments, if appropriate*)
6. ☑ **Reissue Oath/Declaration or Substitute Statement** (37 CFR 1.175) (PTO/AIA/05, 06, or 07)
7. ☑ **Application Data Sheet** NOTE: Benefit claims under 37 CFR 1.78 and foreign priority claims under 37 CFR 1.55 MUST be set forth in an Application Data Sheet (ADS).
8. ☑ **Original U.S. Patent currently assigned?** ☐ Yes ☑ No
   (*If Yes, check applicable box(es)*)
   ☐ Written Consent of all Assignees (PTO/AIA/53)
   ☐ 37 CFR 3.73(c) Statement (PTO/AIA/96)
9. ☐ **CD-ROM or CD-R** in duplicate, Computer Program (*Appendix*) or large table
   ☐ Landscape Table on CD
10. **Nucleotide and/or Amino Acid Sequence Submission**
   (*if applicable, items a. – c. are required*)
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM (2 copies) or CD-R (2 copies); **or**
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

11. ☐ **Statement of status and support for all changes to the claims.** See 37 CFR 1.173(c).
12. ☑ **Power of Attorney**
13. ☑ **Information Disclosure Statement (IDS)** PTOSB/08 or PTO-1449
   ☑ Copies of citations attached
14. ☐ **English translation of Reissue Oath/Declaration** (*if applicable*)
15. ☐ **Return Receipt Postcard** (MPEP § 503) (Should be specifically itemized)
16. ☑ **Preliminary Amendment** (37 CFR 1.173; MPEP § 1453)
17. ☑ **Other:** copy of petition under Rule 1.78 filed in Patent No. 9,117,726

☐ This is a continuation reissue or divisional reissue application (*i.e.*, a second or subsequent reissue application for the same issued patent). (*Check box if applicable.*)

**18. CORRESPONDENCE ADDRESS**

☑ The address associated with Customer Number: 23521 **OR** ☐ Correspondence address below

| | | | | | |
|---|---|---|---|---|---|
| Name | | | | | |
| Address | | | | | |
| City | | State | | Zip Code | |
| Country | | Telephone | | | |
| Email | | | | | |

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 7/4/2019 |
| Name (Print/Type) | Shalom Wertsberger | Registration No. | 43,359 |

This collection of information is required by 37 CFR 1.173. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Reissue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

US009117726B2

(12) **United States Patent**
**Maimon**

(10) **Patent No.: US 9,117,726 B2**
(45) **Date of Patent: Aug. 25, 2015**

(54) **APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR**

(71) Applicant: **Shimon Maimon**, Rochester, NY (US)

(72) Inventor: **Shimon Maimon**, Rochester, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 89 days.

(21) Appl. No.: **13/964,883**

(22) Filed: **Aug. 12, 2013**

(65) **Prior Publication Data**

US 2014/0159188 A1 Jun. 12, 2014

**Related U.S. Application Data**

(60) Continuation-in-part of application No. 13/622,981, filed on Sep. 19, 2012, now abandoned, which is a continuation of application No. 13/033,211, filed on Feb. 23, 2011, now abandoned, which is a continuation of application No. 12/656,739, filed on Feb. 16, 2010, now Pat. No. 8,003,434, which is a division of application No. 11/276,962, filed on Mar. 19, 2006, now Pat. No. 7,687,871.

(51) **Int. Cl.**
***H01L 27/146*** (2006.01)
***H01L 23/34*** (2006.01)
***G01J 5/06*** (2006.01)

(52) **U.S. Cl.**
CPC .......... ***H01L 27/14669*** (2013.01); ***G01J 5/061*** (2013.01); ***H01L 23/34*** (2013.01)

(58) **Field of Classification Search**
CPC ..... H01L 27/14669; H01L 23/34; G01J 5/061
USPC ................. 257/189, 441, E31.019, E31.021; 438/74, 84, 93, 98
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,452,220 | B1 * | 9/2002 | Morse et al. | 257/183 |
| 8,674,308 | B2 * | 3/2014 | Singer | 250/352 |
| 2004/0118992 | A1 * | 6/2004 | Choe et al. | 250/214.1 |
| 2007/0235758 | A1 * | 10/2007 | Klipstein | 257/188 |
| 2009/0256231 | A1 * | 10/2009 | Klipstein | 257/441 |
| 2012/0037806 | A1 * | 2/2012 | Gibbons et al. | 250/352 |
| 2013/0153769 | A1 * | 6/2013 | Singer | 250/338.1 |

* cited by examiner

*Primary Examiner* — Allan R Wilson
(74) *Attorney, Agent, or Firm* — Shalom Wertsebrger; Saltamar Innovations

(57) **ABSTRACT**

A IDCA system with internal nBn photo-detector comprising: a photo-absorbing layer comprising an n-doped semiconductor exhibiting valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo-absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and conductance band gap sufficient to prevent tunneling of majority carriers from the photo-absorbing layer to the contact area, blocking the flow of thermalized majority carriers from the photo-absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, equalizing barrier conductance band energy levels and photo-absorbing layers.

**20 Claims, 11 Drawing Sheets**




SM000000998

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 - Prior Art




Figure 7 - Prior Art

Figure 8



Photograph

Figure 9A




Figure 9B



Figure 10A




Figure 10B



Figure 11



Figure 12



Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitory
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display

## APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part application of U.S. patent application Ser. No. 13/167,992 which was filed on Jun. 24, 2011, which in turn is a continuation of, and claims priority of U.S. patent application Ser. No. 12/656,739 filed Feb. 16, 2010, and which in turn is a continuation of, and claims priority of U.S. patent application Ser. No. 11/276,962 filed Mar. 19, 2006. The entire contents of U.S. patent application Ser. No. 13/167,992 U.S. patent application Ser. No. 12/656,739, and U.S. patent application Ser. No. 11/276,962 are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and in particular in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in FIG. **5**A to FIG. **5**F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device. Thus, $I_{dark}$ can be expressed as:

$$I_{dark}=I_{srh}+I_{diff}+I_{surf} \quad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photo-



diodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \quad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low doped material (~$10^{16}$ $cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of

$$E_g/2\left(n_i \sim \exp\left(-\frac{\frac{E_g}{2}}{kT}\right)\right),$$

because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times L = q \times \frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L \quad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of ~1-2·$10^{16}$ $cm^{-3}$ is in the range of ~0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is

$$E_g, \left(n_i^2 \sim \exp\left(-\frac{E_g}{kT}\right)\right)$$

as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art.

### SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing techno-

logical deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid wavelength infra-red detectors. This is provided in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment of the photo detector the photo absorbing layer and the contact area are constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5

microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy. Additional features and advantages of the invention will become apparent from the following drawings and description.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **1**C illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

FIGS. **5***a*, **5**B, **5**C, **5**D, **5**E and **5**F illustrate examples of existing applications of the prior-art photo-detector technology.

FIG. **6** illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

FIG. **7** illustrates the internal components of an exemplary application of the disclosed subject matter.

FIG. **8** illustrates the resultant output as a result of the application of the disclosed subject matter.

FIG. **9**A illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

FIG. **9**B illustrates an exemplary application of the disclosed subject matter's resultant improvement in cooling power requirements.

FIG. **10**A illustrates a mother board joined to FPA.

FIG. **10**B illustrates a FPA and motherboard located within IDCA arrangement.

FIG. **11** illustrates a schematic application of the disclosed subject matter.

FIG. **12** illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FDA.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

FIG. **1**B illustrates a side view of a multi-pixel photodetector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers

diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

FIG. **1**C illustrates a top level view of multi-pixel photodetector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be

noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

FIGS. **5**A, **5**B, **5**C and **5**D present hand-held imaging systems, which utilize the existing photo detector technology.

FIGS. **5**E and **5**F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

FIG. **6** presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infra-red light to a electric signal, which is transmitted and presented on the apparatus' display **606**.

FIG. **7** presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refiguration of the FPA.

FIG. **8** presents an output image utilizing the disclosed subject matter, with a dewar operating temperature of 150K, a lens focal length of f/3.0, a noise equivalent differential temperature (NEDT) of 23 mK, and a 99.93% pixel operability.

FIG. **9**A presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and a external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. In other embodiment a variety of micro cooler systems can be used.

FIG. **9**B illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

FIG. **10**A presents the FPA **1002** coupled to a motherboard **1004**, which forms a FPA arrangement that can connect to the cold finger.

FIG. **10**B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

FIG. **11** illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield **1108** contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

FIG. **12** presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210**; the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218**.

In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

In yet another embodiment, the IDCA can comprise a plurality of FPA.

Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

What is claimed is:

**1**. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed Dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within the dewar,

wherein said focal plan array is an array of photo detectors with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

**2**. The system of claim **1**, wherein said photo absorbing layer is constituted of one of InAs, InAsSb, InGaAs, Type II super lattice InAs/InGaSb and HgCdTe.

**3**. The system of claim **2**, wherein said contact layer is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb.

**4**. The system of claim **3**, wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions.

**5**. The system of claim **1**, wherein the photo absorbing layer and the contact layer are either both n-type or both p-type.

**6**. The system of claim **1**, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**7**. The system of claim **1**, wherein the contact layer forms a mesa on the barrier layer such that the second side of said barrier layer laterally extends beyond the contact layer thereby passivating the photo-detector during operation by preventing majority carriers from flowing to exposed surfaces of said barrier layer.

**8**. The system of claim **1**, wherein the contact and photo-absorbing layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

**9**. The system of claim **1**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

**10**. An integrated dewar cooler system comprising:

a light permitting Optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is array of photo detectors, comprising:

a photo absorbing layer comprising a n-doped semiconductor exhibiting a conduction band energy and valence band energy;

a barrier layer exhibiting a thickness, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor, said contact layer being adjacent a second side of said barrier layer opposing said first side, wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy greater than the conduction band energy of said photo absorbing layer such that said barrier layer forms a conduction energy band offset between the photo absorbing layer and the contact layer, wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact area and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact area, wherein said contact layer comprises individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the plural individual sections of the contact layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**11**. The system of claim **10**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

**12**. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, a barrier layer comprising a semiconductor exhibiting a valence band energy and a conduction band energy, a first side of said barrier layer adjacent a first side of said first layer; and

a second layer comprising a doped semiconductor exhibiting a valence band energy and a conduction band energy, said second layer being adjacent a second side of said barrier layer opposing said first side, the second layer having the same majority carrier type as the first layer, wherein during operation of the photo-detector the respective valence band energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer, wherein said second layer comprises individual sections which are isolated from each other in a direction across the photo-detector, each section corresponding to an individual detector element, wherein said barrier layer extends past the plural individual sections of the second layer in the direction across the photo-detector, and is monolithically provided for each of the individual detector elements, thereby passivating the photo-detector during operation by blocking the flow of majority carriers to exposed surfaces of said barrier layer.

**13**. The system of claim **12**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

**14**. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed Dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer.

**15**. The system of claim **14**, wherein IDCA system is utilized in optical imaging devices, said optical imaging

devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

**16**. The system of claim **14**, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

**17**. An integrated dewar cooler system comprising:

a light permitting optical window;

a cryogenic and vacuum sealed dewar;

a motherboard;

a micro Cooler; and

a focal plan array,

wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within Dewar,

wherein said focal plan array is an array of photo detectors, comprising:

a first layer comprising an electrically conductive semiconductor having majority and minority carrier types with associated energy bands;

a barrier layer comprising a semiconductor with a barrier energy gap and associated conduction and valence bands, a first side of said barrier layer being adjacent said first layer;

a second layer comprising an electrically conductive semiconductor having majority and minority carrier types and an associated second layer energy gap, said second layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers, and further wherein the second layer forms a mesa on the continuous barrier layer such that the first side of said barrier layer laterally extends beyond the mesa, thereby passivating the photo-detector by preventing majority carriers from reaching exposed portions of the barrier layer.

**18**. The system of claim **17**, wherein the barrier layer is an undoped semiconductor which prevents majority carrier lateral conduction within said barrier layer.

**19**. The system of claim **17**, wherein the first and second layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.

**20**. The system of claim **17**, wherein IDCA system is utilized in optical imaging devices, said optical imaging devices being at least one of: cameras; night vision equipment; military equipment; sniper pod; electronics optic targeting system; aviation optical equipment; missile seeker or thermal imaging devices.

* * * * *

Doc Code: REIS.DECL
Document Description: Reissue Declaration Filed In Accordance With MPEP 1414

PTO/AIA/05 (06-12)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REISSUE APPLICATION DECLARATION BY THE INVENTOR | Docket Number (Optional) 1407RE1-Maimon |
|---|---|

I hereby declare that:
Each inventor's residence and mailing address are stated below next to their name.
I believe I am the original inventor or an original joint inventor of the subject matter which is described and claimed in patent number 9,117,726, granted August 25, 2015 and for which a reissue patent is sought on the invention titled Appliction of Reduced Dark Current Photodetector,

the specification of which

☑ is attached hereto.

☐ was filed on ____________ as reissue application number ____________.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

I believe the original patent to be wholly or partly inoperative or invalid, for the reasons described below. (Check all boxes that apply.)

☐ by reason of a defective specification or drawing.

☐ by reason of the patentee claiming more or less than he had the right to claim in the patent.

☑ by reason of other errors.

At least one error upon which reissue is based is described below. If the reissue is a broadening reissue, a claim that the application seeks to broaden must be identified:

The patent issued with incorrect priority claim, which according to the Office cannot be corrected by a petition under Rule 1.78 alone.



This collection of information is required by 37 CFR 1.175. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/05 (06-12)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| (REISSUE APPLICATION DECLARATION BY THE INVENTOR, page 2) | Docket Number (Optional) 14078RE1-Maimon |
|---|---|

Note: To appoint a power of attorney, use form PTO/AIA/81.

Correspondence Address: Direct all communications about the application to:

☑ The address associated with Customer Number: 23521

*OR*

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

Legal name of sole or first inventor (*E.g.*, Given Name (first and middle (if any) and Family Name or Surname)

Shimon Maimon

| | | | |
|---|---|---|---|
| Inventor's Signature: SM | | Date (Optional) 07/03/2019. | |
| Residence: City Rochester | State NY | Country US | |
| Mailing Address 136 Wilshire Rd. | | | |
| City Rochester | State NY | Zip 14618 | Country USA |

[ ] Additional joint inventors are named on the ______ supplemental sheet(s) PTO/AIA/10 attached hereto.

[Page 2 of 2]

SM000001020

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not yet assigend |
| Filing Date | Even date herewith |
| First Named Inventor | Shimon Maimon |
| Title | Application of Reduced Dark Current Photodetector |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1407RE1-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 7/4/2019 |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

**OR**

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

**OR**

☐ The address associated with Customer Number: 23521

**OR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.,* a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | /Shimon Maimon/ | Date | 05/27/2019 |
| Name | Shimon Maimon | Telephone | 585-3555556 |
| Title and Company | Chief Executive Office, Active Ally Oy | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/56 (03-13)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REISSUE APPLICATION FEE TRANSMITTAL FORM

Docket Number (Optional)
1407RE1_Maimon

**Application as Filed – Part 1**

| | (1) Claims in Patent | (2) Claims Filed in Reissue Application | (3) Number Extra | Micro Entity Rate ($) | Micro Entity Fee ($) | Small Entity Rate ($) | Small Entity Fee ($) | Undiscounted Rate ($) | Undiscounted Fee ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims (37 CFR 1.16(i)) | (A) 20 | (B) 20 | * = | x = | | x = | | x = | |
| Ind. Claims (37 CFR 1.16(h)) | (C) 5 | (D) 5 | ** 2 = | x = | | x 230 = | 460 | x = | |
| Application Size Fee (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $400 ($200 for small entity, $100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | | | |
| | | Filing Fee (37 CFR 1.16(e)) | | | | | 150 | | |
| | | Search Fee (37 CFR 1.16(n)) | | | | | 330 | | |
| | | Examination Fee (37 CFR 1.16(r)) | | | | | 1100 | | |
| | | Total Filing Fee | | | | | 2040 | | |

**Application as Amended – Part 2**

| | (1) Claims Remaining After Amendment | (2) Highest Number Previously Paid For | (3) Extra Claims Present | Micro Entity Rate ($) | Micro Entity Fee ($) | Small Entity Rate ($) | Small Entity Fee ($) | Undiscounted Rate ($) | Undiscounted Fee ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims (37 CFR 1.16(i)) | *** - | **** | = | x = | | x = | | x = | |
| Ind. Claims (37 CFR 1.16(h)) | *** - | ***** | = | x = | | x = | | x = | |
| Application Size Fee (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $400 ($200 for small entity, $100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | | | |
| | | | | | | | | | |
| | | | Total Additional Fee | | | | | | |

* Enter (B) – 20, or enter "0" if (B) is less than 20.
** Enter (D) – minus 3, or enter "0" if (D) is less than 3.
*** After any cancellation of claims.
**** If the "Highest Number of Total Claims Previously Paid For" is less than 20, enter "20" in this space.
***** If the "Highest Number of Independent Claims Previously Paid For" is less than 3, enter "3" in this space.

☑ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☑ The Director is hereby authorized to charge any additional fees under 37 CFR 1.16 or 1.17 which may be required, or credit any overpayment to Deposit Account No. 501392.

☐ A check in the amount of $ __________ to cover the filing/additional fee is enclosed.

☑ Payment made via EFS-Web.

☐ Payment by credit card. Form PTO-2038 is attached. WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

/Shalom Wertsberger/
Signature

7/4/2019
Date

Shalom Wertsberger
Typed or Printed Name

43,359
Registration Number, if applicable

585-200-3000
Telephone Number

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11, 1.14 and 41.6. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

SM000001024

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/53 (09-12)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REISSUE APPLICATION: CONSENT OF ASSIGNEE; STATEMENT OF NON-ASSIGNMENT | Docket Number (Optional)<br>1407RE1-Maiomon |
|---|---|

This is part of the application for a reissue patent based on the original patent identified below.

Name of Patentee(s)
Shimon Maimon

| Patent Number | Date Patent Issued |
|---|---|
| 9,117,726 | August 25, 2015 |

Title of Invention
Application of Reduced Dark Current Photodetector

1. ☐ Filed herein is a statement under 37 CFR 3.73(c). (Form PTO/AIA/96)

2. ☒ Ownership of the patent is in the inventor(s), and no assignment of the patent is in effect.

One of boxes 1 or 2 above must be checked. If multiple assignees, complete this form for each assignee. If box 2 is checked, skip the next entry and go directly to "Name of Assignee."

The written consent of all assignees and inventors owning an undivided interest in the original patent is included in this application for reissue.

The assignee(s) owning an undivided interest in said original patent is/are______________________________, and the assignee(s) consents to the accompanying application for reissue.

Name of assignee/inventor (if not assigned)
Shimon Maimon

| Signature | Date |
|---|---|
| [signature] | 07/03/2019. |

Typed or printed name and title of person signing for assignee (if assigned)

Shimon Maimon

This collection of information is required by 37 CFR 1.172. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR** | | |
| Serial No.~Confim#: | **13/964,883~5240** | Patent No.: | **9,117,726** |
| Filed on: | **Aug. 12, 2013** | Issue Date | **Aug. 25, 2015** |
| Correspondence Date | **November 9, 2018** | Docket: | **1407CON-MAIMON** |

Commissioner for Patents

Mail Stop Petitions
P.O. Box 1450
Alexandria, VA 22313-1450

Patentee hereby petitions under 37 CFR 1.78 to accept an unintentionally delayed claim under 35 U.S.C. 120, 121, or 365 for the benefit of prior-filed applications.

The present application has a defective priority claim due to an incorrect priority chain claiming in an Application Data Sheet filed on August 22, 2013 in the present application. Similarly incorrect priority chain was carried out in US application No. 14/822,433 filed August 10, 2015, now US Patent 9,766,130 issued Sep. 19, 2017, and again, a similar incorrect priority claim occurred in the present application.

The correct priority claim should reflect that:

- The present patent (US9,117,726) is a continuation in parts of US Application No. 13/167,992, now abandoned;
- which is in turn a continuation of US Application 12/656,739 which was filed on February 16, 2010 and issued on August 23, 2011 as US 8,003,434;
- which is in turn a division of US Application No. 11/276,962 which was filed on March 19, 2006 and issued on March 30, 2011 as US Patent 7,687,871.

The above priority chain is reflected in the enclosed corrected application data sheet, satisfying the requisite reference to the prior-filed applications as required under 35 U.S.C. 120 and 37 C.F.R. 1.87.

The petition fee set forth in 37 C.F.R 1.78 is being paid concurrently.

The entire delay between the date the claim for priority was due under 37 CFR 1.78 and this date were the priority claim is filed was unintentional.

Upon acceptance of this petition a filing receipt reflecting the entry of the proper priority claim is respectfully requested.

Concurrently with the present petition, the applicant submits petitions to accept unintentionally delayed priority claim to correct similar errors in the following related Patents and Patent Application:

- US Patent No. 9,766,130, Application No. 14/822,433, filed August 12, 2015
- US Patent Application No. 15/679,487, filed August 17, 2017

In order to expedite prosecution and avoid unnecessary delays, the Patentee respectfully requests that the each of the aforementioned petitions be assigned to the same examiner.

Respectfully submitted

Shimon Maimon, Patentee and applicant: ________________
11/14/2018

Filed by
Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON-Maimon |
|---|---|---|
| | Application Number | 13/964,883 |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 136 Willshire Road | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | |
|---|---|---|
| Customer Number | 23521 | |
| Email Address | shalom@saltamar.com | Add Email Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR | | |
| Attorney Docket Number | 1407CON-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 11 | Suggested Figure for Publication (if any) | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON-Maimon |
|---|---|---|
| | Application Number | 13/964,883 |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

- ☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)
- ☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | ~~Abandoned~~ | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | ~~Continuation in part of~~ | ~~13622981~~ | ~~2012-09-19~~ |
| Prior Application Status | ~~Abandoned~~ | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| ~~13622981~~ | ~~Continuation of~~ | ~~13033211~~ | ~~2012-02-23~~ |
| Prior Application Status | ~~Patented~~ | | Remove |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON-Maimon |
|---|---|---|
| | Application Number | 13/964,883 |

| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| ~~13033211~~ | ~~Continuation of~~ | ~~12/656739~~ | ~~2010-02-16~~ | ~~8003434~~ | ~~2011-08-23~~ |
| Prior Application Status | ~~Patented~~ | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| ~~12/656739~~ | ~~Division of~~ | ~~11/276962~~ | ~~2006-03-19~~ | ~~7687871~~ | ~~2010-03-30~~ |
| Prior Application Status | Abandoned | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |
| Prior Application Status | Patented | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON-Maimon |
|---|---|---|
| | Application Number | 13/964,883 |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON-Maimon |
|---|---|---|
| | Application Number | 13/964,883 |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR | |

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

◯ Assignee ◯ Legal Representative under 35 U.S.C. 117 ◯ Joint Inventor

◯ Person to whom the inventor is obligated to assign. ◯ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CON-Maimon |
|---|---|---|
| | Application Number | 13/964,883 |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR | |

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2018-11-14 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

**U.S.PATENTS** Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |
| | 26 | 6452220 | | 2002-09-17 | Morse | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |
| | 7 | 20070215858 | | 2007-09-20 | Uchiyama et al. | |
| | 8 | 20080308840 | | 2008-12-18 | Ogura | |
| | 9 | 20040118992 | | 2004-06-24 | Choe et al. | |
| | 10 | 20090256231 | | 2009-10-15 | Klipstein | |
| | 11 | 20120037806 | | 2012-02-16 | Gibbons | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number3 | Country Code2 i | Kind Code4 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T5 |
|---|---|---|---|---|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | 'nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | 'Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407RE1-Maimon |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shalom Wertsberger/ | Date (YYYY-MM-DD) | 2018-11-22 |
|---|---|---|---|
| Name/Print | Shalom Wertsberger | Registration Number | 43359 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **Application of Reduced Dark Current Photodetector** | | |
| Serial No.~ Confirm: | | Group: | **MAIMON** |
| Filed on: | | Examiner: | **MAIMON** |
| Correspondence Date | **July 4, 2019** | Docket: | **1407RE1-MAIMON** |

## Information Disclosure Statement under 37 CFR 1.97

Honorable Director for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Honorable Director:

This Information Disclosure Statement is submitted pursuant with 37 CFR §1.97, 1.98. It is requested that the information disclosed herein be made of record in this application. It is further requested that the information set forth in this statement and in the listed documents be considered during the pendency of the above-identified application, and any other applications cross referencing, relying on the priority of, or otherwise related to the above-identified application.

The disclosed documents were cited in related applications and/or are otherwise known, and represent information known to the applicant at this time, that was not previously disclosed to the Office. In accordance with 37 CFR §1.97(g) and (h), the filing of this IDS should not be construed as a representation that a search has been made or that the information cited is, or is considered to be, material to patentability as defined in 37 CFR §1.56(b), nor should it be construed that any information cited herein or in the attached documents is (or constitutes) "prior art" for this invention, nor should any aspect if this submission, including any forms or documents, be construed as a disclaimer of claim scope.

Translations provided for any foreign language documents may be machine made and applicant makes no statements, nor asserts their accuracy.

Our understanding is that no fee is due in connection with this submission. If this understanding is incorrect, the director is hereby requested and authorized to charge

any fee, or credit any overpaid amount, to Deposit Account No. 501392, as needed to maintain the application in good standing in the Office.

In accordance with 37 CFR § 1.98, this IDS includes a list (e.g. form PTO-SB/08, or equivalent), together with copies, of all non-US patents, publications, or other information submitted for consideration by the office, either incorporated into this IDS or as an attachment thereto.

Consideration of the foregoing in relation to this application is respectfully requested.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

# (12) UK Patent Application (19) GB (11) 2 127 619 A

(21) Application No **8324749**
(22) Date of filing **15 Sep 1983**
(30) Priority data
(31) **8227180**
(32) **23 Sep 1982**
(33) **United Kingdom (GB)**
(43) Application published
**11 Apr 1984**
(51) **INT CL³**
**H01L 31/10**
(52) Domestic classification
**H1K** 1EB 2R3A 2R3E 2S11S 2S12 3C1C 2S1D 2S1E 2S23 2S2D 2S5 4C1U 5B1 5BX 5H2L 9A 9B1 9B1A 9B2 9B4X 9D1 9E 9M1 9N1B 9N2 9N3 9N4 9P3 9R2 EBX
**U1S** 2091 2093 2097 2099 2222 H1K
(56) Documents cited
**GB 1597538**
**GB 1450627**
(58) Field of search
**H1K**
(71) Applicant
**The Secretary of State for Defence,**
**(United Kingdom),**
**Whitehall,**
**London,**
**SW1A 2HB**
(72) Inventor
**Anthony Michael White**
(74) Agent and/or address for service
**Ministry of Defence,**
**Dr. H. J. Field,**
**Procurement Executive,**
**Patents 1A4, Room 2014,**
**Empress State Building,**
**Lillie Road,**
**London SW6 1TR**

(54) **Infrared detectors**

(57) A detector (Fig. 1) in which a barrier region (11) is interposed in the current path between the emitter (13) and collector (9) of the detector. This region (11) is of a material having a valence band edge approximately level to that of the emitter material and an appreciably wider band gap (Fig. 2). It thus serves to impede majority carrier current flow and as a consequence device resistance is high. When the detector is biassed, the pedestal contribution to detector signal is low.

The collector (9) may be of semiconductor material of the same majority carrier type as the emitter material; or may be of opposite type but dopant enriched; or it may be a Schottky metal contact.

In one variant of the detector, the emitter (13) and collector (9) are located on opposite sides of the barrier (11) and are of different band-gap materials. The infrared band response of this detector can be changed by reversing bias polarity.

In another variant of the detector (Fig. 4, not shown) the emitter (23) is in strip form and has a pair of bias contacts. The barrier (31) and collector (33) are located on the strip at a position between these contacts and provide a high resistance read-out structure (29).

In one further variant of the detector (Fig. 6, not shown) the emitter (45), the collector (45), together with additional emitter-collector regions (45), are formed from a single layer of photosensitive material on one side of the barrier (43) and provide a high resistance, series connected, multi-element, structure.



Fig. 1.



Fig. 2.

GB 2 127 619 A

1/2 2127619




Fig.1.




Fig.2.




Fig.3.

2127619

2/2




Fig. 4.




Fig. 5.




Fig. 6.




Fig. 7.

SPECIFICATION
**Infrared detectors**

**Technical field**

The present invention concerns the structure and application of infrared detectors, particularly photoconductive detectors.

**Background art**

Conventional infrared photodetectors formed of cadmium mercury telluride (CMT) alloy materials are well known, both simple two contact photoconductors and single p-n homojunction photodiodes. Recent developments have seen time-delay-integration functions included in the photoconductive element—see for example UK Patent No 1,488,258, where the detector is of strip shape and the photocarrier drift rate is matched to the velocity of a scanned image.

A major problem associated with conventional photoconductors, particularly those used in unscanned "staring" applications is a standing DC output (known as a bias "pedestal") even in the absence of any input optical flux. For conventional long wavelength intrinsic photoconductors, the impedance is low, and the standing current is typically several milliamps corresponding to a pedestal of a few volts. For comparison the background flux signal is millivolts, and the required optical signal is microvolts. This pedestal is exceptionally difficult to subtract out in a stable and accurate manner except in the case of a scanned system which can use capacitative output coupling.

Photovoltaic detectors—e.g. photodiodes, have the advantage that they do not require bias, do not dissipate significant power, nor do they have a bias pedestal. Junction diode detectors, however, are difficult to make and require a bulk of scarce and largely uncharacterised p-type CMT. They also suffer stability problems upon the high temperature storage conditions typical of a military user environment, as also upon long-term operation.

**Disclosure of the invention**

The inventon is intended to provide a long wavelength intrinsic photoconductive detector of high impedance. Being of high impedance, the problem of bias pedestal is minimised.

According to the invention thers is provided an infrared detector comprising:—

an emitter region formed of material photosensitive to infrared radiation;

a collector region;

a pair of contacts, one an emitter contact, the other a collector contact and,

a barrier region, adjacent both to the emitter region and the collector region, formed of material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of minority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

Since the barrier region provides a barrier to the flow of majority carriers from the emitter, the detector exhibits high impedance. Since, however, minority carriers are free to pass this barrier region, under illumination and with appropriate bias, photocurrent will be generated and the detector will behave as a photoconductor.

Preferably the emitter and barrier materials are ternary alloys of the same chemical species. Examples are: n-type/n-type, n-type/p-type, or p-type/n-type compositions of cadmium mercury telluride; or of indium gallium arsenide; or of gallium aluminium arsenide. The barrier material may however be a composition of different chemical species, provided emitter and barrier materials have a common or near common valence band. The barrier material may be a binary alloy or compound having a common anion with the ternary material. Examples are: cadmium mercury telluride and cadmium telluride; gallium aluminium arsenide and gallium arsenide; or indium gallium arsenide and indium arsenide.

To avoid the need for compositional gradation at the emitter-barrier interface in order to remove large heterostructure discontinuities in bands, it is preferable that the emitter and barrier materials are n-type and p-type, respectively.

The collector region may be of material of like majority carrier type to the emitter material, having a valence band limit common with or at least near level to that of the barrier material. Alternatively it may be of a high work function metal, or of a heavily doped semiconductor material of opposite majority carrier type to the emitter material. When of metal, the collector region is provided by the collector contact itself.

One form of the detector is of planar structure wherein the emitter, barrier and collector regions are provided by n-type, p-type and n-type layers of materials, respectively. In this structure the emitter and collector regions may be of like material thus having like band gap characteristics. This detector has non-linear performance characteristics under illumination conditions and may thus be included in circuit with a source of alternating bias or of modulated AC bias, the collector being followed by an integrator, harmonic filter or demodulator, as appropriate. In a variant structure of this form of detector, the emitter and collector materials are of like majority carrier type, one material of composition suited for the detection of infrared radiation of wavelength in the 3—5 $\mu$m band, the other material of composition suited for the detection of infrared radiation of wavelength in the 8—14 $\mu$m band. This detector thus has responsitivity to one band at a time, which one depending on the directon of bias. It may thus be included in a circuit including a source of DC bias, a bias that can be switched from one direction to the other, for waveband selection. Alternatively it

SM000001049

may be included in a circuit including a source of AC bias, and have a phase-sensitive or gated amplifier following the collector. Separately gated circuits will produce two channel output with data from an individual band in each channel.

Another form of the detector, also of planar structure, is comprised of two layers of material of different majority carrier type, the material of one layer being of significantly wider band gap, the other layer being delineated to define the emitter and collector regions of the detector.

In another form of the detector, the emitter region is provided by an extensive strip length of material, and the barrier and collector regions are arranged to provide a read-out region for this strip. Such a detector may then be included in the focal plane of a scanning optical system, and biased such that photocarriers generated in the strip drift at a rate matched to the scan velocity. This affords in situ signal integration.

**Brief description of the drawings**

In the drawings accompanying this specification:—

Figure 1 is a cross-section drawing showing the structure of an n-p-n composite photodetector embodying features of the invention;

Figures 2, 3(a) and (b) are band level energy diagrams for the detector structure shown in the preceding figure for zero, forward and reverse bias respectively;

Figure 4 is a cross-section drawing showing an alternative structure of n-p-n composite photodetector, a strip detector;

Figures 5(a) and (b) are band level energy diagrams for metal collector and degenerate semiconductor collector variants respectively, of the photodetector shown in preceding figure 1 above;

Figure 6 is a cross-section view of a two layer structure photodetector, an alternative to the structure shown in figure 1 above; and,

Figure 7 is a band level energy drawing for a two-colour sensitive detector, a variant of the detector shown in figure 1 above.

**Description of preferred embodiments**

Embodiments of the invention will now be described, by way of example only, with reference to the accompanying drawings.

The photodetector 1 shown in figure 1 is comprised of two ohmic contacts 3 and 5, one each side of a triple layered structure 7 of cadmium mercury telluride (CMT) materials. This structure 7 is comprised of a first layer 9 of n-type cadmium mercury telluride formed from a slice cut from a good quality single crystal. The upper two layers, layers 11 and 13 of p-type and n-type cadmium mercury telluride materials, respectively, have been prepared either by sputtering or epitaxial techniques [vapour phase epitaxy (VPE), liquid phase epitaxy (LPE), molecular beam epitaxy (MBE), or chemical vapour deposition (CVD)].

The outer n-type layers 9 and 13 provided have equal band gaps ~0.1 eV (see Figure 2) and are of a cadmium mercury telluride material that is suited to the detection of infrared radiation in the 8—12 $\mu$m band ($Cd_xHg_{1-x}Te$: x=0.20). Each layer 9 and 13 has a donor concentration of the order of $5\times10^4cm^{-3}$. At an operational temperature circa 80°K (as for liquid nitrogen cooling), the intrinsic carrier concentration is typically $2.5\times10^{13}cm^{-3}$ and the minority carrier (hole) concentration is $1.2\times10^{12}cm^{-3}$. The uppermost n-type layer 13 is thin ($\leqslant$10 $\mu$m) as for a shallow junction photodiodie. This layer 13, the surface of which is exposed during operation to focussed infrared radiation, has as contact 3 one which is optically reflecting, that minimises minority carrier generation—recombination at the layer surface, and that provides a wide gap window. This contact 3, is one of compound structure and consists of a thin layer 15 of strongly doped n-type CMT of a slightly larger band gap (e.g. $n^+$-type CMT, and, x>0.20, 10 $\mu$m thick) to which simple ohmic metallic edge or ring contact 17 is made.

The sandwiched layer, the p-type layer 11, is of cadmium mercury telluride material of significantly larger band gap ~0.5 eV (i.e. it is of cadmium enriched material: x~0.45). It is doped p-type with the same or closely similar Fermi level (FL) above the valence band (VB) as in the n-type cladding layers 9 and 13. Since the valence band densities of states are similar (hole effective mass 0.55; insensitive to composition) the hole concentration is appreciably constant throughout the device. The interface between the upper n-type layer 13 and the sandwiched p-type layer 11 is a p-n junction without a depletion zone, i.e. there is no space charge layer at zero bias. The centre layer 11 is of thickness between 3—10 $\mu$m, a compromise between tunneling, conductivity, trapping and depletion under bias conditions.

In this structure (figure 1) electron current flow is blocked by an energy barrier (figure 2). This barrier is due to a heterostructure conduction band discontinuity. There is, however, no barrier at all to holes, carriers which are generated in the upper n-type layer 13 by photoconversion, an optical absorption process. The detector device 1 behaves as a photoconductor, as will now be discussed below.

Because of the relatively high electron concentration and high electron mobility in the n-type layers 9 and 13, the resistance of these layers is negligible compared with that of the centre lyer 11. Any external voltage applied to the device 1 appears across the centre region 11. Because of the absence of a barrier to holes, a hole current will flow, limited however by the restricted availability of holes relative to the high concentrations which would be provided by ohmic contact. Because no field can be established in the n-type layers 9 and 13, only diffusion currents flow there. Consider radiation incident from above the device 1 with the top

contact 3 (the emitter contact) biassed positively with respect to the other contact 5 (the collector contact). Holes will be generated in the emitter layer 13 and will disappear by recombination at the contact 3, or by recombination in the bulk of the emitter layer 13 or by transferring to the centre layer 11. Since the width of the emitter layer 13 is small compared with a diffusion length ($\sim$30 $\mu$m), bulk recombination processes can be ignored, at least to a first approximation. It can be shown that the concentration of optically generated holes is considerably larger than the concentration of thermally generated holes, so the latter concentration can also be ignored. The energy level diagram for this choice of bias is shown in figure 3(a).

On application of this bias, the generated carriers are swept across the centre layer 11. Holes are the majority carriers for this centre layer 11 and have an even longer bulk recombination lifetime in this lightly p-doped material than the typical lifetime (1—20 $\mu$sec) in n-CMT. Strictly, space charge controlled currents flow in this zone but it can be shown that for reasonable applied fields (1 volt across 10 $\mu$m, corresponding to $10^3$V/cm) and typical currents (corresponding to the flux from background radiation at 300K and f/2.5 field of view) the field does not vary excessively. As a result a simple description of current flow is obtained by solving the continuity equation at the first interface. In the collector layer, layer 9, the holes arrive by minority carrier injection at the forward biassed interface, and build up until the recombination rate by bulk processes, or at the contact 5, balances the rate supplied by the current.

The generation and distribution of minority carriers in the emitter layer 13 are very similar to the conditions prevailing in a reverse biassed shallow junction photodiode. The optical generation rate corresponding to the above quoted background conditions, with quantum efficiency 0.9, is for a thickness of 10 $\mu$m, $6.8\times10^{20}$cm$^{-3}$sec$^{-1}$. This is to be compared with a thermal generation rate of $\sim5\times10^{17}$cm$^{-3}$sec$^{-1}$, about $10^3$ times smaller. Accordingly the thermal generation rate can be ignored. The optically generated carriers diffuse to the top contact 3 which can be characterised by a surface recombination velocity $S_c$, to the interface with the centre layer [illegible]ich in this approximation appears as a surface with recombination velocity $\mu$E where E is the field in the p-type layer and $\mu$ the hole mobility, or they recombine in the bulk.

For $\mu$=300 cm$^2$/volts sec and E=$10^3$ volts/cm, $\mu$E=$3\times10^5$ cm/sec. The effective time constant for removal at the interface 13/11 is $3\times10^{-4}/\mu E=10^{-9}$ seconds ignoring diffusion effects. This is limited by the diffusion time to reach the surface, about $3\times10^{-8}$ seconds, a time still much shorter than the bulk recombination lifetime. If $S_c \ll 3\times10^5$cm/sec then the majority of the carriers $\phi$ will be transferred to the p-type layer 11, in which case j=$\phi$q and J=pq$\mu$E gives the hole concentration p in the p-type layer 11. Under the quoted conditions p$\sim1.1\times10^{13}$cm$^{-3}$ with a current density of 0.1A/cm$^2$. For comparison, the hole concentration in the undepleted p-type layer 11 is $\sim1.3\times10^{12}$cm$^{-3}$. In the high field of the centre layer 11 these thermally generated carriers are reduced to a negligible fraction of the signal current.

In the n-type collector layer 9 the concentration of carriers rises until the recombination cate balances the supply rate. The effect of the structure is to separate the region where carriers are generated from the region where they recombine.

There is a space charge phenomenon induced by the minority carrier injection into the collector layer 9. As the minority carrier concentration rises above the thermal equilibrium, the electron concentration also rises to maintain neutrality. In this low band gap material, which is dominated by Auger recombination, this will cause a reduction of the minority carrier lifetime. There is a converse effect in the emitter layer 13 induced by the extraction field, but counterbalanced by the generation of excess holes by the incident radiation. In order to significantly reduce the recombination life-time, the excess hole concentration must approach the thermal equilibrium electron concentration $\sim5\times10^{14}$cm$^{-3}$, depending on the doping.

A leakage current under zero illumination is also obtained. For the conditions given the leakage current is $\sim3\times10^{-3}$amps/cm$^2$ corresponding to a value of RoA$\sim$26 ohm cm$^2$. This high resistance value stems from the fact that there is no minority electron leakage. For a planar device 50 $\mu$m square, with area $2.5\times10^{-5}$cm$^2$ the saturation leakage current is $7.5\times10^{-8}$amps, compared to the background induced current of $2.5\times10^{-6}$amps. (The leakage current can be compared with the standing current of a photoconductor of the same light gathering area, but driven longitudinally, $\sim5\times10^{-3}$amps).

The noise in this device 1 is essentially the fluctuation noise of background radiation.

The capacitance of this device 1 is very low, $\sim$0.02 pF for the 50 $\mu$m square planar device. Encapsulated structures therefore will have a capacitance which is limited by packaging and configuration rather than by fundamental device properties.

This device has a number of characteristics common to both photoconductors and photodiodes, but lacks some of the most serious drawbacks of those devices. It has zero output at zero bias with the negligible tunnelling associated with a photoconductor, and yet has a zero signal leakage current typical of the very best heterojunctions, in which minority carriers from only one side participate in leakage. In addition the capacitance is very low, a value typical of a p-i-n diode structure, and the space charge generation-recombination is low. Consequently it has application to many of the circuits devised for

diodes, though in the symmetric version described above, bias has to be supplied.

The photodetector 1 described above thus performs as a high impedance photoconductive detector when the collector contact 5 is biassed negative with respect to the emitter contact 3. [Figure 3(a)]. This photodetector 1 may also be operated using constant AC or modulated AC bias. For these modes of operation the device behaves as a non-linear detector, i.e. a detector whose responsivity depends on bias direction. During the AC cycle, whilst the upper p-n junction 11—13 is reversed biassed, as shown in figure 3(a), the detector 1 behaves as described above, and a photocurrent flows in the collector circuit. However, at other times during the AC cycle, during which the upper p-n junction 11—13 is forward biassed, the minority carriers generated in the upper n-type layer 13 under illumination are attracted to the emitter contact 3, as shown in figure 3(b). The output developed from the heterostructure device is thus now merely leakage current due to minority carrier generation in the collector layer 9. No appreciable number of minority carriers, however, is generated optically in the collector layer. Infrared radiation in the 8—14 $\mu$m band is absorbed in the upper photosensitive layer 13; little if any can penetrate the device 1 to reach the collector layer 9. In terms of the photosignal the responsivity ratio is therefore extremely high, largely limited to the photoconductive signal developed in the emitter layer itself, and this can be disregarded as the field in the emitter layer is negligibly small, and because so little radiation penetrates beyond the emitter layer 13.

The photodetector 1 may thus be incorporated with an AC bias circuit. Useful photosignal can then be extracted by following the collector contact 5 with an integrating circuit. Because the device is non-linear under illumination conditions, the time averaged AC signal will produce a finite measurable component dependent upon illumination intensity. However, in the absence of incident radiation, the current voltage characteristic of this detector 1 is reasonably linear. Thus application of AC bias followed by integration ensures that the output signal in the absence of radiation is exactly zero. This mode of bias thus avoids any problem of bias pedestal, even though this is in any case smaller than that for conventional photoconductive detectors in view of the unusually large impedance that is a characteristic of this device.

As alternative to the use of an integrator in the AC biassed circuit described above, the collector circuit could include instead a harmonic frequency filter. The device 1 as described is non-linear and thus generates measurable harmonics under illumination.

Instead of constant AC bias, modulated AC bias can be used and the resultant signal demodulated to produce desired signal. The modulation waveform would in this case be chosen so that the signal can be extracted at a frequency above the system 1/f noise knee frequency. Alternatively, the AC bias could be coded and the output decoded to eliminate noise.

The detector 1 described above is a three-layer structure of CMT materials. The centre layer 11, however, could instead be of different material—for example p-type cadmium telluride. The essential requirements for this choice of different material being that it is one of wide band gap characteristic, and offers little valance band distortion across each p-n interface 11—13 and 11—9. In the case of cadmium telluride, a suitable choice is low carrier concentration (compensated) p-type material with the same or very similar depth of Fermi level about the valence band as in the n-type CMT cladding layers 9 and 13. The Fermi level in this cadmium telluride layer 11 would be pinned by an acceptor donor such as silver Ag ($E_a \sim 0.114$ eV) or a combination of acceptors. Since the valence band densities of states are similar for the choices of CMT/CdTe materials, the hole concentration is effectively constant throughout the structure 7. Because of this alignment of Fermi levels and application of the common anion rule (this applies to the CMT/CdTe common anion tellurium system) the valence band is level and undistorted throughout the structure 7. Small discrepancies are reduced by inevitable compositional grading.

Similar effects may be expected in other systems obeying the common-anion rule. The most obvious examples are the gallium arsenide-gallium aluminium arsenide (GaAs-GaAlAs) and indium arsenide-indium gallium arsenide (InAs-InGaAs) systems.

A CMT/CdTe photodetector 21 of modified configuration is shown in figure 4. It is in the form of an elongate strip filament 23 of n-type cadmium mercury telluride material passivated by layers 25 and 27, of intrinsic cadmium telluride material, one adjacent to each surface top and bottom of the CMT filament 23. At one end of this filament 23 a read-out contact structure 29 is provided. This structure 29 together with the filament 23 of n-type CMT has the form of a triple layer structure similar to that described above.

Here a p-type barrier region 3 is formed by modifying a part of the upper passivation layer 25 of cadmium telluride by dopant implantation/diffuser. Above this barrier region 31 a collector region 33, also of n-type CMT, and, an ohmic compound contact 35 are provided. This detector 21 may be used as an integrating focal plane photoconcutive detector in an optically scanned system, for example in a system such as is described in UK Patent No. 1,488,258. In such a system radiation is focussed onto the strip filament 23 and is scanned along the length of the filament towards the read-out contact 29 at a velocity that is matched to the drift velocity of ambipolar photocarriers driven under DC bias applied to the filament. These ambipolar carriers result from photoconversion and their density increases in spatial correspondence with the image. Minority carriers, components of the

ambipolar photocurrent, are extracted at the read-out contact. A read-out signal is thus provided, a signal that in time follows the spatial intensity variations of the scanned image of a thermal scene.

It is also possible to substitute alternative material for the collector layer 33. It could be of low gap p-type material (thus making a $p^+$-p-n structure—see the energy diagram figure 5(b)—or it could be an ohmic contact—see the energy diagram figure 5(a). A high work function metal is used for the ohmic contact. Such contacts are difficult to prepare however, so the heavily doped semiconductor of figure 5(b) is more favoured. This semiconductor could be of cadmium telluride, zero-gap CMT, or even mercury telluride.

An alternative n-p-n structure 41 is shown in figure 6. This is a device of a lateral structure in which the n-type emitter and collector regions are formed from a single epitaxial layer disposed on one surface only of a substrate layer 43 of p-type wide band gap material. These regions are formed as stripes 45 which are delineated by etchant. Those at each end of the device 41 are provided with ohmic contacts 47 and 49. Though the electric field distribution in this device 41 is somewhat complex, the principle of operation is basically unchanged. High field regions exist only between the photosensitive stripes 45 of n-type CMT. The base layer 43 is either self-supporting, or in the more usual case is bonded onto a supporting insulating substrate—e.g. a substrate 51 of sapphire as shown. In each case there is a significant refractive index mismatch at the lower surface/interface for this base layer 43. Thus radiation passing through the gaps in the photosensitive n-type CMT layer will be reflected and in the main part will be absorbed in the photosensitive region 45 following reflection. The physical size of the stripes 45 and the spacing between them must be kept small because a proportion of the bias field lines between the stripes take a relatively long route. The minority carrier transport in the n-layer stripes 45 is essentially due to diffusion, so the hole minority carriers do not emerge solely from the corners of the stripes.

The detector having the structure shown in figure 1 may be readily adapted for "two-colour" detectors application. In this case the top layer 13 is of relatively high band gap material, a material having a band gap that is intermediate to the band gaps of the lower two layers 11 and 9. Consider, to illustrate this application, a detector responsive to radiation in the 3—5 $\mu$m and 8—14 $\mu$m bands. For this the top layer is formed of n-type CMT material suited to detection of radiation in the 3—5 $\mu$m band (x=0.28), and the bottom layer is formed of n-type CMT material suited to detection of radiation in the 8—14 $\mu$m band (x=0.2). The Fermi level is graded in the centre layer 11 to accommodate the different levels in the two cladding layers 9 and 13. A small standing bias (equal to the difference in work functions) has then been applied to reach the neutral situation shown in the energy diagram—figure 7. In forward bias (drift from surface towards interior, left to right of figure 7) only 3—5 $\mu$m radiation will be detected, because of the asymmetry. Radiation at energy less than the window energy passes through the structure 7 to the lower energy gap material, layer 9. Though this will generate photocarriers, for this direction of bias, since the field across the collector layer is inappreciable, the response to 8—14 $\mu$m band radiation is negligible. The signal corresponds to 3—5 $\mu$m band absorption in the top layer 13. When, however, the bias direction is reversed, the signal due to 3—5 $\mu$m band absorption is negligible. In this case photocarriers generated in the lower layer 9 by photoconversion of the 8—14 $\mu$m band, are driven across the drift zone provided by the centre layer 11, and generate signal. Detector responsivity to 3—5 $\mu$m band radiation and to 8—14 $\mu$m band radiation can thus be switched by changing the direction of DC bias. Alternatively, the detector may be AC biassed in which case output selection for each band is by phase; the signal is sensed by a gated amplifier.

A detector similar to that shown in figure 1 could also be used as an upconverter. An upconverting effect arises provided the radiative efficiency of recombination in the collector is high. The band gap of the collector is here chosen high enough so that emitted radiation can be received either directly or by a near-infrared vidicon camera.

An inverted device with respect to n- and p-type materials is feasible, although it would demand greater control of the heterostructure interfaces. Because of the heterostructure discontinuity in the band structure, which would have to be graded out during layer growth, there is an extended zone with practically indeterminate carrier recombination properties. However, the high carrier mobility would place less restrictions on device operating voltages. The emitter interface field can be very low and yet still provide the high drift velocity necessary for high emitter efficiency. The doping concentrations of p-type material generally available are $>1\times10^{16}\text{cm}^{-3}$ so that minority (electron) concentration in the emitter is extremely small. Although the lifetime is very short, the high diffusion constant ensures that the diffusion length is, as above, a few tens of microns. The high generation rate of minority carriers however means that background limited performance (BLIP) would be difficult to achieve.

**Claims**

What I claim is:—

1. An infrared detector comprising:—

an emitter region formed of material photosensitive to infrared radiation;

a collector region;

a pair of contacts, one an emitter contact, the other a collector contact; and,

a barrier region, adjacent both to the emitter region and the collector region, formed of

material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of majority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

2. A detector as claimed in claim 1, wherein the emitter and collector regions are disposed on opposite side of the barrier region.

3. A detector, as claimed in claim 2, wherein the emitter region is in the form of a strip of material photosensitive to infrared radiation, this strip having two bias contacts, one the emitter contact aforementioned, the other an additional contact; the barrier region, collector region and collector contact together providing a read-out structure located between the two bias contacts at a position remote from the additional contact.

4. A detector, as claimed in claim 2, wherein the emitter and collector regions are of the same band-gap material.

5. A detector, as claimed in claim 2, wherein the emitter and collector regions are of different band-gap materials of the same majority carrier type, one material being photosensitive to radiation of one wavelength band, the other material being photosensitive to radiation of another wavelength band of the infrared spectrum.

6. A detector, as claimed in claim 1, wherein the emitter region and the collector region are adjacent to the same side of the barrier region.

7. A detector, as claimed in claim 6, wherein the emitter region and collector region are formed from a single layer of material.

8. A detector, as claimed in claim 6, including at least one emitter-collector region, intermediate the emitter region and the collector region aforesaid, each such emitter-collector region being formed from the same single layer.

9. A detector, as claimed in any one of the preceding claims, wherein the emitter region is of ternary alloy material, one of the infrared photosensitive ternary alloys cadmium mercury telluride, indium gallium arsenide, or gallium aluminium arsenide.

10. A detector, as claimed in claim 9, wherein the barrier region is also of ternary alloy material, an alloy including the same constituent elements but in different proportion.

11. A detector, as claimed in claim 9, wherein the barrier region is of binary alloy material, the ternary and binary alloys having a common anion constituent, the binary alloy material being one of the alloys cadmium telluride, indium arsenide, or gallium arsenide, respectively.

12. A detector, as claimed in any one of the preceding claims, wherein the emitter region and the barrier region are of n-type and p-type doped extrinsic materials, respectively.

13. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, the emitter region and collector region materials being of the same majority carrier type.

14. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, wherein the collector region and collector contact are formed of a single layer of high work-function metal.

15. A detector, as claimed in any one of the preceding claims, 1 to 3, or 9 to 12, wherein the collector region is of heavily doped semiconductor material of the opposite majority carrier type to that of the emitter region material.

16. An infrared detector constructed, arranged and adapted to perform substantially as described hereinbefore with reference to and as shown in the accompanying drawings.

17. Apparatus including a detector as claimed in any one of the preceding claims together with a source of alternating voltage bias connected between the emitter contact and collector contact, and a signal current detector responsive to collector current generated by the detector.

18. Apparatus including a detector as claimed in claim 5, a voltage source connected between the emitter contact and collector contact, a switch for changing the polarity of the source voltage, and a signal current detector responsive to collector current generated by the detector.

19. Apparatus including a detector, as claimed in claim 5, a source of alternating voltage bias connected between the emitter contact and collector contact; and, a phase-sensitive detector for separating signals developed during the positive and negative half-cycles, respectively, of the alternating bias.

Printed for Her Majesty's Stationery Office by the Courier Press, Leamington Spa, 1984. Published by the Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407RE1-Maimon |

Filed as Small Entity

**Filing Fees for Reissue (Utility)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY REISSUE BASIC | 2014 | 1 | 150 | 150 |
| REISSUE OR REISSUE DESIGN CPA SEARCH FEE | 2114 | 1 | 330 | 330 |
| REISSUE OR REISSUE DESIGN CPA EXAM. FEE | 2314 | 1 | 1100 | 1100 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| REISSUE- INDEPENDENT CLAIMS | 2204 | 2 | 230 | 460 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **2040** |

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 36501831 |
| **Application Number:** | 16503534 |
| **International Application Number:** | |
| **Confirmation Number:** | 6418 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407RE1-Maimon |
| **Receipt Date:** | 04-JUL-2019 |
| **Filing Date:** | |
| **Time Stamp:** | 12:53:48 |
| **Application Type:** | Reissue (Utility) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $2040 |
| RAM confirmation Number | 070519INTEFSW12555400 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 1-1407RE1-ADS-ASIA.pdf | 1256092<br>c4c381e220d88c0a65c86bfc61bb66066dcde81d | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Transmittal Reissue Application | 2-1407RE1-ReiisueXmittal.pdf | 325858<br>60115ac5b564596aac3ef51aca59680972db5d1a | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | | 3-1407RE1-Patent9117726.pdf | 1864598<br>f1537d4203ed063c4f37bf6b67a7cce89a16ac90 | yes | 21 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Abstract | 1 | 1 |
| Drawings-only black and white line drawings | 2 | 12 |
| Specification | 13 | 18 |
| Claims | 19 | 21 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Preliminary Amendment | 4-RE1CON-Amendment1.pdf | 157185<br>0eb42b0a17c2fbf154247f96ffd8afcb47680514 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Reissue dec filed in accordance with MPEP 1414 | 5-1407RE1-Declaration.pdf | 125679<br>a8bdb72dc2993bbe5d89c53e758f2846866dd132 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Power of Attorney | 6-1407RE1-POA.pdf | 191334<br>bbd16fede2699538bf088052881bdb7c44260856 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Fee Worksheet (SB06) | 7-1407RE1-ReissueFeeXmittal.pdf | 247693<br>a539e0037d417909599b5d2278d9b1fc0dae2542 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Consent of Assignee accompanying the declaration | 8-1407RE1_NoAssignee.pdf | 155526<br>98c61896079a7717512028c2c179b631e7fa730a | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Appendix to the Specification | 9-CON_Petition.pdf | 863817<br>c9afb0d78e085081d819b7b3e63409ecaf6a0df3 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Information Disclosure Statement (IDS) Form (SB08) | 10-1407RE1-IDS1.pdf | 613590<br>91a9f3a75fdd76198838e73d9d8c942ec54e6ddf | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Transmittal Letter | 11-IDSTransmittal.pdf | 103396<br>3988357a7617b3af40cad1592fee106d22c9df90 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Non Patent Literature | Elizabeth_Et_al-pix.pdf | 7077372<br>c83466f4438154e74b3bb6d30b60ef25e1ff1c3e | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Non Patent Literature | nbn_paper_Shimon.pdf | 436628<br>14d866bc85e5407370d8359c9db6ada1795c6317 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 14 | Foreign Reference | GB2127619A.pdf | 704689<br>eb295cc31b8cff47daf0a4dfd1e21d3d614c8745 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | Fee Worksheet (SB06) | fee-info.pdf | 36853<br>30850e79d49da787f3bcfdca7c3ceab14305375a | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 14160310 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1 — Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | MAIMON | |

**Residence Information (Select One)** ● US Residency ○ Non US Residency ○ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 136 Wilshire Rd. | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. — Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | |
|---|---|
| Customer Number | 23521 |
| Email Address | shalom@saltamar.com (Add Email / Remove Email) |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | Application of Reduced Dark Current Photodetector | | |
| Attorney Docket Number | 1407RE1_Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 11 | Suggested Figure for Publication (if any) | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | Application of Reduced Dark Current Photodetector |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

Prior Application Status: Patented — Remove

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| | reissued of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Remove<br>Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1 Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | Application of Reduced Dark Current Photodetector |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2019-07-04 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407RE1_Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | Application of Reduced Dark Current Photodetector | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**SALTAMAR INNOVATIONS**

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| In re application of: **Shimon Maimon** | | | |
|---|---|---|---|
| **For:** **Application of Reduced Dark Current Photodetector** | | | |
| Serial No. ~confirm: | **16/503,534** | Patent: | **9,117,726** |
| Filed on: | **Even date herewith** | Issued: | **August 25, 2015** |
| Correspondence Date | **June 1, 2019** | Docket: | **1407RE1-MAIMON** |

## Supplementary Amendment and Statements filed in

## REISSUE APPLICATION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is filed with a reissue application for US Patent No. 9,117,726, which issued on August 25, 2015.

Kindly replace paragraph 1) in the statement of related applications (Page 3, first paragraph) with the following, to read:

1) Reissue application No. 16/503,537 requesting priority correction of US Patent No. 9,766,130 issued September 19, 2017 (on Application Serial No. 14/822,433, filed August 10, 2015) was filed on even date herewith. This patent claims priority to the present Patent at issue (9,117,726). A petition under rule 1.78 to accept an unintentionally delayed priority claim was dismissed, as the priority in the present case is incorrect.

In order to expedite prosecution and avoid unnecessary delays, **the Applicant respectfully requests that this and each of the below identified reissue and pending applications be assigned to a single examining entity.**

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

| Electronic Acknowledgement Receipt | |
|---|---|
| **EFS ID:** | 36501865 |
| **Application Number:** | 16503534 |
| **International Application Number:** | |
| **Confirmation Number:** | 6418 |
| **Title of Invention:** | Application of Reduced Dark Current Photodetector |
| **First Named Inventor/Applicant Name:** | Shimon MAIMON |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407RE1_Maimon |
| **Receipt Date:** | 04-JUL-2019 |
| **Filing Date:** | |
| **Time Stamp:** | 13:38:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Supplemental Response or Supplemental Amendment | RE1CON-SUP_Am.pdf | 132069<br>bbc33e9985e46c28c51cf7ee2336a9869c46c5e5 | no | 2 |

**Warnings:**

SM000001071

| **Information:** | |
|---|---|
| **Total Files Size (in bytes):** | 132069 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **Application of Reduced Dark Current Photodetector** | | |
| Serial No. ~confirm: | **Not yet assigned** | Patent: | **9,117,726** |
| Filed on: | **Even date herewith** | Issued: | **August 25, 2015** |
| Correspondence Date | **July 4, 2019** | Docket: | **1407RE1-MAIMON** |

## Preliminary Amendment and Statements filed in

# REISSUE APPLICATION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is filed with a reissue application for US Patent No. 9,117,726, which issued on August 25, 2015.

This reissue application is made to correct an incorrect and inconsistent priority claim. No amendments to the claims are made at this time.

Please amend the above-identified application as follows:

Amendment to the specifications begins on page 2 of this paper

Statement of related co-pending applications begins on page 3 of this paper.

Statement of status of claims begin in page 4 of this paper.

Remarks begin on page 5 of this paper.

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

## In the Specifications

Please amend the first paragraph following the subtitle "Cross-reference to related applications" (Col. 1, ll. 6-16) to read as follows:

This application is a Reissue of Patent No. 9,117,726, issued August 25,2015 on application ser. No. 13/964,883, filed Aug. 12, 2013; which is in turn a continuation-in-part of Patent Application Ser. No. 13/167,992 filed on Jun. 24, 2011 now abandoned; which is in turn a continuation of Patent Application Ser. No. 12/656,739 filed Feb. 16, 2010, issued as Patent No. 8,003,434 on Aug. 23, 2011; and which in turn is a divisional of patent application Ser. No. 11/276,962 filed Mar. 19, 2006, issued as Patent No. 7,687,871 on March 30, 2010.

~~This application is a continuation-in-part application of U.S. patent application Ser. No. 13/167,992 which was filed on Jun. 24, 2011 , which in turn is a continuation of, and claims priority of U.S. patent application Ser. No. 12/656,739 filed Feb. 16, 2010, and which in turn is a continuation of, and claims priority of U.S. patent application Ser. No. 11/276,962 filed Mar. 19, 2006.~~ The entire contents of U.S. patent application Ser. No. 13/167,992 U.S. patent application Ser. No. 12/656,739, and U.S. patent application Ser. No. 11/276,962 are incorporated herein by reference.

**Statement of Related Co-Pending Applications**

1) Reissue application requesting priority correction of US Patent No. 9,766,130 issued September 19, 2017 (on Application Serial No. 14/822,433, filed August 10, 2015) will be filed on even date herewith. This patent claims priority to the present Patent at issue (9,117,726). A petition under rule 1.78 to accept an unintentionally delayed priority claim was dismissed, as the priority in the present case is incorrect.

2) Pending US Application Serial No. 15/679,487 filed August 17, 2017, which claims priority from US 9,766,130 and in turn from the present patent at issue, was allowed on August 30, 2018, and the issue fee was paid on November 27, 2018. A petition under rule 1.78 to accept an unintentionally delayed priority claim was dismissed. A petition to withdraw the '487 application from issue and a request for continued examination was filed on May 29, 2019.

3) Pending US application No. 16,199,212 filed October 25, 2018 claims priority from the 15/679,487 Application, which in turn claims priority from the 14/822,433 Application, which in turn claims priority from the present Patent at issue. The '212 application claims a correct priority chain.

**Statement related to the status of claims**

Claims 1-20 are pending in the patent at hand, and are therefore claimed in the present reissue application. No amendment to the claims is made at this time.

**Remarks**

1) This reissue application is filed to correct inconsistencies in the priority claim of US Patent No. 9,117,726 which matured from Patent Application 13/964,883. As will be seen below the inconsistencies affect several related co-pending applications, and the Applicant respectfully requests that the Office would handle those pending applications simultaneously, at least with respect to the priority claim issues.
2) As originally filed the '883 application specification stated a generally correct priority chain in the first paragraph of the specification, under the subtitle "CROSS-REFERENCE TO RELATED APPLICATIONS", with the exception of incorrectly identifying US 12/656,739 as a continuation of U.S. patent application Ser. No. 11/276,962, rather than a divisional thereof.
3) However, in an Application Data Sheet (ADS) filed August 22, 2013 an inaccurate priority was provided. The ADS filed August 22, 2013 was in error.
4) The Patent issued with the generally correct priority claim on Column 1, and with the incorrect priority, according to the ADS, on the title page. An examination of the Office online records, under the PAIR system, shows the incorrect continuity information.
5) The applicant respectfully submits that the error is clear and obvious, as the ADS claimed priority does not provide co-pendency, and is in sharp contrast to the generally accurate priority claim laid out in the specification as filed.
6) A petition under rule 1.78 to accept an unintentionally delayed priority claim was filed in the '726 patent on November 17, 2018, but was dismissed with a reference to the need of this reissue application to correct the priority information, as the application spans across the AIA effective date.
7) Therefore the Applicant respectfully requests that the Patent will be re-issued with the correct priority information.

8) This amendment to the specification is submitted to add the reference required by 35 U.S.C. 120 related to this reissue application and its relationship to prior patents and or applications and to correct the type of priority claimed regarding the '739 application.
9) This amendment is submitted with a copy of the Petition to Accept an Unintentionally Delayed Claim for the Benefit of a Prior Filed Application, under 35 U.S.C. §120. This petition was originally filed in the Patent at issue on November 17, 2018, and dismissed on May 16, 2019. As the petition was already paid for, it is believed that no charge is required. The applicant respectfully requests that the Office will consider the petition upon approval of this reissue application.

## Request to link handling of related applications

10) As described in the above section titled "Statement of Related Co-Pending Applications", several other patents and applications, including a reissue application are co-pending, related, and are indeed dependent on the resolution of the present Reissue Application.
11) Petitions under rule 1.78 to accept an unintentionally delayed priority claim were filed in US 15/679,487 and 14/822,433 (Patent No. 9,766,130) were dismissed with a reference to the need to first correct the priority claim of the present patent at issue, (and then the priority claim of the '130 patent).
12) Concurrently with the present reissue application, the applicant submits a reissue application in US Patent No. 9,766,130, which issued on Application No. 14/822,433, filed August 12, 2015. A Request for Continued Examination with a request to stay action until this and the '130 reissues are resolved has been filed in US Patent Application No. 15/679,487, filed August 17, 2017.
**13)** In order to expedite prosecution and avoid unnecessary delays, **the Applicant respectfully requests that this and each of the aforementioned reissue and pending applications be assigned to a single examining entity.**

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHIMON MAIMON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 24-cv-1832 C<br><br>Judge Matthew H. Solomson |

**DECLARATION OF JEFFREY BOKOR IN SUPPORT OF CLAIM CONSTRUCTION**

# TABLE OF CONTENTS


TABLE OF CONTENTS ... i

TABLE OF EXHIBITS ... iii

I. INTRODUCTION AND ASSIGNMENT ... 1

II. QUALIFICATIONS ... 1

III. TECHNOLOGY TUTORIAL ... 3

A. Infrared Photodetectors ... 3

B. Semiconductor Materials ... 6

1. Semiconductor Compounds Elemental Structure ... 6

2. Semiconductor Energy Bands and Bandgap ... 8

3. Charge Carriers in Semiconductors (Electrons and Holes) ... 10

4. Doping ... 11

C. Conventional PN-Junction Photodiode ... 12

D. Energy Band Diagrams ... 14

E. Dark Current Sources ... 15

F. Dr. Maimon's nBn and Barrier Architecture ... 17

G. Photodetector Manufacture ... 20

1. Epitaxial Growth ... 21

2. Formation of Detectors and FPAs from Wafers ... 22

IV. THE MAIMON PATENT FAMILY ... 26

V. CLAIM CONSTRUCTION ... 26

A. Legal Standards ... 26

B. "Undoped" Semiconductor ... 28

1. The ’871 Patent Use of “Undoped Semiconductor” Concerns Its Conductive and Electrical Properties ........ 28

2. Undoped in the Context of the ‘871 Patent Is Not Determined By the Intentional or Unintentional Addition of a Dopant ........ 30

3. Industry Examples of “Undoped” ........ 31

C. “Doped” and “n-doped” Semiconductor ........ 34

## TABLE OF EXHIBITS

| Exh. No. | Title |
|---|---|
| A | List of Materials Considered |
| B | Dr. Bokor Curriculum Vitae |
| C | Animation 1 – Electron – Hole Movement in Conduction / Valence Bands of Semiconductor |
| D | Animation 2 – Basic Operation of PN Junction Detector |

## I. INTRODUCTION AND ASSIGNMENT

1. My name is Jeffrey Bokor. I am the Paul R. Gray Distinguished Professor of Engineering, Emeritus, and a Professor in the Graduate School in the Department of Electrical Engineering and Computer Sciences at the University of California, Berkeley.

2. I have been retained by AddyHart LLC on behalf of Dr. Shimon Maimon in this action. I have been asked to provide a technology tutorial concerning semiconductor infrared photodetectors, the photodetector architecture described in U.S. Patent No. 7,687,871 (the "'871 patent") and related patents, and provide my opinion on the construction of certain claim terms, including "undoped," "doped," and "n-doped" semiconductors.

3. The purpose of this declaration is to provide a practical foundation for understanding the relevant technology. Some of the figures use idealized energy-band diagrams or simplified cross-sections. Such diagrams illustrate physical principles and are not to scale.

4. For purposes of this declaration, I have reviewed and considered the "'871 patent; U.S. Patent Nos. 11,264,528 (the "'528 patent" ), 11,462,657 (the "'657 patent"), 11,817,522 (the "'522 patent"), and RE48,642 ("the "'642 patent"); the file histories of the patents; the opening report prepared by Dr. Paul J. Pearah in *Maimon v. Lockheed Martin Corporation* arbitration; and the references cited in this declaration. A list of materials is provided as Exhibit A.

## II. QUALIFICATIONS

5. I received a B.S. degree in electrical engineering from the Massachusetts Institute of Technology in 1975 and M.S. and Ph.D. degrees in electrical engineering from Stanford University in 1976 and 1980, respectively.

6. From 1980 to 1993, I worked at AT&T Bell Laboratories (Bell Labs) on subjects that included laser science, surface science, advanced lithography, semiconductor physics, and semiconductor technology. I held leadership positions at Bell Labs of Head of the Laser Science Research Department from 1987-1990, and Head of the Ultra-Large Scale Integrated Circuits (ULSI) Research Department from 1990-1993. I joined the University of California, Berkeley (UCB) faculty in 1993. My later leadership positions at UCB included Chair of the Department of Electrical Engineering and Computer Sciences and Associate Dean for Research in the College of Engineering. I retired from the regular faculty in 2024 and continue as Professor Emeritus and Professor in the Graduate School.

7. My work has addressed physical electronics, semiconductor materials and devices, nanophotonics, nanoelectronics, and lithography. During my 13 years of employment at AT&T Bell Laboratories, I worked on many research projects involving semiconductor-based (as well as other types of) optical detectors. In addition, as Head of the Laser Science Research Department, I managed many projects that related to the principles of operation of semiconductor-based (as well as other types of) optical detectors, and in addition, as Head of the Ultra-Large Scale Integrated Circuits (ULSI) Research Department, I was responsible for management of a large semiconductor fabrication facility in which semiconductor-based optical detectors (among other semiconductor devices) were fabricated. Similarly, during my 31 years as a Professor in the Department of Electrical Engineering and Computer Sciences at the University of California, Berkeley, I continued to work on many research projects involving optical detectors. I also taught courses at both the undergraduate and graduate level in which the principles of operation as well as applications for semiconductor-based optical detectors was a prominent topic.

8. I am a Fellow of the IEEE, the American Physical Society, and Optica.

9. My curriculum vitae is attached as Exhibit B. My compensation is $700 per hour and is not contingent on the substance of my opinions or the outcome of this action.

## III. TECHNOLOGY TUTORIAL

### A. Infrared Photodetectors

10. The principal of a photodetector is to convert electromagnetic radiation or light into an electrical signal. In an infrared detector, that radiation is outside the range of wavelengths ordinarily visible to the human eye as shown below in a diagram of the electromagnetic spectrum. Infrared radiation is typically associated with thermal energy or heat. In other words, infrared radiation is emitted from objects and sources due to their relative temperature. Thus generally, the hotter an object is, the more infrared radiation it will emit.




**Figure 1: Electromagnetic Spectrum. Source: NASA https://science.nasa.gov/learn/heat/resource/the-electromagnetic-spectrum/**

11. Modern photodetectors use semiconductors to convert the radiation into an electrical signal. In the most basic terms, the composition of the semiconductor determines the wavelengths of radiation it can absorb. When the semiconductor absorbs a photon of radiation (the smallest individual bundle or quantum of light energy), the electrons in the semiconductor crystal will be excited in a way that allows them to flow within the semiconductor crystal and create a small current that can be measured in an electrical system. More infrared radiation photons being absorbed increases the amount of current measured. Thus, measuring the electrical current measures the intensity of the incoming radiation. The current generated from radiation sources external to the detector is called the photocurrent.

12. While single photodetectors can have multiple uses, they can be arranged in a grid of multiple detectors/pixels known as a detector array. That detector array can be connected to readout integrated circuitry (ROIC) such that the radiation being absorbed at each detector pixel can be measured individually. The combination is known as a focal plane array (FPA) as seen below in Figure 2.




**Figure 2: Example FPA with nBn detector mounted on ROIC. Source: https://www.lockheedmartin.com/en-us/products/focal-plane-arrays.html**

13. In a thermal imaging device like a camera, the infrared radiation of an external scene is imaged on the FPA and the measurements of that infrared radiation at each pixel can be used to create an image of the external scene based on intensity of the infrared radiation in that scene. An example of such a scene displaying the intensity of infrared radiation can be seen in the Figure below from a baseball game. The more intense infrared radiation (and therefore the hotter objects) are displayed as lighter, white color; while less infrared radiation (and therefore cooler objects) are displayed in darker black color.



**Figure 3: Image created by thermal imaging camera. Source https://ircameras.com/advances-in-detectors-hot-ir-sensors-improve-ir-camera-size-weight-and-power/**

14. In addition to the photocurrent caused by external infrared radiation entering the detector, an infrared detector also produces a current even without radiation from external

sources because the device and material itself produce heat that can excite electrons and produce a background current. That background current is called dark current, and results in noise that interferes with the photocurrent being detected. If the dark current is too high, it will drown out the photocurrent.

15. To overcome the background dark current noise, infrared photodetectors are usually cooled to extremely low temperatures in order to suppress thermally-generated currents and allow the system to sensitively measure the incoming radiation that creates the photocurrent.

## B. Semiconductor Materials

### 1. Semiconductor Compounds Elemental Structure

16. Modern electronic devices are built from semiconductors, materials whose electrical properties lie between those of conductors and insulators. Metals contain highly mobile electrons that can conduct electrical current readily. Insulators hold electrons more tightly and ordinarily conduct very little current. Semiconductors, however, can be engineered to vary electrical conduction in the material by manipulating semiconductor composition, crystal structure, doping, temperature, illumination, and applied voltage.

17. The relevant semiconductor materials here are highly ordered, three-dimensional repeating patterns of atoms bonded together to form what is known as a semiconductor crystal. A representation of this three-dimensional arrangement of atoms in a small portion of semiconductor crystal can be seen in Figure 4 below.




**Figure 4: Example III-V Semiconductor Crystal**

18. The materials of principal interest in this case are known as III-V semiconductors. They combine elements from Group III of the periodic table, such as aluminum, gallium, and indium, with elements from Group V, such as arsenic and antimony.




**Figure 5: Periodic-table excerpt identifying Group III and Group V elements used in representative III-V compound semiconductors.**

### 2. Semiconductor Energy Bands and Bandgap

19. Another fundamental concept of semiconductors are the valence and conduction energy bands and the bandgap formed between the two bands. Energy bands are similar to the discrete energy levels that electrons occupy in an isolated atom. In the classic atomic model, negatively-charged electrons will orbit the positively-charged nucleus of an atom at specific and discrete energy levels. If a photon with the right amount of energy is absorbed by the electron, it can move to a higher energy level in the atomic structure. This can be seen in Figure 6 below that shows the electron moving from energy level at n =1 to the higher energy level at n = 2.




**Figure 6: Photon absorption and excitation in a classic atomic energy-level model. Diagram on the left shows negatively charged electrons orbiting the positively charged atomic nucleus.**

20. In a crystal containing an enormous number of interacting atoms, the discrete energy levels of an individual atom broaden into what are known as energy bands that are shared by the entire crystal rather than assigned to one identifiable atom. The valence band contains lower energy states in which electrons occupy the outer shell of the individual atoms in the crystal structure. The conduction band contains electrons that have been excited into a higher

shell of the atomic structure and are free to move through the semiconductor crystal and produce an electric current.

21. This can be visualized in the Figure 7 diagram below for three different types of materials (metals, semiconductors, and insulators). The diagram shows the valence band in red, conduction band in blue, and increasing electron energy needed to reach the higher state on the y axis.




**Figure 7: Qualitative energy bands for a metal, semiconductor, and insulator. Source: Energy Education, "Band Gap," https://energyeducation.ca/encyclopedia/Band_gap**

22. The minimum energy separation between the valence-band edge (top of the red band) and the conduction-band edge (bottom of the blue band) is the bandgap. Like the electron moving from one energy level to the next of an atom in Figure 6, the bandgap represents the minimum amount of energy that must be absorbed by an electron to jump from the valence band to the conduction band.

23. In a metal, the valence and conduction energy bands will overlap (shown in grey), so electrons can move readily. This is why metals are highly conductive of electrical currents.

24. In a semiconductor, however, a small bandgap separates the valence and conduction band edges, which means that some energy must be applied before conduction occurs. Conduction occurs when sufficient energy is applied to the semiconductor that excites the electrons and causes them to jump from the valence band to the conduction band so they can move freely and conduct current. This energy can be in the form of an electrical bias/voltage, heat, and/or light or radiation of an appropriate energy level.

25. The bandgap of a material determines, among other things, which photon energies a semiconductor can absorb. Infrared photons have lower energy than photons in the visible spectrum, so infrared absorbers generally use a narrow bandgap semiconductor material. However, the same narrow bandgap makes it easier for thermal heat of the semiconductor material itself (rather than incoming light or radiation) to generate a current, which often leads to a design tension between infrared sensitivity to the incoming radiation a detector is trying to measure and background dark current noise.

26. In an insulator material, the bandgap is very large such that ordinary thermal, optical, or electrical inputs generally cannot excite electrons to the conduction band and therefore do not produce significant conduction.

**3. Charge Carriers in Semiconductors (Electrons and Holes)**

27. I have discussed generally the concept of exciting the negatively-charged electrons of a semiconductor crystal from the valence band to the conduction band of a semiconductor. While the electron carries a negative charge, in semiconductors the vacancy in the valence band left behind when the electron is elevated to the conduction band is considered a positive charge carrier, commonly referred to as a "hole".

28. Although a hole is not a positively charged particle like an electron, it behaves as a mobile positive charge because neighboring electrons can successively fill the vacancy in a

semiconductor crystal, making the hole appear to move through the crystal. I provide an animation at Exhibit C that shows the general concept of electron and hole movement in the conduction and valence bands, respectively.

29. Electrons and holes are the primary mechanisms to carry an electrical current and can be thought of as flowing within the semiconductor material. Electrons and holes are often referred to as "carriers" or "charge carriers".

#### 4. Doping

30. Another property of semiconductors that relates to the detector structure in this case is doping. In a theoretically pure semiconductor with no impurities, the density of opposing charge carriers would be the same (*e.g.*, # of electrons = # of holes) and very small. In this arrangement the semiconductor is not very conductive.

31. One way to change the conductivity of a semiconductor crystal is by the addition of dopants. Dopants are impurity atoms that may be added to a semiconductor in small amounts and change the amount of electron or hole carriers in a semiconductor. Donor dopants tend to contribute negatively-charged electrons to the semiconductor crystal. On the other hand, an acceptor dopant tends to create an electron deficiency, or positively-charged hole in the crystal.

32. A semiconductor in which electrons are the more abundant carrier is called n-type ('n' for negative). A semiconductor in which holes are the more abundant carriers is called p-type ('p' for positive). In an n-type material, the more abundant electrons are the "majority carriers" and the less abundant holes are the "minority carriers." In a p-type material, the majority carrier are the holes and the minority carrier are the electrons.

33. Doping may be intentional when a semiconductor manufacturer deliberately introduces a selected dopant to obtain desired electrical properties, or unintentional, when trace impurities or defects produce background carriers. A manufacturer may intentionally add dopant

of the opposite electrical type to offset background doping. That process is called compensation. Accordingly, a description of what dopant source was or was not intentionally used is often not a complete description of the semiconductor's resulting carrier density, conductivity, or energy-band profile.

**C. Conventional PN-Junction Photodiode**

34. One conventional type of semiconductor arrangement that is used to effectively measure infrared radiation is known as the pn-junction photodiode. In such devices, a layer of p-type semiconductor is placed in contact with an n-type semiconductor. At the junction of the two different layers the charge carriers can readily flow across in both directions and redistribute. The dominant electrons in the n-type material flow across the junction into the p-type material and deplete the n-type region near the junction of any carriers. Similarly, the dominant holes in the p-type material flow across the junction into the n-type material and deplete the p-type region near the junction of any carriers. This combination creates an electric field across the junction.




**Figure 8(a): A p-n junction at equilibrium, showing the depletion region and built-in electric field.**

35. If a reverse bias/voltage is applied in which the positive terminal of an electrical power source (*e.g.*, battery) is applied to the n-type material and the negative terminal to the p-type material, it will expand the depletion layer and sweep any photogenerated carriers towards the opposite contacts where they can be measured.




**Figure 8(b): A p-n junction under reverse bias, showing an enlarged depletion region.**

36. In other words, if infrared radiation creates an electron-hole pair in or near this depletion layer, the reverse bias will pull the electron towards the positive terminal and the hole towards the negative terminal. In that event, the system can measure the change in current associated with the absorption of infrared radiation as shown in the animated graphic attached as Exhibit D.

### D. Energy Band Diagrams

37. In order to demonstrate and analyze the properties of photodetectors, persons in the art often represent the semiconductor layers in the form of an energy band diagram that shows the respective energy levels and band gap between the valence band (Ev) and the conduction band (Ec) of each layer of semiconductor material.




**Figure 9: Overlay of PN Junction Energy Band Diagram (Top) compared to Physical Characteristics of Simple PN Junction Photodiode (Bottom)**

38. The depletion layer of a pn junction device appears as a curved bend in the energy bands of the energy band diagram.

**E. Dark Current Sources**

39. The depletion-region in the pn-junction photodiode is useful for collecting photo-generated carriers. However, the depletion region can also contribute “dark currents” in the device. Several forms of dark current can be generated in a photodetector but the most common for the devices at issue here are thermal generation and Shockley-Read-Hall (SRH) generation.

Such dark current, if not reduced, will cause significant noise that interferes with the photocurrent in the device that is being used to sense the infrared radiation that is illuminating it.

40. Direct thermal generation occurs when there is enough inherent heat in a system that it will excite an electron from that valence band directly to the conduction band creating an electron-hole pair that was not caused by incoming radiation the detector is attempting to detect.




**Figure 10: Band Diagram Showing Thermal Generation in PN Junction.**

41. The more common form of dark current in pn junction infrared detectors is the SRH generation current. In direct thermal generation, the energy provided to the electron must be sufficient to excite the electron all the way from the valence band energy level to the conduction band energy level. SRH generation current occurs because there are defects within the semiconductor crystal that provide intermediate energy levels between the valence and conduction bands. Thus, less thermal energy is needed to excite electrons to different energy levels and that energy can further excite electrons in the intermediate levels into the conduction band. These intermediate energy levels are most prevalent in the depletion region of the pn junction detector.

42. In order to reduce the effects of dark current and maximize the sensitivity of the device for detection of incoming infrared radiation from a scene outside the device, the detector must be cooled to extreme low temperatures. In a traditional InSb pn-junction detector, the FPA

must be cooled to approximately 77° Kelvin (-321 °F or -196 °C). Such extreme low temperature requires large cooling systems and power consumption in order to effectively operate the infrared camera.

**F. Dr. Maimon's nBn and Barrier Architecture**

43. The primary invention at issue in this case relates to a barrier photodetector that blocks majority carrier flow but allows the unobstructed flow of minority carriers across a semiconductor barrier layer. The invention seeks to reduce and remove the effects of a depletion layer and therefore a substantial amount of the dark current interference within infrared photodetectors in order to operate the detector at higher temperatures with little to no dark current interference. The most common type of barrier detector at issue here is referred to as "nBn" because it has an n-type layer (n) that typically acts as a relatively thick photoabsorber layer, a relatively thin barrier layer with a high bandgap energy barrier (B), and another n-type contact layer.

44. An example of the energy bands for an nBn architecture can be seen below with Figure 2A from the '871 patent on the left showing the energy bands in a steady state without a bias voltage (*i.e..,* electrical power source) applied and an example of the nBn device in operation on the right with a bias voltage applied.




**Figure 11: Figure 2A of Patent Showing nBn Design at Equilibrium With No Bias Applied (Left) and nBn Detector In Operation With Bias Applied (Right)**

45. As shown in Figure 11, the conduction band energy of the nBn barrier layer is very high compared to the conduction band energy of the contact and photoabsorber layers, which creates an energy band offset in the conduction band at the barrier interface with the contact and photoabsorber layers. If the barrier has a sufficient conduction band energy offset and thickness, it will prevent the majority carrier flow between the contact layer and the photo absorber layer. The barrier prevents the flow with a high energy level that the electron cannot be excited to by thermalization (similar to thermal excitation across the band gap described in Fig. 7). The barrier's high energy level and thickness also prevent the quantum effect that allows the electrons to "tunnel" through the barrier. Accordingly, in the nBn design the barrier blocks the flow of electrons (the majority carrier in an n-type semiconductor) through the detector but allows unobstructed flow of the holes (the minority carrier in the n-type semiconductor) such that the current across the barrier is almost exclusively related to the holes and the flow of electrons across the barrier is negligible.

46. Meanwhile, the valence band edge in the three layers are substantially aligned at the same energy level. In that configuration, the holes generated in the photo absorber by incoming radiation can diffuse through the detector at the same energy level without being blocked. The photocurrent can then be detected by measuring that flow of holes.

47. The barrier architecture like that shown in the nBn design and Dr. Maimon's patents is described as a "unipolar barrier" because the measured photocurrent is principally carried by one carrier type: minority holes in the n-type implementation illustrated above. The barrier substantially blocks the majority-electron current while permitting the desired minority-carrier signal. A similar unipolar barrier device can be made with other configurations, such as but not limited to pBp where the holes become the majority carrier that are blocked and the electrons are the minority carrier.

48. A major advantage of the barrier architecture like nBn is that the barrier removes or significantly minimizes the depletion regions found in pn junctions in the layer that absorbs infrared radiation. The lack of a significant depletion region reduces dark current caused by generation-recombination current, including an important Shockley-Read-Hall contribution. Barrier architecture does not eliminate every source of dark current, but it significantly reduces the dark current and increases the effective operating temperature of the photodetector so that less cooling is required.

49. In order to operate effectively, a barrier device, such as the nBn design, depends on whether the device can substantially block majority carriers while permitting minority carriers to flow. The ability to do this depends upon many variables, including:

a. the composition of the semiconductor material,

b. the bandgap of each of the layers and significant band offsets from one layer to the next at the material junctions that block thermalization of the majority current,

c. the thickness of the barrier to prevent unwanted electron tunnelling but still allow minority current to flow freely,

d. carrier concentration in the semiconductor layers, and

e. band alignment in the minority carrier band.

Variations in these properties may require variations in other properties of the photodetector to realize a functioning detector with reduced dark current.

50. The ability of a unipolar barrier structure to prevent thermalized or tunneling carriers can be calculated by persons of ordinary skill in the art using the thermionic emission approximation and the WKB approximation, respectively. Both calculations are well known in the art.[1]

**G. Photodetector Manufacture**

51. The manufacture of infrared photodetectors and arrays typically occurs in several phases. First, the semiconductor layers are grown on the wafer through epitaxial growth. Second, the wafers are processed into detector arrays by etching the surface of the semiconductor wafer. Third, the etched detectors and arrays can then be bonded to circuitry that can read the signals.

---

1 Yang, Kyounghoon, et al., "Numerical Modeling of Abrupt Heterojunctions Using a Thermionic-Field Emission Boundary Condition," SOLID STATE ELECTRONICS Vol. 36, No. 3 pp. 321-330 (1993)

**1. Epitaxial Growth**

52. The semiconductor layers of a photodetector like those described above are typically created by a molecular beam epitaxy machine (MBE). The process deposits each layer in a uniform thickness to create a semiconductor device wafer.

53. A picture and high-level diagram of the MBE process is shown below in Figures 12 and 13. In an MBE, the wafers are grown by placing a substrate material in a high-vacuum chamber. Beams of various atoms are then directed at the substrate where they are deposited and slowly grow the semiconductor crystal. As each layer is grown, the MBE operator can control the types of atoms and amounts to create precise crystal structures on an atom-by-atom basis.



**Figure 12. Commercial molecular beam epitaxy system. Source https://www.riber.com/product/compact-21/**.




**Figure 13: Simplified molecular beam epitaxy chamber and source arrangement. Source: Explain that Stuff, https://www.explainthatstuff.com/molecular-beam-epitaxy-introduction.html.**

### 2. Formation of Detectors and FPAs from Wafers

54. Once a wafer has been grown, it must be processed into a detector or focal plane array. Typically, the result from an MBE process is one wafer of semiconductor material with individual layers, each of uniform thickness. To create a detector or array, these layers on the wafer are usually chemically etched in the desired patten on the wafer.

55. Depending on wafer size and the detector or array size, one wafer is enough to provide many, and even hundreds, of detectors or detector arrays. Once etched, the individual detectors and arrays are cut from the wafer and processed. This usually involves depositing metal contacts on the semiconductor so that electrical current can be applied and measured by an external electrical circuit. A simple illustration of a single element barrier detector according to Dr. Maimon's invention can be seen in Figure 1A of his '871 patent below. In this figure, a side view showing the detector is provided. As shown, the wafer was etched through the contact layer (50), but not through the barrier (40), photoabsorber (30), or substrate (20) layers. Metal is

deposited on top and bottom (65, 60) in order to facilitate electrical connection of the external circuit to the detector.




**Figure 14. Cross-section of an isolated detector embodiment. Source: U.S. Patent No. 7,687,871, Fig. 1A.**

56. In order to create an array of detectors for imaging applications, the wafer is etched to provide multiple contacts. For example, a simplified two-detector array is shown in Figures 1B (side view) and 1C (top view) of Dr. Maimon's '871 patent. As in the prior single element example seen in Figure 14, the wafer has been etched through the contact layer (50), but was not etched through the barrier, absorber, or substrate layers. This array design results in isolated contact-layer mesas across the detector. Metal can then be deposited on each contact to measure electrical current in that particular area of the array. Each isolated contact area connects to an individual detector element or "pixel" of the array.




**Figure 15: Showing Figures 1B and 1C of the '871 patent for a multi-element detector array.**

57. Of course, an actual detector array is somewhat more complicated in design but adheres to the same principles. Below in Figures 16 and 17 is a more realistic image of nBn detector arrays using indium (In) deposits at the metal.



Figure 2. nBn detector array and band structure

**Figure 16: Representative nBn detector array and band-structure illustration. Source: U.S. Patent No. 8,044,435, Fig. 2.**




**Figure 17: Representative nBn focal-plane-array implementation. Source: U.S. Patent No. 9,024,359.**

58. In order to create the FPA, the detector array and the multiple metal points connected to the contact are attached to a read-out integrated circuit (ROIC) that provides the capability of measuring and thus "reading" the current from each section of the array. An example of what an FPA looks like can be seen in the Figure 2 above.

## IV. THE MAIMON PATENT FAMILY

59. The '871 patent is titled "Reduced Dark Current Photodetector." It issued from U.S. Application No. 11/276,962, filed March 19, 2006, and names Shimon Maimon as inventor. The patent describes a photo-absorbing layer, a carrier-selective barrier layer, and a contact region arranged so the barrier blocks majority carriers without obstructing minority carriers so that the current across the barrier is almost exclusively the minority carrier current.

60. The patent contains claims directed to different structures and methods. Different claims contain different limitations. Some expressly recite an undoped-semiconductor barrier. Others define aspects of the barrier through its energy bands, thickness, prevention of tunneling, blocking of thermalized majority carriers, or passage of minority carriers. The language of each asserted claim must be considered separately.

61. The family later produced additional patents, including the '528, '657, '522, and '642 patents. Those patents share substantial disclosure with the '871 patent but include additional material and differently worded claims.

## V. CLAIM CONSTRUCTION

### A. Legal Standards

62. I understand that the claims of a patent set forth the boundaries of an inventor's invention and determine what the patent owner owns and what the owner may prevent others

from manufacturing, using, or selling under patent law. Claims may describe products, such as machines or chemical compounds or processes for making or using a product.

63. I understand that in deciding whether a product or process is covered by a patent claim, the first step is to understand the meaning of the words used in the claim. I understand that claim language is to be given its ordinary and customary meaning as understood by a person of ordinary skill in the art ("POSITA") at the time of invention. To determine the meaning of a claim term, a POSITA must read terms in the context of the claim in which it is found as well as the context of the entire patent, including the intrinsic record such as the specification. While extrinsic sources, such as dictionaries, can be used to assist in the construction of a term, they are less significant than the intrinsic record and any construction and use of such sources should be read in light of the intrinsic record.

64. In my opinion, a POSITA in the relevant field in 2006 generally possessed a Master of Science or Ph.D. degree in a relevant major such as Physics, Electrical Engineering or Materials Science. A POSITA would have possessed an understanding of solid-state and semiconductor physics as well as an educational foundation that facilitated understanding how semiconductor-based devices work.

65. A POSITA would also have had at least two years of training and hands-on experience in research or development in at least one of growing epitaxial semiconductor films (for example by MBE); processing wafers to make devices such as diodes, detectors and FPAs; device physics and epitaxial heterostructure design; and performing III-V semiconductor material or device characterization using advanced instrumentation and methods. Additional hands-on experience could partially substitute for academic preparation while additional academic preparation could partially substitute for hands-on experience. Most POSITAs would

have been expected to have had in-depth training and experience in more than one of the foregoing areas. Based on my over 40 years of experience in industry as well as academia with the physics and design of semiconductor heterostructure-based devices including optical detectors, as well as advanced semiconductor fabrication technologies and materials characterization methods, I believe that I at least meet this standard for a POSITA.

### B. "Undoped" Semiconductor

66. I understand that the construction of patent claims is a matter for the Court. I have been asked to explain how a person of ordinary skill in the art would understand the phrase "undoped semiconductor" in the context of the '871 patent and the related Maimon patents. The opinion stated in this section is a technical opinion concerning the meaning that the phrase would convey to a person of ordinary skill but it is subject to the Court's ultimate construction.

67. In my opinion, "undoped semiconductor," as used in the '871 patent, means: "a semiconductor material in which the charge-carrier density is minimized so that the conduction- and valence-band energies of the semiconductor material are substantially similar to those of an intrinsic layer of the same material composition."

#### 1. The '871 Patent Use of "Undoped Semiconductor" Concerns Its Conductive and Electrical Properties

68. While the "undoped semiconductor" is not explicitly defined in the '871 patent, the intrinsic evidence of the patent indicates that the electrical and conductive properties of the various semiconductor layers in the photodetector are critical. This is especially true in regards to the barrier layer in which some claims require it to be "undoped." For example, the patent frequently describes the function of the barrier layer as blocking and preventing majority currents and facilitating the flow of minority currents. '871 Patent Claims 1, 13, 16. Indeed, claim 13 of the '871 patent notes that "a undoped semiconductor … does not provide electrical

conduction laterally within the barrier layer," and claim 16 notes "an undoped semiconductor … prevents majority carrier lateral conduction within said barrier layer."

69. Furthermore, the written description of the Maimon patents, such as the '871 patent, frequently discuss the invention and the semiconductor layers of the invention in terms of the flow and blocking of electrical currents in relation to the conduction and valence energy bands in the layers. '871 Patent Cols. 2:39-3:1, 3:10-26, 6:64-7:16, 8:41-9-5, 10:33-42, 11:12-26.

70. Thus, it is my opinion that a person of ordinary skill in the art would understand any construction of an undoped semiconductor as used in the Maimon patents to focus on the conductivity and electrical properties of any resulting barrier layer.

71. With regard to conductive and electrical properties, an "undoped semiconductor" is a semiconductor that "does not display either n-or p-type conductivity" and is sometimes referred to as an intrinsic semiconductor.[2] In a theoretical physics model, a pure undoped or intrinsic semiconductor is a pure crystal with no impurities and the number of negatively-charged electrons and positively-charged holes in the crystal are equal and extremely small. However, real semiconductor material does not satisfy that theoretical ideal.[3] I am not aware of any process that can manufacture an absolutely pure intrinsic semiconductor or one that is completely free of doping impurities. Trace impurities are unavoidable in the manufacture of semiconductors, and some of them act as donors or acceptors. A person of ordinary skill

---

[2] Jerzy Ruzyllo, Semiconductor Glossary: A Resource for Semiconductor Community, p.110 (2d Edition 2017) (defining "intrinsic semiconductor")

[3] A Dictionary of Electronics and Electrical Engineering, p. 315 (Oxford, 5th Ed. 2018)(explaining that intrinsic semiconductor "has equal concentrations of *electrons and *holes" but that "[a]bsolute purity is unobtainable in practice")

therefore would not understand “undoped semiconductor” in this patent to require literally zero dopant atoms.

72. The “undoped” phrase must instead be read in relation to the electrical role of the barrier. The barrier’s carrier density and resulting conductivity are substantially the same as a real-world intrinsic layer of the same composition is what a person of skill in the art would consider “undoped.”

73. In this case, the Maimon patents focus on the relationship of the valence and conduction band energies in the layers of material. For example, Claim 1 of the ’871 Patent refers to the “relationship between the photoabsorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valence band energies in the ability to facilitate flow. Further still, the ’528 Patent identifies Fig. 13A as exhibiting the energy bands of an undoped barrier layer that are straight and unbent, unlike n-type or p-type doped bands of Figs. 13B-C. The ‘528 patent notes that the “undoped barrier is an important feature” because it avoids “band bending.” ’528 Patent Col. 9:54-10:19.

74. With these principles in mind, an accurate construction would recognize the intrinsic, yet not necessarily pure, nature of an undoped semiconductor and its energy band relationship within the patent. As noted above, the construction of “undoped semiconductor” would be “a semiconductor material in which the charge-carrier density is minimized so that the conduction- and valence-band energies of the semiconductor material are substantially similar to those of an intrinsic layer of the same material composition.”

### 2. Undoped in the Context of the ‘871 Patent Is Not Determined By the Intentional or Unintentional Addition of a Dopant

75. In some instances the term a semiconductors may be described as “not intentionally doped” or “NID.” However, the intentional or unintentional addition of dopant is

not a proper determination of whether a semiconductor layer is "undoped" as that term is used in Dr. Maimon's patents. A layer grown without intentionally introducing a dopant may still become n-type or p-type doped because of background impurities introduced during the growth process. Conversely, intentional addition of a compensating dopant can reduce the net free-carrier density and make the material's electrical behavior more nearly intrinsic with no doping impurities affecting the electrical conductivity of the layer.[4]

76. If "undoped" was read to be any semiconductor layer that is just not intentionally doped during manufacture, it may still result in an n-type or p-type doping that provides significant conduction and electrical effects within the barrier layer due to unintentional contamination during the growth process. While a semiconductor layer that is not intentionally doped during manufacture may result in a layer with few impurities that is effectively intrinsic, various residues that contaminate the equipment or materials used to manufacture a semiconductor may result in an unintentionally doped semiconductor with n-type or p-type conductivity.

**3. Industry Examples of "Undoped"**

77. There is a further body of extrinsic evidence that supports the above construction of "undoped" in the semiconductor industry. For example, very low conductivity "semi-insulating" GaAs material is often grown by carefully doping with carbon acceptors to

---

4 *See* D.R. Fink et al., Determination of Background Doping Polarity of Unintentionally Doped Semiconductor Layers, 116 Applied Physics Letters 072107 Abstract (2020) (SM000070838-43); C. Reyner, GaSb-Based Infrared Detectors on GaAs Substrates Using an Interfacial Misfit Array (2013) (Ph.D. thesis, University of California, Los Angeles) (SM000067909-12); A Dictionary of Electronics and Electrical Engineering, p. 92, 158 (Oxford, 5th Ed. 2018)(explaining that "compensated semiconductor" means "A semiconductor with properties similar to an intrinsic *semiconductor, produced using *doping compensation").

compensate background donors.[5] That compensation method is referred to as “Undoped GaAs” even though C (carbon) is used as dopant as shown in the specification excerpt below from AXT, Inc..[6]



http://www.axt.com/site/index.php?q=node/38 Go JUN APR MAY
44 captures
19 Jan 2009 – 1 Apr 2025
2023 01 2025 2026 About

axt

COMPANY PRODUCTS SERVICE MEDIA CAREERS INVESTORS

PRODUCTS

PRODUCT LINE
PRODUCT FEATURES
PRODUCT SPECIFICATIONS
JOINT VENTURES
AXT REQUEST FOR QUOTE
QUALITY CONTROL
PACKAGING AND DELIVERY

Home » Products » Undoped GaAs
SEARCH Go >

Undoped GaAs

Semi-Insulating GaAs Specifications

| | |
|---|---|
| Growth Method | VGF |
| Dopant | Carbon |
| Wafer Shape* | Round (DIA: 2", 3", 4", and 6") |
| Surface Orientation** | (100)±0.5° |

*5" Wafers available upon request

**Other Orientations maybe available upon request

| | | |
|---|---|---|
| Resistivity (Ω.cm) | $\geq 1 \times 10^7$ | $\geq 1 \times 10^8$ |
| Mobility ($cm^2$/V.S) | ≥ 5,000 | ≥ 4,000 |
| Etch Pitch Density ($cm^2$) | 1,500-5,000 | 1,500-5,000 |

**Figure 18 - AXT Undoped GaAs spec showing Carbon as Dopant**

---

5 P.J. Pearah, R. Tobin, J.P. Tower, R.M. Ware, L. Sargent, and J.S. Blakemore, *The Role of Carbon in the Compensation of Semi-Insulating GaAs,* in Semi-Insulating III-V Materials, ed. G. Grossman and L. Ledebo (Bristol: IOP Publishing), pp. 195-200 (1988)(SM000067913-18).

6 AXT, Inc., Undoped GaAs, available at http://web.archive.org/web/20240613144755/http://www.axt.com/site/index.php?q=node/38 (dated June 13, 2024).

78. A similar specification from the website of German GaAs manufacturer Freiberger is shown in Figure 25. [7]

Freiberger Compound Materials

Company Products Applications Technology Career

Home » Products » GaAs specifications

**GaAs Wafer**

Specifications

Accessible view of the specifications

All GaAs Wafers | 200 mm Diameter | 150 mm Diameter | 100 mm Diameter | 3" Diameter

| Diameter (mm) | Conduction range | Dopand | Etch Pit Density | Growth method | Data |
|---|---|---|---|---|---|
| 200 | SI (n-type) | UN/C | ≤12,000 | VGF | |
| 150 | SI (n-type) | UN/C | ≤10,000 | VGF | |
| 150 | SC (n-type) | Si | ≤3,000 | VGF | |
| 150 | SC (n-type) | Si | ≤50 | VGF | |
| 150 | SC (p-type) | Zn | ≤5,000 | VGF | |
| 100 | SI (n-type) | UN/C | ≤7,500 | VGF | |
| 100 | SI (n-type) | UN/C | ≤100,000 | LEC | |

**Figure 19 - Freiberger GaAs Undoped/Carbon Doped Wafer Specification**

79. The designation "UN/C" under Dopand (sic) refers to an "Undoped GaAs" monocrystalline material produced using carbon doping, a product that competes with AXT's "Undoped GaAs" product specified above.

7 Freiberger Compound Materials GmbH, GaAs Wafers Specifications, https://freiberger.com/en/products/gaas-wafer/

80. The foregoing considerations provide some insight into why words like "undoped" depend upon context, even within the field of III-V semiconductors. For example, the descriptors applicable to a moderately-doped layer may depend on the purpose of the layer in the device design, the effect of the doping on the Fermi level and/or the doping of adjacent layers. In the case of the '871 Patent and other patents in that family, the most reasonable interpretation of the phrase "undoped semiconductor" is "a semiconductor material in which the charge-carrier density is minimized so that the conduction- and valence-band energies of the semiconductor material are substantially similar to those of an intrinsic layer of the same material composition."

**C. "Doped" and "n-doped" Semiconductor**

81. Furthermore, it is my opinion that the terms "doped" and "n-doped" in relation to Dr. Maimon's patents should be construed as follows: "doped semiconductor" means "a semiconductor material in which the amount of donor or acceptor atoms alter the electrical characteristics of the semiconductor material to produce either an n-type or p-type conductivity"

82. "n-doped semiconductor" means "a semiconductor material in which the amount of donor or acceptor atoms alter the electrical characteristics of the semiconductor material to produce an n-type conductivity

83. As noted previously in my tutorial, the addition of impurity atoms, known as dopants, can be added, intentionally or unintentionally, to semiconductors and will change the conductivity characteristics of the semiconductor material.

84. There are two types of doping, n-type that supplies donor atoms that have additional negatively-charged electrons that are "donated" to the material, and p-type that supplies positively-charged acceptor atoms that have additional holes. In actual semiconductors, the material will typically have some small amount of both p-type and n-type dopants that may

be intentionally or unintentionally added during manufacture, however, the conductivity effects will offset.

85. As noted previously in my discussion of undoped semiconductors, the Maimon patents and claims focus on the electrical and conductivity of the individual semiconductor layers. Thus, it is my opinion that the use of "doped semiconductor" in the patent claims refers to the fact that the semiconductor material has a specific type of conductivity, *i.e.*, n-type or p-type, and does not simply refer to whether a dopant was added intentionally or unintentionally without regard to conductivity of the semiconductor layer itself.

86. In the case of a doped semiconductor, it is my opinion that the amount of donor and acceptor atoms present lead to either a p-type or n-type conductivity. For the n-doped semiconductor, the donor atoms leads to a semiconductor with n-type conductivity.

On this day, September 10, 2026, I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey Bokor, PhD

# EXHIBIT A

**Exhibit A - List of Documents Reviewed and Considered by Dr. Jeff Bokor for Purposes of Declaration in Support of Claim Construction in the Matter of *Maimon v. United States*, No. 24-1832 (U.S. Court of Federal Claims)**

1. U.S. Patent No. 7,687,871 & Associated File History
2. U.S. Patent No. 11,264,528 & Associated File History
3. U.S. Patent No. 11,462,657 & Associated File History
4. U.S. Patent No.11,817,522 & Associated File History
5. U.S. Patent Reissue No. 48,642 & Associated File History
6. Opening Report of Paul Pearah in *Maimon v. Lockheed Martin Corporation* JAMS Arbitration (SM000041866)
7. https://science.nasa.gov/learn/heat/resource/the-electromagnetic-spectrum/
8. https://www.lockheedmartin.com/en-us/products/focal-plane-arrays.html
9. https://ircameras.com/advances-in-detectors-hot-ir-sensors-improve-ir-camera-size-weight-and-power/
10. Yang, Kyounghoon, et al., "Numerical Modeling of Abrupt Heterojunctions Using a Thermionic-Field Emission Boundary Condition," SOLID STATE ELECTRONICS Vol. 36, No. 3 pp. 321-330 (1993)
11. https://www.riber.com/product/compact-21/
12. Explain that Stuff, https://www.explainthatstuff.com/molecular-beam-epitaxy-introduction.html
13. U.S. Patent No. 8,044,435
14. U.S. Patent No. 9,024,359
15. Jerzy Ruzyllo, Semiconductor Glossary: A Resource for Semiconductor Community, p.110 (2d Edition 2017)
16. A Dictionary of Electronics and Electrical Engineering, p. 315 (Oxford, 5th Ed. 2018)
17. D.R. Fink et al., Determination of Background Doping Polarity of Unintentionally Doped Semiconductor Layers, 116 Applied Physics Letters 072107 Abstract (2020) (SM000070838-43)
18. C. Reyner, GaSb-Based Infrared Detectors on GaAs Substrates Using an Interfacial Misfit Array (2013) (Ph.D. thesis, University of California, Los Angeles) (SM000067909-12)
19. A Dictionary of Electronics and Electrical Engineering, p. 92, 158 (Oxford, 5th Ed. 2018)
20. P.J. Pearah, R. Tobin, J.P. Tower, R.M. Ware, L. Sargent, and J.S. Blakemore, *The Role of Carbon in the Compensation of Semi-Insulating GaAs,* in Semi-Insulating III-V Materials, ed. G. Grossman and L. Ledebo (Bristol: IOP Publishing), pp. 195-200 (1988)(SM000067913-18)

21. AXT, Inc., Undoped GaAs, available at http://web.archive.org/web/20240613144755/http://www.axt.com/site/index.php?q=node/38 (dated June 13, 2024)

22. Freiberger Compound Materials GmbH, GaAs Wafers Specifications, https://freiberger.com/en/products/gaas-wafer/

# EXHIBIT B

# Jeffrey Bokor, Ph.D.

Paul R. Gray Distinguished Professor Emeritus
EECS Department
University of California
Berkeley, CA 94720

Phone: (510)642-4134
jbokor@berkeley.edu
www.eecs.berkeley.edu/~jbokor


## Expertise

- Electronics
- Nanofabrication
- Nanotechnology
- Device Physics
- Nanomagnetics and Spintronics
- Optics and Optoelectronics
- Laser Technology
- Semiconductor Physics
- Semiconductor Process
- VLSI Technology

---

## Professional Summary

## Education

| Year | College/University | Degree |
|---|---|---|
| 1980 | Stanford University | Ph.D., Electrical Engineering |
| 1976 | Stanford University | MS, Electrical Engineering |
| 1975 | Massachusetts Institute of Technology | BS, Electrical Engineering |

## Employment History

From: 1993 University of California, Department of Electrical Engineering and Computer Science, Berkeley CA
To: 2024 Berkeley, CA

Position:
2024-present Emeritus Professor
1993-2024 Professor

- Department Chair, Department of Electrical Engineering and Computer Sciences, 2019-2021
- Chair, EE Division, Associate Department Chair, Department of Electrical Engineering and Computer Sciencse, 2017-2019
- Associate Dean for Research, College of Engineering, 2012-2017
- Joint Appointment: 2008-2024 , Faculty Senior Scientist, Lawrence Berkeley National Laboratory
- Joint Appointment: 2004-2012, Deputy Director for Science, The Molecular Foundry, Lawrence Berkeley National Laboratory
- Joint Appointment: 1993-2004, Group Leader for Advanced Lithography, Center for X-ray Optics, Lawrence Berkeley National Laboratory

**Updated July 27, 2026**

# Curriculum Vitae - Jeffrey Bokor

**Current research interests:**
- Nanoelectronic devices
- Spintronics
- Carbon electronics
- Ultrafast laser studies of materials

**Classroom teaching:**
- Undergraduate and graduate courses in semiconductor physics and technology
- Undergraduate and graduate courses in optical physics and engineering
- Freshman seminar introduction to electrical engineering

From: 1980 — AT&T, Bell Laboratories
To: 1993 — Holmdel and Murray Hill, NJ

Position:

1990-93 — Ultra-Large Scale Integrated Circuits (ULSI) Technology Research Department. Department Head. Murray Hill, NJ Leader of group of 15 Ph.D. scientists, 35 total technical personnel. Responsible for directing research to create technologies relevant to silicon IC manufacturing in the year 2000. Also responsible for continuing improvement and operation of 20,000 sq. ft. Class 100 research cleanroom facility. Experience included:
- ULSI Process integration
- Deep sub-micron silicon MOSFET device physics
- Device and circuit design
- Advanced process and device modeling software
- Advanced lithography

1987-90 — Laser Science Research Department. Department Head, Holmdel, NJ. Leader of group of 10 Ph.D. scientists, 20 total technical personnel. Managed diverse program of basic research in optical physics. Conducted high visibility research program, including:
- X-ray lithography
- Nonlinear optics
- Picosecond optoelectronics
- Femtosecond phenomena in electronic materials
- Fiber optics
- Atomic physics

1980-87 — Quantum Electronics Research Department. Member of Technical Staff, Holmdel, NJ. Independently directed basic research, including:
- Nonlinear optics
- Picosecond optoelectronics
- Semiconductor device physics
- Ultraviolet laser technology

## Major Research Accomplishments (1980-Present)

- Demonstration of ultrafast (<10 psec) spin-orbit torque switching (2023)
- Demonstration of ultralow contact resistance between semimetal and monolayer semiconductors (2021)
- Demonstration of double-gate graphene nanoribbon transistors (2021)
- Demonstration of transfer-free synthesis of atomically precise graphene nanoribbons on insulating substrates (2021)
- Demonstration of spin-transfer-torque magnetic recording (2019)
- Demonstration of 7 nm magnetic memory using scanned probe magnetic tunnel junction readout (2018)
- Experimental demonstration of ultrafast (<10 psec) magnetic switching by pure charge current pulses (2017)
- High performance bottom-up chemically synthesized graphene nanoribbon transistors (2017)
- Experimental demonstration of the ultimate lowest switching energy set by fundamental physics (Landauer's principle) in single-bit operations on nanomagnetic memory bits (2016)
- Demonstration of spin transfer torque switching in sub-10 nm size magnetic tunnel junctions (2016)
- Demonstration of fluid-suspended magnetic particle manipulation using multiferroic magnetic actuation (2015)
- Direct optical detection of current induced spin accumulation in non-magnetic metals (2015)
- Demonstration of sub-nsec signal propagation in nanomagnetic logic (2015)
- Electric field control of magnetic domain walls for manipulation of magnetic particles in microfluidics (2014)
- High performance nanoscale solution processed carbon nanotube transistors (2013)
- Bottom-up chemically synthesized graphene nanoribbon transistors (2013)
- Nanoscale hyperspectral imaging with tapered plasmonic "Campanile" tip (2012)
- Demonstration of nanomagnetic logic signal propagation (2012)
- Demonstration of fundamental thermodynamic limit of energy dissipation in magnetic memory and logic (2011)
- Demonstration of bandgap and sub-band formation in graphene nanomesh superlattice transistors (2010)
- Self-assembly of gold nanoparticle chain structures for nanophotonics using DNA origami (2010)
- Measurement of Schottky contact junction capacitance, doping profiles and carrier mobility in single semiconductor nanowire and carbon nanotube transistors using ultrasensitive C-V measurements (2009)
- Label-free DNA biosensors using functionalized carbon nanotube transistors (2009)
- Directed assembly of nanophotonic device structure using DNA nanotechnology (2009)
- Theory of spin-dependent scattering in silicon MOSFET transistors (2009)
- Proposed new concepts for nanomagnetic logic technology (2008)
- Study of spin-dependent scattering from impurity donors in silicon MOSFETs for use in quantum computing (2007)

- Measurement of spin coherence of antimony donors in silicon near silicon dioxide interfaces (2006)
- First observation of Stark tuning of donor electron spins in silicon, a key step towards implementation of quantum logic in silicon technology (2006)
- First monolithic integrated circuit with both carbon nanotube and silicon MOS transistors (2004)
- Development of a monolithic inkjet printhead array capable of sub-3 μm droplet generation (2004)
- Study of surface and bulk acoustic phonon excitations in superlattices using picosecond ultrasonics (2003)
- Invention and demonstration of “spacer lithography”, a sub-10 nm patterning technology for nano-catalysts and DNA label-free hybridization detection (2003)
- Development of 10 nm gate-length MOSFET devices (2002)
- Demonstration of extreme ultraviolet lensless Fourier transform holography (2001)
- Demonstration of 30 nm lithography using extreme ultraviolet radiation (2001)
- Demonstration of aberration testing and alignment optimization of a commercial prototype four-mirror ring field extreme ultraviolet optical system using at-wavelength interferometry (2000)
- Development of complementary silicide source/drain technology for sub-20 nm MOSFET devices (2000)
- Development of picosecond ultrasonic characterization of Mo/Si extreme ultraviolet multilayer reflectors (1999)
- Development of 17 nm gate-length FinFET devices (1999)
- First demonstration of the “FinFET”, a manufacturable double-gate MOSFET with 25 nm gate-length (1998)
- Development of at-wavelength defect detection metrology for extreme ultraviolet lithography (1998)
- Co-invention and demonstration of the phase-shifting, point diffraction interferometer, and application to high-accuracy wavefront metrology of extreme ultraviolet lithography optics (1996)
- First demonstration of working MOS devices fabricated with extreme ultraviolet lithography (1996)
- Direct, quantitative measurement of saturation velocity and overshoot velocity in MOS inversion layers (1994)
- Demonstration of interferometry at extreme ultraviolet wavelengths for characterization of lithography optics (1994)
- First direct observation of non-thermal energy distributions and thermalization dynamics in laser-excited metal films (1992)
- Development of 89 GHz f T Si MOSFET transistors with 0.15 mm channel length (1992)
- First feasibility demonstration of diffraction-limited extreme ultraviolet projection lithography (1990)
- First direct observation of surface state kinetics during semiconductor surface recombination (1989)
- Invention and demonstration of the coplanar vacuum photodiode, an ultrafast, high sensitivity photodetector for the visible and ultraviolet (1987)

- First demonstration of time-resolved photoemission for measurement of picosecond electronic signals in integrated circuits (1986)
- First direct detection of band-gap states at GaAs Schottky barrier interfaces (1986)
- Application of time-resolved photoemission to the first measurement of picosecond electron dynamics on InP, GaAs, and Si surfaces (1985)
- Invention and demonstration of picosecond time-resolved ultraviolet photoemission spectroscopy for the study of electron dynamics at semiconductor surfaces (1985)
- Development of a source of 35.5 nm coherent radiation by seventh harmonic generation in a pulsed jet. At the time, this was the shortest wavelength source of coherent radiation yet demonstrated (1983)
- Invention of the pulsed jet harmonic generator for the production of extreme ultraviolet coherent radiation (1983)
- First picosecond pulse krypton-fluoride excimer laser (1982)
- First demonstration of an autoionization pumped laser (1982)
- First third harmonic generation using an excimer laser (1980)
- Development of the first tunable, single-mode excimer laser system (1980)

## Technical Consulting

| | | |
|---|---|---|
| From: | 2001 | Rodel, Inc. |
| To: | 2002 | Newark, DE |
| | Position: | Technical advisory board member for extreme ultraviolet lithography |
| From: | 2002 | Alpha Golf, Inc. |
| To: | 2002 | Kensington, CA |
| | Position: | Technical consultant |
| From: | 2002 | University Technology Ventures, Inc. |
| To: | present | Pleasanton, CA |
| | Position: | Technical consultant |
| From: | 2002 | Veeco Metrology Group |
| To: | 2006 | Santa Barbara, CA |
| | Position: | Technical advisory board member |

## Litigation Support

Consulting and expert witness on patent validity and infringement in 30+ cases since 1998. Equipment inspections. Testimonial experience at deposition and trial. Full list available on request.

## Patents

1. Yang Yang, Jon Gorchon, Richard Wilson, Charles-Henri Lambert, Sayeef Salahuddin, Jeffrey Bokor, "Writing of a magnetic memory with electric pulses," US 10,388,349 B2, August 2019.
2. Thomas Schenkel, Cheuk Chi Lo, Christoph Weis, Stephen Lyon, Alexei Tyryshkin, Jeffrey Bokor, "Scalable quantum computer architecture with coupled donor-quantum dot qubits," US 8,816,325 B2, August 2014
3. Brian Lambson, Zheng Gu, David Carlton, Jeffrey Bokor, "Concave nanomagnets with widely tunable anisotropy," US 8,766,754 B2, July 2014
4. Ji Zhu, Jeff Grunes, Yang-Kyu Choi, Jeffrey Bokor, Gabor Somorjai, "Methods for Fabrication of Positional and Compositionally Controlled Nanostructures on Substrate," US 8,486,287 B2, July 2013
5. Jeffrey Bokor, Nathan C. Emley, David Carlton, "Nanomagnetic signal propagation and logic gates," US 8,134,441 B1, March, 2012
6. David Carlton, Nathan C. Emley, Jeffrey Bokor, "Nanomagnetic Register," US 8,138,874 B1, March, 2012
7. Jeffrey Bokor, Patrick Naulleau, "System For Interferometric Distortion Measurements That Define An Optical Path," US 6,559,952 B1, May, 2003
8. Jeffrey Bokor, Yun Lin, "Method And Apparatus For Inspecting Reflection Masks For Defects," US 6,555,828 B1, April, 2003
9. Jeffrey Bokor, Seongtae Jeong, "Multi-Level Scanning Method for Defect Inspection," US 6,484,306 B1, November 2002
10. Chenming Hu, Tsu-Jae King, Vivek Subramanian, Leland Chang, Xuejue Huang, Yang-Kyu Choi, Jakub Tadeusz Kedzierski, Nick Lindert, Jeffrey Bokor, Wen-Chin Lee, "FINFET Transistor Structures having a Double Gate Channel Extending Vertically From a Substrate and Methods of Manufacture," US 6,413,802 B1, July 2002
11. Jeffrey Bokor, Anthony M. Johnson, "High Speed Photodetector Having Dual Transmission Line Geometry," US 4,933,542 A, June 1990
12. Jeffrey Bokor, Anthony M. Johnson, Ralph H. Storz, "High Speed Circuit Measurements Using Photoemission Sampling," US 4,721,910 A, January, 1988

## Professional Associations, Service, and Awards

- Fellow, Optical Society of America
- Fellow, American Physical Society
- Fellow, Institute of Electronics and Electrical Engineers
- Senior Scientist, Lawrence Berkeley National Laboratory
- American Association for the Advancement of Science
- Paul R. Gray Distinguished Professorship in Electrical Engineering and Computer Sciences, 2015-2024
- National Semiconductor Distinguished Professorship in Engineering, University of California, 2007-2015
- Deputy Director, Center for Energy Efficient Electronic Science, an NSF Science and Technology Center headquartered at Berkeley, 2010-2020
- Co-Chair, 5th Berkeley Symposium on Energy Efficient Electronic Systems, 2017

- Co-Chair, 4th Berkeley Symposium on Energy Efficient Electronic Systems, 2015
- Co-Chair, 3rd Berkeley Symposium on Energy Efficient Electronic Systems, 2013
- Co-Chair, 2nd Berkeley Symposium on Energy Efficient Electronic Systems, 2011
- Co-Chair, 1st Berkeley Symposium on Energy Efficient Electronic Systems, 2009
- Scientific Advisory Board, Catalan Institute for Nanoscience (ICN), Autonomous University of Barcelona, 2007-2022
- Scientific Advisory Committee, Advanced Light Source, Lawrence Berkeley National Laboratory, 2006-2010
- IEEE Paul Rappaport Award for best paper of the year published in Electron Device Society journals, 2002
- DARPA Most Significant Technical Accomplishment Award, 2000
- Program Committee, CMOS devices, International Electron Devices Meeting, 1999-2000
- Scientific Advisory Committee, Advanced Light Source, Lawrence Berkeley National Laboratory, 1998-2002
- Technical Advisory Committee, Laser Science and Technology Program, Lawrence Livermore National Laboratory, 1996-1997
- General Co-chair, Quantum Electronics and Laser Science Conference, Baltimore, MD, 1997
- Program Committee, Topical Meeting on Extreme Ultraviolet Lithography, Boston, MA, 1996
- Users Executive Committee, Advanced Light Source, Lawrence Berkeley National Laboratory, 1994-1998
- Program Co-chair, Quantum Electronics and Laser Science Conference, Baltimore, MD, 1995
- Technical Council, Optical Society of America, 1991-1994
- Chairman, Technical Group on X-ray and XUV Physics, Optical Society of America, 1991-1994
- Program Committee, Topical Meeting on Soft X-ray Projection Lithography, Monterey, CA, April, 1992
- Cochairman, Topical Meeting on Soft X-ray Projection Lithography, Monterey, CA, April, 1991
- Cochairman, Topical Meeting on Short Wavelength Coherent Radiation, Generation and Applications, Monterey, CA, March, 1986
- Program Committee, Conference on Lasers and Electro-Optics (CLEO) '84, Anaheim, CA, June, 1984
- Program Committee, Topical Meeting on Laser Techniques in the Extreme Ultraviolet, Boulder, CO, March, 1984
- Program Committee, Topical Meeting on Excimer Lasers, Lake Tahoe, NV, January, 1983
- Program Committee, Topical Meeting on Laser Techniques for Extreme Ultraviolet Spectroscopy, Boulder, CO, March 1982

## Publications


1. D. Polley and J. Bokor, "A perspective on ultrafast magnetization switching in ferromagnets using helicity-independent optical pulses," Journal of Physics D: Applied Physics, vol. 58, no. 10, p. 102001, (2025).
2. X. Li, H. Singh, J. Lin, S. Zhang, B. Yi, J. Chatterjee, Z. Xiao, S. Mondal, N. Tamura, R. N. Candler, L. You, J. Bokor, and J. Hong, "An energy efficient way for quantitative magnetization switching," npj Spintronics, vol. 2, 2024-07-17 2024.
3. M. Goiriena, Z. Xiao, R. Steinhardt, V. Estrada, N. Tamura, R. V. Chopdekar, A. T. N'Diaye, A. Sepúlveda, G. G. Schlom, R. N. Candler, and J. Bokor, "Imaging of voltage-controlled switching of magnetization in highly magnetostrictive epitaxial Fe–Ga microstructures." Nanoscale **16**(18): 9021–9028 (2024).
4. D. Polley, A. Pattabi, A. Rastogi, K. Jhuria, E. Diaz, H. Singh, A. Lemaitre, M. Hehn, J. Gorchon, and J. Bokor, "Picosecond spin-orbit torque–induced coherent magnetization switching in a ferromagnet," Science Advances, vol. 9, p. eadh5562, 2023.
5. D. Polley, J. Chatterjee, H. Jang, and J. Bokor, "Analysis of ultrafast magnetization switching dynamics in exchange-coupled ferromagnet–ferrimagnet heterostructures," J. Magn. Magn. Mater., vol. 574, 2023.
6. S. Mondal, D. Polley, A. Pattabi, J. Chatterjee, D. Salomoni, L. Aviles-Felix, A. Olivier, M. Rubio-Roy, B. Diény, L. D. B. Prejbeanu, R. Sousa, I. L. Prejbeanu, and J. Bokor, "Single-shot switching in Tb/Co-multilayer based nanoscale magnetic tunnel junctions," J. Magn. Magn. Mater., vol. 581, 2023.
7. Y. C. Lin, Z. Mutlu, G. Borin Barin, Y. Hong, J. P. Llinas, A. Narita, H. Singh, K. Müllen, P. Ruffieux, R. Fasel, and J. Bokor, "Scaling and statistics of bottom-up synthesized armchair graphene nanoribbon transistors," Carbon, vol. 205, pp. 519-526, 2023-03-01 2023.
8. J. Engel, K. Jhuria, D. Polley, T. Lühmann, M. Kuhrke, W. Liu, J. Bokor, T. Schenkel, and R. Wunderlich, "Combining femtosecond laser annealing and shallow ion implantation for local color center creation in diamond," Appl. Phys. Lett., vol. 122, 2023.
9. D. Polley, A. Pattabi, J. Chatterjee, S. Mondal, K. Jhuria, H. Singh, J. Gorchon, and J. Bokor, "Progress toward picosecond on-chip magnetic memory," Applied Physics Letters, vol. 120, no. 14, p. 140501, 2022.
10. S. Mondal, Y. Lin, D. Polley, C. Su, A. Zettl, S. Salahuddin, and J. Bokor, "Accelerated Ultrafast Magnetization Dynamics at Graphene/CoGd Interfaces," ACS Nano, vol. 16, no. 6, pp. 9620-9630, 2022-06-28 2022.
11. G. Borin Barin, Q. Sun, M. Di Giovannantonio, C. Z. Du, X. Y. Wang, J. P. Llinas, Z. Mutlu, Y. Lin, J. Wilhelm, J. Overbeck, C. Daniels, M. Lamparski, H. Sahabudeen, M. L. Perrin, J. I. Urgel, S. Mishra, A. Kinikar, R. Widmer, S. Stolz, M. Bommert, C. Pignedoli, X. Feng, M. Calame, K. Müllen, A. Narita, V. Meunier, J. Bokor, R. Fasel, and P. Ruffieux, "Growth Optimization and Device Integration of Narrow-Bandgap Graphene Nanoribbons," Small, p. 2202301, 2022-06-17 2022.
12. M. Guevara De Jesus, Z. Xiao, M. Goiriena-Goikoetxea, R. V. Chopdekar, M. K. Panduranga, P. Shirazi, A. Acosta, J. P. Chang, J. Bokor, G. P. Carman, R. N. Candler, and C. Lynch, "Magnetic state switching in FeGa microstructures," Smart Materials and Structures, vol. 31, p. 035005, 2022/01/25 2022.

13. Z. Xiao, C. Lai, R. Zheng, M. Goiriena-Goikoetxea, N. Tamura, C. T. Juarez, C. Perry, H. Singh, J. Bokor, G. P. Carman, and R. N. Candler, "Localized strain profile in surface electrode array for programmable composite multiferroic devices," Appl. Phys. Lett., vol. 118, p. 182901, 2021-05-03 2021.
14. P.-C. Shen, C. Su, Y. Lin, A.-S. Chou, C.-C. Cheng, J.-H. Park, M.-H. Chiu, A.-Y. Lu, H.-L. Tang, M. M. Tavakoli, G. Pitner, X. Ji, Z. Cai, N. Mao, J. Wang, V. Tung, J. Li, J. Bokor, A. Zettl, C.-I. Wu, T. Palacios, L.-J. Li, and J. Kong, "Ultralow contact resistance between semimetal and monolayer semiconductors," Nature, vol. 593, pp. 211-217, 2021.
15. Z. Mutlu, J. P. Llinas, P. H. Jacobse, I. Piskun, R. Blackwell, M. F. Crommie, F. R. Fischer, and J. Bokor, "Transfer-Free Synthesis of Atomically Precise Graphene Nanoribbons on Insulating Substrates," ACS Nano, vol. 15, p. 2635, Jan 25 2021.
16. Z. Mutlu, P. H. Jacobse, R. D. McCurdy, J. P. Llinas, Y. Lin, G. C. Veber, F. R. Fischer, M. F. Crommie, and J. Bokor, "Bottom-Up Synthesized Nanoporous Graphene Transistors," Adv Funct Mater, vol. 31, p. 2103798, 2021.
17. P. B. Meisenheimer, R. A. Steinhardt, S. H. Sung, L. D. Williams, S. Zhuang, M. E. Nowakowski, S. Novakov, M. M. Torunbalci, B. Prasad, C. J. Zollner, Z. Wang, N. M. Dawley, J. Schubert, A. H. Hunter, S. Manipatruni, D. E. Nikonov, I. A. Young, L. Q. Chen, J. Bokor, S. A. Bhave, R. Ramesh, J.-M. Hu, E. Kioupakis, R. Hovden, D. G. Schlom, and J. T. Heron, "Engineering new limits to magnetostriction through metastability in iron-gallium alloys," Nature Communications, vol. 12, 2021-12-01 2021.
18. R. D. McCurdy, P. H. Jacobse, I. Piskun, G. C. Veber, D. J. Rizzo, R. Zuzak, Z. Mutlu, J. Bokor, M. F. Crommie, and F. R. Fischer, "Synergetic Bottom-Up Synthesis of Graphene Nanoribbons by Matrix-Assisted Direct Transfer," J Am Chem Soc, vol. 143, pp. 4174-4178, 2021.
19. R. Khojah, Z. Xiao, M. K. Panduranga, M. Bogumil, Y. Wang, M. Goiriena-Goikoetxea, R. V. Chopdekar, J. Bokor, G. P. Carman, R. N. Candler, and D. Di Carlo, "Single-Domain Multiferroic Array-Addressable Terfenol-D (SMArT) Micromagnets for Programmable Single-Cell Capture and Release," Advanced Materials, vol. 33, p. 2006651, 2021-05-01 2021.
20. F. Jakobs, T. A. Ostler, C. H. Lambert, Y. Yang, S. Salahuddin, R. B. Wilson, J. Gorchon, J. Bokor, and U. Atxitia, "Unifying femtosecond and picosecond single-pulse magnetic switching in Gd-Fe-Co," Physical Review B, vol. 103, p. 104422, 2021.
21. M. Goiriena-Goikoetxea, Z. Xiao, A. El-Ghazaly, C. V. Stan, J. Chatterjee, A. Ceballos, A. Pattabi, N. Tamura, R. Lo Conte, F. Hellman, R. Candler, and J. Bokor, "Influence of dislocations and twin walls in BaTiO3 on the voltage-controlled switching of perpendicular magnetization," Physical Review Materials, vol. 5, p. 024401, 2021.
22. S. Das, Z. Hong, V. A. Stoica, M. A. P. Goncalves, Y. T. Shao, E. Parsonnet, E. J. Marksz, S. Saremi, M. R. McCarter, A. Reynoso, C. J. Long, A. M. Hagerstrom, D. Meyers, V. Ravi, B. Prasad, H. Zhou, Z. Zhang, H. Wen, F. Gomez-Ortiz, P. Garcia-Fernandez, J. Bokor, J. Iniguez, J. W. Freeland, N. D. Orloff, J. Junquera, L. Q. Chen, S. Salahuddin, D. A. Muller, L. W. Martin, and R. Ramesh, "Local

negative permittivity and topological phase transition in polar skyrmions," Nat Mater, vol. 20, pp. 194-201, Feb 2021.

23. J. Chatterjee, D. Polley, A. Pattabi, H. Jang, S. Salahuddin, and J. Bokor, "RKKY Exchange Bias Mediated Ultrafast All-Optical Switching of a Ferromagnet," Adv Funct Mater, p. 2107490, 2021-11-16 2021.
24. A. Ceballos, A. Pattabi, A. El-Ghazaly, S. Ruta, C. P. Simon, R. F. L. Evans, T. Ostler, R. W. Chantrell, E. Kennedy, M. Scott, J. Bokor, and F. Hellman, "Role of element-specific damping in ultrafast, helicity-independent, all-optical switching dynamics in amorphous (Gd,Tb)Co thin films," Physical Review B, vol. 103, 2021.
25. Z. Xiao, R. Lo Conte, M. Goiriena-Goikoetxea, R. V. Chopdekar, C. A. Lambert, X. Li, A. T. N'Diaye, P. Shafer, S. Tiwari, A. Barra, A. Chavez, K. P. Mohanchandra, G. P. Carman, K. L. Wang, S. Salahuddin, E. Arenholz, J. Bokor, and R. N. Candler, "Tunable Magnetoelastic Effects in Voltage-Controlled Exchange-Coupled Composite Multiferroic Microstructures," ACS applied materials & interfaces, vol. 12, pp. 6752-6760, Feb 5 2020.
26. H. P. Wong, K. Akarvardar, D. Antoniadis, J. Bokor, C. Hu, T. King-Liu, S. Mitra, J. D. Plummer, and S. Salahuddin, "A Density Metric for Semiconductor Technology," Proceedings of the IEEE, vol. 108, pp. 478-482, 2020.
27. G. Veber, C. S. Diercks, C. Rogers, W. S. Perkins, J. Ciston, K. Lee, J. P. Llinas, A. Liebman-Peláez, C. Zhu, J. Bokor, and F. R. Fischer, "Reticular Growth of Graphene Nanoribbon 2D Covalent Organic Frameworks," Chem, vol. 6, p. 1125, 2020.
28. E. Parsonnet, Y.-L. Huang, T. Gosavi, A. Qualls, D. Nikonov, C.-C. Lin, I. Young, J. Bokor, L. W. Martin, and R. Ramesh, "Toward Intrinsic Ferroelectric Switching in Multiferroic BiFeO3," Physical Review Letters, vol. 125, p. 067601, 08/06/2020.
29. D. Jordán, L. J. Albornoz, J. Gorchon, C. H. Lambert, S. Salahuddin, J. Bokor, J. Curiale, and S. Bustingorry, "Statistically meaningful measure of domain-wall roughness in magnetic thin films," Physical Review B, vol. 101, p. 184431, 2020.
30. K. Jhuria, J. Hohlfeld, A. Pattabi, E. Martin, A. Y. Arriola Córdova, X. Shi, R. Lo Conte, S. Petit-Watelot, J. C. Rojas-Sanchez, G. Malinowski, S. Mangin, A. Lemaître, M. Hehn, J. Bokor, R. B. Wilson, and J. Gorchon, "Spin–orbit torque switching of a ferromagnet with picosecond electrical pulses," Nature Electronics, vol. 3, p. 680, 2020.
31. Y. L. Huang, D. Nikonov, C. Addiego, R. V. Chopdekar, B. Prasad, L. Zhang, J. Chatterjee, H. J. Liu, A. Farhan, Y. H. Chu, M. Yang, M. Ramesh, Z. Q. Qiu, B. D. Huey, C. C. Lin, T. Gosavi, J. Iniguez, J. Bokor, X. Pan, I. Young, L. W. Martin, and R. Ramesh, "Manipulating magnetoelectric energy landscape in multiferroics," Nat Commun, vol. 11, p. 2836, Jun 5 2020.
32. J. Hong, X. Li, N. Xu, H. Chen, S. Cabrini, S. Khizroev, J. Bokor, and L. You, "A Dual Magnetic Tunnel Junction-Based Neuromorphic Device," Advanced Intelligent Systems, vol. 2, p. 2000143, 2020.
33. J. Hong, H.-N. Hwang, Y. Su, S. Li, J. Liang, Y. Park, L. T. Singh, Y. G. Jung, J.-H. Yang, J.-I. Jeong, H. Yang, J. Bokor, C.-C. Hwang, and L. You, "Synthesis and Properties of Monolayer Graphene (MLG)-Covered Fe(111)," Chemistry of Materials, vol. 32, pp. 10463-10468, 2020.

34. M. Goiriena-Goikoetxea, D. Muñoz, I. Orue, M. L. Fernández-Gubieda, J. Bokor, A. Muela, and A. García-Arribas, "Disk-shaped magnetic particles for cancer therapy," Applied Physics Reviews, vol. 7, p. 011306, 2020.
35. A. El-Ghazaly, J. Gorchon, R. B. Wilson, A. Pattabi, and J. Bokor, "Progress towards ultrafast spintronics applications," J. Magn. Magn. Mater., vol. 502, p. 166478, 2020.
36. G. Pitner, G. Hills, J. P. Llinas, K. M. Persson, R. Park, J. Bokor, S. Mitra, and H. P. Wong, "Low-Temperature Side Contact to Carbon Nanotube Transistors: Resistance Distributions Down to 10 nm Contact Length," Nano Lett, vol. 19, pp. 1083-1089, Feb 13 2019.
37. B. Navarrete, M. Stone, P. Wang, R. Guduru, K. Luongo, A. Hadjikhani, D. Toledo, Y. Emirov, B. Arkook, P. Liang, J. Hong, J. Bokor, and S. Khizroev, "Nanomagnetic Particle-Based Information Processing," IEEE Trans. Nanotechnol., vol. 18, pp. 983-988, 2019.
38. J. Hong, T. Yang, A. N'Diaye, J. Bokor, and L. You, "Effects of Interface Induced Natural Strains on Magnetic Properties of FeRh," Nanomaterials, vol. 9, p. 574, 2019.
39. J. Hong, X. Li, O. Lee, W. Tian, S. Khizroev, J. Bokor, and L. You, "Demonstration of spin transfer torque (STT) magnetic recording," Appl. Phys. Lett., vol. 114, p. 243101, 2019.
40. A. El-Ghazaly, B. Tran, A. Ceballos, C.-H. Lambert, A. Pattabi, S. Salahuddin, F. Hellman, and J. Bokor, "Ultrafast magnetization switching in nanoscale magnetic dots," Applied Physics Letters, vol. 114, no. 23, p. 232407, 2019.
41. Z. Xiao, R. Lo Conte, C. Chen, C. Y. Liang, A. Sepulveda, J. Bokor, G. P. Carman, and R. N. Candler, "Bi-directional coupling in strain-mediated multiferroic heterostructures with magnetic domains and domain wall motion," Scientific Reports, vol. 8, p. 5207, Mar 26 2018.
42. Z. Xiao, R. Khojah, M. Chooljian, R. L. Conte, J. D. Schneider, K. Fitzell, R. V. Chopdekar, Y. Wang, A. Scholl, J. Chang, G. P. Carman, J. Bokor, D. Di Carlo, and R. N. Candler, "Cytocompatible magnetostrictive microstructures for nano- and microparticle manipulation on linear strain response piezoelectrics," Multifunctional Materials, vol. 1, p. 014004, 2018.
43. S. Smith, J. P. Llinás, J. Bokor, and S. Salahuddin, "Negative Differential Resistance and Steep Switching in Chevron Graphene Nanoribbon Field-Effect Transistors," IEEE Electron Device Letters, vol. 39, pp. 143-146, 2018.
44. J. Hong, K. Dong, J. Bokor, and L. You, "Self-assembled single-digit nanometer memory cells," Applied Physics Letters, vol. 113, p. 062404, 2018.
45. Z. Xiao, K. P. Mohanchandra, R. Lo Conte, C. Ty Karaba, J. D. Schneider, A. Chavez, S. Tiwari, H. Sohn, M. E. Nowakowski, A. Scholl, S. H. Tolbert, J. Bokor, G. P. Carman, and R. N. Candler, "Enhanced magnetoelectric coupling in a composite multiferroic system via interposing a thin film polymer," AIP Advances, vol. 8, 055907, 2018.
46. R. Lo Conte, Z. Xiao, C. Chen, C. V. Stan, J. Gorchon, A. El-Ghazaly, M. E. Nowakowski, H. Sohn, A. Pattabi, A. Scholl, N. Tamura, A. Sepulveda, G. P. Carman, R. N. Candler, and J. Bokor, "Influence of Nonuniform Micron-Scale Strain Distributions on the Electrical Reorientation of Magnetic Microstructures in

a Composite Multiferroic Heterostructure," Nano Lett, vol. 18, pp. 1952-1961, Mar 14 2018.
47. R. Lo Conte, J. Gorchon, A. Mougin, C. H. A. Lambert, A. El-Ghazaly, A. Scholl, S. Salahuddin, and J. Bokor, "Electrically controlled switching of the magnetization state in multiferroic BaTiO3/CoFe submicrometer structures," Physical Review Materials, vol. 2, 2018.
48. J. Hong, M. Stone, B. Navarrete, K. Luongo, Q. Zheng, Z. Yuan, K. Xia, N. Xu, J. Bokor, L. You, and S. Khizroev, "3D multilevel spin transfer torque devices," Applied Physics Letters, vol. 112, p. 112402, 2018.
49. Y. Yang, R. B. Wilson, J. Gorchon, C.-H. Lambert, S. Salahuddin, and J. Bokor, "Ultrafast magnetization reversal by picosecond electrical pulses," Science Advances, vol. 3, p. E1603117, 2017.
50. R. B. Wilson, J. Gorchon, Y. Yang, C.-H. Lambert, S. Salahuddin, and J. Bokor, "Ultrafast magnetic switching of GdFeCo with electronic heat currents," Physical Review B, vol. 95, 2017.
51. R. B. Wilson, Y. Yang, J. Gorchon, C. H. Lambert, S. Salahuddin, and J. Bokor, "Electric current induced ultrafast demagnetization," Physical Review B, vol. 96, 2017.
52. H. Sohn, C.-y. Liang, M. E. Nowakowski, Y. Hwang, S. Han, J. Bokor, G. P. Carman, and R. N. Candler, "Deterministic multi-step rotation of magnetic single-domain state in Nickel nanodisks using multiferroic magnetoelastic coupling," J. Magn. Magn. Mater., vol. 439, pp. 196-202, 2017.
53. J. P. Llinas, A. Fairbrother, G. Borin Barin, W. Shi, K. Lee, S. Wu, B. Yong Choi, R. Braganza, J. Lear, N. Kau, W. Choi, C. Chen, Z. Pedramrazi, T. Dumslaff, A. Narita, X. Feng, K. Mullen, F. Fischer, A. Zettl, P. Ruffieux, E. Yablonovitch, M. Crommie, R. Fasel, and J. Bokor, "Short-channel field-effect transistors with 9-atom and 13-atom wide graphene nanoribbons," Nat Commun, vol. 8, p. 633, Sep 21 2017.
54. D. Chen, Z. Chen, Q. He, J. D. Clarkson, C. R. Serrao, A. K. Yadav, M. E. Nowakowski, Z. Fan, L. You, X. Gao, D. Zeng, L. Chen, A. Y. Borisevich, S. Salahuddin, J.-M. Liu, and J. Bokor, "Interface Engineering of Domain Structures in BiFeO3 Thin Films," Nano Letters, vol. 17, pp. 486-493, 2017/01/11 2017.
55. J. Gorchon, Y. Yang, and J. Bokor, "Model for multishot all-thermal all-optical switching in ferromagnets," Physical Review B, vol. 94, p. 020409, 2016.
56. J. Gorchon, R. B. Wilson, Y. Yang, A. Pattabi, J. Y. Chen, L. He, J. P. Wang, M. Li, and J. Bokor, "Role of electron and phonon temperatures in the helicity-independent all-optical switching of GdFeCo," Physical Review B, vol. 94, 2016.
57. Y. Kang, J. Bokor, and V. Stojanovic, "Design Requirements for a Spintronic MTJ Logic Device for Pipelined Logic Applications," IEEE Transactions on Electron Devices, vol. 63, pp. 1754-1761, 2016.
58. J. Hong, B. Lambson, S. Dhuey, and J. Bokor, "Experimental test of Landauer's principle in single-bit operations on nanomagnetic memory bits," Science Advances, vol. 2, e1501492, 2016.
59. J. Hong, A. Hadjikhani, M. Stone, P. Liang, F. Allen, V. Safonov, J. Bokor, and S. Khizroev, "The Physics of Spin-transfer Torque Switching in Magnetic Tunneling

Junctions in Sub-10-nm Size Range," IEEE Transactions on Magnetics, vol. PP, pp. 1-1, 2016.
60. S. B. Desai, S. R. Madhvapathy, A. B. Sachid, J. P. Llinas, Q. Wang, G. H. Ahn, G. Pitner, M. J. Kim, J. Bokor, C. Hu, H.-S. P. Wong, and A. Javey, "MoS2 transistors with 1-nanometer gate lengths," Science, vol. 354, pp. 99-102, 2016.
61. L. You, O. Lee, D. Bhowmik, D. Labanowski, J. Hong, J. Bokor, and S. Salahuddin, "Switching of perpendicularly polarized nanomagnets with spin orbit torque without an external magnetic field by engineering a tilted anisotropy," Proceedings of the National Academy of Sciences, vol. 112, pp. 10310-10315, August 18, 2015 2015.
62. D. Bhowmik, M. E. Nowakowski, L. You, O. Lee, D. Keating, M. Wong, J. Bokor, and S. Salahuddin, "Deterministic Domain Wall Motion Orthogonal To Current Flow Due To Spin Orbit Torque," Scientific reports, vol. 5, p. 11823, 2015.
63. A. Pattabi, Z. Gu, J. Gorchon, Y. Yang, J. Finley, O. J. Lee, H. A. Raziq, S. Salahuddin, and J. Bokor, "Direct optical detection of current induced spin accumulation in metals by magnetization-induced second harmonic generation," Applied Physics Letters, vol. 107, p. 152404, 2015.
64. Y. Lee, Z. Q. Liu, J. T. Heron, J. D. Clarkson, J. Hong, C. Ko, M. D. Biegalski, U. Aschauer, S. L. Hsu, M. E. Nowakowski, J. Wu, H. M. Christen, S. Salahuddin, J. B. Bokor, N. A. Spaldin, D. G. Schlom, and R. Ramesh, "Large resistivity modulation in mixed-phase metallic systems," Nat Commun, vol. 6, 01/07/online 2015.
65. M. M. Sabry Aly, M. Gao, G. Hills, C.-S. Lee, G. Pitner, M. M. Shulaker, T. F. Wu, M. Asheghi, J. Bokor, F. Franchetti, K. E. Goodson, C. Kozyrakis, I. Markov, K. Olukotun, L. Pileggi, E. Pop, J. Rabaey, C. Re, H. S. P. Wong, and S. Mitra, "Energy-Efficient Abundant-Data Computing: The N3XT 1,000x," Computer, vol. 48, pp. 24-33, 2015.
66. Z. Gu, R. Storz, M. Marcus, A. Doran, A. Young, A. Scholl, W. Chao, D. Carlton, B. Lambson, M. Nowakowski, and J. Bokor, "Time-Resolved Photo-Emission Electron Microscopy of Nanomagnetic Logic Chains," in Ultrafast Magnetism I. vol. 159, J. Y. Bigot, W. Hubner, T. Rasing, and R. Chantrell, Eds., Cham: Springer Int Publishing Ag, 2015, pp. 281-283.
67. Z. Gu, M. E. Nowakowski, D. B. Carlton, R. Storz, M.-Y. Im, J. Hong, W. Chao, B. Lambson, P. Bennett, M. T. Alam, M. A. Marcus, A. Doran, A. Young, A. Scholl, P. Fischer, and J. Bokor, "Sub-nanosecond signal propagation in anisotropy-engineered nanomagnetic logic chains," Nat Commun, vol. 6, 03/16/online 2015.
68. S.-J. Choi, P. Bennett, D. Lee, and J. Bokor, "Highly uniform carbon nanotube nanomesh network transistors," Nano Research, vol. 8, pp. 1320-1326, 2015/04/01 2015.
69. H. Sohn, M. E. Nowakowski, C.-Y. Liang, J. L. Hockel, K. Wetzlar, S. Keller, B. M. McLellan, M. A. Marcus, A. Doran, A. Young, M. Kläui, G. P. Carman, J. Bokor, and R. N. Candler, "Electrically Driven Magnetic Domain Wall Rotation in Multiferroic Heterostructures to Manipulate Suspended On-Chip Magnetic Particles," ACS Nano, vol. 9, pp. 4814-4826, 2015.
70. Y. Lee, Z. Q. Liu, J. T. Heron, J. D. Clarkson, J. Hong, C. Ko, M. D. Biegalski, U. Aschauer, S. L. Hsu, M. E. Nowakowski, J. Wu, H. M. Christen, S. Salahuddin, J.

B. Bokor, N. A. Spaldin, D. G. Schlom, and R. Ramesh, "Large resistivity modulation in mixed-phase metallic systems," Nat Commun, vol. 6, 01/07/online 2015.

71. Z. Gu, R. Storz, M. Marcus, A. Doran, A. Young, A. Scholl, W. Chao, D. Carlton, B. Lambson, and M. Nowakowski, "Time-Resolved Photo-Emission Electron Microscopy of Nanomagnetic Logic Chains," in Ultrafast Magnetism I: Springer, 2015, pp. 281-283.
72. Z. Gu, M. E. Nowakowski, D. B. Carlton, R. Storz, M.-Y. Im, J. Hong, W. Chao, B. Lambson, P. Bennett, M. T. Alam, M. A. Marcus, A. Doran, A. Young, A. Scholl, P. Fischer, and J. Bokor, "Sub-nanosecond signal propagation in anisotropy-engineered nanomagnetic logic chains," Nat Commun, vol. 6, 03/16/online 2015.
73. A. R. Schmidt, E. Henry, C. C. Lo, Y. T. Wang, H. Li, L. Greenman, O. Namaan, T. Schenkel, K. B. Whaley, J. Bokor, E. Yablonovitch, and I. Siddiqi, "A prototype silicon double quantum dot with dispersive microwave readout," Journal of Applied Physics, vol. 116, p. 044503, Jul 2014.
74. C. C. Lo, S. Simmons, R. Lo Nardo, C. D. Weis, A. M. Tyryshkin, J. Meijer, D. Rogalla, S. A. Lyon, J. Bokor, T. Schenkel, and J. J. L. Morton, "Stark shift and field ionization of arsenic donors in Si-28-silicon-on-insulator structures," *Applied Physics Letters,* vol. 104, p. 193502, May 2014.
75. D. Lee, M. L. Seol, D. I. Moon, P. Bennett, N. Yoder, J. Humes, J. Bokor, Y. K. Choi, and S. J. Choi, "High-performance thin-film transistors produced from highly separated solution-processed carbon nanotubes," *Applied Physics Letters,* vol. 104, p.143508, Apr 2014.
76. T. Schenkel, C. C. Lo, C. D. Weis, J. Bokor, A. M. Tyryshkin, and S. A. Lyon, "A Spin Quantum Bit Architecture with Coupled Donors and Quantum Dots in Silicon," in Single-Atom Nanoelectronics, E. Prati and T. Shinada, Eds., 2013, pp. 255-279.
77. C. C. Lo, C. D. Weis, J. van Tol, J. Bokor, and T. Schenkel, "All-Electrical Nuclear Spin Polarization of Donors in Silicon," *Physical Review Letters,* vol. 110, p. 57601, Jan 2013.
78. B. Lambson, Z. Gu, M. Monroe, S. Dhuey, A. Scholl, and J. Bokor, "Concave nanomagnets: investigation of anisotropy properties and applications to nanomagnetic logic," *Applied Physics a-Materials Science & Processing,* vol. 111, pp. 413-421, May 2013.
79. S. J. Choi, P. Bennett, K. Takei, C. Wang, C. C. Lo, A. Javey, and J. Bokor, "Short-Channel Transistors Constructed with Solution-Processed Carbon Nanotubes," *ACS Nano,* vol. 7, pp. 798-803, Jan 2013.
80. P. B. Bennett, Z. Pedramrazi, A. Madani, Y.-C. Chen, D. G. de Oteyza, C. Chen, F. R. Fischer, M. F. Crommie, and J. Bokor, "Bottom-up graphene nanoribbon field effect transistors," *Applied Physics Letters*, vol. 103, 253114, 2013.
81. W. Bao, M. Staffaroni, J. Bokor, M. B. Salmeron, E. Yablonovitch, S. Cabrini, A. Weber-Bargioni, and P. J. Schuck, "Plasmonic near-field probes: a comparison of the campanile geometry with other sharp tips," *Optics Express,* vol. 21, pp. 8166-8176, Apr 2013.
82. A. T. Zayak, H. Choo, Y. S. Hu, D. J. Gargas, S. Cabrini, J. Bokor, P. J. Schuck, and J. B. Neaton, "Harnessing Chemical Raman Enhancement for Understanding

Organic Adsorbate Binding on Metal Surfaces," *Journal of Physical Chemistry Letters,* vol. 3, pp. 1357-1362, May 2012.

83. W. Bao, M. Melli, N. Caselli, F. Riboli, D. S. Wiersma, M. Staffaroni, H. Choo, D. F. Ogletree, S. Aloni, J. Bokor, S. Cabrini, F. Intonti, M. B. Salmeron, E. Yablonovitch, P. J. Schuck, and A. Weber-Bargioni, "Mapping Local Charge Recombination Heterogeneity by Multidimensional Nanospectroscopic Imaging," *Science*, vol. 338, pp. 1317-1321, Dec 2012.
84. D. Carlton, B. Lambson, A. Scholl, A. Young, P. Ashby, S. Dhuey, and J. Bokor, "Investigation of Defects and Errors in Nanomagnetic Logic Circuits," *IEEE Transactions on Nanotechnology*, vol. 11, pp. 760-762, Jul 2012.
85. S. J. Choi, C. Wang, C. C. Lo, P. Bennett, A. Javey, and J. Bokor, "Comparative study of solution-processed carbon nanotube network transistors," *Applied Physics Letters,* vol. 101, Sep 2012.
86. H. Choo, M. K. Kim, M. Staffaroni, T. J. Seok, J. Bokor, S. Cabrini, P. J. Schuck, M. C. Wu, and E. Yablonovitch, "Nanofocusing in a metal-insulator-metal gap plasmon waveguide with a three-dimensional linear taper," *Nature Photonics*, vol. 6, pp. 837-843, Dec 2012.
87. M. Ilg, C. D. Weis, J. Schwartz, A. Persaud, Q. Ji, C. C. Lo, J. Bokor, A. Hegyi, E. Guliyev, I. W. Rangelow, and T. Schenkel, "Improved single ion implantation with scanning probe alignment," *Journal of Vacuum Science & Technology B*, vol. 30, Nov 2012.
88. B. Lambson, Z. Gu, D. Carlton, S. Dhuey, A. Scholl, A. Doran, A. Young, and J. Bokor, "Cascade-like signal propagation in chains of concave nanomagnets," *Applied Physics Letters*, vol. 100, p. 152406, Apr 2012.
89. C. C. Lo, F. R. Bradbury, A. M. Tyryshkin, C. D. Weis, J. Bokor, T. Schenkel, and S. A. Lyon, "Suppression of microwave rectification effects in electrically detected magnetic resonance measurements," *Applied Physics Letters*, vol. 100, p. 63510, Feb 2012.
90. M. T. Martinez, Y. C. Tseng, M. Gonzalez, and J. Bokor, "Streptavidin as CNTs and DNA Linker for the Specific Electronic and Optical Detection of DNA Hybridization," *Journal of Physical Chemistry C*, vol. 116, pp. 22579-22586, Oct 2012.
91. C. D. Weis, C. C. Lo, V. Lang, A. M. Tyryshkin, R. E. George, K. M. Yu, J. Bokor, S. A. Lyon, J. J. L. Morton, and T. Schenkel, "Electrical activation and electron spin resonance measurements of implanted bismuth in isotopically enriched silicon-28," *Applied Physics Letters*, vol. 100, p. 172104, Apr 2012.
92. A. T. Zayak, Y. S. Hu, H. Choo, J. Bokor, S. Cabrini, P. J. Schuck, and J. B. Neaton, "Chemical Raman Enhancement of Organic Adsorbates on Metal Surfaces," Physical Review Letters, vol. 106, p. 083003, Feb 2011.
93. J. W. J. Wu, D. Carlton, J. S. Park, Y. Meng, E. Arenholz, A. Doran, A. T. Young, A. Scholl, C. Hwang, H. W. Zhao, J. Bokor, and Z. Q. Qiu, "Direct observation of imprinted antiferromagnetic vortex states in CoO/Fe/Ag(001) discs," *Nature Physics,* vol. 7, pp. 303-306, Apr 2011.
94. A. Weber-Bargioni, A. Schwartzberg, M. Cornaglia, A. Ismach, J. J. Urban, Y. J. Pang, R. Gordon, J. Bokor, M. B. Salmeron, D. F. Ogletree, P. Ashby, S. Cabrini, and P. J. Schuck, "Hyperspectral Nanoscale Imaging on Dielectric Substrates with

Coaxial Optical Antenna Scan Probes," *Nano Letters,* vol. 11, pp. 1201-1207, Mar 2011.

95. Z. Liu, R. Brandt, Y. Yahagi, B. Hansen, B. Harteneck, J. Bokor, A. R. Hawkins, and H. Schmidt, "Detecting single nanomagnet dynamics beyond the diffraction limit in varying magnetostatic environments," *Applied Physics Letters,* vol. 98, Jan 2011.
96. V. L. V. Lang, C. C. Lo, R. E. George, S. A. Lyon, J. Bokor, T. Schenkel, A. Ardavan, and J. J. L. Morton, "Electrically detected magnetic resonance in a W-band microwave cavity," *Review of Scientific Instruments,* vol. 82, p. 034704, Mar 2011.
97. B. Lambson, D. Carlton, and J. Bokor, "Exploring the Thermodynamic Limits of Computation in Integrated Systems: Magnetic Memory, Nanomagnetic Logic, and the Landauer Limit," Physical Review Letters, vol. 107, p. 010604, Jul 2011.
98. J. Wu, D. Carlton, E. Oelker, J. S. Park, E. Jin, E. Arenholz, A. Scholl, H. Chanyong, J. Bokor, and Z. Q. Qiu, "Switching a magnetic vortex by interlayer coupling in epitaxially grown Co/Cu/Py/Cu(001) trilayer disks," *J. Phys., Condens. Matter.,* vol. 22, pp. 342001 (4 pp.)-342001 (4 pp.), 1 September 2010.
99. Y. C. Tseng and J. Bokor, "Characterization of the junction capacitance of metal-semiconductor carbon nanotube Schottky contacts," *Applied Physics Letters,* vol. 96, p. 013103, Jan 2010.
100. M. T. Martinez, Y. C. Tseng, J. P. Salvador, M. P. Marco, N. Ormategui, I. Loinaz, and J. Bokor, "Electronic Anabolic Steroid Recognition with Carbon Nanotube Field-Effect Transistors," *Acs Nano,* vol. 4, pp. 1473-1480, Mar 2010.
101. X. Liang, Y.-S. Jung, S. Wu, A. Ismach, D. L. Olynick, S. Cabrini, and J. Bokor, "Formation of Bandgap and Subbands in Graphene Nanomeshes with Sub-10 nm Ribbon Width Fabricated via Nanoimprint Lithography," *Nano Letters,* vol. 10, pp. 2454-2460, 2010.
102. Ismach, C. Druzgalski, S. Penwell, A. Schwartzberg, M. Zheng, A. Javey, J. Bokor, and Y. G. Zhang, "Direct Chemical Vapor Deposition of Graphene on Dielectric Surfaces," *Nano Letters,* vol. 10, pp. 1542-1548, May 2010.
103. Q. Ding, Z. T. Deng, H. Yan, S. Cabrini, R. N. Zuckermann, and J. Bokor, "Gold Nanoparticle Self-Similar Chain Structure Organized by DNA Origami," *Journal of the American Chemical Society,* vol. 132, pp. 3248-+, Mar 2010.
104. D. Weis, A. Schuh, A. Batra, A. Persaud, I. W. Rangelow, J. Bokor, C. C. Lo, S. Cabrini, D. Olynick, S. Duhey, and T. Schenkel, "Mapping of ion beam induced current changes in FinFETs," *Nuclear Instruments & Methods in Physics Research, Section B-Beam Interactions with Materials and Atoms,* vol. 267, pp. 1222-1225, 2009.
105. T. Schenkel, C. C. Lo, C. D. Weis, A. Schuh, A. Persaud, and J. Bokor, "Critical issues in the formation of quantum computer test structures by ion implantation," *Nuclear Instruments & Methods in Physics Research Section B-Beam Interactions with Materials and Atoms,* vol. 267, pp. 2563-2566, Aug 2009.
106. M. T. Martinez, Y. C. Tseng, N. Ormategui, I. Loinaz, R. Eritja, and J. Bokor, "Label-Free DNA Biosensors Based on Functionalized Carbon Nanotube Field Effect Transistors," *Nano Letters,* vol. 9, pp. 530-536, Feb 2009.

107. C. Lo, A. Persaud, S. Dhuey, D. Olynick, F. Borondics, M. C. Martin, H. A. Bechtel, J. Bokor, and T. Schenkel, "Device fabrication and transport measurements of FinFETs built with Si-28 SOI wafers toward donor qubits in silicon," *Semiconductor Science and Technology,* vol. 24, p. 105022, Oct 2009.
108. C. Garnett, Y. C. Tseng, D. R. Khanal, J. Q. Wu, J. Bokor, and P. D. Yang, "Dopant profiling and surface analysis of silicon nanowires using capacitance-voltage measurements," *Nat. Nanotechnol.,* vol. 4, pp. 311-314, May 2009.
109. C. Ford, J. C. Ho, Y. L. Chueh, Y. C. Tseng, Z. Y. Fan, J. Guo, J. Bokor, and A. Javey, "Diameter-Dependent Electron Mobility of InAs Nanowires," *Nano Letters,* vol. 9, pp. 360-365, Jan 2009.
110. Ding, S. Cabrini, R. N. Zuckermann, and J. Bokor, "DNA directed assembly of nanoparticle linear structure for nanophotonics," *Journal of Vacuum Science & Technology B: Microelectronics and Nanometer Structures,* vol. 27, pp. 184-187, 2009.
111. R. de Sousa, C. C. Lo, and J. Bokor, "Spin-dependent scattering in a silicon transistor," *Physical Review B,* vol. 80, p. 9, Jul 2009.
112. D. Weis, A. Schuh, A. Batra, A. Persaud, I. W. Rangelow, J. Bokor, C. C. Lo, S. Cabrini, E. Sideras-Haddad, G. D. Fuchs, R. Hanson, D. D. Awschalom, and T. Schenkel, "Single atom doping for quantum device development in diamond and silicon," *J. Vac. Sci. Technol.,* vol. 26, pp. 2596-2600, 2008.
113. B. Carlton, N. C. Emley, E. Tuchfeld, and J. Bokor, "Simulation Studies of Nanomagnet-Based Logic Architecture," *Nano Letters,* vol. 8, pp. 4173-4178, Dec 2008.
114. Y. Wang and J. Bokor, "Ultra-high-resolution monolithic thermal bubble inkjet print head," *Journal of Micro/Nanolithography, MEMS and MOEMS,* vol. 6, pp. 043009-10, 2007.
115. S. Wang, A. Barman, H. Schmidt, J. D. Maas, A. R. Hawkins, S. Kwon, B. Harteneck, S. Cabrini, and J. Bokor, "Optimization of nano-magneto-optic sensitivity using dual dielectric layer enhancement," Applied Physics Letters, vol. 90, p. 252504, Jun 2007.
116. San Paulo, E. Quevy, J. Black, R. T. Howe, R. White, and J. Bokor, "Mode shape imaging of out-of-plane and in-plane vibrating RF micromechanical resonators by atomic force microscopy," *Microelectronic Engineering,* vol. 84, pp. 1354-1357, May-Aug 2007.
117. San Paulo, N. Arellano, J. A. Plaza, R. R. He, C. Carraro, R. Maboudian, R. T. Howe, J. Bokor, and P. D. Yang, "Suspended mechanical structures based on elastic silicon nanowire arrays," *Nano Letters,* vol. 7, pp. 1100-1104, Apr 2007.
118. S. Paulo, J. P. Black, R. M. White, and J. Bokor, "Detection of nanomechanical vibrations by dynamic force microscopy in higher cantilever eigenmodes," *Applied Physics Letters,* vol. 91, p. 053116, Jul 2007.
119. C. Lo, J. Bokor, T. Schenkel, A. M. Tyryshkin, and S. A. Lyon, "Spin-dependent scattering off neutral antimony donors in Si-28 field-effect transistors," *Applied Physics Letters,* vol. 91, p. 242106, Dec 2007.
120. Batra, C. D. Weis, J. Reijonen, A. Persaud, T. Schenkel, S. Cabrini, C. C. Lo, and J. Bokor, "Detection of low energy single ion impacts in micron scale transistors at room temperature," *Applied Physics Letters,* vol. 91, p. 193502, 2007.

121. Barman, S. Wang, J. Maas, A. R. Hawkins, S. Kwon, J. Bokor, A. Liddle, and H. Schmidt, "Size dependent damping in picosecond dynamics of single nanomagnets," *Applied Physics Letters,* vol. 90, pp. 202504-1-3, 2007.
122. M. Tyryshkin, S. A. Lyon, T. Schenkel, J. Bokor, J. Chu, W. Jantsch, F. Schaffler, J. L. Truitt, S. N. Coppersmith, and M. A. Eriksson, "Electron spin coherence in Si," *Physica E-Low-Dimensional Systems & Nanostructures,* vol. 35, pp. 257-263, Dec 2006.
123. Y. C. Tseng, K. Phoa, D. Carlton, and J. Bokor, "Effect of diameter variation in a large set of carbon nanotube transistors," *Nano Letters,* vol. 6, pp. 1364-1368, Jul 2006.
124. T. Schenkel, J. A. Liddle, A. Persaud, A. M. Tyryshkin, S. A. Lyon, R. de Sousa, K. B. Whaley, J. Bokor, J. Shangkuan, and I. Chakarov, "Electrical activation and electron spin coherence of ultralow dose antimony implants in silicon," *Applied Physics Letters,* vol. 88, p. 112101, Mar 2006.
125. T. Schenkel, J. A. Liddle, J. Bokor, A. Persaud, S. J. Park, J. Shangkuan, C. C. Lo, S. Kwon, S. A. Lyon, A. M. Tyryshkin, I. W. Rangelow, Y. Sarov, D. H. Schneider, J. Ager, and R. de Sousa, "Strategies for integration of donor electron spin qubits in silicon," *Microelectronic Engineering,* vol. 83, pp. 1814-1817, Apr-Sep 2006.
126. M. Contreras, X. M. Yan, S. Kwon, J. Bokor, and G. A. Somorjai, "Catalytic CO oxidation reaction studies on lithographically fabricated platinum nanowire arrays with different oxide supports," *Catalysis Letters,* vol. 111, pp. 5-13, Oct 2006.
127. R. Bradbury, A. M. Tyryshkin, G. Sabouret, J. Bokor, T. Schenkel, and S. A. Lyon, "Stark tuning of donor electron spins in silicon," *Physical Review Letters,* vol. 97, p. 176404, Oct 2006.
128. Barman, S. Q. Wang, J. D. Maas, A. R. Hawkins, S. Kwon, A. Liddle, J. Bokor, and H. Schmidt, "Magneto-optical observation of picosecond dynamics of single nanomagnets," *Nano Letters,* vol. 6, pp. 2939-2944, Dec 2006.
129. X. M. Yan, S. Kwon, A. M. Contreras, M. M. Koebel, J. Bokor, and G. A. Somorjai, "Fabrication of dense arrays of platinum nanowires on silica, alumina, zirconia and ceria surfaces as 2-D model catalysts," *Catalysis Letters,* vol. 105, pp. 127-132, Dec 2005.
130. X. M. Yan, S. Kwon, A. M. Contreras, J. Bokor, and G. A. Somorjai, "Fabrication of large number density platinum nanowire arrays by size reduction lithography and nanoimprint lithography," *Nano Letters,* vol. 5, pp. 745-748, Apr 2005.
131. S. Y. Xiong, T. J. King, and J. Bokor, "Study of the extrinsic parasitics in nano-scale transistors," *Semiconductor Science and Technology,* vol. 20, pp. 652-657, Jun 2005.
132. S. Y. Xiong, T. J. King, and J. Bokor, "A comparison study of symmetric ultrathin-body double-gate devices with metal source/drain and doped source/drain," *Ieee Transactions on Electron Devices,* vol. 52, pp. 1859-1867, Aug 2005.
133. S. Y. Xiong and J. Bokor, "Structural optimization of SUTBDG devices for low-power applications," *Ieee Transactions on Electron Devices,* vol. 52, pp. 360-366, Mar 2005.
134. M. D. Shumway, P. Naulleau, K. A. Goldberg, and J. R. Bokor, "Measuring line roughness through aerial image contrast variation using coherent extreme ultraviolet

spatial filtering technique," *Journal of Vacuum Science & Technology B,* vol. 23, pp. 2844-2847, Nov-Dec 2005.
135. San Paulo, J. Bokor, R. T. Howe, R. He, P. Yang, D. Gao, C. Carraro, and R. Maboudian, "Mechanical elasticity of single and double clamped silicon nanobeams fabricated by the vapor-liquid-solid method," *Applied Physics Letters,* vol. 87, p. 053111, Aug 2005.
136. A. San Paulo, X. Liu, and J. Bokor, "Scanning acoustic force microscopy characterization of thermal expansion effects on the electromechanical properties of film bulk acoustic resonators," *Applied Physics Letters,* vol. 86, p. 084102, Feb 2005.
137. N. Qureshi, S. Q. Wang, M. A. Lowther, A. R. Hawkins, S. Kwon, A. Liddle, J. Bokor, and H. Schmidt, "Cavity-enhanced magnetooptical observation of magnetization reversal in individual single-domain nanomagnets," *Nano Letters,* vol. 5, pp. 1413-1417, Jul 2005.
138. Persaud, S. J. Park, J. A. Liddle, T. Schenkel, J. Bokor, and I. W. Rangelow, "Integration of scanning probes and ion beams," *Nano Letters,* vol. 5, pp. 1087-1091, Jun 2005.
139. Persaud, J. A. Liddle, T. Schenkel, J. Bokor, T. Ivanov, and I. W. Rangelow, "Ion implantation with scanning probe alignment," *Journal of Vacuum Science & Technology B,* vol. 23, pp. 2798-2800, Nov-Dec 2005.
140. J. Lin, P. Xuan, and J. Bokor, "Characterization of chemical vapor deposition growth yields of carbon nanotube transistors," *Japanese Journal of Applied Physics Part 1-Regular Papers Brief Communications & Review Papers,* vol. 44, pp. 6859-6861, Sep 2005.
141. S. Kwon, X. M. Yan, A. M. Contreras, J. A. Liddle, G. A. Somorjai, and J. Bokor, "Fabrication of metallic nanodots in large-area arrays by mold-to-mold cross imprinting (MTMCI)," *Nano Letters,* vol. 5, pp. 2557-2562, Dec 2005.
142. Yagishita, T. J. King, and J. Bokor, "Schottky barrier height reduction and drive current improvement in metal source/drain MOSFET with strained-Si channel," *Japanese Journal of Applied Physics Part 1-Regular Papers Short Notes & Review Papers,* vol. 43, pp. 1713-1716, Apr 2004.
143. S. Y. Xiong, J. Bokor, Q. Xiang, P. Fisher, I. Dudley, P. Rao, H. H. Wang, and B. En, "Is gate line edge roughness a first-order issue in affecting the performance of deep sub-micro bulk MOSFET devices?," *Ieee Transactions on Semiconductor Manufacturing,* vol. 17, pp. 357-361, Aug 2004.
144. S. Y. Xiong and J. Bokor, "A simulation study of gate line edge roughness. Effects on doping profiles of short-channel MOSFET devices," *Ieee Transactions on Electron Devices,* vol. 51, pp. 228-232, Feb 2004.
145. Wang, J. Bokor, and A. Lee, "Maskless lithography using drop-on-demand inkjet printing method," *SPIE-Int. Soc. Opt. Eng. Proceedings of the SPIE,* vol. 5374, pp. 628-36, 2004.
146. C. Tseng, P. Q. Xuan, A. Javey, R. Malloy, Q. Wang, J. Bokor, and H. J. Dai, "Monolithic integration of carbon nanotube devices with silicon MOS technology," *Nano Letters,* vol. 4, pp. 123-127, Jan 2004.
147. M. D. Shumway, E. L. Snow, K. A. Goldberg, P. Naulleau, H. Cao, M. Chandhok, J. A. Liddle, E. H. Anderson, and J. Bokor, "EUV resist imaging below 50 nm

using coherent spatial filtering techniques," *Proceedings of the SPIE,* vol. 5374, pp. 454-9, 2004.

148. T. Schenkel, I. W. Rangelow, R. Keller, S. J. Park, J. Nilsson, A. Persaud, V. R. Radmilovic, P. Grabiec, D. H. Schneider, J. A. Liddle, and J. Bokor, "Open questions in electronic sputtering of solids by slow highly charged ions with respect to applications in single ion implantation," *Nuclear Instruments & Methods in Physics Research Section B-Beam Interactions with Materials and Atoms,* vol. 219-20, pp. 200-205, Jun 2004.
149. N. W. Pu, E. Y. Pan, and J. Bokor, "Sensitive detection of laser damage to Mo/Si multilayers by picosecond ultrasonics," *Applied Physics B-Lasers and Optics,* vol. 79, pp. 107-112, Jul 2004.
150. Persaud, F. I. Allen, F. Giccluel, S. J. Park, J. A. Liddle, T. Schenkel, T. Ivanov, K. Ivanova, I. W. Rangelow, and J. Bokor, "Single ion implantation with scanning probe alignment," *Journal of Vacuum Science & Technology B,* vol. 22, pp. 2992-2994, Nov-Dec 2004.
151. S. J. Park, A. Persaud, J. A. Liddle, J. Nilsson, J. Bokor, D. H. Schneider, I. W. Rangelow, and T. Schenkel, "Processing issues in top-down approaches to quantum computer development in silicon," *Microelectronic Engineering,* vol. 73-74, pp. 695-700, Jun 2004.
152. S. J. Park, J. A. Liddle, A. Persaud, F. I. Allen, T. Schenkel, and J. Bokor, "Formation of 15 nm scale Coulomb blockade structures in silicon by electron beam lithography with a bilayer resist process," *Journal of Vacuum Science & Technology B,* vol. 22, pp. 3115-3118, Nov-Dec 2004.
153. H. T. Liu, J. K. O. Sin, P. Q. Xuan, and J. Bokor, "Characterization of the ultrathin vertical channel CMOS technology," *Ieee Transactions on Electron Devices,* vol. 51, pp. 106-112, Jan 2004.
154. Yang-Kyu, J. Grunes, L. Joon Sung, Z. Ji, G. A. Somorjai, L. P. Lee, and J. Bokor, "Sub-lithographic patterning technology for nanowire model catalysts and DNA label-free hybridization detection," *Proceedings of the SPIE - The International Society for Optical Engineering,* vol. 5220, pp. 10-19, 2003.
155. P. Q. Xuan and J. Bokor, "Investigation of NiSi and TiSi as CMOS gate materials," *Ieee Electron Device Letters,* vol. 24, pp. 634-636, Oct 2003.
156. S. Y. Xiong and J. Bokor, "Sensitivity of double-gate and FinFET devices to process variations," *Ieee Transactions on Electron Devices,* vol. 50, pp. 2255-2261, Nov 2003.
157. M. D. Shumway, P. Naulleau, K. A. Goldberg, E. L. Snow, and J. Bokor, "Resist evaluation at 50 nm in the EUV using interferometric spatial-frequency-doubled imaging," *Proceedings of the SPIE,* vol. 5037, pp. 910-16, 2003.
158. T. Schenkel, A. Persaud, S. J. Park, J. Nilsson, J. Bokor, J. A. Liddle, R. Keller, D. H. Schneider, D. W. Cheng, and D. E. Humphries, "Solid state quantum computer development in silicon with single ion implantation," *Journal of Applied Physics,* vol. 94, pp. 7017-7024, Dec 2003.
159. N. W. Pu and J. Bokor, "Study of surface and bulk acoustic phonon excitations in superlattices using picosecond ultrasonics," *Physical Review Letters,* vol. 91, p. 76101, Aug 2003.

160. P. P. Naulleau, K. A. Goldberg, P. Batson, J. Bokor, P. Denham, and S. Rekawa, "Fourier-synthesis custom-coherence illuminator for extreme ultraviolet microfield lithography," *Applied Optics,* vol. 42, pp. 820-826, Feb 2003.
161. P. P. Naulleau, K. A. Goldberg, E. H. Anderson, J. Bokor, B. D. Harteneck, K. H. Jackson, D. L. Olynick, F. Salmassi, S. L. Baker, P. B. Mirkarimi, E. A. Spiller, C. C. Walton, D. J. O'Connell, Y. Pei-Yang, and Z. Guojing, "Static EUV micro-exposures using the ETS Set-2 optics," *Proceedings of the SPIE,* vol. 5037, pp. 36-46, 2003.
162. P. Naulleau, K. A. Goldberg, E. H. Anderson, J. Bokor, B. Harteneck, K. Jackson, D. Olynick, F. Salmassi, S. Baker, P. Mirkarimi, E. Spiller, C. Walton, D. O'Connell, P. Y. Yan, and G. J. Zhang, "Printing-based performance analysis of the engineering test stand set-2 optic using a synchrotron exposure station with variable sigma," *Journal of Vacuum Science & Technology B,* vol. 21, pp. 2697-2700, Nov-Dec 2003.
163. P. Naulleau, K. A. Goldberg, E. H. Anderson, J. Bokor, E. Gullikson, B. Harteneck, K. Jackson, D. Olynick, F. Salmassi, S. Baker, P. Mirkarimi, E. Spiller, C. Walton, and G. J. Zhang, "Lithographic characterization of the printability of programmed extreme ultraviolet substrate defects," *Journal of Vacuum Science & Technology B,* vol. 21, pp. 1286-1290, Jul-Aug 2003.
164. J. S. Lee, D. W. Ha, Y. K. Choi, T. J. King, and J. Bokor, "Low-frequency noise characteristics of ultrathin body p-MOSFETs with molybdenum gate," *Ieee Electron Device Letters,* vol. 24, pp. 31-33, Jan 2003.
165. J. S. Lee, Y. K. Choi, D. W. Ha, S. Balasubramanian, T. J. King, and J. Bokor, "Hydrogen annealing effect on DC and low-frequency noise characteristics in CMOS FinFETs," *Ieee Electron Device Letters,* vol. 24, pp. 186-188, Mar 2003.
166. K. A. Goldberg, P. P. Naulleau, P. Denham, S. B. Rekawa, K. H. Jackson, E. H. Anderson, J. A. Liddle, and J. Bokor, "EUV interferometry of the 0.3-NA MET optic," *Proceedings of the SPIE,* vol. 5037, pp. 69-74, 2003.
167. Y. K. Choi, J. Zhu, J. Grunes, J. Bokor, and G. A. Somorjai, "Fabrication of sub-10-nm silicon nanowire arrays by size reduction lithography," *Journal of Physical Chemistry B,* vol. 107, pp. 3340-3343, Apr 2003.
168. Y. K. Choi, J. S. Lee, J. Zhu, G. A. Somorjai, L. P. Lee, and J. Bokor, "Sublithographic nanofabrication technology for nanocatalysts and DNA chips," *Journal of Vacuum Science & Technology B,* vol. 21, pp. 2951-2955, Nov-Dec 2003.
169. Y. K. Choi, D. Ha, T. J. King, and J. Bokor, "Investigation of gate-induced drain leakage (GIDL) current in thin body devices: Single-gate ultra-thin body, symmetrical double-gate, and asymmetrical double-gate MOSFETs," *Japanese Journal of Applied Physics Part 1-Regular Papers Short Notes & Review Papers,* vol. 42, pp. 2073-2076, Apr 2003.
170. L. L. Chang, Y. K. Choi, J. Kedzierski, N. Lindert, P. Q. Xuan, J. Bokor, C. M. Hu, and T. J. King, "Moore's law lives on - Ultra-thin body SOI and FinFET CMOS transistors look to continue Moore's law for many years to come," *Ieee Circuits & Devices,* vol. 19, pp. 35-42, Jan 2003.

171. L. L. Chang, Y. K. Choi, D. W. Ha, P. Ranade, S. Y. Xiong, J. Bokor, C. M. Hu, and T. J. King, "Extremely scaled silicon nano-CMOS devices," *Proceedings of the Ieee,* vol. 91, pp. 1860-1873, Nov 2003.
172. M. Yi, T. Haga, C. Walton, C. Larson, and J. Bokor, ""Actinic-only" defects in extreme ultraviolet lithography mask blanks - Native defects at the detection limit of visible-light inspection tools," *Japanese Journal of Applied Physics Part 1-Regular Papers Short Notes & Review Papers,* vol. 41, pp. 4101-4104, Jun 2002.
173. Y. C. Yeo, V. Subramanian, J. Kedzierski, P. Q. Xuan, T. J. King, J. Bokor, and C. M. Hu, "Design and fabrication of 50-nm thin-body p-MOSFETs with a SiGe heterostructure channel," *Ieee Transactions on Electron Devices,* vol. 49, pp. 279-286, Feb 2002.
174. X. Shiying, J. Bokor, X. Qi, P. Fisher, I. M. Dudley, and P. Rao, "Gate line edge roughness effects in 50 nm bulk MOSFET devices," *Proceedings of the SPIE,* vol. 4689, pp. 733-41, 2002.
175. T. Schenkel, A. Persaud, S. J. Park, J. Meijer, J. R. Kingsley, J. W. McDonald, J. P. Holder, J. Bokor, and D. H. Schneider, "Single ion implantation for solid state quantum computer development," *Journal of Vacuum Science & Technology B,* vol. 20, pp. 2819-2823, Nov-Dec 2002.
176. M. Park, M. Yi, P. Mirkarimi, C. Larson, and J. Bokor, "Characterization of extreme ultraviolet lithography mask defects by actinic inspection with broadband extreme ultraviolet illumination," *Journal of Vacuum Science & Technology B,* vol. 20, pp. 3000-3005, Nov-Dec 2002.
177. P. P. Naulleau, K. A. Goldberg, E. H. Anderson, D. T. Attwood, P. J. Batson, J. Bokor, P. Denham, E. M. Gullikson, B. D. Harteneck, B. Hoef, K. H. Jackson, D. L. Olynick, S. Rekawa, F. Salmassi, K. L. Blaedel, H. N. Chapman, L. C. Hale, R. Soufli, E. A. Spiller, D. W. Sweeney, J. R. Taylor, C. C. Walton, A. Ray-Chaudhuri, D. O'Connell, R. Stulen, D. Tichenor, C. W. Gwyn, Y. Pei-Yang, and Z. Guojing, "Static microfield printing at the Advanced Light Source with the ETS Set-2 optic," *Proceedings of the SPIE,* vol. 4688, pp. 64-71, 2002.
178. P. Naulleau, K. A. Goldberg, E. H. Anderson, D. Attwood, P. Batson, J. Bokor, P. Denham, E. Gullikson, B. Harteneck, B. Hoef, K. Jackson, D. Olynick, S. Rekawa, F. Salmassi, K. Blaedel, H. Chapman, L. Hale, P. Mirkarimi, R. Soufli, E. Spiller, D. Sweeney, J. Taylor, C. Walton, D. O'Connell, D. Tichenor, C. W. Gwyn, P. Y. Yan, and G. J. Zhang, "Sub-70 nm extreme ultraviolet lithography at the Advanced Light Source static microfield exposure station using the engineering test stand set-2 optic," *Journal of Vacuum Science & Technology B,* vol. 20, pp. 2829-2833, Nov-Dec 2002.
179. Y. Moonsuk, P. Mincheol, P. B. Mirkarimi, C. C. Larson, and J. Bokor, "At-wavelength inspection of defect smoothing in EUVL masks," *Proceedings of the SPIE,* vol. 4688, pp. 395-400, 2002.
180. J. S. Lee, Y. K. Choi, D. Ha, T. J. King, and J. Bokor, "Low-frequency noise characteristics in p-channel FinFETs," *Ieee Electron Device Letters,* vol. 23, pp. 722-724, Dec 2002.
181. K. A. Goldberg, P. Naulleau, J. Bokor, H. N. Chapman, and A. Barty, "Testing extreme ultraviolet optics with visible-light and extreme ultraviolet interferometry,"

*Journal of Vacuum Science & Technology B,* vol. 20, pp. 2834-2839, Nov-Dec 2002.

182. K. A. Goldberg, P. Naulleau, J. Bokor, and H. N. Chapman, "Honing the accuracy of extreme-ultraviolet optical system testing: at-wavelength and visible-light measurements of the ETS Set-2 projection optic," *Proceedings of the SPIE,* vol. 4688, pp. 329-37, 2002.
183. K. A. Goldberg, P. Naulleau, and J. Bokor, "Fourier transform interferometer alignment method," *Applied Optics,* vol. 41, pp. 4477-4483, Aug 2002.
184. M. S. Yi, T. Haga, C. Walton, and J. Bokor, "High sensitivity actinic detection of native defects on extreme ultraviolet lithography mask blanks," *Journal of Vacuum Science & Technology B,* vol. 19, pp. 2401-2405, Nov-Dec 2001.
185. M. D. Shumway, L. Sang Hun, C. Chang Hyun, P. Naulleau, K. A. Goldberg, and J. Bokor, "Extremely fine-pitch printing with a 10× Schwarzschild optic at extreme ultraviolet wavelengths," *Proceedings of the SPIE,* vol. 4343, pp. 357-62, 2001.
186. P. P. Naulleau, E. H. Anderson, E. M. Gullikson, and J. Bokor, "Fabrication of high-efficiency multilayer-coated binary blazed gratings in the EUV regime," *Optics Communications,* vol. 200, pp. 27-34, Dec 2001.
187. P. Naulleau, K. A. Goldberg, E. H. Anderson, P. Batson, P. E. Denham, K. H. Jackson, E. M. Gullikson, S. Rekawa, and J. Bokor, "At-wavelength characterization of the extreme ultraviolet Engineering Test Stand Set-2 optic," *Journal of Vacuum Science & Technology B,* vol. 19, pp. 2396-2400, Nov-Dec 2001.
188. N. Lindert, L. L. Chang, Y. K. Choi, E. H. Anderson, W. C. Lee, T. J. King, J. Bokor, and C. M. Hu, "Sub-60-nm quasi-planar FinFETs fabricated using a simplified process," *Ieee Electron Device Letters,* vol. 22, pp. 487-489, Oct 2001.
189. S. H. Lee, P. Naulleau, K. A. Goldberg, C. H. Cho, S. Jeong, and J. Bokor, "Extreme-ultraviolet lensless Fourier-transform holography," *Applied Optics,* vol. 40, pp. 2655-2661, Jun 2001.
190. X. J. Huang, W. C. Lee, C. Kuo, D. Hisamoto, L. L. Chang, J. Kedzierski, E. Anderson, H. Takeuchi, Y. K. Choi, K. Asano, V. Subramanian, T. J. King, J. Bokor, and C. M. Hu, "Sub-50 nm p-channel FinFET," *Ieee Transactions on Electron Devices,* vol. 48, pp. 880-886, May 2001.
191. K. A. Goldberg and J. Bokor, "Fourier-transform method of phase-shift determination," *Applied Optics,* vol. 40, pp. 2886-2894, Jun 2001.
192. H. N. Chapman, A. K. Ray-Chaudhuri, D. A. Tichenor, W. C. Replogle, R. H. Stulen, G. D. Kubiak, P. D. Rockett, L. E. Klebanoff, D. O'Connell, A. H. Leung, K. L. Jefferson, J. B. Wronosky, J. S. Taylor, L. C. Hale, K. Blaedel, E. A. Spiller, G. E. Sommargren, J. A. Folta, D. W. Sweeney, E. M. Gullikson, P. Naulleau, K. A. Goldberg, J. Bokor, D. T. Attwood, U. Mickan, R. Hanzen, E. Panning, P. Y. Yan, C. W. Gwyn, and S. H. Lee, "First lithographic results from the extreme ultraviolet Engineering Test Stand," *Journal of Vacuum Science & Technology B,* vol. 19, pp. 2389-2395, Nov-Dec 2001.
193. M. Yi, S. Jeong, S. Rekawa, and J. Bokor, "Characterization of extreme ultraviolet lithography mask defects from extreme ultraviolet far-field scattering patterns,"

*Journal of Vacuum Science & Technology B,* vol. 18, pp. 2930-2934, Nov-Dec 2000.

194. Y. C. Yeo, V. Subramanian, J. Kedzierski, T. J. King, J. Bokor, C. M. Hu, and P. Q. Xuan, "Nanoscale ultra-thin-body silicon-on-insulator P-MOSFET with a SiGe/Si heterostructure channel," *Ieee Electron Device Letters,* vol. 21, pp. 161-163, Apr 2000.
195. J. Seongtae, L. Chih-Wei, S. Rekawa, C. C. Walton, and J. Bokor, "Actinic defect counting statistics over 1 cm<sup>2</sup> area of EUVL mask blank," *Proceedings of the SPIE,* vol. 3997, pp. 431-40, 2000.
196. L. Sang Hun, F. Piao, P. Naulleau, K. A. Goldberg, W. Oldham, and J. Bokor, "At-wavelength characterization of DUV-radiation-induced damage in fused silica," *Proceedings of the SPIE,* vol. 3998, pp. 724-31, 2000.
197. L. Sang Hun, P. Naulleau, K. A. Goldberg, C. Chang Hyun, and J. Bokor, "EUV holographic aerial image recording," *Proceedings of the SPIE,* vol. 3997, pp. 823-8., 2000.
198. P. P. Naulleau, C. H. Cho, E. M. Gullikson, and J. Bokor, "Transmission phase gratings for EUV interferometry," *Journal of Synchrotron Radiation,* vol. 7, pp. 405-410, Nov 2000.
199. P. Naulleau, K. A. Goldberg, E. M. Gullikson, and J. Bokor, "At-wavelength, system-level flare characterization of extreme-ultraviolet optical systems," *Applied Optics,* vol. 39, pp. 2941-2947, Jun 2000.
200. P. P. Naulieau, K. A. Goldberg, and J. Bokor, "Extreme ultraviolet carrier-frequency shearing interferometry of a lithographic four-mirror optical system," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 2939-2943, Nov-Dec 2000.
201. S. H. Lee, J. Bokor, P. Naulleau, S. T. Jeong, and K. A. Goldberg, "Extreme ultraviolet holographic microscopy and its application to extreme ultraviolet mask-blank defect characterization," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 2935-2938, Nov-Dec 2000.
202. J. Kedzierski, P. Q. Xuan, V. Subramanian, J. Bokor, T. J. King, C. M. Hu, and E. Anderson, "A 20 nm gate-length ultra-thin body p-MOSFET with silicide source/drain," *Superlattices and Microstructures,* vol. 28, pp. 445-452, Nov-Dec 2000.
203. J. Kedzierski, X. Peiqi, V. Subramanian, J. Bokor, K. Tsu-Jae, H. Chenming, and E. Anderson, "A 20 nm gate-length ultra-thin body p-MOSFET with silicide source/drain," *Superlattices and Microstructures,* vol. 28, pp. 445-52, 2000.
204. J. Kedzierski, E. Anderson, and J. Bokor, "Calixarene G-line double resist process with 15 nm resolution aid large area exposure capability," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 3428-3430, Nov-Dec 2000.
205. Hisamoto, W. C. Lee, J. Kedzierski, H. Takeuchi, K. Asano, C. Kuo, E. Anderson, T. J. King, J. Bokor, and C. M. Hu, "FinFET - A self-aligned double-gate MOSFET scalable to 20 nm," *Ieee Transactions on Electron Devices,* vol. 47, pp. 2320-2325, Dec 2000.
206. K. A. Goldberg, P. Naulleau, P. Batson, P. Denham, E. H. Anderson, H. Chapman, and J. Bokor, "Extreme ultraviolet alignment and testing of a four-mirror ring field

extreme ultraviolet optical system," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 2911-2915, Nov-Dec 2000.

207. K. A. Golberg, P. Naulleau, P. J. Batson, P. Denham, E. H. Anderson, J. Bokor, and H. N. Chapman, "EUV interferometry of a four-mirror ring field," *Proceedings of the SPIE,* vol. 3997, pp. 867-73, 2000.
208. Y. K. Choi, K. Asano, N. Lindert, V. Subramanian, T. J. King, J. Bokor, and C. M. Hu, "Ultrathin-body SOI MOSFET for deep-sub-tenth micron era," *Ieee Electron Device Letters,* vol. 21, pp. 254-255, May 2000.
209. N. W. Pu, J. Bokor, S. T. Jeong, and R. A. Zhao, "Nondestructive picosecond-ultrasonic characterization of Mo/Si extreme ultraviolet multilayer reflection coatings," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 3014-3018, Nov-Dec 1999.
210. N. W. Pu, J. Bokor, S. Jeong, and R. A. Zhao, "Picosecond ultrasonic study of Mo/Si multilayer structures using an alternating-pump technique," *Applied Physics Letters,* vol. 74, pp. 320-322, Jan 1999.
211. P. Nen-Wen, J. Seongtae, Z. Ri-An, and J. Bokor, "Picosecond ultrasonic characterization of Mo/Si multilayers for extreme ultraviolet lithography," *Proceedings of the SPIE,* vol. 3676, pp. 627-34, 1999.
212. P. Nen-Wen, J. Seongtae, Z. Ri-An, and J. Bokor, "Nondestructive picosecond ultrasonic characterization of Mo/Si multilayers using a novel pump-probe scheme," *Proceedings of the SPIE,* vol. 3749, pp. 196-7, 1999.
213. P. P. Naulleau, K. A. Goldberg, S. H. Lee, C. Chang, D. Attwood, and J. Bokor, "Extreme-ultraviolet phase-shifting point-diffraction interferometer: a wave-front metrology tool with subangstrom reference-wave accuracy," *Applied Optics,* vol. 38, pp. 7252-7263, Dec 1999.
214. P. Naulleau, K. A. Goldberg, S. H. Lee, C. Chang, P. Batson, D. Attwood, and J. Bokor, "Recent advances in EUV phase-shifting point diffraction interferometry," *Proceedings of the SPIE,* vol. 3767, pp. 154-63, 1999.
215. P. Naulleau, K. A. Goldberg, E. M. Gullikson, and J. Bokor, "Interferometric at-wavelength flare characterization of extreme ultraviolet optical systems," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 2987-2991, Nov-Dec 1999.
216. J. Kedzierski, J. Bokor, and E. Anderson, "Novel method for silicon quantum wire transistor fabrication," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 3244-3247, Nov-Dec 1999.
217. S. T. Jeong, L. Johnson, S. Rekawa, C. C. Walton, S. T. Prisbrey, E. Tejnil, J. H. Underwood, and J. Bokor, "Actinic detection of sub-100 nm defects on extreme ultraviolet lithography mask blanks," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 3009-3013, Nov-Dec 1999.
218. S. Jeong, C. W. Lai, S. Rekawa, C. C. Walton, S. T. Prisbrey, and J. Bokor, "Cross correlation between actinic and visible defect inspection tool for extreme ultraviolet lithography," *Proceedings of the SPIE,* vol. 3873, pp. 814-21, 1999.
219. S. Jeong, L. Johnson, L. Yun, S. Rekawa, Y. Pei-Yang, P. A. Kearney, E. Tejnil, J. H. Underwood, and J. Bokor, "Actinic EUVL mask blank defect inspection system," *Proceedings of the SPIE,* vol. 3676, pp. 298-308, 1999.
220. S. Jeong and J. Bokor, "Ultrafast carrier dynamics near the Si(100)2x1 surface," *Physical Review B,* vol. 59, pp. 4943-4951, Feb 1999.

221. M. Gullikson, S. Baker, J. E. Bjorkholm, J. Bokor, K. A. Goldberg, J. E. M. Goldsmith, C. Montcalm, P. Naulleau, E. Spiller, D. G. Stearns, J. S. Taylor, and J. H. Underwood, "EUV scattering and flare of 10x projection cameras," *Proceedings of the SPIE,* vol. 3676, pp. 717-23, 1999.
222. K. A. Goldberg, P. Naulleau, L. SangHun, C. Chang, C. Bresloff, R. Gaughan, H. N. Chapman, J. Goldsmith, and J. Bokor, "Direct comparison of EUV and visible-light interferometries," *Proceedings of the SPIE,* vol. 3676, pp. 635-42, 1999.
223. K. A. Goldberg, P. Naulleau, and J. Bokor, "Extreme ultraviolet interferometric measurements of diffraction-limited optics," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 2982-2986, Nov-Dec 1999.
224. T. Attwood, P. Naulleau, K. A. Goldberg, E. Tejnil, C. Chang, R. Beguiristain, P. Batson, J. Bokor, E. M. Gullikson, M. Koike, H. Medecki, and J. H. Underwood, "Tunable coherent radiation in the soft X-ray and extreme ultraviolet spectral regions," *Ieee Journal of Quantum Electronics,* vol. 35, pp. 709-720, May 1999.
225. Tejnil, K. A. Goldberg, and J. Bokor, "Phase effects owing to multilayer coatings in a two-mirror extreme-ultraviolet Schwarzschild objective," *Applied Optics,* vol. 37, pp. 8021-8029, Dec 1998.
226. J. Seongtae, M. Idir, L. Johnson, L. Yun, P. Batson, R. Levesque, P. Kearney, Y. Pei-Yang, E. Gullikson, J. H. Underwood, and J. Bokor, "Actinic detection of EUVL mask blank defects," *Proceedings of the SPIE,* vol. 3546, pp. 524-30, 1998.
227. S. T. Jeong, M. Idir, Y. Lin, L. Johnson, S. Rekawa, M. Jones, P. Denham, P. Batson, R. Levesque, P. Kearney, P. Y. Yan, E. Gullikson, J. H. Underwood, and J. Bokor, "At-wavelength detection of extreme ultraviolet lithography mask blank defects," *Journal of Vacuum Science & Technology B,* vol. 16, pp. 3430-3434, Nov-Dec 1998.
228. K. A. Goldberg, P. Naulleau, S. Lee, C. Bresloff, C. Henderson, D. Attwood, and J. Bokor, "High-accuracy interferometry of extreme ultraviolet lithographic optical systems," *Journal of Vacuum Science & Technology B,* vol. 16, pp. 3435-3439, Nov-Dec 1998.
229. Budiarto, N. W. Pu, S. Jeong, and J. Bokor, "Near-field propagation of terahertz pulses from a large-aperture antenna," *Optics Letters,* vol. 23, pp. 213-215, Feb 1998.
230. Tejnil, K. A. Goldberg, S. H. Lee, H. Medecki, P. J. Batson, P. E. Denham, A. A. MacDowell, J. Bokor, and D. Attwood, "At-wavelength interferometry for extreme ultraviolet lithography," *Journal of Vacuum Science & Technology B,* vol. 15, pp. 2455-2461, Nov-Dec 1997.
231. Sinitsky, R. Tu, C. L. Liang, M. S. Chan, J. Bokor, and C. M. Hu, "AC output conductance of SOI MOSFET's and impact on analog applications," *Ieee Electron Device Letters,* vol. 18, pp. 36-38, Feb 1997.
232. Sinitsky, F. Assaderaghi, M. Orshansky, J. Bokor, and C. Hu, "Velocity overshoot of electrons and holes in Si inversion layers," *Solid-State Electronics,* vol. 41, pp. 1119-1125, Aug 1997.
233. Sinitsky, F. Assaderaghi, C. M. Hu, and J. Bokor, "High field hole velocity and velocity overshoot in silicon inversion layers," *Ieee Electron Device Letters,* vol. 18, pp. 54-56, Feb 1997.

234. J. Orenstein, J. Bokor, E. Budiarto, J. Corson, R. Mallozzi, I. Bozovic, and J. N. Eckstein, "Nonlinear electrodynamics in cuprate superconductors," *Physica C,* vol. 282, pp. 252-255, Aug 1997.
235. Y. Lin and J. Bokor, "Minimum critical defects in extreme-ultraviolet lithography masks," *Journal of Vacuum Science & Technology B,* vol. 15, pp. 2467-2470, Nov-Dec 1997.
236. J. Kedzierski, J. Bokor, and C. Kisielowski, "Fabrication of planar silicon nanowires on silicon-on-insulator using stress limited oxidation," *Journal of Vacuum Science & Technology B,* vol. 15, pp. 2825-2828, Nov-Dec 1997.
237. K. A. Goldberg, E. Tejnil, L. Sang Hun, H. Medecki, D. T. Attwood, K. H. Jackson, and J. Bokor, "Characterization of an EUV Schwarzschild objective using phase-shifting point diffraction interferometry," *Proceedings of the SPIE,* vol. 3048, pp. 264-70, 1997.
238. Assaderaghi, D. Sinitsky, S. A. Parke, J. Bokor, P. K. Ko, and C. M. Hu, "Dynamic threshold-voltage MOSFET (DTMOS) for ultra-low voltage VLSI," *Ieee Transactions on Electron Devices,* vol. 44, pp. 414-422, Mar 1997.
239. Assaderaghi, D. Sinitsky, J. Bokor, P. K. Ko, H. Gaw, and C. M. Hu, "High-field transport of inversion-layer electrons and holes including velocity overshoot," *Ieee Transactions on Electron Devices,* vol. 44, pp. 664-671, Apr 1997.
240. N. C. Tien, S. Jeong, L. M. Phinney, K. Fushinobu, and J. Bokor, "Surface adhesion reduction in silicon microstructures using femtosecond laser pulses," *Applied Physics Letters,* vol. 68, pp. 197-199, Jan 1996.
241. J. H. Son, S. T. Jeong, and J. Bokor, "Noncontact probing of metal-oxide-semiconductor inversion layer mobility," *Applied Physics Letters,* vol. 69, pp. 1779-1780, Sep 1996.
242. K. B. Nguyen, G. F. Cardinale, D. A. Tichenor, G. D. Kubiak, K. Berger, A. K. RayChaudhuri, Y. Perras, S. J. Haney, R. Nissen, K. Krenz, R. H. Stulen, H. Fujioka, C. Hu, J. Bokor, D. M. Tennant, and L. A. Fetter, "Fabrication of metal-oxide-semiconductor devices with extreme ultraviolet lithography," *Journal of Vacuum Science & Technology B,* vol. 14, pp. 4188-4192, Nov-Dec 1996.
243. Medecki, E. Tejnil, K. A. Goldberg, and J. Bokor, "Phase-shifting point diffraction interferometer," *Optics Letters,* vol. 21, pp. 1526-1528, Oct 1996.
244. S. Jeong, H. Zacharias, and J. Bokor, "Ultrafast carrier dynamics on the Si(100)2x1 surface," *Physical Review B,* vol. 54, pp. 17300-17303, Dec 1996.
245. E. Budiarto, J. Margolies, S. Jeong, J. Son, and J. Bokor, "High-intensity terahertz pulses at 1-kHz repetition rate," *Ieee Journal of Quantum Electronics,* vol. 32, pp. 1839-1846, Oct 1996.
246. Bokor, A. R. Neureuther, and W. G. Oldham, "Advanced lithography for ULSI," *Ieee Circuits and Devices Magazine,* vol. 12, pp. 11-15, Jan 1996.
247. R. Beguiristain, K. A. Goldberg, E. Tejnil, J. Bokor, H. Medecki, D. T. Attwood, and K. Jackson, "Interferometry using undulator sources," *Review of Scientific Instruments,* vol. 67, p. 1, 1996.
248. A. Goldberg, R. Beguiristain, J. Bokor, H. Medecki, K. Jackson, D. T. Attwood, G. E. Sommargren, J. P. Spallas, and R. Hostetler, "At-wavelength testing of optics for EUV," *Proceedings of the SPIE,* vol. 2437, pp. 347-54, 1995.

249. A. Goldberg, R. Beguiristain, J. Bokor, H. Medecki, D. T. Attwood, K. Jackson, E. Tejnil, and G. E. Sommargren, "Progress towards lambda/20 extreme ultraviolet interferometry," *Journal of Vacuum Science & Technology B,* vol. 13, pp. 2923-2927, Nov-Dec 1995.
250. G. Park, C. A. King, D. J. Eaglesham, T. W. Sorsch, B. Weir, H. S. Luftman, J. Bokor, and Y. O. Kim, "Ultrashallow p<sup>+</sup>-n junctions formed by diffusion from an RTCVD-deposited B:Ge layer," *Proceedings of the SPIE,* vol. 2091, pp. 122-31, 1994.
251. Assaderaghi, S. Parke, D. Sinitsky, J. Bokor, P. K. Ko, and C. M. Hu, "A Dynamic Threshold Voltage Mosfet (Dtmos) for Very-Low Voltage Operation," *Ieee Electron Device Letters,* vol. 15, pp. 510-512, Dec 1994.
252. A. Tichenor, G. D. Kubiak, M. E. Malinowski, R. H. Stulen, S. J. Haney, K. W. Berger, L. A. Brown, W. C. Sweatt, J. E. Bjorkholm, R. R. Freeman, M. D. Himel, A. A. Macdowell, D. M. Tennant, O. R. Wood, J. Bokor, T. E. Jewell, W. M. Mansfield, W. K. Waskiewicz, D. L. White, and D. L. Windt, "Soft-X-Ray Projection Lithography Experiments Using Schwarzschild Imaging Optics," *Applied Optics,* vol. 32, pp. 7068-7071, Dec 1993.
253. H. Sher, U. Mohideen, H. W. K. Tom, O. R. Wood, II, G. D. Aumiller, T. J. McIlrath, J. Bokor, R. R. Freeman, and J. Sugar, "Soft X-ray pulse length measurement by pump-probe absorption spectroscopy," *Proceedings of the SPIE,* vol. vol.1860, pp. 112-22, 1993.
254. M. Murnane, H. C. Kapteyn, S. P. Gordon, J. Bokor, E. N. Glytsis, and R. W. Falcone, "Efficient Coupling of High-Intensity Subpicosecond Laser-Pulses into Solids," *Applied Physics Letters,* vol. 62, pp. 1068-1070, Mar 1993.
255. U. Mohideen, M. H. Sher, H. W. K. Tom, G. D. Aumiller, O. R. Wood, R. R. Freeman, J. Bokor, and P. H. Bucksbaum, "High-Intensity above-Threshold Ionization of He," *Physical Review Letters,* vol. 71, pp. 509-512, Jul 1993.
256. A. Macdowell, J. E. Bjorkholm, K. Early, R. R. Freeman, M. D. Himel, P. P. Mulgrew, L. H. Szeto, D. W. Taylor, D. M. Tennant, O. R. Wood, J. Bokor, L. Eichner, T. E. Jewell, W. K. Waskiewicz, D. L. White, D. L. Windt, R. M. Dsouza, W. T. Silfvast, and F. Zernike, "Soft-X-Ray Projection Imaging with a 1/1 Ring-Field Optic," *Applied Optics,* vol. 32, pp. 7072-7078, Dec 1993.
257. W. S. Fann, R. Storz, H. W. K. Tom, and J. Bokor, "Direct Measurement of Nonequilibrium Electron-Energy Distributions in Subpicosecond Laser-Heated Gold-Films," *Surface Science,* vol. 283, pp. 221-225, Mar 1993.
258. Attwood, G. Sommargren, R. Beguiristain, K. Nguyen, J. Bokor, N. Ceglio, K. Jackson, M. Koike, and J. Underwood, "Undulator Radiation for at-Wavelength Interferometry of Optics for Extreme-Ultraviolet Lithography," *Applied Optics,* vol. 32, pp. 7022-7031, Dec 1993.
259. R. H. Yan, K. F. Lee, D. Y. Jeon, Y. O. Kim, B. G. Park, M. R. Pinto, C. S. Rafferty, D. M. Tennant, E. H. Westerwick, G. M. Chin, M. D. Morris, K. Early, P. Mulgrew, W. M. Mansfield, R. K. Watts, A. M. Voshchenkov, J. Bokor, R. G. Swartz, and A. Ourmazd, "89-Ghzft Room-Temperature Silicon Mosfets," *Ieee Electron Device Letters,* vol. 13, pp. 256-258, May 1992.

260. G. Park, J. Bokor, H. S. Luftman, C. S. Rafferty, and M. R. Pinto, "Ultrashallow Junctions for Ulsi Using as-2+ Implantation and Rapid Thermal Anneal," *Ieee Electron Device Letters,* vol. 13, pp. 507-509, Oct 1992.
261. U. Mohideen, H. W. K. Tom, R. R. Freeman, J. Bokor, and P. H. Bucksbaum, "Interaction of Free-Electrons with an Intense Focused Laser-Pulse in Gaussian and Conical Axicon Geometries," *Journal of the Optical Society of America B-Optical Physics,* vol. 9, pp. 2190-2195, Dec 1992.
262. A. Macdowell, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, J. Z. Pastalan, L. H. Szeto, D. M. Tennant, O. R. Wood, T. E. Jewell, W. M. Mansfield, W. K. Waskiewicz, D. L. White, and D. L. Windt, "Reduction Imaging with Soft X-Rays for Projection Lithography," *Review of Scientific Instruments,* vol. 63, pp. 737-740, Jan 1992.
263. W. S. Fann, R. Storz, H. W. K. Tom, and J. Bokor, "Direct Measurement of Nonequilibrium Electron-Energy Distributions in Subpicosecond Laser-Heated Gold-Films," *Physical Review Letters,* vol. 68, pp. 2834-2837, May 1992.
264. W. S. Fann, R. Storz, H. W. K. Tom, and J. Bokor, "Electron Thermalization in Gold," *Physical Review B,* vol. 46, pp. 13592-13595, Nov 1992.
265. L. White, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, T. E. Jewell, W. M. Mansfield, A. A. Macdowell, L. H. Szeto, D. W. Taylor, D. M. Tennant, W. K. Waskiewicz, D. L. Windt, and O. R. Wood, "Soft-X-Ray Projection Lithography," *Solid State Technology,* vol. 34, pp. 37-42, Jul 1991.
266. A. Tichenor, G. D. Kubiak, M. E. Malinowski, R. H. Stulen, S. J. Haney, K. W. Berger, L. A. Brown, R. R. Freeman, W. M. Mansfield, O. R. Wood, D. M. Tennant, J. E. Bjorkholm, A. A. Macdowell, J. Bokor, T. E. Jewell, D. L. White, D. L. Windt, and W. K. Waskiewicz, "Diffraction-Limited Soft-X-Ray Projection Imaging Using a Laser Plasma Source," *Optics Letters,* vol. 16, pp. 1557-1559, Oct 1991.
267. A. Macdowell, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, W. M. Mansfield, J. Pastalan, L. H. Szeto, D. M. Tennant, O. R. Wood, T. E. Jewell, W. K. Waskiewicz, D. L. White, D. L. Windt, W. T. Silfvast, and F. Zernike, "Soft-X-Ray Projection Lithography Using a 1-1 Ring Field Optical-System," *Journal of Vacuum Science & Technology B,* vol. 9, pp. 3193-3197, Nov-Dec 1991.
268. D. Kubiak, D. A. Tichenor, M. E. Malinowski, R. H. Stulen, S. J. Haney, K. W. Berger, L. A. Brown, J. E. Bjorkholm, R. R. Freeman, W. M. Mansfield, D. M. Tennant, O. R. Wood, J. Bokor, T. E. Jewell, D. L. White, D. L. Windt, and W. K. Waskiewicz, "Diffraction-Limited Soft-X-Ray Projection Lithography with a Laser Plasma Source," *Journal of Vacuum Science & Technology B,* vol. 9, pp. 3184-3188, Nov-Dec 1991.
269. W. S. Fann, R. Storz, and J. Bokor, "Observation of above-Threshold Multiphoton Photoelectric-Emission from Image-Potential Surface-States," *Physical Review B,* vol. 44, pp. 10980-10982, Nov 1991.
270. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, W. M. Mansfield, L. Szeto, D. W. Taylor, D. M. Tennant, O. R. Wood, T. E. Jewell, D. L. White, W. K. Waskiewicz, D. L. Windt, and A. A. MacDowell, "Soft X-ray projection lithography," *Optics & Photonics News,* vol. 2, pp. 27-30, 1991.

271. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, J. Gregus, T. E. Jewell, W. M. Mansfield, A. A. Macdowell, M. L. Omalley, E. L. Raab, W. T. Silfvast, L. H. Szeto, D. M. Tennant, W. K. Waskiewicz, D. L. White, D. L. Windt, and O. R. Wood, "Experiments in Projection Lithography Using Soft X-Rays," *Microelectronic Engineering,* vol. 13, pp. 243-250, Mar 1991.
272. T. E. Jewell, M. M. Becker, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, W. M. Mansfield, A. A. MacDowell, M. L. O'Malley, E. L. Raab, W. T. Silfvast, L. H. Szeto, D. M. Tennant, W. K. Waskiewicz, D. L. White, D. L. Windt, O. R. Wood, II, and J. H. Bruning, "20:1 projection soft X-ray lithography using tri-level resist," *Proceedings of the SPIE,* vol. vol.1263, pp. 90-8, 1990.
273. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, J. Gregus, T. E. Jewell, W. M. Mansfield, A. A. Macdowell, E. L. Raab, W. T. Silfvast, L. H. Szeto, D. M. Tennant, W. K. Waskiewicz, D. L. White, D. L. Windt, O. R. Wood, and J. H. Bruning, "Reduction Imaging at 14 Nm Using Multilayer-Coated Optics - Printing of Features Smaller Than 0.1-Mu-M," *Journal of Vacuum Science & Technology B,* vol. 8, pp. 1509-1513, Nov-Dec 1990.
274. J. Halas and J. Bokor, "Surface Recombination on the Si(111)2x1 Surface," *Physical Review Letters,* vol. 62, pp. 1679-1682, Apr 1989.
275. J. Bokor and N. J. Halas, "Time-Resolved Study of Silicon Surface Recombination," *Ieee Journal of Quantum Electronics,* vol. 25, pp. 2550-2555, Dec 1989.
276. J. Bokor, "Ultrafast Dynamics at Semiconductor and Metal-Surfaces," *Science,* vol. 246, pp. 1130-1134, Dec 1989.
277. S. L. Tang, J. Bokor, and R. H. Storz, "Direct Force Measurement in Scanning Tunneling Microscopy," *Applied Physics Letters,* vol. 52, pp. 188-190, Jan 1988.
278. J. Bokor, A. M. Johnson, W. M. Simpson, R. H. Storz, and P. R. Smith, "Coplanar Vacuum Photodiode for Measurement of Short-Wavelength Picosecond Pulses," *Applied Physics Letters,* vol. 53, pp. 2599-2601, Dec 1988.
279. R. Haight, J. Bokor, R. R. Freeman, and P. H. Bucksbaum, "Time and Angle Resolved Ultraviolet Photoemission Spectroscopy Studies of Single-Crystal Surface and Interfaces," *Journal of Vacuum Science & Technology a-Vacuum Surfaces and Films,* vol. 4, pp. 1481-1486, May-Jun 1986.
280. R. Haight and J. Bokor, "Direct Observation of Adsorbate-Induced Band-Gap States on Gaas(110)," *Physical Review Letters,* vol. 56, pp. 2846-2849, Jun 1986.
281. J. Bokor, R. Storz, R. R. Freeman, and P. H. Bucksbaum, "Picosecond Surface Electron Dynamics on Photoexcited Si(111) (2x1) Surfaces," *Physical Review Letters,* vol. 57, pp. 881-884, Aug 1986.
282. J. Bokor, A. M. Johnson, R. H. Storz, and W. M. Simpson, "High-Speed Circuit Measurements Using Photoemission Sampling," *Applied Physics Letters,* vol. 49, pp. 226-228, Jul 1986.
283. J. Bokor, R. R. Freeman, P. H. Bucksbaum, and R. Haight, "Time-Resolved Photoemission from Semiconductor Surfaces and Interfaces," *Journal of the Optical Society of America B-Optical Physics,* vol. 3, pp. P58-P58, Aug 1986.
284. Attwood and J. Bokor, "Coherent Shortwave Sources and Optics Advance toward Exciting Applications," *Laser Focus-Electro-Optics,* vol. 22, pp. 22-&, Jul 1986.

285. R. Haight, J. Bokor, J. Stark, R. H. Storz, R. R. Freeman, and P. H. Bucksbaum, "Picosecond Time-Resolved Photoemission-Study of the Inp(110) Surface," *Physical Review Letters,* vol. 54, pp. 1302-1305, 1985.
286. W. E. Cooke, L. A. Bloomfield, R. R. Freeman, and J. Bokor, "Planetary Atoms," *Lecture Notes in Physics,* vol. 229, pp. 187-198, 1985.
287. J. Bokor, R. Haight, R. H. Storz, J. Stark, R. R. Freeman, and P. H. Bucksbaum, "Time-Resolved and Angle-Resolved Photoemission-Study of Inp(110)," *Physical Review B,* vol. 32, pp. 3669-3675, 1985.
288. J. Bokor, "Review of Coherent Xuv Sources - Lasers and Nonlinear Optics," *Journal of the Optical Society of America a-Optics Image Science and Vision,* vol. 2, pp. P28-P28, 1985.
289. R. M. Jopson, R. R. Freeman, W. E. Cooke, and J. Bokor, "2-Photon Spectroscopy of 7sn'd Autoionizing States of Barium," *Physical Review A,* vol. 29, pp. 3154-3158, 1984.
290. R. Haight, J. Bokor, R. H. Storz, J. B. Stark, P. H. Bucksbaum, and R. R. Freeman, "Photoemission Apparatus Using Xuv Harmonics of a Picosecond Krf Laser," *Proceedings of the Society of Photo-Optical Instrumentation Engineers,* vol. 476, pp. 61-64, 1984.
291. W. E. Cooke, R. M. Jopson, L. A. Bloomfield, R. R. Freeman, and J. Bokor, "Correlations in Highly Excited 2-Electron Atoms - Planetary Behavior," *Aip Conference Proceedings,* pp. 91-100, 1984.
292. H. Bucksbaum and J. Bokor, "Rapid melting and regrowth velocities in silicon heated by ultraviolet picosecond laser pulses," *Physical Review Letters,* vol. 53, pp. 182-5, 1984.
293. J. Bokor, R. Haight, R. H. Storz, J. Stark, R. R. Freeman, and P. H. Bucksbaum, "Photoemission-Studies of Surfaces Using Picosecond Pulses of Coherent Extreme-Ultraviolet Radiation," *Journal of the Optical Society of America B-Optical Physics,* vol. 1, pp. 529-529, 1984.
294. A. Bloomfield, R. R. Freeman, W. E. Cooke, and J. Bokor, "Angular-Momentum Dependence of Autoionization Rates in Doubly Excited Rydberg States of Ba," *Physical Review Letters,* vol. 53, pp. 2234-2237, 1984.
295. R. M. Jopson, R. R. Freeman, W. E. Cooke, and J. Bokor, "Electron Shake-up in 2-Photon Excitation of Core Electrons to Rydberg Autoionizing States," *Physical Review Letters,* vol. 51, pp. 1640-1643, 1983.
296. R. M. Jopson, S. Darack, R. R. Freeman, and J. Bokor, "Laser-Plasma-Induced Extreme-Ultraviolet Radiation from Liquid Mercury," *Optics Letters,* vol. 8, pp. 265-267, 1983.
297. R. W. Falcone and J. Bokor, "Dichroic Beam Splitter for Extreme-Ultraviolet and Visible Radiation," *Optics Letters,* vol. 8, pp. 21-23, 1983.
298. H. Bucksbaum and J. Bokor, "Measurement of fast melting and regrowth velocities in picosecond laser heated silicon," in *Laser-Solid Interactions and Transient Thermal Processing of Materials*: Elsevier, New York, NY, USA., 1983, pp. 51-6.
299. H. Bucksbaum and J. Bokor, "Time Resolved Amorphous-Silicon Formation from Laser Melted Liquid Silicon Films," *Aip Conference Proceedings,* pp. 279-287, 1983.

300. J. Bokor, L. Eichner, R. H. Storz, P. H. Bucksbaum, and R. R. Freeman, "Wavelength Conversion with Excimer Lasers," *Aip Conference Proceedings,* pp. 143-150, 1983.
301. J. Bokor, P. H. Bucksbaum, and R. R. Freeman, "Generation of 35.5-Nm Coherent Radiation," *Optics Letters,* vol. 8, pp. 217-219, 1983.
302. J. Bokor, P. H. Bucksbaum, and D. H. Auston, "Measurement of Picosecond Ultraviolet-Laser Pulse-Widths Using an Electrical Auto-Correlator," *Applied Physics Letters,* vol. 42, pp. 342-344, 1983.
303. J. C. White, J. Bokor, and D. Henderson, "Optically Pumped Atomic Thulium Lasers," *Ieee Journal of Quantum Electronics,* vol. 18, pp. 320-322, 1982.
304. M. Jopson, R. R. Freeman, J. Bokor, and W. E. Cooke, "Planetary Atoms," *Journal of the Optical Society of America,* vol. 72, pp. 1835-1836, 1982.
305. M. Jopson, R. R. Freeman, and J. Bokor, "4-Wave Sum Frequency Generation Below 100 Nm Hg Vapor," *Applied Physics B-Photophysics and Laser Chemistry,* vol. 28, pp. 203-203, 1982.
306. R. M. Jopson, R. R. Freeman, and J. Bokor, "Laser-Produced Plasmas in Hg - a Source of Pulsed Xuv Radiation," *Aip Conference Proceedings,* pp. 303-304, 1982.
307. Heaven, T. A. Miller, R. R. Freeman, J. C. White, and J. Bokor, "2-Photon Absorption, Laser-Induced Fluorescence Detection of C1 Atoms," *Chemical Physics Letters,* vol. 86, pp. 458-462, 1982.
308. R. R. Freeman, R. M. Jopson, J. Bokor, and P. Bucksbaum, "Laser Generation of Light in the Extreme Ultraviolet and Soft-X-Ray Regime," *Aip Conference Proceedings,* pp. 491-494, 1982.
309. R. R. Freeman, R. M. Jopson, and J. Bokor, "Generation of Light Below 100nm in Hg Vapor," *Aip Conference Proceedings,* pp. 422-430, 1982.
310. R. R. Freeman, J. Bokor, and W. E. Cooke, "Four-wave parametric mixing in optically inverted barium ions," *Physical Review A (General Physics),* vol. 26, pp. 3029-30, 1982.
311. R. R. Freeman, J. Bokor, and W. E. Cooke, "4-Wave Parametric Mixing in Optically Inverted Barium Ions," *Physical Review A,* vol. 26, pp. 3029-3030, 1982.
312. P. H. Bucksbaum, J. Bokor, J. C. White, and R. H. Storz, "A Picosecond, Tunable Krf-Star Excimer Laser Source," *Applied Physics B-Photophysics and Laser Chemistry,* vol. 28, pp. 128-128, 1982.
313. J. Bokor, R. R. Freeman, and W. E. Cooke, "Autoionization-pumped laser," *Physical Review Letters,* vol. 48, pp. 1242-5, 1982.
314. J. Bokor, R. R. Freeman, and W. E. Cooke, "Selective Autoionization - a New Method for Producing Population-Inversion in Atomic Ions," *Applied Physics B-Photophysics and Laser Chemistry,* vol. 28, pp. 200-200, 1982.
315. J. Bokor, R. R. Freeman, and W. E. Cooke, "Photo-Autoionization Pumped Ba Ion Laser," *Aip Conference Proceedings,* pp. 153-162, 1982.
316. J. C. White, J. Bokor, R. R. Freeman, and D. Henderson, "Tunable Arf Excimer-Laser Source," *Optics Letters,* vol. 6, pp. 293-294, 1981.
317. J. C. White, J. Bokor, and R. R. Freeman, "Narrow-Linewidth Tunable Arfstar Excimer-Laser Source," *Ieee Journal of Quantum Electronics,* vol. 17, pp. 80-80, 1981.

318. Rothschild, H. Egger, R. T. Hawkins, J. Bokor, H. Pummer, and C. K. Rhodes, "High-Resolution Spectroscopy of Molecular-Hydrogen in the Extreme Ultraviolet Region," *Physical Review A,* vol. 23, pp. 206-213, 1981.
319. J. Bokor, R. R. Freeman, J. C. White, and R. H. Storz, "2-Photon Excitation of the N=3 Level in H and D Atoms," *Ieee Journal of Quantum Electronics,* vol. 17, pp. 223-223, 1981.
320. J. Bokor, R. R. Freeman, and J. C. White, "Generation of Microjoule-Level Outputs in the Vuv through 4-Wave Parametric Interactions in Mercury," *Journal of the Optical Society of America,* vol. 71, pp. 368-368, 1981.
321. J. Bokor, R. R. Freeman, R. L. Panock, and J. C. White, "Generation of High-Brightness Coherent Radiation in the Vacuum Ultraviolet by 4-Wave Parametric Oscillation in Mercury-Vapor," *Optics Letters,* vol. 6, pp. 182-184, 1981.
322. J. Bokor, R. R. Freeman, R. L. Panock, and J. C. White, "Generation of High Brightness Coherent Radiation in the Vuv Via 4-Wave Parametric Oscillation in Mercury-Vapor," *Ieee Journal of Quantum Electronics,* vol. 17, pp. 10-12, 1981.
323. J. Kligler, J. Bokor, and C. K. Rhodes, "Collisional and Radiative Properties of the H-2e,F1-Sigma-G+ State," *Physical Review A,* vol. 21, pp. 607-617, 1980.
324. R. T. Hawkins, H. Egger, J. Bokor, and C. K. Rhodes, "A Tunable, Ultrahigh Spectral Brightness Krfstar Excimer Laser Source," *Applied Physics Letters,* vol. 36, pp. 391-392, 1980.
325. Egger, R. T. Hawkins, J. Bokor, H. Pummer, M. Rothschild, and C. K. Rhodes, "Tunable, Narrow Bandwidth 83-Nm Light-Source," *Journal of the Optical Society of America,* vol. 70, pp. 648-649, 1980.
326. Egger, R. T. Hawkins, J. Bokor, H. Pummer, M. Rothschild, and C. K. Rhodes, "Generation of High-Spectral-Brightness Tunable Xuv Radiation at 83 Nm," *Optics Letters,* vol. 5, pp. 282-284, 1980.
327. Bokor, J. Y. Zavelovich, and C. K. Rhodes, "Multi-Photon Ultraviolet Spectroscopy of Some 6p Levels in Krypton," *Physical Review A,* vol. 21, pp. 1453-1459, 1980.
328. Bokor, J. Zavelovich, and C. K. Rhodes, "Isotope Effect in Multi-Photon Ultraviolet Photolysis of Co," *Journal of Chemical Physics,* vol. 72, pp. 965-971, 1980.
329. Bokor and C. K. Rhodes, "Energy Splitting between the B-State and C-State of Xenon Chloride," *Journal of Chemical Physics,* vol. 73, pp. 2626-2628, 1980.
330. R. T. Hawkins, H. Egger, J. Bokor, and C. K. Rhodes, "Ultra-Narrow Linewidth Excimer Laser Sources," *Journal of the Optical Society of America,* vol. 69, pp. 1449-1449, 1979.
331. J. Eggleston, J. Dallarosa, W. K. Bischel, J. Bokor, and C. K. Rhodes, "Generation of 16-Mu-M Radiation in (Nh3)-N-14 by 2-Quantum Excitation of the 2-Nu-2-(7,5) State," *Journal of Applied Physics,* vol. 50, pp. 3867-3870, 1979.
332. J. Bokor, W. K. Bischel, and C. K. Rhodes, "Doppler-Free Spectroscopy of the Nu-2-Band in Nh3-N-14 - Application to 16-Mu-M Generation," *Journal of Applied Physics,* vol. 50, pp. 4541-4544, 1979.
333. W. K. Bischel, J. Bokor, D. J. Kligler, and C. K. Rhodes, "Non-Linear Optical Processes in Atoms and Molecules Using Rare-Gas Halide Lasers," *Ieee Journal of Quantum Electronics,* vol. 15, pp. 380-392, 1979.

334. W. K. Bischel, J. Bokor, J. Dallarosa, and C. K. Rhodes, "Arf Laser Photolysis of Ocse .2. Effect of Vibrational-Excitation on Se(1s) Quantum Yields," *Journal of Chemical Physics,* vol. 70, pp. 5593-5597, 1979.
335. J. Bokor, W. K. Bischel, and C. K. Rhodes, "Optical Down Conversion of 10 Mu-M Radiation to 16 Mu-M Range," *Journal of the Optical Society of America,* vol. 68, pp. 671-672, 1978.

## Refereed Conference Papers

1. K. Jhuria, V. Ivanov, D. Polley, W. Liu, A. Persaud, Y. Zhiyenbayev, W. Redjem, W. Qarony, P. Parajuli, Q. Ji, A. Gonsalves, J. Bokor, L. Tan, B. Kante, and T. Schenkel, "Programmable quantum emitter formation in silicon," in Quantum Sensing, Imaging, and Precision Metrology II, SPIE 2024.
2. Z. Mutlu and J. Bokor, "Bottom-Up Synthesized Graphene Nanoribbon Transistors," in 2022 6th IEEE Electron Devices Technology & Manufacturing Conference (EDTM), 2022.
3. Z. Mutlu, Y. Lin, G. B. Barin, Z. Zhang, G. Pitner, S. Wang, R. Darawish, M. D. Giovannantonio, H. Wang, J. Cai, M. Passlack, C. H. Diaz, A. Narita, K. Mullen, F. R. Fischer, P. Bandaru, A. C. Kummel, P. Ruffieux, R. Fasel, and J. Bokor, "Short-Channel Double-Gate FETs with Atomically Precise Graphene Nanoribbons," in 2021 IEEE International Electron Devices Meeting (IEDM), 2021.
4. N. McIntyre, C. T. Amelink, and J. Bokor, "Career Development Impacts of a Research Program on Graduate Student and Postdoc Mentors," 2020 ASEE Virtual Annual Conference Virtual On line.
5. N. McIntyre, C. T. Amelink, and J. Bokor, "Positive impacts of a summer research program on graduate students and postdoctoral research mentors," in American Society for Engineering Education Annual Conference & Exposition, Montreal, Canada, 2020.
6. N. Mcintyre, C. T. Amelink, and J. Bokor, "Positive Effects of Summer Research Program on Diverse Community College Students," in 2020 IEEE Global Engineering Education Conference (EDUCON), Porto, Portugal, 2020, pp. 465-471.
7. T. Schenkel, C. D. Weis, C. C. Lo, A. Persaud, I. Chakarov, D. H. Schneider, J. Bokor, A. Lapierre, S. Schwarz, and T. Baumann, "Deterministic Doping and the Exploration of Spin Qubits," in Proceedings of the Xii International Symposium on Electron Beam Ion Sources and Traps. vol. 1640, pp. 124-128, 2015.
8. B. Lambson, Z. Gu, J. Bokor, D. Carlton, S. Dhuey, A. Scholl, "Error immunity techniques for nanomagnetic logic," in *2012 IEEE International Electron Devices Meeting (IEDM)*, 2012, p. 4.
9. B. Lambson, J. Bokor, "Temperature dependence of heat dissipation during Landauer erasure of nanomagnets," *2012 12th IEEE Conference on Nanotechnology*, p. 3, 2012.
10. J. Bokor, B. Lambson, D. Carlton, Z. Gu, and J. Hong, "Exploring the thermodynamic limits of computation using nanomagnetic logic," in *Nanoenergy Letters* (http://www.nanoenergyletters.com/node/189), 2013, p. 23.
11. J. Bokor, "Prospects for emerging nanoelectronics in mainstream information processing systems," in IEEE/ACM International Conference on Computer Aided Design - Digest of Technical Papers. San Jose, CA, 2006.
12. X. Liu, A. San Paulo, M. Park, and J. Bokor, "Characterization of acoustic vibration modes at GHz frequencies in bulk acoustic wave resonators by combination of scanning laser interferometry and scanning acoustic force microscopy," MEMS 2005 Technical Digest, pp. 175-8., 2005.

13. Yang-Kyu Choi, Daewon Ha, E. Snow, J. Bokor, and Tsu-Jae King, "Reliability study of CMOS FinFETs," in *International Electron Devices Meeting* 2003, pp. 7.6.1-4.
14. X. Peiqi, S. Min, B. Harteneck, A. Liddle, J. Bokor, and T. J. King, "FinFET SONOS flash memory for embedded applications," in *IEEE International Electron Devices Meeting* 2003, pp. 26.4.1-4.
15. C. Yang-Kyu, C. Leland, P. Ranade, L. Jeong-Soo, H. Daewon, S. Balasubramanian, A. Agarwal, M. Ameen, K. Tsu-Jae, and J. Bokor, "FinFET process refinements for improved mobility and gate work function engineering," in *International Electron Devices Meeting. Technical Digest*, 2002, pp. 259-62.
16. C. Yang-Kyu, N. Lindert, X. Peiqi, S. Tang, H. Daewon, E. Anderson, K. Tsu-Jae, J. Bokor, and H. Chenming, "Sub-20 nm CMOS FinFET technologies," in *International Electron Devices Meeting. Technical Digest*, 2001, pp. 19.1.1-4.
17. S. H. Tang, L. Chang, N. Lindert, C. Yang-Kyu, L. Wen-Chin, H. Xuejue, V. Subramanian, J. Bokor, K. Tsu-Jae, and H. Chenming, "FinFET-a quasi-planar double-gate MOSFET," in 2001 *IEEE International Solid-State Circuits Conference. Digest of Technical Papers*, 2001, pp. 118-19.
18. Y. Moonsuk, T. Haga, C. Walton, and J. Bokor, ""Actinic-only" defects in EUVL mask blanks-native defects, barely detectable by visible-light inspection," in 2001 *International Microprocesses and Nanotechnology Conference*, 2001, pp. 88-9.
19. N. Lindert, C. Yang-Kyu, C. Leland, E. Anderson, L. Wenchin, K. Tsu-Jae, J. Bokor, and H. Chenming, "Quasi-planar NMOS FinFETs with sub-100 nm gate lengths," in *Device Research Conference*, 2001, pp. 26-7.
20. N. Lindert, Y. K. Choi, L. Chang, E. Anderson, W. C. Lee, T. J. King, J. Bokor, and C. Hu, "Quasi-planar FinFETs with selectively grown germanium raised source/drain," in *IEEE International SOI Conference*, 2001, pp. 111-12.
21. J. Kedzierski, I. MeiKei, X. Peiqi, J. Bokor, K. Tsu-Jae, and H. Chenming, "Design analysis of thin-body silicide source/drain devices," in *IEEE International SOI Conference*, 2001, pp. 21-2.
22. S. H. Tang, X. Peiqi, J. Bokor, and H. Chenming, "Comparison of short-channel effect and offstate leakage in symmetric vs. asymmetric double gate MOSFETs," in *IEEE International SOI Conference*, 2000, pp. 120-1.
23. X. Peiqi, J. Kedzierski, V. Subranmanian, J. Bokor, K. Tsu-Jae, and H. Chenming, "60 nm planarized ultra-thin body solid phase epitaxy MOSFETs," in *58th DRC. Device Research Conference*, 2000, pp. 67-8.
24. J. Kedzierski, P. Xuan, E. H. Anderson, J. Bokor, K. Tsu-Jae, and H. Chenming, "Complementary silicide source/drain thin-body MOSFETs for the 20 nm gate length regime," in *International Electron Devices Meeting*, 2000, pp. 57-60.
25. Y. -K. Choi, J. Yoo-Chan, P. Ranade, H. Takenuchi, Tsu-Jae King, J. Bokor, and H. C. Hu, "30 nm ultra-thin-body SOI MOSFET with selectively deposited Ge raised S/D," in *58th DRC. Device Research Conference*, 2000, pp. 23-4.
26. L. Chang, S. Tang, Tsu-JaeKing,, J. Bokor, and C. Hu, "Gate length scaling and threshold voltage control of double-gate MOSFETs," in *International Electron Devices Meeting*, 2000, pp. 719-22.

27. Yang-Kyu Choi, K. Asano, N. Lindert, V. Subramanian, Tsu-Jae King, J. Bokor, and C. Hu, "Ultra-thin body SOI MOSFET for deep-sub-tenth micron era," in *International Electron Devices Meeting* 1999, pp. 919-21.
28. Xuejue Huang, Wen-Chin Lee, Charles Kuo, D. Hisamoto, Leland Chang, J. Kedzierski, E. Anderson, H. Takeuchi, Yang-Kyu Choi, K. Asano, V. Subramanian, Tsu-Jae King, J. Bokor, and C. Hu, "Sub 50-nm FinFET: PMOS," in *International Electron Devices Meeting*, 1999, pp. 67-70.
29. V. Subramanian, J. Kedzierski, N. Lindert, H. Tam, Y. Su, J. McHale, K. Cao, T. J. King, J. Bokor, and C. Hu, "A bulk-Si-compatible ultrathin-body SOI technology for sub-100 nm MOSFETs," in *57th Annual Device Research Conference*, 1999, pp. 28-9.
30. M. S. Krishnan, L. Chang, K. Tsu-Jae, J. Bokor, and C. Hu, "MOSFETs with 9 to 13 A thick gate oxides," in *International Electron Devices Meeting*, 1999, pp. 241-4.
31. M. Orshansky, D. Sinitsky, P. Scrobahaci, J. Bokor, and C. Hu, "Impact of velocity overshoot, polysilicon depletion, and inversion layer quantization on NMOSFET scaling," in *56th Annual Device Research Conference*, 1998, pp. 18-19.
32. M. S. Krishnan, Yee Chia Yeo, Qiang Lu, Tsu-Jae King, J. Bokor, and C. Hu, "Remote charge scattering in MOSFETs with ultra-thin gate dielectrics," in *International Electron Devices Meeting*, 1998, pp. 571-4.
33. D. Sinitsky, F. Assaderaghi, M. Orshansky, J. Bokor, and C. Hu, "An extension of BSIM3 model incorporating velocity overshoot," in *International Symposium on VLSI Technology, Systems, and Applications,* 1997, pp. 307-10.
34. H. C. Wann, C. Hu, K. Noda, D. Sinitsky, F. Assaderaghi, and J. Bokor, "Channel doping engineering of MOSFET with adaptable threshold voltage using body effect for low voltage and low power applications," in *International Symposium on VLSI Technology, Systems, and Applications*, 1995, pp. 159-63.
35. F. Assaderaghi, D. Sinitsky, S. Parke, J. Bokor, P. K. Ko, and C. Hu, "A dynamic threshold voltage MOSFET (DTMOS) for ultra-low voltage operation," in *International Electron Devices Meeting*, 1994, pp. 809-12.
36. F. Assaderaghi, D. Sinitsky, H. Gaw, J. Bokor, P. K. Ko, and C. Hu, "Saturation velocity and velocity overshoot of inversion layer electrons and holes," in *International Electron Devices Meeting*, 1994, pp. 479-82.
37. R. H. Yan, K. F. Lee, D. Y. Jeon, Y. O. Kim, B. G. Park, M. R. Pinto, C. S. Rafferty, D. M. Tennant, E. H. Westerwick, G. M. Chin, M. D. Morris, K. Early, P. Mulgrew, W. M. Mansfield, R. K. Watts, A. M. Voshchenkov, J. Bokor, R. G. Swartz, and A. Ourmazd, "High performance 0.1-μm room temperature Si MOSFETs," in *1992 Symposium on VLSI Technology*., 1992, pp. 86-7.

# JA1784

2026-09-10 Bokor Exh. C Animation 1 - Electron Hole Movement

(Native animation to be delivered to the Court)



JA1784

# JA1785

2026-09-10 Bokor Exh. D Animation 2 – PN Junction Animation

(Native animation to be delivered to the Court)



JA1785

*Paper presented at 5th Conf. on Semi-insulating III–V Materials, Malmö, Sweden, 1988*
*Chapter 2*



# The role of carbon in the compensation of semi-insulating LEC GaAs

PJ Pearah, R Tobin, JP Tower and RM Ware

Spectrum Technology, Inc., 6 October Hill Drive, Holliston, MA 01746, USA

L Sargent and JS Blakemore

Oregon Graduate Center, Beaverton, OR 97006, USA

ABSTRACT: GaAs crystals grown by both the high pressure (20 atmospheres) and low pressure (1.6 atmospheres) LEC techniques have been studied in order to determine the effect of carbon acceptor impurities on the measured electrical properties. The data have been analyzed using a published three-level model as well as the mixed conduction model. The results of the two growth and analysis methods are compared.

## 1. INTRODUCTION

There has been considerable interest and activity directed towards the development of semi-insulating GaAs substrates suitable for applications in high-performance IC's. The early approach of using Cr-doping to obtain high resistivity material has drawbacks in that Cr has a low distribution coefficient (Brozel et al. 1982), so that its concentration within a melt grown boule is inhomogeneous. Cr also diffuses rapidly into epilayers during device processing. In nominally undoped S.I. GaAs, the electrical charge carrier compensation occurs predominantly between the EL2 native defects and shallow acceptor impurities. The latter are generally dominated by carbon substitutionals ($C_{As}$). The influence of carbon on the electrical properties of semi-insulating GaAs at 400K has recently been reported (Chichibu et al. 1987).

This paper discusses compensation in undoped S.I. GaAs crystals grown by the LEC technique using both high pressure and low pressure pullers. The dependences of room temperature (300K) Hall mobility, resistivity, and free carrier concentration on measured carbon concentration are presented. Two published models are used to analyze the data. The first is a simple three level model developed by Kirkpatrick et al. (1984), while the second is the mixed conduction model described by Martin et al. (1980).

The influence of the compensation ratio on the electrical properties predicted by the two models is compared to the measured values. There is evidence that discrepancies observed in the low pressure data are due to the presence of a defect-related acceptor level not observed in the high pressure material.

## 2. EXPERIMENTAL

Both high pressure and low pressure undoped LEC GaAs crystals were used in this study. All crystals were synthesized "in situ" and pulled in the <100> orientation from PBN crucibles in an argon ambient. The low pressure boules were grown in Hamco CG800 pullers at a pressure of 1.6 atmospheres. High pressure crystals were pulled in Cambridge Instruments 358 pullers. Growth was conducted at a pressure of approximately 20 atmospheres. A postgrowth thermal process was implemented in order to reduce stress and improve homogeneity in all crystals. Growth and thermal processing parameters were standardized in order to minimize variations in the deep level (EL2) concentration and thereby elucidate the effect of the carbon acceptor impurity on the measured electrical properties.

Electrical characteristics were determined by the standard van der Pauw-Hall technique at room temperature using a Keithley Hall System. Carbon concentrations were measured in 3mm thick polished specimens, using a Nicolet 20DXC FTIR to quantify the infrared LVM absorption at 300K, and assuming the Hakone 1986 calibration factor (Brozel 1986). A near-infrared optical absorption technique (Dobrilla and Blakemore 1985) was employed to obtain the EL2 concentration.

Low temperature (4.2K) photoluminescence was excited in a Janis optical cryostat using the 6471A line of a krypton ion laser at a power density of approximately $1Wcm^{-2}$. The luminescence was collected by a 0.75 meter Spex spectrometer and detected by a cooled GaAs photocathode photomultiplier tube using photon counting electronics.

## 3. RESULTS AND DISCUSSION

The electrical properties measured from over 40 nominally undoped high pressure LEC GaAs crystals are presented as a function of carbon concentration in Figure 1. The origin of the theoretical line will be discussed later. In this material, the typical deep donor concentration $N_{DD}$ is near $1.2x10^{16}cm^{-3}$. The shallow acceptor concentration $N_A$ is assumed to be approximately equal to the measured carbon concentration, while the residual donor content $N_D$ is in the low $10^{14}cm^{-3}$ range, so that $N_D<N_A<N_{DD}$. According to the simple three level model of Kirkpatrick et al. (1984), the Hall carrier concentration in this regime is given by




**Figure 1.** The dependence of measured Hall properties on carbon content in high pressure GaAs.

$$n(H) = K[EL2]/(N_A-N_D),$$

where [EL2] represents the concentration of the unionized EL2 centers, which is precisely the quantity yielded by the near-infrared absorption

NV027971

SM000067914

measurement, and K is a constant of proportionality. Thus for a given [EL2] and $N_D$, n(H) behaves inversely as $N_A$, while resistivity is expected to increase with increasing $N_A$. The observed behavior of the resistivity in the high pressure crystals confirms that carbon is the dominant acceptor in this material. The increased scatter in the resistivity data at low carbon concentrations probably reflects fluctuations in the concentrations of other residual donor and acceptor species (native defects or impurities), both of which would seem to be on the order of $10^{13}cm^{-3}$, as well as small variations in $N_{DD}$.

While the trends observed in resistivity and n(H) are readily explained by the three level scenario, in order to understand the drop in mobility at high carbon concentrations it is necessary to invoke the mixed conduction model Smith (1964), which takes into account contributions to the electrical properties from both electrons and holes in compensated semiconductors. According to this model, as the Fermi level in n-type semi-insulating GaAs approaches the n/p transition energy, the measured properties are diluted by hole conduction, so that the Hall concentration

$$n(H) = [p+n(\mu_n/\mu_p)]^2/[p-n(\mu_n/\mu)_p)^2].$$

Assuming the Hall factor to be unity, the Hall mobility is then given by

$$\mu_H = \mu_n[n-p(\mu_n/\mu_p)^2]/[n+p(\mu_n/\mu_p)]$$

and the Hall concentration according to the treatment of Martin, et al. (1980) (assuming $n << N_A-N_D$)

$$n(H) = ([N_{DD}/(N_A-N_D)]-1)N_c\exp[-E'(EL2)/kT]$$

where $N_c$ is the density of states, E'(EL2) gives the temperature dependence of the EL2 midgap energy level, and $N_{DD}/(N_A-N_D) \equiv$ the compensation ratio.

The fit of such a model to both high pressure and low pressure electrical data is depicted in Figure 2. The solid lines were generated assuming $\mu_n = 8000cm^2/Vs$ and $\mu_n/\mu_p = 25$ at T=300K. The Fermi Level determines n(H) and resistivity uniquely. The compensation ratio correspon-ding to n(H) was deduced from the above relation assuming

$$N_{DD} = 1.25 \times 10^{16}cm^{-3}$$

and $N_D = 2x10^{14}cm^{-3}$.

The value chosen for $N_D$ is consistent with a simple extrapolation of the three level model over its range of validity. This range will be




**Figure 2.** The Fermi level dependence of the electrical properties of high pressure and low pressure GaAs. Solid lines are values calculated from the mixed conduction model.

NV027972

SM000067915

defined below. The same assumptions and equation generated the solid line in Figure 1. Data points were fit by assigning the measured n(H) to the theoretical curve in Figure 2. As the carbon content increases, the Fermi level shifts towards midgap, and hole conduction becomes significant. Since

$$\mu_p << \mu_n,$$

the measured mobility values have been observed to drop to as low as 1530 cm²/Vs in heavily compensated, slightly n-type samples. Electron-hole mixed conduction accounts well for the 300K data presented here as well as the Hall data taken at 400K (Chichibu et al. 1987). While both the high pressure and low pressure data follow the trends predicted by the mixed conduction model, there is a discernable difference. For a given n(H), mobilities tend to be lower and resistivities higher in the low pressure case.

Using the above values, a similar fit of the Hall data appears in Figures 3(a) and 3(b).




**Figure 3.** The behavior of the electrical properties versus measured compensation ratio. The solid lines in 3(a) result from the mixed conduction model. The curves in 3(b) compare the predictions of the two models considered.

In these graphs, the data are plotted as a function of the measured compensation ratio with $N_{DD}$ and $N_A$ determined from infrared absorption, and

$$N_D=2x10^{14}cm^{-3}$$

as above. The good fit to the mixed conduction model further demonstrates that nondestructive optical characterization techniques are useful in predicting the electrical properties of semi-insulating GaAs. Figure 3(b) also shows the inadequacy of the simple three level model in the case of heavily compensated material

$$([N_{DD}/(N_A-N_D)] < 2.5).$$

Once again, low pressure material exhibits slightly lower mobilities than high pressure for a given compensation ratio, and resistivities higher than can be accounted for from the measured compensation ratio.

NV027973

SM000067916

This comparison is reiterated in Figure 4, which compares mobilities in high pressure and low pressure LEC-grown crystals as a function of carbon content. The mobilities measured in low pressure material tend to be lower for a given carbon concentration. The contrast seen in the electrical properties resulting from the two LEC growth methods suggests the presence of acceptors other than carbon in the low pressure material. A greater $N_A$ would reduce the actual compensation ratio and would shift the low pressure data points in Figures 3 and 4 to the left and right, respectively, bringing them closer to both the high pressure and calculated values.




**Figure 4.** A comparison of the dependence of mobility on carbon content in high pressure and low pressure GaAs.

Photoluminescence (PL) spectroscopy at liquid helium temperature (4.2K) was used as a further nondestructive probe. Typical PL spectra from the two material types are shown in Figure 5. The most striking difference seen is the large peak near 8600A in the low pressure material. This peak has been identified by Yu (1983) as an acceptor level related to a stoichiometric defect favored by Ga-rich growth conditions, probably a gallium antisite $Ga_{As}$ defect. While the electrical properties and EL2 concentrations of the low pressure material are not indicative of Ga-rich growth, other differences in growth conditions may lead to the formation of this defect. Note the resolved excitonic structure in the high pressure emission (leftmost peaks). The first peak is due to free exciton (F,X) recombination. The second, more intense band is a superposition of the neutral and ionized donor-bound exciton transitions, $(D^o,X)$ and $(D^+,X)$, respectively. It is also apparent from Figure 5 that the low pressure PL intensity is approximately two orders of magnitude lower and the linewidths twice as great relative to the high pressure spectrum. The exciton-related peaks are not resolved in the low pressure spectrum, and their intensity is low relative to the carbon band-to-acceptor emissions near 8300A. All of these are an indication of inferior crystal




**Figure 5.** 4.2K photoluminescence spectra comparing high and low pressure LEC samples under the same excitation intensity. There is an acceptor peak present in the low pressure material that does not occur in the high pressure spectra.

NV027974

SM000067917

quality in the low pressure case, probably manifested in the form of macroscopic and microscopic inhomogeneities and greater lattice disorder. These notions are consistent with the observed mobilities (Walukiewicz et al. 1986) and with the presence of the $Ga_{As}$ defect even in material grown under nominally As-rich conditions.

## 4. CONCLUSIONS

In summary, the dependence of the 300K electrical properties of nominally undoped, semi-insulating LEC GaAs grown in high and low pressure pullers on carbon content has been surveyed. High pressure data fit well to the mixed conduction model. Compensation ratios were measured by nondestructive optical absorption methods and assuming

$$N_D=2x10^{14}cm^{-3}.$$

Measured electrical properties are consistent with those predicted by the mixed conduction model for a given compensation ratio, especially in the high pressure crystals. The three level model is inadequate to describe heavily compensated material. Deviations detected in the electrical properties of low pressure material and photoluminescence data suggest the presence of a 77meV defect-related acceptor making a significant contribution to $N_A$ in the low pressure case.

## ACKNOWLEDGEMENTS

The authors wish to acknowledge useful discussions with D. Arnold of the University of Illinois concerning modelling parameters, P. Yu of Wright State University for discussions regarding photoluminescence, A. Genis for diligent work in collecting the Hall data, and A. Deiana and C. Wells for assistance with manuscript preparation.

## REFERENCES

Brozel M R, Tuck B, Rumsby D, and Ware R M 1982 J. Crystal Growth **60** 113
Brozel M R 1986 Semi-Insulating III-V Compounds ed. H Kukimoto and S Miyazawa (Amsterdam:North-Holland) pp 217-8
Chichibu S, Matsumoto S, and Obokata T 1987 J. Appl. Phys. 62 4316
Dobrilla P and Blakemore J S 1985 J. Appl. Phys. **58** 208
Kirkpatrick C G, Chen R T, Holmes D E, Asbeck P M, Elliot K R, Fairman R D, and Oliver J R 1984 Semiconductors and Semimetals **20**, ed. R K Willardson and A C Beer (New York: Academic Press) pp 206-8
Martin G M, Farges J P, Jocob G, and Hallais J P 1980 J. Appl. Phys. **51** 2840
Smith R A 1964 Semiconductors (London: Cambridge University Press) p 100
Yu P Y 1983 Phys. Rev. B **27**, 7779
Walukiewicz W, Le Wang, Pawlowicz L M, Lagowski J, and Gatos H C 1986 J. Appl. Phys. **59** 3144

UNIVERSITY OF CALIFORNIA

Los Angeles

# GaSb-based Infrared Detectors on GaAs Substrates using an Interfacial Misfit Array

A dissertation submitted in partial satisfaction of the requirements for the degree Doctor of Philosophy in Electrical Engineering

by

Charles Reyner

2013

ABSTRACT OF THE DISSERTATION

GaSb-based Infrared Detectors on GaAs Substrates using

an Interfacial Misfit Array

by

Charles Reyner

Doctor of Electrical Engineering

University of California, Los Angeles, 2013

Professor Diana L. Huffaker, Chair

Infrared detectors based on compound semiconductor technology are on the verge of outperforming HgCdTe, the leading infrared material for the past 50 years. The driving force behind this change has been the development of new detector designs based on the 6.1 Å lattice constant, which includes GaSb, AlSb, and InAs binary materials. While the epitaxial deposition of these materials on GaSb substrates has enabled high performance devices, key limitations still exist. The lack of a large diameter, semi-insulating substrate; a mature, ohmic *n*-contact to GaSb; and a low *k*, large bandgap material for avalanche multiplication are all key weaknesses of this material system that further limit device development.

These challenges can be met by the introduction of a new epitaxial growth mode. The growth mode, an interfacial misfit array (IMF), enables the epitaxial deposition of a high quality, relaxed GaSb epilayer on a GaAs substrate without the creation of residual threading dislocations. The IMF achieves this feat through the creation of a 90° dislocation network at the GaSb/GaAs interface, i.e. a gallium dangling bond every 14 GaAs lattice sites.

In this dissertation, the structural, electrical, and optical characterization of IMF-based material and devices are all described. X-ray diffraction experiments are used to show that the dislocation

network is nearly perfectly correlated, i.e. there is a 99% correlation between the location of one Lomer dislocation in the IMF network and its adjacent dislocations. Further evidence is given that the material is over 99.5% relaxed after 250 nm of growth, and continues to relax as the GaSb epilayer becomes thicker. Optical RF measurements of GaSb *p-i-n* homojunctions on GaAs semi-insulating substrates show that the IMF is capable of passing high frequency signals, and that the background acceptor concentration can be reduced to approximately $2 \times 10^{16}$ $cm^{-3}$ using Tellurium compensation doping. *C-V* profiles of one-sided GaAs junctions indicate that the gallium dangling bonds at the IMF interface do behave as acceptors, but that the interface charge density is $1.8 \times 10^{12}$ $cm^{-2}$, as opposed to the Lomer dislocation density of $3 \times 10^{12}$ $cm^{-2}$. And finally, avalanche photodiodes using the IMF interface charge are utilized to create gain in 1.55 µm detectors, with both GaAs and AlGaAs multiplication regions. Low ionization coefficient ratios between holes and electrons (*k* values) of 0.1-0.4 are measured, indicating that the ultimate gain bandwidth product for IMF-based devices is several hundred GHz. Delta-doping is also shown to improve the optical response of the devices, without impacting the breakdown voltage or creating a commensurate increase in dark current. In short, IMF-based materials can meet the next challenges awaiting the 6.1 Å material system.

The dissertation of Charles Reyner is approved.

Robert N. Candler

Mark S. Goorsky

Dwight C. Streit

Diana L. Huffaker, Committee Chair

University of California, Los Angeles

2013


America's Favorite Dictionary
The
AMERICAN
HERITAGE®
College
dic·tion·ar·y
· COMPLETELY Revised and Updated
· 7,500 New Words and Senses
· EXPERT Usage Guidance
· UP-TO-DATE Biographical and Geographical Entries
· MORE THAN 2,500 Photographs, Drawings, and Maps
FOURTH EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2004, 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN 0-618-45300-8

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
p.cm.
Based on the fourth ed. of the American Heritage dictionary.
ISBN 0-618-09848-8 (thumb edge) --
ISBN 0-618-19604-8 (deluxe binding)
1. English language--Dictionaries. 2. Americanisms. I Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21
2001039826

Manufactured in the United States of America

**ad•i•a•bat•ic** (ăd′ē-ə-băt′ĭk, ā′dī-ə-) *adj.* Of, relating to, or being a reversible thermodynamic process occurring without gain or loss of heat or change in entropy. [< Gk. *adiabatos*, impassable : *a*-, not; see A–[1] + *diabatos*, passable (*dia*, dia- + *batos*, passable < *bainein*, to go; see **g$^w$ā-** in App.).] **—ad′i•a•bat′i•cal•ly** *adv.*

**a•dieu** (ə-dyo͞o′, ə-do͞o′) *interj.* Used to express farewell. ❖ *n., pl.* **a•dieus** or **a•dieux** (ə-dyo͞oz′, ə-do͞oz′) A farewell. [ME < OFr. *a dieu*, (I commend you) to God : *a*, to (< Lat. *ad*) + *Dieu*, God (< Lat. *deus*; see **dyeu-** in App.).]

**A•di•ge** (ä′dĭ-jā′, ä′dē-jĕ′) A river of NE Italy rising in the Alps and flowing c. 410 km (255 mi) to the Adriatic Sea.

**ad in•fi•ni•tum** (ăd ĭn′fə-nī′təm) *adv. & adj.* To infinity; having no end. [Lat. *ad*, to + *īnfīnītum*, accusative of *īnfīnītus*, infinite.]

**ad in•ter•im** (ĭn′tər-əm) *adv.* In or for the meantime; temporarily. ❖ *adj.* Acting or done ad interim; temporary. [Lat. *ad*, to, for + *interim*, the meantime.]

**ad•i•os** (ä′dē-ōs′) *interj.* Used to express farewell. [Sp. *adiós*, prob. transl. of French *à dieu*. See ADIEU.]

**a•dip•ic acid** (ə-dĭp′ĭk) *n.* A white crystalline dicarboxylic acid, $C_6H_{11}O_4$, that is derived from oxidation of various fats, is slightly soluble in water, and is used esp. in the manufacture of nylon. [< Lat. *adeps*, *adip*-, fat.]

**ad•i•po•cere** (ăd′ə-pō-sîr′) *n.* A brown, fatty waxlike substance that forms on dead animal tissues in response to moisture. [ADIPO(SE) + Lat. *cēra*, wax.]

**ad•i•po•cyte** (ăd′ə-pō-sīt′) *n.* See **fat cell.**

**ad•i•pose** (ăd′ə-pōs′) *adj.* Of, relating to, or composed of animal fat; fatty. ❖ *n.* The fat found in adipose tissue. [NLat. *adipōsus* < Lat. *adeps*, *adip*-, fat.]

**adipose tissue** *n.* A type of connective tissue that contains stored cellular fat.

**Ad•i•ron•dack chair** (ăd′ə-rŏn′dăk′) *n.* An outdoor armchair having an angled back and seat made of wide, usu. wooden slats.

**Adirondack Mountains** A group of mountains in NE NY between the St. Lawrence R. and the Mohawk R. Part of the Appalachian system, the range rises to 1,629.9 m (5,344 ft).

**ad•it** (ăd′ĭt) *n.* An almost horizontal entrance to a mine. [Lat. *aditus*, access < p. part. of *adīre*, to approach : *ad*-, ad + *īre*, to go; see **ei-** in App.]

**adj.** *abbr.* **1.** adjective **2.** adjunct **3. Adj.** adjutant

**ad•ja•cen•cy** (ə-jā′sən-sē) *n., pl.* **-cies 1.** The state of being adjacent; contiguity. **2.** A thing that is adjacent.

**ad•ja•cent** (ə-jā′sənt) *adj.* **1.** Close to; lying near: *adjacent cities.* **2.** Next to; adjoining: *adjacent garden plots.* [ME < Lat. *adiacēns*, *adiacent*-, pr. part. of *adiacēre*, to lie near : *ad*-, ad- + *iacēre*, to lie.] **—ad•ja′cent•ly** *adv.*

**adjacent angle** *n.* Either of two angles having a common side and a common vertex.

**ad•jec•tive** (ăj′ĭk-tĭv) *n.* **1.** *Grammar* The part of speech that modifies a noun or other substantive by limiting, qualifying, or specifying and often distinguished in English by one of several suffixes, such as *-ous*, *-er*, and *-est*, or by preceding a noun or nominal phrase. **2.** A word belonging to this part of speech. ❖ *adj.* **1.** *Grammar* Of, relating to, or functioning as an adjective. **2.** Not standing alone; derivative or dependent. [ME < OFr. *adjectif* < LLat. *adiectīvus* < *adiectus*, p. part. of *adicere*, to add to : *ad*-, ad- + *iacere*, to throw.] **—ad′jec•ti′val** (-tī′vəl) *adj.* **—ad′jec•ti′val•ly** *adv.* **—ad′jec•tive•ly** *adv.*

**ad•join** (ə-join′) *v.* **-joined, -join•ing, -joins** *—tr.* **1.** To be next to; be contiguous to: *property that adjoins ours.* **2.** To attach; append. *—intr.* To be contiguous. [ME *ajoinen* < OFr. *ajoindre*, *ajoin*- < Lat. *adiungere*, to join to : *ad*-, ad- + *iungere*, to join; see **yeug-** in App.]

**ad•join•ing** (ə-joi′nĭng) *adj.* Neighboring; contiguous.

**ad•journ** (ə-jûrn′) *v.* **-journed, -journ•ing, -journs** *—tr.* To suspend until a later stated time. *—intr.* **1.** To suspend proceedings to another time or place. **2.** To move from one place to another: *We adjourned to the living room.* [ME *ajournen* < OFr. *ajourner* : *a*-, to (< Lat. *ad*-; see AD–) + *jour*, day (< LLat. *diurnum* < Lat. *diurnus*, daily < *diēs*, day; see **dyeu-** in App.).] **—ad•journ′ment** *n.*

**Adjt.** *abbr.* adjutant

**ad•judge** (ə-jŭj′) *tr.v.* **-judged, -judg•ing, -judg•es 1a.** To determine or decide by judicial procedure; adjudicate. **b.** To order judicially; rule. **c.** To award by law. **d.** To sentence; condemn. **2.** To regard or deem. [ME *ajugen* < OFr. *ajuger* < Lat. *adiūdicāre*. See ADJUDICATE.]

**ad•ju•di•cate** (ə-jo͞o′dĭ-kāt′) *v.* **-cat•ed, -cat•ing, -cates** *—tr.* **1.** To hear and settle (a case). **2.** To study and settle (a dispute). *—intr.* To act as a judge. [Lat. *adiūdicāre*, *adiūdicāt*-, to award to (judicially) : *ad*-, ad- + *iūdicāre*, to judge (< *iūdex*, judge; see JUDGE).] **—ad•ju′di•ca′tion** *n.* **—ad•ju′di•ca′tive** *adj.* **—ad•ju′di•ca′tor** *n.*

**ad•junct** (ăj′ŭngkt′) *n.* **1.** Something attached to another in a dependent or subordinate position. **2.** A person associated with another in a subordinate or auxiliary capacity. **3.** *Grammar* A clause or phrase added to a sentence that amplifies its meaning. ❖ *adj.* **1.** Added or connected in a subordinate or auxiliary capacity. **2.** Attached to a faculty or staff in a temporary or auxiliary capacity: *an adjunct professor of history.* [< Lat. *adiūnctus*, p. part. of *adiungere*, to join to. See ADJOIN.] **—ad•junc′tion** (ə-jŭngk′shən) *n.* **—ad•junc′tive** *adj.*

**ad•ju•ra•tion** (ăj′ə-rā′shən) *n.* An earnest, solemn appeal. **—ad•jur′a•to′ry** (ə-jo͝or′ə-tôr′ē, -tōr′ē) *adj.*

**ad•jure** (ə-jo͝or′) *tr.v.* **-jured, -jur•ing, -jures 1.** To command or enjoin solemnly, as under oath. **2.** To appeal to or entreat earnestly. [ME *adjuren* < Lat. *adiūrāre*, to swear to : *ad*-, ad- + *iūrāre*, to swear.] **—ad•jur′er, ad•ju′ror** *n.*

**ad•just** (ə-jŭst′) *v.* **-just•ed, -just•ing, -justs** *—tr.* **1.** To change so as to match or fit. **2.** To bring into proper relationship. **3.** To adapt or conform, as to new conditions. See Syns at **adapt. 4.** To make more effective or efficient: *adjust the timing of a car.* **5.** To settle; resolve. **6.** To decide how much is to be paid on (an insurance claim). *—intr.* To adapt oneself; conform. [Obsolete Fr. *adjuster* < OFr. *ajoster* < VLat. **adiūxtāre*, to put close to : Lat. *ad*-, ad- + Lat. *iūxtā*, near; see **yeug-** in App.] **—ad•just′a•ble** *adj.* **—ad•just′a•bly** *adv.* **—ad•just′er, ad•jus′tor** *n.*

**ad•just•a•ble-rate mortgage** (ə-jŭst′ə-bəl-rāt′) *n.* A mortgage whose interest rate is raised or lowered at periodic intervals according to the prevailing interest rates in the market.

**ad•just•ed** (ə-jŭs′tĭd) *adj.* **1.** Arranged or changed so as to match, conform, or function, esp. in a specified way: *an improperly adjusted scale.* **2.** Having achieved psychological balance, esp. regarding others or the demands of everyday life: *a poorly adjusted teenager.*

**ad•just•ment** (ə-jŭst′mənt) *n.* **1.** The act of adjusting or the state of being adjusted. **2.** A means of adjusting. **3.** Settlement of a debt or claim. **4.** A modification, fluctuation, or correction: *an adjustment on a bill.*

**ad•ju•tant** (ăj′ə-tənt) *n.* **1.** A staff officer who helps a commanding officer with administrative affairs. **2.** An assistant. **3.** See **marabou** 1. [< Lat. *adiūtāns*, *adiūtant*-, pr. part. of *adiūtāre*, to help. See AID.] **—ad′ju•tan•cy** *n.*

**adjutant general** *n., pl.* **adjutants general 1.** An adjutant of a unit having a general staff. **2.** An officer in charge of the National Guard in one of the US states. **3. Adjutant General** The chief administrative officer, a major general, of the US Army.

**adjutant stork** *n.* See **marabou** 1.

**ad•ju•vant** (ăj′ə-vənt) *n.* **1.** An agent added to a drug to increase or aid its effect. **2.** An immunological agent that increases antigenic response. [< Lat. *adiuvāns*, *adiuvant*-, pr. part. of *adiuvāre*, to help. See AID.]

**ADL** *abbr.* **1.** activities of daily living **2.** Anti-Defamation League

**Ad•ler** (ăd′lər, ăd′-), **Alfred** 1870–1937. Austrian psychiatrist who theorized that neurotic behavior is an overcompensation for feelings of inferiority. **—Ad•le′ri•an** (ăd-lîr′ē-ən) *adj.*

**Ad•ler** (ăd′lər), **Cyrus** 1863–1940. Amer. religious leader who was president of the Jewish Theological Seminary of America (1924–40).

**Ad•ler** (ăd′lər), **Mortimer Jerome** 1902–2001. Amer. educator and philosopher whose works include *How to Read a Book* (1940).

**ad lib** (ăd lĭb′) *adv.* In an unrestrained manner; spontaneously. [Short for AD LIBITUM.]

**ad-lib** (ăd′lĭb′) *v.* **-libbed, -lib•bing, -libs** *—tr.* To improvise and deliver extemporaneously. *—intr.* To engage in improvisation, as in a speech. ❖ *n.* (ăd′lĭb′) Something, such as a joke, that is improvised. ❖ *adj.* Improvised; extemporaneous. **—ad-lib′ber** *n.*

**ad lib•i•tum** (ăd lĭb′ĭ-təm) *adj.* *Music* At the discretion of the performer. Used chiefly as a direction giving license to alter or omit a part. [Lat. *ad*, according to + *libitum*, p. part. of *libēre*, to please.]

**ad loc.** *abbr.* *Latin* ad locum (to, or at, the place)

**ADM** or **Adm.** *abbr.* admiral

**ad•man** (ăd′măn′) *n.* A man who designs, writes, acquires, or sells advertising.

**ad•meas•ure** (ăd-mĕzh′ər) *tr.v.* **-ured, -ur•ing, -ures** To divide and distribute proportionally; apportion. [ME *amesuren* < OFr. *amesurer* : *a*-, to (< Lat. *ad*-; see AD–) + *mesurer*, to measure (< LLat. *mēnsūrāre*, to measure < Lat. *mēnsūra*, measure; see MEASURE).] **—ad•meas′ure•ment** *n.* **—ad•meas′ur•er** *n.*

**Ad•me•tus** (ăd-mē′təs) *n.* *Greek Mythology* A king of Thessaly and husband of Alcestis.

**ad•min•is•ter** (ăd-mĭn′ĭ-stər) *v.* **-tered, -ter•ing, -ters** *—tr.* **1.** To have charge of; manage. **2a.** To give or apply in a formal way: *administer the last rites.* **b.** To apply as a remedy: *administer a sedative.* **c.** To direct the taking of (an oath). **3.** To mete out; dispense: *administer justice.* **4.** To manage or dispose of (a trust or estate) under a will or official appointment. **5.** To impose, offer, or tender (an oath, for example). *—intr.* **1.** To manage as an administrator. **2.** To minister: *administering to every whim.* [ME *administren* < OFr. *administrer* < Lat. *administrāre* : *ad*, ad- + *ministrāre*, to manage (< *minister*, *ministr*-, servant; see MINISTER).] **—ad•min′is•tra•ble** (-ĭ-strə-bəl) *adj.* **—ad•min′is•trant** *adj. & n.*

**ad•min•is•trate** (ăd-mĭn′ĭ-strāt′) *tr.v.* **-trat•ed, -trat•ing, -trates** To administer.

**ad•min•is•tra•tion** (ăd-mĭn′ĭ-strā′shən) *n.* **1.** The act or process of administering, esp. the management of a government or large institution. **2.** The activity of a government or state in the exercise of its powers and duties. **3a.** often **Administration** The



**Adirondack chair**



**adit**
Eureka Mine, Death Valley, California




**adjacent angle**
The common vertex is *O;* angle *AOB* is adjacent to angle *BOC*.

| | | | |
|---|---|---|---|
| ă | pat | oi | boy |
| ā | pay | ou | out |
| âr | care | o͝o | took |
| ä | father | o͞o | boot |
| ĕ | pet | ŭ | cut |
| ē | be | ûr | urge |
| ĭ | pit | th | thin |
| ī | pie | *th* | this |
| îr | pier | hw | which |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, item |
| ô | paw | | |

*Stress marks:*
′ (primary);
′ (secondary), as in
**lexicon** (lĕk′sĭ-kŏn′)

*adv.* also **face to face** In person; directly.

**face-up** also **face up** (fās′ŭp′) *adv.* In a position so that the face is up.

**face value** *n.* **1.** The value printed or written on the face, as of a bill or bond. **2.** Apparent significance or value.

**fa•cial** (fā′shəl) *adj.* Of or concerning the face: *facial hair.* ❖ *n.* A treatment for the face, usu. consisting of a massage and the application of cosmetic creams. **—fa′cial•ly** *adv.*

**facial index** *n.* The ratio of facial length to facial width multiplied by 100.

**facial nerve** *n.* Either of the seventh pair of cranial nerves that control facial muscles and relay sensation from the taste buds of the front part of the tongue.

**-facient** *suff.* **1.** Causing; bringing about: *somnifacient.* **2.** Something that causes or brings about: *abortifacient.* [< Lat. *faciēns, facient-*, pr. part. of *facere*, to do. See **dhē-** in App.]

**fa•ci•es** (fā′shē-ēz′, -shēz) *n., pl.* **facies 1.** *Biology* The general aspect or outward appearance, as of a given growth of flora. **2.** *Medicine* The appearance or expression of the face, esp. when typical of a disorder or disease. **3.** *Geology* A rock or stratified body distinguished from others by its appearance or composition. [Lat. *faciēs*. See **dhē-** in App.]

**fac•ile** (făs′əl) *adj.* **1.** Done or achieved with little effort or difficulty; easy. **2.** Working, acting, or speaking with effortless ease and fluency. **3.** Arrived at without due care, effort, or examination; superficial. **4.** Readily manifested, together with an aura of insincerity and lack of depth: *a facile slogan.* **5.** *Archaic* Pleasingly mild, as in disposition or manner. [ME < OFr. < Lat. *facilis*. See **dhē-** in App.] **—fac′ile•ly** *adv.* **—fac′ile•ness** *n.*

**fa•cil•i•tate** (fə-sĭl′ĭ-tāt′) *tr.v.* **-tat•ed, -tat•ing, -tates** To make easy or easier. [< Fr. *faciliter* < OFr. < Ital. *facilitare* < *facile*, facile < Lat. *facilis*. See FACILE.] **—fa•cil′i•ta′tive** (-tā′tĭv) *adj.* **—fa•cil′i•ta′tor** *n.*

**fa•cil•i•ta•tion** (fə-sĭl′ĭ-tā′shən) *n.* **1a.** The act of making easy or easier. **b.** The state of being made easy or easier. **2.** *Physiology* The lowering of the threshold for propagation of an action potential of a neuron.

**fa•cil•i•ty** (fə-sĭl′ĭ-tē) *n., pl.* **-ties 1.** Ease in moving, acting, or doing; aptitude. **2.** Readiness to be persuaded; pliability. **3.** Something that facilitates an action or process. Often used in the plural. **4.** Something created to serve a particular function: *health care facilities.* **5. facilities** *Informal* A restroom.

**fac•ing** (fā′sĭng) *n.* **1.** A piece of material sewn to the edge of a garment, such as a dress or coat, as lining or decoration. **2.** An outer layer or coating applied to a surface for protection or decoration.

**fac•sim•i•le** (făk-sĭm′ə-lē) *n.* **1.** An exact copy or reproduction, as of a document. **2.** See **fax.** ❖ *adj.* **1.** Of or used to produce exact reproductions, as of documents. **2.** Exactly reproduced; duplicate. [Lat. *fac simile*, make similar : *fac*, sing. imper. of *facere*, to make; see **dhē-** in App. + *simile*, neut. of *similis*, similar; see SIMILAR.]

**fact** (făkt) *n.* **1.** Knowledge or information based on real occurrences. **2a.** Something demonstrated to exist or known to have existed. **b.** A real occurrence; an event: *the facts of the accident.* **c.** Something believed to be true or real: *mistaken facts.* **3.** A thing that has been done, esp. a crime: *an accessory before the fact.* **4.** *Law* The aspect of a case at law comprising events determined by evidence. ***—idiom:*** **in (point of) fact** In reality or in truth; actually. [Lat. *factum*, deed < neut. p. part. of *facere*, to do. See **dhē-** in App.]

**USAGE NOTE** Expressions like *true facts* and *real facts* may occasion qualms among critics who hold that facts cannot be other than true or real, but these phrases are often useful for emphasis. *The true facts of the case* implies something different from *the facts of the case*, which can refer to all the particulars surrounding the case, not just to what actually happened to bring the case about.

**fact-find•ing** (făkt′fīn′dĭng) *n.* Discovery or determination of facts or accurate information. ❖ *adj.* Of, relating to, or used in the discovery or determination of facts. **—fact′-find′er** *n.*

**fac•tic•i•ty** (făk-tĭs′ĭ-tē) *n.* The quality or condition of being a fact: *historical facticity.*

**fac•tion**[1] (făk′shən) *n.* **1.** A group of persons forming a cohesive, usu. contentious minority within a larger group. **2.** Conflict within an organization or nation; internal dissension. [Fr. < Lat. *factiō, factiōn-* < *factus*, p. part. of *facere*, to do. See **dhē-** in App.] **—fac′tion•al** *adj.* **—fac′tion•al•ism** *n.* **—fac′tion•al•ly** *adv.*

**fac•tion**[2] (făk′shən) *n.* A form of fiction incorporating real people or events as essential elements. [Blend of FACT and FICTION.]

**-faction** *suff.* Production; making: *petrifaction.* [ME *-faccioun* < OFr. *-faction* < Lat. *-factiō, -factiōn-* < *factus*, p. part. of *facere*, to make. See **dhē-** in App.]

**fac•tion•al•ize** (făk′shə-nə-līz′) *tr.v.* **-ized, -iz•ing, -iz•es** To split (a group, for example) into disputatious factions.

**fac•tious** (făk′shəs) *adj.* **1.** Of, relating to, produced by, or characterized by internal dissension. **2.** Given to or promoting internal dissension. **—fac′tious•ly** *adv.* **—fac′tious•ness** *n.*

**fac•ti•tious** (făk-tĭsh′əs) *adj.* **1.** Produced artificially rather than by a natural process. **2.** Lacking authenticity or genuineness; sham. [< Lat. *factīcius* < *factus*, p. part. of *facere*, to make. See **dhē-** in App.] **—fac•ti′tious•ly** *adv.* **—fac•ti′tious•ness** *n.*

**fac•ti•tive** (făk′tĭ-tĭv) *adj.* Of or constituting a transitive verb that renders to a thing a certain character or status and that in English can take an objective complement modifying its direct object, such as *make* in *That makes me angry.* [NLat. *factitīvus* < Lat. *factitāre*, to do, practice, freq. of *facere*, to do. See **dhē-** in App.] **—fac′ti•tive•ly** *adv.*

**fact of life** *n., pl.* **facts of life 1.** Something unavoidable that must be faced or dealt with. **2. facts of life** The basic physiological functions involved in sex and reproduction.

**fac•toid** (făk′toid) *n.* **1.** A piece of inaccurate or false information that is accepted as true because of repetition in the media. **2.** A brief, somewhat interesting fact. **—fac•toi′dal** *adj.*

**fac•tor** (făk′tər) *n.* **1.** One that actively contributes to an accomplishment, result, or process. See Syns at **element. 2a.** One who acts for someone else; an agent. **b.** A person or firm that accepts accounts receivable as security for short-term loans. **3.** *Mathematics* One of two or more quantities that divides a given quantity without a remainder. For example, 2 and 3 are factors of 6. **4.** A quantity by which a stated quantity is multiplied or divided, so as to indicate an increase or decrease in a measurement. **5.** A gene. No longer in technical usage. **6.** *Physiology* A substance that functions in a specific biochemical reaction or bodily process, such as blood coagulation. ❖ *tr.v.* **-tored, -tor•ing, -tors** To determine or indicate explicitly the factors of. ***—phrasal verb:*** **factor in** To figure in. [ME *factour*, perpetrator, agent < OFr. *facteur* < Lat. *factor*, maker < *facere*, to make. See **dhē-** in App.] **—fac′tor•a•ble** *adj.* **—fac′tor•ship′** *n.*

**factor VIII** *n.* See **antihemophilic factor.**

**factor IX** *n.* A protein substance in blood plasma that participates in and is essential for the blood-clotting process.

**fac•tor•age** (făk′tər-ĭj) *n.* **1.** The business of a factor. **2.** The commission or fee paid to a factor.

**fac•to•ri•al** (făk-tôr′ē-əl, -tōr′-) *n.* The product of all the positive integers from 1 to a given number. For example, 4 factorial, usu. written 4!, is equal to 24 ($1 \times 2 \times 3 \times 4 = 24$). ❖ *adj.* Of or relating to a factor or factorial.

**fac•tor•ize** (făk′tə-rīz′) *tr.v.* **-ized, -iz•ing, -iz•es** *Mathematics* To factor. **—fac′tor•i•za′tion** (-tər-ĭ-zā′shən) *n.*

**fac•to•ry** (făk′tə-rē) *n., pl.* **-ries 1a.** A building or group of buildings in which goods are manufactured; a plant. **b.** A vessel in which newly caught seafood is prepared for shipment and sale. **2.** A business establishment for commercial agents or factors in a foreign country. **3.** A source of prolific production. [LLat. *factōria*, mill, and Med.Lat. *factōria*, establishment for factors, both < Lat. *factor*, factor. See FACTOR.]

**fac•to•tum** (făk-tō′təm) *n.* An employee or assistant who serves in a wide range of capacities. [Med.Lat. *factōtum* : Lat. *fac*, sing. imper. of *facere*, to do; see **dhē-** in App. + Lat. *tōtum*, everything < neut. of *tōtus*, all; see **teutā-** in App.]

**fac•tu•al** (făk′chōō-əl) *adj.* **1.** Of the nature of fact; real. **2.** Of or containing facts. **—fac′tu•al′i•ty** (-ăl′ĭ-tē) *n.* **—fac′tu•al•ly** *adv.* **—fac′tu•al•ness** *n.*

**fac•tu•al•ism** (făk′chōō-ə-lĭz′əm) *n.* Devotion or adherence to fact. **—fac′tu•al•ist** *n.*

**fac•ture** (făk′chər) *n.* The manner in which something, esp. a work of art, is made. [Fr. < Lat. *factūra*, a working or making. See FEATURE.]

**fac•u•la** (făk′yə-lə) *n., pl.* **-lae** (-lē′) Any of various large bright spots or veined patches on the sun's photosphere, usu. near sunspots. [Lat., small torch, dim. of *fax, fac-*, torch.]

**fac•ul•ta•tive** (făk′əl-tā′tĭv) *adj.* **1.** Of or relating to a mental faculty. **2a.** Capable of occurring or not occurring; contingent. **b.** Not required or compulsory; optional. **3.** Granting permission or authority. **4.** *Biology* Capable of functioning under varying environmental conditions. **—fac′ul•ta′tive•ly** *adv.*

**fac•ul•ty** (făk′əl-tē) *n., pl.* **-ties 1.** An inherent power or ability. **2.** Any of the powers or capacities possessed by the human mind. **3.** The ability to perform or act. **4a.** Any of the divisions or comprehensive branches of learning at a college or university. **b.** The teachers and instructors within such a division. **c.** A body of teachers. **5.** All of the members of a learned profession. **6.** Authorization granted by authority; conferred power. **7.** *Archaic* An occupation; a trade. [ME *faculte* < OFr. < Lat. *facultās*, power, ability < *facilis*, easy. See **dhē-** in App.]

**fad** (făd) *n.* A fashion taken up enthusiastically for a brief period of time; a craze. [Poss. < *fidfad*, fussy person, fussy < FIDDLE-FADDLE.] **—fad′dism** *n.* **—fad′dist** *n.* **—fad′dy** *adj.*

**fad•dish** (făd′ĭsh) *adj.* **1.** Having the nature of a fad. **2.** Given to fads. **—fad′dish•ly** *adv.* **—fad′dish•ness** *n.*

**fade** (fād) *v.* **fad•ed, fad•ing, fades** *—intr.* **1.** To lose brightness, loudness, or brilliance gradually; dim. **2.** To lose freshness; wither. **3.** To lose strength or vitality; wane. **4.** To disappear gradually; vanish. See Syns at **disappear. 5.** *Sports* To swerve from a straight course, esp. as a slice. **6.** *Football* To move back from the scrimmage line. Used of a quarterback. *—tr.* **1.** To cause to lose brightness, freshness, or strength. **2.** *Games* To meet the bet of (an opposing player) in dice. **3.** *Sports* To hit (a ball) with a fade. ❖ *n.* **1.** A gradual decrease or increase in the brightness or visibility of an image in cinema or television. **2.** A periodic reduction in



**inkstand**
used at the signing of the US Constitution, Independence Hall, Philadelphia, Pennsylvania



**inky cap**



**inlay**
section of the floor of St. Mark's Basilica, Venice, Italy

a heritage. **3.** *Biology* **a.** The process of genetic transmission of characteristics from parents to offspring. **b.** A characteristic so inherited. **c.** The sum of characteristics genetically transmitted from parents to offspring.

**inheritance tax** *n.* A tax imposed on the privilege of receiving property by inheritance or legal succession and assessed on the value of the property received.

**in•hib•in** (ĭn-hĭb′ĭn) *n.* A peptide hormone that acts to inhibit secretion of follicle stimulating hormone from the pituitary gland.

**in•hib•it** (ĭn-hĭb′ĭt) *tr.v.* **-it•ed, -it•ing, -its 1.** To hold back; restrain. **2.** To prohibit; forbid. **3.** *Psychology* To suppress or restrain (an impulse, for example) consciously or unconsciously. **4a.** *Chemistry* To prevent or decrease the rate of (a reaction). **b.** *Biology* To decrease, limit, or block the action or function of (an enzyme, for example). [ME *inhibiten*, to forbid < Lat. *inhibēre*, *inhibit-*, to restrain, forbid : *in-*, in; see IN–² + *habēre*, to hold; see **ghabh-** in App.] **—in•hib′it•a•ble** *adj.* **—in•hib′i•tive, in•hib′i•to′ry** (-tôr′ē, -tōr′ē) *adj.*

**in•hi•bi•tion** (ĭn′hə-bĭsh′ən, ĭn′ə-) *n.* **1.** The act of inhibiting or the state of being inhibited. **2.** Something that restrains, blocks, or suppresses. **3.** *Psychology* Conscious or unconscious restraint of a behavioral process, a desire, or an impulse. **4a.** *Chemistry* The condition in which or the process by which a reaction is inhibited. **b.** *Biology* The condition in which or the process by which an enzyme, for example, is inhibited.

**in•hib•i•tor** also **in•hib•it•er** (ĭn-hĭb′ĭ-tər) *n.* One that inhibits, as a substance that retards or stops a chemical reaction.

**in•hold•ing** (ĭn′hōl′dĭng) *n.* A privately owned parcel of land within the boundaries of a federal preserve. **—in′hold′er** *n.*

**in•ho•mo•ge•ne•i•ty** (ĭn-hō′mə-jə-nē′ĭ-tē, -nā′-, hŏm′ə-) *n., pl.* **-ties 1.** Lack of homogeneity. **2.** Something that is not homogeneous or uniform.

**in•hos•pi•ta•ble** (ĭn-hŏs′pĭ-tə-bəl, ĭn′hŏ-spĭt′ə-bəl) *adj.* **1.** Displaying no hospitality; unfriendly. **2.** Unfavorable to life or growth; hostile: *the barren, inhospitable desert.* **—in•hos′pi•ta•ble•ness** *n.* **—in•hos′pi•ta•bly** *adv.*

**in•hos•pi•tal•i•ty** (ĭn′hŏs-pĭ-tăl′ĭ-tē) *n.* Lack of hospitality or friendliness.

**in-house** (ĭn′hous′) *adj.* Conducted within, coming from, or being within an organization or group. **—in′-house′** *adv.*

**in•hu•man** (ĭn-hyōō′mən) *adj.* **1a.** Lacking kindness, pity, or compassion; cruel. See Syns at **cruel. b.** Deficient in emotional warmth; cold. **2.** Not suited for human needs: *an inhuman environment.* **3.** Not of ordinary human form; monstrous. **—in•hu′man•ly** *adv.* **—in•hu′man•ness** *n.*

**in•hu•mane** (ĭn′hyōō-mān′) *adj.* Lacking pity or compassion. **—in′hu•mane′ly** *adv.*

**in•hu•man•i•ty** (ĭn′hyōō-măn′ĭ-tē) *n., pl.* **-ties 1.** Lack of pity or compassion. **2.** An inhuman or cruel act.

**in•hume** (ĭn-hyōōm′) *tr.v.* **-humed, -hum•ing, -humes** To place in a grave; bury. [Fr. *inhumer* < OFr. < Lat. *inhumāre* : *in-*, in; see IN–² + *humus*, earth; see **dhghem-** in App.] **—in′hu•ma′tion** *n.* **—in•hum′er** *n.*

**in•im•i•cal** (ĭ-nĭm′ĭ-kəl) *adj.* **1.** Injurious or harmful in effect; adverse. **2.** Unfriendly; hostile. [LLat. *inimīcālis* < Lat. *inimīcus*, enemy. See ENEMY.] **—in•im′i•cal•ly** *adv.*

**in•im•i•ta•ble** (ĭ-nĭm′ĭ-tə-bəl) *adj.* Defying imitation; matchless. [ME < Lat. *inimitābilis* : *in-*, not; see IN–¹ + *imitābilis*, imitable (< *imitārī*, to imitate; see **aim-** in App.).] **—in•im′i•ta•bil′i•ty, in•im′i•ta•ble•ness** *n.* **—in•im′i•ta•bly** *adv.*

**in•i•on** (ĭn′ē-ən) *n.* The most prominent projecting point of the occipital bone at the base of the skull. [Gk. *īnion*, occipital bone < *īs*, *īn-*, sinew, fiber.]

**in•iq•ui•tous** (ĭ-nĭk′wĭ-təs) *adj.* Characterized by iniquity; wicked. **—in•iq′ui•tous•ly** *adv.* **—in•iq′ui•tous•ness** *n.*

**in•iq•ui•ty** (ĭ-nĭk′wĭ-tē) *n., pl.* **-ties 1.** Gross immorality or injustice; wickedness. **2.** A grossly immoral act; a sin. [ME *iniquite* < OFr. < Lat. *inīquitās* < *inīquus*, unjust, harmful : *in-*, not; see IN–¹ + *aequus*, equal.]

**in•i•tial** (ĭ-nĭsh′əl) *adj.* **1.** Of, relating to, or occurring at the beginning; first: *took the initial step toward peace.* **2.** Being the first letter or letters of a word. ❖ *n.* **1a.** The first letter of a proper name. **b. initials** The first letter of each word of a person's complete name considered as a unit. **2.** The first letter of a word. **3.** A large, often highly decorated letter set at the beginning of a chapter, verse, or paragraph. ❖ *tr.v.* **-tialed, -tial•ing, -tials** also **-tialled, -tial•ling, -tials** To mark or sign with initials, esp. for purposes of authorization or approval. [Lat. *initiālis* < *initium*, beginning. See **ei-** in App.] **—in•i′tial•ly** *adv.*

**in•i•tial•ism** (ĭ-nĭsh′ə-lĭz′əm) *n.* An abbreviation consisting of the first letter or letters of words in a phrase (for example, *IRS* for *Internal Revenue Service*), syllables or components of a word (*TNT* for *trinitrotoluene*), or a combination of words and syllables (*ESP* for *extrasensory perception*) and pronounced by spelling out the letters one by one rather than as a solid word.

**in•i•tial•ize** (ĭ-nĭsh′ə-līz′) *tr.v.* **-ized, -iz•ing, -iz•es** *Computer Science* **1.** To set (a starting value of a variable). **2.** To prepare (a computer or printer) for use; boot. **3.** To format (a storage medium, such as a disk). **—in•i′tial•i•za′tion** (-shə-lĭ-zā′shən) *n.* **—in•i′tial•iz′er** *n.*

**initial rhyme** *n.* See **beginning rhyme.**

**in•i•ti•ate** (ĭ-nĭsh′ē-āt′) *tr.v.* **-at•ed, -at•ing, -ates 1.** To set going by taking the first step; begin: *initiated trade with developing nations.* **2.** To introduce to a new field, interest, skill, or activity. **3.** To admit into membership, as with ritual. ❖ *adj.* (-ĭt) **1.** Initiated or admitted, as to membership. **2a.** Instructed in esoteric knowledge. **b.** Introduced to something new. ❖ *n.* (-ĭt) **1.** One who is being or has been initiated. **2.** One who has been introduced to or has attained knowledge in a particular field. [Lat. *initiāre*, *initiāt-* < *initium*, beginning. See **ei-** in App.] **—in•i′ti•a′tor** *n.*

**in•i•ti•a•tion** (ĭ-nĭsh′ē-ā′shən) *n.* **1a.** The act or an instance of initiating. **b.** The process of being initiated. **c.** The condition of being initiated. **2.** A ceremony, test, or period of instruction marking admission, as to an organization. **3.** The condition of being knowledgeable.

**in•i•tia•tive** (ĭ-nĭsh′ə-tĭv) *n.* **1.** The power or ability to begin or follow through energetically with a plan or task; enterprise and determination. **2.** A beginning or introductory step; an opening move. **3a.** The power or right to introduce a new legislative measure. **b.** The right and procedure by which citizens can propose a law by petition and ensure its submission to the electorate. ❖ *adj.* **1.** Of or relating to initiation. **2.** Used to initiate; initiatory. ***—idiom:*** **on (one's) own initiative** Without prompting or direction from others; on one's own. **—in•i′tia•tive•ly** *adv.*

**in•i•ti•a•to•ry** (ĭ-nĭsh′ē-ə-tôr′ē, -tōr′ē) *adj.* **1.** Introductory; initial. **2.** Tending or used to initiate.

**in•ject** (ĭn-jĕkt′) *tr.v.* **-ject•ed, -ject•ing, -jects 1.** To force or drive (a fluid) into something. **2a.** *Medicine* To introduce (a drug, for example) into a body part, esp. by a syringe. **b.** To treat by means of injection: *injected the patient with digitalis.* **3.** To introduce into conversation or consideration. **4.** To place into an orbit, trajectory, or stream. [Lat. *inicere*, *iniect-*, to throw in : *in-*, in; see IN–² + *iacere*, to throw.] **—in•jec′tor** *n.*

**in•ject•a•ble** (ĭn-jĕk′tə-bəl) *adj.* That can be injected. Used of a drug. **—in•ject′a•ble** *n.*

**in•jec•tion** (ĭn-jĕk′shən) *n.* **1.** The act of injecting. **2.** Something injected, esp. a dose of medicine injected into the body.

**in-joke** (ĭn′jōk′) *n.* *Informal* A joke originated or appreciated by the members of a particular group.

**in•ju•di•cious** (ĭn′jōō-dĭsh′əs) *adj.* Lacking or showing a lack of judgment or discretion; unwise. **—in′ju•di′cious•ly** *adv.* **—in′ju•di′cious•ness** *n.*

**in•junc•tion** (ĭn-jŭngk′shən) *n.* **1.** The act or an instance of enjoining; a command, directive, or order. **2.** *Law* A court order prohibiting a party from a specific course of action. [ME *injuncion* < LLat. *iniūnctiō*, *iniūnctiōn-* < Lat. *iniūnctus*, p. part. of *iniungere*, to enjoin : *in-*, in; see IN–² + *iungere*, to join; see **yeug-** in App.] **—in•junc′tive** *adj.*

**in•jure** (ĭn′jər) *tr.v.* **-jured, -jur•ing, -jures 1.** To cause physical harm to; hurt. **2.** To cause damage to; impair. **3.** To cause distress to; wound. **4.** To commit an injustice or offense against; wrong. [ME *injuren*, to wrong < OFr. *injurier* < Lat. *iniūriārī* < *iniūria*, a wrong. See INJURY.] **—in′jur•er** *n.*

**in•ju•ri•ous** (ĭn-jŏŏr′ē-əs) *adj.* **1.** Causing or tending to cause injury; harmful. **2.** Slanderous; libelous. **—in•ju′ri•ous•ly** *adv.* **—in•ju′ri•ous•ness** *n.*

**in•ju•ry** (ĭn′jə-rē) *n., pl.* **-ries 1.** Damage or harm. **2.** A particular form of hurt, damage, or loss. **3.** *Law* Violation of the rights of another party for which legal redress is available. **4.** *Obsolete* An insult. [ME *injurie* < AN < Lat. *iniūria*, a wrong, injustice < fem. of *iniūrius*, unjust : *in-*, not; see IN–¹ + *iūs*, *iūr-*, law.]

**in•jus•tice** (ĭn-jŭs′tĭs) *n.* **1.** Violation of another's rights or of what is right; lack of justice. **2.** A specific unjust act; a wrong. [ME < OFr. < Lat. *iniūstitia* < *iniūstus*, unjust : *in-*, not; see IN–¹ + *iūstus*, just; see JUST¹.]

**ink** (ĭngk) *n.* **1.** A pigmented liquid or paste used esp. for writing or printing. **2.** A dark liquid ejected for protection by most cephalopods. **3.** *Informal* Coverage in the print media; publicity. ❖ *tr.v.* **inked, ink•ing, inks 1.** To mark, coat, or stain with ink. **2.** *Informal* To append one's signature to (a contract, for example). [ME *inke* < OFr. *enque* < LLat. *encaustum*, purple ink < Gk. *enkauston*, painted in encaustic < *enkaiein*, to paint in encaustic, burn in. See ENCAUSTIC.] **—ink′er** *n.* **—ink′i•ness** *n.* **—ink′y** *adj.*

**In•ka** (ĭng′kə) *n.* Variant of **Inca.**

**In•kan** (ĭng′kən) *adj. & n.* Variant of **Incan.**

**ink•ber•ry** (ĭngk′bĕr′ē) *n.* **1.** A North American shrub *(Ilex glabra)* having black berrylike fruit. **2.** Its fruit.

**ink•blot** (ĭngk′blŏt′) *n.* **1.** A blotted pattern of spilled ink. **2.** A pattern resembling an inkblot used in inkblot tests.

**inkblot test** *n.* A psychological test in which a subject's interpretation of inkblots is analyzed.

**ink•horn** (ĭngk′hôrn′) *n.* A small container made of horn or a similar material, formerly used to hold ink for writing. ❖ *adj.* Affectedly or ostentatiously learned; pedantic.

**ink-jet printer** (ĭngk′jĕt′) *n.* A printer that forms an image by using electromagnetic fields to guide electrically charged ink streams onto the page.

**in•kle** (ĭng′kəl) *n.* **1.** A colored linen tape woven on a simple narrow loom and used for trimmings. **2.** The yarn or thread used in making this tape. [?]

**ul•tra** (ŭl′trə) *adj.* Immoderately adhering to a belief, fashion, or course of action; extreme. ❖ *n.* An extremist. [Fr. < Lat. *ultrā-*, ultra-.]
**ultra–** *pref.* **1.** Beyond; on the other side of: *ultraviolet.* **2.** Beyond the range, scope, or limit of: *ultrasonic.* **3.** Far beyond the normal or proper degree of: *ultraconservative.* [Lat. *ultrā-* < *ultrā*, beyond. See **al-** in App.]
**ul•tra•ba•sic** (ŭl′trə-bā′sĭk) *adj.* Containing magnesium and iron but poor in silica. Used of igneous rock.
**ul•tra•cen•tri•fuge** (ŭl′trə-sĕn′trə-fyo͞oj′) *n.* A high-velocity centrifuge used in the separation of colloidal or submicroscopic particles.
**ul•tra•con•ser•va•tive** (ŭl′trə-kən-sûr′və-tĭv) *adj.* Conservative to an extreme, esp. in political beliefs; reactionary. ❖ *n.* One who is ultraconservative. **—ul′tra•con•ser′va•tism** *n.*
**ul•tra•fiche** (ŭl′trə-fēsh′) *n.* A microfiche on which material is reduced by a factor of 100 or more. [*ultra(micro)fiche.*]
**ul•tra•fil•tra•tion** (ŭl′trə-fĭl-trā′shən) *n.* The filtration of a colloidal substance through a semipermeable medium that allows only the passage of small molecules.
**ul•tra•high** (ŭl′trə-hī′) *adj.* Exceedingly high: *an ultrahigh vacuum.*
**ultrahigh frequency** *n.* A band of radio frequencies from 300 to 3,000 megahertz.
**ul•tra•ism** (ŭl′trə-ĭz′əm) *n.* Extremism, esp. in politics or government; radicalism. **—ul′tra•ist** *n.*
**ul•tra•lib•er•al** (ŭl′trə-lĭb′ər-əl, -lĭb′rəl) *adj.* Liberal to an extreme, esp. in political beliefs; radical. ❖ *n.* One who is extremely liberal.
**ul•tra•light** (ŭl′trə-līt′, ŭl′trə-līt′) *n.* A recreational aircraft constructed of lightweight materials such as aluminum, graphite compositions, or high-strength plastics, having an engine of 15 to 40 horsepower and resembling a motorized hang glider with wings. ❖ *adj.* Very light.
**ul•tra•maf•ic** (ŭl′trə-măf′ĭk) *adj.* Ultrabasic.
**ul•tra•mar•a•thon** (ŭl′trə-măr′ə-thŏn′) *n.* A cross-country footrace with distances of 30 miles (48 kilometers) or more. **—ul′tra•mar′a•thon′er** *n.*
**ul•tra•ma•rine** (ŭl′trə-mə-rēn′) *n.* **1a.** A blue pigment made from powdered lapis lazuli. **b.** A similar pigment made synthetically by heating clay, sodium carbonate, and sulfur together. **2.** A vivid or strong blue to purplish blue. ❖ *adj.* **1.** Of the color ultramarine. **2.** Of or from a place beyond the sea. [< Med.Lat. *ultrāmarīnus*, from beyond the sea : Lat. *ultrā*, ultra- + Lat. *marīnus*, of the sea (< *mare*, sea; see **mori-** in App.).]
**ul•tra•mi•cro•fiche** (ŭl′trə-mī′krō-fēsh′, -krə-) *n.* See **ultrafiche.**
**ul•tra•mi•cro•scope** (ŭl′trə-mī′krə-skōp′) *n.* A microscope with high-intensity illumination used to study very minute objects, such as colloidal particles that scatter the light and appear as bright spots against a dark background. **—ul′tra•mi•cros′co•py** (-krŏs′kə-pē) *n.*
**ul•tra•mi•cro•scop•ic** (ŭl′trə-mī′krə-skŏp′ĭk) *adj.* **1.** Too minute to be seen with an ordinary microscope. **2.** Of or relating to an ultramicroscope.
**ul•tra•mi•cro•tome** (ŭl′trə-mī′krə-tōm′) *n.* A microtome for cutting very thin sections of material for use in electron microscopy. **—ul′tra•mi•crot′o•my** (-mī-krŏt′ə-mē) *n.*
**ul•tra•mil•i•tant** (ŭl′trə-mĭl′ĭ-tənt) *adj.* Militant to an extreme. ❖ *n.* One who is extremely militant.
**ul•tra•min•i•a•ture** (ŭl′trə-mĭn′ē-ə-cho͝or′, -chər, -mĭn′ə-) *adj.* Subminiature. **—ul′tra•min′i•a•tur•ize′** (-īz′) *v.* **—ul′tra•min′i•a•tur•i•za′tion** (-chə-rĭ-zā′shən) *n.*
**ul•tra•mod•ern** (ŭl′trə-mŏd′ərn) *adj.* Extremely modern in ideas or style; completely up-to-date. **—ul′tra•mod′ern•ism** *n.* **—ul′tra•mod′ern•ist** *n.* **—ul′tra•mod′ern•is′tic** *adj.*
**ul•tra•mon•tane** (ŭl′trə-mŏn′tān′, -mŏn-tān′) *adj.* **1.** Of or relating to peoples or regions lying beyond the mountains, esp. the Alps. **2.** *Roman Catholic Church* **a.** Supporting the authority of the papal court over national or diocesan authority. **b.** Relating to or supporting the doctrine of papal supremacy. ❖ *n.* **1.** One who lives beyond the mountains, esp. south of the Alps. **2.** often **Ultramontane** *Roman Catholic Church* One who advocates support of papal policy in ecclesiastical and political matters. [Med.Lat. *ultrāmontānus* : Lat. *ultrā-*, ultra- + Lat. *montānus*, of mountains (< *mōns, mont-*, mountain).]
**ul•tra•mon•ta•nism** or **Ul•tra•mon•ta•nism** (ŭl′trə-mŏn′tə-nĭz′əm) *n. Roman Catholic Church* The policy that absolute authority in the Church should be vested in the pope. **—ul′tra•mon′ta•nist** *n.*
**ul•tra•mun•dane** (ŭl′trə-mŭn′dān′, -mŭn-dān′) *adj.* Extending or being beyond the world or the limits of the universe. [Lat. *ultrāmundānus* : *ultrā-*, ultra- + *mundānus*, of the world; see MUNDANE.]
**ul•tra•na•tion•al•ism** (ŭl′trə-năsh′ə-nə-lĭz′əm) *n.* Extreme nationalism, esp. when opposed to international cooperation. **—ul′tra•na′tion•al** *adj.* **—ul′tra•na′tion•al•ist** *n.* **—ul′tra•na′tion•al•is′tic** *adj.*
**ul•tra•short** (ŭl′trə-shôrt′) *adj.* **1.** Of or relating to radio waves with a wavelength less than 10 meters (33 feet). **2.** Of extremely short duration. **3.** Extremely short.

**ul•tra•son•ic** (ŭl′trə-sŏn′ĭk) *adj.* **1.** Of or relating to acoustic frequencies above the range audible to the human ear, or above approx. 20,000 hertz. **2.** Of, relating to, or involving ultrasound. **—ul′tra•son′i•cal•ly** *adv.*
**ul•tra•son•ics** (ŭl′trə-sŏn′ĭks) *n.* (*used with a sing. verb*) **1.** The acoustics of ultrasonic sound. **2.** The science and technology that deals with the study and application of ultrasound.
**ul•tra•son•o•gram** (ŭl′trə-sŏn′ə-grăm′, -sō′nə-) *n.* See **sonogram.**
**ul•tra•son•o•graph** (ŭl′trə-sŏn′ə-grăf′, -sō′nə-) *n.* An apparatus for producing images obtained by ultrasonography. [ULTRASON(IC) + -GRAPH.]
**ul•tra•so•nog•ra•phy** (ŭl′trə-sə-nŏg′rə-fē) *n.* **1.** Diagnostic imaging in which ultrasound is used to create visual representations of an internal body structure or a developing fetus. **2.** An imaging technique that uses high-frequency sound waves to create visual representations of underwater surfaces, boundaries, objects, and currents. **—ul′tra•so•nog′ra•pher** *n.* **—ul′tra•son′o•graph′ic** (-sŏn′ə-grăf′ĭk, -sō′nə-) *adj.*
**ul•tra•so•phis•ti•cat•ed** (ŭl′trə-sə-fĭs′tĭ-kā′tĭd) *adj.* Very sophisticated.
**ul•tra•sound** (ŭl′trə-sound′) *n.* **1.** Ultrasonic sound. **2.** *Medicine* The use of ultrasonic waves for diagnostic or therapeutic purposes, esp. to image an internal body structure, monitor a fetus, or generate deep heat to the tissues.
**ul•tra•struc•ture** (ŭl′trə-strŭk′chər) *n.* The detailed structure of a biological specimen, such as a cell, tissue, or organ, that can be observed only by electron microscopy.
**ul•tra•thin** (ŭl′trə-thĭn′) *adj.* Very thin.
**ul•tra•vi•o•let** (ŭl′trə-vī′ə-lĭt) *adj.* Of or relating to the range of invisible radiation wavelengths from about 4 nanometers, on the border of the x-ray region, to about 380 nanometers, just beyond the violet in the visible spectrum. ❖ *n.* Ultraviolet light or the ultraviolet part of the spectrum.
**ul•tra•vi•rus** (ŭl′trə-vī′rəs) *n., pl.* **-rus•es** See **filterable virus.**
**Ulugh Muz•tagh** (o͞o′lə məz-tä′, -täg′) A mountain, 7,729 m (25,341 ft), of the Kunlun Mts. in W China.
**ul•u•late** (ŭl′yə-lāt′, yo͞ol′-) *intr.v.* **-lat•ed, -lat•ing, -lates** To howl, wail, or lament loudly. [Lat. *ululāre, ululāt-*, ult. of imit. orig.] **—ul′u•lant** (-lənt) *adj.* **—ul′u•la′tion** *n.*
**Ul•ya•novsk** (o͞ol-yä′nəfsk) See **Simbirsk.**
**U•lys•ses** (yo͞o-lĭs′ēz′) *n. Mythology* Odysseus. [Lat. *Ulixēs, Ulyssēs* < Gk. dialectal *Olusseus*, var. of Gk. *Odusseus*.]
**um** also **umm** (ŭm, əm) *interj.* Used to express doubt or uncertainty or to fill a pause when hesitating in speaking.
**u•ma•mi** (o͞o-mä′mē) *n.* A taste characteristic of monosodium glutamate and associated with meats and other high-protein foods. It is sometimes considered to be a fifth basic taste along with sweet, sour, salty, and bitter. [J.]
**U•ma•til•la** (yo͞o′mə-tĭl′ə) *n., pl.* **Umatilla** or **-las 1.** A member of a Native American people of northeast Oregon. **2.** The dialect of Sahaptin spoken by the Umatilla.
**U•may•yad** (o͞o-mī′ăd) or **Om•mi•ad** also **O•may•yad** (ō-mī′ăd) The first dynasty of Arab caliphs (661–750).
**um•bel** (ŭm′bəl) *n.* A flower cluster in which the individual stalks arise from about the same point, as in the geranium. [NLat. *umbella* < Lat., parasol, dim. of *umbra*, shadow.]
**um•bel•late** (ŭm′bə-lāt′, ŭm-bĕl′ĭt) also **um•bel•lat•ed** (-bə-lā′tĭd) *adj.* Having, forming, or of the nature of an umbel. **—um′bel•late′ly** *adv.*
**um•bel•lif•er•ous** (ŭm′bə-lĭf′ər-əs) *adj.* Bearing umbels.
**um•bel•lule** (ŭm′bəl-yo͞ol′, ŭm-bĕl′-) *n.* A secondary umbel in a compound umbel, as in the carrot. [NLat. *umbellula*, dim. of *umbella*, umbel. See UMBEL.]
**um•ber** (ŭm′bər) *n.* **1.** A natural brown earth containing ferric oxide and manganese oxides, used as pigment. **2.** Any of the shades of brown produced by umber in its various states. ❖ *adj.* **1.** Of or related to umber. **2.** Having a brownish color. ❖ *tr.v.* **-bered, -ber•ing, -bers** To darken with or as if with umber. [Fr. (*terre d'*)*ombre* or Ital. (*terra di*) *ombra*, shadow (earth), both poss. < alteration (influenced by Fr. *ombre* and Ital. *ombra*, shadow) of Lat. *Umbria*, a region of ancient Italy.]
**um•bil•i•cal** (ŭm-bĭl′ĭ-kəl) *adj.* **1.** Of, relating to, or resembling a navel or an umbilical cord. **2.** Located near the central area of the abdomen. ❖ *n. Aerospace* An umbilical cord. **—um•bil′i•cal•ly** *adv.*
**umbilical cord** *n.* **1a.** *Anatomy* The flexible cordlike structure that connects a fetus at the abdomen with the placenta and that transports nourishment to the fetus and removes its wastes. **b.** Something likened to this structure; a source or means of support or sustenance. **2.** *Aerospace* **a.** Any of the external electrical lines or fluid tubes that supply a rocket before launch. **b.** The line that supplies an astronaut with oxygen while outside the spacecraft.
**um•bil•i•cate** (ŭm-bĭl′ĭ-kĭt) also **um•bil•i•cat•ed** (-kā′tĭd) *adj.* **1.** Having a central mark or depression resembling a navel. **2.** Having a navel. **—um•bil′i•ca′tion** *n.*
**um•bil•i•cus** (ŭm-bĭl′ĭ-kəs, ŭm′bə-lī′kəs) *n., pl.* **-ci** (-sī′) **1.** See **navel** 1. **2.** *Biology* A small opening or depression similar to a navel. [Lat. *umbilīcus*. See **nobh-** in App.]
**um•bo** (ŭm′bō) *n., pl.* **um•bo•nes** (ŭm-bō′nēz) or **um•bos 1.** The boss or knob at the center of a shield. **2a.** *Biology* A knoblike protuberance, as the prominence near the hinge of a bivalve shell. **b.** *Anatomy* A small projection at the center of the outer surface of the eardrum. [Lat. *umbō, umbōn-*. See **nobh-** in App.] **—um′bo•nal** (ŭm′bə-nəl, ŭm-bō′nəl) *adj.*
**um•bo•nate** (ŭm′bə-nāt′, ŭm-bō′nĭt) *adj.* Having or resembling a knob or knoblike protuberance.
**um•bra** (ŭm′brə) *n., pl.* **-bras** or **-brae** (-brē) **1.** A dark area, esp. the blackest part of a shadow from which all light is cut off. **2.** *Astronomy* **a.** The completely dark portion of the shadow cast by the earth, moon, or other body during an eclipse. **b.** The darkest region of a sunspot. [Lat., shadow.] **—um′bral** *adj.*
**um•brage** (ŭm′brĭj) *n.* **1.** Offense; resentment: *took umbrage at their rudeness.* **2a.** Something that affords shade. **b.** Shadow or shade. **3.** A vague or indistinct indication; a hint. [ME, shade < OFr. < Lat. *umbrāticum*, neut. of *umbrāticus*, of shade < *umbra*, shadow.]
**um•bra•geous** (ŭm-brā′jəs) *adj.* **1.** Affording or forming shade. **2.** Easily offended; irritable. **—um•bra′geous•ly** *adv.*
**um•brel•la** (ŭm-brĕl′ə) *n.* **1.** A device for protection from the weather consisting of a collapsible, usu. circular canopy mounted on a central rod. **2a.** Something that covers or protects. **b.** Air cover, esp. during a military operation. **3.** Something that encompasses or covers many different elements or groups. **4.** *Zoology* The gelatinous rounded mass that is the major part of the body of most jellyfish. [Ital. *ombrella* < LLat. *umbrella*, alteration (influenced by *umbra*, shade) of Lat. *umbella*, parasol; see UMBEL.]
**umbrella bird** *n.* Any of several tropical American birds of the genus *Cephalopterus*, esp. *C. ornatus*, having a retractile umbrellalike black crest and a long feathered wattle.
**umbrella plant** *n.* **1.** A widely cultivated ornamental robust sedge (*Cyperus alternifolius*) native to Madagascar and Mauritius and having a terminal umbrellalike cluster of grasslike leaves. **2.** *Midland US* The May apple.
**umbrella tree** *n.* **1.** Either of two trees (*Magnolia fraseri* or *M. tripetala*) of the southeast United States having large leaves clustered in an umbrellalike form at the ends of the branches. **2.** An Australian evergreen tree (*Brassaia actinophylla*) having palmately compound leaves. **3.** See **schefflera.**
**um•brette** (ŭm-brĕt′) *n.* See **hammerhead** 3. [NLat. *umbretta*, species name < Fr. *ombrette*, shadow, dim. of *ombre*, shade < OFr. < Lat. *umbra*.]
**Um•bri•a** (ŭm′brē-ə, o͞om′brē-ä) A region of central Italy in the Apennines; came under the control of the papacy in the 16th cent. and joined the kingdom of Sardinia in 1860.
**Um•bri•an** (ŭm′brē-ən) *n.* **1.** The Italic language of ancient Umbria. **2.** A native or inhabitant of Umbria. **—Um′bri•an** *adj.*
**Um•bri•el** (ŭm′brē-əl′) *n.* A satellite of Uranus. [After *Umbriel*, a character in Pope's *Rape of the Lock*.]
**Um•bun•du** (o͞om-bo͞on′do͞o, əm-) *n.* See **Mbundu** 2.
**U•me** (o͞o′mə, ü′mə) A river of northern Sweden flowing c. 459 km (285 mi) SE into the Gulf of Bothnia.
**u•mi•ak** also **oo•mi•ak** (o͞o′mē-ăk′) *n.* A large open Inuit or Eskimo boat made of skins stretched on a wooden frame and usu. paddled. [Canadian and Inuit *umiaq*.]
**um•laut** (o͝om′lout′) *n.* **1. a.** A change in a vowel sound caused by partial assimilation esp. to a vowel or semivowel in the following syllable. **b.** A vowel sound changed in this manner. **2.** The diacritic mark ( ¨ ) over a vowel, indicating an umlaut, esp. in German. ❖ *tr.v.* **-laut•ed, -laut•ing, -lauts 1.** To modify by umlaut. **2.** To write or print (a vowel) with an umlaut. [Ger. : *um-*, around, alteration (< MHGer. *umb-* < *umbe* < OHGer. *umbi*; see **ambhi** in App.) + *Laut*, sound (< MHGer. *lūt* < OHGer. *hlūt*; see **kleu-** in App.).]
**Um•nak Island** (o͞om′năk′) An island of SW AK in the Aleutian Is. separated from Unalaska I. by **Umnak Pass.**
**ump** (ŭmp) *Sports n.* An umpire. ❖ *intr.v.* **umped, ump•ing, umps** To serve as an umpire.
**um•pire** (ŭm′pīr′) *n.* **1.** *Sports* A person appointed to rule on plays, esp. in baseball. **2.** A person appointed to settle a dispute that arbitrators have been unable to resolve. ❖ *v.* **-pired, -pir•ing, -pires** *—tr.* To act as referee for; rule or judge. *—intr.* To be or act as a referee or an arbitrator. [ME *(an) oumpere*, (an) umpire, alteration of *(a) noumpere*, a mediator < OFr. *nonper* : *non-*, non- + *per*, equal, even, paired (< Lat. *pār*; see PAIR).]
**ump•teen** (ŭmp′tēn′, ŭm′-) *adj. Informal* Being of a relatively large but unspecified number: *umpteen guests.* [Slang *ump(ty)*, dash in Morse code (of imit. orig.) + *-teen* (as in THIRTEEN).] **—ump′teenth′** *adj.*
**UMW** *abbr.* United Mine Workers
**UN** *abbr.* United Nations
**un–¹** *pref.* **1.** Not: *unhappy.* **2.** Opposite of; contrary to: *unrest.* [ME < OE. See **ne** in App.]
**un–²** *pref.* **1.** To reverse or undo the result of a specified action: *unbind.* **2a.** To deprive of or remove a specified thing: *unfrock.* **b.** To release, free, or remove from: *unyoke.* **3.** Used as an intensive: *unloose.* [ME < OE *on-*, *un-*, alteration (influenced by *un-*, not) of *ond-*, *and-*, *an-*, against, opposing; see **ant-** in App.]
**un•a•bashed** (ŭn′ə-băsht′) *adj.* **1.** Not disconcerted or embarrassed; poised. **2.** Not concealed or disguised; obvious.
**un•a•bat•ed** (ŭn′ə-bā′tĭd) *adj.* Sustaining an original intensity or maintaining full force with no decrease.




umbrella plant
*Cyperus alternifolius*


umiak


umpire

ă pat, ā pay, âr care, ä father, ĕ pet, ē be, ĭ pit, ī pie, îr pier, ŏ pot, ō toe, ô paw, oi boy, ou out, o͝o took, o͞o boot, ŭ cut, ûr urge, th thin, *th* this, hw which, zh vision, ə about, item

*Stress marks:*
′ (primary);
′ (secondary), as in
**lexicon** (lĕk′sĭ-kŏn′)

# McGraw-Hill Dictionary of SCIENTIFIC and TECHNICAL TERMS



Sixth Edition

**On the cover: Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meteorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. *(Image copyright © Dr. Luann Becker. Reproduced with permission.)***

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes,* Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology,* McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates,* 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms,* AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology,* Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology,* AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms,* Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms,* Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations,* Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use,* National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology,* Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms,* Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology,* American Meteorological Society, 1959; *ADP Glossary,* Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms,* Federal Aviation Agency; *A Glossary of Range Terminology,* White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary,* 2d ed., Atomic Energy Commission.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Sixth Edition**

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 0 8 7 6 5 4 3 2

ISBN 0-07-042313-X

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms--6th ed.
p. cm.
ISBN 0-07-042313-X (alk. paper)
1. Science--Dictionaries. 2. Technology--Dictionaries. I. Title: Dictionary of scientific and technical terms.

Q123.M15 2002
503—dc21 2002026436

**character string constant** [COMPUT SCI] An arbitrary combination of letters, digits, and other symbols which, in the processing of nonnumeric data involving character strings, performs a function analogous to that of a numeric constant in the processing of numeric data. { 'kar·ik·tər ˌstriŋ ˌkän·stənt }

**character stroke** *See* stroke. { 'kar·ik·tər ˌstrōk }

**character style** [COMPUT SCI] In character recognition, a distinctive construction that is common to all members of a particular character set. { 'kar·ik·tər ˌstīl }

**character terminal** [COMPUT SCI] A screen that can display only text. { 'kar·ik·tər ˌtər·mə·nəl }

**character-writing tube** [ELECTR] A cathode-ray tube that forms alphanumeric and symbolic characters on its screen for viewing or recording purposes. { 'kar·ik·tər ˌrīd·iŋ ˌtüb }

**Charadrii** [VERT ZOO] The shore birds, a suborder of the order Charadriiformes. { kə'rad·rēˌī }

**Charadriidae** [VERT ZOO] The plovers, a family of birds in the superfamily Charadrioidea. { kə·rə'drī·əˌdē }

**Charadriiformes** [VERT ZOO] An order of cosmopolitan birds, most of which live near water. { kəˌrad·rē·ə'fôrˌmēz }

CHARADRIIFORMES



The common or Wilson's snipe *(Gallinago gallinago).*

**Charadrioidea** [VERT ZOO] A superfamily of the suborder Charadrii, including plovers, sandpipers, and phalaropes. { kəˌrad·rē'ȯid·ē·ə }

**Charales** [BOT] Green algae composing the single order of the class Charophyceae. { kə'rā·lēz }

**charcoal** [MATER] Also known as char. **1.** A porous solid product containing 85–98% carbon and produced by heating carbonaceous materials such as cellulose, wood, or peat at 500–600°C in the absence of air. **2.** The residue obtained from the carbonization of a noncoking coal, such as subbituminous coal, lignite, or anthracite. **3.** *See* low-temperature coke. { 'chärˌkōl }

**charcoal canister** [MECH ENG] In an evaporative control system, a container filled with activated charcoal that traps gasoline vapors emitted by the fuel system. Also known as canister; carbon canister. { 'chärˌkōl 'kan·ə'stər }

**charcoal rot** [PL PATH] A fungus disease of potato, corn, and other plants caused by *Macrophomina phaseoli;* tissues of the root and lower stem are destroyed and blackened. { 'chärˌkōl ˌrät }

**charcoal test** [CHEM ENG] A determination of the natural gasoline content of natural gas by adsorbing the gasoline on activated charcoal and then recovering it by distillation. { 'chärˌkōl ˌtest }

**Chareae** [BOT] A tribe of green algae belonging to the family Characeae. { 'kar·ēˌē }

**charge** [ELEC] **1.** A basic property of elementary particles of matter; the charge of an object may be a positive or negative number or zero; only integral multiples of the proton charge occur, and the charge of a body is the algebraic sum of the charges of its constituents; the value of the charge may be inferred from the Coulomb force between charged objects. Also known as electric charge quantity of electricity. **2.** To convert electrical energy to chemical energy in a secondary battery. **3.** To feed electrical energy to a capacitor or other device that can store it. [ENG] **1.** A unit of an explosive, either by itself or contained in a bomb, projectile, mine, or the like, or used as the propellant for a bullet or projectile. **2.** To load a borehole with an explosive. **3.** The material or part to be heated by induction or dielectric heating. **4.** The measurement or weight of material, either liquid, preformed, or powder, used to load a mold at one time during one cycle in the manufacture of plastics or metal. [MECH ENG] **1.** In refrigeration, the quantity of refrigerant contained in a system. **2.** To introduce the refrigerant into a refrigeration system. [MET] Material introduced into a furnace for melting. [NUCLEO] The fissionable material or fuel placed in a reactor to produce a chain reaction. { chärj }

**charge carrier** [SOLID STATE] A mobile conduction electron or mobile hole in a semiconductor. Also known as carrier. { 'chärj ˌkar·ē·ər }

**charge collector** [ELEC] The structure within a battery electrode that provides a path for the electric current to or from the active material. Also known as current collector. { 'chärj kəˌlek·tər }

**charge conjugation conservation** [PARTIC PHYS] The principle that the laws of motion are left unchanged by the charge conjugation operation; it is violated by the weak interactions, but no other violations have as yet been established. { 'chärj ˌkän·jə¦gā·shən ˌkän·sər'vā·shən }

**charge conjugation operation** [PARTIC PHYS] The operation of changing every particle into its antiparticle. { 'chärj ˌkän·jə¦gā·shən ˌäp·ə'rā·shən }

**charge conjugation parity** *See* charge parity. { 'chärj ˌkän·jə¦gā·shən 'par·əd·ē }

**charge conservation** *See* conservation of charge. { 'chärj ˌkän·sər'vā·shən }

**charge-coupled device** [ELECTR] A semiconductor device wherein minority charge is stored in a spatially defined depletion region (potential well) at the surface of a semiconductor and is moved about the surface by transferring this charge to similar adjacent wells. Abbreviated CCD. { 'chärj ¦kəp·əld di'vīs }

**charge-coupled image sensor** [ELECTR] A device in which charges are introduced when light from a scene is focused on the surface of the device; image points are accessed sequentially to produce a television-type output signal. Also known as solid-state image sensor. { 'chärj ¦kəp·əld 'im·ij ˌsen·sər }

**charge-coupled memory** [COMPUT SCI] A computer memory that uses a large number of charge-coupled devices for data storage and retrieval. { 'chärj ¦kəp·əld 'mem·rē }

**charge coupling** [COMPUT SCI] Transfer of all electric charges within a semiconductor storage element to a similar, nearby element by means of voltage manipulations. { 'chärj ˌkəp·liŋ }

**charged-current interaction** [PARTIC PHYS] A weak interaction in which the charges of the interacting fermions are changed; easily observed processes such as beta decay are of this type. { ¦chärjd ¦kər·ənt in·tər'ak·shən }

**charge-delocalized ion** [ORG CHEM] A charged species in which the charge is distributed over more than one atom. { 'chärj dē'lōk·əlˌīzd 'ī·ən }

**charge density** [ELEC] The charge per unit area on a surface or per unit volume in space. { 'chärj ˌden·səd·ē }

**charge-density wave** [SOLID STATE] The ground state of a metal in which the conduction-electron charge density is sinusoidally modulated in space. { 'chärj ˌden·səd·ē ˌwāv }

**charged particle** [PARTIC PHYS] A particle whose charge is not zero; the charge of a particle is added to its designation as a superscript, with particles of charge +1 and −1 (in terms of the charge of the proton) denoted by + and − respectively; for example, $\pi^+$, $\Sigma^-$. { 'chärjd 'pärd·ə·kəl }

**charged species** [CHEM] A chemical entity in which the overall total of electrons is unequal to the overall total of protons. { 'chärjd 'spē·shēz }

**charge establishment** [ORD] Process of establishing the correct weight of a propelling charge to produce the prescribed muzzle velocity with the prescribed projectile in a particular weapon; performed at a proving ground. { 'chärj i'stab·lish·mənt }

**charge exchange** [PHYS] The transfer of electric charge from one particle to another during a collision between the two particles. { 'chärj iksˌchānj }

**charge-exchange source** [ELECTR] A source of negative ions, generally negative helium ions, in which positive ions generated in a duoplasmatron are directed through a donor canal, usually containing lithium vapor, where they pick up sequentially two electrons to form negative ions. { 'chärj iksˌchānj ˌsȯrs }

**charge independence** [NUC PHYS] The principle that the nuclear (strong) force between a neutron and a proton is identical to the force between two protons or two neutrons in the same orbital and spin state. [PARTIC PHYS] As a generalization of the nuclear physics definition, the principle that the strong interactions of particles are unchanged if a particle is replaced by another particle of the same isotopic spin multiplet. { ¦chärj in·də'pen·dəns }

**charge-injection device** [ELECTR] A charge-transfer device used as an image sensor in which the image points are accessed by reference to their horizontal and vertical coordinates. Abbreviated CID. { 'chärj inˌjek·shən di'vīs }

**charge invariance** [NUC PHYS] The principle that interactions between nucleons are left unchanged by rotations in isotopic spin space. { 'chärj in'ver·ē·əns }

**charge-localized ion** [ORG CHEM] A charged species in which the charge is centered on a single atom. { 'chärj ˌlō·kəˌlīzd 'ī·ən }

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 1809 of 2960



with several attachable thin, tapering blades of varying widths, making it suitable for a variety of work, such as cutting circles and curves. { 'käm·pəs ˌsȯ }

**compass track** [NAV] The direction of the track relative to compass north. { 'käm·pəs ˌtrak }

**compass transmitter** [NAV] That part of a remote-indicating compass system which sends the direction indications to the repeaters. { 'käm·pəs ˌtranzˌmid·ər }

**compass variation error** [NAV] The angular difference between the geographic and magnetic meridians at any place as read on the magnetic compass; variation errors vary in time and place, but they are systematic and can readily be canceled out merely by referring to government-published variation charts; the importance of this error may be judged by this example: the variation in northern California is 20° east while in northern New York it is 10° west, thus a pilot attempting to fly between the two places who failed to correct would be off by 30°. Also known as declination error. { 'käm·pəs ver·ē'ā·shən ˌer·ər }

**compatibility** [COMPUT SCI] The ability of one device to accept data handled by another device without conversion of the data or modification of the code. [IMMUNOL] Ability of two bloods or other tissues to unite and function together. [ORD] In ammunition, the ability of a given material to exist unchanged under certain conditions of temperature and moisture when in the presence of some other specific material. [PHARM] The capacity of two or more ingredients in a medicine to mix without chemical change or loss of therapeutic effectiveness. [SYS ENG] The ability of a new system to serve users of an old system. { kəmˌpad·ə'bil·ə·dē }

**compatibility conditions** [MECH] A set of six differential relations between the strain components of an elastic solid which must be satisfied in order for these components to correspond to a continuous and single-valued displacement of the solid. { kəmˌpad·ə'bil·əd·ē kənˌdish·ənz }

**compatibility mode** [COMPUT SCI] A feature of a computer or operating system that enables it to run programs written for another system. { kəmˌpad·ə'bil·əd·ē ˌmōd }

**compatibilizer** [ORG CHEM] Any polymeric interfacial agent that facilitates formation of uniform blends of normally immiscible polymers with desirable end properties. { kəm'pad·ə·bəˌlīz·ər }

**compatible color television system** [COMMUN] A color television system that permits the substantially normal monochrome reception of the transmitted color picture signal on a typical unaltered monochrome receiver. { kəm¦pad·ə·bəl 'kəl·ər 'tel·əˌvizh·ən ˌsis·təm }

**compatible discrete four-channel sound** [ENG ACOUS] A sound system in which a separate channel is maintained from each of the four sets of microphones at the recording studio or other input location to the four sets of loudspeakers that serve as the output of the system. Abbreviated CD-4 sound. { kəm'pad·ə·bəl dis'krēt ¦fȯr ¦chan·əl 'sau̇nd }

**compatible monolithic integrated circuit** [ELECTR] Device in which passive components are deposited by thin-film techniques on top of a basic silicon-substrate circuit containing the active components and some passive parts. { kəm'pad·ə·bəl ˌmän·ə'lith·ik 'in·təˌgrād·əd 'sər·kət }

**compatible single-sideband system** [COMMUN] A single-sideband system that can be received by an ordinary amplitude-modulation radio receiver without distortion. { kəm'pad·ə·bəl ˌsiŋ·gəl'sīdˌband ˌsis·təm }

**compensated amplifier** [ELECTR] A broad-band amplifier in which the frequency range is extended by choice of circuit constants. { 'käm·pənˌsād·əd 'am·pləˌfī·ər }

**compensated ionization chamber** [NUCLEO] An arrangement of two ionization chambers in parallel, with potentials reversed, used as a radiation null indicator. { 'käm·pənˌsād·əd ˌī·ən·ə'zā·shən ˌchām·bər }

**compensated-loop direction finder** [ELECTR] A direction finder employing a loop antenna and a second antenna system to compensate for polarization error. { 'käm·pənˌsād·əd ˌlüp də'rek·shən ˌfind·ər }

**compensated neutron logging** [ENG] Neutron well logging using one source and two detectors; the apparent limestone porosity is calculated by computer from the ratio of the count rate of one detector to that of the other. { 'käm·pənˌsād·əd ¦nüˌträn ˌläg·iŋ }

**compensated pendulum** [DES ENG] A pendulum made of two materials with different coefficients of expansion so that the distance between the point of suspension and center of oscillation remains nearly constant when the temperature changes. { 'käm·pənˌsād·əd 'pen·jə·ləm }

**compensated semiconductor** [ELECTR] Semiconductor in which one type of impurity or imperfection (for example, donor) partially cancels the electrical effects on the other type of impurity or imperfection (for example, acceptor). { 'käm·pənˌsād·əd 'sem·i·kən'dək·tər }

**compensated volume control** *See* loudness control. { 'käm·pənˌsād·əd 'väl·yəm kən'trōl }

**compensated winding** *See* pole-face winding. { 'käm·pənˌsād·əd 'wīnd·iŋ }

**compensating capacitor** *See* balancing capacitor. { 'käm·pənˌsād·iŋ kə'pas·əd·ər }

**compensating eyepiece** [OPTICS] A type of Huygens eyepiece in which the eye lens is achromatized to compensate for the color errors of the objective. { 'käm·pənˌsād·iŋ 'īˌpēs }

**compensating impurity** [SOLID STATE] A semiconductor impurity that is of the opposite electrical type to a given impurity, and that reduces the concentration of charge carriers (electrons or holes) that resulted from the given impurity. { 'käm·pənˌsād·iŋ im'pyu̇r·əd·ē }

**compensating leads** [ENG] A pair of wires, similar to the working leads of a resistance thermometer or thermocouple, which are run alongside the working leads and are connected in such a way that they balance the effects of temperature changes in the working leads. { 'käm·pənˌsād·iŋ 'lēdz }

**compensating network** [CONT SYS] A network used in a low-energy-level method for suppression of excessive oscillations in a control system. { 'käm·pənˌsād·iŋ 'netˌwərk }

**compensating plate** [OPTICS] The first of two plates in a Brace compensator, which covers the entire field of view. { 'käm·pənˌsād·iŋ ˌplāt }

**compensation** [CONT SYS] Introduction of additional equipment into a control system in order to reshape its root locus so as to improve system performance. Also known as stabilization. [ELECTR] The modification of the amplitude-frequency response of an amplifier to broaden the bandwidth or to make the response more nearly uniform over the existing bandwidth. Also known as frequency compensation. [PSYCH] Counterbalancing a weakness or failure in one area by stressing or substituting a strength or success in another area. { ˌkäm·pən'sā·shən }

**compensation balance** [HOROL] A balance that compensates for changes caused by temperature variations. { ˌkäm·pən'sā·shən ˌbal·əns }

**compensation depth** [OCEANOGR] The depth at which the light intensity is just sufficient to bring about a balance between the oxygen produced and that consumed by algae. { ˌkäm·pən'sā·shən ˌdepth }

**compensation effect** *See* Jaccarino-Peter effect. { ˌkäm·pən'sā·shən iˌfekt }

**compensation pendulum** [HOROL] A clock pendulum which has compensating mechanisms that are designed to maintain constant pendulum length in spite of temperature changes. { ˌkäm·pən'sā·shən 'pen·jə·ləm }

**compensation point** [BOT] The light intensity at which the amount of carbon dioxide released in respiration equals the amount used in photosynthesis, and the amount of oxygen released in photosynthesis equals the amount used in respiration. { ˌkäm·pən'sā·shən ˌpȯint }

**compensation signals** [ENG] In telemetry, signals recorded on a tape, along with the data and in the same track as the data, used during the playback of data to correct electrically the effects of tape-speed errors. { ˌkäm·pən'sā·shən ˌsig·nəlz }

**compensator** [CONT SYS] A device introduced into a feedback control system to improve performance and achieve stability. Also known as filter. [ELECTR] A component that offsets an error or other undesired effect. [OPTICS] A device, usually consisting of two quartz wedges, for determining the phase difference between the two components of elliptically polarized light. { 'käm·pənˌsād·ər }

**compensatory emphysema** [MED] Simple, nonobstructive overdistension of lung segments or an entire lung in intrathoracic adaptation to collapse, destruction, or removal of portions of the lung or the opposite lung. { kəm'pen·səˌtȯr·ē ˌem·fə'sē·mə }

**compensatory hypertrophy** [MED] An increase in the size

**dopa** *See* dihydroxyphenylalanine. { 'dō·pə }

**L-dopa** *See* levodopa. { ¦el 'dō·pə }

**dopamine** [BIOCHEM] $C_8H_{11}O_2N$ An intermediate in epinephrine and norepinephrine biosynthesis; the decarboxylation product of dopa. { 'dō·pə,mēn }

**dopamine hypothesis** [MED] A theory that explains the pathogenesis of schizophrenia and other psychotic states as due to excesses in dopamine activity in various brain areas. { 'dōp·ə,mēn hī,päth·ə·səs }

**dopant** *See* doping agent. { 'dō·pənt }

**dopa oxidase** [BIOCHEM] An enzyme that catalyzes the oxidation of dihydroxyphenylalanine to melanin; occurs in the skin. { 'dō·pə 'äk·sə,dās }

**dope** [ELECTR] *See* doping agent. [MATER] A cellulose ester lacquer used as an adhesive or a coating. { dōp }

**doped junction** [ELECTR] A junction produced by adding an impurity to the melt during growing of a semiconductor crystal. { ¦dōpt 'jəŋk·shən }

**doped solder** [MET] Solder having an element added to it to ensure retention of a quality of the base metal on which it is used. { ¦dōpt 'säd·ər }

**dope dyeing** *See* solution dyeing. { 'dōp ,dī·iŋ }

**doping** [ELECTR] The addition of impurities to a semiconductor to achieve a desired characteristic, as in producing an *n*-type or *p*-type material. Also known as semiconductor doping. [ENG] Coating the mold or mandrel with a substance which will prevent the molded plywood part from sticking to it and will facilitate removal. { 'dōp·iŋ }

**doping agent** [ELECTR] An impurity element added to semiconductor materials used in crystal diodes and transistors. Also known as dopant; dope. { 'dōp·iŋ ,ā·jənt }

**doping compensation** [ELECTR] The addition of donor impurities to a *p*-type semiconductor or of acceptor impurities to an *n*-type semiconductor. { 'dōp·iŋ käm·pən'sā·shən }

**Doppler-averaged cross section** [PHYS] A cross section averaged over the energy of the incident particles and weighted to take into account the Doppler shifts associated with the thermal motions of the target particles. { ¦däp·lər ¦av·rijd 'krȯs ,sek·shən }

**Doppler broadening** [SPECT] Frequency spreading that occurs in single-frequency radiation when the radiating atoms, molecules, or nuclei do not all have the same velocity and may each give rise to a different Doppler shift. { 'däp·lər ,brȯd·ən·iŋ }

**Doppler current meter** [ENG] An acoustic current meter in which a collimated ultrasonic signal of known frequency is projected into the water and the reverberation frequency is measured; the difference in frequencies (Doppler shift) is proportional to the speed of water traveling past the meter. { 'däp·lər ,kər·ənt ,mēd·ər }

**Doppler effect** [PHYS] The change in the observed frequency of an acoustic or electromagnetic wave due to relative motion of source and observer. { 'däp·lər i,fekt }

**Doppler-free spectroscopy** [SPECT] Any of several techniques which make use of the intensity and monochromatic nature of a laser beam to overcome the Doppler broadening of spectral lines and measure their wavelengths with extremely high accuracy. { däp·lər ,frē spek'träs·kə·pē }

**Doppler-free two-photon spectroscopy** [SPECT] A version of Doppler free spectroscopy in which the wavelength of a transition induced by the simultaneous absorption of two photons is measured by placing a sample in the path of a laser beam reflected on itself, so that the Doppler shifts of the incident and reflected beams cancel. { däp·lər ,frē ¦tü ¦fō,tän spek'träs·kə·pē }

**Doppler frequency** *See* Doppler shift. { däp·lər ,frē·kwən·sē }

**Dopplergram** [ASTRON] An image of the sun showing line-of-sight (approaching and receding) gas motions, obtained using a spectroheliograph that has been modified to use the Doppler effect. { 'däp·lər,gram }

**Doppler-inertial navigation equipment** [NAV] Navigation equipment utilizing an inertial navigator and a Doppler navigator in combination so that inherent weaknesses of both systems will be bolstered to increase the reliability of the resultant navigational information. { 'däp·lər ə'nər·shəl ,nav·ə'gā·shən i,kwip·mənt }

**dopplerite** [GEOL] A naturally occurring gel of humic acids found in peat bags or where an aqueous extract from a low-rank coal can collect. { 'däp·lə,rīt }

**Doppler lidar** [OPTICS] A type of lidar that measures the frequency shift of the scattered laser pulse; this frequency shift is proportional to the velocity of the scatterer along the propagation path. { 'dop·lər 'lī,där }

**Doppler navigation** [NAV] Dead reckoning performed automatically by a device which gives a continuous indication of position by integrating the speed and the crab angle of the aircraft as derived from measurement of the Doppler effect of echoes from directed beams of radiant energy transmitted from the craft. { 'däp·lər ,nav·ə'gā·shən }

**Doppler radar** [ENG] A radar that makes use of the Doppler shift of an echo due to relative motion of target and radar to differentiate between fixed and moving targets and measure target velocities. { 'däp·lər 'rā,där }

**Doppler range** *See* doran. { 'däp·lər ,rānj }

**Doppler shift** [PHYS] The amount of the change in the observed frequency of a wave due to Doppler effect, usually expressed in hertz. Also known as Doppler frequency. { 'däp·lər ,shift }

**Doppler sonar** [ENG] Sonar based on Doppler shift measurement technique. Abbreviated DS. { 'däp·lər 'sō,när }

**Doppler spectroscopy** [SPECT] A technique for measuring the speed with which an object is moving toward or away from the observer by measuring the amount that light from the object is shifted to a higher or lower frequency by the Doppler effect. { ,däp·lər spek'träs·kə·pē }

**Doppler tracking** [ENG] Tracking of a target by using Doppler radar. { 'däp·lər ,trak·iŋ }

**Doppler ultrasonic flowmeter** [ENG] An instrument for determining the velocity of fluid flow from the Doppler shift of high-frequency sound waves reflected from particles or discontinuities in the flowing fluid. { 'däp·lər əl·trə'sän·ik 'flō,mēd·ər }

**Doppler velocity and position** [NAV] A continuous-wave trajectory-measuring system using the Doppler effect caused by a target moving relative to a ground transmitter and receiving station. Abbreviated Dovap. { 'däp·lər və'lä·səd·ē ən pə'zish·ən }

**Doppler VOR** [NAV] A ground-based navigational aid operating at very high frequency and using a wide-aperture radiation system to reduce azimuth errors caused by reflection from terrain and other obstacles; makes use of the Doppler principle to solve the problem of ambiguity that arises from the use of a radiation system with apertures that exceed one-half wavelength; the system is so designed that its signals may be received on the equipment used for the narrow-aperture VOR (very-high-frequency omnidirectional radio range). { 'däp·lər ¦vē¦ō'är }

**DOP test** *See* dioctyl phthalate test. { 'däp ,test }

**Doradidae** [VERT ZOO] A family of South American catfishes in the suborder Siluroidei. { də'ra·də,dē }

**Dorado** [ASTRON] A constellation of the southern hemisphere, right ascension 5 hours, declination 65° south. Also known as Swordfish. { də'rä·dō }

**30 Doradus** *See* Loop Nebula. { ¦thər·dē də'rä·dəs }

**doran** [ENG] A Doppler ranging system that uses phase comparison of three different modulation frequencies on the carrier wave, such as 0.01, 0.1, and 1 megahertz, to obtain missile range data with high accuracy. Derived from Doppler range. { 'dȯ,rän }

**doraphobia** [PSYCH] An abnormal fear of touching animal skin or fur. { ,dȯr·ə'fō·bē·ə }

**dore** [MET] Gold and silver bullion remaining in a cupeling furnace after removal of the oxidized lead. { də'rā }

**Dorilaidae** [INV ZOO] The big-headed flies, a family of cyclorrhaphous dipteran insects in the series Aschiza. { dȯr·ə'lā·ə,dē }

**Dorippidae** [INV ZOO] The mask crabs, a family of brachyuran decapods in the subsection Oxystomata. { də'rip·ə,dē }

**dormancy** [BOT] A state of quiescence during the development of many plants characterized by their inability to grow, though continuing their morphological and physiological activities. { 'dȯr·mən·sē }

**dormant bud** *See* latent bud. { 'dȯr·mənt 'bəd }

**dormer window** [BUILD] An extension of an attic room through a sloping roof to accommodate a vertical window. { 'dȯr·mər 'win·dō }

deriving the complexity from this graph. { ˌin·trə·prə¦sē·jər me·trik }

**intrapulmonic** [ANAT] Being or occurring within the lungs. { ˌin·trə·pŭl'män·ik }

**intraspecific** [BIOL] Being within or occurring among the members of the same species. { ¦in·trə·spə·'sif·ik }

**intraspinal block** [MED] Anesthesia of the spinal column by injection of an anesthetic into the spinal canal. { ¦in·trə'spīn·əl ˌbläk }

**intrastratal solution** [GEOCHEM] A chemical attrition of the constituents of a rock after deposition. { ¦in·trə'strad·əl sə'lü·shən }

**intratelluric** [GEOL] **1.** Pertaining to a phenocryst that is formed earlier than its matrix. **2.** Pertaining to a period in which igneous rocks crystallized prior to their eruption. **3.** Located, formed, or originating at great depths within the earth. { ¦in·trə·tə'lyür·ik }

**intrathecal** [ANAT] Within the subarachnoid space. { ¦in·trə'thē·kəl }

**intrathoracic** [ANAT] Within the thoracic cavity. { ¦in·trə·thə'ras·ik }

**intratracheal** [ANAT] Being or occurring within the trachea. { ¦in·trə'trā·kē·əl }

**intrauterine** [ANAT] Being or occurring within the uterus. { ¦in·trə'yüd·ə·rən }

**intravaginal** [ANAT] **1.** Being or occurring within the vagina. **2.** Located within a tendon sheath. [BOT] Located within a sheath, referring to branches of grass. { ¦in·trə'vaj·ə·nəl }

**intravascular** [ANAT] Within blood vessels or within a blood vessel. { ˌin·trə'vas·kyə·lər }

**intravenous** [ANAT] Located within, or going into, the veins. { ˌin·trə'vē·nəs }

**intraventricular heart block** [MED] Prolongation of the process of ventricular excitation, measured by the QRS complex of the electrocardiogram. Also known as arborization block; parietal block; peri-infarction block. { ˌin·trə·ven'trik·yə·lər 'härt ˌbläk }

**intravesical** [ANAT] Within the urinary bladder. { ˌin·trə'ves·ə·kəl }

**intravital** [BIOL] Occurring while the cell or organism is alive. { ˌin·trə'vīd·əl }

**intravital stain** [BIOL] A nontoxic dye injected into the body to selectively stain certain cells or tissues. { ˌin·trə'vīd·əl 'stān }

**intrazonal soil** [GEOL] A group of soils with well-developed characteristics that reflect the dominant influence of some local factor of relief, parent material, or age over the usual effect of vegetation and climate. { ˌin·trə'zōn·əl 'sȯil }

**intrinsic asthma** [MED] Asthma caused by a respiratory tract infection. { in'trin·sik 'az·mə }

**intrinsic-barrier diode** [ELECTR] A *pin* diode, in which a thin region of intrinsic material separates the *p*-type region and the *n*-type region. { in'trin·sik ¦bar·ē·ər 'dīˌōd }

**intrinsic-barrier transistor** [ELECTR] A *pnip* or *npin* transistor, in which a thin region of intrinsic material separates the base and collector. { in'trin·sik ¦bar·ē·ər tran'zis·tər }

**intrinsic conductivity** [SOLID STATE] The conductivity of a semiconductor or metal in which impurities and structural defects are absent or have a very low concentration. { in'trin·sik ˌkänˌdək'tiv·əd·ē }

**intrinsic contact potential difference** [ELEC] True potential difference between two perfectly clean metals in contact. { in'trin·sik ¦känˌtakt pə¦ten·chəl 'dif·ərns }

**intrinsic detector** [ENG] A semiconductor detector of electromagnetic radiation that utilizes the generation of electron-hole pairs across the semiconductor band gap. { in'trin·sik di'tek·tər }

**intrinsic electric strength** [ELEC] The extremely high dielectric strength displayed by a substance at low temperatures. { in'trin·sik i¦lek·trik ˌstreŋkth }

**intrinsic equations of a curve** [MATH] The equations describing the radius of curvature and torsion of a curve as a function of arc length; these equations determine the curve up to its position in space. Also known as natural equations of a curve. { in'trin·sik i¦kwā·zhənz əv ə 'kərv }

**intrinsic factor** [BIOCHEM] A substance, produced by the stomach, which combines with the extrinsic factor (vitamin $B_{12}$) in food to yield an antianemic principle; lack of the intrinsic factor is believed to be a cause of pernicious anemia. Also known as Castle's intrinsic factor. { in'trin·sik ¦fak·tər }

**intrinsic flux density** *See* intrinsic induction. { in'trin·sik 'fləks ˌden·səd·ē }

**intrinsic geometry of a surface** [MATH] The description of the intrinsic properties of a surface. { in'trin·sik jē'äm·ə·trē əv ə 'sərfəs }

**intrinsic induction** [ELECTROMAG] The vector difference between the magnetic flux density at a given point and the magnetic flux density which would exist there, for the same magnetic field strength, if the point were in a vacuum. Symbol Bi. Also known as intensity of magnetization; intrinsic flux density; magnetic polarization. { in'trin·sik in'dək·shən }

**intrinsic layer** [ELECTR] A layer of semiconductor material whose properties are essentially those of the pure undoped material. { in'trin·sik 'lā·ər }

**intrinsic luminosity** [ASTROPHYS] The total amount of radiation emitted by a star over a specified range of wavelengths. { in'trin·sik ˌlü·mə'näs·əd·ē }

**intrinsic mobility** [SOLID STATE] The mobility of the electrons in an intrinsic semiconductor. { in'trin·sik mō'bil·əd·ē }

**intrinsic nerve supply** [NEUROSCI] The nerves contained entirely within an organ or structure. { in'trin·sik 'nərv səˌplī }

**intrinsic parity** [PARTIC PHYS] A quantum number, equal to +1 or -1, which is assigned to particles so that the product of the intrinsic parities of the particles composing a system times the parity of the system's wave function yields the total parity. { in'trin·sik 'par·əd·ē }

**intrinsic photoconductivity** [SOLID STATE] Photoconductivity associated with excitation of charge carriers across the band gap of a material. { in'trin·sik ¦fōd·ōˌkänˌdək'tiv·əd·ē }

**intrinsic photoemission** [SOLID STATE] Photoemission which can occur in an ideally pure and perfect crystal, in contrast to other types of photoemission which are associated with crystal defects. { in'trin·sik ¦fōd·ō·i'mish·ən }

**intrinsic pressure** [PHYS] Pressure in a fluid resulting from inward forces on molecules near the fluid surface, caused by attraction between molecules. Also known as internal pressure. { in'trin·sik 'presh·ər }

**intrinsic procedure** *See* built-in function. { in'trin·sik prə'sē·jər }

**intrinsic property** [MATH] **1.** For a curve, a property that can be stated without reference to the coordinate system. **2.** For a surface, a property that can be stated without reference to the surrounding space. [SOLID STATE] A property of a substance that is not seriously affected by impurities or imperfections in the crystal structure. { in'trin·sik 'präp·ərd·ē }

**intrinsic protein** *See* integral membrane protein. { in¦trin·zik 'prōˌtēn }

**intrinsic semiconductor** [SOLID STATE] A semiconductor in which the concentration of charge carriers is characteristic of the material itself rather than of the content of impurities and structural defects of the crystal. Also known as *i*-type semiconductor. { in'trin·sik ¦sem·i·kən¦dək·tər }

**intrinsic temperature range** [SOLID STATE] In a semiconductor, the temperature range in which its electrical properties are essentially not modified by impurities or imperfections within the crystal. { in'trin·sik 'tem·prə·chər ˌrānj }

**intrinsic tracer** [NUC PHYS] An isotope that is present naturally in a form suitable for tracing a given element through chemical and physical processes. { in'trin·sik 'trā·sər }

**intrinsic variable star** [ASTRON] A star that is variable not because of an eclipse. { in'trin·sik ¦ver·ē·ə·bəl 'stär }

**intrinsic viscosity** [PHYS CHEM] The ratio of a solution's specific viscosity to the concentration of the solute, extrapolated to zero concentration. Also known as limiting viscosity number. { in'trin·sik vi'skäs·əd·ē }

**introductory column** [MIN ENG] The highest and first column that is inserted in casing a borehole. { ¦in·trə¦dək·tə·rē 'käl·əm }

**introfaction** [CHEM] Change in fluidity and specific wetting properties (for impregnation acceleration) of an impregnating compound, caused by an introfier (impregnation accelerator). { ¦in·trə¦fak·shən }

**introgressive hybridization** [GEN] The spreading of genes of a species into the gene complex of another due to hybridization between numerically dissimilar populations and extensive backcrossing. { ¦in·trə¦gres·iv ˌhī·brəd·ə'zā·shən }

information from an image brightness distribution, used especially for studying the amount of slope to a lunar crater wall or ridge by measuring the density of its shadow. { ¦fōd·ō·klə'näm·ə·trē }

**photocoagulator** [MED] An instrument that uses a xenon flash lamp and an associated train of optics to focus an intense beam of light on a detached retina for the purpose of inducing coagulation and a lesion that welds the retina back into position. { ¦fōd·ō·kō'ag·yə,lād·ər }

**photocomposition** [COMPUT SCI] Composition of type using electrophotographic techniques such as phototypesetters and laser printers. [GRAPHICS] Reproduction of type images by photographic means. { ,fōd·ō,käm·pə'zish·ən }

**photoconduction** [SOLID STATE] An increase in conduction of electricity resulting from absorption of electromagnetic radiation. { ¦fōd·ō·kən'dək·shən }

**photoconductive cell** [ELECTR] A device for detecting or measuring electromagnetic radiation by variation of the conductivity of a substance (called a photoconductor) upon absorption of the radiation by this substance. Also known as photoresistive cell; photoresistor. { ¦fōd·ō·kən'dək·tiv 'sel }

**photoconductive device** [ELECTR] A photoelectric device which utilizes the photoinduced change in electrical conductivity to provide an electrical signal. { fōd·ō·kən'dək·tiv di'vīs }

**photoconductive film** [ELECTR] A film of material whose current-carrying ability is enhanced when illuminated. { fōd·ō·kən'dək·tiv 'film }

**photoconductive gain factor** [ELECTR] The ratio of the number of electrons per second flowing through a circuit containing a cube of semiconducting material, whose sides are of unit length, to the number of photons per second absorbed in this volume. { fōd·ō·kən'dək·tiv 'gān ,fak·tər }

**photoconductive meter** [ELECTR] An exposure meter in which a battery supplies power through a photoconductive cell to a milliammeter. { fōd·ō·kən'dək·tiv 'med·ər }

**photoconductivity** [SOLID STATE] The increase in electrical conductivity displayed by many nonmetallic solids when they absorb electromagnetic radiation. { ¦fōd·ō,kän,dək'tiv·əd·ē }

**photoconductivity gain** [ELECTR] The number of charge carriers that circulate through a circuit involving a photoconductor for each charge carrier generated by light. { fōd·ō ,kän,dək'tiv·əd·ē ,gān }

**photoconductor** [SOLID STATE] A nonmetallic solid whose conductivity increases when it is exposed to electromagnetic radiation. { ¦fōd·ō·kən'dək·tər }

**photoconductor diode** *See* photodiode. { fōd·ō·kən'dək·tər 'dī,ōd }

**photocopying process** [GRAPHICS] Any of the means by which a copy is created on a sensitized surface (generally paper, film, or metal plate) by the action of radiant energy. { ¦fōd·ō'käp·ē·iŋ ,prä·səs }

**photocoupler** *See* optoisolator. { ¦fōd·ō'kəp·lər }

**photocurrent** [PHYS CHEM] An electric current induced at an electrode by radiant energy. { ¦fōd·ō'kə·rənt }

**photodarlington** [ELECTR] A Darlington amplifier in which the input transistor is a phototransistor. { ¦fōd·ō'där·liŋ·tən }

**photodegradation** [ORG CHEM] Chemical changes resulting from the absorption of light that reduce the useful properties of materials, particularly polymers. The chemical changes can include bond scission (especially of the molecular backbone), color formation, crosslinking, and chemical rearrangements. { ¦fōd·ō,deg·rə'dā·shən }

**photodetachment** [PHYS CHEM] The removal of an electron from a negative ion by absorption of a photon, resulting in a neutral atom or molecule. { ¦fōd·ō·di'tach·mənt }

**photodetector** [ELECTR] A detector that responds to radiant energy; examples include photoconductive cells, photodiodes, photoresistors, photoswitches, phototransistors, phototubes, and photovoltaic cells. Also known as light-sensitive cell; light-sensitive detector; light sensor photodevice; photodevice; photoelectric detector; photosensor. { ¦fōd·ō·di'tek·tər }

**photodevice** *See* photodetector. { ¦fōd·ō·di,vīs }

**photodichroic material** [OPTICS] A material which exhibits photoinduced dichroism and birefringence. { ¦fōd·ō·dī'krō·ik mə'tir·ē·əl }

**photodiffusion effect** *See* Dember effect. { ¦fōd·ō·di'fyü·zhən i,fekt }

**photodimerization** [PHYS CHEM] A bimolecular photochemical process involving an electronically excited unsaturated molecule that undergoes addition with an unexcited molecule of the same species. { ¦fōd·ō,dī·mə·rə'zā·shən }

**photodiode** [ELECTR] A semiconductor diode in which the reverse current varies with illumination; examples include the alloy-junction photocell and the grown-junction photocell. Also known as photoconductor diode. { ¦fōd·ō'dī,ōd }

**photodisintegration** [NUC PHYS] The breakup of an atomic nucleus into two or more fragments as a result of bombardment by gamma radiation. Also known as Chadwick-Goldhaber effect. { ¦fōd·ō·di,sin·tə'grā·shən }

**photodissociation** [PHYS CHEM] The removal of one or more atoms from a molecule by the absorption of a quantum of electromagnetic energy. { ¦fōd·ō·di,sō·shē'ā·shən }

**photodosimetry** [NUCLEO] Determination of the cumulative dose of ionizing radiation by use of photographic film. { ¦fōd·ō·dō'sim·ə·trē }

**photodraft** [DES ENG] A photographic reproduction of a master layout or design on a specially prepared emulsion-coated piece of sheet metal; used as a master in a tool-construction department. { 'fōd·ō,draft }

**photo echo** [OPTICS] A coherent pulse of light generated in a nonlinear medium at a characteristic time after two other pulses, separated by a certain time interval, have entered the medium. { 'fōd·ō ,ek·ō }

**photoecology** [ENG] The application of air photography to ecology, integrated land resource studies, and forestry. { ¦fōd·ō·i'käl·ə·jē }

**photoelastic effect** [OPTICS] Changes in optical properties of a transparent dielectric when it is subjected to mechanical stress, such as mechanical birefringence. Also known as photoelasticity. { ¦fōd·ō·i¦las·tik i'fekt }

**photoelasticity** [OPTICS] **1.** An experimental technique for the measurement of stresses and strains in material objects by means of the phenomenon of mechanical birefringence. **2.** *See* photoelastic effect. { ¦fōd·ō,i,las'tis·əd·ē }

**photoelectret** [SOLID STATE] An electret produced by the removal of light from an illuminated photoconductor in an electric field. { ¦fōd·ō·i'lek·trət }

**photoelectric** [ELECTR] Pertaining to the electrical effects of light, such as the emission of electrons, generation of voltage, or a change in resistance when exposed to light. { ¦fōd·ō·i'lek·trik }

**photoelectric absorption** [ELECTR] Absorption of photons in one of the several photoelectric effects. { ¦fōd·ō·i'lek·trik əb'sȯrp·shən }

**photoelectric absorption analysis** [ANALY CHEM] Type of activation analysis in which the γ-photon gives all of its energy to an electron in the crystal under analysis, generating a maximum-sized pulse for that particular γ-energy. { ¦fōd·ō·i'lek·trik əb'sȯrp·shən ə,nal·ə·səs }

**photoelectric cell** *See* photocell. { ¦fōd·ō·i'lek·trik 'sel }

**photoelectric color comparator** *See* color comparator. { ¦fōd·ō·i'lek·trik 'kəl·ər kəm,par·əd·ər }

**photoelectric colorimeter** [ENG] A colorimeter that uses a phototube or photocell, a set of color filters, an amplifier, and an indicating meter for quantitative determination of color. { ¦fōd·ō·i'lek·trik ,kəl·ə'rim·əd·ər }

**photoelectric colorimetry** [ANALY CHEM] Measurement of the colorant concentration in a solution by means of the tristimulus values of three primary light filter-photocell combinations. { ¦fōd·ō·i'lek·trik ,kəl·ə'rim·ə·trē }

**photoelectric constant** [ELECTR] The ratio of the frequency of radiation causing emission of photoelectrons to the voltage corresponding to the energy absorbed by a photoelectron; equal to Planck's constant divided by the electron charge. { ¦fōd·ō·i'lek·trik 'kän·stənt }

**photoelectric control** [ELECTR] Control of a circuit or piece of equipment by changes in incident light. { ¦fōd·ō·i'lek·trik kən'trōl }

**photoelectric counter** [ELECTR] A photoelectrically actuated device used to record the number of times a given light path is intercepted by an object. { ¦fōd·ō·i'lek·trik 'kau̇nt·ər }

**photoelectric cutoff register control** [ELECTR] Use of a photoelectric control system as a longitudinal position regulator to maintain the position of the point of cutoff with respect to a repetitive pattern of moving material. { ¦fōd·ō·i'lek·trik ¦kət,ȯf ¦rej·ə·stər kən,trōl }

VISIT ONLINE
OXFORD QUICK REFERENCE

THE MOST UP-TO-DATE QUICK REFERENCE DICTIONARY IN ITS FIELD

# Oxford



# DICTIONARY OF Electronics and Electrical Engineering

A Dictionary of

# Electronics and Electrical Engineering

FIFTH EDITION

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford, OX2 6DP,
United Kingdom

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide. Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

© Market House Books Ltd 1979, 1988, 1998, 2005, 2018

The moral rights of the authors have been asserted

First edition by Penguin 1979
Second edition 1988
Third edition 1998
Fourth edition 2005
Fifth edition published by Oxford University Press 2018

Impression: 1

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, by licence or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this work in any other form
and you must impose this same condition on any acquirer

Published in the United States of America by Oxford University Press
198 Madison Avenue, New York, NY 10016, United States of America

British Library Cataloguing in Publication Data
Data available

Library of Congress Control Number: 2017961530

ISBN 978-0-19-872572-5

Printed in Great Britain by
Clays Ltd, Elcograf S.p.A

Links to third party websites are provided by Oxford in good faith and for information only. Oxford disclaims any responsibility for the materials contained in any third party website referenced in this work.

...YTIC CAPACITOR;
...MICA CAPACITOR;

...of microphone in
...of sound pressure
...ce. Corresponding
...duced.

...obsolete term for

...in two allotropic
...the *resistivity
...form it is a poor
...form exhibits a

...d as a filament of

...impregnated with
...ce the *dielectric
...mould, and that
...ection of electro-

...of contact resist-
...types of carbon
...d-pressure vari-
...agm; the corres-
...current passed

...ophone with a
...is the angle of
...he combination
...a *figure-eight
...ly heart-shaped
...se is difficult to
...parable with the






Idealized directional response of a **cardioid microphone** (scale in degrees)

**Carey–Foster bridge** A modification of the *Wheatstone bridge that measures the difference in resistance between two nearly equal resistances. The resistances are placed in the ratio arms of the bridge and the balance point found on a slide-wire. The resistances are then switched and a new balance point found. The resistance difference is proportional to the distance between the balance points.

**carrier 1. (charge carrier)** A mobile *electron or *hole that transports charge through a metal or a *semiconductor and is responsible for its conductivity. **2.** *See* CARRIER WAVE.

**carrier concentration (carrier density)** The number of charge *carriers in a *semiconductor per unit volume, in practice usually quoted as numbers per cubic centimetre. In an intrinsic (i-type) semiconductor the number of holes, $p$, and of electrons, $n$, is equal to the **intrinsic density**, $n_i$:

$$n = p = n_i$$

where

$$n_i^2 = N_c N_v \exp\left(-\frac{E_g}{kT}\right)$$

The first step in the process is to compare the detected signal with a reference voltage. This process is termed **slicing**. This recreates the binary channel code. A phase-locked loop running at the clock frequency counts the number of clock pulses between transitions and recreates the patterns of 14 channel bits. These are decoded back to data bytes using a ROM or array of gates. The data bytes are then fed through a digital-to-analogue converter to recreate the original audio signals. The packing bits are used to determine the start position of each 14 bit pattern, and a regular synchronizing pattern is also added to lock the readout circuits to the symbol boundaries.

The actual layout of the coded data on the disc is much more complex than a simple sequential layout in order to allow for errors in the readout data to be corrected, and to reduce noise due to contamination and surface scratches. The audio data is coded into data blocks or frames of 33 patterns, each following a synchronization pattern. The audio samples use 24 of the 33 bytes, and 8 of the bytes are redundancy bytes forming the basis of the error correction system; the first byte of each data block is used as a subcode to produce a running time display. The sampling rate of 44.1 kHz, producing 16-bit words in left and right channels, results in 176.4 Kbytes of audio data per second.

The error correction system has to deal with errors due to scratches, which can affect many bits of code (**burst errors**), and random errors caused by imperfect pressing of a bump edge. This latter can result in the conversion of one pattern into another and therefore up to 8 bits of data can be in error. Extra bits are added to the coded information (**redundancy**) and can be used to correct damaged data bits when playing back. A code word consists of the total of data and redundant bits. The value of the redundant bits is calculated from the data itself according to a code known as the **Reed–Solomon code**. The resulting code words are then interleaved within each data frame to reduce the effect of burst errors; a large error causes slight damage to many code words rather than severe damage to one. This system is known as **cross-interleave Reed–Solomon code** (CIRC). The Reed–Solomon codes used to correct errors are a very powerful tool. Error correction is necessary because the effect of digital errors results in a sound rather like vehicle ignition interference in radio reception and is unacceptable to a listener. The development of compact disc systems has always taken into account that the finished product should not require any particular handling problems. Where data corruption is so bad that the error correction cannot cope, the system contains muting circuits that operate to reduce the gain of the CD player.

**compact system camera (CSC)** A camera with the capability to have its lenses interchanged, but without the moveable mirror incorporated in a *DSLR camera. CSCs are intended for experienced photographers who want control of all the settings, and so are less easy to use than *compact cameras.

**compandor** *See* VOLUME COMPRESSOR; AMPLITUDE COMPANDORING.

**comparator** A circuit, such as a *differential amplifier, that compares two inputs and produces an output that is a function of the result of the comparison.

**compensated semiconductor** A semiconductor with properties similar to an intrinsic *semiconductor, produced using *doping compensation.

**compensating leads** An extra pair of leads that are used in conjunction with a sensitive measuring instrument connected to a *bridge circuit. The leads are

**Dolby surround sound** A consumer version of the original analogue Dolby film sound format. Four channels of audio information are encoded onto two audio tracks suitable for use on, for example, videotapes and TV broadcasts. The four channels comprise the front-left, centre, front-right, and rear surround channels. The two tracks can be decoded to recreate the original four channels, giving a more balanced listening environment. The main sounds are derived from the front-left and front-right channels, the dialogue derives from a centre 'phantom' channel utilizing the left and right, and the effects or ambience information appears from behind the listener.

**domain** **1.** *See* FERROMAGNETISM. **2.** *See* GUNN EFFECT. **3.** *See* TIME DOMAIN; FREQUENCY DOMAIN.

**dominant mode** *See* MODE.

**donor (donor impurity)** *See* SEMICONDUCTOR.

**doping** The addition of a particular type of impurity to a *semiconductor in order to achieve a desired n-conductivity or p-conductivity: donor impurities are added to form an n-type semiconductor and acceptor impurities to form a p-type. The impurity added is the **dopant**. Doping is carried out by processes such as *diffusion or *ion implantation.

**doping compensation** The addition of a particular type of impurity to a *semiconductor in order to compensate for the effect of an impurity already present.

**doping level** The amount of doping necessary to achieve the desired characteristic in a semiconductor. Low doping levels (p, n) give a high-resistivity material; high doping levels ($p^+$, $n^+$) give a low-resistivity material. *See also* SEMICONDUCTOR.

**doping profile (impurity profile)** The variation with depth of the majority *carrier concentration within a semiconductor. *See* FICK'S LAW.

**Doppler effect** The change in the apparent frequency of a source of electromagnetic radiation (or sound) when there is relative motion between the source and the observer. The observed frequency $f'$ is given by

$$f' = \frac{f(c - v_o)}{(c - v_s)},$$

where $c$ is the speed of light or sound, $v_o$ is the velocity of the observer, and $v_s$ is the velocity of the source.

The effect is utilized in **Doppler navigation**, which is a navigation system (in a moving object) that operates by ground reflection. **Doppler radar** employs the Doppler effect to distinguish between fixed and moving targets: the measurement of the change in the frequency of the reflected wave is used to determine the velocity and direction of the moving target.

SEE WEB LINKS

- Animations explaining the Doppler effect, from the Max Planck Institute
- An interactive program showing the Doppler effect

**Doppler radar** *See* DOPPLER EFFECT; RADAR.

d



mined by the
are required.
unch-through
reverse-biased
rain voltage is
are formed by
sion in which
ge is produced
p-region from
al p-n⁻ junction
the n-region.




ransistor

th of the drift
ics of the n⁻
High-voltage
own voltages
en produced.
d circuits for

n on a p-type
rming extra

as a *smart-
rge displays

r consumer
ise five full
und - along
th of the full

h additional
nd track are
dedicated
requiring a

**interrupt** In computing, an *asynchronous execution initiated by an external device, such as a timer or an I/O controller.

**interrupter** A device, such as an *induction coil, that periodically interrupts a continuous current. *See also* MAKE-AND-BREAK.

**interstage coupling** *Coupling between successive stages of a multistage amplifier employing several amplifying stages in cascade. The type of coupling chosen (direct, resistive, etc.) depends on the particular design of amplifier stage used.

**intersymbol interference (ISI)** In a communications system, interference caused to each transmitted symbol resulting from the previous and subsequent symbols overlapping. This interference can be controlled by appropriate filtering (for example, the popular root-raised cosine transmit filter), although when the characteristics of the channel are unknown, there is often a substantial amount of ISI, which must be reduced by an equalizer at the receiver.

i

**intraconnection** An electrical connection inseparably associated with circuit elements within a component part. *Compare* INTERCONNECTION.

**Intranet** A collection of computers and associated files that is visible across a network or networks within an organization but not visible outside that organization. Files/web pages are completely located behind a *firewall and are therefore accessible only to those within the physical confines protected by that firewall. The Intranet typically functions much like the *Internet, except for the restricted access. Users within the Intranet may still have seamless access to the Internet. *Compare* EXTRANET.

**intrinsic conductivity** The conductivity of a *semiconductor associated with the semiconductor material itself and not contributed by impurities. At any given temperature, equal numbers of electrons and holes are thermally generated and these give rise to the intrinsic conductivity. The numbers of charge carriers are dependent on temperature and the conductivity, σ, is a function of temperature:

$$\sigma = A \exp\left(\frac{E_g}{2kT}\right),$$

where $A$ is a constant that depends on the particular material, $E_g$ is the band-gap energy, $k$ is the Boltzmann constant, and $T$ the thermodynamic temperature.

In an *extrinsic semiconductor, the intrinsic conductivity is usually negligible compared to the extrinsic conductivity at normal working temperatures. At sufficiently high temperatures however the numbers of thermally generated carriers become much larger than those contributed by impurities and the semiconductor becomes intrinsic (*see* INTRINSIC TEMPERATURE RANGE). In practice, at room temperature, the intrinsic carrier concentration in silicon is about $10^{10}$ per $cm^3$. The minimum impurity carrier concentration obtainable in silicon is about $10^{14}$ per $cm^3$, hence the extrinsic carrier concentration is about $10^4$ times greater than the intrinsic value.

**intrinsic density** *See* CARRIER CONCENTRATION.

**intrinsic mobility** The mobility of charge carriers in an intrinsic semiconductor.

**intrinsic photoconductivity** *See* PHOTOCONDUCTIVITY.

**intrinsic semiconductor (i-type semiconductor)** A pure *semiconductor that has equal concentrations of *electrons and *holes under conditions of thermal equilibrium. Absolute purity is unobtainable in practice and nearly pure materials are termed intrinsic. *See also* INTRINSIC CONDUCTIVITY; INTRINSIC TEMPERATURE RANGE; EXTRINSIC SEMICONDUCTOR.

**intrinsic temperature range** The temperature range in which the electrical properties of a semiconductor are not essentially modified by impurities in the crystal. For a pure sample of *intrinsic semiconductor, the intrinsic temperature range is the whole range of working temperatures. For an *extrinsic semiconductor at most temperatures, the impurities contribute most of the charge carriers; at sufficiently high temperatures however the intrinsic carrier concentration rises to such a level that the extrinsic conductivity becomes negligible compared to the *intrinsic conductivity and at that temperature the semiconductor becomes intrinsic.

**inverse Chebyshev filter** A filter that provides a *maximally flat passband and an *equiripple stopband. It has similar roll-off or transition band characteristics to a Chebyshev filter (which has an equiripple passband response) but has a better *group delay characteristic. *See also* FILTER.

**inverse feedback (negative feedback)** *See* FEEDBACK.

**inverse filter** A filter with a *transfer function that is the reciprocal of a given filter.

**inverse function** A *function, usually written $f^{1}$, that reverses the effect of another given function *f*. If $f(x) = y$, then $f^{1}(y) = x$. The inverse of a function is only well-defined if the function is bijective, meaning that it maps different inputs to different outputs. The inverse of $f^{1}$ is *f* itself.

**inverse gain** The *gain of a *bipolar junction transistor when it is connected in reverse, that is, so that the emitter acts as the collector and the collector as the emitter. The inverse gain is usually less than the gain normally obtained, due to the higher doping level of the emitter compared with the collector. This causes the emitter to have a higher *injection efficiency into the base than has the collector.

**inverse limiter (base limiter)** *See* LIMITER.

**inverse problem** The problem of determining the input of some physical process, given the output, by inverting a model of this process that uses input parameters to predict output observations. A wide range of planning, scanning, and surveying applications involve solving inverse problems. For example, for a CT scanner, there is a model that – given parameters regarding the location and density of body parts – can predict what observations will be made by any sensor receiving X-rays. A CT scanner collects these observations, and then has to determine the corresponding body parameters. *See also* FORWARD PROBLEM.

**inverse trigonometric functions** The *inverse functions that correspond to each *trigonometric function. As trigonometric functions map many different angles to the same value, a notion of **principal value** is introduced that determines which of those angle values should be returned. Notation can be problematic, with the following two notations in common use. The first adds the prefix 'arc', giving $arcsin(x)$ as the inverse of $sin(\theta)$, etc. The second uses the standard inverse function notation, so the inverse of the sine function would be written as $sin^{-1}(x)$.

RICOR
CRYOGENIC & VACUUM SYSTEMS

# K527



- Designed to Maximum SWaP-C Advantages
- Linear Microcooler with Optional Balancer
- Single Piston for HOT Detectors at 95-150K
- Proven MTTF ›35,000 Operating Hours
- Ruggedized Version for Harsh Applications
- Includes External Digital Temperature Controller




Dimensions in mm







## SPECIFICATIONS

| | | |
|---|---|---|
| • Total cooling power: | • Cold tip temperature range: 95K-150K | • Meets environmental conditions per |
| 550mW@110K@71°C | • Product maturity: under production | MIL-STD-810 |
| 450mW@95K@71°C | • Cooler weight: 345gr | • Acoustic noise: Non detectable from |
| • MTTF: ›35,000hr @ Basic profile | • Input voltage: 5-11, 20-32Vdc | 20m according to MIL-STD-1474E |
| • Steady state input power: | • Ambient temperature range: | • Service life: 15 years |
| (200mW@110K@23°C): 4Wdc typ. | - Operational: -54°C...+85°C | • Standard warranty*: 5,000hr/2 years |
| • Maximum input power: 30Wdc typ. | - Non-Operational: -55°C...+85°C | * Option to propose extended warranty |
| • Cool down time: | • Temperature stability: ±0.3K | |
| (250J@110K@23°C): 3 min. typ. | | |

SPLIT LINEAR

All rights reserved © 2019 | Ricor




Semiconductor Glossary Downloaded from www.worldscientific.com
by 2605:59c8:603c:6300:c52d:9b4e:5fd2:cac3 on 09/03/26. Re-use and distribution is strictly not permitted, except for Open Access articles.

# Semiconductor Glossary

*A Resource for Semiconductor Community*

Second Edition

JA1819

This page intentionally left blank

# Semiconductor Glossary

## *A Resource for Semiconductor Community*

**Second Edition**

Jerzy Ruzyllo
Penn State University, USA

World Scientific

NEW JERSEY • LONDON • SINGAPORE • BEIJING • SHANGHAI • HONG KONG • TAIPEI • CHENNAI • TOKYO

JA1821

*Published by*

World Scientific Publishing Co. Pte. Ltd.
5 Toh Tuck Link, Singapore 596224
*USA office:* 27 Warren Street, Suite 401-402, Hackensack, NJ 07601
*UK office:* 57 Shelton Street, Covent Garden, London WC2H 9HE

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

*Information in this glossary, either numerical or conceptual, is provided at the author's discretion. Author disclaims any liability based on or related to the contents of this glossary.*

**SEMICONDUCTOR GLOSSARY — 2nd Edition**
**A Resource for Semiconductor Community**

Copyright © 2017 by Jerzy Ruzyllo.

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording or by any information storage and retrieval system, without permission in writing from the author.

To order additional copies or to inquire about discounts on bulk quantities contact us at:
**www.worldscientific.com**

ISBN 978-981-4749-53-4
ISBN 978-981-4749-54-1 (pbk)

Printed in Singapore

Over the last six decades semiconductor science and engineering has grown into one of the cornerstones of our technical civilization. It continues to grow and expand into new territories at an accelerating pace, which makes keeping up with emerging concepts and terminology increasingly challenging. *Semiconductor Glossary* was conceived in response to an apparent need for reference that would provide brief, straightforward explanations of key terms in the area of semiconductor materials, devices, and processing.

In agreement with its inherent nature, this glossary is not intended to provide in-depth explanations of complex technical ideas and scientific concepts. Readers searching for this type of knowledge should refer to textbooks and monographs covering all aspects of broadly understood semiconductor science and engineering. The purpose of this glossary is to provide a platform upon which basic concepts and terms in semiconductor science and engineering are identified and explained in an easy to follow fashion.

This volume is a vastly expanded and updated second edition of *Semiconductor Glossary*. An abbreviated version of this material is available on line at *www.semiconductorglossary.com*. The information presented in this volume is based primarily on the knowledge and experiences acquired by the author during over 40 years of research and teaching in the area of semiconductors.

The author would like to acknowledge collaborators and students at Penn State University and the Warsaw University of Technology, as well as numerous colleagues in the industry and academia with whom he has had the privilege of interacting throughout the years. They are the main reason for which immersion in the "world of semiconductors" continues to be such a stimulating and gratifying experience.

*Jerzy Ruzyllo*
*University Park, Pennsylvania*

This page intentionally left blank

# A

***a*** see *lattice constant*.

**a-Si** see *amorphous silicon*.

**AII-BVI, II-VI, semiconductors** the II-VI compound semiconductors are synthesized using elements from group II and group VI of the periodic table; e.g., CdSe, ZnS.
*elemental semiconductor, CdSe, CdTe, CdHgTe, ZnS, ZnO*

**AIII-BV, III-V, semiconductors** the III-V compound semiconductors are synthesized using elements from group III and group V of the periodic table; e.g. GaAs, InP.
*elemental semiconductor, GaAs, GaN, GaP, GaAlAs, InAs, InSb, InP*

**AIV-BIV, IV-IV semiconductors** compound semiconductors with both elements forming a compound originating from group IV of the periodic table; e.g. SiC, SiGe.
*elemental semiconductor, SiC, SiGe*

**AAS** Atomic Adsorption Spectroscopy; a surface characterization method.

**abrupt heterojunction** a junction between two crystalline semiconductors featuring different electron affinities and energy bandgaps; no graded changes in the materials composition in the junction region.
*electron affinity, graded heterojunction*

**abrupt junction** a *p-n* junction in which dopant concentration changes from *p*-type to *n*-type over the very short distance, i.e. transition region between *p*-type and *n*-type parts of the junction is very narrow.
*linear junction*

**absorption** specie or energy penetrates the surface and is bound or captured in the bulk of the solid where it is releasing its energy.
*phonon, photon*

**absorption coefficient, $\alpha$, [cm$^{-1}$]** defines depth of penetration of a given medium with the light of a given wavelength; increases as wavelength is getting shorter.
*radiation wavelength-energy conversion*

**acceptor** *p*-type dopant; element introduced to semiconductor to generate free holes (by "accepting" electron from semiconductor atom and "releasing" hole at the same time); acceptor atom must have one valence electron less than the host semiconductor; boron (B) is commonly used acceptor in silicon technology; alternatives include indium (In) and gallium (Ga); gallium features high diffusivity in $SiO_2$, and hence, oxide cannot be used as the mask during Ga diffusion.
*donor, doping*

**access time** time needed for the bit of information to go to and return from the memory cell.
*memory cell*

**accumulation** condition of semiconductor surface region in MOS devices in which concentration of majority carriers is higher than concentration of dopant atoms.
*depletion, inversion*

**activation energy** defines reaction kinetics of the process; the minimum amount of energy required to initiate the reaction; expressed in units of *eV*.

**active element (component)** a device which displays asymmetric current-voltage characteristics, i.e. dependent upon the direction of the applied bias; is introducing net energy into the circuit; diodes and transistors are active elements.
*passive element, diode, transistor*

**active Si layer** a single-crystal Si layer overlaying buried oxide (BOX) in SOI wafers; "active" because transistors are built into it; as opposed to Si substrate (Si underneath BOX) which is a part of the SOI wafer providing mechanical support only; can be as thin as < 10 nm.
*Silicon-on-Insulator*; *Ultra-Thin Body SOI, BOX, fully-depleted SOI*

**ADC** Analog to Digital Converter.

**additive process** a process which adds material to the substrate, e.g. in the form of thin-film.
*subtractive process*

**adhesion** ability of materials to stick (adhere) to each other.
*adhesion promoter*

**adhesion promoter** a compound used to improve adhesion of materials; typically understood as a material improving adhesion of the photoresist to the wafer surface in the lithographic processes.
*HMDS*

**adsorption** binding between foreign molecules and the solid occurring only on the solid surface; specie is attached to the solid surface by weak physical forces (Van der Waals force).
*desorption, van der Waals force*

**aerosol cleaning** removal of the particulate contaminants from the wafer surface using frozen gas particles.
*cleaning, dry cleaning, particles*

**AFM** see *Atomic Force Microscopy*.

**afterglow plasma, afterglow** plasma generated radiation and ions which remain active downstream from the plasma; a plasma processing mode in semiconductor manufacturing.
*downstream plasma, remote plasma*

**ALD, ALCVD** Atomic Layer Deposition; Atomic Layer Chemical Vapor Deposition; see *Atomic Layer Deposition.*

**AlGaAs** GaAs with Al added in adequate amount to modify width of the energy gap; by gradually (layer-by-layer) varying Al content in GaAlAs continued variation of the energy gap of the material is accomplished.
*bandgap engineering, GaAs*

**aligner** a tool used in photolithography which allows desired positioning of the mask (or reticle) relative to a wafer prior to exposure of the photoresist; "aligner" is at the same time an exposure tool.
*exposure, photolithography*

**alignment** process of positioning of the mask (or reticle) relative to the wafer prior to exposure of the photoresist in photolithographic processes.
*exposure, mask, reticle*

**alignment mark** specially configured mark put on each mask to allow its precise alignment with the pattern on the wafer.
*alignment*

**alloyed junction** a junction formed by alloying metal acting as a dopant with semiconductor for the purpose of *p-n* junction formation; e.g. alloy of indium with *n*-type Si forms *p*-type region of the *p-n* junction.
*diffused junction, implanted junction*

**alternative dielectrics** dielectrics featuring dielectric constant $k > 3.9$ (3.9 is a dielectric constant of $SiO_2$) and acting as gate dielectrics in silicon MOS devices instead of $SiO_2$; referred to as “high-*k* dielectrics”; also dielectrics featuring dielectric constant $k < 3.9$ and used as ILD; referred to as “low-*k* dielectrics”.
*high-k dielectric, low-k dielectric, ILD*

**aluminum, Al, conductor** common metal in semiconductor processing; used for contacts and interconnects; very low resistivity (2.7 μΩ-cm); melting point 660 °C; easy deposition by evaporation or sputtering; easy etching; shortcomings: electromigration, spiking of silicon, insufficient temperature resistance.
*electromigration, spiking*

**aluminum, Al, contaminant** common metallic contaminant in silicon processing; main source: APM cleaning solution and water; slows down thermal oxidation of silicon; affects oxide reliability; detection and measurement on Si surface e.g. by TOF-SIMS.
*APM, TOF-SIMS*

**aluminum nitride, AlN** a wide-bandgap semiconductor ($E_g = 6.2$ eV); features direct energy gap, used in UV detection devices.
*boron nitride*

**aluminum oxide, alumina, $Al_2O_3$** oxide featuring energy gap $E_g \sim 5$ eV and dielectric constant $k \sim 8$; in the form of a single-crystal known as sapphire.
*sapphire*

**ambipolar diffusion coefficient** the effective diffusion coefficient of the excess charge carriers (electrons and holes) in semiconductor.
*diffusion coefficient*

**ambipolar mobility** the effective mobility of the excess charge carriers (electronics and holes) in semiconductor.
*mobility*

**ambipolar transport** the situation where excess electron and hole concentrations in semiconductor are nearly equal is known as quasi-neutrality condition; the charge transport in this case is described by the so-called ambipolar transport in which electrons and holes are diffusing or drifting with the same ambipolar diffusion coefficient and ambipolar mobility.
*excess carriers*

**AMLCD** Active Matrix Liquid Crystal Display; higher performance version of an LCD; uses arrays of thin film transistors (TFT) to control individual pixels.
*Thin Film Transistor, Liquid Crystal Display*

**ammonia, $NH_3$** a gas used in semiconductor processing as a source of atomic nitrogen; atomic nitrogen can be extracted from ammonia at lower temperature than from the molecular nitrogen, $N_2$; toxic.
*nitridation*

**ammonium hydroxide, $NH_4OH$** a liquid obtained by dissolving ammonia in water; key ingredient of the APM cleaning solution.
*APM*

**AMOLED** Active Matrix Organic Light Emitting Diode, active matrix display constructed using organic LEDs in conjunction with thin-film transistors.
*organic semiconductor, LED, AMLCD*

**amorphous material** a non-crystalline solid; features no periodicity and long-range order; lower quality than crystalline materials, but cheaper to form; amorphous semiconductors are useful in large-area applications such as solar cells and flat-panel displays; insulators used in semiconductor technology, e.g. $SiO_2$ and $Si_3N_4$, are amorphous.
*single-crystal, poly-crystalline material*

**amorphous Si, a-Si** a non-crystalline thin-film silicon; features no long-range crystallographic order; inferior electrical characteristics as

compared to single-crystal and polycrystalline-Si (poly-Si), but cheaper and easier to manufacture; used primarily to fabricate solar cells and thin-film transistors.
*hydrogenated a-Si, solar cell, TFT*

**amphoteric dopant** an element which can act either as a donor or an acceptor in a given semiconductor; e.g. Si is an amphoteric dopant in GaAs where it acts as a donor on Ga site in GaAs structure or as an acceptor when positioned on As site.
*acceptor, donor, dopant*

**analog device** a device designed to realize analog functions such as signal amplification; in analog devices output signal follows continuously input signal.
*digital device*

**analog integrated circuit** an integrated circuit realizing analog functions; e.g. operational amplifier; in analog integrated circuits, in contrast to digital integrated circuits, output signal follows continuously input signal.
*digital integrated circuit*

**angstrom, Å** unit of length; often used in semiconductor nomenclature; 1Å = $10^{-8}$ cm = $10^{-4}$ µm = 0.1 nm; not a standard international (SI) unit; replaced by nm in common usage (1 nm = 10Å).
*nanometer*

**anhydrous HF, AHF** a water-free vapor of hydrofluoric acid; used in conjunction with vapor of either water or alcoholic solvents (e.g. methanol) to etch silicon oxides on the wafer surface or sacrificial oxide in MEMS release processes; oxide etch rate depends strongly on wafer temperature and vapor pressure as well as type of oxide; e.g. dry thermal oxide etches much slower than CVD oxide.
*hydrofluoric acid, sacrificial oxide, MEMS release*

**anisotropic etch** etching process in which etch rate in the direction normal to the surface is much higher than in directions parallel to the surface; no undercutting, i.e. lateral distortion of the pattern is minimized; needed to define very tight geometrical features.
*isotropic etch, etch rate*

**anneal** a heat treatment to which wafer is subjected in order to modify properties of materials/structures processed on its surface or in its bulk.
*furnace, RTA*

**anodic oxidation** see *anodization.*

**anodization** anodic oxidation; process of oxidation in which growth of an oxide on the surface of a conductive solid immersed in the liquid electrolyte or in plasma containing oxygen is stimulated by the flow of electric current.

**antimonides** groups III-V semiconductor compounds of antimony (Sb), e.g. GaSb. InSb.
*arsenides, nitrides, phosphides*

**antimony, Sb** group V element; *n*-type dopant (donor) in silicon; used mainly to dope epitaxial layers; diffusion coefficient in Si is comparable to arsenic and about order of magnitude lower than diffusion coefficient of phosphorous; forms antimonides with group III elements.
*donor, antimonides*

**anti-reflective coating, ARC** thin layer of material deposited on the surface of the substrate to minimize reflection and to promote absorption of light in the substrate, e.g. in solar cells; also used to maximize absorption of the UV light in the layer of photoresist.
*absorption*

**antisite defect** using GaAs as an example: Ga atom located on As site in GaAs crystal lattice, or As atom located on Ga site in GaAs crystal lattice.
*defect*

**APCVD** see *Atmospheric Pressure CVD.*

**APD** see *Avalanche Photodiode.*

**APM** **A**mmonia hydroxide-hydrogen **P**eroxide-water **M**ixture;
typically 0.25:1:5; same as *SC-1* and *RCA-1*; cleaning solution used primarily to remove particles from the surface; also capable of removing surface organics; strong solutions can etch/roughen silicon surface; forms

chemical oxide (hydrophilic surface) on Si; applied at temperature between 40 °C and 70 °C; typically combined with megasonic agitation.
*RCA clean, megasonic agitation, wet cleaning, hydrophilic surface, particles*

**ARC** see *anti-reflective coating*.

**ArF excimer laser** a chemical laser emitting 193 nm wavelength; used in photolithography; with various resolution enhancement techniques in place suitable for exposing geometries from 150 nm to 10 nm.
*photolithography, enhancement techniques*

**argon, Ar** chemically inert gas; nontoxic; due to chemical inactivity and large mass of an ion used in semiconductor technology as an inert gas (more expensive than nitrogen) and in sputtering applications.
*nitrogen, sputtering*

**Arhenius plot** allows determination of activation energy of the process from the slope of reaction rate constant vs. $1/T$ ($T$- temperature).
*activation energy*

**armchair GNR** a type of graphene nanoribbon (GNR) which can display either semiconducting or metallic properties depending on the width of the nanoribbon; the term "armchair" refers to the specific configuration of carbon atoms at the edge of the nanoribbon.
*graphene nanoribbon, zigzag GNR*

**arsenic, As** group V element; *n*-type dopant (donor) in silicon; features diffusion coefficient comparable to antimony and about order of magnitude lower than phosphorous; donor of choice in very small geometry devices; forms arsenides with group III elements.
*donor, arsenides*

**arsine, $AsH_3$** gaseous source of As for *n*-type doping of silicon by diffusion or ion implantation; highly toxic and flammable gas; must be handled with utmost care.
*arsenic*

**arsenides** groups III-V semiconductor compounds of arsenic (As), e.g. GaAs, InAs.
*antimonides, nitrides, phosphides*

**ashing** removal (by volatilization) of organic materials (e.g. photo-resist) from the wafer surface using strongly oxidizing ambient; e.g. oxygen plasma.
*barrel reactor, resist stripping*

**ASIC** Application Specific Integrated Circuit; circuit designed and fabricated for a specific application; custom integrated circuit.

**aspect ratio** in semiconductor terminology taken as the ratio of the depth of the etched feature to its width on the surface normalized to 1; e.g. aspect ratio 10:1 defines the feature that is 10x deeper than wider.
*trench*

**assembly** process during which fully processed semiconductor device/ circuit in the form of a chip is mechanically and electrically connected to the package.
*dicing, package, wire bonding*

**ATE** Automated Test Equipment.

**Atmospheric Pressure CVD, APCVD** process of Chemical Vapor Deposition carried out at atmospheric pressure; typically results in the inferior film quality and conformality of coating as compared to Low Pressure CVD (LPCVD).
*CVD, LPCVD, conformal coating*

**Atomic Force Microscopy, AFM** a method used to visualize features of solid surfaces with near-atomic resolution; measurement of roughness of solid surfaces based on electrostatic interactions between surface and measuring tip; tip can be set above the surface, on the surface, or can tap the surface oscillating at high frequency (tapping mode).
*surface roughness*

**Atomic Layer Deposition, ALD** deposition method in which deposition of each atomic layer of material is controlled by a pre-deposited layer of precursor; precursors and various components of the film are introduced alternately; method features 100% step coverage and very good conformality; the method is commonly used in deposition of high-*k* dielectrics for MOS gates.
*conformal coating, high-k dielectric, step coverage, CVD*

**Atomic Layer Epitaxy, ALE** an atomic layer deposition (ALD) process which forms epitaxial layer.
*Atomic Layer Deposition, epitaxy*

**Atomic Layer Etching, ALE** subtractive process allowing selective, anisotropic removal of material (etching) with atomic layer precision; complements ALD processes in semiconductor nano-manufacturing.
*Atomic Layer Deposition, selective etching, anisotropic etch*

**Auger electron** an electron ejected from the solid as a result of two-stage ionization of atoms bombarded with high energy ions (Auger process); Auger electron carries energy specific to the atom from which it was ejected.
*Auger Electron Spectroscopy*

**Auger Electron Spectroscopy, AES** surface characterization and depth profiling method based on the determination of the energy of Auger electrons ejected from the surface bombarded with high-energy ions; only elements with atomic number above 2 can be detected by means of AES.
*depth profiling*

**Auger recombination** a band-to-band recombination process involving three particles interactions; energy released as a result of recombination is transferred to another electron or hole rather than released in the form of photon or phonon.
*recombination, band-to-band recombination*

**autodoping** dopant atoms evaporating from semiconductor surface region during high temperature treatments can be reintroduced into semiconductor causing undesired variations in dopant concentration at the surface; highly undesired effect; of particular concern in high-temperature epitaxial deposition processes.
*epitaxy, outdiffusion*

**avalanche breakdown** breakdown caused by avalanche multiplication of charge carriers in the space charge region of the *p-n* junction at the very high reverse-bias voltage; results in rapid increase of reverse current across the junction; the most common breakdown mechanism in *p-n* junction (other breakdown mechanism is based on the Zener effect).
*breakdown Zener effect, avalanche diode*

**avalanche diode** a *p-n* junction diode designed to allow an avalanche breakdown without sustaining permanent damage.
*reversible breakdown, soft breakdown*

**avalanche ionization** see *avalanche multiplication.*

**avalanche multiplication** generation of electron-hole pairs due to impact ionization in the depleted region of semiconductor (e.g. in reverse-biased *p-n* junction) which causes continuation of the impact ionization events, and thus, further increases the number of carriers.
*depleted region, p-n junction, multiplication factor*

**avalanche photodetector** see *avalanche photodiode*.

**avalanche photodiode, APD** a photodiode in which response to the illumination is enhanced by the avalanche multiplication process.
*avalanche multiplication, photodiode, photoelectric effect*

# B

**back contact** the electrical contact to the back surface of the wafer.
*ohmic contact*

**Back-End-of-Line processes, BEOL** operations performed on the semiconductor wafer in course of the chip manufacturing after the first metallization process.
*Front-End-of-Line processes*

**backscattering** a redirection of light (electromagnetic wave) or electrons penetrating semiconductor back to the direction from which they came; occurs due to the scattering as opposed to reflection.
*scattering*

**Ball Grid Array, BGA, packaging** IC chip assembly and packaging technology; chip is flipped over and connected to the package via an array of solder balls positioned to match metal pads on the surface of the chip; compatible with surface mount technology.
*assembly, package, flip chip technology, surface mount technology*

**ballistic transport** a motion of electrons in highly confined semiconductor structures in the presence of very high electric field with velocity much higher than their thermal equilibrium velocity; ballistic electrons behave as waves and are not subjected to scattering, and hence, can move with ultra-high velocity; allows ultra-fast devices.
*scattering, thermal equilibrium, particle-wave duality*

**ballroom cleanroom** a cleanroom layout featuring one common space shared by the technical personnel, tools and some service functions; no designated and isolated areas; relatively straightforward and less expensive per sq. ft. than other advanced cleanroom designs, but not effective in assuring cleanroom class lower than 1,000.
*cleanroom, cleanroom class*

**band alignment** see *band-edge lineup*.

**band-edge lineup** a lineup of the edges of conduction and valance bands of two different semiconductors forming an abrupt heterojunction; three types of lineup include straddling, staggered, and broken gap.
*abrupt heterojunction, broken gap, staggered, straddling*

**band offset** a measure of "misalignment" between energy levels at the interface between two solids; e.g. Si and gate dielectric in MOS structures.
*energy levels*

**band-to-band generation** the electron-hole pair generation as a result of an electron gaining energy (through increased temperature or illumination) and transitioning from the valance band to the conduction band of semiconductor.
*generation, electron-hole pair, thermal generation*

**band-to-band recombination** the electron-hole pair recombination as a result of electron loosing (releasing) energy and transitioning from the conduction band to the valance band of semiconductor.
*recombination, radiative recombination*

**band-to-band tunneling** see *Zener effect.*

**bandgap** see *energy gap*.

**bandgap engineering** processes by which bandgap of semiconductor is altered in the desired way by changing its chemical composition; e.g. by adding Al the bandgap of GaAs can be altered from 1.424 eV to 2.026 eV; used in superlattice fabrication for laser diodes and transistors.
*energy gap, superlattice*

**BARC** see *bottom anti-reflective coating.*

**BARITT** Barrier Injection Transit-Time diode; microwave diode.

**barium strontium titanate, (BaSr)$TiO_3$, BST** dielectric featuring very high *k* (in the range 160 - 600) at thicknesses exceeding about 40 nm; displays ferroelectric properties; used in storage capacitors, can be deposited by the variety of methods including MOCVD, sputtering, and misted deposition (LSMCD).
*MOCVD, sputtering, mist deposition*

**barrel reactor** the "barrel" shaped reactor most commonly used for batch plasma resist stripping.
*ashing, batch process, resist stripping*

**barrier height [eV]** the height of the potential barrier at the junction/ interface (e.g. *p-n* junction or metal-semiconductor contact) reflecting the difference between potential at the surface and potential in the bulk of semiconductor; affected by the type of material/ambient with which semiconductor is in contact.
*potential barrier*

**barrier metal** thin layer of metal, e.g. TiN, formed between other metal and semiconductor (or insulator) to prevent potentially harmful interactions between these two materials, e.g. Al spiking of silicon.
*Al contact, spiking, titanium nitride*

**base** a region in bipolar transistor sandwiched between emitter and collector; typically *p*-type so that highly mobile electrons act as minority carriers in the base; should be very thin to allow rapid transfer of minority carriers from emitter to collector; electric field is created in the base by non-uniform doping to accelerate minority carriers moving from emitter to collector.
*base width, bipolar transistor, collector, emitter*

**base punchthrough** occurs in bipolar transistors when at the high collector-base voltage the collector space charge region expands over the entire base width and comes in contact with the emitter space charge region; in such situation transistor action is no longer possible.
*base, base width, space charge region*

**base pushout** the Kirk effect; apparent base-width increase in a bipolar transistor caused by the high concentration of carriers being swept from the base to the collector.
*base width*

**base transport factor** defines efficiency of the minority carrier transport through the base of a bipolar transistor, i.e. from the emitter junction to the collector junction; should be as close to 1 as possible; to a significant degree determined by the base width.
*base width, bipolar transistor*

**base width** distance between metallurgical emitter and collector junctions in bipolar transistor; key geometrical characteristic of the bipolar transistor defining its performance; narrower the base, more efficient transfer of minority carriers from the emitter to collector across the base, and hence, better performing transistor.
*base, metallurgical junction*

**batch process** the process in which several wafers are processed at the same time; opposite to a single wafer process; e.g. thermal oxidation of silicon wafers in the furnace is an example of the batch process.
*furnace, single wafer process*

**batch reactor** the reactor in which several wafers can be processed at the same time; e.g. oxidation furnace or wet bench.
*batch process*

**BBUL packaging** Bumpless Build-Up Layer technology, BBUL "grows" the package around the silicon die resulting in the thinner, higher-performance, consuming less power processors; this is in contrast to the practice of manufacturing the processor die separately and later bonding it to the package.
*package*

**BCCD** Buried Channel Charge-Coupled Device.
*Charge Coupled Devices*

**beam** geometrically confined, directional stream of electromagnetic radiation or electrically charged particles such as electrons or ions.
e*lectron beam, ion beam*

**BEOL** see *Back-End-of-Line.*

**BGA** see *Ball Grid Array*.

**BHF** buffered hydrofluoric acid; see *buffered oxide etch*.

**bias-temperature instability** an adverse effect in MOS devices unraveled by means of the *bias-temperature stress* test.

**bias-temperature stress, BTS** testing method in the MOS device characterization in which MOS capacitor biased in accumulation is maintained over the period of time at the increased wafer temperature (typically not exceeding 100 °C); a test devised to unravel the time- and bias dependent variations in the characteristics of the MOS gate; e.g. related to interface traps and mobile ions.
*accumulation, NBTI, interface trap, mobile ion*

**biaxial strain** occurs when the crystal has stress acting in its lattice in two directions (*x-y*) along its surface; also referred to as a global strain; just like in the case of an uniaxial strain, when created in the MOSFET channel its effect is different for NMOSFET and PMOSFET and depends on whether stress is tensile or compressive.
*strain, uniaxial strain, tensile strain, compressive strain*

**BiCMOS** Bipolar CMOS; technology which combines bipolar and CMOS devices on the same chip; significant gains in circuit functionality outweigh increased process complexity.
*CMOS, bipolar transistor*

**binary semiconductor** semiconductor compound consisting of two elements; e.g. SiC, GaAs, CdS.
*elemental, ternary, quaternary semiconductor*



JA1839

**bipolar device** a semiconductor device operation of which is based on the use of both majority and minority charge carriers; all *p-n* junction based devices fall into this category; opposite to an unipolar device.
*unipolar device*

**bipolar junction transistor, BJT** a *p-n* based junction transistor consisting of three semiconductor regions (emitter, base, and collector) with alternating conductivity type (i.e. *n-p-n* or *p-n-p*); current flow comprises both majority and minority carriers, hence, "bipolar"; BJT's performance and characteristics are to a significant degree dependent on its layout (vertical, lateral) and geometry (base width); BJT is a current controlled transistor; implemented using silicon homojunctions or multi-material heterojunctions.
*transistor, p-n junction, lateral transistor, unipolar transistor, HBT*

**"bird beak"** sharp, bird beak-like shaped geometrical feature at the Si surface at the edge of LOCOS oxides; undesired as it may cause reliability problems in CMOS devices.
*LOCOS*

**bit** the smallest unit of information in computer language (the smallest amount of digital information); represented by "*1*" and "*0*" which in various combinations represent characters and numbers; digits "*1*" and "*0*" represent two states in binary notation.

**BITS** Burn-In Test Socket.

**BJT** see *bipolar junction transistor.*

**black phosphorus** an allotrope of phosphorus which in 2D configuration displays excellent semiconductor properties; see *phosphorene*.

**blank** a part of the mask used in photolithography which is transparent to UV light; quartz is commonly used as a blank in photomasks.
*opaque material, photomask, quartz*

**BNDC** Bulk Negative Differential Conductivity.

**boat** *(i)* a device designed to hold semiconductor wafer during thermal processes; made of high purity temperature resistant materials such as fused silica, quartz, polycrystalline Si, or SiC, *(ii)* a device designed to

contain source material during thermal evaporation acting at the same time as a heater; made of temperature resistant highly conductive material (e.g. tungsten) through which current is passed.
*evaporation, thermal oxidation*

**Body-Centered Cubic, BCC, cell** a sub-lattice in cubic system (along with FCC and simple cubic lattice); formed by placing a lattice point at the center of the simple cube.
*crystal lattice, cubic system, Face-Centered Cubic*

**BOE** see *Buffered Oxide Etch*.

**Bohr exciton radius** a distance between the electron and the hole forming an exciton.
*exciton*

**Boltzmann constant** $k = 1.38 \times 10^{-23}$ J/K

**Boltzmann transport equation** a fundamental relationship describing transport of free carriers in semiconductors.

**bonded SOI** the SOI substrates formed by bonding two silicon wafers with oxidized surfaces; following bonding one wafer is polished down to the desired thickness of active layer with interface oxide becoming a buried oxide, alternative approach in bonded SOI technology: *smart cut*®
*wafer bonding, cleaved SOI, SIMOX, smart cut*®

**bonded wafer** see *wafer bonding*.

**Boro-Phospho-Silicate Glass, BPSG** silicon dioxide (silica) with boron and phosphorus added to lower temperature at which glass (oxide) starts to flow from about 950 °C for pure $SiO_2$ to about 500 °C for BPSG; used to planarize the surface; typically deposited by CVD.
*planarization, PSG*

**boron** an element from the group III of the periodic table acting as an acceptor (*p*-type dopant) in silicon; the only *p*-type dopant broadly used in silicon device manufacturing.
*acceptor, p-type dopant*

**boron nitride, BN** the widest bandgap material displaying semiconductor properties (6.4 eV in the case of cubic c-BN); intrinsic bandgap nature (direct or indirect) is not firmly established because of the insufficient quality of BN crystals available; features very high thermal and chemical stability.
*aluminum nitride*

**boron penetration** term usually refers to penetration of the gate oxide by boron from heavily *p*-doped poly-Si gate contact in PMOS part of the CMOS cell; at elevated temperature boron from the gate contact readily segregates into the adjacent oxide causing reliability problems.
*ONO, segregation coefficient*

**Bosch process** variation of the DRIE process assuring anisotropy of the very deep etches involved in MEMS and TSV processing.
*Deep Reactive Ion Etching, anisotropic etch, MEMS, TSV*

**Bose-Einstein distribution function (d.f)** a probability function which describes distribution of electron states in solids.
*Fermi-Dirac d.f, Maxwell-Boltzman d.f*

**bottom anti-reflective coating, BARC** a layer of material deposited underneath photoresist to prevent reflection from the wafer surface of the light passing through the layer of photoresist; in photolithography used to enhance control of critical dimensions (CD) by suppressing standing waves effects and reflective notching in photoresist.
*anti-reflective coating, standing waves effect, reflective notching*

**bottom-gate TFT** a Thin-Film Transistor with gate contact formed on the insulating substrate first and then covered with gate dielectric and a layer of thin-film semiconductor.
*Thin-Film Transistor, top-gate TFT*

**bottom-up process** a way of building functional structures on semiconductor substrates which relies on the self-assembly of molecules in the previously patterned areas.
*top-down process, surface functionalization*

**boundary layer** a layer in contact with the solid surfaces immersed in gaseous or liquid medium; within the boundary layer characteristics of the medium are different than in its bulk.



JA1842

**BOX** see *buried oxide*.

**BPSG** see *Boro-Phospho-Silicate Glass*.

**breakdown** highly undesired, damaging effect occurring in the presence of high electric field and causing originally high-resistance element (e.g. MOS capacitor or reverse biased *p-n* junction) to allow uncontrolled flow of current; typically, an irreversible effect permanently damaging semiconductor element; also occurs in homogenous materials in the presence of the very high electric field.
*oxide breakdown*

**breakdown field** electric field at which breakdown in the material/ device occurs and material/device looses its resistance against current flow; breakdown field in Si is 2.5 x $10^5$ V/cm, GaAs 3 x $10^5$ V/cm, 6H-SiC 4 x $10^6$ V/cm, thermal $SiO_2$ $10^7$ V/cm.

**breakdown, hard** see *hard breakdown*.

**breakdown, soft** see *soft breakdown*.

**breakdown voltage** the voltage at which breakdown in any given semiconductor device occurs and current increases uncontrollably (unless limited by the external circuit).
*ramp voltage oxide breakdown*

**Bridgman growth (method)** a method used to grow single-crystal compound semiconductors, typically III-V, e.g. GaAs; uses multi-zone furnace in which Ga and As are contained in the ampoule and in contact with GaAs single-crystal seed; the GaAs melt is passed from higher to lower temperature zone; conceptually similar to float-zone (FZ) crystal growth method.
*Float-Zone crystal growth, Czochralski crystal growth*

**Brillouin zone** the space which is limiting wave vector *k* for electrons in the crystal.

**broken gap** a lineup of the edges of conduction and valance bands in two different semiconductors forming an abrupt heterojunction such that the edge of the valence band in one semiconductor forming

heterojunction is below the edge of the conduction band in the other semiconductor.
*band-edge lineup, abrupt heterojunction, staggered gap, straddling gap*

**BRT** **B**ase **R**esistance controlled **T**hyristor.
*thyristor*

**brush scrubbing** cleaning of semiconductor surfaces using rotating brushes; used to remove heavy residues which cannot be efficiently removed without mechanical interactions; used in post-CMP wafer cleaning.
*post-CMP cleaning, scrubbing*

**BST** see *barium strontium titanate, (BaSr)TiO$_3$.*

**BTS** see *bias-temperature stress.*

**buffer layer** term typically refers to a layer sandwiched in between two single-crystal materials to accommodate difference in their crystallographic structures (lattice constants).
*graded junction, superlattice, heteroepitaxy*

**buffered oxide etch BOE** the HF-water solution with ammonium fluoride, $NH_4F$, added to prevent depletion of fluorine during oxide etching; at 34% $NH_4F$ : 6.8% HF : 58.6% $H_2O$ BEO etches thermal $SiO_2$ at the rate of 100 nm/min.
*hydrofluoric acid, etching*

**bulk** part of the semiconductor material away from the surface where its physical properties are the same in all three directions; at the absence of electric field remains electrically neutral (as opposed to the surface of the same material).
*surface*

**bulk CMOS** the CMOS circuitry (cell) implemented in a standard bulk Si wafer rather than in a thin layer of Si on insulator (SOI substrate).
*CMOS, SOI wafer*

**bulk properties** physical properties of semiconductor material away from the surface; differ significantly from the same properties at the

surface, in the near-surface region, or in the same material in the form of thin-film.
*bulk, surface properties, thin-film*

**bulk recombination** recombination of the free charge carriers in the bulk of semiconductor; occurs primarily by band-to-band recombination.
*recombination, band-to-band recombination, surface recombination*

**bulk wafer** the homogenous semiconductor wafer with no additional distinct layer formed on its surface.
*wafer, SOI wafer, epitaxial extension, bulk properties*

**buried oxide, BOX** the oxide layer in SOI substrates (wafers); oxide ($SiO_2$) is buried in silicon wafer at the depth ranging from less than 100 nm to several micrometers from the wafer surface depending on application; formed by oxidation or oxygen implantation depending on the type of SOI substrate; thickness of BOX is typically in the range from about 40 nm to about 100 nm.
*bonded SOI, SIMOX*

**burn-in** reliability testing procedure used to force defective devices to fail; process designed to detect early failures of semiconductor devices; device is subjected to electric stress at elevated temperature for a lengthy period of time.

**burst noise** see *Random Telegraph Noise*.

# C

**cadmium mercury telluride, CdHgTe** ternary narrow-bandgap semiconductor material broadly used in the manufacture of infrared photodetectors.
*ternary semiconductor, photodetector*

**cadmium selenide, CdSe** II-VI group semiconductor; bandgap $E_g$ = 1.74 eV, direct; wurzite crystal structure; useful in various photonic device and solar cell applications; also explored in the form of nanocrystalline quantum dots for LED applications.
*nanocrystalline quantum dot, solar cell*

**cadmium sulfide, CdS** II-VI group semiconductor; bandgap $E_g$ = 2.42 eV, direct; wurzite crystal structure; used primarily in light detection applications typically in the form of a photoresistor; also used in optics for waveguides and beam splitters.
*photoresistor*

**cadmium telluride, CdTe** II-VI group semiconductor; bandgap $E_g$ = 1.56 eV, direct; zinc blend crystal structure; with energy gap matching solar spectrum very useful in solar cell applications; alloyed with mercury makes an infrared detector material CdHgTe.
*thin-film solar cell*

**CAIBE** Chemically Assisted Ion Beam Etching; combines features of chemical and physical etching.
*chemical etching, physical etching*

**calcium, Ca** common contaminant in semiconductor device manufacturing; originates primarily from chemicals and water; roughens Si surface during thermal oxidation; has an adverse effect on the gate oxide reliability.
*surface roughness, contaminant*

**cantilever loading** loading of the wafers into a horizontal furnace in such way that the boat supporting wafers is not coming in contact with inside walls of the process tube, thus, avoiding generation of particles.
*horizontal furnace*

**capacitance-voltage, C-V, measurements** several parameters of semiconductor materials and material systems can be determined by measuring C-V characteristics of designated test devices; routinely used for process diagnostics and monitoring in MOS technology; allows determination of the interface trap density, oxide fixed charge, oxide total charge, as well as flat-band voltage.
*flat-band voltage, oxide fixed charge, interface trap*

**capping layer** protective layer formed to prevent changes in the material properties during processing; e.g. a layer on the top surface of the porous low-*k* dielectric that is sealing off pores in its structure.
*porous dielectric, low-k dielectric*

**capture cross-section** effective area of a trap; defines capability of the trap to capture free charge carrier.
*trap*

**CAR** see *Chemically Amplified Resist.*

**carbon, C** an element in the same group IV of the periodic table as silicon and germanium; among its allotropes diamond (a single-crystal carbon) is an excellent wide-bandgap ($E_g = 5.45$ eV) semiconductor while graphite features very high electrical conductivity, but weak semiconductor properties; one-atom thick sheets of carbon either planar (graphene) or rolled to form a tube (carbon nanotube) display a range of excellent physical properties; as a part of the compound with silicon carbon forms silicon carbide, SiC, which is a key wide-bandgap semiconductor.
*diamond, graphene, carbon nanotube, silicon carbide*

**carbon contamination** common dry etching chemistries of semiconductors contain carbon which ends up being implanted during Reactive Ion Etching processes in the near-surface (~ 3 nm) region of etched material.
*Reactive Ion Etching, RIE damage*

**carbon doped oxide, CDO** an oxide to which carbon is added to reduce its dielectric constant *k*; used as a low-*k* interlayer dielectric in advanced interconnect schemes.
*low-k dielectric, inter-layer dielectric*

**carbon electronics** carbon appears in nature in multiple forms each displaying distinct electronic properties; with time the role of carbon in the advancement of electronics will only grow.
*carbon, diamond, graphene, carbon nanotube, fullerens, silicon carbide*

**carbon nanotube, CNT** a rolled sheet of hexagonal carbon structured in the "chicken wire"-like form; essentially a seamless tube of a single layer of carbon (graphene) in the single-walled (SWCNT) or double-walled (DWCNT) configuration; part of the fullerene structural family; depending on the structure displays either semiconductor or metallic properties, hence, can be used in the range of applications.
*fullerenes, single-walled nanotube, multi-walled nanotube*



JA1847

**"Caro" clean** same as *SPM clean.*

**carrier** in semiconductor terminology term "carrier" is synonymous with the term "charge carrier".
*charge carrier, electron, hole*

**carrier crowding** see *current crowding.*

**carrier extraction** process of removing minority carriers from the semiconductor region that remains under the influence of an electric field; e.g. in a reverse-biased *p-n* junction electrons are extracted from the *p*-type region and holes are extracted from the *n*-type region.
*minority carrier*

**carrier generation** see *generation.*

**carrier injection** the process of introducing charge carriers from one region within semiconductor device to another, e.g. in a forward-biased *p-n* junction electrons are injected into the *p*-type region and holes are injected into the *n*-type region.
*emitter*

**carrier recombination** see *recombination.*

**catastrophic breakdown** an irreversible breakdown resulting in permanent inability of the device or material to control current flow.
*hard breakdown, breakdown*

**cavity** see *optical cavity.*

**CBE** Chemical Beam Epitaxy.
*epitaxy*

**CCD** see *charge-coupled devices.*

**CCS** see *constant-current stress*.

**CD** see *critical dimension*.

**CDO** see *carbon doped oxide.*

**CEL** see *Contrast Enhancement Layer*.

**ceramic package** an electronic/photonic/MEMS device housing package made out of ceramic material; due to the high modulus of elasticity and low coefficient of thermal expansion ceramic packages find a broad range of applications.
*package*

**CERDIP** Ceramic Dual-In-line Package.
*DIP, package*

**CFM** Contamination Free Manufacturing.

**cfm** cubic feet per minute, see *pumping speed.*

**chain scission** a process of bonds breaking in polymeric chains as a result of illumination; foundation of a positive resist technology in photolithography; bond breaking (chain scission) makes originally insoluble positive resist soluble in in the developer.
*crosslinking, positive resist*

**chalcogenides** chemical compounds involving chalcogens; display physical properties of interest in semiconductor device engineering including solar cells; e.g. binary $GeS_2$, ternary $Ge_2Sb_2Te_5$, or quaternary $CuIn_xGa_{(1-x)}Se_2$.
*chalcogens*

**chalcogenides CVD** a Chemical Vapor Deposition of chalcogenides thin films.
*CVD*

**chalcogens** elements in group 16 of the periodic table among which sulfur, selenium and tellurium form compounds used in thin-film deposition processes.
*CVD*

**channel** high conductivity region connecting source and drain in Field Effect Transistors; electrical conductivity of the channel can be changed by changing gate potential; by turning channel "on" and "off" the switching action in FETs is accomplished.
*Field Effect Transistor, drain, source*

**channel length** distance between source and drain in the Field Effect Transistors (FET); shorter the channel faster switching by the FET can be achieved; reduction of the channel length in MOSFETs is a driving force behind the progress in semiconductors electronics; strictly speaking not the same, but in common usage synonymous with the term "gate length".
*channel, gate length, short-channel effects, gate scaling*

**channel stop** $p^+$ implanted layer underneath oxide pad in LOCOS isolation scheme in CMOS devices; put in place to prevent formation of an inversion layer which would create a conductive channel between PMOS and NMOS parts of the CMOS cell.
*latch-up, LOCO, STI*

**channeling** the effect occurring during ion implantation into crystalline solids; implanted specie may enter an open "channel" in the crystal lattice as a result of which it may penetrate the solid deeper than other implanted species subjected to collisions with atoms in the lattice; probability of channeling increases with implantation energy; its impact is reduced by adjusting implantation angle.
*ion implantation, implantation energy, implantation angle*

**charge carrier** a particle carrying an electric charge which is free to move in the conductive solid; electrons in conductors, electrons and hole in semiconductors.
*electron, hole, ion*

**Charge Coupled Device, CCD** an imaging device based on a silicon MOS capacitor structure; exploits sensitivity of charge distribution in the space-charge region of MOS capacitor to illumination and converts optical signal into electrical signal; commonly used as an imaging device in video equipment; manufactured in very densely packed arrays in numbers per chip defining number of "pixels".
*space-charge region, CMOS image sensor*

**charge screening** an effect which reduces strength of interactions between electric charges by reducing electrostatic field.

**charge, static** see *static charge*.

**charge-to-breakdown, $Q_{bd}$** a measure of the reliability of thin gate oxides in MOS devices; Time Dependent Dielectric Breakdown (TDDB) technique; current of known density is forced through the oxide at the constant gate voltage; point in time at which voltage drops (indicating oxide breakdown) is determined; knowing current density and time to breakdown, total charge needed to break the oxide ($Q_{bd}$) is determined.
*GOI, oxide breakdown, ramp voltage oxide breakdown, TDDB*

**chemical etching** process of either wet (liquid-phase) or dry (gas-phase) etching through the chemical reaction between chemically reactive etching species and etched material; chemical etching is isotropic and selective.
*etch, isotropic etch, selective etch, physical etching, wet etching, dry etching*

**Chemical-Mechanical Planarization, CMP** increased force mechanical interactions between polishing pads and the patterned wafer surface enhanced by the chemically reactive slurry; a combination of chemical etching and abrasive polishing carried out for the purpose of surface planarization through the removal of excess material; commonly used in the definition of metal interconnect pattern; key process in back-end of line IC manufacturing.
*surface planarization, BEOL, damascene*

**Chemical Mechanical Polishing, CMP** a reduced-force mechanical interactions between polishing pads and the wafer surface enhanced by the chemically reactive slurry; a combination of chemical etching and abrasive polishing carried out for the purpose of reducing surface roughness; can be performed on the front surface of the wafer or front and back surfaces simultaneously.
*wafer fabrication, wafer thinning, slurry, double-sided polishing, surface planarization*

**chemical oxide** an oxide growing on the surface of semiconductors during wet cleaning and rinsing operations; highly hydrated with composition departing from stoichiometric native oxide; in the case of Si chemical oxide can be defined as $SiO_x$ with O < x < 2.
*APM, native oxide*

**Chemical Vapor Deposition, CVD** the most common thin-film deposition method in advanced semiconductor manufacturing; deposited species are formed as a result of the chemical reaction between gaseous reactants at elevated temperature in the vicinity of the substrate or on its surface; solid product of the reaction is deposited on the surface of the substrate; used to deposit films of semiconductors (crystalline and non-crystalline), insulators as well as metals; key variations of CVD processes include Atmospheric Pressure CVD ( APCVD), Low Pressure CVD (LPCVD), Plasma Enhanced CVD (EPCVD), Metal-Organic CVD (MOCVD), Atomic Layer CVD (ALCVD) *(definition of each is included in this glossary).*
*Physical Vapor Deposition, Physical Liquid Deposition*

**Chemically Amplified Resist, CAR** a photoresist with photoactive component added to stimulate photochemical process during resist exposure; an advanced photoresist needed in deep UV photolithography.
*enhancement techniques, deep UV*

**chemisorption** adsorption of species (adsorbates) at the solid surface by formation of chemical bond between the adsorbate and the surface.
*physisorption*

**chip** a part of semiconductor wafer containing the entire circuit, also referred to as a "die".
*die*, integrated circuit

**chrome mask** a photolithographic mask (photomask) which uses thin film of chrome as an opaque material; due to sharper edges, mechanical durability and high optical density of Cr the chrome masks offer superior performance as compared to photomasks using emulsion as opaque material.
*opaque material, photoemulsion mask, photolithography, photolithographic mask*

**CIGS** copper indium gallium (di)selenide; chemical formula: $CuIn_xGa_{(1-x)}Se_2$; used as a light-absorbing polycrystalline thin-film material system in efficient (above 19%) heterojunction solar cells.
*solar cell, chalcogenides*

**CIM** Computer Integrated Manufacturing.

**CIS** copper indium diselenide ($CuInSe_2$); in the form of thin-film of interest in solar cell engineering.
*solar cell, chalcogenides*

**cleaning** the process of removing contaminants (particles as well as metallic and organic contaminants) from the surface of the wafer; can be implemented using liquid chemicals (wet cleaning) of gases (dry cleaning); the most frequently applied processing step in traditional semiconductor device manufacturing sequence; an element of the broadly understood surface engineering; implemented differently in bulk wafer and thin-film based device technologies; standard cleaning techniques are not compatible with processes involved in thin-film device processing, organic semiconductors, and nanomaterial device systems.
*contaminant, dry cleaning, wet cleaning, surface engineering*

**cleanroom** an enclosed ultra-clean space in which semiconductor manufacturing takes place; features counts of airborne particles reduced to technically feasible minimum and strictly controlled temperature and humidity of ambient air.
*particles, ballroom cleanroom, HEPA filters, ULPA filters*

**cleanroom class** a number indicating class (quality) of a clean room; defined in terms of the number of particles of given size per cubic foot or cubic meter of air; e.g. (for the sake of concept illustration only) Class 10: maximum 10 particles 0.5 μm per $ft^3$; Class 1: maximum 1 particle 0.5 μm per $ft^3$.
*cleanroom*

**cleaved SOI** process used to fabricate bonded SOI substrates; before bonding one wafer is implanted with hydrogen to the depth which will determine thickness of an active layer in future SOI wafer; following bonding wafer is subjected to an anneal during which implanted wafer splits along the plane stressed with implanted hydrogen - one section, very thin, remains bonded to the other wafer forming SOI substrate while the other can be re-used in the fabrication of additional SOI substrates; process is also know as a Smart Cut® (registered name SOITEC S.A.)
*bonded SOI, active layer, cleaving*

**cleaving** splitting of semiconductor crystal along crystallographic planes or induced in the crystal lattice strained regions; typically initiated by rapid thermal treatment of the crystal.
*crystal plane, strain*

**cluster, linear** the cluster tool in which process modules are installed "in-line", i.e. wafers can only be processed in sequence in which process modules are integrated.
*process integration, cluster tool*

**cluster, radial** the cluster tool in which process modules are installed on the sides of the centrally located wafer handler platform; single robotic arm installed in the center transfers wafers in between the modules in the flexible sequence.
*process integration, cluster tool*

**cluster tool** a tool comprising two or more mechanically and software integrated process modules installed on the central wafer handler platform; allows several operations to be performed on the wafer without exposing it to ambient air.
*integrated processing, handler platform*

**CMOS** Complementary Metal Oxide Semiconductor structure; consists of *N*-channel and *P*-channel MOS transistors (MOSFETs); due to the very low power consumption and dissipation, very low energy needed to perform switching as well very low standby current the CMOS is a very effective cell for the implementation of digital functions; CMOS is by far the most important device configuration in state-of-the-art silicon digital integrated circuits.
*digital integrated circuit, MOSFET, NMOSFET, PMOSFET*

**CMOS image sensor** an alternative to CCD design of image sensors converting optical image into electric signal; manufactured using CMOS process; choice between CCD and CMOS image sensors depends on specific application.
*charge-coupled device, CMOS*

**CMOS inverter** a pair of two complementary MOS transistors (*P*-channel and *N*-channel) with the source of the *N*-channel transistor connected to the drain of the *P*-channel transistor and the gates

connected to each other; the output (drain of the *P*-channel transistor) level is high whenever the input (gate) level is low, and the other way round; CMOS inverter is a basic building block of CMOS digital circuits.
*CMOS, logic gate, NMOSFET, PMOSFET*

**CMP** see *Chemical Mechanical Polishing*.

**CMP** see *Chemical Mechanical Planarization*.

**CNFET** Carbon Nanotube Field Effect Transistor; a MOSFET using carbon nanotube as a channel.
*carbon nanotube, MOSFET*

**CNT** see *carbon nanotube.*

**cobalt silicide, $CoSi_2$** contact (ohmic) material in Si technology; resistivity 16-20 μΩ-cm; formed at the sintering temperature of 900 °C.
*ohmic contact, silicide, sintering temperature $TiSi_2$, $WSi_2$*

**cold cathode** see *field emission.*

**coldwall reactor** thermal reactor using inductive heating; energy is coupled primarily to the wafer holder while walls of the process chamber remain at the low temperature.
*hotwall reactor, radiant heating*

**collector** a region in bipolar transistor collecting carriers from the base; should be lightly doped to assure proper transistor operation; in an integrated version very highly doped sub-collector region is formed to assure ohmic characteristics of the collector contact.
*bipolar transistor, sub-collector contact, ohmic contact, common collector configuration*

**colloidal semiconductor** a colloidal solution in which dispersed phase consists of nanoparticles of semiconductor material; using spin-on deposition, mist deposition or other Physical Liquid Deposition (PLD) methods colloidal semiconductor can be converted into a solid thin-film.
*colloidal solution, Physical Liquid Deposition*

**colloidal solution** a solution in which *nm*-sized insoluble particles are dispersed in the liquid medium; by definition must involve two distinct

phases: a dispersed phase (the suspended particles) and a continuous phase (the medium of suspension); in semiconductor engineering used as precursors in nanocrystalline quantum dots films formation.
*colloidal semiconductor, nanocrystalline quantum dot*

**common-base configuration** a circuit (amplifier) configuration of a bipolar transistor where emitter is the input electrode, collector is the output electrode and base is the reference electrode for both input and output.
*common-emitter configuration, bipolar transistor*

**common-base current gain** the ratio of the collector current to the emitter current in bipolar transistors in common-base configuration.
*bipolar transistor*

**common-base cut-off frequency** frequency at which current gain in the common-base configuration of the bipolar transistor drops to 1.

**common-collector configuration** circuit (amplifier) configuration of a bipolar transistor where base is the input electrode, emitter is the output electrode and collector is the reference electrode for both input and output.
*common-emitter configuration*

**common-collector current gain** the ratio of the emitter current to the base current in bipolar transistors in common-collector configuration.
*bipolar transistor*

**common-emitter configuration** circuit (amplifier) configuration of a bipolar transistor where base is the input electrode, collector is the output electrode and emitter is the reference electrode for both input and output.
*common-base configuration*

**common-emitter current gain** the ratio of the collector current to the base current in bipolar transistor in common emitter configuration.
*transistor gain*

**common-emitter cut-off frequency** frequency at which current gain in the common-emitter configuration in the bipolar transistor drops to 1.

**compensated semiconductor** a semiconductor which contains donor (concentration $N_D$) and acceptor (concentration $N_A$) dopant atoms in the same region; in *n*-type compensated semiconductor $N_D > N_A$; in *p*-type compensated semiconductor $N_D < N_A$.
*dopant*

**complementary MOS** see *CMOS*.

**complex oxides** a family of $ABO_x$ oxides (e.g. $SrTiO_3$) displaying unusual, potentially very useful physical properties due to which they can be engineered to behave as dielectric, magnetic or superconducting materials.
*functional oxides, strontium titanate*

**compound semiconductors** semiconductors formed using two or more elements; compound semiconductors do not appear in nature; they are synthesized using primarily elements from groups II through VI of the periodic table; distinct classes of compound semiconductors include: AII-BVI (e.g. CdSe), AIII-BV (e.g. GaAs) and AIV-BIV (e.g. SiC).
*semiconductors, AII-BVI, AIII-BV, AIV-BIV, elemental semiconductors, inorganic semiconductors*

**compressive stress** stress resulting in compression of the material; tensile stress acts in the opposite direction; stress is a common occurrence in semiconductor structures at the interface between crystals featuring different lattice constants.
*stress, tensile stress, lattice mismatch*

**computational photolithography** an approach to the improvement of the resolution of the photolithographic pattern transfer process based on computer models predicting impact of diffraction, interference and other resolution-limiting effects and using these models to optimize masks design.
*enhancement techniques, mask, OPC*

**concentrated photovoltaics** lenses or other optical means are used to concentrate a large amount of solar energy (sunlight) onto small area photovoltaic cells, thereby, allowing generation of the same amount of electricity using much smaller (reduced area) solar panels.
*solar cell, photovoltaic effect*

**conduction band** the upper energy band in semiconductor separated by the energy gap (bandgap) from the valance band; conduction band is not completely filled with electrons, hence, electrons can conduct in the conduction band; in metals valence band and conduction band overlap.
*energy gap, valence band*

**conductivity, electrical** reciprocal of resistivity; unit *S* (Siemens) = 1/Ω; measure of semiconductor ability to conduct current; depends on dopant concentration and mobility of charge carriers.
*resistivity, mobility*

**conformal coating** a coating (deposited film) which thickness remains the same regardless of the underlying geometrical features of the substrate surface.
*shadowing effect*

**constant-current stress, CCS** technique used to study time-dependent breakdown of the gate oxide; constant current featuring predetermined density is injected into the oxide until it breaks downs (gate voltage drops to zero).
*gate oxide, GOI, TDDB*

**constant-source diffusion** also known as unlimited-source diffusion or pre-deposition; concentration of diffusant (dopant) on the surface of the wafer remains constant during the diffusion process, i.e. while some dopant atoms diffuse into the substrate additional dopant atoms are continuously supplied to the surface of the wafer.
*limited-source diffusion, pre-deposition, redistribution*

**constant-voltage stress, CVS** technique used to study time-dependent breakdown of the gate oxide; constant voltage is applied to the gate until oxide breaks down (rapid, irreversible increase of the gate current).
*gate oxide, GOI, TDDB*

**contact angle** see *wetting angle.*

**contact printing** printing mode used in photolithography in which during exposure photomask and the wafer are in physical contact; allows resolution below 1 μm depending on the wavelength of exposing light,

but may cause mask damage; in advanced nanoelectronic manufacturing replaced with projection printing (steppers).
*projection printing, proximity printing*

**contact resistance** resistance of the metal-semiconductor contact commonly resulting from the presence of an ultra-thin oxide and/or organic contaminants at the interface
*metal-semiconductor contact, chemical oxide, organic contaminant*

**contaminant** an alien element or specie from the medium (e.g. from process gases, liquids, clean room air, etc.) in contact with semi-conductor; contaminant may adhere to its surface and adversely affect the process and eventually performance of the processed device; the most common types of contaminants in semiconductor processing: particles, organic contaminants and metallic contaminants each having a distinct adverse effect on the process and/or device performance.
*particle, metallic contaminant, organic contaminant*

**contamination** presence of contaminants in the process ambient and/or on the wafer surface.
*contaminant*

**contamination control** prevention of penetration of process ambient by contaminants.
*cleanroom*

**continuity equation** an equation that states that the current density in semiconductor may vary with time only due to generation-recombination processes.
*generation, recombination*

**Contrast Enhancement Layer, CEL** a layer in the photoresist stack added to increases resolution of the pattern transfer process.
*enhancement techniques*

**conversion efficiency** in solar cell terminology the ratio of the output electrical power to the power of incident solar radiation; expressed in %; varies from few % to over 40% depending on the type of solar cell.
*solar cell*

**COO** see *Cost of Ownership*.

**COP** see *Crystal Originated Pits* and *Crystal Originated Particle*.

**copper, Cu** *(i)* metal of choice for interconnects in advanced ICs; features second lowest resistivity among metals (1.7 μΩ-cm); advantages over aluminum: no electromigration and lower resistivity; *(ii)* defect causing contaminant if allowed to penetrate silicon; very fast diffusant in silicon; results in the reduced lifetime of minority carriers by defect decoration.
*electromigration, metallic contaminants, defect decoration*

**copper interconnect** an interconnect scheme in advanced integrated circuits using copper as a metal for interconnect lines.
*copper, interconnect*

**corona charging** an electric discharge in the air in the vicinity of semiconductor surface; air is ionized and ions are deposited on the surface; used in non-contact electrical characterization of semiconductors.
*non-contact electrical characterization*

**cost of ownership, COO** cost of implementing given process technology including cost of equipment, infrastructure, maintenance, materials, impact on existing tool set, etc.; typically determined for specific tool or set of tools needed to carry out specific processing goal.

**coulomb** unit of electric charge in SI system, unit symbol C; C = 1 Ampere x 1 sec. (charge transported by constant current of one ampere in one second).

**Coulomb blockade, CB** an effect causing increased resistance of semiconductor device in the vicinity of the tunnel junction at the very low bias voltage.
*tunnel junction*

**Coulomb force** the force between electrically charged particles.

**Coulomb's law** a quantitative expression defining electric force (Coulomb force) between two charged objects.

**Coulomb scattering** electrostatic interactions between electrons moving in semiconductor in the presence of electric field and atoms in the lattice, dopant ions, and defects.
*scattering*

**coulombic interactions** an attraction or repulsion interactions between electrically charged particles.

**covalent bond** material is held together by sharing electrons originating from the adjacent (bonded) atoms; in the case of silicon (atomic number 14) each atom shares its four outer electrons with each of the four adjacent atoms leaving no free electrons as remaining 10 electrons are tightly bonded to the nuclei; materials featuring covalent bond: e.g. group IV semiconductors Si, Ge, and C.
*ionic bond, metallic bond*

**CP-4 etch** a solution used to chemically polish Si surface; consists of $HF:HNO_3:CH_3COOH$ typically in 3:5:3 ratio.
*silicon etch*

**CPGA** Ceramic Pin Grid Array; type of IC package.
*package, ceramic package*

**CPU** Central Processing Unit; microprocessor, i.e. the part of the computer which executes and controls computational operations.
*microprocessor*

**Cr, chrome** a metal used as an opaque (nontransparent to UV) part of the masks in photolithography; due to high optical density and sharp edges assures better than photoemulsion resolution of the pattern transfer process; also Cr photomasks are much more durable (scratch resistant) than emulsion masks.
*chrome mask, photoemulsion, photomask*

**critical dimension, CD** dimensions of the smallest features (width of interconnect line, contacts, etc.) which can be formed during semiconductor device/circuit manufacture using a given set of process tools.
*design rules*

**critical thickness, $h_c$** see *pseudomorphic material.*

**critical temperature** temperature above which semiconductor loses its extrinsic properties (due to the excessive generation of electron-hole pairs) and displays properties of an intrinsic semiconductor; temperature above which *p-n* junction ceases to exist and devices/circuits built into semiconductor are annihilated; wider bandgap ($E_g$) semiconductors feature higher critical temperature, and hence, can operate at higher temperatures.
*thermal generation, intrinsic-, extrinsic semiconductor, thermal conductivity*

**cross-talk** undesired capacitive interactions between two adjacent metal lines in the multilevel metallization scheme of an integrated circuit; to allow device operation at high frequency cross-talk must be minimized by using interlayer insulator featuring as low dielectric constant ($k$) as possible.
*interconnect, low-k dielectric, ILD*

**crosslinking** process of establishing new bonds in polymeric chains as a result of illumination; basis of the negative resist technology in photolithography; renders negative resist initially soluble in the developer insoluble.
*chain scission, negative resist*

**CRT** Cathode Ray Tube; imaging device based on e-beam scanning of phosphors covered back of the screen to generate image; replaced entirely by LCD, LED and OLED displays.
*LCD, LED display, OLED display, phosphor*

**cryogenic aerosol** high velocity frozen particles of inert gas such as $CO_2$ or Ar; directed toward the wafer surface cryogenic aerosol is used to remove particles from the wafer surface.
*particles, dry cleaning*

**cryogenic pump** high-vacuum pump operating in the pressure range from about $10^{-3}$ torr to about $10^{-9}$ torr; removes gas molecules from vacuum by trapping them on cold surfaces; efficient, clean pumping; used in high-end vacuum equipment in semiconductor manufacturing.
*turbomolecular pump*

**cryosol spray** same as *cryogenic aerosol*.

**crystal** a solid featuring periodic spatial arrangement of atoms referred to as long-range order; among crystals the single-crystal materials feature long-range order throughout the entire piece of material while poly-crystalline materials feature long-range order only within limited grains; crystal (crystalline) semiconductors play dominant role in semiconductor device engineering.
*single-crystal, polycrystalline material, amorphous*

**crystal defects** imperfections in the highly ordered crystallographic structure of a crystalline solid; if present in high densities, defects rather than the inherent physical properties of a given semiconductor will determine its electronic characteristics; major types of defects that can occur in the crystalline solid include point defects, line defects, planar defects, and volume defects.
*point, line, planar, volume defects*

**crystal growth** term refers to the process in the course of which a single-crystal material is being formed.
*Czochralski crystal growth, Float-Zone growth, Bridgman method, crystal pulling, epitaxy*

**crystal lattice** periodic, symmetrical three-dimensional arrangement of atoms in the crystal solids.
*lattice point*

**Crystal Originated Pits, COP** structural defects formed on the surface of the single-crystal semiconductor; not related to any external interactions/process malfunctions.
*single-crystal, pit*

**Crystal Originated Particles, COP** particles on the surface of the single-crystal wafer which result from crystal restructuring during process rather than from the external sources, e.g. process ambient.
*particle*

**crystal (crystallographic) planes** the planes in the crystal which define its orientation; key electrical, thermal, and mechanical properties of semiconductors are different along different crystal planes; Miller indices are used to define crystal planes.
*Miller indices, surface orientation*

**crystal pulling** foundation of the Czochralski single-crystal growth technique (CZ); process in which single-crystal seed is slowly withdrawn from the melt and crystalline material condenses at the liquid-solid interface gradually forming a rod-shaped piece of single-crystal material.
*Czochralski crystal growth*

**crystal unit cell** see *unite cell*.

**cubic system** one out of seven systems of unit cells in crystallography; the unit cell is in this case in the shape of the cube; includes simple cubic cell, body-centered cell (BCC), and face-centered cell (FCC); most of key semiconductors crystallize following FCC lattice.
*Face-Centered Cubic; diamond lattice, zincblend lattice, Wurzite structure*

**current crowding** a non-uniform distribution of the density of current in semiconductor; may cause device malfunction by localized over-heating, voids formation, enhanced electromigration, etc.
*electromigration*

**current gain** the ratio of the output current to the input current in the transistor.
*transistor*

**current-voltage, I-V, measurement** procedure used to determine electrical characteristics of semiconductor test structures and devices by measuring current flowing across the device as a function of applied voltage; several important characteristics of semiconductor material/ device can be derived from I-V measurements.
*capacitance-voltage measurements*

**custom integrated circuit** see *ASIC*.

**cut-off frequency** the signal frequency at which transistor's current gain drops to unity.
*current gain, transistor*

**cut-off region** an operating mode of the transistor in which its output current saturates at its lowest value; transistor is fully-"off".
*saturation region*

**C-V measurements** see *capacitance-voltage measurements.*

**CVD** see *Chemical Vapor Deposition*.

**CVS** Constant-Voltage Stress, see *TDDB*.

**Czochralski crystal growth, CZ** process of obtaining single-crystal solids; the most common method used to fabricate large diameter silicon wafers (up to 450 mm in diameter); single-crystal material is pulled out of the melt in which single-crystal seed is immersed and then slowly withdrawn; desired conductivity type and doping level is accomplished by adding dopants to the melt; produces single-crystal with very low defect density, but with some oxygen and/or carbon contamination.
*Bridgman growth, float-zone crystal growth, magnetic CZ, single-crystal*

**CZTS** copper-zinc-tin-sulfur (or selenium) thin-film semiconductor materials used to fabricate solar cells with efficiencies around 10%.
*conversion efficiency, solar cell*

# D

**DAC** Digital-to-Analog Converter.

**damage** process induced disruption of the chemical composition and/or structural/mechanical integrity of the wafer or materials on its surface; some damage can be reversed by thermal annealing (e.g. radiation damage), some is irreversible (e.g. mechanical damage) and can be removed by etching away damaged part of the material.
*mechanical damage, radiation damage, RIE damage, RTA*

**damascene process** process in which interconnect metal lines (e.g. copper) are delineated in dielectrics isolating them from each other not by means of photolithography and etching, but by means of the chemical-mechanical planarization (CMP); in this process: *(i)* interconnect pattern is first photolithographically defined in the layer of dielectric, *(ii)* metal is deposited to fill resulting trenches, and *(iii)* excess metal is removed by means of chemical-mechanical planarization; dual damascene is a modified version of the process.
*chemical-mechanical planarization, dual damascene, ILD*

**dangling bond** unsaturated (broken) interatomic bond at the semiconductor surface or in its bulk; electronically active; can interact with charge carriers in semiconductor.
*surface state, interface trap*

**DARC™** Dielectric Anti-Reflective Coating; a trademark of Brewer Science, Inc.
*anti-reflective coating*

**DBR** Distributed Bragg Reflector; a multilayer structure implemented in surface emitting laser to produce high quality mirrors.
*Surface Emitting Laser*

**DCFL** Direct-Coupled FET Logic.
*Field Effect Transistor*

**DDE** Double Diffused Epitaxy; see *epitaxy.*

**Deal-Grove model** a model describing kinetics of thermal oxidation of silicon based on chemical reaction between silicon and oxidizing species; accurate for oxides thicker than about 30 nm; of limited use for oxide thinner than about 10 nm as it does not consider electrical interactions between oxidizing species and charge carriers in oxidized semiconductor; assumes surface reaction controlled oxide growth in early stage of oxidation (linear regime) and controlled by diffusion of oxidizing species through the oxide during extended oxidation (parabolic regime).
*oxidation constants, thermal oxidation*

**Debye length** a distance in semiconductor over which local electric field affects distribution of free charge carriers; decreases with increasing concentration of free charge carriers.
*free charge carrier*

**deep depletion** a non-equilibrium condition in the sub-surface region of semiconductor in MOS devices in which depletion layer is wider than in thermal equilibrium.
*depletion*

**deep etching** etching of geometrical features during fabrication of MEMS devices; quite commonly reaches tens of micrometers into the

bulk of the substrate wafer; Deep Reactive Ion Etching is a preferred deep etching method.
*etch, MEMS, Deep Reactive Ion Etching*

**deep level** the energy level “deep” in the energy gap (bandgap) of semiconductor, i.e. away from the edges of the conduction and valance bands and close to the intrinsic Fermi level; most commonly introduced by the metallic contaminants penetrating semiconductor.
*energy level, DLTS, intrinsic Fermi level*

**Deep Level Transient Spectroscopy, DLTS** spectroscopic method based on the electrical characterization of semiconductor structures allowing detection and quantitative analysis of the “deep” energy levels in the energy gap of semiconductor.
*deep level*

**Deep Reactive Ion Etching, DRIE** a method used to delineate deep geometrical features in silicon; needed to shape MEMS structures; based on the Reactive Ion Etching adapted specifically to the needs of the prolonged etching processes.
*deep etching, Reactive Ion Etching, Bosch process*

**deep UV, DUV** term refers to the very short wavelength UV (Ultra-violet) light (from 193 nm to about 300 nm); typically associated with 248 nm wavelength generated by KrF excimer laser, and 193 nm wave-length generated by ArF excimer laser.
*excimer laser*

**deep UV photolithography** a photolithography mode using deep UV for the photoresist exposure.
*extreme UV photolithography*

**deep UV photoresist** a photoresist used in deep UV photolithography, i.e. the photoresist sensitive to the UV light in the deep UV range.
*deep UV, deep UV photolithography*

**defect** an imperfection in terms of the structural integrity or chemical composition within the material system comprising semiconductor device; defects result in the deterioration of the device performance by interfering with charge transport, promoting breakdown, etc.
*crystal defects*

**defect "decoration"** a precipitation of the certain types of contaminants (mostly metallic) present in the semiconductor crystal around structural defects and creation of the electrically active centers interfering with the minority carrier lifetime.
*minority carrier lifetime*

**degenerate semiconductor** semiconductor that is so heavily doped that its Fermi level is located closer to one of the band edges (either conduction or valance) than *2 kT/q* or inside either conduction or valance band; acts more like a metal than semiconductor; some semiconductors are intrinsically degenerate.
*energy bands, Fermi level, non-degenerate semiconductor*

**deionized water, DI water** an ultra-pure water used in semiconductor manufacturing; produced by removing ions of dissolved minerals using reverse osmosis and ion-exchange processes; DI water should also be free from particles, bacteria, organics, and dissolved oxygen; purity of deionized water is determined based on its resistivity; target resistivity is 18 MΩ-cm.
*rinsing, ozonated water*

**delta-doping** formation of the stack of the individually doped *nm*-thick layers by means of the Molecular Beam Epitaxy (MBE) or MOCVD; resulting dopant distribution in the multilayer structure follows the Dirac delta function and is engineered to achieve specific device functions.
*MBE, MOCVD*

**density of states** the density of quantum states electron in semiconductor can occupy per unit energy per unit volume ($1/eV\text{-}cm^3$); an important physical concept which determines key physical properties of semiconductor such as charge transport, dependence of conductivity on temperature, optical absorption and others.

**density of states function** the density of quantum states electron can occupy as a function of energy.
*density of states*

**denuded zone, DZ** a very thin region in the semiconductor substrate wafer immediately adjacent to its surface from which contaminants

and/or defects were relocated toward the bulk of the wafer by means of gettering; devices are built into denuded zone.
*gettering extrinsic, gettering intrinsic*

**Depleted Substrate Transistor, DST** represents a class of MOSFETs built into the SOI substrate in such way that its active Si layer between source and drain is fully depleted creating a high conductivity channel; elimination of the junction capacitances results in the device featuring superior characteristics of the DST; same as "fully depleted SOI".
*SOI, Fully-Depleted SOI*

**depletion** condition within the semiconductor material system where concentration of majority carriers is lower than dopant concentration; under the normal thermal equilibrium condition concentration of majority carriers is the same as the concentration of dopant atoms.
*thermal equilibrium, accumulation*

**depletion approximation** an approximation which assumes that the edges of the depletion region are well defined and the transition to the adjacent regions is abrupt.
*depletion region*

**depletion mode MOSFET** a normally "on" MOSFET; i.e. device in which gate voltage $V_G$ must be applied to turn it off; in other words MOSFET in which channel exists even at $V_G = 0$.
*enhancement mode MOSFET, MOSFET*

**depletion region** a region in semiconductor materials system in which the state of depletion is created; associated with the potential barrier present at the *p-n* junction or at the oxide-semiconductor interface (MOS devices) or at the metal-semiconductor contact.
*depletion, space-charge region*

**depletion width** a width of the depletion region.
*depletion region*

**depth of focus, DOF** distance along the optical axis over which features of the illuminated surface are in focus; one of key factors determining resolution of photolithography.
*photolithography, resolution*

**depth profiling** materials characterization method allowing determination of the distribution of elements in the solid in the direction normal to its surface; common in conjunction with SIMS, Auger Electron Spectroscopy and other methods of surface analysis; depth profiling is accomplished by simultaneous gradual removal of the material using ion milling and analysis of its chemical composition; depth profiling is broadly used in semiconductor R&D.
*Auger Electron Spectroscopy, SIMS, ion milling*

**design rule** the minimum dimension of the devices and interconnects comprising an integrated circuit adopted during the circuit's design stage; determined by the capabilities of process technology available.
*critical dimension*

**DESIRE** Diffusion-Enhanced Silylated Resist.
*Photoresist*

**desorption** process of freeing of the volatile species adsorbed at the solid surface as a result of external interactions such as reduced ambient pressure, or increased temperature, or illumination.
*adsorption*

**developer** in the lithographic processes a liquid used to dissolve parts of the resist following its selective exposure to UV light, or electron beam, or X-rays.
*lithography*

**development** process following resist exposure during which resist is locally dissolved in the developer.
*developer*

**DFT** Design For Testability; the circuit is designed such that it can performed the self-testing functions.

**DHBT** Double Heterojunction Bipolar Transistor.
*bipolar transistor, HBT*

**DHET** Double Heterojunction Field Effect Transistor.
*Field Effect Transistor, HFET*

**DHF** dilute HF; $SiO_2$ etching solution of 49% HF in water; typical composition: 1 part HF : 100 parts $H_2O$.
*hydrofluoric acid*

**DI water** see *deionized water*.

**diamond** a single-crystal carbon; wide bandgap semiconductor ($E_g$ = 5.4 eV) featuring mobility of electrons and holes (300 K) of 1900 $cm^2$/Vsec and 1500 $cm^2$/Vsec respectively; excellent thermal conductivity; in theory a material featuring excellent semiconductor properties; in practice difficult to form in the shape and crystal quality compatible with commercial manufacturing of semiconductor devices; also, restrictions on the *p-n* junction formation due to the lack of adequate *n*-type dopants hamper progress in diamond semiconductor devices; thin-film diamond deposition by CVD was demonstrated.
*carbon, wide-bandgap semiconductor*

**diamond lattice** crystal structure which belongs to the face-centered cubic (FCC) class of crystals; several semiconductors, most notably silicon, crystallize following diamond lattice.
*face-centered cubic, zincblend lattice*

**DIBL** see *Drain-Induced Barrier Lowering*.

**diborane, $B_2H_6$** gaseous compound commonly used in silicon manufacturing as a source of boron (B) which is *p*-type dopant in silicon.
*diffusion source, dopant*

**dicing** process of cutting semiconductor wafer into individual chips following completion of device fabrication (both discrete and integrated); in the case of large diameter wafer dicing is carried out by partially cutting the wafer along preferred crystallographic planes using high precision ultra-thin diamond blade saw; by wafer scribing in the case of smaller diameter wafers.
*chip, die, scribing*

**die** a single piece of semiconductor containing entire integrated circuit which has not yet been packaged; at the end of the manufacturing process wafers are separated into dies; synonymous with the term chip.
*package, packaging, chip*

**die attachment** process of attaching die (chip) to the package.
*assembly, package*

**die separation** see *dicing*.

**dielectric** a solid displaying insulating properties (energy gap typically wider than about 5 eV); its upper most energy band is completely empty, hence, dielectric features extremely low conductivity; by definition, characteristics of a dielectric are independent of the applied voltage; common dielectrics in semiconductor technology: $SiO_2$, $SiN_4$, $Al_2O_3$, etc.
*insulator, high-k dielectric, low-k dielectric*

**dielectric relaxation time** a time needed by a semiconductor to return to electrical neutrality after carrier injection or extraction.
*carrier extraction, carrier injection*

**dielectric strength** maximum electric field given material can withstand before breaking down; needs to be defined for the chemically pure and structurally homogenous material of a given thickness; thin-films tend to feature higher dielectric strength than their bulk counterparts.
*breakdown, dielectric*

**diffusant** a specie moving in the solid by diffusion.
*diffusion, diffusion coefficient*

**diffused junction** formation of the *p-n* junction by diffusion of dopants into semiconductor.
*alloyed junction, implanted junction*

**diffusion** in general, motion of species in solids in the direction of the concentration gradient; *(i)* diffusion of free charge carriers in semi-conductor; *(ii)* diffusion of dopant atoms in semiconductor at elevated temperature; also, term "diffusion" is commonly used in reference to the high temperature process during which dopant atoms are introduced into semiconductor by diffusion.
*diffusion coefficient, diffusion current, doping*

**diffusion capacitance** the capacitance of the forward biased *p-n* junction resulting from the delayed response of the minority carriers

concentration to the changes in bias voltage; minority carrier storage effect.
*minority carrier storage*

**diffusion coefficient, *D*, for diffusion current** unit $cm^2$/sec; determines rate with which charge carries (electrons and holes) move across semiconductor by diffusion at the lack of electric field; proportional to carrier mobility $\mu$; higher for electrons than for holes because of the smaller effective mass of an electron.
*Effective mass, Einstein relation, mobility*

**diffusion coefficient, *D*, for thermal diffusion** unit $cm^2$/sec; determines rate with which elements move in a given solid by diffusion; depends on temperature; varies between elements by orders of magnitude, e.g. in the case of silicon at 1000 °C, *D* for gold (Au) is in the range of $10^{-7}$ $cm^2$/sec (fast diffusant) while for antimony (Sb) is in the range of $10^{-15}$ $cm^2$/sec (slow diffusant).
*diffusant*

**diffusion current** motion of charge carriers in semiconductor by diffusion, i.e. from the region of high carrier concentration to the region of low carrier concentration; diffusion current occurs in semiconductors in the absence of an electric field; in the presence of an electric field the drift current dominates electrical conduction in semiconductors.
*drift current*

**diffusion, doping** see *doping by diffusion.*

**diffusion length** term applies to the electron transport by diffusion; the distance over which concentration of free charge carriers injected into semiconductor falls to *1/e* of its original value.
*diffusion*

**diffusion pump** a high-vacuum pump (from $10^{-3}$ torr to $10^{-7}$ torr) featuring relatively high pumping speed; in the past the most common high-vacuum pump in semiconductor processing; with time, mostly eliminated from the mainstream applications because of the oil vapor back-streaming into the vacuum system.
*roughing pump, cryogenic pump, turbomolecular pump*

**diffusion source** a source of dopant atoms used in semiconductor doping processes; gas, liquid, and solid sources are available for most of the common dopants.
*diborane, phosphine, phosphorus tetrachloride*

**digital device, digital integrated circuit** devices and circuits designed to realize digital (computational) functions; in digital systems output signal is either "on" or "off" responding to the input signal; designed to assure as rapid as possible switch of output signal from "on" to "off" state (and vice versa) with as little energy as possible.
*analog device*

**digital ICs** integrated circuits designed to carry logic and memory functions; technology driving class of integrated circuits.
*digital device, logic IC, memory IC, analog ICs*

**Digital Light Processing®, DLP** a display/projection technology developed by Texas Instruments; based on the arrays of MEMS microscopic mirrors integrated on the chip known as a Digital Micromirror Device (DMD).
*MEMS, display*

**DIMOS** Double Implanted MOSFET; configuration of the discrete power MOSFET in which the source and channel regions are formed using a double implantation process.
*power device, DMOS*

**diode** in general, a two-terminal element displaying asymmetric (rectifying) current-voltage characteristics; large current flows under the forward bias, very small current flows under the reverse bias; realized either as a vacuum diode or semiconductor diode.
*semiconductor diode*

**DIP** see *Dual Inline Package.*

**direct bandgap** the energy gap (bandgap) in semiconductor is configured such that the bottom of the conduction band and the top of the valence band coincide at the momentum $k = 0$.
*indirect bandgap*

**direct bandgap semiconductor** semiconductor featuring direct bandgap; in the case of a direct bandgap semiconductor the energy released during band-to-band electron recombination with a hole is predominantly in the form of the electromagnetic radiation (radiant recombination) without generation of phonons; wavelength of emitted radiation is determined by the energy gap of semiconductor; examples GaAs, InP, etc., only direct bandgap semiconductors can be used to fabricate light emitting devices (LEDs, lasers).
*direct bandgap, indirect bandgap semiconductor, photon, phonon*

**direct plasma** plasma process in which wafer is directly exposed to plasma and its products.
*remote plasma*

**direct recombination** electron in the conduction band releases energy and recombines directly with hole in the valence band, i.e. without involving any energy levels possibly located in the bandgap.
*indirect recombination*

**direct tunneling** electron tunneling directly across the entire width of the potential barrier rather than across the partial barrier; occurs in the MOS structures with ultra-thin oxide ($<3$ nm) in which case electrons from the conduction band in semiconductor are tunneling across the oxide directly (i.e. without changing energy) into the conduction band of metal; probability of direct tunneling is a very strong function of the width of the barrier through which electrons are tunneling (oxide thickness in the case of MOS devices).
*Fowler-Nordheim tunneling, tunneling*

**direct write lithography** a lithography in which desired pattern is “written” in the resist directly using focused beam of electrons (e-beam lithography) or ions (ion-beam lithography); as opposed to masked lithography using masks to define the pattern.
*masked lithography, e-beam lithography, ion-beam lithography*

**discrete device** single semiconductor device such as transistor or diode mounted in the individual package; opposite to an “integrated” device such as transistor acting as an element of an integrated circuit.
*integrated device*

**dislocation** a two-dimensional (line) defect in single-crystal material; shift of the crystallographic planes with respect to each other; "edge" or "screw" dislocations are distinguished based on the direction of the shift.
*crystal defects, line defect, edge dislocation, screw dislocation*

**dispersive medium** a medium refractive index of which depends on the wavelength of incident light; semiconductor materials are dispersive.
*refractive index*

**display** a device converting electric signal into an image; the most efficient link between the digital domain and our senses; among the most common and the most important devices in our daily lives; all state-of-the-art displays use semiconductor devices as either light emitting or current controlling elements.
*LED display, LCD LED display, organic display*

**distribution function (d.f.)** term refers to the probability distribution function which in the case of semiconductors describes distribution of the energy states that can be occupied by an electron.
*Bose-Einstein d.f, Fermi-Dirac d.f., Maxwell-Boltzman d.f*

**DLP** see *Digital Light Processing.*

**DLTS** see *Deep Level Transient Spectroscopy.*

**DMD, Digital Micromirror Device** see *DLP*.

**D-MOSFET, DMOS** Double - Diffused MOSFET; configuration of the discrete power MOSFET in which the source and the channel regions are formed using a double-diffusion process.
*power device, DIMOS*

**donor** *n*-type dopant; element introduced to semiconductor to generate free electrons (by "donating" electron to semiconductor); must have one more valance electron than the host semiconductor; common donors in Si are P, As, Sb while in GaAs are S, Se, Sn, Si, and C.
*acceptor, dopant*

**dopant** an element introduced into semiconductor to *(i)* establish either *p*-type (acceptors) or *n*-type (donors) conductivity and *(ii)* establish

desired level of conductivity; common dopants in silicon: *p*-type, boron, B; *n*-type phosphorous, P, arsenic, As, and antimony, Sb.
*acceptor, donor*

**dopant activation (ionization)** process of dopant ionization causing release of the free electron (or free hole) after dopant has been incorporated into the semiconductor structure; requires a supply of thermal energy in excess of ionization energy.
*ionization energy*

**dopant deactivation** dopant atom may become inactive, i.e. is unable to release free charge carrier, if bonded with alien element in semiconductor; most common example in silicon: deactivation of *p*-type dopant boron, B, by hydrogen.
*dopant, dopant activation*

**dopant redistribution** term typically refers to the possible undesired, or induced on purpose, changes in the dopant profile during the high-temperature treatments to which semiconductor wafer may be subjected; driven by the dopant diffusion in the direction of the concentration gradient; in the case dopant redistribution is not desired only low thermal budget thermal treatments should be employed.
*limited-source diffusion, RTA, thermal budget*

**dopants in silicon** see *dopant*.

**doping** process of dopant introduction into semiconductor for the purpose of altering its electrical characteristics; allows control of the resistivity/conductivity of semiconductor by several orders of magnitude; also used to convert *p*-type material into *n*-type material and vice versa.
*diffusion, ion implantation*

**doping by diffusion** process of semiconductor doping carried out by means of thermal diffusion.
*diffusion*

**doping by ion implantation** process of semiconductor doping carried out by means of ion implantation.
*ion implantation*

**doping during material growth** establishing of the desired dopant concentration/conductivity type of semiconductor material by introducing dopant atoms during its formation process.
*Czochralski crystal growth, epitaxy*

**dose** typically understood as implantation dose; number of ions crossing one $cm^2$ of the surface of the implanted solid; unit ions/$cm^2$; controlled by ion beam current and implantation time; higher the dose, higher the concentration of implanted ions.
*ion implantation, implantation dose*

**double (dual) gate** an approach to the implementation of the MOSFET in which gate structure (gate oxide and gate contact) is formed on two sides of the channel, hence, "double"; doubles capacitance of the MOS gate without increasing device area; best realized in the MOSFETs featuring vertical channel such as FinFET.
*FinFET, MOS, MOSFET, surround gate, gate all around*

**Double-Gate Transistor** see *double gate*.

**double patterning** see *multiple patterning.*

**double-side polishing** a process in which both surfaces of the wafer, front and back, are polished instead of the standard one-side polishing; in some processing steps it is essential that the front and the back surface of the wafer feature the same optical (reflection, absorption) characteristics to assure the same temperature readings from both surfaces.
*CMP*

**downstream plasma** see *remote plasma*.

**DPSSL** Diode-Pumped Solid State Laser.
*laser*

**DQN photoresist** a two component photoresist: diazoquinone (DQ – photosensitive component) and novolac (N-resin); compatible with *g*-line (236 nm) and *i*-line (365 nm) exposure tools.
*g-line lithography, i-line lithography*

**drain** one of the three terminals in the Field Effect Transistor; heavily doped region located at one end of the channel in FETs; current is flowing out of the transistor through the drain.
*Field-Effect Transistor, gate, source, drain engineering*

**drain current** current flowing between source and drain regions of the FET; an output current of the FET.
*source, Field Effect Transistor*

**drain engineering** modifications of the drain and channel region adjacent to the drain in integrated MOS and CMOS devices; the goal is to improve characteristics of the MOS transistors with ultra-short channels.
*drain, raised source-drain, short channel effects*

**drain extension** a low doping extensions of the source and drain regions toward the channel; implemented by ion implantation; used in advanced CMOS to prevent premature breakdown of the drain-substrate junction.
*drain engineering, lightly doped drain*

**Drain-Induced Barrier Lowering, DIBL** parasitic short-channel effect in MOSFETs; results in the reduced control of the gate voltage $V_G$ over the transistor's current as well as in the fluctuations of the threshold voltage $V_T$.
*short-channel effects, threshold voltage*

**DRAM** see *Dynamic Random Access Memory*.

**DRIE** see *Deep Reactive Ion Etching*.

**drift** motion of charge carriers in semiconductor under the influence of an electric field

**drift current** current (motion of charge carriers) in semiconductor caused by the electric field.
*diffusion current*

**drift mobility** a proportionality factor between drift velocity of charge carriers in semiconductor and the electric field.
*mobility, drift velocity*

**drift velocity** velocity of charge carriers moving in semiconductor under the influence of the electric field; as opposed to carriers in free space, carriers in semiconductor are not "infinitely" accelerated by the electric field because of the scattering, and thus, they reach a finite velocity regardless of the period of time over which the field is acting; at a given electric field drift velocity is determined by the mobility of charge carrier.
*scattering, mobility*

**drive current** term used in reference to the output (drain) current of the MOSFET operating as an element of the digital IC; an output current of the MOSFET/CMOS in "on" state.
*digital ICs, drain current*

**drive-in** a high temperature (typically > 800 °C) operation performed on the semiconductor wafer in an inert ambient; causes motion of dopant atoms in semiconductor in the direction of the concentration gradient (diffusion); used to drive dopant atoms deeper into semiconductor; typically a second step in semiconductor doping by diffusion designed to establish desired dopant distribution and junction depth.
*diffusion, limited-source diffusion, redistribution, junction depth*

**dry cleaning** a process of contaminants removal from the wafer surface carried out in the gas-phase; driven by either conversion of contaminant into volatile compound through chemical reaction, or its "knocking" off the surface via momentum transfer (e.g. cryogenic aerosol), or through the lift-off during slight etching of contaminated surface.
*wet cleaning, surface conditioning, cryogenic aerosol*

**dry etching** an etching process carried out in the gas-phase; can be either purely chemical (plasma etching), purely physical (ion milling) or combination of both (Reactive Ion Etching, RIE).
*wet etching, plasma etching, ion milling, RIE*

**dry oxidation** process of thermal oxidation of silicon carried out in moisture-free (dry) oxygen; slower than wet oxidation, but results in $SiO_2$ featuring superior electrical integrity.
*wet oxidation, thermal oxidation*

**dry oxide** a thin layer of silicon dioxide ($SiO_2$) grown on the Si surface by dry oxidation; gate oxides in silicon MOSFETs are dry oxides as they feature superior electrical integrity.
*dry oxidation, gate oxide, wet oxide*

**dry pump** an entirely dry roughing (down to the vacuum of about $10^{-3}$ torr) pump; common in advanced semiconductor process equipment because it is oil-free, and hence, "clean"; e.g. Roots pump.
*roughing pump, Roots pump*

**drying** a process of removing water/moisture from the wafer surface and rendering it dry at the molecular level.
*IPA drying, Marangoni drying, spin drying*

**DST** see *Depleted Substrate Transistor*.

**DSW** Direct Step on Wafer; the term is referring to the advanced resist exposure technique used in photolithography.
*step-and-repeat projection*

**DTMOSFET** Dynamic Threshold MOSFET.

**dual damascene** a modified version of the damascene process employed to define metal interconnect geometry in an IC using CMP process instead of metal etching; in dual damascene two interlayer dielectric patterning steps and one CMP step create a pattern which would require two patterning steps and two metal CMP steps when using conventional damascene process.
*Chemical-Mechanical Planarization, damascene*

**Dual Inline Package, DIP** common type of package used to mount and enclose semiconductor chips; input/output pins are located in-line along two sides of the package; comes in a variety of material configurations.
*package*

**DUV** see *deep UV*.

**DUV photolithography** see *deep UV photolithography*.

**DUV photoresist** see *deep UV photoresist*.

**DWCNT** Double Walled Carbon Nanotube.
*single walled nanotube, carbon nanotube*

**Dynamic Random Access Memory, DRAM** memory cell in which digital information (data) is stored in the volatile state; a key component of the digital circuits; specific feature of DRAM cell is that besides transistor each cell requires capacitor(s) to store information; capacitors must be recharged (refreshed) periodically, hence, "dynamic".
*memory cell, SRAM*

**DZ** see *denuded zone*.

# E

**Early effect** reduction of the width of the base in bipolar transistor due to the widening of the base-collector junction with increasing base-collector voltage; Early effect may be observed on the output characteristics (collector current *vs*. base-collector voltage) as a slight increase of the collector current in the saturation region.
*base, bipolar transistor*

$E_{bd}$ breakdown field; electric field in the MOS gate oxide at which oxide breaks down, i.e. looses its insulating properties in an irreversible manner; $E_{bd}$ is measured by increasing voltage (ramp voltage) applied to MOS gate while monitoring current flowing across the gate oxide.
*oxide breakdown, ramp voltage, charge-to-breakdown*

**EBDW** see *Electron-Beam Direct Write*.

**Ebers-Moll model** the basic model (equivalent circuit) describing operation of bipolar transistor primarily in switching applications.
*hybrid-pi model*

**EBIC** see *Electron Beam Induced Current*.

**EBL** see *electron beam (e-beam) lithography.*

**EBL column** part of the electron-beam lithography (EBL) apparatus that forms and controls electron beam used to exposed resist; a multi-component, very complex system.
*electron beam (e-beam) lithography*

**ECL** Emitter Coupled Logic; based on the bipolar transistor technology; very fast switching gate but "bulky" and power consuming.
*$I^2L$*

**ECR** Electron Cyclotron Resonance; used to generate high density plasma; efficiency of ionization of gas (density of plasma) is increased by the magnetic field which is forcing electrons into cyclotron resonance.
*ECR plasma, high density plasma*

**ECR plasma** high density plasma generated using Electron Cyclotron Resonance; used primarily in etching applications; ECR plasma allows efficient etching with limited surface damage; typically implemented in the "remote plasma" configuration.
*helicon plasma, ICP, remote plasma*

**edge dislocation** a line defect; a slip of the part of crystal with dislocation line moving parallel to stress in the lattice.
*line defect, screw dislocation*

**Edge Emitting Laser, EEL** a structure of the semiconductor laser; emitted light comes out from the edge of the *p-n* junction in the direction parallel to the junction plane.
*Surface Emitting Laser*

**Edge Emitting Light Emitting Diode, EELED** a structure of the semiconductor Light Emitting Diode; emitted light comes out from the edge of the *p-n*-junction in the direction parallel to the junction plane.
*Surface Emitting LED*

**EEL** see *Edge Emitting Laser*.

**EELED** see *Edge Emitting LED*.

**EELS** Electron Energy Loss Spectroscopy.

**EEPROM** Electrically Erasable Programmable Read Only Memory; a nonvolatile memory; also known as *$E^2PROM$*; a memory cell in which information (data) can be erased and replaced with new information (data) with the application of an electric pulse.
*nonvolatile memory*

**effective mass, *m**** an effective mass of electrons and holes in semiconductor is defined taking into account forces exerted on the carriers by the atoms in the given crystal; different in different semiconductors, and hence, mobility of the charge carriers is different in different semiconductors.
*mobility*

**efficiency** term commonly applies to the energy conversion efficiency of the solar cells; defined as the percentage of the incoming energy of sun light converted into the output electrical energy; varies from about 1% to over 45% depending on the materials used and structure of the solar cell.
*solar cells, external quantum efficiency, internal quantum efficiency*

**EFG, Edge-Defined Film-Fed Growth** crystal growth method used, for instance, to form sapphire sheets and ribbons.
*sapphire*

$\boldsymbol{E_g}$ a symbol of energy gap (bandgap) in solids; see *energy gap*.

**Einstein relation** a relation between diffusion coefficient and mobility of charge carriers in semiconductor; diffusion coefficient *D* is proportional to mobility with $kT/q$ as a proportionality factor.
*diffusion coefficient, mobility*

**elastic collision** an ideal elastic collision is the one during which there is no loss of kinetic energy and momentum is conserved; with an exception of the special cases of scattering, collisions between species in solids are never perfectly elastic.
*inelastic collisions*

**electroluminescence** emission of light by the material stimulated by the current flowing though it or an electric field; allows direct conversion of electric energy into visible light without generation of heat.
*photoluminescence, luminescence*

**electromigration** deleterious effect plaguing some metals, but in particular aluminum; physical motion of atoms away from the areas where current density is very high; caused primarily by frictional force between metal ions and flowing electrons; results in the break in the metal line and formation of hillocks; common cause of the malfunction

of the aluminum interconnect network in integrated circuits; main reason for which Al interconnects were replaced with copper interconnects in advanced IC technology.
*aluminum, copper, interconnect line, hillock*

**electron** a negatively charged particle in an atom; carrier of the smallest (elemental) electric charge of 1.6 x $10^{-19}$ C; can be freed from its binding to the nuclei and become a mobile carrier of the negative charge in semiconductors; responsible for electrical conductivity of solids as well formation of inter-atomic bonds in conducting solids; serves as an "information carrier" in electronic devices and circuits; in the presence of very high electric field in ultra-small semiconductor structures exhibits properties of the wave.
*electronic device, photon, hole, elemental charge, wave-particle duality*

**electron affinity** for semiconductors the term is defined as a difference between the vacuum level and the bottom of the conduction band in an atom.
*conduction band, vacuum level*

**electron beam (e-beam)** geometrically confined and accelerated by electromagnetic forces stream of electrons directed toward desired target; carries kinetic energy that depends on acceleration; can be focused down to 1 nm in diameter; direction of the beam can be rapidly altered in the controlled fashion to scan the target; the shape of the beam (cross section) can be precisely controlled and also rapidly changed; allows delivery of the significant amount of energy to the bombarded solid over the highly confined area; e-beam finds broad range of uses in semiconductor science and engineering.
*electron gun*

**electron beam direct write** term applies primarily to the e-beam lithography where a computer driven e-beam writes desired pattern directly into the layer of resist; a mask-less pattern definition technique which is also extensively used in making masks for photolithography.
*electron beam lithography, mask making, pattern generation*

**electron beam (e-beam) evaporation** a thin-film deposition technique; material is evaporated as a result of highly localized heating/melting resulting from the bombardment with high energy e-beam; evaporated material is very pure; bombardment of metal with electrons is

accompanied by the generation of low-intensity X-rays which may create defects in the oxide present on the surface of the substrate; typically, an anneal is needed to eliminate such defects.
*evaporation, filament evaporation, sputtering, PVD, thermal evaporation*

**electron beam (e-beam) heating** generation of heat in the material bombarded with high energy electrons as a result of the momentum transfer.
*Electron beam evaporation, Rapid Thermal Processing*

**Electron Beam Induced Current, EBIC** part of the SEM and STEM material characterization methods; based on the e-beam stimulated generation of electron-hole pairs (current) in the bombarded semiconductor.
*electron beam, SEM, STEM*

**electron beam (e-beam) lithography, EBL** a lithography technique which uses focused beam of electrons to expose the resist; no mask is used as pattern is “written” directly into the resist by rapidly scanned electron beam; very high pattern transfer resolution below 10 nm is possible; resolution is limited by the proximity effect; EBL is commonly used to manufacture high resolution masks for photolithography.
*lithography, raster scan, variable shape beam, vector scan, proximity effect*

**electron beam (e-beam) resist** a resist used in e-beam lithography; formulated in such way that the desired chemical reactions are promoted in the layer of resist (e-beam resist) specifically by the impinging high energy electrons and not by UV light.
*resist*

**Electron Beam (e-beam) Vapor Deposition** see *electron beam evaporation.*

**electron effective mass** see *effective mass.*

**electron gas, 2-dimensional** see *Two-Dimensional Electron Gas.*

**electron gun** a device installed in vacuum systems to produce electrons; most commonly electrons are emitted from the solid hot filament then

focused into the beam and accelerated by the magnetic field toward the target.
*electron beam, field emission*

**electron-hole pair** whenever electron acquires energy sufficient to "move" from the valence band to the conduction band of the semiconductor, a free hole is created in the valence band; an electron-hole pair is generated (generation); an electron-hole pair is annihilated when electron and hole recombine (recombination).
*generation, recombination*

**electron microscopy** see *Scanning Electron Microscopy.*

**electron mobility** a proportionality factor between electron drift velocity and electric field as well as electron concentration and conductivity of semiconductor; unit $cm^2$/Vsec; measure of electron scattering in semiconductor; the same way as the effective mass of an electron, electron mobility is different for different semiconductors; electron mobility at 300 K for: Si - 1500 $cm^2$/Vsec., GaAs - 7500 $cm^2$/Vsec., GaN - 1000 $cm^2$/Vsec., Ge - 1900 $cm^2$/Vsec., 6H-SiC - 400 $cm^2$/Vsec.; higher electron mobility makes semiconductor better suited for high speed applications both analog (high-frequency communication) and digital (faster switching transistors).
*mobility, effective mass, scattering, drift velocity*

**Electron Paramagnetic Resonance, EPR** also referred to as *Electron Spin Resonance*; in common usage a name of the material characterization method detecting very fine structural defects in semiconductors and dielectrics; detects changes in the spin state of an electron in the presence of the very high magnetic field.
*electron spin*

**Electron Projection Lithography, EPL** modification of the e-beam lithography for the purpose of increasing throughput of the process by eliminating the time consuming scanning.
*electron beam lithography, PREVAIL, SCALPEL*

**electron resist** see *electron beam resist.*

**electron scattering** see *scattering*.

**Electron Spectroscopy for Chemical Analysis, ESCA** a surface characterization method based on the determination of energy of photoelectrons ejected from the solid surface region as a results of either UV illumination (UPS - UV Photoelectron Spectroscopy), or X-ray irradiation (XPS - X-ray Photoelectron Spectroscopy).
*UPS, XPS*

**electron spin, spin** electron spin is an inherent property of an electron; binary in nature (spin $s = 1/2$ or $s = -1/2$ only); this electron characteristics is a foundation for the emerging new generation of digital semiconductor devices (see *spitronics*) in which electron's spin rather than its electric charge controls device operation.
*spintronics*

**Electron Spin Resonance** see *Electron Paramagnetic Resonance.*

**electronic device** a semiconductor device operation of which is based on the interactions of electrons and holes (generation-recombination, transport) in the solid; electron is acting as information/energy carrier.
*photonic device, semiconductor device*

**electronic grade poly Si** 99.99999% pure polycrystalline silicon used as a starting material in the single-crystal growth process.
*single-crystal growth*

**electronics** technical domain concerned with devices based on electronic interactions.
*electron, photonics, plasmonics, spintronics*

**electro-optic effect** defines dependence of the optical properties of a material (specifically its refractive index) on the electric field; observed in several semiconductors, for instance GaAs; an important effect bridging electronics and photonics.
*refractive index*

**electroplating** a thin layer of metal is plated on the surface of the biased wafer immersed in the electrolyte containing metal ions; a layer of the conducting seed material must be deposited on the surface of an insulator prior to electroplating; a method used in IC manufacturing to deposit copper.
*copper interconnect*

**elemental charge, *q*** 1.6 x $10^{-19}$ C; electric charge of an electron.
*electron*

**elemental semiconductors** single element semiconductors; a device-grade elemental semiconductors are elements from the group IV of the periodic table: Si, Ge, and C; as opposed to compound semiconductors which do not appear in nature; silicon is the most common elemental semiconductor.
*semiconductor, silicon, germanium, carbon, tin, compound semiconductors*

**elevated drain** a drain region in the MOSFET/CMOS is extended above the surface of the wafer by means of selective epitaxy; needed in ultra-short channel MOSFETs where drain region must be extremely shallow (below 10 nm); elevation above the surface reduces drain's series resistance while maintaining its shallowness; the same concept as a raised drain.
*drain, series resistance, raised source-drain, selective epitaxy*

**elevated source** conceptually the same as *elevated drain*.
*source, series resistance, raised source-drain*

**ellipsometry** the most common way of measuring thickness of thin films; based on the detection of phase shift of the plane polarized incident light beam during beam reflection from the surface; the film must be transparent to the incident light for the ellipsometry to work.
*spectroscopic ellipsometry*

**ELO** see *Epitaxial Lateral Overgrowth.*

**emissive display** a display composed of the elements that directly convert electric signal into light, e.g. light emitting diodes.
*LED display, non-emissive display*

**emitter** a very high conductivity region in semiconductor devices acting as a source of free charge carriers which are injected into the adjacent region, e.g. into base in the bipolar transistor.
*base, bipolar transistor*

**emitter injection efficiency factor** a factor defining efficiency of majority carrier injection from the emitter to the base (where they

become minority carriers) of a bipolar transistor; should be as close to 1 as possible.
*base transport factor*

**emitter push effect** occurs in *n-p-n* junction bipolar transistors; part of the boron doped base region which is in contact with phosphorous doped emitter region is deeper than the part of the base which is not in contact with emitter; this effect is due to the dissociation of phosphorus-vacancy pairs which enhance diffusion of boron deeper into the substrate under the emitter region.
*emitter, base, n-p-n transistor, phosphorous-vacancy pair*

**endpoint** during etching operations point in time when etching of the material meant to be etched is completed and continuation of etching results in an overetching.
*overetching*

**endpoint detection** during the gas-phase etching a determination the endpoint; common endpoint detection methods include interferometry or spectral analysis of the etching plasma (optical emission spectroscopy).
*endpoint, laser interferometry, optical emission spectroscopy*

**energy band(s)** the ranges of energy in semiconductor which an electron may have (valance band and conduction band) or may not have (forbidden gap).
*conduction band, valance band, energy gap*

**energy gap, forbidden band, bandgap, $E_g$** the energy band separating conduction and valence bands in the solid; no electron energy levels are allowed in the forbidden band; there is no energy gap in the metals in which case conduction and valence bands overlap; solids featuring energy gap are defined as either semiconductors or insulators based on the width of the energy gap; values of $E_g$ (at 300 K) for common semiconductors: InSb - 0.17 eV, Ge - 0.67 eV, Si - 1.12 eV, GaAs - 1.43 eV, GaP - 2.26 eV, 6H-SiC - 2.9 eV, GaN - 3.5 eV, and insulators $Ta_2O_5$ - 4.2 eV, $TiO_2$ - 5 eV, $Si_3N_4$ - 5.1, $Al_2O_3$ ~ 5 eV, $SiO_2$ - 8.0 eV.
*conduction band, direct bandgap, indirect bandgap, valence band*

**engineered wafer** a bulk silicon wafer which is modified by burying a layer of an oxide underneath the surface or by formation of an epitaxial layer on its surface, or by gettering.
*bulk wafer, SOI wafer, epitaxial extension, gettering*

**enhancement mode MOSFET** a normally "off" MOSFET; i.e. device in which gate voltage must be applied to turn it on; in other words MOSFET in which channel does not exist, and hence, transistor does not conduct at the gate voltage $V_G = 0$.
*depletion mode MOSFET*

**enhancement techniques** term typically refers to the techniques employed to extend the use of photolithography into deep sub-100 nm regime while maintaining 193 nm exposure wavelength; e.g., phase-shift masks, immersion photolithography, multiple exposure, computational lithography, etc.
*immersion lithography, phase-shift mask, computational lithography, multiple exposure*

**EOT** see *equivalent oxide thickness*.

**epi layer** in common semiconductor terminology a short version of the term epitaxial layer.
*epitaxial layer*

**epitaxial deposition** see *epitaxy*.

**epitaxial extension** formation of an epitaxial layer on the surface of bulk wafer.
*engineered wafer, bulk wafer, SOI wafer*

**epitaxial growth** see *epitaxy*.

**Epitaxial Lateral Overgrowth, ELO** local epitaxial growth which initially occurs in the direction normal to the surface of the substrate, but then proceeds preferentially in the direction parallel to the surface of the substrate; vertical growth starts from the single-crystal seed area, but lateral growth continues over non-crystalline portion of the substrate; can be used to form SOI substrates.
*epitaxy, SOI*

**epitaxial layer** a layer grown as a result of epitaxial deposition, or epitaxy; its crystallographic structure reproduces structure of the substrate, but doping level and conductivity type of epitaxial layer is controlled independently of the substrate; can be made chemically purer than the substrate, but substrate surface defects are reproduces in the

epitaxial layer; silicon substrates with epitaxial layers are commonly used in CMOS and bipolar device technology.
*epitaxy*

**epitaxy** an "ordered deposition"; a process by which thin layer of single-crystal material is deposited on single-crystal substrate; epitaxial growth occurs in such way that the crystallographic structure of the substrate is reproduced in the growing material; also crystalline defects of the substrate surface are reproduced in the growing material; a key process in advanced semiconductor device engineering.
*single-crystal*

**epitaxy by CVD** epitaxial growth implemented by means of chemical vapor deposition, i.e. by chemical reaction in the gas-phase product of which is a solid to be epitaxially deposited on the exposed substrate; typically carried out at temperatures above 1000 °C; with extremely thorough surface preparation and adequate selection of reactants temperature of CVD epitaxy can be reduced to as low as 500 °C - 600 °C; low-temperature CVD epitaxy can also be accomplished with Metal-Organic CVD.
*Metal-Organic CVD, Molecular Beam Epitaxy*

**epitaxy by MBE** see *Molecular Beam Epitaxy.*

**EPL** see *Electron Projection Lithography*.

**EPR** see *Electron Paramagnetic Resonance*.

**EPROM** Erasable Programmable Read Only Memory; a nonvolatile memory; a memory cell in which information (data) can be erased and replaced with new information (data).
*nonvolatile memory*

**equivalent oxide thickness, EOT** a number [nm] used to compare performance of the high-*k* dielectric MOS gates with performance of $SiO_2$ based MOS gates; gives thickness of $SiO_2$ gate oxide needed to obtain the same gate capacitance as the one obtained with a thicker than $SiO_2$ dielectric featuring higher dielectric constant $k$; e.g. EOT of 1 nm would result from the use of 5 nm thick dielectric featuring $k = 19.5$ ($k$ of $SiO_2$ is 3.9).
*high-k dielectric, gate oxide*

**error function** a function which in semiconductor physics describes distribution of the dopant atoms during the pre-deposition (unlimited source diffusion) process in the doping by diffusion.
*pre-deposition, doping by diffusion*

**ESCA** see *Electron Spectroscopy for Chemical Analysis*.

**ESL** Etch Stop Layer; used in various device fabrication schemes to prevent undesired etching; see *etch stop*.

**ESR** Electron Spin Resonance; see *Electron Paramagnetic Resonance*.

**EST** Emitter Switched Thyristor; see *thyristor.*

**ET SOI** see *Extremely-Thin SOI*.

**etch, etching** subtractive process in the course of which solid is either dissolved in liquid chemicals (wet etching) or converted into gaseous compound (dry etching); key processes in top-down semiconductor manufacturing scheme.
*dry etching, wet etching, top-down process*

**etch anisotropy** see *anisotropic etch*.

**etch isotropy** see *isotropic etch*.

**etch mask** a material blocking etching in selected areas on the wafer surface; typically photoresist is acting as an etch mask.
*photoresist*

**etch rate** the rate at which given material is being etched; typically expressed in μm/min.
*etch*

**etch selectivity** defines the difference in the etch rate of various materials; etch process is designed such that selected material is etched at the much higher rate than other materials on the wafer surface; expressed in terms of the ratio of the etch rates of two materials.
*non-selective etching, selective etching, etch rate*

**etch stop** a material featuring drastically slower etch rate than the material subjected to etching; a layer of "etch stop" material is placed underneath etched material to stop etching process.
*endpoint, ESL*

**ESL** Etch Stop Layer.
*etch stop*

**EUV** see *Extreme UV*.

**EUVL** see *Extreme UV Lithography*.

**evaporation** common technique used to deposit thin-film materials; material to be deposited is heated in vacuum ($10^{-6}$ torr - $10^{-7}$ torr range) until it melts and starts evaporating; vapor of material is condensing on the cooler substrate exposed to the vapor; common technique in thin-film metal deposition; not suitable for high melting point materials; one of the PVD (Physical Vapor Deposition) methods.
*electron beam evaporation, filament evaporation, PVD, sputtering, torr*

**excess carriers** charge carriers in semiconductor that are in excess of their thermal equilibrium concentration; subject to the process of recombination driven by the need to reach equilibrium; kinetics of this process determines carrier's lifetime.
*recombination, lifetime*

**excimer laser** a chemical laser; a laser capable of generating very short wavelength (below 250 nm) UV light, i.e. shorter than achievable using conventional UV lamps; generates highly collimated beam featuring uniform distribution of power across its diameter; examples of excimer lasers: KrF (248 nm emission wavelength), ArF (193 nm); commonly used as a source of UV light in high resolution photolithography.
*deep UV*

**exciton** an electron and a hole at the distance from each other, but bound by coulombic interactions and moving as a pair; excitons define light absorption and emission characteristics of excitonic materials, e.g. organic semiconductors.
*coulombic interactions, organic LED, organic solar cells*

**excitonic material** material in which excitonic processes rather than photonic processes define light absorption and emission characteristics.
*exciton*

**excitonic solar cells, XSC** solar cells which operation is based on the excitonic interactions rather than on the photovoltaic effect involving light stimulated generation of electrons and holes; most organic solar cells fall into the category of XSCs.
*exciton, organic solar cells, photovoltaic effect*

**excitonics** a technical/scientific domain focusing on the development and applications of the excitonic materials and devices.
*exciton, excitonic material*

**exposure** illumination of the resist with light featuring specific wavelength (UV in the case of photolithography) for the purpose of stimulating desired photo-chemical reactions in the layer of resist.
*chain scission, cross linking, resist, photoresist, stepper*

**exposure wavelength** a wavelength of light used to expose photoresist in photolithography; defines classes of photolithographic techniques; in general, shorter the wavelength, smaller geometrical features can be created on the wafer surface, hence, higher the resolution of the photolithographic pattern transfer process.
*DUV, EUV, i-line lithography, g-line lithography, resolution*

**external emission** an emission of electron from the solid under the influence of high electric field, or emission of photon from semiconductor as a result of the electron-hole recombination.
*internal emission*

**external quantum efficiency, light emitters** the ratio of the number of photons emitted from semiconductor device to the number of photons generated in the device.
*photon*

**external quantum efficiency, solar cells** the ratio of the number of photons arriving at the surface of the solar cell to the number of photons generating free charge carriers in the solar cell, i.e. carriers contributing to the short-circuit current of the cell.
*solar cell, short-circuit current, internal quantum efficiency*

**extreme UV, EUV** extremely short wavelengths in the 11 - 14 nm range of the electromagnetic spectrum; also referred to as a "soft X-ray"; generated by very high energy plasma; very highly absorbed by any medium, hence, requires high vacuum for transmission; for the same reason EUV cannot be controlled using optical lenses; used for the resist exposure in Extreme UV Lithography.
*deep UV, UV, extreme UV lithography*

**Extreme UV Lithography, EUVL** a photolithography using extreme UV (typically 13.5 nm wavelength) for pattern definition; the EUVL offers the highest pattern transfer resolution achievable with photolithography; requires reflective optics (very high precision mirrors) and reflective masks as the conventional transmission lenses and masks are not feasible with EUV because of the very high absorption of light in 13.5 nm wavelength range; its introduction to the commercial IC manufacturing is challenged by the technical problems, very high cost, and continued improvements in DUV lithography.
*extreme UV, reflective mask, DUV lithography*

**extreme UV photoresist** a resist sensitive to the UV light featuring wavelength in the 11 - 14 nm range.
*photoresist*

**Extremely-Thin SOI, ETSOI** the SOI substrate wafer with an extremely thin (below 10 nm) Si active layer; also referred to as *Ultra-Thin Body SOI (UTB SOI).*
*SOI, active silicon layer*

**extrinsic gettering** semiconductor wafer is exposed to external physical interactions designed to induce stress at the back surface of the wafer; during subsequent thermal treatment defects and/or contaminants will move preferentially toward the stressed region, and hence, away from the top surface of the wafer; "denuded zone" is formed at the top surface.
*gettering, intrinsic gettering, metallic contaminants, denuded zone*

**extrinsic semiconductor** doped semiconductor featuring either *p*- or *n*-type conductivity.
*intrinsic semiconductor, p-type conductivity, n-type conductivity*

**extrinsic temperature range** temperature range in which all dopants in semiconductor are ionized and electron concentration remains constant.
*dopant activation*

**extrusion coating** process in which a viscous liquid precursor (e.g. photoresist) is applied to the surface in a spiral motion by extrusion instead of being dispensed on the surface and distributed by a spin-on process.
*Physical Liquid Deposition, spin-on deposition*

# F

**Fabry-Perot cavity** the most common cavity structure in semiconductor lasers; less complex to implement than other types of cavities.
*laser*

**Face-Centered Cubic, FCC, cell** the crystalline structure of key semiconductors is based on the FCC cell; FCC cell, along with body-centered cubic (BCC) and simple cubic cell, belongs to the cubic system; diamond lattice (e.g. Si, Ge) and zinc blend lattice (e.g. GaAs, GaP) represent FCC sublattices.
*crystal lattice, cubic system, body-centered cubic*

**faceting** distortion of the pattern on the surface of the wafer subjected to sputtering process; results from the fact that the sputtering yield depends on the angle of incidence of ions impinging on the surface.
*sputtering, sputtering yield*

**FAMOS** Floating Gate Avalanche MOS.

**fast surface state** surface state capable of fast exchange of charge (charging and discharging) with the bulk of semiconductor in response to the fast changes of the bias voltage.
*surface state, slow surface state*

**FCC** see *Face Centered Cubic*.

**FD FinFET** Fully-Depleted FinFET
*FinFET, depleted region*

**FD MOSFET** see *Fully-Depleted MOSFET*.

**FD SOI** see *Fully-Depleted SOI.*

**FEOL** see *Front-End-of-Line*.

**Fermi-Dirac distribution function (d.f.)** a formula describing probability of the state being occupied by an electron depending on the state's energy level.
*Bose-Einstein d.f, Maxwell-Boltzman d.f*

**Fermi energy** the maximum energy of an electron in a metal at 0 K.

**Fermi level** the energy level in solids at which the Fermi-Dirac distribution function is equal to 0.5; in other words the probability of an electron to occupy this energy level is 0.5.
*Fermi-Dirac distribution function*

**Fermi level pinning, FLP** imperfections of various nature of the semiconductor surfaces may prevent the surface potential to respond to the changes of the voltage applied to the metal contact in metal-semiconductor and metal-insulator-semiconductor structures; Fermi level pinning is a manifestation of this condition; the M-S and MIS/MOS devices are rendered dysfunctional when the Fermi level is pinned.
*surface potential, MOS, metal-semiconductor contact*

**Fermi potential** potential difference between Fermi level and the intrinsic Fermi level in the bulk of semiconductor; varies with semiconductor doping level.
*intrinsic Fermi level*

**ferroelectric crystal** a material (typically oxide) featuring permanent (i.e. even without external electric field) electric dipole moment, and hence, displaying spontaneous polarization (centers of positive and negative charges of the crystal do not coincide); this state can be altered by applying voltage to the crystal; as opposed to dielectric crystals which properties are not dependent on the electric field; memory effect possible with ferroelectric crystals; used in FRAMs.
*FRAM, dielectric*

**ferromagnetic semiconductors** same as magnetic semiconductors; materials displaying semiconducting and ferroelectric properties; allow integration of logic and memory functions on the same chip; foundation

of spintronics; prime example: GaMnAs, i.e. GaAs in which small number (~ 5%) of Ga atoms is replaced with Mn atoms.
*spintronics, magnetic semiconductor*

**FET** see *Field-Effect Transistor.*

**FIB** Focused Ion Beam; geometrically confined stream of ions.

**Fick's laws** describe diffusion in solids; 1st and 2nd Fick's law; 1st Fick's law describes motion by diffusion of an element in the solid in the direction of the concentration gradient; 2nd Fick's law determines changes of the concentration gradient in the course of diffusion (function of time and diffusion coefficient).
*diffusion*

**field effect** a potential applied to the metal contact on semiconductor surface featuring high potential barrier (potential barrier prevents current flow between metal and semiconductor) or on the oxide covered semiconductor surface; causes changes in the density/distribution of electric charge in the near-surface region of semiconductor; in this way conductivity of the near-surface region of semiconductor can be controlled by the potential applied to the metal contact (gate); as the name indicates the operation of the Field Effect Transistors (FETs) relies on the field effect.
*Field Effect Transistor, potential barrier, space-charge region*

**Field Effect Transistor, FET** a transistor which operation is based on the field effect; FETs output current (source-drain current) is controlled by the voltage applied to the gate which can be either an MOS structure (MOSFET), a *p-n* junction (JFET), or metal-semiconductor contact (MESFET); FET is an unipolar transistor, i.e. its current is controlled by majority carriers only; the class of transistors the most commonly employed in practice particularly in the MOSFET version.
*JFET, MESFET, MOSFET*

**field emission, field electron emission** emission of an electron from the solid (typically into the vacuum) promoted solely by the electric field, i.e. with no thermal stimulation; also known as cold emission; implemented using cold cathodes.

**field oxide, FOX** a relatively thick oxide (typically 100 - 500 nm thick) formed to passivate and protect semiconductor surface outside of the active device area; part of any semiconductor device; typically formed by wet oxidation (in the case of silicon) or CVD.
*CVD, wet oxidation*

**filament evaporation** thermal evaporation; source material is attached to the filament (refractory metal, e.g. tungsten) and melted by high current flowing through the filament; alternative approach is to use a "boat" (crucible) made out of the refractory metal which contains material to be evaporated; current sufficient to melt source material is passed through the "boat".
*evaporation, electron-beam evaporation*

**fill factor** parameter which is a measure of performance of the solar cell; expressed as the ratio of the output electric power over the product of short-circuit current and open-circuit voltage; should be as close to 1 as possible; typically in the ~ 0.7 - 0.9 range.
*solar cell, open-circuit voltage, short circuit current*

**FinFET** a configuration of the MOSFET in which transistor channel is positioned vertically in the "fin"-like shape; the gate is wrapped around the "fin" (gate all-around) allowing increased gate area, hence, gate capacitance and improved electrostatics at the reduced area occupied by the transistor on the wafer surface; FinFET is a leading transistor architecture in 22 nm and below MOSFET/CMOS technology generations.
*gate all-around*

**fixed charge** see *oxide fixed charge*.

**Fixed Shape Beam, FSB** the FSB is an alternative to variable shape beam concept in e-beam lithography.
*e-beam lithography, variable shape beam*

**flash memory** a nonvolatile semiconductor memory; an EPROM or EEPROM with ability to block erasure of stored information (data), but with ability to be electrically reprogrammed.
*EPROM, EEPROM*

**flat-band voltage, $V_{FB}$** the key concept in MOS devices; a gate voltage at which no electric charge is present in semiconductor and therefore, no voltage drops across it; in the MOS structure's energy band diagram at $V_G = V_{FB}$ the energy bands are horizontal (flat) not only in the bulk, but also at the surface.
*MOS*

**flexible display** an emissive display based on organic LEDs or quantum nanodot LEDs that can be flexed/bent without altering its operation.
*organic LED*

**flexible electronics and photonics** semiconductor devices and circuits formed on the flexible substrates, e.g. flexible displays, flexible LED-based lighting panel, solar cells, thin-film transistors arrays, etc., compatible with wearable electronics and photonics and bionic skin.
*wearable electronics and photonics*

**flexible substrates** the substrates on which flexible semiconductor electronic and photonic devices are formed; in most cases plastic sheets or rolls, but also various types of fabrics.
*flexible display, wearable electronics/photonics*

**flicker noise** a noise common in semiconductor devices; a low-frequency distortion of the signal; manifest itself as a resistance fluctuation which is then reflected in the voltage or current fluctuations.
*noise*

**flip chip technology** IC assembly method in which chip is attached directly to the printed board with its surface down; chip is electrically connected to the package via an array of solder balls and without wire bonding; chip has appropriately positioned and pre-processed bond pads.
*Ball Grid Array, wire bonding, assembly*

**flip chip bonding** see *flip chip technology*.

**float-zone crystal growth, FZ** a method used to form single-crystal semiconductor substrates; alternative to CZ (Czochralski) crystal growth process; polycrystalline material (typically in the form of a circular rod) is converted into single-crystal by zone heating (zone melting) starting at the plane where single crystal seed is contacting polycrystalline material; used to make Si wafers; results in very high purity (i.e. very high



JA1901

resistivity) single crystal Si; does not allow as large Si wafers as CZ does; diameter of FZ wafers up to 150 mm; radial distribution of dopant in FZ wafer is not as uniform as in CZ wafer; wafers used in high-end Si microelectronics are almost uniquely CZ grown; FZ wafers are used to make high power devices.
*Czochralski crystal growth, Bridgman method*

**FLP** see *Fermi Level Pinning*.

**fluorescence** emission of the longer wavelength (lower energy) light from certain materials stimulated by their exposure to the shorter-wavelength (higher energy) radiation (e.g. UV or X-ray); results from the electrons transitioning to the higher energy state by absorbing energy of short-wavelength radiation and then releasing energy by the emission of longer-wavelength light; a form of luminescence.
*luminescence, photoluminescence, electroluminescence*

**fluorinated oxide** addition of fluorine reduces dielectric constant *k* of $SiO_2$ from 3.9 to 3.5 making it better suitable for low-*k* dielectric application as an interlayer dielectric in high-end ICs; on the other hand fluorine in $SiO_2$ facilitates undesired boron penetration by modifying oxide's density.
*interlayer dielectric, low-k dielectric*

**fluorine, $F_2$** a halogen gas; highly reactive and very toxic; fluorine is an important component of the etching chemistries both wet and dry in Si processing; e.g. gases: $NF_3$, $CF_4$, and several others; liquids: HF-water solution (etchant of $SiO_2$); fluorine in etching chemistries catalyzes breaking of Si-Si an Si-O bonds and promoting etching.

**fluorine, $F_2$, excimer laser** wavelength of emitted radiation 157 nm; would be highly suitable for the exposure of sub-10 nm patterns if not for the low maximum output power of 6 mJ/pulse.
*excimer laser*

**fluorine passivation** saturation of broken bonds on the Si surface with fluorine (e.g. by immersion in HF-water solution) renders Si surface chemically inactive; used also to passivate surfaces of stainless steel, nickel etc.
*surface passivation*

**F-N tunneling** see *Fowler-Nordheim tunneling.*

**forbidden band** see *energy gap (bandgap)*.

**forming gas** a mixture of hydrogen (not exceeding 10%) in nitrogen; used as an ambient in annealing processes used in semiconductor manufacturing.

**forward bias** a bias at which potential barrier at the *p-n* or metal-semiconductor junction is lowered and the large current is allowed to flow from one region to another.
*reverse bias, potential barrier*

**FOUP** Front Opening Unified Pod; a SMIF pod used in advanced semiconductor manufacturing.
*SMIF, SMIF pod*

**four-point probe** the most common techniques for measuring resistivity and the doping level of semiconductors; uses four equally spaced metal probes touching semiconductor; two outside probes are used to flow the current in semiconductor while two inside probes measure resulting voltage drop which is proportional to semiconductor resistivity; a doping level of semiconductor wafer is determined from the four-probe resistivity measurements; a technique broadly used to monitor doping processes in semiconductor device manufacturing.
*resistivity, doping level*

**Fourier-Transform Infrared Spectroscopy, FTIR** a method used to investigate composition of solids on the basis of analysis of spectral absorption bands in the infrared regime; uses Fourier transform spectrometer; samples must be transparent to infrared radiation.
*infrared radiation*

**Fourier-Transform Photoluminescence Spectroscopy, FTPL** very useful in characterization of epitaxial layers; shows high sensitivity in detecting dopants in semiconductors.
*epitaxial layer*

**Fowler-Nordheim tunneling, F-N** the current flowing across MOS structure at the high electric field in the oxide; electrons tunnel from semiconductor conduction band into the oxide conduction band through

part of the potential barrier at the semiconductor-oxide interface; most likely to dominate leakage current in MOS structures with oxide 5-10 nm thick.
*tunneling, direct tunneling, leakage current*

**FRAM** same as FeRAM; Ferroelectric Random Access Memory.
*RAM*

**free (charge) carriers** electrons in the conduction band and holes in the valence band of semiconductor which are free to move and to carry electric charge and to contribute to semiconductor electrical conductivity.
*free electron*, *free hole*

**free electron** any electron in the conduction band that is not bound to an ion, atom, or molecule, and hence, is free to move around carrying electric charge.
*electron*

**free hole** any hole in the valance band that is not bound to an ion, atom, or molecule, and hence, is free to move around carrying positive electric charge.
*hole*

**freeze-out** a state of the semiconductor material occurring at the temperatures too low to initiate dopant ionization (activation) process; dopants remain electrically neutral, i.e. do not generate free electrons and holes.
*dopant activation, ionization energy*

**Frenkel defect** a crystal defect; a combination of interstitial and vacancy; formed when an atom is displaced from its lattice site to an interstitial site; can migrate through the crystal.
*crystal defects, point defects, interstitial defect, vacancy*

**Frenkel pair** see *Frenkel defect.*

**Front-End-of-Line, FEOL, processes** operations performed on semiconductor wafer in the course of chip manufacturing up to the first metallization.
*Back-End-of-Line processes*

**FSB** see *Fixed Shape Beam*.

**FSG** Fluorine Doped Silicate Glass see *fluorinated oxide*.

**FTIR** see *Fourier-Transform Infrared Spectroscopy*.

**FTPL** see *Fourier Transform Photoluminescence Spectroscopy*.

**full-field exposure** an exposure of the entire wafer during photolithographic processes through the properly designed mask; used in contact and projection printing; as opposed to the step-and-repeat exposure process used in steppers.
*contact printing, proximity printing, step-and-repeat projection*

**Full Wafer Imaging, FWI** same as *full-filed exposure*.
*step-and-repeat projection*

**fullerenes** carbon molecules in the form of tubes, ellipsoids, or hollow spheres.
*carbon nanotube*

**Fully-Depleted FinFET** a FinFET with a "fin" sufficiently narrow to allow a full depletion of the transistor channel; essentially an implementation of the *Fully-Depleted MOSFET* concept in the FinFET (vertical) configuration.
*FinFET, depletion region, channel*

**Fully-Depleted MOSFET, FDMOSFET** a MOSFET implemented in Ultra-Thin SOI or Extremely-Thin SOI substrates; at the extreme thinness of the silicon active layer (down to ~ 5 nm) its full depletion under the typical bias condition is possible; under those condition a transistor channel is a fully depleted/inverted silicon active layer; results in the improvements of the transistor characteristics; see also *DST, Depleted Substrate Transistor*.
*ET SOI, active Si layer, MOSFET*

**Fully-Depleted SOI, FD SOI** a class of SOI substrates featuring a silicon active layer so thin that it can be fully depleted; used in Fully-Depleted MOSFET technology (*see above*).
*SOI, active Si layer*

**functional oxides** a class of oxygen containing ternary compounds which display variety of complex emergent behaviors beyond the confines of the traditional properties of the oxides: same as complex oxides.
*complex oxides*

**furnace** a tool used in semiconductor device manufacturing to process wafers at high temperature in the ambient of strictly controlled composition; uses heavy heating coils, and hence, does not allow rapid changes of wafer temperature, i.e. is incompatible with low-thermal budget RTP (Rapid Thermal Processing); designed for high thermal budget batch processes.
*batch process, Rapid Thermal Processing, thermal budget*

**furnace, horizontal** see *horizontal furnace*.

**furnace, vertical** see *vertical furnace*.

**FWI** see *Full Wafer Imaging*.

**FZ** see *float-zone crystal growth.*

# G

***g*-factor** defined in the course of Electron Paramagnetic Resonance (EPR) measurements used in semiconductor characterization; provides information regarding the electronic structure of the paramagnetic centers (defects) detected by EPR.
*EPR*

***g*-line photolithography** photolithography using 436 nm wavelength UV light for exposure; a high-intensity line at 436 nm in the spectrum of UV lamp is referred to as "*g*-line".
*i-line lithography, high pressure Hg lamp*

**GAA** Gate All-Around see *gate all-around*.

**gadolinia** see *gadolinium oxide* $Gd_2O_3$.

**gadolinium oxide, $Gd_2O_3$** a rare earth metal oxide with a dielectric constant *k* in the range 10 - 16; features high dielectric strength and low leakage current; a candidate for high-*k* MOS gate dielectric applications; represents so-called 2nd generation high-k dielectrics.
*high-k dielectric, gate dielectric*

**gallium** an element from the group III of the periodic table; forms some key III-V compound semiconductors with selected elements from the group V of the periodic table.
*gallium antimonide, gallium arsenide, gallium nitride*

**gallium antimonide, GaSb** a III-V compound semiconductor; energy gap $E_g = 0.72$ eV, direct; zinc-blend crystal structure; mobility of electrons and holes at 300 K: 5000 and 850 $cm^2$/V-s respectively; of interest because at the high electron mobility; it also features relatively high hole mobility as compared to other III-V semiconductors.
*compound semiconductor, AIII-BV, antimonides*

**gallium arsenide, GaAs** a III-V compound semiconductor, energy gap $E_g = 1.43$ eV, direct; zinc-blend crystal structure; mobility of electrons and holes at 300 K: 8500 and 400 $cm^2$/V-s respectively; thermally unstable above 600 °C due to As evaporation; does not form good quality native oxide, and hence, MOS devices are not possible with GaAs; due to the direct bandgap commonly used to fabricate light emitting devices in the 850 - 940 nm range; also foundation of the variety of high-speed electronic devices; bandgap can be engineered by forming ternary compounds based on GaAs, e.g. AlGaAs extends the emission spectrum to 650 nm.
*compound semiconductor, AIII-BV, direct bandgap, arsenides*

**gallium arsenide-on-silicon, GaAs-on-Si** heteroepitaxial growth of GaAs on Si using a buffer layer (e.g. strontium titanate, $SrTiO_3$ - a dielectric which bonds to both the GaAs and Si and features lattice structure halfway between the two); GaAs-on-Si allows integration of Si based IC technology (electronic functions) with GaAs based photonic devices (photonic functions); makes available GaAs substrates as large as Si wafers at the cost much lower than the cost of bulk GaAs wafers.
*heteroepitaxy, buffer layer, strontium titanate*

**gallium nitride, GaN** a III-V compound semiconductor, energy gap $E_g = 3.4$ eV, direct; wurtzite crystal structure; mobility of electrons and holes at 300 K: 300 and 350 cm$^2$/V-s respectively; a wide-bandgap semiconductor capable of emitting short wavelength light in the violet-blue-green range; used to fabricated blue-green LEDs and lasers; foundation of the LEDs based lighting; also used for UV detection as well as in power electronics; due to the limited availability of the free standing single-crystal GaN wafers typically epitaxially deposited on sapphire or SiC substrates; bandgap can be engineered by forming ternary compounds based on GaN, e.g. InGaN covers the emission spectrum from about 360 nm to 550 nm.
*laser, LED, power device, semiconductor lighting, white LED, nitrides*

**gallium phosphide, GaP** a III-V compound semiconductor; energy gap $E_g = 2.26$ eV, indirect; zinc blend crystal structure; mobility of electrons and holes at 300 K: 110 and 75 cm$^2$/V-s respectively; with certain amount of As added the bandgap changes from indirect to direct; important component of the III-V ternary (GaAsP, AlGaP) light emitters (LEDs) covering the emission spectrum from 650 nm (red) to 550 nm (green).
*LED, indirect bandpap; phosphides*

**Gas Chromatography Mass Spectroscopy, GS-MS** in solid-state technology used to study species adsorbed on the solid surfaces (desorption + analysis by MS); in semiconductor practice a technique used to detect organic contaminants on the silicon surface.
*organic contaminants, TD-GC-MS*

**gas-phase mass transfer** a characteristic which controls the mass transfer dynamics in the gas-phase processes such as CVD.
*CVD*

**gate** in general, a terminal in semiconductor devices used to trigger current flow; one out of three terminals in the Field Effect Transistors; controls output current (i.e. flow of carriers in the channel); in MOSFET the gate is comprised of the gate contact and a thin dielectric; in MESFETs the gate is a Schottky contact; in JFET the gate is a *p-n* junction.
*Field Effect Transistor, MOSFET, MESFET, JFET*

**gate all-around** a MOS gate stack in which gate dielectric and gate contact are "wrapped around" the channel; possible with vertical MOSFET architectures such as FinFET.
*gate stack, wrapped around gate, FinFET, omega gate, pi gate*

**gate capacitance** for MOSFET /CMOS to operated properly the MOS gate stack must feature certain minimum capacitance $C \sim kA/d$; as gate contact area $A$ decreases due to scaling, thickness of gate dielectric $d$ must decrease to maintain desired capacitance of the stack; when reduction of gate dielectric thickness is not possible due to the excessive tunneling current the dielectric featuring dielectric constant $k$ higher than that $SiO_2$ must be used in MOS gates.
*alternative dielectric, high-k dielectric, tunneling*

**gate contact** a conducting material (metal, poly-Si, or silicide) in the gate structure of various FETs.
*gate stack, poly-Si gate, silicide, Field Effect Transistor*

**gate dielectric** a very thin layer of an insulator sandwiched between semiconductor and the gate contact in MOS devices; in silicon MOSFETs it is typically a thermally grown $SiO_2$, often nitrided; depending on application it can be as thin as 1.0 - 1.2 nm (advanced digital integrated circuits) or as thick as 50 nm (discrete power MOSFETs); in ultra-small geometry (below 45 nm) CMOS ICs the $SiO_2$ is replaced with gate dielectrics featuring higher than $SiO_2$ dielectric constant $k$ such as e.g. hafnium dioxide $HfO_2$; dielectrics such as $Si_3N_4$ and $Al_2O_3$ are used as gate dielectrics in non-silicon MOSFETs as well silicon and non-silicon TFTs.
*high-k dielectric, silicon dioxide, MOSFET, nitrided oxide, thermal oxidation, Thin-Film Transistor*

**gate injection** during the constant-current stress of the MOS gate stacks (oxide reliability test) electrons are injected into the oxide from the gate contact (negative bias no the gate contact).
*constant-current stress, substrate injection*

**gate leakage** a leakage current flowing across the MOS gate structure in the MOSFET; contributor to the possible overheating of the logic ICs.
*gate dielectric, leakage current, MOSFET*

**gate length** effective length of the gate contact at the surface of the Si substrate in the MOSFET in the direction of current flow; physical gate length is typically smaller than channel length; an approximate representation of the various technology nodes (technology generations).
*gate scaling, technology generation*

**gate oxidation** process of thermal oxidation of silicon which forms an oxide for the MOS gate stack; typically carried out in dry oxygen at the temperature in the range 700 °C - 1000 °C depending on the desired thickness of the gate oxide.
*gate oxide, thermal oxidation, gate stack*

**gate oxide** see *gate dielectric*.

**gate oxide integrity, GOI** term refers to electrical “integrity” of the gate oxide; determined through various current/voltage/electric field stress tests of the MOS gate stacks.
*charge-to-breakdown, ramp voltage breakdown, SILC, TDDB*

**gate scaling** process of the continued reduction of the gate length for the purpose of improving performance of the CMOS transistors comprising logic and memory ICs; a driving force behind continued improvement of the performance of silicon digital ICs since early 1970s; because of the physical barriers, manufacturing challenges, and cost alternative to gate scaling ways to continue progress in logic IC technology are pursued.
*gate length, technology generation*

**gate self-aligned process** key part of the planar MOSFET/CMOS fabrication sequence; gate stack is used as a mask during source and drain implantation, and hence, gate stack self-aligns with respect to the source and drain regions.
*planar transistor*

**gate stack** gate metal (conductor) - gate oxide (dielectric) structure in a MOSFET/CMOS.
*MOS gate, gate oxide*

**Gaussian distribution** often informally referred to as a “bell curve”; in semiconductor engineering describes distribution of implanted and driven-in dopants.
*ion implantation, drive-in*

**GC-MS** see *Gas Chromatography Mass Spectroscopy*.

**GCA** see *Gradual Channel Approximation*.

**generation** process of free charge carriers formation in semiconductor; in band-to-band generation electron acquiring energy in excess of the energy gap moves from the energy state in the valance band to the energy state in the conduction band leaving free hole in the valance band; formation of electron-hole pair results.
*band-to-band generation, recombination*

**generation current** current resulting from the generation of electron-hole pairs in the space charge region of the reverse biased *p-n* junction.
*p-n junction, recombination current*

**generation lifetime** an average time needed to generate an electron-hole pair in the space charge region of the junction.
*recombination lifetime*

**generation rate** the rate at which electron-hole pairs are generated (number/$cm^3$ sec).
*recombination rate*

**generation-recombination current** the current flow caused by the generation-recombination process of charge carriers in semiconductor.
*generation, recombination*

**GeOI, or GOI** see *Germanium-On-Insulator*

**germanides** alloys of germanium and metals; ohmic contact materials in germanium devices in the same way as silicides are used as contact materials in silicon device; e.g. nickel germanide NiGe.
*ohmic contact, silicide*

**germanium, Ge** an elemental semiconductor from the group IV of the periodic table; energy gap $E_g$ = 0.66 eV, indirect; cubic crystal structure; mobility of electrons and holes at 300 K: 3900 and 1900 $cm^2$/V-s respectively both significantly higher than in Si; in contrast to Si does not form high quality native oxide, but works well with high-*k* dielectrics to form MOS/CMOS structures; also important in conjunction with

silicon as silicon germanium SiGe; a replacement for silicon in some applications.
*high-k dielectrics, silicon germanium*

**Germanium-On-Insulator, GeOI or GOI** same concept as SOI; due to the higher electron mobility in Ge than in Si, faster circuits are possible with GeOI substrates; also allows high-speed photodetectors which is of importance for the on-chip optical interconnects.
*germanium, SOI, optical interconnects*

**germanium tin, GeSn** group IV-IV semiconductor compound featuring direct energy gap $E_g = 0.8$ eV; demonstrated in semiconductor laser applications.
*compound semiconductor, semiconductor laser*

**gettering** process which moves contaminants and/or defects in semiconductor toward its bulk and away from its top surface and traps them there; creates "denuded zone" at the top surface.
*denuded zone, extrinsic gettering, intrinsic gettering*

**GILD** Gas Immersion Laser Diffusion.

**global planarization** a planarization process based on CMP resulting in flat surface across the entire wafer; as opposed to smoothing, partial planarization or local planarization; key element of the damascene process.
*Chemical-Mechanical Planarization, smoothing, partial, local planarization, damascene process*

**global strain** see *biaxial strain*.

**glow discharge** electrical discharge in gases.

**GNR** see *graphene nanoribbon*.

**GOI** see *Gate Oxide Integrity*.

**GOI** see *Germanium on Insulator*.

**gown** protective garment used by personnel working in the cleanroom facilities; its main function is to prevent particles generated by the cleanroom personnel from penetrating cleanroom air.
*cleanroom*

**gowning** process of replacing street clothing with cleanroom compatible gowns; gowning area is a dedicated part of the cleanroom facility.
*gown*

**graded heterojunction** composition of the layer formed at the interface between two single-crystal semiconductors featuring different bandgaps is gradually modified to accommodate the transition.
*heterojunction, buffer layer*

**graded junction** a dopant concentration in the p-n junction region is changed gradually (e.g. linearly) across the junction; used to control electric field within the junction region.
*abrupt junction, linearly graded junction*

**Gradual Channel Approximation, GCA** assumes that in the MOSFET's channel voltage changes gradually from the drain to the source; used in the modeling of MOSFETs characteristics.
*drain, source, MOSFET*

**grain** a small in volume piece of single-crystal material, i.e. a material in which crystallographic long-range order is preserved; polycrystalline solids consists of the randomly connected grains which vary in size depending on material and formation/deposition method.
*grain boundary, polycrystalline material*

**grain boundary** a boundary between grains in polycrystalline material; grain boundary is a discontinuity of the material structure having an effect on its fundamental properties including conductivity and lifetime of charge carriers.
*polycrystalline material*

**graphene** a single atom thick sheet of carbon bonded in the hexagonal honeycomb lattice; layers of graphene stacked on top of each other and kept together by the weak van der Walls forces form graphite; features excellent thermal, mechanical, and electrical properties including extremely high conductivity due to the electron mobility that can reach

200000 $cm^2/V \cdot s$; with zero energy gap ($E_g = 0$) graphene is a semi-metal rather than semiconductor; lack of the energy gap diminishes its potential in digital electronics (e.g. in transistors for logic applications); may be potentially useful in ultra-high frequency analog devices and circuits; rolled into a cylinder, graphene forms a single-walled carbon nanotube; graphene can be epitaxially grown on silicon carbide or by the CVD process on a liquid metal matrix.
*carbon nanotube, van der Waals force, molybdenum disulfide, phosphor-rene, slilicene*

**graphene nanoribbon, GNR** graphene in the form of the strips featuring width typically below 50 nm; electronic properties of GNRs depend on the configuration of carbon atoms on the edge of nanoribbon; armchair and zigzag GNRs are distinguished.
*graphene, armchair GNR, zigzag GNR*

**Gummel-Poon model** often used model (circuit simulator) of bipolar transistor.
*Ebers-Moll model, hybrid-pi model*

**Gunn diode** a semiconductor (typically III-V GaAs or InP) microwave diode based on the Gunn effect; the first solid-state source of microwave power; also known as Transferred-Electron Diode (TED).

**Gunn effect** an effect occurring in compound semiconductors; electron drift velocity is decreasing as electric field is increasing above certain critical value resulting in the negative resistance; a diode displaying Gunn effect can produce microwave oscillations of current.
*Gunn diode*

# H

***h*, Planck constant** 6.63 x $10^{-34}$ J-s.

**$h_c$** critical thickness; see *pseudomorphic material.*

**hafnium oxide, $HfO_2$** a high-*k* dielectric replacing $SiO_2$ as a gate dielectric in silicon CMOS integrated circuits in 45 nm and below technology generations; dielectric constant $k \sim 22$; thermally stable up

to 700 °C; commonly deposited by Atomic Layer Deposition; in many aspects similar to zirconium oxide.
*gate oxide capacitance, high-k dielectric, zirconium oxide, Atomic Layer Deposition*

**hafnium silicate, $HfSiO_4$** high-*k* dielectric that can be used as a gate dielectric in silicon CMOS integrated circuits; dielectric constant $k \sim 15$; combines characteristics of silicon dioxide, $SiO_2$, and hafnium dioxide, $HfO_2$; thermodynamically stable with silicon, but inferior to $HfO_2$ in terms of charge trapping; in many aspects similar to zirconium silicate.
*gate oxide capacitance, high-k dielectric, zirconium silicate*

**half-pitch** half the distance between the mid-widths of the two adjacent interconnect lines in an IC.

**Hall effect** magnetic field applied to semiconductor through which current is flowing causes path of the flowing electrons to curve and leads to the asymmetric distribution of charge density across the sample, and hence, generation of voltage across the sample; used to derive selected electrical characteristics of semiconductor, e.g. carrier mobility.
*Hall mobility*

**Hall mobility** charge carrier mobility determined using Hall-effect measurement.
*Hall effect, mobility*

**Hall voltage** the voltage generated in semiconductor as a result of the Hall effect.
*Hall effect*

**halo implantation** a low energy, low current ion implantation carried out at the large incident angle so that implanted dopants penetrate underneath the edge of the MOS gate stack; used in CMOS fabrication to suppress short-channel effects.
*ion implantation, short-channel effects*

**handle wafer** a wafer used as a temporary support in various wafer bonding applications.
*SOI, wafer bonding, wafer debonding*

**handler platform** centrally located chamber in the cluster tool to which all process module are attached; a housing of the robot handling wafers in the cluster tool.
*cluster tool*

**hard bake** thermal curing step performed in the lithographic process after resist developing and before etching; aimed at the strengthening of the resist structure prior to etching; temperature of hard bake varies depending on the resist, but is lower than 200 °C.
*soft bake*

**hard breakdown** catastrophic, irreversible breakdown of the gate oxide in MOS devices; oxide remains permanently damaged after the electric field is removed.
*breakdown, oxide breakdown, soft breakdown*

**HB LED** High Brightness Light Emitting Diode; a class of short wavelength LEDs developed specifically for lighting applications.
*light emitting diode*

**HBT** see *Heterojunction Bipolar Transistor*.

**HCl** see *hydrochloric acid*.

**HCI** Heavily Charged Ions, see *multicharged ion*.
*single-charge ion*

**HDIS** High Dose Implanted (resist) Strip; a process of removing photoresist which served as a mask during high-dose ion implantation.
*ion implantation, implantation dose, photoresist*

**HDP** see *high density plasma*.

**HDP-CVD** High Density Plasma Chemical Vapor Deposition.
*PECVD, high density plasma*

**heat management** the term refers to the heat generated in the course of semiconductor device/chip operation; it needs to be managed in order to prevent overheating and ultimately catastrophic damage of the device/chip; a key challenge in the multi-billion transistors logic chips.
*logic circuit, critical temperature*

**heavily charged ion, HCI** see *multicharged ion*.

**HEED** see *High-Energy Electron Diffraction*.

**Heisenberg uncertainty principle** applied to semiconductors the principle states that simultaneous exact determination of the position and momentum of the electron is not possible.

**helicon plasma** high-density plasma generated using helicon antennas.
*high density plasma, inductively coupled plasma*

**HEMT** see *High Electron Mobility Transistor*.
*HFET*

**Henry's law** amount of gas in the liquid is directly proportional to the pressure of the gas above the liquid surface; example of application in semiconductor processing: control of concentration of ozone dissolved in deionized water (ozonated water).
*ozonated water, ozone*

**HEPA filter** High Efficiency Particulate Air filter; HEPA filters are used in cleanrooms; capable of removing 99.99% of all particles 0.3 μm and larger from circulated air.
*cleanroom, ULPA filter*

**hetero-integration** an integration by stacking into a self-contained system chips which are functionally different and are manufactured using different processing sequences; e.g. face-to-face bonded processor and memory stack integrated into a single package; 3D alternative to the system-on-chip (SOC) approach.
*SOC, three-dimensional integration*

**heteroepitaxy** epitaxial deposition process in which chemical composition of epi material is different than the chemical composition of the substrate; e.g. AlGaAs epi on GaAs substrate or SiGe epi on Si substrate; special consideration is given to the lattice mismatch between epi layer and the substrate.
*buffer layer, graded junction, homoepitaxy, lattice mismatch*

**heterojunction** a junction, typically *p-n*, formed by two different semiconductor materials (e.g. Si and SiGe, or GaAs and AlGaAs).
*homojunction*

**Heterojunction Bipolar Transistor, HBT** high-performance transistor structure; unlike conventional bipolar transistors built using more than one semiconductor material, hence "heterojunction"; takes advantage of the different bandgap of semiconductors used to form emitter, base and collector; III-V compounds based HBTs: e.g. *n*-AlGaAs/*p*-GaAs/*n*-GaAs; Si-based HBTs use $Si_{1-x}Ge_x$ material system in which $x$ is varied to accomplish desired bandgap; HBTs are manufactured using high precision epitaxy such as MBE or MOCVD.
*heteroepitaxy, bipolar transistor, Molecular Beam Epitaxy*

**Heterojunction Field Effect Transistor, HFET** family of FETs built using epitaxially formed structure consisting of semiconductors featuring different bandgaps; typically based on modified GaAs (e.g. AlGaAs) material system.
*gallium arsenide, heterojunction*

**hexagonal crystal system** one out of seven unit cells (crystal systems) in crystallography; defined by four axes among which three are of the same length and lie in the same plane to which the fourth axis is perpendicular; among semiconductors some II-VI compounds (e.g. ZnO and CdSe) and III-V compounds (e.g. AlN, GaN) feature hexagonal lattice.
*cubic system, wurtzite lattice*

**HEXFET** Hexagonal cell FET.

**hexode etcher** dry etching tool which uses six-sided wafer holder for the purpose of increasing process throughput.
*throughput*

**HF** see *hydrofluoric acid*.

**HF:HCl:$H_2O$** a weak solution used in some silicon cleaning sequences as replacement for HPM and HF-last processes.
*HPM, hydrochloric acid, hydrofluoric acid, HF-last*

**HF-last, HFL** "HF-last" process; Si surface preparation sequence in which HF:$H_2O$ etching of native/chemical oxide is performed at the end of the sequence leaving silicon surface hydrogen terminated.
*hydrogen termination*

**HF vapor** a hydrofluoric acid above 19 °C; mixed with water vapor or a vapor of an alcoholic solvent is a very effective isotropic etch of silicon dioxide; used extensively in MEMS release processes.
*hydrofluoric acid, anhydrous HF, MEMS release*

**HFET** see *Heterojunction Field Effect Transistor.*

**HIGFET** Heterojunction Insulated Gate Field Effect Transistor; type of the IGFET using heterojunction as a channel.
*IGFET*

**high-angle implantation** ion implantation process carried out at the high angle between the incident beam and surface normal.
*ion implantation*

**high-current implanter** an implanter designed to perform implantation at high ion beam current.
*ion implantation, implanter, ion beam current*

**high-density plasma, HDP** plasma featuring high concentration of free electrons, and hence, high concentration of ions; denser the plasma, higher the efficiency of the process (etching, deposition); in general, the HDP is accomplished through the magnetic confinement of plasma.
*plasma, magnetically confined plasma, ECR plasma, helicon plasma, ICP*

**High Electron Mobility Transistor, HEMT** a transistor formed using different III-V compounds to exploit difference in their bandgaps to increase mobility of electron; belongs to HFET device family.
*HFET*

**High Energy Electron Diffraction, HEED** a method used in characterization of physical features (crystallographic structure) of solids; by increasing energy of electrons impinging on solid surface additional information regarding material structure can be revealed.
*LEED. RHEED*

**high-frequency C-V** capacitance-voltage measurement carried out at the frequency of 100 kHz and higher (often 1 MHz); in MOS gate characterization often carried out in conjunction with low-frequency (quasistatic) C-V measurement.
*capacitance-voltage measurements, quasistatic C-V*

**high-*k* dielectric** a dielectric material featuring dielectric constant *k* higher than 3.9 which is *k* of $SiO_2$; used as gate dielectric in MOS devices and in storage capacitors; high *k* increases capacitance, or keeps it unchanged at the reduced area of the MOS gate allowing gate dielectric sufficiently thick to prevent excessive tunneling current.
*alternative dielectric, gate capacitance, gate oxide, low-k dielectric, tunneling current*

**high-pressure mercury (Hg) lamp** a mercury lamp featuring high pressure of mercury vapor; source of UV radiation with high-intensity wavelengths in the 350 nm - 500 nm regime; used for the photoresist exposure in *g*-line and *i*-line photolithographies.
*photoresist, low pressure mercury lamp, g-line, i-line photolithography*

**High-Pressure Oxidation, HIPOX** thermal oxidation of silicon carried out at the pressure of oxidizing ambient significantly higher than atmospheric pressure (e.g. 25 atm.); allows fast growth of thick oxide at reduced temperature; capable of enforcing oxidation of silicon nitride covered silicon resulting in nitrogen-rich layer near the surface of the grown oxide.
*thermal oxidation, low pressure oxidation*

**hillock** in semiconductor terminology the term refers to the local accumulation of metal resulting from the electromigration occurring in the interconnect lines.
*electromigration, interconnect*

**HIPOX** see *High Pressure Oxidation*.

**HKMG** High-*k* (dielectric) Metal Gate; also referred to as HK+MG; refers to the advanced (below 45 nm technology generation) MOSFET/CMOS process which uses high-*k* dielectric instead of $SiO_2$ as a gate dielectric and metal gate contact instead of poly-Si.
*gate contact, gate dielectric*

**HMDS** **H**exa**m**ethyl**dis**ilizane; an adhesion promoter; material improving adhesion of photoresist to the surface; deposited on the wafer surface prior to photoresist deposition.
*adhesion*

**hole** a positive charge carrier in semiconductors which materially does not exist; hole is a lack of electron moving in the direction opposite to that of electron and carrying positive charge; features higher effective mass than electron, hence, lower mobility.
*electron, electron-hole pair, hole mobility*

**hole mobility** parameter which is a measure of scattering of the hole moving in semiconductor; unit $cm^2/Vsec$; proportionality factor between hole drift velocity and electric field as well as conductivity and hole concentration in semiconductor; due to the higher effective mass of a hole, hole mobility is typically significantly lower than electron mobility; hole mobility at 300 K for: Si - 500 $cm^2/Vsec$; GaAs - 320 $cm^2/Vsec$, GaN - 350 $cm^2/Vsec$, Ge - 1800 $cm^2/Vsec$, 6HSiC - 100 $cm^2/Vsec$.
*electron mobility, mobility, scattering, drift velocity*

**hole scattering** see *scattering*.

**homoepitaxy** an epitaxial deposition process in which chemical composition of epi material and the substrate are the same; e.g. Si epi layer on Si substrate.
*epitaxy, heteroepitaxy, epi layer*

**homojunction** a junction formed of one material, however, the two parts of the junction display different properties (e.g. conductivity type in the case of *p-n* junction or doping concentration in the case of low-high junction).
*heterojunction, low-high junction, p-n junction*

**homopolar bond** a bond between the atoms of the same polarity; covalent bond is homopolar.
*covalent bond*

**hopping** current conduction mechanism in which charge carriers are "hopping" from defect to defect.
*defect*



JA1921

**horizontal furnace** a furnace for high temperature processing of semiconductor wafers in which process tube is positioned horizontally and wafers are located in the boat vertically on their edges; common furnace configuration in semiconductor manufacturing; used for thermal oxidation, CVD, diffusion and anneals; batch processor; an alternative configuration to vertical furnace; inferior to vertical furnace in terms of the foot print, wafer loading automation and heating uniformity.
*batch process, vertical furnace*

**hot carrier diode** term used in reference to a Schottky diode.
*Schottky diode*

**hot electron** an electron which is not in thermal equilibrium with the lattice; typically carrier "heating" occurs in the regions of semiconductor device featuring very high electric field; hot electrons create reliability problems in semiconductor devices.
*short-channel effects*

**hot plate** a heated plate used in semiconductor processing to cure photoresist and to carry out other low-temperature (< 300 °C) anneals in ambient air.
*soft bake*

**hotwall reactor** thermal reactor using radiant heating; heating elements are located outside of the process chamber, and hence, walls of the process chamber are in thermal equilibrium with wafers located inside.
*coldwall reactor*

**HPM** **H**ydrochloric acid-hydrogen **P**eroxide-water **M**ixture; typically 1:1:5; applied at 40 °C to 70 °C; same as SC-2 and RCA-2; a cleaning solution used primarily to remove metallic contaminants; gradually replaced with alternative recipes such as those involving very weak solutions of HF:HCl in water, or abandoned.
*metallic contaminant, wet cleaning, RCA clean*

**HREM** High Resolution Electron Microscopy; electron microscopy techniques allowing atomic resolution imaging.
*scanning electron microscopy*

**HRTEM** High Resolution Transmission Electron Microscopy.
*transmission electron microscopy*

**HSQ** **H**ydrogen **S**ilses**q**uioxanes; inorganic low-*k* dielectrics; dielectric constant $k \sim 2.9$, used as an interlayer dielectric in advanced multilayer interconnect schemes.
*ILD, low-k dielectrics*

**HVAC** High Vacuum.

**hybrid clean** a cleaning process which combines wet (liquid-phase) and dry (gas-phase) steps, e.g. UV/Ozone followed by HF : $H_2O$.
*dry cleaning, wet cleaning, hydrofluoric acid, UV/ozone*

**hybrid IC** an electronic circuit integrated on the ceramic substrate using various components fabricated using diversified technologies, e.g. monolithic, thick film, etc. and then enclosed in the single package; substrate does not participate in the operation of the circuit; common approach in the implementation of microwave ICs.
*monolithic IC, thick film, radio frequency, microwave IC*

**hybrid-*pi* model** a basic model (equivalent circuit) describing operation of bipolar transistor primarily in amplification applications.
*Ebers-Moll model, Gummel-Poon model*

**hydrochloric acid, HCl** used in cleaning solutions (HPM, or HF : HCl : $H_2O$, mixture) to complex metallic contaminants on the silicon surface; gaseous HCl may be added to oxygen during thermal oxidation of Si for the same purpose.
*cleaning, HPM*

**hydrofluoric acid, HF** extremely hazardous and corrosive acid commonly used in silicon processing to etch silicon dioxide, $SiO_2$; also, important component of the essentially all Si cleaning recipes and some III-V semiconductors cleaning recipes; a colorless liquid at atmospheric pressure below 19 °C; a gas above 19 °C; commercially available as anhydrous HF and aqueous HF (49% solution).
*anhydrous HF, buffered oxide etch, DHF*

**hydrogen peroxide, $H_2O_2$** a liquid; very strong oxidizer; common component of semiconductor cleaning solutions; in some cases replaced by ozone.
*APM, HPM, ozone*

**hydrogen plasma** discharge in hydrogen; non-thermal equivalent of hydrogen reduction of surface oxides; commonly used in surface conditioning of III-V compounds in which high-temperature hydrogen reduction processes cannot be used.
*plasma, hydrogen reduction*

**hydrogen reduction** a reduction (removal) of native oxide from the Si surface during annealing in $H_2$ ambient at the temperatures exceeding 900 °C; procedure often used to remove *in situ* native/chemical oxide from the Si surface prior to epitaxial deposition of silicon.
*chemical oxide, native oxide*

**hydrogen termination** broken silicon bonds at the surface are saturated (passivated) with hydrogen; Si-H is a stable bond preventing oxidation of silicon surface at room temperature; best accomplished by dilute HF:$H_2O$ etch followed by limited water rinsing.
*HF last*

**hydrogenated amorphous silicon** an amorphous silicon (a-Si) containing substantial quantities of hydrogen; hydrogen passivates Si dangling bonds and results in significantly improved electrical properties of a-Si; commonly used to fabricate thin-film silicon solar cells.
*solar cell, amorphous Si*

**hydrophilic surface** a surface tension is such that water is wetting the surface; contact (wetting) angle is close to 0°; e.g. oxide covered Si surface.
*surface tension, wetting angle, hydrophobic surface*

**hydrophobic surface** a surface tension is such that water is bidding on the surface; contact (wetting) angle is close to 90°; e.g. oxide-free Si surface.
*surface tension, wetting angle, hydrophilic surface*

# I

***i* - line photolithography** photolithography using 365 nm wavelength UV light for exposure; high-intensity line at 365 nm in the spectrum of UV lamp is referred to as "*i*-line".
*g-line photolithography, high pressure Hg lamp*

**I-V measurements** see *current-voltage measurements.*

**IBD** Ion Beam Deposition, a PVD thin-film deposition technique.
*ion beam, PVD*

**ICP** see *Inductively Coupled Plasma*.

**ICP MS** see *Inductively Coupled Plasma Mass Spectroscopy.*

**ideal MOS** an "ideal" MOS (Metal Oxide Semiconductor) is a structure for which it is assumed that: *(i)* there is no work function difference between metal gate and semiconductor, *(ii)* there is no charge at the semiconductor-oxide interface, and *(iii)* there is no charge in the oxide; all this means that with no voltage applied to the gate, energy bands in the MOS structure are horizontal, or flat; any departure from the "ideal" condition will change potential distribution across the structure.
*flat-band voltage, oxide charge, work function*

**ideal *p-n* junction** a *p-n* junction diode operation of which is described by the current-voltage relationship in which an ideality factor $n = 1$.
*ideality factor*

**ideal Schottky contact** a metal-semiconductor contact in which potential barrier is defined solely by the difference in metal and semiconductor work functions; i.e. there is no effect of interface states on the characteristics of a Schottky contact.
*potential barrier, work function, work function difference*

**ideality factor** a parameter ($n$) in the diode current-voltage relationship; close to 1 when carrier diffusion dominates current flow; approaches 2 when recombination current dominates.
*p-n junction*

**IGBT** see *Insulated Gate Bipolar Transistor*.

**IGFET** Insulated Gate Field Effect Transistor, effectively a MOSFET.
*MOSFET*

**IGZO** Indium (In) Gallium (Ga) Zinc (Zn) Oxide (O); transparent compound semiconductor; used to manufacture Thin-Film Transistor

(TFT) backplanes in LCD displays featuring higher resolution than displays using amorphous-Si TFT backplanes.
*Thin-Film Transistor*

**$I^2L$** see *Integrated Injection Logic*.

**ILD** see *Inter-Layer Dielectric.*

**imaging resist** a layer of photoresist in which photochemical reactions resulting from illumination are taking place; as the wavelength of exposure light is getting shorter, and hence absorption coefficient increases, thickness of the imaging resist is gradually reduced.
*multilayer resist, planarizing resist*

**IMD** Inter-Metal Dielectric see *Inter-Layer Dielectric*.

**IMEC** Interuniversity Microelectronics Center, Leuven, Belgium; founded in 1984; among international leaders in semiconductor research and development.

**IMEC clean** wet cleaning sequence developed at IMEC; includes three cleaning steps: SOM+APM+dHF/HCl with DI water rinses in between and Marangoni drying at the end.
*APM, Marangoni drying, SOM, deionized water*

**immersion cleaning** cleaning process in which wafers in the cassette are completely immersed in the cleaning solutions; as opposed to spray cleaning or spin cleaning.
*spin cleaning, spray cleaning, wet bench*

**immersion photolithography** photolithography techniques in which space between final projection lens and the wafer in the exposure tool is filled with water rather than air; use of medium featuring higher refractive index $n$ ($n = 1$ for air while $n = 1.34$ for water) increases numerical aperture (*NA*) of the photolithography tool, and hence, increases resolution of the pattern transfer process.
*numerical aperture, refractive index*

**impact ionization** generation of electron-hole pairs in semiconductor due to the collisions of the high kinetic energy species with the atoms in the lattice.
*electron-hole pair, generation*

**IMPATT diode** Impact Ionization Avalanche Transit-Time diode; GaAs based high-performance microwave transit-time diode.
*transit - time diodes*

**implantation** in semiconductor terminology synonymous with *ion implantation*.

**implantation angle** an angle at which implanted ions are imping on the surface; defined and monitored for the purpose of *(i)* preventing ion reflection from the surface*, (ii)* minimization of the effect of channeling.
*ion reflection, channeling*

**implantation damage** during ion implantation accelerated ions collide with atoms in the target material and displace them from their original lattice sites causing damage; after implantation crystallographic order of the implanted material is being restored by a brief anneal (typically RTA) at the temperature of 800 °C or higher.
*ion implantation, rapid thermal processing, post-implantation anneal*

**implantation dose** a number of implanted ions per unite area (atoms/cm$^2$); proportional to ion beam current and implantation time; typical doses are in the range from $10^{11}$ to $10^{16}$ atoms/cm$^2$; dose determines concentration of implanted ions, and hence, doping level.
*ion implantation, ion beam current*

**implantation energy** kinetic energy of implanted ions established through ions acceleration in the acceleration column of an ion implanter; determines depth of penetration of the implanted material by the ions, and hence, depth of the junction formed; quantitatively expressed by projected by the range $R_p$.
*projected range, channeling*

**implanted junction** a *p-n* junction formed by means of ion implantation.

**implanter** a tool used to carry our ion implantation processes.
*ion implantation*

**impurity** in semiconductor terminology this term has two meanings; may be used in reference to either dopant or a contaminant.
*contaminant, dopant*



JA1927

***in situ* doping** dopant atoms are introduced into semiconductor during its growth; most commonly during the epitaxial growth of the single-crystal semiconductor.
*epitaxy*

***in situ* monitoring** monitoring of the semiconductor manufacturing processes inside the process reactor; often in real time while the process is underway; as opposed to process monitoring based on the outcome of the process.

**index of refraction, *n*** see *refractive index.*

**indirect bandgap** the energy gap (bandgap) in semiconductor is configured such that the bottom of the conduction band and the top of the valence band do not coincide at the momentum $k = 0$, i.e. are shifted along the $k$ axis with respect to each other.
*direct bandgap, photon, phonon*

**indirect bandgap semiconductor** a semiconductor featuring indirect bandgap; in the case of an indirect bandgap semiconductors the energy realized during band-to-band electron-hole recombination is predominantly in the form of a phonon rather than electromagnetic radiation (photon), hence, indirect bandgap semiconductors, e.g. Si, Ge, SiC, are not used to fabricate light emitting diodes (LEDs).
*direct bandgap semiconductor, phonon, light-emitting diode*

**indirect recombination** an electron-hole recombination via centers (energy levels) present in the bandgap of semiconductor rather than via direct band-to-band recombination; centers in the bandgap result from the crystal defects and/or contamination of semiconductor material.
*recombination, direct recombination*

**indium, In** an element from the group III of the periodic table; component of the III-V semiconductors (InSb, InP, InAs); can be used as a *p*-type dopant (acceptor) in silicon in alloyed *p-n* junction formation; do not used as a dopant in conjunction with ion implantation and diffusion doping processes.
*alloyed junction, indium antimonide, indium arsenide, indium phosphide*

**indium antimonide, InSb** a III-V compound semiconductor; energy gap $E_g = 0.17$ eV, direct; zinc-blend crystal structure; mobility of

electrons and holes at 300 K: 80000 $cm^2$/V-s and 450 $cm^2$/V-s respectively; the narrowest bandgap among practical semiconductors, but featuring the highest electron mobility; very high electron mobility makes it potentially attractive in digital applications, but a very narrow energy gap is a limitation; used in infrared emitters and detectors.
*compound semiconductor, infrared emitter, - detector, antimonides*

**indium arsenide, InAs** a III-V compound semiconductor; energy gap $E_g = 0.36$ eV, direct; zinc-blend crystal structure; mobility of electrons and holes at 300 K: 22600 $cm^2$/V-s and 200 $cm^2$/V-s respectively, narrow bandgap, high electron mobility material; wafers up to 300 mm in diameter are commercially available; used in infrared emitters and detectors.
*compound semiconductor, infrared emitter, - detector, arsenides*

**indium phosphide, InP** a III-V compound semiconductor; energy gap $E_g = 1.35$ eV, direct; cubic crystal structure; mobility of electrons and holes at 300 K: 4500 $cm^2$/V-s and 100 $cm^2$/V-s respectively; wafers up to 100 mm in diameter are commercially available; used to produce semiconductor infrared emitters and detectors as well as in high-speed electronics.
*compound semiconductor, infrared emitter, - detector, phosphides*

**indium tin oxide, ITO** a ternary compound; an optically transparent and electrically conductive oxide; energy gap $E_g \sim 4$ eV; very broadly used in semiconductor photonic devices as a transparent contact.
*photonic device*

**inductive heating** heating technique in which energy of *AC* signal (typically in RF range) is coupled directly to the object to be heated; temperature of this object is increased due to the Joules effect; coldwall reactors; same principle as in the conventional microwave oven; in semiconductor manufacturing less common now than it was in the past because of the insufficient heating uniformity of very large wafers.
*coldwall reactor, RF, resistance heating*

**Inductively Coupled Plasma, ICP** a high density plasma used in semiconductor processing; etching in particular; inductive, as opposed to capacitive, coupling allows electrodes to be located outside of the

reactor; the most common high-density plasma mode in semiconductor manufacturing.
*high-density plasma*

**Inductively Coupled Plasma Mass Spectroscopy, ICP MS** a method allowing identification of species adsorbed on the solid surface; commonly used to detect organic contaminants on semiconductor surfaces which are thermally desorbed and then identified by analyzing plasma emission spectrum.
*organic contaminants, GC-MS*

**inelastic collision** a collision during which there is a loss of kinetic energy, i.e. part of the kinetic energy is converted into the other form of energy (most commonly heat) and the momentum is not conserved; collisions between species in solids are almost always inelastic.
*elastic collision*

**infrared detector** a detector of infrared radiation; a diode made using semiconductors featuring energy gap $E_g$ < 1.7 eV; typically ternary compounds with tunable $E_g$ formed on the basis of binary narrow-bandgap semiconductors, e.g. InGaAs; also II-VI compounds such as CdHgTe, and others; used in thermal imaging devices and household remotes.
*infrared radiation, photodetector*

**infrared emitter** an emitter of infrared radiation; a LED manufactured using semiconductors featuring direct bandgap $E_g$ < 1.7.eV; between others used in household remotes.
*infrared radiation, light emitting diode*

**infrared radiation, IR** wavelengths from ~0.7 μm to ~15 μm range; invisible at the longer wavelengths in this range; used in night vision systems and household remotes; also used for heating purposes.
*light emitter, photodetector*

**ingot** circular in cross-section, elongated piece of single-crystal semiconductor material typically resulting from the Czochralski crystal growth process; ingot is machined into the desired diameter and then sliced, using high-precision diamond saw, into wafers used to manufacture semiconductor devices.
*Czochralski crystal growth, single crystal, wafering*

**inject printing** a method of patterned deposition using liquid precursors, e.g. organic semiconductors.
*Physical Liquid Deposition*

**inorganic semiconductors** include elements from the group IV of the periodic table: carbon, (C), silicon (Si), germanium (Ge) and tin (Sn); inorganic compound semiconductors can be formed by combining elements from the group IV (AIV-BIV), e.g. SiGe and SiC, elements from groups III and V (AIII-BV), e.g. GaAs, InP, or GaN, and elements from groups II and VI (AII-BVI), e.g. CdTe, ZnO, etc.; silicon is the most abundant and the most widely used inorganic semiconductor.
*semiconductors, elemental semiconductors, organic semiconductors*

**Insulated Gate Bipolar Transistor, IGBT** designed for power applications; device which combines MOS gate control and bipolar current flow mechanism; features high current/high voltage operation and high input impedance at the same time.
*power device*

**insulator** a very high resistivity material; in semiconductor device manufacturing used to electrically separate conducting materials; in general terms a type of solid which in contrast to metals and semiconductors does not conduct electrical current; insulators feature very wide energy gap $E_g$, typically above 5 eV; electrical conductivity of insulators cannot be altered by introduction of alien elements; the most common insulators in semiconductor technology: $SiO_2$, $Si_3N_4$, also high-dielectric constant *k* and low-*k* dielectrics.
*metal, semiconductor, silicon dioxide, silicon nitride, dielectric constant*

**integrated bipolar transistor** to meet specific requirements of the layout of an integrated circuit collector contact in an integrated bipolar transistor is located on the top surface of the wafer along with emitter and base contacts; in the discrete bipolar transistor collector contact is located on the back surface of the wafer; this change enforces changes in a configuration of the entire collector region of the bipolar transistor which includes buried $n^+$ region.
*bipolar transistor, discrete transistor*

**integrated circuit, IC** the entire fully functional electronic circuit formed on the single piece of a solid substrate and enclosed in a hermetic package; package is equipped with leads needed to electrically integrate

IC with a larger electronic system; depending on the substrate monolithic and hybrid ICs are distinguished.
*hybrid IC, monolithic IC*

**integrated device** a semiconductor device (e.g. transistor) designed to meet specific requirements of the circuit integration; as opposed to discrete device.
*discrete device*

**Integrated Injection Logic, $I^2L$** a logic gate based on bipolar transistor; commonly referred to as "*I*-square-*L*".
*logic gate, ECL*

**integrated processing** processing scheme employed in semiconductor manufacturing in which two or more consecutive operations are performed on the wafers within an enclosed, self-contained, multi-chamber reactor in the fully controlled ambient; tool implementing integrated process are commonly referred to as "clusters".
*cluster*

**Inter-Layer Dielectric, ILD** same as Inter-Level Dielectric and Inter Metal Dielectric; a dielectric material used to electrically separate closely spaced interconnect lines arranged in several levels (multilevel metallization) in an advanced integrated circuit; ILD must feature low dielectric constant *k* (as close to 1 as possible) to minimize capacitive coupling ("cross talk") between adjacent metal lines.
*low-k dielectric, multilevel interconnect*

**Inter-Metal Dielectric** see *Inter-Layer Dielectric*.

**interconnect** a conductor (typically metal) line connecting elements of an integrated circuit (typically transistors); in very high density integrated circuits interconnect lines form a multilevel network; in advanced silicon ICs interconnect lines are made out of copper.
*copper, inter-layer dielectric, multilevel interconnects*

**interconnect density** a measure of complexity of the multi-level metallization scheme in advanced ICs; expressed in $m/cm^2$/level.
*multilevel interconnects*

**interdifussion** an exchange by diffusion of atoms between two materials in physical contact in the presence of the concentration gradient and elevated temperature.
*difussion*

**interface** a region featuring finite thickness in between two materials in physical contact; a region within which chemical and/or structural transition between two materials occurs; typically highly disturbed region with potentially strong effect on the transport of charge carriers, and hence, device performance; e.g. carriers in the MOSFET channel flowing along semiconductor-dielectric (oxide) interface are subject to enhanced scattering.
*bulk, surface, silicon-silicon dioxide system*

**interface state** the allowed energy state within the energy gap at the interface between oxide (or metal) and semiconductor; essentially a surface state located within the interface region; an interface trap is an electrically active manifestation of the presence of an interface state.
*surface state, interface trap*

**interface trap** an electrically active interface state; a defect located at the interface between oxide and semiconductor; or metal-semiconductor; commonly associated with "dangling" (unsaturated) bonds at the semiconductor surface; capable of trapping and de-trapping charge carriers; interface traps have an adverse effect on device performance; in the case of free surface the same feature would be referred to as surface state.
*dangling bond, interface state, trap*

**interfacial oxide** an ultra-thin (< 1 nm) native oxide sandwiched between silicon and high-*k* dielectric in HKMG MOS gate stacks.
*HKMG, MOS gate*

**internal emission** the emission of electron from the valence band to the conduction band in semiconductor.
*electron-hole pair*

**internal quantum efficiency, solar cells** the efficiency with which photons penetrating solar cell, i.e. not reflected or transmitted out of the cell, generate charge carriers.
*external quantum efficiency*

**interstitial** an alien atom in the crystal lattice located in between lattice host atoms.
*substitutional, vacancy, point defect*

**interstitial diffusion** a diffusion mechanism in which diffusant moves in between host atoms in the lattice; low activation energy process; interstitial diffusants (e.g. gold in silicon) feature high diffusion coefficient.
*diffusant, diffusion, substitutional diffusion*

**intrinsic concentration $n_i$** concentration of charge carriers in the intrinsic, i.e. undoped, semiconductor; $n_i^2 = np$ where $n$ and $p$ represent concentration of free electrons and holes respectively.
*intrinsic semiconductor*

**intrinsic delay** the term refers to the logic gate; a delay internal to the gate which in other words means a gate delay.
*logic gate*

**intrinsic Fermi level** the Fermi level in an intrinsic semiconductor; located not exactly in the middle of the energy gap because of the different effective mass of an electron and a hole.
*effective mass, Fermi level*

**intrinsic gettering** a process in which gettering of contaminants and/or defects in semiconductor wafer is stimulated by the series of heat treatments applied in a strictly executed sequence and without any external interactions with a wafer; works well in forcing precipitation of oxygen in CZ grown single-crystal Si wafer away from its surface.
*gettering, oxygen in silicon, oxygen precipitation, extrinsic gettering, CZ crystal growth*

**intrinsic semiconductor** an undoped semiconductor material, i.e. semiconductor which does not display either *n*- or *p*-type conductivity; free electrons and holes result only from band-to-band generation, and hence, feature the same concentration ($n = p$); intrinsic concentration of carriers depend on the energy gap (bandgap); higher in narrow-bandgap and lower in wider bandgap semiconductors.
*extrinsic semiconductor*

**inversion** an inversion of the conductivity type (from *p*- to *n*-type or vice versa) at the semiconductor surface in MOS structure induced by the electric field; in inversion the concentration of minority carriers exceeds that of the majority carriers; the effect of inversion is a foundation of the operation of the MOSFET.
*accumulation, depletion, inversion layer, strong inversion, field effect*

**inversion layer** a layer at the semiconductor surface in the MOS structure in which condition of inversion is established; an inversion layer formed between the source and the drain of the MOSFET comprises a channel of the transistor; when surface is inverted a channel is created, and hence, the MOSFET is "on".
*channel, MOSFET*

**inverter** see *CMOS inverter.*

**I/O** input/output; a number of I/O pins in an IC package; reflects complexity of the circuit, i.e. higher the I/O count, more complex is the circuit.
*DIP, PGA*

**ion** an ionized atom, i.e. atom deprived of at least one of its electrons to become positively charged, or atom acquiring additional electron(s) to become negatively charged.
*ionization, ion multicharged, ion single-charge*

**ion beam** a geometrically confined and accelerated by electrostatic forces stream of ions directed toward desired target.
*ion implantation, ion milling*

**ion beam current** expressed in terms of the number of ions crossing unit area in the unit time; a key parameter determining implantation dose in the process of ion implantation; a parameter used as a criterion distinguishing between various types of implanters.
*ion implantation, implantation dose, implanter, high-current implanter*

**ion beam lithography, IBL** a lithography technique in which resist is exposed by accelerated ions; direct write or masked lithography; due to the limited scattering of ions in the resist the IBL may offer resolution of the pattern transfer process comparable to, or better than e-beam lithography; not used in commercial manufacturing due to the complexity of the ion optics infrastructure.
*e-beam lithography, proximity effect, direct write lithography*

**ion implantation** a process in which ions accelerated toward the solid surface penetrate the solid up to certain depth determined by the kinetic energy of impinging ions; in semiconductor technology used to introduce dopants, to form buried layers, and to modify solid surfaces; the most common selective doping technique in semiconductor device manufacturing; concentration of implanted dopant atoms depends on the ion dose while depth of implantation is determined by the kinetic energy of ions impinging on the surface.
*doping, dose, implanter, projected range, selective doping*

**ion implantation damage** see *implantation damage*.

**ion milling** subtractive process in which high energy ions impinging on the surface of the solid cause ejection ("sputtering") of the host atoms; highly anisotropic, non-selective and surface damaging etching.
*etching, physical etching, sputtering, selective etch, anisotropic etch*

**ion, multicharged, MCI** an atom ionized to a $q$ ion charge level $q > 1$; e.g. $Ar^{8+}$; high power, very high frequency generators are needed to ionize gas to ion charge $> 1$; decelerated multicharged ions feature potential energy orders of magnitude higher than their kinetic energy; capable of interacting with solid surfaces at ultra-low velocities; in contrast to non-selective interactions of single-charge ions the multi-charged ions interact differently with insulators and conductors.
*ion single-charge*

**Ion Projection Lithography, IPL** modification of the ion-beam lithography in the direction of increased process throughput; elimination of time consuming scanning.
*ion-beam lithography*

**ion reflection** an incident ion is reflected from the solid surface instead of being implanted or causing sputtering of the bombarded solid.

**ion, single-charged** atom ionized to a single charge level, i.e. atom deprived of one electron only; e.g. $Ar^{1+}$; in conventional discharge in gas single-charge ions dominate population of ions; single-charge ion features very low potential energy and needs to acquire high kinetic energy through acceleration to perform useful function (e.g. sputtering).
*ion multicharged*

**ion sputtering** see *ion milling.*

**ionic bond** a bond in compound materials formed between the electro-negative and electropositive elements; two ions attract each other and are held together by the simple electrostatic force; fairly strong bond; hard substances featuring high melting high and high boiling point; many compounds of interest in semiconductor technology feature combination of covalent and ionic bonds (e.g. GaAs).
*covalent bond, metallic bond*

**ionic conduction** electrical conduction in an insulator due to the motion of ions rather than electrons; slow process featuring high activation energy; example: motion of sodium ions ($Na^+$) in $SiO_2$.
*activation energy, sodium*

**ionization** process in which an atom is converted into an ion typically by giving away one or more of its electrons and assuming a positive charge.
*ion, ion single charged, ion multicharged*

**ionization energy** an energy needed to ionize an atom; term commonly refers to the energy needed to ionize (activate) dopant atom in semiconductor, i.e. to have dopant atom to release one free electron (donor) or one free hole (acceptor); dopants featuring low ionization energy are desired.
*dopant, dopant activation*

**IPA** see *isopropyl alcohol*.

**IPA drying** a wafer drying technique using isopropyl alcohol (IPA); wet wafer is exposed to hot vapor of IPA which displaces water from the wafer surface; IPA evaporates during wafer cooling leaving surface moisture-free; the most common wafer drying method in advanced semiconductor manufacturing.
*isopropyl alcohol, Marangoni drying, spin drying*

**IPL** see *Ion Projection Lithography*.

**IR** see *infrared radiation.*

**iron, Fe** common metallic contaminant in semiconductor processing; introduces energy levels in Si bandgap if thermally activated; may originate from several sources in process environment including water and cleaning chemicals as well as corrosion in the stainless steel gas delivery lines.
*metallic contaminants*

**Irvin's curves** the curves illustrating changes of the surface dopant concentration as a function of the sheet resistance-junction depth product for different dopant concentration in the bulk of semiconductor substrate at 300 K.
*dopant, junction depth, sheet resistance*

**isolation** in semiconductor terminology term typically refers to electrical isolation between two adjacent devices in an integrated circuit, e.g. between *P*-MOSFET and *N*-MOSFET forming CMOS cell; also conducting part of the circuit/device (contacts and interconnects) need to be electrically isolated.
*LOCOS, mesa, STI, inter-layer dielectric, spacer*

**isopropyl alcohol, IPA** also known as 2-propanol or isopropanol; colorless, flammable, not safe to drink; highly volatile organic solvent with many industrial and household uses; in semiconductor manufacturing used primarily for wafer drying.
*IPA drying*

**isotropic etching** an etch in which rate of etching reaction is the same in any direction, i.e. is non-directional; undesired in the definition of very tight geometrical features, but needed in the case of extensive lateral etching, e.g. in MEMS release.
*anisotropic etch, MEMS release*

**isotype junction** the junction involving two semiconductors featuring different chemical composition, but the same conductivity type (*n* or *p*).
*heterojunction*

**ITO** see *indium tin oxide*.

# J

**JBS** see *Junction Barrier Controlled Schottky.*

**JFET** see *Junction Field Effect Transistor*.

**JLT** see *junctionless transistor*.

**Josephson effect** a tunneling current flow between two superconductors separated (coupled) by the ultra-thin insulator in the absence of electric filed.

**Josephson junction** a device designed to implement Josephson effect; made by sandwiching non-superconducting material between two layers of superconducting materials; listed here because of its potential for being used in the very high-speed digital (logic) electronics replacing semiconductor based devices.
*Josephson effect*

**Joule heating** the generation of heat in the metal by passing an electric current; also known as resistance heating and ohmic heating; commonly used in the tools employed in semiconductor processing.
*furnace, inductive heating*

**junction** in semiconductor materials and devices a region in which two materials featuring different work functions are brought to contact; e.g. *p-n* junction and metal-semiconductor junction (contact).
*work function, junction p-n, metal-semiconductor contact*

**Junction Barrier Controlled Schottky, JBS** a Schottky diode based power rectifier with arrays of *p-n* junctions built into the drift region.
*Schottky diode*

**junction breakdown** the sudden increase of current flowing across the reverse biased junction; under certain conditions results in the irreversible, permanent damage to the junction and makes it unable to block the current; does not have to be destructive if dissipated power remains within the safe limits.
*breakdown, avalanche breakdown, Zener breakdown*

**junction capacitance** a capacitance associated with the variations of the charge in the space charge region of the junction such as *p-n* junction, metal-semiconductor (Schottky) diode or oxide-semiconductor junction in the MOS structure.
*junction, space-charge region*

**junction depth** term typically applies to *p-n* junction; depth (measured from the surface of semiconductor) of the plane in *p-n* junction region at which concentration of acceptors is equal to the concentration of donors; determined by the energy of implanted dopant atoms or time of doping by diffusion.
*metallurgical junction, doping*

**Junction Field Effect Transistor, JFET** Field Effect Transistor, FET, with a *p-n* junction acting as a gate; channel's conductivity is controlled by changing width of the space charge region associated with a *p-n* junction in response to the changing gate voltage, i.e. the voltage biasing a *p-n* junction gate in reverse.
*field effect transistor, MESFET, MOSFET*

**junction isolation** an isolation scheme using reverse biased *p-n* junction to electrically isolate adjacent transistors in the integrated circuits.
*LOCOS, shallow trench isolation*

**junction, *p-n*** see *p-n junction*.

**junction, metal-semiconductor** see *metal-semiconductor contact*.

**junction spiking** see *spiking.*

**junction temperature** temperature of the junction (*p-n*, Schottky) during device operation; high junction temperature causes reliability problems; depends on the thermal conductivity (i.e. ability to dissipate heat) of semiconductor; a maximum (critical) temperature at which junction remains operational needs to be established.
*critical temperature, junction breakdown*

**junctionless transistor** a MOSFET in which source, channel and drain feature the same conductivity type, i.e. there are no *p-n* junctions on $n^+$-*n*

junctions on the way of current flow from the source contact to the drain contact.
*MOSFET, drain current*

# K

***k*** Boltzman constant: 8.617342 x $10^{-5}$ $eVK^{-1}$.

***k*** dielectric constant; reflects material ability to store electric charge; unitless; varies from 1 ($k = 1$ for air) to thousands for complex compounds such as titanates and niobates.
*high-k dielectric, low-k dielectric*

**Kaufman source** a source of ions commonly used in ion milling equipment.
*ion milling*

**"killer" defect** a colloquial term referring to the defect of material or device layout which is a reason for the catastrophic failure of the device; e.g. high density of charge traps in the gate oxide or severe deformation of the interconnect lines.
*oxide breakdown, interconnect line*

**kink site** during the epitaxial growth a single atom layer forms an edge with itself and creates a kink site.
*epitaxy, MBE*

**Kirk effect** see *base pushout*.

**Kirkendall effect** concerns exchange of atoms by diffusion at the contact between two different metals; may lead to the malfunctions of the contacts and joints in semiconductor devices.
*interdiffusion*

**KOH** potassium hydroxide; used in silicon etching solutions.
*CP-4 etch, Secco etch, Sirtle etch*

**KrF excimer laser** an excimer laser featuring 248 nm emission wavelength; used for the photoresist exposure in deep-UV (DUV) photolithography serving 130 nm - 180 nm technology nodes.
*excimer laser*



JA1941

**Kronig-Penney model** a simplified model for an electron in one-dimensional periodic potential; important in derivation of the energy bands and energy band gaps concepts in semiconductors.
*energy bands*

# L

**lamp cleaning** a brief exposure of semiconductor wafer surface to the halogen-quartz lamp illumination in oxygen containing ambient (including ambient air); increases wafer temperature up to 300 °C and causes volatilization of weakly adsorbed surface organic contaminants; useful in "refreshing" of semiconductor/substrate surfaces in semiconductor manufacturing.
*Rapid Optical Surface Treatment, Rapid Thermal Cleaning*

**lamp heating** use of high-power IR lamps for the purpose of increasing wafer temperature; in contrast to other modes of thermal processing (see *furnace*), allows very brief wafer exposure to high temperature (typically not exceeding 1100 °C); low thermal budget process; must be implemented in the way preventing thermal damage of the wafer.
*furnace, IR, Rapid Thermal Processing, thermal budget*

**Langmuir-Blodgett film** a film comprised of a single monolayer of an organic material; deposited while slowly withdrawing a solid substrate from the liquid containing organic material; each subsequent immersion/withdrawal cycle adds a monolayer of organic material to the substrate surface, hence, precise control of the film thickness is possible.
*organic semiconductor*

**LASCR** Light-Activated Silicon Controlled Rectifier.

**LASER** Light Amplification by Stimulated Emission of Radiation; laser; laser is the most common source of coherent, monochromatic radiation; semiconductor lasers are based on *p-n* junction implemented using complex multilayer structures allowing stimulated emission.
*semiconductor laser, stimulated emission*

**laser cleaning** use of lasers to remove particles from the wafer surface; particles are dislodged due to the very rapid evaporation of moisture (ablation) from underneath the particle on the wafer surface; features less

than 100% particle removal efficiency, and hence, is not broadly used in commercial applications.
*particle*

**laser diode** see *semiconductor laser*.

**laser heating** allows localized (also in terms of depth) rapid heating of semiconductor wafers and other solids; very useful when local heating is needed, e.g. in local CVD processes such as those used to repair masks; type of laser (wavelength of radiation) is selected depending on the type of material to be heated.
*RTP, mask repair, CVD*

**laser interferometry** the endpoint detection method in dry etching tools; completion of the etching process is determined based on the detection of change in the optical characteristics of the laser beam reflected from the etched surface.
*endpoint detection*

**laser, semiconductor** see *semiconductor laser.*

**latch-up** a highly undesired ("parasitic") effect occurring in CMOS devices; condition under which significant current flows through Si substrate between NMOS and PMOS parts of CMOS cell and degrades its performance; it occurs when under certain bias conditions two parasitic bipolar transistors resulting from CMOS configuration "latch" and provide high conductivity path between NMOS and PMOS parts of the cell; various CMOS designs were conceived to prevent latch-up; implementation of CMOS technology on SOI substrates is an ultimate solution to the CMOS latch-up challenge.
*CMOS, SOI*

**lateral diffusion** diffusion of dopant atoms in the direction parallel to the surface of semiconductor; undesired in semiconductor device manufacturing as it causes lateral distortion of the device geometry.
*diffusion, vertical diffusion*

**lateral etching** an isotropic etching proceeding also in the direction parallel to the surface; undesired, and hence avoided, in the case when very tight geometrical features need to be defined by etching; desired and used in select MEMS etching applications.
*isotropic etch, anisotropic etch, MEMS release*

**lateral transistor** a bipolar transistor (BJT), typically *p-n-p*, in which current flows across the base in the direction parallel to the wafer surface; in contrast to conventional vertical bipolar transistor in which current across the base flows in the direction normal to the surface; lateral transistor features inferior characteristics as compared to vertical transistor due to the inferior control over the base width in the lateral configuration.
*base width, bipolar transistor*

**LATID** Large-Angle-Tilt Implanted Drain; part of the drain engineering strategy in ultra-small geometry CMOS.
*drain engineering, ion implantation*

**lattice** a periodic three dimensional arrangement of atoms in a crystal; specific to a given material; formed by infinite repetition of unit cell in all three spatial directions.
*crystal lattice, cubic system, unit cell*

**lattice cell** same as *unit cell*; repeated in all three spatial directions to form a crystal lattice.
*lattice, unit cell*

**lattice constant, *a*** distance between atoms in cubic-cell crystals; in non-cubic crystals more than one lattice constants are identified; a measure of structural compatibility between various crystals.
*lattice, lattice mismatch, lattice matched structures*

**lattice matched structure** a structure consisting of ultra-thin layers of different single-crystal semiconductors (typically III-V) which are compositionally adjusted such that they feature matching lattice constants; allows changes of energy gap from layer to layer maintaining the same crystallographic structure throughout the entire stack; common in advanced LEDs and laser diodes.
*bandgap engineering, lattice constant, superlattice*

**lattice mismatch** a measure of difference (in %) between lattice constants of two different single-crystal semiconductors brought to contact by deposition of one on top of another.
*pseudomorphic material*

**lattice mismatched structure** term refers to the situation where two materials featuring different lattice constants are brought together by deposition of one material on top of another; in general, lattice mismatch will prevent growth of defect-free epitaxial film unless an adequate buffer layer is formed or thickness of the deposited film is below certain critical thickness $h_c$; in this last case lattice mismatch is compensated by the strain in the film.
*pseudomorphic material, strained layer superlattice*

**lattice point** a point at which crystal grid lines intersect and which represents the positions occupied by the atoms in a crystal unit cell.
*crystal, unit cell*

**lattice scattering** an electrostatic interaction between moving charge carriers and vibrating lattice atoms.
*scattering*

**LCC** Leadless Chip Carrier; type of IC package.
*package*

**LCD** see *Liquid Crystal Display.*

**LCD LED** a non-emissive Liquid Crystal Display which uses LEDs as a source of the backlight.
*liquid crystal display, light emitting diode, non-emissive display*

**LDD** see *Lightly Doped Drain*.

**LDMOSFET** Laterally Diffused MOSFET.

**leadframe** a metal frame that provides external electrical connection to the packaged chip.
*package*

**leak** term referring to the malfunction of the vacuum system; a discontinuity of the vacuum enclosure making it impossible to obtain and maintain high vacuum.
*vacuum*

**leak detector** apparatus designed to detect leaks in vacuum systems.

**leakage current** uncontrolled ("parasitic") current flowing across region(s) of semiconductor device in which no current should be flowing; e.g. current flowing across the gate oxide in MOS structure, or excessive (higher than resulting from the physical properties of device) current flowing across reverse biased *p-n* junction, or Shottky diode.
*reverse bias*

**LEC** Liquid Encapsulated Czochralski growth; a modified version of CZ process devised to maintain desired composition of the melt by preventing evaporation of its components.
*Czochralski growth*

**LED** see *Light Emitting Diode*.

**LED display** an emissive display; a display composed of the Light Emitting Diodes which convert electric signal directly into light; can be constructed using inorganic or organic semiconductor LEDs
*non-emissive display, flexible display, OLED*

**LED light bulb** a light bulb using LEDs as a source of light; the most common light bulb in everyday lighting applications; by far superior to incandescent bulbs in terms of efficiency.
*Light Emitting Diode, white LED*

**LEED** Low Energy Electron Diffraction; a method for characterization of physical features (crystallographic structure) of solids.
*HEED, RHEED*

**LER** Line-Edge Roughness; term commonly used to describe roughness of the edge of the exposed and developed photoresist.
*Photoresist*

**LET** see *Light Emitting Transistor*.

**lifetime** the period of time between generation/injection of a minority carrier in semiconductor and its annihilation via recombination.
*minority carrier, generation, recombination*

**lift-off** a process allowing patterning of thin films without etching; typically used to define geometry of hard to etch metals (e.g. gold); metal

is lifted-off in selected areas by dissolving/ashing underlying photoresist; also used to pattern films composed of nanodots or nanowires.
*photoresist, ashing, nanodot, nanowire*

**light emitter** a semiconductor device emitting radiation wavelength (energy) of which is determined by its bandgap; two types of semiconductor emitters: LEDs and lasers; semiconductor light emitters are most commonly configured as diodes.
*LASER, LED, LET, radiation wavelength λ*

**Light Emitting Diode, LED** a semiconductor device emitting light; two-terminal rectifying device made using direct bandgap semiconductor compounds; energy generated during recombination processes in the space charge region of the junction (typically *p-n*) is released in the form of light; spontaneous emission as opposed to stimulated emission in lasers; wavelength of emitted radiation depends on the semiconductor's bandgap; LEDs covering radiation spectrum from infrared to violet are available; properly engineered can act as a source of white light; broadly used in lighting and display applications.
*EELED, SELED, OLED, white LED*

**Light Emitting Transistor, LET** thin-film transistor made out of inorganic or organic semiconductors capable of emitting light.
*inorganic, organic semiconductor*

**lighting, semiconductor lighting** the use of efficient semiconductor LEDs instead of inefficient conventional incandescent (hot filament) or fluorescent (gas-discharge) bulbs in everyday lighting applications; a market dominating lighting technology.
*LED, OLED*

**Light Point Defect, LPD** a defect (e.g. particle) revealed on the illuminated surface due to the light scattering; detection of such scattering is a foundation of the particle detection and counting processes in semiconductor technology.
*particle counter*

**lightly doped drain, LDD** the reduced doping of the drain region in very small geometry MOS/CMOS transistors; part of the drain engineering strategy in advanced CMOS; designed to control drain-substrate breakdown; reduced doping gradient between the drain and the

channel lowers electric field in the channel in the vicinity of the drain; implementation: moderate implant before spacer formation, heavy implant after spacer formation.
*drain engineering, drain extension, spacer*

**limited-source diffusion** also known as a drive-in process; concentration of diffusant (dopant) on the surface decreases during the limited-source diffusion process through dopants redistribution into the substrate in the direction of the concentration gradient; no additional dopant atoms are incorporated into wafer, hence, limited-source.
*dopant redistribution, unlimited-source diffusion, drive-in*

**line defect** a dislocation; part of the crystal slips with respect to another part under the stress which is beyond the elastic limit of a given crystal.
*crystal defect, dislocation*

**linearly graded junction** a junction in which doping profile depends linearly on the distance from the junction plane.
*abrupt junction*

**liquid crystal, LC** a matter in the state which shows characteristics of the conventional liquid, because it flows like liquid, and at the same time characteristics of the solid crystal, because its molecules may be oriented in the crystal-like way; light transmission characteristics of the LC can be altered by the applied voltage which is a working principle of the non-emissive liquid crystal display.
*liquid crystal display*

**liquid crystal display, LCD** a non-emissive display composed of the matrix of LC pixels; the image is generate by altering the transmission of externally generated light (thus, non-emissive) through each pixel by applying voltage; controlled by the arrays of thin film transistors (TFT); by definition requires backlighting to operate.
*liquid crystal, thin film transistor, LCD LED, AMLCD*

**liquid phase epitaxy, LPE** epitaxial deposition carried out in the gas phase.
*epitaxy*

**lithography** process used to transfer pattern to the layer of resist deposited on the surface of the wafer; masked or direct write; type of

lithography depends on the wavelength of radiation used to expose resist: photolithography (or optical lithography) uses UV radiation, X-ray lithography uses X-ray, e-beam lithography uses electron bean, ion beam lithography uses ion beam to expose the resist.
*photolithography, e-beam-, ion beam lithography, X-ray lithography*

**Local Oxidation of Silicon, LOCOS** isolation scheme commonly used in MOS/CMOS silicon IC technology; thick (in the range of 500 nm) pad of thermally grown $SiO_2$ separates adjacent PMOS and NMOS transistors in the CMOS cell; local oxidation is accomplished by using silicon nitride, $Si_3N_4$, to block off oxidation of Si in selected areas, hence, "local" oxidation.
*channel stop, latch-up, silicon nitride, shallow trench isolation*

**local planarization** surface planarization process based on the oxide (BPSG) reflow; results in the flat surface over the limited areas on the wafer surface; as opposed to global planarization accomplished by means of CMP.
*global planarization, CMP, Boro-Phospho-Silicate Glass*

**LOCOS** see *Local Oxidation of Silicon*.

**logic IC** an integrated circuit performing logic (digital) functions using arrays of logic gates integrated on the semiconductor chip; technology driver in IC engineering; together with memory ICs part of the digital class of integrated circuits.
*logic gate, digital IC, microprocessor*

**logic gate** a basic building block of the logic (digital) circuit; typically features two inputs and one output; there are seven types of logic gates carrying out corresponding logic functions (e.g. AND, NAND, NOR); typically used in combination to perform complex logic functions; arrays of logic gates comprise a logic integrated circuit (IC); state-of-the art logic gates are implemented using CMOS logic.
*logic IC*

**long channel** a channel in the MOSFET long enough to be not affected by the deleterious short channel effects.
*channel, short-channel effects*

**long-range order** periodicity of atoms arrangement in crystalline solids; in single-crystal solids long-range order extends over the entire piece of material; in polycrystalline solids the long-range order exists only within limited grains; amorphous solids feature no long-range order.
*crystal, amorphous, grain*

**LOP** Low Operating Power; term refers to the logic devices in which a lead concern is to keep bias voltage and current as low as possible to reduce power consumption which is an issue of particular importance in mobile devices.
*logic IC, LSTP*

**low-energy implantation** an ion implantation process carried out at low ion energy so that the junction formed is shallow (junction depth is proportional to implant energy).
*shallow junction, ion implantation, projected range*

**low-high, *l-h*, junction** a junction in which potential barrier is formed not by bringing to contact semiconductors of opposing conductivity types (*n* and *p*), but heavily doped and lightly doped semiconductor of the same conductivity type.
*junction p-n*

**low-*k* dielectric** a dielectric material featuring dielectric constant *k* lower than 3.9 (which is *k* value of $SiO_2$); used to insulate adjacent metal lines (interlayer dielectric, ILD) in advanced integrated circuits; low *k* reduces undesired capacitive coupling, and hence "cross talk", between lines; a key element of the multilevel metallization scheme.
*interconnect, ILD, multilevel metallization*

**low-pressure mercury (Hg) lamp** a source of UV radiation featuring spectrum that includes high intensity lines at 253 nm and 185 nm both needed to generate ozone used in UV/ozone cleaning; can be used in photolithography if higher intensity KrF excimer laser (248 nm wavelength) exposure systems are not available.
*ozone, UV/ozone cleaning*

**low-pressure oxidation** a process of thermal oxidation of silicon carried out at the reduced partial pressure of oxidizing species which decreases oxide growth rate at any given temperature.
*thermal oxidation, high-pressure oxidation*

**Low-Temperature Epitaxy, LTP** typically below 600 °C; allows formation of very sharply defined layers, but requires extremely careful preparation of the substrate surface to assure growth of the defect-free epitaxial layer.
*epitaxy*

**Low-Temperature Oxide, LTO** an oxide deposited by CVD at low temperature (typically below 500 °C); used mostly in BEOL processes as well in the manufacture of devices using semiconductors not resistant to high temperature (e.g. GaAs).
*back-end-of-line, CVD*

**Low-Pressure CVD, LPCVD** chemical vapor deposition process carried out at the reduced pressure; improves conformality of coating and purity of the films as compared to atmospheric pressure CVD (APCVD).
*conformal coating, CVD, APCVD*

**LPCVD** see *Low-Pressure CVD*.

**LPD** see *Light Point Defect*.

**LPE** see *Liquid Phase Epitaxy*.

**LSMCD** Liquid Source Misted Chemical Deposition; a thin film deposition technique which uses liquid precursors and is based on the mist deposition method.
*mist deposition, PLD*

**LSTP** Low Standby Power; term refers to logic devices in which prime concern is to keep standby current as low as possible.
*logic IC*

**LTE** see *Low-Temperature Epitaxy.*

**LTO** see *Low-Temperature Oxide.*

**luminescence** the emission of light by the material without involving heat; luminescence can be stimulated by the range of interactions other then heating such as illumination or electric field.
*photoluminescence, electroluminescence*

# M

**m-s contact** see *metal-semiconductor contact*.

**magnetic CZ (Czochralski), MCZ** a single-crystal growth process in which magnetic field is applied to the melt for the purpose of disrupting convection currents in the melt; existence of the convection currents may result in non-uniform incorporation of dopant atoms into the growing crystal as well as non-uniform distribution of alien elements such as oxygen and carbon in the growing crystal; overall, MCZ improves radial uniformity of Czochralski (CZ) grown single-crystals.
*Czochralski crystal growth*

**magnetic (ferromagnetic) semiconductor** a semiconductor material (e.g. GaAs) which is converted into ferromagnetic material by adding magnetic dopants (e.g. manganese); magnetic semiconductors are the basis of spintronics technology.
*spintronics*

**magnetically confined plasma** a plasma in which magnetic field is used to confine electrons in the plasma and by doing so to increase ionization efficiency, and hence, to form a high-density plasma.
*high-density plasma*

**Magnetically Enhanced RIE, MERIE** a reactive ion etching process in which plasma is confined by magnetic field; what results is an increase of the ionization efficiency producing denser plasma, increased etch rate and reduced surface damage.
*high density plasma, magnetically confined plasma, reactive ion etching*

**magnetoresistance** term refers to the changes of the electrical resistance of solids (including some semiconductors) under the influence of magnetic field.

**magnetron** a process tool designed to implement magnetron sputtering.

**magnetron sputtering** sputtering process in which plasma is confined by the magnetic field; ionization efficiency is increased leading to higher density of ions which in turn increases sputtering rate.
*sputtering, magnetically confined plasma*

**majority carriers** charge carriers (electrons or holes) which dominates conductivity of a given semiconductor; one of two carrier types featuring equilibrium concentration higher than that of the other type; electrons are majority carriers in *n*-type semiconductor ($n_0 >> p_0$) while holes in *p*-type semiconductor ($p_0 >> n_0$).
*minority carriers*

**manufacturing yield** see *yield*.

**Marangoni drying** a wafer drying technique; wafer is gradually withdrawn from rinsing water into the vapor of isopropyl alcohol (IPA) and nitrogen; due to the gradient of surface tension, water from the surface of the wafer is pulled back into the body of water leaving emerging surface water-free.
*IPA drying, rotagoni drying*

**mask** an object used to define desired geometries on the surface of the wafer by mechanically (mechanical mask) or optically (photomask mask) blocking access of physical species (e.g. during evaporation) or short-wavelength radiation to the selected parts on the wafer surface; alternatively, a desired pattern can be reflected off the mask and projected onto the surface of the wafer (reflective mask); depending on the lithography process transparent and reflective masks are distinguished.
*photomask, mask: -mechanical, - reflective*

**mask, Extreme UU Lithography** see *reflective mask*.

**mask making** a process of manufacturing masks; in the case of photomasks based on the direct write e-beam lithography.
*e-beam lithography, mask*

**mask, mechanical** also known as a shadow mask; a thin sheet of metal or plastic with properly shaped openings cut into it acting as a stencil; used to define crude geometries on the surface of the wafer during physical vapor deposition (evaporation, sputtering) or physical liquid deposition (mist deposition); most commonly used to form metal contacts in crude test devices.
*physical vapor deposition, physical liquid deposition*

**mask, photolithography** a mask used in photolithography to block photoresist exposure to UV light in selected areas leaving other areas transparent to UV light; transmission mask; consists of thin layer of chrome or emulsion opaque areas supported by the high quality quartz or glass plate transparent to UV light and referred to as a blank.
*blank, chrome mask, photoemulsion mask*

**mask, reflective** a mask used in EUV lithography and X-ray lithography where the wavelength of radiation used for the resist exposure is too short for the conventional transmission mask to accurately reproduce desired patterns (because of the excessive diffraction at the mask edges and absorption in the blank); pattern formed on the surface of the mask is reflected and projected on the surface of the resist covered wafer.
*transmission mask, Extreme UV lithography, X-ray lithography*

**mask repair** a process allowing restoration of the original pattern on the surface of the damaged (e.g. scratched) mask by means of CVD combined with local surface heating.
*CVD, laser heating*

**mask, transmission** a mask in which desired pattern to be transferred to the layer of resist is composed of regions transparent and regions non-transparent (opaque) to the radiation used for resist exposure; see *mask, photolithography* and *mask*, *X-Ray lithography*.
*mask, reflective mask*

**mask, X-ray lithography** both reflective masks and transmission masks can be used; in the latter case gold used as opaque material is supported by a thin membrane made of material transparent to X-rays of the given wavelength, e.g. $Si_3N_4$, SiC and others.
*mask, transmission masks, reflective masks*

**masked lithography** involves lithography techniques in which desired pattern is established using masks either transmission or reflective; an alternative is a direct write lithography.
*mask, mask, transmission, mask, reflective; direct write lithography, photolithography*

**mass action law** in the semiconductor in thermal equilibrium and in the absence of an electric field or illumination the following relationship concerning concentration of electrons and holes holds: $np = n_i^2$ where $n$

and $p$ is concentration of electrons and holes respectively and $n_i$ is an intrinsic carrier concentration.
*intrinsic concentration*

**mass flow controller, MFC** an instrument installed in the gas delivery lines in semiconductor equipment to control the amount of gas delivered to the process chamber; the flow is typically measured in sccm.
*sccm*

**Maxwell-Boltzman statistics** describes energy distribution within the group of particles; the number of particles with given *N(E)* is proportional to *exp(-E/kT)* where *k* is the Boltzman constant; does not impose restriction on the number of particles that can have the same energy state; it works for electron energy distribution in a conduction band of non-degenerated semiconductor.
*Fermi-Dirac distribution function, Boltzman constant, non-degenerate semiconductor*

**Maxwell-Boltzmann distribution** see *Maxwell-Boltzman statistics*.

**Maxwell's equations** a set of partial differential equations which describe interactions of electric and magnetic fields and which are at the foundation of electronics, optics and electromagnetics.

**MBE** see *Molecular Beam Epitaxy*.

**MCP** Multi-Chip package; a type of package in 3D chip stacking technology.
*three-dimensional integration*

**MCM** see *multichip module*.

**MCZ** see *magnetic CZ.*

**mean free path** an average length covered by the charge carrier in the solid's lattice between two successive collisions; the term applies also to the distance between collisions covered by the species in the gas-phase.
*scattering*

**mechanical mask** see *mask, mechanical.*

**mechanical pump** in semiconductor terminology synonymous with a mechanical vacuum pump; operation is based on the mechanical action, e.g. rotation, causing displacement of gas; effective in evacuating air/gas down to about $10^{-4}$ torr; used as a roughing pump in vacuum equipment.
*roughing pump, Roots pump, vacuum pump, torr*

**megasonic agitation** a megasonic energy at the frequency in the range from ~ 500 kHz - ~1 MHz range is applied to the liquid to create sonic waves (sonic pressure) to enhance cleaning/rinsing action; more effective and less potentially damaging to the wafer (reduced cavitation) than ultrasonic agitation; standard feature in the immersion cleaning tools.
*immersion cleaning, wet bench*

**megasonic cleaning** a wafer cleaning process which uses sonic waves (megasonic agitation) generated in cleaning solution to increase efficiency of particle removal process; most commonly carried out in conjunction with APM cleans.
*megasonic agitation, APM, particle removal, wet bench*

**megasonic scrubbing** essentially synonymous with megasonic cleaning except that the term “scrubbing” implies “heavy duty” cleaning such as cleaning after CMP aimed at the removal of polishing slurry from the wafer surface.
*post-CMP cleaning, slurry*

**memory cell** a semiconductor structure electrical state of which (e.g. conductive, non-conductive) can be altered and then retained in the altered state; in this way a bit of information can be stored.
*RAM, ROM*

**memory IC** semiconductor integrated circuit designed to store data either temporarily by the random access memory (RAM), or permanently by the read only memory (ROM); together with logic ICs comprises a digital class of integrated circuits.
*DRAM, SRAM, logic IC, digital IC*

**MEMS** Micro-Electro-Mechanical Systems; micro-machined in silicon using the same techniques as those used in the manufacture of electronic silicon devices; typically integrated on the same chip with electronic microcircuits; take advantage of the excellent mechanical properties of

silicon; generally fall into two categories of microsensors and micro-actuators; depending on application operation based on electrostriction, or electromagnetic, thermoelastic, piezoelectric, or piezoresistive effects.
*NEMS, Deep Reactive Ion Etching*

**MEMS release** etching of sacrificial material, typically oxide, from the inside of the MEMS structure; process releases moving parts which were originally supported by the sacrificial oxide.
*sacrificial oxide, isotropic etch, lateral etch, anhydrous HF*

**mercury probe** a probe with a mercury tip allowing temporary contact to the semiconductor surface; used to measure electrical characteristics of semiconductors without formation of the permanent metal contact on the surface.

**MERIE** see *Magnetically Enhanced RIE*.

**mesa isolation** in the circuits formed on semi-insulating substrates the adjacent devices are isolated by etching through conducting layer and creating "islands" in which devices are formed.
*isolation*

**mesa transistor** term refers to the way early bipolar transistors featuring diffused base and emitter were configured; eventually replaced by planar transistor configuration.
*planar transistor*

**MESC port** Modular Equipment Standardization Committee; a standardized port; developed in order to facilitate mechanical integration of process modules in cluster tools and minienvironments used in semiconductor manufacturing.
*cluster, minienvironment, integrated processing*

**MESFET** see *Metal-Semiconductor Field Effect Transistor*.

**metal** a material, typically solid, rarely liquid, inherently featuring very high electrical conductivity; in metals atoms are held together by the force of metallic bond; in the energy band structure of metals the conduction and valence bands overlap, and hence, there is no energy gap; upper most energy band is only partially filled with electrons;

electrons can move around almost freely under the applied voltage; indispensible in semiconductor device/circuit engineering for contacts and interconnects.
*contact, interconnect, semiconductor, insulator*

**metal contact** in semiconductor terminology synonymous with *metal-semiconductor contact.*

**metal MOS gate** metals are not used as gate contact material in MOS/CMOS devices in conjunction with $SiO_2$ and nitrided gate $SiO_2$; instead, conducting poly-Si is used due to the work function matching work function of Si substrate (requirement for the low threshold voltage of a MOSFET); metals as MOS gate contacts are used in cutting-edge CMOS technology in conjunction with high-*k* dielectrics (HKMG) replacing poly-Si gate contacts; poly-Si forms an $SiO_x$ layer at the interface with gate dielectrics (see *poly depletion*) while metal gates do not.
*high-k dielectrics, MOS gate, poly depletion, HKMG*

**Metal-Organic Chemical Vapor Deposition, MOCVD** a CVD process which uses metal-organic compounds as the source materials; metal-organics thermally decompose at temperatures lower than other metal containing compounds; method used in epitaxial growth of very thin films of III-V semiconductors and in other deposition processes.
*Chemical Vapor Deposition, epitaxy*

**Metal-Oxide-Semiconductor, MOS** a three-layer structure (typically M-$SiO_2$-Si) in which concentration of charge carriers in semiconductor's sub-surface region is controlled by potential applied to the metal contact, or in other words, by the field effect; MOS gate can invert sub-surface region of semiconductor underneath metal-oxide gate; it works only if no excessive leakage current flows across the oxide; core of the MOS Field Effect Transistors, and hence, CMOS.
*accumulation, depletion, inversion, field effect, MOSFET*

**Metal-Oxide Semiconductor Field Effect Transistor; MOSFET** a Field-Effect Transistor, FET, with MOS structure acting as a gate; current flows in the channel between source and drain; channel is created by applying adequate potential to the gate contact and inverting semiconductor surface underneath the gate; MOSFET structure is

implemented almost uniquely with Si and $SiO_2$ or high-*k* dielectric acting as a gate oxide; efficient switching device which dominates logic and memory applications; PMOSFET (*p*-channel, *n*-type Si substrate) and NMOSFET (*n*-channel, *p*-type Si substrate) combined form basic CMOS cell.
*CMOS, Field-Effect Transistor, JFET, MESFET*

**metal-semiconductor contact** a key component of any semiconductor device; depending on materials involved in the contact its properties differ drastically; ideally, contact is ohmic (linear, symmetric current-voltage characteristic, contact resistance is negligible) when the work function of metal matches the work function of semiconductor (no potential barrier at the interface); contact is rectifying (non-linear, highly asymmetric, diode-like current-voltage characteristic) when the work functions of metal and semiconductor are different (potential barrier at the interface results); commonly referred to as a Schottky diode.
*ohmic contact, Schottky diode, contact resistance*

**Metal-Semiconductor Field Effect Transistor; MESFET** a Field Effect Transistor, FET, with metal-semiconductor contact (Schottky diode) acting as a gate; channel's conductivity is controlled by the gate voltage which changes the width of the space charge region associated with metal-semiconductor contact; allows implementation of field effect transistor with semiconductors which do not have high quality native oxide (e.g. GaAs), and hence, are not compatible with MOS gate approach.
*metal-semiconductor contact, space charge region, JFET, MOSFET*

**metallic bond** positive metal ions are embedded in an electron gas that permeates the entire solid; the material is held together by electrostatic interaction betweens the ions and electrons; electrons can move freely throughout the material without significant change in their energy; materials featuring metallic bond are excellent conductors.
*covalent bond, ionic bond*

**metallic contaminants** atoms of alien metals inadvertently deposited on the semiconductor surface during device processing; common metallic contaminants: Fe, Al, Cu, Ca, Na; originate from process chemicals, water and process tools; cause major reliability problems when activated during elevated temperature processes; in the case of Si

surface concentration of metallic contaminants should not exceed $10^9$ $cm^{-2}$; designated cleans are applied to remove metallic contaminants from the surface.
*HPM, RCA clean*

**metallization** a process forming metal contacts and interconnects in the manufacturing of semiconductor devices.
*chemical vapor deposition, physical vapor deposition*

**metallurgical junction** term refers to *p-n* junction; an interface between *n*-doped and *p*-doped regions of the junction, the plane in which concentration of acceptors equals concentration of donors ($N_A = N_D$).
*junction depth*

**metamaterials** a man-made materials engineered to display properties not observed in nature; as an example a semiconductor metamaterials may display negative refractive index; synthetized to display desired characteristics using multiple components configured from the conventional materials such as metals or plastics.
*refractive index*

**MFC** see *mass flow controller*.

**MFMISFET** Metal-Ferroelectric-Metal-Insulator-Semiconductor Field Effect Transistor.

**MGHK** see *HKMG*.

**Micro-Electro-Mechanical System** see *MEMS*.

**microloading** the effect minimizing etch rate of very high-aspect ratio geometrical features at the reduced pressure.
*etching, high-density plasma, aspect ratio*

**micrometer, μm** one millionth of a meter, $10^{-6}$ m; 1 μm = 1,000 nm; terms microelectronics, micromachining, microtechnology, micro-fabrication, etc. refer to this unit of length; also referred to as a "micron".
*nanometer*

**microprocessor** central processing unit (CPU) fabricated on one or more chips; contains basic elements of a computer, including logic and control, that are needed to process data; essentially a logic chip.
*logic IC*

**microwaves** an electromagnetic radiation with wavelengths ranging from $10^{-3}$ m to 1 m and corresponding frequencies of 300 MHz to 300 GHz; partially overlaps with a broad range of radio frequencies (RF).
*Radio Frequency*

**microwave plasma, MW plasma** plasma generated using microwave frequency signal; typically 2.45 GHz; generates denser plasma than more conventional RF (13.56 MHz) signal.
*high density plasma, RF plasma*

**mil** one thousandth of an inch, or 25.4 μm.

**Miller capacitance** result of the *Miller effect*; in the case of the MOSFET a parasitic capacitance between the gate and the drain; has an adverse effect on the transistor performance at the very high frequencies.
*Miller effect*

**Miller effect** in general, an increase in the equivalent input capacitance of an amplifier due to the effect of increased capacitances between the input and output terminals.

**Miller indices** a set of coordinates defining orientation of the specific crystallographic plane in the crystal; a combination of three digits, either 1 or 0, e.g. (100), (111), etc. determines how the plane intersects the main crystallographic axes of the crystal; commonly used to define orientation of the crystals surface.
*surface orientation, crystal planes*

**MIM** Metal-Insulator-Metal; a capacitor structure.

**MIMIC, MMIC** Microwave Monolithic Integrated Circuit; an IC operating in the microwaves regime; typically fabricated using semiconductors featuring high electron mobility, e.g. GaAs.
*Microwaves*

**minienvironment** an ultra-clean environment created within the limited space surrounding individual process tool and not in the entire cleanroom; sealed off SMIF boxes are used to move wafers from one tool/minienvironment to another; more economical approach to semiconductor manufacturing than "ballroom" approach in which ultra-clean environment is created in the entire room.
*ballroom cleanroom, SMIF*

**minority carrier** one of two carrier types (electrons of holes) featuring equilibrium concentration lower than that of the other type; holes in *n*-type semiconductors, electrons in *p*-type semiconductors.
*majority carriers*

**minority carrier lifetime** time between generation and recombination of the minority carrier; a measure of the structural integrity of semiconductor material; short m.c.l. indicates high density of defects acting as the carrier recombination sites.
*lifetime, generation, carrier injection, carrier recombination*

**MIS** Metal-Insulator-Semiconductor structure; term more general than MOS (metal-oxide-semiconductor); applicable to the cases where insulator is not an oxide, e.g. $Si_3N_4$.

**MISFET** Metal-Insulator-Semiconductor Field Effect Transistor; more general term than Metal-Oxide-Semiconductor FET, but describing the same device structure.
*MIS, MOSFET*

**misfit dislocation** crystal defect occurring in heterostructures involving single-crystal semiconductors with mismatched lattice constants; result of the release of stress accumulated in mismatched crystals.
*crystal defects, dislocation, lattice mismatch, lattice constant*

**mismatch** in semiconductor terminology synonymous with lattice mismatch.
*lattice mismatch*

**mismatch accommodating layer** a layer between two lattice mismatched crystals; provides for a defect-free and strain-free transition between crystals featuring different lattice constants.
*buffer layer*

**mist deposition** a deposition technique in which liquid precursor is delivered to the substrate in the form of a very fine mist (submicron droplets); in semiconductor manufacturing can be used to deposit very thin-films of photoresist and dielectrics; also effective in thin film deposition using colloidal solution precursors; best suited for deposition of films thinner than 100 nm.
*Physical Liquid Deposition, conformal coating, colloidal solution*

**mixed signal IC** an IC chip incorporating both digital and analog functions.
*analog IC, digital IC*

**MNOS** Metal-Nitride-Oxide-Semiconductor; basically a MOSFET in which gate dielectric comprises of two layers, $SiO_2$ and $Si_3N_4$; of interest because charge trapping at the $SiO_2/Si_3N_4$ interface allows non-volatile memory applications of the device.
*nonvolatile memory*

**mobile charge** electrically active specie which can move in the MOS gate oxide under the influence of an electric filed; causes severe instabilities of the MOSFETs characteristics, e.g. fluctuations of the threshold voltage $V_T$; sodium ions $Na^+$ are the most common mobile charges in $SiO_2$.
*gate oxide, threshold voltage*

**mobile ion** term refers to the ion which can move in the solid in the presence of an electric field.
*mobile charge*

**mobility** proportionality factor between semiconductor conductivity and concentration of free charge carriers (electrons and holes); symbol $\mu$; key parameter defining transport of free charge carriers in semiconductor, and hence, semiconductor's conductivity; different for different semiconductors due to the differences in the effective mass of electrons and holes in different semiconductors; higher for electrons than holes due to lower effective mass of the former; strongly depends on carrier scattering.
*electron mobility, hole mobility, scattering*

**MOCVD** see *Metal-Organic Chemical Vapor Deposition*.



JA1963

**MODFET** Modulation Doping Field Effect Transistor; a type of the heterojunction FET; built on the modulation doping principle; capable of operating at the very low temperatures; typically formed using combination of AlGaAs and GaAs epitaxial layers.
*HFET, modulation doping*

**modulation doping** doping of the heterostructure (e.g. AlGaAs-GaAs) implemented in such way that the resulting free electrons are spatially separated from the positive donor ions; as a result, scattering of the moving electrons on the dopant atoms is avoided; also, due to the separation, electrons remain free and mobile even at the very low temperature; MODFET is a transistor built on the modulation doping principle.
*MODFET, scattering*

**MOEMS** Micro-Opto-Electro-Mechanical Systems; basically MEMS devices which can control, or can be controlled, by light; based on optical phenomena such as reflection, diffraction, or refraction.
*MEMS*

**Molecular Beam Epitaxy, MBE** a process of physical epitaxial deposition (basically a PVD process) carried out in ultra-high vacuum (below $10^{-8}$ torr) and at the substrate temperature typically not exceeding 800 °C; due to unobstructed (molecular) flow of species to be deposited and chemical cleanliness of the substrate surface a highly controlled growth of ultra-thin epitaxial layers is possible; the highest precision (essentially atomic layer-by-layer ) epitaxial deposition method used in semiconductor processing involving in particular III-V compounds; used in fabrication of superlattices, strained layers, quantum-wells, etc.
*PVD, superlattice, quantum well, epitaxy by CVD*

**molecular bond** weak bond occurring in inert gases and some organic molecules; a result of the dipolar forces between bonded species.
*covalent bond, ionic bond, metallic bond*

**molelectronics** molecular electronics; systems in which electronic functions (normally performed by transistors) are performed by organic molecules.

**molybdenum disulfide, $MoS_2$** transition metal dichalcogenide is a semiconductor featuring indirect bandgap $E_g = 1.23$ eV; a compound

which can be processed into a truly 2D material (single- or few-layers) displaying a direct bandgap $E_g = 1.8$ eV and featuring a range of outstanding characteristics; unlike graphene, it has a bandgap which makes it attractive in digital transistor applications, particularly high-temperature (above 200 °C).
*graphene, silicone, phosphorene*

**molybdenum silicide, $MoSi_2$** contact (ohmic) material in Si technology; resistivity 90-100 μΩ-cm; formed at the sintering temperature of 1100 °C.
*silicide, sintering temperature*

**monolithic IC** the entire electronic circuit is built into a single piece of semiconductor (chip); physical properties of semiconductor to a large degree determine performance of the circuit; common integrated circuits such as microprocessors, memories, etc., are all monolithic.
*hybrid IC*

**Moore's law** an observation, originated around 1970 and confirmed over several technology generations which states that the number of transistors in cutting edge integrated circuits, and hence, their functional capabilities, double approximately every 2 years.

**MOS** see *Metal-Oxide-Semiconductor*.

**MOS capacitor** also referred to as a MOS cap; a metal-oxide-semiconductor structure forming a parallel plate capacitor; a building block of the MOSFET; commonly used as a test structure allowing determination of electrical properties of the materials involved, and hence, predicting their performance in the MOSFET configuration.
*MOSFET, C-V characterization, I-V characterization*

**MOS gate** a metal-oxide-semiconductor structure used as a gate which controls output current in the MOSFET; also referred to as a MOS gate stack.
*gate stack, HKMG, metal MOS gate*

**MOSFET** see *Metal-Oxide-Semiconductor Field Effect Transistor*.

**MOSFET scaling** a reduction of the MOSFET's geometry for the purpose of improving transistors performance; the goal is to reduce gate

(channel) length and in the process to maintain device fully operational; scaling rules must be followed to avoid undesired short-channel effects.
*scaling rules, short-channel effects, gate scaling*

**MOST** Metal-Oxide-Semiconductor Transistor; same as *MOSFET*.

**MPGA** Metal Pin Grid Array; type of IC package.
*Pin Grid Array*

**MPS** Merged P-I-N/Schottky; type of high power rectifier combining *p-i-n* junction and Schottky diode.
S*chottky diode, p-i-n junction*

**MRAM** Magnetoresistive Random Access Memory; a nonvolatile memory; uses electron spin instead of electric charge to store data; promising candidate for DRAM applications.
*nonvolatile memory; DRAM*

**MTBF** Mean Time Between Failures; a measure of the reliability of process tools used in semiconductor manufacturing.

**MTL** Merged Transistor Logic; same as integrated injection logic ($I^2L$).
*integrated injection logic*

**MuGFET** Multi-Gate FET; a family of MOSFETs in which, in order to increase the gate area without increasing chip area occupied by the transistor the gate is accessed from more than one side; e.g. tri-gate FET, FinFET, gate-all-around FET.
*MOS gate, gate all-around, FinFET, tri-gate FET, MOSFET*

**multi-gate MOSFET** see *MuGFET.*

**multi-walled nanotube, MWNT** a coaxial assembly of single-walled nanotubes; in terms of internal structure similar to a coaxial cable; the term applies primarily to carbon nanotubes.
*nanotube, single-walled nanotube, carbon nanotube*

**multicharged ion** see *ion, multicharged.*

**Multichip Module, MCM** package containing more than one IC chip.
*single chip module*

**multicrystalline material** just like a polycrystalline the m-c material maintains long-range order only within limited in volume grains; it differs from polycrystalline material in that the grains in m-c material are larger and are typically significantly expanded along the direction of crystal solidification; the m-c Si is broadly used in solar cell manufacturing where it offers advantageous cost *vs.* efficiency relationship.
*polycrystalline material, single-crystal, solar cell, efficiency*

**multilayer metallization** metal lines or contacts consisting of two or more different metals deposited on top of each other and each serving different purpose; for instance, a layer of aluminum will assure low resistivity of the contact while underlying titanium nitride will act as a barrier preventing aluminum spiking.
*barrier metal, spiking*

**multilayer resist** in order to improve resolution of the pattern transfer process more than one layer of resist is used; in the simple version of such scheme a bottom (thicker) layer planarizes the surface while the top (very thin) layer acts as an imaging resist.
*imaging resist, planarization*

**multilevel interconnects, MLI** the interconnect scheme in integrated circuits implemented in several levels; metal lines stacked into several levels (more than ten in the most advanced circuits) are electrically isolated from each other by the interlayer low-*k* dielectric and vertically interconnected through the vias; MLIs are needed in very high density integrated circuits to save space on the surface of the chip, shorten the length of the lines, to minimize *RC* losses, and to prevent current density in metal lines to increase above certain critical value.
*interconnect, via, interlayer dielectric, low-k dielectric*

**multilevel metallization** see *multilevel interconnect*.

**multiple patterning** an approach to pattern definition employed in photolithography in the manufacture of 32 nm technology generation ICs and below; allows an increase of feature density without having to employ shorter exposure wavelength; double patterning is the most common version of m.p.; in conjunction with the immersion photolithography extended applicability of 193 nm exposure tools.
*immersion photolithography, enhancement techniques*

**multiplication factor, *M*** defines increase of the reversed biased *p-n* junction current under the avalanche multiplication condition.
*avalanche multiplication*

# N

***n*** concentration of electrons in semiconductor ($cm^{-3}$); also depiction of semiconductor in which electrons are acting as majority carriers.
*p-n junction, majority carriers*

***n*** see *ideality factor.*

***n*** see *refractive index.*

***n*-channel MOSFET** see *NMOSFET.*

***n*-type conductivity** electrical conductivity of semiconductor dominated by the electrons acting as charge carriers.
*p-type conductivity*

***n*-type dopant** a dopant (alien element, donor) introduced into semiconductor material to render it *n*-type.
*donor, on implantation, diffusion*

***n*-type semiconductor** a semiconductor material in which concentration of electrons is much higher than the concentration of holes ($n >> p$); electrons are majority carriers and dominate conductivity.
*intrinsic semiconductor, p-type semiconductor*

**NAA** Neutron Activation Analysis; a method used to determine chemical composition of materials.

**nanocrystalline quantum dot, NQD** a zero-dimensional (zeroD) semiconductor nanocrystal smaller than the diameter of the Bohr exciton in the bulk of the crystalline material of the same chemical composition; typically between 2 nm and 10 nm in diameter; due to the quantum confinement the NQDs feature much different electronic and photonic properties than the bulk material of the same chemical composition; physical properties of NQD depend on its size; promising is several both

electronic and photonic applications; often referred to as *nandot* or *quantum dot*.
*Bohr exciton radius*

**nanodot** a broad term encompassing crystalline and non-crystalline zero-dimensional (zeroD) material systems of various chemical compositions; in practice "zeroD" indicates nanodot's diameter of less than 10 nm.
*nanocrystalline quantum dot, nanowire*

**nanoglass™** a porous silica (glass); porous $SiO_2$; porosity (air gaps in *nm* scale) are created in the material in order to reduce its dielectric constant $k$ from $k = 3.9$ for non-porous silica to a low as $k = 1.3$ for porous silica.
*ILD, low-k dielectric*

**nanoheteroepitaxy, NHE** the process which uses an array of nanoscale pillars sandwiched between the substrate and the epitaxial layer to absorb energy of strain in the lattice-mismatched systems; e.g. potentially useful in depositing GaAs and GaN on Si substrates.
*heteroepitaxy, lattice mismatch*

**nanometer, nm** one billionth of a meter, $10^{-9}$ m [nm]; terms such as nanoelectronics, nanomachining, nanotechnology, nanofabrication refer to this size scale; 1 nm = 10 Å = 0.001 of μm.
*angstrom, micrometer, nanotechnology*

**nanoporous silica** see *nanoglass*.

**nanoprinting** see *soft lithography*.

**nanotechnology** scientific and technical endeavor in which solid matter is manipulated in the atomic and molecular scale; in semiconductor domain term "nanotechnology" refers primarily to the fabrication of functional, information processing integrated circuits in the nanometer length scale; also applies to the use of nanoscale material systems (nanodots, nanotubes, nanowires) in the fabrication of electronic and photonic devices.
*nanometer, gate length, nanodot, nanotube, nanowire*

**nanotube** a tubular molecule; 1D material system commonly used in reference to carbon nanotubes.
*carbon nanotube, single-walled nanotube, multi-walled nanotube*

**nanowire** 1D material system; strongly two-dimensionally confined (ultra-small diameter in deep sub-100 nm regime) pieces of a solid in the form of a wire or similar elongated structures; surface to volume ratio of a nanowire is larger than the same ratio of geometrical features that can be define by lithographic means; semiconductor nanowires (e.g. silicon) and metal nanowires (e.g. gold) are of interest.
*silicon nanowire, carbon nanotube*

**native oxide** an own oxide of the solid; e.g. $SiO_2$ is a native oxide of Si, $Al_2O_3$ is a native oxide of Al, etc.; in the case of Si, spontaneously grows to the thickness of about 1 nm; among semiconductors only in the case of Si and SiC (silicon carbide) native oxides features device-grade properties.
*silicon dioxide, silicon carbide*

**NBTI** see *Negative Bias Temperature Instability*.

**Negative Bias Temperature Instability, NBTI** represents fluctuations of electrical characteristics of the silicon MOS devices when negative bias is applied to the gate at the increased temperature.
*bias-temperature stress, MOS gate*

**negative charge dielectric** a dielectric material used in the form of the thin-film in semiconductor technology which features defects that are inherently predominantly negatively charged; e.g. $Al_2O_3$.
*positive charge dielectric*

**negative resist** a resist (e.g. photoresist) which is initially soluble in the developer, but becomes insoluble after irradiation; crosslinking between polymeric chains takes place during irradiation; features lower resolution than positive resist because its volume slightly increases as a result of crosslinking, but is more sensitive.
*developer, positive resist, crosslinking*

**negative resistance** term refers to a dynamic resistance; situation in which device current is decreasing with increasing voltage (e.g. in tunnel diodes); observed on the current-voltage characteristics of the device.
*tunnel diode, current-voltage measurements*

**NEMS** Nano-Electrical Mechanical System; conceptually the same as MEMS, but implemented using nanometer-scale geometrical features; potentially of great importance in the range of applications beyond typical applications of MEMS.
*MEMS*

**Next Generation Lithography, NGL** in common usage the term refers to the lithography technique(s) expected to carry the load of pattern definition in 5 nm and below technology generations.
*technology generation*

**NGL** see *Next Generation Lithography*.

**nickel silicide, NiSi** a contact (ohmic) material in Si technology; resistivity 14 - 20 μΩ-cm; formed at the sintering temperature of 400 °C - 600 °C.
*silicide, ohmic contact, sintering temperature*

**nitric oxide, NO** a gas used in semiconductor processing as a source of atomic nitrogen or as an oxidant of silicon; highly toxic.
*nitrodation, nitrous oxide, nitrided oxide, ONO*

**nitridation** a high-temperature anneal in nitrogen containing ambient (NO, $N_2O$ or $NH_3$); typically refers to the process during which nitrogen is added to ultra-thin $SiO_2$ on Si surface.
*nitrided oxide*

**nitrided oxide** a nitrogen rich silicon dioxide; formed by exposing $SiO_2$ to nitrogen containing ambient at high temperature or to nitrogen containing plasma; also a result of thermal oxidation of silicon in NO or $N_2O$.
*nitridation, ONO, nitric oxide, nitrous oxide*

**nitrides** groups III-V semiconductor compounds of nitrogen (N, group V) with elements from the group III, e.g. GaN, BN.
*antimonides, arsenides, phosphides*

**nitrogen, $N_2$** an inert gas commonly used in semiconductor processing as a carrier gas or an inert ambient; not as chemically inert as argon, but much less expensive; due to the strength of N-N bond in $N_2$ molecule not used as a source of atomic nitrogen N.
*ammonia, nitric oxide, nitrous oxide*

**nitrous oxide, $N_2O$** a nonflammable gas used in semiconductor processing as a source of atomic nitrogen or as oxidant in thermal oxidation of silicon; nontoxic, known as a "laughing gas".
*nitridation, nitric oxide, nitrided oxide, ONO*

**NMOSFET** *n*-Channel MOSFET; a Metal-Oxide-Semiconductor Field Effect Transistor with *n*-type channel, i.e. device in which electrons are responsible for conduction in the channel; built into *p*-type substrate with $n^{++}$ doped source and drain.
*channel, PMOSFET*

**noise** in semiconductor engineering a random fluctuations in an electrical signal generated by semiconductor devices; various types of noise are distinguished based on their sources.
*flicker noise, thermal noise, telegraph noise*

**non-contact electrical characterization** characterization methods allowing determination of selected electrical characteristics of semiconductor and/or its surface without making a physical contact to the surface; to perform a non-contact measurement the equilibrium of the near-surface region of semiconductor must be disturbed, typically by illumination with light with energy $h\nu > E_g$ (bandgap).
*surface photovoltage, surface charge analysis*

**non-degenerated semiconductor** semiconductor in which Fermi level is located within its bandgap not closer to one of the band edges (either conduction or valance) than $2\ kT/q$.
*energy bands, Fermi level, degenerate semiconductor*

**non-emissive display** a display in which image is created by exploiting optical effects induced in the medium through which externally generated light is passing; LCD display is a prime example on a non-emissive display; requires backlight.
*LCD display, emissive display*

**non-radiative recombination** a recombination of electrons and holes in semiconductor which does not produce photons (electromagnetic radiation), but mostly phonons; i.e. energy released during the recombination process is in the form other than electromagnetic radiation; occurs in semiconductors featuring indirect bandgap.
*phonon, photon, recombination, radiative recombination*

**non-selective etching** the etching process in which etching medium interacts with materials on the wafer surface regardless of their chemical composition; in other words the etch rates of different materials exposed to etch chemistry do not differ significantly.
*selective etching, physical etch*

**non-volatile memory** a memory in which information stored is maintained after the power supply is turned off.
*volatile memory*

**normally "off" MOSFET** see *enhancement mode MOSFET*.

**normally "on" MOSFET** *see depletion mode MOSFET*.

***np* product** the product of electron (*n*) and hole (*p*) concentrations in a given semiconductor in thermal equilibrium is constant and equal to $n_i^2$.
*intrinsic concentration* $n_i$, *thermal equilibrium*

***n-p-n* transistor** a bipolar transistor with *n*-type emitter and collector and *p*-type base; displays superior characteristics as compared to its *p-n-p* counterpart due to the higher mobility electrons rather lower mobility holes acting as minority carriers in the base.
*p-n-n transistor, bipolar transistor*

**NTD** Neutron Transmutation Doping.

**NSOM** Near Field Scanning Optical Microscopy, also known as *SNOM*; optical microscopy based technique; allows characterization of soild surface with nanometer resolution.

**nucleation** in semiconductor terminology the term usually refers to the first stage of the thin-film formation on solid surfaces; particularly important in the early stage of epitaxial deposition.
*thin film, epitaxy*

**numerical aperture, NA** parameter defining geometry of the objective lens used in projection printing in photolithography; determines ability of the lens to collect light diffracted from the mask/reticle.
*projection printing, resolution, stepper*

# O

**OBIC** Optical Beam Induced Current, a semiconductor material characterization technique based on the analysis of the laser beam induced current.

**OEM** Original Equipment Manufacturer.

**OFET** Organic Field Effect Transistor; a thin-film transistor (TFT) formed using organic semiconductors.
*Field-Effect Transistor, organic semiconductor, thin-film transistor*

**ohmic contact** a metal-semiconductor contact featuring very low resistance which is independent of applied voltage (may be represented by constant resistance); to form an "ohmic" contact the metal and semiconductor must be selected such that there is no potential barrier formed at the interface or the potential barrier is so thin that charge carriers can readily tunnel through it.
*metal-semiconductor contact, tunneling*

**ohmic heating** see *Joule heating*.

**OLED** see *organic LED*.

**OLED display** an emissive display fabricated using organic light-emitting diodes (OLEDs); can be flexible if formed on the flexible substrate.
*emissive display, flexible display*

**omega gate** 3D MOS gate which shape in cross-section resembles Greek letter "omega" (Ω); variation of FinFET technology.
*FinFET, gate allaround, pi-gate*

**OMVPE** Organo-Metallic Vapor Phase Epitaxy.
*epitaxy*

**on resistance** the resistance between source and drain of the power MOSFET.
*power device*

**one-dimensional (1D) material** see *nanowire, nanotube*.

**ONO** Oxide-Nitride-Oxynitride; a tri-layer MOS gate dielectric; main function of the nitride phase in the gate oxide is to block diffusion of boron from $p^{++}$ poly-Si gate contact into gate oxide.
*boron penetration*

**opaque material** part of the transmission mask used in photo-lithography which is not transparent to UV light used for the photoresist exposure; different opaque materials are used in photolithography and X-ray lithography.
*transmission mask, photomask, X-ray mask, chrome mask*

**OPC** Optical Proximity Correction; technique used to increase resolution of photolithography; element of computational photolithography.
*photolithography, enhancement techniques*

**open-circuit voltage** the voltage of illuminated solar cell measured between its open output terminals.
*short-circuit current, solar cell*

**OPL** Optically Pumped Laser.
*LASER*

**optical cavity** an integral part of semiconductor laser used to confine light and create standing waves.
*semiconductor laser*

**optical emission spectroscopy, OES** a method of endpoint detection in dry etching processes; endpoint is detected based on the changes in the spectrum of radiation emitted by plasma when chemical composition of etched materials changes, i.e. when one material is completely removed.
*endpoint detection*

**optical interconnects** planar waveguides formed on the surface of the chip; photons in the waveguide move more efficiently than electrons in metal lines; the use of optical interconnects instead of metal interconnects in IC chip requires on-chip conversion of electrical signal into optical signal and then back into electrical signal.
*interconnect*

**optical lithography** see *photolithography*.

**organic contaminants** in semiconductor processing mainly hydrocarbons from the resist/etching processes, ambient air, storage environment, shipping boxes, etc.; if not controlled may cause reliability problems in MOS devices as well as may have an adverse effect on the characteristics of metal-semiconductor contacts and epitaxial layers; removal accomplished using strongly oxidizing ambient either wet or dry.
*cleaning, contaminant*

**organic LED, OLED** Organic Light Emitting Diode; a LED fabricated using organic semiconductors; a mechanism of light emission is different than in conventional LEDs; in OLEDs radiation is emitted as a result of electron-hole interactions in the thin-film organic semiconductor leading to the formation of exciton; de-excitation of excitons (separation of electrons and holes) results in photon emission; can be formed on flexible substrates which allows flexible displays and lighting panels.
*exciton, organic semiconductor, emissive displays*

**organic semiconductors** a class of semiconductor materials based entirely on organic components; low-cost semiconductors formed as a thin-film on any substrate (including flexible substrates); maintain their fundamental characteristics even when significantly bent; by nature much more resistive (in the range of $10^{14}$ Ω-cm, i.e. almost insulators) than inorganic semiconductors; two key types of organic semiconductors. *(i)* small-molecule and *(ii)* long-chain polymeric; allow formation of TFTs and LEDs; expand applications of semiconductors into new areas, particularly in display technology (flexible displays).
*semiconductors, inorganic semiconductors, small molecule organic semiconductor, polymer semiconductor, organic LED, organic TFT, TFT*

**organic solar cells, OSC** solar cells formed using organic semiconductors; also known as excitonic solar cells; low efficiency, but can be formed on flexible substrates; a class of relatively low-cost solar cells.
*excitonic solar cells, organic semiconductors*

**organic solvent** a liquid used to dissolve organic matter, e.g. in semiconductor processing acetone can be used to dissolve photoresist.

**organic TFT, OTFT** Organic Thin Film Transistor; a thin-film transistor formed using organic semiconductors.
*thin-film transistor*

**OSC** see *organic solar cell*.

**OSF** oxidation induced stacking fault; crystal defects that can be formed during high temperature thermal oxidation of silicon.
*stacking fault*

**OSQB** organosilsesquioxanes; a class of silsesquioxans; a building block of nanocomposits; depending on chemical composition display semiconductor or dielectric (low-*k*) properties.
*low-k dielectric*

**outdiffusion** an undesired effect occurring at high temperature; dopant atoms diffuse in the direction of the concentration gradient from the material featuring high doping level to the material featuring low doping level; common in high temperature epitaxial deposition where it prevents sharp change in dopant concentration between epi layer and the substrate.
*autodoping, epitaxy, dopant redistribution*

**overetching** etching process lasting longer than the time required to etch entirely material of interest; may result in undesired lateral expansion of the etched pattern; end-point detection is needed to prevent overetching.
*Endpoint, endpoint detection*

**overlay** a superposition of the pattern on the mask and the pattern previously created on the surface of the wafer.
*alignment*

**oxidation** chemical reaction converting an element into its native oxide; e.g. reaction of Si with oxygen forms on the silicon surface a layer silicon dioxide $SiO_2$.
*anodic oxidation, plasma oxidation, thermal oxidation*

**oxidation constants** *A, B,* $\tau$; coefficients used in calculations of oxide thickness in thermal oxidation of silicon; Deal-Grove model; defined for a given temperature of oxidation, oxidizing ambient, and surface orientation; take into account mass transfer in the gas-phase, diffusivity of oxidant in the oxide, rate of surface reaction, as well as thickness of the oxide existing on the surface prior to oxidation.
*thermal oxidation, Deal-Grove model*

**oxidation kinetics** a rate at which oxidation reaction occurs; most commonly the term refers to the kinetics of thermal oxidation of silicon.
*thermal oxidation, Deal-Grove model*

**oxidation mask** a thin layer of material capable of preventing oxidation of material underneath it even at high temperature; in silicon processing a silicon nitride, $Si_3N_4$, is acting as a very effective oxidation mask during thermal oxidation.
*local oxidation of silicon, silicon nitride*

**oxide** product (in most cases a solid) of oxygen reaction with a given element; usually an insulator (exceptions: e.g. ITO, ZnO); in Si technology the term typically refers to $SiO_2$ which is a native oxide of Si.
*silicon dioxide, zinc oxide*

**oxide breakdown** a change in physical properties of an insulating oxide inflicted by the high electric field; as a result of the breakdown an oxide no longer displays insulating properties.
*breakdown, hard breakdown, progressive breakdown, soft breakdown*

**oxide etching** a process causing dissolution of an oxide in a liquid solution (wet etching) or its volatilization in the gaseous ambient (dry etching).
*BOE, dry etching, wet etching*

**oxide fixed charge, $Q_f$** a charge in the Si-$SiO_2$ structure; located in the oxide in the immediate vicinity of Si surface; does not move or exchange charge with Si, hence, "fixed"; associated with incompletely oxidized silicon.
*dangling bond*

**oxide integrity** in common usage the term synonymous with oxide resistance to high electric field stress.
*oxide breakdown*

**oxide mobile charge, $Q_m$** electrically charged species which can move in the MOS gate oxide under the influence of electric field; causes severe instabilities of MOSFET characteristics, e.g. fluctuations of the threshold voltage $V_T$; $Na^+$ ions are the most common mobile charges in $SiO_2$.
*ionic conduction*

**oxide trapped charge** charge centers in $SiO_2$ gate oxide which are electrically activated/de-activated by trapping/de-trapping charge carriers injected into the oxide either from the gate or from the substrate; affects characteristics of the MOSFET.
*gate oxide*

**oxygen** a gas; component of air; an element which forms oxides with many elements; an important oxidant in semiconductor technology; the most abundant element.
*oxidation*

**oxygen in silicon** oxygen finds its way into silicon during the Czochralski (CZ) single-crystal growth process; in moderate concentration (below $10^{17}$ $cm^3$) oxygen improves mechanical properties of silicon wafers; excess oxygen may precipitate in silicon forming electrically active centers.
*Czochralski crystal growth, gettering intrinsic*

**oxygen precipitation** see *oxygen in silicon*.

**ozonated water** water with ozone dissolved in it to increase its oxidizing strength; commonly used in semiconductor processing in cleaning/rinsing operations to control organic contaminants on the wafer surface as well as in the deionized water delivery lines.
*ozone, deionized water*

**ozone** a gas comprising of three oxygens, $O_3$, formed during the reaction of atomic oxygen, O, with molecular oxygen, $O_2$; very strong oxidizing agent; in semiconductor processing used as organic contamination controlling agent in ozonated water as well as in the gas-phase; unsafe; needs to be handle in a protected environment.
*ozonated water, organic contaminants, UV/ozone*

# P

***p*** concentration of holes in semiconductor ($cm^{-3}$); also depiction of semiconductor in which holes are acting as majority carriers.
*p-n junction, majority carriers*

***p*-channel MOSFET** see *PMOSFET.*

***p-i-n*, PIN, junction** semiconductor structure (diode) comprising of *p*- and *n*-type materials with an intrinsic material *(i)* in between; addition of an intrinsic layer changes properties of the *p-n* junction toward improved light absorption characteristics; a key element of the photodetector devices.
*intrinsic semiconductor, photodetector, p-n junction*

***p-n* junction** a junction involving *p*-type and *n*-type semiconductors brought into contact in order to create a potential barrier; once barrier is established its height is controlled by the voltage applied between *p*- and *n*-type regions; displays diode-like rectifying current-voltage characteristics; in homojunctions the *n*- and *p*-type regions are formed in the same semiconductor typically by locally changing its doping from *p* to *n*, or vice versa; in heterojunctions the *n*- and *p*-type regions are made out of different semiconductors featuring *p*-type and *n*-type conductivity.
*p-type semiconductor, n-type semiconductor, potential barrier, forward bias, reverse bias*

***p-n* junction isolation** an isolation scheme used in bipolar integrated circuits, i.e. based on bipolar transistors; *n*-type "island" in which *n-p-n* transistor is formed is surrounded by *p*-type material; reverse biased *p-n* junction formed provides isolation.
*LOCOS, trench isolation*

***p-n-p* transistor** a bipolar transistor with *p*-type emitter and collector and *n*-type base; displays inferior characteristics as compared to its *n-p-n* counterpart due to the lower mobility holes rather than higher mobility electrons acting as minority carriers in the base.
*n-p-n transistor, bipolar transistor, lateral transistor*

***p*-type conductivity** electrical conductivity of semiconductor dominated by the holes acting as charge carriers.
*n-type conductivity*

***p*-type dopant** a dopant (alien element) introduced into semiconductor material to render it *p*-type (acceptor).
*dopant, acceptor, ion implantation, diffusion*

***p*-type semiconductor** a semiconductor material in which concentration of holes is much higher than the concentration of electrons ($p >> n$); holes are majority carriers and dominate conductivity.
*intrinsic semiconductor, n-type semiconductor*



JA1980

**package** a housing of the chip or discrete device; electrically interconnects chip with outside circuitry; also provides physical and environmental protection of the chip; designed to dissipate heat generated by the chip; packages are available in the wide variety of designs depending on the function of the chip/device inside.
*DIP, PGA, discrete device*

**packaging** process of enclosing semiconductor chip or discrete device in a package.
*package*

**PAL** Programmable Array Logic.

**parallel plate reactor** a reactor used in plasma processes in which grounded and powered electrodes are parallel to each other; plasma is generated between them and the processed wafers are located or either grounded or powered electrode.
*plasma etching, reactive ion etching*

**partial planarization** surface planarization process which accomplishes planar surface only over some parts of the chip surface; as opposed to global planarization.
*planarization, global planarization*

**Partially-Depleted SOI, PDSOI** implementation of the CMOS device using SOI substrate in such way that the depletion/inversion layer under the gate is thinner than the Si active layer.
*active Si layer, Fully-Depleted SOI, SOI*

**particle** a very small piece of alien material (dust, ultra-small chunks of silicon or silica, skin flakes, colonies of bacteria, etc.) present in the process environment; even ultra-small particles ($< 0.05\ \mu m$) on the Si surface may cause catastrophic damage to the very high-density chip, hence, particles must be removed from the wafer surface in the course of IC manufacturing.
*contaminant, particle removal, cleanroom, megasonic cleaning*

**particle counter** an instrument used to detect and measure, depending on the purpose either *(i)* a number of particles in the volume of air or

process gas or *(ii)* a number of particles per unit area of the wafer surface.
*LPD*

**particle removal** process designed to remove particles from the wafer surface; most commonly carried out using wet cleaning (APM) with megasonic agitation; particle removal in the gas-phase is less effective.
*APM, cryogenic aerosol, megasonic agitation*

**pascal** pascal (Pa) is the SI unit of pressure; 1 atm = 101325 Pa = 760 torr.
*torr*

**passivation** a process rendering semiconductor surface chemically and electrically inactive; term typically refers to the process in the course of which broken bonds at the semiconductor surface are saturated, and hence, de-activated by reaction with selected element; e.g. hydrogen passivates broken Si bonds at the surface; oxide grown on the Si also passivates the surface; sulfur passivates the surface of selected III-V compounds.
*hydrogen termination, oxidation*

**passive element (component)** a two-terminal device which displays symmetric, i.e. independent of the direction of the applied bias, characteristics; is not introducing net energy into the circuit; resistors and capacitors are passive elements.
*active element*

**pattern definition** a set of processes used to define desired pattern on the wafer surface; in the top-down process it involves film deposition, lithography and etching; the bottom-up process typically involves lithography, surface functionalization and deposition of the thin-film in which desired pattern is reproduced.
*etch, lithography, top-down process, bottom-up process*

**pattern generation, generator** transfer of the design layout from the computer files onto the mask by means of direct-write electron-beam lithography; a mask making process.
*electron beam lithography, mask, EBIC*

**Pauli exclusion principle** no two electrons can occupy the same energy state in the atom at the same time.

**PCM** see *Phase-Change Memory*.

**PCRAM** Phase-Change Random Access Memory.
*RAM*

**PDIP** Plastic Dual In-Line Package.
*DIP*

**PDP** Plasma Display Panel.

**PDSOI** see *Partially Depleted SOI*

**PEALD** see *Plasma Enhanced Atomic Layer Deposition.*

**PECVD** see *Plasma Enhanced Chemical Vapor Deposition*.

**PEEM** Photo Electron Emission Microscopy.

**pentacene** small-molecule organic compound displaying semiconductor properties; common organic semiconductor, features electron mobility higher than polymer semiconductors.
*organic semiconductors, small molecule- polymer semiconductors*

**percolation** broad term describing slow motion of "something" through the solid; in semiconductor technology refers to the transport of electric charge through insulators, porous or defective in particular; often used to describe progression of the oxide breakdown.
*oxide breakdown*

**permittivity of vacuum, $\varepsilon_o$** 8.85 x $10^{-14}$ F/cm

**perovskites** materials featuring the same crystal structure as calcium titanium oxide $CaTiO_3$ (perovskite structure); represent a broad class of materials displaying unique characteristics allowing divers applications including manufacture of low-cost, efficient solar cells.
*solar cell*

**PGA** see *Pin Grid Array.*

**Phase-Change Memory, PCM** an alternative to conventional electric charge storage based memories; a memory action is based on the change of the phase in, most commonly, chalcogenide glass.
*memory cell, chalcogenides*

**phase-shift mask, PSM** a photolithographic mask to which a layer of material featuring desired refractive index and thickness is locally added, or quartz blank is locally thinned in order to shift phase of the UV light passing through the transparent portion of the mask (blank); phase shifting increases resolution of pattern transfer by destructive interference which prevents photoresist exposure in the regions in which it should not be exposed.
*enhancement techniques, mask, photolithographic mask*

**phase shifter** a thin layer of material added to the transparent parts of the mask to change the phase of light passing through the mask; with properly selected thickness of the "shifter" the phase can be shifted by 180° and the desired destructive interference accomplished; common phase shifter, e.g. $Si_3N_4$; alternatively phase shifting is accomplished by locally thinning a quartz blank the UV light is passing through.
*phase-shift mask, enhancement techniques*

**PHEMT, pHEMT** Pseudomorphic High Electron Mobility Transistor.
*pseudomorphic material, High Electron Mobility Transistor*

**phonon** a "packet", or quantum, of energy of lattice vibrational wave, i.e. periodic variation in the lattice spacing moving across the crystal with a speed of sound; e.g. generated during absorption-emission processes in indirect bandgap semiconductors.
*indirect bandgap semiconductor, lattice*

**phonon scattering** phonon's interactions with the lattice when moving across the crystal; adversely alters phonon's transport characteristics.
*phonon, scattering, electron scattering*

**phosphides** III-V semiconductor compounds of phosphorus (P, group V) with elements from the group III, e.g. GaP, InP.
*antimonides, arsenides, nitrides*

**phosphine, $PH_3$** a gaseous compound (toxic) commonly used in silicon manufacturing as a source of phosphorus, P (*n*-type dopant in Si).
*diffusion source, dopant*

**Phospho-Silicate glass, PSG** silica ($SiO_2$) with phosphorous added to reduce its flow temperature; also used to getter mobile ions in the oxide.
*BPSG, gettering*

**phosphor** a luminescent material coating inside walls of the LED light bulb's envelope; absorbs LED's blue light and re-emits longer wavelengths suitable for lighting.
*luminescence, LED light bulb, phosphorence, white LED*

**phosphorence** a mechanism producing light by the solids called phosphors as a result of exposure to energy from outside source (e.g. UV light or electron beam).
*phosphor*

**phosphorene** also known as black phosphorus (bP), two-dimensional (2D) material displaying distinct, advantageous semiconductor characteristics; energy gap (bandgap) $E_g$ ~ 0.3 eV, direct, very high electron mobility; possible in transistor switching applications in which graphene, because of the lack of the energy gap, is of limited use.
*black phosphorus, two-dimensional material, graphene, silicene*

**phosphorus, P** group V element; common *n*-type dopant (donor) in silicon; about 10 times faster diffusant in Si than As and Sb which are other *n*-type dopants in Si; forms phosphides with group III elements, e.g. GaP, InP.
*donor, arsenic, antimony, phosphides*

**phosphorus tetrachloride, $POCl_3$** a liquid compound commonly used in silicon manufacturing as a source of phosphorus, P (*n*-type dopant in Si); liquid is vaporized and transferred to the furnace diffusion tube; commonly referred to as "POCL".
*diffusion source, dopant, phosphine*

**Photo-CVD** a CVD process in which generation of active reactants is accomplished by photolysis, i.e. by decomposition of gaseous compounds by high-energy radiation, typically UV.
*CVD, PECVD*

**photoconductivity** electrical conductivity of semiconductor promoted by its illumination with light featuring energy higher than semiconductor energy gap ( $h\nu > E_g$).
*photocurrent*

**photocurrent** a current in semiconductor resulting from its illumination with light featuring energy higher than semiconductor's energy gap.
*energy gap*

**photodetector** semiconductor device the electrical characteristics of which change upon illumination with light featuring energy higher than semiconductor's energy gap; semiconductor (energy gap) is selected to match wavelength of light to be detected.
*generation, bandgap, photoresistor, photodiode, phototransistor*

**photodiode** a diode acting as a photodetector; a two-terminal device with built-in potential barrier; typically a *p-n* junction often in *p-i-n* version; its reverse current changes upon illumination with light featuring energy higher than semiconductor's energy gap.
*p-i-n junction, photodetector*

**photoelectric effect** emission of electrons from the solid as a result of its exposure to high-energy electromagnetic radiation (e.g. ultraviolet or X-ray); foundation of surface analysis techniques such as XPS.
*X-Ray Photoelectron Spectroscopy, ESCA*

**photoelectron** electron emitted from the solid as a result of photoelectric effect; ejected photoelectrons represent measurable electric current.
*photoelectric effect*

**photoemulsion** a material acting as an opaque (non-transparent to UV light) part of the masks used in photolithography; inferior to chrome, used for the same purpose due to the lower optical density (thicker film needed to block off UV radiation), grainy structure (not as sharp edges) and softness making it prone to mechanical damage.
*photoemulsion mask*

**photoemulsion mask** a mask used in photolithography; uses thin film of photoemulsion as an opaque material.
*photoemulsion, chrome mask, photomask*

**photolithographic mask** a mask used in photolithography; see *mask, photolithography*.

**photolithography (optical lithography)** a lithography technique which uses UV light to expose resist (photoresist in this case) by through-the-

mask illumination; exposure techniques: either contact or proximity or projection printing; the most common lithography technique in semiconductor manufacturing; using UV wavelength from about 450 nm to 193 nm; projection printing (steppers), phase shift masks, adequate exposure ambient and improved resist technology increase resolution of the photolithographic process; photolithography is capable of resolution down to 10 nm and possibly below with additional modifications.
*enhancement techniques, photomask, photoresist, contact-, proximity-, projection printing.*

**photolithography, computational** see *computational lithography*.

**photolithography, immersion** see *immersion photolithography*.

**photoluminescence** emission of light from the material stimulated by the absorption of photons (electromagnetic radiation); one of several forms of luminescence.
*luminescence, photon, electroluminescence*

**photomask** see *mask, photolithography.*

**photon** a "packet", or quantum, of electromagnetic energy; flux of photons is constituting electromagnetic radiation; interactions of photon with semiconductor are determined by photon's energy ($hv$) and bandgap of semiconductor ($E_g$); energy of incident radiation is absorbed by semiconductor when $hv > E_g$; energy of photons emitted by the direct bandgap semiconductor device as a result of direct band-to-band recombination is equal to the energy gap, i.e. $hv = E_g$.
*absorption, recombination, light emitting diode, photonic device*

**photonic device** semiconductor device which operation is based on the interactions of photons in the solid; photon is acting as the information/energy carrier.
*electronic device, semiconductor device, LED, solar cell*

**photonics** technical domain concerned with devices based on photonic interactions.
*photon*

**photoresist** photo-sensitive material used in photolithography to transfer pattern from the mask onto the wafer; a viscous liquid deposited on the

surface of the wafer as a thin-film then solidified by low temperature curing; in the areas in which photoresist is exposed to UV light photochemical reactions change its properties (specifically, solubility in the developer); chemically resistant – acts as a mask during subsequent to photolithography etching operations; two types of photoresist: positive and negative.
*photolithography, positive resist, negative resist*

**photoresistor** a homogenous semiconductor with two ohmic contacts and acting as photodetector; its electrical conductivity changes upon illumination with light featuring energy higher than semiconductor's energy gap; passive element.
*conductivity, passive element, ohmic contact*

**photostabilization of resist** process performed after developing and hard-baking of the resist and before etching or implantation; involves UV irradiation combined with low-temperature (< 200 °C) curing; prevents erosion of resist and outgasing from the resist during subsequent processes.
*photoresist, hard bake*

**phototransistor** a transistor acting as a photodetector; based either on heterojunction in which collector-base junction is a *p-i-n* junction acting as photodetector or thin-film transistor with channel exposed to light.
*HBT, p-i-n, thin-film transistor*

**photovoltaic effect** generation of the potential difference (open circuit voltage) at the terminals of an unbiased semiconductor diode (almost uniquely a *p-n* junction) as a result of illumination with light featuring energy higher than the energy gap ($E_g$) of semiconductor; foundation of the semiconductor solar cell operation.
*solar cell*

**photovoltaics** term refers to the technical/industrial domain concerned with devices converting energy of sunlight into electrical signal via a photovoltaic effect.
*photovoltaic effect*

**physical etching** a process of etching through physical interactions (momentum transfer) between accelerated chemically inert ions (e.g. $Ar^+$)

and etched solid; sputter etching or ion milling; anisotropic, non-selective; damages the surface.
*chemical etching, sputtering, ion milling*

**Physical Liquid Deposition, PLD** class of thin-film deposition methods using liquid precursors rather than gaseous (CVD) or solid sources (PVD); liquid is applied to the substrate's surface then solidified by thermal curing causing evaporation of the solvent; several PLD methods, including spin deposition and mist deposition, are available.
*spin deposition, mist deposition, micro-spray, inkjet printing, CVD, PVD*

**Physical Vapor Deposition, PVD** a thin-film deposition process carried out in the gas-phase at the reduced pressure; source material is physically transferred in the vacuum to the substrate without any chemical reactions involved; includes evaporation (thermal and e-beam) and sputtering; commonly used to deposit metals.
*evaporation, sputtering, Chemical Vapor Deposition, Physical Liquid Deposition*

**physisorption** the weakest form of adsorption resulting from purely physical attraction (van der Waals force) between the adsorbate and the surface; no chemical bond between the adsorbate and the surface is formed.
*chemisorption, van der Waals force*

***pi* gate** a 3D MOS gate shape of which in cross-section resembles Greek letter "pi", Π; variation of FinFET technology.
*FinFET, gate allaround, omega gate*

**PIC** Photonic Integrated Circuit; semiconductor based (e.g. InP) monolithic integrated circuit for fiber optic networks.
*indium phosphide*

**piezoelectric** a material displaying piezoresistive characteristics; key materials in advanced sensors, actuators, etc.
*piezoresistivity*

**piezoresistivity** change of semiconductor resistivity as a result of the applied mechanical stress; observed also in common semiconductors such as silicon in all crystallographic form, germanium, silicon carbide and others.
*sensor*

**Pin Grid Array, PGA** a type of the IC package commonly used to encapsulate very high-density IC chips such as microprocessors; hundreds of leads (pins) come out of the bottom of the package; designed to minimize the distance signal must travel from the chip to designated pin.
*MPGA, package*

**pinch-off** a condition occurring in the MOSFET at the source-drain bias at which an inversion layer is "pinched-off" at the drain end of the channel; the pinched-off channel is depleted of the free charge carriers and the transistor current saturates.
*MOSFET, saturation region*

**pinch-off current** saturated transistor current (drain current in the MOSFET) flowing in the pinched-off channel; the current in the saturation region on transistor's output characteristics.
*pinch-off, Field effect Transistor*

**pinhole** a defect in thin films; a hole in the material with diameter as small as few nm; whether it is in the layer of oxide, organic semiconductor, or resist, a pinhole always has a potential for causing reliability problems.
*defect*

**pionics** an area of electronics based on the transport properties of the "*pi*" electron system in graphene; in an extremely confined geometry of graphene the *p* orbitals from neighboring atoms overlap to produce the *pi* bands.
*graphene*

**Piranha clean** see *SPM.*

**pit** in semiconductor terminology the term refers to the physical defects at the semiconductor surface which is basically a hole or an indentation in the material structure.
*Crystal Originated Pit, pitting*

**pitch** the center-to-center distance between features of an integrated circuits such as interconnect lines.
*integrated circuit*



JA1990

**pitting** a process of formation of pits at the crystalline semiconductor surface as a result, for instance, of the aggressive chemical treatments.
*pit*

**PL** see *photoluminescence.*

**planar CMOS** a standard CMOS cell featuring horizontal channels induced in the near-surface region of the wafer; as opposed to 3D non-planar CMOS cells in which channels are positioned vertically on the surface of the substrate such as, for instance, in FinFETs.
*FinFET*

**planar defect** crystallographic defect also known as area defect; basically an array of dislocations, e.g. grain boundaries, stacking faults.
*crystal defects, dislocation*

**planar *p-n* junction** a *p-n* junction formed using a planar process.
*planar process*

**planar process** prevailing process mode in semiconductor device manufacturing; involves processes in which geometry of the doped regions is defined by the pattern created in the masking oxide.
*top-down processing*

**planar transistor** a transistor, or other semiconductor device, manufactured *(i)* using planar process or *(ii)* in which a channel along its entire length is parallel to the wafer surface.
*planar process, mesa transistor, planar CMOS, FinFET*

**planarization** a process of rendering the surface of the wafer planar (flat); accomplished either by CMP or by deposition and re-flowing of $SiO_2$ doped with P and B (BPSG), or by deposition of thick layer of photoresist.
*BPSG, Chemical-Mechanical Planarization, global-, partial planarization*

**planarizing resist** a thick layer of photoresist deposited to planarize the surface; imaging resist is deposited on top of it.
*imaging resist, planarization, partial planarization*

**Planck constant, *h*** $6.63 \times 10^{-34}$ J-s.

**Planck-Einstein relation formula** states that the energy of a photon $E$ is proportional to its frequency $v$ with Planck constant $h$ as a proportionality constant: $E = h v$.
*photon*

**plane channeling** in the case of implanted ions a channeling along the crystallographic plane in the single-crystal substrate.
*channeling, crystallographic plane, ion implantation*

**plasma** an important medium in semiconductor processing; a self-contained part of the electrical discharge in gases which features equal concentration of ions and electrons; plasma contains electrically active species, but as a whole is electrically neutral; chemically active ions can be extracted from plasma to play variety of functions in semiconductor processing, e.g. in plasma enhanced deposition or plasma etching; chemically inert ions can be used in sputter deposition or ion milling; also a source of ions used in ion implantation.
*high-density plasma, PECVD, plasma etching, sputtering, ion milling*

**plasma afterglow** see *afterglow plasma.*

**plasma anodization** oxidation of the surface of the conductive solid in oxygen plasma.
*anodization*

**plasma ashing** removal (volatilization) of photoresist in strongly oxidizing oxygen plasma.
*photoresist, plasma*

**plasma doping** see *Plasma Immersion Ion Implantation*.

**Plasma-Enhanced Atomic Layer Deposition, PEALD** an ALD process in which reactivity of species involved in the deposition sequence is enhanced by plasma.
*Atomic Layer Deposition*

**Plasma-Enhanced Chemical Vapor Deposition, PECVD** a process of chemical vapor deposition in which species to be deposited are generated in plasma; as a result, deposition using the same source gases is taking place at lower temperature then in conventional CVD which requires high temperature to break bonds and to release desired species from



JA1992

input gas molecules; somewhat lower film quality than in the case of pure thermal Low-Pressure Chemical Vapor Deposition (LPCVD).
*plasma, CVD, LPCVD*

**plasma enhancement** generation of plasma in the chemical vapor deposition gases for the purpose of lowering deposition temperature and/or generating species featuring enhanced reactivity.
*Plasma-Enhanced CVD*

**plasma etching** dry (gas-phase) etching mode in which semiconductor wafer is immersed in plasma containing etching species; chemical etching reaction is taking place at the same rate in any direction, i.e. etching is isotropic; can be very selective; used in those applications in which directionality (anisotropy) of etching in not required, e.g. in resist stripping.
*Reactive Ion Etching*

**Plasma Immersion Ion Implantation, PIII** very shallow implantation is taking place when the wafer is "immersed" in plasma containing dopant ions; ions are not accelerated toward the substrate, and hence, penetration depth is very shallow; can be used to form ultra-shallow junctions required by CMOS scaling rules.
*ion implantation, scaling rules*

**plasma oxidation** an oxidation process carried out using plasma generated oxygen ions as oxidizing species.
*oxidation, thermal oxidation, anodic oxidation*

**plasmon** an optically generated wave of free electrons that can propagate along the surface/interface supporting frequencies in 100 THz range; plasmons are considered for use in future generation chip-level interconnect networks (plasmonic waveguides).

**plasmonics** technical domain concerned with devices based on plasmonic interactions.
*plasmon*

**plastic ICs** integrated circuits fabricated using thin-film organic semi-conductors.
*organic semiconductor*

**platinum silicide, PtSi** material for ohmic contacts material in Si technology; resistivity 25 - 35 μΩ-cm; formed at the sintering temperature of 600 - 700 °C.
*silicide*

**PLCC** Plastic Leadless Chip Carrier; IC package.

**PLD** Pulsed Layer Deposition; in contrast to ALD (Atomic Layer Deposition) in PLD the flow of precursors into the deposition chamber is continuous while energy needed to stimulate deposition reaction is pulsed.
*Atomic Layer Deposition*

**PLED** Plastic Light Emitting Diode; see *OLED.*
*organic semiconductor*

**plug** vertical connection between metal lines in multilevel interconnect scheme; commonly tungsten (W) is used for this purpose.
*tungsten, via*

**PMMA** Poly(Methyl MethAcrylate); component (matrix) of advanced resists; can act on its own as a positive deep UV resist; also used as an electron-beam resist.
*photoresist*

**PMOLED** Passive Matrix display constructed using organic light emitting diodes.
*AMOLED, OLED*

**PMOSFET** *p*-Channel MOSFET; a Metal-Oxide-Semiconductor Field Effect Transistor with *p*-type channel, i.e. device in which holes are responsible for conduction in the channel; built into *n*-type substrate with $p^{++}$ doped source and drain; in spite of inferior to NMOSFET performance needed in CMOS technology where it forms with an NMOSFET a complimentary pair.
*channel, NMOSFET, CMOS*

**POA** Post-Oxidation Anneal; thermal treatment applied in order to improve properties of an oxide and its interface with silicon.
*Rapid Thermal Annealing*

**POCL** see *phosphorus tetrachloride $POCl_3$.*

**point defect** highly localized imperfection of a crystalline structure; affects the periodicity of the crystal mostly in, or around, one unit cell; point defect can be a vacancy, or interstitial, or substitutional defect.
*crystal defects, interstitial defect, substitutional defect, vacancy*

**Point of Use, POU** term typically refers to the process of generation of chemicals for wet processing at the point of use, i.e. in the tool where they are used; e.g. injection of ozone into deionized water to fabricate ozonated water.
*ozonated water*

**Poisson equation** fundamental relationship defining potential and electric field distribution in semiconductors.

**polar semiconductor** doped (extrinsic) semiconductor featuring distinct conductivity type: *n*, or *p*.
*n-type semiconductor, p-type semiconductor, ambipolar semiconductor*

**POLED** Polymer Organic Light Emitting Diode (OLED) fabricated using polymer based organic semiconductor; feature somewhat lower quality, but lower cost than SMOLEDs.
*polymer semiconductor, small-molecule semiconductor, SMOLED*

**polishing** an operation applied to either reduce roughness of the wafer surface or to remove excess material from the surface; typically a mechanical process using chemically reactive slurry.
*CMP, CP-4 etch*

**poly depletion** term refers to an undesired effect in poly-Si MOS gate contacts which results from oxidation of poly-Si gate material with oxygen originating from the gate dielectric; a reason for elimination of poly-Si gate contacts in MOSFETs featuring high-*k* gate dielectrics.
*gate dielectric, HKMG, poly-Si gate*

**poly-Si gate** polycrystalline Si gate commonly used as a gate contact in MOSFETs; used instead of metal gates because work function of poly-Si matches work function of Si substrate much closer than metals, hence, threshold voltage of transistor is significantly lower; not used in conjunction with high-*k* dielectric MOS gates.
*gate, gate contact, polycrystalline silicon, poly depletion*

**polycide gate** poly-Si gate with its top region converted into a silicide.
*poly-Si gate, silicide*

**polycrystalline material** a crystal in which long-range order exists only within limited in volume grains; grains are randomly connected to form a solid; size of the grains varies depending on material and method of its formation.
*amorphous material, single-crystal, multicrystalline material, grain*

**polycrystalline silicon, poly-Si** crystalline Si in which long range order is maintained only within limited grains; heavily doped poly-Si is commonly used as a gate contact in silicon MOS and CMOS devices; as a cheaper than single-crystal form of silicon can also be used to fabricate thin-film transistors and solar cells.
*amorphous Si, poly-Si gate*

**polyimide** a type of an organic insulator displaying dielectric constant $k \sim 2$.
*low-k dielectrics*

**polymer semiconductor** a polymer based organic semiconductor composed of the long chains of organic molecules.
*small-molecule semiconductor, organic semiconductor*

**Poole-Frenkel conduction** see *Poole-Frenkel emission*.

**Poole-Frenkel emission** electrical conduction mechanism in insulators; involves defect/impurity related electron traps in the material; trapped electrons can escape by thermal emission; current flows due to electrons "jumping" from trap to trap in the presence of an electric field.
*hopping*

**POR** Process of Record.

**porous dielectric** porosity (air gaps) is created in an inter-layer dielectric in the multi-level metallization scheme to reduce its dielectric constant *k*.
*ILD, low-k dielectric, nanoglass, multilevel interconnects*

**porous silicon** silicon with pores (air gaps, voids) in its structure; at the high void fraction remaining silicon displays quantum confinement effects leading to the widening of the energy gap and resulting visible

red-orange light emission; due to its low electroluminescence efficiency this effect is not exploited in commercial devices; porous Si is explored in the range of other applications.
*electroluminescence*

**positive charge dielectric** a thin-film dielectric material used in semiconductor technology which features defects that are inherently predominantly positively charged; e.g. thermal $SiO_2$.
*negative charge dielectric, thermal* $SiO_2$

**positive resist** a resist (e.g. photoresist) which is initially insoluble in the developer and becomes soluble as a result of irradiation; chain scission takes place in the resist structure during irradiation; allows higher resolution than negative resist, but is less sensitive, i.e. requires longer exposure time which hampers the process throughput.
*developer, negative resist, photoresist, chain scission*

**post-CMP cleaning** particularly demanding cleaning routine needed to removed products of CMP process; wet cleaning involving mechanical interactions such as brush scrubbing.
*brush scrubbing, CMP, slurry, wet cleaning*

**post-implantation anneal** an anneal applied after implantation *(i)* to activate implanted dopants and *(ii)* to repair implantation damage; must be carried out at the low thermal budget (e.g. high temperature for a very short time) to avoid dopant redistribution.
*ion implantation damage, dopant activation, dopant redistribution, RTA, thermal budget*

**potential barrier** an increased potential at the junction between two materials featuring different work function; e.g. *p*-type and *n*-type semiconductor (*p-n* junction) or metal-semiconductor contact (Schottky diode); height of potential barrier changes with bias voltage (reverse bias - high potential barrier, forward bias - low potential barrier) which makes junction to display diode-like current-voltage characteristics.
*metal-semiconductor contact, p-n junction, diode*

**POU** see *Point of Use*.

**power-delay product** a measure of semiconductor device performance in digital applications; lower power-delay product means that power is

better “translated” into speed of operation; a figure of merit in digital ICs which shows that power needed to switch (lower the better) is at least as important to digital performance as switching speed.
*digital device, digital IC*

**power device** semiconductor device (diode, transistor) designed to operate at high voltage and high current.
*DMOS, IGBT, U-MOSFET, thyristor*

**ppb** parts per billion.

**ppm** parts per million.

**PRE** Particle Removal Efficiency; expressed in %; related to a particle size range; needs to be close to 100% for the particle removal method to be commercial manufacturing ready.
*particle, particle removal*

**pre-damage implants** implantation of silicon or germanium into silicon surface region prior to source/drain doping implants; the goal is to pre-amorphize Si and by doing so to suppress channeling during subsequent source/drain doping implants; better control of the depth of implanted junctions is achieved.
*channeling, shallow junction, amorphous silicon*

**pre-deposition** the first step in semiconductor doping by diffusion; process of thermal oxidation of silicon in the ambient containing dopant atoms; heavily doped oxide formed as a result is acting as a source of dopants; same as constant-source (unlimited source) diffusion.
*diffusion, drive in, limited source diffusion*

**preferential etching** etching occurring preferential along selected crystallographic plane(s) in the crystalline solid; typically carried out in the liquid-phase (wet etching).
*etching, wet etching, crystal plane*

**pressure units** Atmosphere (Atm) = standard sea level pressure = 760 torr; Torr (torr) = 1 mm of mercury; Pascal (Pa) = 0.0075 torr; Pounds per Square Inch (psi) = about 51.7 torr.



JA1998

**PREVEIL** Projection Exposure with Variable Axis Immersion Lenses; variation of the e-beam projection lithography.
*Electron Projection Lithography*

**process diagnostics** characterization of material or device for the purpose of identification of the nature of malfunctions of the manufacturing process; methods of chemical/physical/electrical material characterization are used.

**process integration** term usually refers to the integration of two or more individual processing steps in semiconductor manufacturing into a single self-contained tool.
*cluster tool*

**process monitoring** determination of the selected characteristics of the surface/material at various stages of the device manufacturing sequence; carried out for the purpose of evaluation of the process performance; goal: as early as possible detection of process malfunction; the most effective when carried out in-line, in real-time.

**Programmable Read-Only Memory, PROM** nonvolatile memory; basically a Read Only Memory equipped with fuses which can be blown in order to write-in specific information.
*nonvolatile memory*

**progressive breakdown** gradual degradation, and eventual breakdown, of the very thin gate oxide in MOS devices under the prolonged electric field stress.
*oxide breakdown, gate oxide, TDDB*

**projected range** term used in ion implantation terminology; projected range ($R_p$) is a distance from the surface of implanted material to the plane where implanted ions reach maximum concentration (concentration peak); represents depth of implantation; controlled by implantation energy.
*ion implantation*

**projection printing** a photoresist exposure technique used in photolithography in which image of the mask (reticle) is projected on the surface of the wafer through the complex system of image correcting lenses; assures the highest resolution among all exposure methods;

implemented using steppers in which resist on the surface of the wafer is exposed step-by-step (step-and-repeat process) as opposed to full-field exposure in which the entire wafer is exposed in one shot.
*contact printing, proximity printing, stepper, reticle*

**PROM** see *Programmable Read-Only Memory*.

**protocrystalline material** term refers to the distinct crystal phase occurring during the growth of hydrogenated Si (Si:H); during the film growth this phase evolves into a microcrystalline Si:H; features unique electronic and optical properties.
*amorphous silicon, hydrogenated silicon*

**proximity effect** deleterious effect in e-beam lithography; scattering of incoming electrons and emission of secondary electrons in irradiated resist; proximity effect is responsible for the size of the exposed resist area being larger than the diameter of the incident electron beam; limits resolution of e-beam lithography.
*electron-beam lithography*

**proximity printing** a photoresist exposure technique used in photolithography in which during exposure mask is very close to (distance in the range of 20 μm), but not in physical contact with a resist on the wafer surface; mask damage is less likely than during contact printing, but resolution of pattern transfer is limited to about 2 μm.
*contact printing, projection printing*

**pseudomorphic material** term refers to the lattice-mismatched heterostructures; pseudomorphic film is a layer of single-crystal material deposited on single-crystal substrate featuring slightly different chemical composition, and hence, slightly different lattice constant; lattice mismatch is accommodated by strain in the film; stays pseudomorphic only when thinner than certain critical thickness ($h_c$) above which stress in the film is released by the formation of dislocation.
*lattice mismatch, strained layer superlattice*

**PSG** see *Phospho-Silicate glass*.

**PSM** see *Phase-Shift Mask*.

**puller** a high precision mechanical apparatus designed to pull (with rotation) single-crystal from the melt during the CZ crystal growth process.
*crystal pulling, Czochralski crystal growth*

**Pulsed Laser Deposition, PLD** a thin-film deposition technique of potential use in the range of semiconductor processing related applications.

**pumping speed** expressed in liters/second (L/s) or cubic feet/minute (cfm); a parameter defining performance of the vacuum pump used in semiconductor process tools.
*roughing pump, turbomolecular pump*

**PV** Photovoltaics; *see photovoltaics.*

**PVD** see *Physical Vapor Deposition*.

**PZT** Lead-Zirconate-Titanate; ferroelectric material featuring dielectric constant $k > 1000$; between others used to increase capacitance of storage capacitors.

# Q

$Q_{bd}$ see *charge-to-breakdown*.

**QD LED** Quantum Dot Light Emitting Diode; efficient, bright and color saturated LED formed using semiconductor quantum dots; takes advantage of high photoluminescence efficiency featured by compound semiconductor quantum dots.
*Light Emitting Diode, nanocrystalline quantum dot, photoluminescence*

**QFP** Quad Flat Package; variation of the quad package which along with dual in-line package (DIP) is among the most common types of packages used in IC technology.
*quad package, dual-in-line package*

**quad package** type of an IC package with leads located on four sides of the package; allows packaging of more complex devices than the DIP (Dual In-Line Package) with leads on the two sides only.
*dual in-line package*

**quantum device** semiconductor device which operation is based on the quantum effects resulting from the extreme geometrical confinement of device features and which operation cannot be described by the laws of classical physics.
*quantum well*

**quantum dot (nanodot)** see *nanocrystalline quantum dot*.

**quantum efficiency** see *external quantum efficiency*.

**quantum well, QW** an ultra-thin layer of narrower bandgap semiconductor sandwiched between two layers of wider bandgap semiconductor; creates a potential well within the materials system; realized using III-V semiconductors, e.g. GaAs and $Al_xGa_{1-x}As$; within the quantum well electrons are 2-dimensionally confined and display characteristics distinctly different than in the 3-dimensional crystal; used in high performance transistors and laser diodes.
*High Electron Mobility Transistor, quantum well MOSFET, quantum well laser, bandgap engineering*

**quantum well laser** a laser diode in which an ultra-thin undoped region (quantum well) acting as active region is formed between *n*- and *p*-type regions; due to the quantum confinement of the active region the wavelength of emitted light is controlled by the thickness of the well rather than by the width of the energy gap of material from which it is composed; highly efficient short wavelength emission results; common materials configuration: AlGaAs-GaAs-AlGas.
*semiconductor laser, quantum well*

**quartz** a single-crystal form of $SiO_2$; in semiconductor technology used as a blank (transparent part) in photomasks; due to the high melting point (1670 °C) and purity, quartz is an important element in semiconductor thermal processes infrastructure (furnace tubes, boats, cassettes, etc.)
*photomask, blank, furnace*

**quasi-Fermi level** the concept of quasi-Fermi level (quasi-Fermi energy) has no direct thermodynamic interpretation; different for electrons and holes; this concept is used in the description of the excess carrier distribution when external potential is applied to semiconductor

and Fermi potential can not be used to describe distributions of both electrons and holes.
*Fermi level, Fermi potential*

**quasi-neutrality** a condition in which in thermal equilibrium concentration of free electrons in *n*-type semiconductor is not exactly equal to the concentration of donor dopants, i.e. $n_0 \sim N_d$; under this condition an electric field exists in semiconductor.
*thermal equilibrium*

**quasi-static C-V** capacitance-voltage measurement of MOS capacitor performed at the very low frequency of a.c. signal, e.g. 50 Hz; combined with high-frequency (e.g. 1 MHz) C-V measurements provides quantitative information regarding electronic properties of the dielectric-semiconductor interface in MOS gate stack.
*capacitance-voltage measurement*

**quaternary semiconductor** semiconductor compound comprised of four elements; most commonly involves elements forming III-V semiconductors, e.g. InAlGaAs.
*binary semiconductor, ternary semiconductor, AIII-BV semiconductors*

**QW** see *quantum well.*

# R

**R2R** see *roll-to-roll process*.

**R-metal MOS gate** see *R-MOSFET.*

**R-MOSFET** a MOSFET in which gate contact is made out of refractory metal (*R*-metal) such as tungsten (W), molybdenum (Mo), or tantalum (Ta); advantage: *R*-metals withstand high temperature, i.e., wafer can be subjected to elevated temperature treatments after gate formation; disadvantage: relatively low conductivity of R-metals, incompatibility of work function with silicon, and process complexity.
*gate contact, work function difference, refractory metal*



JA2003

**radial *p-n* junction** as opposed to a planar *p-n* junction a junction that is implemented in the nanowire (nanorod) in the radial direction; conceived to improve performance of solar cells.
*p-n junction, planar p-n junction, nanowire*

**radiant heating** heating of semiconductor wafer by radiation emitted by a solid at very high temperature; very strong IR component; generated by high-power lamps or high resistivity wire through which high density current is flowing; in the latter case under the steady-state conditions radiation source and the heated wafer are in thermal equilibrium; in the case of the typically short lamp heating cycles no thermal equilibrium is reached; e.g. batch furnaces employed in semiconductor manufacturing use thermal equilibrium radiant heating.
*inductive heating, resistance heating, rapid thermal processing*

**radiation damage** a damage (creation of electrically active defects) inflicted on semiconductor material/device by high energy (very short wavelength) radiation; e.g. X-rays exposure creates active defects in silicon dioxide, $SiO_2$.
*defect, silicon dioxide*

**radiation hardness** term refers to the resistance of the material system to high energy radiation (e.g. $\gamma$-rays, X-rays); in some materials (e.g. in $SiO_2$) exposure to high energy radiation creates defects responsible for its deteriorated characteristics; an issue of particular concern in the case of outer space and/or military applications.
*silicon dioxide*

**radiation wavelength $\lambda$ - energy $E$ conversion** $\lambda$ (µm) = 1.24/$E$ (eV).

**radiative recombination** electron-hole recombination process in which energy is released in the form of electromagnetic radiation (photons); in the case of band-to-band recombination in direct bandgap semiconductors the energy of radiation released corresponds to the bandgap of semiconductor.
*photon, recombination, direct bandgap semiconductor, band-to-band recombination, phonon*

**radicals** highly reactive dissociated atoms and molecules present in the electrically discharged gas; actively involved in the gas-phase etch reactions.
*glow discharge, dry etching*



JA2004

**Radio Frequency, RF** a broad range of frequencies from about 3 KHz to 300 GHz; in semiconductor terminology term “RF” typically refers to the frequency of 13.56 MHz used in semiconductor process equipment (plasma generators).
*microwave plasma*

**Radio Frequency, RF, plasma** plasma generated at 13.56 MHz.
*microwave plasma*

**raised source-drain** same as elevated source/drain; feature of the advanced CMOS/MOSFET design; source and drain regions are raised (additional layer of Si is deposited epitaxially) with respect to the plane of the gate oxide-Si interface; implemented to improve performance of the short channel transistors by decreasing series resistance of the very shallow source and drain regions.
*drain engineering, elevated drain, elevated source*

**RAM** Random Access Memory, a memory cell designed to store information (data) temporarily.
*DRAM, SRAM*

**ramp voltage oxide breakdown, $E_{bd}$** a measure of the reliability of oxides in MOS gates; gate voltage is gradually increased until oxide breaks down (uncontrolled current flows across the oxide) and oxide breakdown voltage is determined; oxide breakdown field is a ratio of breakdown voltage over oxide thickness.
*GOI, oxide breakdown, charge-to-breakdown*

**random motion** a motion of free charge carriers in semiconductor in the absence of an electric field; carriers are moving and subject to collisions, but net transport of the charge in any specific direction (drift) does not occur.

**Random Telegraph Noise, RTN** electronic noise occurring in ultra-small semiconductor devices; observed as fluctuations of the device resistance in the form of random switching between typically two discrete values; also known as burst noise.
*noise, flicker noise*

**Rapid Thermal Annealing, RTA** an annealing process carried out for a very short time; typically performed for the purpose of improving properties of materials and/or device structures.
*Rapid Thermal Processing, thermal budget*

**Rapid Thermal Chemical Vapor Deposition, RTCVD** thermally enhanced CVD process carried out at high temperature, but for a short period of time.
*CVD, thermal budget, Rapid Thermal Processing*

**Rapid Thermal Cleaning, RTC** brief increase of the wafer temperature, usually by illumination using high power lamps, in ambient air for the purpose of volatilization of surface organic contaminants and moisture; typically carried out at temperatures below 300 °C in oxidizing ambient, e.g. air at atmospheric pressure.
*lamp cleaning, Rapid Thermal Processing*

**Rapid Thermal Nitridation, RTN** high temperature, very short (typically < 60 sec) anneal of oxidized Si wafer in nitrogen containing gas such as $NH_3$, NO, or $N_2O$; carried out for the purpose of adding nitrogen to the oxide, i.e. oxide nitridation.
*boron penetration, nitrided oxide, Rapid Thermal Processing*

**Rapid Thermal Oxidation, RTO** growth of an oxide on Si surface during high temperature, short time (typically < 60 sec) exposure to oxygen containing ambient.
*thermal oxidation, thermal oxide, Rapid Thermal Processing*

**Rapid Thermal Processing, RTP** process that rapidly increases temperature of the wafer and maintains it at the target temperature for a short period of time (typically less than 60 sec, hence, "rapid"); heating is accomplished using high-power lamps (typically halogen-quartz) installed in batches in which power of each lamp is controlled individually; RTP allows high temperature processing at the low thermal budget; used mostly to process single wafers; see *RTA, RTC, RTN*, etc.
*furnace, thermal budget, single-wafer processing*

**Rapid Thermal Silicidation, RTS** a brief thermal treatment (sintering) needed for the metal in contact with Si to form an alloy (silicide), e.g. as a result of the RTS process, Co in contact with Si will form $CoSi_2$.
*silicidation, silicide, sintering, Rapid Thermal Processing*

**raster scan** scanning mode in which beam is moving back and forth over the entire substrate; beam is turned on over designated area and then turned off until it will arrive at the next designated area; one of the scanning modes in e-beam lithography; rarely used in manufacturing because of the long time it takes to "write" a pattern on the wafer surface.
*variable shape beam, vector scan*

**Rayleigh equation** defines resolution $R$ (nm) of the photolithographic pattern transfer process; $R = k\lambda/NA$ where $k$ is the process factor, $\lambda$ is the wavelength of the resist exposing light and $NA$ is a numerical aperture.
*numerical aperture*

**RBS** see *Rutherford Backscattering*.

**RCA clean** using the name of the company where this wafer cleaning methodology was developed the term refers to a specific wet cleaning recipe introduced at RCA in early '70; originally introduced as a two-step process involving RCA-1 and RCA-2 solutions; variations of the basic RCA wafer cleaning sequence are successfully used until today.
*wet cleaning*

**RCA-1** same as APM and SC-1; see *APM* for specific information.

**RCA-2** same as HPM and SC-2; see *HPM* for specific information.

**reactive evaporation** same concept as reactive sputtering, but involving evaporating species rather than sputtered species.
*evaporation, reactive sputtering*

**Reactive Ion Beam Etching, RIBE** etching process which uses a beam of chemically reactive ions; combines physical and chemical interactions with the etched material; in contrast to etching using beam of chemically neutral ions such as $Ar^+$ which involves physical etching only.
*ion milling, Reactive Ion Etching*

**Reactive Ion Etching, RIE** variation of plasma etching in which during etching semiconductor wafer is placed on the RF powered electrode; wafer takes on potential which accelerates etching species extracted from plasma toward the etched surface; as a result, chemical etching reaction is preferentially taking place in the direction normal to

the surface, i.e. etching is more anisotropic than in plasma etching, but is less selective; leaves etched surface damaged; the most common etching mode in semiconductor manufacturing.
*MERIE, DRIE, plasma etching*

**Reactive Ion Etching damage** a physical damage to the surface and near-surface region of the material exposed to RIE etch chemistries; results from the energetic interactions between etching species and the surface during reactive ion etching; it also results in the incorporation of species involved in the etch reaction (hydrogen and carbon in particular) into the sub-surface region of the substrate wafer subjected to etching.
*damage*

**reactive sputtering** sputter deposition process in which species sputtered off the target material are chemically reacting with other species in the gas mixture to form a desired compound to be deposited; e.g. sputtering of Si in plasma containing oxygen will result in deposition of $SiO_2$.
*sputtering*

**Read-Only Memory, ROM** a memory cell with permanently stored information and with no ability to accept new information.
*RAM*

**recessed gate** non-planar configuration of the gate contact implemented in heterostructure compound semiconductor transistors (e.g. HEMT) to improve control over transistor's threshold voltage and transconductance.
*High-Electron Mobility Transistor, transconductance*

**recombination** process resulting in annihilation of free charge carriers in semiconductor; reversal of the generation process; in band-to-band recombination electron recombining with hole looses energy and "drops" from the conduction band to the valence band.
*generation, radiative recombination, band-to-band r., Auger r., trap-assisted r.*

**recombination center, recombination site** an impurity or electrically charged point defect in the bulk or at the surface of semiconductor in which minority carrier is captured and then recombined with subsequently captured majority carrier.
*point defect, recombination, trap assisted recombination*

**recombination current** the current resulting from the flow of charge carriers that recombine in the space-charge region of the forward biased *p-n* junction.
*generation current, space-charge region, p-n junction*

**recombination lifetime** an average time needed for an electron-hole pair to recombine; represents a decay of excess minority carriers due to recombination.
*generation lifetime, excess carriers*

**recombination rate** the rate at which electron-hole pairs are recombining (number/cm$^3$ sec).
*generation rate*

**rectifying contact** in general, a contact displaying diode-like asymmetric current-voltage characteristics, i.e. allowing high current to flow across under the forward bias condition and blocking current off under the reverse bias; this behavior is controlled by the bias voltage dependent changes of the potential barrier height in the contact region; Schottky diode and *p-n* junction diode represent rectifying contacts.
*Ohmic contact*

**redistribution** see *dopant redistribution*.

**reflection** a light ray travelling through the medium and arriving at the surface of the other medium is returned without penetrating it.
*refraction*

**reflective mask** see *mask, reflective.*

**reflective notching** distortion of the pattern created in the layer of photoresist by reflection of the UV light from the wafer surface.
*photolithography*

**refraction** change of the direction of propagation of the light ray passing from one medium (refractive index $n_1$) to another medium featuring different density (refractive index $n_2$); refracted light ray is transmitted through the solid as opposed to be reflected from its surface.
*reflection*

**refractive index *n*** unit-less parameter determining optical properties of solids, liquids, and gases; defined as a ratio of the speed of light in free

space over the speed of light in any given medium; $n \geq 1$, refractive index of air $n = 1$, water $n = 1.34$, $SiO_2$ $n = 1.46$, Si $n = 3.42$.
*dispersive medium*

**refractory metal** a metal featuring very high melting point, e.g. tungsten featuring a melting point of 3422 °C.
*R-MOSFET*

**regioregular polythiophene** an organic compound displaying semiconductor properties.
*organic semiconductor*

**relaxation time** a time needed for the charge carriers in semiconductor to return to equilibrium concentration after temporary disturbance (by, for instance, brief illumination) has been terminated.

**release process** see *MEMS release*.

**remote plasma, downstream plasma** terms describe plasma process in which wafer is located away from plasma, and hence, is not directly exposed to plasma and plasma generated radiation; desired reactions (e.g. etching) are implemented by extracting ionized species from plasma and directing them toward the wafer; remote plasma process results in less surface damage than standard plasma process as plasma generated ions are energetically relaxed arriving at the surface of the wafer.
*direct plasma, plasma*

**resist** material sensitive to irradiation i.e. it changes its chemical properties when irradiated; in the form of thin-film used as a pattern transfer layer in lithographic processes in semiconductor manufacturing and often also as a mask during subsequent etching.
*photoresist, e-beam resist, X-ray resist*

**resist ashing** process of resist removal (resist stripping) in strongly oxidizing gaseous atmosphere; typically in oxidizing plasma; see also *resist stripping*.

**resist stripping** process in which resist is removed from the surface when it is not needed any longer, i.e. after completion of etching operation, or ion implantation; carried out using either wet or dry strongly oxidizing chemistries; can be altered by changes in chemical

composition of the resist occurring during processing, e.g. during ion implantation.
*barrel reactor, SOM*

**resistance heating** see *Joule heating.*

**resistivity** material parameter determining semiconductor's ability to conduct current; resistance per unit area and unit length; expressed in Ω-cm; the reciprocal of conductivity; in contrast to metals and insulators resistivity of semiconductors can be controlled within several orders of magnitude by changing dopant concentration.
*conductivity*

**resolution** in semiconductor terminology the term refers to the precision with which lithographic process transfers pattern from the mask to the layer of resist; smaller geometries that can be defined, higher the process resolution; determined by several factors related to the exposure tool (shorter exposure wavelength $\lambda$ and larger numerical aperture *NA* increase resolution), resist, and masks used.
*Rayleigh equation, enhancement techniques, lithography*

**resonant tunneling** an effect occurring primarily in quantum-well double barrier heterostructures; for a given thickness of the well and at the certain bias voltage resonant tunneling causes rapid increase of the current flowing across the structure.
*tunneling, quantum well*

**RET** Reticle Enhancement Technique used to increase resolution of photolithoraphy.
*resolution, reticle*

**reticle** a name for the mask used in projection lithography where pattern on the surface of the reticle is larger than the pattern created in the layer of photoresist on the wafer surface; in contrast, in the case of contact/proximity printing the mask pattern is transferred to the photoresist without reduction.
*mask, projection printing, stepper, full-field exposure, contact printing*

**retrograde well** an approach to the formation of "well" in CMOS structures; highest concentration of dopant implanted in the well is



JA2011

located at certain distance from the surface; denser, less susceptible to latch-up CMOS device result.
*CMOS, well*

**reverse bias** a bias at which heights of the potential barrier at the *p-n* or metal-semiconductor junction is increased and current flow from one region to another is restricted.
*forward bias, potential barrier, saturation current*

**reverse breakdown voltage** the value of the revers bias voltage at which permanent breakdown of the *p-n* junction occurs and junction is no longer capable of blocking the current flow.
*breakdown voltage*

**reversible breakdown** a non-catastrophic breakdown of the *p-n* junction or the MOS gate dielectric, i.e. a breakdown which can be reversed by reducing the bias voltage.
*avalanche diode, soft breakdown*

**RF** see *Radio Frequency*.

**RGA** Residual Gas Analyzer; an instrument installed in the vacuum process tools to monitor composition of gaseous ambient during semiconductor wafer processing.

**RHEED** Reflection High Energy Electron Diffraction variation of HEED; in RHEED electrons arrive at the analyzed surface at the grazing angle, and hence, information on the crystallographic structure specific to the surface can be obtained.
*HEED, LEED*

**RIBE** see *Reactive Ion Beam Etching*.

**RIE** see *Reactive Ion Etching.*

**rinsing** a process in which wafer is immersed in deionized water in order to stop chemical reaction initiated during preceding operation and to remove products of this reaction from the surface.
*deionized water*

**RMOS** Resistor Load MOS.

**roll-off** the term is used in reference to the reduction of the flat-band voltage ($V_{FB}$) of the PMOSFET with high-*k* gate dielectric and high-work function metal gate; occurs when an equivalent oxide thickness (EOT) is being reduced.
*EOT, PMOSFET, high-k dielectric, flat-band voltage*

**roll-to-roll process, R2R** the process which forms functional electronic and/or photonic devices on the flexible plastic or metal foil continuously moving from roll-to-roll while device features are formed.
*flexible substrate*

**rms** Root Mean Square; often used as a measure of variations of surface topography (surface roughness) determined by Atomic Force Microscopy.
*AFM, surface roughness*

**ROM** see *Read-Only Memory*.

**Roots pump, Roots blower** high efficiency roughing pump; used in oil vapor-free vacuum systems.
*roughing pump, mechanical pump*

**ROST Rapid Optical Surface Treatment** see *lamp cleaning* and *rapid thermal cleaning.*

**rotagoni drying** Marangoni drying combined with rotation of the wafer; compatible with single-wafer processing.
*Marangoni drying, single-wafer process*

**roughing pump** a vacuum pump designed to reduced pressure inside the semiconductor process tool from atmospheric to militorr range; used before pump operating in the lower pressure regime can be turned on, oil-free (dry pumps) are preferred.
*Roots pump, mechanical pump, dry pump*

**roughness** lack of planarity of the solid surface; the high quality semi-conductor surfaces feature atomic level roughness, i.e. less than 0.1 nm peak-to-valley.
*AFM, surface roughness*

r**oughness scattering** scattering of the charge carriers moving in the vicinity of semiconductor surface caused by surface roughness.
*scattering, surface roughness*

**RTA** see *Rapid Thermal Annealing*.

**RTC** see *Rapid Thermal Cleaning*.

**RTCVD** see *Rapid Thermal Chemical Vapor Deposition*.

**RTN** see Rapid *Thermal Nitridation*.

**RTN** see *Rapid Telegraph Noise.*

**RTO** see *Rapid Thermal Oxidation.*

**RTP** see *Rapid Thermal Processing.*

**RTS** see *Rapid Thermal Silicidation.*

**Rutherford Backscattering, RBS** material characterization method providing information on the composition and depth distribution of elements in the investigated solid; solid is bombarded with high energy helium, He, ions; information regarding composition of the material is obtained by determining energy of the backscattered He ions.

# S

**sacrificial oxide** *(i)* oxide formed on the Si surface in the course of MEMS device manufacturing to provide mechanical support for some of its parts; oxide is then etched away to allow movements of the part (MEMS release process); *(ii)* silicon dioxide thermally grown on the Si surface and then etched away to reveal Si surface less damaged than original one.
*MEMS release*

**SACVD** see *Selective Area Chemical Vapor Deposition*.

**safe operating area** operation of the power MOSFET without exceeding maximum rated current, voltage, and power.
*power device*

**"SALICIDE" process** Self-Aligned Silicide process; process in which silicide contacts are formed only in the areas in which metal deposited to

form silicide is in direct contact with silicon, hence, are self-aligned; commonly implemented in MOS/CMOS processes using poly-Si gate in which silicide ohmic contacts to the source, drain, and poly-Si gate are formed and aligned in the course of a "SALICIDE" process.
*silicide, ohmic contact*

**SAM** Scanning Auger Microscopy, see *Auger Electron Spectroscopy*.

**SAM** see *Self Assembled Monolayer*.

**SAMOS** Self-Aligned MOS.

**sapphire** single-crystal aluminum oxide, $Al_2O_3$; highly chemically resistant, hard material, transparent to UV; can be synthesized and processed into various shapes including large wafers used in semiconductor engineering as substrates for silicon (Silicon-on-Sapphire, SOS) and gallium nitride.
*aluminum oxide, Silicon on Sapphire, gallium nitride*

**saturation current** current in the reverse biased *p-n* junction; independent of bias voltage; depends on concentration of minority carriers and quality of semiconductor.
*p-n junction*

**saturation region** an operating mode of the transistor in which its output current saturates at its highest value for any given bias conditions; transistor is fully-"on".
*cut-OFF region*

**saturation velocity** maximum velocity of charge carriers in semiconductor; electrons and holes velocity in semiconductor increases as a function of electric field up to certain maximum value (typically at the level of $\sim 10^6 - 10^7$ cm/s) which cannot be exceeded due to the excessive carrier scattering at the very high electric field; electric field at which saturation occurs is different for electrons and holes and depends on semiconductor; e.g. for electrons in Si $\sim 10^5$ V/cm, and in Ge $\sim 3 \times 10^3$ V/cm.
*drift velocity, scattering*

**SC-1** "standard clean" 1 see *APM*.
*cleaning, RCA-1*

**SC-2** "standard clean" 2 see *HPM*
*cleaning, RCA-2*

**scaling** term refers to the continued downsizing of the key geometrical features of the transistors in logic and memory integrated circuits.
*gate scaling, logic IC, memory IC*

**scaling rules** design rules which must be followed while scaling down geometry of transistors and interconnect lines comprising an integrated circuit; arbitrary reduction of key geometries, e.g. channel length in MOSFETs, may results in the dysfunctional devices, e.g. short-channel effects in MOSFET.
*short-channel effects*

**SCALPEL** Scattering with Angular Limitations Projection Electron Lithography; variation of projection electron lithography (EPL).
*electron-beam lithography*

**Scanning Electron Microscopy, SEM** imaging method with lateral resolution better than 10 nm; focused beam of electrons is scanned across the sample; image constructed based on the detection of secondary electrons current; studied material must be coated with a conductive film; very common, very useful in semiconductor engineering to visualize very small geometrical features on the wafer surface.

**Scanning Transmission Electron Microscopy, STEM** combines capabilities of Transmission Electron Microscopy (TEM) and Scanning Electron Microscopy (SEM) to offer superior spatial resolution.
*Transmission Electron Microscopy*

**Scanning Tunneling Microscopy, STM** method allowing visualization of conductive solid surfaces with atomic resolution; conductive tip is scanned across the surface of the sample; information about the physical features of the surface is based on the measurement of the tunneling current between the tip and the surface atoms.
*tunneling*

**scattering** a process responsible for an electron in a certain state (defined by its crystal momentum) suddenly moving into a different state; a result of the electron interactions with host atoms in the lattice, dopant atoms, as well as defects; fundamental effect defining electron



JA2016

transport in semiconductors by affecting carriers mobility; phonons moving across solids are also subject to scattering.
*mobility, phonon scattering, Coulomb scattering, roughness scattering, dopant scattering*

**sccm** standard centimeter cube per minute; common unit of gas flow rate used in semiconductor process technology.
*mass flow controller*

**SCE** see *Short Channel Effects*.

**Schottky barrier** a potential barrier formed at the rectifying metal-semiconductor contact, i.e. at the contact between metal and semiconductor featuring different work functions.
*metal-semiconductor contact, potential barrier, work function, Schottky barrier*

**Schottky clamped transistor** *n-p-n* transistor with Schottky diode connecting base and collector; the role of Schottky diode is to drive excess minority carriers from the transistor base during switching, and hence, to reduce storage time.
*Schottky diode, bipolar transistor*

**Schottky contact** see *Schottky diode*.

**Schottky defect** a point defect in crystalline solid; vacancy.
*crystal defects, point defect*

**Schottky diode** semiconductor diode in which metal-semiconductor contact is used to form a potential barrier; potential barrier heights varies with bias voltage accounting for the diode-like (rectifying) current-voltage characteristics of the device.
*diode, Schottky barrier*

**Schottky effect** lowering of the potential barrier at the metal-semiconductor contact due to the high electric field.
*Schottky barrier*

**Schottky emission** an effect observed in metal-semiconductor contacts; emission of electrons from semiconductor to metal, or vice versa, due to the Schottky effect.
*Schottky effect*



JA2017

**Schrödinger equation** also known as Schrödinger wave equation; fundamental relationship describing changes of the quantum state with time; in semiconductor physics accounts for the wave-like properties of an electron.

**SCP, Surface Charge Profiling** a non-contact electrical characterization methods of semiconductors; based on Surface Photovoltage (SPV) effect; allows determination of the density of surface charge and near-surface dopant concentration in semiconductors.
*Surface Photovoltage*

**SCR** Silicon-Controlled Rectifier, or thyristor; a device commonly used in high-power switching applications.
*thyristor*

**screw dislocation** a line defect; a slip of the part of the crystal with dislocation line moving perpendicular to the direction of stress in the lattice.
*crystal defects, line defect, edge defect*

**scribing** a process introducing stress along crystallographic planes in the single-crystal wafer; carried out by applying pressure to the diamond tipped scribing tool for the purpose of separating wafer into chips by crystal cleaving.
*dicing, cleaving*

**scribing lines** bare areas on the surface of the wafer in between the chips; form a network of lines along which wafer is scribed then cleaved into individual chips (dies).
*scribing*

**scrubbing** a process of removal of heavy contaminants from the wafer surface by means of mechanical interactions; used primarily after chemical-mechanical planarization (CMP) operations.
*brush scrubbing, megasonic scrubbing, post-CMP cleaning*

**SCS** Silicon-Controlled Switch.

**SDHT** Selectively Doped Heterojunction Transistor.

**SE** see *spectroscopic ellipsometry*.

**Secco etch** a solution of $K_2Cr_2O_7$ in water mixed with HF; an etchant used to reveal defects in single-crystal silicon.
*Sirtle etch*

**Secondary Ion Mass Spectroscopy, SIMS** very sensitive method to study chemical composition of solids; broadly used in semiconductor R&D and process diagnostics; atoms sputtered off the surface are identified by determination of their mass (mass spectroscopy); allows depth profiling; conventional dynamic SIMS features high sputtering rate while static SIMS uses very low sputtering rate allowing better sensitivity to the chemical characteristics of the surface; TOF-SIMS is used to identify species adsorbed at the surface.
*Time-of-Flight SIMS, depth profiling*

**seed crystal** a piece of single crystal material used to set a pattern for the growth of the crystal in which this pattern is reproduced.
*Czochralski crystal growth, float-zone crystal growth*

**SEG** Selective Epitaxial Growth; see *selective epitaxy.*

**segregation coefficient, *m*** at the same temperature the solubility of any given element in material *A* is in general not the same as in material *B*; *m* = the ratio of equilibrium concentration of an element in material A and equilibrium concentration of the same element in material B.
*boron penetration, zone refining*

**SEL** *see Surface Emitting Laser*.

**Selective Area Chemical Vapor Deposition, SACVD** CVD process which deposits thin film material in selected areas on the wafer surface only; selectivity of deposition is controlled by chemical composition of the surface which can be locally altered.
*CVD, bottom-up processing*

**selective deposition** see *Selective Area Chemical Vapor Deposition*; also deposition that can be limited to selected areas on the wafer by using masks.
*mask*

**selective doping** process introducing dopants to semiconductor in the selected areas only which are defined by the pattern created in the

masking material; as opposed to the introduction of dopants into the entire volume of semiconductor material during the crystal growth processes.
*ion implantation, diffusion*

**selective epitaxy** *(i)* epitaxial growth on the substrate which is only partially a single-crystal material; for instance in the case of single crystal Si partially covered with oxide, Si will grow epitaxially only (selectively) on the surface of a single-crystal Si; *(ii)* selective epitaxy is accomplished by the alteration of the chemical composition of the surface promoting epitaxial growth in selected areas only.
*epitaxy, SACVD, bottom-up processing*

**selective etching** the etching process in which etching medium reacts with one material on the wafer surface and do not react with others; e.g. HF:$H_2O$ solution is etching $SiO_2$ very rapidly while not etching silicon nitride $Si_3N_4$ and silicon.
*non-selective etching, etch selectivity*

**selective exposure** foundation of the pattern definition using lithographic processes; only selected areas of the resist are exposed to radiation; accomplished either by using masks or by localizing exposure using finely focused beam.
*e-beam lithography, photolithography, mask, resist, direct-write lithography*

**SELED** see *Surface Emitting Light Emitting Diode.*
*EELED*

**self-assembled monolayer, SAM** material which takes on desired shape and desired chemical composition due to its inherent characteristics and properly functionalized surface of the substrate on which it is formed.
*bottom-up processing, surface functionalization*

**SEM** see *Scanning Electron Microscopy.*

**semi-insulating semiconductor** semiconductor material featuring very high resistivity; only undoped semiconductors with very low intrinsic carrier concentration (i.e. featuring wide energy gap) can display semi-insulating characteristics; e.g. GaAs with intrinsic carrier concentration



JA2020

$\sim 10^6$ $cm^{-3}$ can be semi-insulating while Si with intrinsic carrier concentration $\sim 10^{10}$ $cm^{-3}$ cannot; semi-insulating semiconductors allow better electrical isolation between adjacent devices.
*intrinsic semiconductor*

**semiconductors** solid-state materials in which, in contrast to metals and insulators: *(i)* electrical conductivity can be controlled by orders of magnitude by adding small amounts of alien elements (dopants), *(ii)* electrical conductivity can be controlled not only by negatively charged electrons, but also by positively charged holes, and *(iii)* electrical conductivity is sensitive to temperature, illumination, electric field, and magnetic field; in terms of chemical composition inorganic and organic semiconductors are distinguished; the former include elements from the group IV of the periodic table (elemental semiconductors) and a wide range of compound semiconductors synthetized using elements from the groups II to VI of the periodic table; used to fabricate electronic and photonic devices which define the progress of our technical civilization.
*elemental semiconductors, compound semiconductors, inorganic semiconductors, organic semiconductors, semiconductor device*

**semiconductor device** a very broad term; essentially any homogenous or multilayer piece of semiconductor material which is processed in such way that it can performed in the controlled fashion predetermined electronic (e.g. diode, transistor, monolithic integrated circuit) and/or photonic (e.g. LED, laser) functions.
*electronic device, photonic device, discrete device, integrated device*

**semiconductor diode** a diode fabricated using semiconductor materials; to obtain diode-like characteristics a potential barrier must be created within the semiconductor structure; implemented using *p-n* junction, or metal-semiconductor contact; height of the built-in potential barrier is controlled by the applied voltage; potential barrier at the *p-n* junction makes a *p-n* junction diode while the potential barrier at the metal-semiconductor junction makes a Schottky diode; along with a transistor, diode is the most important device configuration in semiconductor engineering; in addition to electronic functions, also used to fabricate LEDs (Light Emitting Diodes), lasers, and solar cells.
*diode, p-n junction, metal-semiconductor contact, LED, semiconductor laser, solar cells*

**semiconductor engineering** an engineering effort focused on the construction of functional devices and circuits using semiconductor materials.
*semiconductors, semiconductor device, semiconductor process*

**semiconductor equipment** a set of highly engineered tools used to fabricate semiconductor devices both discrete and integrated; equipment needed to implement semiconductor processes.
*discrete device, integrated device, semiconductor process*

**semiconductor laser** light emitting semiconductor diode which in contrast to conventional LED generates very sharp emission lines and allows modulation bandwidth in a gigahertz range; semiconductor laser is a complex multilayer device formed using direct-bandgap semiconductors primarily AIII-BV (e.g. GaAs, GaAlAs, GaN, etc.); its high performance is due to the enhancement of the recombination rate (stimulated emission) and presence of the optical cavity in the device structure.
*LASER, LED*

**semiconductor lighting** the use of LEDs in everyday lighting applications; LED bulbs replaced highly inefficient incandescent bulbs and less efficient fluorescent bulbs in all applications which use electric bulbs for lighting; LED bulbs use GaN-based heterojunctions and include phosphors to adjust spectrum of emitted light.
*LED, phosphor*

**semiconductor manufacturing** a distinct manufacturing technology featuring the highest level of complexity; uses the highest precision tools producing nanometer scale features in ultra-clean process environment.
*manufacturing yield, semiconductor process*

**semiconductor materials** see *semiconductors*.

**semiconductor process** term refers to the set of processes involved in the manufacture of semiconductor devices.
*semiconductors, semiconductor engineering, semiconductor manufacturing*

**semiconductor sensors** devices which change their electrical characteristics in response to external influences; e.g. MOSFET can be configured

such that its electrical characteristics will change in response to the change in the chemical composition of the ambient, gaseous or liquid; on the other hand a wide array of MEMS based sensors will respond to the physical forces acting upon them.
*MOSFET, MEMS*

**series resistance** the resistance of the selected part of the semiconductor device in the direction of current flow; typically resistance associated with limited conductivity of semiconductor itself, e.g. resistance of the bulk of semiconductor wafer in the case current flows from the front to the back surface of the wafer, or resistance of the metal contact to semiconductor.
*ohmic contact, raised source-drain*

**shadow mask** see *mask, mechanical.*

**shadowing effect** the effect preventing conformal coating of surface features during physical vapor deposition; e.g. evaporated metal reaching the surface under certain angle will not uniformly coat vertical walls and the bottom of the trench.
*conformal coating, evaporation*

**shallow junction** term typically refers to a depth of the source and drain regions in advanced CMOS; scaling rules require continued reduction of the junction depth; can be as shallow as 10 nm.
*scaling rules*

**shallow trench isolation, STI** an isolation scheme used in advanced integrated circuits, e.g. in CMOS ICs where it is used instead of the LOCOS isolation.
*LOCOS, trench isolation, junction isolation*

**sheet resistance** a measure of resistance of the very thin doped regions; expressed in Ω/square; commonly used to determine the outcome of semiconductor doping operations.

**Shockley-Read-Hall, SRH, theory** Shockley-Read-Hall theory of recombination; assumes presence of defects in semiconductor which are acting as recombination centers; in practice, quite often defect-related recombination rather than valence-to-conduction band recombination determines lifetime of excess charge carriers.
*recombination, excess carriers*

**short-channel effects** undesired physical effects (e.g. hot electron generation) occurring in the scaled down channel of a MOSFET; special measures must be taken to prevent short-channel effects; certain scaling rules must be followed while scaling down MOSFETs geometry.
*channel, DIBL, hot electron, scaling rules*

**short-circuit current, $I_{sc}$** a current of illuminated solar cell with shorted output.
*open-circuit voltage, solar cell*

**SiC** see *silicon carbide.*

**sidewall** vertical part (wall) of the trench; to assure it remains perpendicular to the wafer surface, sidewall during trench etching is covered with a layer of polymer.
*anisotropic etching, Bosch process, sidewall passivation*

**sidewall passivation** a process preventing lateral etching, i.e. assuring anisotropy of the etching process, during prolonged deep etches; accomplished by covering sidewalls with a layer polymer.
*sidewall*

**sidewall roughness** undesired roughness of the trench sidewall introduced during etching.
*roughness*

**SiGe** see *silicon germanium.*

**silane, $SiH_4$** gaseous compound; the most common source of silicon in chemical vapor deposition processes of Si, $SiO_2$ and $Si_3N_4$; thermally decomposes at about 900 °C; toxic and explosive in contact with oxygen.
*chemical vapor deposition*

**SILC** Stress Induced Leakage Current; a test designed to study reliability of thin oxides in MOS gates; density of leakage current is measured following electric field stress of the oxide and compared with its density measured before the stress; useful in characterization of ultra-thin oxides in which “hard” breakdown does not occur due to the excessive tunneling across the oxide.
*GOI, hard breakdown*

**silicene** 2-dimensional (2D), one-atom thick silicon; a single-layer of hexagonally bonded silicon atoms displaying attractive physical properties; unlike graphene, silicene features energy gap; promising because of its obvious compatibility with silicon fabrication process technology.
*graphene, molybdenum disulfide, phosphorene, stanene*

**silicidation** an anneal (sintering) process resulting in the formation of metal-Si alloy (silicide) to act as a contact; e.g. Ti deposited on Si forms $TiSi_2$ silicide as the result of silicidation.
*silicide, sintering, RTA, "salicide" process*

**silicide** an alloy of silicon and metal; contact materials in silicon device manufacturing; e.g. $TiSi_2$, $CoSi_2$, NiSi; combines advantageous features of metal contacts (e.g. significantly lower resistivity than poly-Si) and poly-Si contacts (e.g. no electromigration).
*metal-semiconductor contact, electromigration*

**silicon, Si** element from group IV of the periodic table displaying excellent semiconductor properties; second the most abundant element in the Earth crust; energy gap $E_g$ = 1.12 eV, indirect; crystal structure - diamond, mobility of electrons and holes at 300 K: 1450 and 500 $cm^2/Vs$ respectively; the most common semiconductor; features excellent compatibility with broadly defined needs of semiconductor device manufacturing technology; used as a single-crystal, polycrystalline, multicrystalline, and amorphous material in the manufacture of logic and memory nanochips, analog ICs, myriad of discrete devices, thin-film transistors, solar cells, etc.; outstanding characteristic: native oxide of silicon, $SiO_2$, is a very high quality insulator; Si features excellent mechanical properties allowing critically important MEMS technology; unlike no other semiconductor single-crystal Si can be processed into wafers as large as 450 mm in diameter; forms compound semiconductors with elements form the group IV of the periodic table: silicon carbide (SiC) and silicon germanium (SiGe).
*amorphous silicon, polycrystalline silicon, silicon carbide, -germanium*

**silicon active layer** see *active silicon layer.*

**silicon carbide, SiC** group IV-IV semiconductor compound; also known as carborundum; can be obtained in several polytypes incuding hexagonal in the form of either 4H or 6H (α-SiC) and cubic 3C (β-SiC);

parameters vary depending on polytype; energy gap $E_g$ = 2.9 - 3.05 eV (wide-bandgap semiconductor), indirect; carrier mobility at 300 K: electrons ~500 - 900 $cm^2/Vs$, holes ~20 - 50 $cm^2/Vs$; higher than Si and GaAs electron saturation velocity; thermal conductivity 3 W/cmK (two times higher than Si); excellent semiconductor in high-power, high-temperature device applications; difficult and expensive to fabricate in the form of single-crystal wafers featuring low defect density; also used as a substrate for GaN.
*wide-bandgap semiconductor, saturation velocity, AIV-BIV*

**silicon dioxide, $SiO_2$** silica, glass; in a single-crystal form: quartz; native oxide of silicon and at the same time an excellent insulator; features energy gap $E_g$ ~ 8eV; dielectric strength 5 - 15 x $10^6$ V/cm depending on thickness and dielectric constant $k$ = 3.9, the most common insulator in semiconductor device technology (where it is used only as an amorphous material), particularly in silicon MOS/CMOS where it is used as a gate oxide; formed by thermal oxidation on Si and by CVD on Si and other substrates; prone to contamination with alkali ions (sodium) and not resistant to high energy radiation.
*gate oxide, dielectric strength, sodium, radiation hardness, thermal oxidation*

**silicon dopants** elements from group III of the periodic table acting as acceptors (boron, B) and from group V of the periodic table acting as donors (antimony, Sb, arsenic, As, and phosphorous, P).
*acceptor, donor*

**silicon etch** wet chemical formulation designed to chemically polish and/or etch silicon; also used to delineated crystallographic defects through preferential etching.
*CP-4, Secco etch, Sirtl etch*

**silicon germanium, SiGe** group IV-IV semiconductor compound; in contrast to SiC does not exist in the define lattice but rather as a mixed crystal; an alloy featuring energy gap narrower than Si and wider than Ge and electron mobility higher than Si; energy gap and mobility varies as a function of Ge concentration in SiGe; single-crystal SiGe on single-crystal Si features strained lattice; epitaxially deposited to form base in HBT; in CMOS technology SiGe is used to introduce strain in the transistor's channel.
*strained lattice, strained silicon, strain, CMOS, HBT, SiC*

**silicon nanowire, SiNW** micrometer-scale in length and tens of nanometer in diameter, i.e. one-dimensional (1D) piece of typically crystalline silicon; single SiNW can be used as a channel in MOSFETs; interconnected nonowires form a circuit; ultra-small geometry of nanowire devices is defined by the geometry of the wire itself and not by the conventional method of pattern definition; also promising in several other application including energy conversion.
*nanowire, nanotube*

**silicon nitride, $Si_3N_4$** dense, chemically resistant insulator (energy gap $E_g$ ~ 5eV); dielectric constant $k$ ~ 6 - 7; excellent mask (barrier) against oxidation of Si; commonly used in silicon integrated circuit manufacturing in LOCOS processes and as an etchstop; can be used as a gate dielectric, but not in Si MOSFETs due to inferior interface with silicon; used in double-layer gate dielectric memory cells (MNOS); properties depend on CVD chemistries used.
*LOCOS, etchstop, MNOS*

**Silicon-on-Insulator, SOI** basically a silicon wafer with a thin layer of oxide ($SiO_2$) buried in it (buried oxide, BOX) at certain distance (varied from several µm to < 10 nm) from the surface; devices are built into a layer of silicon (active layer) on top of the buried oxide; SOI substrates *(i)* provide superior isolation between adjacent transistors in an integrated circuit as compared to devices built into bulk wafers, *(ii)* eliminate "latch-up" in CMOS devices, *(iii)* improve performance of the SOI-built transistors due to reduced parasitic capacitances, *(iv)* are used in MEMS manufacturing in which case buried $SiO_2$ acts as a sacrificial material; fabricated by means of wafer bonding or SIMOX methods; in variations of SOI other than buried $SiO_2$ materials can be used as an insulator; e.g. SOS and SOAN.
*bonded SOI, SIMOX, SOAN, SOS, ETSOI, buried oxide, fully depleted SOI, latch-up*

**Silicon-on-Sapphire, SOS** special case of SOI where sapphire (single-crystal $Al_2O_3$) is an insulator (substrate) and active single crystal Si layer is formed on top of it by means of solid-phase epitaxy; developed mainly for very high-frequency analog IC applications where the fact that active Si layer is supported by homogenous bulk insulator (rather than by silicon underneath buried oxide) matters.
*sapphire, SOI, solid phase epitaxy*

**silicon oxidation** term commonly refers to the process of thermal oxidation which forms a thin layer of $SiO_2$ on silicon surface.
*thermal oxidation*

**silicon oxide** see *silicon dioxide.*

**silicon oxynitride** $SiO_xNy$; mixture of silicon oxide and silicon nitride phase; can be formed by silicon oxidation in $N_2O$ or NO or by anneal of $SiO_2$ in for instance $NH_3$.
*nitrided oxide*

**silicon precursor** silicon containing compound used as a source of silicon in deposition processes; e.g. $SiH_4$ or $SiCl_4$ in various silicon CVD processes.
*silane, silicon tetrachloride*

**silicon-silicon dioxide, Si-$SiO_2$, system** key element of the silicon MOS/CMOS gates; as such, very likely the most researched material system of all; formed by thermal oxidation of silicon; its most important part: an interface between Si and $SiO_2$ within which structural transition (from single-crystal Si to amorphous $SiO_2$) and chemical transition (from Si to $SiO_2$) take place; quality of Si-$SiO_2$ system has critical impact on the performance of silicon MOS/CMOS devices.
*interface trap, oxide charge, silicon oxidation*

**silicon tetrachloride, $SiCl_4$** a gas, often used as a source of silicon; e.g. in epitaxial deposition of Si or deposition of poly-Si.
*epitaxy, polycrystalline Si, silicon precursor*

**SiLK™** "silicon low-*k*"; a commercial name for the material used as an interlayer low-*k* dielectric (ILD); type of the silicon resin featuring dielectric constant $k = 2.65$.
*inter-layer dielectric*

**SIMOX** Separation by Implantation of Oxygen; a method used to fabricate SOI substrates; oxygen ions are implanted into Si substrate and form a buried oxide layer at certain distance from the surface; implantation of oxygen is followed with an anneal to remove implantation damage and to enforce reaction of oxygen with silicon (oxidation) in the implanted region.
*silicon-on-insulators, bonded SOI*

**SIMS** see *Secondary Ion Mass Spectroscopy*.

**single-charge ion** see *ion, single-charge.*

**single-chip module** package containing only one chip.
*multichip module*

**single-crystal** crystalline solid in which atoms are arranged following specific pattern throughout the entire piece of material; i.e., long-range order exists throughout; in general, single-crystal materials features superior electronic and photonic properties as compared to poly-crystalline and amorphous materials, but are more expensive; all high-end semiconductor electronic and photonic devices are fabricated using single-crystal substrates.
*amorphous, polycrystalline*

**single-crystal growth** see *Czochralski crystal growth, float-zone crystal growth.*

**single damascene** see *damascene process*.

**single-wafer cleaning** cleaning performed on one wafer only; reflects growing general trend toward single-wafer processing.
*immersion cleaning, spin cleaning, single wafer process*

**single-wafer process** only one wafer is processed at a time; opposite to batch process in which several wafers are processed simultaneously; tools are designed specifically for a single-wafer processing; becomes more common as wafer diameter increases.
*batch process*

**single-walled nanotube, SWNT** term refers to the carbon nanotube; basically a single layer of graphene rolled into a seamless cylinder and capped at both ends; one-dimensional (1D) material system; single nanometers in diameter; display unique electronic and mechanical properties; numerous applications possible.
*carbon nanotube, multi-walled nanotube*

**sintering** in semiconductor terminology an elevated temperature process forming an alloy of metal deposited on silicon with silicon; process forming silicide contacts in silicon devices.
*silicides*

**sintering temperature** temperature at which metal forms an alloy with silicon; lower sintering temperature the better.
*sintering, silicidation, silicide*

**SiNW** see *silicon nanowire.*

**SIP** System in Package; all components of the electronic system are contained in a single package.

**SIP** Single In-Line Package; single row of pins is located along one edge of the package.
*dual in-line package*

**SIPOS** Semi-Insulating Polycrystalline Silicon film; oxygen or nitrogen is added to silicon during growth; used for junction passivation.

**Sirtl etch** a solution of $CrO_3$ in water mixed with HF; etchant used to reveal defects in single-crystal silicon.
*CP-4, Secco etch*

**slicing** term refers to the process of cutting of the single-crystal semiconductor ingot into wafers; high precision diamond blades are used; see also *wafering*.
*wafer, wafer fabrication, ingot*

**slight etching** the etching process aimed at the removal of just a few monolayers of the etched material.
*atomic later etching*

**slow surface state** surface state unable to exchange charge (charging and discharging) with a bulk of semiconductor in response to the fast changes of the bias voltage.
*surface state, fast surface state*

**SLS** see *strained layer superlattice*.

**slurry** a viscous liquid containing suspended abrasive component; used for lapping, polishing and grinding of solid surfaces; key element of CMP processes.
*CMP, post-CMP cleaning*

**small-molecule organic semiconductors** a class of organic semiconductors; display properties superior to polymer based organic semiconductors, but typically require deposition by vacuum evaporation.
*pentacene, organic semiconductor, polymer semiconductor*

**small signal** electrical signal featuring amplitude low enough to consider system to which signal is applied linear.

**Smart Cut®** registered name (SOITEC, S.A.); the SOI wafer fabrication process based on wafer bonding; refers to the technique in which one wafer is cleaved after bonding along hydrogen implanted region and can be reused.
*bonded SOI, SOI*

**SMIF** Standard Mechanical Interface; a standard adopted by semiconductor industry for a purpose of facilitating wafer transfer between "minienvironments".
*minienvironment*

**SMIF pod, box** a box (container) adapted to SMIF standards and used to transfer wafers between SMIF compatible process tools and "minienvironments" in a highly controlled ambient.
*SMIF, minienvironment*

**SMOLED** Small-Molecule Organic Light Emitting Diode; an OLED fabricated using small-molecule organic semiconductor.
*OLED, small-molecule organic semiconductor*

**SMT** see *Surface Mount Technology.*

**SNOM** Scanning Near-Field Optical Microscopy; see *NSOM.*

**SOAN** Silicon-On-Aluminum Nitride (AlN); type of SOI substrate in which AlN is a buried dielectric instead of $SiO_2$.
*Silicon-on-Insulator*

**SOC** see *System on Chip*.

**SOD** see *Spin-On Dielectric*.

**sodium, Na** an alkaline metal; one of the most common element in the environment; sodium ions $Na^+$ are harmful contaminants of $SiO_2$ in silicon processing; $Na^+$ ion can move in $SiO_2$ under the influence of electric field resulting in the instabilities of characteristics of MOS based devices; $Na^+$ contamination needs to be prevented in Si manufacturing environment.
*mobile charge*

**soft bake** a low temperature (< 150 °C) bake (thermal treatment) to which wafer is subjected after deposition of photoresist; aimed at volatilization of solvents in the resist and its solidification; typically carried out using hot plate in ambient air.
*hard bake, photoresist*

**soft breakdown** excessive leakage current in the gate oxide but no irreversible hard breakdown of the oxide; a leakage current in MOS structure exceeds predetermined threshold value without casing permanent damage to the oxide; can be reversed by reducing field in the oxide.
*breakdown, hard breakdown, reversible breakdown*

**soft lithography** a block printing using elastometric (rubber) stamps and polymer ink; allows pattern definition in semiconductor applications where conventional photolithographic process and subsequent etching cannot be used, e.g. in organic semiconductor device manufacturing.
*pattern, definition, organic semiconductor*

**SOG** see *Spin-on Glass.*

**SOI** see *Silicon-on-Insulator*.

**SOI wafer** silicon wafer fabricated using Silicon-on-Insulator technology; thickness of silicon active layer varies from below 10 nm to several μm depending on application.
*silicon on Insulator, wafer, epitaxial extension, engineered wafer*

**solar cell** a two-terminal semiconductor device which converts solar light into electric signal; requires presence of the potential barrier within semiconductor which is typically accomplished by the formation of a *p-n* junction; implemented using various semiconductor materials (inorganic and organic) at various levels of structural complexity; choices are based

on the trade-off between cell's cost and efficiency; efficiency ~1% for low-cost, simple and over 45% for high-cost, complex solar cells respectively.
*photovoltaic effect, fill factor, efficiency, excitonic-, organic solar cells*

**solid-phase crystallization, SPC** process during which adequately executed heat treatments cause conversion of the amorphous phase in the solid into crystalline phase.

**solid-phase epitaxy, SPE** process during which, as a result of a heat treatment (often in properly selected gas ambient), an amorphized phase in the solid in contact with a single-crystal phase, re-crystallizes into a single-crystal.
*amorphous material, epitaxy, Silicon-on-Sapphire*

**solid-solubility limit** the number of atoms of an element *A* that can be incorporated into the solid *B* at any given temperature; an upper limit on the concentration of dopant atoms that can be introduced into semiconductor lattice at given temperature.
*doping*

**solid-state light source, SSLS** the terms refers to the LEDs used for lighting purposes.
*white LED, Light Emitting Diode, semiconductor lighting*

**SOM** Sulphuric (acid)-Ozone Mixture; $H_2SO_4/O_3$; a common cleaning solution designed to remove organic contaminants from the wafer surface; as more economical often replaces SPM cleaning mixture.
*cleaning, organic contaminant, SPM*

**sonic wave** a wave generated in the liquid chemical/water by megasonic agitation during wet cleaning operations; used to increase efficiency of particle removal from the wafer surface.
*megasonic cleaning*

**SONOS** Silicon-Oxide-Nitride-Oxide-Silicon; a non-volatile memory cell; features longer data retention, faster read time, and increased number of read-write cycles as compared to other floating gate memory technologies.
*floating gate memory*

**SOS** see *Silicon-On-Sapphire*.

**source** one of three terminals in the Field Effect Transistors; heavily doped, shallow region in semiconductor substrate from which current flows into the channel.
*drain, JFET, MESFET, MOSFET*

**source-drain engineering** changes in the configuration (depth in the Si substrate and heights above the Si surface) and in the doping level of source and drain regions in MOSFET/CMOS; needed to accommodate challenges related to device scaling.
*raised source-drain, scaling*

**space charge** see *space charge region*.

**space-charge region** a depletion region in semiconductor in which, due to the electric field present, there are no free charge carriers; result of the non-uniformity of potential distribution across semiconductor; e.g. potential barrier at the surface of semiconductor.
*MOS, p-n junction, Schottky diode*

**spacer** oxide deposited by CVD to isolate gate contact from source and drain contacts in a MOSFET/CMOS; also passivates sidewalls of the gate stack.
*low-temperature oxide*

**SPC** Statistical Process Control.

**SPC** see *Solid-Phase Crystallization.*

**SPE** see *Solid-Phase Epitaxy.*

**spectroscopic ellipsometry, SE** ellipsometry which uses more than one wavelength of light and allows variation of an angle of incidence; measures not only film thickness, but also provides information on select chemical/physical characteristics of the film(s); very useful in semiconductor process development, monitoring, and diagnostics.
*ellipsometry*

**SPICE** Simulation Program with Integrated Circuit Emphasis; simulator used to model electrical circuits at the transistor level, developed at the University of California at Berkeley.

**spiking** uncontrolled penetration of semiconductor substrate by contact metal; problem with Al in contact with silicon; may short ultra-shallow *p-n* junction underneath the contact causing its permanent failure.
*barrier metal*

**spin** see *electron spin*.

**spin cleaning** so-called "dynamic cleaning"; wafer rotated at high *rpms* is subjected to interactions with cleaning solutions and DI water; a single wafer process.
*immersion cleaning, spray cleaning, single wafer process*

**spin drying** removal of water from the surface of the wafer by centrifugal forces during fast spinning of the wafer; performance is inferior to IPA-based drying techniques.
*IPA drying, Marangoni drying*

**spin-on deposition, spin coating** process used to coat the wafer with material which is originally in the form of viscous liquid; liquid is dispensed onto the wafer surface in predetermined amount and the wafer is rapidly rotated (1500 - 7000 rpm); during spinning liquid is uniformly distributed on the surface by centrifugal forces; material is then solidified by a low-temperature (typically below 200 °C) curing; in semiconductor processing commonly used to deposit photoresist; not suitable for depositions on oddly shaped, heavy substrates.
*mist deposition, Physical Liquid Deposition, spray deposition, inkjet printing*

**spin-on dielectric, SOD** a dielectric in the form of viscous liquid is deposited by spin-on process then solidified through thermal curing.
*spin-on deposition*

**spin-on glass, SOG** thin layer of $SiO_2$ (often doped) deposited on the wafer surface by the spin-on process then solidified through thermal curing.
*spin-on deposition*

**spin rinse-dry, SRD** spinning of the wafer in deionized water and then in pure nitrogen.
*drying, rinsing, deionized water*

**spin transistor, spin FET** uses spin polarization of electron to distinguish between "on" and "off" state.
*spintronics, Field-Effect Transistor*

**spintronics** scientific and technical domain focused on using electron's spin, not its charge, to implement switching action in electronic devices; idea is based on the inherent binary nature of electron's spin states; spins can only be aligned up or down.
*electron spin, magnetic semiconductor, electronics, photonics*

**SPM** cleaning solution; involves $H_2SO_4$:$H_2O_2$ mixture typically in 1:4 ratio; strongly oxidizing cleaning solution is used to remove organic materials/contaminants, including remaining photoresist, from the wafer surface; typically applied first in the post-photolithography cleaning sequence.
*SOM*

**spontaneous emission** photon generation in semiconductor device as a result of spontaneous, as opposed to stimulated, band-to-band recombination; an effect upon which operation of light emitting diodes (LEDs) is based.
*LED, radiative recombination, stimulated emission. laser*

**spray cleaning** wet cleaning batch process in which wafers are sprayed with cleaning chemicals and then rinsing water; alternative to immersion cleaning and spin cleaning.
*immersion cleaning, spin cleaning*

**spray deposition** liquid precursor, e.g. photoresist, is sprayed on the surface of the substrate; droplet size is in the range of 20 µm; works best for films thicker than about 1 µm; in contrast to spin-on process, spray deposition is independent of the substrate size and shape.
*mist deposition, spin-on deposition, Physical Liquid Deposition*

**spreading resistance** a resistance of semiconductor defined by the distribution of dopant atoms in the direction normal to its surface.
*doping, resistivity*

**spreading resistance profiling** determination of depth distribution (profile) of dopant atoms in semiconductor substrate and junction depth.
*junction depth*

**sputtering, sputter deposition** an additive process; bombardment of a solid (target) by high energy chemically inert ions (e.g. $Ar^+$) extracted from plasma; causes ejection of atoms from the target which are then re-deposited on the surface of the substrate located in the vicinity of the target; common method of Physical Vapor Deposition (PVD); can be used to deposit in the form of a thin-film essentially any solid.
*additive process, physical vapor deposition, magnetron sputtering*

**sputtering, sputter etching** a subtractive process; same as ion milling; bombardment of the target (wafer) by high energy ions (e.g. $Ar^+$) extracted from plasma for the purpose of material removal; physical etching through momentum transfer; highly anisotropic, highly non-selective etching method.
*dry etching, ion milling, physical etching*

**sputtering target** a source material during sputter deposition processes; typically in the form of the disc which inside the vacuum chamber is exposed to the bombarding ions.
*sputtering*

**sputtering yield** efficiency of the sputtering process; sputtering yield is different for different materials.
*sputtering*

**SPV** see *Surface Photo-Voltage*.

**SRAM** see *Static Random Access Memory.*

**SRD** see *Spin Rinse-Dry*.

**SRH** see *Shockley-Read-Hall theory*.

**SRH recombination** see *Shockley-Read-Hall theory*.

**SRO** Stress Relieve Oxide; oxide film formed on the wafer surface to reduce stress in the wafer surface region.

**SSI** Small Scale Integration.
*VLSI*

**SSLS** see *solid-state light source*.

**sSOI** strained SOI, Silicon-on Insulator substrate with a strain built into the lattice of an active Si layer.
*SOI, strain, active Si layer*

**stacking fault** a defect in the single-crystal material; planar defect; disruption of the stacking sequence of crystallographic planes; frequently observed during epitaxial growth.
*crystal defects, epitaxy*

**Staebler-Wronski effect** degradation of electrical output of amorphous silicon solar cells as the result of prolonged exposure to sunlight.
*hydrogenated a-Si, solar cell*

**staggered gap** a lineup of the edges of conduction and valance bands in semiconductors forming an abrupt heterojunction such that the edges of both conduction and valence bands in one semiconductor forming heterojunction are below edges of the respective bands in the other.
*band-edge lineup, abrupt heterojunction, broken gap, straddling gap*

**stanine** a single atom thick (2D material) tin.
*graphene, molybdenum disulfide, silicene, phosphorene*

**standing wave effect** undesired effect of standing wave formation in the photoresist during exposure; caused by the reflection of light from the surface upon which photoresist is deposited; controlled by deposition of an anti-reflective coating under the photoresist and post-exposure low temperature anneal.
*bottom anti-reflective coating*

**static charge** electric charge that is inadvertently accumulated on the surface of semiconductor wafer during wafer handling and processing; must be minimized to prevent its harmful effect of device structures at various stages of manufacturing process, e.g. may cause breakdown of the very thin oxides; also, static charge accumulating within the clean-room infrastructure is a challenge to semiconductor manufacturing processes.
*clean-room, semiconductor manufacturing*

**Static Random Access Memory, SRAM** read-write memory cell; in contrast to DRAM, data is stored permanently using combination of transistors (no capacitors) and does not need to be refreshed periodically, hence "static"; SRAM cell is significantly larger than DRAM cell.
*DRAM*

**steam oxidation** see *wet oxidation.*

**steep-slope transistor** a MOSFET featuring steep slope of the drain current – gate voltage characteristics in sub-threshold region; results in better switching performance of the transistor.
*sub-threshold region, MOSFET, Tunnel FET*

**STEM** see *Scanning Transmission Electron Microscopy*.

**stencil mask** see *mask, mechanical*.

**step-and-repeat projection** resist exposure mode in lithographic processes in which the same pattern is projected on the surface of the wafer in the series of consecutive exposures instead of the exposure of the entire wafer.
*full-field exposure, stepper, projection printing*

**step coverage** ability of thin-film deposition method to assure uniform coating over the geometrical features (steps) existing on the surface of the wafer.
*conformal coating*

**stepper** a photoresist exposure tool commonly used in photolithograhy; works using projection printing; in contrast to full-field exposure tools, stepper exposes through the remotely located reticle and lens system only part of the photresist covered wafer; process is repeated ("step-and-repeat") as many time as needed to expose the entire wafer.
*projection printing, reticle, step-and-repeat, full-field exposure*

**STI** see *Shallow Trench Isolation*.

**stimulated emission** process that increases rate of photon generation in semiconductor; basis of the operation of semiconductor lasers.
*laser, spontaneous emission.*

**STM** see *Scanning Tunneling Microscopy.*

**STO** see *strontium titanate*.

**storage capacitor** e.g. key element of DRAM cell.
*DRAM*

**storage time** time needed for the minority carrier concentration in the vicinity of *p-n* junction to be reduced to zero after junction is switched from forward to reverse bias; effect which has an adverse impact on the switching characteristics of bipolar devices.
*Schottky clamped transistor*

**stradding gap** a lineup of the edges of conduction and valance bands in two different semiconductors forming an abrupt heterojunction such that the edge of the conduction band in one semiconductor forming heterojunction is below the edge of the conduction band in the other semiconductor while the edge of the valence band is higher than in the other one.
*band-edge lineup, abrupt heterojunction, broken gap, staggered gap*

**straggle** standard deviation of the Gaussian distribution of implanted ions in the direction of ions motion.
*ion implantation, transverse straggle*

**strain** in semiconductor terminology a deformation of crystal lattice due to the stress; strain represents relative change in bonds configuration in the crystal and is unit-less; strain in the lattice increases mobility of charge carriers, and hence, is often introduced to the crystal on purpose to favorably modify charge carrier transport.
*stress, strained layer*

**strain, biaxial** see *biaxial strain.*

**strain, global** see *biaxial strain*.

**strain, uniaxial** see *uniaxial strain*.

**strained layer** an ultra-thin layer of single-crystal material epitaxially grown on the substrate featuring different lattice constant; pseudomorphic material; difference in lattice constant causes lattice of the

deposited film to be strained; effective mass of electrons in strained material is reduced, and hence, their mobility is higher than in the relaxed material.
*lattice constant, lattice mismatched structure, pseudomorphic material*

**strained layer quantum-well device** a quantum-well device comprising several strained layers.
*quantum-well, strained layer*

**strained layer supperlattice, SLS** a structure comprising of several epitaxial layers of lattice mismatched materials thin enough to avoid formation of dislocations (pseudomorphic films); strain affects electronic properties of materials involved; by controlling thickness of each film and its chemical composition the SLS structures can be designed to perform variety of electronic and photonic functions in various device configurations.
*lattice mismatch, pseudomorphic material, superlattice*

**strained silicon** very thin layer of single-crystal silicon with built-in strain to increase mobility of electrons; allows manufacture of faster devices; strain in Si lattice can be accomplished by depositing ultra-thin layer of silicon on SiGe (different lattice constant).
*strained film*

**stress** represents a force per unit area; in semiconductor terminology typically refers to the stress at the interfaces between materials featuring different crystallographic structure and/or different thermal expansion coefficients resulting from different chemical composition; physical damage to the surface also introduce stress in the near-surface region.
*compressive stress, tensile stress*

**stressor** a material added to the single-crystal semiconductor to introduced stress in its crystal structure; typically accomplished by deposition of the lattice mismatched material.
*lattice mismatched structure, pseudomorphic film*

**stripping** process of material removal from the entire wafer surface; typically implies that the removal is not carried out for the pattering purpose, e.g. resist stripping in which case entire resist is removed following photolithography and etching.
*etching*

**strong inversion** an inversion in the sub-surface region of semiconductor in MOS devices gets to the point where surface potential reaches twice the value of Fermi potential in the bulk of semiconductor; in the strongly inverted region concentration of minority carriers exceeds dopant concentration.
*Fermi potential, inversion, channel*

**strontium titenite, $SrTiO_3$** dielectric constant $k$ = 90 - 240; depending on crystallographic structure and thickness displays either dielectric, or ferroelectric properties.
*high-k dielectric, complex oxide*

**structural defect** see *crystal defect*.

**sub-collector contact** a region in the collector of bipolar transistor immediately underneath collector contact; should be heavily doped to form low-resistance ohmic contact between collector (semiconductor) and collector contact (metal); with very heavy doping of sub-collector region the potential barrier at the contact-semiconductor interface is so thin that carriers can tunnel through it.
*bipolar transistor, tunneling barrier*

**suboxide** oxide featuring less oxygen atoms than needed to fully oxidize Si atom; $SiO_x$ with $x$ varying from 0.5 to 1.5; e.g. $SiO_{1.5}$ features three oxygens instead of four needed to form stoichiometric $SiO_2$.
*silicon dioxide*

**substitutional defect** an alien atom in the crystal lattice substituting for the host atom in the lattice position.
*interstitial defect, point defect*

**substitutional diffusion** diffusion mechanism in which diffusant substitutes for the host atoms by displacing them from their lattice sites; high activation energy process; substitutional diffusants (e.g. all *p*- and *n*-type dopants in silicon) feature low diffusion coefficient.
*diffusant, diffusion, interstitial diffusion*

**substrate injection** during the constant-current stress of the MOS gate stacks (oxide reliability test) electrons are injected into the oxide from the Si substrate (negative bias on the substrate).
*constant-current stress, gate injection*

**subthreshold conduction** the current conduction in the MOSFET biased below the threshold inversion point.
*threshold inversion point*

**subthreshold region** a region on MOSFET output characteristics just below threshold voltage.
*threshold voltage*

**subthreshold slope** a slope of the MOSFET's output current-voltage characteristics just below threshold voltage.
*threshold voltage, subthreshold region, steep-slope transistor*

**subtracting process** a process which removes top layers of the solid, essentially an etching process; as opposed to additive process.
*additive processes*

**sulfur passivation** passivation of the surfaces of selected III-V compounds with sulfur, e.g. GaAs and GaSb.
*surface passivation, hydrogen passivation*

**supercritical cleaning** cleaning technique which uses super-critical fluid as a carrier of a cleaning agent.
*supercritical fluid*

**supercritical $CO_2$, SCCO2** a gas ($CO_2$) of choice for supercritical fluid cleaning applications; critical point (transition from gas to supercritical fluid) at 31 °C and 31 atm.
*supercritical fluid*

**supercritical fluid** a state of matter into which gases and liquids are converted at elevated temperature and high pressure; supercritical fluid has characteristics of both liquid and a gas; it lacks any surface tension while interacting with solid surfaces, and hence, can readily penetrates high aspect ratio geometrical features; it has very low viscosity and, like a liquid, easily dissolves large quantities of other chemicals; in semiconductor processing used in surface cleaning when penetration of very tight geometrical features is required; typically supercritical $CO_2$ is used as carrier of cleaning agents.
*supercritical $CO_2$*

**superlattice** semiconductor structure comprising of several ultra-thin layers (typically 1.0 - 2.0 nm thick) engineered to obtain specific electronic and photonic properties; slight modifications of chemical composition of each layer result in slight variations of the energy bandgap from layer to layer (bandgap engineering) while the same crystallographic structure is maintained throughout the entire material system; fabrication of superlattices requires high-precision hetero-epitaxial deposition methods such as MBE and MOCVD; typically involves III-V semiconductors.
*bandgap engineering, lattice matched structures, molecular beam epitaxy*

**SUPREM** Stanford University Process Emulation Module; software allowing simulation of key processes in semiconductor manufacturing.

**surface** in general, the outermost layer (with no thickness) of a solid or a liquid body; in semiconductor terminology an abrupt discontinuity of material structure with very specific, and different from the bulk, physical and chemical properties, e.g. as opposed to the bulk is not electrically neutral.
*bulk*

**surface amorphization** conversion of the surface and near-surface region of a single-crystal semiconductor into amorphous phase; accomplished either by physical (e.g. high energy ion bombardment), or chemical (adequately formulated wet etch chemistries) means.
*amorphous material*

**surface analysis** a process aimed at the determination of chemical composition (e.g. XPS) and/or physical structure (e.g. RHEED) of solid surfaces.
*RHEED, XPS*

**surface charge** electric charge present on semiconductor surface; originates from disrupted lattice structure and/or from interactions with process/storage ambient; surface charge alters distribution of charge in the near-surface region of semiconductor.
*surface*

**surface charge analysis** involves methods conceived to measure density of surface charge by means of non-contact electrical characterization

techniques; typically based on the Surface Photovoltage effect (SPV); one approach is to measures width of the space charge region at the semiconductor surface from which density of surface charge as well as surface recombination lifetime can be derived.
*non-contact electrical characterization, surface charge, surface photo-voltage*

**surface cleaning** see *cleaning.*

**surface conditioning** surface treatments aimed at establishing specific chemical characteristics of the semiconductor surface; for instance hydrogen termination of Si surface; often uses the same wet and dry techniques as those used in surface cleaning.
*hydrogen termination, surface passivation*

**surface damage** process related disruption of the crystallographic order at the surface of single-crystal semiconductor substrates; typically caused by surface interactions with high energy ions during dry etching and ion implantation.
*ion implantation, reactive ion etching damage*

**surface dopant concentration** dopant concentration in the region immediately adjacent to the surface of doped semiconductor; may be different than dopant concentration in the bulk of semiconductor; needs to be monitored, particularly in the case of epitaxial layers.
*dopant, epitaxial layer, dopant deactivation*

**Surface Emitting Laser, SEL** same as VCSEL; generated radiation is propagated in the direction normal to the surface; potentially superior to Edge Emitting Laser (EEL) providing strict requirements regarding device configuration are met; allows more efficient coupling to the optical fiber than EEL.
*edge emitting laser, laser, VCSEL*

**Surface Emitting Light Emitting Diode, SELED** LED designed such that the light generated emerges from the device in the direction normal to the junction plane, and hence, to the surface; allows more efficient coupling to the optical fiber than edge emitting LED (EELED).
*edge emitting LED, LED*

**surface energy** a measure of the tendency of a surface to repel a liquid; surface energy quantifies the disruption of intermolecular bonds that occur when a surface is created; the surface energy may be seen as the excess energy at the surface of a material compared to the bulk; it is the sum of all the excess energies of the surface atoms; low surface energy refers to a surface's repelling tendency (hydrophobic); high surface energy refers to a surface's attracting tendency (hydrophilic); surface energy of liquids: surface tension.
*surface, hydrophilic surface, hydrophobic surface*

**surface engineering** a set of processes devised to established desired physical and/or chemical condition of semiconductor surface.
*surface conditioning, surface reconstruction*

**surface functionalization** surface processed in such way that it will interact in the desired fashion with an ambient to which it is exposed; can be applied selectively so that on only parts of the surface will acquire desired characteristics.
*bottom-up processing, self-assembled monolayer*

**surface mount technology, SMT** a method used to connect packaged microchip to printed board; no through-holes in the board are required; package leads are soldered directly to the board surface.

**surface orientation** defines crystallographic structure of semiconductor surface using Miller indices; crystallographic plane along which single-crystal semiconductor ingot is cut into wafers; e.g. (100) and (111).
*crystal plane, Miller indices*

**surface passivation** termination of bonds on the semiconductor surface with elements assuring chemical stability of the surface; surface is rendered chemically "passive"; e.g., hydrogen termination of bonds on the silicon surface will prevent oxidation of the surface; oxidation of Si surface bonds will also passivate the surface.
*hydrogen termination, oxidation*

**Surface Photovoltage, SPV** generation of surface potential in semiconductors as a result of illumination with light featuring energy higher than energy gap of semiconductor; photo-generated electrons and holes are separated by the electric field in the space charge region at the surface.
*photovoltaic effect, surface charge analysis*

**surface planarization** a process performed on the patterned (uneven) surface of the wafer for the purpose of rendering it flat; see *planarization*.
*planarization, Chemical-Mechanical Planarization*

**surface potential** a measure of semiconductor surface departure from the state of electrical neutrality; results in the energy bands bending at its surface; quantitatively surface potential is a difference between intrinsic Fermi level at the surface and intrinsic Fermi level in the bulk, i.e. in undisturbed (electrically neutral) part of semiconductor.
*barrier heights, intrinsic Fermi level*

**surface properties** physical properties of the material at its surface; inherently different from the bulk properties, e.g. minority carrier lifetime at the surface is significantly lower than in the bulk of the same wafer.
*bulk properties*

**surface recombination** recombination of free charge carriers in semiconductor *via* the electrically active centers (defects) at its surface.
*recombination, recombination site*

**surface recombination velocity** a rate of surface recombination; higher in the case of highly defective semiconductor surfaces.
*surface recombination, recombination site*

**surface reconstruction** process that establishes crystallographic structure of the surface different than the structure in the bulk of the crystal, i.e. process by which, driven by the need to lower surface energy, atoms at the surface of the crystal assume different structure than that in the bulk; mechanism of reconstruction depends on crystal orientation, e.g. is different in the crystals featuring different surface orientation.
*surface orientation*

**surface roughness** disruption of the planarity of the semiconductor surface; three-dimensional surface morphology; measured (typically by AFM) as a difference between highest and deepest surface features; can be as low as about 0.05 nm for high quality Si wafers with epitaxial layers and as high as in μm range for low-quality, or damaged semiconductor surfaces; has a detrimental effect on device performance, e.g. lower breakdown of the gate oxide formed on the rough surface.
*AFM, oxide breakdown*

**surface scattering** a charge carrier scattering mechanism specific to the near-surface region; highly intensified carrier scattering as compared to the carrier moving in the bulk of semiconductor; a key reason for the carrier mobility in the MOSFET channel to be significantly lower than in the bulk of semiconductor.
*scattering, mobility*

**surface states** electrically active states resulting from the disruption of the periodicity of the lattice at the semiconductor surface; energetically represented by the discrete energy levels in the energy gap of semiconductor at the surface.
*energy gap, surface*

**surface tension** a surface energy of liquids.
*surface energy*

**surround gate** the gate in MOSFET comprising CMOS cell designed in such way that it surrounds the channel; the goal is to increase gate area of the MOSFETs forming CMOS cell without increasing area of the cell.
*double gate, tri gate, MOSFET*

**SWAMI** Sidewall Masked Isolation; complex, and hence, rarely used variation of LOCOS process in which "bird beak" is minimized.
*"bird beak", LOCOS*

**SWCNT** Single Walled Carbon NanoTube.

**SWNT** see *Single Walled NanoTube*.

**SWP** see *Single-Wafer Process*.

**synchrotron** a source of high intensity X-rays suitable for X-ray lithography; very large and very expensive installation not used in commercial chip manufacturing.
*X-ray lithography, synchrotron radiation*

**synchrotron radiation** high-intensity X-ray radiation needed to expose the resist in X-ray lithography; X-rays are produced as a result of electron beam bending under the condition of electron synchrotron resonance.
*X-ray lithography*

**System-on-Chip**, **SOC** all components of a complex electronic system are integrated on a single chip.
*chip*

# T

**TAB** Tape Automated Bonding; chip packaging technology; one-step process used to connect chip to the package; package leads are formed on the flexible tape.
*package*

**tandem cell** a multi-junction, multi-material (single-crystal) solar cell designed to absorb and convert into electricity as large portion of the solar spectrum as possible.
*solar cell, heterojunction*

**tantalum, Ta** refractory metal; element in compounds, both conductive (e.g. TaN, $TaSi_2$) and insulating ($Ta_2O_5$), used in semiconductor processing.
*R-MOSFET, barrier metal*

**tantalum carbide, TaC** Ta based conductor; possible MOS gate contact material in high-*k* dielectric MOS gate stacks.
*gate contact, HKMG*

**tantalum nitride, TaN** a barrier metal used in Cu metallization scheme.
*barrier metal, titanium nitride*

**tantalum pentoxide, $Ta_2O_5$** an oxide featuring dielectric constant $k \sim 25$; due to the lack of thermal stability with silicon cannot be formed on Si substrate without formation of an excessive interfacial $SiO_x$.
*high-k dielectric, titanium dioxide, interfacial oxide*

**tantalum silicide, $TaSi_2$** contact (ohmic) material in Si technology; resistivity 35 - 55 μΩ-cm; formed at the sintering temperature of 800 °C - 1000 °C.
*silicide, ohmic contact, sintering*

**tapping mode** see *Atomic Force Microscopy.*

**target** source material used during sputter deposition; typically in the form of high purity disc installed in the sputtering system in such way that it is directly exposed to plasma.
*sputtering*

**TBD** see *Time to Breakdown*.

**TCA** trichloroethane; a liquid; organic solvent; its vapor is used as a source of chlorine in Si processing, e.g. during thermal oxidation to complex metallic contaminants potentially present on the Si surface.
*thermal oxidation, metallic contaminants*

**TCE** trichloroethylene; a liquid; organic solvent; its vapor is used as a source of chlorine in Si processing, serves similar perposes as TCA.
*TCA*

**TCO** Transparent Conductive Oxide (e.g. indium tin oxide or ZnO)
*ITO, zinc oxide*

**TDDB** see *Time-Dependent Dielectric Breakdown*.

**TD-GC-MS** Thermal Desorption Gas Chromatography Mass Spectroscopy; variation of GS-MC method; used to detect organic contaminants on semiconductor surface.
*GC-MS, organic contaminant*

**technology generation** in semiconductor terminology term used in reference to the classes of integrated circuits typically distinguished based on the transistor's gate length in nanometers; lower numbers (shorter gate) represent more advanced technology generations.
*gate length*

**technology node** a number in nanometers defining technology generation.
*technology generation*

**TED** see *Transient Enhanced Diffusion.*

**TED** Transferred-Electron Diode; microwave device also known as Gunn diode.
*Gunn diode*

**telegraph noise** see *Random Telegraph Noise.*

**TEM** see *Transmission Electron Microscopy*.

**tensile stress** stress resulting from the forces acting toward tearing material apart; compressive stress acts in the opposite direction; stress is a common occurrence in semiconductor structures at the interface between crystals featuring different lattice constants.
*compressive stress, lattice mismatch*

**TEOS** Tetraethyl Orthosilicate, $Si(OC_2H_5)_4$; gaseous compound commonly used in CVD of $SiO_2$ processes (so-called "TEOS Oxide"); good conformality of coating; relatively inert, liquid at room temperature; thermally decomposes at around 700 °C to form $SiO_2$; plasma enhancement lowers temperature of deposition to < 500 °C.
*conformal coating, CVD, PECVD*

**TeraHertz Transistor** transistor operating in the $10^{12}$ Hz (1,000 GHz) frequency range; requires SOI/SOS substrates and other modifications of its structure and material technology to operate in THz regime.
*SOI SOS*

**ternary semiconductor** semiconductor compound consisting of three elements; e.g. AlGaAs (III-III-V compound) or CdHgTe (II-II-VI compound); in the former case used in multilayer heterostructures for the purpose of bandgap engineering.
*binary semiconductor, quaternary semiconductor, elemental semiconductor, compound semiconductor, bandgap engineering*

**TFET** see *Tunnel FET*.

**TFT** see *Thin Film Transistor*.

**thermal budget** term defines total amount of thermal energy transferred to the wafer during elevated temperature operation; proportional to temperature and duration of the process; low thermal budget is desired in ultra-small IC manufacturing to prevent dopant redistribution; low thermal budget is possible even at a very high temperature if time of the process is very short (can be as short as few seconds); quantitatively proportional to *Dt* factor (*D* – diffusion coefficient, *t* – time of thermal treatment).
*diffusion coefficient, dopant redistribution, RTA, RTP*

**thermal conductivity** a measure of the solid ability to conduct heat; in semiconductor devices higher the thermal conductivity of the substrate material the better (higher efficiency of the removal of heat dissipated into substrate during device operation); unit: W/cmK; thermal conductivity of diamond is 22 W/cmK, as compared to 1.48 W/cmK for Si, 0.46 W/cmK for GaAs, and 4.9 W/cmK for 6HSiC.
*diamond, critical temperature, heat management*

**thermal equilibrium** condition in which the rate of generation of electrons and holes in semiconductor equals the rate of electrons and holes recombination.
*generation, recombination*

**thermal evaporation** see *filament evaporation* and *electron beam (e-beam) evaporation.*
*PVD*

**thermal generation** process generating free charge carriers in semiconductor by thermally stimulated band-to-band generation.
*band-to-band generation*

**thermal noise** distortion of electrical signal caused by thermal agitation of charge carriers in semiconductor.
*noise, flicker noise*

**thermal oxidation** growth of native oxide of the solid through oxidation of solid's surface at elevated temperature; results from thermally stimulated chemical reaction of host atoms with oxygen containing ambient; term commonly refers to thermal oxidation of silicon which results in a very high quality silicon dioxide, $SiO_2$, formed on its surface.
*silicon dioxide, Deal-Grow model, dry oxidation, wet oxidation*

**thermal oxide** oxide grown of the solid surface in the course of thermal oxidation; synonymous with thermal $SiO_2$ which is the result of thermal oxidation of Si; with an exception of silicon carbide, SiC, no other semiconductor forms device quality thermal oxide.
*silicon dioxide, silicon carbide*

**thermal velocity** an average velocity of charge carriers in semiconductor determined by the temperature of the lattice.
*charge carriers*

**thermionic emission** transport of electrons over the potential barrier at the metal-semiconductor interface or potential barrier created by the oxide in MOS structures.
*potential barrier, metal-semiconductor contact*

**thick film** material in the form of the film, but displaying basic physical properties (e.g. resistivity) which are not significantly different from the physical properties of the same material in the bulk form; typically, films in the thickness range from about 10 μm to 500 μm and above are referred to as thick; deposited mostly by screen printing.
*bulk, thin-film, hybrid IC*

**thin film** material in the form of the film thin enough to display physical properties (e.g. resistivity) distinctly different from the physical properties of the same material in the bulk form; difference results from the two-dimensional confinement of charge carriers in the thin film; in semiconductor technology typically thinner than about 0.5 μm (500 nm).
*bulk, thick film*

**thin-film devices** semiconductor devices fabricated using thin-film technology.
*Thin-Film Transistor, thin-film solar cell*

**thin-film solar cell** solar cell fabricated using thin-film non-crystalline semiconductors such as, most commonly, amorphous silicon (a-Si), but also cadmium telluride (CdTe) and organic semiconductors.
*solar cell, amorphous silicon, cadmium telluride, organic solar cells*

**Thin-Film Transistor, TFT** a Metal-Oxide-Semiconductor Field Effect Transistor implemented using thin-film technology; uses non-crystalline thin films of either inorganic (amorphous Si, ZnO) or organic (OTFT) semiconductors deposited on insulating substrates (e.g. glass); key element of active matrix liquid crystal display (LCD) technology; represents simplest configuration of device capable of implementing transistor action; can be formed of either rigid or flexible substrates.
*MOSFET, organic TFT, bottom-gate TFT, top-gate TFT*

**three-dimensional (3D) integrated circuit** instead of increasing an area of the chip built into a substrate wafer, chip is constructed in layers of single-crystal silicon stacked vertically and vertically interconnected

to form a functional circuit; the challenge is to form defect-free single-crystal Si layers for upper layers of the stack.
*chip, vertical interconnects*

**three-dimensional (3D) integration (3D Packaging)** term refers to IC packaging technology; prior to packaging fully processed planar chip is separated into functional sub-chips (blocks) which are thinned then stacked and vertically interconnected with Through Silicon Vias; 3-D integration improves performance (shorter interconnects) and reliability of an IC and allows its higher density.
*packaging, vertical interconnect, via, wafer thinning, through silicon via*

**three-dimensional (3D) material** term basically refers to the bulk material featuring the same physical properties in all three directions.
*bulk, two-dimensional material*

**threshold adjustment** control of the threshold voltage ($V_T$) of the MOSFET/CMOS by altering dopant concentration in the channel using ion implantation.
*threshold voltage, channel, ion implantation*

**threshold inversion point** an onset of inversion, the condition in which the inversion charge density equals semiconductor doping concentration; in other words a point at which channel is created in the MOSFET.
*Inversion, channel, MOSFET*

**threshold voltage, $V_T$** voltage applied to the gate of a field effect transistor (FET) that is necessary to open conductive channel between source and drain; in the case of MOSFET $V_T$ is a voltage necessary for the inversion layer to be formed at the semiconductor surface.
*channel, inversion, threshold inversion point*

**Through Silicon Via, TSV** involves etching vias through the Si wafer to allow vertical wafer-to-wafer (chip-to-chip) interconnect scheme; compatible with 3D wafer packaging; typically requires wafer thinning; improves performance of the packaged chip by eliminating wire bonding and shortening interconnects lengths.
*three-dimensional integration, wafer thinning, wire bonding*

**throughput** in semiconductor terminology term typically refers to the number of wafers processed per hour by the process tool; high throughput tools/processes are desired.

**thyristor** a four-layer, three-junction (*p-n-p-n*) semiconductor device for high power switching; operates at very high voltage (~10 kV) and current (~5 kA) levels; also called silicon-controlled rectifier (SCR).
*power device, p-n junction*

**Time-Dependent Dielectric Breakdown, TDDB** technique used to evaluate reliability of gate oxides in MOS devices; breakdown results from the prolonged voltage stress; time needed to break stressed oxide is measured either under the Constant Voltage Stress (CVS), or Constant Current Stress (CCS).
*oxide breakdown, constant-current, constant-voltage stress, charge-to-breakdown, Time-Zero Dielectric Breakdown*

**Time-of-Flight Secondary Ion Mass Spectroscopy, TOF-SIMS** type of SIMS in which incident ion beam featuring ultra-low current is used; virtually non-destructive; information regarding chemical composition of very top surface of solids can be obtained; useful in detection of organic compounds adsorbed on the surface.
*Secondary Ion Mass Spectroscopy*

**Time-to-Breakdown, TBD** time it takes to break the oxide in the course of the constant current test; knowing TBD and constant current density set for the test allows determination of the charge-to-breakdown.
*Time Dependent Dielectric Breakdown, charge to breakdown*

**Time-Zero Dielectric Breakdown** technique used to evaluate reliability of gate oxides in MOS devices; oxide breakdown occurring without prolonged voltage stress i.e. under the condition of voltage stress rapidly increasing from zero to oxide breakdown.
*oxide breakdown, ramp voltage breakdown, time-dependent dielectric breakdown*

**tin, Sn** an element from group IV of the periodic table; in contrast to other group IV elements displaying strong semiconductor characteristics (C, Si, Ge), elemental bulk Sn is not an useful semiconductor; forms semiconductor compounds, e.g. GeSn; also promising in electronic applications as a single-atom thick (2D) material called stanene.
*germanium tin, stanene*

**titanium, Ti** a metal; element in compounds both conductive (e.g. TiN, $TiSi_2$) and insulating ($TiO_2$) used in semiconductor processing.
*titanium nitride, titanium oxide*

**titanium dioxide, $TiO_2$** dielectric material which dielectric constant *k* varies from ~20 to ~85 depending on its structure and thickness; not thermally stable with silicon, and hence, not suitable as a high-*k* dielectric for MOS gates on silicon.
*high-k dielectric, tantalum pentoxide*

**titanium nitride, TiN** "tinitride"; conductor which resistivity increases with nitrogen content; used in silicon technology as a barrier separating silicon and metal contact (e.g. to control junction spiking); high melting point (2950 °C); commonly deposited by LPCVD.
*barrier metal, spiking, LPCVD*

**titanium silicide, $TiSi_2$** contact (ohmic) material in Si technology; resistivity 13 - 16 μΩ-cm; formed at the sintering temperature of 700 °C - 900 °C.
*silicide, ohmic contact, sintering temperature*

**titanium sublimation pump** an ultra-high vacuum (~$10^{-9}$ torr) pump; gas molecules are removed through chemical reactions with titanium sublimed onto pump walls.
*high vacuum, turbomolecular pump*

**TOF-SIMS** see *Time-of-Flight Secondary Ion Mass Spectroscopy*.

**top-down process** a way of building semiconductor structures using sequence of deposition-pattern definition-etching steps; as opposed to bottom-up processing.
*planar process, bottom- up process*

**top-gate TFT** a Thin-Film Transistor with a gate contact and gate dielectric on top of the deposited first thin-film semiconductor.
*Thin-Film Transistor, bottom-gate TFT*

**torr** unit of pressure commonly used in semiconductor technology; 1 standard atmosphere = 760 torr = 101325 Pa; 1 torr = 133.3 Pa.
*pascal*

**Total Reflection X-Ray Fluorescence spectroscopy, TXRF** a method of surface analysis; very effective in detecting metallic contaminants on the wafer surface; detection of the energy of photons emitted from atoms on the surface as the result of X-ray irradiation at the angle assuring total external reflectance.
*metallic contaminant, X-ray fluorescence*

**transconductance, $g_m$** parameter defining conditions for current flow in the channel of Field Effect Transistors (FETs); the derivative of the output current over input voltage.
*channel*

**transient enhanced diffusion, TED** transient effect observed in implanted regions of semiconductor during post-implantation annealing; due to the crystal damage resulting from implantation, diffusion coefficient of implanted atoms increases temporarily (i.e. until damage is annealed out) up to 10 times.
*ion implantation damage, diffusion, diffusion coefficient*

**transistor** three-terminal (1-2-3) semiconductor device in which input signal 1-2 (voltage or current depending on the type of transistor) controls output current 1-3; the most important semiconductor device; performs switching and amplifying functions; early on replaced bulky and inefficient vacuum triode in electronic circuits; invention of transistor (J. Bardeen, W. Brattain and W. Schockley, 1947) triggered electronic revolution after the World Word II; can operate as a discrete device or a building cell of an integrated circuit; numerous kinds of transistors can be distinguished based on their design and principles of operation; two major classes of transistors are unipolar (field-effect transistor, or FET) where Junction FET, Metal-Semiconductor FET and Metal-Oxide-Semiconductor FET are distinguished and bipolar transistors represented by Bipolar Junction Transistor, BJT.
*bipolar transistor, unipolar transistor, Junction FET, Metal-Semiconductor FET, Metal-Oxide-Semiconductor FET, Bipolar Junction Transistor*

**transistor gain** the ratio of the collector (terminal 3)-emitter (terminal 1) current ($I_{CE}$) and base (terminal 2)-emitter (terminal 1) ($I_{BE}$) current in the bipolar junction transistor; constant at the constant collector-emitter voltage; very small $I_{BE}$ current controls much larger $I_{CE}$ current.
*transistor, bipolar transistor*

**transistor leakage** term refers to undesired current that flows when transistor is turned off; in advanced MOS/CMOS devices using ultra-thin gate oxide leakage current is primarily a tunneling current across the gate oxide; transistor leakage must be minimize to prevent generation of excessive heat in logic ICs containing billions of transistors.
*leakage current, tunneling, tunneling current, heat management*

**transistor scaling** a process of scaling down transistor geometry for the purpose of its performance improvement in logic and memory applications; must be executed following certain rules to avoid deleterious short-channel effects.
*scaling rules, transistor switching, gate length, short-channel effects*

**transistor switching** a process of switching transistor from "*on*" to "*off*" state and vice versa; fundamental action in logic (computational) applications.
*logic circuit*

**Transit-Time Diodes** a group of semiconductor diodes designed for and broadly used in microwave applications.
*BARITT, IMPATT, TRAPATT*

**Transmission Electron Microscopy, TEM** a technique used to visualize and to allow quantitative evaluation of cross-sections of multi-layer nanostructures at the atomic level; requires tedious preparation of the very thin samples transparent to electrons, but offers unsurpassed capability in monitoring ultra-thin layers and interfaces; a powerful method allowing visualization of structural features at the nanometer level.
*Scanning Transmission Electron Microscopy*

**transmission mask** see *mask, transmission*.

**transverse straggle** standard deviation of the distribution of implanted ions in the direction normal to the direction of ions impinging on the surface of the wafer.
*ion implantation, straggle*

**trap** in semiconductor terminology this term commonly refers to the recombination site represented by the energy level in semiconductor bandgap in which minority carrier is trapped (captured) for a period of

time and then released (thermally “ejected”); this is in contrast to a recombination center in which prior to being released the minority carrier is annihilated by recombination with a captured majority carrier.
*recombination, recombination site*

**trap assisted recombination** a recombination process which is promoted by the traps (energy levels) in semiconductor’s energy gap (bandgap); responsible for shortened minority carrier lifetime in defective semiconductors.
*trap, recombination, minority carrier lifetime*

**TRAPATT diode** Trapped Plasma Avalanche-Triggered Transit diode; a diode operating in a microwave range.
*IMPATT diode*

**trench** geometrical feature etched into semiconductor substrate; anisotropic etch in the direction normal to the surface; features high aspect ratio.
*anisotropic etch, aspect ratio, trench isolation, trench capacitor*

**trench capacitor** capacitor built into a trench etched in the semiconductor substrate; by using trench configuration area of capacitor can be expanded (capacitance increased) without increasing area of the chip needed to form a capacitor.
*storage capacitor, DRAM*

**trench isolation** a trench etched into the semiconductor substrate filled with oxide; such trench is located in between adjacent devices in an integrated circuit to provide electrical isolation between them.
*shallow trench isolation*

**tri-gate transistor** a 3D MOSFET in which vertical channel is contacted by the gate stack on its three sides.
*pi gate, FinFET, gate all-around*

**trivalent silicon** silicon atom in which one out of its four covalent bonds is unsaturated (broken); acts as a defect which can be electrically active.
*dangling bond, interface trap*

**TSV** see *Through Silicon Via.*

**TTF** Time-To-Failure.

**TTL** Transistor-Transistor Logic; type of logic gate implemented using bipolar technology.
*Emitter Coupled Logic, Integrated Injection Logic*

**tungsten, W** refractory metal (melting point above 2000 °C) used in silicon IC processing primarily to provide vertical connection (vias) between metal lines in multilevel interconnect scheme.
*plug, via*

**tungsten silicide, $WSi_2$** contact (ohmic) material in Si technology; resistivity 30 - 70 μΩ-cm; formed at the sintering temperature of 1000 °C.
*silicide, ohmic contact, sintering temperature*

**tunnel (tunneling) barrier** a potential barrier thin enough for the probability of electron to tunnel across it is very high and tunneling is a dominant transport mechanism; displays characteristics of the ohmic contact.
*tunneling, sub-collector contact*

**tunnel diode** two-terminal device in which current flow is controlled by the carriers tunneling across the potential barrier associated with *p-n* junction, or with ultra-thin oxide in MOS devices.
*tunneling*

**Tunnel FET** Tunnel Field-Effect Transistor; a MOSFET in which tunnel barrier is created at the source-channel contact in order to increase drive current of the transistor and subthreshold slope.
*drive current, tunnel barrier, FET, subthreshold slope*

**Tunnel FinFET** a Tunnel FET implemented in 3D FinFET configuration.
*Tunnel FET, FinFET*

**tunnel junction** see *tunnel diode.*

**tunnel oxide** an oxide in MOS structures so thin that the probability of electron direct tunneling across it (i.e. between metal gate and semiconductor) is very high; in the case of Si-$SiO_2$ based MOS devices significant direct tunneling current is observed for oxides thinner than

about 3.0 nm; for somewhat thicker oxides (~7 nm) Fowler-Nordheim tunneling may dominate.
*direct tunneling, tunneling, Fowler-Nordheim Tunneling*

**tunneling, tunneling current** transport of electron across the potential barrier without changing its energy; as opposed to electron transport "over" the barrier (thermionic emission) in which case its energy must be changed; tunneling probability is a strong function of the width of potential barrier; dual nature of electron (particle and wave) comes to play in the quantum effect of tunneling; direct tunneling through the ultra-thin gate oxide is a factor limiting gate oxide scaling.
*tunnel barrier, direct tunneling, Fowler-Nordheim tunneling, wave-particle duality*

**TUNNET** Tunnel Injection Transit-Time diode; GaAs based high-performance microwave transit-time diode.
*IMPATT, TRAPPAT*

**turbomolecular pump** clean and efficient high-vacuum pump (below $10^{-7}$ torr) commonly used in state-of-the-art vacuum systems involved in semiconductor technology; very fast spinning turbine forces gas molecules out; can be used only after initial evacuation of air/gas using roughing pump is completed.
*roughing pump*

**twin-well CMOS** CMOS structure using both *n*-type and *p*-type wells for better control of threshold voltage and transconductance of each transistor.
*CMOS, well, transconductance, threshold voltage*

**two-dimensional electron gas (2-DEG)** a layer featuring very high accumulation of electrons confined in a very thin potential well within the heterojunction; electrons are free to move only in the other two directions, hence, "two-dimensional"; displays distinct electron transport characteristics allowing very fast transistors; e.g. HEMT.
*quantum well, High Electron Mobility Transistor*

**two-dimensional (2D) material** see *quantum well, graphene, silicene. molybdenum disulfide*

**twin-gate transistor** a MOSFET in which channel either planar or vertical is contacted by the gate stack on two sides.
*double (dual) gate transistor; tri-gate transistor, planar CMOS, FinFET*

**TXRF** see *Total Reflection X-Ray Fluorescence spectroscopy*.

**TZDB** see *Time-Zero Dielectric Breakdown.*

# U

**UHV** Ultra-High Vacuum; typically vacuum below $10^{-8}$ torr.
*torr*

**UHV CVD** Ultra-High Vacuum Chemical Vapor Deposition; carried out at the pressure $\sim 10^{-8}$ - $10^{-9}$ torr; used to deposit epitaxial layers (e.g. SiGe) at low-temperature (around 500 °C).
*CVD, epitaxial deposition*

**UJT** unijunction transistor.

**ULPA filter** Ultra-Low Penetration Air filter; used in high-end clean-rooms; removes 99.999% of all particles 0.1 - 0.2 μm and larger from circulated air; higher performance than HEPA filters.
*HEPA filter, cleanroom*

**ULSI** Ultra Large Scale Integration; integrated circuits with over million transistors per chip and minimum feature size typically below 100 nm.
*VLSI*

**ultra-pure water** see *deionized water*.

**ultra-shallow junction** term refers to the *p-n* junction forming source and drain in the MOSFET; typically less than 40 nm deep, but can be as shallow as < 10 nm; MOSFET' scaling rules require ultra-shallow junctions to limit the short-channel effects.
*short-channel effects, MOSFET, raised source-drain*

**Ultra-Thin Body SOI, UTB SOI** the SOI substrate with Si active layer thinner than 10 nm; needed to implement fully depleted CMOS on SOI substrates; same as ET (Extremely Thin) SOI.
*Extremely Thin SOI, fully-depleted SOI*

**ultra-thin oxide** typically thinner than 3 nm; the gate oxide/dielectric in most advanced CMOS based ICs; direct tunneling current between metal gate and semiconductor substrate through ultra-thin oxide adversely affects performance of MOS devices.
*gate dielectric, tunnel oxide, tunneling*

**Ultra-Thin Silicon on Sapphire, UTSOS** ultra-thin film of Si is epitaxially grown on sapphire; Silicon-On-Sapphire, or SOS, is a type of the SOI substrate; due to the lattice mismatch deposited Si is in the pseudomorphic state and is highly strained; if formed on such substrates the CMOS based circuitry would feature superior performance.
*silicon on sapphire, strained lattice, pseudomorphic material*

**ultrasonic agitation, ultrasonic scrubbing** used to enhance cleaning operations or to improve homogeneity of liquid solution, e.g. uniformity of dispersion of nanoparticles in colloidal solutions; sonic energy at the frequency range of 10 - 100 kHz is applied to the liquid in which wafers are immersed; not as effective in commercial wafer cleaning processes as megasonic agitation, and hence, not used.
*megasonic agitation*

**ultraviolet, UV** radiation in the electromagnetic spectrum featuring wavelength $\lambda$ in the range from about 150 nm to about 400 nm (corresponding energy in the range from about 8.2 eV to about 3.1 eV); carries enough energy to stimulate photochemical reactions in solids (e.g. photoresist exposure) and/or in gases (e.g. Photo-CVD) in semi-conductor processing.
*Photo-CVD, photolithography*

**Ultraviolet (UV) Electron Spectroscopy, UPS** a method of material characterization; based on the emission of photoelectrons from the solid stimulated by UV irradiation; an ESCA method (along with XPS).
*ESCA, XPS*

**U-MOSFET, UMOS** power MOSFET with channel built around U-shaped trench etched into semiconductor substrate; extension of the V-MOSFET concept; features lower than other power MOSFETs (D-MOSFET, V-MOSFET) "on" resistance.
*power device, V-MOSFET, D-MOSFET*

**undercut** undesired result of the isotropic etching process; etched pattern extends lateraly under the photoresist limiting accuracy of the pattern transfer process.
*isotropic etch, etching*

**uniaxial strain** an uniaxial strain in the crystal has stress acting in one direction; uniaxial strain created in the channel of the NMOSFET has beneficial effect on electron mobility in the channel, and hence, transistor performance; engineering of strain in the channel is an important part of the state-of-the-art silicon CMOS technology.
*biaxial strain, tensile strain*

**unipolar device** semiconductor device which operation is based predominantly on majority charge carriers; e.g. all transistors based on the field effect fall into this category; alternative to bipolar device.
*Schottky diode, Field-Effect Transistor*

**unipolar transistor** synonymous with Field Effect Transistor, FET, i.e. transistor which operation is controlled by the majority carriers (majority carrier current in the channel).
*Field-Effect Transistor, bipolar transistor*

**unit cell** the smallest building block of crystal lattice; when reproduced three dimensionally forms a crystal.
*crystal, crystal lattice*

**unlimited source diffusion** see *pre-deposition.*
*limited source diffusion*

**unsaturated bond** occurs when atom in a solid is missing and as a result the bond of the adjacent atom is not neutralized; in a single-crystal solid such situation is synonymous with a point defect; on the surface, unsaturated bond needs to be rendered passive (surface passivation) in order to stabilize its chemical reactivity.
*dangling bond, point defect, trivalent silicon, surface passivation*

**UPS** see *Ultraviolet Electron Spectroscopy*.

**USJ** see *Ultra-Shallow Junction.*

**UTB SOI** see *Ultra-Thin Body SOI*.

**UV** see *ultraviolet.*

**UV/chlorine ($Cl_2$)** UV irradiation of Si surface in $Cl_2$ ambient at the reduced pressure and wafer temperature not exceeding 200 °C; part of the silicon gas-phase (dry) cleaning scheme; causes volatilization of most of the metallic contaminants on Si surface and slight etching of silicon.
*dry cleaning, metallic contaminant*

**UV cleaning** gas-phase (dry) cleaning process stimulated by UV radiation; e.g. volatilization of organic contaminants by UV/ozone.
*cleaning, UV/ozone, ozone*

**UV, deep** see *deep UV.*

**UV, extreme** see *extreme UV.*

**UV/ozone cleaning** dry (gas-phase) cleaning processes used to remove organic contaminants from solid surfaces by oxidation; UV irradiation in the ambient containing oxygen generates ozone which is a very strong oxidizing agent; spectrum of UV radiation should contain 185 nm and 254 nm wavelengths.
*organic contaminant, ozone*

# V

**vacancy** a point defect in crystalline solids; a missing atom (empty site) in single crystal lattice; also know as Schottky defect.
*crystal defect, point defect*

**vacuum** a space entirely empty of matter; in practice a space in which the pressure is by orders of magnitude lower than atmospheric pressure; (atmospheric pressure = 760 torr, high-vacuum $10^{-6}$ - $10^{-8}$ torr); broadly exploited medium in semiconductor manufacturing.
*torr*

**vacuum gauge** an instrument used to measure pressure below atmospheric; key component of vacuum based semiconductor processing tools; different types of gauges need to be used in different vacuum ranges.

**vacuum level** defines threshold energy at which electron can leave an atom; a reference used in the definition of the work function.
*work function*

**vacuum pump** an instrument used to reduce pressure below atmospheric pressure (to create vacuum); different pumps are used for different vacuum ranges; performance defining component of semiconductor vacuum tools.
*turbomolecular pump, cryogenic pump, diffusion pump, mechanical pump, roughing pump*

**vacuum ultraviolet, VUV** an ultra-short wavelength UV radiation emitted by plasma; e.g. 13.5 nm wavelength used in Extreme UV Photolithography.
*ultraviolet, extreme UV, Extreme UV photolithography*

**valence band** energy band in semiconductor that is completely filled with electrons at 0 K; lack of empty states inhibits any motion of electrons, hence, electrons cannot conduct current in valence band; to contribute to electrical conductivity electrons must acquire energy sufficient to move from the valence band to the conduction band; in semiconductors and insulators valence band is separated from the conduction band by the energy gap (bandgap); in metals valence band and conduction band overlap.
*conduction band, energy gap*

**Van der Pauw method** alternative to conventional four-point probe method used to measure resistivity of semiconductors; advantages: compatible with thin-films and oddly shaped samples.
*four-point probe, resistivity*

**Van der Waals forces (interactions)** a broad term describing common in nature attractive forces between molecules or groups of atoms; do not involve electrons sharing and forming a strong bond (e.g. covalent bond); as an example, graphene layers are connected by Van der Waals forces to form graphite.
*covalent bond, graphene*

**Van der Waals heterostructure** formation of heterostructures comprised of different 2D materials (e.g. graphene and molybdenum disulfide) kept together by Van der Waals forces.
*heterostucture, graphene, molybdenum disulfide, Van der Waals forces*

**varactor** "variable reactor"; variable reactance semiconductor device; *p-n* junction diode designed to take advantage of the variations of its reactance; used as an active element in parametric circuits.

**variable shape beam** scanning mode in e-beam lithography in which shape of the beam is changing depending on the geometry of exposed area.
*electron-beam lithography, fixed shape beam, raster scan, vector scan*

**varistor** "variable resistor"; semiconductor devices featuring non-linear current-voltage characteristics; basically any semiconductor diode is a varistor.
*diode*

**VCSEL** Vertical Cavity Surface Emitting Laser; in short Surface Emitting Laser (LSE); semiconductor laser in which generated radiation is propagated vertically, i.e. in the direction normal to the semiconductor surface and *p-n* junction plane rather than in the direction parallel to the surface and *p-n* junction plane (conventional operation mode).
*laser, edge emitting laser, surface emitting laser*

**VDMOSFET** Vertical Double-Diffused MOSFET; power transistor structure; variation of D-MOSFET.
*D-MOSFET*

**vector scan** scanning mode used in electron-beam lithography in which beam is scanning selected areas only; after scanning of selected area is completed beam is turned off and moved to another area to be scanned; more efficient scanning mode as compared to raster scan.
*electron-beam lithography, raster scan, variable shape beam*

**velocity overshoot** occurs when the average velocity of carriers in semiconductor exceeds saturation velocity; possible during ballistic transport.
*ballistic transport, velocity saturation*

**velocity saturation** see *saturation velocity*.

**vertical channel** channel in the MOSFETs that is not in the plane of the substrate wafer; it can be a vertical channel formed on the surface of the substrate wafer in logic IC transistors (e.g. FinFET) or vertical channel etched into the substrate wafer in power transistors (e.g. U-MOS FET).
*FinFET, U-MOSFET, V-MOSFEF*

**vertical diffusion** diffusion in solids in which diffusing species are moving in a direction perpendicular to the solid (wafer) surface.
*diffusion, lateral diffusion*

**vertical furnace** a furnace in which process tube is located vertically, i.e. boat with wafers moves up and down; used in semiconductor batch processes for oxidation, CVD, diffusion, and anneals; batch process; superior to horizontal furnace in terms of the smaller foot print in the clean room, compatibility with automated wafer loading, and heating uniformity.
*furnace, horizontal furnace, batch process*

**Vertical-Slit Field Effect Transistor, VeSFET** a vertical transistor architecture which efficiently integrates transistor with multi-level metallization scheme in high-density ICs; superior flexibility in logic/memory circuit design; junctionless with two independently controlled gates and featuring advantegous $I_{on}/I_{off}$ characteristics; offers alternative to transistor scaling solution to the challenges of ultra-low power digital ICs without a need to generate patterns below 65 nm.
*digital ICs*

**vertical transistor** bipolar transistor in which current across emitter-base and collector-base junctions flows in direction normal to the wafer surface; conventional BJT configuration as opposed to lateral transistor which features inferior characteristics.
*lateral transistor, bipolar junction transistor*

**vertical tunnel FET** tunnel FET in vertical configuration.
*tunnel FET*

**VeSFET** see *Vertical-Slit Field Effect Transistor*.

**VeSTICs** integrated circuit based on the Vertical Slit Field Effect Transistors.

**$V_{FB}$ (flat-band voltage) roll-off** see *roll-off.*

**VHSIC** Very High-Speed Integrated Circuit.

**via** high aspect ratio opening etched in an interlayer dielectric which is then filled with metal, usually tungsten, to provide vertical connection between stacked up interconnect metal lines; also hole etched through the thinned Si wafer in TSV technology.
*inter-layer dielectric, plug, Through Silicon Via, three-dimensional integration, aspect ratio*

**via first** term refers to the 3D packaging in which through silicon via (TSV) is implemented after wafer thinning, but before chips bonding.
*three-dimensional integration, through silicon via, via last*

**via last** term refers to the 3D packaging in which TSV is implemented after chips thinning and bonding.
*three-dimensional integration, through silicon via, via first*

**via veil** "veil"-like residue resulting from the resist stripping process following via etch in multilevel interconnect scheme.
*resist stripping, via*

**VLS growth** Vapor-Liquid-Solid growth; can be used for instance to form Si nanowires on Si substrate.
*nanowire*

**VLSI** Very Large Scale Integration; integrated circuits with 100,000 to 1 million transistors/chip and minimum feature size between approx. 1.5 μm and 0.6 μm.
*ULSI*

**V-MOSFEF, VMOS** a discrete vertical-channel power MOSFET structures; in V-MOSFET channel is built around V-shaped groove etched (employing preferential etching technique) in silicon substrate; alternative technologies: DMOSFET and U-MOSFET.
*preferential etching, U-MOSFET*

**volatile memory** a memory in which stored information is lost when power to the memory cell is turned off.
*non-volatile memory*

**volume defect** voids and/or local regions featuring different phase (e.g. precipitates or amorphous phase) in crystalline materials.
*crystal defects*

**volume properties** see *bulk properties*.

**VPD** Vapor-Phase Decomposition.

**VPD-AAS** Vapor-Phase Decomposition Atomic Absorption Spectroscopy; method used to determine concentration of inorganic elements, mainly metals on the wafer surface.

**VUV** see *Vacuum Ultraviolet*.

# W

**wafer** in semiconductor terminology term "wafer" has various meanings: *(i)* thin (thickness depends on wafer diameter, but is typically less than 1 mm), circular slice of homogenous single-crystal semiconductor material used to manufacture semiconductor discrete devices, electronic and photonic, and integrated circuits; depending on material, wafer diameter may range from about 25 mm to 450 mm; *(ii)* SOI wafer, i.e. silicon wafer as above with very thin $SiO_2$ layer buried at certain distance from the wafer surface, *(iii)* very thin (200 µm and thinner) square (typically ~150 mm on the side) slice of multicrystalline silicon used in solar cell fabrication, *(iv)* non-semiconductors wafers used as substrates in semiconductor device engineering, e.g. sapphire, quartz, or glass, circular or square depending on application.
*bulk wafer, SOI wafer, multicrystalline material, silicon-on-sapphire*

**wafer bonding** process in which two semiconductor wafers are bonded to form a single substrate featuring desired characteristics; commonly applied to form SOI substrates; bonding of wafers of different materials (different chemical composition and/or crystallographic structure), e.g. GaN on Si, or SiC on Si allows development of novel device structures; also applies to temporary bonding of semiconductor wafers with

semiconductor and non-semiconductor substrate wafers where one wafer is used as a handle wafer.
*bonded SOI, SOI, wafer de-bonding, handle wafer*

**wafer charging** process of acquiring static electric charge by the wafer during processing; effect that needs to be monitored and minimized.
*static charge*

**wafer damage** term refers to the mechanical damage to the semiconductor wafer incurred during processing; e.g. chipping during wafer handling operations.

**wafer de-bonding** temporarily bonded wafers can be de-bonded, i.e. separated, without being damaged, using various techniques which depend on the bonding method.
*wafer, wafer bonding*

**wafer diameter** term refers to the diameter of the single-crystal semiconductor wafers used to manufacture electronic and photonic devices/circuits; varies from ~25 mm for some difficult to obtain in the single-crystal form compound semiconductors to 450 mm for silicon.
*single-crystal growth, wafer fabrication*

**wafer fabrication** process in which single-crystal semiconductor in the form of a rod (ingot) or a boule or a multicrystalline semiconductor slab is transformed by cutting (wafering), grinding, polishing, and cleaning into a circular (with desired diameter) or square wafers used to manufacture semiconductor devices.
*wafer, wafering, wafer diameter, double-side polishing*

**wafer flat** a flat area machined at the edge of the single-crystal semiconductor wafer; location and number of wafer flats contains information on crystal orientation of the wafer and dopant type (*n*- or *p*-type).
*wafer*

**wafer mark** in high-end semiconductor manufacturing each wafer is identified with a laser scribed bar code; in this way each wafer can be identified and monitored throughout the entire manufacturing process.
*wafer*

**Wafer Scale Integration, WSI** an integrated circuit is not limited to a single chip, but is spread over the entire wafer; in effect, the whole wafer acts as a chip.
*chip*

**wafer thinning** reduction of the wafer thickness typically by hundreds of μmeters; employed e.g. in SOI fabrication by wafer bonding and in 3D integration
*Chemical-Mechanical Polishing, three-dimensional integration, Through Silicon Via*

**wafer track** term typically refers to a track-like set up which integrates several tools needed to processes photoresist (deposition, soft bake, exposure, developing, hard bake) in advanced photolithographic processes.
*photoresist, photolithography*

**wafer warpage** highly undesired deformation of the processed wafer due to the stress that can be introduced by aggressive thermal treatments; sometime referred to as "potato chip effect"; may interfere with photolithographic processes by affecting depth of focus in various parts of the wafer.
*Wafer, depth of focus*

**wafering** process of cutting single-crystal ingots (rods) or boules or slabs of semiconductor materials into wafers used in semiconductor device manufacture; synonymous with "slicing".
*wafer, slicing*

**water marks** readily identifiable marks left on the surface of the wafer as a result of ineffective wafer drying process; likely to promote local agglomeration of particles on the surface that may cause catastrophic damage to the device/circuit being processed.
*drying, particle*

**wave-particle duality** the principles of quantum physics supported by experimental evidence show that light behaves not only as wave, but also as a particle while particle (e.g. electron) behaves not only as particle, but also as a wave; electron's behavior as a wave is evidenced in various physical phenomena observed in highly geometrically confined semi-

conductor structures in the presence of high electric field, e.g. ballistic transport and tunneling.
*electron, ballistic transport, tunneling*

**waveguide** in semiconductor engineering an optical waveguide is a thin-film structure designed to guide light (photons) between elements of the circuitry; in the same way plasmonic waveguides are designed to guide plasmons.
*photon, plasmon*

**wearable semiconductors** terms refers to semiconductor electronic and photonic devices/circuits performing communication, navigation, sensing, monitoring etc. functions that can be integrated with clothing, worn as self-contained devices or permanently attached to the skin.
*flexible electronics and photonics*

**Weibull plot** convenient way of representing statistics of failure events in semiconductor devices and materials; e.g. distribution of oxide breakdown events as a function of electric field; cumulative failure $F$ is plotted as $-\ln(1\text{-}F)$ vs. measurement variable such as electric field.
*breakdown*

**well** term commonly refers to implanted/diffused region in Si wafer needed to implement complementary MOS (CMOS) cell; depending on the design *n*-well, *p*-well or both *n*-well and *p*-well (twin well) are implemented.
*twin-well CMOS*

**wet bench** typically fully automatic process tool used to carry out wet cleaning and etching operations in semiconductor processing; commonly includes several tanks each containing either cleaning/etching solution or deionized rinsing water in which wafers are immersed in predetermined sequence; commonly equipped with megasonic system; also includes drying module.
*cleaning, drying, immersion cleaning, megasonic agitation*

**wet cleaning** process of contaminants removal from the wafer surface in the liquid-phase; prevailing cleaning method in semiconductor manufacturing; wet cleaning chemistries are selected to form soluble compounds of surface contaminants or to promote dislodging of the contaminant (e.g. particle); often enhanced by megasonic agitation;

always followed by deionized water rinse and dry cycle; implemented in the variety of ways using variety of cleaning chemistries; batch or single-wafer process.
*APM, HPM. SPM, dry cleaning, immersion cleaning, spray cleaning, spin cleaning, megasonic agitation*

**wet etching** etching process in semiconductor processing relying on chemical reaction in the liquid phase; by definition highly isotropic; can be also very selective; under certain conditions wet etching can be much faster along selected crystallographic planes.
*etching, dry etching, isotropic etching, selective etching, preferential etching*

**wet oxidation** thermal oxidation of silicon carried out in water vapor containing oxygen, or in steam; significantly higher oxide growth rate as compared to dry oxidation; used to form relatively thick films of $SiO_2$ on Si surface; wet oxide contains Si-H and Si-OH, and hence, features inferior to dry oxide electrical integrity.
*dry oxidation, thermal oxidation*

**wetting angle** same as contact angle; tangent angle at the interface between droplet of liquid and a solid surface; measure of the surface energy; 0° for hydrophilic surface and 90° for hydrophobic surface; contact angle is very sensitive to the condition of the surface; very effective in monitoring variations in chemical and physical characteristics of the surface.
*hydrophylic, hydrophobic*

**WF** see *work function*.

**white LED** there are no LEDs generating white light; white light LEDs are constructed either by using several single-color LEDs to produce wavelength mix that appears white or by using a short-wavelength (e.g. blue) LED in conjunction with phosphors.
*light emitting diode, phosphor, lighting*

**wide-bandgap semiconductor** semiconductor featuring energy gap (bandgap) $E_g$ wider than about 2.5 eV; useful in high temperature applications and emission of blue light; in this last case bandgap needs to be direct; e.g. SiC ($E_g$ = 2.9 eV, indirect bandgap), GaN ($E_g$ = 3.5 eV, direct bandgap), ZnS ($E_g$ = 3.68 eV, direct bandgap).
*gallium nitride, silicon carbide, zinc sulfide*

**wire bonding** part of the chip assembly process in which very thin (about 30 μm in diameter) gold wire is used to connect chip and the package; bonding pads at the perimeter of the chip are connected to the lead connections in the package; typically uses combination of thermal compression and ultrasonic motion.
*assembly, package*

**work function** energy needed to move electron in the atom from Fermi level to vacuum level, i.e. to outside of the atom; commonly used as a reference while comparing energy state of various materials and predicting electrical properties of the contact between them.
*Fermi level, vacuum level*

**work function difference** difference in work function between two materials in physical contact; defines characteristics of contact between two materials featuring different work functions; in conductor-semiconductor contact work function difference determines height of the potential barrier, and hence, determines whether contact is ohmic or rectifying; in MOS devices work function difference between semiconductor and gate contact affects threshold voltage; should be as low as possible.
*ohmic contact, potential barrier, rectifying contact, work function*

**wrapped around gate** see *gate all-around*.

**WSI** see *Wafer Scale Integration*.

**WSP** Wafer Stack Package; type of package in 3D chip stacking technology.
*three-dimensional integration*

**wurtzite lattice** hexagonal close-packed crystallographic structure; while most semiconductors crystallize following cubic structure, some, most notably nitrides (e.g. AlN, BN, GaN) as well as certain polytypes of SiC, feature wurtzite lattice.
*cubic system, zincblend lattice, hexagonal crystal system, nitrides*

# X

**XPS** see *X-Ray Photoelectron Spectroscopy*.

**X-ray diffraction, XRD** material characterization method used to determine crystallographic structure of solids based on the diffraction of X-rays irradiating the solid; detects crystal defects and alien phases in the solid; not sensitive to chemical composition of analyzed solid.

**X-ray Fluoroescence, XRF** a method used to study chemical composition of solids; does not distinguishes between surface and the bulk of the solid, and hence, is not useful in characterization of semiconductor surfaces; total reflection version of XRF (TXRF) was devised to fulfill this last function.
*Total Reflection X-Ray Fluorescence spectroscopy*

**X-ray lithography, XRL** lithography method which uses X-rays to exposed the resist; due to shorter wavelength of X-ray radiation (0.4 - 4 nm), XRL allows higher resolution of the pattern transfer than photolithography which uses longer wavelength UV irradiation; XRL requires special masks and resists sensitive to X-rays; not used in mast production due to the complexity and cost of high-intensity X-rays sources needed in lithographic applications as well as X-ray masks.
*lithography, synchrotron radiation, synchrotron, X-ray masks*

**X-ray mask** see *mask, X-ray lithography*.

**X-Ray Photoelectron Spectroscopy, XPS** surface analysis method used to determine chemical composition of solid surfaces; allows determination of bonding energy; analysis is based on the determination of energy of electrons emitted from the solid as a result of irradiation with monochromatic X-rays; very useful in detecting on Si surface Si-suboxides, as well as O, F, C; an ESCA method (along with UPS).
*Electron Spectroscopy for Chemical Analysis, Ultraviolet Photoelectron Spectroscopy, suboxide*

**X-ray resist** resist used in X-ray lithography; X-ray resist.

**XSC** see *excitonic solar cells*.

# Y

**yield** in semiconductor terminology synonymous with "manufacturing yield", i.e. number defining percentage of fully operational devices

(chips) out of all devices (chips) manufactured; must be sufficiently high to warrant profitability of the manufacturing process.

**yield ramping** increase of manufacturing yield with time, i.e. as a given process becomes more mature.

# Z

**Zener breakdown** reverse-bias breakdown of the highly doped *p-n* junction triggered by Zener effect.
*breakdown, avalanche breakdown*

**Zener diode** a *p-n* junction based diode exploiting Zener effect.
*Zener effect*

**Zener effect** occurs in heavily doped *p-n* junctions at high reverse-bias voltage; energy bands in a junction region are sloped in such way that electron may tunnel directly from the valence band in *n*-type region to the conduction band in *p*-type region causing rapid increase of current; may cause breakdown of *p-n* junction but also can be used in a controlled fashion to make a functional device (Zener diode).
*p-n junction, direct tunneling*

**Zener tunneling** see *Zener effect.*
*tunneling*

**Zerbst plot** a way of plotting capacitance *vs*. time relationship for MOS capacitor pulsed into deep depletion; allows determination of generation and recombination lifetime in semiconductor substrate.
*deep depletion, generation lifetime, recombination lifetime*

**zero-dimensional (0D) material** see *nanodot, nanocrystalline quantum dot, one-dimensional material, two-dimensional material, three-dimensional material*

**zeta potential** potential of solid surface interacting with an ambient featuring specific chemical composition; plays important role in surface cleaning and conditioning processes as it defines the way semiconductor surface interacts with any given chemistry.
*surface conditioning, wet cleaning*

**zigzag GNR** a type of graphene nanoribbon (GNR) which can display metallic properties; term "zigzag" refers to the specific configuration of carbon atoms at the edge of the nanoribbon.
*graphene, armchair GNR*

**zinc-blend lattice** crystal structure which belongs to the face-center cubic (FCC) crystal family; most of the III-V compound semiconductors feature zincblend lattice.
*cubic system, diamond lattice, face-centered cubic, wurtzite structure*

**zinc oxide, ZnO** wide-bandgap II-IV group semiconductor; $Eg = 3.4$ eV; direct; possible blue and violet emission and UV detection; features high transparency to white light, hence, allows transparent electrodes; due to the wurtzite lattice structure and similar lattice constant to GaN can be used as a substrate for GaN (lattice matched to InGaN with 22% In content); successfully used in TFT technology.
*direct bandgap semiconductor, wide-bandgap semiconductor, thin-film transistor*

**zinc selenide, ZnSe** II-VI group semiconductor; bandgap $E_g = 2.7$ eV, direct; zinc blend or wurtzite crystal structure; can be used for blue light emission and UV detection.

**zinc sulfide, ZnS** wide-bandgap II-VI group semiconductor; zinc blend crystal structure; the largest bandgap ($E_g = 3.68$ eV) among semiconductors considered for practical applications (only diamond and boron nitride feature wider bandgap); direct bandgap makes ZnS potentially attractive as a blue light emitter and UV detector.
*direct bandgap semiconductor, wide-bandgap semiconductor, diamond, boron nitride*

**zinc telluride, ZnTe** II-VI group semiconductor; bandgap $E_g = 2.26$ eV, direct; typically zinc blend crystal structure but possible also in wurtzite structure; can be used for blue light emission as well as in solar cells.
*solar cell*

**zirconium oxide, zirconia, $ZrO_2$** dielectric featuring dielectric constant $k$ in the range of 22 - 25; tends to crystallize at about 700 °C; considered as an alternative to $SiO_2$ gate dielectric in CMOS technology; in many aspects similar to hafnium oxide.
*gate oxide capacitance, hafnium oxide, high-k dielectrics*

**zirconium silicate, $ZrSiO_4$** dielectric material featuring dielectric constant $k \sim 16$; in contact with Si combines characteristics of silicon dioxide, $SiO_2$, and zirconium oxide, $ZrO_2$; considered as an alternative to $SiO_2$ gate dielectric in CMOS technology; in many aspects similar to hafnium silicate.
*gate oxide capacitance, hafnium silicate, high-k dielectric*

**zone purification** see *zone refining*.

**zone refining** a method allowing purification of crystalline solids; based on the same principle as float-zone crystal growth; results in accumulation of impurities at one end of the processed solid rod.
*float-zone crystal growth*

**Z-RAM™** Zero-capacitor Random Access Memory; floating body dynamic memory technology which unlike DRAM does not require storage capacitor; both switching and storage functions are carried out by a single transistor formed on SOI substrate.
*DRAM, RAM, SOI*



JA2079

*Solid-State Electronics* Vol. 36, No. 3, pp. 321–330, 1993
Printed in Great Britain. All rights reserved

0038-1101/93 $6.00 + 0.00
Copyright © 1993 Pergamon Press Ltd

# NUMERICAL MODELING OF ABRUPT HETEROJUNCTIONS USING A THERMIONIC-FIELD EMISSION BOUNDARY CONDITION

KYOUNGHOON YANG, JACK R. EAST and GEORGE I. HADDAD

Solid State Electronics Laboratory, Department of Electrical Engineering and Computer Science, The University of Michigan, Ann Arbor, MI 48109-2122, U.S.A.

*(Received 31 July 1992; in revised form 1 September 1992)*

**Abstract**—We present a numerical model in which the thermionic and tunneling mechanisms across an abrupt heterojunction interface are taken into account on the basis of the one dimensional drift-diffusion formulation. We use an expression of thermionic-field emission current formulated based on the WKB approximation as a boundary condition at the abrupt heterointerface which eventually limits the current transport over the barrier while maintaining the current continuity. The $I$–$V$ characteristics of three types of GaAs/AlGaAs heterojunctions are analyzed by varying device dimension, doping density, and temperature and compared with those obtained by the thermionic emission model to illustrate the significance of both tunneling and thermionic emission mechanisms. We demonstrate that the role of tunneling in the overall current transport is very important in these abrupt heterojunctions especially at high doping densities and low temperatures. In the case of an MBE-grown AlGaAs triangular heterojunction barrier, the temperature-dependent $I$–$V$ characteristics are measured and compared with the theoretical results. Good agreement is obtained when the tunneling process is taken into account by employing the thermionic-field emission boundary condition presented here.

## 1. INTRODUCTION

As modern epitaxial technologies such as MBE, MOCVD, and MOMBE make it possible to realize almost any doping and compositional profile of compound semiconductors with precise control of thickness, excellent device performance has been demonstrated in a wide variety of heterostructure devices. To aid in understanding the operational mechanisms of these devices and to optimize their design, various computational methods have been developed[1–4]. Among them, numerical simulations based on the drift-diffusion transport, known as the best approach for evaluating generation–recombination processes in the device structure, have been widely applied for the characterization of heterostructure devices[4–8]. Although the generalized drift-diffusion transport equations formulated for materials with a position-dependent band structure have been used, the validity of this formulation at abrupt heterojunctions is questionable.

Recently, Horio and Yanai[9] presented a more accurate numerical technique by taking into account the thermionic emission process at the abrupt heterojunction interface in conjunction with the drift-diffusion formulation for the bulk region. The thermionic emission current formulated at the heterointerface is used as a boundary condition which constrains the current transport across the interface. The effects of the emission mechanism on the $I$–$V$ characteristics have been found significant especially for $nN$ isotype heterojunctions. However, since the thermionic emission mechanism describes only the carrier transport over the heterojunction barrier, this model can not be applied for a case where the tunneling process becomes important. Therefore, a more generalized numerical model is required.

In this paper, we present a numerical model in which thermionic emission as well as tunneling across the heterointerface is taken into account by developing a thermionic-field emission boundary condition. This boundary condition is formulated based on the WKB approximation and the detail derivation is described in the following section. In Section 3, we apply this model for the GaAs/AlGaAs $nN$ and $pN$ heterojunctions and illustrate the relative significance of both thermionic emission and tunneling as a function of device dimension, doping density, and temperature. Finally, the temperature dependent $I$–$V$ characteristics of an MBE-grown AlGaAs triangular heterojunction barrier are measured and compared with the theoretical results.

## 2. NUMERICAL MODEL

### *2.1. Formulation of a thermionic-field emission boundary condition*

The band diagram of an abrupt heterojunction is shown in Fig. 1. Electron transport across the conduction band spike can be described by tunneling through the spike and thermionic emission over it. Using the one-dimensional WKB approximation[10],




Fig. 1. Schematic band diagram of an abrupt heterojunction. $E_{fn_{1,2}}$ represents the electron quasi-Fermi level in each semiconductor region.

the transmission probability of electrons for the barrier is expressed as follows:

$$T(E_x) = \begin{cases} \exp\left(-\dfrac{4\pi}{h}\displaystyle\int_0^{x_E}[2m_n^*\{E_c(x)-E_x\}]^{1/2}\,dx\right), & \text{if } E_{\min} \leqslant E_x < E_c(0^+) \\ 1, & \text{if } E_c(0^+) \leqslant E_x, \end{cases} \quad (1)$$

where $h$ is the Planck constant, $m_n^*$ is the electron effective mass, $E_x$ is the energy component in the $x$ direction, and $E_{\min} = \max[E_c(0^-), E_c(W)]$.

Assuming the Boltzmann energy distribution, the electron current density $J_n$ across the heterointerface arising from the net exchange of electrons is given by:

$$J_n = J_{n_1} - J_{n_2} = -\frac{A^*T}{k}\int_{E_{\min}}^{\infty} f_1(E_x)T(E_x)\,dE_x + \frac{A^*T}{k}\int_{E_{\min}}^{\infty} f_2(E_x)T(E_x)\,dE_x, \quad (2)$$

where $k$ is the Boltzmann constant, $A^*$ is the effective Richardson constant for electrons, and $f_{1,2}(E_x)$ is the occupation probability in each region. The smaller value of effective mass between the two semiconductors is used for $A^*$ as was discussed in Ref. [11].

Using (1), we find:

$$J_{n_1}(0^-) = -A^*T^2\exp\left(\frac{E_{fn_1}(0^-)-E_c(0^+)}{kT}\right) \times \left[1 + \frac{\exp\left(\dfrac{E_c(0^+)}{kT}\right)}{kT}\int_{E_{\min}}^{E_c(0^+)}\exp\left(-\frac{E_x}{kT}\right) \times \exp\left(-\frac{4\pi}{h}\int_0^{x_E} \times \{2m_n^*[E_c(x)-E_x]\}^{1/2}\,dx\right)dE_x\right]$$
$$= -qv_{n_1}(1+\delta)n_1(0^-)\exp\left(-\frac{\Delta E_c}{kT}\right) \quad (3)$$

where:

$$n_1(0^-) = N_{c_1}\exp\left(\frac{E_{fn_1}(0^-)-E_c(0^-)}{kT}\right) \quad (4)$$

$$v_{n_1} = \frac{A^*T^2}{qN_{c_1}} \quad (5)$$

$$\delta = \frac{\exp\left(\dfrac{E_c(0^+)}{kT}\right)}{kT}\int_{E_{\min}}^{E_c(0^+)}\exp\left(-\frac{E_x}{kT}\right) \times \exp\left(-\frac{4\pi}{h}\int_0^{x_E}[2m_n^*\{E_c(x)-E_x\}]^{1/2}\,dx\right)dE_x. \quad (6)$$

A similar derivation yields the following equation for the opposing flux of electron current:

$$J_{n_2}(0^+) = -qv_{n_2}(1+\delta)n_2(0^+), \quad (7)$$

where:

$$n_2(0^+) = N_{c_2}\exp\left(\frac{E_{fn_2}(0^+)-E_c(0^+)}{kT}\right) \quad (8)$$

$$v_{n_2} = \frac{A^*T^2}{qN_{c_2}}. \quad (9)$$

Here, $v_{n_{1,2}}$ is the mean electron thermal velocity, $N_{c_{1,2}}$ is the effective density of states in the conduction band in each region, and $n_1(0^-)$ and $n_2(0^+)$ are the electron densities at each side of the heterointerface.

Finally, the net electron current density crossing at the heterointerface is:

$$J_{n,i} = -qv_{n_1}(1+\delta)n_1(0^-) \times \exp\left(-\frac{\Delta E_c}{kT}\right) + qv_{n_2}(1+\delta)n_2(0^+). \quad (10)$$

As can be seen in eqn (10), the thermionic-field emission process is taken into account through a parameter $\delta$ and, when the tunneling mechanism is neglected ($\delta = 0$), this equation becomes the thermionic emission boundary condition similar to that used in Ref. [9].

For holes, the thermionic emission boundary condition is used at the interface since the $nN$ and $pN$ heterojunctions simulated here have the tunneling barriers only in the conduction band and in the case of a triangular heterojunction barrier created between layers of $n$-type GaAs the contribution of tunneling by holes is negligible.

The thermionic emission boundary condition for holes is:

$$J_{p,i} = qv_{p_1}p_1(0^-)\exp\left(-\frac{\Delta E_v}{kT}\right) - qv_{p_2}p_2(0^+), \quad (11)$$

where:

$$v_{p_1} = \frac{A_h^*T^2}{qN_{v_1}} \quad (12)$$

$$v_{p_2} = \frac{A_h^*T^2}{qN_{v_2}}. \quad (13)$$

Here, $A_h^*$ is the effective Richardson constant for holes, $v_{p_{1,2}}$ is the mean hole thermal velocity, $N_{v_{1,2}}$ is the effective density of states in the valence band in each region, and $p_1(0^-)$ and $p_2(0^+)$ are the hole densities at each side of the heterointerface.

In the present work, we use the current expressions of eqns (10) and (11) as the boundary conditions for the electron and hole currents at the abrupt heterointerface and apply the conventional drift-diffusion model in the remainder of the structure where the material composition is constant, or slowly varying. This approach can resolve several difficulties encountered when we attempt to couple two different schemes of transport formulation, tunneling-emission and drift-diffusion, in a device structure. By incorporating the tunneling mechanism only at one mesh point of the interface, the difficulty of current formulation in the energy barrier region where the combined transport phenomena of tunneling and drift-diffusion mechanisms exist is avoided and the recombination–generation process can be evaluated over the whole device structures. Although the tunneling parameter $\delta$ is used only at a mesh point, the barrier transparency represented by $\delta$ is evaluated based on the overall conduction band profile at each bias.

The problem solution begins by using the thermionic emission boundary conditions ($\delta = 0$) for both electrons and holes in which all parameters such as thermal velocities, and the conduction and valence band discontinuities are already known. The relation between the quasi-Fermi levels of both sides are self-consistently determined by the boundary conditions. After the first calculation is completed with the thermionic emission condition, the value of $\delta$ is evaluated using eqn (6) based on the obtained conduction band profile and then the thermionic-field emission boundary condition of eqn (10) is employed in the following calculation steps. In each iteration, the energy band profiles and the electron and hole quasi-Fermi levels are updated by solving the Poisson equation, the electron and hole current continuity equations self-consistently. This process continues until the change in $\delta$ is less than 0.1%. Five iterations are typically enough to obtain the final solution after the first calculation with the thermionic emission boundary conditions is achieved.

### 2.2. *Basic equations of the drift-diffusion model*

In the present work, the basic equations based on the drift-diffusion model are employed for the region where the material composition changes slowly. For one-dimensional steady-state, the equations are expressed as follows:

$$\frac{d}{dx}\left(\epsilon \frac{d\psi}{dx}\right) = -q(p - n + N_D^+ - N_A^-) \quad (14)$$

$$\frac{dJ_n}{dx} = q(R - G) \quad (15)$$

$$\frac{dJ_p}{dx} = -q(R - G) \quad (16)$$

and

$$J_n = -q\mu_n n \frac{d}{dx}(\psi + \psi_n) + kT\mu_n \frac{dn}{dx} \quad (17)$$

$$J_p = -q\mu_p p \frac{d}{dx}(\psi - \psi_p) - kT\mu_p \frac{dp}{dx} \quad (18)$$

$$\psi_n = \frac{\chi(x) - \chi_r}{q} + \frac{kT}{q}\ln\left(\frac{N_c(x)}{N_{cr}}\right) \quad (19)$$

$$\psi_p = \frac{-\chi(x) - \chi_r}{q} - \frac{E_g(x) - E_{gr}}{q} + \frac{kT}{q}\ln\left(\frac{N_v(x)}{N_{vr}}\right) \quad (20)$$

where $\psi$ denotes the electrostatic potential, $\psi_n$ and $\psi_p$ are composition dependent band parameters, and $\chi$ is the electron affinity. Other symbols have their standard meanings. The subscript r represents the parameter values at a reference point in the device structure. The term $R$ denotes the recombination rate and is assumed to be specified by the Shockley–Read–Hall model:

$$R = \frac{pn - n_i^2}{\tau_{n0}(p + n_i) + \tau_{p0}(n + n_i)}, \quad (21)$$

where $n_i$ is the intrinsic carrier density and $\tau_{n0}$ and $\tau_{p0}$ are life times for electrons and holes, respectively.

The incomplete ionization of impurities is taken into account by the following formulas:

$$N_D^+ = \frac{N_D}{1 + \frac{n}{N_c} g_D \exp\left(\frac{\Delta E_D}{kT}\right)}, \quad (22)$$

$$N_A^- = \frac{N_A}{1 + \frac{p}{N_v} g_A \exp\left(\frac{\Delta E_A}{kT}\right)}, \quad (23)$$

where $N_D$, $N_A$ are donor and acceptor impurity concentrations, $g_D$, $g_A$ are ground state degeneracy factors of the donor and acceptor level, and $\Delta E_D$, $\Delta E_A$ are the donor and acceptor activation energies. The degenerate factor for donors $g_D$ is two, whereas that for holes $g_A$ is four. The acceptor activation energy $\Delta E_A$ is taken as 0.026 eV (as for Be) and the donor activation energy $\Delta E_D$ 0.005 eV (as for Si) in GaAs. In AlGaAs, the donor activation energy depends on the aluminum mole fraction[12]. For $Al_{0.25}Ga_{0.75}As$ used as a larger band gap semiconductor in the *nN* and *pN* heterojunctions, 0.018 eV is taken as $\Delta E_D$.

In the present work, the temperature-dependent material parameters of the energy bandgap, and electron and hole mobilities are used.

For GaAs, the energy bandgap at the $\Gamma$ point[13], and the low-field mobilities for the electrons and holes[14] are expressed as follows:

$$E_{g\Gamma} = 1.519 - 5.405 \times 10^{-4} \frac{T^2}{(T + 204)} \text{eV}, \quad (24)$$

$$\mu_n = \frac{7200}{[1 + 5.51 \times 10^{-17}(N_D + N_A)]^{0.233}} \times \left(\frac{300}{T}\right)^{2.3} \text{cm}^2/\text{Vs}, \quad (25)$$

$$\mu_p = \frac{380}{[1 + 3.17 \times 10^{-17}(N_D + N_A)]^{0.266}} \times \left(\frac{300}{T}\right)^{2.7} \text{cm}^2/\text{Vs}. \quad (26)$$

The electric field dependence of mobilities is not considered for simplification. For $Al_xGa_{1-x}As$ $(0 < x < 0.45)$, the temperature-dependence of $E_{g\Gamma}$ is assumed to be the same as that of GaAs, and the electron and hole mobilities are reduced by 12.7 and 6.7% per aluminum composition of 0.1 from the values in GaAs, respectively. The other material parameters utilized in the present work are listed in Table 1 as a function of the aluminum mole fraction $x$.

### 3. NUMERICAL ANALYSIS RESULTS

The numerical model described in the previous section is applied to the three examples of GaAs/AlGaAs abrupt heterostructure devices shown in Fig. 2; an $nN$ isotype heterojunction, a $pN$ anisotype heterojunction, and a triangular heterojunction barrier diode. The current–voltage characteristics are analyzed as a function of doping density, device dimension and temperature using both the thermionic emission and thermionic-field emission models to illustrate the relative significance of thermionic emission and tunneling transport mechanisms.

#### 3.1. An $n$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ heterojunction

In this section, carrier transport across the isotype $nN$ heterojunctions is investigated. The studies on the $nN$ heterojunctions have demonstrated that these devices display rectifying current vs voltage characteristics[15,16].

First, the effects of the doping densities on the $I$–$V$ characteristics are studied. The theoretical $I$–$V$ characteristics of an $nN$ heterojunction for three different doping densities of $N_{D_2}$ are shown in Fig. 3. Here, the doping density of semiconductor 1 is kept constant. The solid lines and the dashed lines represent the thermionic-field emission and the thermionic emission model, respectively. For $N_{D_2} = 10^{15}$ cm$^{-3}$, little difference is observed between the two

Table 1. Material parameters used in the simulation

| Parameter | Formula $(0 \leqslant x < 0.45)$ |
|---|---|
| Band gap (eV) | $E_{g\Gamma} = E_{g\Gamma,GaAs} + 1.247x$ |
| Electron affinity (eV) | $\chi = 4.07 - 0.6\ [E_{g\Gamma}(x) - E_{g\Gamma,GaAs}]$ |
| Electron effective mass | $m_n^* = (0.067 + 0.083x)m_0$ |
| Hole effective mass | $m_p^* = (0.48 + 0.31x)m_0$ |
| Dielectric constant | $\epsilon = (13.1 - 3x)\epsilon_0$ |
| Electron life time (s) | $\tau_{n0} = 10^{-9}$ |
| Hole life time (s) | $\tau_{p0} = 10^{-9}$ |




Fig. 2. The device structures used for (a) the $nN$ and $pN$ diodes and (b) the triangular heterojunction barrier diode.

models. However, a significant contribution by tunneling is found at higher doping densities. The enhancement of current is large in the reverse bias region. When the device is forward biased, the conduction band edge of semiconductor 2 is shifted upward. With the decrease of energy barrier height, more electrons from side 2 go over the barrier rather than tunnel through it. However, under the reverse bias condition, the electrons injected from side 1 see an abrupt energy barrier whose height is determined by the conduction band discontinuity. In Fig. 4, the conduction band profiles of the $nN$ heterojunctions are plotted at each doping density of $N_{D_2}$ at a reverse bias of $-0.1$ V. The electron quasi-Fermi level is shown for the case of $N_{D_2} = 5 \times 10^{16}$ cm$^{-3}$. As is shown in the figure, at high doping densities, the notch of the conduction band gets close to the Fermi-level and the energy barrier gets thinner as well. The increase of reverse current with $N_{D_2}$ predicted by the thermionic emission model can be described by the fact that the lowering of the effective




Fig. 3. Calculated $I$–$V$ characteristics of an $n$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ diode with $d_1 = d_2 = 0.5\ \mu$m and $N_{D_1} = 10^{15}$ cm$^{-3}$ at different doping densities of $N_{D_2}$. The solid and dashed lines represent the thermionic-field emission and thermionic emission model, respectively.




Fig. 4. Calculated conduction band profiles of the $n$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ diode at different doping densities of $N_{D_2}$ under a bias of $-0.1$ V. $d_1 = d_2 = 0.5\,\mu$m and $N_{D_1} = 10^{15}\,cm^{-3}$.

barrier height helps more electrons go over the barrier. However, as the barrier thickness is reduced, the electrons with lower energy than the barrier can also contribute to the current conduction by tunneling through the barrier. For the case of $N_{D_2} = 5 \times 10^{16}$ $cm^{-3}$, rectifying $I$–$V$ characteristics are not obvious any more due to significant enhancement of reverse current by tunneling (see Fig. 3). The discontinuity in the quasi-Fermi level shown at the interface indicates that the current transport over the barrier is limited by the thermionic-field emission mechanism rather than by drift-diffusion across the space charge region as discussed in Ref. [9]. Under appreciable reverse bias, the notch of the conduction band edge on the GaAs side may dip significantly below the Fermi level. In this situation, the actual barrier lowering will be greater than that estimated by the present model based on the Boltzmann distribution.

In the $nN$ heterojunctions, the transport of injected electrons in the quasi-neutral region does not limit the overall $I$–$V$ characteristics since the electrons are majority carriers in both semiconductor regions and the redistribution of injected electrons in the quasi-neutral region is a fast process. Therefore, the dimensions of the bulk regions have no significant impact on the $I$–$V$ characteristics except the corresponding ohmic voltage drops. However, the situation is different in the $pN$ heterojunctions. Here, the minority carriers after injection into the quasi-neutral regions either recombine with majority carriers, or diffuse away depending on the device dimension and recombination mechanisms. This will be discussed in greater detail later in the example of a $pN$ heterojunction.

Next, the $I$–$V$ characteristics of the $nN$ heterojunctions are analyzed by varying the temperature. Figure 5 shows the theoretical $I$–$V$ curves at $T = 100$, 200 and 300 K. At low temperatures, the $I$–$V$ characteristics look more exponential because the ohmic voltage drops over the quasi-neutral regions are greatly reduced because of the increase of the electron and hole mobilities. It is also observed that the current conduction by tunneling becomes considerable as temperature decreases. In Fig. 6, the ratio between the current components of tunneling and thermionic emission is plotted as a function of temperature for two different doping densities. The tunneling current component is obtained by subtracting the thermionic emission current estimated by the thermionic emission model from the total current evaluated by the thermionic-field emission model. As was verified in the Schottky barrier diodes[17], the role of tunneling in the current conduction becomes




Fig. 5. Calculated $I$–$V$ characteristics of an $n$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ diode with $d_1 = d_2 = 0.5\,\mu$m, $N_{D_1} = 10^{15}\,cm^{-3}$, and $N_{D_2} = 5 \times 10^{16}\,cm^{-3}$ at different temperatures using the thermionic-field emission model (solid line) and the thermionic emission model (dashed line).




Fig. 6. The ratio of the tunnel current to thermionic current of the $n$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ diode with $d_1 = d_2 = 0.5\,\mu$m and $N_{D_1} = 10^{15}\,cm^{-3}$ for the case of $N_{D_2} = 10^{15}\,cm^{-3}$ (dashed line) and $5 \times 10^{16}\,cm^{-3}$ (solid line) at a bias of $V_a = 0.1$ V and $-0.1$ V.

more important as temperature is decreased and doping density is increased. For the case of $N_{D_2} = 5 \times 10^{16}\,cm^{-3}$, the portion of tunneling current over total current increases from 17 to 90% according to the decrease of temperature from 400 to 100 K at a bias of $-0.1$ V. These facts confirm that the tunneling mechanism must be taken into account when the electrical behavior of abrupt heterostructure devices is studied.

### 3.2. A p-GaAs/N-$Al_{0.25}Ga_{0.75}As$ heterojunction

Compared to the *pn* homojunctions of which transport theory was established by the drift-diffusion model, the study on the current conduction mechanisms of *pN* heterojunctions has been semiquantitative[18–20]. This is mainly because we do not have a generalized theory which considers both tunneling-emission across the heterointerface and drift-diffusion in the quasi-neutral and space charge region. A *pN* heterojunction diode shown in Fig. 2(a) is analyzed here by employing the present numerical model. In Fig. 7, the $I$–$V$ characteristics of a *pN* heterojunction diode with $d_1 = d_2 = 0.5\,\mu m$ are shown at two different doping densities. In the low forward-bias region of the curves, the current conduction mechanism is characterized by the space charge recombination $[J \propto \exp(qV_a/2kT)]$. In contrast to the *nN* heterojunctions, the contribution of tunneling is observed only in the high forward bias region. This can be described by the fact that, in the *pN* heterojunctions, a large number of electrons are supplied for current conduction only at high forward biases. Under reverse bias, the net flow across the junction is composed of a few minority carriers from each region. With low forward bias, the electron injection across the interface is suppressed by a large electric field in the space charge region. Therefore, unless the device is highly forward biased, the current conduction over the heterojunction is limited by the carrier supply capability rather than by the injection mechanism of the interface. At a higher doping density of $N_{D_2} = 10^{17}\,cm^{-3}$, the contribution of tunneling is slightly enhanced and observed in the higher bias




Fig. 7. Calculated $I$–$V$ characteristics of a p-GaAs/N-$Al_{0.25}Ga_{0.75}As$ diode with $d_1 = d_2 = 0.5\,\mu m$ for the case of (a) $N_{A_1} = 10^{17}\,cm^{-3}$ and $N_{D_2} = 10^{16}\,cm^{-3}$ and (b) $N_{A_1} = 10^{17}\,cm^{-3}$ and $N_{D_2} = 10^{17}\,cm^{-3}$.




Fig. 8. Calculated energy band diagrams of the p-GaAs/N-$Al_{0.25}Ga_{0.75}As$ diode with $d_1 = d_2 = 0.5\,\mu m$ and $N_{A_1} = N_{D_2} = 10^{17}\,cm^{-3}$ at a bias of (a) 0.8 V and (b) 1.2 V using the thermionic-field emission model.

range because of the corresponding increase of the built-in potential. The energy band diagrams of a $pN$ heterojunction diode biased at $V_a = 0.8$ V and 1.2 V are shown in Fig. 8. At $V_a = 0.8$ V, the electron energy barrier represented by the band bending across the space charge region is still high. So the effects of the conduction band spike on the electron injection across the interface are not significant. The continuous electron quasi-Fermi level at the interface indicates that the overall current is limited by drift-diffusion in the space charge region. However, under high forward bias, the spike projects above the conduction band in the $p$-type region, as shown in Fig. 8(b), and starts to suppress the electron injection over the interface. This is confirmed by the discontinuity of the electron quasi-Fermi level found at the interface. In the case of the hole quasi-Fermi level, the discontinuity is not observed even under high forward bias. This indicates that, in the $pN$ heterojunctions, drift-diffusion in the space charge region limits the hole transport across the junction. The hole injection into the $n$-type AlGaAs region is blocked by the abrupt valence band discontinuity for any bias condition.

Besides tunneling-emission across the interface and drift-diffusion in the space charge region, an additional conduction process of minority carrier diffusion in the quasi-neutral regions should be considered in the $pN$ heterojunctions. To illustrate the effects of minority carrier diffusion in the bulk region, the forward $I$–$V$ characteristics of the $pN$ diodes with different device lengths are compared in Fig. 9. For a thicker device of $d_1 = d_2 = 2\ \mu$m, the contribution of tunneling is found less significant. When the length of the $p$-type region is much shorter than the electron diffusion length, the electron current by diffusion in the $p$-type region under low level injection is expressed as:

$$J_n = q\frac{D_p}{W_p}\Delta n_p \tag{27}$$

where $D_p$ is the diffusion constant of electrons in the $p$-type region, $W_p$ is the length of the quasi-neutral $p$-type region and $\Delta n_p$ is the excess electron density at the edge of the space charge region in the $p$-type semiconductor. At 300 K, the electron diffusion length in the $p$-type region doped to $5 \times 10^{17}\ \text{cm}^{-3}$ is approximately 2.9 $\mu$m. Therefore, when the length of the $p$-type quasi-neutral region is shorter than this value, the overall electron transport is affected by the device dimensions. Assuming that ohmic drops in the quasi-neutral regions are small in the moderate forward bias region of Fig. 9, the difference in the contribution of tunneling found between two structures is attributed to the different device lengths since the diffusion constants are the same in both diode structures. As is demonstrated in this example, the current conduction of a $pN$ heterojunction is composed of three major transport processes, drift-diffusion in the space charge region (if the width of the space charge region becomes an order of a mean carrier free path, this process will not limit the carrier injection), carrier injection by tunneling and thermionic emission and minority carrier diffusion across the quasi-neutral regions.

Figure 10 shows the temperature-dependent $I$–$V$ characteristics of a $pN$ heterojunction. At low temperatures, considerable enhancement of current due to tunneling is observed over a wide range of applied bias. As temperature is decreased, the increase of electron and hole mobilities significantly reduces the contribution of ohmic voltage drop and enhances the minority carrier diffusion in the quasi-neutral regions. In Fig. 11, the ratio of the tunneling current component to thermionic emission component is plotted as a function of temperature for two different doping densities. As is expected, the carrier transport by the tunneling process becomes significant as the temperature decreases and doping density increases. In the case of $N_{A_1} = N_{D_2} = 5 \times 10^{17}\ \text{cm}^{-3}$, the

(a)




(b)




Fig. 9. Calculated forward $I$–$V$ characteristics of a $p$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ diode with $N_{A_1} = N_{D_2} = 5 \times 10^{17}$ cm$^{-3}$ for (a) $d_1 = d_2 = 2\ \mu$m and (b) $d_1 = 0.1\ \mu$m and $d_2 = 0.5\ \mu$m.




Fig. 10. Calculated forward $I$–$V$ characteristics of the $p$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ diode with $d_1 = 0.1\ \mu m$, $d_2 = 0.5\ \mu m$, and $N_{A_1} = N_{D_2} = 5 \times 10^{17}\ cm^{-3}$ at different temperatures. The solid and dashed lines represent the thermionic-field emission and thermionic emission model, respectively.




Fig. 12. The $I$–$V$ characteristics of an AlGaAs triangular heterojunction barrier diode at 300 K. The circles represent the experimental results. The solid and dashed line show the thermionic-field emission and thermionic emission model, respectively.

contribution by tunneling is 25 times as large as that of thermionic emission at a temperature of 100 K and an applied bias of 1.35 V. These results clearly demonstrate that the effects of the tunneling process should be considered for the characterization of abrupt $pN$ heterojunction devices.

### *3.3. An $Al_xGa_{1-x}As$ ($x = 0.25$ to 0) triangular heterojunction barrier*

The current transport of a triangular heterojunction barrier shown in Fig. 2(b) is investigated in this section. This type of heterojunction barrier is known




Fig. 11. The ratio of the tunnel current to thermionic current of the $p$-GaAs/$N$-$Al_{0.25}Ga_{0.75}As$ diode with $d_1 = 0.1\ \mu m$, $d_2 = 0.5\ \mu m$ for the case of $N_{A_1} = N_{D_2} = 5 \times 10^{17}\ cm^{-3}$ under a bias of 1.35 V (solid line) and $N_{A_1} = 10^{17}\ cm^{-3}$ and $N_{D_2} = 5 \times 10^{16}\ cm^{-3}$ under a bias of 1.4 V (dashed line).

to display rectifying $I$–$V$ characteristics similar to a Schottky barrier[21,22].

The temperature-dependent $I$–$V$ characteristics are measured using an MBE grown $Al_xGa_{1-x}As$ graded heterojunction barrier and compared with theoretical results. The sample structure was grown on a (100) GaAs substrate by MBE using Si as the $n$-type dopant. A 20 period 30 Å/20 Å GaAs/$Al_{0.25}Ga_{0.75}As$ superlattice doped $n^+ = 2 \times 10^{18}\ cm^{-3}$ was first grown as a buffer layer on the substrate ($n^+ = 2 \times 10^{18}\ cm^{-3}$), followed by a $0.25\ \mu m$ GaAs layer doped $n = 2 \times 10^{17}\ cm^{-3}$, a $0.1\ \mu m$ $Al_xGa_{1-x}As$ barrier layer ($n = 1 \times 10^{15}\ cm^{-3}$) linearly graded from $x = 0$ to 0.25 and followed by an abrupt composition discontinuity, a $0.25\ \mu m$ GaAs layer doped $n = 2 \times 10^{17}\ cm^{-3}$, and finally a $0.5\ \mu m$ thick GaAs layer doped $n^+ = 2 \times 10^{18}\ cm^{-3}$ to aid in ohmic contact formation. Using the standad lift-off process, circular $20\ \mu m$ diameter mesa isolated diodes were fabricated and the temperature-dependent $I$–$V$ characteristics measured using an HP 4145B Semiconductor Parameter Analyzer and a Joule-Thomson expansion cooled cryostat. Ni/Au/Ge/Ti/Au ohmic contacts were made to the top and bottom of the sample.

The $I$–$V$ characteristics measured at 300 K (circles) are shown in Fig. 12 with the calculated results using both the thermionic emission (dashed line) and thermionic-field emission model (solid line). Only the active region of the device composed of layers of GaAs/$Al_xGa_{1-x}As$/GaAs was taken in the simulation and the parameters used for fitting are specified in the caption. The donor activation energy of 0.035 eV was taken for AlGaAs at the interface and assumed to vary linearly with the aluminum grading. As is shown in the figure, the measured $I$–$V$ characteristics of the triangular heterojunction barrier are




Fig. 13. Calculated conduction band profiles of the AlGaAs triangular heterojunction barrier diode using the thermionic-field emission model at a bias of (a) 0.15 V and (b) −0.5 V.

similar to those of a Schottky barrier. In Fig. 13(a) and (b), the conduction band profiles of the graded heterojunction barrier are shown at a bias of $V_a = 0.15$ and $-0.5$ V, respectively. In the forward bias, the electrons are injected from region 3 to region 1 and the barrier height is reduced as the conduction band edge of region 3 moves upward. However, in the reverse bias the electrons injecting from region 1 see an abrupt energy barrier. The electron transparent across the barrier occurs either by thermionic emission over the barrier or by tunneling through it. Since the electron energy barrier becomes more transparent under reverse bias, the tunneling process is expected to dominate as the reverse bias increases. As shown in Fig. 12, the thermionic emission model results in much smaller current density than the experimental results in the reverse bias region. This shows that it is very difficult for electrons to gain $\sim$0.2 eV and overcome the abrupt energy barrier from region 1. On the other hand, when the tunneling process is included, excellent agreement is obtained with the experimental results.

In Fig. 14, the measured reverse $I$–$V$ characteristics at different temperatures are shown with the comparison of theoretical results. The fitting to low temperature data was done by adjusting the aluminum mole fraction of heterojunction interface while maintaining the linear grading in the barrier region. Good agreement was obtained with smaller values of mole fraction of 0.27 and 0.28 for the case of $T = 200$ and 180 K, respectively (note that the aluminum mole fraction of 0.3 was used at 300 K). This fact partly reflects that the conduction band edge on the GaAs side dips into the Fermi level more than estimated by the present model based on the Boltzmann distribution under high reverse bias at low temperatures. As was observed in the *nN* heterojunctions, at low temperatures the thermionic emission model significantly underestimates the reverse current density and tunneling becomes a dominant conduction process.

The excellent agreement between theory and experiment obtained in this example indicates that the present model can be used as a powerful tool in simulating the abrupt heterojunction semiconductor devices.

## 4. CONCLUSIONS

In this paper, a numerical model is presented in which the thermionic and tunneling processes across an abrupt heterointerface are taken into account on the basis of the conventional drift-diffusion formulation. An expression of thermionic-field emission current derived from the one dimensional WKB approximation is used as a boundary condition at the heterointerface which constrains the carrier transport across the interface while maintaining the current continuity.




Fig. 14. The reverse $I$–$V$ characteristics of the AlGaAs triangular heterojunction barrier diode at different temperatures. The solid and dashed lines represent the thermionic-field emission and thermionic emission model, respectively (from the bottom, $T = 180$, 200 and 300 K).

By applying the present model, the $I$–$V$ characteristics of GaAs/AlGaAs $nN$ and $pN$ heterojunctions are analyzed as a function of device dimension, doping density, and temperature and the results are compared to those obtained by the thermionic emission model to illustrate the relative significance of both thermionic emission and tunneling mechanisms in the overall current transport. It has been confirmed that the tunneling process plays a very important role in these heterojunctions especially at high doping densities and low temperatures.

In the case of an AlGaAs triangular heterojunction barrier, the temperature-dependent $I$–$V$ characteristics are measured for an MBE-grown $n$-GaAs/$Al_xGa_{1-x}As$/$n$-GaAs ($x = 0.25$ to 0) heterojunction barrier diode and good agreement is obtained between theory and experiment.

The results indicate that the model presented here will be a very useful simulation tool in modeling abrupt heterojunction devices such as HBT's and HEMT's in which the effects of thermionic emission and tunneling processes across the abrupt heterointerface should be considered in conjunction with drift-diffusion phenomena.

*Acknowledgements*—The authors would like to thank Dr W. Li and Professor P. Bhattacharya for MBE growth of the graded heterojunction barrier samples and Dr R. Kamoua for valuable discussions and measurements. This work was supported by the Army Research Office under the URI program, Contract No. DAAL03-87-K-0007.

### REFERENCES

1. W. Fawcett, A. Boardman and S. Swain, *J. Phys. Chem. Solids* **31,** 1963 (1970).
2. S. Bandyopadhyay, M. E. Klausmeier-Brown, C. M. Maziar, S. Datta and M. S. Lundstrom, *IEEE Trans. Electron Devices* **ED-34,** 392 (1987).
3. R. A. Stewart, L. Ye and J. N. Churchill, *Solid-St. Electron.* **32,** 497 (1989).
4. M. S. Lundstrom and R. J. Schuelke, *IEEE Trans. Electron Devices* **ED-30,** 1151 (1983).
5. J. E. Sutherland and J. R. Hauser, *IEEE Trans. Electron Devices* **ED-24,** 363 (1977).
6. J. Yosida, M. Kurata, K. Morizuka and A. Hojo, *IEEE Trans. Electron Devices* **ED-32,** 1714 (1985).
7. K. Yokoyama, M. Tomizawa, H. Kanbe and T. Sudo, *IEEE Trans. Electron Devices* **ED-30,** 1283 (1983).
8. T. Ohtoshi *et al., Solid St. Electron.* **30,** 627 (1987).
9. K. Horio and H. Yanai, *IEEE Trans. Electron Devices* **ED-37,** 1093 (1990).
10. C. B. Duke, *Tunneling in Solids*, p. 34. Academic Press, New York (1969).
11. C. R. Crowell and V. L. Rideout, *Solid-St. Electron.* **12,** 89 (1969).
12. N. Chand *et al., Phys. Rev. B* **30,** 4481 (1984).
13. D. E. Aspnes, *Phys. Rev. B* **14,** 5331 (1976).
14. D. A. Sunderland and P. D. Dapkus, *IEEE Trans. Electron Devices* **ED-34,** 367 (1987).
15. A. Chandra and L. F. Eastman, *Solid-St. Electron.* **23,** 599 (1980).
16. R. J. Schuelke and M. S. Lundstrom, *Solid-St. Electron.* **27,** 1111 (1984).
17. C. Y. Chang and S. M. Sze, *Solid-St. Electron.* **13,** 727 (1970).
18. S. S. Perlman and D. L. Feucht, *Solid-St. Electron.* **7,** 911 (1964).
19. A. A. Grinberg, M. S. Shur, R. J. Fischer and H. Morkoç, *IEEE Trans. Electron Devices* **ED-31,** 1758 (1984).
20. L. S. Lundstrom, *Solid-St. Electron.* **27,** 491 (1984).
21. C. L. Allyn, A. C. Gossard and W. Wiegmann, *Appl. Phys. Lett.* **36,** 373 (1980).
22. R. Kamoua, J. R. East and G. I. Haddad, *J. appl. Phys.* **68,** 1114 (1990).

AIP Applied Physics Letters

# n B n detector, an infrared detector with reduced dark current and higher operating temperature

S. Maimon and G. W. Wicks

Citation: Applied Physics Letters **89**, 151109 (2006); doi: 10.1063/1.2360235
View online: http://dx.doi.org/10.1063/1.2360235
View Table of Contents: http://scitation.aip.org/content/aip/journal/apl/89/15?ver=pdfcov
Published by the AIP Publishing

**Articles you may be interested in**

Enhancement of operation temperature of In As Ga As quantum-dot infrared photodetectors with hydrogen-plasma treatment
J. Vac. Sci. Technol. B **27**, 2102 (2009); 10.1116/1.3196781

Dark current suppression in type II In As Ga Sb superlattice long wavelength infrared photodiodes with M-structure barrier
Appl. Phys. Lett. **91**, 163511 (2007); 10.1063/1.2800808

Doping effect on dark currents in In 0.5 Ga 0.5 As Ga As quantum dot infrared photodetectors grown by metal-organic chemical vapor deposition
Appl. Phys. Lett. **89**, 113510 (2006); 10.1063/1.2354432

Effects of rapid thermal annealing on device characteristics of In Ga As Ga As quantum dot infrared photodetectors
J. Appl. Phys. **99**, 114517 (2006); 10.1063/1.2202704

Multispectral operation of self-assembled InGaAs quantum-dot infrared photodetectors
Appl. Phys. Lett. **85**, 4154 (2004); 10.1063/1.1810208




This article is copyrighted as indicated in the article. Reuse of AIP content is subject to the terms at: http://scitation.aip.org/termsconditions. Downloaded to IP: 130.159.174.156 On: Fri, 23 May 2014 09:26:25

APPLIED PHYSICS LETTERS **89**, 151109 (2006)

# *nBn* detector, an infrared detector with reduced dark current and higher operating temperature

S. Maimon[a)] and G. W. Wicks
*The Institute of Optics, University of Rochester, Rochester, New York 14627*

(Received 24 July 2006; accepted 19 August 2006; published online 10 October 2006)

This letter presents a type of infrared detector named the *nBn* detector. The *nBn* design essentially eliminates Shockley-Read-Hall generation currents. The result is greatly reduced dark current and noise, compared to other midwave infrared detectors, such as *p-n* photodiodes. This enables the *nBn* to operate at background-limited infrared photodetection conditions at significantly higher temperatures than conventional midwave infrared detectors and have greater detectivity near room temperature. The *nBn* is demonstrated in InAs and InAsSb materials, exhibiting cutoff wavelengths of 3.4 and 4.2 μm, respectively. © *2006 American Institute of Physics*. [DOI: 10.1063/1.2360235]

This letter presents a class of midwave infrared (MWIR) detector termed the *nBn* detector, and compares it with the conventional *p-n* photodiode. Like the *p-n* photodiode, photoconductor, quantum well infrared photodetectors (QWIPs),[1] quantum dots infrared photodetectors (QDIPs),[2] and type II superlattice photodetectors,[3] the *nBn* is a concept that can be implemented in different semiconductor materials, thereby obtaining different spectral responses. This letter concentrates on devices constructed from InAs, although some data on an *nBn* in InAsSb is also be presented.

This letter demonstrates that the internal dark current components and noise of the *nBn* detector are significantly less than that of *p-n* photodiodes. Depending on the application, this reduced internal current can benefit in either of two ways. The *nBn* can operate with less cooling, while maintaining the same performance (signal-to-noise ratio, specific detectivity, etc.) as the conventional photodiode. Alternatively, if operated with little or no cooling, the *nBn* will have superior performance compared to that of the photodiode. Bulk photodiodes have much better performance (lower dark current and higher quantum efficiency) than other detectors such as QWIPs, QDIPs, and type II superlattice detectors. By demonstrating the superior performance of the *nBn* relative to the photodiode, the superiority over the other detectors follows.

The *nBn* structure is shown in Fig. 1. It consists of a MWIR-absorbing *n*-type semiconductor, large band gap undoped barrier layer, and a second thin *n*-type layer. The thickness of the absorbing *n*-type layer is roughly an optical absorption length or two. The barrier layer is thick enough so that there is negligible electron tunneling through it, i.e., 50 or 100 nm, and the barrier is high enough so there is negligible thermal excitation of majority carriers over it, i.e., >1 eV. The second *n*-type layer is just a contact layer, and can be a few tens of nanometer thick. The heterojunctions between the barrier layer and the *n*-type layers are a special type: all the band gap difference appears in the conduction band offset, i.e., there is zero valence band offset.

The main *nBn* structures presented in this letter and the structure depicted in Fig. 1 use InAs for the *n*-type layers and AlAsSb for the barrier. When biased, most of the applied voltage is dropped across the undoped barrier layer, as shown in Fig. 1. The barrier's role in this structure is to block the flow of majority carrier current, while allowing the flow of minority carriers. It was found that the highest quantum efficiency is measured for $AlAs_xSb_{1-x}$ barrier compositions of $x \sim 0.15$, which produces a nearly zero valence band offset.[4]

There are three main contributions to dark current in photodiodes based on narrow band gap semiconductors. These dark current components are important because their fluctuations create noise that limits the device performance.

(1) A generation current associated with the Shockley-Read-Hall (SRH) process in the depletion region $I_{SRH}$.[5]
(2) Diffusion current associated with Auger or radiative processes in the extrinsic area $I_{diff}$.[5]
(3) A surface current associated with the surface states in the junction $I_{surf}$. This current mainly depends on the passivation process on the device.

$$I_{dark} = I_{SRH} + I_{diff} + I_{surf}. \quad (1)$$

The *nBn* structure essentially eliminates the SRH current and the surface currents, as described below. The results are less noise, which translates into higher temperature operation of the device with the same performance, or better performance at the same temperature.

The SRH generation process is very efficient in the depletion region of photodiodes, where the midgap traps are activated. It is the main source of dark current components in MWIR photodiodes at low temperature[6,7] (below 200 K). The current density associated with this source is:[5]




FIG. 1. (Color online) Band diagram of an InAs-based *nBn* structure, biased under operating conditions. Inset: flatband condition in the barrier junction.

[a)]Electronic mail: shimon@optics.rochester.edu

This article is copyrighted as indicated in the article. Reuse of AIP content is subject to the terms at: http://scitation.aip.org/termsconditions. Downloaded to IP: 130.159.174.156 On: Fri, 23 May 2014 09:26:25



SM000001331

$$J_{\mathrm{SRH}} \approx q \frac{n_i}{\tau_{\mathrm{SRH}}} W_{\mathrm{dep}}, \quad (2)$$

where $n_i$ is intrinsic concentration of the semiconductor, $W_{\mathrm{dep}}$ is the depletion width (typically in the range of 1 $\mu$m), $\tau_{\mathrm{SRH}}$ is the SRH lifetime of minority carriers in the extrinsic area, which depends on the quality of the material (the trap concentration), and is typically in the range of $\sim$1 $\mu$s in low doped material ($\sim 10^{16}$ cm$^{-1}$).[8] The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i \sim \exp(-E_g/2kT)$), because the source of this generation process is through midgap traps. As seen in Fig. 1 the *nBn* device operates with the *n*-type layers in flatband or with only very little depletion. Like the built-in barrier of a *p-n* junction, the heterojunction barrier in the *nBn* blocks the flow of majority carriers through the device. Unlike the *p-n*'s depletion layer, however, the *nBn*'s barrier layer does not produce SRH dark current and noise.

There have been other reports of photodetector designs that use a barrier that blocks one type of carrier and passes the other.[9] These other approaches differ from the *nBn* in that their barriers block minority carriers and pass majority carriers (in an effort to inhibit Auger currents), while the *nBn*'s barrier has the reverse characteristics: majority blocking and minority passing (to inhibit SRH currents).

A secondary source of dark current in *p-n* photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This current will exist in the *nBn* device too, and is its primary thermal noise mechanism. In the *nBn* case, it will be the thermal generation of holes in the absorbing layer that diffuse to the contact layer. This thermal generation current depends on the Auger or radiative process and is written as

$$J_{\mathrm{diff}} \approx q p_n \frac{1}{\tau_{\mathrm{diff}}} L = q \frac{n_i^2}{N_d} \frac{1}{\tau_{\mathrm{diff}}} L, \quad (3)$$

where $\tau_{\mathrm{diff}}$ is the lifetime which in *n*-type material is in the range of $\sim$0.5 $\mu$s (Refs. 5 and 10) for *n*-type, $\sim(1-2) \times 10^{16}$ cm$^{-3}$, depending only slightly on temperature. $L$ is the width of the neutral region of the device or the diffusion length of minority carriers, whichever is smaller. In the *nBn* device it is in the range of 3 $\mu$m, which is the thickness of the active layer. $N_d$ is the doping concentration, $\sim 2 \times 10^{16}$ cm$^{-3}$. $p_n$ is the hole concentration in the active *n*-type semiconductor in equilibrium and is equal to $n_i^2/N_d$. The activation energy of the diffusion current is $E_g$ [$n_i^2 \sim \exp(-E_g/kT)$], as the process involves band to band excitation. The lifetimes $\tau_{\mathrm{SRH}}$ and $\tau_{\mathrm{diff}}$ are of the same order of magnitude. Also the two important lengths, $L$ and $W_{\mathrm{dep}}$, are comparable. Thus Eqs. (2) and (3) show that a *p-n* junction will be limited by SRH as long as $n_i > n_i^2/N_d$ or in other words as long as the neutral region is not fully intrinsic. In InAs with $N_d \sim 10^{16}$ cm$^{-3}$, this condition holds up to $T = 300$ K and beyond. Thus the *nBn* is limited by diffusion current up to 300 K. As explained above the SRH thermal activation energy is $E_g/2$ while the diffusion activation energy is $E_g$. This factor of 2 is very important; it indicates that the *nBn* can operate almost with the same performance as a *p-n* photodiode but twice the temperature.

The photocurrent mechanism in the *nBn* is similar to the diffusion current mechanism. The only difference is that in diffusion current the holes are generated thermally while in photocurrent the holes are generated optically.




FIG. 2. Arrhenius plot of the current of an InAs *nBn* exposed to room temperature background radiation via $2\pi$ steradians. Inset: schematic of an *nBn* device after processing.

Due to the way the device is defined and processed, surface current is eliminated in the *nBn* structure, thereby eliminating the need for passivation. Figure 2 (inset) shows the *nBn* device after a standard photolithography process. By etching the contact layer with a selective etchant that stops at the barrier, the detector is defined. No other layers are etched. Gold metal is deposited on the contact layer and on the substrate. The active layer is covered with the barrier layer and there is no need for additional surface passivation. The barrier is the passivation layer itself. This is a major advantage compared to *p-n* junctions, as there is no good passivation known for materials such as InAs or InAsSb, which is the main reason why it is almost impossible to use them for focal plane arrays. *nBn* devices should be much more suitable for imaging applications.

Measurements of *nBn* dark currents as a function of temperature are shown in Fig. 2. The measurements were made in the dark, except for exposure to room temperature background radiation via a solid angle of $2\pi$ steradians. The device consists of three molecular-beam-epitaxy-grown epitaxial layers. First grown is a 3 $\mu$m *n*-type InAs layer with $N_d \sim 2 \times 10^{16}$ cm$^{-3}$ (the unintentionally doped level). On top of this layer is a 100 nm barrier layer of AlAsSb. The top layer, the contact layer, is *n*-type InAs doped at $N_d \sim 1 \times 10^{18}$ cm$^{-3}$. The growth made on an InAs substrate (or a GaSb substrate when using InAsSb materials lattice matched to GaSb). The detector size is $100 \times 100$ $\mu$m$^2$. At higher temperatures, the dark current exhibits a thermal activation energy of 0.439 eV. This activation energy is close to that of the InAs band gap, which varies from 0.415 to 0.354 eV in the temperature range of 0–300 K. This demonstrates the absence of significant SRH current (activation energy $= E_g/2$), as expected from the above discussion.

At temperatures below 230 K, the dark current becomes smaller than the photocurrent from the room background (295 K), i.e., the device is operating in background limited infrared photodetection (BLIP) conditions. These currents are measured at a bias of 0.5 V. This BLIP temperature for the InAs *nBn* is *at least* 100 K higher than that of commercial InAs *p-n* photodiodes.[11] This is the highest temperature for BLIP condition (from room temperature background) reported in any MWIR detector. Another unique feature is that the *nBn* is diffusion limited in BLIP condition. InSb and HgCdTe MWIR photodiodes are limited by SRH when operated in BLIP conditions.[6,7] This is one of the reasons for

This article is copyrighted as indicated in the article. Reuse of AIP content is subject to the terms at: http://scitation.aip.org/termsconditions. Downloaded to IP: 130.159.174.156 On: Fri, 23 May 2014 09:26:25

the high cooling demand (cryogenic temperature) for these devices.

The quantum efficiency, measured at room temperature using a blackbody at $T=500$ K, is greater than 65%, as expected from band to band devices.

The *nBn* devices discussed above are constructed with InAs *n*-type layers. Measured spectral response curves show a 3.4 $\mu$m cutoff wavelength at $T=220$ K. Similar measurements on *nBn*'s with InAsSb *n*-type layers produce 4.2 $\mu$m micron cutoff wavelengths.

In conclusion, this letter demonstrates the structure of *nBn* detectors designed for the MWIR 3–5 $\mu$m atmospheric window. This class of MWIR detector exhibits significantly decreased dark current components and noise compared with conventional MWIR detectors such as *p-n* photodiodes. This is achieved by eliminating the SRH process and eliminating the need for passivation layers. Greatly reduced cooling requirements and higher room temperature performance are the benefits of the *nBn* detector class. An important application of the present result is in IR focal plane arrays (FPAs) and cameras. FPAs, which use semiconductor detectors, operate at or near BLIP conditions because of dark current limitations of the readout circuit. Other efforts have improved MWIR photodetector performance under conditions far from BLIP operation.[9,10] However, the present result significantly increases the BLIP operating temperatures and is thus very relevant to the next generation of MWIR FPAs.

This technology is patent pending.

This research was supported by the Office of Naval Research (C. E. C. Wood).

[1]B. F. Levine, A. Zussman, S. D. Gunapala, M. T. Asom, J. M. Kuo, and W. S. Hobson, J. Appl. Phys. **72**, 4429 (1992).
[2]S. Maimon, E. Finkman, G. Bahir, P. Petroff, and S. E. Schaham, Appl. Phys. Lett. **73**, 2003 (1998).
[3]J. N. Schulman and T. C. McGill, Appl. Phys. Lett. **34**, 663 (1979).
[4]S. Bhargava, H.-R. Blank, E. Hall, M. A. Chin, H. Kroemer, and V. Narayanamurtia, Appl. Phys. Lett. **74**, 1135 (1999).
[5]A. Rogalski *New Ternary Alloy Systems for Infrared Detectors* (SPIE, Bellingham, Washington, 1994), p. 84.
[6]A. Rogalski, Infrared Phys. **28**, 139 (1988).
[7]F. K. Hopkins and J. T. Boyd, Infrared Phys. **24**, 391 (1984).
[8]S. Maimon, K. L. Averett, X. Wu, M. W. Koch, and G. W. Wicks, Electron. Lett. **38**, 344 (2002).
[9]T. Ashely and C. T. Elliott, Semicond. Sci. Technol. **6**, C99 (1991); A. Rakovska, V. Berger, X. Marcadet, B. Vinter, G. Glastre, T. Oksenhendler, and D. Kaplan, Appl. Phys. Lett. **77**, 397 (2000).
[10]A. Rakovska, V. Berger, X. Marcadet, B. Vinter, K. Bouzehouane, and D. Kaplan, Semicond. Sci. Technol. **15**, 34 (2000).
[11]Judson Technologies, Inc. engineers (2005) (private communication).

This article is copyrighted as indicated in the article. Reuse of AIP content is subject to the terms at: http://scitation.aip.org/termsconditions. Downloaded to IP: 130.159.174.156 On: Fri, 23 May 2014 09:26:25

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHIMON MAIMON,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 24-cv-1832 C<br>Chief Judge Matthew H. Solomson |

**DECLARATION OF DR. DANIEL WASSERMAN IN SUPPORT OF THE UNITED STATES' PROPOSED CLAIM CONSTRUCTIONS**

I, Dr. Daniel Wasserman, do hereby declare as follows:

## BACKGROUND

1. I have been retained by the United States, through the U.S. Department of Justice, to serve as a technical expert in this litigation.

2. Prior to this litigation, I have served as a retained technical consultant in litigation involving optical displays. I have not previously testified by deposition or at trial as an expert witness.

3. I am being compensated for the time I spend on this litigation at the rate of $400 per hour. My compensation does not depend on the outcome of this litigation.

4. A copy of my curriculum vitae ("CV") is attached to this declaration as Exhibit 1.

5. I provide below a brief summary of certain aspects of my education and experience.

6. I received a Bachelor of Science degree in Engineering and Physics from Brown University in 1998. I received a Masters degree and a Ph.D. in Electrical Engineering from Princeton University in 2000 and 2004 respectively.

7. I am currently a Professor in the Department of Electrical and Computer Engineering at the University of Texas Austin, a position I have held since September 2021.

8. Following receiving my PhD, I worked as a post-doctoral scholar at Princeton University from 2004 through 2007, focusing on quantum cascade laser physics. After that, I joined the faculty of University of Massachusetts Lowell as an Assistant Professor and Associate-Director of the Photonics Center from 2007 through 2011. Following that, I worked as an Assistant Professor and then an Associate Professor in the Department of Electrical and Computer Engineering at the University of Illinois Urbana Champaign from 2011-2015 and 2015-2016, respectively. In 2016, I joined the faculty of the University of Texas at Austin as an Associate Professor in the Department of Electrical and Computer Engineering, a position I held until becoming a Full Professor in 2021.

9. My research interests generally relate to microelectronics, photonics, semiconductor lasers and photonic devices. The bulk of my research focuses on the design, growth, fabrication, and characterization of mid-infrared opto-electronic devices, particularly detectors. I also have research thrusts in integrated photonics, nonlinear optics, and metamaterials and plasmonics.

10. I have also held several positions with various organizations. I served as a member of the IEEE EDS Optoelectronic Devices Technical Committee from 2015 through 2019 and am a Senior Member of IEEE and SPIE, Fellow of Optica (Formerly Optical Society of America). I have been the President of the Central Texas IEEE Photonics Society Chapter since 2019. I served as an Associate Editor for Optica from 2017 through 2023 and as a Deputy Editor from 2024 through the present. I have also served as the program chair and conference chair of

the Electronic Materials Conference and the Conference on Lasers and Electro-Optics. A full list of my positions is included in my CV.

11. I have earned several awards in the field of photonics. In 2026, I became a senior member of SPIE, which is the international society for optics and photonics. I was an IEEE Photonics Society Distinguished Lecturer from 2017 through 2018. And in 2018, I was elected a fellow in Optica (formerly the Optical Society of America). A full list of my fellowships and awards is included in my CV.

12. I have also published numerous peer-reviewed papers in the field of photonics. A full list of my published papers is included in my CV.

13. I am also a named inventor on seven U.S. patents in the field of photonics.

14. My opinions in this declaration are based upon my research, education and experience in the field of photonics as well as my review of the patents and file histories.

**BACKGROUND OF PHOTODETECTORS**

15. A photodetector is a device that senses electromagnetic radiation such as visible light or infrared light. The photodetector works when electromagnetic radiation hits the detector and is converted into an electrical signal.

16. Photodetectors can be comprised of semiconductors, which are materials that have electrical conductivity between that of a conductor and of an insulator. The properties of a semiconductor can be changing by adding certain impurities to the semiconductor in a process known as "doping." Depending on the type of impurities added, a semiconductor may be called either "p-doped" / "p-type" or "n-doped" / "n-type." A n-type semiconductor has been doped with materials that act as donors for creating free electrons. A p-type semiconductor has been doped with materials that act as donors for creating free holes. A hole is essentially the absence of an electron, and is typically thought of as a positively charged particle, for purposes of the

electrical properties of a semiconductor. In semiconductors, electrical current results from the flow of either electrons or holes in the material.

17. In a semiconductor, the valence band represents the highest band of electron energies where the electrons are not free and thus stay with their corresponding atoms. The conduction band represents lowest range of electron energies above the valence band where free electrons may flow. The energy between the valence band and the conduction band is often referred to as the semiconductor's band gap. Oftentimes the highest energy of the valence band (the valence band edge) is referred to as the valence band, and the lowest energy of the conduction band (the conduction band edge) as the conduction band. When an electron leaves the valence band to go to the conduction band, a hole remains in the valence band. Thus, current can be represented by the flow of free electrons in the conduction band, where the current would have the opposite direction of the electron flow. Hole movement in the valence band carries a positive current in the same direction as the hole motion.

18. The probability of an electronic state in a semiconductor being occupied by an electron is governed by Fermi-Dirac statistics. Within a band (conduction or valence), the energy distribution of electrons (or holes) is effectively determined by a Boltzmann distribution. The key property determining an electron's (hole's) ability to overcome an energy barrier is the carrier's thermal energy $k$T, where $k$ is the Boltzmann constant and T represents the absolute temperature (in Kelvin). Whether electrons will transit over an energy barrier depends on the barrier height (energy offset) and the value $k$T.

19. Electrons or holes may also transit across (or through) material in a process called "quantum tunnelling." Tunnelling occurs as a result of the probabilistic nature of quantum mechanics. By tunnelling, a particle may pass through a barrier that it does not have the

necessary energy to surmount under the theories of classical physics. The probability of tunnelling depends both on the thickness of the barrier material and the energy gap of the material.

20. The doping of a semiconductor creates electrons (or holes) at the point of doping. However, because these free carriers are able to move within the conduction (valence) band, they do not always remain near the ionized dopants from which they came. Free carriers will always try to move to a position that will minimize the total energy of the system. In a heterostructured semiconductor (where the energy profile is modulated by growing materials of different composition), or in a semiconductor with variations in doping concentration or type, the free carriers can leave their position of origination, leaving behind the ionized impurities from which they came. Because these ionized impurities have charge, this results in an electric field, which in turn, requires a gradient in the energy bands. The region of the semiconductor, now 'depleted' of free carriers, is referred to as a 'depletion region' or sometimes a 'space charge region'. A free carrier generated or placed in the depletion region will accelerate and be 'swept' out of that region by the electric field.

21. There are many different types of photodetectors. One such detector is called an nBn detector. A nBn detector is comprised of an n-type absorber layer (n), a barrier layer (B), and an n-type contact layer (n).

22. An nBn detector works by relying on the configuration of the valence and conduction bands of the various layers. In an nBn detector, the valence energy gaps between the various layers are configured such that holes may travel across the materials between the layers, thus creating a current flow. However, the barrier layer has a higher conduction band energy level than the two n-type layers. This energy gap between the layers thus impedes the flow of

free electrons depending on the size of the energy gap. Furthermore, the width of the barrier layer along with the energy gap also determines the extent to which free electrons cross the barrier through the mechanism of "tunnelling." The electric signal from the nBn detector is thus provided by the flow of the minority carrier, that is the holes.

**THE ASSERTED PATENTS**

23. I understand that Plaintiff is asserting claims 1–9, 12–17 of U.S. Patent No. 7,687,871 (the "'871 Patent"); claims 10–13, 17–20 of Reissued U.S. Patent No. RE48,642 (the "'642 Patent"); claims 1, 2, 4, and 7 of U.S. Patent No. 11,264,528 (the "'528 Patent"); claims 1–2 of U.S. Patent No. 11,462,657 (the "'657 Patent"); and claims 1–9 of U.S. Patent No. 11,817,522 (the "'522 Patent") (collectively the "Asserted Patents"). The '871 Patent was filed on March 19, 2006 and issued on March 30, 2010. The '871 Patent is titled "Reduced Dark Current Photodetector." I understand that the other four patents claim priority to the '871 Patent.

24. Claim 1 of the '871 Patent recites the following:

> A photo-detector with a reduced dark current, comprising:
>
> a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;
>
> a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and
>
> a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;
>
> wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

25. I have reviewed all of the Asserted Patents as well as their associated file histories.

## LEGAL FRAMEWORK

26. I understand that a claim in an issued patent is presumed to be valid, according to 35 U.S.C. § 282(a), which states:

> A patent shall be presumed valid. Each claim of a patent (whether in independent, dependent, or multiple dependent form) shall be presumed valid independently of the validity of other claims; dependent or multiple dependent claims shall be presumed valid even though dependent upon an invalid claim. The burden of establishing invalidity of a patent or any claim thereof shall rest on the party asserting such invalidity.

27. Notwithstanding this presumption, I further understand that a claim in an issued patent can be held invalid by a court for failing to meet certain statutory requirements, such as those set forth in pre-AIA 35 U.S.C. § 112, second paragraph.

28. I also understand that a challenger to an issued patent, such as the United States in this case, bears the burden to prove invalidity of any asserted claim by "clear and convincing evidence." I understand that "clear and convincing evidence" is a higher standard than "preponderance of the evidence" (which I understand means more probable than not), but less than "beyond a reasonable doubt" (which I understand is used in criminal cases).

29. By addressing "indefiniteness" in this declaration, I am not suggesting that any claim of the Asserted Patents satisfies any other requirement of the Patent Act. I reserve the right to supplement this declaration, including upon learning of new information or reviewing any declaration or submission in support of Plaintiff's claim construction position(s).

30. I understand that the filing date of each patent application issuing as a patent is the presumed date of the invention of the subject matter claimed, unless Plaintiff proves otherwise through corroboration by clear and convincing evidence.

31. I further understand that if a child patent application claims the priority and benefit of an earlier-filed parent application, then the presumed date of the invention of the subject matter claimed in both is the earlier filing date of the parent application.

32. The application that issued as the ’871 Patent was filed on March 19, 2006. I understand that Plaintiff contends that the other Asserted Patents are entitled to claim priority to the ’871 Patent.

33. I understand the claims of a patent define the invention. In other words, the words of the claims define the scope of a patented invention. Also, the words of a claim are generally given their ordinary and customary meaning, *i.e.*, the meaning the term would have to a Person of Ordinary Skill In The Art (“POSITA”) at the time of the invention. I understand that the POSITA is deemed to read the claim term not only in the context of the particular claim in which a disputed term appears, but in the context of the entire patent, including the specification.

34. I understand that the ordinary meaning of claim language as understood by a POSITA may be readily apparent and that general purpose dictionaries may be helpful. I further understand that because the meaning of a claim term as understood by a POSITA is often not immediately apparent, we look to sources available to the public that show what a POSITA would have understood disputed claim language to mean. Such sources include the words of the claims themselves, the remainder of the specification, the prosecution/file history, and extrinsic evidence (evidence outside of the patent and its file/prosecution history, including but not limited to dictionaries) concerning relevant scientific principles, the meaning of technical terms, and the state of the art.

35. I further understand that the context of the surrounding words of a claim must be considered in determining the ordinary and customary meaning of terms. Additionally, other

claims of the patent in question can also be sources of enlightenment as to the meaning of a claim term. I further understand that because claim terms are normally used consistently throughout the patent, the usage of a term in one claim can often illuminate the meaning of the same term in other claims.

36. I further understand that claims must be read in view of the specification, of which they are a part, and that the specification is highly relevant to the claim construction analysis.

37. I understand that the specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In such cases, the inventor is said to be his/her own "lexicographer."

38. I understand that the file/prosecution history is part of the so-called intrinsic evidence—patent specification, drawings, and claims—and it consists of the record of the proceedings before the U.S. Patent & Trademark Office ("PTO"), including the prior art cited during examination.

39. I also understand that, similar to the specification, the prosecution history provides evidence of how the PTO and the inventor understood the patent. I understand that the prosecution history can often inform the meaning of the claim language by demonstrating how the inventor understood the invention and whether the inventor limited the invention during prosecution, making the claim scope narrower than it would otherwise be.

40. I understand that while extrinsic evidence can shed useful light on the relevant art, it is less significant than the intrinsic record in determining the legally operative meaning of claim language.

41. I understand that whether a claim is indefinite is to be determined from the perspective of a "POSITA".

42. In my opinion, a POSITA at the time of the invention of the Asserted Patents would have an undergraduate degree in electrical engineering, materials science, chemical engineering, or related field, and at least three years of research or industry experience in semiconductor device design, optoelectronics, or photonics. Relevant graduate education such as a Master's degree can compensate for a lack of relevant industry or research experience.

43. I understand that pre-AIA 35 U.S.C. § 112, ¶ 2 recites: "[t]he specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." I further understand that a patent claim that fails to satisfy the foregoing statutory requirement is invalid as "indefinite."

44. I understand that there is a legal framework for determining whether a claim is "indefinite." That is, a claim, viewed in light of the specification and file/prosecution history, must inform those of skill in the art about the scope of the invention with reasonable certainty. The claims, when read in light of the patent specification and file/prosecution history, must provide objective boundaries for those of skill in the art. I further understand that while a claim employing a so-called "term of degree" may be definite where it provides enough certainty to one of skill in the art when read in the context of the invention, a term of degree that is purely subjective and depends on the unpredictable idiosyncrasies of any one person's opinion is indefinite. I have considered this legal framework in my analysis.

## CLAIM TERMS THAT THE GOVERNMENT DO NOT CONTEND ARE INDEFINITE

### A. "doped" / "undoped" / "n-doped"

45. I understand that the term "doped" appears in the following claims: claims 1, 9, 10, and 12 of the '871 Patent; claims 1, 10, and 12 of the '642 Patent; claim 1 of the '528 Patent; claims 1 and 2 of the '657 Patent; and claims 1 and 9 of the '522 Patent.

46. I understand that the term "undoped" appears in the following claims: claim 1, 13 and 16 of the '871 Patent; claims 1, 16, and 18 of the '642 Patent; and claim 1 of the '528 Patent.

47. I understand that the term "n-doped" appears in the following claims: claim 9 of the '871 Patent; claim 10 of the '642 Patent; claim 1 of the '657 Patent; and claims 1 and 9 of the '522 Patent.

48. In addition, I understand that the term "p-doped" appears in the following claim: claim 10 of the '871 Patent.

49. In my opinion, the term "doped" should be construed as "referring to a material to which impurities have been added."

50. In my opinion, the term "undoped" should be construed as "referring to a material to which impurities have not been added."

51. In my opinion, the term "n-doped" should be construed as "referring to a material to which impurities have been added that increase the electron concentration of the material."

52. These constructions reflect the general understanding of the terms within the field of the technology and are consistent with how the terms are used in the Asserted Patents.

53. The textbook "Semiconductor Device Fundamentals" states "Doping, in semiconductor terminology, is the addition of controlled amounts of specific impurity atoms with the express purpose of increasing either the electron or the hole concentration." Robert F. Pierret, Semiconductor Device Fundamentals 35 (1996).

54. The Authoritative Dictionary of IEEE Standards Terms defines "doping" as "Addition of impurities to a semiconductor or production of a deviation from stoichiometric composition, to achieve a desired characteristic." IEEE, The Authoritative Dictionary of IEEE Standards Terms, 333 (7th ed. 2000).

55. The McGraw-Hill Dictionary of Scientific and Technical Terms defines doping as "The addition of impurities to a semiconductor to achieve a desired characteristic, as in producing *n*-type of *p*-type material. Also known as semiconductor doping." McGraw-Hill Dictionary of Scientific and Technical Terms 640 (6th ed. 2003).

56. The specification refers to "low doped material" which it defines as having a doping concentration of "$\sim 10^{16}$ $cm^{-3}$." '871 Patent at 1:67–2:1.

57. The specification further states that "An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers." '871 Patent at 2:56–61. The specification further explains that "In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset." '871 Patent at 2:62–3:3. For n-doped layers, in which the majority carriers are electrons and minority carriers are holes, the band offset is larger in the conduction band, *i.e.* the band in which electrons, the majority carrier, flow. For p-doped layers, in which

the majority carriers are holes and minority carriers are electrons, the band offset is larger in the valence band, *i.e.* the band in which holes, the majority carrier, flow. This explanation is consistent with how one of skill in the art would understand the terms "n-doped" and "p-doped."

58. During the prosecution of the '871 Patent, the applicant distinguished the prior art Klipstein reference through the terms "a contact layer comprising a doped semiconductor" and "a barrier layer comprising an undoped semiconductor." May 8, 2009 Amendment. In particular, the applicant stated that

> Claim 35 distinguishes over the Klipstein reference in several ways. For example, Claim 35 requires a "photoabsorbing layer", "a contact layer comprising a doped semiconductor" and "a barrier layer comprising an undoped semiconductor". Nothing within the Klipstein PCT presentation teaches or suggests the use of an undoped semiconductor as a barrier layer in a photodetector. The Klipstein publication discloses a barrier layer which is always doped n-type or p-type. See, for example, paragraphs 2 or 3 of page 9, the last 2 paragraphs of page 10 and first paragraph of page 11, and the bottom of page 16 where Klipstein refers to the characterizing feature of the light detector as being of the form p-p-n where the second p layer is the barrier layer or p-n-n wherein the first n layer is the barrier layer. In every instance, the Klipstein reference discloses that the barrier layer is a doped layer. This highlights its difference to the present invention claim 35 requires a "barrier layer comprising a undoped semiconductor". Thus, claim 35 is not anticipated by the Klipstein reference.

May 8, 2009 Amendment. The applicant repeated the distinction again in later remarks to the Patent Office.

> Claim 35 distinguishes over the Klipstein reference in several ways. For example, Claim 35 requires a "photoabsorbing layer", "a contact layer comprising a doped semiconductor" and "a barrier layer comprising an undoped semiconductor". Nothing within the Klipstein PCT presentation teaches or suggests the use of an undoped semiconductor as a barrier layer in a photodetector. The Klipstein publication discloses a barrier layer which is always doped n-type or p-type. See, for example, paragraphs 2 or 3 of page 9, the last 2 paragraphs of page 10 and first paragraph of page 11, and the bottom of page 16 where Klipstein refers to the characterizing feature of the light detector as being of the form p-p-n where the second p layer is the barrier layer or p-n-n wherein the first n layer is the barrier layer. In every instance, the Klipstein reference discloses that the barrier layer is a doped layer. This highlights its difference to the present invention claim 35 requires

> a "barrier layer comprising a undoped semiconductor". Thus, claim 35 is not anticipated by the Klipstein reference.

June 3, 2009 Amendment.

59. The applicant's discussion of "doped semiconductor" and "undoped semiconductor during the prosecution of the '871 Patent is consistent with how one of skill in the art would understand the terms.

60. The application that became the '528 Patent, is a continuation-in-part of the application that became the '871 Patent, and additional statements were included in the specification. The application that became the '528 Patent was not filed until August 17, 2017.

61. In the specification of the '528 Patent, it discusses the concept of compensation doping. In particular, the specification states:

> In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.
>
> An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd−Na) where q is the electron charge=1.6e−19 columb [sic], Nd being the donor concentration and Na being the acceptor concentration).
>
> The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

’528 Patent at 10:51–11:12. The ’528 Patent further states that “Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like.” ’528 Patent at 11:13–16.

62. The discussion of compensation doping and doping in the specification of the ’528 Patent, although filed more than 10 years after the ’871 Patent, is consistent with the understanding of the concepts from a person of skill in the art.

**CLAIM TERMS THAT THE GOVERNMENT CONTEND ARE INDEFINITE**

63. I understand that the Government contends that certain terms in the Asserted Patent are indefinite. For purposes of discussion, I have grouped certain terms together although I have considered each one individually.

**B. “wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers” / “wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer” / “wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers” / “wherein during operation of the photo-detector the respective valence energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer”**

64. I understand that the term “wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority

carrier current flow between the contact and photo absorbing layers" appears in claim 1 of the '871 Patent.

65. I understand that the term "wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers." appears in claims 13 and 15 of the '871 Patent and claims 14 and 17 of the '642 Patent.

66. I understand that the term "wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers." appears in claim 1 of the '528 Patent.

67. I understand that the term "wherein during operation of the photo-detector the respective valence energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer" appears in claim 12 of the '871 Patent, claim 2 of the '657 Patent, and claim 12 of the '642 Patent.

68. It is my opinion that these claim terms fail to provide a POSITA with reasonable certainty as to its scope when read in the context of the Asserted Patents.

69. In a photodetector as claimed in the Asserted Patents, the ability of majority or minority carriers to transit over the energy barrier between materials is determined by the barrier height (energy offset) and the value $k$T of the carriers. However, as I noted earlier, within a band, the energy distribution of carriers is effectively determined by a Boltzmann distribution centered around the value $k$T of the carriers.

70. Accordingly, the flow of carriers, either majority or minority, across the energy barriers is determined by the barrier height and the value *k*T of the carriers. Importantly, because the energy distribution of electrons is not uniform but determined by a Boltzmann distribution, the flow of carriers is not binary between unimpeded flow and no flow. For example, if the barrier height is approximately the same as the value *k*T, many of the carriers will be unable to transit over the energy barrier, but some with higher values of energy will. If the barrier height is approximately the same as the value of 2 * *k*T, even fewer of the carriers will be able to transit over the energy barrier.

71. The identified claim terms use the following phrase to describe the flow of majority carriers: "inhibiting majority carrier current flow" "blocking majority carrier current flow," "substantially block the flow of majority carriers."

72. The word "inhibit" is not used within the specifications of the '871 Patent or the '642 Patent. The word "inhibit" does appear in the specifications of the later patents. *See* '657 Patent at 9:55–57 ("The noted dip in the valance energy level would act to inhibit minority carrier transfer."); '528 Patent at 10:1–3 (same); '522 Patent at 10:1–3 (same). These uses are consistent with the generally understood meaning of "inhibit," which is "to restrain" or "to hold back." *See, e.g.*, Webster's New World College Dictionary 735 (4th ed., Wiley Publishing Inc. 2008) (defining "inhibit" as "to hold back or keep from some action, feeling, etc.; check or repress"); Merriam-Webster's Collegiate Dictionary 643 (11th ed., Merriam-Webster, Inc. 2003) (defining "inhibit" as "to hold in check; restrain"); The American Heritage Dictionary 681 (2d. ed., Houghton Mifflin Co. 1982) (defining "inhibit" as "to restrain or hold back; prevent"); The Random House College Dictionary Revised Edition 685 (Random House Inc. 1980) (defining "inhibit" as "to restrain, hinder, arrest, or check (an action, impulse, etc.)").

73. The specification of the '871 Patent repeatedly describes the band gap barrier as "sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer" or similar language. *See* '871 Patent at 2:49–54; *see also* Abs.; 4:15–20; 4:66–5:3; 6:9–12; 7:5–8; 7:65–8:1; 11:8–10.

74. The specification of the '871 Patent also provides the following statements regarding the energy band gap. With reference to Figure 2A, the specification states: "[T]he band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it." '871 Patent at 8:61–63. With reference to Figure 2B, the specification states: "[The band gap barrier of area 160 is high enough so that there is negligible thermal excitation of majority carriers over it." '871 Patent at 9:26–28. With reference to Figure 3A, the specification states: "[The band gap barrier of area 210 is high enough so that there is negligible thermal excitation of majority carriers over it." '871 Patent at 9:58–60. With reference to Figure 3B, the specification states: "[The band gap barrier of area 260 is high enough so that there is negligible thermal excitation of majority carriers over it." '871 Patent at 10:19–20.

75. The Asserted Patents provide no objective benchmarks for how much majority carrier flow must be blocked or conversely how much majority carrier flow may be allowed in order that majority carrier current flow is inhibited, blocked, or substantially blocked.

76. Accordingly, one of skill in the art would be unable to determine from the patent when a "sufficient" amount of majority flow was blocked such that the photodetector fell within the scope of the claim.

77. The identified claim terms use the following phrase to describe the flow of minority carriers: "facilitates minority carrier current flow," "enables minority carrier current

flow," "selected to facilitate minority carrier current flow," and "allow the flow of photo-generated minority carriers . . . between the first layer and the second layer."

78. The word "facilitate" is not used within the specifications of the '871 Patent or the '642 Patent. The word "facilitate" does appear in the specifications of the later patents. *See* '657 Patent at 3:14–22 ("Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length."); '522 Patent at 3:26–34 (same); '528 Patent at 3:26–34 (same); '528 at Abs. ("The relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers."). These uses are consistent with the generally understood meaning of "facilitate," which is "help bring (something) about" or "to help (something) run more smoothly and effectively." *See, e.g.*, Webster's New World College Dictionary 508 (4th ed., Wiley Publishing Inc. 2008) (defining "facilitate" as "to make easy or easier"); Merriam-Webster's Collegiate Dictionary 447 (11th ed., Merriam-Webster, Inc. 2003) (defining "facilitate" as "to make easier; help bring about"); The American Heritage Dictionary 484 (2d. ed., Houghton Mifflin Co. 1982) (defining "facilitate" as "to make easier"); The Random House College Dictionary Revised Edition 473 (Random House Inc. 1980) (defining "facilitate" as "to make easier or less difficult; help forward (an action, a process, etc.").

79. The specification of the ’871 Patent describes various embodiments of the barrier layer and associated energy band gap barrier as with regard to the minority carriers as “not significantly block[ing] minority carriers,” ’871 Patent at 2:54–55, “designed to have no offset for minority carriers,” ’871 Patent at 2:59–60; “an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer,” ’871 Patent at 4:6–62; “The barrier layer does not significantly block minority carriers.” ’871 Patent at 6:11–12; “designed to have substantially no offset for minority carriers,” ’871 Patent at 6:16–17; “The valence band energy level is substantially constant throughout areas 100, 110 and 120, and thus minority carriers are not obstructed from flowing from photo absorbing area 100 to contact area 120.” ’871 Patent at 8:53–56; “The conduction band energy level is substantially constant throughout areas 150, 160 and 170, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area 170,” ’871 Patent at 9:18–21; “a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded.” ’871 Patent at 10:33–36.

80. One of skill in the art would thus understand the terms “enables minority carrier current flow” and “allow the flow of photo-generated minority carriers . . . between the first layer and the second layer” to require that the offset between the energy bands of the minority carriers for the photo absorbing layer, barrier layer, and contact layer to be approximately zero. Otherwise, some portion of the minority carrier current flow would be impeded.

81. One of skill in the art, however, would be unable the scope of the terms “facilitates minority carrier current flow” and “selected to facilitate minority carrier current flow” because in contrast to the terms described above, they require the relationship between the

conduction and valence band energies to assist to some degree with the minority carrier flow. It is insufficient that the relationships not impede minority carrier flow, it must "facilitate" it.

82. The Asserted Patents provide no objective benchmarks for how the minority carrier flow must be facilitated or to what degree.

83. Accordingly, one of skill in the art would be unable to determine from the patent when a "sufficient" amount of minority carrier flow was "facilitated" such that the photodetector fell within the scope of the claims.

**C. "wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer" / "the barrier layer thickness and the conduction energy band gap are sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area"**

84. I understand that the term "wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer" appears in claim 1 of the '657 Patent and claims 10 of the '642 Patent.

85. I understand that the term "the thickness and the band gap selected to be sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area." appears in claim 1 of the '522 Patent.

86. I understand that the term "the barrier layer thickness and the conduction energy band gap are sufficient to minimize tunneling of majority carriers between the photo absorbing

layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area" appears in claim 9 of the '522 Patent.

87. The terms use the phrase "substantially block the flow of thermalized majority carriers." Accordingly, these terms are indefinite for the same reasons I explained above in Section C.

88. However, one of skill in the art would find these terms indefinite for an additional reason.

89. The terms also use the phrases "sufficient to prevent tunneling of majority carriers" or "sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area." As I explained above, the amount of majority carriers that are able to tunnel through the barrier is determined not only by the value *k*T of the carriers and the energy band gap, but also the thickness of the barrier.

90. The specification of the '871 Patent states the following regarding the characteristics of the barrier layer: "the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area," '871 Patent at Abs.; "Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling," '871 Patent at Fig. 4; "The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer," '871 Patent at 2:49–51; "the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area," '871 Patent at 3:21–24; "Barrier layer 40 is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to contact layer 50," '871 Patent at 6:65–7:1;

"Barrier layer 40, represented by area 110, is thick enough so that there is negligible tunneling of majority carriers through it." '871 Patent at 8:58–60 or similar language throughout.

91. The specification of the '871 Patent also provides certain exemplary thickness of the barrier layer: "in an exemplary embodiment is deposited to a thickness of 50-100 nm," '871 Patent at 7:1–2; 7:60–61; "In an exemplary embodiment barrier layer 40 is deposited to a thickness of 50-100 nm," '871 Patent at 8:60–61, 9:25–26, 9:57–58, 10:17–18; "In stage 1030, the barrier material selected in stage 1020 is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm." '871 Patent at 10:36–40. However, with these statements, the specification does not provide any information regarding the energy band gap or associated temperature such that the allowable rate of tunneling is ascertainable from these statements.

92. The Asserted Patents provide no objective benchmarks for how much majority carrier tunnelling may be allowed in order that majority carrier tunnelling is "prevented" or alternatively "minimized."

93. Accordingly, one of skill in the art would be unable to determine from the patent when the barrier layer was "sufficient" to prevent tunneling or to minimize tunneling such that the photodetector fell within the scope of the claim.

**D. "the energy gap being sufficient to minimize charge carriers tunneling and thermalization"**

94. I understand that the term "the energy gap being sufficient to minimize charge carriers tunneling and thermalization" appears in claim 1 of the '522 Patent.

95. The term "charge carrier" does not appear in the specification of the '871 Patent. The term was added in the application of the '528 Patent.

96. In the specifications of the ’522 Patent and ’528 Patent, the term “charge carriers” appears to refer to the charges introduced into the barrier layer by doping. *See, e.g.*, ’528 Patent at 5:6–7 (“the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers”); 5:17–20 (“In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.”) 10:61–67 (“Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge=1.6e-19 columb [sic], Nd being the donor concentration and Na being the acceptor concentration).”); *see also* ’528 Patent at cl. 1 (“a barrier layer comprising a charge carrier compensated semiconductor”), cl. 2 (“wherein the charge carrier compensated barrier layer is being compensated by doping impurities”).

97. Claim 1 of the ’522 Patent uses both the terms “charge carriers” and “majority carriers,” indicating that terms have different meanings within the context of the Asserted Patents.

98. Furthermore, the “energy gap” in the term refers to the energy gap between the conduction band energy level of the barrier layer to the conduction band energy level of the photo absorbing layer.

99. Furthermore, if the charge carriers described in Claim 1 of the ‘522 Patent are holes for an nBn configuration (where holes are the minority carrier), the claim would require simultaneously minimizing tunnelling and thermalization of the minority carriers, *i.e*. charge carriers, while also requiring “minimize[ing] tunnelling of majority carriers” and “substantially block[ing] the flow of thermalized majority carriers.

100. The Asserted Patents provide no objective benchmarks for how much charge carrier tunnelling or thermalization must be prevented in order such that it meets the "minimize" limitation.

101. Accordingly, one of skill in the art would be unable to determine from the patent when the energy gap was "sufficient" to minimize charge carrier tunneling or thermalization.

**E. "wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones." ('522 Patent, cl. 7)**

102. I understand that the term "wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones" appears in claim 7 of the '522 Patent.

103. The specification of the '522 Patent contains the following statements regarding depletion layers and depletion zones: "Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced." 3:60–62, 8:60–62, 16:7–9; "It is to be noted that no depletion layer is present and therefore there is no SRH current." 13:44–45, 14:10–11, 14:38–39, 14:67–15:2,

104. The specification of the '522 Patent further states:

> Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of~2e17 cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19 cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

10:44–50.

105. The specification, however, does not define or describe what constitutes a "minimized depletion zone."

106. The ’522 Patent provides no objective benchmarks for how many carriers may persist such that any depletion zone is “minimized.”

107. Accordingly, one of skill in the art would be unable to determine from the patent when a photodetector met the “minimized depletion zones” limitation.

108. During the prosecution of the ’871 Patent, the application included an application claim with the same term, Application Claim 37. In a series of rejections on June 23, 2009 and July 28, 2009, the examiner rejected the term as indefinite, explaining:

> The term “minimized” in claim 37 is a relative term which renders the claim indefinite. The term “minimized” is not defined by the claim, the specification does not provide a standard for ascertaining the requisite degree, and one of ordinary skill in the art would not be reasonably apprised of the scope of the invention. The amount of the depletion zones is unclear.

In the applicant’s remarks on November 30, 2009, the applicant stated:

> Claim 37 stands rejected under 35 U.S.C. § 112, second paragraph, as being allegedly indefinite. Specifically, the term “minimized” is rejected as unclear to one of ordinary skill in the art. This claim is canceled and the subject matter replaced with new claim 89.

New Application Claim 89 recited: “wherein the contact and photo-absorbing layers have the same majority carrier type such that the photo-detector has no substantial depletion layer.”

**F. “a contact area” (’522 Patent, cl. 1) / “wherein the contact layer and the photo absorbing layer exhibit essentially identical composition” (’522 Patent, cl. 4)**

109. I understand that the term “a contact area” appears in claim 1 of the ’522 Patent.

110. I understand that the term “wherein the contact layer and the photo absorbing layer exhibit essentially identical composition” appears in claim 4 of the ’522 Patent.

111. The ’522 Patent distinguishes between a contact layer and a contact area. The ’522 Patent states “In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas.” 6:66–7:1. The ’522 Patent further states:

> Contact layer 50 as described above in relation to FIG. 1A is deposited on barrier layer 40. Contact layer 50, which as will be described further is etched to define first and second contact area 110, functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer 50 is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer 50 may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer 50 may be constituted of the same material as photo absorbing layer 30. Contact layer 50 is etched, preferably by photolithography, to define first and second contact area 110.

12:50–63.

112. Accordingly, one of skill in the art would understand that a contact layer constitutes a semiconductor layer that has been deposited. In contrast, one of skill in the art would understand that a contact area requires that a contact layer be further etched to define contact areas.

113. Claim 4 recites a contact layer, but claim 1, from which claim 4 depends, recites a contact area.

114. Because of the use of different terms within the independent and dependent claims, one of skill in the art would not be able to determine whether the particular layer must be a “contact layer” or a “contact area” and whether etching would be required.

115. Accordingly, one of skill in the art would be unable to determine from the patent whether the limitations “a contact area” and “wherein the contact layer and the photo absorbing layer exhibit essentially identical composition” have been met.

I declare under penalty of perjury under the laws of the United States of America that the foregoing **Declaration of Dr. Daniel Wasserman in Support of the United States' Proposed Claim Constructions** is true and correct.

Executed on September 10, 2026

By:


Second College Edition
The American Heritage Dictionary
Property of the U.S. Government

# The American

## Second College Edition

# canHeritage Dictionary

Houghton Mifflin Company BOSTON

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
1. English language—Dictionaries. I. Morris, William, 1913–
PE1625.A54 1982 423 82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 2131 of 2960



y element n. Zero.
e n. Inverse (sense 2.b.).
iled, -dling, -dles. —tr. To muddle; confuse: it addled by whiskey" (O'Neill). —intr. 1. To : spoil. 2. To become confused. —adj. onfused: addle-brained. 2. Spoiled or rotten. addled < OE, filth.]
s') tr.v. -dressed, -dress·ing, -dress·es. 1. To ) make a formal speech to. 3. To direct (a ten message) to the attention of: address a uncil. 4. To mark with a destination: address To direct (oneself) in speech to. b. To direct ttention of (oneself): address oneself to a task or consign (a ship, for example) to an agent o adjust and aim the club at (a golf ball) in a stroke. —n. (ə-drĕs'). 1. A formal spoken or unication: polite forms of address. 2. A formal o ăd'rĕs'). The written or printed indication ther deliverable items indicating destination. ').The location at which a particular organiza-on may be found or reached. 5. Often ad-irteous attentions; wooing. 6. The manner or person, esp. in conversation. 7. Skillfulness or ling a situation. 8. The act of dispatching or ship, as to an agent or factor. 9. Computer Sci sed in information storage or retrieval that is a specific memory location. [ME adressen < r : a-, to (< Lat. ad-) + dresser, to arrange. —

ble (ə-drĕs'ə-bəl) adj. Accessible through an ad-computer memory.
(ăd'rĕ-sē', ə-drĕs'ē') n. One to whom something

also ad·dres·sor (ə-drĕs'ər) n. A person who or hat addresses.
dōōs', ə-dyōōs') tr.v. -duced, -duc·ing, -duc·es. an example or means of proof in an argument. rd for consideration. [Lat. adducere, to bring to : ducere, to lead.] —ad·duce'a·ble, ad·duc'i·ble adj. dŭkt', ă-) tr.v. -duct·ed, -duct·ing, -ducts. Physiol draw toward the main axis. Used of muscles. ation from ADDUCTOR.] —ad·duc'tion n. —ad-

(ə-dŭk'tər) n. A muscle that adducts. [NLat. < ere, to bring to. — see ADDUCE.]
A sweetened beverage of: limeade [Fr., ult. < Lat. of -atus, -ate.]
enguin (ə-dā'lē) n. A common Antarctic penguin, adeliae, of medium size, that has white under-a black back and head, and that lives and breeds xposed rookeries. [After the Adélie Coast, Antarc-

ous suff. Having one or more groups of stamens: us. [NLat. -adelphus < Gk. adelphos, brother.]
ion (ə-dĕmp'shən) n. Law The disposal by a testa-ecific property bequeathed in his will so as to in-the bequest. [Lat. ademptio, a taking away < to take away : ad-, to + emere, to take.]
ef. Variant of adeno-.
·to·my (ăd'n-ĕk'tə-mē) n. Surgical excision of a

e (ăd'n-ēn') n. A purine derivative, $C_5H_5N_5$, that is a ent of nucleic acid in organs, as the pancreas and

tis (ăd'n-ī'tĭs) n. Inflammation of a lymph node or

or aden- pref. Gland: adenectomy. [< Gk. adēn.]
·car·ci·no·ma (ăd'n-ō-kär sə-nō'mə) n. A malignant originating in glandular tissue. —ad'e·no·car·ci·tous (-nŏm'ə-təs, -nō'mə-təs) adj
·hy·poph·y·sis (ăd'n-ō-hī-pŏf'ĭ-sĭs) n. The anterior ntermediate glandular lobes of the pituitary gland. ·no·hy·poph'y·se·al, ad'e·no·hy·poph'y·si·al adj
oid (ăd'n-oid') n. Lymphoid tissue growth in the bove the throat that when swollen may obstruct nasal ung, induce postnasal discharge, and make speech dif-

oi·dal (ăd'n-oid'l) adj. 1. Glandlike; glandular. 2. Of rtaining to the adenoids. 3 a. Having a nasal or con-ed tone: an adenoidal singer. b. Mouth-breathing or ig.
o·ma (ăd'n-ō'mə) n. An epithelial tumor of glandular and structure that is usually benign or of low-grade gnancy. —ad'e·nom'a·tous (-ŏm'ə-təs) adj
o·sine (ə-dĕn'ə-sēn') n. An organic compound, $C_{10}H_{13}N_5O_4$, that is a structural component of nucleic acids. d of ADENINE and RIBOSE.]
osine di·phos·phate (dī-fŏs'fāt') n. ADP.
osine mon·o·phos·phate (mŏn'ō-fŏs'fāt') n. 1. Cyclic P. 2. AMP.
osine triphosphate n. ATP.
·no·vi·rus (ăd'n-ō-vī'rəs) n. Any of various animal vi-s that cause respiratory diseases, as catarrh, in humans. d'e·no·vi'ral adj
n·yl·ate cy·clase (ə-dĕn'l-it sī'klās, ăd'n-ĭl'it) or ad·e-cyclase (ăd'n-ĭl) n. The enzyme that catalyzes forma-

be f fife g gag h hat hw which i pit ī pie îr pier ō toe ô paw, for oi noise ou out ŏŏ took ōō boot



tion of cyclic AMP from ATP. [ADEN(INE) + -YL + -ATE + CYCL- + -ASE.]
**a·dept** (ə-dĕpt') adj. Highly skilled or proficient. —n. (ăd'-ĕpt'). A highly skilled person; expert. [Lat. adeptus, p.part. of adipisci, to arrive at.] —**a·dept'ly** adv. —**a·dept'ness** n.
**ad·e·quate** (ăd'ĭ-kwĭt) adj. 1. Able to satisfy a requirement; suitable. 2. Barely satisfactory or sufficient. [Lat. adaequatus, p.part. of adaequare, to equalize : ad-, to + aequare, to make equal < aequus, equal.] —**ad'e·qua·cy** (-kwə-sē), **ad'e·quate·ness** n. —**ad'e·quate·ly** adv.
**à deux** (ä' dœ') adj. Of or involving two individuals, esp. when of a private or intimate nature. —adv. Privately with only two individuals involved: dining à deux. [Fr.]
**ad·here** (ăd-hîr') intr.v. **-hered, -her·ing, -heres.** 1. To stick fast or together by or as if by grasping, suction, or being glued. 2. To be devoted as a follower or supporter. 3. To follow closely; carry out without deviation: adhere to a plan. [Fr. adhérer < Lat. adhaerere, to stick to : ad-, to + haerere, to stick.]
**ad·her·ence** (ăd-hîr'əns) n. 1. The process or condition of adhering. 2. Faithful attachment; devotion.
**ad·her·ent** (ăd-hîr'ənt) adj. 1. Sticking or holding fast. 2. Bot. Growing or fused together; adnate. —n. A supporter, as of a cause or individual. —**ad·her'ent·ly** adv.
**ad·he·sion** (ăd-hē'zhən) n. 1. The act or state of adhering. 2. Attachment or devotion; loyalty. 3. Assent or agreement. 4. A condition in which bodily tissues that are normally separate are joined together. 5. The physical attraction or joining of two substances, esp. the macroscopically observable attraction of dissimilar substances. 6. A fibrous band holding together normally separate anatomical structures. 7. The pathological aggregation of dissimilar body materials to a visceral surface due to inflammation or trauma. [Fr. adhésion < Lat. adhaesio < adhaerere, to adhere.]
**ad·he·si·o·to·my** (ăd-hē'zē-ŏt'ə-mē) n., pl. **-mies**. The surgical division of adhesions.
**ad·he·sive** (ăd-hē'sĭv, -zĭv) adj. 1. Tending to adhere; sticky. 2. Gummed so as to adhere. —n. An adhesive substance, such as paste or cement. —**ad·he'sive·ly** adv. —**ad·he'sive·ness** n.
**adhesive tape** n. A tape lined on one side with an adhesive.
**ad hoc** (ăd hŏk', hōk') adj. & adv. For a specific purpose, case, or situation: an ad hoc committee. [Lat., to this.]
**ad hom·i·nem** (ăd hŏm'ə-nĕm') adj. & adv. To the man; appealing to personal interests, prejudices, or emotions rather than to reason: an ad hominem argument. [Lat.]
**ad·i·a·bat·ic** (ăd'ē-ə-băt'ĭk, ā'dī-ə-) adj. Of, pertaining to, or designating a reversible thermodynamic process executed at constant entropy; loosely, occurring without gain or loss of heat. [Gk. adiabatos, impassable : a-, not + diabatos, passable (dia, through + batos, passable < bainein, to go).] —**ad'i·a·bat'i·cal·ly** adv.
**a·dieu** (ə-dyōō', ə-dōō') interj. Good-by; farewell. —n., pl. **a·dieus** or **a·dieux** (ə-dyōōz', ə-dōōz'). A farewell. [ME < OFr. a dieu, (I commend you) to God : a, to (< Lat. ad) + Dieu, God < Lat. deus.]
**ad in·fi·ni·tum** (ăd ĭn'fə-nī'təm) adj. & adv. To infinity; without end; limitless. [Lat.]
**ad in·ter·im** (ăd ĭn'tər-əm) adj. & adv. In the meantime; meanwhile. [Lat.]
**ad·i·os** (ăd'ē-ōs', ä'dē-) interj. Good-by; farewell. [Sp. adiós : a, to (< Lat. ad) + Dios, God < Lat. deus.]
**ad·i·po·cere** (ăd'ə-pō-sîr') n. A brown, fatty, waxlike substance that forms on dead animal tissues in response to moisture. [ADIPO(SE) + Lat. cera, wax.]
**ad·i·pose** (ăd'ə-pōs') adj. Of or related to animal fat; fatty. —n. The fat found in adipose tissue. [NLat. adiposus < Lat. adeps, lard.] —**ad'i·pose·ness, ad'i·pos'i·ty** (-pŏs'ĭ-tē) n.
**adipose tissue** n. Connective tissue in the body that contains stored cellular fat.
**ad·it** (ăd'ĭt) n. An almost horizontal entrance to a mine. [Lat. aditus, access < adire, to approach : ad-, toward + ire, to go.]
**ad·ja·cen·cy** (ə-jā'sən-sē) n., pl. **-cies**. 1. The state of being adjacent; contiguity. 2. A thing that is adjacent.
**ad·ja·cent** (ə-jā'sənt) adj. 1. Close to; lying near. 2. Next to; adjoining. [ME < Lat. adjacens, pr.part. of adjacēre, to lie near : ad-, near to + jacēre, to lie.] —**ad·ja'cent·ly** adv.
**adjacent angle** n. Either of two angles having a common side and a common vertex.
**ad·jec·ti·val** (ăj'ĭk-tī'vəl) adj. Of, pertaining to, or functioning as an adjective. —**ad'jec·ti'val·ly** adv.
**ad·jec·tive** (ăj'ĭk-tĭv) n. 1. Gram. Any of a class of words used to modify a noun or other substantive by limiting, qualifying, or specifying. 2. Ling. Any of a form class distinguished in English morphologically by one of several suffixes, as -able, -ous, -er, and -est, or syntactically by position in a phrase or sentence, as white in a white house. 3. A dependent or subordinate. [ME < OFr. adjectif < Lat. adjectivus < adjicere, to add to : ad-, to + jacere, to throw.] —**ad'jec·tive·ly** adv.
**adjective pronoun** n. Gram. A pronoun acting as an adjective, as which in which dictionaries? or himself in He himself said so.
**ad·join** (ə-join') v. **-joined, -join·ing, -joins.** —tr. 1. To be next to; be contiguous to. 2. To attach to; unite. —intr. To be contiguous. [ME adjoinen < OFr. ajoindre < Lat. adjungere, to join to : ad-, to + jungere, to join.]
**ad·join·ing** (ə-joi'nĭng) adj. Neighboring; contiguous; next to.
**ad·journ** (ə-jûrn') v. **-journed, -journ·ing, -journs.** —tr. To suspend until a later stated time. —intr. 1. To suspend proceedings to another time or place. 2. Informal. To move from one place to another: adjourned to the living room. [ME ajournen < OFr. ajourner : a, to (< Lat. ad-) + jour, day < Lat. diurnum.] —**ad·journ'ment** n.
**ad·judge** (ə-jŭj') tr.v. **-judged, -judg·ing, -judg·es.** 1. To determine or decide by judicial procedure; adjudicate. 2. To order judicially; rule. 3. To award (damages, for example) by law. 4. To regard, consider, or deem. [ME ajugen < OFr. ajuger < Lat. adjudicare. — see ADJUDICATE.]
**ad·ju·di·cate** (ə-jōō'dĭ-kāt') tr.v. **-cat·ed, -cat·ing, -cates.** To hear and settle (a case) by judicial procedure. [Lat. adjudicare, adjudicat-, to award (judicially) : ad-, to + judicare, to judge < judex, judge.] —**ad·ju'di·ca'tion** n. —**ad·ju'di·ca·tive** adj. —**ad·ju'di·ca'tor** n.
**ad·junct** (ăj'ŭngkt') n. 1. Something attached to another thing but in a dependent or subordinate position. 2. A person associated with another in some duty or service in a subordinate or auxiliary capacity. 3. A word or words added in order to clarify, qualify, or modify other words. 4. Logic. A nonessential attribute of a thing. —adj. 1. Added or connected in a subordinate or auxiliary capacity: an adjunct clause. 2. Attached to a faculty or staff in a temporary or auxiliary capacity. [Lat. adjunctum < adjunctus, p.part. of adjungere, to join to. — see ADJOIN.] —**ad·junc'tion** (ə-jŭngk'shən) n. —**ad·junc'tive** adj.
**ad·ju·ra·tion** (ăj'ə-rā'shən) n. An earnest or solemn appeal. —**ad·jur'a·to'ry** (ə-jŏŏr'ə-tôr'ē, -tōr'ē) adj.
**ad·jure** (ə-jŏŏr') tr.v. **-jured, -jur·ing, -jures.** 1. To command or enjoin solemnly, as under oath. 2. To appeal to or entreat earnestly. [ME adjuren < Lat. adjurare, to swear to : ad-, to + jurare, to swear.] —**ad·jur'er, ad·ju'ror** n.
**ad·just** (ə-jŭst') v. **-just·ed, -just·ing, -justs.** —tr. 1. To change so as to match or fit; cause to correspond. 2. To bring into proper relationship. 3. To adapt or conform, as to new conditions: unable to adjust themselves to their environment. 4. To make accurate by regulation. 5. To decide how much is to be paid on (an insurance claim). 6. To correct (the range and direction of a gun) in firing. —intr. To adapt oneself; become suited or fit; conform. [Obs. Fr. adjuster < OFr. ajoster : Lat. ad, to + Lat. juxta, near.] —**ad·just'a·ble** adj. —**ad·just'a·bly** adv. —**ad·just'er, ad·jus'tor** n.
**ad·just·ment** (ə-jŭst'mənt) n. 1. a. The act of making fit or conformable. b. The condition of being adjusted. 2. A means for adjusting. 3. The settlement of a debt or claim. 4. A modification or correction: an adjustment on a bill.
**ad·ju·tant** (ăj'ə-tənt) n. 1. A staff officer who helps a commanding officer with administrative affairs. 2. An assistant. 3. The marabou. [Lat. adjutans, adjutant-, pr.part. of adjutare, freq. of adjuvare, to help : ad-, to + juvare, to help.] —**ad'ju·tan·cy** (-tən-sē) n.
**adjutant general** n., pl. **adjutants general.** 1. An adjutant of a unit having a general staff. 2. An officer in charge of the National Guard of one of the states of the United States. 3. **Adjutant General.** The chief administrative officer, a major general, of the U.S. Army.
**adjutant stork** n. The marabou.
**ad·ju·vant** (ăj'ə-vənt) n. 1. A pharmacological agent added to a drug to increase or aid its effect. 2. An immunological agent that increases the antigenic response. [Lat. adjuvans, adjuvant-, pr.part. of adjuvare, to help. — see AID.]
**Ad·le·ri·an** (ăd-lîr'ē-ən) adj. Of or relating to a psychological school holding that behavior arises in subconscious efforts to compensate for inferiority or deficiency and that neurosis results from overcompensation. [After Alfred Adler (1870–1937).]
**ad lib** (ăd lĭb') adv. In an unrestrained manner; freely, spontaneously. [Short for AD LIBITUM.]
**ad-lib** (ăd-lĭb') Informal. v. **-libbed, -lib·bing, -libs.** —tr. To improvise and deliver extemporaneously. —intr. To improvise, as a speech; extemporize. —n. Words, music, or actions ad-libbed. —adj. Spoken or performed spontaneously. —**ad-lib'ber** n.
**ad lib·i·tum** (ăd lĭb'ĭ-təm) adv. Mus. Performed with freedom. Used as a direction. [Lat. ad, to + libitum, pleasure.]
**ad·man** (ăd'măn') n. Informal. A person employed in the advertising business.
**ad·meas·ure** (ăd-mĕzh'ər) tr.v. **-ured, -ur·ing, -ures.** To divide and distribute proportionally; apportion. [ME amesuren < OFr. amesurer : a, to (< Lat. ad) + mesurer, to measure.] —**ad·meas'ure·ment** n. —**ad·meas'ur·er** n.
**Ad·me·tus** (ăd-mē'təs) n. Gk. Myth. A king of Thessaly and husband of Alcestis. [Lat. < Gk. Admētos.]
**ad·min·is·ter** (ăd-mĭn'ĭ-stər) v. **-tered, -ter·ing, -ters.** —tr. 1. To have charge of; manage. 2. a. To give or apply in a formal way: administer the last rites. b. To apply as a remedy: administer a sedative. 3. To mete out; dispense: administer justice. 4. To manage or dispose of (a trust or estate) under a will or an official appointment. 5. To impose, offer, or tender (an oath, for example). —intr. 1. To manage as an administrator. 2. To minister: administering to their every



adjacent angle
AOB and BOC are adjacent angles

p pop r roar s sauce sh ship, dish t tight th thin, path th this, bathe ŭ cut ûr urge v valve w with y yes z zebra, size zh vision ə about, item, edible, gallop, circus œ Fr. feu, Ger. schön ü Fr. tu, Ger. über KH Ger. ich, Scot. loch N Fr. bon.

**f** or **F** (ĕf) *n., pl.* **f's** or **F's**. **1.** The sixth letter of the modern English alphabet. **2.** Any of the speech sounds represented by the letter *f*. **3.** **F** A failing grade in schoolwork. **4.** **F** *Mus.* **a.** The fourth tone in the scale of C major or the sixth tone in the relative minor scale. **b.** The key or a scale in which F is the tonic. **c.** A written or printed note representing this tone. **d.** A string, key, or pipe tuned to the pitch of this tone.

**F** The symbol for the element fluorine.

**fa** (fä) *n.* The fourth tone of the diatonic scale in solmization. [ME < Med. Lat. —see GAMUT.]

**Fa·bi·an** (fā'bē-ən) *adj.* **1.** Of or relating to the caution and avoidance of direct confrontation typical of the Roman general Quintus Fabius Maximus, who defeated Hannibal by the use of this strategy. **2.** Of, relating to, or being a member of the Fabian Society, which was committed to gradual rather than revolutionary means for spreading socialist principles. **—Fa'bi·an** *n.* **—Fa'bi·an·ism** *n.* **—Fa'bi·an·ist** *n.*

**fa·ble** (fā'bəl) *n.* **1.** A narrative making an edifying or cautionary point and often employing as characters animals that speak and act like human beings. **2.** A story about legendary persons and exploits. **3.** A falsehood; lie. *—v.* **-bled, -bling, -bles.** *—tr.* To recount as if true. *—intr. Archaic.* To compose fables. [ME < OFr. < Lat. *fabula* < *fari,* to speak.] **—fa'bler** *n.*

**fa·bled** (fā'bəld) *adj.* **1.** Made known or famous by fables; legendary. **2.** Existing only in fables; fictitious.

**fab·li·au** (făb'lē-ō') *n., pl.* **-li·aux** (-lē-ō', -ōz'). A medieval verse tale characterized by comic and ribald treatment of themes drawn from life. [Fr. < OFr. *fabliaux,* pl. of *fablel,* dim. of *fable,* fable.]

**fab·ric** (făb'rĭk) *n.* **1.** A material structure consisting of connected parts. **2.** A complex underlying structure: *the fabric of civilized society.* **3.** A method or style of construction. **4. a.** A cloth produced esp. by knitting, weaving, or felting fibers. **b.** The texture or quality of such cloth. [ME *fabryke* < OFr. *fabrique* < Lat. *fabrica* < *faber,* workman, artificer.]

**fab·ric·a·ble** (făb'rĭ-kə-bəl) *adj.* Capable of being molded: *a fabricable alloy.* **—fab'ric·a·bil'i·ty** *n.*

**fab·ri·cant** (făb'rĭ-kənt) *n. Archaic.* A manufacturer.

**fab·ri·cate** (făb'rĭ-kāt') *tr.v.* **-cat·ed, -cat·ing, -cates. 1.** To make; create. **2.** To construct by combining or assembling. **3.** To make up in order to deceive. [ME *fabricaten* < Lat. *fabricari,* to make < *fabrica,* fabric.] **—fab'ri·ca'tion** *n.* **—fab'ri·ca'tor** *n.*

**Fab·ry's disease** (făb'rēz) *n.* A hereditary disease of fat metabolism characterized by impaired functioning of the kidneys. [After Johannes *Fabry* (1860–1930).]

**fab·u·list** (făb'yə-lĭst) *n.* **1.** A composer of fables. **2.** An inventor or teller of falsehoods. [OFr. *fabuliste* < Lat. *fabula,* fable.]

**fab·u·lous** (făb'yə-ləs) *adj.* **1.** Of the nature of a fable or myth; legendary. **2.** Told of or celebrated in fables or legends. **3.** Barely credible; astonishing: *the fabulous endurance of a marathon runner.* **4.** *Informal.* Extremely pleasing or successful: *a fabulous vacation.* [ME < Lat. *fabulosus* < *fabula,* fable.] **—fab'u·lous·ly** *adv.* **—fab'u·lous·ness** *n.*



**façade**
Façade of the Alamo, San Antonio, Texas

**fa·çade** also **fa·cade** (fə-säd') *n.* **1.** *Archit.* The face of a building, esp. the principal face. **2.** An artificial or deceptive front. [Fr. < Ital. *facciata* < *faccia,* face < Lat. *facies.*]

**face** (fās) *n.* **1.** The surface of the front of the head from the top of the forehead to the base of the chin and from ear to ear. **2.** The arrangement or expression of the features of the face; countenance. **3.** A contorted facial expression; grimace. **4.** The outward appearance: *the face of the city.* **5.** Value or standing in the eyes of others; prestige: *lose face.* **6.** Effrontery; impudence. **7.** The most significant or prominent surface of an object, esp.: **a.** The surface presented to view; front. **b.** A façade. **c.** The outer surface: *the face of the earth.* **d.** A marked side: *the face of a clock.* **e.** The right side, as of fabric. **8.** *Geom.* A planar surface bounding a solid. **9.** Any of the surfaces of a rock or crystal. **10.** The end, as of a mine or tunnel, at which work is advancing. **11.** The appearance and geological surface features of an area of land; topography. **12.** *Printing.* Typeface. *—v.* **faced, fac·ing, fac·es.** *—tr.* **1.** To occupy a position with the face toward. **2.** To front upon: *a window facing the south.* **3. a.** To confront with complete awareness: *facing facts.* **b.** To overcome by confronting boldly or bravely: "*What this generation must do is face its problems*" (John F. Kennedy). **4.** To be certain to encounter; have in store: *The unskilled youth faces a difficult life.* **5.** To cause (troops) to change direction by giving a command. **6.** To turn (a playing card) so that the face is up. **7.** To furnish with a surface or cover of a different material: *bronze faced with gold foil.* **8.** To line or trim the edge of, esp. with contrasting material. **9.** To treat the surface of so as to smooth. *—intr.* **1.** To be turned or placed with the front toward a specified direction. **2.** To turn the face in a specified direction. ***—phrasal verbs.*** **face down.** To overcome or prevail over by a stare or a resolute manner. **face off.** To start play in hockey, lacrosse, and other games by releasing the puck or ball between two opposing players. **face out.** To endure to the end. **face up to. 1.** To recognize the existence or importance of. **2.** To confront bravely. ***—idioms.*** **face the music.** *Slang.* To accept the unpleasant consequences esp. of one's own actions. **face to face. 1.** In each other's presence; in direct communication: *spoke face to face.* **2.** Directly confronting: *face to face with death.* **in the face of.** Despite the opposition of; notwithstanding. **on the face of it.** From its appearance alone; apparently. **show (one's) face.** To make an appearance. **to (one's) face.** In the view or hearing of: *accused the offender to his face.* [ME < OFr. < Lat. *facies.*] **—face'a·ble** *adj.* **—face'less** *adj.*



**face angle**

**face angle** *n.* The angle formed between two edges of a polyhedral angle.

**face card** *n.* A king, queen, or jack of a deck of playing cards.

**face cloth** *n.* A washcloth.

**face-hard·en** (fās'här'dn) *tr.v.* **-ened, -en·ing, -ens.** To harden the surface of (a metal).

**face·lift·ing** (fās'lĭf'tĭng) also **face-lift** (-lĭft') *n.* **1.** Plastic surgery for tightening facial tissues and improving the appearance of facial skin. **2.** A restyling or modernization, as of a building.

**face-off** (fās'ôf', -ŏf') *n.* **1.** A method of starting play in ice hockey in which an official drops the puck between two opposing players who contend for its control. **2.** A confrontation.

**face·plate** (fās'plāt') *n.* **1.** A disk attached to the mandrel of a lathe to hold flat or irregularly shaped work. **2.** The glass front of a cathode-ray tube upon which the image is projected.

**fac·er** (fā'sər) *n.* **1.** One that faces. **2.** A device used in smoothing or dressing a surface. **3.** *Chiefly Brit.* An unexpected blow or defeat.

**face-sav·er** (fās'sā'vər) *n.* Something that prevents loss of dignity or self-esteem: *The compromise was a face-saver for the boss.* **—face'-sav'ing** *n.*

**fac·et** (făs'ĭt) *n.* **1.** Any of the flat polished surfaces cut on a gemstone. **2.** A small planar or rounded smooth surface on a bone or tooth. **3.** One of the lenslike divisions of a compound eye, as of an insect. **4.** An aspect; phase. [Fr. *facette,* dim. of *face,* face < OFr.] **—fac'et·ed, fac'et·ted** *adj.*

**fa·cete** (fə-sēt') *adj. Archaic.* Facetious; witty. [Lat. *facetus.*]

**fa·ce·ti·ae** (fə-sē'shē-ē') *pl.n.* Witty or humorous writings and sayings. [Lat., pl. of *facetia,* jest < *facetus,* witty.]

**fa·ce·tious** (fə-sē'shəs) *adj.* Playfully jocular; humorous: *a facetious remark.* [OFr. *facetieux* < *facetie,* jest < Lat. *facetia* < *facetus,* witty.] **—fa·ce'tious·ly** *adv.* **—fa·ce'tious·ness** *n.*

**face value** *n.* **1.** The value printed or written on the face, as of a bill or bond. **2.** The apparent value or significance: *took their compliments at face value.*

**fa·cial** (fā'shəl) *adj.* Of or concerning the face. *—n.* A treatment for the face, usually consisting of a massage and the application of cosmetic creams. **—fa'cial·ly** *adv.*

**facial index** *n.* The ratio of facial length to facial width multiplied by 100.

**facial nerve** *n.* Either of the seventh pair of cranial nerves that supply motor fibers to the facial muscles and sensory fibers to the tastebuds of the anterior portion of the tongue.

**-facient** *suff.* **1.** Causing; bringing about: *somnifacient.* **2.** Something that causes or brings about: *abortifacient.* [< Lat. *faciēns, facient-,* p.part. of *facere,* to do.]

**fa·ci·es** (fā'shē-ēz', -shēz) *n., pl.* **facies. 1.** The general aspect or outward appearance, as of a given growth of flora. **2.** *Geol.* **a.** A part differentiated from other parts in a rock by appearance or composition. **b.** A rock distinguished from related or similar rocks. **c.** A stratigraphic body distinguished from others by appearance or composition. [Lat. *facies,* form, appearance.]

**fac·ile** (făs'əl) *adj.* **1.** Done or achieved with little effort or difficulty; easy. **2.** Working, acting, or speaking effortlessly; fluent: *a facile speaker.* **3.** Arrived at without due care, effort, or examination; superficial. **4.** Easy and relaxed in manner. **5.** Yielding; compliant. [OFr. < Lat. *facilis* < *facere,* to do.] **—fac'ile·ly** *adv.* **—fac'ile·ness** *n.*

**fa·cil·i·tate** (fə-sĭl'ĭ-tāt') *tr.v.* **-tat·ed, -tat·ing, -tates.** To make easier. [< Fr. *faciliter* < Ital. *facilitare* < *facile,* facile < Lat. *facilis.*] **—fa·cil'i·ta'tion** *n.*

**fa·cil·i·ty** (fə-sĭl'ĭ-tē) *n., pl.* **-ties. 1.** Ease in moving, acting, or doing; aptitude: "*an extreme facility in acquiring new dialects*" (W.H. Hudson). **2.** Readiness to be persuaded; pliability. **3.** Often **facilities.** Something that facilitates an action or process. **4.** The quality of being easy to perform. **5.** Something created to serve a particular function.

**fac·ing** (fā'sĭng) *n.* **1. a.** A piece of material sewn to the edge of a dress, coat, or other garment as lining or decoration. **b.** Material used for this. **2.** An outer layer or coating applied to a surface for protection or decoration.

**fac·sim·i·le** (făk-sĭm'ə-lē) *n.* **1.** An exact copy or reproduction, as of a document. **2. a.** A method of transmitting images or printed matter by electronic means. **b.** An image so transmitted. *—adj.* **1.** Of or used to produce facsimiles. **2.** Exactly reproduced; duplicate. [Lat. *fac simile,* make (it) similar.]

**facsimile modulation** *n.* A method for varying in time the physical properties of a wave in facsimile transmission.

**fact** (făkt) *n.* **1.** Something done: *an accessory before the fact.* **2.** Something presented as objectively real. **3.** Something that has been objectively verified. **4. a.** Something having real, demonstrable existence. **b.** The quality of being real or actual. **5.** Something that has been done or performed.

it power believed to emanate from the stars ... ed, -enc·ing, -enc·es. 1. To have power over; affect ... cause a change in the character, thought, or action of ... an effect upon. [ME < OFr. < Med. Lat. influentia < ... influens, pr.part. of influere, to flow in : in-, in + fluere ... ow.] —in'flu·enc·er n.
...ent (in'flōō-ənt, in-flōō'-) adj. Flowing in or into ... thing that flows in or into, esp. a tributary. [ME < Lat. ... ens, flowing in. —see INFLUENCE.]
...en·tial (in'flōō-ĕn'shəl) adj. Having or exercising influence ... —in'flu·en'tial·ly adv.
...en·za (in'flōō-ĕn'zə) n. An acute infectious viral disease characterized by inflammation of the respiratory tract ... er, muscular pain, and irritation in the intestinal tract ... < Med. Lat. influentia, influence.]
...lux (in'flŭks') n. A flowing in. [LLat. influxus < Lat. ... part. of influere, to flow in. —see INFLUENCE.]
...old (in-fōld') v. -fold·ed, -fold·ing, -folds. —intr. To fold ... ward. —tr. To enfold. —in·fold'er n. —in·fold'ment n.
...form (in-fôrm') v. -formed, -form·ing, -forms. —tr. 1. ... ve form or character to; be the formative principle ... To animate or inspire with a particular quality or character ... r; imbue. 3. To form or shape (the mind or character) by ... aching or training. 4. To impart information to. —intr. ... isclose or give information, esp. incriminating information ... ME enfourmen < OFr. enfourmer < Lat. informare : in-, in + forma, form.]
...for·mal (in-fôr'məl) adj. 1. Not according to prescribed regulations or forms: an informal agreement. 2. Of, ... pertaining to ordinary everyday use; casual: informal clothes. 3. More appropriate for use in the spoken language than in the written language esp. of business, technical ... official communications. —in·for'mal·ly adv.
...n·for·mal·i·ty (in'fôr-măl'ĭ-tē) n., pl. -ties. 1. The state or quality of being informal. 2. An informal act.
...n·form·ant (in-fôr'mənt) n. 1. One who discloses information; informer. 2. One who furnishes linguistic or cultural information to a researcher.
in·for·mat·ics (in'fər-măt'ĭks) n. (used with a sing. verb) ... formation science. [INFORMAT(ION) + -ICS.]
in·for·ma·tion (in'fər-mā'shən) n. 1. The act of informing or the condition of being informed; communication of knowledge. 2. Knowledge derived from study, experience, or instruction. 3. Knowledge of a specific event or situation; news. 4. Law. A formal accusation of a crime made by a public officer rather than by indictment by a grand jury. 5. A nonaccidental signal used as an input to a computer or communications system. 6. A numerical measure of the uncertainty of an experimental outcome. —in'for·ma'tion·al adj.
information science n. The science concerned with the gathering, manipulation, classification, storage, and retrieval of recorded knowledge.
information theory n. The theory of the probability of transmission of messages with specified accuracy when the bits of information constituting the messages are subject, with certain probabilities, to transmission failure, distortion, and accidental additions.
in·form·a·tive (in-fôr'mə-tĭv) adj. Providing or disclosing information; instructive. —in·form'a·tive·ly adv. —in·form'a·tive·ness n.
in·form·a·to·ry (in-fôr'mə-tôr'ē, -tōr'ē) adj. Informative.
in·formed (in-fôrmd') adj. 1. Possessing, displaying, or ... ing use of information: the informed consumer. 2. Based on factual knowledge: an informed appraisal.
in·form·er (in-fôr'mər) n. 1. An informant. 2. One who informs against others, often for compensation.
infra- pref. Below; beneath; inferior to: infrasonic. [Lat. infra, below.]
in·fract (in-frăkt') tr.v. -fract·ed, -fract·ing, -fracts. To infringe; violate. [Lat. infractus, p.part. of infringere, to destroy. —see INFRINGE.] —in·frac'tor n.
in·frac·tion (in-frăk'shən) n. The act or an instance of infringing; infringement.
in·fra dig (in'frə dĭg') adj. Beneath one's dignity. [Short for Lat. infra dignitatem.]
in·fran·gi·ble (in-frăn'jə-bəl) adj. 1. Not capable of being broken. 2. Inviolable. [OFr. < LLat. infrangibilis : Lat. in-, not + Lat. frangere, to break.] —in·fran'gi·bil'i·ty n. —in·fran'gi·bly adv.
in·fra·or·bit·al (in'frə-ôr'bĭ-təl) adj. Anat. Located or occurring beneath the orbit.
in·fra·red (in'frə-rĕd') adj. 1. Of, pertaining to, or being electromagnetic radiation having wavelengths greater than those of visible light and shorter than those of microwaves. 2. Generating, using, or sensitive to infrared radiation.
in·fra·son·ic (in'frə-sŏn'ĭk) adj. 1. Generating or using waves or vibrations with frequencies below that of audible sound. 2. Subsonic (sense 1).
in·fra·sound (in'frə-sound') n. A wave phenomenon of the physical nature of sound but with a range of frequencies below that of human hearing.
in·fra·struc·ture (in'frə-strŭk'chər) n. 1. An underlying base or foundation esp. for an organization. 2. The basic facilities, equipment, and installations needed for the functioning of a system or organization.

in·fre·quent (in-frē'kwənt) adj. 1. Not frequent; rare. 2. Not occurring regularly; occasional: an infrequent guest. —in·fre'quence, in·fre'quen·cy n. —in·fre'quent·ly adv.
in·fringe (in-frĭnj') v. -fringed, -fring·ing, -fring·es. —tr. 1. To violate or go beyond the limits of (a law, for example). 2. Obs. To defeat; invalidate. —intr. To encroach upon something: a law that infringed upon the rights of property owners. [Lat. infringere : in- (intensive) + frangere, to break.] —in·fring'er n.
in·fringe·ment (in-frĭnj'mənt) n. 1. A violation, as of a law or agreement. 2. An encroachment, as of a right or privilege.
in·fun·dib·u·li·form (in'fən-dĭb'yə-lə-fôrm') adj. Funnel-shaped.
in·fun·dib·u·lum (in'fən-dĭb'yə-ləm) n., pl. -la (-lə). Any of various funnel-shaped bodily passages or parts. [Lat., funnel < infundere, to pour in. —see INFUSE.] —in'fun·dib'u·lar (-lər), in'fun·dib'u·late' (-lāt', -lĭt) adj.
in·fu·ri·ate (in-fyŏŏr'ē-āt') tr.v. -at·ed, -at·ing, -ates. To make furious; enrage. —adj. (in-fyŏŏr'ē-ĭt). Archaic. Furious. [Med. Lat. infuriare, infuriat- : Lat. in- (intensive) + furia, fury < furere, to be mad.] —in·fu'ri·at'ing·ly adv. —in·fu'ri·a'tion n.
in·fuse (in-fyōōz') tr.v. -fused, -fus·ing, -fus·es. 1. To put into; introduce: infused new vigor into the movement. 2. To cause to prevade; imbue: infused them with a feeling of urgency. 3. To give an animating or motivating impulse to. 4. To steep or soak without boiling in order to extract soluble elements or active principles. [ME infusen < OFr. infuser < Lat. infusus, p.part. of infundere, to pour in : in-, in + fundere, to pour.] —in·fus'er n.
in·fus·i·ble (in-fyōō'zə-bəl) adj. Incapable of being fused or melted. —in·fus'i·bil'i·ty, in·fus'i·ble·ness n.
in·fu·sion (in-fyōō'zhən) n. 1. The act or process of infusing. 2. An admixture. 3. The liquid product obtained by infusing. 4. The introduction of a solution into a vein.
in·fu·so·ri·al (in'fyōō-sôr'ē-əl, -sōr'-, -zôr'-, -zōr'-) adj. 1. Of or pertaining to infusorians. 2. Containing or consisting of infusorians.
in·fu·so·ri·an (in'fyōō-sôr'ē-ən, -sōr'-, -zôr'-, -zōr'-) n. Any of numerous microscopic organisms, esp. of the phylum Protozoa or the order Rotifera, occurring in stagnant water or in infusions containing organic material. —adj. Of or pertaining to infusorians. [NLat. Infusoria, class of protozoan < Lat. infusus, p.part. of infundere, to pour in. —see INFUSE.]
-ing[1] suff. 1. Used to form the present participle of verbs: ...ing. 2. Used to form adjectives resembling present participles but not derived from verbs: swashbuckling. [ME, alteration of -end, -ind < OE -ende, pr.part. suffix.]
-ing[2] suff. 1. a. Action, process, or art: dancing. b. An instance of an action, process, or art: a gathering. 2. An action or process connected with a specified thing: berrying. 3. a. Something necessary to perform an action or process: ...ing. b. The result of an action or process: a drawing. 4. Something connected with a specified thing or concept: ...ing, offing. [ME < OE -ung.]
-ing[3] suff. One having a specified quality or nature: wilding. [ME < OE, belonging to, descended from.]
in·gen·ious (in-jēn'yəs) adj. 1. Possessing or showing great ... in creating or devising. 2. Original and imaginative in design, construction, or execution: an ingenious scheme. 3. Obs. Having genius; brilliant. [Fr. ingénieux < Lat. ingeniosus < ingenium, inborn talent : in-, in + gignere, to beget.] —in·gen'ious·ly adv. —in·gen'ious·ness n.
in·gé·nue (ăn'zhə-nōō') n. 1. An artless girl or young woman. 2. a. The role of an ingénue in a dramatic production. b. An actress playing an ingénue. [Fr., fem. of ingénu, artless < Lat. ingenuus, ingenuous.]
in·ge·nu·i·ty (in'jə-nōō'ĭ-tē, -nyōō'-) n., pl. -ties. 1. Inventive skill or imagination; cleverness. 2. Imaginative and clever design or construction. 3. An ingenious or imaginative device. 4. Archaic. Ingenuousness. [Lat. ingenuitas, frankness < ingenuus, ingenuous.]
in·gen·u·ous (in-jĕn'yōō-əs) adj. 1. Without sophistication or worldliness; artless. 2. Openly straightforward or frank; candid. 3. Obs. Ingenious. [Lat. ingenuus, honest, freeborn : in-, in + gignere, to beget.] —in·gen'u·ous·ly adv. —in·gen'u·ous·ness n.
in·gest (in-jĕst') tr.v. -gest·ed, -gest·ing, -gests. To take in ... as if by swallowing. [Lat. ingerere, ingest-, to carry in : in-, in + gerere, to carry.] —in·ges'tion n. —in·ges'tive adj.
in·ges·ta (in-jĕs'tə) pl.n. Ingested matter, esp. food. [NLat., neuter pl. of Lat. ingestus, p.part. of ingerere, to carry in. —see INGEST.]
in·gle (ĭng'gəl) n. 1. A fire upon a hearth. 2. A fireplace.
in·gle·nook (ĭng'gəl-nŏŏk') n. 1. A nook or corner beside an open fireplace. 2. A bench placed in an inglenook. [Sc. ingle < Gael. aingeal.]
in·glo·ri·ous (in-glôr'ē-əs, -glōr'-) adj. 1. Not glorious. 2. Ignominious; dishonorable. [Lat. inglorius : in-, not + gloria, glory.] —in·glo'ri·ous·ly adv. —in·glo'ri·ous·ness n.
in·got (ĭng'gət) n. 1. A mass of metal shaped for convenience in storage or transportation. 2. A casting mold for metal. [ME, mold for casting metal, alteration of OFr. lingot, metal ...]

in·grain (in-grān') tr.v. -grained, -grain·ing, -grains. 1. To impress indelibly on the mind or nature; infuse. 2. Archaic. To dye or stain into the fiber of. —adj. 1. Deeply rooted; instilled. 2. Dyed in the yarn before weaving or knitting. 3. Made of fiber or yarn dyed before weaving. Used esp. of rugs. —n. 1. Yarn or fiber dyed before manufacture. 2. An article made of ingrained yarns, as carpets.
in·grained (in-grānd') adj. 1. Worked deeply into the texture or fiber. 2. Firmly established; deep-seated.
in·grate (ĭn'grāt') n. An ungrateful person. [ME ingrat, ungrateful < Lat. ingratus : in-, not + gratus, pleasing, thankful.]
in·gra·ti·ate (in-grā'shē-āt') tr.v. -at·ed, -at·ing, -ates. To make an effort to insinuate (oneself) into the good graces or favor of another. [IN- (in) + Lat. gratia, favor < gratus, pleasing.] —in·gra'ti·at'ing·ly adv. —in·gra'ti·a'tion n. —in·gra'ti·a·to'ry (-shē-ə-tôr'ē, -tōr'ē) adj.
in·grat·i·tude (in-grăt'ĭ-tōōd', -tyōōd') n. Lack of gratitude; ungratefulness. [ME < OFr. < LLat. ingratitudo < ingratus, ungrateful. —see INGRATE.]
in·gre·di·ent (in-grē'dē-ənt) n. Something that is an element in a mixture or compound; constituent. [ME < Lat. ingrediens, pr.part. of ingredi, to enter : in-, in + gradi, to step.]
in·gress (ĭn'grĕs') n. 1. Also in·gres·sion (in-grĕsh'ən). A going in or entering. 2. The right or permission to enter. [ME ingresse < Lat. ingressus < p.part. of ingredi, to enter. —see INGREDIENT.]
in·gres·sive (in-grĕs'ĭv) adj. 1. Of, pertaining to, or involving ingress. 2. Inchoative (sense 2). —in·gres'sive n. —in·gres'sive·ness n.
in-group (ĭn'grōōp') n. Informal. A group united by common beliefs, attitudes, and interests and characteristically excluding outsiders.
in·grow·ing (ĭn'grō'ĭng) adj. Growing inward.
in·grown (ĭn'grōn') adj. 1. Grown abnormally into the flesh: an ingrown toenail. 2. Grown within; innate.
in·growth (ĭn'grōth') n. 1. The act of growing inward. 2. Something that grows inwards.
in·gui·nal (ĭng'gwə-nəl) adj. Of, relating to, or located in the groin. [Lat. inguinalis < inguen, groin.]
in·gur·gi·tate (in-gûr'jĭ-tāt') tr.v. -tat·ed, -tat·ing, -tates. To swallow greedily or in excessive amounts; guzzle. [Lat. ingurgitare, ingurgitat- : in-, in + gurges, whirlpool.] —in·gur'gi·ta'tion n.
in·hab·it (in-hăb'ĭt) v. -it·ed, -it·ing, -its. —tr. 1. To reside in. 2. To be present in: an old stadium inhabited with the spirits of great stars of bygone days. —intr. Archaic. To dwell. [ME enhabiten < OFr. enhabiter < Lat. inhabitare : in-, in + habitare, to dwell, freq. of habēre, to have.] —in·hab'it·a·bil'i·ty n. —in·hab'it·a·ble adj. —in·hab'i·ta'tion n. —in·hab'it·er n.
in·hab·i·tan·cy (in-hăb'ĭ-tən-sē) n., pl. -cies. Occupancy.
in·hab·i·tant (in-hăb'ĭ-tənt) n. A permanent resident.
in·hab·it·ed (in-hăb'ĭ-tĭd) adj. Having inhabitants; populated.
in·ha·lant (in-hā'lənt) adj. Used in or for inhaling. —n. Something that is inhaled, as a medicine.
in·ha·la·tion (ĭn'hə-lā'shən) n. The act or an instance of inhaling.
in·ha·la·tor (ĭn'hə-lā'tər) n. A device that produces a vapor to ease breathing or to medicate by inspiration.
in·hale (in-hāl') v. -haled, -hal·ing, -hales. —tr. To draw in by breathing. —intr. To breathe in. [Lat. inhalare : in-, in + halare, to breath.]
in·hal·er (in-hā'lər) n. 1. One that inhales. 2. An inhalator. 3. A respirator.
in·har·mon·ic (ĭn'här-mŏn'ĭk) adj. Not harmonic; discordant.
in·har·mo·ni·ous (ĭn'här-mō'nē-əs) adj. 1. Not in harmony; discordant. 2. Not in accord or agreement. —in'har·mo'ni·ous·ly adv. —in'har·mo'ni·ous·ness n.
in·here (in-hîr') intr.v. -hered, -her·ing, -heres. To be inherent or innate. [Lat. inhaerēre : in, in + haerēre, to stick.] —in·her'ence (-hîr'əns, -hĕr'-), in·her'en·cy n.
in·her·ent (in-hîr'ənt, -hĕr'-) adj. Existing as an essential constituent or characteristic; intrinsic. [Lat. inhaerens, inhaerent-, pr.part. of inhaerēre, to inhere.] —in·her'ent·ly adv.
in·her·it (in-hĕr'ĭt) v. -it·ed, -it·ing, -its. —tr. 1. To come into possession of; possess. 2. To receive (property) from an ancestor or another person by legal succession or will. 3. Biol. To receive genetically from an ancestor. —intr. To hold or take possession of an inheritance. [ME enheriten, to make (someone) an heir < OFr. enheriter < LLat. inhereditare : Lat. in-, in + Lat. heres, heir.] —in·her'i·tor n. —in·her'i·trix (-ĭ-trĭks) n.
in·her·it·a·ble (in-hĕr'ĭ-tə-bəl) adj. 1. Capable of inheriting; having the right to inherit. 2. Capable of being inherited.
in·her·i·tance (in-hĕr'ĭ-təns) n. 1. The act of inheriting. 2. Something that is inherited or is to be inherited. 3. Something regarded as a heritage: the cultural inheritance of Rome. 4. Biol. a. The process of genetic transmission of characteristics. b. A characteristic so inherited.
inheritance tax n. A tax on inherited property.
in·hib·it (in-hĭb'ĭt) tr.v. -it·ed, -it·ing, -its. 1. To restrain or hold back; prevent. 2. To prohibit; forbid. [ME inhibiten, to forbid < Lat. inhibitus, p.part. of inhibēre, to restrain : in-, in



**ingot**
Steel ingots

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 2134 of 2960



+ *habēre,* to have.] **—in·hib'it·a·ble** *adj.* **—in·hib'it·er** *n.* **—in·hib'i·tive, in·hib'i·to'ry** (-tôr'ē, -tōr'ē) *adj.*

**in·hi·bi·tion** (ĭn'hə-bĭsh'ən, ĭn'ə-) *n.* **1.** The act of inhibiting or the state of being inhibited. **2. a.** Restraint of a behavioral process or the condition inducing such restraint. **b.** The process by which the superego prevents conscious expression of an instinct.

**in·hib·i·tor** (ĭn-hĭb'ĭ-tər) *n.* **1.** A substance used to retard or halt an undesirable reaction, as rusting. **2.** One that inhibits.

**in·hos·pi·ta·ble** (ĭn-hŏs'pĭ-tə-bəl, ĭn'hŏ-spĭt'ə-bəl) *adj.* **1.** Displaying no hospitality; unfriendly. **2.** Not affording shelter or sustenance; barren. **—in·hos'pi·ta·ble·ness, in·hos'pi·tal'i·ty** *n.* **—in·hos'pi·ta·bly** *adv.*

**in-house** (ĭn'hous') *adj.* Being or coming from within an organization: *in-house counsel.*

**in·hu·man** (ĭn-hyōō'mən) *adj.* **1. a.** Lacking kindness or pity; brutal. **b.** Deficient in emotional warmth; cold. **2.** Not in accord with human needs: *an inhuman environment.* **3.** Not of ordinary human form; monstrous. [Lat. *inhumanus* : *in-,* not + *humanus,* human.] **—in·hu'man·ly** *adv.* **—in·hu'man·ness** *n.*

**in·hu·mane** (ĭn'hyōō-mān') *adj.* Lacking in pity or compassion. **—in'hu·mane'ly** *adv.*

**in·hu·man·i·ty** (ĭn'hyōō-măn'ĭ-tē) *n., pl.* **-ties. 1.** Lack of pity or compassion. **2.** An inhuman or cruel act.

**in·hume** (ĭn-hyōōm') *tr.v.* **-humed, -hum·ing, -humes.** To place in a grave; inter. [Lat. *inhumare* : *in-,* in + *humus,* earth.] **—in'hu·ma'tion** *n.* **—in·hum'er** *n.*

**in·im·i·cal** (ĭn-ĭm'ĭ-kəl) *adj.* **1.** Injurious or harmful in effect; adverse: *habits inimical to good health.* **2.** Unfriendly; hostile: *a cold and inimical voice.* [LLat. *inimicalis* < Lat. *inimicus,* enemy. —see ENEMY.]

**in·im·i·ta·ble** (ĭn-ĭm'ĭ-tə-bəl) *adj.* Defying imitation; matchless. **—in·im'i·ta·bil'i·ty** *n.* **—in·im'i·ta·bly** *adv.*

**in·iq·ui·tous** (ĭ-nĭk'wĭ-təs) *adj.* Of or characterized by iniquity; wicked. **—in·iq'ui·tous·ly** *adv.* **—in·iq'ui·tous·ness** *n.*

**in·iq·ui·ty** (ĭ-nĭk'wĭ-tē) *n., pl.* **-ties. 1.** Wickedness; sinfulness. **2.** A grossly immoral act; sin. [ME *iniquite* < OFr. < Lat. *iniquitas* < *iniquus,* unjust, harmful : *in-,* not + *aequus,* equal.]

**in·i·tial** (ĭ-nĭsh'əl) *adj.* **1.** Occurring at the very beginning; first. **2.** Denoting the first letter or letters of a word. *—n.* **1.** Often **initials.** The first letter or letters of a person's name or names, used as a shortened signature or for identification. **2.** The first letter of a word. **3.** A large, often highly decorated letter set at the beginning of a chapter, verse, paragraph. *—tr.v.* **-tialed, -tial·ing, -tials** also **-tialled, -tial·ling, -tials.** To mark or sign with initials. [Lat. *initialis* < *initium,* beginning < *initus,* p.part. of *inire,* to enter : *in-,* in + *ire,* to go.] **—in·i'tial·ly** *adv.*

**in·i·tial·ize** (ĭ-nĭsh'ə-līz') *tr.v.* **-ized, -iz·ing, -iz·es.** *Computer Sci.* To set to a starting position or value. **—in·i'tial·i·za'tion** *n.* **—in·i'tial·iz'er** *n.*

**initial teaching alphabet** *n.* An alphabet with 44 symbols each of which represents a single sound that is used to teach beginning reading of English.

**in·i·ti·ate** (ĭ-nĭsh'ē-āt') *tr.v.* **-at·ed, -at·ing, -ates. 1.** To cause to begin: *initiated an advertising campaign.* **2.** To introduce (a person) to a new field, interest, skill, or activity. **3.** To admit into membership, as with ceremonies or ritual. *—adj.* (-ĭt). Initiated. *—n.* (-ĭt). **1.** One who has been initiated. **2.** A novice; beginner. [Lat. *initiare, initiat-* < *initium,* beginning. —see INITIAL.] **—in·i'ti·a'tor** *n.*

**in·i·ti·a·tion** (ĭ-nĭsh'ē-ā'shən) *n.* **1. a.** The act or an instance of initiating. **b.** The condition of being initiated. **2.** A ceremony, ritual, test, or period of instruction with which a new member is admitted to an organization or office or to knowledge.

**in·i·tia·tive** (ĭ-nĭsh'ə-tĭv) *n.* **1.** The power, ability, or instinct to begin or to follow through energetically with a plan or task; enterprise and determination. **2.** The first step; opening move: *take the initiative.* **3. a.** The power or right to introduce a new legislative measure. **b.** The right and procedure by which citizens can propose a law by petition and ensure its submission to the electorate. *—adj.* **1.** Of or pertaining to initiation. **2.** Used to initiate; initiatory. *—Idiom.* **on (one's) own initiative.** Without prompting or direction from others; on one's own. **—in·i'tia·tive·ly** *adv.*

**in·i·ti·a·to·ry** (ĭ-nĭsh'ē-ə-tôr'ē, -tōr'ē) *adj.* **1.** Introductory; initial. **2.** Used to initiate; initiative.

**in·ject** (ĭn-jĕkt') *tr.v.* **-ject·ed, -ject·ing, -jects. 1.** To force or drive (a fluid) into something: *inject fuel into an engine cylinder.* **2. a.** *Med.* To introduce (a fluid) into the skin, subcutaneous tissue, muscle, blood vessels, or a bodily cavity. **b.** To introduce a fluid into: *injected the patient with digitalis.* **3.** To introduce into conversation or consideration: *inject a note of humor into the negotiations.* **4.** To place into an orbit, trajectory, or stream. [< Lat. *injectus,* p.part. of *inicere,* to put in : *in-,* in + *jacere,* to throw.] **—in·jec'tor** *n.*

**in·jec·tion** (ĭn-jĕk'shən) *n.* **1.** The act of injecting. **2.** A fluid that is injected, esp. a dose of liquid medicine.

**in·ju·di·cious** (ĭn'jōō-dĭsh'əs) *adj.* Lacking or showing a lack of judgment or discretion; unwise. **—in'ju·di'cious·ly** *adv.* **—in'ju·di'cious·ness** *n.*

**in·junc·tion** (ĭn-jŭngk'shən) *n.* **1.** The act or an instance of enjoining; a command, directive, or order. **2.** *Law.* A court order enjoining or prohibiting a party from a specific cour[se] of action. [LLat. *injunctio,* command < Lat. *injunctu[s],* p.part. of *injungere,* to enjoin : *in-,* in + *jungere,* to joi[n].] **—in·junc'tive** *adj.*

**in·jure** (ĭn'jər) *tr.v.* **-jured, -jur·ing, -jures. 1.** To cause phy[s]ical harm to; hurt. **2.** To cause damage to; impair. **3.** T[o] cause distress to; wound: *injured his feelings.* **4.** To comm[it] an injustice or offense against; wrong. [Back-formation [of] INJURY.] **—in'jur·er** *n.*

***Synonyms:*** *injure, harm, hurt, damage, impair, ma[r], spoil, wound.* These verbs refer to acts causing loss in so[me] respect. *Injure* has the widest range. With respect to pe[r]sons, it can refer to acts that adversely affect health, appea[r]ance, feelings, or reputation or that do injustice accordi[ng] to law. Applied to things, it implies an act that lowers valu[e]. *Harm* and *hurt* refer principally to what causes physical [or] mental distress to living things or diminishes the worth [of] inanimate objects. *Damage* usually implies injury to repu[ta]tion or status or injury that decreases the value of proper[ty]. *Impair* refers to what diminishes the quality of health or [the] strength or utility of things. *Mar* applies principally to a[cts] that injure things, either physically by disfiguring or figu[ra]tively by depriving them of highest quality. *Spoil* refers bo[th] to destroying the usefulness or value of things and to ca[us]ing harm to human character or personality through over[in]dulgence. *Wound* refers to causing either physical injury [to] persons or animals or mental distress to persons.

**in·ju·ri·ous** (ĭn-jŏŏr'ē-əs) *adj.* **1.** Causing or tending to ca[use] injury; harmful. **2.** Slanderous; libelous. **—in·ju'ri·ous[ly]** *adv.* **—in·ju'ri·ous·ness** *n.*

**in·ju·ry** (ĭn'jə-rē) *n., pl.* **-ries. 1.** Damage of or to a pers[on,] property, reputation, or thing. **2.** A wound or other spec[ific] damage. **3.** *Law.* A wrong or damage done to another p[er]son or to his property, reputation, or rights when caused [by] the wrongful act of another. **4.** *Obs.* An insult. [ME *injur[ie]* AN < Lat. *injuria,* a wrong < *injurius,* unjust : *in-,* not < [*jus,*] law.]

**in·jus·tice** (ĭn-jŭs'tĭs) *n.* **1.** Lack of justice; violation of [an]other's rights or of what is right. **2.** A specific unjust [act;] wrong. [ME < OFr. < Lat. *injustitia* < *injustus,* unjust : [*in-,*] not + *justus,* just.]

***Synonyms:*** *injustice, injury, wrong, grievance.* Th[ese] nouns denote acts or conditions that cause persons to su[ffer] hardship or loss undeservedly. *Injustice* refers to violatio[n of] a person's rights. *Injury* is damage or hurt, suffered thro[ugh] violation of one's rights, for which he can seek legal red[ress]. *Wrong,* in a legal sense, refers to what violates the right[s of] an individual or adversely affects the public welfare. In [a] general sense, *wrong* is an intensification of *injustice. G[riev]ance* refers to an act or condition that is regarded [as a] wrong and gives rise to a complaint.

**ink** (ĭngk) *n.* **1.** A pigmented liquid or paste used esp[. in] writing or printing. **2.** A dark liquid secreted by cuttl[efish] and other cephalopods. *—tr.v.* **inked, ink·ing, inks.** To m[ark] or stain with ink. [ME *inke* < OFr. *enque* < LLat. *encaus[tum],* purple ink < Gk. *enkauston* < *enkaiein,* to paint in encau[stic.] —see ENCAUSTIC.] **—ink'i·ness** *n.* **—ink'y** *adj.*

**ink·ber·ry** (ĭngk'bĕr'ē) *n.,* **1.** A shrub, *Ilex glabra,* of ea[stern] North America, having black, berrylike fruit. **2.** Pokew[eed]. **3.** The fruit of an inkberry.

**ink·blot** (ĭngk'blŏt') *n.* **1.** A blotted pattern of spilled [ink]. **2.** A pattern resembling an inkblot and used in the [Ror]schach test.

**ink·horn** (ĭngk'hôrn') *n.* A small container made of ho[rn or] similar material, formerly used to hold writing ink. [—adj.] Pedantic; recondite: *inkhorn words.*

**ink·ling** (ĭngk'lĭng) *n.* **1.** A hint or intimation. **2.** A [vague] idea or notion. [Perh. < ME *inklen,* to mention.]

**ink sac** *n. Biol.* An organ, containing ink, located nea[r the] rectum in some cephalopods.

**ink·stand** (ĭngk'stănd') *n.* **1.** A tray or rack for bottles o[f ink,] pens, and other writing implements. **2.** An inkwell.

**ink·well** (ĭngk'wĕl') *n.* A small reservoir for ink.

**inky cap** (ĭngk'ē) *n.* Any of various mushrooms of the [genus] *Coprinus,* having gills that dissolve into a dark liqu[id after] maturing.

**in·lace** (ĭn-lās') *v.* Variant of **enlace.**

**in·laid** (ĭn'lād') *adj.* **1.** Set into a surface in a decorativ[e pat]tern. **2.** Decorated with a pattern set into a surface.

**in·land** (ĭn'lənd) *adj.* **1.** Of, pertaining to, or located [in the] interior part of a country or region. **2.** Operating or [occurr]ing within the borders of a country or region; dom[estic:] *inland tariffs.* *—adv.* In, toward, or into the interio[r of a] country or region. *—n.* (-lănd', -lənd). The interio[r of a] country or region. **—in'land'er** *n.*

**in-law** (ĭn'lô') *n.* A relative by marriage. [Back-forma[tion from] such compounds as *mother-in-law.*]

**in·lay** (ĭn-lā', ĭn'lā') *tr.v.* **-laid, -lay·ing, -lays. 1. a.** [To set] (pieces of ivory, for example) into a surface, usually [at the] same level, to form a design. **b.** To decorate by sett[ing in] such designs. **2.** To insert (a photograph, for ex[ample]) within a mat in a book. *—n.* (ĭn'lā'). **1.** Contrasting m[aterial] set into a surface in pieces to form a design. **2.** A [design,] pattern, or decoration made by inlaying. **3.** A solid [filling,] as of gold or porcelain, fitted to a cavity in a too[th and] cemented in place. **—in·lay'er** *n.*



inkstand
18th-century English



inlay
1st-century B.C. Roman mosaic

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION

IEEE
Published by
Standards Information Network
IEEE Press

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition

LIBRARY
MAY 12 2006
SIMPSON THACHER & BARTLETT LLP

IEEE
Published by
Standards Information Network
IEEE Press

[redacted]

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2* *SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
p. cm.
ISBN 0-7381-2601-2 (paperback : alk. paper)
1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21 00-050601

iciency, but is beginning to saturate. on No. 2 comes into operation, thereby ınce presented to Section No. 1, which dditional power into the load until, at ıt, both sections are operating at peak section is delivering one-half the total oad. *See also:* amplifier.
(AP/ANT) 145-1983s

er "S". (C/PA) 9945-2-1993

rack.

·ay antenna* *See:* Dolph-Chebyshev

tribution A set of excitation coefficients inear array antenna such that the array sed as a Chebyshev polynomial.
(AP/ANT) 145-1993

-specific scoping mechanism that defines nat can potentially communicate via the ıodel. Specifically, the term Domain shall ng type PubSubDomain.
(IM/ST) 1451.1-1999

et of all possible values that can be taken nt variable. **(B)** In a relational data model, ble values that can be taken on by some ıple, the domain of a three-digit positive 2, 003, ..., 999]. (C) 610.5-1990

:e. (C/SE) 1517-1999

ıe class. (C/SE) 1320.2-1998

) The analysis of systems within a domain nonalities and differences among them. by which information used in developing s identified, captured, and organized so that to create new systems, within a domain. the process in (A) and (B).
(C/SE) 1517-1999

·e A generic, organizational structure or de- systems in a domain. The domain architec- designs that are intended to satisfy require- in the domain model. The domain ıments design, whereas the domain model rements. A domain architecture: 1) can be : designs for software systems within a do- ovides a framework for configuring assets l software systems. (C/SE) 1517-1999

The process of determining the scope and domain. The result of the process.
(C/SE) 1517-1999

A party that performs domain engineering ding domain analysis, domain design, and d asset maintenance). (C/SE) 1517-1999

ing A reuse-based approach to defining the ıain definition), specifying the structure (i.e., :ture), and building the assets (e.g., require- software code, documentation) for a class of stems, or applications. Domain engineering e following activities: domain definition, do- developing the domain architecture, and do- ıtation. (C/SE) 1517-1999

An individual who is intimately familiar with d can provide detailed information to the do- s. (C/SE) 1517-1999

The result of dividing the total number of val- one valid sample and one invalid sample of input data items (external messages, opera- cal data) have been correctly processed, by the of modules. *Note:* This definition assumes the ıre essentially the same size.
(C/SE) 730-1998

A product of domain analysis that provides ı of the requirements of the domain. The do-



model identifies and describes the structure of data, flow of information, functions, constraints, and controls within the domain that are included in software systems in the domain. The domain model describes the commonalities and variabilities among requirements for software systems in the domain.
(C/SE) 1517-1999

**domain of applicability** For a system element, the range, set, or set of ranges of intrinsic dates that can be represented, stored, manipulated, and processed invariantly within the system element. (C/PA) 2000.1-1999

**dominant mode (waveguide)** In a uniform waveguide, the propagating mode with the lowest cutoff frequency.
(MTT) 146-1980w

**dominant mode of propagation** The mode of propagation with the lowest cutoff frequency. For a planar transmission line containing at least two disjoint conductors, the cutoff frequency can be zero. In this limit, the dominant mode reduces to a static electromagnetic field pattern and is also called the fundamental mode. For a planar transmission line with more than two conductors, there is more than one fundamental mode. (MTT) 1004-1987w

**dominant wave (uniconductor waveguide)** The guided wave having the lowest cutoff frequency. *Note:* It is the only wave that will carry energy when the excitation frequency is between the lowest cutoff frequency and the next higher cutoff frequency. *See also:* guided wave; waveguide.

**dominant wavelength (1) (television) (colored light, not purple)** The wavelength of the spectrum light that, when combined in suitable proportions with the specified achromatic light, yields a match with the light considered. *Note:* When the dominant wavelength cannot be given (this applies to purples), its place is taken by the complementary wavelength.
(BT/AV) 201-1979w

**(2)** (of a light) The wavelength of radiant energy of a single frequency that, when combined in suitable proportion with the radiant energy of a reference standard, matches the color of light. (EEC/IE) [126]

**done_correct** A status code that is returned when a transaction is completed without errors. On many buses, the done_correct status is implicitly assumed when no error-status codes are observed. (C/MM) 1212-1991s

**Donnan potential (electrobiology)** The potential difference across an inert semipermeable membrane separating mixtures of ions, attributed to differential diffusion. *See also:* electrobiology. (EMB) [47]

**donor** *See:* semiconductor.

**don't care value (1)** The enumeration literal '-' of the type STD_ULOGIC defined by IEEE Std 1164-1993.
(C/DA) 1076.3-1997

**(2)** The enumeration literal '-' of the type STD_ULOGIC (or subtype STD_LOGIC) defined by IEEE Std 1164-1993.
(C/DA) 1076.6-1999

**do-nothing instruction** *See:* dummy instruction.

**do-nothing operation** *See:* no-operation.

**door (gate closer)** A device that closes a manually opened hoistway door, a car door, or gate by means of a spring or by gravity. *See also:* hoistway. (EEC/PE) [119]

**door contact (burglar-alarm system)** An electric contacting device attached to a door frame and operated by opening or closing the door. *See also:* protective signaling.
(PE/EEC) [119]

**door power operator** A device, or assembly of devices, that opens a hoistway door and/or a car door or gate by power other than by hand, gravity, springs, or the movement of the car; and that closes them by power other than by hand, gravity, or the movement of the car. *See also:* hoistway.
(EEC/PE) [119]

**doors closed** A state, as given by trainline signal indication, in which doors are fully closed and locked. (VT) 1475-1999

**doors locked** The condition reached in the door-closing cycle when the drive has achieved a latching condition that will hold doors closed mechanically until a door-opening cycle is initiated. (VT) 1475-1999

**doors open** A state, as given by trainline signal indication, in which doors are not fully closed and locked.
(VT) 1475-1999

**dopant (1) (semiconductor) (acceptor)** An impurity that may induce hole conduction. *Synonym:* impurity. *See also:* semiconductor device.

**(2) (donor) (semiconductor)** An impurity that may induce electron conduction. *See also:* semiconductor device; impurity. (IA) [12]

**doped junction (semiconductor)** A junction produced by the addition of an impurity to the melt during crystal growth. *See also:* semiconductor. (ED) 216-1960w

**Dopen-loop phase angle** *See:* loop phase angle.

**Dopen-shut control system** *See:* on-off control system.

**doping (semiconductor)** Addition of impurities to a semiconductor or production of a deviation from stoichiometric composition, to achieve a desired characteristic. *See also:* semiconductor. (ED) 216-1960w

**doping compensation (semiconductor)** Addition of donor impurities to a p-type semiconductor or of acceptor impurities to an n-type semiconductor. *See also:* semiconductor.
(IA) [12]

**Doppler beam sharpening (DBS)** A form of squint-mode synthetic-aperture radar (SAR) employed in a sector-scanning air-to-ground radar. *Note:* It usually has less resolution than a conventional SAR, since it employs a shorter processing (integration) time and varies this time as a function of beam squint angle so as to keep the resolution constant. Often displayed in near-real time on a plan-position indicator (PPI).
(AES) 686-1997

**Doppler effect (1) (data transmission)** The phenomenon changing the observed frequency of a wave in a transmission system caused by a time rate of change in the effective length of the path of travel between the source and the point of observation. (PE) 599-1985w

**(2)** For an observer, the apparent change in frequency of a wave when there is relative motion between the source and the observer. (AP/PROP) 211-1997

**Doppler filter** A filter used in continuous wave (CW) radar, moving-target indication (MTI), or pulsed-Doppler radars for the purpose of separating moving target echo signals from stationary clutter echo signals. Also may be used to separate one moving target from another moving target due to a different Doppler frequency shift. (AES) 686-1997

**Doppler-inertial navigation equipment (navigation aid terms)** Hybrid navigation equipment which employs both Doppler navigation radar and inertial sensors.
(AES/GCS) 172-1983w

**Doppler frequency (radio-wave propagation)** Of a wave traveling between a source and a point, the shift in frequency of the wave caused by the change of phase path with time. *Note:* The change may be due to variations in the separation of source and the point or in the refractive index of the intervening medium. (AP) 211-1977s

**Doppler navigator (navigation aid terms)** A self-contained dead reckoning navigation aid transmitting two or more beams of electromagnetic or acoustic energy outward and downward from the vehicle and utilizing the Doppler effect of the reflected energy, a reference direction, and the relationship of the beams to the vehicle to determine speed and direction of motion over the reflecting surface.
(AES/GCS) 172-1983w

**Doppler radar** A radar that utilizes the Doppler effect to determine the radial component of relative radar-target velocity or to select targets having particular radial velocities.
(AES/GCS) 172-1983w, 686-1997

**Doppler shift** The magnitude of the change in the observed frequency of a wave due to the Doppler effect. The unit is the hertz. (SP) [32]

# McGraw-Hill Dictionary of SCIENTIFIC and TECHNICAL TERMS



Sixth Edition

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Sixth Edition

**On the cover: Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meterorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. *(Image copyright © Dr. Luann Becker. Reproduced with permission.)***

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes*, Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology*, McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates*, 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *ADP Glossary*, Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Sixth Edition**

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0 DOW/DOW 0 8 7 6 5 4 3

ISBN 0-07-042313-X

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms--6th ed.
p. cm.
ISBN 0-07-042313-X (alk. paper)
1. Science--Dictionaries. 2. Technology--Dictionaries. I. Title: Dictionary of scientific and technical terms.

Q123.M15 2002
503—dc21 2002026436

**dopa** *See* dihydroxyphenylalanine. { 'dō·pə }

**L-dopa** *See* levodopa. { ¦el 'dō·pə }

**dopamine** [BIOCHEM] $C_8H_{11}O_2N$ An intermediate in epinephrine and norepinephrine biosynthesis; the decarboxylation product of dopa. { 'dō·pə‚mēn }

**dopamine hypothesis** [MED] A theory that explains the pathogenesis of schizophrenia and other psychotic states as due to excesses in dopamine activity in various brain areas. { 'dōp·ə‚mēn hī‚päth·ə·səs }

**dopant** *See* doping agent. { 'dō·pənt }

**dopa oxidase** [BIOCHEM] An enzyme that catalyzes the oxidation of dihydroxyphenylalanine to melanin; occurs in the skin. { 'dō·pə 'äk·sə‚dās }

**dope** [ELECTR] *See* doping agent. [MATER] A cellulose ester lacquer used as an adhesive or a coating. { dōp }

**doped junction** [ELECTR] A junction produced by adding an impurity to the melt during growing of a semiconductor crystal. { ¦dōpt 'jəŋk·shən }

**doped solder** [MET] Solder having an element added to it to ensure retention of a quality of the base metal on which it is used. { ¦dōpt 'säd·ər }

**dope dyeing** *See* solution dyeing. { 'dōp ‚dī·iŋ }

**doping** [ELECTR] The addition of impurities to a semiconductor to achieve a desired characteristic, as in producing an *n*-type or *p*-type material. Also known as semiconductor doping. [ENG] Coating the mold or mandrel with a substance which will prevent the molded plywood part from sticking to it and will facilitate removal. { 'dōp·iŋ }

**doping agent** [ELECTR] An impurity element added to semiconductor materials used in crystal diodes and transistors. Also known as dopant; dope. { 'dōp·iŋ ‚ā·jənt }

**doping compensation** [ELECTR] The addition of donor impurities to a *p*-type semiconductor or of acceptor impurities to an *n*-type semiconductor. { 'dōp·iŋ käm·pən'sā·shən }

**Doppler-averaged cross section** [PHYS] A cross section averaged over the energy of the incident particles and weighted to take into account the Doppler shifts associated with the thermal motions of the target particles. { ¦däp·lər¦av·rijd 'krōs ‚sek·shən }

**Doppler broadening** [SPECT] Frequency spreading that occurs in single-frequency radiation when the radiating atoms, molecules, or nuclei do not all have the same velocity and may each give rise to a different Doppler shift. { 'däp·lər ‚brȯd·ən·iŋ }

**Doppler current meter** [ENG] An acoustic current meter in which a collimated ultrasonic signal of known frequency is projected into the water and the reverberation frequency is measured; the difference in frequencies (Doppler shift) is proportional to the speed of water traveling past the meter. { 'däp·lər ‚kər·ənt ‚mēd·ər }

**Doppler effect** [PHYS] The change in the observed frequency of an acoustic or electromagnetic wave due to relative motion of source and observer. { 'däp·lər i‚fekt }

**Doppler-free spectroscopy** [SPECT] Any of several techniques which make use of the intensity and monochromatic nature of a laser beam to overcome the Doppler broadening of spectral lines and measure their wavelengths with extremely high accuracy. { däp·lər ‚frē spek'träs·kə·pē }

**Doppler-free two-photon spectroscopy** [SPECT] A version of Doppler free spectroscopy in which the wavelength of a transition induced by the simultaneous absorption of two photons is measured by placing a sample in the path of a laser beam reflected on itself, so that the Doppler shifts of the incident and reflected beams cancel. { däp·lər ‚frē ¦tü ¦fō‚tän spek'träs·kə·pē }

**Doppler frequency** *See* Doppler shift. { däp·lər ‚frē·kwən·sē }

**Dopplergram** [ASTRON] An image of the sun showing line-of-sight (approaching and receding) gas motions, obtained using a spectroheliograph that has been modified to use the Doppler effect. { 'däp·lər‚gram }

**Doppler-inertial navigation equipment** [NAV] Navigation equipment utilizing an inertial navigator and a Doppler navigator in combination so that inherent weaknesses of both systems will be bolstered to increase the reliability of the resultant navigational information. { 'däp·lər ə'nər·shəl ‚nav·ə'gā·shən i‚kwip·mənt }

**dopplerite** [GEOL] A naturally occurring gel of humic acids found in peat bogs or where an aqueous extract from a low-rank coal can collect. { 'däp·lə‚rīt }

**Doppler lidar** [OPTICS] A type of lidar that measures the frequency shift of the scattered laser pulse; this frequency shift is proportional to the velocity of the scatterer along the propagation path. { 'dop·lər 'lī‚där }

**Doppler navigation** [NAV] Dead reckoning performed automatically by a device which gives a continuous indication of position by integrating the speed and the crab angle of the aircraft as derived from measurement of the Doppler effect of echoes from directed beams of radiant energy transmitted from the craft. { 'däp·lər ‚nav·ə'gā·shən }

**Doppler radar** [ENG] A radar that makes use of the Doppler shift of an echo due to relative motion of target and radar to differentiate between fixed and moving targets and measure target velocities. { 'däp·lər 'rā‚där }

**Doppler range** *See* doran. { 'däp·lər ‚rānj }

**Doppler shift** [PHYS] The amount of the change in the observed frequency of a wave due to Doppler effect, usually expressed in hertz. Also known as Doppler frequency. { 'däp·lər ‚shift }

**Doppler sonar** [ENG] Sonar based on Doppler shift measurement technique. Abbreviated DS. { 'däp·lər 'sō‚när }

**Doppler spectroscopy** [SPECT] A technique for measuring the speed with which an object is moving toward or away from the observer by measuring the amount that light from the object is shifted to a higher or lower frequency by the Doppler effect. { ‚däp·lər spek'träs·kə·pē }

**Doppler tracking** [ENG] Tracking of a target by using Doppler radar. { 'däp·lər ‚trak·iŋ }

**Doppler ultrasonic flowmeter** [ENG] An instrument for determining the velocity of fluid flow from the Doppler shift of high-frequency sound waves reflected from particles or discontinuities in the flowing fluid. { 'däp·lər əl·trə'sän·ik 'flō‚mēd·ər }

**Doppler velocity and position** [NAV] A continuous-wave trajectory-measuring system using the Doppler effect caused by a target moving relative to a ground transmitter and receiving station. Abbreviated Dovap. { 'däp·lər və'lä·səd·ē ən pə'zish·ən }

**Doppler VOR** [NAV] A ground-based navigational aid operating at very high frequency and using a wide-aperture radiation system to reduce azimuth errors caused by reflection from terrain and other obstacles; makes use of the Doppler principle to solve the problem of ambiguity that arises from the use of a radiation system with apertures that exceed one-half wavelength; the system is so designed that its signals may be received on the equipment used for the narrow-aperture VOR (very-high-frequency omnidirectional radio range). { 'däp·lər ¦vē¦ō'är }

**DOP test** *See* dioctyl phthalate test. { 'däp ‚test }

**Doradidae** [VERT ZOO] A family of South American catfishes in the suborder Siluroidei. { də'ra·də‚dē }

**Dorado** [ASTRON] A constellation of the southern hemisphere, right ascension 5 hours, declination 65° south. Also known as Swordfish. { də'rä·dō }

**30 Doradus** *See* Loop Nebula. { ¦thər·dē də'rä·dəs }

**doran** [ENG] A Doppler ranging system that uses phase comparison of three different modulation frequencies on the carrier wave, such as 0.01, 0.1, and 1 megahertz, to obtain missile range data with high accuracy. Derived from Doppler range. { 'dȯ‚rän }

**doraphobia** [PSYCH] An abnormal fear of touching animal skin or fur. { ‚dȯr·ə'fō·bē·ə }

**dore** [MET] Gold and silver bullion remaining in a cupeling furnace after removal of the oxidized lead. { də'rā }

**Dorilaidae** [INV ZOO] The big-headed flies, a family of cyclorrhaphous dipteran insects in the series Aschiza. { dȯ ə'lā·ə‚dē }

**Dorippidae** [INV ZOO] The mask crabs, a family of brachyuran decapods in the subsection Oxystomata. { də'rip·ə‚dē }

**dormancy** [BOT] A state of quiescence during the development of many plants characterized by their inability to grow, though continuing their morphological and physiological activities. { 'dȯr·mən·sē }

**dormant bud** *See* latent bud. { 'dȯr·mənt 'bəd }

**dormer window** [BUILD] An extension of an attic room through a sloping roof to accommodate a vertical window. { 'dȯr·mər 'win·dō }


AMERICA'S BEST-SELLING DICTIONARY
Merriam-Webster's Collegiate® Dictionary
Eleventh Edition
New Ways to Find the Words You Need Today
AN ENCYCLOPÆDIA BRITANNICA® COMPANY

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2003 by Merriam-Webster, Incorporated

First Printing 2003

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12TT:QWV03

A MERI
DIC
new Eleve
Collegiate
revolution
reference
Three inte
CD-ROM
to the new
fast and ea
you need i

This all-n

- 225,0
- 165,0
- 10,00
- 94,00
- 40,00
- 38,00
- 12,00
- 7,500
- 6,000
- 4,000
- 3,000
- 700 pi
- 700 fo

Completely
Merriam-W
Eleventh Ed
college-leve



**ad·i·po·cere** \'a-də-pə-ˌsir\ *n* [modif. of F *adipocire*, fr. *adip-* + *cire* wax, fr. L *cera* — more at CERUMEN] (1803) : a waxy substance consisting chiefly of fatty acids and calcium soaps that is formed during decomposition of dead body fat in moist or wet anaerobic conditions

**ad·i·po·cyte** \'a-di-pō-ˌsīt\ *n* (1959) : FAT CELL

**ad·i·pose** \'a-də-ˌpōs\ *adj* [NL *adiposus*, fr. L *adip-*, *adeps*] (1743) : of or relating to animal fat; *broadly* : FAT — **ad·i·pos·i·ty** \ˌa-də-'pä-sə-tē\ *n*

**adipose tissue** *n* (1854) : connective tissue in which fat is stored and which has the cells distended by droplets of fat

**Ad·i·ron·dack chair** \ˌa-də-'rän-ˌdak-\ *n* [*Adirondack* Mountains, N.Y.] (1945) : a wooden lawn chair with a high slatted back, broad arms, and a seat that is lower in the back than the front

**ad·it** \'a-dət\ *n* [L *aditus* approach, fr. *adire* to go to, fr. *ad-* + *ire* to go — more at ISSUE] (1602) : a nearly horizontal passage from the surface in a mine

**ADIZ** *abbr* air defense identification zone

**adj** **1** adjective **2** adjunct **3** adjustment **4** adjutant

**ad·ja·cen·cy** \ə-'jā-sᵊn(t)-sē\ *n, pl* **-cies** (1646) **1** : something that is adjacent **2** : the quality or state of being adjacent : CONTIGUITY

**ad·ja·cent** \ə-'jā-sᵊnt\ *adj* [ME, fr. AF or L; AF, *ajesaunt*, fr. L *adjacent-*, *adjacens*, prp. of *adjacēre* to lie near, fr. *ad-* + *jacēre* to lie; akin to L *jacere* to throw — more at JET] (15c) **1 a** : not distant : NEARBY ⟨the city and ~ suburbs⟩ **b** : having a common endpoint or border ⟨~ lots⟩ ⟨~ sides of a triangle⟩ **c** : immediately preceding or following **2** *of two angles* : having the vertex and one side in common — **ad·ja·cent·ly** *adv*

***syn*** ADJACENT, ADJOINING, CONTIGUOUS, JUXTAPOSED mean being in close proximity. ADJACENT may or may not imply contact but always implies absence of anything of the same kind in between ⟨a house with an *adjacent* garage⟩. ADJOINING definitely implies meeting and touching at some point or line ⟨had *adjoining* rooms at the hotel⟩. CONTIGUOUS implies having contact on all or most of one side ⟨offices in all 48 *contiguous* states⟩. JUXTAPOSED means placed side by side esp. so as to permit comparison and contrast ⟨a skyscraper *juxtaposed* to a church⟩.

**ad·jec·ti·val** \ˌa-jik-'tī-vəl\ *adj* (1797) **1** : ADJECTIVE **2** : characterized by the use of adjectives — **ad·jec·ti·val·ly** \-və-lē\ *adv*

[1]**ad·jec·tive** \'a-jik-tiv *also* 'a-jə-tiv\ *adj* [ME, fr. AF or LL; AF *adjectif*, fr. LL *adjectivus*, fr. L *adjectus*, pp. of *adjicere* to throw to, fr. *ad-* + *jacere* to throw — more at JET] (14c) **1** : of, relating to, or functioning as an adjective ⟨an ~ clause⟩ **2** : not standing by itself : DEPENDENT **3** : requiring or employing a mordant ⟨~ dyes⟩ **4** : PROCEDURAL ⟨~ law⟩ — **ad·jec·tive·ly** *adv*

[2]**adjective** *n* (14c) : a word belonging to one of the major form classes in any of numerous languages and typically serving as a modifier of a noun to denote a quality of the thing named, to indicate its quantity or extent, or to specify a thing as distinct from something else

**ad·join** \ə-'jȯin, a-\ *vb* [ME, fr. AF *ajoindre*, fr. L *adjungere*, fr. *ad-* + *jungere* to join — more at YOKE] *vt* (14c) **1** : to add or attach by joining **2** : to lie next to or in contact with ~ *vi* : to be close to or in contact with one another

**ad·join·ing** *adj* (15c) : touching or bounding at a point or line ***syn*** see ADJACENT

**ad·joint** \'a-ˌjȯint\ *n* [F, fr. pp. of *adjoindre* to adjoin] (1889) : the transpose of a matrix in which each element is replaced by its cofactor

**ad·journ** \ə-'jərn\ *vb* [ME *ajournen*, fr. OF *ajorner* to order to appear in court on a certain day, fr. *a-* (fr. L *ad-*) + *jour* day — more at JOURNEY] *vt* (15c) : to suspend indefinitely or until a later stated time ~ *vi* **1** : to suspend a session indefinitely or to another time or place **2** : to move to another place

**ad·journ·ment** \-mənt\ *n* (1607) **1** : the act of adjourning **2** : the state or interval of being adjourned

**ad·judge** \ə-'jəj\ *vt* **ad·judged; ad·judg·ing** [ME *ajugen*, fr. AF *ajuger*, fr. L *adjudicare*, fr. *ad-* + *judicare* to judge — more at JUDGE] (14c) **1 a** : to decide or rule upon as a judge : ADJUDICATE **b** : to pronounce judicially : RULE **2** *archaic* : SENTENCE, CONDEMN **3** : to hold or pronounce to be : DEEM ⟨~ the book a success⟩ **4** : to award or grant judicially in a case of controversy

**ad·ju·di·cate** \ə-'jü-di-ˌkāt\ *vb* **-cat·ed; -cat·ing** *vt* (1775) : to settle judicially ~ *vi* : to act as judge — **ad·ju·di·ca·tive** \-ˌkā-tiv, -kə-\ *adj* — **ad·ju·di·ca·tor** \-ˌkā-tər\ *n* — **ad·ju·di·ca·to·ry** \-'jü-di-kə-ˌtȯr-ē\ *adj*

**ad·ju·di·ca·tion** \ə-ˌjü-di-'kā-shən\ *n* [F or LL; F, fr. LL *adjudicatio*, fr. L *adjudicare*] (1691) **1** : the act or process of adjudicating **2 a** : a judicial decision or sentence **b** : a decree in bankruptcy

[1]**ad·junct** \'a-ˌjəŋ(k)t\ *n* [L *adjunctum*, fr. neut. of *adjunctus*, pp. of *adjungere*] (1588) **1** : something joined or added to another thing but not essentially a part of it **2 a** : a word or word group that qualifies or completes the meaning of another word or other words and is not itself a main structural element in its sentence **b** : an adverb or adverbial (as *heartily* in "They ate heartily" or *at noon* in "We left at noon") attached to the verb of a clause esp. to express a relation of time, place, frequency, degree, or manner — compare DISJUNCT 2 **3 a** : an associate or assistant of another **b** : an adjunct faculty member at a college or university **4** : ADJUVANT b — **ad·junc·tive** \a-'jəŋ(k)-tiv, ə-\ *adj*

[2]**adjunct** *adj* (1594) **1** : added or joined as an accompanying object or circumstance **2** : attached in a subordinate or temporary capacity to a staff ⟨an ~ professor⟩ — **ad·junct·ly** \'a-ˌjəŋ(k)-tlē, -ˌjəŋk-lē\ *adv*

**ad·junc·tion** \a-'jəŋ(k)-shən\ *n* (1618) : the act or process of adjoining

**ad·ju·ra·tion** \ˌa-jə-'rā-shən\ *n* (1611) **1** : a solemn oath **2** : an earnest urging or advising — **ad·jur·a·to·ry** \ə-'jür-ə-ˌtȯr-ē\ *adj*

**ad·jure** \ə-'jür\ *vt* **ad·jured; ad·jur·ing** [ME, fr. L *adjurare*, fr. *ad-* + *jurare* to swear — more at JURY] (14c) **1** : to command solemnly under or as if under oath or penalty of a curse **2** : to urge or advise earnestly ***syn*** see BEG

**ad·just** \ə-'jəst\ *vb* [ME *ajusten*, fr. OF *ajuster* to make conform, fr. *a-* (fr. L *ad-*) + *juste* right, exact — more at JUST] *vt* (14c) **1 a** : to bring to a more satisfactory state: (1) : SETTLE, RESOLVE (2) : RECTIFY **b** : to make correspondent or conformable : ADAPT **c** : to bring the parts of to a true or more effective relative position ⟨~ a carburetor⟩ **2** : to reduce to a system : REGULATE **3** : to determine the amount to be paid under an insurance policy in settlement of (a loss) ~ *vi* **1** : to adapt or conform oneself (as to new conditions) **2** : to achieve mental and behavioral balance between one's own needs and the demands of others ***syn*** see ADAPT — **ad·just·abil·i·ty** \-ˌjəs-tə-'bi-lə-tē\ *n* — **ad·just·able** \-'jəs-tə-bəl\ *adj* — **ad·jus·tive** \-'jəs-tiv\ *adj*

**adjustable rate mortgage** *n* (1981) : a mortgage having an interest rate which is usu. initially lower than that of a mortgage with a fixed rate but is adjusted periodically according to the cost of funds to the lender

**ad·just·ed** *adj* (1662) **1** : accommodated to suit a particular set of circumstances or requirements **2** : having achieved an often specified and usu. harmonious relationship with the environment or with other individuals ⟨a well-*adjusted* schoolchild⟩

**ad·just·er** *also* **ad·jus·tor** \ə-'jəs-tər\ *n* (1673) : one that adjusts; *esp* : an insurance agent who investigates personal or property damage and makes estimates for effecting settlements

**ad·just·ment** \ə-'jəs(t)-mənt\ *n* (1644) **1** : the act or process of adjusting **2** : a settlement of a claim or debt in a case in which the amount involved is uncertain or full payment is not made **3** : the state of being adjusted **4** : a means (as a mechanism) by which things are adjusted one to another **5** : a correction or modification to reflect actual conditions — **ad·just·men·tal** \ə-ˌjəs(t)-'men-tᵊl, ˌa-ˌjəs(t)-\ *adj*

**ad·ju·tan·cy** \'a-jə-tən(t)-sē\ *n* (1775) : the office or rank of an adjutant

**ad·ju·tant** \'a-jə-tənt\ *n* [L *adjutant-*, *adjutans*, prp. of *adjutare* to help — more at AID] (1539) **1** : a staff officer in the army, air force, or marine corps who assists the commanding officer and is responsible esp. for correspondence **2** : one who helps : ASSISTANT

**adjutant general** *n, pl* **adjutants general** (1645) **1** : the chief administrative officer of an army who is responsible esp. for the administration and preservation of personnel records **2** : the chief administrative officer of a major military unit (as a division or corps)

[1]**ad·ju·vant** \'a-jə-vənt\ *adj* [F or L; F, fr. L *adjuvant-*, *adjuvans*, prp. of *adjuvare* to aid — more at AID] (1574) **1** : serving to aid or contribute : AUXILIARY **2** : assisting in the prevention, amelioration, or cure of disease ⟨~ chemotherapy following surgery⟩

[2]**adjuvant** *n* (1609) : one that helps or facilitates: as **a** : an ingredient (as in a prescription or a solution) that modifies the action of the principal ingredient **b** : something (as a drug or method) that enhances the effectiveness of medical treatment ⟨used chemotherapy as an ~ to surgery⟩ **c** : a substance (as one added to a vaccine) enhancing the immune response to an antigen

**ADL** *abbr* **1** activities of daily living **2** Anti-Defamation League

**Ad·le·ri·an** \äd-'lir-ē-ən, ad-\ *adj* [Alfred *Adler*] (1924) : of, relating to, or being a theory and technique of psychotherapy emphasizing the importance of feelings of inferiority, a will to power, and overcompensation in neurotic processes

[1]**ad–lib** \'ad-'lib\ *vb* **ad–libbed; ad–lib·bing** [*ad lib*] *vt* (1919) : to deliver spontaneously ~ *vi* : to improvise esp. lines or a speech — **ad–lib** *n*

[2]**ad–lib** *adj* (1935) : spoken, composed, or performed without preparation

**ad lib** *adv* [NL *ad libitum*] (1794) **1** : in accordance with one's wishes **2** : without restraint or limit

[1]**ad li·bi·tum** \(ˌ)ad-'li-bə-təm\ *adv* [NL, in accordance with desire] (1610) : AD LIB ⟨rats fed *ad libitum*⟩

[2]**ad libitum** *adj* (ca. 1801) : omissible according to a performer's wishes — used as a direction in music; compare OBBLIGATO

**ad loc** *abbr* [L *ad locum*] to or at the place

**adm** *abbr* administration; administrative

**ADM** *abbr* admiral

**ad·man** \'ad-ˌman\ *n* (1909) : a person who writes, solicits, or places advertisements

**ad·mass** \'ad-ˌmas\ *n, often attrib* [*advertising* + *mass*] (1955) *chiefly Brit* : mass-media advertising; *also* : the society influenced by it

**ad·mea·sure** \ad-'me-zhər, -'mā-\ *vt* **-sured; -sur·ing** [ME *amesuren*, fr. AF *amesurer*, fr. *a-* (fr. L *ad-*) + *mesurer* to measure] (1641) : to determine the proper share of : APPORTION

**ad·mea·sure·ment** \-'me-zhər-mənt, -'mā-\ *n* (1523) **1** : determination and apportionment of shares **2** : determination or comparison of dimensions **3** : DIMENSIONS, SIZE

**Ad·me·tus** \ad-'mē-təs\ *n* [L, fr. Gk *Admētos*] (1567) : a king of Pherae who is saved by Apollo from his fated death when his wife Alcestis offers to die in his place

**admin** *abbr* administration; administrative

**ad·min·is·ter** \əd-'mi-nə-stər\ *vb* **-is·tered; -is·ter·ing** \-st(ə-)riŋ\ [ME *administren*, fr. AF *administrer*, fr. L *administrare*, fr. *ad-* + *ministrare* to serve, fr. *minister* servant — more at MINISTER] *vt* (14c) **1** : to manage or supervise the execution, use, or conduct of ⟨~ a trust fund⟩ **2 a** : to mete out : DISPENSE ⟨~ punishment⟩ **b** : to give ritually ⟨~ the last rites⟩ **c** : to give remedially ⟨~ a dose of medicine⟩ ~ *vi* **1** : to perform the office of administrator **2** : to furnish a benefit : MINISTER ⟨~ to an ailing friend⟩ **3** : to manage affairs — **ad·min·is·tra·ble** \-strə-bəl\ *adj* — **ad·min·is·trant** \-strənt\ *n*

**ad·min·is·trate** \-ˌstrāt\ *vb* **-trat·ed; -trat·ing** [L *administratus*, pp. of *administrare*] (1550) : ADMINISTER

**ad·min·is·tra·tion** \əd-ˌmi-nə-'strā-shən, (ˌ)ad-\ *n* (14c) **1** : perfo[rmance] of executive duties : MANAGEMENT **2** : the act or process of administering **3** : the execution of public affairs as distinguished fro[m] policy-making **4 a** : a body of persons who administer **b** *often cap* : a group constituting the political executive in a presidential governme[nt] **c** : a governmental agency or board **5** : the term of office of an a[dministrative] officer or body

**ad·min·is·tra·tive** \əd-'mi-nə-ˌstrā-tiv, -strə-\ *adj* (ca. 1731) : of or relating to administration or an administration : EXECUTIVE — **ad·m[in]is·tra·tive·ly** *adv*

**administrative county** *n* (1949) : a British local administrative u[nit] often not coincident with an older county

**administrative law** *n* (1851) : law dealing with the establishment, duties, and powers of and available remedies against authorized agen[cies] in the executive branch of the government

**ad·min·is·tra·tor** \əd-'mi-nə-ˌstrā-tər, -ˌstrā-ˌtȯr\ *n* (15c) **1** : a per[son] legally vested with the right of administration of an estate **2 a** : [one] who administers esp. business, school, or governmental affairs **b** : [a] priest appointed to administer a diocese or parish temporarily

**ad·min·is·tra·trix** \-ˌmi-nə-'strā-triks\ *n, pl* **-tra·tri·ces** \-'strā-trə-[sēz]\ [NL] (ca. 1623) : a woman who is an administrator esp. of an estat[e]

**ad·mi·ra·ble** \'ad-m(ə-)rə-bəl\ *adj* (15c) **1** : deserving the highes[t] esteem : EXCELLENT **2** *obs* : exciting wonder : SURPRISING — **ad**[...]

either of the movable folds of skin and muscle
the eyeball
[AROPLASTY
1947) : makeup used to emphasize the contour

l of EYE
r, -ˌō-pə-\ n (1817) 1 : a drink intended to wake
startling, surprising, or enlightening ⟨her blow
**eye–open·ing** \-niŋ\ adj
1790) : the lens or combination of lenses at the
nstrument
r\ n (1941) : something that excites, astonishes
**eye–pop·ping** \-ˌpä-piŋ\ adj
in imperfect rhyme that appears to have identical
nilarity of spelling (as *move* and *love*)
(1845) : a visor that shields the eyes from strong
on with a headband
: a cosmetic cream or powder in one of various
to the eyelids to accent the eyes
1599) : the range of the eye : VIEW
3c) 1 : SIGHT 4a 2 *archaic* : OBSERVATION 1
44) : ¹ORBIT
: to be read only by the person addressed
1530) : something offensive to view ⟨the old factory
⟩
(1862) 1 : a spot of color 2 a : a simple visual
r pigmented cells covering a sensory terminal
all pigmented body of various unicellular algae
ngal diseases of cultivated grasses (as corn, wheat
racterized by yellowish oval lesions on the leaves
n (1854) : one of the movable peduncles bearing
decapod crustacean
\ n (1874) : weariness or a strained state of the eye
inz\ n pl (1590) *obs* : organic eye attachments
break at death or blindness
\ n (ca. 1545) : a canine tooth of the upper jaw
71) : POINT OF VIEW ⟨an alien *eye view*⟩
n, -ˌwäsh\ n (ca. 1859) 1 : an eye lotion 2 : rubbish
tatements, actions, or procedures
n (1926) : corrective or protective devices (as glasses)
for the eyes
\ n (1598) : LOOK, GLANCE
wit-nəs\ n (1539) : one who sees an occurrence or
who gives a report on what he or she has seen
*ire*, fr. AF, journey, eyre, fr. *errer* to travel — more
a circuit traveled by an itinerant justice in medieval
ourt he presided over
*var of* AERIE
*pl* **au·rar** \ˈœy-ˌrär\ [Icel, fr. ON, money (in pl.)
ld coin] (ca. 1927) — see *krona* at MONEY table
zra
chiel
kyəl, -kē-əl\ n [LL] (bef. 12c) : EZEKIEL
iel
yəl, -kē-əl\ n [LL *Ezechiel*, fr. Heb *Yĕḥezqēl*] (15c)
st and prophet of the sixth century B.C. 2 : a prophetic
cal Jewish and Christian Scripture written by Ezekiel

n [²e- + -zine (as in *fanzine*)] (1992) : an electronic
e World Wide Web)
[LL, fr. Heb *Ezrā*] (1540) 1 : a Hebrew priest
of Judaism of the fifth century B.C. in Babylon and
rrative book of canonical Jewish and Christian Scripture
able

*ij* (1957) : FABULOUS
ā-bē-ən\ adj (1638) 1 a : of, relating to, or in the manner
general Quintus Fabius Maximus known for his defeat
n the Second Punic War by the avoidance of decisive
CAUTIOUS, DILATORY 2 [the *Fabian* Society, fr. the
f in slow rather than revolutionary change in government
ng to, or being a society of socialists organized in England
read socialist principles gradually — **Fabian** n — Fa
i-zəm\ n
bəl\ n [ME, fr. AF, fr. L *fabula* conversation, story, play
ak — more at BAN] (14c) : a fictitious narrative or
legendary story of supernatural happenings b : a narrative
to enforce a useful truth; *esp* : one in which animals
ke human beings c : FALSEHOOD, LIE
**a·bled; fa·bling** \-b(ə-)liŋ\ vi (14c) *archaic* : to tell
k or write about as if true — **fa·bler** \-b(ə-)lər\ n
*ij* (1602) 1 : FICTITIOUS 2 : told or celebrated in fable
NED, FAMOUS ⟨the team's ~ coach⟩
\ˈfa-blē-ˌō\ n, pl **-aux** \-ˌō(z)\ [F, fr. OF, dim. of fable
t. usu. comic, frankly coarse, and often cynical tale in
esp. in the 12th and 13th centuries
ˈfa-brik\ n [MF *fabrique*, fr. L *fabrica* workshop,

(15c) 1 a : STRUCTURE, BUILDING b : underlying structure : FRAMEWORK ⟨the ~ of society⟩ 2 : an act of constructing : ERECTION; *specif* : the construction and maintenance of a church building 3 a : structural plan or style of construction b : TEXTURE, QUALITY — used chiefly of textiles c : the arrangement of physical components (as of soil) in relation to each other 4 a : CLOTH 1a b : a material that resembles cloth 5 : the appearance or pattern produced by the shapes and arrangement of the crystal grains in a rock

**fab·ri·cant** \ˈfa-bri-kənt\ n (1757) : MANUFACTURER

**fab·ri·cate** \ˈfa-bri-ˌkāt\ vt **-cat·ed; -cat·ing** [ME, fr. L *fabricatus*, pp. of *fabricari*, fr. *fabrica*] (15c) 1 a : INVENT, CREATE b : to make up for the purpose of deception ⟨accused of *fabricating* evidence⟩ 2 : CONSTRUCT, MANUFACTURE; *specif* : to construct from diverse and usu. standardized parts — **fab·ri·ca·tor** \ˈfa-bri-ˌkā-tər\ n

**fab·ri·ca·tion** \ˌfa-bri-ˈkā-shən\ n (15c) 1 : the act or process of fabricating 2 : a product of fabrication; *esp* : LIE, FALSEHOOD

**fabric softener** n (1965) : a product used to make laundered fabrics softer and fluffier

**fab·u·lar** \ˈfa-byə-lər\ adj (1684) : of, relating to, or having the form of a fable

**fab·u·list** \ˈfa-byə-list\ n (1593) 1 : a creator or writer of fables 2 : LIAR — **fabulist** *or* **fab·u·lis·tic** \ˌfa-byə-ˈlis-tik\ adj

**fab·u·lous** \ˈfa-byə-ləs\ adj [ME, fr. L *fabulosus*, fr. *fabula*] (15c) 1 a : resembling or suggesting a fable : of an incredible, astonishing, or exaggerated nature ⟨~ wealth⟩ b : WONDERFUL, MARVELOUS ⟨had a ~ time⟩ 2 : told in or based on fable **syn** see FICTITIOUS — **fab·u·lous·ly** adv — **fab·u·lous·ness** n

**fac** abbr 1 facsimile 2 faculty

**FAC** abbr forward air controller

**fa·cade** *also* **fa·çade** \fə-ˈsäd\ n [F *façade*, fr. It *facciata*, fr. *faccia* face, fr. VL **facia*] (ca. 1681) 1 : the front of a building; *also* : any face of a building given special architectural treatment ⟨a museum's east ~⟩ 2 : a false, superficial, or artificial appearance or effect



facade 1

**face** \ˈfās\ n, *often attrib* [ME, fr. AF, fr. VL **facia*, fr. L *facies* make, form, face, fr. *facere* to make, do — more at DO] (13c) 1 a : the front part of the head that in humans extends from the forehead to the chin and includes the mouth, nose, cheeks, and eyes b : the face as a means of identification : COUNTENANCE ⟨would know that ~ anywhere⟩ 2 *archaic* : PRESENCE, SIGHT 3 a : facial expression ⟨a friendly ~⟩ b : a facial expression of distaste or displeasure ⟨he made a ~ when he saw the test results⟩ c : MAKEUP 1a(1) 4 a (1) : outward appearance ⟨put a good ~ on it⟩ (2) : the aspect of something that is perceptible or obvious upon superficial examination ⟨the theory is absurd on its ~ —Kim Neely⟩ b : DISGUISE, PRETENSE c (1) : ASSURANCE, CONFIDENCE ⟨maintaining a firm ~ in spite of adversity⟩ (2) : EFFRONTERY ⟨how anyone could have the ~ to ask that question⟩ d : DIGNITY, PRESTIGE ⟨afraid to lose ~⟩ 5 : SURFACE: a (1) : a front, upper, or outer surface (2) : the front of something having two or four sides (3) : FACADE (4) : an exposed surface of rock (5) : any of the plane surfaces that bound a geometric solid b : a surface specially prepared: as (1) : the principal dressed surface (as of a disk) (2) : the right side (as of cloth or leather) (3) : an inscribed, printed, or marked side c : a striking surface (as of a tool) ⟨the ~ of the golf club⟩ ⟨the ~ of an anvil⟩ d (1) : the surface (as of type) that receives the ink and transfers it to the paper (2) : a style of type 6 : the end or wall of a mine tunnel, drift, or excavation at which work is progressing 7 : FACE VALUE 8 : PERSON ⟨lots of new ~*s* around here⟩ — **in one's face** : directly and aggressively in one's presence ⟨dunked the ball *in his face*⟩ — often used with *get* to describe aggressively confrontational speech or behavior ⟨his boss got *in his face* about being late⟩ — **in the face of** *also* **in face of** : face-to-face with : DESPITE ⟨fearless *in the face of danger*⟩ — **to one's face** : in one's presence or so that one is fully aware of what is going on

²**face** vb **faced; fac·ing** vt (15c) 1 : to confront impudently 2 a : to line near the edge esp. with a different material b : to cover the front or surface of ⟨*faced* the building with marble⟩ 3 : to meet face-to-face or in competition 4 a : to stand or sit with the face toward b : to have the front oriented toward ⟨a house *facing* the park⟩ 5 a : to recognize and deal with straightforwardly ⟨~ the facts⟩ b : to master by confronting with determination — used with *down* ⟨*faced* down his opponent⟩ 6 a : to have as a prospect : be confronted by ⟨~ a grim future⟩ b : to be a prospect or a source of concern for ⟨the problems that ~ us⟩ c : to bring face-to-face ⟨he was *faced* with ruin⟩ 7 : to make the surface of (as a stone) flat or smooth 8 : to cause (troops) to face in a particular direction on command ~ vi 1 : to have the face or front turned in a specified direction 2 : to turn the face in a specified direction — **face the music** : to meet an unpleasant situation, a danger, or the consequences of one's actions

**face angle** n (1913) : an angle formed by two edges of a polyhedral angle

**face card** n (1826) : a king, queen, or jack in a deck of cards

**face–centered** \ˈfās-ˌsen-tərd\ adj (1913) : relating to or being a crystal space lattice in which each cubic unit cell has an atom at the center of each face and at the corners of each face — compare BODY-CENTERED

**face·cloth** \ˈfās-ˌklȯth\ n (1602) : WASHCLOTH

**face cord** n (ca. 1926) : a unit of wood cut for fuel equal to a stack 4 × 8 feet with lengths of pieces from about 12 to 16 inches

**-faced** adj comb form : having (such) a face or (so many) faces ⟨rosy-faced⟩ ⟨two-faced⟩

**face–down** \ˈfās-ˈdaun\ adv (1830) : with the face down ⟨sliding ~⟩

**face–first** \ˈfās-ˈfərst\ adv (1880) : with the face foremost ⟨hit the wall ~⟩ — **face–first** adj

**face fly** n (1961) : a European dipteran fly (*Musca autumnalis*) that is similar to the housefly, is widely established in No. America, and causes distress to livestock by clustering about the face

**face·less** \ˈfās-ləs\ adj (1568) 1 a : lacking character or individuality : NONDESCRIPT ⟨the ~ masses⟩ b : not identified : ANONYMOUS ⟨a ~ accuser⟩ 2 : lacking a face — **face·less·ness** n

**face–lift** \ˈfās-ˌlift\ n (1934) 1 : plastic surgery on the face and neck to remove defects and imperfections (as wrinkles or sagging skin) typical of aging 2 : an alteration, restoration, or restyling (as of a building) intended esp. to modernize — **face–lift** vt

**face mask** n (1906) : a mask covering the face (as in football)

**face–off** \ˈfās-ˌȯf\ n (1896) 1 : a method of beginning play (as in hockey or lacrosse) in which two opponents face each other and attempt to gain control of a puck or ball dropped or placed between them 2 : CONFRONTATION

**face off** vi (1948) : to be in or come into opposition or competition ⟨politicians *facing off* against each other in a televised debate⟩

**face–plant** \ˈfās-ˌplant\ n (1982) : a sudden face-first fall

**face·plate** \ˈfās-ˌplāt\ n (1841) 1 : a disk fixed with its face at right angles to the live spindle of a lathe for the attachment of the work 2 a : a protective plate for a machine or device b : a protective cover for the human face (as of a diver) 3 : the glass front of a cathode-ray tube on which the image is seen

**fac·er** \ˈfā-sər\ n (15c) 1 : one that faces 2 *Brit* : a sudden often stunning check or obstacle

**face–sav·er** \ˈfā(s)-ˌsā-vər\ n (1923) : something (as a compromise) that saves face — **face–sav·ing** \-ˌsā-viŋ\ adj or n

**fac·et** \ˈfa-sət\ n [F *facette*, dim. of *face*] (1625) 1 : a small plane surface (as on a cut gem) — see BRILLIANT illustration 2 : any of the definable aspects that make up a subject (as of contemplation) or an object (as of consideration) 3 : the external corneal surface of an ommatidium 4 : a smooth flat circumscribed anatomical surface (as of a bone) — **fac·et·ed** *or* **fac·et·ted** \ˈfa-sə-təd\ adj

**fa·cete** \fə-ˈsēt\ adj [L *facetus*] (1603) *archaic* : FACETIOUS, WITTY

**fa·ce·ti·ae** \fə-ˈsē-shē-ˌē, -ˌī\ n pl [L, fr. pl. of *facetia* jest, fr. *facetus* elegant, witty] (1529) : witty or humorous writings or sayings

**face time** n (1978) 1 : the amount of time one spends appearing on television 2 : time spent in a face-to-face meeting with someone 3 : time spent at one's place of employment esp. beyond normal work hours

**fa·ce·tious** \fə-ˈsē-shəs\ adj [MF *facetieux*, fr. *facetie* jest, fr. L *facetia*] (1599) 1 : joking or jesting often inappropriately : WAGGISH ⟨just being ~⟩ 2 : meant to be humorous or funny : not serious ⟨a ~ remark⟩ **syn** see WITTY — **fa·ce·tious·ly** adv — **fa·ce·tious·ness** n

**face–to–face** adv or adj (14c) 1 : within each other's sight or presence ⟨met and talked ~⟩ ⟨a ~ consultation⟩ 2 : in or into direct contact or confrontation ⟨came ~ with the problem⟩

**face·up** \ˈfās-ˈəp\ adv (1891) : with the face up

**face up** vi (1920) : to confront or deal directly with someone or something previously avoided — usu. used with *to* ⟨*faced up* to my fears⟩

**face value** n (1876) 1 : the value indicated on the face (as of a postage stamp or a stock certificate) 2 : the apparent value or significance ⟨if their remarks may be taken at *face value*⟩

**facia** *var of* FASCIA 3

¹**fa·cial** \ˈfā-shəl\ adj (ca. 1818) 1 : of or relating to the face ⟨~ expressions⟩ 2 : concerned with or used in improving the appearance of the face — **fa·cial·ly** \-shə-lē\ adv

²**facial** n (1914) : a facial treatment

**facial index** n (ca. 1889) : the ratio of the breadth of the face to its length multiplied by 100

**facial nerve** n (ca. 1818) : either of the seventh pair of cranial nerves that supply motor fibers esp. to the muscles of the face and jaw and sensory and parasympathetic fibers to the tongue, palate, and fauces

**-facient** adj comb form [L *-facient-, -faciens* (as in *calefacient-, calefaciens* making warm, prp. of *calefacere* to warm)] : making : causing ⟨somni*facient*⟩

**fa·cies** \ˈfā-sh(ē-)ˌēz\ n, pl **facies** [NL, fr. L, face] (ca. 1736) 1 : general appearance ⟨a plant species with a particularly distinct ~⟩ 2 : an appearance and expression of the face characteristic of a particular condition esp. when abnormal ⟨adenoid ~⟩ 3 : a part of a rock or group of rocks that differs from the whole formation (as in composition, age, or fossil content)

**fac·ile** \ˈfa-səl\ adj [MF, fr. L *facilis*, fr. *facere* to do — more at DO] (15c) 1 a (1) : easily accomplished or attained ⟨a ~ victory⟩ (2) : SHALLOW, SIMPLISTIC ⟨I am not concerned . . . with offering any ~ solution for so complex a problem —T. S. Eliot⟩ b : used or comprehended with ease c : readily manifested and often lacking sincerity or depth ⟨~ tears⟩ 2 *archaic* : mild or pleasing in manner or disposition 3 a : READY, FLUENT ⟨~ prose⟩ b : POISED, ASSURED **syn** see EASY — **fac·ile·ly** \-sə(l)-lē\ adv — **fac·ile·ness** \-səl-nəs\ n

**fa·cil·i·tate** \fə-ˈsi-lə-ˌtāt\ vt **-tat·ed; -tat·ing** (1611) : to make easier : help bring about ⟨~ growth⟩ — **fa·cil·i·ta·tive** \-ˌtā-tiv\ adj

**fa·cil·i·ta·tion** \fə-ˌsi-lə-ˈtā-shən\ n (1619) 1 : the act of facilitating : the state of being facilitated 2 a : the lowering of the threshold for reflex conduction along a particular neural pathway esp. from repeated use of that pathway b : the increasing of the ease or intensity of a response by repeated stimulation

**fa·cil·i·ta·tor** \fə-ˈsi-lə-ˌtā-tər\ n (1799) : one that facilitates; *esp* : one that helps to bring about an outcome (as learning, productivity, or communication) by providing indirect or unobtrusive assistance, guidance, or supervision ⟨the workshop's ~ kept discussion flowing smoothly⟩

**fa·cil·i·ta·to·ry** \fə-ˈsi-lə-tə-ˌtȯr-ē\ adj (1944) : inducing or involved in facilitation esp. of a reflex action

**fa·cil·i·ty** \fə-ˈsi-lə-tē\ n, pl **-ties** (1531) 1 : the quality of being easily performed 2 : ease in performance : APTITUDE 3 : readiness of compliance 4 a (1) : something that makes an action, operation, or course of conduct easier — usu. used in pl. ⟨*facilities* for study⟩ (2) : LAVATORY 2 — often used in pl. b : something (as a hospital) that is built, installed, or established to serve a particular purpose

\ə\ abut \ˈ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

n of something that gives an unusual color or qu
l with light). IMBUE implies the introduction
and permeates the whole being ⟨*imbue* students
sity⟩. INGRAIN, used only in the passive or past
e deep implanting of a quality or trait ⟨clung
INOCULATE implies an imbuing or implanting
d often suggests stealth or subtlety ⟨an elector
ingerous ideas⟩. LEAVEN implies introducing
ns, tempers, or markedly alters the total quality
*ed* with comic moments⟩.
'fyü-zə-bəl\ *adj* (1555) : incapable of being
ɔ fuse — **in·fus·ibil·i·ty** \-ˌfyü-zə-'bi-lə-tē\ *n* —
'fyü-zə-bəl-nəs\ *n*
i-zhən\ *n* (15c) **1** : the act or process of infusing
**2** : a product obtained by infusing ⟨herbal ~
slow introduction of a solution esp. into a vein
**th** \'in-fyü-'zȯr-ē-əl-, -'sȯr-\ *n* (1868) : KIESELGU
:-ən\ *n* [ultim. fr. L *infusus*] (1859) : any of a hete
minute organisms found esp. in water with deco
er; *esp* : a ciliated protozoan — **infusorian** *adj*
*n some dialects & in other dialects informally* in
*consonants* ᵊn, ᵊm, ᵊŋ\ *n suffix* [ME, fr. OE *-ung*
nouns from verbs; akin to OHG *-ung*, suffix for
bs] **1** : action or process ⟨runn*ing*⟩ ⟨sleep*ing*
ion or process ⟨a meet*ing*⟩ **2 a** : product or res
rocess ⟨an engrav*ing*⟩ — often in pl. ⟨earnings
d in an action or process ⟨a bed cover*ing*⟩ ⟨the
ion or process connected with (a specified thing)
hing connected with, consisting of, or used in mak
) ⟨scaffold*ing*⟩ ⟨shirt*ing*⟩ **5** : something related
pt) ⟨off*ing*⟩
E, fr. OE *-ing, -ung;* akin to OHG *-ing* one of a (spec
a (specified) kind ⟨sweet*ing*⟩
*r adj suffix* [ME, prob. fr. ¹*-ing*] — used to form
ple ⟨sail*ing*⟩ and sometimes to form an adjective
participle but not derived from a verb ⟨swashbuck
h the pronunciation of *-ing* with the consonant
rred to as "dropping the *g*," is often deprecated, th
frequently heard. It is not known for certain
sh present participle ending *-ende* was replaced
a the earlier noun suffix *-ing* prob. had something
arly Modern English, present participles were
*-ing* pronounced \iŋ\ (as can still be heard in a fe
er \in\. Evidence also shows that some speakers
18th century this pronunciation became wide
hers (with some success) campaigned against it,
ature of the speech of many of the best speakers in
well into the 20th century. It has by now lost its
ast when attention is drawn to it, but throughout
rgely unnoticed and in some dialects it predominat

n-ˌga-thər, -ˌge-\ *vt* (1557) : to gather in ~ *vi* : ASS
**r·ing** \-ˌgath-riŋ, -ˌgeth-; -ˌga-thə-, -ˌge-\ *n*
\in-'jēn-yəs\ *adj* [ME *ingenyous*, fr. MF *ingenieus*,
*ingenium* natural capacity — more at ENGINE] (1
ng or calling for intelligence, aptitude, or discernm
especial aptitude at discovering, inventing, or co
by originality, resourcefulness, and cleverness in
cution ⟨an ~ contraption⟩ *syn* see CLEVER —
ly — **in·ge·nious·ness** *n*
r **in·gé·nue** \'an-jə-ˌnü, 'än-; 'aⁿ-zhə-, 'äⁿ-\ *n* [F
*nu* ingenuous, fr. L *ingenuus*] (1848) **1** : a naive
an **2** : the stage role of an ingenue; *also* : an actre
ole
y \ˌin-jə-'nü-ə-tē, -'nyü-\ *n, pl* **-ties** (ca. 1592) **1** *obs*
NUOUSNESS **2 a** : skill or cleverness in devising or
NTIVENESS **b** : cleverness or aptness of design or
n ingenious device or contrivance
us \in-'jen-yə-wəs, -yü-əs\ *adj* [by alter.] (1588) *obs*

*adj* [L *ingenuus* native, freeborn, fr. *in-* + *gignere*
KIN] (1588) **1** *obs* : NOBLE, HONORABLE **2 a** : show
childlike simplicity and candidness ⟨her ~ thirst for
ristopher Rawson⟩ **b** : lacking craft or subtlety ⟨~
**syn** see NATURAL — **in·gen·u·ous·ly** *adv* — **in**
*n*
-'jest\ *vt* [L *ingestus*, pp. of *ingerere* to carry in, fr.
1620) : to take in for or as if for digestion — **in·ge**
əl\ *adj* — **in·ges·tion** \-'jes-chən, -'jesh-\ *n* — **in·ge**
*adj*
\in-'jes-tə\ *n pl* [NL, fr. L, neut. pl. of *ingestus*] (1727)
into the body by way of the digestive tract
-gəl, 'iŋ-əl\ *n* [ScGael *aingeal*] (1508) **1** : a fire in a f
LACE **3** : CORNER, ANGLE
**ok** \-ˌnu̇k\ *n* (1772) : a nook by a large open fireplace
settle occupying this nook
**ous** \(ˌ)in-'glȯr-ē-əs\ *adj* [L *inglorius*, fr. *in-* + *gloria*
**1** : SHAMEFUL, IGNOMINIOUS ⟨an ~ defeat⟩ **2** : not
fame or honor ⟨made an ~ comeback⟩ — **in·glo**
**n·glo·ri·ous·ness** *n*
ŋ-gət\ *n* [ME, perh. modif. of MF *lingot* ingot of metal
vided as *l'ingot*, as if fr. *le* the] (14c) **1** : a mold in which
**2** : a mass of metal cast into a convenient shape for
tation to be later processed
**n** *n* (1877) : iron containing only small proportions
ess than 0.05 percent carbon)
*also* **en·grain** \(ˌ)in-'grān\ *vt* (ca. 1641) : to work ind
ural texture or mental or moral constitution *syn* se
\'in-ˌgrān\ *adj* (1766) **1 a** : made of fiber that is dyed
oun into yarn **b** : made of yarn that is dyed before
ed **2** : thoroughly worked in : INNATE
\'in-ˌgrān\ *n* (1899) : innate quality or character
**ned** *also* **en·grained** \'in-ˌgrānd, (ˌ)in-'\ *adj* (1599) **1**
e grain or fiber **2** : forming a part of the essence or

: DEEP-SEATED ⟨~ prejudice⟩ — **in·grained·ly** *also* **en·grained·ly** \'in-ˌgrā-nəd-lē, 'in-ˌgrānd-lē, (ˌ)in-'\ *adv*

**ingrate** \'in-ˌgrāt\ *n* [L *ingratus* ungrateful, fr. *in-* + *gratus* grateful — more at GRACE] (1622) : an ungrateful person

**in·gra·ti·ate** \in-'grā-shē-ˌāt\ *vt* **-at·ed; -at·ing** [²*in-* + L *gratia* grace] (1621) : to gain favor or favorable acceptance for by deliberate effort — usu. used with *with* ⟨~ themselves with the community leaders —William Attwood⟩ — **in·gra·ti·a·tion** \-ˌgrā-shē-'ā-shən\ *n* — **in·gra·tia·to·ry** \-'grā-sh(ē-)ə-ˌtȯr-ē\ *adj*

**ingratiating** *adj* (1655) **1** : capable of winning favor : PLEASING ⟨an ~ smile⟩ **2** : intended or adopted in order to gain favor : FLATTERING — **in·gra·ti·at·ing·ly** \-'grā-shē-ˌā-tiŋ-lē\ *adv*

**in·grat·i·tude** \(ˌ)in-'gra-tə-ˌtüd, -ˌtyüd\ *n* [ME, fr. MF, fr. ML *ingratitudo*, fr. L *in-* + LL *gratitudo* gratitude] (14c) : forgetfulness of or poor return for kindness received : UNGRATEFULNESS

**in·gre·di·ent** \in-'grē-dē-ənt\ *n* [ME, fr. L *ingredient-, ingrediens*, prp. of *ingredi* to go into, fr. *in-* + *gradi* to go — more at GRADE] (15c) : something that enters into a compound or is a component part of any combination or mixture : CONSTITUENT *syn* see ELEMENT — **ingredient** *adj*

**in·gress** \'in-ˌgres\ *n* [ME, fr. L *ingressus*, fr. *ingredi*] (15c) **1** : the act of entering : ENTRANCE ⟨the seal prevents ~ of moisture⟩ **2** : the power or liberty of entrance or access ⟨an area with restricted ~⟩ — **in·gres·sion** \in-'gre-shən\ *n*

**in·gres·sive** \in-'gre-siv\ *adj* (1649) **1** : of, relating to, or involving ingress; *esp* : produced by ingress of air into the vocal tract ⟨~ sounds⟩ **2** : INCHOATIVE 2 — **ingressive** *n* — **in·gres·sive·ness** *n*

**in-ground** \'in-ˌgrau̇nd\ *adj* (1969) : built into the ground ⟨an ~ pool⟩

**in-group** \'in-ˌgrüp\ *n* (1907) **1** : a group with which one feels a sense of solidarity or community of interests — compare OUT-GROUP **2** : CLIQUE

**in·grow·ing** \'in-ˌgrō-iŋ\ *adj* (1869) : growing or tending inward

**in·grown** \-ˌgrōn\ *adj* (1670) **1** : grown in; *specif* : having the free tip or edge embedded in the flesh ⟨an ~ toenail⟩ **2** : having the direction of growth or activity or interest inward rather than outward ⟨swarms of ~, infighting bureaucracies —H. R. Cilley⟩ — **in·grown·ness** \-ˌgrōn-nəs\ *n*

**in·growth** \'in-ˌgrōth\ *n* (1870) **1** : a growing inward (as to fill a void) **2** : something that grows in or into a space

**in·gui·nal** \'iŋ-gwə-nᵊl\ *adj* [ME *inguynale*, fr. L *inguinalis*, fr. *inguin-, inguen* groin — more at ADEN-] (15c) : of, relating to, or situated in the region of the groin or in either of the lowest lateral regions of the abdomen ⟨an ~ hernia⟩

**in·gur·gi·tate** \in-'gər-jə-ˌtāt\ *vt* **-tat·ed; -tat·ing** [L *ingurgitatus*, pp. of *ingurgitare*, fr. *in-* + *gurgit-, gurges* whirlpool — more at VORACIOUS] (ca. 1570) : to swallow greedily or in large quantities : GUZZLE — **in·gur·gi·ta·tion** \(ˌ)in-ˌgər-jə-'tā-shən\ *n*

**INH** *trademark* [iso-nicotinic acid hydrazide] isoniazid

**in·hab·it** \in-'ha-bət\ *vb* [ME *enhabiten*, fr. AF & L; AF *inhabiter, enhabiter*, fr. L *inhabitare*, fr. *in-* + *habitare* to dwell, freq. of *habēre* to have — more at GIVE] *vt* (14c) **1** : to occupy as a place of settled residence or habitat : live in ⟨~ a small house⟩ **2** : to be present in or occupy in any manner or form ⟨the human beings who ~ this tale —Al Newman⟩ ~ *vi, archaic* : to have residence in a place : DWELL — **in·hab·it·able** \-bə-tə-bəl\ *adj* — **in·hab·it·er** *n*

**in·hab·i·tan·cy** \in-'ha-bə-tən(t)-sē\ *n* (1681) : INHABITATION

**in·hab·i·tant** \in-'ha-bə-tənt\ *n* (15c) : one that occupies a particular place regularly, routinely, or for a period of time ⟨~*s* of large cities⟩ ⟨a tapeworm is an ~ of the intestine⟩

**in·hab·i·ta·tion** \in-ˌha-bə-'tā-shən\ *n* (15c) : the act of inhabiting : the state of being inhabited

**in·hab·it·ed** *adj* (15c) : having inhabitants

**in·hal·ant** \in-'hā-lənt\ *n* (ca. 1890) : something (as an allergen or medication) that is inhaled — **inhalant** *adj*

**in·ha·la·tion** \ˌin-hə-'lā-shən, ˌi-nə-'lā-\ *n* (ca. 1623) **1** : the act or an instance of inhaling **2** : material (as medication) to be taken in by inhalation — **in·ha·la·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**in·ha·la·tor** \'in-hə-ˌlā-tər, 'i-nə-ˌlā-\ *n* (1925) : a device providing a mixture of oxygen and carbon dioxide for breathing that is used esp. in conjunction with artificial respiration

**in·hale** \in-'hāl\ *vb* **in·haled; in·hal·ing** [*in-* + ex*hale*] *vt* (1725) **1** : to draw in by breathing **2** : to take in eagerly or greedily ⟨*inhaled* about three meals at once —Ring Lardner⟩ ~ *vi* : to breathe in — **in·hale** *n*

**in·hal·er** \in-'hā-lər\ *n* (1778) **1** : a device by means of which medicinal material is inhaled ⟨an asthma ~⟩ **2** : one that inhales

**in·har·mon·ic** \ˌin-(ˌ)här-'mä-nik\ *adj* (ca. 1828) : not harmonic

**in·har·mo·ni·ous** \-'mō-nē-əs\ *adj* (1662) **1** : not harmonious : DISCORDANT **2** : not fitting or congenial : CONFLICTING ⟨~ personalities⟩ — **in·har·mo·ni·ous·ly** *adv* — **in·har·mo·ni·ous·ness** *n*

**in·har·mo·ny** \(ˌ)in-'här-mə-nē\ *n* (1799) : DISCORD

**in·here** \in-'hir\ *vi* **in·hered; in·her·ing** [ME *enheren* to be a companion, belong, fr. L *inhaerēre* to be attached, fr. *in-* + *haerēre* to adhere] (15c) : to be inherent ⟨does selfishness ~ in each of us?⟩

**in·her·ence** \in-'hir-ən(t)s, -'her-\ *n* (1577) : the quality, state, or fact of inhering

**in·her·ent** \-ənt\ *adj* [L *inhaerent-, inhaerens*, prp. of *inhaerēre*] (1581) : involved in the constitution or essential character of something : belonging by nature or habit : INTRINSIC ⟨risks ~ in the venture⟩ — **in·her·ent·ly** *adv*

**in·her·it** \in-'her-ət, -'he-rət\ *vb* [ME *enheriten* to give right of inheritance to, fr. AF *enheriter*, fr. LL *inhereditare*, fr. L *in-* + *hereditas* inheritance — more at HEREDITY] *vt* (14c) **1** : to come into possession of or receive esp. as a right or divine portion ⟨and every one who has left houses or brothers or sisters . . . for my name's sake, will receive a hundredfold, and ~ eternal life —Mt 19:29 (RSV)⟩ **2 a** : to receive from an ancestor as a right or title descendible by law at the ancestor's death **b** : to receive as a devise or legacy **3** : to receive from a parent or ancestor by genetic transmission ⟨~ a defective enzyme⟩ **4** : to have in one's nature or receive as if from an ancestor ⟨~*ed* the problem from his predecessor⟩ ~ *vi* : to take or hold a possession or rights by inheritance — **in·her·i·tor** \-(r)ə-tər\ *n* — **in·her·i·tress** \-(r)ə-trəs\ *or* **in·her·i·trix** \-(r)ə-(ˌ)triks\ *n*

**in·her·it·able** \in-'her-ə-tə-bəl, -'he-rə-\ *adj* (15c) **1** : capable of being inherited : TRANSMISSIBLE ⟨an ~ title⟩ **2** : capable of taking by inheritance ⟨the eldest son is ~ to the crown⟩ — **in·her·it·abil·i·ty** \-ˌher-ə-tə-'bi-lə-tē, -ˌhe-rə-\ *n* — **in·her·it·able·ness** \-'her-ə-tə-bəl-nəs, -'he-rə-\ *n*

**in·her·i·tance** \in-'her-ə-tən(t)s, -'he-rə-\ *n* (14c) **1 a** : the act of inheriting property **b** : the reception of genetic qualities by transmission from parent to offspring **c** : the acquisition of a possession, condition, or trait from past generations **2** : something that is or may be inherited **3 a** : TRADITION **b** : a valuable possession that is a common heritage from nature **4** *obs* : POSSESSION

**inheritance tax** *n* (1841) **1** : a tax on a decedent's net estate that is levied after the estate is transmitted to the inheritors **2** : DEATH TAX; *esp* : ESTATE TAX

**in·hib·in** \in-'hi-bən\ *n* [L *inhibēre* to inhibit + E ¹*-in*] (1932) : a glycoprotein hormone that is secreted by the pituitary gland and in the male by the Sertoli cells and in the female by the granulosa cells and that inhibits the secretion of follicle-stimulating hormone

**in·hib·it** \in-'hi-bət\ *vb* [ME, fr. L *inhibitus*, pp. of *inhibēre*, fr. *in-* ²in- + *habēre* to have — more at HABIT] *vt* (15c) **1** : to prohibit from doing something **2 a** : to hold in check : RESTRAIN **b** : to discourage from free or spontaneous activity esp. through the operation of inner psychological or external social constraints ~ *vi* : to cause inhibition *syn* see FORBID — **in·hib·i·tive** \-bə-tiv\ *adj* — **in·hib·i·to·ry** \-bə-ˌtȯr-ē\ *adj*

**in·hi·bi·tion** \ˌin-hə-'bi-shən, ˌi-nə-\ *n* (14c) **1 a** : the act of inhibiting : the state of being inhibited **b** : something that forbids, debars, or restricts **2** : an inner impediment to free activity, expression, or functioning: as **a** : a mental process imposing restraint upon behavior or another mental process (as a desire) **b** : a restraining of the function of a bodily organ or an agent (as an enzyme)

**in·hib·i·tor** \in-'hi-bə-tər\ *n* (ca. 1611) : one that inhibits: as **a** : an agent that slows or interferes with a chemical action **b** : a substance that reduces or suppresses the activity of another substance (as an enzyme)

**in·hold·ing** \'in-ˌhōl-diŋ\ *n* (1947) : privately owned land inside the boundary of a national park

**in·ho·mo·ge·ne·i·ty** \(ˌ)in-ˌhō-mə-jə-'nē-ə-tē, -'nā- *also* -÷-'nī-; *esp Brit* -ˌhä-mə-\ *n, pl* **-ties** (1899) **1** : the condition or an instance of not being homogeneous **2** : a part that is not homogeneous with the larger uniform mass in which it occurs; *esp* : a localized collection of matter in the universe — **in·ho·mo·ge·neous** \-'jē-nē-əs, -nyəs\ *adj*

**in·hos·pi·ta·ble** \ˌin-(ˌ)hä-'spi-tə-bəl, (ˌ)in-'häs-(ˌ)pi-\ *adj* (ca. 1570) **1** : not showing hospitality : not friendly or receptive **2** : providing no shelter or sustenance ⟨an ~ environment⟩ — **in·hos·pi·ta·ble·ness** *n* — **in·hos·pi·ta·bly** \-blē\ *adv*

**in·hos·pi·tal·i·ty** \(ˌ)in-ˌhäs-pə-'ta-lə-tē\ *n* (ca. 1576) : the quality or state of being inhospitable

**in–house** \'in-ˌhau̇s, -'hau̇s\ *adj* (ca. 1956) : existing, originating, or carried on within a group or organization or its facilities : not outside ⟨an ~ publication⟩ ⟨a company's ~ staff⟩ — **in–house** *adv*

**in·hu·man** \(ˌ)in-'hyü-mən, -'yü-\ *adj* [ME *inhumayne*, fr. MF & L; MF *inhumain*, fr. L *inhumanus*, fr. *in-* + *humanus* human] (15c) **1 a** : lacking pity, kindness, or mercy : SAVAGE ⟨an ~ tyrant⟩ **b** : COLD, IMPERSONAL ⟨his usual quiet, almost ~ courtesy —F. Tennyson Jesse⟩ **c** : not worthy of or conforming to the needs of human beings ⟨~ living conditions⟩ **2** : of or suggesting a nonhuman class of beings — **in·hu·man·ly** *adv* — **in·hu·man·ness** \-mən-nəs\ *n*

**in·hu·mane** \ˌin-(ˌ)hyü-'mān, -(ˌ)yü-\ *adj* [MF *inhumain* & L *inhumanus*] (1536) : not humane : INHUMAN 1 ⟨the ~ treatment of prisoners⟩ — **in·hu·mane·ly** *adv*

**in·hu·man·i·ty** \-'ma-nə-tē\ *n, pl* **-ties** (15c) **1 a** : the quality or state of being cruel or barbarous **b** : a cruel or barbarous act **2** : absence of warmth or geniality : IMPERSONALITY

**in·hume** \in-'hyüm\ *vt* **in·humed; in·hum·ing** [prob. fr. F *inhumer*, fr. ML *inhumare*, fr. L *in-* + *humus* earth — more at HUMBLE] (1604) : BURY, INTER — **in·hu·ma·tion** \ˌin-hyü-'mā-shən\ *n*

**in·im·i·cal** \i-'ni-mi-kəl\ *adj* [LL *inimicalis*, fr. L *inimicus* enemy — more at ENEMY] (1573) **1** : being adverse often by reason of hostility or malevolence ⟨forces ~ to democracy⟩ **2 a** : having the disposition of an enemy : HOSTILE ⟨~ factions⟩ **b** : reflecting or indicating hostility : UNFRIENDLY ⟨his father's ~ glare⟩ — **in·im·i·cal·ly** \-mi-k(ə-)lē\ *adv*

**in·im·i·ta·ble** \(ˌ)i-'ni-mə-tə-bəl\ *adj* [ME, fr. L *inimitabilis*, fr. *in-* + *imitabilis* imitable] (15c) : not capable of being imitated : MATCHLESS ⟨her own ~ style⟩ — **in·im·i·ta·ble·ness** *n* — **in·im·i·ta·bly** \-blē\ *adv*

**in·i·on** \'i-nē-ˌän, -ən\ *n* [NL, fr. Gk, back of the head, dim. of *in-, is* sinew, tendon] (ca. 1811) : the external occipital protuberance of the skull

**in·iq·ui·tous** \i-'ni-kwə-təs\ *adj* (1726) : characterized by iniquity *syn* see VICIOUS — **in·iq·ui·tous·ly** *adv* — **in·iq·ui·tous·ness** *n*

**in·iq·ui·ty** \-kwə-tē\ *n, pl* **-ties** [ME *iniquite*, fr. AF *iniquité*, fr. L *iniquitat-, iniquitas*, fr. *iniquus* uneven, fr. *in-* + *aequus* equal] (14c) **1** : gross injustice : WICKEDNESS **2** : a wicked act or thing : SIN

¹**ini·tial** \i-'ni-shəl\ *adj* [AF & L; AF *iniciel*, fr. L *initialis*, fr. *initium* beginning, fr. *inire* to go into, fr. *in-* + *ire* to go — more at ISSUE] (1526) **1** : of or relating to the beginning : INCIPIENT ⟨his ~ reaction⟩ **2** : placed at the beginning : FIRST ⟨the ~ word of the verse⟩ — **ini·tial·ly** \i-'ni-sh(ə-)lē\ *adv* — **ini·tial·ness** \i-'ni-shəl-nəs\ *n*

²**initial** *n* (1627) **1 a** : the first letter of a name **b** *pl* : the first letter of each word in a full name ⟨found that their ~*s* were identical⟩ **2** : a large letter beginning a text or a division or paragraph **3** : ANLAGE, PRECURSOR; *specif* : a meristematic cell

³**initial** *vt* **ini·tialed** *or* **ini·tialled; ini·tial·ing** *or* **ini·tial·ling** \i-'ni-sh(ə-)liŋ\ (ca. 1864) **1** : to affix an initial to **2** : to authenticate or give preliminary approval to by affixing the initials of an authorizing representative

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

tionary

:ditor

or

# The Random House College Dictionary

REVISED EDITION

Based on The Random House Dictionary of the English Language

THE UNABRIDGED EDITION

JESS STEIN • EDITOR IN CHIEF

# TABLE OF CONTENTS

*Prefaces* v
*Editorial Staff* vi
*Consultant Staff* vii
*Indo-European Language Chart* x
*Historical Sketch of the English Language* xi
*Etymology Key* xv
*Pronunciation Key* xvi
*Pronunciation of English* xvii
*Usage, Dialects, and Functional Varieties* xix
*Guide to the Dictionary* xxii
*Table of Common English Spellings* xxxii

A DICTIONARY OF THE ENGLISH LANGUAGE 1

*Signs and Symbols* 1535
*United States Colleges and Universities* 1539
*Canadian Colleges and Universities* 1551
*English Given Names* 1552
*Basic Manual of Style* 1559

REVISED EDITION

COPYRIGHT © 1980, 1979, 1975 BY RANDOM HOUSE, INC.

Previous edition copyright © 1973, 1972, 1969, 1968 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.

Based on *The Random House Dictionary of the English Language–The Unabridged Edition* Copyright © 1979, 1973, 1971, 1970, 1969, 1967, 1966 by Random House, Inc.

PUBLISHED IN THE UNITED STATES OF AMERICA BY RANDOM HOUSE, INC., NEW YORK AND SIMULTANEOUSLY IN CANADA BY RANDOM HOUSE OF CANADA LIMITED, TORONTO

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*Chart of Periodic Table of the Elements*, Copyright © 1964 by E. H. Sargent & Co.

*Table of Common Proofreader's Marks*, Copyright 1950, © 1956 by Alfred A. Knopf, Inc.

LIBRARY OF CONGRESS CATALOGING IN PUBLICATION DATA
Main entry under title:
The Random House college dictionary.
Based on the Random House dictionary of the English language, unabridged ed.
Published in 1968 under title: The Random House dictionary of the English language, college ed.
1. English language—Dictionaries.
PE1625.R34 1975 423 75-4858 ISBN 0-394-43500-1
ISBN 0-394-43600-8 thumb-indexed ed.

nn.s/ur
Manufactured in the United States of America

a polymer formed by the
...mers, and with no result-

...aracterized or produced by
...(of a function) having the
... the union or sum of two
... of the functional values of
...something that is added, as
...lter or improve the general
...rable properties: an additive
...retard spoilage. [< LL ad-
...ldere to ADD) + -īvus -IVE]

-dling. 1. to make or be-
to make or become spoiled or
...(del(a) liquid, filth; c. G Adel
...rine]
...), adj. having or revealing

..., adj. foolish; silly; addle-

...ə dres′), n., v., -dressed
a formal speech or statement
...f persons. 2. the designation
...anization, or the like, may be
...rcels, etc. 3. such a designa-
...he recipient or sender, placed
...e conversational manner of a
...editious management; ready
...label, as an integer, symbol,
...signating a location, register,
...ored. 7. Usually, addresses.
...urtship. 8. Obs. preparation.
... statement to. 10. to call (a
...ic name or title, as in greeting
... communication) to. 12. to
...eflexively, usually fol. by to):
...airman. 13. to put the direc-
...ress a letter. 14. to direct the
...reflexively, usually fol. by to):
...k. 15. to woo; court. 16. Golf.
...e head of the club behind (the
...it. 17. Obs. to give direction
...) (to) adorn < MF adresser).
...s′er, ad·dres′sor, n. —Syn.
...ech. 5. adroitness, cleverness.
...re sō′), n. a person, company,
...er, package, etc., is addressed.
...ə graf′, -gräf′), n. Trademark.
... rapid, automatic addressing of

...′), v.t. -duced, -duc·ing. to
...or as evidence. [< L addūce(re)
...ūcere to lead] —ad·duce′a·ble,
...′er, n.
...dyo͞o′-), adj. Physiol. drawing
...of a muscle; adducting. [< L
...p. of addūcere to ADDUCE]
...sio) to move or draw toward the
...ts parts (opposed to abduct). [<
... of addūcere] —ad·duc′tive, adj.
..., n. 1. Physiol. the action of an
... of adducing. [< ML adductiōn-

...n. any muscle that adducts
...NL, LL: conductor]
...6-1944. U.S. humorist.
... nouns denoting action or process
...ng, appearing in loan words from
...m Spanish (cannonade; fusillade;
... attached (blockade; masquerade).
...a drink made of a particular fruit:
...-ita (fem. of -ātus); < Sp -ado

...x like -ad: decade. [< F < Gk

... a city in and the capital of South
...7,957 with suburbs (1961).
...Fr. A dā lē′), a coastal region
...stralia; claimed by France.
...word element meaning "having
...er in bundles," of the number
...monadelphous. [< Gk adelph(ós)

...shən), n. Law. the failure of a
...isposal of it before the testator's
...(s. of adēmptiō) a taking away =
...m(p)-, s. of emere to take + -tus

... 1. a seaport in and the capital of
...f Yemen. 225,000 (est. 1969). 2.
...itish colony on the Gulf of Aden
...ederation of South Arabia, now
...n. 75 sq. mi. 3. Also called Aden
...ame of the Protectorate of South
...arm of the Arabian Sea between the
...Arabian Peninsula.
... before a vowel: adenine.
...r, ad′ənou′-; Ger. äd′ənou′ər), n.
... kōn′rät), 1876–1967, chancellor of
...ral Republic 1949–63.
...nēn′, -ənin′), n. Chem. alkaloid,
... synthesis: used chiefly in medicine.
...rowing from Greek meaning "gland,"
...f compound words: adenocarcinoma.
..., aden-. [< Gk, comb. form of adḗn;

...a (ad′ənō kär′sə nō′mə), n., pl. -mas,
...hol. a malignant tumor arising in a
...e·no·car·ci·nom·a·tous (ad′ənō kär′-
..., adj.
...), n. 1. Usually, adenoids. an en-
...hoid tissue in the upper pharynx.
...lal. 2. of or pertaining to the adenoids.



**ad·e·noid·ec·to·my** (ad′ənoi dek′tə mē), n., pl. -mies. *Surg.* the operation of removing the adenoids.

**ad·e·no·ma** (ad′ənō′mə), n., pl. -mas, -ma·ta (-mə tə). *Pathol.* 1. a benign tumor originating in a secretory gland. 2. a benign tumor of glandlike structure. [< NL; see ADEN-, -OMA] —**ad·e·nom·a·tous** (ad′ənom′ə təs, -ənō′mə-), *adj.*

**a·den·o·sine** (ə den′ə sēn′, -sin), n. *Chem.* a powder, $C_{10}H_{13}N_5O_4$, obtained from the nucleic acid of yeast, which upon hydrolysis produces adenine and ribose. [irreg. b. ADENINE and RIBOSE]

**aden′osine triphos′phate,** *Biochem.* See **ATP.** Also called **a·den′o·sine·tri·phos·phor′ic ac′id.** (ə den′ə sēn trī′fos fôr′ik, -for′-, -sin-).

**A′den Protec′torate,** Aden (def. 2).

**A·de·od·a·tus I** (ā′dē od′ə təs). Deusdedit.

**Adeodatus II, Saint,** died A.D. 676, pope 672–676.

**ad·ept** (*adj.* ə dept′; *n.* ad′ept, ə dept′), *adj.* 1. very skilled; proficient; expert. —*n.* 2. a skilled or proficient person; expert. [< ML *adept(us)* one who has attained (the secret of transmuting metals), n. use of L ptp. of *adipīscī* to attain to (*ad-* AD- + *-ep-*, var. of *ap-* in *aptus* APT + *-tus* ptp. suffix)] —**a·dept′ly,** *adv.* —**a·dept′ness,** *n.*

**ad·e·qua·cy** (ad′ə kwə sē), *n.* the state or quality of being adequate; sufficiency for a particular purpose.

**ad·e·quate** (ad′ə kwit), *adj.* 1. equal to the requirement or occasion; fully sufficient, suitable, or fit. 2. barely sufficient or suitable: *The violinist gave only an adequate performance.* 3. *Law.* reasonably sufficient for legal action: *adequate grounds.* [< L *adaequāt(us)* matched (ptp. of *adaequāre*). See AD-, EQUAL, -ATE¹] —**ad′e·quate·ly,** *adv.* —**ad′e·quate·ness,** *n.* —**Syn.** 1. satisfactory, enough.

***à deux*** (A dœ′), *French.* of or for two; two at a time.

***ad ex·tre·mum*** (äd ek strā′mo͝om; *Eng.* ad ek strē′məm), *Latin.* to the extreme; at last; finally.

***ad fin.,*** *Latin.* to, toward, or at the end. [< *ad fīnem*]

**ad·here** (ad hēr′), *v.i.*, **-hered, -her·ing.** 1. to stick fast; cleave; cling (usually fol. by *to*): *The mud adhered to his shoes.* 2. to be devoted; be attached as a follower or upholder (usually fol. by *to*). 3. to hold closely or firmly (usually fol. by *to*): *to adhere to a plan.* 4. *Physics.* (of dissimilar substances) to be united by a molecular force acting in the area of contact. 5. *Obs.* to be consistent. [< ML *adhēr(ēre)* for L *adhaerēre* (*ad-* AD- + *haerēre* to stick, cling)] —**ad·her′er,** *n.* —**Syn.** 1. See **stick.**

**ad·her·ence** (ad hēr′əns, -her′-), *n.* 1. fidelity, as to a party or principle. 2. the act or state of adhering or clinging. [< ML *adhērentia.* See ADHERE, -ENCE]

**ad·her·ent** (ad hēr′ənt, -her′-), *n.* 1. a person who follows or upholds a leader, cause, etc.; supporter (usually fol. by *of*). —*adj.* 2. sticking; clinging; adhering. 3. *Bot.* adnate. [< ML *adhērent-* for L *adhaerent-* (s. of *adhaerēns,* prp. of *adhaerēre*)] —**ad·her′ent·ly,** *adv.* —**Syn.** 1. disciple, fan.

**ad·he·sion** (ad hē′zhən), *n.* 1. the act or state of adhering or clinging. 2. intellectual or emotional attachment, as to a party or principle. 3. assent; concurrence. 4. *Physics.* the molecular force of attraction in the area of contact between unlike bodies that acts to hold them together. Cf. **cohesion** (def. 2). 5. *Pathol.* a. the abnormal union of adjacent tissues. b. the tissue involved. [< ML *adhēsiōn-* for L *adhaesiōn-* (s. of *adhaesiō*) a clinging = *adhaes(us)* clung (*ad-* AD- + *haes-*, perf. s. of *haerēre* to cling + *-sus* ptp. suffix) + *-iōn-* -ION] —**ad·he′sion·al,** *adj.*

**ad·he·sive** (ad hē′siv), *adj.* 1. clinging; tenacious. 2. adhering; gummed; sticky: *an adhesive surface.* 3. *Physics.* of or pertaining to the molecular force that exists in the area of contact between unlike bodies and that acts to unite them. —*n.* 4. an adhesive material or substance. 5. a substance that causes something to adhere, such as glue, rubber cement, etc. 6. *Philately.* a postage stamp with a gummed back, as distinguished from one embossed or printed on an envelope or card. [ADHES(ION) + -IVE] —**ad·he′sive·ly,** *adv.* —**ad·he′sive·ness,** *n.*

**adhe′sive tape′,** a strip of flexible material, as cotton, plastic, or the like, coated on one side with an adhesive substance, used esp. for holding a bandage in place.

**ad·hib·it** (ad hib′it), *v.t.* 1. to take or let in; admit. 2. to use or apply. 3. to attach. [< L *adhibit(us)* brought (ptp. of *adhibēre* to bring to) = *ad-* AD- + *hibi-* (var. s. of *habēre* to hold, have) + *-tus* ptp. suffix] —**ad·hi·bi·tion** (ad′hə bish′ən), *n.*

**ad hoc** (ad hok′; *Lat.* äd hōk′), for this (special purpose) only; with respect to this (subject or thing).

***ad ho·mi·nem*** (äd hō′mi nem′; *Eng.* ad hom′ə nem′), *Latin.* 1. appealing to a prejudice, emotion, or a special interest rather than to intellect or reason. 2. against an opponent rather than against his arguments. [lit., to the man]

**ad·i·a·bat·ic** (ad′ē ə bat′ik, ā′dī ə-), *adj.* occurring without gain or loss of heat: *an adiabatic process.* [< Gk *adiábat(os)* incapable of being crossed (*a-* A-⁶ + *dia-* DIA- + *ba-* (s. of *bainein* to cross) + *-tos* verbal adj. suffix) + -IC] —**ad′i·a·bat′i·cal·ly,** *adv.*

**ad·i·aph·or·ism** (ad′ē af′ə riz′əm), *n.* tolerance of actions or beliefs not specifically prohibited in the Scriptures. [ADIAPHOR(OUS) + -ISM] —**ad′i·aph′o·rist,** *n.* —**ad′i·aph′o·ris′tic,** *adj.*

**ad·i·aph·o·rous** (ad′ē af′ər əs), *adj.* doing neither good nor harm, as a medicine. [< Gk *adiáphoros* = *a-* A-⁶ + *diáphoros* different (*dia-* DIA- + *phor-* (var. s. of *phérein* to carry, bring) + *-os* adj. suffix)]

**a·dieu** (ə do͞o′, ə dyo͞o′; *Fr.* A dyœ′), *interj., n., pl.* **a·dieus, a·dieux** (ə do͞oz′, ə dyo͞oz′; *Fr.* A dyœ′). —*interj.* 1. good-by; farewell. —*n.* 2. the act or form of taking one's leave. [late ME < MF = *a* (< L *ad* to) + *dieu* (< L *deu-*, obl. s. of *deus* god)]

**A·di·ge** (ä′dē je), *n.* a river in N Italy, flowing SE to the Adriatic Sea. 220 mi. long.

**ad inf.,** See **ad infinitum.** Also, **ad infin.**

**ad in·fi·ni·tum** (ad in′fə nī′təm), to infinity; endlessly; without limit. [< L: lit., to the endless]

**ad init.,** See **ad initium.**

**ad i·ni·ti·um** (ad i nish′ē əm), at the beginning. [< L]

**ad int.,** See **ad interim.**

**ad in·te·rim** (ad in′tə rim), in the meantime. [< L: lit., for the time between]

**ad·i·os** (ad′ē ōs′, ä′dē-; *Sp.* ä thyôs′), *interj.* good-by; farewell. [< Sp: lit., to God]

**ad·i·pose** (ad′ə pōs′), *adj.* 1. resembling, containing, or pertaining to fat; fatty. —*n.* 2. animal fat stored in the fatty tissue of the body. [< NL *adipōs(us)* (L *adip-* (s. of *adeps*) fat, suet + *-ōsus* -OSE¹)] —**ad′i·pose′ness, ad·i·pos·i·ty** (ad′ə pos′i tē), **ad′i·po′sis,** *n.*

**Ad·i·ron·dack** (ad′ə ron′dak), *n., pl.* **-dacks,** (*esp. collectively*) **-dack.** 1. a member of an Algonquian people living mainly north of the St. Lawrence River. 2. **Adirondacks.** See **Adirondack Mountains.**

**Ad′iron′dack Moun′tains,** a mountain range in NE New York. Highest peak, Mt. Marcy, 5344 ft. Also called **Adirondacks.**

**ad·it** (ad′it), *n.* 1. *Mining.* a nearly horizontal passage leading into a mine. 2. an approach or access. [< L *adit(us)* an approach = *ad-* AD- + *-i-* (s. of *īre* to go) + *-tus* suffix marking n. denoting action or the means of action]

**adj.,** 1. adjective. 2. adjoining. 3. adjourned. 4. adjudged. 5. *Banking.* adjustment. 6. adjutant.

**ad·ja·cen·cy** (ə jā′sən sē), *n., pl.* **-cies.** 1. Also, **ad·ja′cence.** the state of being adjacent. 2. Usually, **adjacencies.** things, places, etc., that are adjacent. [< LL *adjacentia.* See ADJACENT, -ENCY]

**ad·ja·cent** (ə jā′sənt), *adj.* 1. near or close; next or contiguous: *a field adjacent to the highway.* 2. *Geom.* (of two angles) having a common vertex and one common side. [< L *adjacent-* (s. of *adjacēns,* prp. of *adjacēre* to adjoin) = *ad-* AD- + *jac-* lie + *-ent-* -ENT] —**ad·ja′cent·ly,** *adv.* —**Syn.** 1. abutting, touching. See **adjoining.**

**ad·jec·ti·val** (aj′ik tī′vəl), *adj.* 1. of, pertaining to, or used as an adjective. 2. depending for effect on intensive qualification of subject matter, as a writer or his writings. —**ad′jec·ti′val·ly,** *adv.*

**ad·jec·tive** (aj′ik tiv), *n.* 1. *Gram.* any member of a class of words functioning as modifiers of nouns, as *good, wise, perfect.* —*adj.* 2. pertaining to or functioning as an adjective; adjectival. 3. not able to stand alone; dependent. 4. *Law.* concerning methods of enforcement of legal rights, as pleading and practice (opposed to *substantive*). 5. (of dye colors) requiring a mordant or the like to render them permanent (opposed to *substantive*). [late ME < LL *adjectīv(um),* neut. of *adjectīvus* = *adject(us)* added to, ptp. of *adicere* (*ad-* AD- + *jec-* lay + *-tus* ptp. suffix) + *-īvus* -IVE] —**ad′jec·tive·ly,** *adv.*

**ad·join** (ə join′), *v.t.* 1. to be next to or in contact with; abut on: *His house adjoins the lake.* —*v.i.* 2. to be connected or in contact. [late ME *adjoine(n)* < MF *ajoindre*]

**ad·join·ing** (ə joi′ning), *adj.* being in contact at some point or line; bordering; contiguous: *the adjoining room.* —**Syn.** ADJOINING, ADJACENT, BORDERING all mean near or close to something. ADJACENT implies being nearby or next to: *adjacent angles.* ADJOINING implies touching at a common point or line: *an adjoining yard.* BORDERING means having a common boundary with: *the farm bordering on the river.* —**Ant.** separated.

**ad·journ** (ə jûrn′), *v.t.* 1. to suspend the meeting of (a club, legislature, committee, etc.) to a future time, another place, or indefinitely: *to adjourn the court.* 2. to defer or postpone (a matter) to a future meeting of the same body. —*v.i.* 3. to postpone, suspend, or transfer proceedings. [ME *ajo(u)rne(n)* < MF *ajo(u)rn(er)* = *a-* AD- + *jorn-* < L *diurn(us)* daily; see JOURNAL, JOURNEY]

**ad·journ·ment** (ə jûrn′mənt), *n.* 1. the act of adjourning. 2. the state or period of being adjourned. [< AF (legal) *adjournement,* MF]

**adjt.,** adjutant.

**ad·judge** (ə juj′), *v.t.*, **-judged, -judg·ing.** 1. to pronounce formally; decree: *The will was adjudged void.* 2. to award judicially; assign: *The prize was adjudged to him.* 3. to decide by a judicial opinion or sentence. 4. to sentence or condemn. 5. to deem; consider; think. [late ME *ajuge* < MF *ajug(i)er* < L *adjūdicāre.* See ADJUDICATE]

**ad·ju·di·cate** (ə jo͞o′də kāt′), *v.*, **-cat·ed, -cat·ing.** —*v.t.* 1. to pronounce or decree by judicial sentence; settle judicially; pass judgment on. —*v.i.* 2. to sit in judgment (usually fol. by *upon*). [< L *adjūdicāt(us)* (ptp. of *adjūdicāre*). See AD-, JUDGE, -ATE¹] —**ad·ju·di·ca·tive** (ə jo͞o′də kā′tiv, -kə tiv), *adj.* —**ad·ju′di·ca′tor,** *n.*

**ad·ju·di·ca·tion** (ə jo͞o′də kā′shən), *n.* 1. the act of adjudicating. 2. *Law.* a judicial decision or sentence. [< LL *adjūdicātiōn-* (s. of *adjūdicātiō*)]

**ad·junct** (aj′ungkt), *n.* 1. something added to another thing but not essentially a part of it. 2. a person joined to another in some duty or service; assistant. 3. *Gram.* a modifying form, word, phrase, etc., depending on some other form, word, phrase, etc. —*adj.* 4. joined or associated, esp. in an auxiliary or subordinate relationship. 5. attached or belonging without full or permanent status: *an adjunct surgeon on the hospital staff.* [< L *adjunct(us)* joined to (ptp. of *adjungere*) = *ad-* AD- + *jung-* (nasal var. of *jug-* YOKE¹) + *-tus* ptp. suffix] —**ad′junct·ly,** *adv.* —**Syn.** 1. appendix, supplement. See **addition.** 2. aide, attaché.

**ad·junc·tion** (ə jungk′shən), *n.* the act or process of adjoining. [< L *adjunctiōn-* (s. of *adjunctiō*)]

**ad·junc·tive** (ə jungk′tiv), *adj.* forming an adjunct. [< LL *adjunctīv(us)*] —**ad·junc′tive·ly,** *adv.*

**ad·jure** (ə jo͝or′), *v.t.*, **-jured, -jur·ing.** 1. to charge, bind, or command solemnly, as under oath or the threat of a curse. 2. to entreat or request earnestly. [late ME < L *adjūr(āre)* = *ad-* AD- + *jūrāre* to swear] —**ad·ju·ra·tion** (aj′o͞o rā′shən), *n.* —**ad·jur·a·to·ry** (ə jo͝or′ə tôr′ē, -tōr′ē), *adj.* —**ad·jur′er, ad·ju′ror,** *n.*

**ad·just** (ə just′), *v.t.* 1. to fit, as one thing to another; make correspondent or conformable; adapt; accommodate: *to adjust expenses to income.* 2. to put in working order; regulate; bring to a proper state or position: *to adjust an instrument.* 3. to settle or bring to a satisfactory state, so that parties are agreed in the result: *to adjust differences.* 4. *Insurance.* to determine the amount to be paid in settlement of (a claim). 5. to systematize. —*v.i.* 6. to adapt one-

act, āble, dâre, ärt; ebb, ēqual; if, īce; hot, ōver, ôrder; oil; bo͝ok; o͞oze; out; up, ûrge; ə = *a* as in *alone;* chief; sing; shoe; thin; that; zh as in *measure;* ə as in *button* (but′ən), *fire* (fīər). See the full key inside the front cover.

| DEVELOPMENT OF MINUSCULE | | | | |
|---|---|---|---|---|
| ROMAN UNCIAL | CAROL. MIN. | MODERN GOTHIC | MODERN ITALIC | MODERN ROMAN |
| F | ʃ | f | *f* | f |

rth Semitic *waw*, denoted by a symbol s as *digamma* (ϝ), which had a *w*-like r, surviving only as a numeral. In early n discontinued. The minuscule (f) is a tal.

ul statement. [ME *fabricacioun* < L *fabricātiōn-* ricātiō)] —**Syn. 2.** See **fiction.**
**st** (fab′yə list), *n.* **1.** a person who invents or relates **2.** a liar. [< MF *fabuliste*]
**ous** (fab′yə ləs), *adj.* **1.** almost unbelievable; in- **2.** exceptionally good or unusual; marvelous; **3.** told or known through fables, myths, or legends. ulōs(us)] —**fab′u·lous·ly,** *adv.* **·lous·ness,** *n.* —**Syn. 1.** amaz- nishing, astounding. **3.** fabled. **1.** usual. **3.** actual, historical. facsimile. **2.** factor. **3.** factory.



Façade

e (fə säd′, fa-; *Fr.* fA sAd′), *n.,* **des** (-sädz′; *Fr.* -sAd′). **1.** the front of a building, esp. an ng or decorative one. **2.** a false or cial appearance, often designed a favorable impression. Also, **fa-** [< F < It *facciata*. See FACE.

ās), *n., v.,* **faced, fac·ing.** —*n.* **1.** the front part of ad, from the forehead to the chin. **2.** a look or expres- n this part: *a sad face.* **3.** an expression or look that tes ridicule, disgust, etc.: grimace: *to make a face.* **4.** *al.* boldness; impudence. **5.** outward appearance. ward show or pretense. **7.** good reputation; dignity; ge. **8.** the amount specified in a bill or note, exclusive erest. **9.** the manifest sense or express terms, as of a nent. **10.** the geographic characteristics or general rance (of a land surface). **11.** the surface: *face of the* **12.** the side or part of a side upon which the use of ng depends: *the face of a watch.* **13.** the most important st frequently seen side; front. **14.** the acting, striking, rking surface of an implement, tool, etc. **15.** *Geom.* any f the bounding surfaces of a solid figure. **16.** *Mining.* ont or end of a drift or excavation, where the material was mined. **17.** *Print.* **a.** the working surface of a of a plate, etc. **b.** Also called **typeface.** any design of **c.** Also called **typeface.** the general style or appear- of type: *broad or narrow face.* **18.** *Naut., Aeron.* the or after side of a propeller blade (opposed to *back*). *Fort.* either of the two outer sides that form the salient e of a bastion or the like. **20.** *Crystall.* any of the outer e surfaces of a crystal. **21.** *Archaic.* sight; presence: *e from the face of the enemy.* **22. fly in the face of.** See (def. 17). **23. in the face of, a.** in spite of; notwith- ding. **b.** when confronted with. **24. show one's face,** nake an appearance; be seen. **25. to one's face,** in one's ence; brazenly; directly. **26.** to look toward or in the direction of. **27.** to have front toward or permit a view of. **28.** to confront di- ly. **29.** to confront courageously, boldly, or impudently ually fol. by *down* or *out*): *to face down an opponent.* **30.** ppose or to meet defiantly. **31.** to cover or partly cover h a different material in front. **32.** to finish the edge of garment) with facing. **33.** to turn the face of (a playing d) upward. **34.** to dress or smooth the surface of (a ne or the like). **35.** *Ice Hockey.* (of a referee) to put (the k) in play by dropping it between two opposing players h having his stick on the ice and facing the goal of the ponent. *i.* **36.** to turn or be turned (often fol. by *to* or *toward*): *face toward the sea.* **37.** to be placed with the front in a tain direction (often fol. by *on, to,* or *toward*): *The house es on the street.* **38.** to turn to the right, left, or in the posite direction: *Left face!* **39.** *Ice Hockey.* to face the ck (often fol. by *off*). **40. face up to, a.** to acknowledge mit. **b.** to meet courageously; confront. [ME < OF < L **facia,* r. L *faciēs* FACIES] —**face′a·ble,** *adj.* —**fac′er,** *n.* —**Syn. 1.** features. FACE, COUNTENANCE, VISAGE refer to e front of the (usually human) head. The FACE is the com- nation of the features: *a face with broad cheekbones.* COUNTE- ANCE, a more formal word, denotes the face as it is affected y or reveals the state of mind: *a thoughtful countenance.* ISAGE, still more formal, refers to the face as seen in a rtain aspect, esp. as revealing seriousness or severity: *a ern visage.* **2.** appearance, aspect, mien.
**ce′ card′,** the king, queen, or jack of playing cards.
**ce-cen·tered** (fās′sen′tərd), *adj.* *Crystall.* (of a crystal tructure) having lattice points on the faces of the unit cells f. **body-centered.**
**ce-hard·en** (fās′här′dən), *v.t.* to harden the surface of metal), as by chilling or casehardening.
**ce·less** (fās′lis), *adj.* **1.** without a face. **2.** lacking per- onal distinction or identity: *a faceless mob.* **3.** unable to be dentified; concealing one's identity.
**ace-lift** (fās′lift′), *n.* plastic surgery on the face for elevat- ng sagging tissues and eliminating wrinkles and other signs of age. Also called **face′ lift′ing.**
**ace-off** (fās′ôf′, -of′), *n.* *Ice Hockey.* the act of facing the puck, as at the start of a game or period.
**ace·plate** (fās′plāt′), *n.* (on a lathe) a perforated plate mounted on the live spindle, to which the work is attached.
**ace-sav·ing** (fās′sā′ving), *adj.* **1.** serving to save one's



prestige or dignity. —*n.* **2.** any act that saves one's prestige or dignity.
**fac·et** (fas′it), *n., v.,* **-et·ed, -et·ing** or (*esp. Brit.*) **-et·ted, -et·ting.** —*n.* **1.** one of the small, polished plane surfaces of a cut gem. **2.** an aspect; phase. **3.** *Zool.* one of the corneal lenses of a compound arthropod eye. —*v.t.* **4.** to cut facets on. [< F *facette* little face]
**fa·cete** (fə sēt′), *adj.* *Archaic.* facetious; witty. [< L *facēt(us)* courteous, elegant, witty] —**fa·cete′ly,** *adv.* —**fa·cete′ness,** *n.*
**fa·ce·ti·ae** (fə sē′shē ē′), *n.pl.* **1.** amusing or witty remarks or writings. **2.** coarsely witty books, stories, etc. [< L, pl. of *facētia* something witty]
**fa·ce·tious** (fə sē′shəs), *adj.* frivolously amusing; funny: *a facetious remark; a facetious person.* [FACETE + -IOUS] —**fa·ce′tious·ly,** *adv.* —**fa·ce′tious·ness,** *n.* —**Syn.** comical, droll, jocular. See **humorous.**
**face-to-face** (fās′tə fās′), *adv.* **1.** in a position with the fronts or faces turned toward each other, esp. when close together. **2.** in a way involving close contact or direct opposition. —*adj.* **3.** with the fronts or faces toward each other, esp. when close together. **4.** involving close contact or direct opposition.
**face′ val′ue, 1.** the value printed on the face of a stock, bond, etc. **2.** apparent value: *Do not accept promises at face value.*
**fa·cial** (fā′shəl), *adj.* **1.** of the face: *facial expression.* **2.** for the face: *facial tissues.* —*n.* **3.** a massage or other treatment to beautify the face. [< ML *faciāl(is)*] —**fa′cial·ly,** *adv.*




Orthognathous Skull
Prognathous Skull
ACD, Facial angle; AB, Axis of face; CD, Axis of skull

**fa′cial an′gle,** *Craniom.* the angle formed by the intersection of the axis of the face with the axis of the skull.
**fa′cial in′dex,** *Craniom.* the ratio of the breadth of the face to its height.
**-facient,** a learned borrowing from Latin meaning "that makes or causes (something)," used in the formation of compound words: *febrifacient.* [< L *facient-* (s. of *faciēns,* prp. of *facere*) making = *faci-* (s. of *facere*) + *-ent-* -ENT]
**fa·ci·es** (fā′shē ēz′, -shēz), *n., pl.* **fa·ci·es. 1.** general appearance, as of an animal or vegetable group. **2.** *Geol.* the composite nature of sedimentary deposits reflecting the conditions and environment of their origin. **3.** *Med.* a facial expression characteristic of a disease or pathological condition. [ME < L: form, figure, appearance, face, akin to *facere* to make]
**fac·ile** (fas′il *or, esp. Brit.,* -īl), *adj.* **1.** moving, acting, working, proceeding, etc., with ease; glib: *a facile mind.* **2.** easily performed, used, etc.: *a facile method.* **3.** easy or unconstrained, as manners or persons; affable, agreeable, or complaisant; easily influenced. [late ME < L *facil(is)* that can be done, easy = *fac(ere)* (to) do, make + *-ilis* -ILE] —**fac′ile·ly,** *adv.* —**fac′ile·ness,** *n.* —**Syn. 1.** smooth, flowing, fluent; superficial.
**fa·cil·i·tate** (fə sil′i tāt′), *v.t.,* **-tat·ed, -tat·ing. 1.** to make easier or less difficult; help forward (an action, a process, etc.). **2.** to assist the progress of (a person). —**fa·cil′i·ta′tion,** *n.* —**fa·cil′i·ta′tive,** *adj.* —**fa·cil′i·ta′tor,** *n.*
**fa·cil·i·ty** (fə sil′i tē), *n., pl.* **-ties. 1.** something designed, built, installed, etc., to serve a specific function or perform a particular service: *transportation facilities; educational facilities.* **2.** the quality of being easily or conveniently done or performed. **3.** something that permits the easier performance of an action, course of conduct, etc. **4.** freedom from difficulty; ease. **5.** readiness or ease due to skill, aptitude, or practice; dexterity: *He translated with great facility.* **6.** an easy-flowing manner. **7.** ready compliance. [late ME *facilite* < L *facilitās*]
**fac·ing** (fā′sing), *n.* **1.** a covering in front, as an outer layer of stone on a brick wall. **2.** a lining applied to the edge of a garment for ornament or strengthening. **3.** material turned outward or inward, as a cuff or hem. **4. facings,** coverings on the collar, cuffs, etc., of a military coat.
**fa·cin·o·rous** (fə sin′ər əs), *adj.* *Archaic.* dreadfully wicked. [< L *facinorōs(us)* criminal, atrocious = *facinor-* (s. of *facinus* bad deed, akin to *facere* to do) + *-ōsus* -OUS]
**facsim.,** facsimile.
**fac·sim·i·le** (fak sim′ə lē), *n., v.,* **-led, -le·ing.** —*n.* **1.** an exact copy, as of a book, painting, manuscript, etc. **2.** a method of transmitting drawings, printed material, or the like, by means of radio or telegraph. —*v.t.* **3.** to reproduce in facsimile; make a facsimile of. [earlier *fac simile* make the like = L *fac* (impv. of *facere*) + *simile;* see SIMILE] —**Syn. 1.** replica, reproduction. **1, 3.** duplicate.
**fact** (fakt), *n.* **1.** the quality of existing or of being real; actuality; truth: *It has no basis in fact.* **2.** something known to exist or to have happened. **3.** a truth known by actual experience or observation; that which is known to be true: *Scientists deal with facts.* **4.** something said to be true or supposed to have happened. **5.** Often, **facts.** *Law.* an actual or alleged event or circumstance, as distinguished from its legal effect or consequence. **6. after the fact,** *Law.* after the commission of a crime: *an accessory after the fact.* **7. before the fact,** *Law.* prior to the commission of a crime: *an accessory before the fact.* **8. in fact,** really; indeed. [< L *fact(um)* something done, deed, n. use of neut. of *factus* done, ptp. of *facere* to do] —**fact′ful,** *adj.*
**fact-find·ing** (fakt′fīn′ding), *adj.* **1.** engaged in determining facts. —*n.* **2.** determination of facts.
**fac·tion** (fak′shən), *n.* **1.** a group or clique within a larger group, party, government, organization, or the like. **2.** party strife and intrigue; dissension. [< L *factiōn-* (s. of *factiō*) a doing, company]
**fac·tion·al** (fak′shə nəl), *adj.* **1.** of a faction or factions. **2.** self-interested; partisan. —**fac′tion·al·ism,** *n.* —**fac′tion·al·ist,** *n.*
**fac·tious** (fak′shəs), *adj.* **1.** given to faction; dissentious. **2.** pertaining to or proceeding from faction: *factious quarrels.* [< L *factiōs(us)* fond of doing, busy, of a company or party. See FACTION, -OUS] —**fac′tious·ly,** *adv.* —**fac′tious·ness,** *n.*
**fac·ti·tious** (fak tish′əs), *adj.* artificial or contrived; not spontaneous or natural: *factitious enthusiasm.* [< L *factītius,* var. of *factīcius* made by art, artificial] —**fac·ti′tious·ly,** *adv.* —**fac·ti′tious·ness,** *n.* —**Syn.** forced, feigned, engineered. —**Ant.** genuine, sincere.
**fac·ti·tive** (fak′ti tiv), *adj.* *Gram.* noting or pertaining to verbs that take a direct object and an objective complement indicating consequence, as *made* in *They made him king.* [< NL *factitīv(us)* = *factit-* (s. of L *factitāre* to do often, practice, declare (someone) to be) + *-īvus* -IVE] —**fac′ti·tive·ly,** *adv.*
**fact′ of life′, 1.** any aspect of human existence that must be confronted or regarded as unalterable or presently existing. **2. facts of life,** the facts concerning sex, reproduction, and birth.
**fac·tor** (fak′tər), *n.* **1.** one of the elements contributing to a particular result or situation. **2.** *Math.* one of two or more numbers, algebraic expressions, or the like, that when multiplied together produce a given product; a divisor: *The numbers 6 and 3 are factors of 18.* **3.** *Biol.* a gene, allele, or other determiner for hereditary characters. **4.** *Biochem.* any of certain substances necessary to a biochemical or physiological process, esp. those whose exact nature and function are unknown. **5.** *Com.* a business organization that lends money on accounts receivable or buys and collects accounts receivable. **6.** an agent; a person who acts or transacts business for another. —*v.t.* **7.** *Math.* to express (a mathematical quantity) as a product of two or more quantities of like kind, as $30 = 2 \cdot 3 \cdot 5$, or $x^2 - y^2 = (x + y)(x - y)$. Cf. **expand** (def. 4a). [late ME *facto(u)r* < L *factor* a maker, doer, performer] —**fac′tor·a·bil′i·ty,** *n.* —**fac′tor·a·ble,** *adj.* —**fac′tor·ship′,** *n.*
**fac·tor·age** (fak′tər ij), *n.* *Com.* **1.** the action or business of a factor. **2.** the allowance or commission paid a factor.
**fac·to·ri·al** (fak tōr′ē əl, -tôr′-), *n.* **1.** *Math.* the product of a given positive integer multiplied by all lesser positive integers. *Symbol:* $n!$, $\underline{n|}$, where $n$ is the given integer. —*adj.* **2.** *Math.* of or pertaining to factors or factorials. **3.** *Com.* of or pertaining to a factor or a factory. —**fac·to′ri·al·ly,** *adv.*
**fac·tor·ing** (fak′tər ing), *n.* **1.** *Com.* the business of purchasing and collecting accounts receivable or of advancing cash on the basis of accounts receivable. **2.** the act or process of separating an equation, formula, cryptogram, etc., into its component parts.
**fac·tor·ize** (fak′tə rīz′), *v.t.,* **-ized, -iz·ing.** *Math.* to resolve into factors. —**fac′tor·i·za′tion,** *n.*
**fac·to·ry** (fak′tə rē), *n., pl.* **-ries. 1.** a building or group of buildings with facilities for the manufacture of goods. **2.** *Com.* (formerly) an establishment for factors and merchants carrying on business in a foreign country. [< ML *factōria*] —**fac′to·ry·like′,** *adj.* —**Syn. 1.** manufactory, mill, plant.
**fac·to·tum** (fak tō′təm), *n.* a person employed to do all kinds of work, as the chief servant of a household. [< ML = L *fac* make, do (impv. of *facere*) + *tōtum,* neut. of *tōtus* all]
**fac·tu·al** (fak′choo əl), *adj.* **1.** of or pertaining to facts; concerning facts. **2.** based on or restricted to facts: *a factual biography.* [FACT + *-ual* as in *actual*] —**fac′tu·al·ly,** *adv.* —**fac′tu·al′i·ty, fac′tu·al·ness,** *n.*
**fac·tu·al·ism** (fak′choo ə liz′əm), *n.* **1.** devotion to or extensive reliance upon facts. **2.** a theory emphasizing or relying upon factual information. —**fac′tu·al·ist,** *n.* —**fac′tu·al·is′tic,** *adj.*
**fac·ture** (fak′chər), *n.* **1.** the act, process, or manner of making anything; construction. **2.** the thing made. [late ME < L *factūra* the making (of something)]
**fac·u·la** (fak′yə lə), *n., pl.* **-lae** (-lē′). *Astron.* an irregular, unusually bright patch on the sun's surface. [< L: little torch = *fac-* (s. of *fax*) torch + *-ula* -ULE] —**fac′u·lar,** *adj.*
**fac·ul·ta·tive** (fak′əl tā′tiv), *adj.* **1.** conferring a faculty, privilege, permission, or the power of doing or not doing something: *a facultative enactment.* **2.** left to one's option or choice; optional. **3.** that may or may not take place; that may or may not assume a specified character. **4.** *Biol.* having the capacity to live under more than one specific set of environmental conditions, as an animal or plant that can lead either a parasitic or a nonparasitic life (opposed to *obligate*). **5.** of or pertaining to the faculties. [< NL *facultātīv(us)*] —**fac′ul·ta′tive·ly,** *adv.*
**fac·ul·ty** (fak′əl tē), *n., pl.* **-ties. 1.** an ability, natural or acquired, for a particular kind of action. **2.** one of the powers of the mind, as memory, reason, speech, etc. **3.** an inherent capability of the body. **4.** *Educ.* **a.** one of the departments of learning, as theology, medicine, or law, in a university. **b.** the teaching body, sometimes with the students, in any of these departments. **c.** the entire teaching and administrative force of a university, college, or school. **5.** the members of a learned profession: *the medical faculty.* **6.** power or authority conferred by the state, a superior, etc. [ME *faculte* < MF < L *facultāt-* (s. of *facultās*) feasibility, means = *facul* easily (see FACILE) + *-tāt-* -TY²] —**Syn. 1.** capacity, capability, aptitude. See **ability.**
**fad** (fad), *n.* a temporary fashion, manner of conduct, etc., esp. one followed enthusiastically by a group. [n. use of dial. *fad* to look after things, busy oneself with trifles, back formation from obs. *faddle* to play with, fondle. See FIDDLE] —**fad′dish, fad′dy,** *adj.* —**fad′dish·ness,** *n.* —**fad′dism,** *n.* —**fad′dist,** *n.* —**Syn.** craze, vogue.
**fade** (fād), *v.,* **fad·ed, fad·ing.** —*v.i.* **1.** to lose brightness or vividness of color. **2.** to become dim, as light, or lose brightness of illumination. **3.** to lose freshness, vigor, strength, or health: *The flower faded.* **4.** to disappear or die gradually (often fol. by *away* or *out*): *His anger faded away.* **5.** *Motion Pictures, Television.* to appear or disappear gradually (usually fol. by *in* or *out*). **6.** *Football.* (of an offensive back) to move back toward one's goal line, preparatory to making a forward pass. —*v.t.* **7.** to cause to fade: *Sunshine faded the tapestry.* **8.** (in dice throwing) to make a wager against (the caster). **9.** *Motion Pictures, Television.* to cause (a scene) to appear or disappear gradually (usually fol. by *in* or *out*). [ME *fade(n)* < *fade* pale, dull < OF < VL

act, āble, dâre, ärt; ebb, ēqual; if, īce; hot, ōver, ôrder; oil; bo͝ok; o͞oze; out; up, ûrge; ə = *a* as in *alone;* chief; sing; shoe; thin; that; zh as in *measure;* ə as in *button* (but′ən), *fire* (fīər). See the full key inside the front cover.

-aged. [< ML *infuriāt(us)* maddened, en-
*iāre*)] —**in·fu′ri·ate·ly,** *adv.* —**in·fu′ri-**
. anger.
(in fyo͝or′ē ā′ting lē), *adv.* to an irri-
ng degree.
*v.*, **-fused, -fus·ing.** —*v.t.* **1.** to intro-
; cause to penetrate; instill (usually fol.
*loyalty into the new employees.* **2.** to
ually fol. by *with*): *The new coach infused*
*iasm.* **3.** to steep or soak (leaves, bark,
id so as to extract the soluble properties
*Obs.* to pour in. —*v.i.* **5.** to undergo in-
used. [ME < L *infūs(us)* poured in,
—**in·fus′er,** *n.* —**in·fu·sive** (in fyo͞o′-
. ingrain; inculcate.
o͞o′zə bəl), *adj.* not fusible; incapable of
elted. —**in·fu′si·bil′i·ty, in·fu′si·ble-**
SIBLE]
o͞o′zə bəl), *adj.* capable of being infused.
′zhən), *n.* **1.** the act or process of in-
ing that is infused. **3.** *Pharm.* **a.** the
of a crude drug in water. **b.** the liquid
*d.* **a.** the introduction of a saline or other
. **b.** the solution used. [late ME < L
*siō*)]
i fyo͞o′zhə niz′əm), *n.* *Theol.* the doc-
existed in a previous state and is infused
nception or birth. —**in·fu′sion·ist,** *n.*
yo͝o sôr′ē ə, -sôr′-), *n.pl.* **1.** protozoans
(or *Ciliophora*). **2.** *Obs.* any of various
sms found in infusions of decayed or de-
tter. [< NL, neut. pl. of *infūsōrius.* See
yo͝o sôr′ē əl, -sôr′-), *adj.* containing or
rians: *infusorial earth.*
fyo͝o sôr′ē ən, -sôr′-), *n.* **1.** any of the
. infusorial.
to͞o′ʀō; *Eng.* in fyo͝o to͝or′ō, -tyo͝or′ō),
ouns formed from verbs, expressing the
or its result, product, material, etc. (*the*
*new building; cotton wadding*). It is also
s from other words than verbs (*offing;*
ouns ending in *-ing* are often used at-
*iting trade*) and in composition (*drinking*
pounds (*sewing machine*), the first element
be regarded as the participial adjective,
d thus meaning "a machine that sews,"
taken as a verbal noun, the compound
"a machine for sewing." Cf. **-ing².**
]
ning the present participle of verbs, such
en used as participial adjectives: *warring*
[ME *-ing, inge,* r. ME *-inde, ende,* OE
glish suffix, meaning "one belonging to,"
"one descended from," and sometimes
e force, formerly used in the formation
*shilling; bunting; gelding; whiting.* Cf.
*ng;* c. ON *-ingr, -ungr,* Goth *-ings*]
*Foundry.* gate¹ (def. 10a).
or, in gath′ər), *v.t.* **1.** to gather or
st. —*v.i.* **2.** to collect; assemble. —**in-**
′or 2), *n.* **1. William (Mot·ter)** (mot′ər),
ywright. **2. William Ralph,** 1860–1954,
, scholar, and author: dean of St. Paul's
jem′ə nāt′), *v.t.*, **-nat·ed, -nat·ing.** to
< L *ingemināt(us)* redoubled, repeated
] —**in·gem′i·na′tion,** *n.*
n jen′ər it), *adj.* not generated; self-
*ingenerāt(us)* not begotten. See **IN-³,**
. in jen′ə rāt′; *adj.* in jen′ər it), *v.,*
*Archaic.* —*v.t.* **1.** to engender; produce.
innate. [< L *ingenerāt(us)* implanted.
] —**in·gen′er·a′tion,** *n.*
n′yəs), *adj.* **1.** characterized by clever-
of invention or construction. **2.** cleverly
ful. [ME < L *ingeniōs(us).* See **ENGINE,**
s·ly, *adv.* —**in·gen′ious·ness,** *n.*
fted, able, resourceful; adroit. INGENIOUS,
: distinct from each other and should not
ught of as synonyms. INGENIOUS means
sourceful in contriving new explanations
e like: *an ingenious executive.* INGENUOUS
d, free from guile or deceit: *an ingenuous*
*t.* —**Ant. 2.** unskillful.
n nō′, -nyo͞o′; *Fr.* aɴ zhā ny′), *n., pl.*
o͞z′; *Fr.* -ny′). **1.** the role of an ingenuous
ted on the stage. **2.** an actress who plays
alizes in playing such roles. Also, **in′ge-**
of *ingénu* < L *ingenu(us)* native, inborn,
s]
jə no͞o′i tē, -nyo͞o′-), *n., pl.* **-ties** for **3.**
being ingenious; inventive talent. **2.**
lness of conception or design, as of things.
ingenious contrivance. **4.** *Obs.* ingenu-
*nuitās* innate virtue, etc. (see INGENUOUS,
s by assoc. with INGENIOUS]
jen′yo͞o əs), *adj.* **1.** free from reserve,
mulation. **2.** artless; innocent; naive,
ive, inborn, honorable, tender = *ingenu-*
e to implant = *in-* IN-² + *gignere* to beget)
**gen′u·ous·ly,** *adv.* —**in·gen′u·ous·ness,**
**1.** See **ingenious.**
r sōl′, -sol′, -səl), *n.* **Robert Green,**
er, political leader, orator, and lecturer.
*v.t.* to take into the body, as food or
*egest*). [< L *ingest(us)* poured, thrown
. See IN-², GEST] —**in·gest′i·ble,** *adj.*
—**in·ges′tive,** *adj.*



**in·ges·ta** (in jes′tə), *n.pl.* substances ingested. [< NL, neut. pl. of L *ingestus.* See INGEST]

**in·ges·tant** (in jes′tənt), *n.* **1.** something that is ingested. **2.** an allergen that is ingested rather than inhaled.

**in·gle** (ing′gəl), *n.* *Brit. Dial.* a fire burning in a hearth. [? < Gael *aingeal* cinder]

**in·gle·nook** (ing′gəl no͝ok′), *n.* *Chiefly Brit.* a corner by the fire; chimney corner. Also, **in′gle nook′.**

**In·gle·wood** (ing′gəl wo͝od′), *n.* a city in SW California, near Los Angeles. 89,985 (1970).

**in·glo·ri·ous** (in glōr′ē əs, -glôr′-), *adj.* **1.** shameful; disgraceful: *inglorious retreat.* **2.** *Archaic.* not famous. [< L *inglōrius*] —**in·glo′ri·ous·ly,** *adv.* —**in·glo′ri·ous·ness,** *n.*

**In God′ We′ Trust′,** **1.** a motto appearing on U.S. currency. **2.** motto of Florida.

**in·go·ing** (in′gō′ing), *adj.* going in; entering.

**in·got** (ing′gət), *n.* **1.** a mass of metal cast in a convenient form for shaping, remelting, or refining. —*v.t.* **2.** to make ingots of; shape into ingots. [ME: lit., (something) poured in = *in-* IN-¹ + *got* poured < OE *goten,* ptp. of *gēotan*]

**in·graft** (in graft′, -gräft′), *v.t.* engraft. —**in·graft′er,** *n.* —**in·graft′ment, in′graf·ta′tion,** *n.*

**in·grain** (*v.* in grān′; *adj., n.* in′grān′), *v.t.* **1.** to fix deeply and firmly, as in the nature or mind. —*adj.* **2.** ingrained; firmly fixed. **3.** (of carpets) made of yarn dyed before weaving and so woven as to show a different pattern on each side; reversible. **4.** dyed in grain, or through the fiber. **5.** dyed in the yarn, or in a raw state, before manufacture. —*n.* **6.** yarn, wool, etc., dyed before manufacture. **7.** an ingrain carpet. Also, **engrain** (for defs. 1, 2). [orig. phrase *(dyed) in grain* (i.e., with kermes)] —**Syn. 1.** infuse, imbue.

**in·grained** (in grānd′, in′grānd′), *adj.* **1.** firmly fixed; deep-rooted; inveterate: *ingrained superstition.* **2.** wrought into or through the grain or fiber. Also, **engrained.** —**in·grain·ed·ly** (in grā′nid lē, -grānd′-), *adv.* —**in·grain′ed·ness,** *n.*

**in·grate** (in′grāt), *n.* **1.** an ungrateful person. —*adj.* **2.** *Archaic.* ungrateful. [ME *ingrat* < L *ingrāt(us)* ungrateful. See IN-³, GRATEFUL] —**in′grate·ly,** *adv.*

**in·gra·ti·ate** (in grā′shē āt′), *v.t.*, **-at·ed, -at·ing.** to establish (oneself) in the favor or good graces of others (usually fol. by *with*): *He ingratiated himself with the boss.* [? < It *ingraziato,* ptp. of *ingraziare* < phrase *in grazia* < L *in grātiam* into favor. See IN, GRACE, -ATE¹] —**in·gra′ti·a′tion,** *n.*

**in·gra·ti·at·ing** (in grā′shē ā′ting), *adj.* **1.** charming; agreeable; pleasing. **2.** meant to gain favor. —**in·gra′ti·at′ing·ly,** *adv.*

**in·gra·ti·a·to·ry** (in grā′shē ə tōr′ē, -tôr′ē), *adj.* serving or intended to ingratiate.

**in·grat·i·tude** (in grat′i to͞od′, -tyo͞od′), *n.* the state of being ungrateful. [ME < ML *ingrātitūd(ō)*]

**in·gre·di·ent** (in grē′dē ənt), *n.* **1.** something that enters as an element into a mixture: *the ingredients of a cake.* **2.** a constituent element of anything: *the ingredients of political success.* [late ME < L *ingredient-* (s. of *ingrediēns* going into (prp. of *ingredī*) = *in-* IN-² + *-gredient-* going; see GRADIENT] —**Syn. 1.** See **element.** —**Ant.** whole.

**In·gres** (aɴ′grᵊ), *n.* **Jean Au·guste Do·mi·nique** (zhäɴ ō gyst′ dô mē nēk′), 1780–1867, French painter.

**in·gress** (in′gres), *n.* **1.** the act of going in or entering. **2.** the right to enter. **3.** a means or place of entering; entryway. **4.** *Astron.* immersion (def. 5). [< L *ingress(us)* a going in = *ingress-* (ptp. s. of *ingredī*) + *-us* n. suffix (4th decl.)] —**in·gres·sion** (in gresh′ən), *n.* —**in·gres′sive,** *adj.* —**in·gres′sive·ness,** *n.*

**in·group** (in′gro͞op′), *n.* *Sociol.* a group of people sharing similar interests, attitudes, etc., and considering those outside the group as inferior or alien. Cf. **outgroup.**

**in·grow·ing** (in′grō′ing), *adj.* **1.** growing into the flesh: *an ingrowing nail.* **2.** growing within or inward.

**in·grown** (in′grōn′), *adj.* **1.** having grown into the flesh: *an ingrown toenail.* **2.** grown within or inward.

**in·growth** (in′grōth′), *n.* **1.** growth inward. **2.** something formed by growth inward.

**in·gui·nal** (ing′gwə nᵊl), *adj.* of, pertaining to, or situated in the groin. [< L *inguināl(is)* of the groin = *inguin-* (s. of *inguen*) groin + *-ālis* -AL¹]

**in·gulf** (in gulf′), *v.t.* engulf. —**in·gulf′ment,** *n.*

**in·gur·gi·tate** (in gûr′ji tāt′), *v.*, **-tat·ed, -tat·ing.** —*v.t.* **1.** to swallow greedily or in great quantity, as food. **2.** to engulf; swallow up. —*v.i.* **3.** to drink or eat greedily; guzzle; swill. [< L *ingurgitāt(us)* flooded, filled (ptp. of *ingurgitāre*) = *in-* IN-² + *gurgit-* (s. of *gurges*) whirlpool, flood + *-ātus* -ATE¹] —**in·gur′gi·ta′tion,** *n.*

**in·hab·it** (in hab′it), *v.t.* **1.** to live or dwell in (a place), as persons or animals. **2.** to exist or be situated within; indwell: *Weird notions inhabit his mind.* —*v.i.* **3.** *Archaic.* to live or dwell, as in a place. [< L *inhabit(āre)* (see IN-², HABIT²); r. ME *enhabite* < MF *enhabite(r)*] —**in·hab′it·a·bil′i·ty,** *n.* —**in·hab′it·a·ble,** *adj.* —**in·hab′i·ta′tion,** *n.*

**in·hab·it·an·cy** (in hab′i tᵊn sē), *n., pl.* **-cies.** a place of residence; dwelling. Also, **in·hab′it·ance.**

**in·hab·it·ant** (in hab′i tᵊnt), *n.* a person or an animal that inhabits a place; permanent resident. Also, **in·hab′it·er.** [late ME < L *inhabitant-* (s. of *inhabitāns*) dwelling in]

**in·hab·it·ed** (in hab′i tid), *adj.* having inhabitants: *an inhabited island.*

**in·hal·ant** (in hā′lənt), *adj.* **1.** used for inhaling. —*n.* **2.** an apparatus or medicine used for inhaling.

**in·ha·la·tor** (in′hə lā′tər), *n.* an apparatus to help one inhale air, an anesthetic, medicinal vapors, etc.

**in·hale** (in hāl′), *v.*, **-haled, -hal·ing.** —*v.t.* **1.** to breathe in; draw in by breathing: *to inhale air.* —*v.i.* **2.** to breathe in, esp. tobacco smoke. [IN-² + (EX)HALE] —**in·ha·la·tion** (in′hə lā′shən), *n.*

**in·hal·er** (in hā′lər), *n.* **1.** an apparatus used in inhaling medicinal vapors, anesthetics, etc. **2.** a respirator. **3.** a person who inhales. **4.** snifter (def. 1).

**In·ham·ba·ne** (in′yəm bä′nə), *n.* a seaport in SE Mozambique. 68,654 (est. 1955).

**in·har·mon·ic** (in′här mon′ik), *adj.* not harmonic; dissonant. —**in·har·mo·ny** (in här′mə nē), *n.*

**in·har·mo·ni·ous** (in′här mō′nē əs), *adj.* **1.** not harmonious; discordant. **2.** not congenial; disagreeable. —**in′har·mo′ni·ous·ly,** *adv.* —**in′har·mo′ni·ous·ness,** *n.*

**in·haul** (in′hôl′), *n.* *Naut.* any of various lines for hauling a sail, spar, etc., inward or inboard in order to stow it after use. Also, **in′haul′er.**

**in·here** (in hēr′), *v.i.*, **-hered, -her·ing.** to exist permanently and inseparably in, as a quality, attribute, or element; belong intrinsically; be inherent. [< L *inhaer(ēre)* = *in-* IN-² + *haerēre* to stick]

**in·her·ence** (in hēr′əns, -her′-), *n.* the state or fact of inhering or being inherent. [< ML *inhaerentia.* See INHERENT, -ENCE]

**in·her·en·cy** (in hēr′ən sē, -her′-), *n., pl.* **-cies** for **2.** **1.** inherence. **2.** something inherent. [< ML *inhaerentia.* See INHERENT, -ENCY]

**in·her·ent** (in hēr′ənt, -her′-), *adj.* existing in something as a permanent and inseparable element, quality, or attribute. [< L *inhaerent-* (s. of *inhaerēns*), prp. of *inhaerēre* to INHERE; see -ENT] —**in·her′ent·ly,** *adv.* —**Syn.** innate, native, inbred, ingrained.

**in·her·it** (in her′it), *v.t.* **1.** to take or receive (property, a right, a title, etc.) by succession or will, as an heir. **2.** to succeed (a person) as heir. **3.** to receive (anything), as by succession from predecessors. **4.** to receive (a genetic character) by the transmission of hereditary factors. **5.** to receive as one's portion. **6.** *Obs.* to make (one) heir (usually fol. by *of*). —*v.i.* **7.** to take or receive property or the like by virtue of being heir to it. **8.** to have succession as heir. **9.** to receive qualities, powers, duties, etc., as by inheritance. [ME *en(h)erit(i)e(n)* < MF *enherite(r)* < LL *inhērēditāre* to make heir. See IN-², HEREDITARY] —**in·her′it·a·bil′i·ty, in·her′it·a·ble·ness,** *n.* —**in·her′it·a·ble,** *adj.* —**in·her′it·a·bly,** *adv.*

**in·her·it·ance** (in her′i tᵊns), *n.* **1.** something that is or may be inherited; any property passing at the owner's death to the heir or those entitled to succeed. **2.** the genetic characters transmitted from parent to offspring. **3.** something, as a quality or characteristic, received from progenitors or predecessors. **4.** the act or fact of inheriting: *to receive property by inheritance.* **5.** birthright; heritage. **6.** *Obs.* right of possession; ownership. [ME *enheritance* < AF]

**inher′itance tax′,** a tax imposed on the right of heirs to receive a decedent's property.

**in·her·it·ed** (in her′i tid), *adj.* received by inheritance: *an inherited estate; inherited traits.*

**in·her·i·tor** (in her′i tər), *n.* a person who inherits; an heir. [ME *enheritour, -er*]

**in·he·sion** (in hē′zhən), *n.* the state or fact of inhering; inherence. [< LL *inhaesiōn-* (s. of *inhaesiō*) = L *inhaes(us)* stuck in (ptp. of *inhaerēre* to INHERE) + *-iōn-* -ION]

**in·hib·it** (in hib′it), *v.t.* **1.** to restrain, hinder, arrest, or check (an action, impulse, etc.). **2.** to prohibit; forbid. [late ME *inhibite* < L *inhibit(us)* held in (ptp. of *inhibēre*) = *in-* IN-² + *-hib-* (var. of *hab-* hold) + *-itus* -ITE¹] —**in·hib′it·er,** *n.* —**in·hib·i·to·ry** (in hib′i tōr′ē, -tôr′ē), **in·hib′i·tive,** *adj.* —**Syn. 1.** repress, discourage. **2.** See **forbid.**

**in·hi·bi·tion** (in′i bish′ən, in′hi-), *n.* **1.** the act of inhibiting. **2.** the state of being inhibited. **3.** *Psychol.* the blocking or holding back of one psychological process by another. **4.** *Physiol.* **a.** a restraining, arresting, or checking of the action of an organ or cell. **b.** the reduction of a reflex or other activity as the result of an antagonistic stimulation. **c.** a state created at synapses making them less excitable by other sources of stimulation. [ME *inhibicio(u)n* < L *inhibitiōn-* (s. of *inhibitiō*)]

**in·hib·i·tor** (in hib′i tər), *n.* **1.** *Chem.* a substance that decreases the rate of or stops completely a chemical reaction. **2.** any impurity in a mineral that prevents luminescence. Cf. **activator** (def. 3). **3.** *Rocketry.* an inert antioxidant used with solid propellants to inhibit burning on certain surfaces. **4.** an inhibiter.

***in hoc sig·no vin·ces*** (in hōk′ sig′nō wing′kās; *Eng.* in hok′ sig′nō vin′sēz), *Latin.* in this sign shalt thou conquer: motto used by Constantine the Great, from his vision, before battle, of a cross bearing these words.

**in·hos·pi·ta·ble** (in hos′pi tə bəl, in′ho spit′ə bəl), *adj.* **1.** not inclined to or characterized by hospitality, as persons, actions, etc. **2.** (of a region, climate, etc.) not offering shelter, favorable conditions, etc. [< MF] —**in·hos′pi·ta·ble·ness,** *n.* —**in·hos′pi·ta·bly,** *adv.*

**in·hos·pi·tal·i·ty** (in′hos pi tal′i tē, in hos′-), *n.* lack of hospitality; inhospitable attitude toward visitors, guests, etc. [< L *inhospitālitās*]

**in-house** (in′hous′), *adj., adv.* within, conducted within, or utilizing an organization's own staff or resources rather than external or nonstaff facilities: *in-house research; in-house proofreading.*

**in·hu·man** (in hyo͞o′mən *or, often,* -yo͞o′-), *adj.* **1.** lacking sympathy, pity, warmth, compassion, or the like; cruel; brutal. **2.** not human. [< L *inhūmān(us)*; r. late ME *inhumain* < MF] —**in·hu′man·ly,** *adv.* —**in·hu′man·ness,** *n.* —**Syn. 1.** unfeeling, callous, savage, brutish.

**in·hu·mane** (in′hyo͞o mān′ *or, often,* -yo͞o-), *adj.* not humane; lacking humanity or kindness. [var. of INHUMAN] —**in′hu·mane′ly,** *adv.*

**in·hu·man·i·ty** (in′hyo͞o man′i tē *or, often,* -yo͞o-), *n., pl.* **-ties** for **2.** **1.** the state or quality of being inhuman or inhumane; cruelty. **2.** an inhuman or inhumane act. [late ME *inhumanite* < L *inhūmānitās*]

**in·hume** (in hyo͞om′), *v.t.*, **-humed, -hum·ing.** to bury; inter. [< L *inhum(āre)* = *in-* IN-² + *humāre* to bury < *hum(us)* earth] —**in·hu·ma′tion,** *n.* —**in·hum′er,** *n.*

**in·im·i·cal** (i nim′i kəl), *adj.* **1.** unfriendly; hostile. **2.** adverse in tendency or effect; harmful. Also, **in·im′i·ca·ble.** [< L *inimīc(us)* ENEMY + -AL¹] —**in·im′i·cal·ly,** *adv.* —**in·im′i·cal·ness, in·im′i·cal′i·ty,** *n.*

**in·im·i·ta·ble** (i nim′i tə bəl), *adj.* incapable of being imitated; surpassing imitation. [< L *inimitābil(is)*] —**in·im′i·ta·bil′i·ty, in·im′i·ta·ble·ness,** *n.* —**in·im′i·ta·bly,** *adv.*

**in·iq·ui·tous** (i nik′wi təs), *adj.* characterized by iniquity; wicked; sinful. —**in·iq′ui·tous·ly,** *adv.* —**in·iq′ui·tous·ness,** *n.* —**Syn.** nefarious, evil, base.

act, āble, dâre, ärt; ebb, ēqual; if, īce; hot, ōver, ôrder; oil; bo͝ok; o͞oze; out; up, ûrge; ə = *a* as in *alone;* chief; sing; shoe; thin; that; zh as in *measure;* ᵊ as in *button* (but′ᵊn), *fire* (fīᵊr). See the full key inside the front cover.

Robert F. Pierret



# Semiconductor Device Fundamentals





*with Computer-Based Exercises and Homework Problems*



# SEMICONDUCTOR DEVICE FUNDAMENTALS

Robert F. Pierret
School of Electrical and Computer Engineering
Purdue University

ADDISON-WESLEY PUBLISHING COMPANY
Reading, Massachusetts · Menlo Park, California · New York
Don Mills, Ontario · Wokingham, England · Amsterdam · Bonn
Sydney · Singapore · Tokyo · Madrid · San Juan · Milan · Paris

Katherine Harutunian *Associate Editor*
Helen Wythe *Senior Production Supervisor*
Hugh Crawford *Manufacturing Supervisor*
Barbara Atkinson *Associate Cover Design Supervisor*
Peter Blaiwas *Cover design*
Kenneth J. Wilson *Text design*
Joyce Grandy *Copyeditor*
Sandra Rigney *Production Packaging Services*
G & S Typesetters, Inc. *Composition*
Publishers' Design and Production Services, Inc. *Illustrations*

**Library of Congress Cataloging-in-Publication Data**
Pierret, Robert F.
Semiconductor device fundamentals / Robert F. Pierret.
p. cm.
Includes index.
ISBN 0-201-54393-1
1. Semiconductors. I. Title.
TK7871.85.P484 1996
621.3815'2-dc20 95-17387
CIP

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and Addison-Wesley was aware of a trademark claim, the designations have been printed in initial caps or all caps.

MATLAB is a registered trademark of The MathWorks, Inc.,
24 Prime Park Way, Natick, MA 01760-1500.
Phone: (508) 653-1415. Fax: (508) 653-2997
E-mail: info@mathworks.com
WWW:http://www.mathworks.com

Access the latest information about Addison-Wesley books from our Internet gopher site or our World Wide Web page:
gopher aw.com
http://www.aw.com/cseng/

Copyright: © 1996 by Addison-Wesley Publishing Company, Inc.

Reprinted with corrections March, 1996

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the written permission of the publisher.

Printed in the United States of America

45678910-MA-99989796

duction band automatically creates a valence band hole along with the conduction band electron. Also note that the intrinsic carrier concentration, although large in an absolute sense, is relatively small compared with the number of bonds that could be broken. For example, in Si there are $5 \times 10^{22}$ atoms/cm$^3$ and four bonds per atom, making a grand total of $2 \times 10^{23}$ bonds or valence band electrons per cm$^3$. Since $n_i \simeq 10^{10}$/cm$^3$, one finds less than one bond in $10^{13}$ broken in Si at room temperature. To accurately represent the situation inside intrinsic Si at room temperature, we could cover all the university chalkboards in the world with the bonding model and possibly show only *one* broken bond.

### 2.3.4 Manipulation of Carrier Numbers—Doping

Doping, in semiconductor terminology, is the addition of controlled amounts of specific impurity atoms with the express purpose of increasing either the electron or the hole concentration. The addition of dopants in controlled amounts to semiconductor materials occurs routinely in the fabrication of almost all semiconductor devices. Common Si dopants are listed in Table 2.2. To increase the electron concentration, one can add either phosphorus, arsenic, or antimony atoms to the Si crystal, with phosphorus followed closely by arsenic being the most commonly employed donor (electron-increasing) dopants. To increase the hole concentration, one adds either boron, gallium, indium, or aluminum atoms to the Si crystal, with boron being the most commonly employed acceptor (hole-increasing) dopant.

To understand how the addition of impurity atoms can lead to a manipulation of carrier numbers, it is important to note that the Table 2.2 donors are all from Column V in the Periodic Table of Elements, while all of the cited acceptors are from Column III in the Periodic Table of Elements. As visualized in Fig. 2.10(a) using the bonding model, when a Column V element with five valence electrons is substituted for a Si atom in the semiconductor lattice, four of the five valence electrons fit snugly into the bonding structure. The fifth donor electron, however, does not fit into the bonding structure and is weakly bound to the donor site. At room temperature this electron is readily freed to wander about the lattice and hence becomes a carrier. Please note that this donation (hence the name "donor") of carrier electrons does not increase the hole concentration. The donor ion left behind when the fifth electron is released cannot move, and there are no broken atom–atom bonds associated with the release of the fifth electron.

**Table 2.2** Common Silicon Dopants. Arrows indicate the most widely employed dopants.

| *Donors (Electron-increasing dopants)* | | *Acceptors (Hole-increasing dopants)* | |
|---|---|---|---|
| P ← | Column V elements | B ← | Column III elements |
| As ← | | Ga | |
| Sb | | In | |
| | | Al | |




**Figure 2.10** Visualization of (a) donor and (b) acceptor action using the bonding model. In (a) the Column V element P is substituted for a Si atom; in (b) the Column III element B is substituted for a Si atom.

The explanation of acceptor action follows a similar line of reasoning. The Column III acceptors have three valence electrons and cannot complete one of the semiconductor bonds when substituted for Si atoms in the semiconductor lattice (see Fig. 2.10b). The Column III atom, however, readily accepts (hence the name "acceptor") an electron from a nearby Si–Si bond, thereby completing its own bonding scheme and in the process creating a hole that can wander about the lattice. Here again there is an increase in only one type of carrier. The negatively charged acceptor ion (acceptor atom plus accepted electron) cannot move, and no electrons are released in the hole-creation process.

The foregoing bonding-model-based explanation of dopant action is reasonably understandable. There are, nevertheless, a few loose ends. For one, we noted that the fifth donor electron was rather weakly bound and readily freed at room temperature. How does one interpret the relative term "weakly bound"? It takes $\simeq$1 eV to break Si–Si bonds and very few of the Si–Si bonds are broken at room temperature. Perhaps "weakly bound" means a binding energy $\simeq$0.1 eV or less? The question also arises as to how one visualizes dopant action in terms of the energy band model. Both of the cited questions, as it turns out, involve energy considerations and are actually interrelated.

Let us concentrate first on the binding energy of the fifth donor electron. Crudely speaking, the positively charged donor-core-plus-fifth-electron may be likened to a hydrogen atom (see Fig. 2.11). Conceptually, the donor core replaces the hydrogen-atom nucleus and the fifth donor electron replaces the hydrogen-atom electron. In the real hydrogen atom the electron moves of course in a vacuum, can be characterized by the mass of a free electron, and, referring to Eq. (2.1), has a ground-state binding energy of $-13.6$ eV. In the pseudo-hydrogen atom, on the other hand, the orbiting electron moves through a sea of Si atoms and is characterized by an effective mass. Hence, in the donor or pseudo-atom case, the permittivity of free space must be replaced by the permittivity of Si and $m_0$ must be replaced by $m_n^*$. We therefore conclude that the binding energy ($E_B$) of the fifth donor electron is approximately




**Figure 2.11** Pseudo-hydrogen atom model for the donor-site bond.

$$E_B \simeq -\frac{m_n^* q^4}{2(4\pi K_S \varepsilon_0 \hbar)^2} = \frac{m_n^*}{m_0}\frac{1}{K_S^2} E_{H|n=1} \simeq -0.1 \text{ eV} \tag{2.5}$$

where $K_S$ is the Si dielectric constant ($K_S = 11.8$). Actual donor-site binding energies in Si are listed in Table 2.3. The observed binding energies are seen to be in good agreement with the Eq. (2.5) estimate and, confirming the earlier speculation, are roughly $\simeq$ 1/20 the Si band gap energy.

Having established the strength of dopant-site bonds, we are now in a position to tackle the problem of how one visualizes dopant action using the energy band model. Working on the problem, we note first that when an electron is released from a donor it becomes a conduction band electron. If the energy absorbed at the donor is precisely equal to the electron binding energy, the released electron will moreover have the lowest possible energy in the conducting band—namely, $E_c$. Adding an energy $|E_B|$ to the bound electron, in other words, *raises* the electron's energy to $E_c$. Hence, we are led to conclude that the bound electron occupies an allowed electronic level an energy $|E_B|$ below the conduction band edge, or, as visualized in Fig. 2.12, donor sites can be incorporated into the energy band scheme by adding allowed electronic levels at an energy $E_D = E_c - |E_B|$. Note that the donor energy level is represented by a set of dashes, instead of a continuous line, because an electron bound to a donor site is localized in space; i.e., a bound electron does not leave the general $\Delta x$ vicinity of the donor. The relative closeness of $E_D$ to $E_c$ of course reflects the fact that $E_c - E_D = |E_B| \simeq (1/20)E_G(\text{Si})$.

**Table 2.3** Dopant-Site Binding Energies.

| *Donors* | $\lvert E_B \rvert$ | *Acceptors* | $\lvert E_B \rvert$ |
|---|---|---|---|
| Sb | 0.039 eV | B | 0.045 eV |
| P | 0.045 eV | Al | 0.067 eV |
| As | 0.054 eV | Ga | 0.072 eV |
| | | In | 0.16 eV |




**Figure 2.12** Addition of the $E = E_D$ donor levels to the energy band diagram. Dashes of width $\Delta x$ emphasize the localized nature of the bound donor-site states.

The actual visualization of dopant action using the energy band model is pictured in Fig. 2.13. Examining the left-hand side of Fig. 2.13(a), one finds all the donor sites filled with bound electrons at temperatures $T \rightarrow 0$ K. This is true because very little thermal energy is available to excite electrons from the donor sites into the conduction band at these very low temperatures. The situation changes, of course, as the temperature is increased, with more and more of the weakly bound electrons being donated to the conduction band. At room temperature the ionization of the donors is all but total, giving rise to the situation pictured at the extreme right of Fig. 2.13(a). Although we have concentrated on donors, the situation for acceptors is completely analogous. As visualized in Fig. 2.13(b), acceptors introduce allowed electronic levels into the forbidden gap at an energy slightly above the valence band edge. At low temperatures, all of these sites will be empty—there is insuffi-




**Figure 2.13** Visualization of (a) donor and (b) acceptor action using the energy band model.

cient energy at temperatures $T \to 0$ K for a valence band electron to make the transition to an acceptor site. Increasing temperature, implying an increased store of thermal energy, facilitates electrons jumping from the valence band onto the acceptor levels. The removal of electrons from the valence band of course creates holes. At room temperature, essentially all of the acceptor sites are filled with an excess electron and an increased hole concentration is effected in the material.

To complete this subsection, a few words are in order concerning the doping of non-elemental semiconductors such as GaAs. Dopant action in GaAs follows the same general principles but is slightly more involved because of the existence of two different lattice-site atoms. Completely analogous to the doping of a Si crystal, the Column VI elements S, Se, and Te act as donors when replacing the Column V element As in the GaAs lattice. Similarly, the Column II elements Be, Mg, and Zn act as acceptors when replacing the Column III element Ga. A new situation arises when Column IV elements such as Si and Ge are incorporated into GaAs. Si typically replaces Ga in the GaAs lattice and is a popular $n$-type dopant. However, under certain conditions Si can be made to replace As in the GaAs lattice, thereby functioning as an acceptor. In fact, GaAs $pn$ junctions have been fabricated where Si was both the $p$-side and $n$-side dopant. An impurity that can act as either a donor or an acceptor is referred to as an *amphoteric* dopant.

### Exercise 2.1

*Energy Quiz*

**P:** (a) 1 eV is equal to how many joules of energy?

(b) $kT$ is equal to how many eV at 300 K?

(c) The ionization energy of acceptors and donors in Si is roughly equal to _____?

(d) $E_G$(Si) = _____?

(e) $E_G(SiO_2)$ = _____?

(f) The energy required to ionize a hydrogen atom initially in the $\mathbf{n} = 1$ state is ___?

**S:** (a) 1 eV = $1.60 \times 10^{-19}$ joules.

(b) $kT = (8.617 \times 10^{-5})(300) = 0.0259$ eV at 300 K.

(c) The ionization energy of dopants is equal to $|E_B|$ of the dopant sites. As discussed in Subsection 2.3.4, $|E_B| \cong 0.1$ eV for dopants in Si.

(d) $E_G$(Si) = 1.12 eV at 300 K (see Subsection 2.2.4).

(e) $E_G(SiO_2) \cong 8$ eV (see Subsection 2.2.4).

(f) Making use of Eq. (2.1) in Section 2.1, the hydrogen atom ionization energy is $|E_{H|\mathbf{n}=1}| = 13.6$ eV.

### 2.3.5 Carrier-Related Terminology

Since terminology is often a stumbling block to understanding and since this particular section is replete with specialized terms, it seems appropriate to conclude the section with an overview of carrier-related terminology. Approximately one half of the carrier-related terms that follow were introduced and defined earlier in this section; the remainder of the terms are being listed here for the first time. All of the terms are widely employed and their definitions should be committed to memory.

*Dopants*—specific impurity atoms that are added to semiconductors in controlled amounts for the express purpose of increasing either the electron or the hole concentration.

*Intrinsic semiconductor*—undoped semiconductor; extremely pure semiconductor sample containing an insignificant amount of impurity atoms; a semiconductor whose properties are native to the material.

*Extrinsic semiconductor*—doped semiconductor; a semiconductor whose properties are controlled by added impurity atoms.

*Donor*—impurity atom that increases the electron concentration; $n$-type dopant.

*Acceptor*—impurity atom that increases the hole concentration; $p$-type dopant.

*n-type material*—a donor-doped material; a semiconductor containing more electrons than holes.

*p-type material*—an acceptor-doped material; a semiconductor containing more holes than electrons.

*Majority carrier*—the most abundant carrier in a given semiconductor sample; electrons in an $n$-type material, holes in a $p$-type material.

*Minority carrier*—the least abundant carrier in a given semiconductor sample; holes in an $n$-type material, electrons in a $p$-type material.

## 2.4 STATE AND CARRIER DISTRIBUTIONS

Up to this point in the modeling process we have concentrated on carrier properties and information of a conceptual, qualitative, or, at most, semiquantitative nature. Practically speaking, there is often a need for more detailed information. For example, most semiconductors are doped, and the precise numerical value of the carrier concentrations inside doped semiconductors is of routine interest. Another property of interest is the distribution of carriers as a function of energy in the respective energy bands. In this section we begin the process of developing a more detailed description of the carrier populations. The development will eventually lead to relationships for the carrier distributions and concentrations within semiconductors under equilibrium conditions.


WEBSTER'S
NEW WORLD™
COLLEGE
DICTIONARY
FOURTH EDITION
Definitions that set the standard for clarity
More than 12,000 Americanisms
Updated every year
The Official Dictionary of the ASSOCIATED PRESS
WE DEFINE YOUR WORLD®

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

Fourth Edition

Michael Agnes
EDITOR IN CHIEF

David B. Guralnik
EDITOR IN CHIEF 1951–1985

WILEY
Wiley Publishing, Inc.




Copyright © 2008 by Wiley Publishing, Inc., Cleveland, Ohio

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, 317-572-3447, fax 317-572-4447, or online at http://www.wiley.com/go/permissions.

Trademarks: Wiley, the Wiley logo, Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

***Library of Congress Cataloging-in-Publication Data:***
Webster's New World College Dictionary / Michael Agnes, editor in chief.—4th ed.
p. cm.
ISBN 978-0-02-863118-9 (thumb-indexed). — ISBN 978-0-02-863119-6 (plain).
—ISBN 978-0-02-863120-2 (leatherkraft). — ISBN 978-0-02-863471-5 (deluxe).
1. English language—Dictionaries. I. Agnes, Michael.

PE1628.W5629 2000 99-045223
423—dc21

Manufactured in the United States of America

25 24 23 22 21 20 19 18 17 16

· LEMONADE] drink made
ə: dim. Della; var. Adelia;

< Ger Adelheid < OHG
ɪl, nobility + -heit, noun
dim. Addie; var. Adeline,

Australia: port on the SE

a masculine name: see

ADELA
ion in Antarctica, south of
q mi (432,010 sq km): also
r à dâ lē')
name: var. Adelina, Aline:

demptio, a taking away <
ake, buy: see REDEEM] Law
d from, an act of the testa-
the bequeathed property
olony & protectorate in SW
of the Republic of Yemen 2
former People's Democratic
Gulf of gulf of the Arabian
d Somalia in E Africa
used before a vowel [adeni-

, Kon·rad (kän′rad′; Ger kôn′
ellor of the Federal Republic

- + -INE³] a white, crystalline
DNA, RNA, and ADP of all
NA structure
glandular inflammation
ɪe INGUINAL] combining form

) n. [prec. + CARCINOMA] a
in or with a glandlike cell

n., pl. -ses′ (-sēz′) the ante-
etes such hormones as ACTH
HYPOPHYSIS —ad′·eno·hy′·po-
′·ial (-hī′pō fiz′ē əl)
DEN(O)- + -OID] 1 glandlike or
ue
′l) adj. 1 adenoid 2 having
ic difficult breathing or nasal
noids
mē, ad′nɔɪ dek′-) n., pl. -mies
l removal of the adenoids
.n. growths of lymphoid tissue
nd the nose: they can swell up,
thing and speaking, and cause

)- + -OMA] a benign tumor of
cell arrangement —ad·enoma-

[arbitrary blend < ADENINE +
alline powder, $C_5H_4N_5 \cdot C_5H_9O_4$,
st nucleic acid: it is a nucleoside
ee also ADP¹, AMP, ATP
s′fāt′) ADP¹
män′ō fäs′fāt′) AMP
äs′fāt′) ATP
s′ (-sēz′) [ADEN(O)- + -OSIS] any
rmal development of glandular

ADENO- + VIRUS] any of a family
at infect chiefly the respiratory
ading humans

ways ad′ept′) adj. [L adeptus, pp.
apisci, to pursue, attain: used in
ave arrived at the philosopher's
. ad′·ept′ a person who is highly
e or work; expert —adept′·ly adv.

quality or state of being adequate
aequatus, pp. of adaequare < ad-,
equus, level, equal] 1 enough or
d or needed; sufficient; suitable 2
out not remarkable —SYN. SUFFI-
′·equate·ness n.
two 2 intimate(ly)
m) [L, at the extreme] 1 to or at

the end; at the end
hyperactivity disorder
′, -her′·ing [L adhaerere < ad-, to +
st; stay attached 2 to stay firm in
ere to a leader, to adhere to a plan

**ad·her·ence** (ad hir′əns, əd-) **n.** the act of adhering; specif., attachment (*to* a person, cause, etc.); devotion and support

**ad·her·ent** (ad hir′ənt, əd-) **adj.** [Fr < L *adhaerens*, prp. of *adhaerere*: see ADHERE] **1** sticking fast; attached **2** *Bot.* grown together; adnate —**n.** a supporter or follower (*of* a person, cause, etc.) —**SYN.** FOLLOWER

**ad·he·sion** (ad hē′zhən, əd-) **n.** [Fr < L *adhaesio* < pp. of *adhaerere*: see ADHERE] **1** the act of sticking (*to* something) or the state of being stuck together **2** devoted attachment; adherence **3** a thing that adheres **4** *Med. a)* the joining together, by fibrous tissue, of bodily parts or tissues that are normally separate: it typically results from inflammation *b)* a band of fibrous tissue abnormally joining bodily parts or tissues **5** *Physics* the force that holds together the molecules of unlike substances whose surfaces are in contact: distinguished from COHESION

**ad·he·sive** (ad hē′siv, -ziv; əd-) **adj.** [Fr *adhésif* < L *adhaesus*, pp. of *adhaerere*: see ADHERE] **1** sticking and not coming loose; clinging **2** made so as to adhere —**n.** **1** an adhesive substance, as glue **2** *Philately* an adhesive postage stamp —**ad·he′·sively adv.** —**ad·he′·sive·ness n.**

**adhesive tape** tape with a sticky substance on one side, variously used, as for holding bandages in place

**ad·hibit** (ad hib′it) **vt.** [< L *adhibitus*, pp. of *adhibere*, to summon < *ad-*, to + *habere*, to have] [Rare] **1** to let in; admit **2** to affix **3** to administer, as a remedy —**ad·hi·bi·tion** (ad′hə bish′ən) **n.**

**ad hoc** (ad häk′, -hōk′) [L, to this] for a special case only, without general application [*an ad hoc committee*]

**ad homi·nem** (ad häm′ə nem′) [L, lit., to the man] **1** appealing to prejudice and emotion rather than to reason **2** attacking the character, motives, etc. of an opponent rather than debating the issue on logical grounds

**adia·batic** (ad′ē ə bat′ik, ad′ī ə-) **adj.** [< Gr *adiabatos*, not to be passed < *a-*, not + *dia*, through + *bainein*, to go: see COME] *Physics* of a process that occurs without loss or gain of heat —**ad′ia·bat′i·cally adv.**

**adi·apho·rous** (ad′ē af′ə rəs, ad′ī af′-) **adj.** [Gr *adiaphoros* < *a-*, not + *diaphoros*, different < *diapherein*, to differ < *dia-*, through + *pherein*, to BEAR¹] **1** morally neutral or indifferent **2** *Med.* neither harmful nor helpful

**adieu** (ə dyōō′, -dōō′; *Fr* á dyö′) **interj., n., pl. adieus′** or **adieux** (ə dyōōz′, -dōōz′; *Fr* á dyö′) [ME < OFr *a dieu*, to God (I commend you) < L *ad*, to + *Deum*, acc. of *Deus*, God; current use chiefly from modern Fr] goodbye; farewell

**Adi·ge** (ä′dē jā′) river in N Italy, flowing south & east into the Gulf of Venice: c. 250 mi (402 km)

**ad in·fi·ni·tum** (ad in′fə nīt′əm) [L, to infinity] endlessly; forever; without limit: abbrev. **ad inf.**

**ad ini·tium** (ad′ i nish′ē əm, -nish′əm) [L] at or to the beginning: abbrev. **ad init.**

**ad in·terim** (ad in′tər im) [L] **1** in the meantime; temporarily **2** temporary: abbrev. **ad int.** —**SYN.** TEMPORARY

☆**adi·os** (a′dē ōs′, ä′-; *Sp* ä dyōs′) **interj.** [Sp *adiós* < L *ad* + *Deum*: see ADIEU] goodbye; farewell

**adi·po·cere** (ad′ə pō sir′, -pə-) **n.** [Fr *adipocire* < L *adeps* (see fol.) + *cera*, wax] a fatty or waxy substance produced in decomposing dead bodies exposed to moisture

**adi·pose** (ad′ə pōs′) **adj.** [ModL *adiposus* < L *adeps* (gen. *adipis*), fat; ult. < Gr *aleipha*, fat; akin to *lipos*: see LIPO-] of, like, or containing animal fat; fatty —**n.** fat in the connective tissue of an animal's body

**adi·pos·ity** (ad′ə päs′ə tē) **n.** **1** the state of being fat; obesity **2** a tendency to become obese

**Adi·ron·dack Mountains** (ad′ə rän′dak′) mountain range in NE New York: highest peak, Mt. Marcy: also **Adirondacks**

**adit** (ad′it) **n.** [L *aditus*, pp. of *adire*, to approach < *ad-*, to + *ire*, to go: see EXIT] an approach or entrance; specif., an almost horizontal passageway into a mine

**adj** *abbrev.* **1** adjective **2** adjourned **3** adjustment

**Adj** *abbrev.* Adjutant

**ad·ja·cency** (ə jā′sən sē) **n.** **1** the quality or state of being adjacent; nearness **2** *pl.* -**cies** an adjacent thing

**ad·ja·cent** (ə jā′sənt) **adj.** [L *adjacens*, prp. of *adjacere*, to lie near < *ad-*, to + *jacere*, to lie, throw: see JET¹] near or close (*to* something); adjoining —**ad·ja′·cently adv.**

**SYN.—adjacent** things may or may not be in actual contact with each other, but they are not separated by things of the same kind [*adjacent* angles, *adjacent* farmhouses]; that which is **adjoining** something else touches it at some point or along a line [*adjoining* rooms]; things are **contiguous** when they touch along the whole or most of one side [*contiguous* farms]; **tangent** implies contact at a single, nonintersecting point with a curved line or surface [*a line tangent to a circle*]; **neighboring** things lie near to each other [*neighboring* villages]

**adjacent angles** two angles having the same vertex and a side in common



ADJACENT ANGLES (angles ABC and CBD)

**ad·jec·ti·val** (aj′ik tī′vəl) **adj.** **1** of an adjective **2** having the nature or function of an adjective **3** adjective-forming [*an adjectival suffix*] —**n.** *Linguis.* a word or word group that occurs in functions typical of adjectives —**ad′·jec·ti′·vally adv.**

**ad·jec·tive** (aj′ik tiv) **n.** [ME & OFr *adjectif* < L *adjectivus*, that is added < *adjectus*, pp. of *adjicere*, to add to < *ad-*, to + *jacere*, to throw: see JET¹] any of a class of words used to modify a noun or other substantive, as by describing qualities of the entity denoted, stating its limits or quantity, or distinguishing it from others (Ex.: *good, every, Aegean*) —**adj.** **1** of an adjective **2** having the nature or function of an adjective **3** dependent or subordinate **4** *Law* of or relating to practice and procedure; procedural —**ad′·jec·tively adv.**



**Adj Gen** *abbrev.* Adjutant General

**ad·join** (ə join′) **vt.** [ME *ajoinen* < OFr *ajoindre* < L *adjungere* < *ad-*, to (see AD-) + *jungere*: see JOIN] **1** to be next to; be contiguous to **2** to unite or annex (*to* a person or thing) —**vi.** to be next to each other; be in contact

**ad·join·ing** (-iŋ) **adj.** touching at some point or along a line; contiguous —**SYN.** ADJACENT

**ad·journ** (ə jurn′) **vt.** [ME *ajournen* < OFr *ajourner* < *a jorn*, at the (specified) day < *a*, at + *jorn*, day < L *diurnum*, by day < *diurnus*, daily < *dies*, day: see DEITY] to put off or suspend until a future time [*to adjourn a meeting*] —**vi.** **1** to close a session or meeting for a time [*Congress adjourned for the summer*] **2** [Informal] to move from a place of meeting (*to* another place) [*let's adjourn to the patio*]

**SYN.—adjourn** is applied to the action as of a deliberative body in bringing a session to a close, with the intention of resuming at a later date; **prorogue** applies to the formal dismissal of a parliament by the crown, subject to reassembly; to **dissolve** an assembly is to terminate it as constituted, so that an election must be held to reconstitute it; **postpone** implies the intentional delaying of an action until a later time; **suspend** denotes the breaking off of proceedings, privileges, etc. for a time, sometimes for such an indefinite time as to suggest cancellation [*to suspend a sentence*]

**ad·journ·ment** (-mənt) **n.** **1** an adjourning or being adjourned **2** the time of being adjourned

**ad·judge** (ə juj′) **vt.** -**judged′**, -**judg′·ing** [ME *ajugen* < OFr *ajugier* < L *adjudicare* < *ad-*, to + *judicare*, to judge, decide < *judex*, JUDGE] **1** to judge or decide by law **2** to declare or order by law **3** to give or award (costs, etc.) by law **4** [Rare] to regard: deem

**ad·ju·di·cate** (ə jōō′di kāt′) **vt.** -**cat′ed**, -**cat′·ing** [< L *adjudicatus*, pp. of *adjudicare*: see prec.] to hear and decide (a case); adjudge —**vi.** to serve as a judge (*in* or *on* a dispute or problem) —**ad·ju′·di·ca′·tor n.** —**ad·ju′·di·ca·to′ry** (-kə tôr′ē) **adj.**

**ad·ju·di·ca·tion** (ə jōō′di kā′shən) **n.** **1** the act of adjudicating **2** *Law a)* a judge's decision *b)* a decree in bankruptcy determining the status of the bankrupt —**ad·ju′·di·ca′·tive** (-kāt′iv, -kə tiv) **adj.**

**ad·junct** (a′juŋkt′) **n.** [< L *adjunctus*, pp. of *adjungere*, ADJOIN] **1** a thing added to something else, but secondary or not essential to it **2** *a)* a person connected with another as a helper or subordinate associate *b)* an adjunct teacher, professor, etc. **3** *Gram.* a word or phrase that qualifies or modifies another word or other words —**adj.** connected or attached in a secondary or subordinate way, or in a temporary or part-time position —**ad′·junctly adv.**

**ad·junc·tive** (ə juŋk′tiv) **adj.** [LL *adjunctivus*] that constitutes an adjunct —**ad·junc′·tively adv.**

**ad·ju·ra·tion** (aj′oo rā′shən) **n.** [L *adjuratio*, a swearing to < pp. of *adjurare*, fol.] **1** a solemn charge or command **2** an earnest entreaty

**ad·jure** (ə joor′) **vt.** -**jured′**, -**jur′·ing** [ME *adjuren* < L *adjurare* < *ad-*, to + *jurare*: see JURY¹] **1** to command or charge solemnly, often under oath or penalty **2** to entreat solemnly; appeal to earnestly —**ad·jur′a·to′ry** (-ə tôr′ē) **adj.** —**ad·jur′er n.** or **ad·ju′·ror**

**ad·just** (ə just′) **vt.** [ME *ajusten* < OFr *ajoster*, to join < *a-*, to + *joster* (see JOUST); infl. by OFr *juste* < L *justus*, JUST¹] **1** to change so as to fit, conform, make suitable, etc. **2** to make accurate by regulating [*to adjust a watch*] **3** to settle or arrange rightly [*to adjust accounts*] **4** to resolve or bring into accord [*to adjust differences*] **5** to decide how much is to be paid in settling (an insurance claim) **6** *Mil.* to correct (the gun sight, one's aim, etc.) in firing —**vi.** to come into conformity, as with one's surroundings; become suited, as to one's associates, circumstances, etc. —**SYN.** ADAPT —**ad·just′·able adj.** —**ad·just′er n.** or **ad·jus′·tor**

**adjustable-rate** (ə just′ə bəl rāt′) **adj.** designating or of a debt obligation, esp. a mortgage on real property, having terms which allow the interest rate to change over time

**ad·jus·tive** (ə jus′tiv) **adj.** having to do with adjustment

**ad·just·ment** (ə just′mənt) **n.** **1** an adjusting or being adjusted **2** a means or device by which parts are adjusted to one another [*the adjustment on a micrometer*] **3** the settlement of how much is to be paid in cases of loss or claim, as by insurance **4** a lowering of price, as of damaged or soiled goods


ADJUTANT STORK

**ad·ju·tancy** (aj′ə tən sē) **n., pl.** -**cies** the rank or office of a military adjutant

**ad·ju·tant** (aj′ə tənt) **n.** [< L *adjutans*, prp. of *adjutare*: see AID] **1** an assistant **2** *Mil.* a staff officer who serves as an administrative assistant to the commanding officer **3** [from its manner of walking, thought of as resembling a military strut] *a)* a very large stork (*Leptoptilos dubius*) about 1.5 m (5 ft) tall, of India and SE Asia, with a bare head and neck and a large, thick bill *b)* a similar but smaller stork (*L. javanicus*) found in the same countries (also called **lesser adjutant**): see MARABOU

**adjutant general** *pl.* **adjutants general** **1** an officer in an army

See the inside front cover for pronunciation information.
The symbol ☆ is used to mark terms of American origin.

**face mask** a protective covering of plastic or metal for the face, worn in football, hockey, etc.: sometimes written **face′·mask′** *n.*

**face-off** (fās′ôf′) *n.* **1** *Hockey* the act of starting or resuming play when the referee drops the puck between two opposing players **2** [Informal] a confrontation of persons or groups in opposition

**face·plate** (fās′plāt′) *n.* **1** a disk fastened to the spindle of a lathe that holds in place work to be turned **2** a protective cover, as over a light switch, journal box, etc.

**face powder** a cosmetic powder, as of talcum, applied to the face

**facer** (fās′ər) *n.* **1** a person or thing that faces **2** [Brit. Informal] any sudden, unexpected difficulty or defeat

**face-saving** (fās′sā′viŋ) *adj.* preserving or intended to preserve one's dignity, self-respect, or good reputation

**facet** (fas′it) *n.* ⟦Fr *facette*, dim. of *face*, FACE⟧ **1** any of the small, polished plane surfaces of a cut gem: see GEM, illus. **2** any of a number of sides or aspects, as of a personality **3** *Anat.* any small, smooth surface on a bone or other hard part **4** *Archit.* the raised plane between the flutes of a column **5** *Zool.* the outer surface of an ommatidium of a compound eye, as in many insects and crustaceans —*vt.* -·eted or -·et·ted, -·et·ing or -·et·ting to cut or make facets on —*SYN.* PHASE[1]

**fa·ce·tiae** (fə sē′shē ē′) *pl.n.* ⟦L, pl. of *facetia*, a jest < *facetus*, elegant, witty, akin to *fax*, torch < IE base *ĝhwok-*, to gleam > Gr *phaos*, light⟧ [Rare] witty sayings

**fa·ce·tious** (fə sē′shəs) *adj.* ⟦Fr *facétieux* < L *facetia*: see prec. & -OUS⟧ joking or trying to be jocular, esp. at an inappropriate time —**fa·ce′·tious·ly** *adv.* —**fa·ce′·tious·ness** *n.* —*SYN.* WITTY

**face·up** (fās′up′) *adv.* with the face or front turned upward

**face value** **1** the value printed or stamped on a bill, bond, coin, etc. **2** the amount of the death benefits of a life insurance policy **3** the seeming value [to take a promise at *face value*]

**fa·cia** (fā′shē ə, -shə) *n.* *chiefly Brit. var. of* FASCIA

**fa·cial** (fā′shəl) *adj.* ⟦Fr < ML *facialis* < VL *facia*, FACE⟧ of or for the face —*n.* a treatment intended to improve the appearance of the skin of the face, as by massage, the application of creams and astringents, etc. —**fa′·cially** *adv.*

**facial angle** the angle made by the intersection of two lines drawn from the base of the nostrils, one to the ear opening and the other to the most prominent part of the forehead

**facial index** the ratio of the height to the width of the face: (height × 100) ÷ width: cf. CEPHALIC INDEX

**facial tissue** a sheet of soft tissue paper used for cleansing, as a handkerchief, etc.

**-facient** (fā′shənt) ⟦< L *faciens* (gen. *facientis*), prp. of *facere*, to make, DO[1]⟧ *combining form forming adjectives* making or causing to become [*liquefacient*]

**fa·cies** (fā′shē ēz′, -shēz′; *also, esp. for 2*, -sēz′) *n., pl.* **fa′·cies′** ⟦L, FACE⟧ **1** the general appearance, aspect, or nature of anything **2** *Ecol.* a particular modification of the appearance or composition of a community **3** *Geol.* the characteristics of a rock body or part of a rock body that differentiate it from others, as in appearance, composition, etc. **4** *Med.* *a)* the appearance of the face as indicative of a specific disease or condition *b)* a surface

**fac·ile** (fas′il) *adj.* ⟦Fr < L *facilis* < *facere*, DO[1]⟧ **1** not hard to do or achieve; easy **2** acting, working, or done easily, or in a quick, smooth way; fluent; ready [*a facile wit*] **3** using or showing little effort and not sincere or profound; superficial [*a facile solution, facile emotions*] **4** [Now Rare] easy to influence or persuade; affable —*SYN.* EASY —**fac′·ilely** *adv.* —**fac′·ile·ness** *n.*

**fa·cili·tate** (fə sil′ə tāt′) *vt.* -·**tat′ed**, -·**tat′·ing** ⟦< Fr *faciliter* < It *facilitare* < L *facilis* (see prec.) + -ATE[1]⟧ to make easy or easier —**fa·cil′i·ta′·tor** *n.*

**fa·cili·ta·tion** (fə sil′ə tā′shən) *n.* **1** the act of facilitating **2** *Psychol.* increased ease of performance of any action, resulting from the lessening of nerve resistance by the continued successive application of the necessary stimulus —**fa·cil′i·ta′·tive** *adj.*

**fa·cil·ity** (fə sil′ə tē) *n., pl.* -**ties** ⟦ME & OFr *facilite* < L *facilitas*, easiness < *facilis*, FACILE⟧ **1** ease of doing or making; absence of difficulty **2** a ready ability; skill; dexterity; fluency **3** [*usually pl.*] the means by which something can be done [*poor transportation facilities*] **4** a building, special room, etc. that facilitates or makes possible some activity [*a new facility for outpatient treatment*] **5** [Now Rare] a tendency to be easygoing, yielding, etc.

**fac·ing** (fās′iŋ) *n.* **1** a lining, often decorative, sewn on the inside edge of a garment or on a part that is turned back, as a collar **2** any material used for this **3** a covering of contrasting material to decorate or protect a building, brick wall, etc. **4** [*pl.*] the trimmings, collar, and cuffs of certain military coats

**fac·simi·le** (fak sim′ə lē) *n.* ⟦L *fac*, imper. of *facere*, DO[1] + *simile*, neut. of *similis*, SIMILAR⟧ **1** (an) exact reproduction or copy **2** the transmission and reproduction of graphic matter by electrical means, as by radio or wire —*adj.* of or having the nature of a facsimile —*vt.* -·**led**, -·**le·ing** to make a facsimile of —*SYN.* COPY

**fact** (fakt) *n.* ⟦L *factum*, that which is done, deed, fact, neut. pp. of *facere*, DO[1]⟧ **1** a deed; act: now esp. in the sense of "a criminal deed" in the phrases **after the fact** and **before the fact** [*an accessory after the fact*] **2** a thing that has actually happened or that is really true; thing that has been or is **3** the state of things as they are; reality; actuality; truth [*fact as distinct from fancy*] **4** something said to have occurred or supposed to be true [*to check the accuracy of one's facts*] **5** *Law* an actual or alleged incident or condition, as distinguished from its legal consequence —**as a matter of fact** in reality; really; actually: also **in fact** or **in point of fact** —**the facts of life** **1** basic information about sexual reprod… **2** the harsh, unpleasant facts about a situation in life

**fact-finding** (fakt′fīn′diŋ) *n.* the gathering of information… preliminary research to gather facts for a later, full investig… hearing, etc. —*adj.* of, resulting from, or for the purpose of… research [*a fact-finding trip prior to a Congressional hearing*] —**fact′-find′er** *n.*

**fac·tic·ity** (fak tis′ə tē) *n.* the quality or state of being a fa… factual; factuality

**fac·tion**[1] (fak′shən) *n.* ⟦< Fr *faction* & L *factio*, a making, … faction < pp. of *facere*, DO[1]⟧ **1** a group of people inside a p… party, club, government, etc. working in a common cause a… other such groups or against the main body **2** partisan … within an organization or a country; dissension —**fac′·tional** *adj.* —**fac′·tion·ally** *adv.*

**fac·tion**[2] (fak′shən) *n.* ⟦a blend of FACT & FICTION⟧ a kind of … based on or incorporating recognizable historical events, real peo-ple, etc.

**fac·tion·al·ism** (-əl iz′əm) *n.* **1** factional dissension **2** affi… with a faction —**fac′·tion·al·ist** *n., adj.*

**fac·tion·al·ize** (-əl īz′) *vt., vi.* -·**ized′**, -·**iz′·ing** to divide into fa… —**fac′·tion·ali·za′·tion** *n.*

**fac·tious** (fak′shəs) *adj.* ⟦L *factiosus* < *factio*⟧ **1** producing or … ing to produce faction; causing dissension **2** produced or cha… terized by faction —**fac′·tiously** *adv.* —**fac′·tious·ness** *n.*

**fac·ti·tious** (fak tish′əs) *adj.* ⟦L *facticius* < pp. of *facere*, … forced or artificial [fe… natural, genuine, or spontaneous; … needs created by advertising] —**fac·ti′·tiously** *adv.* —**fac·ti′…ness** *n.*

**fac·ti·tive** (fak′tə tiv) *adj.* ⟦ModL, *factitivus*, irreg. < L *fa*… of *facere*, DO[1]⟧ *Gram.* designating or of a verb that expres… idea of making, calling, or thinking something to be of a … character, using a noun, pronoun, or adjective as a comple… its direct object (Ex.: *make* the dress *short*, *elect* him *mayor*)

**fac·toid** (fak′toid′) *n.* ⟦FACT + -OID⟧ a single fact or statis… ously regarded as being trivial, useless, unsubstantiated, etc.

**fac·tor** (fak′tər) *n.* ⟦ME *factour* < OFr *facteur* < L *factor*, … maker < pp. of *facere*, DO[1]⟧ **1** *a)* a person who carries on b… transactions for another; commission merchant; agent for the … of goods entrusted to his possession *b)* an agent, as a bank… finance company, engaged in financing the operations of … companies, or in financing wholesale and retail sales, through … purchase of accounts receivable **2** ⟦< fig. use of sense 4⟧ any of … circumstances, conditions, etc. that bring about a result; … or constituent that makes a thing what it is **3** *Biol.* GENE **4** … any of two or more quantities which form a product when … plied together —*vt.* **1** *Math.* to resolve into factors —*vi.* to … the capacity of a factor —*SYN.* ELEMENT, AGENT —**factor** … into) to include as a factor —**fac′·tor·able** *adj.* —**fac′·tor·s**…

**fac·tor·age** (-ij) *n.* **1** the business of a factor; buying and … on commission **2** a factor's commission

**fac·to·rial** (fak tôr′ē əl) *adj.* **1** of a factor **2** *Math.* of fac… factorials —*n.* *Math.* the product of a given series of conse… whole numbers beginning with 1 and ending with the spe… number [*the factorial of 5 (5!) is 1 × 2 × 3 × 4 × 5, or 1*…

**fac·tor·ize** (fak′tər īz′) *vt.* -·**ized′**, -·**iz′·ing** *Math.* FACTOR —**fac**…**za′·tion** *n.*

**factor of safety** the ratio of the maximum strength of a … material or a part to the probable maximum load to be app…

**factor VIII** an inherited plasma protein that is usually def… missing in hemophiliacs, needed to stop excessive internal …

**fac·tory** (fak′tə rē; *often* fak′trē) *n., pl.* -·**ries** ⟦Fr *factorie* < … see FACTOR⟧ **1** a building or buildings in which things are … factured; manufacturing plant **2** ⟦< Port *feitoria*⟧ a trading … ment maintained by factors

**fac·to·tum** (fak tōt′əm) *n.* ⟦ModL < L *fac*, imper. of *facere*, … *totum*, neut. of *totus*, all, the whole⟧ a person hired to do all … work; handyman

**fac·tual** (fak′choo əl) *adj.* ⟦FACT + (ACT)UAL⟧ **1** of or co… facts **2** having the nature of fact; real; actual —**fac·tu·al**… —**fac′·tu·ally** *adv.*

**fac·tu·al·ism** (-iz′əm) *n.* adherence or devotion to facts

**fac·ture** (fak′chər) *n.* ⟦ME < OFr < L *factura* < *facere*, … DO[1]⟧ the manner in which something, esp. a painting, is … executed

**facu·lae** (fak′yoo lē′) *pl.n., sing.* -**la** (-lə) ⟦L, dim. of *fax* (g… torch: see FACETIAE⟧ bright areas visible on the surface of the … esp. near its edge

**fac·ul·ta·tive** (fak′əl tāt′iv) *adj.* ⟦Fr *facultatif* < L *facultas*… **1** *a)* granting a faculty, or permission; permissive *b)* op… that may or may not happen or be; contingent **3** having to … a faculty or faculties **4** *Biol.* capable of living under vary… tions; e.g., able to live independently and as a parasite: opp… OBLIGATE (*adj.* 2)

**fac·ulty** (fak′əl tē) *n., pl.* -·**ties** ⟦ME & OFr *faculte* < L … *facilis*: see FACILE⟧ **1** [Obs.] the power to do; ability to p… action **2** any natural or specialized power of a living … sense [*the faculty of hearing, speech, etc.*] **3** power or a… some particular thing; special aptitude or skill [*a faculty* … ing friends] **4** ⟦ME < ML *facultas*, transl. of Aristotle's … branch of learning⟧ in Canada, a college or school of a … **5** all the teachers of a school, college, or university or of … departments or divisions **6** all the members of any of the … professions **7** *a)* a power or privilege conferred by auth… [*usually pl.*] *R.C.Ch.* authorization granted to a bishop, … permitting the performance of certain acts or functions

ɔ əs) **adj.** ⟦L *ingenuus*, native, inborn,
*gignere*, to engender < *in-*, in + *gignere*
[Obs.] of noble birth or nature 2 frank;
artless; naive; without guile —*SYN.*
**-in·gen'u·ous·ness** *n.*
-səl), **Robert Green** 1833-99; U.S. lawyer &
gnosticism
*ingestus*, pp. of *ingerere*, to carry
carry⟧ to take (food, drugs, etc.)
, inhaling, or absorbing **—in·ges'tion** n.
. ⟦L, neut. pl. of *ingestus*: see prec.⟧
ed figuratively
: Gael *aingeal*, fire⟧ [Brit. Dial.] 1 a fire
2 a fireplace
k') *n.* [Chiefly Brit.] a corner by a fireplace
**ıgle nook**
ood') ⟦after the home town in Canada of
promoters⟧ city in SW Calif.: suburb of
əs) **adj.** ⟦L *ingloriosus*: see IN-² & GLORIOUS
, or deserving glory; shameful; disgraceful
Rare] without glory; not famous
**y** *adv.* **—in·glo'·ri·ous·ness** *n.*
. going in; entering
: MFr *lingot* (with faulty separation of
r, prob. < *lingo*, var. of *lengo*, tongue
: from the elongated form⟧ 1 [Obs.]
a bar 2 a mass of metal cast into a bar
ust resistant, highly purified steel
.15%
*var. of* ENGRAFT
rān'; *for adj.* in'grān'; *for n.* in'grān'
the fiber before manufacture 2 to work
ly; chiefly in a figurative sense, and
1 dyed in the fiber, before manufacture
de of fiber or yarn dyed before weaving
3 deeply infused —*n.* yarn, fiber, carpet
facture
-grānd') **adj.** 1 *a)* worked into the fiber
lished *[ingrained* principles*]* 2 inveterate
*rained* liar*]*
⟦ME *ingrat* < OFr < L *ingratus*, unpleasant
*gratus*, grateful: see GRACE⟧ [Obs.]
person
hē āt') *vt.* **-at'ed, -at'·ing** ⟦prob. via It
< L phr. *in gratiam*, for the favor of
⟧ to make acceptable; esp., to bring
r good graces by conscious effort
**i·at'·ingly** *adv.* **—in·gra'·tia'·tion** *n.*
'i tōōd', -työōd') *n.* ⟦OFr < LL *ingratitudo*
itude; ungratefulness
grə ves'ənt) **adj.** ⟦L *ingravescens*, prp.
ne heavier, grow worse < *in-*, IN-² +
E'⟧ [Now Rare] becoming more
dē ənt) *n.* ⟦ME < L *ingrediens*, prp. of
of the things that a mixture is made of
onstituent, of anything —*SYN.* ELEMENT
**Au·guste Do·mi·nique** (zhän ō güst'
painter
ME < L *ingressus*, pp. of *ingredi*, to step
*adi*, to go: see GRADE⟧ 1 the act of entering
resh'ən) 2 the right or permission to enter
entering; entrance
iv) **adj.** ⟦ML *ingressivus*⟧ 1 having to do with
EPTIVE
Scand; ult < ON *Ingvi*, name of a God
e name
n. any group of people with common interests
se of solidarity and exclusivity as regards
in) **adj.** growing within, inward, or into
h *[*an *ingrowing* hair*]*
**adj.** 1 grown within, inward, or into
said as of a toenail that curves under at
re; innate
) *n.* 1 a growing inward 2 something
l) **adj.** ⟦L *inguinalis* < *inguen* (gen. *inguinis*)
ngwēn- > OIce *økkr*, tumor, Gr *adēn*, gland
-nə) *combining form* inguinal and; also
*var. of* ENGULF
gur'jə tāt') *vt., vi.* **-tat'·ed, -tat'·ing**
*ingurgitare*, to pour in like a flood, gurgle
⟧ to swallow up greedily or in large
**—in·gur'·gi·ta'·tion** *n.*
) *vt.* ⟦ME *enhabiten* < OFr *enhabiter*
+ *habitare*, to dwell < *habitus*: see HABIT
region, house, etc.); occupy —*vi.* [Archaic]
**-iter** *n.*

**in·hab·it·able**[1] (in hab'it ə bəl) **adj.** that can be inhabited; fit to live in; habitable **—in·hab'·it·abil'·ity** *n.*
**in·hab·it·able**[2] (in hab'it ə bəl) **adj.** [Obs.] not habitable **—in·hab'·it·abil'·ity** *n.*
**in·hab·it·ancy** (in hab'i tən sē) *n., pl.* **-cies** 1 an inhabiting or being inhabited 2 place of residence; home; dwelling Also [Obs.] **in·hab'·it·ance**
**in·hab·it·ant** (in hab'i tənt) *n.* ⟦ME *inhabitaunt* < OFr *inhabitant* < L *inhabitans*, prp. of *inhabitare*⟧ a person or animal that inhabits some specified region, dwelling, etc.; permanent resident
**in·hab·i·ta·tion** (in hab'i tā'shən) *n.* ⟦ME *inhabitacioun* < LL *inhabitatio*⟧ an inhabiting or being inhabited
**in·hab·ited** (in hab'it id) **adj.** having inhabitants; lived in; occupied
**in·hal·ant** (in hāl'ənt) **adj.** ⟦< L *inhalans*, prp. of *inhalare*⟧ used in inhalation; inhaling —*n.* a medicine or other substance to be inhaled as a vapor
**in·ha·la·tion** (in'hə lā'shən) *n.* ⟦< pp. of L *inhalare*⟧ 1 the act of inhaling 2 INHALANT
**in·ha·la·tor** (in'hə lāt'ər) *n.* 1 INHALER (sense 3) 2 RESPIRATOR (sense 2)
**in·hale** (in hāl', in'hāl') *vt.* **-haled', -hal'·ing** ⟦L *inhalare* < *in-*, in + *halare*, to breathe: see EXHALE⟧ 1 to draw (air, vapor, etc.) into the lungs; breathe in 2 [Informal] to consume rapidly or voraciously *[*to *inhale* one's dinner*]* —*vi.* 1 to draw air, vapor, etc. into the lungs 2 to draw tobacco smoke into the lungs when smoking
**in·haler** (in hāl'ər) *n.* 1 a person who inhales 2 RESPIRATOR (sense 1) 3 a device for administering medicine in the form of a vapor by inhalation
**in·har·monic** (in'här män'ik) **adj.** not harmonic; out of harmony; discordant
**in·har·mo·ni·ous** (in'här mō'nē əs) **adj.** not harmonious; discordant, in conflict, etc. **—in'·har·mo'·ni·ously** *adv.* **—in'·har·mo'·ni·ous·ness** *n.*
**in·har·mony** (in här'mə nē) *n.* lack of harmony; discord; conflict
**in·haul** (in'hôl') *n. Naut.* a rope used to haul in something, specif. the corner of a sail
**in·here** (in hir') *vi.* **-hered', -her'·ing** ⟦L *inhaerere*, to stick in, adhere to < *in-*, in + *haerere*, to stick⟧ to be inherent; exist as a quality, characteristic, or right (*in*); be innate
**in·her·ence** (in hir'əns, -her'-) *n.* ⟦ME *inhaerentia*⟧ 1 the fact or state of inhering or being inherent 2 *Philos.* the relation of an attribute to its subject
**in·her·ency** (-ən sē) *n.* 1 INHERENCE 2 *pl.* **-cies** something inherent
**in·her·ent** (-ənt) **adj.** ⟦L *inhaerens*, prp. of *inhaerere*: see INHERE⟧ existing in someone or something as a natural and inseparable quality, characteristic, or right; innate; basic; inborn **—in·her'·ently** *adv.*
**in·herit** (in her'it) *vt.* ⟦ME *enheriten* < OFr *enheriter* < LL *inhereditare*, to appoint as heir, inherit < L *in*, in + *heres*, HEIR⟧ 1 [Obs.] to transfer property to (an heir) 2 *a)* to receive (an ancestor's property), title, etc.) by the laws of inheritance upon the ancestor's death *b)* to receive (property) by bequest 3 to receive as if by inheritance from a predecessor 4 to have (certain characteristics) by heredity —*vi.* to receive an inheritance; become an heir **—in·her'i·tor** *n.*
**in·her·it·able** (in her'it ə bəl) **adj.** ⟦ME *enheritable* < Anglo-Fr < OFr⟧ 1 capable of inheriting; having the rights of an heir 2 capable of being inherited **—in·her'·it·abil'·ity** *n.* or **in·her'·it·able·ness** *n.*
**in·her·it·ance** (in her'i təns) *n.* ⟦ME *inheritauns* < Anglo-Fr & OFr *enheritance*⟧ 1 the action of inheriting 2 something inherited or to be inherited; legacy; bequest 3 ownership by virtue of birthright; right to inherit 4 anything received as if by inheritance from a predecessor 5 any characteristic passed on by heredity —*SYN.* HERITAGE
**inheritance tax** a tax levied by the state upon the right of a beneficiary to receive the property of a deceased person
**in·he·sion** (in hē'zhən) *n.* ⟦LL *inhaesio* < pp. of L *inhaerere*: see INHERE⟧ [Rare] INHERENCE
**in·hibin** (in hib'in) *n.* a protein-based hormone, produced in small quantities in the testes and ovaries, that inhibits the secretion of FOLLICLE-STIMULATING HORMONE
**in·hibit** (in hib'it) *vt.* ⟦< L *inhibitus*, pp. of *inhibere*, to hold back, restrain, curb < *in-*, in, on + *habere*, to have, hold: see HABIT⟧ 1 to hold back or keep from some action, feeling, etc.; check or repress 2 [Rare] to prohibit; forbid —*SYN.* RESTRAIN **—in·hib'i·tive** **adj.** or **in·hib'i·to·ry** (-i tôr'ē)
**in·hi·bi·tion** (in'hi bish'ən, in'i-) *n.* ⟦ME *inhibicion* < OFr < L *inhibitio*⟧ 1 an inhibiting or being inhibited 2 anything that inhibits; esp., a mental or psychological process that restrains or suppresses an action, emotion, or thought
**in·hib·i·tor** (in hib'it ər) *n.* a person or thing that inhibits; esp., any substance that slows or prevents a chemical or organic reaction: also sp. **in·hib'·iter**
**in·ho·mo·geneous** (in'hō'mō jē'nē əs, -mə-) **adj.** not homogeneous
**in·hos·pi·table** (in häs'pit ə bəl, in'häs pit'-) **adj.** ⟦ML *inhospitabilis*⟧ 1 not hospitable; not offering hospitality 2 not offering protection, shelter, etc.; barren; forbidding *[*an *inhospitable* climate*]* **—in·hos'·pi·table·ness** *n.* **—in·hos'·pi·tably** *adv.*
**in·hos·pi·tal·ity** (in'häs pi tal'ə tē) *n.* lack of hospitality; inhospitable treatment
**in-house** (in'hous') **adj.** originating within an organization, company, etc., rather than brought in from outside —*adv.* at or within an organization, company, etc. rather than outside it



**in·hu·man** (in hyōō'mən) **adj.** ⟦LME *inhumayn* < MFr *inhumain* < L *inhumanus*⟧ not human; esp., not having the qualities considered normal to or for human beings; unfeeling, heartless, cruel, barbarous, etc. —*SYN.* CRUEL **—in·hu'·manly** *adv.*
**in·hu·mane** (in'hyōō mān') **adj.** ⟦IN-² + HUMANE⟧ not humane; unmoved by the suffering of others; cruel, brutal, unkind, etc. **—in'·hu·mane'ly** *adv.*
**in·hu·man·ity** (in'hyōō man'ə tē) *n.* ⟦LME *inhumanite* < MFr < L *inhumanitas*⟧ 1 the quality or condition of being inhuman or inhumane 2 *pl.* **-ties** an inhuman or inhumane act or remark
**in·hume** (in hyōōm') *vt.* **-humed', -hum'·ing** ⟦Fr *inhumer* < L *inhumare* < *in-*, in + *humus*, earth: see HUMUS*⟧ to bury (a dead body); inter **—in'·hu·ma'·tion** *n.*
**in·imi·cal** (i nim'i kəl) **adj.** ⟦LL *inimicalis* < L *inimicus*, hostile, ENEMY⟧ 1 like an enemy; hostile; unfriendly 2 in opposition; adverse; unfavorable *[*laws *inimical* to freedom*]* **—in·im'i·cally** *adv.*
**in·imi·table** (i nim'i tə bəl) **adj.** ⟦L *inimitabilis*: see IN-² & IMITABLE⟧ that cannot be imitated or matched; too good to be equaled or copied **—in·im'i·tabil'·ity** *n.* or **in·im'i·table·ness** **—in·im'i·tably** *adv.*
**in·i·on** (in'ē ən, -än') *n.* ⟦ModL < Gr, the back of the head < *is* (gen. *inos*), sinew, muscle, lit., strength, akin to L *vis*, strength < IE **wis-* < base **wei-*, to strive forward, > L *via*⟧ the bulging part at the rear of the human skull
**in·iqui·tous** (i nik'wi təs) **adj.** showing iniquity; wicked; unjust **—in·iq'ui·tously** *adv.* **—in·iq'ui·tous·ness** *n.*
**in·iquity** (i nik'wi tē) *n.* ⟦ME *iniquite* < OFr *iniquité* < L *iniquitas* < *iniquus*, unequal < *in-*, not + *aequus*, EQUAL⟧ 1 lack of righteousness or justice; wickedness 2 *pl.* **-ties** a wicked, unjust, or unrighteous act
**init** *abbrev.* initial
**ini·tial** (i nish'əl) **adj.** ⟦< Fr or L: Fr < L *initialis* < *initium*, a beginning < *inire*, to go into, enter upon, begin < *in-*, into, in + *ire*, to go < IE base **ei-* > Goth *iddja*⟧ having to do with, indicating, or occurring at the beginning *[*the *initial* stage of a disease, the *initial* letter of a word*]* —*n.* 1 a capital, or uppercase, letter; specif., *a)* an extra-large capital letter at the start of a printed paragraph, chapter, etc. *b)* the first letter of a name 2 *Biol.* a primordial cell that determines the basic pattern of derived tissues; specif., a meristematic cell —*vt.* **-tialed** or **-tialled, -tial·ing** or **-tial·ling** to mark or sign with an initial or initials
**ini·tial·ism** (i nish'əl iz'əm) *n.* an acronym or abbreviation formed from initial letters, specif., one pronounced using the letters' names rather than phonetically (Ex.: CD, DNA, UHF)
**ini·tial·ize** (i nish'əl īz') *vt.* **-ized', -iz'·ing** *Comput.* to format or otherwise prepare (a disk, memory, etc.) **—ini'·tial·iza'·tion** *n.*
**ini·tially** (i nish'əl ē) *adv.* at the beginning; at first
**ini·ti·ate** (i nish'ē āt'; *for adj. & n.* i nish'ē it, -āt' *or, occas.* i nish'it) *vt.* **-at'ed, -at'·ing** ⟦< L *initiatus*, pp. of *initiare*, to enter upon, initiate < *initium*: see INITIAL⟧ 1 to bring into practice or use; introduce by first doing or using; start *[*to *initiate* a new course of studies*]* 2 to teach the fundamentals of some subject to; help to begin doing something *[*to *initiate* someone into the game of chess*]* 3 to admit as a member into a fraternity, club, etc., esp. with a special or secret ceremony —**adj.** 1 initiated 2 [Archaic] just begun —*n.* a person who has recently been, or is about to be, initiated —*SYN.* BEGIN **—ini'·tia'·tor** *n.*
**ini·tia·tion** (i nish'ē ā'shən) *n.* ⟦L *initiatio*⟧ 1 an initiating or being initiated 2 the ceremony by which a person is initiated into a fraternity, club, etc.
**ini·tia·tive** (i nish'ə tiv, -ē ə tiv) **adj.** ⟦ML *initiativus*⟧ of, or having the nature of, initiation; introductory; initial —*n.* 1 the action of taking the first step or move; responsibility for beginning or originating 2 the characteristic of originating new ideas or methods; ability to think and act without being urged; enterprise 3 *a)* the right of a legislature to introduce new legislation on some specified matter *b)* the right of a group of citizens to introduce a matter for legislation either to the legislature or directly to the voters *c)* the procedure by which such matters are introduced, usually by a petition signed by a specified percentage of the voters
**ini·tia·tory** (i nish'ē ə tôr'ē, i nish'ə-) **adj.** 1 beginning; introductory; initial 2 of or used in an initiation
**in·ject** (in jekt') *vt.* ⟦< L *injectus*, pp. of *injicere*, to throw, cast, or put in < *in-*, in + *jacere*, to throw: see JET¹⟧ 1 to force or drive (a fluid) into some passage, cavity, or chamber; esp., to introduce or force (a liquid) into some part of the body by means of a syringe, hypodermic needle, etc. 2 to fill by, or subject to, injection 3 to introduce (a missing feature, quality, etc.) *[*to *inject* a note of humor into a story*]* 4 to interject (a remark, opinion, etc.) as into a discussion **—in·ject'·able** **adj.**
**in·jec·tion** (in jek'shən) *n.* ⟦L *injectio*⟧ 1 an act or instance of injecting 2 something injected; esp., *a)* a liquid injected into the body *b)* a fuel under pressure forced into a combustion chamber
**injection molding** a method of shaping certain materials, as thermoplastic substances, by forcing the heated, syrupy resin into water-chilled molds for cooling and setting **—injec'tion-mold'ed** **adj.**
**in·jec·tor** (in jek'tər) *n.* a person or thing that injects, as a device for injecting pressurized fuel into a combustion chamber or for injecting water into a steam boiler

See the inside front cover for pronunciation information.
The symbol ☆ is used to mark terms of American origin.

US012148855B2

(12) **United States Patent**
**Maimon**

(10) **Patent No.: US 12,148,855 B2**
(45) **Date of Patent: Nov. 19, 2024**

(54) **CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR**

(71) Applicant: **Shimon Maimon**, Rochester, NY (US)

(72) Inventor: **Shimon Maimon**, Rochester, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/603,519**

(22) Filed: **Mar. 13, 2024**

(65) **Prior Publication Data**

US 2024/0222544 A1 Jul. 4, 2024

**Related U.S. Application Data**

(60) Continuation of application No. 18/205,537, filed on Jun. 3, 2023, now Pat. No. 11,961,936, which is a
(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***H01L 31/18*** | (2006.01) |
| ***B82Y 20/00*** | (2011.01) |
| ***G01J 5/06*** | (2022.01) |
| ***G01J 5/061*** | (2022.01) |
| ***G01J 5/20*** | (2006.01) |
| ***H01L 27/146*** | (2006.01) |
| ***H01L 31/0296*** | (2006.01) |
| ***H01L 31/0304*** | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC .......... ***H01L 31/1832*** (2013.01); ***B82Y 20/00*** (2013.01); ***G01J 5/061*** (2013.01); ***G01J 5/20*** (2013.01); ***H01L 27/14669*** (2013.01); ***H01L 31/02966*** (2013.01); ***H01L 31/03046*** (2013.01); ***H01L 31/035236*** (2013.01); ***H01L 31/101*** (2013.01); ***H01L 31/1844*** (2013.01); *G01J 2005/0077* (2013.01); *H01L 23/38* (2013.01); *H01L 2924/0002* (2013.01); *Y02E 10/544* (2013.01)

(58) **Field of Classification Search**
CPC ... B82Y 20/00; G01J 5/061; G01J 5/20; G01J 2005/0077; H01L 23/38; H01L 27/14669; H01L 31/02966; H01L 31/03046; H01L 31/035236; H01L 31/101; H01L 31/1832; H01L 31/1844; H01L 2924/0002; Y02E 10/544
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO WO-2005004243 A1 * 1/2005 .......... H01L 31/101

* cited by examiner

*Primary Examiner* — Mark R Gaworecki
(74) *Attorney, Agent, or Firm* — Shalom Wertsberger; Saltamar Innovations

(57) **ABSTRACT**

A camera having an integrated dewar cooler assembly (IDCA) with an optical window, and a reduced dark current photodetector disposed within the IDCA to receive light passing through the optical window. The photodetector comprising a semiconductor photo absorbing layer, a semiconductor barrier layer having a thickness and a first side adjacent a side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, and a contact area comprising a doped semiconductor, the contact area is adjacent a second side of the barrier layer opposing the first side. The energy gap and/or the thickness of the of the barrier layer is sufficient to minimize charge carriers tunneling and thermalization.

**4 Claims, 13 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 17/897,162, filed on Aug. 28, 2022, now Pat. No. 11,817,522, which is a continuation of application No. 17/181,669, filed on Feb. 22, 2021, now Pat. No. 11,462,657, which is a continuation of application No. 16/199,212, filed on Nov. 25, 2018, now Pat. No. 11,245,048, which is a division of application No. 15/679,487, filed on Aug. 17, 2017, now Pat. No. 11,264,528, which is a continuation-in-part of application No. 14/822,433, filed on Aug. 10, 2015, now Pat. No. 9,766,130, which is a continuation-in-part of application No. 13/964,883, filed on Aug. 12, 2013, now Pat. No. 9,117,726, which is a continuation-in-part of application No. 13/167,992, filed on Jun. 24, 2011, now abandoned, which is a continuation of application No. 12/656,739, filed on Feb. 16, 2010, now Pat. No. 8,003,434, which is a division of application No. 11/276,962, filed on Mar. 19, 2006, now Pat. No. 7,687,871.

(51) **Int. Cl.**

| | |
|---|---|
| ***H01L 31/0352*** | (2006.01) |
| ***H01L 31/10*** | (2006.01) |
| ***H01L 31/101*** | (2006.01) |
| *G01J 5/00* | (2022.01) |
| *H01L 23/38* | (2006.01) |


10
Metal Layer
65
Contact Layer
50
Barrier Layer
40
Photo Absorbing Layer
30
Substrate
20
Metal Layer
60

Fig. 1A


100
65
Metal Layer
65
Metal Layer
110
110
Contact Area
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 - Prior Art




Figure 7 - Prior Art




Figure 8




Figure 9




Fig. 10A




Fig. 10B


AR CTD Ge
WINDOW
BROKEN OUT
VIEW
1106
1104
1102
1108
1110
1112
1114
1116
Ø.03 3EQ SP
ON 1.2588C
PIN36
PIN4
PIN10
PIN20
PIN11
PIN5
PIN1
PIN10
PIN6

FIG. 11



FIG. 11A



FIG. 11B

Fig. 11C



Figure 12


Light generated at source
1202
Light enters apparatus through front lens element
1204
Light interacts with FPA
1206
FPA generates electro message
1208
Electro message transmitted from FPA to IDCA feeder tubes
1210
Electro message transmitted received by device's internal circuitory
1212
1216
1214
1218
Device displays image
Electro message is receive
Image is transmitted to external device for display




Fig. 13A




Fig. 13B




Fig. 13C

# CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

This application is related to, and hereby incorporates by reference the following United States Patent Applications in their entirety: Ser. No. 11/276,962 filed Mar. 19, 2006; Ser. No. 12/656,739 filed Feb. 16, 2020; Ser. No. 13/033,211 filed Feb. 23, 2011; Ser. No. 13/167,992 filed Jun. 24, 2011; Ser. No. 13/662,981 filed Sep. 19, 2012; Ser. No. 13/694,883 filed Aug. 12, 2013; Ser. No. 14/822,433 filed Aug. 10, 2015; 15/679 filed Aug. 17, 2017; Ser. No. 16/199,212 filed Nov. 25, 2018; Ser. No. 17/181,669 filed Feb. 22, 2021, and reissue applications 16/503,534 and Ser. No. 16/503,537, both filed Jul. 4, 2019; 17/897,162 filed Aug. 28, 2022, and Ser. No. 18/205,537 filed Jun. 3, 2023; 17/897,162 filed Aug. 28, 2022, and Ser. No. 18/205,537 filed Jun. 3, 2023.

## FIELD OF THE INVENTION

The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photodetector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## BACKGROUND OF THE INVENTION

Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in FIG. 5A to FIG. 5F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.



Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $T_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1 μsec in low doped material (~$10^{16}$ $cm^{-3}$).

The dependence of SRH current on n; produces an activation energy of

$$E_g/2\left(n_i \sim \exp\left(-\frac{\frac{E_g}{2}}{kT}\right)\right),$$

because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times L = q \times \frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times L \qquad \text{Equation 3}$$

where $T_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N^d$, of ~1–2·$10^{16}$ $cm^{-3}$ is in the range of ~ 0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is

$$E_g, \left(n_i^2 \sim \exp\left(-\frac{E_g}{kT}\right)\right)$$

as the process involves band to band excitation.

Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

U.S. Pat. No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly

undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## SUMMARY OF THE INVENTION

Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy

level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AllnSb, AlGaAsSb, AlGalnAsSb, or any combination thereof.

In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

Additional features and advantages of the invention will become apparent from the following drawings and description.

## SHORT DESCRIPTION OF DRAWINGS

For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1**A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

FIG. **1**B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

FIG. **1**C illustrates a top level view of the multi-pixel photo-detector of FIG. **1**B according to a principle of the invention;

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

FIG. **4** illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. **1**B-**1**C.

FIGS. **5***a*, **5**B, **5**C, **5**D, **5**E and **5**F illustrate examples of existing applications of the prior-art photo-detector technology.

FIG. **6** illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

FIG. **7** illustrates the internal components of an exemplary application of the disclosed subject matter.

FIG. **8** illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

FIG. **9** illustrates resultant improvement in cooling power requirements.

FIG. **10**A illustrates a mother board joined to FPA.

FIG. **10**B illustrates a FPA and motherboard located within IDCA arrangement.

FIG. **11** illustrates a schematic application of the disclosed subject matter. FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** disposed on a TEC **1145**.

FIG. **12** illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

FIG. **13**A depicts simplified energy band diagram in an undoped barrier layer. FIG. **13**B depicts a simplified energy band diagram of an N-type doped barrier layer. FIG. **13**C depicts a simplified energy band diagram of a P-type doped barrier.

## DETAILED DESCRIPTION

The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

FIG. **1**A illustrates a high level schematic view of the layers of a photo-detector **10** according to an embodiment of the principle of the invention comprising a substrate **20**, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

FIG. **13**A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by FIG. **13**A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

FIG. **13**B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

FIG. **13**C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17 cm−3 and some MBE systems may present oxygen density approximating such high levels as ~1e19 cm−3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd−Na) where q is the electron

charge=1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivlance. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

FIG. **1**B illustrates a side view of a multi-pixel photodetector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

Contact layer **50** as described above in relation to FIG. **1**A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer **40** or absorbing layer **30** is not

required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer **50** defining a pixel or individual detector.

The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photodetectors produced as above is specifically included in the invention.

FIG. **1**C illustrates a top level view of multi-pixel photodetector **100** of FIG. **1**B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

FIG. **2**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer **40**, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **110** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **100** to contact area **120**.

FIG. **2**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area **150** to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

FIG. **3**A illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

FIG. **3**B illustrates the energy band levels of an embodiment of the structure of FIG. **1** according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. **1** and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area **270**, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to

a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

FIG. **4** illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. **1**. In stage **1000** a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage **1010** would be negligible, and the flow of minority carriers is not impeded. In stage **1030**, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage **1030**. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer **50** are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage **1040** may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

FIGS. **5**A, **5**B, **5**C and **5**D present hand-held imaging systems, which utilize the existing photo detector technology.

FIGS. **5**E and **5**F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

FIG. **6** presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infrared light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

FIG. **7** presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

FIG. **8** presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. In other embodiment a variety of micro cooler systems can be used.

FIG. **9** illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

FIG. **10**A presents the FPA **1002** coupled to a motherboard **1004**, which forms a FPA arrangement that can connect to the cold finger.

FIG. **10**B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

FIG. **11** illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is con-

tained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield **1108** contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

FIG. **11**A depicts schematically a single stage TEC, and FIG. **11**B depicts a multi-stage TEC. FIG. **11**C depicts schematically a FPA **1114** in accordance with the present invention, disposed on a TEC **1145**. A cold shield **1147** surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC **1145**, the FPA **1114** and the cold shield **1147** are disposed within a dewar **1149** having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

FIG. **12** presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210**; the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218**.

In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

In yet another embodiment, the IDCA can comprise a plurality of FPA.

Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; handheld personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

What is claimed is:

**1**. A camera comprising:

an integrated dewar cooler assembly (IDCA) having an optical window;

a photodetector disposed within the IDCA to receive light passing through the optical window the photodetector comprising:

a photo absorbing layer comprising a n-doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a semiconductor barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, the energy gap being sufficient to minimize charge carriers tunneling and thermalization; and,

a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side;

the barrier layer exhibiting a thickness, the thickness and the band gap selected to be sufficient to minimize

tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact area.

**2**. A camera as claimed in claim **1**, wherein the barrier layer comprises at least one Aluminum (Al) compound.

**3**. A camera as claimed in claim **1**, wherein the contact area comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element.

**4**. A camera as claimed in claim **1**, wherein during operation the barrier layer functions to achieve passivation of the photo-detector layer.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23521 7590 05/12/2017
SALTAMAR INNOVATIONS
Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 05/12/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/822,433 | 08/10/2015 | Shimon Maimon | 1407CP5-Maimon | 8358 |

TITLE OF INVENTION: APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 08/14/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 05/12/2017
SALTAMAR INNOVATIONS
Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| |
|---|
| (Depositor's name) |
| (Signature) |
| (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/822,433 | 08/10/2015 | Shimon Maimon | 1407CP5-Maimon | 8358 |

TITLE OF INVENTION: APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 08/14/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| JO, TAEHO | 2884 | 250-338400 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   - ❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   - ❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
   (1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.
   1 ____
   2 ____
   3 ____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. The following fee(s) are submitted:
- ❑ Issue Fee
- ❑ Publication Fee (No small entity discount permitted)
- ❑ Advance Order - # of Copies ____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
- ❑ A check is enclosed.
- ❑ Payment by credit card. Form PTO-2038 is attached.
- ❑ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number ____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
- ❑ Applicant certifying micro entity status. See 37 CFR 1.29 — NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
- ❑ Applicant asserting small entity status. See 37 CFR 1.27 — NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
- ❑ Applicant changing to regular undiscounted fee status. — NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ____ Date ____

Typed or printed name ____ Registration No. ____



PTOL-85 Part B (10-13) Approved for use through 10/31/2013. OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/822,433 | 08/10/2015 | Shimon Maimon | 1407CP5-Maimon | 8358 |

23521 7590 05/12/2017

SALTAMAR INNOVATIONS
Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 05/12/2017

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | **Application No.** 14/822,433 | **Applicant(s)** MAIMON, SHIMON | |
|---|---|---|---|
| | **Examiner** TAEHO JO | **Art Unit** 2884 | **AIA (First Inventor to File) Status** Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *communication filed 09/06/2016*.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-3*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All b) ☐ Some *c) ☐ None of the:

   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/TAEHO JO/
Examiner, Art Unit 2884

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

**1.** The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**2.** This office action is in response to the Applicant's argument and amendments filed 09/06/2016, in which amended claims 1-3 are pending and ready for examination.

### *Claims*

**3.** Claim 1 has been amended. No new matter has been entered.

### *Response to Arguments*

**4.** Applicant's arguments, filed on 05/03/2017, with respect to rejections of claims 1-3 under the ground of nonstatutory double patenting over claim 1 of U.S. Patent No. 9,117,726 B2, have been fully and carefully considered and accepted.

a. Regarding the applicant's arguments with respect to rejections of claims 1-3 on the ground of nonstatutory double patenting, the applicant filed a terminal disclaimer on 05/03/2017 and it has been reviewed and accepted.

The terminal disclaimer disclaiming the terminal portion of any patent granted on this application which would extend beyond the expiration date of U.S. Patent 9,117,726 B2. The terminal disclaimer has been recorded.

Therefore, the rejection of claims 1-3 under the ground of nonstatutory double patenting has been withdrawn.

## ***Allowable Subject Matter***

**5. Claims 1-3 are allowed.**

The following is an examiner's statement of reasons for allowance:

**With respect to independent claim 1,** the prior art of record does not disclose, teach, or fairly suggest the specific limitation on "an integrated Dewar cooler system comprising:

a light permitting optical window;

a sealed Dewar;

a thermoelectric Cooler; and

a focal plane array, wherein said focal plane array is an array of photo detectors with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo- detector;

*a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer*; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and *conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers*".

In addition, combination of teachings of the prior arts which cited in Notice of Reference is not appropriate and adequate to address each and every limitation in the independent claim 1.

The closest prior art, Kim *et al.* (US 5844253 A), discloses ultra-high speed semiconductor device comprises a substrate and a conductive collector layer, on which a collector electrode is formed, is formed on the substrate and a collector barrier layer is formed on the conductive collector layer and a conductive base layer, on which a base electrode is formed, is formed on the collector barrier layer and an emitter barrier layer is formed on the conductive base layer for injecting hot-electrons onto the conductive base layer and the emitter barrier layer further comprises various sizes of quantum-dot array combination structures for absorbing infrared photons.

Kim further teaches a blocking barrier layer positioned beneath the quantum dot array combination structures reduces a dark current passed through the quantum dot array combination structure and a second layer or while spacer layer positioned beneath the blocking barrier layer for absorbing electric potential change reduces an electric potential change inside the quantum dot array combination structure, due to the

applied voltage drop and a conductive emitter layer, on which an emitter electrode is formed, is then formed on the emitter barrier layer (figure 1 and column 4, lines 5-29).

However, Kim does not disclose, teach, or fairly suggest the specific limitation on a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

The prior art, OSTER *et al.* (US 20120105646 A1), discloses an infrared imaging system comprising: a cooling chamber associated with a cooler generating a certain temperature condition inside the chamber, the cooling chamber having an optical window, and comprising there inside: one or more optical detectors thermally coupled to the cooler and at least two cold shields thermally coupled to the cooler and respectively carrying at least two imaging optical assemblies and the imaging optical assemblies define at least two different optical channels respectively for imaging light from said optical window onto said one or more detectors and each of the imaging optical assemblies comprises one or more optical elements and at least some of the optical elements are enclosed by, or integrated with, the cold shield of the respective imaging optical assembly and thermally coupled thereby to the cooler (figures 2a, 2b and paragraphs 0019-0020).

However, OSTER does not disclose, teach, or fairly suggest the specific limitation on a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

**Regarding the dependent claims 2-3,** they are allowable based on their dependency from allowable independent claim 1.

***Conclusion***

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TAEHO JO whose telephone number is (571)272-3325. The examiner can normally be reached on Monday-Friday, 7:00 AM - 5:00PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Dave Makiya can be reached on (571)272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For

more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/TAEHO JO/
Examiner, Art Unit 2884
05/09/2017

/David J Makiya/

Supervisory Patent Examiner, Art Unit 2884

| *Notice of References Cited* | Application/Control No. 14/822,433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5,177,364 A | 01-1993 | Gowlett; David J. | H01L31/024 | 250/352 |
| * | B | US-5,272,535 A | 12-1993 | Elabd; Hammam | H04N3/155 | 348/314 |
| * | C | US-5,563,423 A | 10-1996 | Wu; Chan-Shin | H01L31/035236 | 257/17 |
| * | D | US-5,844,253 A | 12-1998 | Kim; Gyung Ock | B82Y10/00 | 257/14 |
| * | E | US-5,966,945 A | 10-1999 | Mengel; Edward M. | G01J5/061 | 250/352 |
| * | F | US-6,965,152 B1 | 11-2005 | Bandara; Sumith V. | B82Y20/00 | 257/431 |
| * | G | US-7,157,706 B2 | 01-2007 | Gat; Nahum | G01J5/06 | 250/338.1 |
| * | H | US-2007/0235758 A1 | 10-2007 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | I | US-7,470,904 B1 | 12-2008 | Schweikert; Paul | G01J5/04 | 250/338.1 |
| * | J | US-7,795,640 B2 | 09-2010 | Klipstein; Philip | H01L31/101 | 257/185 |
| * | K | US-2012/0105646 A1 | 05-2012 | OSTER; Dov | G01J5/06 | 348/164 |
| * | L | US-2013/0153769 A1 | 06-2013 | Singer; Michael | G01J5/04 | 250/338.1 |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:06 |
| L4 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:07 |
| L5 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:08 |
| L8 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:09 |
| L9 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:10 |
| L12 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:11 |
| L16 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L17 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| L22 | 7 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) and (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| L23 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| L28 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:31 |
| S1 | 1 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 09:48 |
| S2 | 388 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S3 | 12 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S4 | 8 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S5 | 39 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:13 |
| S6 | 39 | ((infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S7 | 80 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S8 | 81 | "2005004243" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S9 | 3 | wo-2005004243-$.did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S10 | 72 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S11 | 72 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S12 | 61 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and absorb$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:32 |
| S13 | 7 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2016/02/03 12:32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S14 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S15 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S16 | 9 | (dewar near10 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S17 | 9 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S18 | 11 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S19 | 102 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S20 | 74 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S21 | 32 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S22 | 15 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; | AND | ON | 2016/02/03 12:37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S23 | 21 | (dewar) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:38 |
| S24 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:52 |
| S25 | 5 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) and dark near5 current | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S26 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S27 | 11676 | ((Integrated adj Dewar adj Cooler Assembly) or (DCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S28 | 12 | (Integrated adj Dewar adj Cooler Assembly) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S29 | 14 | (Integrated adj Dewar adj Cooler ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:58 |
| S30 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:04 |
| S31 | 179 | ((Integrated adj Dewar adj Cooler) or | US-PGPUB; | AND | ON | 2016/02/03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (IDCA)) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 13:07 |
| S32 | 2 | S31 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S33 | 215 | (( Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S34 | 38 | S33 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S35 | 1363 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S36 | 1213 | ((Integrated adj Dewar adj Cooler) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S37 | 17 | ((Integrated adj Dewar adj Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S38 | 26 | ((Integrated near4 Dewar near4 Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S39 | 23 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewarnear4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2016/02/03 13:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S40 | 53 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S41 | 30 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) and ((FPA) or (focal near4 plan$1 near4 array)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:41 |
| S42 | 21 | "5966945" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:56 |
| S43 | 812 | dewar and ((FPA) or (focal near4 plan$1 )) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:01 |
| S44 | 11 | "11276962" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:07 |
| S45 | 8 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:09 |
| S46 | 82 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S47 | 14 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S48 | 37 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; | AND | ON | 2016/02/03 14:14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
| S49 | 1 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:17 |
| S50 | 1 | (dewar near40 (coller or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:18 |
| S52 | 3 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:19 |
| S53 | 44 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:25 |
| S54 | 22 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:32 |
| S55 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:33 |
| S56 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:34 |
| S57 | 16 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:35 |
| S58 | 3 | "20070235758" | US-PGPUB; USPAT; | AND | ON | 2016/02/03 15:54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S59 | 857 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) and (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S60 | 36 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S61 | 6 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) and fill$3 near40 (inert near4 gas) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:15 |
| S62 | 3 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:32 |
| S63 | 44 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:33 |
| S64 | 10 | S63 AND ( (G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S65 | 25 | shimon same maimon.inv. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S66 | 5 | "13964883" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S67 | 101 | ("5563423" \| "7521737" \| "20070235758" \| "20120105646" \| "20100155777" \| "4679063" \| "6380604" \| "6740908" \| "7385704" \| "20130153769" \| "5844253" \| "7470904" \| "20020070389" \| "4682196" \| "9117726" \| "6965152" \| "7795640" \| "20060267007" \| "6531721" \| "5272535" \| "7157706" \| "4731640" \| "5047622" \| "5966945" \| "7180066" \| "7795640" \| "5177364" \| "4652335" \| "7531440" \| "8674406" \| "7687871" \| "8003434").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S68 | 5 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S69 | 47 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S70 | 8 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and barrier near4 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S71 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S72 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S73 | 11 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L2 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | semiconductor) | | | | |
| L3 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:07 |
| L6 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:08 |
| L7 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:09 |
| L10 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:10 |
| L11 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:10 |
| L13 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:17 |
| L14 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| L15 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| L18 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |
| L19 | 1 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | restrain$3 or prevent$3) near40 (majority near5 carrier)).clm. | | | | |
| L21 | 7 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and conduction near4 band and valance near4 band | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:29 |
| L24 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:29 |
| L25 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:30 |
| L26 | 1 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)).clm. | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:31 |
| L27 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT | AND | ON | 2017/05/09 08:31 |

**5/9/2017 8:41:30 AM**
**C:\Users\tjo\Documents\EAST\Workspaces\14822433.wsp**

| *Search Notes* | Application/Control No. 14822433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024 | 2/4/2016 | TJ |

## CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 250 | 338.4 | 2/3/2016 | TJ |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Search in EAST | 2/4/2016 | TJ |
| Search inventor in EAST | 2/4/2016 | TJ |
| Search NPLs in web sites: google, ip(www.ip.com) and IEEEs | 2/3/2016 | TJ |
| Search CPCs in EAST | 2/4/2016 | TJ |
| Search in EAST | 11/21/2016 | TJ |
| Search in EAST | 5/9/2017 | TJ |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | Interference search performed in EAST and PGPUB text search - 05/09/2017, see interference search print out. | 5/9/2017 | TJ |

| | |
|---|---|
| /TAEHO JO/<br>Examiner.Art Unit 2884 | |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14822433 | MAIMON, SHIMON |
| | Examiner | Art Unit |
| | TAEHO JO | 2884 |

| CPC | | | | | |
|---|---|---|---|---|---|
| Symbol | | | | Type | Version |
| G01J | 5 | / | 061 | F | 2013-01-01 |
| H01L | 27 | / | 14669 | I | 2013-01-01 |
| H01L | 2924 | / | 0002 | A | 2013-01-01 |
| H01L | 23 | / | 38 | A | 2013-01-01 |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |

| CPC Combination Sets | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | | | | Type | Set | Ranking | Version |
| H01L | 2924 | / | 0002 | A | 1 | 1 | 2013-01-01 |
| H01L | 2924 | / | 00 | A | 1 | 2 | 2013-01-01 |

| | | | |
|---|---|---|---|
| /TAEHO JO/<br>Examiner.Art Unit 2884<br><br>(Assistant Examiner) | 05/08/2017<br><br>(Date) | Total Claims Allowed:<br><br>3 | |
| /DAVID J MAKIYA/<br>Supervisory Patent Examiner.Art Unit 2884<br><br>(Primary Examiner) | 05/10/2017<br><br>(Date) | O.G. Print Claim(s)<br><br>1 | O.G. Print Figure<br><br>1A |

U.S. Patent and Trademark Office Part of Paper No. 20170508

| *Issue Classification* | Application/Control No. 14822433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 250 | 338.4 |

| INTERNATIONAL CLASSIFICATION | | | | | |
|---|---|---|---|---|---|
| CLAIMED | | | | | NON-CLAIMED |
| G | 0 | 1 | J | 5 / 20 (2006.0) | |

CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| /TAEHO JO/<br>Examiner.Art Unit 2884<br>(Assistant Examiner) | 05/08/2017<br>(Date) | Total Claims Allowed:<br>3 | |
| /DAVID J MAKIYA/<br>Supervisory Patent Examiner.Art Unit 2884<br>(Primary Examiner) | 05/10/2017<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1A |

U.S. Patent and Trademark Office Part of Paper No. 20170508

| Issue Classification | Application/Control No. 14822433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
| --- | --- | --- |
| | Examiner TAEHO JO | Art Unit 2884 |

☒ Claims renumbered in the same order as presented by applicant ☐ CPA ☒ T.D. ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | | | | | | | | | | | | | | |
| 2 | 2 | | | | | | | | | | | | | | |
| 3 | 3 | | | | | | | | | | | | | | |

| | | | |
| --- | --- | --- | --- |
| /TAEHO JO/<br>Examiner.Art Unit 2884<br>(Assistant Examiner) | 05/08/2017<br>(Date) | Total Claims Allowed:<br>3 | |
| /DAVID J MAKIYA/<br>Supervisory Patent Examiner.Art Unit 2884<br>(Primary Examiner) | 05/10/2017<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1A |

U.S. Patent and Trademark Office Part of Paper No. 20170508

| *Application Number* | Application/Control No. 14/822,433 | Applicant(s)/Patent under Reexamination MAIMON, SHIMON |
|---|---|---|

| | |
|---|---|
| **Document Code - DISQ** | **Internal Document – DO NOT MAIL** |

| **TERMINAL DISCLAIMER** | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| **Date Filed : 5/3/17** | **This patent is subject to a Terminal Disclaimer** | |

| **Approved/Disapproved by:** |
|---|
| Lawana Hixon |

U.S. Patent and Trademark Office

# SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | | |
| Serial No. ~confirm: | **14/822,433 ~ 8358** | Group: | **2884** |
| Filed on: | **Aug 10, 2015** | Examiner: | **Taeho Jo** |
| Correspondence Date | **May 3, 2017** | Docket: | **1407CP5-MAIMON** |

## Response after final action

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This correspondence is in response to the office action mailed to applicant on Nov 23, 2017.

The amendment is submitted together with a petition for extension of time for a period of two months, under 37 CFR§1.136, and a request for continued examination. The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

Remarks begin on page 2 of this paper.

## Remarks

1) Applicant thanks the Examiner for the office action and hopes that this response will further the understanding of applicant's invention.

**Disposition of the claims**

2) Claims 1-3 are pending in this application, and stand rejected under nonstatutory double patenting doctrine.

3) The applicant thank the Examiner for his careful consideration of the correspondence submitted on September 6, 2016, and for withdrawing the rejections under 37 U.S.C. §112 and §103.

4) The applicant submits herewith a terminal disclaimer under rule 1.321(c) over US Patent No. 9,117,726.

5) Applicant has made a diligent effort to address all the points raised by the Examiner, and believes that in light of the indications provided in the Office Action to be allowable with the filing of the enclosed terminal disclaimer, that all the issues raised by the Examiner have were overcome. Reconsideration and withdrawal of the rejections is respectfully requested. It is respectfully submitted that the present application is in condition for allowance, and such action is earnestly solicited.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

PTO/AIA/26 (04-14)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) |
|---|---|

In re Application of: Shimon Maimon

Application No.: 14/822,433

Filed: 8/10/2015

For: APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER

The applicant, Shimon Maimon, owner of 100 percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of **prior patent** No. 9,117,726 as the term of said **prior patent** is presently shortened by any terminal disclaimer. The applicant hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the **prior patent** are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the applicant does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the **prior patent**, "as the term of said **prior patent** is presently shortened by any terminal disclaimer," in the event that said **prior patent** later:

- expires for failure to pay a maintenance fee;
- is held unenforceable;
- is found invalid by a court of competent jurisdiction;
- is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
- has all claims canceled by a reexamination certificate;
- is reissued; or
- is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☑ The undersigned is the applicant. If the applicant is an assignee, the undersigned is authorized to act on behalf of the assignee.

I hereby acknowledge that any willful false statements made are punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

2. ☐ The undersigned is an attorney or agent of record. Reg. No.________

| Signature: Shi | Date: 05/03/2017 |
|---|---|

Typed or printed name: Shimon Maimon

| Title: Inventor and applicant | Telephone Number: 585-3555556 |
|---|---|

☐ Terminal disclaimer fee under 37 CFR 1.20(d) included.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester, NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
email: shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER** | | |
| Serial No.~Confim#: | **14/822,433 ~8358** | Group: | **2884** |
| Filed on: | **August 10, 2015** | Examiner: | **Taeho Jo** |
| Correspondence Date | **May 3, 2017** | Docket: | **1407CP5-Maimon** |

# Petition for extension of time, under rule 1.136

The Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby petitions for an extension of time under rule 1.136 extending the due date for replying to the office action mailed to applicant on November 23, 20164 to make the filing enclosed herewith timely in accordance with the Office rules.

A credit card charge authorization is electronically provided. The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, throughout the pendency of the application as required to maintain the application pending in good standing at the USPTO.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger

Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com

Agent for Applicant

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14822433 |
| **Filing Date:** | 10-Aug-2015 |
| **Title of Invention:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP5-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 2253 | 1 | 700 | 700 |
| **Miscellaneous:** | | | | |
| STATUTORY OR TERMINAL DISCLAIMER | 2814 | 1 | 160 | 160 |
| | **Total in USD ($)** | | | **860** |

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29111310 |
| **Application Number:** | 14822433 |
| **International Application Number:** | |
| **Confirmation Number:** | 8358 |
| **Title of Invention:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP5-Maimon |
| **Receipt Date:** | 03-MAY-2017 |
| **Filing Date:** | 10-AUG-2015 |
| **Time Stamp:** | 23:34:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $860 |
| RAM confirmation Number | 050417INTEFSW23371600 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1407_OA2_ResponseAmendment.pdf | 132888<br>76818f149d6023250441f170427db5f68a59d0bb | yes | 2 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Response After Final Action | 1 | 1 |
| Applicant Arguments/Remarks Made in an Amendment | 2 | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Terminal Disclaimer Filed | Terminal-disclaimer-inApplicationOver_a-patent.pdf | 191018<br>d630574e9389e1bda491d886bc219e91b700c163 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Extension of Time | Timextension_Petition.pdf | 119001<br>f38a13c7a013619be2d1dd69ee0ca01673903729 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 32492<br>ac8e0ee039b9ce3976a15849cb7139739ccdf18f | no | 2 |

**Warnings:**

**Information:**

**Total Files Size (in bytes):** 475399

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/822,433 | 08/10/2015 | Shimon Maimon | 1407CP5-Maimon | 8358 |

23521 7590 11/23/2016
SALTAMAR INNOVATIONS
Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/23/2016 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No.<br>14/822,433 | Applicant(s)<br>MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner<br>TAEHO JO | Art Unit<br>2884 | AIA (First Inventor to File) Status<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *09/06/2016*.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL**. 2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) *1-3* is/are pending in the application.

5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) *1-3* is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on *08/10/2015 and 8/31/2015* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a)☐ All b)☐ Some** c)☐ None of the:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date *09/06/2016*.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

**1.** The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**2.** This Office Action is in response to the Applicant's Arguments /Remarks filed on 09/06/2016, in which claims 1-3 are pending and ready for examination.

### *Claims*

**3.** Claim 1 has been amended. No new matter has been added.

### *Response to Arguments*

**4.** Applicant's arguments, filed on 09/06/2016, with respect to rejection under 35 U.S.C. 112, specification objections, rejection of claims 1-3 under the ground of nonstatutory double patenting over claim 1 of U.S. Patent No. 9,117,726 B2, rejection of claim 1 under pre-AIA 35 U.S.C. 103(a) as being unpatentable over OSTER (US 20120105646 A1) and further in views of KLIPSTEIN PHILIP (US 20070235758 A1) and Kim *et al.* (US 5844253 A), rejection of claim 2-3 under 35 U.S.C. 103(a) as being unpatentable over OSTER, KLIPSTEIN, Kim and further in view of Gowlett et al. (US 5177364 A), have been accepted and carefully considered.

a. Regarding the applicant's arguments with respect to rejection under 35 U.S.C. 112, the applicant's arguments are moot since there were no rejection under 35 USC 112 in pervious office action filed on 03/14/2016.

b. Regarding the applicant's arguments with respect to specification objections, amended specification (Abstract) filed 09/06/2016 has been considered. The objection has been withdrawn since the amended specification contained less than 150 words.

c. Regarding the applicant's arguments with respect to rejection of claims 1-3 under the ground of nonstatutory double patenting over claim 1 of U.S. Patent No. 9,117,726 B2, the rejection still stand firm since the applicant did not filed the Terminal Disclaimer.

However, it would be allowable if applicant timely filed terminal disclaimer in compliance with 37 CFR 1.321 (c) or 1.321 (d), the terminal disclaimer is approved

d. Regarding the applicant's arguments with respect to rejection of claim 1 under pre-AIA 35 U.S.C. 103(a), specifically the applicant's arguments on "Kim is silent about the feature of facilitating minority carriers flow across the barrier layer. Thus while Kim discloses an undoped spacer, Neither Kim nor Klipstein teach, or even hint, of an undoped barrier layer which simultaneously facilitate minority carrier flow and inhibits majority carrier flow, as claimed" on page 7-8 of the applicant's remarks has been carefully considered and they are persuasive.

Therefore, the rejection of claim 1 has been withdrawn.

**_Double Patenting_**

**5.** The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the reference application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what form should be used. A web-based eTerminal Disclaimer may be filled

out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claim 1 is rejected on the ground of nonstatutory double patenting over claim 1 of U.S. Patent No. 9,117,726 B2 since the claims, if allowed, would improperly extend the "right to exclude" already granted in the patent. Although the claims at issue are not identical, they are not patentably distinct from each other because they appear to be directed to the same subject matter, specifically a closed path infrared sensor, comprising: an enclosure, a first energy source within the enclosure, at least a second energy source with the enclosure, at least one detector system within the enclosure, and a mirror system external to the enclosure and spaced from the enclosure, the mirror system reflecting energy from the first energy source to the at least one detector system via a first analytical path to output a first analytical signal indicative of gas concentration in an environment external to the enclosure and reflecting energy from the second energy source to the at least one detector system via a second analytical path to output a second analytical signal indicative of gas concentration in the environment external to the enclosure, each of the first analytical path and the second analytical path being less than two feet in length.

Regarding dependent claims 2-3 are rejected based on dependency of rejection of claim 1.

Claims 1-3 will be allowable once the applicant timely filed the terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) and a terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

| **Current claims (Application No. 14,822,433)** | **Patented claims (U.S. Patent No. 9,117,726 B2)** |
|---|---|
| 1. An integrated Dewar cooler system comprising: a light permitting optical window; a sealed Dewar; a thermoelectric Cooler; and a focal plan array, wherein said focal plan array is an array of photo detectors with a reduced dark current, comprising: a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a | *1. An integrated Dewar cooler system comprising: a light permitting optical window;* a cryogenic and *vacuum sealed Dewar*; a motherboard; *a micro Cooler; and a focal plan array*, wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within the Dewar, *wherein said focal plan array is an array of photo detectors with a reduced dark current, comprising: a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation* |

| | |
|---|---|
| first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. | _of the photo-detector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers._ |

***Conclusion***

Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TAEHO JO whose telephone number is (571)272-3325. The examiner can normally be reached on Monday-Friday, 7:00 AM - 5:00PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Makiya can be reached on (571)272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/TAEHO JO/
Examiner, Art Unit 2884

11/21/2016

/MARK R GAWORECKI/

Primary Examiner, Art Unit 2884

22 November 2016

| Notice of References Cited | Application/Control No. 14/822,433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 1 of 1 |

U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5,177,364 A | 01-1993 | Gowlett; David J. | G01J5/061 | 250/352 |
| * | B | US-5,272,535 A | 12-1993 | Elabd; Hammam | H04N3/155 | 348/314 |
| * | C | US-5,563,423 A | 10-1996 | Wu; Chan-Shin | H01L31/035236 | 257/17 |
| * | D | US-5,844,253 A | 12-1998 | Kim; Gyung Ock | B82Y10/00 | 257/14 |
| * | E | US-5,966,945 A | 10-1999 | Mengel; Edward M. | G01J5/061 | 250/352 |
| * | F | US-6,965,152 B1 | 11-2005 | Bandara; Sumith V. | B82Y20/00 | 257/431 |
| * | G | US-7,157,706 B2 | 01-2007 | Gat; Nahum | G01J5/06 | 250/338.1 |
| * | H | US-2007/0235758 A1 | 10-2007 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | I | US-7,470,904 B1 | 12-2008 | Schweikert; Paul | G01J5/04 | 250/338.1 |
| * | J | US-7,795,640 B2 | 09-2010 | Klipstein; Philip | H01L31/101 | 257/185 |
| * | K | US-2012/0105646 A1 | 05-2012 | OSTER; Dov | G01J5/06 | 348/164 |
| * | L | US-2013/0153769 A1 | 06-2013 | Singer; Michael | G01J5/04 | 250/338.1 |
| | M | US- | | | | |

FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

Receipt date: 09/06/2016 14822433 - GAU: 2884

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

## U.S.PATENTS

Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

Receipt date: 09/06/2016 14822433 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

U.S.PATENT APPLICATION PUBLICATIONS Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

Receipt date: 09/06/2016 14822433 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | "nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | "Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | /TAEHO JO/ | Date Considered | 11/17/2016 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

## EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 101 | ("5563423" \| "7521737" \| "20070235758" \| "20120105646" \| "20100155777" \| "4679063" \| "6380604" \| "6740908" \| "7385704" \| "20130153769" \| "5844253" \| "7470904" \| "20020070389" \| "4682196" \| "9117726" \| "6965152" \| "7795640" \| "20060267007" \| "6531721" \| "5272535" \| "7157706" \| "4731640" \| "5047622" \| "5966945" \| "7180066" \| "7795640" \| "5177364" \| "4652335" \| "7531440" \| "8674406" \| "7687871" \| "8003434").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| L2 | 5 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| L3 | 47 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| L4 | 8 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and barrier near4 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| L5 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| L6 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| L7 | 11 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2016/11/21 08:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S1 | 1 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 09:48 |
| S2 | 388 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S3 | 12 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S4 | 8 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:10 |
| S5 | 39 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:13 |
| S6 | 39 | ((infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S7 | 80 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S8 | 81 | "2005004243" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S9 | 3 | wo-2005004243-$.did. | US-PGPUB; USPAT; USOCR; | AND | ON | 2016/02/03 10:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S10 | 72 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S11 | 72 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S12 | 61 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and absorb$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:32 |
| S13 | 7 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S14 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S15 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S16 | 9 | (dewar near10 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S17 | 9 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S18 | 11 | (dewar near40 cooler) and (infrared or IR) | US-PGPUB; | AND | ON | 2016/02/03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 12:34 |
| S19 | 102 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S20 | 74 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S21 | 32 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S22 | 15 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:37 |
| S23 | 21 | (dewar) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:38 |
| S24 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:52 |
| S25 | 5 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) and dark near5 current | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S26 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2016/02/03 12:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S27 | 11676 | ((Integrated adj Dewar adj Cooler Assembly) or (DCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S28 | 12 | (Integrated adj Dewar adj Cooler Assembly) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S29 | 14 | (Integrated adj Dewar adj Cooler ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:58 |
| S30 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:04 |
| S31 | 179 | ((Integrated adj Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:07 |
| S32 | 2 | S31 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S33 | 215 | (( Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S34 | 38 | S33 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S35 | 1363 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; | AND | ON | 2016/02/03 13:26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
| S36 | 1213 | ((Integrated adj Dewar adj Cooler) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S37 | 17 | ((Integrated adj Dewar adj Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S38 | 26 | ((Integrated near4 Dewar near4 Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S39 | 23 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewarnear4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S40 | 53 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S41 | 30 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) and ((FPA) or (focal near4 plan$1 near4 array)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:41 |
| S42 | 21 | "5966945" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:56 |
| S43 | 812 | dewar and ((FPA) or (focal near4 plan$1 )) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:01 |
| S44 | 11 | "11276962" | US-PGPUB; USPAT; | AND | ON | 2016/02/03 14:07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S45 | 8 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:09 |
| S46 | 82 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S47 | 14 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S48 | 37 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:14 |
| S49 | 1 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:17 |
| S50 | 1 | (dewar near40 (coller or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:18 |
| S52 | 3 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:19 |
| S53 | 44 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S54 | 22 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:32 |
| S55 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:33 |
| S56 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:34 |
| S57 | 16 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:35 |
| S58 | 3 | "20070235758" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:54 |
| S59 | 857 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) and (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S60 | 36 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S61 | 6 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) and fill$3 near40 (inert near4 gas) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:15 |
| S62 | 3 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2016/02/04 09:32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S63 | 44 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:33 |
| S64 | 10 | S63 AND ( (G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S65 | 25 | shimon same maimon.inv. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S66 | 5 | "13964883" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:36 |

**11/21/2016 8:33:29 AM**
**C:\Users\tjo\Documents\EAST\Workspaces\14822433.wsp**

| Search Notes | Application/Control No. 14822433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024 | 2/4/2016 | TJ |

## CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 250 | 338.4 | 2/3/2016 | TJ |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Search in EAST | 2/4/2016 | TJ |
| Search inventor in EAST | 2/4/2016 | TJ |
| Search NPLs in web sites: google, ip(www.ip.com) and IEEEs | 2/3/2016 | TJ |
| Search CPCs in EAST | 2/4/2016 | TJ |
| Search in EAST | 11/21/2016 | TJ |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| /TAEHO JO/<br>Examiner.Art Unit 2884 | |

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | | |
| Serial No. ~confirm: | **14/822,433 ~ 8358** | Group: | **2884** |
| Filed on: | **Aug 10, 2015** | Examiner: | **Taeho Jo** |
| Correspondence Date | **September 6, 2016** | Docket: | **1407CP5-MAIMON** |

## Amendment and Response

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is in response to the office action mailed to applicant on Mar 14, 2016.

The amendment is submitted together with a petition for extension of time for a period of three months, under 37 CFR§1.136. The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

Please amend the above-identified application as follows:

Amendment to the specifications begins on page 2 of this paper

Amendment to the claims are reflected in the listing of claims which begins on page 3 of this paper.

Remarks begin on page 4 of this paper.

## In the Specifications

Please replace the originally filed abstract with the following:

A IDCA system combining thermo-electric cooler (TEC) and an internal nBn photo-detector having a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level; and a contact layer comprising a doped semiconductor. A barrier layer is disposed between the photo absorbing layer and the contact layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized.

Claims

Please amend the claims in accordance with the following listing:

1. (Presently amended) An integrated dewar cooler system comprising:

a light permitting optical window;

a sealed Dewar;

a thermoelectric Cooler; and

a focal plane array,

wherein said focal plane array is an array of photo detectors with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

2. (Previously presented) An integrated dewar cooler as claimed in claim 1, wherein the dewar is at least partially evacuated.

3. (Previously presented) An integrated dewar cooler as claimed in claim 1 wherein the dewar is at least partially filled with an inert gas.

## Remarks

1) Applicant thanks the Examiner for his office action and hopes that this response will further the understanding of applicant's invention.

2) As seen below, the applicant has made a diligent effort to address all the points raised by the Examiner, and place the claims in condition for allowance. Reconsideration and withdrawal of the rejections is respectfully requested. However, should there remain unresolved issues that require adverse action, it is respectfully requested that the Examiner telephone applicants' agent at phone number 585-200-3000 so that such issues may be resolved as expeditiously as possible.

## Disposition of the claims

3) Claims 1-3 are pending in this application and stand rejected. Claim 1 was amended to correct a minor grammatical error.

## Rejection under 35 U.S.C§ 112

4) Regarding rejection of the abstract under 35 U.S.C.§112, the applicant herein submits herewith a new abstract.

## Double patenting rejection

5) The applicant respectfully requests that the rejection for double patenting would be held in abeyance until allowance of the application.

## Rejection under 35 U.S.C. §103

6) Claim 1 stand rejected under 35 U.S.C§103(a), as being obvious over Oster (US20120105646, Oster hereinafter), in further view of Klipstein (US20070235758, Klipstein hereinafter), and in further view of Kim et al. (US 5,844,253, Kim hereinafter).

7) The applicant agrees with the Examiner that neither Oster nor Klipstein lack the teaching of the limitation that the barrier layer would comprise an undoped semiconductor. However the applicant respectfully disagrees that Kim provides the missing claimed element.

8) The claim provides for the feature that the barrier layer would both facilitate minority charge carriers flow while blocking majority carrier flow between the contact and the absorber layers. A specific set of band energies is required to achieve such tasks. The applicant would first attempt to clarify the options, and then show that Kim does not provide the undoped barrier layer, as claimed.

9) Firstly an examination of the different options for a barrier layer is examined. The enclosed Fig. A shows band energies in an undoped barrier.




Fig. A

The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by Fig. A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec way above the Fermi level would block majority carries flow.

10) In contrast an N type doped barrier would exhibit energy band diagrams similar to the ones shown in Fig. B




Fig. B

11) In a barrier of N type semiconductor the barrier will be depleted, and thus will generate band bending, high above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer. While applying a high bias voltage (in the order of 1-2 volt) between the absorber and contact layers would alleviate the problem and allow minority carrier transfer, such bias would also generate unnecessary currents like tunneling and thermal assist currents between the layers and between individual pixels, cause significant non-uniformity between pixels, and adversely affect the dynamic range of the focal plane array.

12) Energy band diagram of P-type doped barrier layer is depicted in Fig. C.

Fig. C




13) A P type dope in the barrier generates a depleted zone in the absorber which will generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the

barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers (holes in this case) it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

14) It is seen therefore that the use of an undoped barrier is not merely an arbitrary selection but instead is an important feature of he claimed device.

15) Kim is directed to an improved ***hot electron*** ***phototransistor*** (Col. 2, ll. 57). The skilled in the art would readily recognize that such hot electron device deals with majority carriers (electrons), and has little if any bearing on minority carriers flow. Furthermore Kim attempts to provide "a conductive base layer having high electron-mobility" (Col. 3 ll. 33-34) with "the spacer layer and the resonant tunneling double-barrier structure (that is, quantum-barrier layer, quantum-well layer and quantum barrier layer), the blocking barrier of the electron, ***the undoped wide spacer layer*** (electric potential variation absorbing layer) is provided as an collector barrier structure between a base layer and a collector layer. (Col. 3, ll. 33-40, Emphasis added). In Col. 6, ll. 66-Col 7, ll. Kim farther states that "Further, the buffer layer for reducing electric potential change 40 (i.e., ***undoped buffer*** or wide spacer layer) acts to reduce the electric potential change in the infrared photon detection quantum dot combination... (emphasis added)

16) It is clear therefore that Kim's utilizes an undoped spacer or buffer (primarily to reduce the capacitance between the base and collector to enable high speed operation), but not an undopped barrier. Additionally such spacer fully blocking electron transfer would make the Kim device unfit for its intended purpose as the device must transfer the electrons from the emitter to the collector. In the claimed device the aim is to block majority carriers transfer through the barrier. Furthermore, since the Kim patent is directed to an electron-based device, Kim is silent about the feature of facilitating minority carriers flow across the barrier layer. Thus while Kim discloses an undoped spacer, Neither Kim nor Klipstein teach, or

even hint, of an undoped barrier layer which simultaneously facilitate minority carrier flow and inhibits majority carrier flow, as claimed.

## Summary

17) Thus, as none of the cited references, taken individually or in combination, show all claimed elements of independent claim 1 and its dependent claims, the applicant respectfully submits that a *prima facia* case of obviousness has not been established.

18) The dependent claims are deemed allowable at least in view of their dependence on an allowable independent claim.

19) At least in light of the showing and all other reasons stated above, the applicant respectfully submits that all objections and rejections raised in the Office Action having been addressed, and were overcome. It is respectfully submitted that the present application is in condition for allowance, and such action is earnestly solicited.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER** | | |
| Serial No.~Confim#: | **14/822,433~8358** | Group: | **2884** |
| Filed on: | **Aug 10, 2015** | Examiner: | **Taheo Jo** |
| Correspondence Date | **September 6, 2016** | Docket: | **1407CP5-MAIMON** |

# Petition for extension of time, under rule 1.136

The Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby petitions for an extension of time under rule 1.136 extending the due date for replying to the office action mailed to applicant on Mar 14, 2016 to make the filing enclosed herewith timely in accordance with the Office rules.

A credit card charge authorization is electronically provided. The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, throughout the pendency of the application as required to maintain the application pending in good standing at the USPTO.

Respectfully submitted

/Shalom Wertsberger/

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | | |
| Serial No.~ Confirm: | **14/822,433 ~ 8358** | Group: | **2884** |
| Filed on: | 8/10/2015 | Examiner: | **Taeho Jo** |
| Correspondence Date | **September 6, 2016** | Docket: | **1407CP5-MAIMON** |

## Information Disclosure Statement under 37 CFR 1.97

Honorable Director for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

This Information Disclosure Statement is submitted pursuant with 37 CFR §1.97, 1.98. It is requested that the information disclosed herein be made of record in this application. It is further requested that the information set forth in this statement and in the listed documents be considered during the pendency of the above-identified application, and any other applications cross referencing, relying on the priority of, or otherwise related to the above-identified application.

The disclosed documents represent the closest information known to the applicant at this time, that was not previously disclosed to the Office. In accordance with 37 CFR §1.97(g) and (h), the filing of this IDS should not be construed as a representation that a search has been made or that the information cited is, or is considered to be, material to patentability as defined in 37 CFR §1.56(b), nor should it be construed that any information cited herein or in the attached documents is (or constitutes) "prior art" for this invention, nor should any aspect if this submission, including any forms or documents, be construed as a disclaimer of claim scope.

The director is hereby requested and authorized to charge any fee, or credit any overpaid amount, to Deposit Account No. 501392, as needed to maintain the application in good standing in the Office.

In accordance with 37 CFR § 1.98, this IDS includes a list (e.g. form PTO-SB/08, or equivalent), together with copies, of all non-US patents, publications, or other

information submitted for consideration by the office, either incorporated into this IDS or as an attachment thereto.

Consideration of the foregoing in relation to this application is respectfully requested.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num 43,359
35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

U.S.PATENTS Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 14822433 |
|---|---|---|
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number3 | Country Code2 i | Kind Code4 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T5 |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | "nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |
| | 2 | "Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) | |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 14822433 |
| | Filing Date | 2015-08-10 |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407CP5-Maimon |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shalom Wertsberger/ | Date (YYYY-MM-DD) | 2016-09-05 |
|---|---|---|---|
| Name/Print | Shalom Wertsberger | Registration Number | 43359 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

(12) UK Patent Application (19) GB (11) 2 127 619 A

(21) Application No **8324749**
(22) Date of filing **15 Sep 1983**
(30) Priority data
(31) **8227180**
(32) **23 Sep 1982**
(33) **United Kingdom (GB)**
(43) Application published **11 Apr 1984**
(51) **INT CL³ H01L 31/10**
(52) Domestic classification **H1K** 1EB 2R3A 2R3E 2S11S 2S12 3C1C 2S1D 2S1E 2S23 2S2D 2S5 4C1U 5B1 5BX 5H2L 9A 9B1 9B1A 9B2 9B4X 9D1 9E 9M1 9N1B 9N2 9N3 9N4 9P3 9R2 EBX **U1S** 2091 2093 2097 2099 2222 H1K
(56) Documents cited **GB 1597538** **GB 1450627**
(58) Field of search **H1K**

(71) Applicant
**The Secretary of State for Defence, (United Kingdom), Whitehall, London, SW1A 2HB**
(72) Inventor
**Anthony Michael White**
(74) Agent and/or address for service
**Ministry of Defence, Dr. H. J. Field, Procurement Executive, Patents 1A4, Room 2014, Empress State Building, Lillie Road, London SW6 1TR**

(54) **Infrared detectors**

(57) A detector (Fig. 1) in which a barrier region (11) is interposed in the current path between the emitter (13) and collector (9) of the detector. This region (11) is of a material having a valence band edge approximately level to that of the emitter material and an appreciably wider band gap (Fig. 2). It thus serves to impede majority carrier current flow and as a consequence device resistance is high. When the detector is biassed, the pedestal contribution to detector signal is low.

The collector (9) may be of semiconductor material of the same majority carrier type as the emitter material; or may be of opposite type but dopant enriched; or it may be a Schottky metal contact.

In one variant of the detector, the emitter (13) and collector (9) are located on opposite sides of the barrier (11) and are of different band-gap materials. The infrared band response of this detector can be changed by reversing bias polarity.

In another variant of the detector (Fig. 4, not shown) the emitter (23) is in strip form and has a pair of bias contacts. The barrier (31) and collector (33) are located on the strip at a position between these contacts and provide a high resistance read-out structure (29).

In one further variant of the detector (Fig. 6, not shown) the emitter (45), the collector (45), together with additional emitter-collector regions (45), are formed from a single layer of photosensitive material on one side of the barrier (43) and provide a high resistance, series connected, multi-element, structure.




Fig. 1.




Fig. 2.

GB 2 127 619 A




Fig. 1.




Fig. 2.




Fig. 3.

2127619

2/2




Fig. 4.




(a) Fig. 5. (b)




Fig. 6.




Fig. 7.

SPECIFICATION
**Infrared detectors**

**Technical field**

The present invention concerns the structure and application of infrared detectors, particularly photoconductive detectors.

**Background art**

Conventional infrared photodetectors formed of cadmium mercury telluride (CMT) alloy materials are well known, both simple two contact photoconductors and single p-n homojunction photodiodes. Recent developments have seen time-delay-integration functions included in the photoconductive element—see for example UK Patent No 1,488,258, where the detector is of strip shape and the photocarrier drift rate is matched to the velocity of a scanned image.

A major problem associated with conventional photoconductors, particularly those used in unscanned "staring" applications is a standing DC output (known as a bias "pedestal") even in the absence of any input optical flux. For conventional long wavelength intrinsic photoconductors, the impedance is low, and the standing current is typically several milliamps corresponding to a pedestal of a few volts. For comparison the background flux signal is millivolts, and the required optical signal is microvolts. This pedestal is exceptionally difficult to subtract out in a stable and accurate manner except in the case of a scanned system which can use capacitative output coupling.

Photovoltaic detectors—e.g. photodiodes, have the advantage that they do not require bias, do not dissipate significant power, nor do they have a bias pedestal. Junction diode detectors, however, are difficult to make and require a bulk of scarce and largely uncharacterised p-type CMT. They also suffer stability problems upon the high temperature storage conditions typical of a military user environment, as also upon long-term operation.

**Disclosure of the invention**

The inventon is intended to provide a long wavelength intrinsic photoconductive detector of high impedance. Being of high impedance, the problem of bias pedestal is minimised.

According to the invention thers is provided an infrared detector comprising:—

an emitter region formed of material photosensitive to infrared radiation;
a collector region;
a pair of contacts, one an emitter contact, the other a collector contact and,
a barrier region, adjacent both to the emitter region and the collector region, formed of material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of minority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

Since the barrier region provides a barrier to the flow of majority carriers from the emitter, the detector exhibits high impedance. Since, however, minority carriers are free to pass this barrier region, under illumination and with appropriate bias, photocurrent will be generated and the detector will behave as a photoconductor.

Preferably the emitter and barrier materials are ternary alloys of the same chemical species. Examples are: n-type/n-type, n-type/p-type, or p-type/n-type compositions of cadmium mercury telluride; or of indium gallium arsenide; or of gallium aluminium arsenide. The barrier material may however be a composition of different chemical species, provided emitter and barrier materials have a common or near common valence band. The barrier material may be a binary alloy or compound having a common anion with the ternary material. Examples are: cadmium mercury telluride and cadmium telluride; gallium aluminium arsenide and gallium arsenide; or indium gallium arsenide and indium arsenide.

To avoid the need for compositional gradation at the emitter-barrier interface in order to remove large heterostructure discontinuities in bands, it is preferable that the emitter and barrier materials are n-type and p-type, respectively.

The collector region may be of material of like majority carrier type to the emitter material, having a valence band limit common with or at least near level to that of the barrier material. Alternatively it may be of a high work function metal, or of a heavily doped semiconductor material of opposite majority carrier type to the emitter material. When of metal, the collector region is provided by the collector contact itself.

One form of the detector is of planar structure wherein the emitter, barrier and collector regions are provided by n-type, p-type and n-type layers of materials, respectively. In this structure the emitter and collector regions may be of like material thus having like band gap characteristics. This detector has non-linear performance characteristics under illumination conditions and may thus be included in circuit with a source of alternating bias or of modulated AC bias, the collector being followed by an integrator, harmonic filter or demodulator, as appropriate. In a variant structure of this form of detector, the emitter and collector materials are of like majority carrier type, one material of composition suited for the detection of infrared radiation of wavelength in the 3—5 $\mu$m band, the other material of composition suited for the detection of infrared radiation of wavelength in the 8—14 $\mu$m band. This detector thus has responsitivity to one band at a time, which one depending on the directon of bias. It may thus be included in a circuit including a source of DC bias, a bias that can be switched from one direction to the other, for waveband selection. Alternatively it

may be included in a circuit including a source of AC bias, and have a phase-sensitive or gated amplifier following the collector. Separately gated circuits will produce two channel output with data from an individual band in each channel.

Another form of the detector, also of planar structure, is comprised of two layers of material of different majority carrier type, the material of one layer being of significantly wider band gap, the other layer being delineated to define the emitter and collector regions of the detector.

In another form of the detector, the emitter region is provided by an extensive strip length of material, and the barrier and collector regions are arranged to provide a read-out region for this strip. Such a detector may then be included in the focal plane of a scanning optical system, and biased such that photocarriers generated in the strip drift at a rate matched to the scan velocity. This affords in situ signal integration.

**Brief description of the drawings**

In the drawings accompanying this specification:—

Figure 1 is a cross-section drawing showing the structure of an n-p-n composite photodetector embodying features of the invention;

Figures 2, 3(a) and (b) are band level energy diagrams for the detector structure shown in the preceding figure for zero, forward and reverse bias respectively;

Figure 4 is a cross-section drawing showing an alternative structure of n-p-n composite photodetector, a strip detector;

Figures 5(a) and (b) are band level energy diagrams for metal collector and degenerate semiconductor collector variants respectively, of the photodetector shown in preceding figure 1 above;

Figure 6 is a cross-section view of a two layer structure photodetector, an alternative to the structure shown in figure 1 above; and,

Figure 7 is a band level energy drawing for a two-colour sensitive detector, a variant of the detector shown in figure 1 above.

**Description of preferred embodiments**

Embodiments of the invention will now be described, by way of example only, with reference to the accompanying drawings.

The photodetector 1 shown in figure 1 is comprised of two ohmic contacts 3 and 5, one each side of a triple layered structure 7 of cadmium mercury telluride (CMT) materials. This structure 7 is comprised of a first layer 9 of n-type cadmium mercury telluride formed from a slice cut from a good quality single crystal. The upper two layers, layers 11 and 13 of p-type and n-type cadmium mercury telluride materials, respectively, have been prepared either by sputtering or epitaxial techniques [vapour phase epitaxy (VPE), liquid phase epitaxy (LPE), molecular beam epitaxy (MBE), or chemical vapour deposition (CVD)].

The outer n-type layers 9 and 13 provided have equal band gaps ~0.1 eV (see Figure 2) and are of a cadmium mercury telluride material that is suited to the detection of infrared radiation in the 8—12 μm band ($Cd_xHg_{1-x}Te$: x=0.20). Each layer 9 and 13 has a donor concentration of the order of $5\times10^4 cm^{-3}$. At an operational temperature circa 80°K (as for liquid nitrogen cooling), the intrinsic carrier concentration is typically $2.5\times10^{13}cm^{-3}$ and the minority carrier (hole) concentration is $1.2\times10^{12}cm^{-3}$. The uppermost n-type layer 13 is thin (⩽10 μm) as for a shallow junction photodiodie. This layer 13, the surface of which is exposed during operation to focussed infrared radiation, has as contact 3 one which is optically reflecting, that minimises minority carrier generation—recombination at the layer surface, and that provides a wide gap window. This contact 3, is one of compound structure and consists of a thin layer 15 of strongly doped n-type CMT of a slightly larger band gap (e.g. $n^+$-type CMT, and, x>0.20, 10 μm thick) to which simple ohmic metallic edge or ring contact 17 is made.

The sandwiched layer, the p-type layer 11, is of cadmium mercury telluride material of significantly larger band gap ~0.5 eV (i.e. it is of cadmium enriched material: x~0.45). It is doped p-type with the same or closely similar Fermi level (FL) above the valence band (VB) as in the n-type cladding layers 9 and 13. Since the valence band densities of states are similar (hole effective mass 0.55; insensitive to composition) the hole concentration is appreciably constant throughout the device. The interface between the upper n-type layer 13 and the sandwiched p-type layer 11 is a p-n junction without a depletion zone, i.e. there is no space charge layer at zero bias. The centre layer 11 is of thickness between 3—10 μm, a compromise between tunneling, conductivity, trapping and depletion under bias conditions.

In this structure (figure 1) electron current flow is blocked by an energy barrier (figure 2). This barrier is due to a heterostructure conduction band discontinuity. There is, however, no barrier at all to holes, carriers which are generated in the upper n-type layer 13 by photoconversion, an optical absorption process. The detector device 1 behaves as a photoconductor, as will now be discussed below.

Because of the relatively high electron concentration and high electron mobility in the n-type layers 9 and 13, the resistance of these layers is negligible compared with that of the centre lyer 11. Any external voltage applied to the device 1 appears across the centre region 11. Because of the absence of a barrier to holes, a hole current will flow, limited however by the restricted availability of holes relative to the high concentrations which would be provided by ohmic contact. Because no field can be established in the n-type layers 9 and 13, only diffusion currents flow there. Consider radiation incident from above the device 1 with the top

contact 3 (the emitter contact) biassed positively with respect to the other contact 5 (the collector contact). Holes will be generated in the emitter layer 13 and will disappear by recombination at the contact 3, or by recombination in the bulk of the emitter layer 13 or by transferring to the centre layer 11. Since the width of the emitter layer 13 is small compared with a diffusion length (~30 $\mu$m), bulk recombination processes can be ignored, at least to a first approximation. It can be shown that the concentration of optically generated holes is considerably larger than the concentration of thermally generated holes, so the latter concentration can also be ignored. The energy level diagram for this choice of bias is shown in figure 3(a).

On application of this bias, the generated carriers are swept across the centre layer 11. Holes are the majority carriers for this centre layer 11 and have an even longer bulk recombination lifetime in this lightly p-doped material than the typical lifetime (1—20 $\mu$sec) in n-CMT. Strictly, space charge controlled currents flow in this zone but it can be shown that for reasonable applied fields (1 volt across 10 $\mu$m, corresponding to $10^3$V/cm) and typical currents (corresponding to the flux from background radiation at 300K and f/2.5 field of view) the field does not vary excessively. As a result a simple description of current flow is obtained by solving the continuity equation at the first interface. In the collector layer, layer 9, the holes arrive by minority carrier injection at the forward biassed interface, and build up until the recombination rate by bulk processes, or at the contact 5, balances the rate supplied by the current.

The generation and distribution of minority carriers in the emitter layer 13 are very similar to the conditions prevailing in a reverse biassed shallow junction photodiode. The optical generation rate corresponding to the above quoted background conditions, with quantum efficiency 0.9, is for a thickness of 10 $\mu$m, $6.8\times10^{20}$cm$^{-3}$sec$^{-1}$. This is to be compared with a thermal generation rate of ~$5\times10^{17}$cm$^{-3}$sec$^{-1}$, about $10^3$ times smaller. Accordingly the thermal generation rate can be ignored. The optically generated carriers diffuse to the top contact 3 which can be characterised by a surface recombination velocity $S_c$, to the interface with the centre layer which in this approximation appears as a surface with recombination velocity $\mu$E where E is the field in the p-type layer and $\mu$ the hole mobility, or they recombine in the bulk.

For $\mu$=300 cm$^2$/volts sec and E=$10^3$ volts/cm, $\mu E=3\times10^5$ cm/sec. The effective time constant for removal at the interface 13/11 is $3\times10^{-4}/\mu E=10^{-9}$ seconds ignoring diffusion effects. This is limited by the diffusion time to reach the surface, about $3\times10^{-8}$ seconds, a time still much shorter than the bulk recombination lifetime. If $S_c \ll 3\times10^5$cm/sec then the majority of the carriers $\phi$ will be transferred to the p-type layer 11, in which case j=$\phi$q and J=pq$\mu$E gives the hole concentration p in the p-type layer 11. Under the quoted conditions p~$1.1\times10^{13}$cm$^{-3}$ with a current density of 0.1A/cm$^2$. For comparison, the hole concentration in the undepleted p-type layer 11 is ~$1.3\times10^{12}$cm$^{-3}$. In the high field of the centre layer 11 these thermally generated carriers are reduced to a negligible fraction of the signal current.

In the n-type collector layer 9 the concentration of carriers rises until the recombination cate balances the supply rate. The effect of the structure is to separate the region where carriers are generated from the region where they recombine.

There is a space charge phenomenon induced by the minority carrier injection into the collector layer 9. As the minority carrier concentration rises above the thermal equilibrium, the electron concentration also rises to maintain neutrality. In this low band gap material, which is dominated by Auger recombination, this will cause a reduction of the minority carrier lifetime. There is a converse effect in the emitter layer 13 induced by the extraction field, but counterbalanced by the generation of excess holes by the incident radiation. In order to significantly reduce the recombination life-time, the excess hole concentration must approach the thermal equilibrium electron concentration ~$5\times10^{14}$cm$^{-3}$, depending on the doping.

A leakage current under zero illumination is also obtained. For the conditions given the leakage current is ~$3\times10^{-3}$amps/cm$^2$ corresponding to a value of RoA~26 ohm cm$^2$. This high resistance value stems from the fact that there is no minority electron leakage. For a planar device 50 $\mu$m square, with area $2.5\times10^{-5}$cm$^2$ the saturation leakage current is $7.5\times10^{-8}$amps, compared to the background induced current of $2.5\times10^{-6}$amps. (The leakage current can be compared with the standing current of a photoconductor of the same light gathering area, but driven longitudinally, ~$5\times10^{-3}$amps).

The noise in this device 1 is essentially the fluctuation noise of background radiation.

The capacitance of this device 1 is very low, ~0.02 pF for the 50 $\mu$m square planar device. Encapsulated structures therefore will have a capacitance which is limited by packaging and configuration rather than by fundamental device properties.

This device has a number of characteristics common to both photoconductors and photodiodes, but lacks some of the most serious drawbacks of those devices. It has zero output at zero bias with the negligible tunnelling associated with a photoconductor, and yet has a zero signal leakage current typical of the very best heterojunctions, in which minority carriers from only one side participate in leakage. In addition the capacitance is very low, a value typical of a p-i-n diode structure, and the space charge generation-recombination is low. Consequently it has application to many of the circuits devised for

diodes, though in the symmetric version described above, bias has to be supplied.

The photodetector 1 described above thus performs as a high impedance photoconductive detector when the collector contact 5 is biassed negative with respect to the emitter contact 3. [Figure 3(a)]. This photodetector 1 may also be operated using constant AC or modulated AC bias. For these modes of operation the device behaves as a non-linear detector, i.e. a detector whose responsivity depends on bias direction. During the AC cycle, whilst the upper p-n junction 11—13 is reversed biassed, as shown in figure 3(a), the detector 1 behaves as described above, and a photocurrent flows in the collector circuit. However, at other times during the AC cycle, during which the upper p-n junction 11—13 is forward biassed, the minority carriers generated in the upper n-type layer 13 under illumination are attracted to the emitter contact 3, as shown in figure 3(b). The output developed from the heterostructure device is thus now merely leakage current due to minority carrier generation in the collector layer 9. No appreciable number of minority carriers, however, is generated optically in the collector layer. Infrared radiation in the 8—14 $\mu$m band is absorbed in the upper photosensitive layer 13; little if any can penetrate the device 1 to reach the collector layer 9. In terms of the photosignal the responsivity ratio is therefore extremely high, largely limited to the photoconductive signal developed in the emitter layer itself, and this can be disregarded as the field in the emitter layer is negligibly small, and because so little radiation penetrates beyond the emitter layer 13.

The photodetector 1 may thus be incorporated with an AC bias circuit. Useful photosignal can then be extracted by following the collector contact 5 with an integrating circuit. Because the device is non-linear under illumination conditions, the time averaged AC signal will produce a finite measurable component dependent upon illumination intensity. However, in the absence of incident radiation, the current voltage characteristic of this detector 1 is reasonably linear. Thus application of AC bias followed by integration ensures that the output signal in the absence of radiation is exactly zero. This mode of bias thus avoids any problem of bias pedestal, even though this is in any case smaller than that for conventional photoconductive detectors in view of the unusually large impedance that is a characteristic of this device.

As alternative to the use of an integrator in the AC biassed circuit described above, the collector circuit could include instead a harmonic frequency filter. The device 1 as described is non-linear and thus generates measurable harmonics under illumination.

Instead of constant AC bias, modulated AC bias can be used and the resultant signal demodulated to produce desired signal. The modulation waveform would in this case be chosen so that the signal can be extracted at a frequency above the system 1/f noise knee frequency. Alternatively, the AC bias could be coded and the output decoded to eliminate noise.

The detector 1 described above is a three-layer structure of CMT materials. The centre layer 11, however, could instead be of different material—for example p-type cadmium telluride. The essential requirements for this choice of different material being that it is one of wide band gap characteristic, and offers little valance band distortion across each p-n interface 11—13 and 11—9. In the case of cadmium telluride, a suitable choice is low carrier concentration (compensated) p-type material with the same or very similar depth of Fermi level about the valence band as in the n-type CMT cladding layers 9 and 13. The Fermi level in this cadmium telluride layer 11 would be pinned by an acceptor donor such as silver Ag ($Ea \sim 0.114$ eV) or a combination of acceptors. Since the valence band densities of states are similar for the choices of CMT/CdTe materials, the hole concentration is effectively constant throughout the structure 7. Because of this alignment of Fermi levels and application of the common anion rule (this applies to the CMT/CdTe common anion tellurium system) the valence band is level and undistorted throughout the structure 7. Small discrepancies are reduced by inevitable compositional grading.

Similar effects may be expected in other systems obeying the common-anion rule. The most obvious examples are the gallium arsenide-gallium aluminium arsenide (GaAs-GaAlAs) and indium arsenide-indium gallium arsenide (InAs-InGaAs) systems.

A CMT/CdTe photodetector 21 of modified configuration is shown in figure 4. It is in the form of an elongate strip filament 23 of n-type cadmium mercury telluride material passivated by layers 25 and 27, of intrinsic cadmium telluride material, one adjacent to each surface top and bottom of the CMT filament 23. At one end of this filament 23 a read-out contact structure 29 is provided. This structure 29 together with the filament 23 of n-type CMT has the form of a triple layer structure similar to that described above.

Here a p-type barrier region 3 is formed by modifying a part of the upper passivation layer 25 of cadmium telluride by dopant implantation/diffuser. Above this barrier region 31 a collector region 33, also of n-type CMT, and, an ohmic compound contact 35 are provided. This detector 21 may be used as an integrating focal plane photoconcutive detector in an optically scanned system, for example in a system such as is described in UK Patent No. 1,488,258. In such a system radiation is focussed onto the strip filament 23 and is scanned along the length of the filament towards the read-out contact 29 at a velocity that is matched to the drift velocity of ambipolar photocarriers driven under DC bias applied to the filament. These ambipolar carriers result from photoconversion and their density increases in spatial correspondence with the image. Minority carriers, components of the

ambipolar photocurrent, are extracted at the read-out contact. A read-out signal is thus provided, a signal that in time follows the spatial intensity variations of the scanned image of a thermal scene.

It is also possible to substitute alternative material for the collector layer 33. It could be of low gap p-type material (thus making a $p^+$-p-n structure—see the energy diagram figure 5(b)—or it could be an ohmic contact—see the energy diagram figure 5(a). A high work function metal is used for the ohmic contact. Such contacts are difficult to prepare however, so the heavily doped semiconductor of figure 5(b) is more favoured. This semiconductor could be of cadmium telluride, zero-gap CMT, or even mercury telluride.

An alternative n-p-n structure 41 is shown in figure 6. This is a device of a lateral structure in which the n-type emitter and collector regions are formed from a single epitaxial layer disposed on one surface only of a substrate layer 43 of p-type wide band gap material. These regions are formed as stripes 45 which are delineated by etchant. Those at each end of the device 41 are provided with ohmic contacts 47 and 49. Though the electric field distribution in this device 41 is somewhat complex, the principle of operation is basically unchanged. High field regions exist only between the photosensitive stripes 45 of n-type CMT. The base layer 43 is either self-supporting, or in the more usual case is bonded onto a supporting insulating substrate—e.g. a substrate 51 of sapphire as shown. In each case there is a significant refractive index mismatch at the lower surface/interface for this base layer 43. Thus radiation passing through the gaps in the photosensitive n-type CMT layer will be reflected and in the main part will be absorbed in the photosensitive region 45 following reflection. The physical size of the stripes 45 and the spacing between them must be kept small because a proportion of the bias field lines between the stripes take a relatively long route. The minority carrier transport in the n-layer stripes 45 is essentially due to diffusion, so the hole minority carriers do not emerge solely from the corners of the stripes.

The detector having the structure shown in figure 1 may be readily adapted for "two-colour" detectors application. In this case the top layer 13 is of relatively high band gap material, a material having a band gap that is intermediate to the band gaps of the lower two layers 11 and 9. Consider, to illustrate this application, a detector responsive to radiation in the 3—5 $\mu$m and 8—14 $\mu$m bands. For this the top layer is formed of n-type CMT material suited to detection of radiation in the 3—5 $\mu$m band (x=0.28), and the bottom layer is formed of n-type CMT material suited to detection of radiation in the 8—14 $\mu$m band (x=0.2). The Fermi level is graded in the centre layer 11 to accommodate the different levels in the two cladding layers 9 and 13. A small standing bias (equal to the difference in work functions) has then been applied to reach the neutral situation shown in the energy diagram—figure 7. In forward bias (drift from surface towards interior, left to right of figure 7) only 3—5 $\mu$m radiation will be detected, because of the asymmetry. Radiation at energy less than the window energy passes through the structure 7 to the lower energy gap material, layer 9. Though this will generate photocarriers, for this direction of bias, since the field across the collector layer is inappreciable, the response to 8—14 $\mu$m band radiation is negligible. The signal corresponds to 3—5 $\mu$m band absorption in the top layer 13. When, however, the bias direction is reversed, the signal due to 3—5 $\mu$m band absorption is negligible. In this case photocarriers generated in the lower layer 9 by photoconversion of the 8—14 $\mu$m band, are driven across the drift zone provided by the centre layer 11, and generate signal. Detector responsivity to 3—5 $\mu$m band radiation and to 8—14 $\mu$m band radiation can thus be switched by changing the direction of DC bias. Alternatively, the detector may be AC biassed in which case output selection for each band is by phase; the signal is sensed by a gated amplifier.

A detector similar to that shown in figure 1 could also be used as an upconverter. An upconverting effect arises provided the radiative efficiency of recombination in the collector is high. The band gap of the collector is here chosen high enough so that emitted radiation can be received either directly or by a near-infrared vidicon camera.

An inverted device with respect to n- and p-type materials is feasible, although it would demand greater control of the heterostructure interfaces. Because of the heterostructure discontinuity in the band structure, which would have to be graded out during layer growth, there is an extended zone with practically indeterminate carrier recombination properties. However, the high carrier mobility would place less restrictions on device operating voltages. The emitter interface field can be very low and yet still provide the high drift velocity necessary for high emitter efficiency. The doping concentrations of p-type material generally available are $>1\times10^{16}cm^{-3}$ so that minority (electron) concentration in the emitter is extremely small. Although the lifetime is very short, the high diffusion constant ensures that the diffusion length is, as above, a few tens of microns. The high generation rate of minority carriers however means that background limited performance (BLIP) would be difficult to achieve.

**Claims**

What I claim is:—

1. An infrared detector comprising:—
an emitter region formed of material photosensitive to infrared radiation;
a collector region;
a pair of contacts, one an emitter contact, the other a collector contact; and,
a barrier region, adjacent both to the emitter region and the collector region, formed of

material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of majority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

2. A detector as claimed in claim 1, wherein the emitter and collector regions are disposed on opposite side of the barrier region.

3. A detector, as claimed in claim 2, wherein the emitter region is in the form of a strip of material photosensitive to infrared radiation, this strip having two bias contacts, one the emitter contact aforementioned, the other an additional contact; the barrier region, collector region and collector contact together providing a read-out structure located between the two bias contacts at a position remote from the additional contact.

4. A detector, as claimed in claim 2, wherein the emitter and collector regions are of the same band-gap material.

5. A detector, as claimed in claim 2, wherein the emitter and collector regions are of different band-gap materials of the same majority carrier type, one material being photosensitive to radiation of one wavelength band, the other material being photosensitive to radiation of another wavelength band of the infrared spectrum.

6. A detector, as claimed in claim 1, wherein the emitter region and the collector region are adjacent to the same side of the barrier region.

7. A detector, as claimed in claim 6, wherein the emitter region and collector region are formed from a single layer of material.

8. A detector, as claimed in claim 6, including at least one emitter-collector region, intermediate the emitter region and the collector region aforesaid, each such emitter-collector region being formed from the same single layer.

9. A detector, as claimed in any one of the preceding claims, wherein the emitter region is of ternary alloy material, one of the infrared photosensitive ternary alloys cadmium mercury telluride, indium gallium arsenide, or gallium aluminium arsenide.

10. A detector, as claimed in claim 9, wherein the barrier region is also of ternary alloy material, an alloy including the same constituent elements but in different proportion.

11. A detector, as claimed in claim 9, wherein the barrier region is of binary alloy material, the ternary and binary alloys having a common anion constituent, the binary alloy material being one of the alloys cadmium telluride, indium arsenide, or gallium arsenide, respectively.

12. A detector, as claimed in any one of the preceding claims, wherein the emitter region and the barrier region are of n-type and p-type doped extrinsic materials, respectively.

13. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, the emitter region and collector region materials being of the same majority carrier type.

14. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, wherein the collector region and collector contact are formed of a single layer of high work-function metal.

15. A detector, as claimed in any one of the preceding claims, 1 to 3, or 9 to 12, wherein the collector region is of heavily doped semiconductor material of the opposite majority carrier type to that of the emitter region material.

16. An infrared detector constructed, arranged and adapted to perform substantially as described hereinbefore with reference to and as shown in the accompanying drawings.

17. Apparatus including a detector as claimed in any one of the preceding claims together with a source of alternating voltage bias connected between the emitter contact and collector contact, and a signal current detector responsive to collector current generated by the detector.

18. Apparatus including a detector as claimed in claim 5, a voltage source connected between the emitter contact and collector contact, a switch for changing the polarity of the source voltage, and a signal current detector responsive to collector current generated by the detector.

19. Apparatus including a detector, as claimed in claim 5, a source of alternating voltage bias connected between the emitter contact and collector contact; and, a phase-sensitive detector for separating signals developed during the positive and negative half-cycles, respectively, of the alternating bias.

Printed for Her Majesty's Stationery Office by the Courier Press, Leamington Spa, 1984. Published by the Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14822433 |
| **Filing Date:** | 10-Aug-2015 |
| **Title of Invention:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP5-Maimon |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 2253 | 1 | 700 | 700 |
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 2806 | 1 | 90 | 90 |
| | | **Total in USD ($)** | | **790** |

## Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 26846857 |
| Application Number: | 14822433 |
| International Application Number: | |
| Confirmation Number: | 8358 |
| Title of Invention: | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| Customer Number: | 23521 |
| Filer: | Shalom Wertsberger |
| Filer Authorized By: | |
| Attorney Docket Number: | 1407CP5-Maimon |
| Receipt Date: | 06-SEP-2016 |
| Filing Date: | 10-AUG-2015 |
| Time Stamp: | 18:32:30 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $790 |
| RAM confirmation Number | 6047 |
| Deposit Account | 501392 |
| Authorized User | WERTSBERGER, SHALOM |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 CFR 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 CFR 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 CFR 1.19 (Document supply fees)

Charge any Additional Fees required under 37 CFR 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1-1407CP5Amendment_OA1.pdf | 203635<br>8a9bfb27a7ea67f2bb4f5a5142ac820f2268df10 | yes | 8 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Abstract | 2 | 2 |
| Claims | 3 | 3 |
| Applicant Arguments/Remarks Made in an Amendment | 4 | 8 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Extension of Time | TimeXtension.pdf | 119274<br>27f0e5aa380fab13585c16bd184794dccfbad2e3 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Transmittal Letter | 2-1407CP5-IDS_Xmittal.pdf | 104133<br>5f3634e13c8f0f3819221aa6ef96168174[illegible]aa06 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Information Disclosure Statement (IDS) Form (SB08) | 3-1407CP5-IDS.pdf | 613156<br>e5dd6407bc536859270aca9a5ff6992098ec3f12 | no | 6 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 5 | Foreign Reference | GB2127619A.pdf | 704689<br>eb295cc31b8df47da0a4dfd1e21d3d614c8745 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Non Patent Literature | nbn_paper_Shimon.pdf | 436628<br>14d866bc85b5407370d8359c9db6ada1795c6317 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Non Patent Literature | Elizabeth_Et_al-pix.pdf | 7077372<br>c83466f4438154e74b3bb6d30b60ef25e1ff1c3e | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Fee Worksheet (SB06) | fee-info.pdf | 32580<br>c00f86af917603cc26771f924f23d400048100ae | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 9291467 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

Application or Docket Number: 14/822,433
Filing Date: 08/10/2015
☐ To be Mailed

ENTITY: ☐ LARGE ☒ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

AMENDMENT

| 09/06/2016 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 3 | Minus | ** 20 | = 0 | x $40 = | 0 |
| Independent (37 CFR 1.16(h)) | * 1 | Minus | ***3 | = 0 | x $210 = | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | TOTAL ADD'L FEE | 0 |

AMENDMENT

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/TIA BENTLEY/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/822,433 | 08/10/2015 | Shimon Maimon | 1407CP5-Maimon | 8358 |

23521 7590 03/14/2016

SALTAMAR INNOVATIONS
Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |
| **ART UNIT** | **PAPER NUMBER** |
| 2884 | |
| **MAIL DATE** | **DELIVERY MODE** |
| 03/14/2016 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| Office Action Summary | Application No. 14/822,433 | Applicant(s) MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *08/31/2015*.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**. 2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) *1-3* is/are pending in the application.

5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) *1-3* is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on *08/10/2015 and 8/31/2015* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a)☐ All b)☐ Some** c)☐ None of the:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

**1.** The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**2.** This office action is a response to an application (No.:14822433), filed on 08/31/2015, in which amended claims 1-3 are pending and ready for examination.

### *Drawings*

**3.** The drawings were received on 08/10/2015 and 8/31/2015. These drawings were acceptable.

### *Specification Objections*

**4.** The abstract of the disclosure is objected to because it contained more than 150 words. Applicant is reminded of the proper language and format for an abstract of the disclosure. The abstract should be in narrative form and generally limited to a single paragraph on a separate sheet within the range of 50 to 150 words. The form and legal phraseology often used in patent claims, such as "means" and "said," should be avoided. The abstract should describe the disclosure sufficiently to assist readers in deciding whether there is a need for consulting the full patent text for details. The language should be clear and concise and should not repeat information given in the

title. It should avoid using phrases which can be implied, such as, "The disclosure concerns," "The disclosure defined by this invention," "The disclosure describes," etc.

### *Double Patenting*

**5.** The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the reference application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what form should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claim 1 is rejected on the ground of nonstatutory double patenting over claim 1 of U.S. Patent No. 9,117,726 B2 since the claims, if allowed, would improperly extend the "right to exclude" already granted in the patent. Although the claims at issue are not identical, they are not patentably distinct from each other because they appear to be directed to the same subject matter, specifically a closed path infrared sensor, comprising: an enclosure, a first energy source within the enclosure, at least a second energy source with the enclosure, at least one detector system within the enclosure, and a mirror system external to the enclosure and spaced from the enclosure, the mirror system reflecting energy from the first energy source to the at least one detector system via a first analytical path to output a first analytical signal indicative of gas concentration in an environment external to the enclosure and reflecting energy from the second energy source to the at least one detector system via a second analytical path to output a second analytical signal indicative of gas concentration in the environment external to the enclosure, each of the first analytical path and the second analytical path being less than two feet in length.

Claims 1-3 will be allowable once the applicant timely filed the terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) and a terminal disclaimer must be signed in compliance with 37 CFR 1.321(b), and overcome the rejection of claims 1-3 under pre-AIA 35 U.S.C. 103(a) in views of OSTER (US 20120105646 A1), KLIPSTEIN PHILIP (US 20070235758 A1), Kim *et al*. (US 5844253 A) and Gowlett et al. (US 5177364 A).

| **Current claims (Application No. 14,822,433)** | **Patented claims (U.S. Patent No. 9,117,726 B2)** |
|---|---|
| 1. An integrated Dewar cooler system comprising: a light permitting optical window; a sealed Dewar; a thermoelectric Cooler; and a focal plan array, wherein said focal plan array is an array of photo detectors with a reduced dark current, comprising: a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy | *1. An integrated Dewar cooler system comprising: a light permitting optical window;* a cryogenic and vacuum *sealed Dewar*; a motherboard; *a micro Cooler; and a focal plan array*, wherein a portion of said focal plan array is connected to a portion of said motherboard and wherein said motherboard and FPA assembly are located within the Dewar, *wherein said focal plan array is an array of photo detectors with a reduced dark current, comprising: a photo absorbing layer comprising a doped semiconductor* |

| | |
|---|---|
| gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. | *exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the* |

| | |
|---|---|
| | *contact and photo absorbing layers.* |

***Claim Rejections - 35 USC § 103***

**6.** The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

**7. Claim 1 is rejected under 35 U.S.C. 103(a) as being unpatentable over OSTER (US 20120105646 A1), hereinafter as "OSTER" and further in views of KLIPSTEIN PHILIP (US 20070235758 A1), hereinafter as "KLIPSTEIN" and Kim *et al.* (US 5844253 A), hereinafter as "Kim".**

**With regard to independent claim 1,** OSTER discloses the specific limitation on an integrated Dewar cooler system **(Figure 3: Ref. 310 for a Dewar assembly and Abstract)** comprising: a light permitting optical window **(Figure 3: Ref. 316)**; a sealed Dewar **(Figure 3: Ref. 310)**; a thermoelectric Cooler **(Figure 1: Ref. 322)**; and a focal plan array **(Figure 3: Refs. 312A, 312B and paragraphs 0048, 0050, 0059)**.

OSTER lacks of teaching the specific limitation on the focal plan array is an array of photo detectors with a reduced dark current, comprising: a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting

band energy during operation of the photodetector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

However, KLIPSTEIN teaches the specific limitation on the focal plan array is an array of photo detectors with a reduced dark current **(Paragraph 0001)**, comprising: a photo absorbing layer **(Figure 4b: Ref. 13)** comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photodetector **(Figure 5a: Ref. 13 for a photo absorbing layer and paragraph 0103)**; a barrier layer **(Figure 4b: Ref. 12, Figure 5a: Ref. 12A)** comprising an semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer **(Figure 4B: 13 for a photon absorbing layer, Ref. 12 for a barrier layer and paragraphs 0089;** *note: the figure clearly shows that the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer*); and a contact layer

**(Figure 4b: Ref. 11)** comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector **(Paragraph 0091)**, said contact layer being adjacent a second side of said barrier layer opposing said first side **(Figure 4b)**; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers **(Paragraphs 0091, 0095)**.

In view of KLIPSTEIN, it would have been obvious to a person having ordinary skill in the art before the effective filing date of the invention to modify the teaching of OSTER in order to reduce the dark current particularly at low temperatures, generally in the range of about 77 to 200.degree.K, depending on the material and wavelength of operation (KLIPSTEIN, paragraph 0022).

Regarding the specific limitation on a barrier layer comprising an undoped semiconductor, OSTER and KLIPSTEIN lack of teaching the specific limitation on a barrier layer comprising an undoped semiconductor. However, Kim teaches the specific limitation on a barrier layer comprising an undoped semiconductor **(Column 3, lines 36-40, Column 6, lines 66-67)**.

In view of Kim, it would have been obvious to a person having ordinary skill in the art before the effective filing date of the invention to modify the teachings of OSTER and KLIPSTEIN in order to improve performance of a hot electron infrared device by providing a wide range of an infrared photon detecting function and improve resolution

in detected infrared wavelength, and a selection, amplification and process of normal infrared frequency using a resonant tunneling double-barrier quantum-well structure and a blocking barrier, thereby deriving the reduction of dark current (Kim, Column 2, lines 50-56).

**8. Claims 2 and 3 are rejected under 35 U.S.C. 103(a) as being unpatentable over OSTER, KLIPSTEIN, Kim and further in view of Gowlett *et al.* (US 5177364 A), hereinafter as "Gowlett".**

**With regard to claim 2,** the teachings of OSTER, KLIPSTEIN and Kim have been discussed above. OSTER, KLIPSTEIN and Kim lack of teaching the specific limitation on the Dewar is at least partially evacuated. However, Gowlett teaches the specific limitation on the Dewar is at least partially evacuated **(Column 4, lines 22-26)**.

In view of Gowlett, it would have been obvious to a person having ordinary skill in the art before the effective filing date of the invention to modify the teachings of OSTER, KLIPSTEIN and Kim in order to achieve a different getter configuration which can be less expensive than using a getter unit, can have a large active surface area in the space around the cold finger and can be accommodated in the small space of a compact detector envelope without requiring an increased envelope size or an unconventional envelope outline for its accommodation (Gowlett, Column 1, lines 50-56).

**With regard to claim 3,** the teachings of OSTER, KLIPSTEIN, Kim and Gowlett have been discussed above. Gowlett further teaches the specific limitation on the Dewar is at least partially filled with an inert gas **(Column 7, lines 11-20)**.

***Conclusion***

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TAEHO JO whose telephone number is (571)272-3325. The examiner can normally be reached on Monday-Friday, 7:00 AM - 5:00PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Dave Makiya can be reached on (571)272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300. Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/TAEHO JO/
Examiner, Art Unit 2884

/David J Makiya/
Supervisory Patent Examiner, Art Unit 2884

| *Notice of References Cited* | Application/Control No. 14/822,433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5,177,364 A | 01-1993 | Gowlett; David J. | G01J5/061 | 250/352 |
| * | B | US-5,272,535 A | 12-1993 | Elabd; Hammam | H04N3/155 | 348/314 |
| * | C | US-5,563,423 A | 10-1996 | Wu; Chan-Shin | H01L31/035236 | 257/17 |
| * | D | US-5,844,253 A | 12-1998 | Kim; Gyung Ock | B82Y10/00 | 257/14 |
| * | E | US-5,966,945 A | 10-1999 | Mengel; Edward M. | G01J5/061 | 250/352 |
| * | F | US-6,965,152 B1 | 11-2005 | Bandara; Sumith V. | B82Y20/00 | 257/431 |
| * | G | US-7,157,706 B2 | 01-2007 | Gat; Nahum | G01J5/06 | 250/338.1 |
| * | H | US-2007/0235758 A1 | 10-2007 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | I | US-7,470,904 B1 | 12-2008 | Schweikert; Paul | G01J5/04 | 250/338.1 |
| * | J | US-7,795,640 B2 | 09-2010 | Klipstein; Philip | H01L31/101 | 257/185 |
| * | K | US-2012/0105646 A1 | 05-2012 | OSTER; Dov | G01J5/06 | 348/164 |
| * | L | US-2013/0153769 A1 | 06-2013 | Singer; Michael | G01J5/04 | 250/338.1 |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# BIB DATA SHEET

**CONFIRMATION NO. 8358**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 14/822,433 | 08/10/2015<br>**RULE** | 250 | 2884 | 1407CP5-Maimon |

**APPLICANTS**

**INVENTORS**
Shimon Maimon, Rochester, NY;

** **CONTINUING DATA** *************************
This application is a CIP of 13/964,883 08/12/2013 PAT 9117726
which is a CIP of 13/622,981 09/19/2012 ABN
which is a CON of 13/033,211 02/23/2011 ABN
which is a CON of 12/656,739 02/16/2010 PAT 8003434
which is a DIV of 11/276,962 03/19/2006 PAT 7687871

** **FOREIGN APPLICATIONS** *************************

** **IF REQUIRED, FOREIGN FILING LICENSE GRANTED** ** ** SMALL ENTITY **
08/24/2015

| Foreign Priority claimed / 35 USC 119(a-d) conditions met / Verified and Acknowledged | Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☑ No<br>35 USC 119(a-d) conditions met ☐ Yes ☑ No<br>Verified and Acknowledged /Taeho Jo/ Examiner's Signature | ☐ Met after Allowance<br>Initials | NY | 12 | 3 | 1 |

**ADDRESS**
SALTAMAR INNOVATIONS
Shalom Wertsberger
35 Huntington Meadows
Rochester, NY 14625
UNITED STATES

**TITLE**
APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER

| FILING FEE RECEIVED | FEES | |
|---|---|---|
| 730 | FEES: Authority has been given in Paper No.________ to charge/credit DEPOSIT ACCOUNT No.________ for following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other ______<br>☐ Credit |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 857 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) and (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| L2 | 36 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| L3 | 6 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) and fill$3 near40 (inert near4 gas) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:15 |
| L4 | 3 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:32 |
| L5 | 44 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:33 |
| L6 | 10 | 5 AND ( (G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| L7 | 25 | shimon same maimon.inv. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| L9 | 5 | "13964883" | US-PGPUB; | AND | ON | 2016/02/04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 09:36 |
| S1 | 1 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 09:48 |
| S2 | 388 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S3 | 12 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S4 | 8 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:10 |
| S5 | 39 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:13 |
| S6 | 39 | ((infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S7 | 80 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S8 | 81 | "2005004243" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2016/02/03 10:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S9 | 3 | wo-2005004243-$.did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S10 | 72 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S11 | 72 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S12 | 61 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and absorb$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:32 |
| S13 | 7 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S14 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S15 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S16 | 9 | (dewar near10 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S17 | 9 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; | AND | ON | 2016/02/03 12:34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near40 layer | JPO; DERWENT; IBM_TDB | | | |
| S18 | 11 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S19 | 102 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S20 | 74 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S21 | 32 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S22 | 15 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:37 |
| S23 | 21 | (dewar) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:38 |
| S24 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:52 |
| S25 | 5 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) and dark near5 current | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S26 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; | AND | ON | 2016/02/03 12:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S27 | 11676 | ((Integrated adj Dewar adj Cooler Assembly) or (DCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S28 | 12 | (Integrated adj Dewar adj Cooler Assembly) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S29 | 14 | (Integrated adj Dewar adj Cooler ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:58 |
| S30 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:04 |
| S31 | 179 | ((Integrated adj Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:07 |
| S32 | 2 | S31 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S33 | 215 | (( Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S34 | 38 | S33 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S35 | 1363 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S36 | 1213 | ((Integrated adj Dewar adj Cooler) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S37 | 17 | ((Integrated adj Dewar adj Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S38 | 26 | ((Integrated near4 Dewar near4 Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S39 | 23 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewarnear4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S40 | 53 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S41 | 30 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) and ((FPA) or (focal near4 plan$1 near4 array)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:41 |
| S42 | 21 | "5966945" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:56 |
| S43 | 812 | dewar and ((FPA) or (focal near4 plan$1 )) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2016/02/03 14:01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S44 | 11 | "11276962" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:07 |
| S45 | 8 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:09 |
| S46 | 82 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S47 | 14 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S48 | 37 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:14 |
| S49 | 1 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:17 |
| S50 | 1 | (dewar near40 (coller or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:18 |
| S52 | 3 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:19 |
| S53 | 44 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or | US-PGPUB; USPAT; USOCR; | AND | ON | 2016/02/03 15:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S54 | 22 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:32 |
| S55 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:33 |
| S56 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:34 |
| S57 | 16 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:35 |
| S58 | 3 | "20070235758" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:54 |

**2/ 4/ 2016 9:37:13 AM**
**C:\ Users\ tjo\ Documents\ EAST\ Workspaces\ 14822433.wsp**

| Search Notes | Application/Control No. 14822433 | Applicant(s)/Patent Under Reexamination MAIMON, SHIMON |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024 | 2/4/2016 | TJ |

## CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 250 | 338.4 | 2/3/2016 | TJ |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Search in EAST | 2/4/2016 | TJ |
| Search inventor in EAST | 2/4/2016 | TJ |
| Search NPLs in web sites: google, ip(www.ip.com) and IEEEs | 2/3/2016 | TJ |
| Search CPCs in EAST | 2/4/2016 | TJ |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| /TAEHO JO/<br>Examiner.Art Unit 2884 | |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407CP5-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** [Remove]
**Legal Name**

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| **City** | Rochester | **State/Province** | NY | **Country of Residence** i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 136 Willshire Road | | |
| **Address 2** | | | |
| **City** | Rochester | **State/Province** | NY |
| **Postal Code** | 14618 | **Country** i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | |
|---|---|---|
| **Customer Number** | 23521 | |
| **Email Address** | shalom@saltamar.com | [Add Email] [Remove Email] |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | | |
| **Attorney Docket Number** | 1407CP5-Maimon | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 12 | **Suggested Figure for Publication (if any)** | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP5-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER |
|---|---|

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | 13/964883 | 2013-08-12 |
| Prior Application Status | Abandoned | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| 13/964883 | Continuation in part of | 13/622981 | 2012-09-19 |
| Prior Application Status | Abandoned | | Remove |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP5-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | | |
|---|---|---|---|---|---|
| 13/622981 | Continuation of | 13/13/033211 | 2012-02-23 | | |
| Prior Application Status | Patented | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13/13/033211 | Continuation of | 12/656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | Remove | | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12/656739 | Division of | 11/276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) i the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country i | Filing Date (YYYY-MM-DD) | Access Code i (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP5-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | |

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1** Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee ○ Legal Representative under 35 U.S.C. 117 ○ Joint Inventor

○ Person to whom the inventor is obligated to assign. ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP5-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | |

| **Mailing Address Information For Applicant:** | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

| **Mailing Address Information For Assignee including Non-Applicant Assignee:** | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CP5-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER | |

## Signature:

Remove

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2015-08-10 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |

Additional Signature may be generated within this form by selecting the Add button. Add

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH THERMOELCTRIC COOLER

**[0001]** This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; and US Patent Application 13/167,992.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and in particular in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device. Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q \frac{n_i}{\tau_{SRH}} W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1μsec in low doped material ($\sim 10^{16} cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT})$), because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{\mathrm{n_i^2}}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5 μsec, depending only slightly

on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $n_i^2/N_d$. The activation energy of the diffusion current is $E_g$, ($n_i{}^2 \sim \exp(-\frac{E_g}{kT})$) as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art.

## Summary of the invention

**[0009]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0010]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0011]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0012]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0013]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0014]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the

valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0015]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0016]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0017]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0018]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0019]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence

band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0020]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0021]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0023]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped

semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0025]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0026]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0027]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0028]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0029]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental

understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0030]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0031]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0032]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0033]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0034]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0035]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0036]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0037]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0038]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0039]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0040]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0041]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0042]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0043]** FIG. 10A illustrates a mother board joined to FPA.

**[0044]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0045]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0046]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FDA.

## Detailed Description

**[0047]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0048]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the

conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0049]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0050]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0051]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0052]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent

tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer **30**, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer **30** comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0053]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50**.

**[0054]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo

absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0055]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0056]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0057]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**.

Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0058]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0059]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0060]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0061]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase

being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0062]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0063]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0064]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band

levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0065]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0066]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0067]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0068]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0069]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0070]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0071]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0072]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0073]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption

length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0074]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0075]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0076]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0077]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0078]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0079]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infra-red light to a electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0080]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refiguration of the FPA.

**[0081]**

**[0082]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used.*

**[0083]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[0084]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[0085]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[0086]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108

contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[0087]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[0088]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention, disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[0089]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the

FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[0090]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[0091]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[0092]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[0093]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[0094]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[0095]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[0096]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification,

including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[0097]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

**What is claimed is:**

1. An integrated dewar cooler system comprising:

a light permitting optical window;

a sealed Dewar;

a thermoelectric Cooler; and

a focal plan array,

wherein said focal plan array is an array of photo detectors with a reduced dark current, comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of said barrier layer adjacent a first side of said photo absorbing layer; and

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector, said contact layer being adjacent a second side of said barrier layer opposing said first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

2. An integrated dewar cooler as claimed in claim 1, wherein the dewar is at least partially evacuated.

3. An integrated dewar cooler as claimed in claim 1 wherein the dewar is at least partially filled with an inert gas.

Abstract

A IDCA system combining thermo-electric cooler (TEC) and an internal nBn photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the doped semiconductor of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness and a conductance band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. Alternatively, a p-doped semiconductor is utilized, and conductance band energy levels of the barrier and photo absorbing layers are equalized.

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
Photo Absorbing Layer
30
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000 Provide Substrate
1010 Deposit Photo Absorbing Layer on Substrate
1020 Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030 Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040 Deposit Contact Layer, Preferably Directly on Barrier Layer
1050 Define Contact Areas, Preferably by Selective Etching
1060 Deposit Metal Layer on Contact Areas
1070 Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Fig. 8

Figure 9









Fig. 10B

Figure 11





Fig. 11A



Fig. 11C

Fig. 11C



12/12

Figure 12



PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| | |
|---|---|
| **Title of Invention** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER |

As the below named inventor, I hereby declare that:

This declaration is directed to:

- ☒ The attached application, or
- ☐ United States application or PCT international application number ____________________ filed on ____________________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Shimon Maimon Date (Optional): ____________________

Signature: /Shimon Maimon/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH THERMOELCTRIC COOLER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407CP5-Maimon |
| Filed as Small Entity | |

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 70 | 70 |
| Utility Search Fee | 2111 | 1 | 300 | 300 |
| Utility Examination Fee | 2311 | 1 | 360 | 360 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Post-Allowance-and-Post-Issuance: | | | | |
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| | Total in USD ($) | | | 730 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23166024 |
| **Application Number:** | 14822433 |
| **International Application Number:** | |
| **Confirmation Number:** | 8358 |
| **Title of Invention:** | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH THERMOELCTRIC COOLER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Customer Number:** | 23521 |
| **Filer:** | Shalom Wertsberger |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 1407CP5-Maimon |
| **Receipt Date:** | 10-AUG-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 16:48:12 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $730 |
| RAM confirmation Number | 3779 |
| Deposit Account | 501392 |
| Authorized User | WERTSBERGER, SHALOM |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 1407CP5-ADS-aSia.pdf | 1819108<br>c87f65339640df2551d8aa1aad55d24326a68137 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | | 1407_CP5-Specifications.pdf | 191431<br>ebd1e5f5fc9f96c8aa061234f24ff398c53c2f9 | yes | 23 |
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | **End** | |
| | Specification | | 1 | 21 | |
| | Claims | | 22 | 22 | |
| | Abstract | | 23 | 23 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-only black and white line drawings | 1407-CP5-drawings.pdf | 6094008<br>0e7efc6b05fefc2e022610826597129f6fe017134 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Oath or Declaration filed | 1407CP5-Declaratin.pdf | 150543<br>af82eb83c9e3b3a7264f609d711e085f6366f749 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 34862<br>[illegible] | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 8289952 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 14/822,433 |
| Filing Date | 8/10/2015 |
| First Named Inventor | Shimon Maimon |
| Title | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH THERMOELCTRIC COOLER |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1407CP5-Maimon |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Shalom Wertsberger/ | Date | 8/10/2015 |
| Name | Shalom Wertsberger | Telephone | 585-200-3000 |
| Registration Number | 43,359 | | |

**NOTE**: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 23521

OR

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

OR

☐ The address associated with Customer Number: 23521

OR

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant:

☒ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (*e.g.*, a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | [signature] | Date | 05/29/2014 |
| Name | Shimon Maimon | Telephone | |
| Title and Company | Inventor and applicant | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below*.

☐ *Total of ______ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 23166830 |
| Application Number: | 14822433 |
| International Application Number: | |
| Confirmation Number: | 8358 |
| Title of Invention: | APPLICATION OF REDUCED DARK CURRENT PHOTODETECTOR WITH A THERMOELECTRIC COOLER |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| Customer Number: | 23521 |
| Filer: | Shalom Wertsberger |
| Filer Authorized By: | |
| Attorney Docket Number: | 1407CP5-Maimon |
| Receipt Date: | 10-AUG-2015 |
| Filing Date: | |
| Time Stamp: | 17:17:01 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | POA-multi-applications-ASIA0082.pdf | 207307<br>63be91b75a1ec9f1e9f92230ee49469a161e2867 | no | 2 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 207307 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 14822433 Document Date: 08/10/2015

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Drawings – Other than Black and White Line Drawings

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions below.

At the time of document entry (noted above):

- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://Score.uspto.gov/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: September 30, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/199,212 | 11/25/2018 | Shimon Maimon | 1407DIV2-Maimon | 5792 |

23521 7590 08/25/2020

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/25/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No.<br>16/199,212 | Applicant(s)<br>Maimon, Shimon | |
|---|---|---|---|
| | Examiner<br>TAEHO JO | Art Unit<br>2884 | AIA (FITF) Status<br>Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 07/20/2020.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ____.

2a)☑ This action is **FINAL.** 2b) ☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) 13-16 is/are pending in the application.

5a) Of the above claim(s) ____ is/are withdrawn from consideration.

6) ☐ Claim(s) ____ is/are allowed.

7) ☑ Claim(s) 13-16 is/are rejected.

8) ☐ Claim(s) ____ is/are objected to.

9) ☐ Claim(s) ____ are subject to restriction and/or election requirement

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on 11/25/2018 is/are: a)☑ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a)☐ All b)☐ Some** c)☐ None of the:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. ____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date ____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date ____.

4) ☐ Other: ____.

**Continuation Sheet (PTOL-326)** **Application No.** 16/199,212

/TAEHO JO/
Primary Examiner, Art Unit 2884

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

**1.** The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**2.** This office action is a response to an application (No.:16/199,212), filed on 07/20/2020, in which claims 13-16 are pending and ready for examination.

### *Claims*

**3.** Claims 1-12 have been canceled. No new matter has been entered.

### *Response to Arguments*

**4.** Regarding applicant's arguments, filed on 07/20/2020, with respect to rejection of claims 8-16 under the ground of a statutory type (35 U.S.C. 101) double patenting claims 8, 13 of co-pending Application No.15/679,487, the applicant's arguments have been entered and accept.

a. Regarding the applicant's arguments with respect to rejection of claims 8-12 under the ground of a statutory type (35 U.S.C. 101) double patenting, the applicant's arguments are moot since claims 8-12 have been canceled. Therefore, rejection of claims has been withdrawn.

b. Regarding the applicant's arguments with respect to rejection of claims 8-12 under the ground of a statutory type (35 U.S.C. 101) double patenting, specifically the applicant's statements on "Claim 13 limitations include *inter*

*alia* that the barrier layer be undoped. Such mandate is absent in the claims of the '487 application." on page 4 of the applicant's Remarks, the examiner carefully considered the applicant's arguments and further carefully reviewed the difference between the present claims limitations and co-pending application, 15/679,487 claims limitations, and the examiner determined that there were no major difference between the two applications ('212 and '487). Although the claims at issue are not identical, they are not patentably distinct from each other because they appear to be directed to the same subject matter, specifically a method for acquisition of fluorescence images and reflection images of an object. Therefore, claims 13-16 of the present application ('212) will be rejected under the ground of nonstatutory double patenting over claims 1, 2 of co-pending application, application No.: 15/679,487. However, these claims will be allowable once the applicant timely filed the terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) and a terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

***Double Patenting***

**5.** The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the claims at issue are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s)

because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the reference application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO internet Web site contains terminal disclaimer forms which may be used. Please visit http://www.uspto.gov/forms/. The filing date of the application will determine what form should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

**Claims 13-16** are rejected under the ground of nonstatutory double patenting over claims 1-7 of co-pending application, application No.: 15/679,487. Although the claims at issue are not identical, they are not patentably distinct from each other because they appear to be directed to the same subject matter, specifically a

photodetector comprising: a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

These claims will be allowable once the applicant timely filed the terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) and a terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

| **Current claims (Present Application No. 16/199,212)** | **Claims (Co-pending application, No. 16/199,212)** |
|---|---|
| 13. A photodetector comprising: a photo absorbing layer comprising a doped | 1. A photodetector comprising: a photo absorbing layer comprising a doped |

| | |
|---|---|
| semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; wherein the | semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second |

| | |
|---|---|
| relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers ***(See claims 1, 2 of* Co-pending application, No. 16/199,212*).*** | side of the barrier layer opposing the first side;<br>wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. |
| | 2. A photodetector as claimed in claim 1 wherein the charge carrier compensated barrier layer<br>is being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer |

| | |
|---|---|
| | and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, |

**With respect to claims 14-16,** they are being rejected based on their dependency of the rejected independent claim 13.

### *Conclusion*

Accordingly, **THIS ACTION IS MADE FINAL.** Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of this final action.

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TAEHO JO whose telephone number is (571)272-3325. The examiner can normally be reached on Monday-Friday, 8:00 AM- 05:00 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Makiya can be reached on (571)272-22732273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/TAEHO JO/
Primary Examiner, Art Unit 2884
08/19/2020

| *Notice of References Cited* | Application/Control No. 16/199,212 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20060266998-A1 | 11-2006 | Vega; Antonio Marti | H01L31/035236 | 257/21 |
| * | B | US-20070215858-A1 | 09-2007 | Uchiyama; Yasuhito | H01L31/022408 | 257/17 |
| * | C | US-20070235758-A1 | 10-2007 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | D | US-7795640-B2 | 09-2010 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | E | US-20080308840-A1 | 12-2008 | Ogura; Mutsuo | H01L31/10 | 257/185 |
| * | F | US-20120105646-A1 | 05-2012 | OSTER; Dov | G01J5/08 | 348/164 |
| * | G | US-20120145996-A1 | 06-2012 | Ting; David Z. | H01L31/101 | 257/21 |
| * | H | US-20130153769-A1 | 06-2013 | Singer; Michael | G01J5/0809 | 250/338.1 |
| * | I | US-20130240835-A1 | 09-2013 | TAKAHASHI; Tsuyoshi | H01L31/035236 | 257/15 |
| * | J | US-20130270517-A1 | 10-2013 | NOZAWA; Tomohiro | H01L33/04 | 257/13 |
| * | K | US-5177364-A | 01-1993 | Gowlett; David J. | H01L31/024 | 250/352 |
| * | L | US-5272535-A | 12-1993 | Elabd; Hammam | H04N5/14 | 348/314 |
| * | M | US-5563423-A | 10-1996 | Wu; Chan-Shin | B82Y20/00 | 257/17 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No.<br>16/199,212 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon | |
|---|---|---|---|
| | Examiner<br>TAEHO JO | Art Unit<br>2884 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5844253-A | 12-1998 | Kim; Gyung Ock | B82Y10/00 | 257/24 |
| * | B | US-5966945-A | 10-1999 | Mengel; Edward M. | G01J5/061 | 250/352 |
| * | C | US-6965152-B1 | 11-2005 | Bandara; Sumith V. | B82Y20/00 | 257/431 |
| * | D | US-7157706-B2 | 01-2007 | Gat; Nahum | G01J5/06 | 250/338.1 |
| * | E | US-7470904-B1 | 12-2008 | Schweikert; Paul | G01J5/04 | 250/338.1 |
| * | F | US-9647155-B1 | 05-2017 | Maimon; Shimon | H01L31/035236 | 1/1 |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Search Notes | Application/Control No. 16/199,212 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H01L31/1832 | 02/24/2020 | TJ |
| B82Y20/00 | 02/24/2020 | TJ |
| G01J5/061 | 02/24/2020 | TJ |
| G01J5/20 | 02/24/2020 | TJ |
| H01L27/14669 | 02/24/2020 | TJ |
| H01L31/02966 | 02/24/2020 | TJ |
| H01L31/03046 | 02/24/2020 | TJ |
| H01L31/035236 | 02/24/2020 | TJ |
| H01L31/101 | 02/24/2020 | TJ |
| H01L31/1844 | 02/24/2020 | TJ |
| G01J2005/0077 | 02/24/2020 | TJ |
| H01L23/38 | 02/24/2020 | TJ |
| H01L2924/0002 | 02/24/2020 | TJ |
| Y02E10/544 | 02/24/2020 | TJ |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 250 | 338.4 | 02/24/2020 | TJ |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | |

| *Search Notes* | Application/Control No.<br>16/199,212 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon |
|---|---|---|
| | Examiner<br>TAEHO JO | Art Unit<br>2884 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Search in EAST | 02/24/2020 | TJ |
| Search inventor in EAST | 02/24/2020 | TJ |
| Search NPLs in web sites: google, ip(www.ip.com) and IEEEs | 02/24/2020 | TJ |
| Search CPCs in EAST | 02/24/2020 | TJ |
| Search in EAST | 08/19/2020 | TJ |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 149 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and barrier near5 (layer or coat$3) near40 ((un-doped) or (undoped) or (undop$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/08/19 10:27 |
| L2 | 16 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and barrier near5 (layer or coat$3) near40 ((un-doped) or (undoped) or (undop$3)) near10 semiconductor | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/08/19 10:28 |
| L3 | 16 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and barrier near5 (layer or coat$3 or film) near40 ((un-doped) or (undoped) or (undop$3)) near10 semiconductor | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/08/19 10:31 |
| L4 | 16 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and barrier near5 (layer or coat$3 or film) near40 ((un-doped) or (undoped) or (undop$3)) near10 semiconductor | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/08/19 10:31 |
| L5 | 16 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector) or (array)) and barrier near5 (layer or coat$3 or film) near40 ((un-doped) or (undoped) or (undop$3)) near10 semiconductor | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/08/19 10:32 |
| S1 | 1 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 09:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S2 | 388 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S3 | 12 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S4 | 8 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:10 |
| S5 | 39 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:13 |
| S6 | 39 | ((infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S7 | 80 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S8 | 81 | "2005004243" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S9 | 3 | wo-2005004243-$.did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S10 | 72 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S11 | 72 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S12 | 61 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and absorb$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:32 |
| S13 | 7 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S14 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S15 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S16 | 9 | (dewar near10 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S17 | 9 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S18 | 11 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S19 | 102 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S20 | 74 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S21 | 32 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S22 | 15 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S23 | 21 | (dewar) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:38 |
| S24 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:52 |
| S25 | 5 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) and dark near5 current | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S26 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S27 | 11,676 | ((Integrated adj Dewar adj Cooler Assembly) or (DCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S28 | 12 | (Integrated adj Dewar adj Cooler Assembly) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S29 | 14 | (Integrated adj Dewar adj Cooler ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S30 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:04 |
| S31 | 179 | ((Integrated adj Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:07 |
| S32 | 2 | S31 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S33 | 215 | (( Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S34 | 38 | S33 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S35 | 1,363 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S36 | 1,213 | ((Integrated adj Dewar adj Cooler) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S37 | 17 | ((Integrated adj Dewar adj Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S38 | 26 | ((Integrated near4 Dewar near4 Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S39 | 23 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewarnear4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S40 | 53 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S41 | 30 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) and ((FPA) or (focal near4 plan$1 near4 array)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:41 |
| S42 | 21 | "5966945" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:56 |
| S43 | 812 | dewar and ((FPA) or (focal near4 plan$1 )) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S44 | 11 | "11276962" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:07 |
| S45 | 8 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:09 |
| S46 | 82 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S47 | 14 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S48 | 37 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:14 |
| S49 | 1 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:17 |
| S50 | 1 | (dewar near40 (coller or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S52 | 3 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:19 |
| S53 | 44 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:25 |
| S54 | 22 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:32 |
| S55 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:33 |
| S56 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:34 |
| S57 | 16 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:35 |
| S58 | 3 | "20070235758" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S59 | 857 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) and (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S60 | 36 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S61 | 6 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) and fill$3 near40 (inert near4 gas) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:15 |
| S62 | 3 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:32 |
| S63 | 44 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:33 |
| S64 | 10 | S63 AND ( (G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S65 | 25 | shimon same maimon.inv. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S66 | 5 | "13964883" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:36 |
| S67 | 101 | ("5563423" \| "7521737" \| "20070235758" \| "20120105646" \| "20100155777" \| "4679063" \| "6380604" \| "6740908" \| "7385704" \| "20130153769" \| "5844253" \| "7470904" \| "20020070389" \| "4682196" \| "9117726" \| "6965152" \| "7795640" \| "20060267007" \| "6531721" \| "5272535" \| "7157706" \| "4731640" \| "5047622" \| "5966945" \| "7180066" \| "7795640" \| "5177364" \| "4652335" \| "7531440" \| "8674406" \| "7687871" \| "8003434").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S68 | 5 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S69 | 47 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S70 | 8 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and barrier near4 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S71 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S72 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or | US-PGPUB; USPAT; | AND | ON | 2016/11/21 08:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S73 | 11 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S74 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:06 |
| S75 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:07 |
| S76 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:08 |
| S77 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:09 |
| S78 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:10 |
| S79 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo | US-PGPUB; USPAT; | AND | ON | 2017/05/09 08:11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S80 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| S81 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| S82 | 7 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) and (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| S83 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| S84 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S101 | 427 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:03 |
| S102 | 188 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S103 | 64 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S104 | 26 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:05 |
| S105 | 178 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:06 |
| S106 | 163 | S105 AND ( (H01L27/14652 OR H01L31/109 OR H01L27/14647 OR H01L27/14692 OR H01L27/14649 OR H01L27/1443 OR H01L27/14643 OR H01L31/11 OR H01L31/09 OR H01L27/146 OR H01L31/03042 OR H01L31/035263 OR H01L31/102 OR H01L31/105 OR H01L31/108 OR H01L31/111 OR H01L27/14696 OR H01L31/1832 OR H01L27/14665 OR H01L27/307 OR H01L29/157 OR Y02E10/544 OR B82Y20/00 OR B82Y10/00 OR G01J2005/0077 OR G01J2005/202 OR G01J5/02 OR G01J5/024 OR G01J5/22 OR G01J5/28).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S107 | 101 | ("20020070389" \| "20060267007" \| "20070235758" \| "20100155777" \| "20120105646" \| "20130153769" \| "4652335" \| "4679063" \| "4682196" \| "4731640" \| "5047622" \| "5177364" \| "5272535" \| "5563423" \| "5844253" \| "5966945" \| "6380604" \| "6531721" \| "6740908" \| "6965152" \| "7157706" \| "7180066" \| "7385704" \| "7470904" \| "7521737" \| "7531440" \| "7687871" \| "7795640" \| "8003434" \| "8674406" \| "9117726").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:17 |
| S108 | 14 | ((("Maimon") near3 ("Shimon"))).INV. | US-PGPUB; USPAT; USOCR | OR | ON | 2018/08/08 11:17 |
| S109 | 66 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:20 |
| S110 | 30 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:21 |
| S111 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:22 |
| S112 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S113 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S114 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S115 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S116 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:26 |
| S117 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | film)) near40 (dop$3 near40 impurit$3) | | | | |
| S118 | 8 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |
| S119 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| S120 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| S121 | 6 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:30 |
| S122 | 14 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) and dop$3 near10 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S123 | 12 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:32 |
| S124 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:42 |
| S125 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:47 |
| S138 | 102 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:00 |
| S139 | 4 | "15679487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:01 |
| S140 | 11 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and inhibit$3 near10 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:05 |
| S141 | 15 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo | US-PGPUB; USPAT; | AND | ON | 2019/12/02 09:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S142 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:23 |
| S143 | 10 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:24 |
| S144 | 48 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:25 |
| S145 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:27 |
| S146 | 13 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:29 |
| S147 | 5 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 | US-PGPUB; USPAT; | AND | ON | 2019/12/02 09:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S148 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:34 |
| S149 | 31 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 10:05 |
| S150 | 18 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 10:19 |
| S165 | 2 | "16199212" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/02/24 10:18 |
| S166 | 620 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:19 |
| S167 | 282 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or | US-PGPUB; USPAT; USOCR; FPRS; EPO; | AND | ON | 2020/02/24 10:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (photodetector)) and ((contact) near5 (layer or coat$3)) | JPO; DERWENT; IBM_TDB | | | |
| S168 | 118 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and ((barrier) near5 (layer or coat$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:30 |
| S169 | 1,299 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and ((barrier) near5 (layer or coat$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:31 |
| S170 | 34 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and ((barrier) near5 (layer or coat$3)) and (minority near5 current) and (majority near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:32 |
| S171 | 109 | ("20020070389" \| "20060267007" \| "20070215858" \| "20070235758" \| "20080308840" \| "20100155777" \| "20120105646" \| "20130153769" \| "4652335" \| "4679063" \| "4682196" \| "4731640" \| "5047622" \| "5177364" \| "5272535" \| "5563423" \| "5844253" \| "5966945" \| "6380604" \| "6531721" \| "6740908" \| "6965152" \| "7157706" \| "7180066" \| "7385704" \| "7470904" \| "7521737" \| "7531440" \| "7687871" \| "7795640" \| "8003434" \| "8674406" \| "9117726").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:33 |
| S172 | 1,359 | H01L31/1832.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S173 | 0 | S170 and S172 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2020/02/24 10:34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S174 | 16 | S169 and S172 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S175 | 56,941 | B82Y20/00.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S176 | 7 | S170 and S175 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S178 | 3,174 | G01J5/061.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:35 |
| S179 | 0 | S170 and S178 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:35 |
| S180 | 0 | S169 and S178 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:35 |
| S181 | 5,729 | G01J5/20.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2020/02/24 10:36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S182 | 26 | S169 and S181 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:36 |
| S183 | 1,068 | H01L27/14669.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:36 |
| S184 | 22 | S169 and S183 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S185 | 1,307 | H01L31/02966.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S186 | 21 | S169 and S185 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S187 | 3,516 | H01L31/03046.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S188 | 196 | S169 and S187 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2020/02/24 10:38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S189 | 17 | S170 and S187 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S190 | 4,133 | H01L31/035236.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S191 | 15 | S170 and S190 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S192 | 3,063 | H01L31/101.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S193 | 22 | S170 and S192 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S194 | 2,521 | H01L31/1844.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:39 |
| S195 | 8 | S170 and S194 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2020/02/24 10:39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S196 | 5,985 | G01J2005/0077.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:40 |
| S197 | 0 | S170 and S196 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:40 |
| S198 | 16 | S169 and S196 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:40 |
| S199 | 2,462 | H01L23/38.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:40 |
| S200 | 0 | S170 and S199 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:41 |
| S201 | 0 | S169 and S199 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:41 |
| S202 | 354,323 | H01L2924/0002.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2020/02/24 10:41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S204 | 35 | S169 and S202 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:41 |
| S205 | 10,885 | Y02E10/544.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:42 |
| S206 | 184 | S169 and S205 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:42 |
| S207 | 12 | S170 and S205 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:42 |
| S208 | 9 | ((("Maimon") near3 ("Shimon"))).INV. | US-PGPUB | OR | ON | 2020/02/24 10:42 |
| S209 | 4 | "15679487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 11:14 |
| S210 | 6 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 11:15 |
| S211 | 4 | "15679487" | US-PGPUB; USPAT; USOCR; | AND | ON | 2020/02/24 11:18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | | |

8/19/2020 10:34:28 AM
C:\Users\tjo\Documents\EAST\Workspaces\16199212.wsp

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **16/199,212 ~ 5792** | Group: | **2884** |
| Filed on: | **Nov 25, 2018** | Examiner: | **Jo Taeho** |
| Correspondence Date | **July 20, 2020** | Docket: | **1407DIV2_MAIMON** |

## Response to Office Action

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This amendment is in response to the office action mailed to applicant on Feb 27, 2020.

The amendment is submitted together with a petition for extension of time for a period of two months, under 37 CFR§1.136. The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

Amendments to the claims begin on page 2

Comments begin on page 4

**In the claims:**

**Please amen the claims in accordance with following listing:**

1-12. (Cancelled).

13. (Previously presented) A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

14. (Previously presented) A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer comprise beryllium.

15. (Previously presented) A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

16. (Previously presented) A focal plan array comprising a plurality of photodetectors as claimed in claim 13.

# Remarks

1) Applicant thanks the Examiner for the office action and hopes that this response will further the understanding of applicant's invention.

2) As seen below, the applicant has made a diligent effort to address all the points raised by the Examiner, and place the claims in condition for allowance. Reconsideration and withdrawal of the rejections is respectfully requested. However, should there remain unresolved issues that require adverse action, it is respectfully requested that the Examiner telephone applicants' agent at phone number 585-200-3000 so that such issues may be resolved as expeditiously as possible.

**Disposition of the claims**

3) Claims 1-7 were previously cancelled and claims 8-12 are cancelled herewith, all without prejudice. Claims 13-16 are pending in the application and stand provisionally rejected under 35 U.S.C.§ 101 as claiming the same invention as that of claims 8 and 13 of co-pending application No. 15/679,487. The Office Action of February 27, 2020 asserts a statutory double patenting rejection.

4) Claim 13 limitations include *inter alia* that the barrier layer be undoped. Such mandate is absent in the claims of the '487 application. Thus the claim is directed to a different invention from the invention claimed in the '487 application. The applicant respectfully points out that as claim 13 has been cancelled in US 15/679,487 the provisional rejection of this claim on grounds of statutory double patenting is improper. The Applicant respectfully requests that the rejection would be reconsidered and withdrawn, regarding claim 13 and its dependent claims.

5) At least in light of the showing and all other reasons stated above, the applicant respectfully submits that the rejection raised in the Office Action having been addressed, and were overcome. It is respectfully submitted that the present application is in condition for allowance, and such action is earnestly solicited.

Respectfully submitted

/Shalom Wertsberger/

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No.~Confirm#: | **16/199,212~5792** | Group: | **2884** |
| Filed on: | **11/25/2018** | Examiner: | **Jo Taeho** |
| Correspondence Date | **July 20, 2020** | Docket: | **1407DIV2_MAIMON** |

## Petition for extension of time, under rule 1.136

The Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby petitions for an extension of time under rule 1.136 extending the due date for replying to the office action mailed to applicant on 2/27/2020 to make the filing enclosed herewith timely in accordance with the Office rules.

A credit card charge authorization is electronically provided. The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, throughout the pendency of the application as required to maintain the application pending in good standing at the USPTO.

Respectfully submitted

/Shalom Wertsberger/

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16199212 |
| **Filing Date:** | 25-Nov-2018 |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407DIV2-Maimon |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 2 months with $0 paid | 2252 | 1 | 300 | 300 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **300** |

## Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 40049739 |
| Application Number: | 16199212 |
| International Application Number: | |
| Confirmation Number: | 5792 |
| Title of Invention: | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| Customer Number: | 23521 |
| Filer: | Shalom Wertsberger |
| Filer Authorized By: | |
| Attorney Docket Number: | 1407DIV2-Maimon |
| Receipt Date: | 20-JUL-2020 |
| Filing Date: | 25-NOV-2018 |
| Time Stamp: | 15:44:52 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $300 |
| RAM confirmation Number | E20207JF45372750 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.21 (Miscellaneous fees and charges)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.16 (National application filing, search, and examination fees)

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1407DIV2_Amendmen.pdf | 174970<br>7902559b1314cd82cfa3ba3d5dbc96ce5be0ea4f | yes | 5 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 3 |
| Applicant Arguments/Remarks Made in an Amendment | 4 | 5 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Extension of Time | 1407DIV2-TimeXtension.pdf | 133299<br>f26d156f9b9b2f8bcdee9757e602912b5d5dab74 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 31046<br>9bdb4100f4ab9015fa3d5546129e78aa9a0d4fe58 | no | 2 |

**Warnings:**

**Information:**

**Total Files Size (in bytes):** 339315

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>16/199,212 | Filing Date<br>11/25/2018 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☐ LARGE ☑ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x $50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x $230 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| AMENDMENT | 07/20/2020 | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 4 | Minus | ** 20 | = 0 | x $50 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $230 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /ZURIASHWORK ZENEBE/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/199,212 | 11/25/2018 | Shimon Maimon | 1407DIV2-Maimon | 5792 |

23521 7590 02/27/2020
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| JO, TAEHO | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/27/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@saltamar.com
swertsberger@gmail.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No.<br>16/199,212 | Applicant(s)<br>Maimon, Shimon | |
|---|---|---|---|
| | Examiner<br>TAEHO JO | Art Unit<br>2884 | AIA (FITF) Status<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 11/25/2018.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.** 2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) 8-16 is/are pending in the application.
5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☑ Claim(s) 8-16 is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on 11/25/2018 is/are: a)☑ accepted or b)☐ objected to by the Examiner.
Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
a)☐ All b)☐ Some** c)☐ None of the:
1.☐ Certified copies of the priority documents have been received.
2.☐ Certified copies of the priority documents have been received in Application No. _____.
3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
Paper No(s)/Mail Date 11/25/2018.

3) ☐ Interview Summary (PTO-413)
Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

**1.** The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**2.** This office action is a response to an application (No.:16/199,212), filed on 11/25/2018, in which amended claims 8-16 are pending and ready for examination.

### *Drawings*

**3.** The drawings were received on 11/25/2018. These drawings were acceptable.

### *Claims*

**4.** Claims 1-7 have been canceled.

### *Information Disclosure Statement*

**5.** The Examiner has considered the references listed on the Information Disclosure Statements submitted on 11/25/2018.

### *Double Patenting*

**6.** A rejection based on double patenting of the "same invention" type finds its support in the language of 35 U.S.C. 101 which states that "whoever invents or discovers any new and useful process... may obtain a patent therefor..." (Emphasis added). Thus, the term "same invention," in this context, means an invention drawn to

identical subject matter. See *Miller v. Eagle Mfg. Co.*, 151 U.S. 186 (1894); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Ockert*, 245 F.2d 467, 114 USPQ 330 (CCPA 1957).

A statutory type (35 U.S.C. 101) double patenting rejection can be overcome by canceling or amending the claims that are directed to the same invention so they are no longer coextensive in scope. The filing of a terminal disclaimer cannot overcome a double patenting rejection based upon 35 U.S.C. 101.

Claims 8-16 are provisionally rejected under 35 U.S.C. 101 as claiming the same invention as that of claims 8, 13 of co-pending Application No.15/679,487. This is a provisional statutory double patenting rejection since the claims directed to the same invention have not in fact been patented.

| **Present claims (App. No. 16/199,212)** | **Co-pending application claims (App. No. 15/679,487)** |
|---|---|
| 8. (Previously presented) A photodetector comprising:<br>a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;<br>a contact layer comprising a p-type doped semiconductor exhibiting a valence band | 8. A photodetector comprising:<br>a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;<br>a contact layer comprising a p-type doped semiconductor exhibiting a valence band |

| | |
|---|---|
| energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band | energy and a conducting band energy during operation of the photo-detector; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band |

| | |
|---|---|
| energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. | energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. |
| 13. (Previously presented) A photodetector comprising:<br>a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;<br>a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;<br>a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band | 13. A photodetector comprising:<br>a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;<br>a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;<br>a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band |

| | |
|---|---|
| energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. | energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers. |

a. **Regarding dependent claims 9-12, 14-16**, they are being rejected based on their dependency of rejected independent claims 8, 13.

***Conclusion***

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to TAEHO JO whose telephone number is (571)272-3325. The examiner can normally be reached on Monday-Friday, 8:00 AM- 05:00 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Makiya can be reached on (571)272-2273273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/TAEHO JO/
Primary Examiner, Art Unit 2884
02/24/2020

| *Notice of References Cited* | Application/Control No. 16/199,212 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20060266998-A1 | 11-2006 | Vega; Antonio Marti | B82Y10/00 | 257/21 |
| * | B | US-20070215858-A1 | 09-2007 | Uchiyama; Yasuhito | B82Y20/00 | 257/17 |
| * | C | US-20070235758-A1 | 10-2007 | Klipstein; Philip | H01L31/101 | 257/188 |
| * | D | US-7795640-B2 | 09-2010 | Klipstein; Philip | H01L31/101 | 257/185 |
| * | E | US-20080308840-A1 | 12-2008 | Ogura; Mutsuo | H01L27/14603 | 257/185 |
| * | F | US-20120105646-A1 | 05-2012 | OSTER; Dov | G01J5/06 | 348/164 |
| * | G | US-20120145996-A1 | 06-2012 | Ting; David Z. | B82Y20/00 | 257/21 |
| * | H | US-20130153769-A1 | 06-2013 | Singer; Michael | G01J5/04 | 250/338.1 |
| * | I | US-20130240835-A1 | 09-2013 | TAKAHASHI; Tsuyoshi | H01L31/035236 | 257/15 |
| * | J | US-20130270517-A1 | 10-2013 | NOZAWA; Tomohiro | H01L33/04 | 257/13 |
| * | K | US-5177364-A | 01-1993 | Gowlett; David J. | H01L31/024 | 250/352 |
| * | L | US-5272535-A | 12-1993 | Elabd; Hammam | H04N5/14 | 348/314 |
| * | M | US-5563423-A | 10-1996 | Wu; Chan-Shin | B82Y20/00 | 257/17 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No. 16/199,212 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-5844253-A | 12-1998 | Kim; Gyung Ock | B82Y10/00 | 257/24 |
| * | B | US-5966945-A | 10-1999 | Mengel; Edward M. | G01J5/061 | 250/352 |
| * | C | US-6965152-B1 | 11-2005 | Bandara; Sumith V. | B82Y20/00 | 257/431 |
| * | D | US-7157706-B2 | 01-2007 | Gat; Nahum | G01J5/06 | 250/338.1 |
| * | E | US-7470904-B1 | 12-2008 | Schweikert; Paul | G01J5/04 | 250/338.1 |
| * | F | US-9647155-B1 | 05-2017 | Maimon; Shimon | H01L31/035236 | 1/1 |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Search Notes | Application/Control No. 16/199,212 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H01L31/1832 | 02/24/2020 | TJ |
| B82Y20/00 | 02/24/2020 | TJ |
| G01J5/061 | 02/24/2020 | TJ |
| G01J5/20 | 02/24/2020 | TJ |
| H01L27/14669 | 02/24/2020 | TJ |
| H01L31/02966 | 02/24/2020 | TJ |
| H01L31/03046 | 02/24/2020 | TJ |
| H01L31/035236 | 02/24/2020 | TJ |
| H01L31/101 | 02/24/2020 | TJ |
| H01L31/1844 | 02/24/2020 | TJ |
| G01J2005/0077 | 02/24/2020 | TJ |
| H01L23/38 | 02/24/2020 | TJ |
| H01L2924/0002 | 02/24/2020 | TJ |
| Y02E10/544 | 02/24/2020 | TJ |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 250 | 338.4 | 02/24/2020 | TJ |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

/TAEHO JO/
Primary Examiner, Art Unit 2884

| *Search Notes* | Application/Control No. 16/199,212 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner TAEHO JO | Art Unit 2884 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Search in EAST | 02/24/2020 | TJ |
| Search inventor in EAST | 02/24/2020 | TJ |
| Search NPLs in web sites: google, ip(www.ip.com) and IEEEs | 02/24/2020 | TJ |
| Search CPCs in EAST | 02/24/2020 | TJ |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| /TAEHO JO/<br>Primary Examiner, Art Unit 2884 | |

## Bibliographic Data

Application No: 16/199,212

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☑ No | ☐ Met After Allowance

Verified and Acknowledged: /TAEHO JO/ (Examiner's Signature) | Initials: 

Title: REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 11/25/2018 | 250 | 2884 | 1407DIV2-Maimon |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Shimon Maimon Rochester, NY, UNITED STATES

**CONTINUING DATA**

This application is a DIV of 15679487 08/17/2017

15679487 is a CIP of 14822433 08/10/2015 PAT 9766130

14822433 is a CIP of 13964883 08/12/2013 PAT 9117726

13964883 is a CIP of 13167992 06/24/2011ABN

13167992 is a CON of 12656739 02/16/2010 PAT 8003434

12656739 is a DIV of 11276962 03/19/2006 PAT 7687871

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

12/28/2018

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625
UNITED STATES

**FILING FEE RECEIVED**

$785

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 1 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 09:48 |
| S2 | 388 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S3 | 12 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:09 |
| S4 | 8 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:10 |
| S5 | 39 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:13 |
| S6 | 39 | ((infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S7 | 80 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:21 |
| S8 | 81 | "2005004243" | US-PGPUB; | AND | ON | 2016/02/03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 10:25 |
| S9 | 3 | wo-2005004243-$.did. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:25 |
| S10 | 72 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S11 | 72 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:31 |
| S12 | 61 | ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and absorb$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 10:32 |
| S13 | 7 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S14 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:32 |
| S15 | 9 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:33 |
| S16 | 9 | (dewar near10 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2016/02/03 12:33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S17 | 9 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S18 | 11 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and (dark near4 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:34 |
| S19 | 102 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S20 | 74 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S21 | 32 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:36 |
| S22 | 15 | (dewar near40 cooler) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:37 |
| S23 | 21 | (dewar) and (infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector)) and window and seal$3 and ((thermoelectric near3 cooler) or (TEC)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:38 |
| S24 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:52 |
| S25 | 5 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) and dark near5 current | US-PGPUB; USPAT; USOCR; FPRS; | AND | ON | 2016/02/03 12:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
| S26 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:53 |
| S27 | 11676 | ((Integrated adj Dewar adj Cooler Assembly) or (DCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S28 | 12 | (Integrated adj Dewar adj Cooler Assembly) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:57 |
| S29 | 14 | (Integrated adj Dewar adj Cooler ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 12:58 |
| S30 | 177 | ((Integrated adj Dewar adj Cooler Assembly) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:04 |
| S31 | 179 | ((Integrated adj Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:07 |
| S32 | 2 | S31 not S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S33 | 215 | (( Dewar adj Cooler) or (IDCA)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:08 |
| S34 | 38 | S33 not S30 | US-PGPUB; USPAT; | AND | ON | 2016/02/03 13:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S35 | 1363 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S36 | 1213 | ((Integrated adj Dewar adj Cooler) or (Integrated Dewar Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S37 | 17 | ((Integrated adj Dewar adj Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:26 |
| S38 | 26 | ((Integrated near4 Dewar near4 Cooler) or (Integrated adj Dewar adj Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S39 | 23 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewarnear4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S40 | 53 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:27 |
| S41 | 30 | ((Integrated near4 Dewar near4 Cooler) or (Integrated near4 Dewar near4 Detector)) and ((FPA) or (focal near4 plan$1 near4 array)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:41 |
| S42 | 21 | "5966945" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 13:56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S43 | 812 | dewar and ((FPA) or (focal near4 plan$1 )) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:01 |
| S44 | 11 | "11276962" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:07 |
| S45 | 8 | "12656739" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:09 |
| S46 | 82 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S47 | 14 | (dewar near10 cooler) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:13 |
| S48 | 37 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:14 |
| S49 | 1 | (dewar near40 detect$3) and ((infrared or IR) and ((FPA) or (focal adj plan$1 adj array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:17 |
| S50 | 1 | (dewar near40 (coller or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 14:18 |
| S52 | 3 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2016/02/03 14:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (dark near5 current) | DERWENT; IBM_TDB | | | |
| S53 | 44 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:25 |
| S54 | 22 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:32 |
| S55 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:33 |
| S56 | 1 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:34 |
| S57 | 16 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and seal$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:35 |
| S58 | 3 | "20070235758" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/03 15:54 |
| S59 | 857 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) and (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S60 | 36 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:14 |
| S61 | 6 | ((Integrated adj Dewar adj Cooler) or (IDCA) or (Integrated Dewar Detector)) near40 (air or vacuum or evacuat$3) | US-PGPUB; USPAT; USOCR; | AND | ON | 2016/02/04 09:15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and fill$3 near40 (inert near4 gas) | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S62 | 3 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) and (dark near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:32 |
| S63 | 44 | (dewar near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:33 |
| S64 | 10 | S63 AND ( (G01J5/061 OR G01J5/045 OR H01L2924/0002 OR H01L23/34 OR H01L27/14649 OR H01L27/14669 OR H01L31/024).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S65 | 25 | shimon same maimon.inv. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:35 |
| S66 | 5 | "13964883" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/02/04 09:36 |
| S67 | 101 | ("5563423" \| "7521737" \| "20070235758" \| "20120105646" \| "20100155777" \| "4679063" \| "6380604" \| "6740908" \| "7385704" \| "20130153769" \| "5844253" \| "7470904" \| "20020070389" \| "4682196" \| "9117726" \| "6965152" \| "7795640" \| "20060267007" \| "6531721" \| "5272535" \| "7157706" \| "4731640" \| "5047622" \| "5966945" \| "7180066" \| "7795640" \| "5177364" \| "4652335" \| "7531440" \| "8674406" \| "7687871" \| "8003434").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S68 | 5 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:29 |
| S69 | 47 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or | US-PGPUB; USPAT; | AND | ON | 2016/11/21 08:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S70 | 8 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and barrier near4 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:30 |
| S71 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S72 | 3 | ((integrated) near10 (dewar) near40 (cooler or detect$3)) and (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S73 | 11 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near10 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2016/11/21 08:31 |
| S74 | 54 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) and (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:06 |
| S75 | 13 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:07 |
| S76 | 12 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:08 |
| S77 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S78 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:10 |
| S79 | 10 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) and (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near10 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:11 |
| S80 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| S81 | 10 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:18 |
| S82 | 7 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) and (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| S83 | 5 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:29 |
| S84 | 7 | (((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 ) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) and (conduction near4 band) near40 (valance near4 band)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2017/05/09 08:31 |
| S101 | 427 | 250/338.4 and (infrared or IR) near40 | US-PGPUB; | AND | ON | 2018/08/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 11:03 |
| S102 | 188 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S103 | 64 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:04 |
| S104 | 26 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:05 |
| S105 | 178 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and barrier near5 (layer or film) and (conduction near5 band) and (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:06 |
| S106 | 163 | S105 AND ( (H01L27/14652 OR H01L31/109 OR H01L27/14647 OR H01L27/14692 OR H01L27/14649 OR H01L27/1443 OR H01L27/14643 OR H01L31/11 OR H01L31/09 OR H01L27/146 OR H01L31/03042 OR H01L31/035263 OR H01L31/102 OR H01L31/105 OR H01L31/108 OR H01L31/111 OR H01L27/14696 OR H01L31/1832 OR H01L27/14665 OR H01L27/307 OR H01L29/157 OR Y02E10/544 OR B82Y20/00 OR B82Y10/00 OR G01J2005/0077 OR G01J2005/202 OR G01J5/02 OR G01J5/024 OR G01J5/22 OR G01J5/28).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:11 |
| S107 | 101 | ("20020070389" \| "20060267007" \| "20070235758" \| "20100155777" \| "20120105646" \| "20130153769" \| "4652335" \| "4679063" \| "4682196" \| "4731640" \| "5047622" \| "5177364" \| "5272535" \| "5563423" \| "5844253" \| "5966945" \| "6380604" \| "6531721" \| "6740908" \| "6965152" \| "7157706" \| "7180066" \| "7385704" \| "7470904" \| "7521737" \| "7531440" \| "7687871" \| "7795640" \| "8003434" \| "8674406" \| "9117726").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 11:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S108 | 14 | ((("Maimon") near3 ("Shimon"))).INV. | US-PGPUB; USPAT; USOCR | OR | ON | 2018/08/08 11:17 |
| S109 | 66 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:20 |
| S110 | 30 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:21 |
| S111 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:22 |
| S112 | 2 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:23 |
| S113 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S114 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |
| S115 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | | | | |
| S116 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near5 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:26 |
| S117 | 6 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |
| S118 | 8 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:27 |
| S119 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| S120 | 4 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:29 |
| S121 | 6 | ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near40 (impurit$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:30 |
| S122 | 14 | ((FPA) or (focal adj plane adj array) or | US-PGPUB; | AND | ON | 2018/08/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (photo near4 detector)) and (((contact) near5 (layer or film)) or (electrod$3)) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) and dop$3 near10 (impurit$3)) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 12:30 |
| S123 | 12 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:32 |
| S124 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:42 |
| S125 | 16 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2018/08/08 12:47 |
| S138 | 102 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:00 |
| S139 | 4 | "15679487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:01 |
| S140 | 11 | ((infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector))) near40 (dark near4 current) and barrier near40 layer and inhibit$3 near10 (majority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:05 |
| S141 | 15 | (infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | AND | ON | 2019/12/02 09:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S142 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:23 |
| S143 | 10 | ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (((photo near5 absorb$3) or (photosensitive)) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:24 |
| S144 | 48 | ((dewar) near40 (cooler or detect$3)) and ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector))) and ((TEC) or (thermoelectric near5 cooler)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:25 |
| S145 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40(inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:27 |
| S146 | 13 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and ((barrier) near5 (layer or film)) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:29 |
| S147 | 5 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) and ((barrier) near5 (layer or film)) near40 (impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:30 |
| S148 | 13 | ((infrared or IR) and ((FPA) or (focal near3 plan$1 near3 array) or (photo near4 detector)) and (barrier near4 layer) near40 (undop$3 near2 semiconductor) and (minority near5 carrier) near40 (inhibit$3 or hinder$3 or restrain$3 or prevent$3) near40 (majority near5 carrier)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 09:34 |
| S149 | 31 | (infrared or IR) near40 ((FPA) or (focal | US-PGPUB; | AND | ON | 2019/12/02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | adj plane adj array) or (photo near4 detector)) and contact near5 (layer or film) and ((barrier) near5 (layer or film)) near40 (conduction near5 band) near40 (valence near5 band) and ((photo near5 absorb$3) near5 (layer or film)) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 10:05 |
| S150 | 18 | (infrared or IR) and ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (detector) or (photodetector)) and contact$3 near5 (layer or film) and ((barrier) near5 (layer or film)) and (conduction near5 band) and (valence near5 band) and (barrier) near40 (dop$3 near40 impurit$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2019/12/02 10:19 |
| S165 | 2 | "16199212" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/02/24 10:18 |
| S166 | 620 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:19 |
| S167 | 282 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:30 |
| S168 | 118 | 250/338.4 and (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and ((barrier) near5 (layer or coat$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:30 |
| S169 | 1299 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and ((barrier) near5 (layer or coat$3)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:31 |
| S170 | 34 | (infrared or IR) near40 ((FPA) or (focal adj plane adj array) or (photo near4 detector) or (photodetector)) and ((contact) near5 (layer or coat$3)) and ((barrier) near5 (layer or coat$3)) and (minority near5 current) and (majority near5 current) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:32 |
| S171 | 109 | ("20020070389" \| "20060267007" \| "20070215858" \| "20070235758" \| "20080308840" \| "20100155777" \| | US-PGPUB; USPAT; USOCR; | AND | ON | 2020/02/24 10:33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "20120105646" \| "20130153769" \| "4652335" \| "4679063" \| "4682196" \| "4731640" \| "5047622" \| "5177364" \| "5272535" \| "5563423" \| "5844253" \| "5966945" \| "6380604" \| "6531721" \| "6740908" \| "6965152" \| "7157706" \| "7180066" \| "7385704" \| "7470904" \| "7521737" \| "7531440" \| "7687871" \| "7795640" \| "8003434" \| "8674406" \| "9117726").PN. | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S172 | 1359 | H01L31/1832.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S173 | 0 | S170 and S172 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S174 | 16 | S169 and S172 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S175 | 56941 | B82Y20/00.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S176 | 7 | S170 and S175 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:34 |
| S178 | 3174 | G01J5/061.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:35 |
| S179 | 0 | S170 and S178 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:35 |
| S180 | 0 | S169 and S178 | US-PGPUB; USPAT; | AND | ON | 2020/02/24 10:35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S181 | 5729 | G01J5/20.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:36 |
| S182 | 26 | S169 and S181 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:36 |
| S183 | 1068 | H01L27/14669.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:36 |
| S184 | 22 | S169 and S183 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S185 | 1307 | H01L31/02966.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S186 | 21 | S169 and S185 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S187 | 3516 | H01L31/03046.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:37 |
| S188 | 196 | S169 and S187 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S189 | 17 | S170 and S187 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S190 | 4133 | H01L31/035236.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S191 | 15 | S170 and S190 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S192 | 3063 | H01L31/101.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S193 | 22 | S170 and S192 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:38 |
| S194 | 2521 | H01L31/1844.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:39 |
| S195 | 8 | S170 and S194 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:39 |
| S196 | 5985 | G01J2005/0077.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:40 |
| S197 | 0 | S170 and S196 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | AND | ON | 2020/02/24 10:40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S198 | 16 | S169 and S196 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:40 |
| S199 | 2462 | H01L23/38.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:40 |
| S200 | 0 | S170 and S199 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:41 |
| S201 | 0 | S169 and S199 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:41 |
| S202 | 354323 | H01L2924/0002.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:41 |
| S204 | 35 | S169 and S202 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:41 |
| S205 | 10885 | Y02E10/544.cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:42 |
| S206 | 184 | S169 and S205 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 10:42 |
| S207 | 12 | S170 and S205 | US-PGPUB; USPAT; USOCR; | AND | ON | 2020/02/24 10:42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S208 | 9 | ((("Maimon") near3 ("Shimon"))).INV. | US-PGPUB | OR | ON | 2020/02/24 10:42 |
| S209 | 4 | "15679487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 11:14 |
| S210 | 6 | "14822433" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 11:15 |
| S211 | 4 | "15679487" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | AND | ON | 2020/02/24 11:18 |

**2/24/2020 12:54:39 PM**
**C:\Users\tjo\Documents\EAST\Workspaces\16199212.wsp**

Receipt date: 11/25/2018 16/199,212 - GAU: 2884

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

## U.S.PATENTS

Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

Receipt date: 11/25/2018 16/199,212 - GAU: 2884

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

**U.S.PATENT APPLICATION PUBLICATIONS** Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |
| | 7 | 20070215858 | | 2007-09-20 | Uchiyama et al. | |
| | 8 | 20080308840 | | 2008-12-18 | Ogura | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

## FOREIGN PATENT DOCUMENTS

Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

## NON-PATENT LITERATURE DOCUMENTS

Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | "nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | |
|---|---|---|
| | 2 | "Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | /TAEHO JO/ | Date Considered | 02/24/2020 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.



ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /T.J/

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

## U.S.PATENTS

Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5047622 | | 1991-10-10 | Chu | |
| | 2 | 6740908 | | 2004-05-25 | Giboney | |
| | 3 | 6531721 | | 2003-03-11 | Burton et al. | |
| | 4 | 4679063 | | 1987-07-07 | White | |
| | 5 | 6380604 | | 2002-04-30 | Shima | |
| | 6 | 4682196 | | 1987-07-21 | Sakai et al. | |
| | 7 | 4731640 | | 1988-03-15 | Bluzer | |
| | 8 | 4652335 | | 1987-03-24 | Decoster et al. | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 7531440 | | 2009-05-12 | Ukai | |
| | 10 | 7795640 | | 2010-09-14 | Klipstein | |
| | 11 | 7521737 | | 2009-04-21 | Augusto | |
| | 12 | 7385704 | | 2008-06-10 | Mestha et al | |
| | 13 | 7180066 | | 2007-02-20 | Qiu | |
| | 14 | 7687871 | | 2010-03-30 | Maimon | |
| | 15 | 8003434 | | 2011-08-23 | Maimon | |
| | 16 | 9117726 | | 2015-08-25 | Maimon | |
| | 17 | 8674406 | | 2014-03-18 | Scott | |
| | 18 | 5177364 | | 1993-01-05 | Gowlett et al. | |
| | 19 | 5272535 | | 1993-12-21 | Elabd | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 5563423 | | 1996-10-08 | Wu et al. | |
| | 21 | 5844253 | | 1998-12-01 | Kim et al. | |
| | 22 | 5966945 | | 1999-10-19 | Mengel et al. | |
| | 23 | 6965152 | | 2005-11-15 | Bandara et al. | |
| | 24 | 7470904 | | 2008-12-30 | Schweikert et al | |
| | 25 | 7157706 | | 2007-01-02 | Gat et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. Add

U.S.PATENT APPLICATION PUBLICATIONS Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060267007 | | 2006-11-30 | Salzman et al. | |
| | 2 | 20020070389 | | 2002-06-13 | Song | |
| | 3 | 20100155777 | | 2010-06-24 | Cory et al. | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4 | 20070235758 | | 2007-10-11 | Klipstein | |
| | 5 | 20120105646 | | 2012-05-03 | Oster et al. | |
| | 6 | 20130153769 | | 2013-06-20 | Singer | |
| | 7 | 20070215858 | | 2007-09-20 | Uchiyama et al. | |
| | 8 | 20080308840 | | 2008-12-18 | Ogura | |

If you wish to add additional U.S. Published Application citation information please click the Add button. Add

**FOREIGN PATENT DOCUMENTS** Remove

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² i | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | GB2127619 | GB | | 1984-04-11 | White | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button Add

**NON-PATENT LITERATURE DOCUMENTS** Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | 'nBn detector, an infrared detector with reduced dark current and higher operating temperature", S. Maimon nad G.W. Wicks, Applied Physics Letters 89, 151109 (2006) | |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

| | | |
|---|---|---|
| | 2 | "Effects of AISB interfaces on INAS/INASSb type II infrared superlattice material properties", Steenbergen , Lin, Elhamri, Mitchel, Zhang and Kaspi, Infrared Technology and Applications XLI, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 9451, 945114 · © 2015 SPIE · CCC code: 0277-786X · doi: 10.1117/12.2177696 (June 22, 2015) |

If you wish to add additional non-patent literature document citation information please click the Add button Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Shimon Maimon |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 1407DIV2-Maimon |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shalom Wertsberger/ | Date (YYYY-MM-DD) | 2018-11-22 |
|---|---|---|---|
| Name/Print | Shalom Wertsberger | Registration Number | 43359 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

*In the United States Patent and Trademark Office*

| In re application of: **Shimon Maimon** | |
|---|---|
| **For:** REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |
| Serial No.~ Confirm: | Group: |
| Filed on: **Even date herewith** | Examiner: |
| Correspondence Date **November 25, 2018** | Docket: **1407DIV2_MAIMON** |

## Information Disclosure Statement under 37 CFR 1.97

Honorable Director for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Honorable Director:

This Information Disclosure Statement is submitted pursuant with 37 CFR §1.97, 1.98. It is requested that the information disclosed herein be made of record in this application. It is further requested that the information set forth in this statement and in the listed documents be considered during the pendency of the above-identified application, and any other applications cross referencing, relying on the priority of, or otherwise related to the above-identified application.

The disclosed documents were cited in parent applications or are otherwise known, and represent information known to the applicant at this time, that was not previously disclosed to the Office. In accordance with 37 CFR §1.97(g) and (h), the filing of this IDS should not be construed as a representation that a search has been made or that the information cited is, or is considered to be, material to patentability as defined in 37 CFR §1.56(b), nor should it be construed that any information cited herein or in the attached documents is (or constitutes) "prior art" for this invention, nor should any aspect if this submission, including any forms or documents, be construed as a disclaimer of claim scope.

Translations provided for any foreign language documents may be machine made and applicant makes no statements, nor asserts their accuracy.

Our understanding is that no fee is due in connection with this submission. If this understanding is incorrect, the director is hereby requested and authorized to charge

any fee, or credit any overpaid amount, to Deposit Account No. 501392, as needed to maintain the application in good standing in the Office.

In accordance with 37 CFR § 1.98, this IDS includes a list (e.g. form PTO-SB/08, or equivalent), together with copies, of all non-US patents, publications, or other information submitted for consideration by the office, either incorporated into this IDS or as an attachment thereto.

Consideration of the foregoing in relation to this application is respectfully requested.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

(12) UK Patent Application (19) GB (11) 2 127 619 A

(21) Application No **8324749**
(22) Date of filing **15 Sep 1983**
(30) Priority data
(31) **8227180**
(32) **23 Sep 1982**
(33) **United Kingdom (GB)**
(43) Application published
**11 Apr 1984**
(51) **INT CL³**
**H01L 31/10**
(52) Domestic classification
**H1K** 1EB 2R3A 2R3E 2S11S 2S12 3C1C 2S1D 2S1E 2S23 2S2D 2S5 4C1U 5B1 5BX 5H2L 9A 9B1 9B1A 9B2 9B4X 9D1 9E 9M1 9N1B 9N2 9N3 9N4 9P3 9R2 EBX
**U1S** 2091 2093 2097 2099 2222 H1K
(56) Documents cited
**GB 1597538**
**GB 1450627**
(58) Field of search
**H1K**

(71) Applicant
**The Secretary of State for Defence, (United Kingdom), Whitehall, London, SW1A 2HB**
(72) Inventor
**Anthony Michael White**
(74) Agent and/or address for service
**Ministry of Defence, Dr. H. J. Field, Procurement Executive, Patents 1A4, Room 2014, Empress State Building, Lillie Road, London SW6 1TR**

(54) **Infrared detectors**

(57) A detector (Fig. 1) in which a barrier region (11) is interposed in the current path between the emitter (13) and collector (9) of the detector. This region (11) is of a material having a valence band edge approximately level to that of the emitter material and an appreciably wider band gap (Fig. 2). It thus serves to impede majority carrier current flow and as a consequence device resistance is high. When the detector is biassed, the pedestal contribution to detector signal is low.

The collector (9) may be of semiconductor material of the same majority carrier type as the emitter material; or may be of opposite type but dopant enriched; or it may be a Schottky metal contact.

In one variant of the detector, the emitter (13) and collector (9) are located on opposite sides of the barrier (11) and are of different band-gap materials. The infrared band response of this detector can be changed by reversing bias polarity.

In another variant of the detector (Fig. 4, not shown) the emitter (23) is in strip form and has a pair of bias contacts. The barrier (31) and collector (33) are located on the strip at a position between these contacts and provide a high resistance read-out structure (29).

In one further variant of the detector (Fig. 6, not shown) the emitter (45), the collector (45), together with additional emitter-collector regions (45), are formed from a single layer of photosensitive material on one side of the barrier (43) and provide a high resistance, series connected, multi-element, structure.




Fig.1.




Fig.2.

GB 2 127 619 A

1/2 2127619




Fig.1.




Fig.2.




Fig.3.

2127619

2/2




Fig. 4.




(a) Fig. 5. (b)




Fig. 6.




Fig. 7.

SPECIFICATION
**Infrared detectors**

**Technical field**

The present invention concerns the structure and application of infrared detectors, particularly photoconductive detectors.

**Background art**

Conventional infrared photodetectors formed of cadmium mercury telluride (CMT) alloy materials are well known, both simple two contact photoconductors and single p-n homojunction photodiodes. Recent developments have seen time-delay-integration functions included in the photoconductive element—see for example UK Patent No 1,488,258, where the detector is of strip shape and the photocarrier drift rate is matched to the velocity of a scanned image.

A major problem associated with conventional photoconductors, particularly those used in unscanned "staring" applications is a standing DC output (known as a bias "pedestal") even in the absence of any input optical flux. For conventional long wavelength intrinsic photoconductors, the impedance is low, and the standing current is typically several milliamps corresponding to a pedestal of a few volts. For comparison the background flux signal is millivolts, and the required optical signal is microvolts. This pedestal is exceptionally difficult to subtract out in a stable and accurate manner except in the case of a scanned system which can use capacitative output coupling.

Photovoltaic detectors—e.g. photodiodes, have the advantage that they do not require bias, do not dissipate significant power, nor do they have a bias pedestal. Junction diode detectors, however, are difficult to make and require a bulk of scarce and largely uncharacterised p-type CMT. They also suffer stability problems upon the high temperature storage conditions typical of a military user environment, as also upon long-term operation.

**Disclosure of the invention**

The inventon is intended to provide a long wavelength intrinsic photoconductive detector of high impedance. Being of high impedance, the problem of bias pedestal is minimised.

According to the invention thers is provided an infrared detector comprising:—

an emitter region formed of material photosensitive to infrared radiation;

a collector region;

a pair of contacts, one an emitter contact, the other a collector contact and,

a barrier region, adjacent both to the emitter region and the collector region, formed of material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of minority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

Since the barrier region provides a barrier to the flow of majority carriers from the emitter, the detector exhibits high impedance. Since, however, minority carriers are free to pass this barrier region, under illumination and with appropriate bias, photocurrent will be generated and the detector will behave as a photoconductor.

Preferably the emitter and barrier materials are ternary alloys of the same chemical species. Examples are: n-type/n-type, n-type/p-type, or p-type/n-type compositions of cadmium mercury telluride; or of indium gallium arsenide; or of gallium aluminium arsenide. The barrier material may however be a composition of different chemical species, provided emitter and barrier materials have a common or near common valence band. The barrier material may be a binary alloy or compound having a common anion with the ternary material. Examples are: cadmium mercury telluride and cadmium telluride; gallium aluminium arsenide and gallium arsenide; or indium gallium arsenide and indium arsenide.

To avoid the need for compositional gradation at the emitter-barrier interface in order to remove large heterostructure discontinuities in bands, it is preferable that the emitter and barrier materials are n-type and p-type, respectively.

The collector region may be of material of like majority carrier type to the emitter material, having a valence band limit common with or at least near level to that of the barrier material. Alternatively it may be of a high work function metal, or of a heavily doped semiconductor material of opposite majority carrier type to the emitter material. When of metal, the collector region is provided by the collector contact itself.

One form of the detector is of planar structure wherein the emitter, barrier and collector regions are provided by n-type, p-type and n-type layers of materials, respectively. In this structure the emitter and collector regions may be of like material thus having like band gap characteristics. This detector has non-linear performance characteristics under illumination conditions and may thus be included in circuit with a source of alternating bias or of modulated AC bias, the collector being followed by an integrator, harmonic filter or demodulator, as appropriate. In a variant structure of this form of detector, the emitter and collector materials are of like majority carrier type, one material of composition suited for the detection of infrared radiation of wavelength in the 3—5 $\mu$m band, the other material of composition suited for the detection of infrared radiation of wavelength in the 8—14 $\mu$m band. This detector thus has responsitivity to one band at a time, which one depending on the directon of bias. It may thus be included in a circuit including a source of DC bias, a bias that can be switched from one direction to the other, for waveband selection. Alternatively it

may be included in a circuit including a source of AC bias, and have a phase-sensitive or gated amplifier following the collector. Separately gated circuits will produce two channel output with data from an individual band in each channel.

Another form of the detector, also of planar structure, is comprised of two layers of material of different majority carrier type, the material of one layer being of significantly wider band gap, the other layer being delineated to define the emitter and collector regions of the detector.

In another form of the detector, the emitter region is provided by an extensive strip length of material, and the barrier and collector regions are arranged to provide a read-out region for this strip. Such a detector may then be included in the focal plane of a scanning optical system, and biased such that photocarriers generated in the strip drift at a rate matched to the scan velocity. This affords in situ signal integration.

**Brief description of the drawings**

In the drawings accompanying this specification:—

Figure 1 is a cross-section drawing showing the structure of an n-p-n composite photodetector embodying features of the invention;

Figures 2, 3(a) and (b) are band level energy diagrams for the detector structure shown in the preceding figure for zero, forward and reverse bias respectively;

Figure 4 is a cross-section drawing showing an alternative structure of n-p-n composite photodetector, a strip detector;

Figures 5(a) and (b) are band level energy diagrams for metal collector and degenerate semiconductor collector variants respectively, of the photodetector shown in preceding figure 1 above;

Figure 6 is a cross-section view of a two layer structure photodetector, an alternative to the structure shown in figure 1 above; and,

Figure 7 is a band level energy drawing for a two-colour sensitive detector, a variant of the detector shown in figure 1 above.

**Description of preferred embodiments**

Embodiments of the invention will now be described, by way of example only, with reference to the accompanying drawings.

The photodetector 1 shown in figure 1 is comprised of two ohmic contacts 3 and 5, one each side of a triple layered structure 7 of cadmium mercury telluride (CMT) materials. This structure 7 is comprised of a first layer 9 of n-type cadmium mercury telluride formed from a slice cut from a good quality single crystal. The upper two layers, layers 11 and 13 of p-type and n-type cadmium mercury telluride materials, respectively, have been prepared either by sputtering or epitaxial techniques [vapour phase epitaxy (VPE), liquid phase epitaxy (LPE), molecular beam epitaxy (MBE), or chemical vapour deposition (CVD)].

The outer n-type layers 9 and 13 provided have equal band gaps ~0.1 eV (see Figure 2) and are of a cadmium mercury telluride material that is suited to the detection of infrared radiation in the 8—12 μm band ($Cd_xHg_{1-x}Te$: x=0.20). Each layer 9 and 13 has a donor concentration of the order of $5\times10^4 cm^{-3}$. At an operational temperature circa 80°K (as for liquid nitrogen cooling), the intrinsic carrier concentration is typically $2.5\times10^{13}cm^{-3}$ and the minority carrier (hole) concentration is $1.2\times10^{12}cm^{-3}$. The uppermost n-type layer 13 is thin (⩽10 μm) as for a shallow junction photodiodie. This layer 13, the surface of which is exposed during operation to focussed infrared radiation, has as contact 3 one which is optically reflecting, that minimises minority carrier generation—recombination at the layer surface, and that provides a wide gap window. This contact 3, is one of compound structure and consists of a thin layer 15 of strongly doped n-type CMT of a slightly larger band gap (e.g. $n^+$-type CMT, and, x>0.20, 10 μm thick) to which simple ohmic metallic edge or ring contact 17 is made.

The sandwiched layer, the p-type layer 11, is of cadmium mercury telluride material of significantly larger band gap ~0.5 eV (i.e. it is of cadmium enriched material: x~0.45). It is doped p-type with the same or closely similar Fermi level (FL) above the valence band (VB) as in the n-type cladding layers 9 and 13. Since the valence band densities of states are similar (hole effective mass 0.55; insensitive to composition) the hole concentration is appreciably constant throughout the device. The interface between the upper n-type layer 13 and the sandwiched p-type layer 11 is a p-n junction without a depletion zone, i.e. there is no space charge layer at zero bias. The centre layer 11 is of thickness between 3—10 μm, a compromise between tunneling, conductivity, trapping and depletion under bias conditions.

In this structure (figure 1) electron current flow is blocked by an energy barrier (figure 2). This barrier is due to a heterostructure conduction band discontinuity. There is, however, no barrier at all to holes, carriers which are generated in the upper n-type layer 13 by photoconversion, an optical absorption process. The detector device 1 behaves as a photoconductor, as will now be discussed below.

Because of the relatively high electron concentration and high electron mobility in the n-type layers 9 and 13, the resistance of these layers is negligible compared with that of the centre lyer 11. Any external voltage applied to the device 1 appears across the centre region 11. Because of the absence of a barrier to holes, a hole current will flow, limited however by the restricted availability of holes relative to the high concentrations which would be provided by ohmic contact. Because no field can be established in the n-type layers 9 and 13, only diffusion currents flow there. Consider radiation incident from above the device 1 with the top

contact 3 (the emitter contact) biassed positively with respect to the other contact 5 (the collector contact). Holes will be generated in the emitter layer 13 and will disappear by recombination at the contact 3, or by recombination in the bulk of the emitter layer 13 or by transferring to the centre layer 11. Since the width of the emitter layer 13 is small compared with a diffusion length ($\sim$30 $\mu$m), bulk recombination processes can be ignored, at least to a first approximation. It can be shown that the concentration of optically generated holes is considerably larger than the concentration of thermally generated holes, so the latter concentration can also be ignored. The energy level diagram for this choice of bias is shown in figure 3(a).

On application of this bias, the generated carriers are swept across the centre layer 11. Holes are the majority carriers for this centre layer 11 and have an even longer bulk recombination lifetime in this lightly p-doped material than the typical lifetime (1—20 $\mu$sec) in n-CMT. Strictly, space charge controlled currents flow in this zone but it can be shown that for reasonable applied fields (1 volt across 10 $\mu$m, corresponding to $10^3$V/cm) and typical currents (corresponding to the flux from background radiation at 300K and f/2.5 field of view) the field does not vary excessively. As a result a simple description of current flow is obtained by solving the continuity equation at the first interface. In the collector layer, layer 9, the holes arrive by minority carrier injection at the forward biassed interface, and build up until the recombination rate by bulk processes, or at the contact 5, balances the rate supplied by the current.

The generation and distribution of minority carriers in the emitter layer 13 are very similar to the conditions prevailing in a reverse biassed shallow junction photodiode. The optical generation rate corresponding to the above quoted background conditions, with quantum efficiency 0.9, is for a thickness of 10 $\mu$m, $6.8\times10^{20}$cm$^{-3}$sec$^{-1}$. This is to be compared with a thermal generation rate of $\sim5\times10^{17}$cm$^{-3}$sec$^{-1}$, about $10^3$ times smaller. Accordingly the thermal generation rate can be ignored. The optically generated carriers diffuse to the top contact 3 which can be characterised by a surface recombination velocity $S_c$, to the interface with the centre layer ' · ich in this approximation appears as a surface with recombination velocity $\mu$E where E is the field in the p-type layer and $\mu$ the hole mobility, or they recombine in the bulk.

For $\mu$=300 cm$^2$/volts sec and E=$10^3$ volts/cm, $\mu E=3\times10^5$ cm/sec. The effective time constant for removal at the interface 13/11 is $3\times10^{-4}/\mu E=10^{-9}$ seconds ignoring diffusion effects. This is limited by the diffusion time to reach the surface, about $3\times10^{-8}$ seconds, a time still much shorter than the bulk recombination lifetime. If $S_c \ll 3\times10^5$cm/sec then the majority of the carriers $\phi$ will be transferred to the p-type layer 11, in which case j=$\phi$q and J=pq$\mu$E gives the hole concentration p in the p-type layer 11.

Under the quoted conditions p$\sim1.1\times10^{13}$cm$^{-3}$ with a current density of 0.1A/cm$^2$. For comparison, the hole concentration in the undepleted p-type layer 11 is $\sim1.3\times10^{12}$cm$^{-3}$. In the high field of the centre layer 11 these thermally generated carriers are reduced to a negligible fraction of the signal current.

In the n-type collector layer 9 the concentration of carriers rises until the recombination cate balances the supply rate. The effect of the structure is to separate the region where carriers are generated from the region where they recombine.

There is a space charge phenomenon induced by the minority carrier injection into the collector layer 9. As the minority carrier concentration rises above the thermal equilibrium, the electron concentration also rises to maintain neutrality. In this low band gap material, which is dominated by Auger recombination, this will cause a reduction of the minority carrier lifetime. There is a converse effect in the emitter layer 13 induced by the extraction field, but counterbalanced by the generation of excess holes by the incident radiation. In order to significantly reduce the recombination life-time, the excess hole concentration must approach the thermal equilibrium electron concentration $\sim5\times10^{14}$cm$^{-3}$, depending on the doping.

A leakage current under zero illumination is also obtained. For the conditions given the leakage current is $\sim3\times10^{-3}$amps/cm$^2$ corresponding to a value of RoA$\sim$26 ohm cm$^2$. This high resistance value stems from the fact that there is no minority electron leakage. For a planar device 50 $\mu$m square, with area $2.5\times10^{-5}$cm$^2$ the saturation leakage current is $7.5\times10^{-8}$amps, compared to the background induced current of $2.5\times10^{-6}$amps. (The leakage current can be compared with the standing current of a photoconductor of the same light gathering area, but driven longitudinally, $\sim5\times10^{-3}$amps).

The noise in this device 1 is essentially the fluctuation noise of background radiation.

The capacitance of this device 1 is very low, $\sim$0.02 pF for the 50 $\mu$m square planar device. Encapsulated structures therefore will have a capacitance which is limited by packaging and configuration rather than by fundamental device properties.

This device has a number of characteristics common to both photoconductors and photodiodes, but lacks some of the most serious drawbacks of those devices. It has zero output at zero bias with the negligible tunnelling associated with a photoconductor, and yet has a zero signal leakage current typical of the very best heterojunctions, in which minority carriers from only one side participate in leakage. In addition the capacitance is very low, a value typical of a p-i-n diode structure, and the space charge generation-recombination is low. Consequently it has application to many of the circuits devised for

diodes, though in the symmetric version described above, bias has to be supplied.

The photodetector 1 described above thus performs as a high impedance photoconductive detector when the collector contact 5 is biassed negative with respect to the emitter contact 3. [Figure 3(a)]. This photodetector 1 may also be operated using constant AC or modulated AC bias. For these modes of operation the device behaves as a non-linear detector, i.e. a detector whose responsivity depends on bias direction. During the AC cycle, whilst the upper p-n junction 11—13 is reversed biassed, as shown in figure 3(a), the detector 1 behaves as described above, and a photocurrent flows in the collector circuit. However, at other times during the AC cycle, during which the upper p-n junction 11—13 is forward biassed, the minority carriers generated in the upper n-type layer 13 under illumination are attracted to the emitter contact 3, as shown in figure 3(b). The output developed from the heterostructure device is thus now merely leakage current due to minority carrier generation in the collector layer 9. No appreciable number of minority carriers, however, is generated optically in the collector layer. Infrared radiation in the 8—14 $\mu$m band is absorbed in the upper photosensitive layer 13; little if any can penetrate the device 1 to reach the collector layer 9. In terms of the photosignal the responsivity ratio is therefore extremely high, largely limited to the photoconductive signal developed in the emitter layer itself, and this can be disregarded as the field in the emitter layer is negligibly small, and because so little radiation penetrates beyond the emitter layer 13.

The photodetector 1 may thus be incorporated with an AC bias circuit. Useful photosignal can then be extracted by following the collector contact 5 with an integrating circuit. Because the device is non-linear under illumination conditions, the time averaged AC signal will produce a finite measurable component dependent upon illumination intensity. However, in the absence of incident radiation, the current voltage characteristic of this detector 1 is reasonably linear. Thus application of AC bias followed by integration ensures that the output signal in the absence of radiation is exactly zero. This mode of bias thus avoids any problem of bias pedestal, even though this is in any case smaller than that for conventional photoconductive detectors in view of the unusually large impedance that is a characteristic of this device.

As alternative to the use of an integrator in the AC biassed circuit described above, the collector circuit could include instead a harmonic frequency filter. The device 1 as described is non-linear and thus generates measurable harmonics under illumination.

Instead of constant AC bias, modulated AC bias can be used and the resultant signal demodulated to produce desired signal. The modulation waveform would in this case be chosen so that the signal can be extracted at a frequency above the system 1/f noise knee frequency. Alternatively, the AC bias could be coded and the output decoded to eliminate noise.

The detector 1 described above is a three-layer structure of CMT materials. The centre layer 11, however, could instead be of different material—for example p-type cadmium telluride. The essential requirements for this choice of different material being that it is one of wide band gap characteristic, and offers little valance band distortion across each p-n interface 11—13 and 11—9. In the case of cadmium telluride, a suitable choice is low carrier concentration (compensated) p-type material with the same or very similar depth of Fermi level about the valence band as in the n-type CMT cladding layers 9 and 13. The Fermi level in this cadmium telluride layer 11 would be pinned by an acceptor donor such as silver Ag (Ea~0.114 eV) or a combination of acceptors. Since the valence band densities of states are similar for the choices of CMT/CdTe materials, the hole concentration is effectively constant throughout the structure 7. Because of this alignment of Fermi levels and application of the common anion rule (this applies to the CMT/CdTe common anion tellurium system) the valence band is level and undistorted throughout the structure 7. Small discrepancies are reduced by inevitable compositional grading.

Similar effects may be expected in other systems obeying the common-anion rule. The most obvious examples are the gallium arsenide-gallium aluminium arsenide (GaAs-GaAlAs) and indium arsenide-indium gallium arsenide (InAs-InGaAs) systems.

A CMT/CdTe photodetector 21 of modified configuration is shown in figure 4. It is in the form of an elongate strip filament 23 of n-type cadmium mercury telluride material passivated by layers 25 and 27, of intrinsic cadmium telluride material, one adjacent to each surface top and bottom of the CMT filament 23. At one end of this filament 23 a read-out contact structure 29 is provided. This structure 29 together with the filament 23 of n-type CMT has the form of a triple layer structure similar to that described above.

Here a p-type barrier region 3 is formed by modifying a part of the upper passivation layer 25 of cadmium telluride by dopant implantation/diffuser. Above this barrier region 31 a collector region 33, also of n-type CMT, and, an ohmic compound contact 35 are provided. This detector 21 may be used as an integrating focal plane photoconcutive detector in an optically scanned system, for example in a system such as is described in UK Patent No. 1,488,258. In such a system radiation is focussed onto the strip filament 23 and is scanned along the length of the filament towards the read-out contact 29 at a velocity that is matched to the drift velocity of ambipolar photocarriers driven under DC bias applied to the filament. These ambipolar carriers result from photoconversion and their density increases in spatial correspondence with the image. Minority carriers, components of the

ambipolar photocurrent, are extracted at the read-out contact. A read-out signal is thus provided, a signal that in time follows the spatial intensity variations of the scanned image of a thermal scene.

It is also possible to substitute alternative material for the collector layer 33. It could be of low gap p-type material (thus making a $p^+$-p-n structure—see the energy diagram figure 5(b)—or it could be an ohmic contact—see the energy diagram figure 5(a). A high work function metal is used for the ohmic contact. Such contacts are difficult to prepare however, so the heavily doped semiconductor of figure 5(b) is more favoured. This semiconductor could be of cadmium telluride, zero-gap CMT, or even mercury telluride.

An alternative n-p-n structure 41 is shown in figure 6. This is a device of a lateral structure in which the n-type emitter and collector regions are formed from a single epitaxial layer disposed on one surface only of a substrate layer 43 of p-type wide band gap material. These regions are formed as stripes 45 which are delineated by etchant. Those at each end of the device 41 are provided with ohmic contacts 47 and 49. Though the electric field distribution in this device 41 is somewhat complex, the principle of operation is basically unchanged. High field regions exist only between the photosensitive stripes 45 of n-type CMT. The base layer 43 is either self-supporting, or in the more usual case is bonded onto a supporting insulating substrate—e.g. a substrate 51 of sapphire as shown. In each case there is a significant refractive index mismatch at the lower surface/interface for this base layer 43. Thus radiation passing through the gaps in the photosensitive n-type CMT layer will be reflected and in the main part will be absorbed in the photosensitive region 45 following reflection. The physical size of the stripes 45 and the spacing between them must be kept small because a proportion of the bias field lines between the stripes take a relatively long route. The minority carrier transport in the n-layer stripes 45 is essentially due to diffusion, so the hole minority carriers do not emerge solely from the corners of the stripes.

The detector having the structure shown in figure 1 may be readily adapted for "two-colour" detectors application. In this case the top layer 13 is of relatively high band gap material, a material having a band gap that is intermediate to the band gaps of the lower two layers 11 and 9. Consider, to illustrate this application, a detector responsive to radiation in the 3—5 $\mu$m and 8—14 $\mu$m bands. For this the top layer is formed of n-type CMT material suited to detection of radiation in the 3—5 $\mu$m band (x=0.28), and the bottom layer is formed of n-type CMT material suited to detection of radiation in the 8—14 $\mu$m band (x=0.2). The Fermi level is graded in the centre layer 11 to accommodate the different levels in the two cladding layers 9 and 13. A small standing bias (equal to the difference in work functions) has then been applied to reach the neutral situation shown in the energy diagram—figure 7. In forward bias (drift from surface towards interior, left to right of figure 7) only 3—5 $\mu$m radiation will be detected, because of the asymmetry. Radiation at energy less than the window energy passes through the structure 7 to the lower energy gap material, layer 9. Though this will generate photocarriers, for this direction of bias, since the field across the collector layer is inappreciable, the response to 8—14 $\mu$m band radiation is negligible. The signal corresponds to 3—5 $\mu$m band absorption in the top layer 13. When, however, the bias direction is reversed, the signal due to 3—5 $\mu$m band absorption is negligible. In this case photocarriers generated in the lower layer 9 by photoconversion of the 8—14 $\mu$m band, are driven across the drift zone provided by the centre layer 11, and generate signal. Detector responsivity to 3—5 $\mu$m band radiation and to 8—14 $\mu$m band radiation can thus be switched by changing the direction of DC bias. Alternatively, the detector may be AC biassed in which case output selection for each band is by phase; the signal is sensed by a gated amplifier.

A detector similar to that shown in figure 1 could also be used as an upconverter. An upconverting effect arises provided the radiative efficiency of recombination in the collector is high. The band gap of the collector is here chosen high enough so that emitted radiation can be received either directly or by a near-infrared vidicon camera.

An inverted device with respect to n- and p-type materials is feasible, although it would demand greater control of the heterostructure interfaces. Because of the heterostructure discontinuity in the band structure, which would have to be graded out during layer growth, there is an extended zone with practically indeterminate carrier recombination properties. However, the high carrier mobility would place less restrictions on device operating voltages. The emitter interface field can be very low and yet still provide the high drift velocity necessary for high emitter efficiency. The doping concentrations of p-type material generally available are $>1\times10^{16}\text{cm}^{-3}$ so that minority (electron) concentration in the emitter is extremely small. Although the lifetime is very short, the high diffusion constant ensures that the diffusion length is, as above, a few tens of microns. The high generation rate of minority carriers however means that background limited performance (BLIP) would be difficult to achieve.

**Claims**

What I claim is:—

1. An infrared detector comprising:—
an emitter region formed of material photosensitive to infrared radiation;
a collector region;
a pair of contacts, one an emitter contact, the other a collector contact; and,
a barrier region, adjacent both to the emitter region and the collector region, formed of

material having a valence band edge common with, or at least near level to, that of the photosensitive material, and having a band gap that is wider than that of the photosensitive material, this region thus providing a barrier to the flow of majority carriers from the emitter region whilst at the same time being conductive for minority carriers injected therefrom.

2. A detector as claimed in claim 1, wherein the emitter and collector regions are disposed on opposite side of the barrier region.

3. A detector, as claimed in claim 2, wherein the emitter region is in the form of a strip of material photosensitive to infrared radiation, this strip having two bias contacts, one the emitter contact aforementioned, the other an additional contact; the barrier region, collector region and collector contact together providing a read-out structure located between the two bias contacts at a position remote from the additional contact.

4. A detector, as claimed in claim 2, wherein the emitter and collector regions are of the same band-gap material.

5. A detector, as claimed in claim 2, wherein the emitter and collector regions are of different band-gap materials of the same majority carrier type, one material being photosensitive to radiation of one wavelength band, the other material being photosensitive to radiation of another wavelength band of the infrared spectrum.

6. A detector, as claimed in claim 1, wherein the emitter region and the collector region are adjacent to the same side of the barrier region.

7. A detector, as claimed in claim 6, wherein the emitter region and collector region are formed from a single layer of material.

8. A detector, as claimed in claim 6, including at least one emitter-collector region, intermediate the emitter region and the collector region aforesaid, each such emitter-collector region being formed from the same single layer.

9. A detector, as claimed in any one of the preceding claims, wherein the emitter region is of ternary alloy material, one of the infrared photosensitive ternary alloys cadmium mercury telluride, indium gallium arsenide, or gallium aluminium arsenide.

10. A detector, as claimed in claim 9, wherein the barrier region is also of ternary alloy material, an alloy including the same constituent elements but in different proportion.

11. A detector, as claimed in claim 9, wherein the barrier region is of binary alloy material, the ternary and binary alloys having a common anion constituent, the binary alloy material being one of the alloys cadmium telluride, indium arsenide, or gallium arsenide, respectively.

12. A detector, as claimed in any one of the preceding claims, wherein the emitter region and the barrier region are of n-type and p-type doped extrinsic materials, respectively.

13. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, the emitter region and collector region materials being of the same majority carrier type.

14. A detector, as claimed in any one of the preceding claims 1 to 3, or 9 to 12, wherein the collector region and collector contact are formed of a single layer of high work-function metal.

15. A detector, as claimed in any one of the preceding claims, 1 to 3, or 9 to 12, wherein the collector region is of heavily doped semiconductor material of the opposite majority carrier type to that of the emitter region material.

16. An infrared detector constructed, arranged and adapted to perform substantially as described hereinbefore with reference to and as shown in the accompanying drawings.

17. Apparatus including a detector as claimed in any one of the preceding claims together with a source of alternating voltage bias connected between the emitter contact and collector contact, and a signal current detector responsive to collector current generated by the detector.

18. Apparatus including a detector as claimed in claim 5, a voltage source connected between the emitter contact and collector contact, a switch for changing the polarity of the source voltage, and a signal current detector responsive to collector current generated by the detector.

19. Apparatus including a detector, as claimed in claim 5, a source of alternating voltage bias connected between the emitter contact and collector contact; and, a phase-sensitive detector for separating signals developed during the positive and negative half-cycles, respectively, of the alternating bias.

Printed for Her Majesty's Stationery Office by the Courier Press, Leamington Spa, 1984. Published by the Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE ‎ COMPENSATED BARRIER LAYER |
| **First Named Inventor/Applicant Name:** | Shimon Maimon |
| **Filer:** | Shalom Wertsberger |
| **Attorney Docket Number:** | 1407DIV2-Maimon |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 75 | 75 |
| UTILITY SEARCH FEE | 2111 | 1 | 330 | 330 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 380 | 380 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **785** |

## Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 34384960 |
| Application Number: | 16199212 |
| International Application Number: | |
| Confirmation Number: | 5792 |
| Title of Invention: | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE ‎ COMPENSATED BARRIER LAYER |
| First Named Inventor/Applicant Name: | Shimon Maimon |
| Customer Number: | 23521 |
| Filer: | Shalom Wertsberger |
| Filer Authorized By: | |
| Attorney Docket Number: | 1407DIV2-Maimon |
| Receipt Date: | 25-NOV-2018 |
| Filing Date: | |
| Time Stamp: | 22:00:33 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $785 |
| RAM confirmation Number | 112618INTEFSW22021600 |
| Deposit Account | 501392 |
| Authorized User | Shalom Wertsberger |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 1-1407CP7-ADS.pdf | 1819348<br>70e49ba9f425066eaed191fb4024189a5be 584a8 | no | 7 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 2-1407CP6_Specs2.pdf | 205302<br>d5417f2d477db7e03d3e1141fd85d564e93 d60e0 | yes | 30 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Specification | 1 | 25 |
| Claims | 26 | 29 |
| Abstract | 30 | 30 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Drawings-only black and white line drawings | 3-1407_CP6_-Original_drawings.pdf | 6269939<br>c2a4aab f7bcec7278cd108922550cc1bf6 d5c6 | no | 12 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Oath or Declaration filed | 4-1407CP7-Declaration.pdf | 157779<br>c418f57b5265b5db322229bf9cfe15b60a76 0d78 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | | 5-407DIV2_PreAm1.pdf | 837263<br>e8302Acc767fe67a45b7ef2cc9428b79da90 9191 | yes | 12 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Preliminary Amendment | 1 | 1 |
| | Specification | 2 | 3 |
| | Drawings-only black and white line drawings | 4 | 4 |
| | Claims | 5 | 7 |
| | Applicant Arguments/Remarks Made in an Amendment | 8 | 9 |
| | Drawings-only black and white line drawings | 10 | 12 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 6 | Information Disclosure Statement (IDS) Form (SB08) | 6-1407CP7-IDS1.pdf | 613492<br>7086611c52ee6b727fd62a086680bc51607 70715 | no | 7 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 7 | Transmittal Letter | 7-IDS-Xmittal.pdf | 105491<br>f8d26de2c821d6363d0ead282b5450d453 c3caa | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 8 | Non Patent Literature | Elizabeth_Et_al-pix.pdf | 7077372<br>c83466f4638154e74a3bd6d30b60ef25e1f 1c3e | no | 8 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 9 | Foreign Reference | GB2127619A.pdf | 704689<br>eb295cc31b8cff47da10a4dfd1e21d3d614 8745 | no | 9 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 10 | Non Patent Literature | nbn_paper_Shimon.pdf | 436628<br>14d866bc85e5407370d8359c9db6add179 5c6317 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Fee Worksheet (SB06) | fee-info.pdf | 35573<br>1be25c5ee4331684 1a09ac901720d2eff3d 865e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 18262876 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407DIV2-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

Inventor 1 — Remove

Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

Residence Information (Select One) ● US Residency ○ Non US Residency ○ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

Mailing Address of Inventor:

| | | | |
|---|---|---|---|
| Address 1 | 136 Willshire Road | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. — Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | |
|---|---|
| Customer Number | 23521 |
| Email Address | shalom@saltamar.com — Add Email — Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | | |
| Attorney Docket Number | 1407DIV2-Maimon | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | |

**Filing By Reference :**

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407DIV2-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Division of | 15679487 | 2017-08-17 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |

| Prior Application Status | Patented | Remove |
|---|---|---|

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407DIV2-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |
| Prior Application Status | Abandoned | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |
| Prior Application Status | Patented | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 13167992 | Continuation of | 12656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | Remove |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 12656739 | Division of | 12276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | Remove |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. Add

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407DIV2-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407DIV2-Maimon |
|---|---|---|
| | Application Number | |

| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |
|---|---|

**Applicant** 1 Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

PTO/AIA/14 (07-14)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 1407DIV2-Maimon |
|---|---|---|
| | Application Number | |
| Title of Invention | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER | |

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2018-11-25 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsebrger | Registration Number | 43359 |

Additional Signature may be generated within this form by selecting the Add button. Add

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER

**[0001]** This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, and US patent application No. 14/822,433.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and are in particulary wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $\mathrm{I_{srh}}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q\frac{n_i}{\tau_{SRH}}W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1μsec in low doped material ($\sim 10^{16}cm^{-3}$).

The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT})$), because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx qp_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{\mathrm{n_i^2}}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16}cm^{-3}$ is in the range of ~ 0.5 μsec, depending only slightly on temperature. L is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in

equilibrium and it equal to ${n_i^2}/{N_d}$. The activation energy of the diffusion current is $E_g$, $(n_i{}^2 \sim \exp(-\frac{E_g}{kT}))$ as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** US Patent No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

**[0009]** Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

**[0010]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## Summary of the invention

**[0011]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a

thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0012]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0013]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0014]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the

first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0015]** In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

**[0016]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0017]** However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

**[0018]** Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

**[0019]** In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

**[0020]** In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

**[0021]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0023]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0025]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0026]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0027]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0028]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0029]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0030]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0031]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0032]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact

layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0033]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0034]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0035]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0036]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0037]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0038]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0039]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0040]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0041]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0042]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0043]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0044]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0045]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0046]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0047]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0048]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0049]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0050]** FIG. 10A illustrates a mother board joined to FPA.

**[0051]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0052]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0053]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

**[0054]** Fig. 13A depicts simplified energy band diagram in an undoped barrier layer. Fig. 13B depicts a simplified energy band diagram of an N-type doped barrier layer. Fig. 13C depicts a simplified energy band diagram of a P-type doped barrier.

## Detailed Description

**[0055]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0056]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0057]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0058]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out

in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0059]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0060]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

**[0061]** Fig. 13A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and

exhibiting energy band diagram approximated by Fig. 13A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

**[0062]** Fig. 13B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

**[0063]** Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

**[0064]** It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically

couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

**[0065]** In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

**[0066]** An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

**[0067]** The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

**[0068]** Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

**[0069]** Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivlance. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

**[0070]** Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requiremnts.

**[0071]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50.**

**[0072]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**.

Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0073]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0074]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0075]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second

contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0076]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0077]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0078]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0079]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110

is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0080]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0081]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0082]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band

levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0083]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0084]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0085]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0086]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0087]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0088]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0089]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0090]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0091]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is

further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0092]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0093]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0094]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0095]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0096]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0097]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic

componentary **604**, where it is converted from infra-red light to a electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0098]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refiguration of the FPA.

**[0099]**

**[00100]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring **910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used.*

**[00101]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[00102]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[00103]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[00104]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108 contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[00105]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[00106]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention, disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[00107]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[00108]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[00109]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[00110]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[00111]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[00112]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[00113]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[00114]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[00115]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and

modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

## What is claimed is:

1. A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being charge compensated by doping impurities introduced thereto, such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

2. A photodetector as claimed in claim 1 wherein the charge carrier compensated barrier layer is being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer,

3. A photodetector as claimed in claim 2, wherein the contact layer comprises a P-type semiconductor material.

4. A photodetector as claimed in claim 1 wherein the barrier layer comprises a compound containing aluminum.

5. A photodetector as claimed in claim 1 wherein the doping impurities introduced into the barrier layer comprise beryllium.

6. A photodetector as claimed in claim 1 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

7. A focal plan array comprising a plurality of photodetectors as claimed in claim 1.

8. A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

9. A photodetector as claimed in claim 8 wherein the barrier layer comprises a compound containing aluminum.

10. A photodetector as claimed in claim 8 wherein the doping impurities introduced into the barrier layer comprise beryllium.

11. A photodetector as claimed in claim 8 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

12. A focal plan array comprising a plurality of photodetectors as claimed in claim 8.

13. A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

14. A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer comprise beryllium.

15. A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.
16. A focal plan array comprising a plurality of photodetectors as claimed in claim 13.

## Abstract

A photodetector comprising a photoabsorber, comprising a doped semiconductor, a contact layer comprising a doped semiconductor and a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, the barrier layer disposed between the photoabsorber and contact layers. The relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

Fig. 1A


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B


100
65
Metal Layer
110
Contact Area
65
Metal Layer
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000 Provide Substrate
1010 Deposit Photo Absorbing Layer on Substrate
1020 Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030 Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040 Deposit Contact Layer, Preferably Directly on Barrier Layer
1050 Define Contact Areas, Preferably by Selective Etching
1060 Deposit Metal Layer on Contact Areas
1070 Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Figure 8

Figure 9









Fig. 10B

Figure 11





Fig. 11A



Fig. 11C

12/13

Figure 12






Fig. 13A




Fig. 13B




Fig. 13C

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| | |
|---|---|
| **Title of Invention** | REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER |

As the below named inventor, I hereby declare that:

This declaration is directed to:

- [x] The attached application, or
- [ ] United States application or PCT international application number ____________________

filed on ____________________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Shimon Maimon Date (Optional) : 08/17/2017

Signature: /Shimon Maimon/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625

Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **REDUCED DARK CURRENT PHOTODETECTOR WITH CHARGE COMPENSATED BARRIER LAYER** | | |
| Serial No. ~confirm: | **Not yet assigned** | Group: | |
| Filed on: | **Even date herewith** | Examiner: | |
| Correspondence Date | **November 22, 2018** | Docket: | **1407DIV2-MAIMON** |

## Preliminary Amendment

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir,

This preliminary amendment is made upon filing of this application which is a divisional of US application No. 15/679,487. The Office is kindly requested to enter the amendment and have the application examined in accordance therewith.

The commissioner is requested and authorized to charge any additional fees due, and credit any overpayments, to my Deposit Account No. 501-392, as required to maintain this application in good standing in the Patent Office.

Please amend the above-identified application as follows:

- Amendment to the specifications begins on page 2 of this paper
- Amendments to the drawings begin on page 4 of this paper. 3 replacement sheets are filed herewith.
- Amendment to the claims are reflected in the listing of claims which begins on page 5 of this paper.
- Remarks begin on page 8 of this paper.

**In the Specifications**

**Please replace or amend the originally filed paragraphs with the following paragraphs, in accordance with the appropriate paragraph number:**

[0001] This application is related to, and hereby incorporates by reference the following Patents and Patent Applications in their entirety: US Patent 7,687,871; US Patent 8,003,434; US Patent Application 13/033,211; US Patent Application 13,622,981; US Patent application 13/964,883; US Patent Application 13/167,992, US Patent Application No. 15/679,487, US Patent Application No. 13/167,992, and US patent application No. 14/822,433.

[0004] Infra-red detectors are used in a wide variety of applications, and are in particularyparticularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures primarily are used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

[0070] Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requiremntsrequirements.

[0097] Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infra-red light to a an electric signal, which is transmitted and presented on the apparatus' display **606.**

[0098] Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the ~~refiguration~~ refrigeration of the FPA.

In the Drawings

Please replace the originally filed drawing sheets 8, 10, and 11 with the enclosed replacement sheets.

**In the claims:**

Please amend the claims in accordance with the following listing:

1-7. (Cancelled).

8. (Previously presented ) A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

9. (Previously presented) A photodetector as claimed in claim 8 wherein the barrier layer comprises a compound containing aluminum.

10. (Previously presented) A photodetector as claimed in claim 8 wherein the doping impurities introduced into the barrier layer comprise beryllium.

11. (Previously presented) A photodetector as claimed in claim 8 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

12. (Previously presented) A focal plan array comprising a plurality of photodetectors as claimed in claim 8.

13. (Previously presented) A photodetector comprising:

a photo absorbing layer comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a contact layer comprising a p-type doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a barrier layer comprising an undoped semiconductor, the barrier layer having a band energy gap and associated conduction and valence band energies, a first side of the barrier layer adjacent a first side of the photo absorbing layer, and the contact layer being adjacent a second side of the barrier layer opposing the first side, the valence band energy level of the barrier layer substantially equal to the valence band energy level of the photo absorbing layer and the conduction band energy level of the barrier layer exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer;

wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers.

14. (Previously presented) A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer comprise beryllium.

15. (Previously presented) A photodetector as claimed in claim 13 wherein the doping impurities introduced into the barrier layer are selected from a group consisting of Carbon, Silicon, Tellurium, and Tin, or any combination thereof.

16. (Previously presented) A focal plan array comprising a plurality of photodetectors as claimed in claim 13.

## Remarks

1) The present application utilize a copy of the originally filed documents of its parent application (US15/679,487). This Preliminary Amendment is presented to incorporate amendments made in the parent application, and to update incorporation by reference of certain related applications.

2) Prior to commencing substantive examination the applicant amends herewith the specifications of this divisional application to reflect that:

    a. The first paragraph is updated to incorporate by reference related applications.

    b. The claims allowed in the parent application are deleted, while the restricted claims are re-presented for examination.

    c. Several minor typographical errors have been identified and are corrected herewith.

3) The drawing of the originally filed parent application had several minor errors. Those errors were corrected in the parent application. For the Office convenience the Applicant incorporates information presented in the previous application regarding the drawings:

    a. In the parent application the Applicant inadvertently omitted the label of Fig. 10A. The Applicant amended drawing sheet 8 by labeling the top figure as Fig. 10A. Examination of the specifications, more specifically of paragraphs 50 and 102 would provide basis for the amendment.

    b. In the parent application the Applicant inadvertently identified Fig. 11B as Fig. 11C. The Applicant amended the bottom figures of drawing sheet 10 by re-labeling the erroneously labeled figure 11B. Paragraphs 52 and 106 provide support for the amendment.

    c. Fig. 11C was also inadvertently omitted. However the figure is now completely contained in the parent patent application US15/679,487, and in turn in its parent application, US 14/822,433. This application was also incorporated by reference in its entirety in the parent application and in the present application (see paragraph [0001]). The figure is identified as Fig. 11C in the '433 application. Applicant further notes that support for the amendment is found in paragraphs 52 and 106. For the Office

convenience the applicant hereby submits the information previously incorporated by reference as new drawing sheet 11.

4) The applicant respectfully requests that this amendment would be entered, that the specifications and drawings amendments would be incorporated in the presently filed application, and that the application be examined in accordance therewith.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
e-mail:shalom@saltamar.com
Agent for Applicant

Replacement Sheet






Fig. 10A




Fig. 10B

Replacement Sheet





Fig. 11A



Fig. 11B

New Sheet



Fig. 11C



DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 16199212 Document Date: 11/25/2018

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date: August 26, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/603,519 | 03/13/2024 | Shimon Maimon | 1407CON11-Maimon_camera | 9369 |

23521 7590 10/10/2024

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2884 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/10/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

shalom@gamken.com
shalom@saltamar.com

PTOL-90A (Rev. 04/07)

| ***Corrected* Notice of Allowability** | **Application No.** 18/603,519 | **Applicant(s)** Maimon, Shimon | |
|---|---|---|---|
| | **Examiner** MARK R GAWORECKI | **Art Unit** 2884 | **AIA (FITF) Status** Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to the interview conducted on 8 October 2024.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ____.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ____; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-4 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ____ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ____ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ____.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ____.
4.☑ Interview Summary (PTO-413), Paper No./Mail Date. 10/8/2024.
5. ☑ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other ____.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

**DETAILED ACTION**

***Notice of Pre-AIA or AIA Status***

1. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

***Examiner's Amendment***

2. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in an interview with Shalom Wertsberger on 8 October 2024.

3. The application has been amended to correct an antecedent basis issue:

Claim 1, last line: "...the photo absorbing layer and the contact [[layer]] **area**."

Claim 3, first line: "A camera as claimed in claim 1, wherein the contact [[layer]] **area** comprises one or more..."

***Conclusion***

4. Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARK R GAWORECKI whose telephone number is (571)272-8540. The examiner can normally be reached Monday-Friday 8 AM-6 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, DAVID MAKIYA can be reached on 571-272-2273. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884
8 October 2024

UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 18/603,519 | 10/10/2024 01:02:09 PM Z ET | 1407CON11-Maimon_camera |

## Title of Invention

CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9369 | FILED BY | Shalom Wertsberger |
| PATENT CENTER # | 67515885 | AUTHORIZED BY | - |
| CUSTOMER # | 23521 | FILING DATE | 03/13/2024 |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Shimon Maimon |

## Payment Information

**PAYMENT METHOD**
**CARD / 7256**

**PAYMENT TRANSACTION ID**
**E202400D03267120**

**PAYMENT AUTHORIZED BY**
**Shalom Wertsberger**

**PRE-AUTHORIZED ACCOUNT**
**-**

**PRE-AUTHORIZED CATEGORY**
**37 CFR 1.16 (National application filing, search, and examination fees); 37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.19 (Document supply fees); 37 CFR 1.20 (Post Issuance fees); 37 CFR 1.21 (Miscellaneous fees and charges)**

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 1501 | UTILITY ISSUE FEE | 1200.00 | 1 | 1200.00 |
| | | | **TOTAL AMOUNT:** | **$1,200.00** |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement

Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/603,519** | **10/10/2024 01:02:09 PM Z ET** | **1407CON11-Maimon_camera** |

## Title of Invention

CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9369 | FILED BY | Shalom Wertsberger |
| PATENT CENTER # | 67515885 | FILING DATE | 03/13/2024 |
| CUSTOMER # | 23521 | FIRST NAMED INVENTOR | Shimon Maimon |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | - |

## Documents

**TOTAL DOCUMENTS: 2**

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| 02-1407CON11_InterviewSummary-pix.pdf | 1 | Miscellaneous Incoming Letter | 114 KB |
| 01-1407CON11_IssueFeePayment-pix.pdf | 1 | Issue Fee Payment (PTO-85B) | 148 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| 02-1407CON11_InterviewSummary-pix.pdf | 9258D218810FE140754C791F5A70D01830C8C72A2B333B89A32816AA4F3DC10B5DF78ECB0B72813A5D7FF659BA6E6624E0666D8BA3E5B4C786D751D34859AAB7 |

| | |
|---|---|
| 01-1407CON11_IssueFeePayment-pix.pdf | 44D319D23876E6833946EC1D03C67C7E526C46E92E8674B8B874E5999F7BF7CCD068D9D8CCF0489CD6545D51CBAC62EB3C9D22D49A884BB52933A2CA393F32C2 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 09/20/2024
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)
(Signature)
(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/603,519 | 03/13/2024 | Shimon Maimon | 1407CON11-Maimon_camera | 9369 |

TITLE OF INVENTION: CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 12/20/2024 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 257-188000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Shalom Wertsberger
Saltamar Innovations
2
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ☒ Issue Fee ❑ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via the USPTO patent electronic filing system ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 501392

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

❑ Applicant asserting small entity status. See 37 CFR 1.27

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

❑ Applicant changing to regular undiscounted fee status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Shalom Wertsberger/ Date 10/10/2024

Typed or printed name Shalom Wertsberger Registration No. 43,359



PTOL-85 Part B (11/23) Approved for use through 03/31/2026 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# SALTAMAR INNOVATIONS

35 Huntington Meadows
Rochester NY 14625
Phone: (585)200-3000
Fax: (888)981-6759
shalom@saltamar.com

*In the United States Patent and Trademark Office*

| | | | |
|---|---|---|---|
| In re application of: | **Shimon Maimon** | | |
| **For:** | **CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR** | | |
| Serial No.~Confim#: | **18/603,519~9369** | Group: | **2884** |
| Filed on: | **3/13/2024** | Examiner: | **Mark R. Gaworecki** |
| Correspondence Date | **October 10, 2024** | Docket: | **1407CON11_MAIMON_CAMERA** |

## Interview Summary

The Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The undersigned initiated an interview which took place on October 8, 2024 between Examiner Gaworecki and the undersigned. The Examiner issued an accurate interview report and the Applicant and the undersigned accepts that interview report and thanks the Examiner for his assistance and prompt help in resolving the issues with an Examiner amendment.

Respectfully submitted

*/Shalom Wertsberger/*

Shalom Wertsberger
Reg. Num. 43,359
35 Huntington Meadows
Rochester, NY 14625
Phone: (585)200-3000
Fax: (888)981-6759

Agent for Applicant

| *Applicant-Initiated Interview Summary* | **Application No.** 18/603,519 | **Applicant(s)** Maimon, Shimon | | |
|---|---|---|---|---|
| | **Examiner** MARK R GAWORECKI | **Art Unit** 2884 | **AIA (First Inventor to File) Status** Yes | **Page** 1 of 1 |

| **All Participants** (applicant, applicants representative, PTO personnel) | **Title** | **Type** |
|---|---|---|
| MARK R GAWORECKI | Primary Examiner | Telephonic |
| SHALOM WERTSBERGER | Attorney | |

**Date of Interview:** 08 October 2024

**Issues Discussed:**

**Other**

Applicant called to inquire about an Examiner's Amendment to correct antecedent basis issues with regard to the use of the terms "contact area" versus "contact layer". The Examiner has corrected these issues with an Examiner's Amendment as provided herein.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23521 7590 09/20/2024
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| ART UNIT | PAPER NUMBER |
| 2884 | |

DATE MAILED: 09/20/2024

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/603,519 | 03/13/2024 | Shimon Maimon | 1407CON11-Maimon_camera | 9369 |

TITLE OF INVENTION: CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 12/20/2024 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**



PTOL-85 (Rev. 11/23)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23521 7590 09/20/2024
Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)
(Signature)
(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/603,519 | 03/13/2024 | Shimon Maimon | 1407CON11-Maimon_camera | 9369 |

TITLE OF INVENTION: CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 12/20/2024 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GAWORECKI, MARK R | 2884 | 257-188000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ____________
2 ____________
3 ____________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑ Issue Fee ❑ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via the USPTO patent electronic filing system ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. __________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

❑ Applicant asserting small entity status. See 37 CFR 1.27

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

❑ Applicant changing to regular undiscounted fee status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ____________ Date ____________

Typed or printed name ____________ Registration No. ____________



PTOL-85 Part B (11/23) Approved for use through 03/31/2026 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/603,519 | 03/13/2024 | Shimon Maimon | 1407CON11-Maimon_camera | 9369 |

23521 7590 09/20/2024

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

| EXAMINER | |
|---|---|
| GAWORECKI, MARK R | |
| **ART UNIT** | **PAPER NUMBER** |
| 2884 | |

DATE MAILED: 09/20/2024

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)

(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).
https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;
2) a federal, state, local, or international agency, in response to its request;
3) a contractor of the USPTO having need for the information in order to perform a contract;
4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;
5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;
6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;
7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;
8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));
9) the Office of Personnel Management (OPM) for personnel research purposes; and
10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

| *Notice of Allowability* | **Application No.**<br>18/603,519 | **Applicant(s)**<br>Maimon, Shimon | |
|---|---|---|---|
| | **Examiner**<br>MARK R GAWORECKI | **Art Unit**<br>2884 | **AIA (FITF) Status**<br>Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to the communication filed 13 March 2024.

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-4 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. _____.
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☑ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. _____.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

1. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Allowable Subject Matter*

2. Claims 1-4 are allowed.

3. The following is an examiner's statement of reasons for allowance:

Klipstein (WO 2005/004243 A1) discloses a photo-detector (abstract) comprising a doped semiconductor exhibiting a valence band energy and a conducting band energy (13, page 17, section 2.), a barrier layer exhibiting a thickness (12, Fig. 4b), a first side of said barrier layer adjacent a first side of said photoabsorbing layer (top of photoabsorbing layer 13 is adjacent to the bottom of barrier layer 12, Fig. 4b). Klipstein discloses that the barrier layer prevents inter-band tunneling of electrons from the valence band of the p-type layer to the conduction band of the photo-absorbing layer (page 17, second full paragraph).

With respect to claim 1, Klipstein does not disclose that the barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer and a conduction band energy exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, the energy gap being sufficient to minimize charge

carriers tunneling and thermalization; and, a contact area comprising a doped semiconductor. Klipstein also does not disclose the claimed integrated dewar cooler assembly (IDCA) having an optical window; and a photodetector disposed within the IDCA to receive light passing through the optical window, in addition to all of the other claimed elements.

Claims 2-4 are allowable for reasons of dependency.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

***Conclusion***

4. Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARK R GAWORECKI whose telephone number is (571)272-8540. The examiner can normally be reached Monday-Friday 8 AM-6 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, DAVID MAKIYA can be reached on 571-272-2273. The fax

phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884
17 September 2024

| *Notice of References Cited* | Application/Control No. 18/603,519 | Applicant(s)/Patent Under Reexamination Maimon, Shimon | |
|---|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 | Page of |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | WO-2005004243-A1 | 2005-01-13 | WO | KLIPSTEIN P | H01L31/101 |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

| Issue Classification | Application/Control No. 18/603,519 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| H01L | / | 31 | / | 1832 | F | 2013-01-01 |
| H01L | / | 31 | / | 101 | I | 2013-01-01 |
| H01L | / | 31 | / | 1844 | I | 2013-01-01 |
| B82Y | / | 20 | / | 00 | I | 2013-01-01 |
| H01L | / | 31 | / | 035236 | I | 2013-01-01 |
| H01L | / | 31 | / | 03046 | I | 2013-01-01 |
| H01L | / | 31 | / | 02966 | I | 2013-01-01 |
| G01J | / | 5 | / | 061 | I | 2013-01-01 |
| G01J | / | 5 | / | 20 | I | 2013-01-01 |
| H01L | / | 27 | / | 14669 | I | 2013-01-01 |
| Y02E | / | 10 | / | 544 | A | 2013-01-01 |
| H01L | / | 23 | / | 38 | A | 2013-01-01 |
| H01L | / | 2924 | / | 0002 | A | 2013-01-01 |
| G01J | / | 2005 | / | 0077 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|---|
| H01L | / | 2924 | / | 0002 | A | 1 | 1 | 2013-01-01 |
| H01L | / | 2924 | / | 00 | A | 1 | 2 | 2013-01-01 |

Use images from artifact folder? Yes No

| | | | |
|---|---|---|---|
| NONE<br><br>(Assistant Examiner) | (Date) | **Total Claims Allowed:**<br>4 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 17 September 2024<br><br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

| *Issue Classification* | Application/Control No. 18/603,519 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| CLAIMED | | | | |
| H01L | / | 31 | / | 18 |
| H01L | / | 31 | / | 10 |
| H01L | / | 31 | / | 0352 |
| H01L | / | 31 | / | 0304 |
| G01J | / | 5 | / | 06 |
| G01J | / | 5 | / | 20 |
| B82Y | / | 20 | / | 00 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | / | | / | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| | |

| CROSS REFERENCES(S) | | | | | | | |
|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| | | | | | | | |

Use images from artifact folder? Yes No

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | | Total Claims Allowed:<br>4 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 17 September 2024<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

| *Issue Classification* | Application/Control No.<br>18/603,519 | Applicant(s)/Patent Under Reexamination<br>Maimon, Shimon |
|---|---|---|
| | Examiner<br>MARK R GAWORECKI | Art Unit<br>2884 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | | | | | | | |
| 2 | 2 | | | | | | | | | | | | | | |
| 3 | 3 | | | | | | | | | | | | | | |
| 4 | 4 | | | | | | | | | | | | | | |

Use images from artifact folder? Yes No

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | Total Claims Allowed:<br>4 | |
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884<br>(Primary Examiner) | 17 September 2024<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

| *Search Notes* | Application/Control No. 18/603,519 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B82Y 20/00 | 09/17/2024 | MG |
| G01J 5/061, 20, 2005/0077 | 09/17/2024 | MG |
| H01L 23/38, 27/14669, 31/02966, 03046, 035236, 101, 1832, 1844, 2924/0002 | 09/17/2024 | MG |
| Y02E 10/544 | 09/17/2024 | MG |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| | |
|---|---|
| /MARK R GAWORECKI/<br>Primary Examiner, Art Unit 2884 | |

| Search Notes | Application/Control No. 18/603,519 | Applicant(s)/Patent Under Reexamination Maimon, Shimon |
|---|---|---|
| | Examiner MARK R GAWORECKI | Art Unit 2884 |

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| B82Y 20/00 | 09/17/2024 | MG |
| G01J 5/061, 20, 2005/0077 | 09/17/2024 | MG |
| H01L 23/38, 27/14669, 31/02966, 03046, 035236, 101, 1832, 1844, 2924/0002 | 09/17/2024 | MG |
| Y02E 10/544 | 09/17/2024 | MG |
| Classification text narrowed: barrier with layer, block$3 with thermaliz $5 with majority, dark adj current, minimiz$5 with thermaliz$5, minimiz$5, with tunnel$5, valence with band with energy, idca integrated with dewar with cooler | 09/17/2024 | MG |
| More like US20240222544 (SEARCH) | 09/17/2024 | MG |
| Similarity searches (SEARCH) | 09/17/2024 | MG |
| Inventor/assignee search (SEARCH) | 09/17/2024 | MG |
| Reviewed search for parent applications | 09/17/2024 | MG |
| SEARCH history attached | 09/17/2024 | MG |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| B82Y | 20/00 | 09/17/2024 | MG |
| G01J | 5/061, 20, 2005/0077 | 09/17/2024 | MG |
| H01L | 23/38, 27/14669, 31/02966, 03046, 035236, 101, 1832, 1844, 2924/0002 | 09/17/2024 | MG |
| Y02E | 10/544 | 09/17/2024 | MG |
| PGPUB-Text | See SEARCH history attachment | 09/17/2024 | MG |

/MARK R GAWORECKI/
Primary Examiner, Art Unit 2884

# Bibliographic Data

Application No: 18/603,519

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☑ No ☐ Met After Allowance

Verified and Acknowledged: /MARK R GAWORECKI/ Examiner's Signature | Initials

Title: CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 03/13/2024 | 257 | 2884 | 1407CON11-Maimon_camera |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Shimon Maimon, Rochester, NY, UNITED STATES

**CONTINUING DATA**

This application is a CON of 18205537 06/03/2023 PAT 11961936

18205537 is a CON of 17897162 08/28/2022 PAT 11817522

17897162 is a CON of 17181669 02/22/2021 PAT 11462657

17181669 is a CON of 16199212 11/25/2018 PAT 11245048

16199212 is a DIV of 15679487 08/17/2017 PAT 11264528

15679487 is a CIP of 14822433 08/10/2015 PAT 9766130

14822433 is a CIP of 13964883 08/12/2013 PAT 9117726

13964883 is a CIP of 13167992 06/24/2011ABN

13167992 is a CON of 12656739 02/16/2010 PAT 8003434

12656739 is a DIV of 11276962 03/19/2006 PAT 7687871

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

03/25/2024

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Shalom Wertsberger
Shalom Wertsberger
35 HUNTINGTON MEADOWS
ROCHESTER, NY 14625

UNITED STATES
**FILING FEE RECEIVED**
$2,220

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
13 January 2005 (13.01.2005)

PCT

(10) International Publication Number
**WO 2005/004243 A1**

(51) International Patent Classification[7]: H01L 31/101

(21) International Application Number: PCT/IL2004/000573

(22) International Filing Date: 28 June 2004 (28.06.2004)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
156744 2 July 2003 (02.07.2003) IL

(71) Applicant (*for all designated States except US*): **SEMI-CONDUCTOR DEVICES - AN ELBIT SYSTEMS - RAFAEL PARTNERSHIP** [IL/IL]; P.O. Box 2250, 31021 Haifa (IL).

(72) Inventor; and
(75) Inventor/Applicant (*for US only*): **KLIPSTEIN, Philip** [IL/IL]; 33 HaTe'ena Street, 30900 Zikhron Ya'akov (IL).

(74) Agents: **LUZZATTO, Kfir** et al.; P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States (*unless otherwise indicated, for every kind of national protection available*): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (*unless otherwise indicated, for every kind of regional protection available*): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*

*[Continued on next page]*

(54) **Title:** DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME




(57) **Abstract:** The invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, wherein the middle barrier layer has an energy bandgap significantly greater than that of the photon absorbing layer, and there is no layer with a narrower energy bandgap than that in the photon-absorbing layer.

WO 2005/004243 A1

— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# DEPLETION-LESS PHOTODIODE WITH SUPPRESSED DARK CURRENT AND METHOD FOR PRODUCING THE SAME

## Field of the Invention

The present invention relates to photodiodes for sensing light radiation. More particularly, the present invention relates to a photodiode structure, in which the level of the dark current is significantly reduced, therefore improving the signal-to noise ratio. Furthermore, the invention relates to a method for producing such photodiode.

## Background of the Invention

Photodiodes are widely used for sensing light radiation. There are many applications in which the level of the light which is required to be sensed is very low, and therefore the sensitivity of said photodiodes is a critical requirement.

It is well known in the art that the signal-to-noise ratio which can be obtained from photodiodes (and from many other electronic components) is limited by the level of the "thermal noise", which in turn is related to the temperature of the component. The term "dark current" is commonly used in the art to define the current flowing in a photodiode during a total dark condition. The signal-to-noise ratio in photodiodes is conventionally improved by cooling the component, in many cases down to very low temperatures close to 0°K. The means for cooling and maintaining such a low temperature in photodiodes, however, are cumbersome and expensive, and in any case can reduce the noise down to a limited value.

The dark current is generally composed of two main components. The first component, hereinafter referred to as "the diffusion dark current" is due to the thermal excitation of carriers across the complete energy bandgap of the photodiode material. As said, the level of this current can be reduced by means

of cooling the component. The second component affecting the level of the dark current is known as the "Generation-Recombination" current (hereinafter "G-R dark current"). The level of the G-R dark current can also be reduced by cooling, but at a slower rate of reduction with temperature.

At low temperatures, where the level of the diffusion dark current is reduced sufficiently, the G-R dark current generally becomes the most dominant component of the dark current. There have been made many efforts in trying to reduce the level of the thermal noise. However, there are not known many of such efforts for reducing the G-R current.

Fig. 1 is a band diagram showing the principle of operation of a photodiode according to the prior art. In a semiconductor p-n junction 1 - 2, a depletion region 3 is formed around the metallurgical junction due to the transfer of electrons from donors in the n-side 2 of the depletion region to acceptors in the p-side 1. The conduction band ($E_C$) and valence band ($E_V$) are bent in the depletion region. This bending is associated with an electric field that drives electrons 7 towards the n-side and holes 8 towards the p-side of the junction. When a bias is applied to the junction, quasi Fermi levels can be defined in each of the two "flat-band" regions. The quasi Fermi level lies near the valence band on the p-side ($E_F(p)$) and near the conduction band on the n-side ($E_F(n)$). At zero bias, the energies of the two quasi Fermi levels are equal. The energy separation of the two quasi Fermi levels in electron-volts is equal to the applied bias in volts. If a reverse bias $V_{rev}$ is applied to the diode, the following relationship holds:

$$V_{rev} = E_F(p) - E_F(n).$$

The energy gap is given by $E_G = E_C - E_V$. Although $E_C$ and $E_V$ change with position due to the band bending in the depletion region, their energy separation is constant everywhere for a "homo-junction" diode ("homo-

junction" means that the same material is used on each side of the p-n junction).

Light 9 can be absorbed by promoting an electron 119 from the valence band to the conduction band. The missing electron in the valence band is called a hole, and is indicated by numeral 118 . The longest wavelength for this process is called the cut off wavelength and is given by: $\lambda_C = hc/E_G$, wherein $h$ is Planck's constant and $c$ is the velocity of light.

The "photo-created" hole 118 in process 9 exists in the n-type material 2 and so is a minority carrier. It can diffuse, as indicated by numeral 10 to the depletion region where it is accelerated 8 into the p-side 1 by the electric field in the depletion region 3. An analogous process can occur in the p-type material 1 where a minority electron is created by the absorption of light. It can diffuse to the depletion region where it is accelerated 7 into the n-side 2 by the electric field in the depletion region 3.

Generation-Recombination (G-R) centers 4, also known as Shockley-Read traps or Shockley-Hall-Read traps, are energy levels that lie close to the middle of the band gap. They are related to imperfections or impurities inside the crystal. The probability of process 9 to occur due to heat (in the absence of an external photon flux) is essentially proportional to $\exp(-E_G/kT)$ where $k$ is Boltzman's constant and $T$ is the absolute temperature. This process (and the equivalent process on the p-side) gives rise to the "dark current" in a perfect diode with no G-R centers. In this case the dark current is all due to diffusion dark current, and the device is said to be at "the diffusion limit".

In an asymmetric $p^+$-n homo-junction, where the p-doping is several orders of magnitude greater than the n-doping, it can easily be shown that, in the diffusion limit, the higher of the two minority carrier concentrations, in said

$p^+$-n case the minority holes on the n-side, makes the dominant contribution to the dark current.

Since free electrons 7 and holes 8 are removed efficiently by the electric field in the depletion region 3, especially when a reverse bias is applied, an electron that undergoes excitation 5 from the valence band $E_V$ to the G-R center 4 cannot return to the valence band. It can only be further excited 6 to the conduction band. Processes 5, 6, 7, and 8 thus give rise to the G-R dark current.

The rate of electron generation by traps, in unit volume of the reverse biased depletion region 3 due to a process, 5, 6, 7, and 8, is approximately described by the formula

$$G = \frac{n_i^2}{\tau_{n0} p' + \tau_{p0} n'} \qquad (1)$$

where $n_i$ is the so called intrinsic carrier concentration (the carrier concentration in the perfectly pure material) and $\tau_{n0}$, $\tau_{p0}$ are the electron and hole minority carrier lifetimes. This formula may be found , for example, as equation (8.9.2) in chapter 8 of the book by Shyh Wang, entitled "Fundamentals of Semiconductor Theory and Device Physics" (published by Prentice Hall, ISBN 0-13-344425-2). Here $n' = n.e^{(E_t - E_F)/kT}$ and $p' = p.e^{(E_F - E_t)/kT}$ where $n$, $p$, and $E_F$ are the electron concentration, the hole concentration and the Fermi level respectively in a given sample of the semiconductor material, $E_t$ is the energy of the trap, and $T$ is the absolute temperature. It can be demonstrated that $G$ in equation (1) is largest when the trap lies near the middle of the energy bandgap. In this case it is easy to show using the above formulae, that

$$G \approx \frac{n_i}{(\tau_{n0} + \tau_{p0})} \qquad (2)$$

Hence it follows that $G$ is proportional to the intrinsic carrier concentration, the formula for which contains an exponential factor: $\exp(-E_G/2kT)$. The dark current due to generation-recombination centers is itself proportional to $G$ and so will also vary essentially as: $\exp(-E_G/2kT)$. It is the weaker temperature dependence of the G-R contribution to the dark current ($\exp(-E_G/2kT)$) compared with the diffusion contribution ($\exp(-E_G/kT)$) that causes the G-R contribution to dominate at low temperatures. The ratio of the G-R dark current to the diffusion dark current in a $p^+$-n diode is given by equation (8.9.6) in chapter 8 of the earlier mentioned book by Shyh Wang, as:

$$\frac{J_{G-R}}{J_{diff}} = \frac{L_{dep}}{L_p} \times \frac{N_D}{n'} \qquad (3)$$

where $L_{dep}$ is the thickness of the depletion region, and $N_D$ and $L_p$ are the doping and minority carrier diffusion length on the n-side of the junction. Typical values of $L_{dep}$ and $L_p$ are ~ 0.5μ and 20μ respectively.

Typical narrow gap homo-junction photo-diodes based on e.g. InSb, InAsSb, HgCdTe, etc., are in many cases operated at reduced temperatures, in order to limit the dark current. For such devices operated at 77K, G-R centers typically increase the dark current above the diffusion limit by at least 3 – 4 orders of magnitude in the MWIR (3 – 5μ) and 1– 2 orders of magnitude in the LWIR (8 – 12μ) cut-off wavelength regions, behaviour that in each case is consistent with equation (3). This effect may easily be seen in J Bajaj, SPIE proceedings no. 3948 page 45 (figure 3 of this article), San Jose, January 2000, or in P C Klipstein et al., SPIE proceedings number 4820, page 653 (figure 2 of this article), Seattle, July 2002.

The prior art has failed to specifically address the issue of suppressing the G-R contribution to the current by a suitable hetero-junction design.

A design published by J L Johnson et al., Journal of Applied Physics, volume 80, pages 1116 – 1127 (Fig. 3) shows a diode made between an n-type narrow bandgap semiconductor with a relatively low doping level and formed from a type II InAs/$Ga_{1-x}In_xSb$ superlattice, and a p-type wide bandgap semiconductor with a relatively high doping level, formed from GaSb. This asymmetric doping ensures that most of the depletion region, with its associated electric field, exists in the narrow bandgap photon absorbing layer made from the type II superlattice. There is no discussion in the article about the importance of removing the electric field from this narrow bandgap region. It appears that the main reason for using a heterojuction p-contact instead of a homojunction p-contact in this article is one of convenience, since the p-type heterojunction contact is easier to grow than a p-type type II superlattice.

Fig 2 of the article by CT Elliott "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters", SPIE proceedings vol. 2744, page 452, discloses photodiode devices in which the dark current is reduced by means of the suppression of Auger-related generation processes. Hereinafter, these devices will be referred to shortly as "Elliott devices". In contrast to the present invention, whose essential part, as will be shown hereinafter, has a wide bandgap semiconductor sandwiched between n-type and p-type semiconductors with similar or narrower bandgaps, the essential part of said Elliott devices has a narrow bandgap semiconductor, clad on each side by an n-type and a p-type semiconductor respectively, each with a larger effective bandgap.

As will be further shown hereinafter, the Elliott devices are based on a different principle than that of the present invention. They are aimed for operating essentially at higher temperatures than for the devices of the present invention, typically room temperature or slightly cooler, in which thermal generation across the bandgap is significant. Under this condition, Auger processes are known to limit drastically the carrier lifetime. By

applying a sufficiently large reverse bias to an Elliott device, the free carrier concentration may be reduced to a level characteristic of a lower temperature, so that the Auger processes are suppressed, and the reverse bias dark current or "saturation current" is reduced.

In the article "Advanced Heterostructures for $In_{1-x}Al_xSb$ and $Hg_{1-x}Cd_xTe$ detectors and emitters" by CT Elliott, SPIE proceedings vol. 2744, pages 452 - 462, it is stated (page 453): "Minority carrier exclusion and extraction occur at the pπ and πn junctions respectively and the densities of both carrier types in the active π region decrease...as a consequence the thermal generation rates involving Auger processes fall, so that the saturation leakage current is less than would be expected from the zero bias resistance and a region of negative conductance is predicted to occur". The article then goes on to point out that, in contrast to the object of the present invention, G-R currents are not suppressed. It states: "In InSb devices with a π active region, however, the density and energy of Shockley-Read traps is such that an increase in thermal generation through traps occurs as the diodes are reverse biased, so that negative conductance is only observed above room temperature". From this statement it may be learned that even at room temperature, an Elliott device based on InSb, exhibits large G-R currents in reverse bias. This is to be expected because there is a significant depletion layer, with an associated electric field, in the low doped π-region of the device, which is also the region with the narrowest bandgap.

There are several other embodiments of the Elliott device based on other materials. For example in the article by A. Rakovska, V. Berger, X. Marcadet, B. Vinter, G. Glastre, in Applied Physics Letters, volume 77, page 397(2000), a device is described with a photon absorbing layer of $InAs_{0.91}Sb_{0.09}$. In this case, diffusion limited behaviour was observed down to 200K, as expected at high operating temperatures. At lower temperatures, where the G-R dark current might be expected to dominate, leakage currents dominated instead due to the lack of a suitable surface passivation treatment. The authors

speculate in their conclusion that by increasing the bandgap of one of the cladding layers they might be able to further reduce the diffusion dark current above 200K to the point where the G-R dark current is dominant. The clear implication is that since the diffusion dark current reduces faster with temperature, the G-R dark current is expected to dominate below 200K and no special steps are taken to avoid this.

It is an object of the present invention to provide a photodiode in which the dark current is significantly reduced, particularly at low temperatures, generally in the range of about 77 to 200 °K, depending on the material and wavelength of operation.

It is a particular object of the present invention to provide a photodiode in which the level of the G-R current is significantly suppressed in a given temperature.

It is still an object of the present invention to reduce the need for cooling, by providing a photodiode structure having a level of dark current that would alternatively exist in a much lower temperature.

It is still a further object of the invention to provide a method and process for manufacturing the photodiode of the present invention.

Other objects and advantages of the present invention will become apparent as the description proceeds.

**Summary of theInvention**

In a first alternative, the present invention relates to a photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon

absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;

Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photon absorbing layer has a typical thickness of 1-10μ and doping of $n < 10^{16}$ cm$^{-3}$.

Preferably, the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.

Preferably, the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0\leq w \leq 1$, $0\leq x \leq 1$, $0\leq y \leq 1$, $0\leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.

Preferably, the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the contact layer is p-type GaSb.

Preferably, the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0\leq w \leq 1$, $0\leq x \leq 1$, $0\leq y \leq 1$, $0\leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.

Preferably, the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0 \leq x \leq 1$ and $0 \leq y \leq 1$.

Preferably, the middle barrier layer is an $In_{1-x}Al_xSb$ alloy.

Preferably, the middle barrier layer has a thickness of between 0.05 and 1μm.

Preferably, the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{18}$ $cm^{-3}$, contact layer.

Preferably, an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors $cm^{-2}$, is included at the edge of the photon absorbing layer.

Preferably, the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.

Preferably, the photo-detector of the invention is grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.

Preferably, the photo-detector of the invention is grown on a compliant substrate.

Preferably, the photo-detector of the invention is grown by Liquid Phase Epitaxy (LPE).

Preferably, the photo-detector of the invention is grown is grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.

In another alternative, the invention relates to a photo-detector with a reduced G-R noise, which comprises a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing

layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

Preferably, the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.
Preferably, the middle barrier layer is a p-type material.

Preferably, the middle barrier layer is an n-type material.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.

Preferably, when the photo-detector is biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

Preferably, the photo-detector the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ cm$^{-3}$ .

Preferably, the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.

Preferably, the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.

Preferably, the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5\times10^{18}$ $cm^{-3}$, contact layer.

Preferably, a p-type δ–doping layer is included at the edge of the photon absorbing layer.

Preferably, the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

In still another aspect, the present invention relates to a photo-detector sensitive to more than one wavelength band, which comprises stacked detector units as described in one of the alternatives above, or a combination thereof, in which each detector unit has a different cut-off wavelength.

In still another aspect, the present invention relates to an array of identical detectors according to one of the alternatives above, in which each detector is connected to a silicon readout circuit by indium bumps.

In still another aspect, the present invention relates to an array of identical detectors in which each detector is sensitive to more than one wavelength band, in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

**Brief Description of the Drawings**

- Fig. 1 shows an exemplary energy band diagram of a standard p-n homo-junction photo-detector, and demonstrates the mechanisms of thermal generation of carriers due to G-R centers and optical generation of carriers by means of absorption of a photon;

- Fig 2a shows an exemplary energy band diagram of a reduced dark current photodetector corresponding to an embodiment of the present invention, in which the depletion region is removed from the narrow bandgap, n-type, photon absorbing material. The thermal generation and recombination of electrons by a near mid-gap G-R center is demonstrated in the narrow bandgap photon absorbing material;

- Fig 2b shows the same energy band diagram as figure 2a. The thermal generation of electrons by a G-R center in the bandgap of the wide bandgap barrier material is demonstrated. The wide bandgap barrier material also contains part of the depletion region;

- Fig 2c shows the same energy band diagram as figure 2a. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region. The drift of a thermally generated hole is also shown as is the recombination of a thermally generated electron with a majority hole;

- Fig 2d shows the same energy band diagram as figure 2a, except that the bandgap of the p-type contact material is increased so that its conduction band lies above, rather than below, the conduction band of the barrier material. The thermal generation of electrons by a near mid-gap G-R center is demonstrated in the p-type contact material, which also contains part of the depletion region;

- Fig. 3 exemplifies the band diagram of an essential part of one possible embodiment of the hetero-junction photo-detector of the present invention, in which the doping polarities of the photon absorbing, barrier, and contact layers have been reversed compared with the embodiment in figures 2a-2d;

- Fig. 4a shows the band diagram of a first embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 4b illustrates in a schematic, cross-section form, the structure of a first embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 5a shows the band diagram of a second embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 5b illustrates in a schematic, cross-section form, the structure of a second embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 6a shows the band diagram of a third embodiment of the hetero-junction photo-detector of the present invention, having an InAsSb photon absorbing layer;

- Fig. 6b illustrates in a schematic, cross-section form, the structure of a third embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAsSb;

- Fig. 7a shows the band diagram of a fourth embodiment of the hetero-junction photo-detector of the present invention, having a type II superlattice photon absorbing layer;

- Fig. 7b illustrates in a schematic, cross-section form, the structure of a fourth embodiment of the heterojunction photo-detector with a photon absorbing layer based on a type II superlattice;

- Fig. 8a shows the band diagram of a fifth embodiment of the hetero-junction photo-detector of the present invention, having a InAlSb photon absorbing layer; and

- Fig. 8b illustrates in a schematic, cross-section form, the structure of a fifth embodiment of the heterojunction photo-detector with a photon absorbing layer based on InAlSb;

**Detailed Description of Preferred Embodiments**

As said, the present invention provides a structure for a photodiode in which the dark level of the G-R current, and therefore the level of the total dark current is significantly reduced. This is of most importance in photodiodes that are cooled to low temperatures, typically in the range of 77°K to 200°K, in which the G-R current can provide the most dominant contribution to the dark current.

Referring now to Figs. 2a-2d and Figs 4a, 5a, 6a, 7a and 8a, the present invention is characterized by the following features (for the sake of simplicity, these features will be referred herein as "the characterizing features"):

1. A 3-layer, or two hetero-junction, light detector (a hetero-junction is a junction between different materials), of the form of p-p-n or p-n-n is used,

wherein the last n-layer 13, 13A, 23 or 33 has a narrow gap chosen for its cut-off wavelength and the middle-layer 12, 12A, 16, 16A, 26 or 34 has a wider band-gap.

The last n-type layer 13, 13A, 23 or 33 absorbs the light impinged on the detector. Hereinafter, the last, n-type layer 13, 13A, 23 or 33 (depending on the specific embodiment used), is also referred to as "the active photon absorbing layer".

The middle layer 12, 12A, 16, 16A, 26 or 34 (again, depending on the specific embodiment used) prevents inter-band tunneling of electrons from the valence band of the p-type layer 11, 21, 35 or 39 to the conduction band of the photon-absorbing layer. Hereinafter, the said middle layer 12, 12A, 16, 16A, 26 or 34, is also referred to as "the barrier layer".

The first layer 11, 21, 35 or 39 (depending on the specific embodiment used) acts as a contact for biasing the device. Hereinafter, the first layer 11, 21, 35 or 39 is also referred to as "the contact layer".

2. The materials forming the photo-detector of the invention are chosen such that in a flat band condition either the photon-absorbing layer 13, 13A, 23 or 33 or the barrier layer 12, 12A, 16, 16A, 26 or 34 has the lowest valence band energy, and the valence band of the photon absorbing layer is never more than about $10kT_{op}$ above the valence band of the barrier layer, where $T_{op}$ is the absolute operating temperature. Also in the same condition, the valence band energy of the contact-layer 11, 21, 35 or 39 is equal to or higher than that of the photon absorbing layer 13, 13A, 23 or 33 and above that of the barrier layer 12, 12A, 16, 16A, 26 or 34 which is below the conduction band of the photon-absorbing layer 13, 13A, 23 or 33. These conditions can be expressed mathematically as $E_G^a - \Delta \geq 0$ and $\xi \geq 0$ if $\Delta$ is positive or $\xi + \Delta \geq 0$ and $\Delta + 10kT_{op} \geq 0$ if $\Delta$ is negative. $E_G^a$ indicates the

band-gap of the active photon-absorbing layer 13, 13A, 23 or 33. Δ indicates the valence band offset between the barrier layer 12, 12A, 16, 16A, 26 or 34 and the active photon-absorbing layer 13, 13A, 23 or 33 (positive when the valence band of the barrier layer is highest in energy). Finally, ξ is the valence band offset between the contact-layer 11, 21, 35 or 39 and the barrier layer 12, 12A, 16, 16A, 26 or 34 (positive when the valence band of the contact layer is highest in energy).

3. When the photo-detector of the invention is biased to its maximum operating bias with an externally applied voltage, the bands in the photon absorbing layer 13, 13A, 23 or 33 are flat right up to the barrier layer 12, 12A, 16, 16A, 26 or 34, and the valence band edge of the photon absorbing layer lies below that of the contact layer 11, 21, 35 or 39. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated.

4. During operation at maximum bias, an electric field and associated depletion region is allowed only in the contact-layer 11, 21, 35 or 39 and in the barrier layer 12, 12A, 16, 16A, 26 or 34 but not in the active photon-absorbing layer 13, 13A, 23 or 33. This is shown schematically for a p-n-n device in figure 2a where the contact layer 35 is doped p-type 36 and the barrier layer 34 and the active photon absorbing layer 33 are doped n-type 37. In figure 2a the device is biased so that a depletion region 38 exists only in the barrier 34 and contact 35 layers but not in the active photon absorbing layer 33. Hence, as shown schematically in figure 2a, the rate of generation 5A, 6A due to a G-R center 4A in the active photon absorbing layer 33 is very similar to the rate of recombination 60A, 50A. It is also strongly suppressed due to the presence of majority carriers in the photon absorbing layer 33. In this case, equation (1) roughly describes the Generation rate, but with $n'$ replaced by the donor concentration, $N_D$. The G-R contribution to the dark current from the active photon-absorbing

layer 13, 13A, 23 or 33 is in fact comparable to the diffusion dark current from this layer. The current flowing from this layer 13, 13A, 23 or 33 into the barrier layer 12, 12A, 16, 16A, 26 or 34 is therefore essentially diffusion limited.

5. The band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34 is larger than that of the photon absorbing layer 13, 13A, 23 or 33. Ideally, it is at least twice that of the active photon-absorbing layer 13, 13A, 23 or 33, in which case the following equation will hold:

$$\exp(-E_G^{Barrier}/2kT) \leq \exp(-E_G^{\alpha}/kT) \qquad (4)$$

wherein $E_G^{Barrier}$ indicates the band-gap of the barrier-layer 12, 12A, 16, 16A, 26 or 34. As shown schematically in figure 2b for a barrier layer 34, G-R processes like 5B or 6B due to a G-R center 4B are activated respectively by energies $\alpha E_G^{barrier}$ and $(1-\alpha)E_G^{barrier}$ . Since the theory presented earlier teaches that the G-R dark current in the barrier material is significant only when the G-R center is near the middle of the gap of the barrier material (α ≈ ½ in figure 2b), the G-R dark current will then vary as: $\exp(-E_G^{Barrier}/2kT)$. Hence, the inequality in equation (4) means that the G-R dark current contribution from the barrier-layer 12, 12A, 16, 16A, 26 or 34 should be comparable with, or less than the total contribution to the dark current due to the active photon-absorbing layer 13, 13A, 23 or 33, which is diffusion limited as explained in the fourth item above, and varies as $\exp(-E_G^{\alpha}/kT)$.

6. For the p-type contact layer 11, 21, 35 or 39 the doping is quite high ($p \sim 1$-$10 \times 10^{17}$ cm$^{-3}$), both to minimize the amount of band bending in the contact layer and also to reduce the concentration of minority electrons 119 in this layer.

7. For the p-type contact layer 11, 21, 35 or 39 its valence band either lies below its own conduction band OR lies below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34 by more than the bandgap energy, $E_G^\alpha$, of the photon absorbing layer 13, 13A, 23 or 33 . Ideally, the valence band of the p-type contact layer 11, 21, 35 or 39 should lie at least $2E_G^\alpha$ below its own conduction band OR below the conduction band of the barrier layer 12, 12A, 16, 16A, 26 or 34. Mathematically, this is expressed as: $E_G^{Contact} + E_B > 2E_G^\alpha$ if $E_B >> 0$ OR $E_G^{Contact} > 2E_G^\alpha$ if $E_B \leq 0$, where $E_G^{Contact}$ is the bandgap of the contact material 35 and $E_B$ is the barrier height for electrons going from the contact layer 35 into the barrier layer 34 ($E_B$ is also the conduction band offset between the barrier 34 and contact 35 materials and is positive when the conduction band of the barrier layer 34 lies above the conduction band of the contact layer 35). In general, the activation energy for electrons passing from the contact layer 11, 21, 35 or 39 into the barrier layer 12, 12A, 16, 16A, 26 or 34 will then be greater than $E_G^\alpha$, even when G-R centers are present in the contact layer 11, 21, 35 or 39. Under these circumstances, the current due to this process will be less than the diffusion current from the photon absorbing layer 13, 13A, 23 or 33 which also has an activation energy of $E_G^\alpha$. Two configurations of the contact layer are shown schematically in figures 2c and 2d. In figure 2c the conduction band of the contact layer 35 lies below the conduction band in the barrier layer 34 by more than about $10kT_{op}$. Any minority electrons generated in processes 5C or 6C by G-R centers 4C in the contact layer 35 are blocked by the barrier 34. They will either be thermally excited over the barrier, although this has a low probability, or they will eventually recombine 120C by various mechanisms with majority holes in the contact layer 35. Figure 2d shows an alternative scenario when the blocking mechanism exemplified in figure 2c is absent. In this scenario, the conduction band of the contact layer 39 either lies above the conduction

band in the barrier layer 34 ($E_B$<0), or just a few times $kT_{op}$ below it ($E_B \approx 0$). In this case the bandgap of the contact layer 39 is greater than that of the photon absorbing layer 33, $E_G^{Contact} > E_G^{a}$, so that generation of electrons 5D, 6D by G-R centers 4D in the contact layer 39 will be suppressed due to its large bandgap. The generation current from the contact will roughly vary as: $\exp\left(-E_G^{Contact}/2kT\right)$. This is smaller than the diffusion dark current from the photon absorbing layer 33 if, as is often the case: $E_G^{Contact} > 2E_G^{a}$. This mechanism is the same as that which suppresses electron and hole generation in the barrier layer 12, 12A, 16, 16A, 26 or 34 as already explained in the fifth item above.

Furthermore, the thickness of the barrier layer 12, 12A, 16, 16A, 26 or 34 is made to be sufficiently thick to suppress any tunnel current of electrons from the valence band of the p-type contact layer 11, 21, 35 or 39 to the conduction band of the active photon absorbing layer 13, 13A, 23 or 33. Any such tunnel current must be less than the dark current in the diode due to other processes.

The doping of the barrier layer 12, 12A, 16, 16A, 26 or 34 and p-type contact layer 11, 21, 35 or 39 is chosen according to the present invention to adjust the operating bias to a desirable value. A n-type δ-doping layer 15, 15A or 25 may also be included between the photon absorbing layer 13, 13A, 23 or 33 and the barrier layer 12A, 16, 16A, 26 or 34. This can sometimes increase the range of bias over which the bands of the active photon-absorbing layer 13, 13A, 23 or 33 remain flat, even close to the junction with the barrier layer 12A, 16, 16A, 26 or 34.

The principles of the present invention described above also apply to inverted polarity structures of the form n-n-p or n-p-p in which all the doping polarities and band alignments described above are reversed. An example is shown in figure 3 of an n-p-p structure that is the reversed form of the p-n-n structure

depicted in figures 2a-2d. The photon absorbing layer 43 is p-type 47 while the contact layer 45 is n-type and barrier layer 44 is p-type. Characterizing item 2 above, applies to all inverted polarity structures if the following words are interchanged: "highest" with "lowest", "higher" with "lower", "valence" with "conduction" and "above" with "below". The mathematical expression in the characterizing item 2 above is then replaced by $E_G^{\alpha}{}' - \Delta' \geq 0$ and $\xi' \geq 0$ if $\Delta'$ is positive or $\xi' + \Delta' \geq 0$ and $\Delta' + 10kT_{op} \geq 0$ if $\Delta'$ is negative. $E_G^{\alpha}{}'$ indicates the band-gap of the active photon-absorbing layer, such as 43. $\Delta'$ indicates the conduction band offset between the barrier layer, such as 44, and the active photon-absorbing layer, such as 43 (positive when the conduction band of the barrier layer is lowest in energy). $\xi'$ is the conduction band offset between the contact-layer, such as 45, and the barrier layer, such as 44 (positive when the conduction band of the contact layer is lowest in energy). During operation at maximum applied bias, an electric field and associated depletion layer is not allowed in the active photon absorbing layer, such as 43. The photo-detector will also work at slightly lower bias values, when the edge of the photon absorbing layer next to the barrier layer can become accumulated. The bandgap of the barrier layer, such as 44, is more than, and ideally twice, that of the active photon absorbing layer, such as 43. For the n-type contact layer, such as 45, *either* its conduction band lies above the valence band of the barrier layer, such as 44, by more than, and ideally twice, the band-gap energy, $E_G^{\alpha}{}'$, of the photon absorbing layer, such as 43 (this is depicted schematically in figure 3), *or* its bandgap is more than, and ideally twice, the bandgap of the photon absorbing layer, such as 43.

Embodiment 1

A band diagram of a photo-detector according to a first embodiment of the invention is shown in Fig. 4a. The structure of the photo-detector is shown in Fig. 4b. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The

doping is typically in the range of $n < 10^{16}$ cm$^{-3}$ and the thickness is typically in the range of 1-10μm.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range of $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μm.

The barrier layer 12 is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm.

As shown in Fig. 4a, the bands, during operation, are essentially flat in all the three layers of the heterostructure. This requires a very low p-type doping (typical values: $p < 10^{15}$ cm$^{-3}$) in the middle barrier layer 12.

Embodiment 2

A band diagram of a second embodiment of the invention is shown in Fig. 5a. The structure of the second embodiment is shown in Fig. 5b. Unlike in embodiment 1, band bending is allowed in the barrier layer 12A. The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range, $n < 10^{16}$ cm$^{-3}$ and the thickness of the photon-absorbing layer 13 is typically in the range 1-10μ. The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ). The contact layer 11 is made of p-type GaSb with typical values of doping in the range $5\times10^{16} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 12A is made of GaAlSbAs alloy with thickness values typically in the range 0.05 - 1μm. The barrier layer 12A is a p-type material, with a typical doping range of $1\times10^{15} \leq p < 5 \times 10^{16}$ cm$^{-3}$. A depletion region exists in the barrier layer 12A but not in the photon absorbing layer 13. The

depletion region is usually confined to the barrier layer 12A but is allowed to extend a short distance into the p-type contact layer 11.

The boundary of the n-type photon absorbing layer 13 nearest the p-type barrier layer 12A is doped over one or two atomic monolayers with donor atoms such as, silicon, to form a $\delta$ – doping layer 15 having a typical doping of: $5\times10^{10} < n < 10^{12}$ $cm^{-2}$).

Embodiment 3

A band diagram of a third embodiment of the invention is shown in Fig. 6a. The structure of the third embodiment is shown in Fig. 6b. In the third embodiment, band bending is allowed in the barrier layer 16 and a short distance into the contact layer 11.

The n-type photon-absorbing layer 13 is made of InAsSb alloy. The doping is typically in the range of $n < 10^{16}$ $cm^{-3}$ and the thickness is typically in the range 1-10μ.

The use of InAsSb enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 11 is made of p-type GaSb with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ $cm^{-3}$ and thickness > 0.5μ.

The barrier layer 16 is made of GaAlSbAs alloy, with thickness typically in the range of 0.05 - 1μm.

The barrier layer 16 is n-type with a typical doping range of $1\times10^{15} \leq n < 5\times10^{16}$ $cm^{-3}$.

A n-type δ – doping layer 15, having a typical doping of $5\times10^{10} < n < 10^{12}$ $cm^{-2}$, may be included between the photon absorbing layer 13 and the barrier layer 16, as an option.

A depletion region exists in the barrier 16 and also a short distance into the p-type GaSb contact layer 11.

Embodiment 4

A band diagram of a fourth embodiment of the invention is shown in Fig. 7a. The structure of the fourth embodiment is shown in Fig. 7b.

The n-type photon-absorbing layer 13A is made of a type II superlattice that comprises alternating sub-layers of InAs and $Ga_{1-x}In_xSb$ (or alternating sub-layers of closely related semiconductor alloys, e.g. $InAs_{1-w}Sb_w$, $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$, etc. with $0\leq w \leq 1$, $0\leq x \leq 1$, $0\leq y \leq 1$, $0\leq z \leq 1$ and $x + y < 1$) and wherein the sub-layers each have a thickness typically in the range of 0.6-10 nm. The average doping over many sub-layers of the superlattice is typically in the range, $n < 10^{16}$ $cm^{-3}$ and thickness of the whole superlattice region is typically in the range 1-10μ.

The use of a type II InAs/InGaSb (or closely related) superlattice 13A enables operation in both the Mid-Wave Infra-Red (MWIR: 3 – 5μ) and in the Long-Wave Infra-Red (LWIR: 8 – 12μ) terrestrial atmospheric transmission windows, and also in the Very Long-Wave Infra-Red (VLWIR: 12 – 20μ) range.

The contact layer 11 is made of p-type GaSb, with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ $cm^{-3}$ and thickness > 0.5μ.

The barrier layer 16A is made of GaAlSbAs alloy with typical thickness values in the range 0.05 - 1μm.

The barrier layer 16A is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type $\delta$ – doping layer 15A, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 13A and the barrier layer 16A, as an option.

As shown in Fig. 7a, depletion regions exist in both the n-type barrier 16A and the p-type GaSb contact layer 11.

Although the valence band offset ($\Delta$ in Fig 2a) between the barrier layer 16A and the photon absorbing layer 13A is shown positive in Fig. 7a, it may be made negative up to a most negative value of about $-10kT_{op}$ by changing the amount of Aluminium and arsenic in the barrier.

Embodiment 5

A band diagram of a fifth embodiment of the invention is shown in Fig. 8a. The structure of the fifth embodiment is shown in Fig. 8b.

The n-type photon-absorbing layer 23 is made of InSb or InAlSb alloy. The doping is typically in the range, $n < 10^{16}$ cm$^{-3}$ and thickness is typically in the range 1-10μ.

The use of InSb or InAlSb alloy 23 enables operation in the MWIR atmospheric transmission window (3 - 5μ).

The contact layer 21 is made of p-type InSb or InAlSb alloy, with typical values of doping in the range $10^{17} < p < 5\times10^{18}$ cm$^{-3}$ and thickness > 0.5μ.

The barrier layer 26 is made of InAlSb alloy with typical thickness values in the range 0.05 – 0.3μm.

The InAlSb barrier layer 26A is n-type with a typical doping range of $1\times10^{15} \leq n < 5 \times 10^{16}$ cm$^{-3}$.

A n-type δ – doping layer 25, having a typical doping of $5\times10^{10} < n < 10^{12}$ cm$^{-2}$, may be included between the photon absorbing layer 23 and the barrier layer 26, as an option.

A depletion region exists in the n-type InAlSb alloy barrier 26 and also a short distance into the p-type InSb or InAlSb alloy contact layer 21.

The valence band offset (Δ in Fig 8a) between the InAlSb barrier layer 26 and the photon absorbing layer 23 is negative, and should be designed by changing the amount of Aluminium in the barrier to have a value of between $-3kT_{op}$ and $-10kT_{op}$. For growth of an InSb photon absorbing layer on an InSb substrate, and taking into account the strain splitting of the valence band in the barrier, which will make the valence band edge of the barrier layer 26 "light- hole" like in character, the typical Aluminium concentration in the barrier layer 26 will be about 10%-25% (e.g. for 10% the alloy composition is $In_{0.9}Al_{0.1}Sb$). The height of the barrier 26 in the conduction band may be less than the ideal value specified in characterizing features 5 and 7, but it still satisfies the basic requirements and provides strong suppression of the G-R dark current contribution from the contact layer 21.

Further Embodiments

In all embodiments, it is advantageous to join the boundary of the photon-absorbing layer 13, 13A, or 23 furthest from the barrier layer 12, 12A, 16, 16A, or 26 to a material 14, 14A or 24 of nearly the same composition as the photon absorbing layer material but with much higher n-doping (typical values: $n < 3 \times 10^{18}$ cm$^{-3}$), so that the valence band of the highly doped layer lies below the valence band of the photon absorbing layer by significantly

more than $3kT_{op}$. This can improve efficiency and electrical contact quality. However, it should be noted that layers 14, 14A or 24 are optional.

Embodiment 4 has a photon-absorbing layer based on a type II superlattice, and is closely analogous to embodiment 3, which has a photon-absorbing layer based on InAsSb alloy. Both of these embodiments have an n-type GaAlSbAs barrier layer and a p-type GaSb contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on a type II superlattice, which have a p-type GaAlSbAs barrier and a p-type GaSb contact layer, analogous to embodiments 1 and 2.

In embodiment 4, the p-type GaSb contact layer could be replaced with a p-type type II superlattice layer with a similar bandgap energy to that of the photon absorbing layer.

Embodiment 5 has an n-type InSb or InAlSb alloy photon absorbing layer, together with an n-type InAlSb alloy barrier layer and a p-type InSb or InAlSb alloy contact layer. It is clear that other variations can be devised with a photon-absorbing layer based on n-type InSb or InAlSb alloy, which have a p-type InAlSb alloy barrier and a p-type InSb or InAlSb alloy contact layer, analogous to embodiment 2.

The following Table 1 provides some approximate band offset ranges for materials when grown on GaSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (meV), Δ $\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| AlSb | $InAs_{0.91}Sb_{0.09}$ | 30 | 200 |
| GaSb | $InAs_{0.91}Sb_{0.09}$ | 390 | 560 |
| GaSb | InAs/InGaSb superlattice | 30 | 100 |

**Table 1**

Table 2 provides approximate bandgaps and cut-off wavelengths of Semiconducting materials at 77K that can be grown on GaSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (meV) | Approx. Cut-off wavelength (μm) |
|---|---|---|---|---|
| 11, 17 | GaSb | - | 800 | 1.55 |
| 12, 12A, 16 | $Ga_{0.5}Al_{0.5}Sb$ | - | 1560 | 0.80 |
| 12, 12A, 16 | AlSb | - | 1660 | (indirect gap) |
| 12, 12A, 16 | $Ga_{1-x}Al_xSb$ | 0 – 1 | 800 - 1660 | 1.55 – 0.74 |
| 13, 14, 15 | $InAs_{0.91}Sb_{0.09}$ | - | 310 | 4.0 |
| 13, 14, 15 | $InAs_{1-x}Sb_x$ | 0 - 0.2 | 410 - 260 | 3.0 - 4.8 |
| 13, 14, 15 | InAs/InGaSb superlattice | - | 60 - 400 | 3 - 20 |

**Table 2**

The following Table 3 provides approximate band offset range information for materials when grown on InSb substrates:

| Material 1 | Material 2 | Approx. Valence band offset (including strain effects) (meV), Δ $\Delta = E_V(1) - E_V(2)$ | |
|---|---|---|---|
| | | Min | Max |
| InSb | $In_{0.9}Al_{0.1}Sb$ | 20 | 40 |

**Table 3**

Table 4 provides approximate bandgap and cut-off wavelength information of Semiconducting material at 77K that can be grown on InSb substrates:

| Layer number | Material | Composition range (x) | Approx. Bandgap (including strain effects) (meV) | Approx. Cut-off wavelength (including strain effects) (μm) |
|---|---|---|---|---|
| 21,23,24,26 | $In_{1-x}Al_xSb$ | 0 – 0.3 | 225 - 565 | 5.5 – 2.2 |

**Table 4**

With reference to Figs. 4b, 5b, 6b, 7b, and 8b, the semiconductor layers are usually grown by modern semiconductor epitaxy methods such as Liquid Phase Epitaxy (LPE), Molecular Beam Epitaxy (MBE), Metal-Organic Vapour Phase Epitaxy (MOVPE), or any of their derivatives, onto a semiconductor substrate (17, 18, or 28) [e.g. see "Growth and Characterization of Semiconductors", edited by R A Stradling and P C Klipstein, published by Adam Hilger (1990), ISBN 0-85274-131-6]. For embodiments 1-4, a good choice of substrate is GaSb doped either p-type 17 (e.g. $p$ ~1-100 × $10^{16}$ $cm^{-3}$) or n-type 18 (e.g. $n$ ~1-100 × $10^{16}$ $cm^{-3}$). An n-type GaSb substrate 18 is usually preferred for MWIR applications due to its lower free carrier absorption of the IR radiation. In this case a p-type GaSb buffer layer 17, which conveniently forms an Ohmic contact with n-type InAsSb [e.g. see P C Klipstein et al, in

Semiconductor Hetero-Epitaxy, published by World Scientific, Singapore, page 515, ISBN 981 02 2479 6], may be grown ontop of the n-type GaSb substrate. GaSb is closely lattice matched to the materials used for the other layers (11, 12, 12A, 13, 13A, 14, 14A, 15, 16 and 16A). Other choices of substrate 18 include InAs, GaAs, Si, Ge, and compliant substrates. For embodiment 5, a good choice of substrate is n-type InSb 28 (e.g. $n$ ~1-3000 × $10^{15}$ $cm^{-3}$). InSb is closely lattice matched to the materials used for the other layers (21, 23, 24, 26). An n+ InSb buffer layer 27 should usually be grown (e.g. $n \sim 5\text{-}30 \times 10^{17}$ $cm^{-3}$). The high doping can be chosen to make the layer nearly transparent to MWIR radiation by exploiting the Moss Burstein effect, as reported by T Ashley et al., in "Large Format MWIR Focal Plane Arrays", in SPIE proceedings vol. 4820, page 400. Other choices of substrate 28 include InAs, GaAs, Si, Ge, and compliant substrates.

After growth, the wafer is etched into a mesa structure, after which the sides are passivated with a suitable chemical treatment and/or with the application of a suitable dielectric layer (for example, silicon nitride) and electrical contacts are then applied. The substrate is usually thinned to allow light 19 to pass without significant losses due to free carrier absorption. Schematic arrangements are shown in figures 4b, 5b, 6b, 7b and 8b.

It is a common practice, when producing focal plane array detectors, to make the top contact with an Indium Bump and to connect it to a pixel on a Silicon Read-Out Integrated Circuit (Si-ROIC). Note that in all embodiments of the structures shown in Figs. 4b, 5b, 6b, 7b and 8b, the p-type region is grown after the n-type region of the diode and forms the top part of the mesa. The diode is then termed p-on-n and is designed to operate with the top of the mesa biased negative. The opposite polarity can be achieved by growing the structure appropriately so that the diode is n-on-p rather than p-on-n.

In order to make a "multi-color detector" that is sensitive to at least two different wavelength ranges, two or more detector units, each comprising a contact layer 11 or 21, a barrier layer 12, 12A, 16, 16A or 26, a photon-absorbing layer 13, 13A, or 23, a highly doped layer 14, 14A or 24 and possibly a delta-doping layer 15, 15A or 25 as described above can be stacked where each photon-absorbing layer 13, 13A or 23 has a different cut-off wavelength. The light 19 should enter the detector unit with the shortest cut-off wavelength first. Stacking is particularly easy when a single detector unit is terminated with GaSb on both sides, as in embodiments 1-4. With a stack of detector units, separate contacts are made to the boundary of each detector unit, noting that only one contact is needed at each junction of two detector units, since it can be shared by both units. It should be noted that although there are known publications referring, e.g. to HgCdTe material used to make stacked conventional p-n detectors (e.g p-n-p or p-n-p-n), the contacts, however, are never all to layers of the same doping type, as is possible in the present invention as one of the options.

If two units are stacked back to back, and no external contact is made at the common boundary between the two units, a two-color detector is achieved in which sequential operation is possible. The selection of the detection wavelength is according to the bias, since only the detector that is reverse biased should respond.

It should be noted that the suppression of the dark current (or noise) in the photo-detector, as achieved by the present invention reduces the Johnson and Schott noise in the detector at a given operating temperature, to a level significantly below the level of that which exists in a homo-junction detector made from the same photon absorbing material. An important consequence of the noise reduction is allowing the operating temperature of the photo-detector, $T_{op}$, to be raised in comparison with that of a homo-junction detector

made from the same photon absorbing material and operating with the same level of Johnson or Schott noise.

While some embodiments of the invention have been described by way of illustration, it will be apparent that the invention can be carried into practice with many modifications, variations and adaptations, and with the use of numerous equivalents or alternative solutions that are within the scope of persons skilled in the art, without departing from the spirit of the invention or exceeding the scope of the claims.

## CLAIMS

1. A photo-detector with a reduced G-R noise, comprising a sequence of a p-type contact layer, a middle barrier layer and an n-type photon absorbing layer, said middle barrier layer having an energy bandgap significantly greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.
2. A photo-detector according to claim 1, wherein the following band alignments exist when all the bands are flat: the valence band edge of the barrier layer lies below the conduction band edge of the photon absorbing layer, the valence band edge of the contact layer lies below its own conduction band edge or the conduction band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer;
3. A photo-detector according to claim 2, wherein the middle barrier layer is a p-type material.
4. A photo-detector according to claim 2, wherein the middle barrier layer is an n-type material.
5. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the valence band edge of the photon absorbing layer lies below that of the barrier layer which in turn lies below that of the contact layer.
6. A photo-detector according to claim 2, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the valence band edge of the flat part of the photon absorbing layer lies below the valence band edge of the contact layer and an energy of not more than $10kT_{op}$ above the valence band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.
7. A photo-detector according to claim 2 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of $n < 10^{16}$ $cm^{-3}$.

8. A photo-detector according to claim 2, wherein the photon absorbing layer is an $InAs_{1-x}Sb_x$ alloy.
9. A photo-detector according to claim 2 wherein the photon absorbing layer is a type II superlattice material which comprises alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0\leq w \leq 1$, $0\leq x \leq 1$, $0\leq y \leq 1$, $0\leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers each have a thickness in the range of 0.6-10 nm.
10. A photo-detector according to claim 2, wherein the photon absorbing layer is InSb or an $In_{1-x}Al_xSb$ alloy.
11. A photo-detector according to claim 2 wherein the contact layer is p-type GaSb.
12. A photo-detector according to claim 2, wherein the contact layer is a p-type, type II superlattice comprising alternating sub-layers of $InAs_{1-w}Sb_w$ and $Ga_{1-x-y}In_xAl_ySb_{1-z}As_z$ with $0\leq w \leq 1$, $0\leq x \leq 1$, $0\leq y \leq 1$, $0\leq z \leq 1$ and $x + y < 1$ and wherein the sub-layers have a thickness in the range of 0.6-10 nm.
13. A photo-detector according to claim 2 wherein the contact layer is InSb or an $In_{1-x}Al_xSb$ alloy.
14. A photo-detector according to claim 2 wherein the middle barrier layer is a $Ga_{1-x}Al_xSb_{1-y}As_y$ alloy with $0\leq x \leq 1$ and $0\leq y \leq 1$.
15. A photo-detector according to claim 2 wherein the middle barrier layer is an
$In_{1-x}Al_xSb$ alloy.
16. A photo-detector according to claim 2 wherein the middle barrier layer has a thickness of between 0.05 and 1μm.
17. A photo-detector according to claim 2 wherein the barrier layer is low-doped p-type, typically $p < 10^{15}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer (12) and the n-type photon absorbing layer.
18. A photo-detector according to claim 2 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and an n-type δ–doping layer formed at the edge of the photon absorbing layer.

19. A photo-detector according to claim 2 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ cm$^{-3}$, and a p-n junction is formed between said barrier layer and a p-type, $p < 5\times10^{16}$ cm$^{-3}$, contact layer.

20. A photo-detector according to claim 2 wherein an n-type δ–doping layer, typically with $5\times10^{10} < n < 10^{12}$ donors cm$^{-2}$, is included at the edge of the photon absorbing layer.

21. A photo-detector according to claim 2 in which the n-type photon absorbing layer is terminated by a highly n-doped, $n < 3 \times 10^{18}$ cm$^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the valence band edge of said highly n-doped terminating layer lies below that of the n-type photon absorbing layer.

22. A photo-detector according to claim 2, grown on substrate selected from GaSb, InSb, InAs, GaAs, Ge, Si, InP or other substrate related material.

23. A photo-detector according to claim 2, grown on a compliant substrate

24. A photo-detector according to claim 2, grown by Liquid Phase Epitaxy (LPE).

25. A photo-detector according to claim 2, grown by vapour phase epitaxy, such as Molecular Beam Epitaxy (MBE) or Metal-Organic Vapour Phase Epitaxy (MOVPE) or one of their derivatives.

26. A photo-detector with a reduced G-R noise, comprising a sequence of a n-type contact layer, a middle barrier layer and an p-type photon absorbing layer, said middle barrier layer having an energy bandgap greater than that of the photon absorbing layer, and there being no layer with a narrower energy bandgap than that in the photon-absorbing layer.

27. A photo-detector according to claim 26, wherein the following band alignments exist when all the bands are flat: the conduction band edge of the barrier layer lies above the valence band edge of the photon absorbing layer, the conduction band edge of the contact layer lies above its own valence band edge or the valence band edge of the barrier layer by more than the bandgap energy of the photon absorbing layer.

28. A photo-detector according to claim 27, wherein the middle barrier layer is a p-type material.

29. A photo-detector according to claim 27, wherein the middle barrier layer is an n-type material.

30. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and when flat, the conduction band edge of the photon absorbing layer lies above that of the barrier layer which in turn lies above that of the contact layer.

31. A photo-detector according to claim 27, wherein when biased with an externally applied voltage, the bands in the photon absorbing layer next to the barrier layer are flat or accumulated, and the conduction band edge of the flat part of the photon absorbing layer lies above the conduction band edge of the contact layer, and an energy of not more than $10kT_{op}$ below the conduction band edge in any part of the barrier layer, where $k$ is the Boltzman constant and $T_{op}$ is the operating temperature.

32. A photo-detector according to claim 27 wherein the photon absorbing layer has a typical thickness of 1-10μ and doping of $p < 10^{16}$ $cm^{-3}$

33. A photo-detector according to claim 27 wherein the barrier layer is a low-doped n-type material and a p-n junction is formed between said barrier layer and the p-type photon absorbing layer.

34. A photo-detector according to claim 27 wherein the barrier layer is doped n-type, $n < 5 \times 10^{16}$ $cm^{-3}$ and a p-n junction is formed between said barrier layer and a p-type δ–doping layer formed at the edge of the photon absorbing layer.

35. A photo-detector according to claim 27 wherein the barrier layer is doped p-type, $p < 5 \times 10^{16}$ $cm^{-3}$, and a p-n junction is formed between said barrier layer and a n-type, $n < 5 \times 10^{18}$ $cm^{-3}$, contact layer.

36. A photo-detector according to claim 27 wherein a p-type δ–doping layer is included at the edge of the photon absorbing layer.

37. A photo-detector according to claim 27 in which the p-type photon absorbing layer is terminated by a highly p-doped, $p < 3 \times 10^{18}$ $cm^{-3}$, terminating layer of thickness 0.5 - 4μ, so that the conduction band edge of the highly p-doped terminating layer lies above that of the p-type photon absorbing layer.

38. A photo-detector sensitive to more than one wavelength band, comprising stacked detector units as in claim 1, claim 26, or a combination thereof, in which each detector unit has a different cut-off wavelength.

39. An array of identical detectors in which each detector is as in claim 1 or as in claim 26, connected to a silicon readout circuit by indium bumps.

40. An array of identical detectors in which each detector is sensitive to more than one wavelength band as in claim 38, and in which each detector is connected to a silicon readout circuit using one indium bump or using one indium bump per wavelength band.

# FIGURE 1
(prior art)



# FIGURE 2a


38
Depletion Region
36
p-type
37
n-type
34
35
E_B
E_C
33
E_G
Contact
E_F(p)
E_V
119
electron
60A
6A
E_C
E_F(n)
ξ
50A
E_G^α
Δ
5A
E_V
hole
118
4A
G-R
Center

# FIGURE 2b


34
35
119
electron
33
(1-α)E_G^Barrier
E_C
6B
E_F(p)
E_V
4B
G-R
Center
5B
E_C
E_F(n)
αE_G^Barrier
E_V
hole
118

# FIGURE 2c



35
34
33
119
electron
E_C
120C
6C
E_F(p)
E_V
5C
4C
G-R
Center
8C
hole
118
E_C
E_F(n)
E_V

# FIGURE 2d


39
119
electron
34
33
$E_C$
6D
4D
G-R
Center
5D
$E_F(p)$
$E_V$
hole
118
$E_C$
$E_F(n)$
$E_V$

# FIGURE 3


48
Depletion Region
46
n-type
47
p-type
44
43
Δ′
E_C
45
E_F(p)
E_V
ξ′
E_C
E_F(n)
E_V

# FIGURE 4a


12
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
EC
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
EV
Vbias
ξ
Δ
EF(n)
EC
EV

Figure 4b


-ve
11
p-GaSb
12
p-$Ga_{1-x}Al_xSb_{1-y}As_y$
13
n-type
photon
absorbing
layer
($InAs_{1-z}Sb_z$)
+ve
14
n+ $InAs_{1-z}Sb_z$
17
p-GaSb
18
n-GaSb (optional)
19

FIGURE 5a



15
n++
(δ-doped)
InAs1-zSbz
12A
p-type
Ga1-xAlxSb1-yAsy
11
p-type
GaSb
EC
13
n-type
InAs1-zSbz
14
n+
InAs1-zSbz
EF(p)
EV
ξ
Vbias
EF(n)
EC
Δ
EV

Figure 5b


-ve
11
p-GaSb
12A
p-$Ga_{1-x}Al_xSb_{1-y}As_y$
15
δ⁻-doping
n-type
photon
absorbing
layer
($InAs_{1-z}Sb_z$)
13
+ve
14
n+ $InAs_{1-z}Sb_z$
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 6a


16
n-type
$Ga_{1-x}Al_xSb_{1-y}As_y$
11
*p*-type
GaSb
$E_C$
13
14
*n*-type
$InAs_{1-z}Sb_z$
*n*+
$InAs_{1-z}Sb_z$
$E_F(p)$
$E_V$
$V_{bias}$
ξ
Δ
$E_F(n)$
$E_C$
$E_V$

Figure 6b


-ve
11
p-GaSb
16
n-Ga1-xAlxSb1-yAsy
15
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(InAs1-zSbz)
13
+ve
14
n+ InAs1-zSbz
17
p-GaSb
18
n-GaSb (optional)
19

FIGURE 7a


16A
11
n-type
p-type
GaSb
Ga1-xAlxSb1-yAsy
EC
13A
14A
n-type
SL
n+ SL
EF(p)
EV
Vbias
EF(n)
EC
EV

Figure 7b


-ve
11
p-GaSb
16A
$n\text{-}Ga_{1-x}Al_xSb_{1-y}As_y$
15A
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
(SL, e.g. $InAs/Ga_{1-y}In_ySb$)
13A
+ve
14A
n+ SL
17
p-GaSb
18
n-GaSb (optional)
19

# FIGURE 8a


26
n-type
In1-zAlzSb
21
p-type
In1-wAlwSb
23
n-type
In1-yAlySb
24
n+
In1-xAlxSb
EC
EF(p)
EV
Vbias
ξ
Δ
EF(n)
EC
EV

Figure 8b


-ve
21
p-$In_{1-w}Al_w$ Sb
26
n-$In_{1-z}Al_zSb$
25
δ⁻-doping
(OPTIONAL)
n-type
photon
absorbing
layer
($In_{1-y}Al_ySb$)
23
+ve
24
n+ $In_{1-x}Al_xSb$
27
n+-InSb
28
n-InSb
19

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 7 H01L31/101

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7 H01L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, INSPEC

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | PARK J ET AL: "Reduction of dark current in an n-type In0.3Ga0.7As/GaAs quantum well infrared photodetector by using a camel diode structure" SOLID STATE ELECTRONICS, ELSEVIER SCIENCE PUBLISHERS, BARKING, GB, vol. 46, no. 5, May 2002 (2002-05), pages 651-654, XP004346693 ISSN: 0038-1101 | 1,2,5, 20,22-25 |
| Y | the whole document | 7,12,16, 36,38-40 |

-/--

[X] Further documents are listed in the continuation of box C.

[X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 4 November 2004 | 12/11/2004 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL – 2280 HV Rijswijk<br>Tel. (+31–70) 340–2040, Tx. 31 651 epo nl,<br>Fax: (+31–70) 340–3016 | Boero, M |

Form PCT/ISA/210 (second sheet) (January 2004)

## INTERNATIONAL SEARCH REPORT

International Application No
PCT/IL2004/000573

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WATANABE I ET AL: "Extremely low dark current InAlAs/InGaAlAs quaternary well superlattice APD" PROCEEDINGS OF THE INTERNATIONAL CONFERENCE ON INDIUM PHOSPHIDE AND RELATED MATERIALS. NEWPORT, APR. 21 - 24, 1992, NEW YORK, IEEE, US, vol. CONF. 4, 21 April 1992 (1992-04-21), pages 246-249, XP010058406 ISBN: 0-7803-0522-1 | 26,27, 30,32 |
| Y | the whole document | 7,12,16, 36 |
| Y | WO 02/084740 A (EPIR LTD) 24 October 2002 (2002-10-24) the whole document | 38-40 |
| A | US 4 740 819 A (KAWATA MASAHIKO ET AL) 26 April 1988 (1988-04-26) the whole document | 1-37 |
| A | US 6 117 702 A (KYOZUKA SHINYA ET AL) 12 September 2000 (2000-09-12) the whole document | 1-37 |

Form PCT/ISA/210 (continuation of second sheet) (January 2004)

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No
PCT/IL2004/000573

| Patent document cited in search report | | Publication date | Patent family member(s) | | | Publication date |
|---|---|---|---|---|---|---|
| WO 02084740 | A | 24-10-2002 | US | 2003160172 | A1 | 28-08-2003 |
| | | | WO | 02084740 | A2 | 24-10-2002 |
| US 4740819 | A | 26-04-1988 | JP | 1733425 | C | 17-02-1993 |
| | | | JP | 4020274 | B | 02-04-1992 |
| | | | JP | 58057760 | A | 06-04-1983 |
| | | | JP | 1726746 | C | 19-01-1993 |
| | | | JP | 4010233 | B | 24-02-1992 |
| | | | JP | 58057761 | A | 06-04-1983 |
| | | | DE | 3277353 | D1 | 22-10-1987 |
| | | | EP | 0076495 | A2 | 13-04-1983 |
| | | | KR | 9000074 | B1 | 19-01-1990 |
| US 6117702 | A | 12-09-2000 | JP | 9237913 | A | 09-09-1997 |
| | | | US | 5847418 | A | 08-12-1998 |

Form PCT/ISA/210 (patent family annex) (January 2004)

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 1308 | photodetector WITH (reduc$5 WITH dark WITH current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:30 PM |
| L2 | 42511 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:30 PM |
| L3 | 53910 | (conduction WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:30 PM |
| L4 | 33999 | 2 AND 3 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L5 | 2180 | 4 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L6 | 909404 | barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L7 | 818 | 5 AND 6 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L8 | 64 | (thermalized WITH majority WITH carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L9 | 59 | 6 AND 8 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:31 PM |
| L10 | 54 | 9 AND dark ADJ current | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; | OR | ON | ON | 2023/03/01 02:31 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | IBM_TDB) | | | | |
| L11 | 42 | (shimon WITH maimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/01 02:32 PM |
| L12 | 87291 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L13 | 4372 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L14 | 9223 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L15 | 16312 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L16 | 4236 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L17 | 1728 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L18 | 2115 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L19 | 5991 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L20 | 5972 | h01l31/035236.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:47 AM |
| L21 | 5242 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; | OR | ON | ON | 2023/03/09 10:48 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB) | | | | |
| L22 | 2087 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L23 | 4365 | h01l31/1844.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L24 | 443990 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L25 | 18044 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L26 | 587609 | L12 L13 L14 L15 L16 L17 L18 L19 L20 L21 L22 L23 L24 L25 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 10:48 AM |
| L28 | 33 | (Artificial Intelligence) Publication Status Unavailable from Similarity Search<br>Text: (US-20190115490-A1 OR US-11245048-B2 OR US-11264528-B2 OR US-11462657-B1 OR US-20220052221-A9 OR US-20170358701-A1 OR US-20110309410-A1 OR US-RE48642-E OR US-7687871-B2 OR US-20070215900-A1 OR US-20100159631-A1 OR US-8003434-B2 OR US-9766130-B2 OR US-9117726-B2 OR US-20140159188-A1 OR US-RE48693-E OR CA-2646692-C OR US-20150372035-A1 OR CA-2646692-A1 OR WO-2007107973-A2 OR EP-2005480-A2 OR IL-194231-A OR EP-2087517-A1 OR WO- | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO)) | OR | ON | ON | 2023/03/09 10:59 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2008061141-A1 OR WO-2008061141-A9 OR EP-2005480-B1 OR KR-101099105-B1 OR KR-20100121707-A OR JP-2014239235-A OR KR-20090009206-A OR JP-2012134507-A OR JP-2009532852-A OR US-20110156097-A1 OR US-11063163-B1 OR US-9627563-B2 OR EP-2797122-B1 OR US-9647155-B1 OR KR-101037213-B1 OR EP-2454760-A2 OR US-20110037097-A1 OR WO-2011008979-A2 OR US-9196769-B2 OR US-20140374701-A1 OR US-8674406-B2 OR CN-112582497-A OR US-9276159-B2 OR US-10559706-B2 OR EP-3267493-B1 OR US-10777696-B1 OR US-10411146-B1).did. | | | | | |
| L29 | 5081 | 26 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:02 AM |
| L30 | 60175 | 26 AND (barrier WITH layer) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:02 AM |
| L31 | 5106 | 26 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:03 AM |
| L32 | 5 | (minimiz$5 WITH tunnel$4 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:03 AM |
| L33 | 372 | (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:04 AM |
| L34 | 12809 | (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; | OR | ON | ON | 2023/03/09 11:04 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | IBM_TDB) | | | | |
| L35 | 60 | 26 AND (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:04 AM |
| L36 | 330 | 26 AND (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:04 AM |
| L37 | 56 | (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:05 AM |
| L38 | 54 | 26 AND (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:05 AM |
| L39 | 1959 | (photoabsorb$4) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:06 AM |
| L40 | 68 | (photoabsorb$4) AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L41 | 281 | (tunnel$4 SAME thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L42 | 130 | (tunnel$4 SAME thermaliz$5) SAME carrier$1 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L43 | 6 | 39 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:07 AM |
| L44 | 4 | wo-2005004243-a1.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/03/09 11:13 AM |
| L45 | 1385 | photodetector WITH (reduc$5 WITH dark WITH current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; | OR | ON | ON | 2023/12/05 08:16 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB) | | | | |
| L46 | 44888 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L47 | 56636 | (conduction WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L48 | 35811 | 2 AND 3 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L49 | 2281 | 4 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L50 | 949762 | barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L51 | 849 | 5 AND 6 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L52 | 67 | (thermalized WITH majority WITH carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L53 | 62 | 6 AND 8 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L54 | 57 | 9 AND dark ADJ current | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L55 | 45 | (shimon WITH maimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L56 | 89285 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, | OR | ON | ON | 2023/12/05 08:16 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L57 | 4434 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L58 | 9461 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L59 | 17153 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L60 | 4388 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L61 | 1768 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L62 | 2160 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L63 | 6192 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L64 | 6078 | h01l31/035236.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L65 | 5392 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L66 | 2131 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L67 | 4513 | h01l31/1844.cpc. | (US-PGPUB; USPAT; | OR | ON | ON | 2023/12/05 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 08:16 AM |
| L68 | 444498 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L69 | 18316 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L70 | 591919 | L12 L13 L14 L15 L16 L17 L18 L19 L20 L21 L22 L23 L24 L25 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L71 | 33 | (Artificial Intelligence) Similar to: 17/897,162 with 0 CPC Selections and 0 Text Selections<br>Text: (US-20190115490-A1 OR US-11245048-B2 OR US-11264528-B2 OR US-11462657-B1 OR US-20220052221-A9 OR US-20170358701-A1 OR US-20110309410-A1 OR US-RE48642-E OR US-7687871-B2 OR US-20070215900-A1 OR US-20100159631-A1 OR US-8003434-B2 OR US-9766130-B2 OR US-9117726-B2 OR US-20140159188-A1 OR US-RE48693-E OR CA-2646692-C OR US-20150372035-A1 OR CA-2646692-A1 OR WO-2007107973-A2 OR EP-2005480-A2 OR IL-194231-A OR EP-2087517-A1 OR WO-2008061141-A1 OR WO-2008061141-A9 OR EP-2005480-B1 OR KR-101099105-B1 OR KR-20100121707-A OR JP-2014239235-A OR KR-20090009206-A OR | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO)) | OR | ON | ON | 2023/12/05 08:16 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | JP-2012134507-A OR JP-2009532852-A OR US-20110156097-A1 OR US-11063163-B1 OR US-9627563-B2 OR EP-2797122-B1 OR US-9647155-B1 OR KR-101037213-B1 OR EP-2454760-A2 OR US-20110037097-A1 OR WO-2011008979-A2 OR US-9196769-B2 OR US-20140374701-A1 OR US-8674406-B2 OR CN-112582497-A OR US-9276159-B2 OR US-10559706-B2 OR EP-3267493-B1 OR US-10777696-B1 OR US-10411146-B1).did. | | | | | |
| L72 | 5272 | 26 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L73 | 60639 | 26 AND (barrier WITH layer) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L74 | 5234 | 26 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L75 | 8 | (minimiz$5 WITH tunnel$4 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L76 | 387 | (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L77 | 13190 | (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L78 | 62 | 26 AND (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L79 | 338 | 26 AND (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L80 | 58 | (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L81 | 57 | 26 AND (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L82 | 2040 | (photoabsorb$4) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L83 | 72 | (photoabsorb$4) AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L84 | 287 | (tunnel$4 SAME thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L85 | 135 | (tunnel$4 SAME thermaliz$5) SAME carrier$1 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L86 | 8 | 39 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L87 | 4 | wo-2005004243-a1.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:16 AM |
| L88 | 42831 | (reduc$5 WITH dark WITH current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 08:22 AM |
| L89 | 62 | 88 AND valence near3 band AND conducting near3 band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; | OR | ON | ON | 2023/12/05 08:22 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | IBM_TDB) | | | | |
| L90 | 4 | wo-2005004243-a1.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 09:12 AM |
| L91 | 2 | "20230327044".pn. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 10:05 AM |
| L92 | 31 | (Artificial Intelligence) More like doc: US-20230327044-A1 Text: (US-11245048-B2 OR US-20190115490-A1 OR US-11264528-B2 OR US-11462657-B1 OR US-7687871-B2 OR US-20110309410-A1 OR US-20070215900-A1 OR US-RE48642-E OR US-9766130-B2 OR US-20150372035-A1 OR US-20220052221-A9 OR US-RE48693-E OR US-20170358701-A1 OR US-9117726-B2 OR US-20140159188-A1 OR US-20100159631-A1 OR US-8003434-B2 OR EP-2005480-B1 OR US-20110156097-A1 OR US-7227145-B2).did. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2023/12/05 10:05 AM |
| L93 | 1482 | photodetector WITH (reduc$5 WITH dark WITH current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L94 | 47921 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L95 | 60247 | (conduction WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L96 | 38156 | 2 AND 3 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB) | | | | |
| L97 | 2422 | 4 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L98 | 999229 | barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L99 | 907 | 5 AND 6 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L100 | 71 | (thermalized WITH majority WITH carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L101 | 66 | 6 AND 8 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L102 | 61 | 9 AND dark ADJ current | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L103 | 47 | (shimon WITH maimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L104 | 92077 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L105 | 4555 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L106 | 9767 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L107 | 18411 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L108 | 4587 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L109 | 1815 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L110 | 2230 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L111 | 6475 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L112 | 6244 | h01l31/035236.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L113 | 5617 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L114 | 2224 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L115 | 4716 | h01l31/1844.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L116 | 445342 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L117 | 18613 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L118 | 598217 | L12 L13 L14 L15 L16 | (US-PGPUB; USPAT; | OR | ON | ON | 2024/09/16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | L17 L18 L19 L20 L21 L22 L23 L24 L25 | USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 02:25 PM |
| L119 | 33 | (Artificial Intelligence) Similar to: 17/897,162 with 0 CPC Selections and 0 Text Selections<br>Text: (US-20190115490-A1 OR US-11245048-B2 OR US-11264528-B2 OR US-11462657-B1 OR US-20220052221-A9 OR US-20170358701-A1 OR US-20110309410-A1 OR US-RE48642-E OR US-7687871-B2 OR US-20070215900-A1 OR US-20100159631-A1 OR US-8003434-B2 OR US-9766130-B2 OR US-9117726-B2 OR US-20140159188-A1 OR US-RE48693-E OR CA-2646692-C OR US-20150372035-A1 OR CA-2646692-A1 OR WO-2007107973-A2 OR EP-2005480-A2 OR IL-194231-A OR EP-2087517-A1 OR WO-2008061141-A1 OR WO-2008061141-A9 OR EP-2005480-B1 OR KR-101099105-B1 OR KR-20100121707-A OR JP-2014239235-A OR KR-20090009206-A OR JP-2012134507-A OR JP-2009532852-A OR US-20110156097-A1 OR US-11063163-B1 OR US-9627563-B2 OR EP-2797122-B1 OR US-9647155-B1 OR KR-101037213-B1 OR EP-2454760-A2 OR US-20110037097-A1 OR WO-2011008979-A2 OR US-9196769-B2 OR US-20140374701-A1 OR US-8674406-B2 OR CN-112582497-A OR US-9276159-B2 OR | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO)) | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-10559706-B2 OR EP-3267493-B1 OR US-10777696-B1 OR US-10411146-B1).did. | | | | | |
| L120 | 5543 | 26 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L121 | 61203 | 26 AND (barrier WITH layer) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L122 | 5403 | 26 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L123 | 12 | (minimiz$5 WITH tunnel$4 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L124 | 403 | (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L125 | 13799 | (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L126 | 68 | 26 AND (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L127 | 348 | 26 AND (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L128 | 62 | (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L129 | 61 | 26 AND (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L130 | 2170 | (photoabsorb$4) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L131 | 76 | (photoabsorb$4) AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L132 | 302 | (tunnel$4 SAME thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L133 | 143 | (tunnel$4 SAME thermaliz$5) SAME carrier$1 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L134 | 10 | 39 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L135 | 4 | wo-2005004243-a1.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L136 | 1482 | photodetector WITH (reduc$5 WITH dark WITH current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L137 | 47921 | (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L138 | 60247 | (conduction WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L139 | 38156 | 2 AND 3 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L140 | 2422 | 4 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | IBM_TDB) | | | | |
| L141 | 999229 | barrier near3 layer | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L142 | 907 | 5 AND 6 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L143 | 71 | (thermalized WITH majority WITH carrier$1) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L144 | 66 | 6 AND 8 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L145 | 61 | 9 AND dark ADJ current | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L146 | 47 | (shimon WITH maimon).in. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L147 | 92077 | b82y20/00.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L148 | 4555 | g01j5/061.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L149 | 9767 | g01j5/20.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L150 | 18411 | g01j2005/0077.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L151 | 4587 | h01l23/38.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | JPO; DERWENT; IBM_TDB) | | | | |
| L152 | 1815 | h01l27/14669.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L153 | 2230 | h01l31/02966.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L154 | 6475 | h01l31/03046.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L155 | 6244 | h01l31/035236.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L156 | 5617 | h01l31/101.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L157 | 2224 | h01l31/1832.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L158 | 4716 | h01l31/1844.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L159 | 445342 | h01l2924/0002.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L160 | 18613 | y02e10/544.cpc. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L161 | 598217 | L12 L13 L14 L15 L16 L17 L18 L19 L20 L21 L22 L23 L24 L25 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L162 | 33 | (Artificial Intelligence) Similar to: | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 17/897,162 with 0 CPC Selections and 0 Text Selections<br>Text: (US-20190115490-A1 OR US-11245048-B2 OR US-11264528-B2 OR US-11462657-B1 OR US-20220052221-A9 OR US-20170358701-A1 OR US-20110309410-A1 OR US-RE48642-E OR US-7687871-B2 OR US-20070215900-A1 OR US-20100159631-A1 OR US-8003434-B2 OR US-9766130-B2 OR US-9117726-B2 OR US-20140159188-A1 OR US-RE48693-E OR CA-2646692-C OR US-20150372035-A1 OR CA-2646692-A1 OR WO-2007107973-A2 OR EP-2005480-A2 OR IL-194231-A OR EP-2087517-A1 OR WO-2008061141-A1 OR WO-2008061141-A9 OR EP-2005480-B1 OR KR-101099105-B1 OR KR-20100121707-A OR JP-2014239235-A OR KR-20090009206-A OR JP-2012134507-A OR JP-2009532852-A OR US-20110156097-A1 OR US-11063163-B1 OR US-9627563-B2 OR EP-2797122-B1 OR US-9647155-B1 OR KR-101037213-B1 OR EP-2454760-A2 OR US-20110037097-A1 OR WO-2011008979-A2 OR US-9196769-B2 OR US-20140374701-A1 OR US-8674406-B2 OR CN-112582497-A OR US-9276159-B2 OR US-10559706-B2 OR EP-3267493-B1 OR US-10777696-B1 OR US-10411146-B1).did. | WO)) | | | | |
| L163 | 5543 | 26 AND (dark ADJ current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L164 | 61203 | 26 AND (barrier WITH layer) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L165 | 5403 | 26 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L166 | 12 | (minimiz$5 WITH tunnel$4 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L167 | 403 | (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L168 | 13799 | (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L169 | 68 | 26 AND (minimiz$5 WITH thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L170 | 348 | 26 AND (minimiz$5 WITH tunnel$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L171 | 62 | (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L172 | 61 | 26 AND (block$3 WITH thermaliz$5 WITH majority) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L173 | 2170 | (photoabsorb$4) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L174 | 76 | (photoabsorb$4) AND | (US-PGPUB; USPAT; | OR | ON | ON | 2024/09/16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (dark ADJ current) | USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 02:25 PM |
| L175 | 302 | (tunnel$4 SAME thermaliz$5) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L176 | 143 | (tunnel$4 SAME thermaliz$5) SAME carrier$1 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L177 | 10 | 39 AND 42 | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L178 | 4 | wo-2005004243-a1.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L179 | 45722 | (reduc$5 WITH dark WITH current) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L180 | 66 | 88 AND valence near3 band AND conducting near3 band | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L181 | 4 | wo-2005004243-a1.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L182 | 2 | "20230327044".pn. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/16 02:25 PM |
| L183 | 33 | (Artificial Intelligence) More like doc: US-20230327044-A1 Text: (US-11961936-B2 OR US-11817522-B1 OR US-11245048-B2 OR US-20240222544-A1 OR US-20190115490-A1 OR US-11264528-B2 OR US-11462657- | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, | OR | ON | ON | 2024/09/16 02:25 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | B1 OR US-RE48642-E OR US-7687871-B2 OR US-20110309410-A1 OR US-20070215900-A1 OR US-9766130-B2 OR US-20150372035-A1 OR US-20220052221-A9 OR US-RE48693-E OR US-20170358701-A1 OR US-20140159188-A1 OR US-9117726-B2 OR US-20100159631-A1 OR CN-102265412-A).did. | RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L184 | 2 | "20240222544".pn. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/17 11:37 AM |
| L185 | 32 | (Artificial Intelligence) More like doc: US-20240222544-A1 Text: (US-11961936-B2 OR US-20230327044-A1 OR US-11817522-B1 OR US-11245048-B2 OR US-RE48642-E OR US-9766130-B2 OR US-11264528-B2 OR US-20190115490-A1 OR US-20150372035-A1 OR US-RE48693-E OR US-11462657-B1 OR US-20140159188-A1 OR US-9117726-B2 OR US-20220052221-A9 OR US-20170358701-A1 OR US-20110309410-A1 OR US-7687871-B2 OR US-20070215900-A1 OR US-20100159631-A1 OR EP-1642345-A1).did. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/17 11:37 AM |
| L186 | 4 | wo-2005004243-$.did. | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/17 12:03 PM |
| L187 | 48 | 161 AND (idca integrated WITH dewar WITH cooler) | (US-PGPUB; USPAT; USOCR; FIT (CN, FR, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/09/17 12:46 PM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N1 | 2247 | (dark ADJ current).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N2 | 281 | (valence ADJ band ADJ energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N3 | 20 | (conducting ADJ band ADJ energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N4 | 1881 | (conduction WITH gap).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N5 | 20 | 2 AND 3 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N6 | 19 | 4 AND 5 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:18 PM |
| N7 | 10 | 1 AND 6 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/08 01:19 PM |
| N8 | 20495 | b82y20/00.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N9 | 863 | g01j5/061.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N10 | 1949 | g01j5/20.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N11 | 2908 | g01j2005/0077.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N12 | 995 | h01l23/38.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N13 | 422 | h01l27/14669.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:44 AM |
| N17 | 459 | h01l31/02966.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N18 | 1588 | h01l31/03046.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N19 | 1612 | h01l31/035236.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N20 | 1154 | h01l31/101.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N21 | 426 | h01l31/1832.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N22 | 1070 | h01l31/1844.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N23 | 109767 | h01l2924/0002.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:46 AM |
| N24 | 4152 | y02e10/544.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:47 AM |
| N25 | 141538 | N8 N9 N10 N11 N12 N13 N17 N18 N19 N20 N21 N22 N23 N24 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:55 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N27 | 24870 | 25 AND (dop$3 WITH semiconductor) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N28 | 4112 | 25 AND (conduct$3 WITH band WITH energy) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N29 | 3202 | 25 AND (valence WITH band WITH energy) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N30 | 2916 | 28 AND 29 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N31 | 2581 | 25 AND (dark ADJ current) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:56 AM |
| N32 | 362 | 25 AND (charge WITH carrier$1 WITH tunnel$4) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:57 AM |
| N33 | 34 | 25 AND (charge WITH carrier$1 WITH thermaliz$4) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:57 AM |
| N34 | 7 | 32 AND 33 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:57 AM |
| N35 | 22 | (shimon WITH maimon).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 10:58 AM |
| N36 | 325 | 25 AND (valence WITH band WITH energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:05 AM |
| N37 | 478 | 25 AND (conduct$3 WITH band WITH energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:05 AM |
| N38 | 159 | 25 AND (dark ADJ current).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:06 AM |
| N39 | 27 | 37 AND 38 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:06 AM |
| N40 | 6994 | 25 AND (dop$3 WITH semiconductor).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/03/09 11:07 AM |
| N41 | 1387 | (valence WITH band WITH energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:27 AM |
| N42 | 164 | (conducting WITH band WITH energy).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:27 AM |
| N43 | 68 | (minimiz$5 WITH charge WITH carrier$1).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:28 AM |
| N44 | 7 | 41 AND 42 AND 43 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:28 AM |
| N45 | 24 | (shimon WITH maimon).in. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:51 AM |
| N46 | 22 | 45 AND (reduced WITH current) | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:52 AM |
| N47 | 11 | 46 AND tunneling.clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:55 AM |
| N48 | 2 | 46 AND thermalization.clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:55 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N49 | 11 | 47 OR 48 | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/05 08:55 AM |
| N50 | 21200 | (semiconductor WITH barrier WITH layer).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2024/09/17 11:36 AM |
| N51 | 46 | (minimize WITH charge WITH carriers).clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2024/09/17 11:36 AM |
| N52 | 6 | 50 AND 51 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/09/17 11:37 AM |

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/603,519** | **03/13/2024 12:48:12 PM Z ET** | **1407CON11-Maimon_camera** |

## Title of Invention

CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9369 | FILED BY | Shalom Wertsberger |
| PATENT CENTER # | 64665948 | FILING DATE | - |
| CUSTOMER # | 23521 | FIRST NAMED INVENTOR | Shimon Maimon |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | - |

## Documents

## TOTAL DOCUMENTS: 4

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| 00_1407con11_ADS.pdf | 9 | Application Data Sheet | 1227 KB |
| 05-1407CON11-Declaration.pdf | 2 | Oath or Declaration filed | 147 KB |
| 01_1407CON11_Specs.pdf | 27 | Specification | 264 KB |
| 03-1407_CON11_Updated_drawings.pdf | 13 | Drawings-only black and white line drawings | 7351 KB |

Warning: The attached file contains comments or annotations. Comments are not recommended and may cause processing problems with the document.

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| 00_1407con11_ADS.pdf | 24C593170CFB6593044AEB56E3C0129EB16450EB15A1CC157C62C343077233A280473DF14607567BF1C8ADE914C013CC8FFB2780E01424C5A3DC426928B5A00C |
| 05-1407CON11-Declaration.pdf | 3A4D54A0BD424583959E3F19C2CEE80E665532D5EFCF86A1BA7A9D03303B10BBE27DB414D36E497D69F9DFF1521125C309DA17D3BBA4769BC8843695E99D7519 |
| 01_1407CON11_Specs.pdf | CD575F81ACCC208E9A6D19F3329F82D99DDEEEBE90D0B4A89E8AE82E73F5D34395AAD22C07BA7BF6510C07E7438CAEA1F936CB5BBB291791F85627F283B8D216 |
| 03-1407_CON11_Updated_drawings.pdf | 146A70CE7507FEFE07D7286C0BB10CB5D2CE6A0D3AA4B21DE796EA40042A37F4B5B52B11953C3F4045D6A13F9BDA681DA1DD0217A002E4679A10120A7E1EE6B2 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.


10
65
Metal Layer
50
Contact Layer
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1A


100
65
Metal Layer
65
Metal Layer
110
Contact Area
110
Contact Area
40
Barrier Layer
30
Photo Absorbing Layer
20
Substrate
Metal Layer
60

Fig. 1B




Fig. 1C




Fig. 2A




Fig. 2B




Fig. 3A




Fig. 3B


1000
Provide Substrate
1010
Deposit Photo Absorbing Layer on Substrate
1020
Select Barrier Layer Material to Block Flow of Thermalized Majority Carriers from Photo Absorbing Layer and Allow Flow of Minority Carriers
1030
Deposit Selected Barrier Layer Material, Preferably Directly on Absorbing Layer, to a Thickness Sufficient to Prevent Tunneling
1040
Deposit Contact Layer, Preferably Directly on Barrier Layer
1050
Define Contact Areas, Preferably by Selective Etching
1060
Deposit Metal Layer on Contact Areas
1070
Deposit Metal Layer on Substrate

Fig. 4



Figure 5A - Prior Art



Figure 5B - Prior Art



Figure 5C - Prior Art



Figure 5D - Prior Art



Figure 5E - Prior Art



Figure 5F - Prior Art




Figure 6 – Prior Art




Figure 7 - Prior Art




Figure 8




Figure 9




Fig. 10A




Fig. 10B

JA2666




FIG. 11



FIG. 11A



FIG. 11B

Fig. 11C



12/13

Figure 12






Fig. 13A




Fig. 13B




Fig. 13C

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/603,519** | **03/13/2024 12:48:12 PM Z ET** | **1407CON11-Maimon_camera** |

## Title of Invention

CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9369 | FILED BY | Shalom Wertsberger |
| PATENT CENTER # | 64665948 | AUTHORIZED BY | - |
| CUSTOMER # | 23521 | FILING DATE | - |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Shimon Maimon |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| **CARD / 7256** | **E20243CC49377803** | **Shalom Wertsberger** |

**PRE-AUTHORIZED ACCOUNT**

**501392**

**PRE-AUTHORIZED CATEGORY**

**37 CFR 1.16 (National application filing, search, and examination fees); 37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.19 (Document supply fees); 37 CFR 1.20 (Post Issuance fees); 37 CFR 1.21 (Miscellaneous fees and charges)**

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 1111 | UTILITY PATENT APPL. SEARCH FEE | 700.00 | 1 | 700.00 |
| 1011 | BASIC FILING FEE - UTILITY (PAPER FILING ALSO REQUIRES NON-ELECTRONIC FILING FEE UNDER 1.16(T)) | 320.00 | 1 | 320.00 |
| 1311 | PATENT APPL. EXAMINATION FEE | 800.00 | 1 | 800.00 |
| 1054 | Non-DOC-X Filing Surcharge | 400.00 | 1 | 400.00 |

| | |
|---|---|
| TOTAL AMOUNT: | $2,220.00 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

- ☒ The attached application, or
- ☐ United States application or PCT international application number ______________________ filed on ______________________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Shimon Maimon Date (Optional) : ______________________

Signature: /Shimon Maimon/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |
| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shimon | | Maimon | |

**Residence Information (Select One)** ◉ US Residency ◯ Non US Residency ◯ Active US Military Service

| City | Rochester | State/Province | NY | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| Address 1 | 136 Willshire Road | | |
| Address 2 | | | |
| City | Rochester | State/Province | NY |
| Postal Code | 14618 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. Add

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | | |
|---|---|---|---|
| Customer Number | 23521 | | |
| Email Address | shalom@saltamar.com | Add Email | Remove Email |

## Application Information:

| | | | |
|---|---|---|---|
| Title of the Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR | | |
| Attorney Docket Number | 1407CON11-Maimon_camera | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 13 | Suggested Figure for Publication (if any) | 1B |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |

| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 23521 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 18205537 | 2023-03-06 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |
| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR | |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 18205537 | Continuation of | 17181669 | 2022-08-28 | 11817522 | 2023-11-14 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 17181669 | Continuation of | 16199212 | 2018-11-25 | 11245048 | 2022-02-18 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16199212 | Division of | 15679487 | 2017-08-17 | 11164528 | 2022-03-01 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15679487 | Continuation in part of | 14822433 | 2015-08-10 | 9766130 | 2017-09-19 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 14822433 | Continuation in part of | 13964883 | 2013-08-12 | 9117726 | 2015-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 13964883 | Continuation in part of | 13167992 | 2011-06-24 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13167992 | Continuation of | 112656739 | 2010-02-16 | 8003434 | 2011-08-23 |
| Prior Application Status | Patented | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 112656739 | Division of | 11276962 | 2006-03-19 | 7687871 | 2010-03-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

## Foreign Priority Information:

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |
| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR | |

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |
| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |
| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1** Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section. Clear

○ Assignee ○ Legal Representative under 35 U.S.C. 117 ○ Joint Inventor

○ Person to whom the inventor is obligated to assign. ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |

| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Shalom Wertsberger/ | | | Date (YYYY-MM-DD) | 2024-03-13 |
|---|---|---|---|---|---|
| First Name | Shalom | Last Name | Wertsberger | Registration Number | 43,359 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 1407CON11-Maimon_camera |
|---|---|---|
| | Application Number | |

| Title of Invention | CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# CAMERA HAVING A REDUCED DARK CURRENT PHOTODETECTOR

**[0001]** This application is related to, and hereby incorporates by reference the following United States Patent Applications in their entirety: 11/276,962 filed March 19, 2006; 12/656,739 filed February 16, 2020; 13/033,211 filed 2/23/2011; 13/167,992 filed June 24, 2011; 13/662,981 filed September 19, 2012; 13/694,883 filed August 12, 2013; 14/822,433 filed August 10, 2015; 15/679 filed August 17, 2017; 16/199,212 filed November 25, 2018; 17/181,669 filed February 22, 2021, and reissue applications 16/503,534 and 16/503,537, both filed July 4, 2019; 17/897,162 filed August 28, 2022, and 18/205,537 filed June 3, 2023; 17/897,162 filed August 28, 2022, and 18/205,537 filed June 3, 2023.

## Field of the invention

**[0002]** The invention relates generally to the field of semiconductor based photo-detectors and in particular to a photo-detector exhibiting a barrier region between an active semiconductor region and a contact semiconductor region.

## Background of the Invention

**[0003]** Photo-detectors are used in a wide variety of applications including imaging. A specific type of photo-detector sensitive to the infra-red wavelengths of light is also known as an infra-red detector. Infra-red covers a broad range of wavelengths, and many materials are only sensitive to a certain range of wavelengths. As a result, the infra-red band is further divided into sub-bands such as near infra-red defined conventionally as 0.75-1.4 μm; short wavelength infra-red defined conventionally as 1.3-3 μm; mid wavelength infra-red defined conventionally as 3-8 μm; and far infra-red defined conventionally as 15-1,000 μm. Infra-red in the range of 5 μm to 8 μm is not well transmitted in the atmosphere and thus for many infra-red detection applications mid-wavelength infra-red is referred to as 3-5 μm.

**[0004]** Infra-red detectors are used in a wide variety of applications, and are particularly in wide use in the military field where they are used as thermal detectors in night vision equipment, air borne systems, naval systems and missile systems. Highly accurate thermal detectors have been produced using InSb and HgCdTe p-n junction diodes, however these thermal detectors require cooling to cryogenic temperatures of around 77 K which is costly. Examples of these existing technologies are presented in Figures 5A to Figure 5F. The cryogenic temperatures primarily are

used to reduce the dark current generated in the p-n junction diode by among other effects Shockley Reed Hall (SRH) generation.

**[0005]** There are three main contributions to the dark current, denoted as $I_{dark}$, of photodiodes based on narrow band gap semiconductors. The fluctuations of the dark current components are a major factor in the noise that limits the device performance. These components are:

a) a generation current associated with the Shockley-Reed-Hall (SRH) process in the depletion region, $I_{srh}$;

b) a diffusion current associated with auger or radiative processes in the extrinsic area, $I_{diff}$; and

c) a surface current associated with the surface states in the junction, $I_{surf}$. The surface current depends primarily on the passivation process done for the device.

Thus, $I_{dark}$ can be expressed as:

$$I_{dark} = I_{srh} + I_{diff} + I_{surf} \qquad \text{Equation 1}$$

**[0006]** The SRH generation process is very efficient in the depletion region of photodiodes where the mid-gap traps are highly activated. It is the main source of the dark current in photodiodes operable for mid-wavelength infrared at temperatures below 200K. The current associated with this source is:

$$J_{SRH} \approx q \frac{n_i}{\tau_{SRH}} W_{dep} \qquad \text{Equation 2}$$

where $n_i$ is the intrinsic concentration of the semiconductor, $W_{dep}$ is the depletion width (typically in the range of 1 μm), and $\tau_{SRH}$ is the SRH lifetime of minority carriers in the extrinsic area. The SRH lifetime of minority carriers in the extrinsic area depends on the quality of the material, i.e. the trap concentration, and is typically in the range of ~1μsec in low doped material ($\sim 10^{16} cm^{-3}$). The dependence of SRH current on $n_i$ produces an activation energy of $E_g/2$ ($n_i \sim \exp(-\frac{\frac{E_g}{2}}{kT})$), because the source of this generation process is through mid-gap traps. A secondary source of dark current in photodiodes is thermal generation in the neutral regions and diffusion to the other side of the junction. This thermal generation current depends on the auger or radiative process in this area, and is expressed as:

$$J_{diff} \approx q p_n \times \frac{1}{\tau_{diff}} \times \mathrm{L} = q \times \frac{n_i^2}{N_d} \times \frac{1}{\tau_{diff}} \times \mathrm{L} \qquad \text{Equation 3}$$

where $\tau_{diff}$ is the lifetime, and in an n-type material exhibiting a doping concentration, denoted $N_d$, of $\sim 1 - 2 \cdot 10^{16} cm^{-3}$ is in the range of ~ 0.5 μsec, depending only slightly on temperature. L

is the width of the neutral region of the device or the diffusion length of minority carriers (the smaller of the two) and $p_n$ is the hole concentration in the active n type semiconductor in equilibrium and it equal to $\mathrm{n_i^2}/N_d$. The activation energy of the diffusion current is $E_g$, $(n_i{}^2 \sim \exp{(-\frac{E_g}{kT})})$ as the process involves band to band excitation.

**[0007]** Additionally, p-n junction diodes, and particularly those produced for thermal imaging require a passivation layer in the metallurgic junction between the p and n layers. Unfortunately this is often difficult to achieve and significantly adds to the cost of production.

**[0008]** US Patent No. 7,687,871 to the present inventor, from which these specifications claim priority, disclosed a reduced dark photodetector having a photoabsorber, an undoped barrier layer, and a contact layer. In a perfectly undoped barrier layer little or no bias voltage is required to operate the photodetector which further reduces electrical noise levels during operation.

**[0009]** Contamination is a constant problem in the manufacture of semiconductor devices, and even more so in the production of photodetectors which is expensive and consumes many complex resources. Thus any system which may reduce such expenses and allow usage of simpler techniques provide significant advantages and is highly thought after. Contaminated device often present undesired characteristics and behaviors.

**[0010]** There is thus a long felt need for a thermal imaging device that uses a photo-detector with reduced dark noise. Preferably the photo-detector would be sensitive to the mid wavelength infra-red band and not require expensive passivation in production. Further preferably the photo-detector would be operable at significantly higher temperatures than 77K. Further preferably the thermal imaging device would be able to operate for longer periods, be lighter and require less power, when compared to the existing technology in the art. There is a further ongoing need to mitigate the costs or performance issues stemming from contamination during manufacturing of such devices.

## Summary of the invention

**[0011]** Accordingly, it is a principal object of the present disclosure to overcome the disadvantages of the existing technological deficiencies of photo-detectors and their application within thermal imaging devices, with particular reference to mid and long wavelength infra-red detectors. This is facilitated in the present invention by a photo-detector sensitive to a target waveband comprising a

photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0012]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0013]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0014]** An exemplary photo-detector of the present disclosure comprises: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a barrier layer comprising a charge carrier compensated semiconductor, the barrier layer having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that it exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a

thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0015]** In certain embodiments the barrier layer charge carrier compensated semiconductor having an energy band gap and associated conduction and valence band energies, the barrier layer being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are close within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer

**[0016]** In one embodiment of the photo detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is n-doped. In a further embodiment, the contact area exhibits a valence band energy level substantially equal to the valence band energy level of the n-doped semiconductor of the photo absorbing layer.

**[0017]** However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

**[0018]** Accordingly in an aspect of the invention there is provided a photo-detector comprising: a photo absorbing layer comprising an n-doped semiconductor exhibiting a valence band energy level and a conducting band energy level; a charge-carrier compensated barrier layer, a first side

of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area being adjacent a second side of the barrier layer opposing the first side, the barrier layer having a thickness and being doped at sufficient amount and polarity of charge carriers to exhibit a band gap sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of thermalized majority carriers from the photo absorbing layer to the contact area. In certain embodiment the barrier layer is being intentionally doped by dopants of opposing types, and in other embodiments the barrier layer is being contaminated and doped by dopants of opposing types to those introduced into the barrier layers by the contamination.

**[0019]** In certain embodiments the doping charge-carriers introduced into the barrier layer are Beryllium, but such charge carriers may also be Carbon, Silicon, Tellurium, Tin and other atoms that behave as dopant for III-V material system.

**[0020]** In certain embodiment the barrier layer comprises AlSb, AlAsSb, AlGaSb, AlInSb, AlGaAsSb, AlGaInAsSb, or any combination thereof.

**[0021]** In one embodiment of the photo detector the contact area is p-doped. In one further embodiment the contact area exhibits a valence band energy level greater than the valence band energy level of the n-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0022]** In one embodiment of the photo detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. Preferably, the photo-detector further comprises an additional metal layer in contact with the contact area.

**[0023]** In one embodiment of the photo detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In a further embodiment the photo absorbing layer is constituted of one of n-doped InAs, n-doped InAsSb, n-doped InGaAs, n-doped Type II super lattice InAs/InGaSb and n-doped HgCdTe. In a yet further embodiment of the photo detector the

contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In a yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0024]** In one embodiment of the photo detector the photo absorbing layer and the contact area arc constituted of n-doped HgCdTe and the barrier layer is constituted of HgZnTe, and in another embodiment the photo absorbing layer and the contact layer are constituted of n-doped type II super lattice InAs/InGaSb and the barrier layer is constituted of AlGaAsSb.

**[0025]** In another embodiment of the photo detector the photo absorbing layer is constituted of n-doped InAsSb, the barrier layer is constituted of AlGaAsSb and the contact layer is constituted of p-doped GaSb. In one embodiment the photo absorbing layer exhibits a thickness on the order of the optical absorption length.

**[0026]** Another embodiment of a photo-detector comprises: a photo absorbing layer comprising a p-doped semiconductor exhibiting a conduction band energy level and a valence band energy level; a barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a conduction band energy level substantially equal to the conduction band energy level of the photo absorbing layer and a valence band energy level exhibiting a significant band gap in relation to the valence band of the photo absorbing layer; and a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side, the barrier layer exhibiting a thickness, the thickness and the band gap being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact area.

**[0027]** In one embodiment of a photo-detector the barrier layer comprises an undoped semiconductor. In another embodiment the contact area is p-doped. In one further embodiment of a photo-detector the contact area exhibits a conduction band energy level substantially equal to the conduction band energy level of the p-doped semiconductor of the photo absorbing layer.

**[0028]** In one embodiment of a photo-detector the contact area is n-doped. In one further embodiment the contact area exhibits a conduction band energy level less than the conduction band energy level of the p-doped semiconductor of the photo absorbing layer. In another further embodiment the barrier layer comprises an undoped semiconductor.

**[0029]** In one embodiment of a photo-detector the photo absorbing layer is operable to generate minority carriers in the presence of light energy exhibiting a wavelength of 3-5 microns. In another embodiment the photo-detector further comprises a substrate exhibiting a first side adjacent a second side of the photo absorbing layer, the second side of the photo absorbing layer opposing the first side of the photo absorbing layer, the substrate exhibiting a second side in contact with a metal layer. In a further embodiment the photo-detector further comprises a metal layer in contact with the contact area.

**[0030]** In one embodiment of a photo-detector the barrier layer comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb, InAlAs, InAlAsSb, and HgZnTe. In one further embodiment the photo absorbing layer is constituted of one of p-doped InAs, p-doped InAsSb, p-doped InGaAs, p-doped Type II super lattice InAs/InGaSb and p-doped HgCdTe. In one yet further embodiment the contact area is constituted of one of InAs, InGaAs, InAsSb, Type II super lattice InAs/InGaSb, HgCdTe and GaSb. In one yet further embodiment the contact area and the photo absorbing layer exhibit substantially identical compositions.

**[0031]** An exemplary method of producing a photo-detector, comprises: providing a substrate; depositing on the substrate a photo absorbing layer comprising a doped semiconductor exhibiting an energy level associated with non-conducting majority carriers; depositing on the deposited photo absorbing layer a barrier layer exhibiting a thickness, an energy level associated with minority carriers of the photo absorbing layer substantially equal to the energy level of the photo absorbing layer and a band gap associated with majority carriers of the photo absorbing layer; and depositing on the deposited barrier layer a contact layer comprising a doped semiconductor, the thickness and the band gap of the barrier layer being sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer and to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer.

**[0032]** In one embodiment the method further comprises selectively etching the deposited contact layer to define a plurality of contact areas. In another embodiment at least one of depositing the photo absorbing layer, depositing the barrier layer and depositing the contact layer is done via one of molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy and liquid phase epitaxy.

**[0033]** It is noted that while the photodetector is preferably manufactured on a substrate as described, certain embodiments may remove the substrate or a portion thereof in the final photodetector, and thus in an embodiment of the invention there is provided a photo detector.

**[0034]** Additional features and advantages of the invention will become apparent from the following drawings and description.

## Short description of drawings

**[0035]** For a better understanding of the invention and to show how the same may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings in which like numerals designate corresponding elements or sections throughout.

**[0036]** With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention, the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

**[0037]** FIG. 1A illustrates a high level schematic view of the layers of a single photo-detector according to an embodiment of the principle of the invention;

**[0038]** FIG. 1B illustrates a side view of a multi-pixel photo-detector according to an embodiment of the principle of the invention;

**[0039]** FIG. 1C illustrates a top level view of the multi-pixel photo-detector of FIG. 1B according to a principle of the invention;

**[0040]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped;

**[0041]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped;

**[0042]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped;

**[0043]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; and

**[0044]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the multi pixel photo-detector of FIGS. 1B-1C.

**[0045]** FIG. 5a, 5B, 5C, 5D, 5E and 5F illustrate examples of existing applications of the prior-art photo-detector technology.

**[0046]** FIG. 6 illustrates the existing external components of an exemplary thermal imaging device with an integrated dewar cooler assembly, hereafter IDCA.

**[0047]** FIG. 7 illustrates the internal components of an exemplary application of the disclosed subject matter.

**[0048]** FIG. 8 illustrates an exemplary linear micro cooler (Ricor's K527 split) that is utilized in conjunction with the disclosed subject matter.

**[0049]** FIG. 9 illustrates resultant improvement in cooling power requirements.

**[0050]** FIG. 10A illustrates a mother board joined to FPA.

**[0051]** FIG. 10B illustrates a FPA and motherboard located within IDCA arrangement.

**[0052]** FIG. 11 illustrates a schematic application of the disclosed subject matter. Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 disposed on a TEC 1145.

**[0053]** FIG. 12 illustrates an operational flow chart of an exemplary optical imaging device with an IDCA comprising the disclosed FPA.

**[0054]** Fig. 13A depicts simplified energy band diagram in an undoped barrier layer. Fig. 13B depicts a simplified energy band diagram of an N-type doped barrier layer. Fig. 13C depicts a simplified energy band diagram of a P-type doped barrier.

## Detailed Description

**[0055]** The present embodiments enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of an optical absorption length of the target waveband. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not significantly block minority carriers.

**[0056]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have substantially no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0057]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0058]** Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is applicable to other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

**[0059]** FIG. 1A illustrates a high level schematic view of the layers of a photo-detector 10 according to an embodiment of the principle of the invention comprising a substrate 20, a photo absorbing

layer **30**, a barrier layer **40**, a contact layer **50**, a metal layer **60** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to a thickness of between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer 30 comprises one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0060]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer **30** and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to contact layer **50**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer 40 comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer 40 is comprised of AlAsxSb1-x with x~0.15, and thus there is ~0 valence band offset.

**[0061]** Fig. 13A depicts a simplified energy band diagram for an undoped barrier layer. The skilled in the art would readily understand that a photodetector having an undoped barrier, and exhibiting energy band diagram approximated by Fig. 13A would operate at a very small, and even at zero, bias voltage, as there is no band bending or any barriers that would place minority carriers in the forbidden band. Yet clearly the rise in the conduction band energy Ec significantly above the Fermi level would block majority carries flow.

**[0062]** Fig. 13B depicts a simplified band energy diagram for an N-type doped barrier, which as seen will form a depleted zone, and thus will generate band bending above the conduction bands and in the absorber and the contact layers, resulting from the continuation of the electric field. The noted dip in the valance energy level would act to inhibit minority carrier transfer.

**[0063]** Fig. 13C depicts a simplified band energy diagram of a P-type doped barrier, which would generates a depleted zone in the absorber. The depleted zone would generate SRH (Shocley Rheed Hall) currents, and cause an energy well below the barrier. The well will collect the minority carriers and prevent their transfer to the contact layer, thus impairing the operation of the device as a focal plane array. Additionally, once this well is populated with carriers it will cause a short circuit in the barrier layer and thus result in a short circuited focal plane array.

**[0064]** It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice. However in certain Molecular Beam Epitaxy (MBE) systems oxygen, carbon, and other elements often contaminates growing materials. Unintended contamination by such contaminants is often most significant when growing materials like AlAsSb, GaAlSb, AlSb and InAlSb. Oxygen is oftentimes the main source of contamination, and typically chemically couples to layers having aluminum, with AlSb compositions being especially vulnerable. In such layers oxygen behaves as a deep donor and its level depends on the MBE system state and internal cleanliness. Carbon monoxide and carbon dioxide, water, and the like are common sources for oxygen contamination as well as others like carbon. Commonly some MBE systems present an oxygen density in the barrier layer approximating a low of ~2e17cm-3 and some MBE systems may present oxygen density approximating such high levels as ~1e19cm-3. This deep donors will cause a depletion zone and will generate the undesirable band banding in the barrier.

**[0065]** In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

**[0066]** An aspect of the invention solves the contamination problem by compensating the charge donor concentrations by introducing acceptors to the barrier layer. Beryllium, carbon, or other P-type dopant in sufficient concentrations would in compensated charge carrier barrier layer which in turn would result in smaller effective charge density in the barrier (charge density=q(Nd-Na) where q is the electron charge =1.6e-19 columb, Nd being the donor concentration and Na being the acceptor concentration).

**[0067]** The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally. By creating a number of photodetector devices and measuring the required bias voltage to have the device operate satisfactorily. Several iterations may be required to bracket the required amount of dopant required to achieve the desired result, however once found a large number of devices may be made, until conditions within the MBE system change to require yet another determination.

**[0068]** Further, in certain embodiments some doping of the barrier may be desired in order to adjust characteristics of the barrier, such as crystallographic characteristics, electrical characteristics, and the like. In such cases the barrier layer may be doped by the desired dopant, but the doping is compensated by an opposing type dopant, to substantially provide the desired energy bands of an undoped barrier layer. Notably, variations of dopant concentrations throughout the barrier layer are also contemplated.

**[0069]** Following is a non-limiting example for the process required to determine the amount of doping required to obtain the 'substantially undoped barrier layer' equivlance. The example assumes that the sources of the contamination is Oxygen, and that the dopant elected to compensate for the contamination is Beryllium. The design requirements of the example call for of operation bias voltage of 50 mV or less. A batch of photodetectors is manufactured utilizing a specific MBE system, without adding any beryllium, and the bias voltage required for operating the devices is then measured and potentially averaged. If the operating voltage is higher than required 50 mV a second batch of photodetectors is made where the barrier layer is doped by a selected

amount of beryllium, and the second batch is tested. Additional batches are tested as required with beryllium is added between batches until the devices meet the specified tolerance, or until the devices begin to underperform, such as by developing depletion currents because of excessively over compensation. Such currents would imply that the photodetector has in effect became a diode and that the amount of beryllium must be reduced.

**[0070]** Once the correct amount of compensation doping is determined per machine a large number of photodetectors may be produced and common quality control techniques may be used to indicate when a different amount is required. Small adjustments would likely be required for compensation of relatively small deviations from the design requirements.

**[0071]** Contact layer **50** is deposited on barrier layer **40**. Contact layer **50** functions to absorb the minority carriers diffused from the absorbing layer 30 and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define the detector area. Advantageously etching of barrier layer **40** or absorbing layer **30** is not required. Metal layer **65** is deposited on contact layer **50**, and in an exemplary embodiment is constituted of gold. Metal layers **60**, **65** enable the connection of an appropriate bias, and a connection to detect a flow of current from photo absorbing layer **30** to contact layer **50.**

**[0072]** FIG. 1B illustrates a side view of a multi-pixel photo-detector **100** according to an embodiment of the principle of the invention comprising substrate **20**, photo absorbing layer **30**, barrier layer **40**, a first and second contact area **110**, a metal layer **6** and a metal layer **65**. Substrate **20** is provided as a base for deposition and has deposited on one face metal layer **60** for connection to electronic circuitry. In an exemplary embodiment metal layer **60** is constituted of gold. Photo absorbing layer **30** is deposited on the second face of substrate **20** opposing the first face. Photo absorbing layer **30** comprises a doped semiconductor responsive to photons of the object wavelength, and preferably is deposited to a thickness on the order of an optical absorption length. In one embodiment photo absorbing layer **30** is deposited to between one and two times the optical absorption length. In an exemplary embodiment photo absorbing layer **30** comprises one of n-doped InAs; n-doped InAsSb; n-doped InGaAs; n-doped type II super lattice of the type InAs/InGaSb; and n-doped HgCdTe. In an alternative embodiment absorbing layer **30** comprises

one of p-doped InAs; p-doped InAsSb; p-doped InGaAs; p-doped type II super lattice of the type InAs/InGaSb; and p-doped HgCdTe.

**[0073]** The substrate is generally transparent to wavelengths of interest. However as certain substrates may block certain portions of the spectrum, in some embodiments the substrate, or portions thereof, may be removed to allow all the spectrum of interest to be detected by the photodetector array.

**[0074]** Barrier layer **40** is deposited directly on photo absorbing layer **30** without requiring passivation. Barrier layer **40** is deposited to a thickness sufficient to substantially prevent tunneling of majority carriers from photo absorbing layer 30 to first and second contact area **110**, and in an exemplary embodiment is deposited to a thickness of 50-100 nm. Barrier layer **40** comprises a material selected to exhibit a high band gap barrier for majority carriers from photo absorbing layer 30 and substantially no band gap barrier for minority carriers. Barrier layer **40** is thus sufficient to block both the flow of thermalized majority carriers and the tunneling of majority carriers from photo absorbing layer **30** to first and second contact area **110**. Thus, for an n-type photo absorbing layer 30, the band gap difference appears in the conduction band, whereas substantially no band gap offset appears in the valence band. In one embodiment barrier layer **40** comprises one of AlSb, AlAsSb, GaAlAsSb, AlPSb, AlGaPSb and HgZnTe. In an exemplary embodiment photo absorbing layer 30 comprises n-doped InAs and barrier layer **40** is comprised of $AlAs_xSb_{1-x}$ with x~0.15, and thus there is ~0 valence band offset.

**[0075]** Contact layer **50** as described above in relation to FIG. 1A is deposited on barrier layer **40**. Contact layer **50**, which as will be described further is etched to define first and second contact area **110**, functions to absorb the minority carriers diffused from the absorbing layer **30** and is essentially a contact layer. In an exemplary embodiment contact layer **50** is deposited to a thickness of 20-50 nm and is constituted of one of InAs; InAsSb; InGaAs; type II super lattice of the type InAs/InGaSb; HgCdTe and GaSb. Contact layer **50** may be n-doped or p-doped without exceeding the scope of the invention. Advantageously, contact layer **50** may be constituted of the same material as photo absorbing layer **30**. Contact layer **50** is etched, preferably by photolithography, to define first and second contact area **110**. Advantageously etching of barrier layer 40 or absorbing layer **30** is not required. In an exemplary embodiment a selective etchant is used which does not etch barrier layer **40**. Metal layer **65** is deposited on each of first and second contact area **110**, and in an exemplary embodiment is constituted of gold. Thus, a single photo

absorbing layer and barrier layer is utilized, with each unetched portion of contact layer 50 defining a pixel or individual detector.

**[0076]** The above has been described in an embodiment in which two pixels, or detectors are defined, however this is not meant to be limiting in any way. A large array of photo-detectors produced as above is specifically included in the invention.

**[0077]** FIG. 1C illustrates a top level view of multi-pixel photo-detector **100** of FIG. 1B according to a principle of the invention showing barrier layer **40**, first and second contact area **110** and metal layer **65** defined on each of first and second contact area **110**.

**[0078]** FIG. 2A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is n-doped, in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy band level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **100** represents the energy band levels within photo absorbing layer **30**, area **110** represents the energy band levels within barrier layer **40** and area **120** represent the energy band levels within contact layer **50**.

**[0079]** The valence band energy level is substantially constant throughout areas **100**, **110** and **120**, and thus minority carriers are not obstructed from flowing from photo absorbing area **100** to contact area **120**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **120**. Barrier layer 40, represented by area **110**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area 110 is high enough so that there is negligible thermal excitation of majority carriers over it. Area **120** shows energy band levels on a par with that of area **100** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **120** is slightly higher than their values in photo absorbing area **100** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area 100 to contact area **120**.

**[0080]** FIG. 2B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and

the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **150** represents the energy band levels within photo absorbing layer **30**, area **160** represents the energy band levels within barrier layer **40** and area **170** represent the energy band levels within contact layer **50**.

**[0081]** The conduction band energy level is substantially constant throughout areas **150**, **160** and **170**, and thus minority carriers are not obstructed from flowing from photo absorbing area 150 to contact area **170**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **170**. Barrier layer **40**, represented by area **160**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **160** is high enough so that there is negligible thermal excitation of majority carriers over it. Area **170** shows energy band levels on a par with that of area **150** however this is not meant to be limiting in any way. In one embodiment $E_f$ in contact layer area **170** is slightly higher than their values in photo absorbing area **150** with the increase being attributed to an increased doping concentration. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **150** to contact area **170**.

**[0082]** FIG. 3A illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is n-doped and the contact layer is p-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **200** represents the energy band levels within photo absorbing layer **30**, area **210** represents the energy band levels within barrier layer **40** and area **220** represent the energy band levels within contact layer **50**.

**[0083]** The valence band energy level is substantially constant throughout areas **200** and **210** and is higher in area **220**, and thus minority carriers are not obstructed from flowing from photo absorbing area **200** to contact area **220**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **220**. Barrier layer **40**, represented by area **210**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of

area **210** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **200** to contact area **220**.

**[0084]** FIG. 3B illustrates the energy band levels of an embodiment of the structure of FIG. 1 according to the principle of the invention in which the photo absorbing layer is p-doped and the contact layer is n-doped; in which the x-axis indicates position along the structure of FIG. 1 and the y-axis indicates energy levels in an arbitrary illustrative manner. Three energy band levels are depicted: $E_v$, the valence band energy level; $E_f$, the Fermi energy band level; and $E_c$ the conducting band energy level. Area **250** represents the energy band levels within photo absorbing layer **30**, area **260** represents the energy band levels within barrier layer **40** and area **270** represent the energy band levels within contact layer **50**.

**[0085]** The conduction band energy level is substantially constant throughout areas **250** and **260** and it is lower in area 270, and thus minority carriers are not obstructed from flowing from the photo absorbing area **250** to contact area **270**. It is to be noted that due to the energy levels the minority carriers are captured in contact area **270**. Barrier layer **40**, represented by area **260**, is thick enough so that there is negligible tunneling of majority carriers through it. In an exemplary embodiment barrier layer **40** is deposited to a thickness of 50-100 nm, and the band gap barrier of area **260** is high enough so that there is negligible thermal excitation of majority carriers over it. It is to be noted that no depletion layer is present and therefore there is no SRH current. Photocurrent is a result of optically generated minority carriers which diffuse from photo absorbing area **250** to contact area **270**.

**[0086]** FIG. 4 illustrates a high level flow chart of the process of manufacture of the photo-detector of FIG. 1. In stage 1000 a substrate material is provided as a support for deposition. In stage **1010**, a photo absorbing layer is deposited on the substrate. Preferably the photo absorbing layer is deposited to a thickness on the order of the optical absorption length and in an exemplary embodiment is deposited to a thickness of between one and two times the optical absorption length.

**[0087]** In stage **1020**, a barrier material is selected such that the flow of thermalized majority carriers from the photo absorbing layer deposited in stage 1010 would be negligible, and the flow of minority carriers is not impeded. In stage 1030, the barrier material selected in stage **1020** is deposited to a thickness sufficient to prevent tunneling of majority carriers through the barrier

material. In an exemplary embodiment the thickness is between 50 and 100 nm. Preferably the barrier material is deposited directly on the photo absorbing layer deposited in stage **1010**.

**[0088]** In stage **1040**, a contact layer is deposited, preferably directly on the barrier material deposited in stage 1030. In stage **1050**, the desired contact areas are defined. Preferably, the contact areas are defined by photolithography and a selective etchant which stops on the top of the barrier layer. Alternatively, the etchant may be controlled to stop once the uncovered portions of contact layer 50 are removed. Thus, the depth of the etch is equivalent to the thickness of the contact layer **50**. Advantageously, in an exemplary embodiment no other layer is etched.

**[0089]** In stage **1060** a metal layer is deposited on the contact areas defined in stage **1050** so as to enable electrical connection. Preferably the metal layer is deposited directly on the contact areas defined in stage **1050**. In stage **1070**, a metal layer is deposited on substrate **20** provided in stage **1000** so as to enable electrical connection.

**[0090]** Deposition of the photo absorbing layer of stage **1010**, the barrier layer of stage **1030** and the contact layer of stage 1040 may be accomplished by any means known to those skilled in the art including, without limitation molecular beam epitaxy, metal organic chemical vapor deposition, metal organic phase epitaxy or liquid phase epitaxy.

**[0091]** Thus the present embodiment enable a photo-detector sensitive to a target waveband comprising a photo absorbing layer, preferably exhibiting a thickness on the order of the optical absorption length. In an exemplary embodiment the photo absorbing layer is deposited to a thickness of between one and two times the optical absorption length. A contact layer is further provided, and a barrier layer is interposed between the photo absorbing layer and the contact layer. The barrier layer exhibits a thickness sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact layer, and a band gap barrier sufficient to block the flow of thermalized majority carriers from the photo absorbing layer to the contact layer. The barrier layer does not block minority carriers.

**[0092]** An infra-red detector in accordance with the principle of the invention can be produced using either an n-doped photo absorbing layer or a p-doped photo absorbing layer, in which the barrier layer is designed to have no offset for minority carriers and a band gap barrier for majority carriers. Current in the detector is thus almost exclusively by minority carriers. In particular, for an n-doped photo absorbing layer the junction between the barrier layer and the absorbing layer is such that there is substantially zero valence band offset, i.e. the band gap difference appears almost exclusively in the conduction band offset. For a p-doped photo absorbing layer the junction

between the barrier layer and the absorbing layer is such that there is substantially zero conduction band offset, i.e. the band gap difference appears almost exclusively in the valence band offset.

**[0093]** Advantageously the photo-detector of the subject invention does not exhibit a depletion layer, and thus the dark current is significantly reduced. Furthermore, in an exemplary embodiment passivation is not required as the barrier layer further functions to achieve passivation.

**[0094]** An exemplary application of the disclosed subject matter is the inclusion of an array of photo detectors within a focal plan array, hereafter FPA, which form an integral component of optical imaging devices, including thermal imaging devices. Use of the disclosed subject matter within the FPA enables improved thermal imaging device performance, including but not limited to, weight, duration of operation, power requirements, cost, pixel operability and durability.

**[0095]** Figures 5A, 5B, 5C and 5D present hand-held imaging systems, which utilize the existing photo detector technology.

**[0096]** Figures 5E and 5F present aviation technology, which utilize the existing photo detector technology, including the Lockheed Sniper Pod and the Northrop Grumman EOTS pod.

**[0097]** Figure 6 presents a further example of the existing technology, wherein light enters the apparatus through the front lens optic **602**, interacts with the apparatus internal electroptic componentary **604**, where it is converted from infra-red light to an electric signal, which is transmitted and presented on the apparatus' display **606**.

**[0098]** Figure 7 presents in greater detail the essential components of an exemplary integrated dewar cooler system, hereafter IDCS. In one embodiment, light enters the system **700** through the front optic **704**, the light than is received by the FPA, which is located on the cold finger of the dewar **702**, and is maintained at a cryogenic temperature. In one embodiment of the disclosure, the FPA operates at a temperature of 150K. In other embodiments, the FPA can operate across a temperature spectrum of between 77K and 150K. The IDCS further comprises a micro-cooler **706**, which is responsible for the refrigeration of the FPA.

**[0099]**

**[00100]** Figure 8 presents an exemplary split linear micro cooler system, comprising a cooler **902** connected via tubing **904** to a cold finger **906**, and an external controller **908** connected via wiring

**910** to cooler. The exemplary cooler system presented is the Ricor k527 split linear micro cooler. *In other embodiment a variety of micro cooler systems can be used.*

**[00101]** Figure 9 illustrates the micro-cooler power consumption per heat load across a spectrum of cold finger temperatures.

**[00102]** Figure 10A presents the FPA 1002 coupled to a motherboard 1004, which forms a FPA arrangement that can connect to the cold finger.

**[00103]** Figure 10B presents an IDCS in greater detail, wherein light enters the dewar **1114** via the optical window **1110**, with a micro-cooler **1102** providing refrigeration for the FPA.

**[00104]** Figure 11 illustrates an exemplary schematic IDCA arrangement. The system operates by allowing light through the front element **1110** which is an optical window located behind a fronting lens, not shown. Light enters through the optical window before interacting with the FPA **1114**. The FPA arrangement comprises an array of photo-detectors, coupled to a motherboard. The FPA arrangement is contained within the cold finger of a cryogenic vacuum sealed dewar **1116-1112**, which is refrigerated by the micro cooler **1102**. The dewar additional comprising: a getter unit **1104**; a cold shield 1108 contained within the window envelope **1112**, which are positioned on the cold finger **1116**. Light interacts with the FPA arrangement, which produces a photo-electronic signal in response. The photo-electronic signal is in turn transmitted from the FPA arrangement via wiring to the feed-through pins **1106**.

**[00105]** The IDCA arrangements described heretofore for utilize gas displacement based cryogenics system, such as Stirling cycle systems, pulse tube systems, and the like. Such systems are heavy, relatively complex and expensive. However the low dark current of detectors according to the present invention allow utilization of thermo-electric coolers (TEC hereinafter) utilizing the Peltier effect. TEC's are light relatively inexpensive, and require no moving parts which increase system life time. Certain TEC devices are capable of reaching as low as 150 K and below, which allow practical uses of detectors according to the present invention in many applications such as the applications described herein and extending to other devices as well, such as, by way of non-limiting example, heart beat sensing cameras, firefighters heat sensing cameras, health care systems, and potentially even in cellular telephone devices, as well as other heat sensing applications in the military and commercial applications. It is noted that such weight savings would be highly appreciated in the military field, making heat sensing devices light enough to be carried by the individual soldier, without reducing the soldier's fighting ability. Weight saving is also of extreme importance to the aerospace industry, and this aspect of the present invention

extends to light sensing equipment in all those fields, while utilizing photodetectors in accordance with the present invention coupled to a TEC.

**[00106]** Fig. 11A depicts schematically a single stage TEC, and Fig. 11B depicts a multi-stage TEC. Fig. 11C depicts schematically a FPA 1114 in accordance with the present invention, disposed on a TEC 1145. A cold shield 1147 surrounds the FPA so as to prevent spurious radiation from the dewar side walls into the sensor. The TEC 1145, the FPA 1114 and the cold shield 1147 are disposed within a dewar 1149 having an optical window. Notably, due to the relatively high operating temperature, the dewar does not have to be a vacuum dewar, and instead may be filled with inert gas. However a vacuum dewar is also explicitly contemplated.

**[00107]** Figure 12 presents an flow chart diagram of an exemplary operational process of the disclosed subject matter, comprising: light being generated at source **1202**; light entering the apparatus through the front lens element **1204**; light interacting with the FPA **1206**; the FPA generating a electro message **1208**; the electro message being transmitted from the FPA to the IDCA's feeder tubes **1210;** the electro message being received by the devices electronics **1214**; wherein the device either display the image **1216** or transmits the image to an external display device **1218.**

**[00108]** In one embodiment, the optical imaging device containing the IDCA has an interchangeable front lens element. In other embodiment, the front lens element may be fixed, may be fixed and variable, and other arrangements as standard in the art.

**[00109]** In one embodiment of the disclosed subject matter, the IDCA with an array of improved photo detector is accommodated within amateur, professional, or commercial optical devices. In other embodiments, the IDCA is located within military equipment. Aviation examples include precision targeting devices, or Electro Optic Targeting Systems (EOTS).

**[00110]** In yet another embodiment, the IDCA can comprise a plurality of FPA.

**[00111]** Examples of the above disclosure included but is not limited to, incorporation of the claimed IDCA within: Lockheed Sniper Pod Technology; Lockheed EOTS pods; AN/AAQ-37 F-35 Distributed Aperture System (DAS made by Northrop Grumman) and other similar technology; hand-held personal cameras; professional cameras; and security optical devices; another example is missile seeker. The disclosed IDCA apparatus could also be incorporated into the existing technologies outlined in the background of the invention.

**[00112]** It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features of the invention which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination.

**[00113]** Unless otherwise defined, all technical and scientific terms used herein have the same meanings as are commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods are described herein.

**[00114]** All publications, patent applications, patents, and other references mentioned herein are incorporated by reference in their entirety. In case of conflict, the patent specification, including definitions, will prevail. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

**[00115]** It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined by the appended claims and includes both combinations and sub-combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description

Claims:

1. A camera comprising:

an integrated dewar cooler assembly (IDCA) having an optical window;

a photodetector disposed within the IDCA to receive light passing through the optical window the photodetector comprising:
a photo absorbing layer comprising a n-doped semiconductor exhibiting a valence band energy and a conducting band energy during operation of the photo-detector;

a semiconductor barrier layer, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, the energy gap being sufficient to minimize charge carriers tunneling and thermalization; and,

a contact area comprising a doped semiconductor, the contact area adjacent a second side of the barrier layer opposing the first side;

the barrier layer exhibiting a thickness, the thickness and the band gap selected to be sufficient to minimize tunneling of majority carriers between the photo absorbing layer and the contact area and substantially block the flow of thermalized majority carriers between the photo absorbing layer and the contact layer .

2. A camera as claimed in claim 1, wherein the barrier layer comprises at least one Aluminum (Al) compound.

3. A camera as claimed in claim 1, wherein the contact layer comprises one or more individual sections which are separate from each other in a direction across the photo-detector, each section corresponding to an individual detector element.

4. A camera as claimed in claim 1, wherein during operation the barrier layer functions to achieve passivation of the photo-detector layer.

Abstract

A camera having an integrated dewar cooler assembly (IDCA) with an optical window, and a reduced dark current photodetector disposed within the IDCA to receive light passing through the optical window. The photodetector comprising a semiconductor photo absorbing layer, a semiconductor barrier layer having a thickness and a first side adjacent a side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, and a contact area comprising a doped semiconductor, the contact area is adjacent a second side of the barrier layer opposing the first side. The energy gap and/or the thickness of the of the barrier layer is sufficient to minimize charge carriers tunneling and thermalization.

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 18603519 Document Date: 03/13/2024

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date: March 1, 2019

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHIMON MAIMON,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 24-cv-1832 C<br>Judge Matthew H. Solomson |

**DECLARATION OF JEFFREY BOKOR IN RESPONSE TO DANIEL WASSERMAN DECLARATION IN SUPPORT OF CLAIM CONSTRUCTION**

# TABLE OF CONTENTS

TABLE OF CONTENTS....1

I. INTRODUCTION AND ASSIGNMENT.... 2

II. QUALIFICATIONS.... 3

III. MATERIALS CONSIDERED.... 3

IV. ADDITIONAL LEGAL PRINCIPLES PROVIDED BY COUNSEL.... 4

V. THE CARRIER-FLOW TERMS PROVIDE REASONABLY CLEAR TECHNICAL BOUNDARIES.... 4

A. The Intrinsic Evidence Provides Objective Criteria to Determine the Majority and Minority Carrier Flows in the Claimed Barrier....7

1. "Block," "substantially block," and "inhibit" terms are definite.... 8

2. "Facilitate," "Enable," and "Allow" are definite terms..... 12

3. "Prevent" and "Minimize" Account for Real Semiconductor Behavior .. 15

B. Usage of These and Similar Terms by Others in the Field Corroborates the Terms Are Sufficiently Understood by POSITAs and Are Definite.....16

C. The phrase "the energy gap being sufficient to minimize charge carriers tunneling and thermalization" is not indefinite....18

D. "Minimized Depletion Zones"....22

VI. A POSITA WOULD UNDERSTAND THE MEANING OF "CONTACT AREA" AND "CONTACT LAYER" LIMITATIONS OF THE '522 PATENT CLAIMS 1 AND 4.... 22

VII. DR. WASSERMAN'S "DOPED," "N-DOPED," AND "UNDOPED" CONSTRUCTIONS ARE INCORRECT WHEN VIEWED IN LIGHT OF THE PATENT.... 26

## I. INTRODUCTION AND ASSIGNMENT

1. My name is Jeffrey Bokor. I am the Paul R. Gray Distinguished Professor of Engineering, Emeritus, and a Professor in the Graduate School in the Department of Electrical Engineering and Computer Sciences at the University of California, Berkeley.

2. I have been retained by AddyHart LLC on behalf of Dr. Shimon Maimon in this action. I previously submitted an Opening Declaration on September 10, 2026 ("Opening Decl.") concerning claim construction and a technology tutorial. I incorporate that tutorial and my discussion of the Maimon patent family here. I have now been asked to respond to opinions expressed by Dr. Daniel Wasserman regarding certain claim terms and whether several terms are indefinite from the perspective of a person of ordinary skill in the art ("POSITA").

3. In particular, I address patent language concerning whether the barrier in the Maimon patents identified by Dr. Wasserman facilitate, enable, or allow minority-carrier current while inhibiting, blocking, or substantially blocking majority-carrier current found in claims 1, 12, 13, and 15 of the '871 patent; claims 10, 12, 14 and 17 of the '642 patent; claim 1 of the '528 patent; claims 1 and 2 of the '657 patent; and claims 1 and 9 of the '522 patent. Wasserman Decl. Sections B and C. I will also address language concerning preventing or minimizing charge carrier tunneling and thermalization or depletion zones and the reference to "the contact area" and "the contact layer" in claims 1, 4, and 7 of U.S. Patent No. 11,817,522 (the "'522 patent"). Wasserman Decl. Sections D, E, and F. I also address Dr. Wasserman's interpretation of "doped," "n-doped," and "undoped" terms in claims 1, 9, 10, 12, 13 and 16 of the '871 patent; claims 1, 10, 12, 16 and 18 of the '642 patent; claim 1 of the '528 patent; claims 1 and 2 of the

’657 patent; and claims 1 and 9 of the ’522 patent. Wasserman Decl. Section A. For the reasons explained below, I disagree with Dr. Wasserman.

4. My opinions are offered based on information available to me as of the date of this declaration. I reserve the right to amend, correct, and supplement my positions herein to the extent based on any additional Court rulings or evidence received.

## II. QUALIFICATIONS

5. My qualifications are set out in my prior declaration and curriculum vitae. In summary, my education, research, and teaching have concerned semiconductor physics, semiconductor devices, nanophotonics, electronic materials, and nanofabrication for several decades. I have taught and supervised graduate research involving energy bands, carrier transport, tunneling, heterostructures, and semiconductor-device design.

6. I apply the same definition of the POSITA that I used in my prior declaration; however, I have reviewed the POSITA formulation applied by Dr. Wasserman and am of the opinion that my positions in this declaration or my prior declaration will not change if the Court applies Dr. Wasserman’s POSITA standard.

## III. MATERIALS CONSIDERED

7. I considered Dr. Wasserman’s declaration and the documents he cites in support; the asserted patents and their prosecution histories; my prior declaration; the claim language and cited patent figures; and the references identified in this declaration. I also considered the knowledge and experience of a person of ordinary skill in semiconductor-device physics as of the relevant dates.

## IV. ADDITIONAL LEGAL PRINCIPLES PROVIDED BY COUNSEL

8. Counsel has informed me that a patent claim must particularly point out and distinctly claim the subject matter which the inventor regards as the invention. If a claim term does not, then it is considered indefinite. However, I understand that all claim terms have inherent limitations of language and absolute or mathmatical precision is not required to satisfy the defininess requirement. Claim terms are not indefinite merely because it uses a term of degree. The question is whether the claims, read in light of the specification and prosecution history context, inform a POSITA about the scope of a claim term with reasonable certainty. While a claim term cannot be purely subjective or left to the aesthetic judgment of individuals with no objective standards, a claim limitation can still use terms of degree.

9. Counsel has also informed me that the indefiniteness inquiry is conducted from the perspective of a POSITA, and whether guideposts have been provided such that a POSITA could determine objective boundaires of the claims. To do so, I understand that the patent specification, examples, figures, and the prosecution history can supply the required guidance for a POSITA.

## V. THE CARRIER-FLOW TERMS PROVIDE REASONABLY CLEAR TECHNICAL BOUNDARIES

10. A unipolar barrier infrared detector of the type described in Dr. Maimon's patents is designed to be carrier-selective, such that the majority carriers of a device are blocked while minority carriers are allowed to flow. Those minority carriers are used to measure the photocurrent created by infrared radiation the system intends to detect. In an nBn-type implementation, electrons are the majority carriers and holes are the minority carriers. As shown below in the energy-band diagram for an nBn implementation (Figure 2A of the '871 patent),

there is a significant energy offset in the conduction-band (Ec) at the barrier layer (element 110) that is used to block electron transport between the photoabsorbing layer (Element 100) and the contact layer (Element 120) with little or no valence-band offset so as to permit hole transport.




Fig. 2A

**Figure 1. '871 patent energy-band diagrams (Fig. 2A).**

The roles of the electrons and holes are reversed in a corresponding pBp-type implementation as shown in Figure 2B of the '871 patent.

11. The detector, however, does not operate by demanding that literally no majority carrier ever crosses the barrier. Thermionic excitation (*i.e.*, thermalization) and tunneling as described in the patents are determined by the laws of quantum mechanics, and the resulting currents depend on how probable it is for an electron or hole to cross a barrier rather than abosolute blocking or allowance of flows. Thus, the issue is not necessarily whether a majority carrier could ever make it through the barrier given enough time, but whether in a given design the probability of that happening is sufficiently low, such that any passage of majority carriers is negligible and will have virtually no noticeable effect on the detector. That probability depends on many known design variables, including the height of the barrier band offset, barrier

thickness, temperature, doping, and the composition of material used. A POSITA can analyze and measure the currents of the device to determine any such effect.




**Figure 2: Energy Band Diagram of nBn Detector in Operation and Under Bias**

12. The ordinary engineering boundary is therefore a term of degree but objective: the undesired majority-carrier contribution flow in the barrier layer is suppressed to an insignificant or negligible level such that the effect is not noticeable in the detector operation. On the other hand, the energy band of the respective minority carrier (*i.e.*, the valence band in an nBn detector) has no substantial offset in the energy bands between layers and the measurable current comes exclusively from the minority current. This is not a subjective or aesthetic judgment. It is a device-physics determination based on the band diagram and transport mechanisms, and it can be evaluated by modeling and/or making current-voltage measurements.

13. I disagree with Dr. Wasserman's conclusions that claim language describing the blocking of majority carriers is indefinite. Dr. Wasserman's analysis concludes that the asserted patents do not provide some specific benchmark regarding "how much majority carrier flow must be blocked or conversely how much majority carrier flow may be allowed." Wasserman Decl. ¶¶75-76. In my opinion, Dr. Wasserman's apparent view that there must be some specific numerical threshold of blocking is the wrong technical premise. A POSITA would not expect

one numerical threshold to apply regardless of temperature, detector dimensions, layer thickness, applied bias, wavelength, or composition. The patent instead supplies a physically meaningful relationship: the barrier should not introduce a significant offset in the minority-carrier band, while its offset and thickness make majority-carrier thermal excitation and tunneling negligible for detector operation.

### A. The Intrinsic Evidence Provides Objective Criteria to Determine the Majority and Minority Carrier Flows in the Claimed Barrier

14. It is my opinion that more than enough evidence exists for a POSITA to determine objective boundaries of the claimed barrier in the invention.

15. First, claim 1 of the ’871 patent requires a relationship among the photo absorbing layer, contact layer, and barrier layer conduction and valence band energies that “facilitates minority carrier current flow while inhibiting majority carrier current flow” between the contact and photoabsorbing layers. The limitation itself identifies the physical structures, the two carrier populations, the transport path, and the opposing results produced by their band-energy relationships.

16. The abstract and summary explain the same concept using closely-related wording. The barrier has sufficient thickness to prevent majority-carrier tunneling, a band-gap barrier sufficient to block thermalized majority carriers, but it “does not significantly block minority carriers.” ’871 patent at Abstract; 2:49–55, 4:66–5:3, 5:66-6:12. The patent then states that current is “almost exclusively by minority carriers.” *Id.* at 2:60–64, 6:13–19, 11:12-21. A POSITA understands “almost exclusively” as a relative current contribution, not a demand for physically impossible perfection in which absolutely no majority carrier (*e.g.*, an electron) ever crosses the barrier.

### 1. "Block," "substantially block," and "inhibit" terms are definite

17. Terms such as "substantially block," "block," and "inhibit" in this context simply recognize the practical realities of real-world semiconductor physics that there is always some chance a majority carrier will pass the barrier, but that a POSITA should adjust the given variables of the device to create a barrier that would pass an insignificant amount.

18. This concept was specifically explained during prosecution of the '871 patent that Dr. Wasserman fails to consider. In the November 30, 2009 response to the patent examiner's office action, the applicants explained that a barrier detector with the same majority-carrier type on both sides has minimal depletion zones because majority carriers do not significantly enter or pass through the barrier in either direction. Because there is at best minimal movement, neither side becomes depleted and no substantial depletion zone arises. '871 File History Nov. 30 Response to Office Action, Amendment dated Nov. 24, 2009, at 9–10. As stated, the file history statement identifies the understanding of terms of the degree in the patent when it relates to the flow of carriers across the barrier.

> "[T]erms such as 'minimized' or 'no substantial' merely acknowledge the realities of semiconductor properties (i.e. there may be some insubstantial or insignificant level of carrier movement from a layer into the barrier, but it does not have a noticeable effect) and signals intent to design without use of a depletion zone."

19. That explanation supplies the precise technical point missing from Dr. Wasserman's analysis. "Minimized" and "no substantial" do not require zero carriers or an ideal mathematical minimum. They tolerate insignificant movement that has no noticeable effect. A skilled person would apply the same real-world understanding to "substantially block," "block," and "inhibit" language found in the claims as they relate to the majority carrier-flow in the barrier.

20. Further, Figures 2A through 3B of the '871 patent give the skilled reader a visual guidepost that demonstrate a significant blocking effect is intended for the majority currents. In Figures 2A and 2B, the energy band corresponding to minority-carrier transport is substantially constant through the absorbing, barrier, and contact regions, while the other band has a large obvious step at the barrier. Figures 3A and 3B show variants with different contact-layer doping. These diagrams identify to a POSITA which band should avoid a material obstruction and which band provides the blocking offset.

21. The detailed embodiments supply further evidence of the blocking required. For example, the patent specification identifies multiple embodiments of the invention, including the use of an InAs photo absorber with a thickness between one and two times the optical absorbtion length of the targeted wavelength. '871 patent at 6:51-7:16. The barrier is comprised of $AlAs_{0.15}$ $Sb_{0.85}$ and has a ~0 valence band offset. *Id*. at 7:13-16. The specification further points out that the contact layer embodiment would have a thickness of 20-50nm and would be advantageous to be the same material as the photo absorber. *Id*. at 7:17-24. The InAs bandgap is a known quantity in the semiconductor field that is 0.36 eV.[1] Similarly, the bandgap of the barrier material, $AlAs_{0.15}$ $Sb_{0.85}$, would be known and is approximately 1.69 eV.[2] Such designs would have a significant barrier height of approximately 1.69-0.36 eV = 1.33 eV.

22. When applying such a significant barrier height to a barrier thickness of 50-100 nm like that proposed in the exemplary embodiment, *Id*., at 8:57-63, a POSITA would be

1 R. Bhat, et al., *Crystal growth and below-bandgap optical absorption studies in InAs for non-linear optic applications*, JOURNAL OF CRYSTAL GROWTH, Vol. 310, Issues 7–9, 1910-1916 (2008).

2 Vurgaftman, I.; et al. *Band parameters for III–V compound semiconductors and their alloys*. JOURNAL OF APPLIED PHYSICS. 89 (11): 5815–5875 (2001).

provided an example to understand conditions for "negligible tunneling of majority carriers through it" (*Id*. 8:58-60) and the "negligible thermal excitation of majority carriers over it" (*Id.* 8:62-63) and thus the overall amount of blocking associated with the devices described in the '871 patent. As taught by Pierret, quantum mechanical tunneling in the context of semiconductor electronic devices (typically silicon) becomes significant only if the barrier thickness is less than 10 nm.[3] This statement is made in a discussion about the Zener process (Pierret, p. 268-269) in which the relevant barrier height is the semiconductor bandgap, which in this case would be silicon, thus 1.1 eV, which is close to the barrier height of 1.33 eV in the example embodiment. The tunneling current thus becomes insignificant for a barrier thickness of 10 nm or greater and drops exponentially as that thickness increases. Pierret also teaches that thermionic emission current is due to random thermal motion of the carriers, and the average energy of that random thermal motion at room temperature corresponds to about 25 x $10^{-3}$ eV.[4] The thermal motion of the individual carriers can be larger than that average but the probability of that greater thermal motion reduces exponentially with the ratio of the carrier energy divided by that average energy. Thermionic emission occurs when a carrier has an energy that exceeds the barrier height. For a barrier that exceeds 25 x $10^{-3}$ eV (i.e., 0.025 eV) the probability of thermionic emission reduces exponentially.

23. In my opinion a POSITA would be able to use the patent embodiments as guideposts for determining whether a barrier layer blocks almost all majority carriers such that the minority carrier flow would appear to any POSITA to be the almost exclusive source of current measured.

---

3 Pierret, Robert, Semiconductor Device Fundamentals pp. 268-269 (1996).

4 *Id*. at pp. 488-490.

24. "Inhibit," "block," and "substantially block," as used in the claim limitations, are related ways of stating the majority-carrier side of the carrier-selective operating principle. They direct the POSITA to determine whether the barrier's band offset and thickness suppress majority-carrier transport so that it is insignificant or negligible in operation, while the desired minority-carrier current remains able to pass.

25. Dr. Wasserman's citations to different general dictionaries for the terms "inhibit" (Wasserman Decl. ¶72) provide no significant difference in terms of ultimate goal of the detector to a POSITA. For example, his definitions describe "inhibit" as restraining or holding back, which is exactly what is happening to the majority current at the barrier layer. Current through the detector is "almost exclusively" minority-carrier current, and majority-carrier current across the barrier is negligible in operation.

26. I also note that the term "inhibit" appears to have entered the claims as an amendment specifically requested by the patent examiner in his December 31, 2009 Notice of Allowance immediately after the November 30, 2009 Response to Office Action identifying how the barrier is intended to suppress majority carrier flow enough to prevent any noticeable effect. I see no indication that the term "inhibit" would be read as having another meaning beyond that limitation.

27. Furthermore, a POSITA looking to manufacture such systems claimed in the patent has the ability to calculate and model the exact flows of majority and minority current to determine when the effects of a majority flow would be noticeable for detection purposes. For example, a POSITA at the time could calculate thermionic transport from the barrier height relative to thermal energy and can calculate the tunneling probability from thickness and barrier composition. The person can also measure dark current as a function of bias and temperature and

determine whether the undesired majority-carrier mechanism is negligible or materially affects device operation.

28. Indeed, one example of a modeling of such nBn detectors can be seen in the literature.[5] In the Wei Paper, a process is developed using known modeling frameworks to simulate nBn detectors and their band diagrams. Thus, POSITA in the field can use calculations and models to determine effects of current in various detector designs.

**2. "Facilitate," "Enable," and "Allow" are definite terms.**

29. I further disagree with Dr. Wasserman's assertion that the "facilitates" term is indefinite. He declares that although claim terms associated with the flow of minority current, such as "allow" and "enable," refer to the offset of energy bands between layers being "approximately zero," the term "facilitate" is indefinite because it requires something more than "enable" or "allow." In order to "facilitate," Dr. Wasserman opines that the "band energies ***assist*** to some degree with the minority carrier flow" and that there are "no objective benchmarks for how the minority carrier flow must be facilitated or to what degree" and the "amount of minority carrier flow" that was facilitated. Wasserman Decl. ¶¶81-83. But, the evidence Dr. Wasserman relies upon would not lead a POSITA to believe that "facilitate" means some sort of additional assistance with the minority carrier flow beyond an approximately zero minority carrier energy band between the layers. And, Dr. Wasserman's reliance on some degree or amount of facilitation is too narrow a view.

---

5 Wei, Yajun, *Bandgap modeling of alloy and associated superlattice materials and photonic processes in a barrier infrared detector device*, Quantum Sensing and Nano Electronics and Photonics XVII Proc. Of SPIE Vol. 11288, 112881J (2020) doi: 10.1117/12.2545587 (provided at Dkt. 9-14)

30. First, as noted with the word “inhibit,” the term “facilitate” appears to have been added at the request of the examiner and there is no indication in that notice of allowance or elsewhere that the term “facilitate” means anything more than the energy band of the minority carrier is approximately the same between the layers of the detector and have substantially no offset that would obstruct the flow of the minority carriers. In this context, “facilitate,” “enable,” and “allow” are related ways of stating the minority-carrier side of the carrier-selective operating principle. They communicate that the specified band-energy relationship does not materially obstruct minority-carrier current flow and thereby permits the photogenerated minority carriers to diffuse from the absorbing layer, cross the barrier, and be collected.

31. The specification provides interchangeable technical descriptions of this side of the carrier-selective function: the barrier “does not significantly block minority carriers;” it is designed to have “no offset for minority carriers”; “substantially no band gap barrier” appears for minority carriers; the relevant band is “substantially constant;” and minority carriers are “not obstructed” or “not impeded.” ’871 patent at 2:54–63; 6:64–7:16; 7:56-8:9, 8:53–9:5; 9:18–35; 10:33–42. These are not different unidentified thresholds. They describe the same engineering condition in complementary ways.

32. Dr. Wasserman’s requirement that the term “facilitate” requires the structure to provide some additional “assist” or increase in the minority current flow (Wasserman Decl. ¶81)—rather than merely “not impede” the flow—is not supported. Notably, there is no embodiment or description in the patent that suggest the relationship of the layers somehow increases flow, so a POSITA would not simply jump to the conclusion that the word “facilitate” in the claim means to further increase minority carrier flow. Instead, the claimed architecture “facilitates” flow by furnishing a transport path for minority carriers without a significant barrier.

The specification itself describes the desired condition of the minority carrier band as having no offset, substantially no barrier, not obstructed, and not impeded. ’871 patent at 2:54–63; 6:64–7:16; 7:56-8:9, 8:53–9:5; 9:18–35; 10:33–48. The claim term should be understood consistently with that disclosure, not as requiring an unstated comparison against an unidentified alternative device.

33. Dr. Wasserman’s reliance on general dictionaries for the definition of “facilitate” would not suggest to a POSITA reading the patent to require some additional assist to the minority current flow. The definitions cited do not even use the term “assist,” but instead define the term as “help bring (something) about” or “run more smoothly and effectively,” “to make easy or easier,” “to make easier or less difficult.” Wasserman Decl. ¶78. Even if these definitions were applied by a POSITA, they would not be read as requiring some addition to the minority carrier flow but simply that the POSITA needed to create a minority band relationship between the layers in which there was no substantial obstruction or impedement to the flow of the minority carriers. By aligning the energy bands that carry the minority carrier (*e.g.*, the valence band in and nBn device) and creating substantially no valence band offset across the layers, the design will “help” and “make easier or less difficult” the minority carrier flow across the barrier. By eliminating any impedement or obstruction, the POSITA would, by its very nature, make the flow of minority carrier “less difficult” as the definitions suggest.

34. Ultimately, a POSITA would express the common technical point about the flow of majority and minority carriers in which a relationship among the layer energies restrict flow of majority carriers to a negliglble amount that result in no noticeable effect while substantially aligning the bands of the minority carrier such that the offset is approximately zero and the current in the barrier is almost exlusively from the minority carriers. It is my opinoin that the

claim language provides an objective boundary to the claims. Although not expressed in an exact numerical value, this is understandable as the exact majority and minority carrier flows depend on multiple variables. However, as noted previously, the patent specification provides specific examples and guideposts that a POSITA can use to determine the effect that a barrier would have on the majority and minority currents and whether majority flow has a noticeable effect and whether the photocurrent to be measured is almost exclusively in the minority carrier energy band.

**3. "Prevent" and "Minimize" Account for Real Semiconductor Behavior**

35. In addition to the blocking and facilitating terms described above, I further disagree with Dr. Wasserman's conclusion that the the terms referencing how the barrier "prevents" or "minimizes" tunneling of the majority carriers through the barrier layer are indefinite. Dr. Maimon's patents describe two unwanted mechanisms: tunneling of majority carriers through the barrier and thermionic emission of the majority carrier over the barrier. A sufficiently thick barrier will virtually eliminate quantum-mechanical tunneling. A sufficiently high majority-carrier band barrier blocks or substantially blocks thermalized majority carriers. '871 patent at Abstract; 2:49–60; 6:64–7:16; 8:41–9:5. Dr. Wasserman acknowledges that tunneling depends on barrier thickness and that thermionic transport depends on barrier height and temperature. Those physical dependencies provide the relevant axes for a POSITA's analysis.

36. In engineering usage here, both "sufficient to prevent tunneling" and "sufficient to minimize tunneling" address whether tunneling has been suppressed to an insignificant or negligible contribution under the intended operating conditions. Neither promises a mathematically zero tunneling probability. The ordinary wording may differ, but the disclosed 50–100 nm exemplary thickness, composition, and the accompanying band diagrams provide the

same physical guideposts, while allowing the skilled person to account for different materials and band profiles.

37. Dr. Wasserman declares that the thickness embodiment cannot determine a standard for the prevention of tunneling because a POSITA does not know the size of the band gap. I disagree. The Figures provide at least a visual indication that the band gap is significant and, as noted previously, a POSITA could determine the energy band gap from the examples compositions disclosed. Furthermore, the prosecution history indicates that the purpose of the barrier was to reduce movement of majority carriers into the barrier such that the majority carriers would "not have a noticeable effect." As explained in Section V.A.1., a POSITA would be able to determine whether the flow of majority carriers has a noticeable effect on the device and design the detector accordingly.

**B. Usage of These and Similar Terms by Others in the Field Corroborates the Terms Are Sufficiently Understood by POSITAs and Are Definite.**

38. In addition to the descriptions in Dr. Maimon's patents and prosecution history, the claim language criticized by the Government is commonly used by practitioners in the field to describe and even claim how to construct such devices. The use of the same or similar terms by other practitioners to describe similar devices with similar disclosures serves as further indication that such terminology has an objective meaning that is not subjective or aesthetic, and a POSITA would understand the scope of the claims with reasonable certainty.

39. For example, U.S. Patent No. 10,468,540, assigned to the United States through the Secretary of the Army, describes an nBn barrier infrared detector design and explicitly claims energy band offsets that "***facilitates*** minority carrier current flow while ***inhibiting*** majority carrier electron current flow." '540 patent claims 1 and 6. The description explains that a large conduction-band offset is desired while a valence-band offset is detrimental, and its figures show

the same kind of band-alignment analysis. *Id.* at 2:20–54, Fig. 2. The Government's '540 patent provides no explanation or specific numerical amount of flow that is facilitated or inhibited, and the disclosure relies on the same sort of descriptions and energy band diagrams of the facilitation and inhibiting that is apparent in Dr. Maimon's patents. In fact, the Government explicitly incorporates the descriptions of the nBn invention in Dr. Maimon's '871 patent for support. *Id*. at 3:62-66. The U.S. Army's use of the same phrase in claims directed to a similar device is strong technical corroboration that a POSITA understands the phrase.

40. U.S. Patent No. 8,368,051, assigned to Caltech and arising from work under a NASA contract, claims contact materials that allow "un-impeded" carrier flow, structures that are "substantially lattice-matched," and band gaps selected so Shockley-Read-Hall dark current "is reduced." '051 patent, claims 1 and 15. Its description says complementary barriers "do not impede" photocurrent, a barrier blocks one carrier but allows the other, tunneling probability is "very small," and certain carriers are deflected with "very high probability." *Id*. at 2:10-25, 2:35-47. Those are comparative and probabilistic descriptions offer no explicit numerical ammount of flow that can be impeded or unimpeded or reduced. Furthermore, the patent uses energy band diagrams like the Maimon patents to describe the barriers. *Id*. at Figs. 1-2. Such terminology and similar use of energy band diagrams further shows that POSITAs in this field commonly use and understand degree terminology to describe and claim inventions.

41. U.S. Patent No. 8,846,432, assigned to L-3 Communications, similarly requires a barrier configured so that one carrier flow is "impeded" and a second is "unimpeded." '432 patent, claim 1. The description identifies the physical implementation: a wide-gap barrier, a large discontinuity in the band that blocks the undesired carrier, and no discontinuity in the band for the desired photocarrier. *Id*. at 6:43–65, Fig. 2. It also expressly notes that terms of degree,

such as "substantially" and "approximately" can represent inherent measurement uncertainty or variation between reference, but that that does not change basic function. *Id*. at 12:20-29. This further confirms that a POSITA does not see terms of degree as unbounded. Rather a POSITA recognizes variations that may occur but understands that the basic function remains the same.

42. The Jet Propulsion Laboratory (JPL) and NASA Employees when describing nBn detectors in public presentations make similar use of degree language to describe nBn barriers. For example, in the "How T2SL FPAs have Changed the Infrared Landscape" presentation to SPIE, the authors used an energy band diagram similar to those in Maimon's patents and described the nBn device architecture as a:

- "***High*** band gap electron barrier,"
- "***Blocking*** electrons but not holes,"
- "***Larger*** band gap of the barrier ***suppresses*** SRH processes and ***virtually eliminates*** G-R dark current,"
- "Photocurrent flows ***un-impeded,***" and
- "***tall*** barrier that ***significantly reduces*** the G-R current" [6]

43. These references contradict Dr. Wasserman's suggestion that engineers in this field cannot understand similar words used in Dr. Maimon's patents and apply objective standards to them.

**C. The phrase "the energy gap being sufficient to minimize charge carriers tunneling and thermalization" is not indefinite**

44. I disagree with multiple assertions by Dr. Wasserman that the term "the energy gap being sufficient to minimize charge carriers tunneling and thermalization" in claim 1 of the

[6] Filed at Dkt. 39-8 at 10 (emphasis added).

’522 patent is an indefinite phrase. In order to assert indefiniteness, Dr. Wasserman makes several incorrect interpretations of claim terms and ignores the context of the claims to arrive at an irrational conclusion.

45. First, I disagree with Dr. Wasserman’s conclusion that the term “charge carrier” as used in the claim refers only to “the charges introduced into the barrier layer by doping.” As explained in my opening declaration (¶¶27-29), a POSITA would understand a “charge carrier” to be any mobile electron or hole in a semiconductor. Electrons carry negative charge in the conduction energy band of a semiconductor and holes carry positive charge in the valence band of a semiconductor. As recognized in multiple technical dictionaries, the term “charge carrier” is synonmous with “carrier.” *See* Oxford Dictionary of Electronics and Electrical Engineering, p. 63 (2018)(“**carrier 1. (charge carrier)** A mobile *electron or *hole that transports charge through … a semiconductor…); McGraw-Hill Dictionary of Scientific and Technical Terms, p. 370 (6th Ed. 2003) (“[A] mobile conduction electron or mobile hole in a semiconductor. Also known as carrier.”); Ruzyllo, Jerzy, *Semiconductor Glossary: A Resource for Semiconductor Community*, p. 24 (“**carrier** in semiconductor terminology term ‘carrier’ is synonymous with the term ‘charge carrier’.”)

46. While a “charge carrier” can be introduced to a semiconductor barrier layer, a POSITA reading the Maimon patents would not interpret “charge carrier” to be only charges added to the barrier by doping. In fact, the invention anticipated electron-hole pairs being created in the photo absorbing layer and flowing when the semiconductor absorbs radiation. A POSITA would clearly understand that the “tunneling and thermalization” in claim 1 of the ‘522 patent, is referring to the flow of charge carriers through the barrier between the photo absorbing

layer and the contact area. A POSITA would not limit the term "charge carriers" in this context to only charge carriers added to the barrier by doping.

47. Furthermore, the term "majority carriers" is synonymous with the term "majority charge carriers." As noted in my opening declaration (¶32), the term "majority" simply indicates to a POSITA the type of carrier/charge carrier that is the most abundant.[7] So, for example an n-type semiconductor would have more electrons than holes and therefore the majority carrier are electrons that move in the conduction band of the semiconductor. In a p-type semiconductor, there would be more holes than electrons and therefore the majority carrier are the holes. Minority carriers are the less abundant type of charge carrier. So the holes that move in the valence band in an n-type material and the electrons that move in the conduction band in a p-type material are the minority carriers.

48. I agree with Dr. Wasserman at ¶98 that the "energy gap" in claim 1 of the '522 patent refers to the gap between the conduction band energy level of the barrier and the conduction band energy level of the photo absorber.

49. I do not agree with Dr. Wasserman that a POSITA would read claim 1 of the '522 patent to require simultaneous minimizing of minority and majority charge carriers in an nBn architecture. Dr. Wasserman's conclusion to this effect seems to come from his reading of the term "charge carriers" without context to the claim language immediately before it. The full claim limitation reads as follows:

> a barrier layer comprising a semiconductor, a first side of the barrier layer adjacent a first side of the photo absorbing layer, the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer, ***the***

[7] Semiconductor Glossary, p. 129.

***energy gap being sufficient to minimize charge carriers tunneling and thermalization***

’522 Patent Claim 1 (emphais added to highlight disputed term)

50. As seen in the full context of the claim language, the barrier layer has a valence band energy level that is “substantially equal” to the valence band energy of the photo absorbing layer. This design means that there is no significant obstruction to the flow of valence band charge carriers (*i.e.,* holes). To the contrary, the full claim limitation indicates the “energy gap” that minimizes charge carriers is in the conduction band. The conduction band only conducts electron charge carriers. When read in context of the entire limitation, because the valence band energy where holes are located is substantially equal from the barrier to the photo absorbing layer and the energy gap referred to in Claim 1 exists in the conduction band, the only conclusion is that the energy gap in the conduction band minimizes electron charge carrier flow, not hole charge carriers. This makes further sense as the photo absorbing layer in Claim 1 is an “n-doped semiconductor,” which means the majority charge carrier is electrons in the conduction band. Thus, a POSITA would understand that the barrier in the context of the claims would not have the function to simultaneously minimize the flow of both holes and electrons.

51. This conclusion is further supported by the rest of claim 1 and the patent specification that repeatedly describe the intent of Dr. Maimon’s barrier architecture is to block majority carriers and allow minority carriers.

52. I further disagree with Dr. Wasserman’s conclusion that the term “sufficient to minimize” renders the claim indefinite for the same reasons I described in Section V.A.1, V.A.3., V.B. But also, the prosecution history of the ’871 patent indicates that terms like “minimized” simply recognize the “realities of semiconductor properties” and merely indicate that the charge

carriers (*i.e.*, the electrons) would be reduced to an insignificant level of movement that has no noticeable effect on the detector. Nov. 30, 2009 Response to Office Action.

### D. "Minimized Depletion Zones"

53. I further disagree with Dr. Wasserman that the term "minimized depletion zones" as used in the '522 patent at claim 7 is indefinite. As explained in the prosecution history of the '871 patent, "minimal depletion zones" at least when "majority carriers do not significantly enter or pass through the barrier layer." Nov. 30, 2009 Response to Office Action. As was explained in that prosecution history, the term "mimimized … merely acknowledge[s] the realities of semiconductor properties (i.e. there may be some insubstantial or insignificant level of carrier movement from a layer into the barrier, but it does not have a noticeable effect) and signals intent to design without use of a depletion zone." As stated before, a POSITA would be able to detemine an objective boundary of the claim term.

54. Dr. Wasserman appears to also base his indefiniteness finding on the fact that the "minimized" term was rejected by the patent examiner in the '871 patent prosecution during an office action and cancelled by the patent applicant in a later amendment. Wasserman Decl. ¶108. However, in that cancellation, the response indicates the applicant disagrees with the indefinitness decision and provides an explanation that the term relates to limiting carrier movement to a degree there is no noticeable effect. November 30, 2009 Response to Office Action.

## VI. A POSITA WOULD UNDERSTAND THE MEANING OF "CONTACT AREA" AND "CONTACT LAYER" LIMITATIONS OF THE '522 PATENT CLAIMS 1 AND 4

55. Dr. Wasserman also concludes that POSITA could not determine whether "a contact area" or a "the contact layer" is required in claims 1 and 4 of the '522 patent because

independent claim 1 recites "a contact area" and dependent claim 4 recites "contact layer." I disagree that a POSITA would not understand these terms. The patent specification expressly describes both the "contact layer" (element 50 in Figure 1A) and the "contact area" (element 110 in Fig. 1B) in terms of specific design embodiments at Figures 1A-1C and as a process of how they are manufactured at Fig. 4.

56. The '522 patent explains in relation to the embodiment in Figure 1A (shown below) that in the process of manufacturing a photodetector, the "[c]ontact layer 50 is deposited on barrier layer 40" and "functions to absorb the minority carriers diffused from the absorbing layer 30." '522 patent, at 11:50-52.




**Figure 3:'522 Patent Figure 1A**

57. In a multi-pixel photodetector embodiment as shown in Fig. 1B below, the contact layer "is etched to define first and second contact area 110." '522 Patent at 12:1-5, 12:50-54,

6:66-7:6. These contact areas formed from the "unetched portion of contact layer 50 defin[e] a pixel or individual detector." *Id*. at 13:1-4.




**Figure 4 : '522 Patent Figure 1B**

58. Figure 4 of the '522 patent describes a high-level flow chart for making the photodetector shown in Figures 1A and 1B ('522 patent at 15:5-6) and confirms such detectors are made by depositing the contact layer at stage 1040 and then at stage 1050 removing portions of the contact layer, preferably by selective etching, to leave behind the portions of that contact layer that define the contact areas. '522 patent at 15:23-29.




**Figure 5: '522 Patent Figure 4**

59. According to the description in the patent, contact areas are not a different material or component with a different or unrelated function compared to the contact layer. Contact areas are simply a portion or region of the contact layer that defines a particular detector or pixel.

60. The disputed language in claim 1 requires:

> a contact area comprising a doped semiconductor, the ***contact area*** adjacent a second side of the barrier layer opposing the first side

Claim 4 depends from that language in claim 1 and further requires:

> wherein the ***contact layer*** and the photo absorbing layer exhibit essentially identical composition

Based on the specification of the ’522 patent, a POSITA would understand that the contact area in claim 1 was formed from a contact layer and therefore the composition of the contact area is the same as the composition of the contact layer it was created from.

61. Dr. Wasserman’s ultimate “contact layer” opinion treats the act of etching as if it creates a different semiconductor substance. It does not. The contact areas are defined from the deposited contact layer and retain its material composition and carrier-collection role. As noted in the patent, the selective etching process simply removes part of the contact layer and leaves behind selected portions that define contact areas. The composition of the material does not change in that process. Thus, when claim 4 requires the contact layer composition be essentially identical to the photo absorbing layer, a POSITA would understand that the contact areas of claim 1 would have been made from that contact layer and require the essentially identical composition of the photo absorber to meet the claim 4 limitation.

## VII. DR. WASSERMAN’S “DOPED,” “N-DOPED,” AND “UNDOPED” CONSTRUCTIONS ARE INCORRECT WHEN VIEWED IN LIGHT OF THE PATENT

62. Dr. Wasserman’s declaration takes the point of view that “doped” and “undoped” refers to a binary choice between whether a person adds or does not add impurities to a semiconductor material, suggesting that “doped” means “referring to a material to which impurities have been added” and “undoped” means “referring to a material to which impurities have not been added.” However, construing “doped” or “undoped” based simply on whether a person adds or does not add an impurity at some point in a semiconductor growth process would ignore the purposes and intended conductivity of the semiconductor layers described in Dr. Maimon’s patents.

63. As explained in my original declaration (¶¶68, 85), Dr. Maimon's patents focus on the electrical and conductivity characteristics of the primary layers of the detector, the photoabsorber, the barrier layer, and the contact layer. The design of such layers is highly dependent on those electrical properties. For example, in an nBn design the photo absorbing layer and the contact layer are both n-type doped layers that have a majority of carriers as electrons that move in the conduction band and a minority of carriers as holes that move in the valence band.

64. As I also explained, the real-world manufacture of semiconductors will always include some amount of unintentional or background impurity in any semiconductor material. Those unintentional impurities, even in small amounts, can have a noticeable effect on the conductivity of that semiconductor. Thus, a semiconductor that does not have impurities purposefully added to it, can still become a p-type or n-type semiconductor just from unintentional impurities.

65. The unintentional effects of impurites not intentionally added would not be supported by the patent specification under Dr. Wasserman's construction. For example, if a claim limitation requires a semiconductor layer to be "n-doped," under Dr. Wasserman's construction this would occur whenever "impurities have been added that increase the electron concentration of the material." ¶51. Therefore, even if unintentional impurties result in a p-type layer, simply adding any amount of n-type doping that increases the electron concentration would result in an "n-doped" semiconductor under Dr. Wasserman's construction, even if the added n-type doping does not outnumber the unintended p-type impurity already present. Thus, an "n-doped" layer under Dr. Wasserman's construction could actually have a p-doped conductivity. This result would not be supported by the patent specification.

66. Dr. Maimon's patents are clearly focused on the actual conductivity and electrical properties of the ultimate semiconductor layers rather than whether an operator added or did not add some impurity. While the addition of an n-type dopant, can result in a semiconductor with n-type conductivity, it will depend on the other impurities in the system. This is why my constructions for "doped," "n-doped," and "undoped" (Opening Decl. at ¶¶80-82) rely on the ultimate conductivity and charge density of the layer rather than if an operator added or did not add a dopant.

67. The evidence Dr. Wasserman relies upon supports a construction focused on the ultimate conductivity characteristics. At paragraph 57 of his declaration, he notes that the patent "n-doped layers" of the patent specification occur when "the majority carriers are electrons and minority carriers are holes" and that "p-doped layers" occur when "majority carriers are holes and minority carriers are electrons." But, under Dr. Wasserman's construction whether a layer is p-doped or n-doped would not depend on whether the ultimate majority carriers were electrons or holes, it would simply depend on what impurity the operator intentionally "added" to the material. Thus, a construction focused on the ultimate conductivity rather than operator intentions more closely aligns with what a POSITA would consider doped or undoped in Dr. Maimon's patents.

68. The extrinsic evidence cited by Dr. Wasserman does not conflict with my construction. For example, the McGraw Hill Dictionary of Scientific and Technical Terms describes "doping" as achieveing a desired characteristic such as "producing n-type or p-type mateiral." Wasserman Decl. ¶55. Thus, POSITA would view the type of "doped" and "undoped" material as referencing the conductivity characteristics, not the actions of an operator manufacturing the material.

69. Dr. Wasserman's citations to the prosecution history explanation of the Klipstein reference only supports the conclusion that terms such as "doped" and "undoped" in the Maimon patents depend on the conductivity and majority charge carriers in the layers. For example, in the prosecution history the applicant differentiated the barrier layer as "always doped n-type or p-type." Wasserman Decl. ¶58 (citing May 8, 2009 Amendment and June 3, 2009 Amendment). In other words, impurities were not simply added, the semiconductor impurities actually results in an n-type or p-type conductivity.

70. The provisions Dr. Wasserman cites from the '528 patent specification does not support his constructions either. Wasserman Decl. ¶61. The '528 Patent provisions cited explicitly focus on "charge density in the barrier" and acknowledges that dopant are required to "achieve the desired result." '528 patent, col. 10:59-11:11. The '528 patent notes that use of an "undoped barrier is an important feature" and identifies the relationship of the conduction and valence bands in Figure 13A as an example of an undoped barrier. '528 patent, col. 9:54-10:15.

71. To the extent Dr. Wasserman contends that the doping may include the unintentional addition of impurities, then his constructions still conflict with the patent disclosure. As noted in my opening declaration, it is impossible to manufacture a pure semiconductor material with no impurities. Thus, a definition of "doped" that allows intentional and unintentional doping, would mean that Dr. Wasserman's construction of "undoped" requires an absolutely pure material. A pure semiconductor with no impurities intentionally or uninitentionally added is not a practical, real-world application. As I noted in my opening declaration, the semiconductor manufacturing field commonly recognized material as "undoped" even if it contains doping impurities. Opening Decl. ¶¶77-79. The reason the industry uses the term "undoped" in the context used in Dr. Maimon's patents, is to signal to users that the charge

characteristics and conductivity are closely similar to those of an intrinsic (*i.e.*, pure) layer of semiconductor.

On this day, October 13, 2026, I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey Bokor, PhD

ELSEVIER

Available online at www.sciencedirect.com
ScienceDirect

Journal of Crystal Growth 310 (2008) 1910–1916

JOURNAL OF CRYSTAL GROWTH

www.elsevier.com/locate/jcrysgro

# Crystal growth and below-bandgap optical absorption studies in InAs for non-linear optic applications

R. Bhat[a,*], P.S. Dutta[a], S. Guha[b]

[a]Department of Electrical, Computer and Systems Engineering, Rensselaer Polytechnic Institute, Troy, NY 12180, USA
[b]Air Force Research Laboratory, Wright-Patterson Air Force Base, Dayton, OH 45433, USA

Available online 3 December 2007

**Abstract**

Indium arsenide (InAs) is a direct bandgap semiconductor ($E_g = 0.36$ eV) and is well suited for non-linear optic (NLO) applications. The NLO applications require high linear optical transmission for below-bandgap energy photons in the material. Due to this stringent criterion, there is a need for understanding the fundamental optical absorption mechanisms in the material as well as correlating them with the presence of native defects and impurities introduced during the crystal growth. In this paper, we will present the experimentally measured and theoretically analyzed infrared absorption in an undoped and Te-doped n-type InAs in the wavelength region of 4–20 μm for horizontal Bridgman grown crystals. Transmission measurements at 300 K were performed on samples of undoped and Te-doped n-type InAs with carrier concentration in the range of $2.6 \times 10^{16}$–$1.7 \times 10^{17}$ cm $^{-3}$. The dependences of various absorption mechanisms as a function of wavelength have been presented. Free carrier absorption by electrons is found to be the dominant absorption mechanism at longer wavelengths ($\lambda > 9$ μm) for all the samples. At shorter wavelengths ($\lambda < 9$ μm), for samples with carrier concentration close to the intrinsic carrier concentration ($n_i = 1 \times 10^{15}$ cm $^{-3}$), the inter-valence band transitions by free holes contributes significantly to the total absorption. Unique fitting parameters have been deduced to theoretically explain the infrared absorption mechanism in InAs for the above-mentioned carrier concentration range.
© 2007 Elsevier B.V. All rights reserved.

*Keywords:* A1. Impurities; A2. Growth from melt; A2. Bridgman technique; B2. Nonlinear optic materials; B2. Semiconducting III–V materials; B3. Nonlinear optical

## 1. Introduction

Indium arsenide (InAs) is a narrow-bandgap semiconductor with a direct energy gap of 0.36 eV. The narrow bandgap of InAs bestows it with very high-electron mobility of $2 \times 10^4$ cm$^2$/V s at 300 K and $6 \times 10^4$ cm$^2$/V s at 77 K [1]. This makes InAs a useful material for devices aimed at very high-speed (and low-power) electronics and infrared opto-electronics. An extensive research in the field of InAs crystal growth has resulted in device quality, single-crystal InAs wafers to be commercially available. Also, InAs has a lattice constant of 6.1 Å, which ensures that it has relatively good alloying properties with GaSb and AlSb to form ternaries and quaternaries. InAs also exhibits very strong non-linear optical properties because of its small bandgap [2–4]. InAs has a non-linear optical coefficient of $200 \times 10^{-12}$ m/V and a very high two-photon absorption coefficient ($\beta$) of 890 cm/GW [5]. To fully exploit the high non-linear optical coefficient of InAs, it should possess high linear transmission (extremely low absorption) for below-bandgap energy photons [6]. Applications like optical-limiters or multi-photon imaging also require materials with extremely low below-bandgap optical absorption (high transmission). For obtaining high linear transmission, it is not enough to grow crystals with high purity. The role of native defects such as vacancies and antisites on the optical transmission of the semiconductors has been found to be crucial [7]. By compensating native defects during the growth, the optical transmission has been found to improve in other low-bandgap III–V semiconductors [7]. Most of the prior research on below-bandgap absorption studies in InAs has been carried out on intentionally doped samples [8–11]. To understand the

*Corresponding author.
*E-mail address:* rbhat1@irf.com (R. Bhat).

0022-0248/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jcrysgro.2007.11.191

role of native defects and study the effects of native defect compensation on the optical transmission, it is necessary to systematically study the transmission of the material as a function of growth conditions (such as melt stoichiometry, over-pressure of group V element, growth rate, temperature gradient near the melt solid interface, etc.) and impurity doping. In this paper, we present the results of below-bandgap absorption studies carried out on undoped n-type and Te-doped n-type InAs. The n-type nature of an undoped InAs could be due to native defects such as arsenic in indium antisite or an arsenic vacancy. The theoretical analysis of various optical absorption mechanisms as a function of wavelength and carrier concentration has been presented. Crystal growth processes necessary for obtaining high optical transmission in InAs have also been discussed.

## 2. Experimental details

The InAs samples used in this work were extracted from large-grain polycrystals grown by horizontal Bridgman technique [12]. The starting InAs charge used in the crystal growth experiments was undoped 5 N purity and tellurium (Te)-doped polycrystalline pellets obtained from a commercial vendor. For optical applications, typically a wafer thickness of 1 mm or more is necessary. Any presence of microscopic defects such as metallic precipitates, and inclusions results in poor optical transmission. Hence, additional charge purification, crystal growth and post-growth annealing steps are required for obtaining high optical transmission material. The 5 N polycrystalline pellets were synthesized using 6 N pure indium and 6 N pure arsenic by a commercial vendor. The Te-doped pellets were synthesized using 5 N pure tellurium, 6 N indium and 6 N pure arsenic by the commercial vendor. The tellurium concentration in the melt during charge synthesis was approximately $5 \times 10^{17}\,cm^{-3}$. The synthesized pellets consist of random indium inclusions that are difficult to chemically etch prior to crystal growth. Hence, the pellets were used as received for our growth experiments. Two or more sequential crystal growth experiments were conducted to obtain high optical transmission wafers. In the first experiment, the commercial InAs pellets were sealed in a quartz crucible under a vacuum of $10^{-7}$ Torr. The quartz crucibles had flat bottom and prior to filling InAs they were slightly etched in hydrofluoric acid (HF) and water mixture (50:50 by volume) for 1 h followed by thorough rinsing in de-ionized water and dried using nitrogen gas. Crucible diameter of 20 mm was used for our experiments. Length of crystals grown was in the range of 3 5 cm. After sealing the crucibles, they were placed in a horizontal furnace in a region with an axial temperature gradient of 20 °C/cm. The furnace was heated at a rate of 200 °C/h to a maximum of 1050 °C. The melt was allowed to homogenize for 10 12 h followed by directional cooling of the charge by translating the crucible towards the cooler zone of the furnace. The crystal growth rate was approximately 1.2 mm/h. After the entire melt solidified, the crystal was cooled to room temperature at a rate of 50 °C/h. The crystal obtained after the first experiment showed excess indium accumulated on the top of the crystal (last-to-freeze). The presence of random inclusions along the length of the crystal could also be seen. Hence, the optical transmission of wafers varied along the length of the crystal.

To grow crystals with homogenous and high optical transmission, multiple sequential growth experiments have been found necessary. After the first crystal was grown, the first-to-freeze 0.5 cm and the last-to-freeze 0.5 cm were diced and discarded. The surface of the ingot was also mechanically polished using a SiC coarse grinding sheet to remove any residual inclusions of indium that tend to stick to the quartz crucible during the growth. The ingot was then rinsed in warm xylene, acetone and methanol and de-ionized water. The ingot was then nitrogen dried followed by sealing into a fresh quartz crucible under $10^{-7}$ Torr. The crystal growth experiment is repeated again, followed by dicing and discarding the 0.5 mm portions from the top and bottom of the ingots. With multiple growth experiments, the optical quality of the crystal improves significantly as most of the microscopic metallic inclusions that causes severe degradation of optical transmission disappear. Depending on the quality of the starting commercial InAs synthesized pellets, 2 4 experiments have been found to be necessary for obtaining high optical quality InAs.

After the crystal growth, the wafers (1 mm thick) were diced using a diamond wheel saw (from South Bay Technology). The wafers were lapped using SiC powder of 14.5 μm particle size on a glass plate. They were then polished to mirror finish on both sides using alumina powder of 1 and 0.3 μm particle sizes dispersed in water on medium nap and soft pads, respectively. Room temperature optical and electrical characterizations were performed using a NEXUS 870 Fourier-transform infrared (FTIR) spectrometer (from Thermo Nicolet Corporation) and a HEM-2000 Hall measurement system (from EGK company), respectively.

Taking into account the multiple reflections inside the sample, the absorption coefficient can be obtained from the transmission plots, $T(\lambda)$, by using the following equation:

$$T(\lambda) = \frac{(1-R)^2 \exp[-\alpha(\lambda)t]}{1 - R^2 \exp[-2\alpha(\lambda)t]}, \quad (1)$$

where $\alpha(\lambda)$ is the wavelength-dependent absorption coefficient and $t$ is the thickness of the sample. Reflectivity $R$ for a normally incident beam is calculated from the refractive index of the material using the following expression:

$$R = \left(\frac{n-1}{n+1}\right)^2, \quad (2)$$

where $n$ is the refractive index for InAs equal to 3.51 [13]. The refractive index of the material is assumed to be constant for the wavelength range of interest (4 20 μm).

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 2749 of 2960



Table 1
Electrical properties of samples obtained from hall measurements at 300 K

| | |
|---|---|
| Sample B1 | |
| Electron concentration ($cm^{-3}$) | $1.7\times10^{17}$ |
| Hole concentration ($cm^{-3}$) | $5.8\times10^{12}$ |
| Mobility ($cm^2$/V s) | $1.4\times10^{4}$ |
| Thickness (mm) | $t_1 = 1.04$ <br> $t_2 = 0.56$ |
| Sample B2 | |
| Electron concentration ($cm^{-3}$) | $4.3\times10^{16}$ |
| Hole concentration ($cm^{-3}$) | $2.4\times10^{13}$ |
| Mobility ($cm^2$/V s) | $1.6\times10^{4}$ |
| Thickness (mm) | $t_1 = 0.94$ <br> $t_2 = 0.54$ |
| Sample B3 | |
| Electron concentration ($cm^{-3}$) | $2.6\times10^{16}$ |
| Hole concentration ($cm^{-3}$) | $3.7\times10^{13}$ |
| Mobility ($cm^2$/V s) | $2.2\times10^{4}$ |
| Thickness (mm) | $t_1 = 1.04$ <br> $t_2 = 0.55$ |

For the Hall measurements, the ohmic contacts to the samples (1 $cm^2$ area) were provided by soldering pure indium on four corners of the samples followed by rapid thermal annealing in nitrogen ambient at 350 °C for 5 s. The contacts were checked for ohmic nature using a curve tracer. For the Hall measurements, the current was kept approximately at 10 mA and two magnetic field values (0.37 and 0.51 T) were used. The samples were thinned to ~0.5 mm thickness for the Hall measurements.

For the analysis presented in this paper, we have chosen three n-InAs samples covering a net charge carrier concentration between $2.6\times10^{16}$ and $1.7\times10^{17}\,cm^{-3}$ showing different optical transmission characteristics. The samples are labeled as B1, B2 and B3. The samples B2 and B3 were extracted from crystals without any intentional doping, while sample B1 was obtained from a Te-doped crystal. The optical transmission difference between samples B2 and B3 is due to the variation in the microscopic indium inclusions that are not observed by optical micrographs, but shows up in transmission spectrum of the wafers. The sample B3 with the highest transmission represents an optically (and compositionally) homogeneous InAs wafer. The electrical properties of the three samples are tabulated in Table 1. The hole concentration "$p$" was calculated using the relation

$$p = n_i^2/n,$$

where $n_i$ is the intrinsic carrier concentration of InAs and $n$ is the electron concentration obtained from the Hall measurements.

## 3. Optical absorption analysis

The absorption mechanisms of interest for below-bandgap absorption at room temperature are as follows: (1) free carrier absorption ($FCA_e$) by free electrons, (2) free carrier absorption ($FCA_h$) by free holes, (3) inter-valence band absorption (IVB) by holes, and (4) inter-valley conduction band absorption (CBV) by electrons. Using the classical mechanics principles, the free carrier absorption has been modeled by the Drude Zener theory that yields the following equation [14]:

$$\alpha_{FCA} = \left(\frac{q^3}{4\pi^2 c^3 m_0^3 \varepsilon_0}\right)\left(\frac{1}{n(m_e/m_0)^2}\right)\left(\frac{\lambda^2}{\mu}\right)N = s\lambda^2 N, \quad (3)$$

where $\alpha_{FCA}$ is the free carrier absorption coefficient, $n$ is the refractive index, $m_e$ is the effective mass of the charge carrier, $m_0$ is the mass of free electrons, $\mu$ is the mobility, $q$ is unit electron charge, $\varepsilon_0$ is dielectric constant, $c$ is speed of light, $N$ is the carrier concentration and $\lambda$ is the incident wavelength. Application of quantum mechanical principles yields different values for the exponent of wavelength depending on the scattering mechanism. The scattering of free carriers by acoustic phonons leads to the absorption coefficient dependence of $\lambda^{1.5}$. Scattering by optical phonons results in the absorption coefficient dependence of $\lambda^{2.5}$ and scattering by ionized impurity gives a $\lambda^{3.0-3.5}$ dependence [14]. Generally in a semiconductor, all these scattering mechanisms are present. As a result, the absorption coefficient is expressed as a weighted sum of all the three mechanisms and is expressed as [14]

$$\alpha_{FCA} = s(A\lambda^{1.5} + B\lambda^{2.5} + C\lambda^3)N, \quad (4)$$

where $s$ is a constant defined in Eq. (3). The constants $A$, $B$, $C$ are used as the fitting parameters.

The valence band of most semiconductors consists of three sub-bands, which are separated by spin orbit interaction [15]. The three sub-bands are called heavy hole (hh), light hole (lh), and split-off (so) bands. Transitions within these bands give rise to inter-valence band absorption. A detailed quantum mechanical analysis of these transitions was carried out by Kahn [16], using the three-band Kane model [15]. In the case of InAs, the split-off band energy value, $E_{so}$, is approximately 0.38 eV [13], while the fundamental bandgap $E_G$ is 0.36 eV. Consequently, the probability of transitions from the split-off band to the heavy-hole band for below-bandgap photon energies is very low. So, in the case of InAs, the transition between the lh and the hh is predominant. The absorption coefficient for transition between lh and hh is expressed as follows [16]:

$$\alpha_{lh-hh} = \frac{1}{4\pi\varepsilon}\frac{16\pi^2\sqrt{2}e^2\hbar^{3/2}A_{VB1}^2 m_{hh} m_{lh}^{3/2} N v^{1/2}}{nc\left[1+(m_{lh}/m_{hh})^{3/2}\right] m_0^2 (m_{hh}-m_{lh})^{5/2}(kT)^{3/2}} \times \left[\exp\left(-\frac{hv}{kT}\frac{m_{lh}}{m_{hh}-m_{lh}}\right) - \exp\left(-\frac{hv}{kT}\frac{m_{hh}}{m_{hh}-m_{lh}}\right)\right](v>0), \quad (5)$$

where $v$ is the frequency of the incident radiation, $n$ is the refractive index, $\varepsilon$ is the permittivity, $m_{hh}$, $m_{lh}$, $m_{so}$ are the

effective masses of the heavy hole, light hole and split-off band, respectively, $m_0$ is the electron rest mass, $k$ is Boltzmann's constant, $T$ is temperature in Kelvin, $c$ is the speed of light and $A_{VB1}$ is a dimensionless parameter. $A_{VB1}^2\hbar^2k^2$ is the square of the matrix element averaged over all directions. $A_{VB1}$ is treated as a fitting parameter in our theoretical analysis.

Indirect electron transitions between minima at different $k$ of the same conduction sub-band have been demonstrated in many III V compound semiconductors. These transitions have been observed in GaAs [17], InP [18] and GaSb [19]. Spitzer and Whelan [17] showed that for wavelengths near the intrinsic band edge, this absorption is proportional to the carrier concentration in n-GaAs. This absorption is only possible if the energy separation between the valleys in the conduction band is comparable to the incident radiation. In case of InAs, the energy difference between the closest valleys in the conduction band is 0.72 eV, which is greater than the bandgap ($E_G = 0.36$ eV) of InAs [13]. Consequently, the absorption coefficient corresponding to inter-valley transitions in the conduction band, $\alpha_{CBV}$, will not make any contribution to the below-bandgap absorption.

The overall absorption coefficient ($\alpha$) is the sum of the individual absorption coefficients of the various below-bandgap absorption mechanisms and is expressed as

$$\alpha = \alpha_{FCAe} + \alpha_{FCAh} + \alpha_{IVB} + \alpha_{CBV}. \quad (6)$$

Depending on the type of the sample, the energy band structure and the carrier concentration, one or more of the mechanisms may be dominant. For an n-type sample, $n \gg n_i$ (where $n_i$ is the intrinsic carrier concentration), the major contribution to the absorption comes from inter-valley conduction band and free electron absorption [7,20]. In case of p-type samples, $p \gg n_i$, the major contribution comes from inter-valence band absorption and the free hole absorption. For an intrinsic or a compensated sample, both the electron and the hole absorption mechanisms need to be considered.

The theoretical fitting of the experimental curves was implemented using an iterative process involving multiple fitting parameters. A simple Visual Basic code was written to perform the theoretical fitting. The code facilitates the user to visualize both the individual and the cumulative effects of each of the fitting parameters. This aids the user in optimizing the fitting parameters to match the experimental curves [12].

## 3. Results and discussion

Fig. 1(a) shows the experimentally obtained transmission plots for the three samples. Fig. 1(b) shows the theoretically extracted absorption coefficient spectra using Eq. (1). The transmission decreases with wavelength for all the samples, but in case of B1 the transmission decreases much more rapidly and almost becomes zero at wavelengths approaching 20 μm. In case of samples B2 and B3, the overall transmission is much higher compared to B1 for the same wavelength range. In the wavelength range of 3.6 10 μm, B2 and B3 exhibit transmissions of approximately 50%. The electrical properties of the three samples are tabulated in Table 1. The highest electron concentration is in sample B1, due to the presence of ionized donors (tellurium in the crystal). The differences in electron concentration in samples B2 and B3 result from native donors such as arsenic vacancies or arsenic antisites due to excess indium present in the original synthesized pellets.




Fig. 1. (a) FTIR transmission spectra and (b) calculated absorption coefficient spectra for the samples B1, B2 and B3.

By fitting the experimentally derived absorption coefficient spectra shown in Fig. 1(b) with Eq. (6), we estimated the effective parameters, $A_e$, $B_e$ and $C_e$ (free carrier absorption by electrons), $A_h$, $B_h$ and $C_h$ (free carrier absorption by holes), and $A_{VB1}$ (inter valence band absorption). In the case of sample B1, the entire wavelength range could be fitted with free carrier absorption by electrons ($FCA_e$). This is expected because the

electron carrier concentration of B1 is much more than hole carrier concentration ($p = n_i^2/n = 5.8 \times 10^{12}\,\text{cm}^{-3}$). Fig. 2 shows the theoretical and experimental transmission plots for B1. To confirm the uniqueness of these fitting parameters, transmission measurement was repeated on the same sample after reducing the thickness from $t_1 = 1.04\,\text{mm}$ to $t_2 = 0.56\,\text{mm}$. An excellent match between theoretical transmission plot, obtained by the set of $FCA_e$ fitting parameters ($A_e$, $B_e$, $C_e$) in Table 2, and the experimental plot was observed. In Fig. 3, the theoretical transmission plots have been compared with the experimental spectra for the two different thicknesses of the sample B1.

Using the same set of fitting parameters as obtained for the sample B1 ($A_e$, $B_e$ and $C_e$), the experimental transmission plots of B2 and B3 were compared with the theoretical plots. Fig. 4 compares the theoretical and experimental transmission for the sample B2. We observed that in the long wavelength region ($\lambda > 9\,\mu\text{m}$) of the plot, the theoretical and experimental plots matched, implying the dominant absorption mechanism to be free carrier absorption by electrons ($FCA_e$). But at shorter wavelengths ($\lambda > 9\,\mu\text{m}$) the experimental transmission is lower than the theoretically expected transmission. Hence, there is an additional absorption mechanism that contributes to the below-band gap absorption. From Table 1, we note that the free electron concentration in samples B2 and B3 are an order of magnitude smaller than in sample B1. This implies that the fitting parameters corresponding to free holes in addition to the free electron parameters have to be considered for the material.




Fig. 2. Transmission plot of the sample B1 comparing theoretical (■) to experimental data (solid line).




Fig. 3. Theoretically calculated (■) and experimentally obtained (solid line) transmission plots of the sample B1 for two different thicknesses ($t$).




Fig. 4. Comparison of experimental (solid line) and theoretical transmission plot (■) for sample B2 using only free carrier absorption ($FCA_e$) parameters.

Table 2
Various constants employed for the analysis in this work

| Constants | Values | Reference |
|---|---|---|
| Intrinsic carrier concentration ($n_i$)($\text{cm}^{-3}$) | $1 \times 10^{15}$ | [11] |
| Electron mass ($m_e$) | $0.023\ m_o$ | [11] |
| Heavy hole mass ($m_{hh}$) | $0.041\ m_o$ | [11] |
| Light Hole Mass ($m_{lh}$) | $0.026\ m_o$ | [11] |
| Refractive index ($n$) | 3.51 | [11] |
| Dielectric Permittivity ($\varepsilon$) | $15.1\varepsilon_o$ | [11] |
| Boltzmann's Constant ($k$)(J/K) | $1.38 \times 10^{-23}$ | |
| Planck's Constant ($h$) (J s) | $6.63 \times 10^{-34}$ | |
| Rest mass ($m_0$)(kg) | $9.1 \times 10^{-31}$ | |
| Absolute dielectric constant (A s/V m) | $8.85 \times 10^{-12}$ | |
| Fitting parameters | | This work |
| $A_{VB1}$ | $2.6 \times 10^{2}$ | |
| $A_e$ | $9 \times 10^{-5}$ | |
| $B_e$ | 7 | |
| $C_e$ | $1.5 \times 10^{-4}$ | |

From Eq. (6), it can be seen that the absorption coefficient terms corresponding to free holes are $\alpha_{FCAh}$ and $\alpha_{IVB}$. In our analysis, we found negligible contribution from $\alpha_{FCAh}$ to the total absorption. The inter-valence band absorption, $\alpha_{IVB}$, was observed to have a dominant effect in the near-bandgap region. By taking into account the inter-valence band absorption (IVB) between hh and lh, in addition to the free carrier absorption ($FCA_e$), an excellent match between the experimental plot and the theoretical plot was observed for the entire wavelength region. Fig. 5(a) shows the individual contribution from $FCA_e$ and IVB absorption mechanisms to the total absorption and Fig. 5(b) compares the resulting theoretical and experimental transmission plots. The value of the additional fitting parameter corresponding to inter-valence band absorption ($A_{VB1}$) is listed in Table 2.

Similar to sample B1, the transmission measurements on sample B2 were repeated after polishing down the thickness from 0.94 to 0.54 mm. Fig. 6(a) shows the theoretical and experimental transmission of the sample B2 for the different thicknesses. The sample B3 exhibited below-bandgap absorption dependencies similar to the sample B2. For the sample B3, the inter-valence band absorption parameter, $A_{VB1,}$ obtained from theoretical analysis of the sample B2 was used for fitting the short wavelength region ($\lambda > 9\,\mu m$) of the transmission curve. The $FCA_e$ parameters used for samples B1 and B2 could explain the long wavelength range ($\lambda > 9\,\mu m$). Using the parameters listed in Table 2, the theoretical fitting of the experimental curve




Fig. 5. (a) Individual contributions from different absorption mechanisms for sample B2: IVB (●); FCA (▲) and combined IVB-FCA (■) is shown along with experimental data (solid line). (b) Transmission curve from the fitted parameters (■) plotted with experimental transmission spectrum (solid line). Sample thickness is 0.94 mm.




Fig. 6. Theoretically calculated (■) and experimentally obtained transmission plots (solid lines) of (a) sample B2 and (b) sample B3 for two different thicknesses (*t*).

for sample B3 for two different thicknesses ($t_1 = 1.04$ mm, $t_2 = 0.55$ mm) is shown in Fig. 6(b).

From our analysis, it is clear that the absorption due to inter-valence band transitions dominates the total absorption at shorter wavelengths. The inter-valence band absorption decreases as the wavelength increases. On the other hand, the free carrier absorption increases with the wavelength. Since the absolute magnitude of these two opposing mechanisms is of the same order at shorter wavelengths (4 9 μm), it results in a constant value for the transmission in the wavelength range of 4 9 μm for the low carrier concentration samples.

The free carrier absorption is usually expressed in terms of the ratio $\alpha/N$ [14]. The ratio is referred to as the optical capture cross-section of carriers. The optical capture cross-section is an important parameter that links the absorption coefficients to the carrier concentration in the sample. Once the capture cross-sections are determined, absorption coefficients for a variety of dopant concentration levels can be deduced. The main assumption in this case is that the optical capture cross-section should not vary significantly with carrier or dopant concentration. But the capture cross-section depends on the underlying absorption mechanisms. So, even in case the dopant concentration does not change, if an additional absorption mechanism is observed, it can change the optical capture cross-section. The electron capture cross-section at 9 μm was calculated for all our samples. The average value of capture cross-section for samples B2 and B3 is found to be $2.7 \times 10^{-17}\,\text{cm}^{-2}$. This is lower than the value reported in literature which is $4.7 \times 10^{-17}\,\text{cm}^{-2}$ [21]. The difference could be attributed to the fact that the previously reported value is from the doped InAs samples where only free carrier absorption by electrons was dominant. In our case, the InAs samples B2 and B3 are undoped, which have been grown using the multiple growth process to result in an extremely low residual native defect concentration. This enabled us to observe the effect of free holes on the below-bandgap absorption characteristics.

## 4. Conclusions

Summarizing, we have analyzed the below-bandgap absorption mechanisms in an undoped and Te-doped n-type indium arsenide. By comparing the experimental transmission curves with fundamental band transitions in the material, a unique set of theoretical parameters has been derived. These parameters could be further used to predict the transmission of an undoped and n-type InAs as a function of doping levels. Using these basic parameters, one could estimate the exact impurity doping level for which the highest linear optical transmission in InAs is possible. Following the same process, it is necessary to obtain the fitting parameters for p-type InAs samples. For p-type samples, the free carrier absorption by holes will play a significant role. For high optical transmission samples, it is necessary to eliminate the microscopic inclusions in the material. We have demonstrated that this could be accomplished by a multiple sequential crystal growth process.

## References

[1] A.G. Milnes, A.Y. Polyakov, Mater. Sci. Eng. B 18 (1993) 237.
[2] B.N. Murdin, C.R. Pidgeon, A.K. Kar, D.A. Jaroszynski, J.M. Ortega, R. Prazeres, F. Glotin, D.C. Hutchings, Opt. Mater. 2 (1993) 89.
[3] J.R. Lindle, J.R. Meyer, Appl. Phys. Lett. 67 (1995) 3153.
[4] K.W. Berryman, C.W. Rella, Phys. Rev. B 55 (1997) 7148.
[5] M.B. Haeria, S.R. Kinghamb, P.K. Milsomc, J. Appl. Phys. 99 (2006) 013514.
[6] D.J. Hagan, in: M. Bass (Ed.), Handbook of Optics, vol. 4, McGraw-Hill, New York, 2000.
[7] A. Chandola, R. Pino, P. Dutta, Semicond. Sci. Tech. 20 (2005) 886.
[8] R.M. Culpepper, J.R. Dixon, J. Opt. Soc. Am. 58 (1968) 96.
[9] J. R. Dixon, Proceedings of the International Conference on Semiconductors, Prague, 1961, p. 366.
[10] E. Haga, H. Kimura, J. Phys. Soc. Jpn. 19 (1964) 471.
[11] S. Krishnamurthy, A. Sher, A.B. Chen, J. Appl. Phys. 88 (2000) 260.
[12] R. Bhat, Bulk crystal growth and infrared absorption studies of $Ga_{1-x}In_xAs$, Ph.D. Thesis, Rensselaer Polytechnic Institute, 2006.
[13] M. Levinshtein, S. Rumyantsev, M. Shur, Handbook Series on Semiconductor Parameters, vol. 2, World Scientific, Singapore, 1999 (p. 90).
[14] J.I. Pankove, Optical Processes in Semiconductors, Prentice-Hall, Englewood Cliffs, NJ, 1971.
[15] E.O. Kane, J. Phys. Chem. Sol. 1 (1956) 82.
[16] A.H. Kahn, Phys. Rev. 97 (1955) 1647.
[17] W.G. Spitzer, J. Whelan, Phys. Rev. 59 (1959) 114.
[18] M.R. Lorenz, W. Reuter, W.P. Dumke, R.J. Chicotka, G.D. Pettit, J.M. Woodmall, Appl. Phys. Lett. 13 (1968) 421.
[19] W.M. Becker, A.M. Ramdass, H.Y. Fan, J. Appl. Phys. 32 (1961) 2094.
[20] A. Chandola, H. Kim, S. Guha, L. Gonzalez, V. Kumar, P. Dutta, J. Appl. Phys. 98 (2005) 093103.
[21] H.Y. Fan, in: R.K. Willardson, A.C. Beer (Eds.), Semiconductors and Semimetals, vol. 3, Academic Press, New York, 1967, p. 409.

# Exhibit 14

Invited Paper

# Bandgap modeling of alloy and associated superlattice materials and photonic processes in a barrier infrared detector device

Yajun Wei*[a]

[a]L3Harris Technologies – Cincinnati
7500 Innovation Way, Mason, OH 45040

## ABSTRACT

III-V superlattice has emerged as an important material in the field of infrared detection. Infrared cameras and systems have been built and demonstrated worldwide. Theoretical modeling plays a significant role in terms of understanding the materials, devices, and associated technical limits. In this talk, temperature dependent empirical tight binding modeling (ETBM) will be discussed for efficient modeling of the bandgap of an alloy and a superlattice incorporating alloy compositions. It was observed that the temperature dependency of superlattice bandgap is independent of the superlattice design for a nominal bandgap at a given temperature. In addition, effect of cross incorporation of elements will be modeled. Its manifestation in xray diffraction will be shown. On the device side, a theory of photo carrier collection mechanism will be proposed for a barrier infrared detector structure. A hypothesis of photonic up/down conversion and photo current gain mechanism without excessive noise will also be discussed.

**Keywords:** superlattice, III-V, nBn, tight binding, InAsSb, alloy, photon up conversion, gain

## 1. INTRODUCTION

II-VI semiconductors have been the dominating material choices for infrared applications since its discovery decades ago. III-V materials have stronger covalent bonds comparing with II-VI materials in general. They are attractive for certain applications, but there are limited choices of III-V bulk materials to cover a same infrared wavelength range, with lattice matching substrates as another issue. Since the first introduction of type II heterostructures by L. Esaki et al. in the 1970's [1,2], it has become possible to synthesize direct narrower bandgaps using wider bandgap III-V materials. This has greatly increased the wavelength coverage range using available lattice matched substrates. Although type II heterostructures greatly increased the wavelength coverage range for III-V materials, a drawback is the nominally lower optical absorption coefficient due to spatially separated electron and hole wave functions. Over the past years of research and development, this limitation has been gradually alleviated by improving the layer structure designs such as adding strain [3], shortening of the layer period [4,5], etc.

There has been significant improvement on the material quality and device designs over the past 20 years. In recent years, promising results have been shown using InAsSb alloy [6] and InAs/InAsSb SLS based nBn devices [7,8,9,10]. Despite the fact that working devices and FPAs have been demonstrated, the photo carrier collection mechanisms have been rarely discussed. In this work, both the SLS modeling and photonic processes in associated nBn devices will be discussed. Theoretical hypothesis will be introduced to explain existing observations. New theoretically predicted physical phenomena will also be discussed.

## 2. ETBM MODELING FRAMEWORK

Theoretical modeling of semiconductor materials in general has been done using k·p method in the past with great success. Empirical tight binding modeling has been successfully applied to a superlattice with binary material layers [11]. In this work, empirical tight binding modeling is used to explore superlattice with alloy layer compositions. Historically, in the tight binding modeling frame work, in order to model an alloy material, one would normally implement a supercell to include statistics of various atomic arrangements. This method is quite computationally expensive. In addition, for a superlattice in general with arbitrary layer thicknesses, the periodic boundary condition may no longer be precise. As such, in order to model the alloy superlattice properly and efficiently, first we will need to resolve these two main issues, as well as including the temperature dependency effect.

* yajun.wei@L3Harris.com; phone: 1-408-666-0708; www.L3Harris.com

Quantum Sensing and Nano Electronics and Photonics XVII, edited by Manijeh Razeghi, Jay S. Lewis, Giti A. Khodaparast, Pedram Khalili, Proc. of SPIE Vol. 11288, 112881J
© 2020 SPIE · CCC code: 0277-786X/20/$21
· doi: 10.1117/12.2545587

### 2.1 Modeling of alloy InAsSb

In an nearest neighbor sp$^3$s* ETBM modeling framework [11,12], for a bulk material, either binary or an alloy regardless, the bandgap is determined by the conduction band edge energy $E_C$ and the valance band edge energy $E_V$ given in the following Eq.(1) and Eq. (2).

$$E_C = \frac{1}{2}\left(E_{sa} + E_{sc} + \sqrt{(E_{sa} - E_{sc})^2 + 4E_{sasc}^2}\right) \quad (1)$$

$$E_V = \frac{1}{2}\left(E_{pa} + E_{pc} + \frac{1}{3}\Delta_a + \frac{1}{3}\Delta_c - \sqrt{\left(E_{pa} + \frac{1}{3}\Delta_a - E_{pc} - \frac{1}{3}\Delta_c\right)^2 + 4E_{xaxc}^2}\right) \equiv 0 \quad (2)$$

In which $E_{sa}$ and $E_{sc}$ are the self-interaction energy terms of s orbitals for the anion and cation atoms, $E_{sasc}$ is the interatomic interaction energy terms of s orbitals between anion and cation atoms that are the nearest neighbors, $E_{pa}$ and $E_{pc}$ are the self-interaction energy terms of p orbitals for the anion and cation atoms, $\Delta_a$ and $\Delta_c$ are the spin-orbital terms, and $E_{xaxc}$ is the interatomic interaction energy term of p orbitals between anion and cation atoms that are the nearest neighbors and orientated in a same direction.

In the parameter fitting process for bulk materials, the valance band edge position $E_V$ is usually fixed to zero. To offset both the conduction band edge and the valence band edge by a valance band offset (VBO), we could simply offset the energy terms $E_{sa}$, $E_{sc}$, $E_{pa}$, and $E_{pc}$ by exactly a same amount. Therefore, the ETBM parameter set can fit exactly any empirical VBO values, obtained either experimentally or from another model, e.g. model solid theory [13]. This can be mathematically proven by a simple transformation of Eq. (1) into Eq.(3) and Eq.(2) into Eq. (4) as shown below.

$$E_C + VBO = \frac{1}{2}\Big[(E_{sa} + VBO) + (E_{sc} + VBO) + \sqrt{[(E_{sa} + VBO) - (E_{sc} + VBO)]^2 + 4E_{sasc}^2}\,\Big] \quad (3)$$

$$VBO = \frac{1}{2}\Bigg[(E_{pa} + VBO) + (E_{pc} + VBO) + \frac{1}{3}\Delta_a + \frac{1}{3}\Delta_c - \sqrt{\left[(E_{pa} + VBO) + \frac{1}{3}\Delta_a - (E_{pc} + VBO) - \frac{1}{3}\Delta_c\right]^2 + 4E_{xaxc}^2}\,\Bigg] \quad (4)$$

For an alloy, this would mean that the VBO can be interpolated precisely according to any empirical model, e.g. a linear model [14] between the two composition alloys.

As for the bandgap, even after the VBO offset,

$$E_g = E_C - E_V = \frac{1}{2}\left(E_{sa} + E_{sc} + \sqrt{(E_{sa} - E_{sc})^2 + 4E_{sasc}^2}\right) \quad (5)$$

Due to the non-linear relationship between the bandgap and the ETBM parameters, a linear parameter interpolation would not work well. In addition, there is usually a bandgap bowing for an alloy that can sometimes be very significant. In order to model an alloy material properly, we introduce the concept of parameter bowing in the ETBM modeling framework as shown in Eq. (6), (7), and (8) below.

$$E_{sa}(AB_{1-x}D_x) = (1-x)E_{sa}(AB) + xE_{sa}(AD) - C_{sa}x(1-x) \quad (6)$$

$$E_{sc}(AB_{1-x}D_x) = (1-x)E_{sc}(AB) + xE_{sc}(AD) - C_{sc}x(1-x) \quad (7)$$

$$E_{sasc}(AB_{1-x}D_x) = (1-x)E_{sasc}(AB) + xE_{sasc}(AD) - C_{sasc}x(1-x) \quad (8)$$

In which AB(1-x)D(x) represent a generic ternary alloy material made of constituent binary material AB and AD. In the case of InAsSb alloy material, it can be shown that the s orbital self-interaction energy terms $E_{sa}$ and $E_{sc}$ contribute to the majority of the energy bowing effect. The interatomic energy term $E_{sasc}$ would make up for most of the residue bowing. If we assume that the empirical bandgap bowing parameter C_bandgap for InAsSb alloy is 0.67 [15], and a set of ETBM bowing parameters as shown in Table 1, we can calculate the ETBM bandgap vs. alloy composition and comparing with the empirical bandgap values.

Table 1 Bowing parameters for InAsSb alloy.

| C_bandgap | Csa | Csc | Csasc |
|---|---|---|---|
| 0.67 | 0.67 | 0.67 | 0.0269 |

Figure *1*(a) shows the overlay of the ETBM calculation on the bandgap of the alloy InAs(1-x)Sb(x) comparing with empirical data at 77K. The maximum calculation error is 0.138 meV, or 0.089% within the entire composition range at 77K. That at 300K is 0.50 meV and 0.50% respectively. As such, modeling of an alloy using ETBM could be greatly simplified.




Figure 1 (a) Comparison of ETBM calculations with empirical data for the bandgap of alloy InAs(1-x)Sb(x)within the entire composition range at 77K. (b) ETBM bandgap calculation error vs. composition x.

### 2.2 Temperature dependency model

There are two primary components when modeling the temperature dependency: (a) lattice expansion, and (b) Debye-Waller factor [12]. While the lattice expansion would change the interatomic distance and vary the energy parameters directly, the Debye-Waller factor comes from the random vibrations of the atoms. Figure *2* illustrate both components with atomic positioning vectors identified. We assume that the ETBM interatomic energy terms would scale according to Harrison's $d^{-2}$ rule [16] as a rule-of-thumb.




Figure 2 Illustration of lattice expansion and thermal vibrations for a bulk material for atom i and an adjacent atom j.

$$E_{\propto,\beta}(T) = E_{\propto,\beta}(T_0)\frac{|\vec{R}_{ij}(T_0)-\delta\vec{R}_i(T_0,t)+\delta\vec{R}_j(T_0,t)|^2}{|\vec{R}_{ij}(T)-\delta\vec{R}_i(T,t)+\delta\vec{R}_j(T,t)|^2} \quad (9)$$

in which $E_{\alpha\beta}(T)$ is the interatomic energy terms at temperature T, $\delta R_i(T,t)$ and $\delta R_j(T,t)$ represents the random shift vector of atomic positions at temperature T relative to their nominal positions at any given time t due to thermal vibrations. We

have adopted the Born-Oppenheimer approximation implicitly. After averaging out the first order random variables in Eq. (9), we will obtain,

$$E_{\propto,\beta}(T) = E_{\propto,\beta}(T_0)\frac{|\vec{R}_{ij}(T_0)|^2+|\delta\vec{R}_i(T_0,t)|^2+|\delta\vec{R}_j(T_0,t)|^2}{|\vec{R}_{ij}(T)|^2+|\delta\vec{R}_i(T,t)|^2+|\delta\vec{R}_j(T,t)|^2} \tag{10}$$

in which $R_{ij}(T)$ is the nominal distance between nearest cation and anion atoms and it is calculated for zinc-blende crystals under no stress as,

$$|\vec{R}_{ij}(T)| = \frac{\sqrt{3}}{4}a(T) \tag{11}$$

in which a(T) is the lattice constant of the material. The quadratic terms in Eq. (10) are the Debye-Waller factors. We further simplify the representation of Eq. (10) as,

$$E_{\propto,\beta}(T) = E_{\propto,\beta}(T_0)\frac{\frac{3}{16}a^2(T_0)+u_A^2(T_0)+u_C^2(T_0)}{\frac{3}{16}a^2(T)+u_A^2(T)+u_C^2(T)} \tag{12}$$

in which $u_A$ and $u_C$ represent the average amount of random atomic displacement at the anion and cation sites respectively. Since the Debye-Waller factors are inversely proportional to the atomic mass, to estimate the parameters for the AB(1-x)D(x) alloy material, we use the following approximation for either the cation or anion at any given temperature,

$$\frac{1}{u^2_{AB(1-x)D(x)}} = \frac{1-x}{u^2_{AB}} + \frac{x}{u^2_{AD}} \tag{13}$$

Although the Debye-Waller factors can be estimated using textbook formula [17], results from a more detailed model are used in this work [18]. The estimated Debye-Waller factors for alloy InAs(1-x)Sb(x) at various temperatures are shown in Figure 3.




Figure 3 Estimated Debye-Waller factors for the alloy InAs(1-x)Sb(x) at various temperatures.

### 2.3 Modeling of InAs/InAsSb SLS

With temperature dependent alloy material parameters available, it is now fairly straightforward to implement ETBM model to calculate the bandgap energy for an InAs/InAsSb SLS with atomic layer precision within a wide temperature range, usually 0-300K. However, the constituent layer thicknesses usually do not correspond to integer atomic layers. In practice, a grower can grow arbitrary layer thicknesses in principle. This could violate the periodic boundary conditions used to derive the ETBM modeling framework on the first place. In order to handle this generic case, it is still reasonable to assume that even if the SLS does not bare a perfect periodic structure at atomic level exactly, empirically such an SLS still holds a measureable bandgap within some uncertainty. It can be reasonably assumed that the actual SLS contains a mixed periodic structures at the atomic level and the measured bandgap could be a result of weighted average of a

distribution of various bandgaps with their statistical significance. It is also reasonable to assume that the measureable bandgap would vary smoothly as the layer thicknesses cross the integer number of atomic layers. As such, we could take an alternative approach, i.e. to interpolate the bandgap for SLS with arbitrary layer thicknesses using results from SLS with integer number of atomic layers. This methodology greatly simplifies the calculation load and has yielded meaningful results. Figure 4 shows the result of ETBM calculations for a representative InAs/InAsSb SLS. One observation for all calculated SLS is that the bandgap dependency of temperature is independent of SLS design for a same nominal bandgap at a given temperature.




Figure 4 Result of ETBM modeling of the bandgap of InAs/InAsSb SLS at various temperatures.

## 3. MODELING OF SB SEGREGATION EFFECTS

InAs/InAsSb SLS in reality has more complicated atomic structure than the ideal case on paper. One significant aspect is the Sb segregation [19], i.e. even though there is no intentional Sb within the InAs layers, due to presence of excessive Sb on the surface of InAsSb layers at the end of each InAsSb layer growth. This excessive Sb does not leave the surface fast enough at the growth temperature before getting incorporated into the next InAs layers. STM images taken for these materials has clearly indicated a profile of Sb within the InAs layers [19].

### 3.1 Evidence of Sb segregation from HRXRD analysis

In this work, HRXRD analysis was done on representative SLS calibration wafers grown by IET using RADS simulation software. Due to the simplicity of the grown epi structure, we are able to observe a clear signature of the Sb segregation effect. For the material under examination, it is found out that the +2nd order SLS peak would be missing without the presence of Sb in the InAs layers, as shown in Figure 5 and Figure 6. Without adding certain amount of Sb within the InAs layers, it is impossible to obtain good fit to the experimentally collected HRXRD data. For the sample illustrated, RADS software would give the best fit using an average 2.4% of Sb in the InAs layers. This is a first order approximation. In reality, there would be a concentration profile in the growth direction not yet taken into account. This might contribute partially to the residue discrepancy between the modeled and actual rocking curves. This observation is reproducible for the samples grown at the time. It is worthy to note that the HRXRD signature of the Sb segregation might be different depending on the exact SLS design and may be more or less observable in general, especially for a full device structure. Never-the-less, the observed HRXRD signature is consistent with other independent experimental evidence of the presence of Sb segregation within the InAs layers.

### 3.2 Effects of Sb segregation

While Sb segregation seems benign at a first glance, it would significantly impact the SLS design for a target cutoff wavelength required. Figure 7 illustrates the required SLS period for a given target cutoff in the MW wavelength range. We can see that the more Sb incorporation is in the InAs layers, the larger the SLS period needs to be to maintain a same

cutoff. This is undesirable as it would decrease the density of interfaces in the SLS materials that would lead to nominally reduced optical absorption coefficient. On the other hand, for a given SLS design, if the amount of Sb segregation is allowed to vary from one growth run to another usually unintentionally, it would lead to variation of the SLS cutoff wavelength. Sometimes, this drift in cutoff wavelength can be dramatic.




Figure 5 Comparison of HRXRD rocking curve with RADS simulation on a calibration sample grown by IET. There is a clear signature of the missing +2nd order SLS peak if there is no Sb segregation in the InAs layers.




Figure 6 Comparison of HRXRD rocking curve with RADS simulation on a same calibration sample with an average Sb% of 2.4% added to the InAs layers.




Figure 7 SLS period required to maintain a same SLS cutoff wavelength under different amount of segregations.

## 4. OPTICAL PROCESSES IN NBN DEVICES

### 4.1 Carrier collection mechanism for an nBn detector structure

nBn infrared detector devices based on InAsSb bulk alloy [6] or InAs/InAsSb SLS materials [7,10] with good quantum efficiency have been demonstrated. However, the carrier collection mechanism has rarely been discussed. Either InAsSb bulk alloy or InAs/InAsSb SLS is natively n-type with a surface Fermi energy level pinned within the conduction band. For n-type absorber materials, the minority carriers are holes. With the band bending at the top contact surface in a typical nBn infrared detector structure as shown in Figure *8*(a) where a thin absorber layer doped n-type is used as the top contact (on the left side in the diagrams), the minority holes are trapped within the material, as shown in Figure *8*(b). While the metal contact on top of the n-type contact materials would establish the Ohmic contact to the electrons in the conduction band, this Ohmic contact actually is irrelevant to the holes in the valence band. Presumably the tunneling of holes through the surface barrier directly into the metal is negligible. Under a correct bias condition, i.e. negative bias on the top contact side relative to the absorber side, there would actually be net hole accumulations within the top contact layer, as illustrated in Figure *8*(c). In principle, these accumulated hole would not be able to recombine at the metal semiconductor interface due to the wrong band bending direction. As such, after a short transient upon initiation of an incidence photon flux, the system would quickly reach an equilibrium with zero photons being collected at the contact. However, the accumulated holes would not be able to stay within the top contact forever, due to an obvious limitation: carrier lifetime. Due to limited carrier lifetime, especially for these narrow bandgap materials, the carriers accumulated within the top contact region will unavoidably go through recombination processes with electrons in the conduction band. The annihilation processes would necessitate a net flow of electrons from the top contact metal into the conduction band of the top contact layer. Thus the holes are virtually “collected” effectively. As such, a poorer quality top contact layer would actually make the collection more efficient. This hypothesis could help to explain the observed high carrier collection efficiency in general.

On the absorber side of the device, due to a same surface Fermi energy pinning effect, there would be no replenish of minority carrier holes into the absorber. This would lead to a nominal photoconductive gain no greater than unity. Due to carrier transport issues, there would actually be some minority carrier losses from where they are generated to where they are collected. This loss could be significant. Therefore, although an nBn detector resembles a unipolar photoconductor, it is somewhat behaving like a photodiode except that it requires a bias voltage to turn on the photocurrent.




Figure 8 Simulated band diagram for (a) ideal nBn at zero bias, (b) real nBn at zero bias, and (c) real nBn under bias.

### 4.2 Linear photon up/down conversion in an nBn structure: a new hypothesis

Photon up/down conversions usually refer to non-linear optical processes involving three photons. In an nBn device with two different bandgap materials on the two sides of the electron barrier, we propose two linear processes that will either up or down convert an incident photon.

For illustration purpose, we consider a hypothetical nBn structure consisting of a wider gap n-type absorber on one side of the electron barrier and a narrower gap n-type absorber on the other side of the electron barrier, as shown in Figure 9. We also assume a hypothetical barrier that would linearly bridge the valence band discontinuity between the blue and red absorbers.

Under zero bias, if a blue photon is incident from the left side of the structure, the absorption process would generate an electron-hole pair (assuming unity conversion efficiency for simplicity). We assume that the blue phonon energy matches the bandgap of the blue absorber. The minority holes would diffuse to the barrier then drift to the red absorber side. At the red absorber side, the minority holes would unavoidably go through a recombination process due to limited carrier lifetime. This recombination process would naturally generate another photon with energy equals the bandgap of the red absorber. So overall, one incidence blue photon is converted into one emitted and escaped red photon. There is certain probability for this emitted red photon to escape the system with certain probability, thus it should be an observable effect. During this down conversion process, the excessive energy would be released to the system as heat when the minority hole enters the red absorber.




Figure 9 Hypothesis of a linear photon down conversion process in an nBn structure under zero bias

If we positively bias the structure on the red side, the valence band of the blue absorber and the red absorber would start to match then offset the other way, as illustrated in Figure 10. Assuming that a red photon with a same energy as the red absorber bandgap is incidence from the right side of the structure, it would generate an electron-hole pair (assuming unity conversion efficiency for simplicity). The minority hole would propagate to the left side through diffusion/drift. Once on

the left side, due to limited carrier lifetime, the minority hole would go through a recombination process unavoidably. This would generate a blue photon with energy equals the bandgap of the blue absorber. Overall, one incident red photon is converted to one emitted blue photon. There is also certain probability for this emitted blue photon to escape the system, thus it should also be an observable effect. During this process, it is expected that the missing energy would be compensated from thermal energy in the system, i.e. the lattice vibrations or phonons. Thus the linear photon up conversion could be endothermic. It is expected that such a process would be more plausible in a material whose carrier recombination process is radiative dominated.

For a type II superlattice, the projected Auger lifetime can be greater than the radiative recombination lifetime [20,21] under certain circumstances, making the processes plausible. Even if the lifetime is dominated by Shockley-Read-Hall (SRH) recombination, as long as the optical recombination is strong enough, e.g. indicated by significant photoluminescence, both the linear up/down photon conversion processes should be observable.




Figure 10 Hypothesis of a linear photon up conversion process in an nBn structure under bias

### 4.3 Photocurrent gain without excessive noise

In the photon detection process in an nBn structure, normally there is no photocurrent gain. For a structure and bias condition shown in Figure 10, the emitted blue photons could propagate back towards the red absorber and get re-absorbed. This re-absorption process would create a 2nd generation e-h pairs in the red absorber, as illustrated in Figure 11. When this 2nd generation minority holes propagate to the blue absorber side, it would emit a 2nd generation up converted blue photons. This process would continue indefinitely in principle. As such there is certain probability that one incident red photon can generate more than one e-h pairs, leading to a net gain.




Figure 11 Illustration of photonic gain in an nBn structure

If we assume that the nominal internal quantum efficiency after taken into account both absorption and carrier transport for the red absorber is $\eta_R$ for the scenario of photon incidence from the right side and $\eta_L$ for the scenario of photon incidence from the left side. If we also assume that β represents the net efficiency of blue photon emissions managing to propagate

Case 1:24-cv-01832-MHS Document 9-14 Filed 02/04/25 Page 11 of 12

back into the red absorber relative to each collected minority hole. It can be shown that the net internal quantum efficiency would be,

$$\eta = \frac{\eta_R}{1-\beta\eta_L} \tag{14}$$

for photon incidence from the right side, and,

$$\eta = \frac{\eta_L}{1-\beta\eta_L} \tag{15}$$

for photon incidence from the left side.

We therefore have a photocurrent gain of,

$$G = \frac{1}{1-\beta\eta_L} \tag{16}$$

If we assume that there is no QE loss from carrier transport, and the nominal internal QE is unity in an ideal case we will have,

$$G \approx \frac{1}{1-\beta} \tag{17}$$

In practice, if the carrier recombination within the blue absorber is dominated by radiative recombination, for photons incident from left side of the device structure, the blue emission reaching the red absorber can reach say 50% on a first order approximation. This could lead to a photocurrent gain of about 2 which can be significant for a photodetector device. The above analysis also infer that the photocurrent gain mechanism would help more with better quality materials. If the recombination on the blue absorber side is dominated by say SRH process (SRH lifetime << radiative lifetime), $\beta \approx 0$, and there would be very little photocurrent gain.

As the regenerated minority holes are correlated with the first generation minority holes, the gain would nominally not introduce excessive noise. It is worthy to note that this photocurrent gain mechanism would not apply for the detection of blue photons.

## 5. SUMMARY

Temperature dependent ETBM modeling has been successfully applied to model the bandgap of InAsSb alloy and InAs/InAsSb SLS materials after introducing parameter bowing in the model. It is concluded that the Sb segregation is not desirable for the InAs/InAsSb SLS materials. A minority carrier collection mechanism is proposed for an nBn detector. In addition, a hypothesis of linear photon up/down conversions is introduced for a first time. A photocurrent gain mechanism without excessive noise is also discussed.

## ACKNOWLEDGEMENT

The author would like to thank IntelliEPI to provide relevant epitaxial materials, and associated HRXRD measurements. Special thanks to Dr. Paul Pinsukanjana and Dr. Everett Fraser at IntelliEPI for valuable discussions on the epi materials. The author would like to thank US Department of Energy / Contract DE-SC0008257 for sponsorship of relevant work in section 3. The rest of the work was conducted under L3Harris internal R&D support.

## REFERENCES

[1] G. A. Sai-Halasz, R. Tsu, and L. Esaki, "A new semiconductor superlattice," Appl. Phys. Lett. 30(12), 651-653 (1977).

[2] G. A. Sai-Halasz, L. L. Chang, J.-M. Welter, C.-A. Chang and L. Esaki, "Optical absorption of In1-xGaxAs-GaSb1-yAsy superlattices," Solid State Commun. Phys. 27, 935-937 (1978).

[3] D. L. Smith and C. Mailhiot, "Proposal for strained type II superlattice infrared detectors," J. Appl. Phys. 62(6), 2545 (1987).

[4] Y. Wei, A. Gin, and M. Razeghi, G.J. Brown, "Advanced InAs/GaSb superlattice photovoltaic detectors for very long wavelength infrared applications", Appl. Phys. Lett., 80(18), 3262-3264 (2002).

[5] Yajun Wei, Aaron Gin, and Manijeh Razeghi, Gail J. Brown, Type II InAs/GaSb superlattice photovoltaic detectors with cutoff wavelength approaching 32 μm", Appl. Phys. Lett., 81(19), 3675-3677 (2002).

[6] Neil Baril, Alexander Brown, Daniel Zuo, Meimei Tidrow, Dmitri Loubyshev, Joel M. Fastenau, Amy W. K. Liu, Sumith Bandara, "MWIR barrier infrared detectors with greater than 5 μm cutoff using bulk InAsSb grown on GaSb substrates", Proc. of SPIE Vol. 10177, 101771L (2017).

[7] J. B. Rodriguez, E. Plis, G. Bishop, Y. D. Sharma, H. Kim, L. R. Dawson, and S. Krishna, "nBn structure based on InAs/GaSb type-II strained layer superlattices", Applied Physics Letters 91, 043514 (2007).

[8] E. H. Steenbergen, B. C. Connelly, G. D. Metcalfe, H. Shen, M. Wraback, D. Lubyshev, Y. Qiu, J. M. Fastenau, A. W. K. Liu, S. Elhamri, O. O. Cellek, and Y.-H. Zhang, "Significantly improved minority carrier lifetime observed in a long-wavelength infrared III-V type-II superlattice comprised of InAs/InAsSb", Applied Physics Letters 99, 251110 (2011).

[9] David Z. Ting, Alexander Soibel, Arezou Khoshakhlagh, Sir B. Rafol, Sam A. Keo, Linda Höglund, Anita M. Fisher, Edward M. Luong, and Sarath D. Gunapala, "Mid-wavelength high operating temperature barrier infrared detector and focal plane array", Appl. Phys. Lett. 113, 021101 (2018).

[10] David Z. Ting, Sir B. Rafol, Keo A. Sam, Jean Nguyen, Arezou Khoshakhlagh, Alexander Soibel, Linda Höglund, Anita M. Fisher, Edward M. Luong, Jason M. Mumolo, John K. Liu, Sarath D. Gunapala, "InAs/InAsSb Type-II Superlattice Mid-Wavelength Infrared Focal Plane Array with Significantly Higher Operating Temperature Than InSb", IEEE Photonics Journal 10(6), 6804106 (2018).

[11] Yajun Wei, and Manijeh Razeghi, "Modeling of type-II InAs/GaSb superlattices using an empirical tight-binding method and interface engineering", Phys. Rev. B, 69, 085316 (2004).

[12] S. Abdollahi Pour, B. Movaghar, and M. Razeghi, "Tight-binding theory for the thermal evolution of optical band gaps in semiconductors and superlattices", Phys. Rev. B, 83, 115331 (2011).

[13] Chris G. Van de Walle, "Band lineups and deformation potentials in the model-solid theory", Phys. Rev. B, 39(3), 1871-1883 (1989).

[14] S-H Wei, and A. Zunger, "InAsSb/InAs: A type-I or a type-II band alignment", Phys. Rev. B., 52(16), 12039-12044 (1995).

[15] I. Vurgaftman and J.R. Meyer, L.R. Ram-Mohan, "Band parameters for III-V compound semiconductors and their alloys", J. Appl. Phys., 89(11), 5815-5875 (2001).

[16] Walter A. Harrison, [Electronic Structure and the properties of solids: The physics of the chemical bond], Dover Publications, Inc., New York, 149-151 (1989).

[17] J. M. Ziman, [Principles of the theory of solids], Cambridge University Press, 62-64 (1972).

[18] J.F. Vetelino and S.P. Gaur, and S.S. Mitra, "Debye-Waller factor for zinc-blende-type crystals", Phys. Rev. B, 5(6), 2360-2366 (1972).

[19] M.R. Wood, K. Kanedy, F. Lopez, M. Weimer, J.F. Klem, S.D. Hawkins, E.A. Shaner, J.K. Kim, "Monolayer–by–Monolayer Compositional Analysis of InAs / InAsSb Superlattices with Cross–Sectional STM", J. of Crystal Growth, 425, 110-114 (2014).

[20] E. R. Youngdale, J. R. Meyer, C. A. Hoffman, F. J. Bartoll, C. H. Grein, P. M. Young, H. Ehrenreich, R. H. Miles and D. H. Chow, "Auger lifetime enhancement in InAs-Ga1-xInxSb superlattices", Appl. Phys. Lett., 64, 3160 (1994).

[21] B. V. Olson, E. A. Kadlec, J. K. Kim, J. F. Klem, S. D. Hawkins, and E. A. Shaner, M. E. Flatte, "Intensity- and temperature-dependent carrier recombination in InAs/In(As,Sb) type-II superlattices", Phys. Rev. Appl., 3, 044010 (2015).

# Exhibit H

**Sarath D. Gunapala, et al., Presentation Transcript,** ***How T2SL FPAs have changed the infrared landscape*****. PROC. SPIE 12534, INFRARED TECHNOLOGY AND APPLICATIONS XLIX, 1253402 (15 June 2023)**




00:00
Well, it's-- thank you so much. It's great to be here, and first of all, I should thank Gabe. He has asked me to do this, and not only that, he suggested me the topic, too. So I guess I can do it justice for that, and I think it's fairly easy, especially after listening to the great talks the whole day, in the morning, on T2SL focal plane arrays and imaging products from various different industries.

00:37
So I'm going to talk about this topic, "How T2SL FPAs Changed the Infrared Landscape." So those who don't know me, I'm Sarath Gunapala, and my colleague David Ting, he's chairing the session. And I would like to thank all my JPL colleagues here. Oh, I'm going the other way. It takes a little while to figure this out. Also, I would like to thank my other colleagues.

01:07
I work over the time with other institutions, including Murzy Jhabvala, from NASA's Goddard Space Flight Center; Ashok Sood and company from Magnolia; Paul Lucey, Rob Wright, and company from University of Hawai'i-- we worked with them on instruments-- and finally, Sachidananda Babu and Parminder Ghuman, for supporting us in many different NASA Earth Science projects.




01:35
So thank you. And so this is a brief outline. So I'm going to talk a little bit what happened prior to the T2SL stuff in hetero-- in compound semiconductor III-V compound semiconductor heterostructure devices, because I am pretty old in this field now. I am here for more than three decades. Then I'll switch to the T2SL stuff, which you all know very well now.


Jet Propulsion Laboratory
California Institute of Technology
Quantum Well Infrared Photodetector
(QWIP) Technology
3
Copyright © 2023. All rights reserved.




02:08
So the first quick work, I started to work on in my graduate study days, so the whole idea of this thing came from the 1977 proposal by Leo Esaki on superlattice and quantum wells for various different devices. So in the early '80s, many researchers started to do theory, and one of them was my thesis advisor, Darryl Coon.

02:39
He did a lot of theory on quantum wells. We tried to demonstrate a detector, too. But we miserably failed because, that time, the MB growth was at its infancy, so we couldn't get any good material. Finally, in 1985, Larry West, he was a graduate student at Stanford University. He demonstrated the first intersubband absorption in gallium-arsenide, aluminum-gallium-arsenide quantum wells.




03:07

That started a whole body of research in that field. One of the guys who pioneered that was my postdoc mentor, Barry Levine, at Bell Labs. He did a lot of pioneering work and demonstrated a fairly good QWIP detector, and then he also demonstrated the very small focal plane array, 128 by 128 pixel, 50 micron pixel pitch-- that time was state of the art, in the late '80s-- based on Amber Engineering AE 159 readout.

03:44

I still remember because, as a postdoc, I fabricated the detector array. Not only that, for my great disappointment, after everything, he said, now you have to check the uniformity. And how do you check the uniformity? In Bell Labs, we didn't know anything about focal plane arrays. He said go to the probe station and-- LN2 cool-probe station-- put the detector array, and probe station measures every-- the IV of every diode, just a painstaking process.

04:14

[LAUGHS] Then, finally, we delivered those arrays to Amber Engineering. They put the dies, bumps-- put the bumps, dies, and did the focal plane. So that's how it was in those days. So then, after I moved to JPL, we demonstrated a bunch of cameras, because JPL, it's hard to do basic research.

04:38

So one of the first ones we did was a 256 square-- there's a typo here-- based on that Amber readout, a 30-micron pitch, so Amber commercialized that. Later, we did this small camera-- it was funded by Night Vision Lab that time-- with the infometrics. They commercialized that. Then, later we did this 640-by-512 focal plane array camera with Indigo Systems, and they commercialized that.




05:09
So all that went well, and then, of course, for JPL, a camera itself is not very interesting. They have to-- their interest is remote-sensing observational instrument, so we did a couple of them. Just to highlight one, and because this is still working, it's a Hyperspectral Thermal Emission Spectrometer, or HyTES. It's-- Simon Hook is the science PI.

05:39
This is still the servicing instrument, is the airborne instrument, so this image shows a cross section of that. It's a Dyson spectrometer-based hyperspectral spectrometer. It has 250 channels-- 256 channels spanning from 7 and 1/2 to 12 microns. So initial device, actually, was designed by [? SUNY, ?] then later, David Ting redesigned that one.

06:11
And here, I am showing the instrument on an ER-2 fuselage, and this ER-2 flying with that for different remote sensing experiments. It has flown pretty much in all 48 contiguous US states, Hawai'i, and many European countries. I heard it's going to Sweden, Italy, and South Africa in this summer, in this year.




06:43
So then, at around the same time, at NASA's Goddard Space Flight Center, Murzy Jhabvala-- I don't know-- Murzy, he's here. Sachi is there. Those two actually pioneered the TLC instrument for Landsat, and that's actually the first QWIP to space as an observational instrument. So they built the TLC instrument based on a QmagiQ 640-by-512, focal plane array based on a FLIR ROIC, and now, actually, two TLC instruments on Landsat 8 and 9, in polar orbit.

07:22
So they are servicing instruments, and they have multiple wavelength bands. And actually, this image shown here is a breakage of the Larsen C ice sheet in Antarctica, so it was the first image by Landsat 8 TLC instrument. So it's a very successful instrument. I'm not going to talk much about that. This is a reference. And tomorrow, there's actually a talk, a keynote address in another conference, actually, a sister conference, by Murzy, so you should attend that one.

Case 1:24-cv-01832-MHS Document 39-8 Filed 11/17/25 Page 9 of 41




07:55
He may talk about this as well. I'm not sure. Then switching gears to T2SL, about 20 years ago at JPL our success with QWIPs, even though it's a great detector to demonstrate cameras, our success as a focal plane for flight instruments was very limited because many of the spectrometers, signal is very weak. It's broken.

08:23
A spectrum is broken to hundreds of channels, so all these instrument managers or instrument designers need extremely high quantum efficiency and a low dark current. So QWIP has a great uniformity, but it wasn't sufficient for that.




So it had a somewhat limited success, so we switched into the T2SL detectors at that time, based on conventional indium-arsenide, gallium-antimonide superlattice.

08:54
So again, the first theory paper, I think, is a Darius Smith and Christian Mailhiot, and then first experimental paper I read was by Richard Miles and company at Caltech, published in early 1990. Then there were a lot of groups doing T2SL work in those days, and then several years later, those got very dormant because it was a tough material to work with, especially around that time.

09:28
Then late '90s, Frank Fuchs at Fraunhofer Institute published a very nice paper with good results, so that rejuvenated this field again in US. And then 19-- sorry, 2009-- actually, 2008, probably, published in 2009 by my colleague David Ting, demonstrated the CBIRD, the Complementary Barrier Infrared Detector. He successfully used multiple barriers to suppress the dark current, and it was a high-- it's a highly cited paper in this field.




10:06
So when it comes to this level, I should definitely mention Shimon Maiman and Gary Wicks' nBn paper that did a major contribution to this field, especially for the III-V field. So here, they put this nice chart together to compare and contrast the conventional diode versus nBn. So the conventional diodes, especially in III-V, are clogged with a generation-recombination dark current due to these midgap centers.

10:43
And that scales with exponentially band-- half of the bandgap energy, so that's not very desirable. Also, III-V, when you etch a mesa, or to delineate the detector, the surfaces get accumulated, surfaces, and they produce surface leakage. So they were high dark current, and so as a result, you had to cool the detector, both not very desirable for instrument makers.

11:13
Whereas, in nBn, you can think of its depletion region replaced by a tall barrier that significantly reduces the G-R current. And also, it blocks the surface leakage current going along the surface, and whereas, it's led-- the photocurrent flows unimpeded. So that's a big advantage for III-V detectors.

Jet Propulsion Laboratory
California Institute of Technology

## Developing Extended Cutoff Absorber Material

| Material | Growth Mode | $\lambda_{cutoff}$ Range | Remark |
|---|---|---|---|
| InAs/GaSb T2SL | ~ Lattice matched | ~2 µm – LWIR | Short lifetime |
| InAsSb bulk | Lattice matched | 4 µm (fixed) | For standard $\lambda_{cutoff}$ = 4 µm nBn only |
| InSb QD in InAsSb | Stranski-Krastanov | ~6 µm | Bimodal; lower response for λ>4 µm |
| InSb/InAsSb T2SLS | Strain-balanced | < 5 µm | Limited to thin InSb layers (~3-5 Å) |
| InSb/InAs T2SLS | Strain-balanced | < 5 µm | Limited to thin InSb layers (~3-5 Å) |
| InAs/InAsSb T2SLS | Strain-balanced | ~4 µm – LWIR | Long lifetime. Easiest to grow. |

- Explored many absorber candidates at JPL over a period of two years
- Selected only low-defect growths on GaSb substrate
  - No relaxed metamorphic growth
- Two candidates capable of reaching 5 µm and beyond
  - InAs/GaSb type-II superlattice (T2SL)
  - InAs/InAsSb type-II strained layer superlattice (T2SLS)
- InAs/InAsSb T2SLS has better lifetime and is much easier to grow
  - First successful demonstration of InAs/InAsSb T2SLS nBn in July 2010
  - In 2013, commercial foundry MWIR material reached ~5 µs minority carrier lifetime

11

Copyright © 2023. All rights reserved.

So this nBn detector demonstrated by Shimon Maimon and Gary Wicks had two cutoff wavelengths.

11:47
One was the indium arsenide, I believe, one indium-arsenide substrate having 3.3 microns cutoff. The other one-- a 4.1 cutoff, a thin lattice-matched indium arsenide antimonide on gallium antimonide substrate. So at JPL, we were trying to extend the wavelength. They would design various structures, and we'd work about two years to extend the wavelength. Dave has a nicer story, but I'm not going to go to that detail due to limited time here.

12:17
So at the end, we managed to extend the wavelength beyond 5 successfully using only two superlattices, the conventional superlattice as well as, the last one, we tried indium arsenide and indium arsenide antimonide. But the difference is this superlattice, when we demonstrated this detector in mid-2010 time frame, it was a very good detector, and later, we found it has a very good minority carrier lifetime, compared to the conventional superlattice.

12:51
That's around 100 nanoseconds or so for midwavelength. This one has about almost 10 microseconds. That's the highest demonstrated up to date.




So and it's-- Dave will also put this chart to show how easy to grow this material in comparison to the conventional superlattice, antimonide superlattice. This one needs four material sources, four shutters.

13:21
It's a lot of stress on the MB machine. And whereas it needs this interface strain-matching at the-- balancing at these interfaces, whereas, the gallium-free superlattice, you need only three sources and it's very easy to grow. You have to only work with the-- use the antimony shutter and no complicated interface strain-balancing. So it's highly manufacturable, and as I mentioned earlier, it has a very good minority carrier lifetime.




So based on that, we made the first detector in mid-2010 time frame and tested. We couldn't believe the results because we were used to QWIP devices that time, and also the conventional PA and diode based on the conventional antimonide superlattice with the high dark current. So we fabricated-- I mean, we tested twice, and this shows the typical spectrum.

14:24
It scales with the increasing temperature. Its cutoff wavelength increase, diode were near zero bias. Dark current is nearly deficient, down to about 150 kelvin. So at that time, I remember, with my program manager, we went to Las Vegas to meet the Dr. Fenner Milton He was the director of the Night Vision Lab. He was at MSS Parallel. We presented the results to him, and he was very excited.

14:56
And then he asked us to send a detector to Night Vision Lab. We sent the detector, and he tested and said, this is good. And so then he arranged an industrial lab to test it as well, and they tested. And then a week later, I got a call from him. He said-- this work was funded by AGA, right, Dave? I think it was funded by AGA, and that sponsor wanted us to publish.

15:27
And he said, can you please hold on, there is something for us here. And so we honored that. We didn't publish.

Case 1:24-cv-01832-MHS Document 39-8 Filed 11/17/25 Page 15 of 41




So he said, we can get something good for you guys. So this shows more data, specific data activity as a function of detector operating temperature, FPA operating temperature, shows it has a background-limited performance at 150 kelvin for f/2 aperture with 300K background.

15:59
This is our QE histogram, nearly 64% without A/R coating, and nice image array up-- we managed to operate up to 180, this focal plane array that was fabricated probably six months later. And only a few people knew these results, including Night Vision Lab. And it was amazing because we did the 640-by-512 focal plane array based on the SBF-193 direct injection readout, 24 micron pixel pitch.

16:31
Operability was very good. So finally, they published this results many years later, in 2018. It came as a Scilight article in Applied Physics Letters, now a highly cited paper.




So the year after that, we fabricated a 1K-by-1K based on another Lockheed Martin readout and the midwavelength focal plane array, and built a camera.

16:59
And this is a Pasadena City Hall image taken with that camera. And here's a Pasadena police helicopter landing near JPL. There's an aircraft approaching Burbank Airport for landing.




So then with-- again, with the AGA help, and also with the NASA ACT program help, we manage to extend the wavelength of these detectors to 12 micron and beyond.

17:30
Up to now, we have demonstrated detectors up to 16 micron and demonstrated focal plane arrays having cutoff wavelength anywhere from 2 and 1/2 micron to 14 microns. So I must say something. When you go to superlattices, they are based on a spatially indirect wave function overlap, so when you go to longer and longer wavelengths, to go to a longer wavelength, we had to increase the superlattice period.

18:00
That means the wave function overlap decreased. As a result, the quantum efficiency decreased. Then you can increase the observed thickness, then your thickness, observed thickness, gets higher than the diffusion length, you cannot collect all the carriers. So to overcome, Dave later designed an enhanced QWIP with data structure. We could get higher quantum efficiency.

18:27
They are quoting almost close to, like, a 50% quantum efficiency. That result also got published a couple of years later, and that's a reference for that work.




These are the salient features of the T2SL barrier infrared detector. We call it a barrier infrared detector because it's not a simple as nBn now. It's a more comprehensive detector structure now.

18:53
So it has barriers, more than one, so it has the superlattice benefits, of course, the Auger suppression and the tunneling reduction. It's based on, of course, the gallium-free superlattice. It's much easier to grow. It's manufacturable. And not only that, it provides a higher minority carrier lifetime, much better than a conventional superlattice. It has also the nBn benefit that suppresses the SRH dark current and also the surface-leakage current.

19:24
On top of that, it has advantage of the III-V semiconductor. It's based on a gallium-antimonide substrate. When we started this work 20 years ago, or nearly 20 years ago, gallium-antimonide substrate was only 2 inch in diameter. Those were not epi-ready, and thanks to the VISTA program funded by DOD and managed by Army Night Vision Lab, they really focus on that. And today, you can get the epi-ready gallium-antimonide substrate, low dope-- I'm not sure it's semi-insulating yet-- in 2 inch, 3 inch, 4 inch, 5 inch, and 6 inch, so that's also really helpful for this technology.




20:10
So you can have a great detector developed and a focal plane and-- but for it to-- this technology to sustain, you had to find applications. Otherwise, they just get dormant or they just die, so that's very important. So that's what I'm going to talk mostly today.




So we've got this HyTES instrument. It's a NASA-- one of the servicing instruments based on a QWIP focal plane array.

20:41
First thing to do is replace its 1K-by-1K focal plane array with the older version of a gallium-free T2SL focal plane. So this shows it getting onboard to another aircraft. It's this NE delta T of the instrument. I'm sorry about these numbers. It's hard to see, this NE delta T as a function of wavelength. These are higher. The blue line is with the QWIP array, and this red line is NE delta T of this instrument with the long-wavelength T2SL BIRD array.

21:20
So this is the L1 data, level 1 data, from three colors, and this is a brightness temperature. And this is level 2 data, and corrected for emissivity, and it's overlaid with the Google Earth data so you can see the land-surface temperature taken from this instrument.

NASA Jet Propulsion Laboratory California Institute of Technology

## T2SL Compact Thermal Imager (CTI)



Compact Thermal Imager (CTI) is a T2SL dualband (3-5 & 8-10μm) imager with 320x256 pixel FPA. IDCA was developed by QmagiQ. It was sent to space in 2018 and installed outside of ISS.

Reference: "Strained-layer-superlattice-based compact thermal imager for the International Space Station", Murzy Jhabvala, Donald Jennings, Compton Tucker, Anh La, Beth Keer, Elizabeth Timmons, Robert Stone, Thomas Flatley, Frank Cepollina, Sachidananda Babu, Allen Lunsford, Justin Cassidy, David Parker, Mani Sundaram, Jason Bundas, William Squicciarini, Paul Finneran, Ireneusz Orlowski, Chris Fetter, and Markus Loose, Applied Optics Vol. 58, No. 20, 10 July 2019; https://doi.org/10.1364/AO.58.005432

20

Copyright © 2023. All rights reserved.

Then, also, I should mention the compact thermal imager. I'm not going into detail. This, Murzy, at Goddard, and Sachi, they developed this instrument based on a QmagiQ focal plane array.

21:53

They did the focal plane and an integrated dual-cooled assembly. Murzy built the instrument. That went to space in, I guess, 2017, and it was mounted outside the ISS and taken some data. And he published a nice paper in Applied Optics, and he'll be talking in the next session tomorrow morning. So please try to attend that.




And then the hyperspectral thermal imager is a NASA InVEST program-funded project.

22:25
Sachi Babu is the program manager. InVEST is an in-space validation of earth science technologies.




So this one is a 6U CubeSat. The whole instrument is 2U, and JPL did the focal plane array and the instrument. So this is the single-pixel detector performance. It has a cutoff around 11 microns. So when we fabricated the focal plane array, we started to see Fabry-Pérot fringes because we removed the substrate completely to accommodate the CET difference between the detector material and the readout.

23:06
It's a dark current, so we managed to overcome that by putting a good A/R coating by Ashok, Magnolia Optical Technologies. Oops.




So this is the focal plane array in comparison to a US [? photo, ?] some imagery. This engineering unit, this IDC, it was assembled by [? ARS ?] in Hudson, New Hampshire, and this is the flight unit.

23:35
And so this is a dark-current NCT histogram. This is a QE histogram. Without A/R coating, with the A/R coating, QE went up to 48%. This is in 8 to 10 and 1/2 micron. That's the spectral span of this instrument. It's a time-domain Fabry-Pérot interferometer. So this one is actually-- will go to space, hopefully, in this year.

24:07
I think it was supposed to go to space next month, but it has some electronic issue. So, Sachi, you know when it will go to space? [INAUDIBLE] Next-- oh, 2024, February. OK. It will go to ISS, and it will get launched from there, from the Japanese CubeSat launch module. The PI of this mission is Rob Wright from University of Hawai'i.




24:32
Then this image taken from our visible camera from ISS, International Space Station, this is a sunrise. And this blue line, this thin line is actually our atmosphere. It's vital to our survival. Unfortunately, it gets polluted by various things.




One of the two major polluters is the wildfires and volcanic eruptions. Of course, volcanic eruption, we can't do anything.

24:58
We thought we'd probably wanted to do something here. One of the bad examples is the Dixie Fire, happened two years ago in California, in Northern California. It burned nearly one million acres and completely wiped off four cities. It cost the US government $640 million to put that fire off, contain and put it off. Of course, collateral damage is many, many billions, and those who live in California knows that our fire insurance actually went up by a factor of 2.5, especially if you are living close to a woods.

25:37
So that's a very unfortunate case.




So this image shows a visible fire, and here is actually-- I hope I can play this video, this one. Yeah, this is a video. This fire happened right behind JPL. This was taken from a T2SL camera we built in 2011. So here you can see things are moving, but this fire, they're all-- nothing is moving because they're all saturated, because analog ROIC pixel is 10 to 20 million electrons, and this fire, flaming fire, is at 1,600 kelvin.

26:16
So there's a lot of intensity, and it just saturates. So the scientists who study the different phenomena in the Earth's atmosphere, the fire scientists, they cannot get any data to get the brightness, temperature, and calculate the fire radiative power and all that. But these kind of things actually happen in other situations, too.




This is an image of Io, one of the Galilean moons around Jupiter.

26:46
So when JPL's Voyager spacecraft reached Jupiter, Jovian system, in 1979, taken this visible image, captured this volcanic eruption, and this image taken by Voyager's infrared camera, you can see all these are saturated. And that infrared camera is actually in-suite camera with 64 by 64 pixels. So probably-- I don't know the well. They're probably pretty small.

27:15
So-- and they really like to have all these data.




So during the VISTA program, we got the opportunity to work with the MIT Lincoln Lab, who pioneered the digital readout, in-pixel digital readout, and with that, we-- and also with the NASA ACT program, we managed to demonstrate midwavelength detectors with the digital-- in-pixel digital readout, working to an excess of 200 kelvin. This is an image of Dave at 205 kelvin.

27:48
Similar material with the analog readout-- operate maximum to around 184. So digital readout, because it gives-- you know that. I'm not going to describe that. But it gives a very effective well depth, so in cases where it allows you to integrate the signal for longer time, you can integrate for long time, so it cuts down the shot noise.

28:14
So you can get about 20 kelvin operating temperature advantage with the digital readout, the in-pixel digital readout.

Case 1:24-cv-01832-MHS Document 39-8 Filed 11/17/25 Page 30 of 41




So we are now working with copious imaging, and demonstrated the midband long wavelength digital focal plane based on their readout, with 644 AT and also 1280-by-480 readouts. So we designed our instrument based on this digital readout because it's hard to saturate because it has so much well depth.




28:53
So, currently in US, the fires are monitored by the advanced baseline imager on GOES-R satellite. It's on geostationary orbit. It's a very good thing because it covers the continental US in every 5 minutes. It monitors at 3.9 microns, so it can see through the clouds. But the issue is its ground pixel resolution is 1 to 2 kilometers, depending on the operational mode, so the fire has to get big for it to detect.

29:24
So then it's a bit too late. You want to detect fires when they are smoldering fires, at an early stage, so you can inform the local agencies to put off the fire very quickly. There's another instrument, the VIIRS instrument, on a polar orbiting-- polar orbit. So that has a little lower ground resolution, but again, it's 3/4 of a kilometer.

Case 1:24-cv-01832-MHS Document 39-8 Filed 11/17/25 Page 32 of 41




29:51
So these are the requirements given by the National Academy of Engineering for hot target detection. Especially to understand the diverse effects of fires and volcanic eruptions, the Earth system require continuous monitoring. It's possible only by satellites. And the other thing is you want to monitor this in short and midwavelength, multiple wavelengths, so you can fit the data to blackbody emission curve and get the brightness temperature.

30:22
Then the other one is you want to have a very good spatial resolution, 30 to 60 meter ground spatial resolution, so you can detect the small fires.




So there are no such instruments today, so we propose the c-FIRST instrument. It's the compact fire infrared radiation spectral tracker. Through NASA Instrument Incubator Program, it got selected. Parminder Ghuman, sitting there, he is the program manager, so thank you for selecting it.

30:50
I think it's a very good one. So this inset shows the number of electrons excited, generated by the detector, at these temperatures. So when we use that with the digital ROI, even the flaming fires at 1,600 kelvin cannot saturate that. Whereas, if you use a conventional readout, with the analog readout, it gets saturated around 500 to 800 kelvin, depending on the integration time.

31:19
So this instrument, when we build that, it will help to detect smoldering fires and flaming fires, and also without saturating the pixels. It will help to quantify the flow of carbon in the terrestrial ecosystems. Furthermore, it will help to understand the threat of wildfires, how they are evolving at the time, as well as the exposure, of how the human health can get affected by exposure to the smoke and the particulate matter generated by the wildfires.

Case 1:24-cv-01832-MHS Document 39-8 Filed 11/17/25 Page 34 of 41




31:52
So there's more information about the instrument. This is a schematic diagram. This is the optics chamber. We want to build this instrument based on AIM SF100 cryocooler, and we expect its weight to be less than 10 kilograms and the power consumption around 40 watts. Based on copious imaging-- 1280-by-480-pixel digital readout, 20-micron pixel pitch, ground resolution 50 meters, cross track, 64 kilometers from 500-kilometer orbit.

32:24
We expect about 700 millikelvin NE delta T from the instrument, so it's enough to detect at the five particular wavelengths the fire scientists want. So it will give a good geolocation, and also a brightness temperature and also the location of fire, so it will be able to detect smoldering fires as well as the flaming fires.




We generate-- we are just working on the focal plane array, got the first working engineering-grade focal plane array.

32:57
Actually, that one is an analog focal plane array fabricated for us by Apollo Engineering, Ed Hwang. So that one, certainly, it's a very good array, but its NE delta T has a bit-- some spread. And this is the engineering grade, so we will hopefully get much better focal plane arrays in the future. This is to characterize the c-FIRST optics chamber, but then the final instrument, light instrument, will have a digital focal plane array.




33:30
So there's also—

Jet Propulsion Laboratory
California Institute of Technology

## Case Study: Digital BIRD FPA for Land Imaging to Meet New Challenges (Imager)

| ROIC | ISC-9803 AROIC | ISC-0905 AROIC | Copious DROIC |
|---|---|---|---|
| Binning | 1×1 | 1×1 | 1×1 |
| ROIC Format | 640×512 | 640×512 | 640x480 |
| Pixel Pitch | 25 µm | 30 µm | 20 µm |
| Well Depth | 11 Me- | 18 Me- | 230 Me- |




- Addressing challenges with Digital BIRD FPA
  - BIRD for improved detector dark current and QE performance over QWIP
  - Digital-pixel ROIC with large well depth enables much longer integration time to improve signal to noise ratio
    - Conventional ROIC well depth ~ few million e-'s
    - D-ROIC well depth can exceed 1 billion e-'s
  - Can achieve 20 mK NEDT for 500 nm wide spectral band centered at 5 – 12.5 µm only with D-ROIC large well depth

Copyright © 2023. All rights reserved.

there's an application of this technology to sustainable land imaging as well. You can use a digital ROIC for, for example, like, the Landsat kind of thing. So the-- currently, Landsat TLC instrument QWIP focal plane array is operating at 43 kelvin. When you use a long-wavelength BIRD detector in conjunction with the digital readout, that allows a longer integration time.

33:57
You can boost the operating temperature from 40 to probably 60, 65 kelvin. That's another advantage of this technology.

Case 1:24-cv-01832-MHS Document 39-8 Filed 11/17/25 Page 38 of 41




So I got these satellites from my friend Sachi Babu at Headquarters, NASA Headquarters. This shows the growing field of NASA's small satellite fleet. This is the legend here. The green ones are the Earth remote sensing satellites. There's a HyTI right here.

34:27
So [INAUDIBLE] is another one based on a thermal detector. So the small satellite technology is really improving in last 20 years. They have made tremendous development in this technology, small satellite, and also they are fairly low cost. The cost for invest a small satellite demonstration is something like several million dollars, so they are comparatively cheaper, compared to a flagship mission.

35:01
Flagship mission, like, currently, SBG, they are billion-dollar-class satellites. And of course, they can do a lot of things, but again, to-- in a polar orbit, to revisit the whole Earth, cover the full Earth, takes about two weeks. So you-- and they are a billion dollar. And now more and more scientists want the real-time data to study the Earth phenomena. They don't want two weeks' late data.

35:27
So the atmosphere is very dynamic. Things keep changing, so the way to get that is you have to put a constellation of satellites. You are not going to put the $30 to $50 billion satellites. NASA budget is only $20 billion. So the only way that's possible is put a constellation of small satellites. That's a trend. So the small satellites, not billion-dollar class, they're, like, $5 to $6 million, and in the government, expect them to be even cheaper in the industrial manufacturing level.

Case 1:24-cv-01832-MHS Document 39-8 Filed 11/17/25 Page 39 of 41




36:04
So the focal plane array cost has to scale with that, too, so that's where, I think, the T2SL can really help. So I didn't do any commercial stuff. I went to a FLIR website recently and found they have a series of midwavelength and long-wavelength camera. I went to FLIR because they're licensed to allow JPL patterns through Caltech. I know there are many other industries also in making T2SL midwavelength camera, especially, and few long-wavelength.




36:34

So that's all good news. And I didn't talk about DOD stuff at all. Two years ago, at this same conference-- it was that time virtual-- director of the Night Vision Lab gave a nice talk. I got this slide from here. The reference is here. Still that presentation is on the web. So he'd talk about T2SL on-- for defense platforms.




36:55
So finally, so I think I gave enough evidence to substantiate how T2SL focal plane arrays have changed the infrared landscape. That's very good news. And I think it made it very attractive to instrument managers, instrument manufacturers because of a few things. It has a good QE, low dark current. And I didn't talk about that it has very low 1/f noise, especially for midwave, you know, 1/f noise down to submillihertz.

37:29
And that's really good because instrument manufacturers, they had to put a calibrator. You won't believe, the calibrator is this size with the black body, with the moving mirrors, and that's a big as the instrument part. So with this T2SL, you can get rid of the calibrator, and so that's a big advantage. And then the low cost-- of course, the small missions, certainly, they cannot afford to pay $10 million, $20 to $30 million to get focal planes.

38:00
They want a focal plane for $100,000 or less, so that's the game. So thank you very much for your time, and that concludes my presentation.

# SEMICONDUCTOR DEVICE FUNDAMENTALS

Robert F. Pierret
School of Electrical and Computer Engineering
Purdue University

ADDISON-WESLEY PUBLISHING COMPANY
Reading, Massachusetts · Menlo Park, California · New York
Don Mills, Ontario · Wokingham, England · Amsterdam · Bonn
Sydney · Singapore · Tokyo · Madrid · San Juan · Milan · Paris

Barbara Atkinson *Associate Cover Design Supervisor*
Peter Blaiwas *Cover design*
Kenneth J. Wilson *Text design*
Joyce Grandy *Copyeditor*
Sandra Rigney *Production Packaging Services*
G & S Typesetters, Inc. *Composition*
Publishers' Design and Production Services, Inc. *Illustrations*

**Library of Congress Cataloging-in-Publication Data**
Pierret, Robert F.
Semiconductor device fundamentals / Robert F. Pierret.
p. cm.
Includes index.
ISBN 0-201-54393-1
1. Semiconductors. I. Title.
TK7871.85.P484 1996
621.3815′2–dc20 95-17387
CIP

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and Addison-Wesley was aware of a trademark claim, the designations have been printed in initial caps or all caps.

MATLAB is a registered trademark of The MathWorks, Inc.,
24 Prime Park Way, Natick, MA 01760-1500.
Phone: (508) 653-1415. Fax: (508) 653-2997
E-mail: info@mathworks.com
WWW:http://www.mathworks.com

Access the latest information about Addison-Wesley books from our Internet gopher site or our World Wide Web page:
gopher aw.com
http://www.aw.com/cseng/

Copyright: © 1996 by Addison-Wesley Publishing Company, Inc.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the written permission of the publisher.

Printed in the United States of America

12345678910-MA-9998979695




**Figure E6.5**

## Zener Process

*Zener process* is the name given to the occurrence of "tunneling" in a reverse-biased diode. *Tunneling* is the first phenomenon we have encountered that is of a purely quantum-mechanical nature. It has no classical analog. The general nature and basic features of tunneling can be understood with the aid of Fig. 6.13. The particle pictured in the figure is taken to be positioned on the left-hand side of a potential energy barrier. The height of the barrier is assumed to be greater than the kinetic energy of the particle. Classically, the only way a particle such as an electron could move to the other side of the barrier would be to gain additional energy and go over the top of the barrier. Quantum mechanically, there is another way the particle can get to the other side of the barrier: It can go through the barrier. Tunneling is going "through" a potential energy barrier. It should be emphasized that the particle energy remains constant during the process. Also (thinking classically) the particle and the barrier are not damaged in any way.

There are two major requirements for tunneling to occur and be significant:

(1) There must be filled states on one side of the barrier and empty states on the other side of the barrier at the same energy. Tunneling cannot take place into a region void of allowed states.

(2) The width of the potential energy barrier, $d$ in Fig. 6.13, must be very thin. Quantum-mechanical tunneling becomes significant only if $d < 100\ \text{Å} = 10^{-6}$ cm.




**Figure 6.13** General visualization of tunneling.




**Figure 6.14** Visualization of tunneling in a reverse-biased *pn* junction diode.

Visualization of the Zener process, tunneling in a reverse-biased *pn* junction diode, is presented in Fig. 6.14. The particles doing the tunneling are valence band electrons on the *p*-side of the junction. The potential energy barrier classically restricting these electrons to the *p*-side of the junction is outlined in the figure. Tunneling takes place when the electrons pass through the barrier to empty states at the same energy in the conduction band on the *n*-side of the junction. The greater the reverse bias, the larger the number of filled valence-electron states on the *p*-side placed opposite empty conduction-band states on the *n*-side, and hence the greater the reverse-bias tunneling current.

For tunneling to be significant, the barrier thickness, roughly the depletion width in the case of the *pn* junction diode, must be $<10^{-6}$ cm. Referring to Fig. E5.3, we find Si diode depletion widths $<10^{-6}$ cm necessitate dopings in excess of $10^{17}/\text{cm}^3$ on the "lightly" doped side of the junction. Thus the Zener process is important only in diodes that are heavily doped on both sides of the junction. The breakdown voltage of the diodes is correspondingly small. The Zener process makes a significant contribution to the break-

**Exercise 14.2**

**P:** Copper is deposited on a carefully prepared *n*-type silicon substrate to form an ideal Schottky diode. $\Phi_M \cong 4.65$ eV, $\chi = 4.03$ eV, $N_D = 10^{16}/\text{cm}^3$, and $T = 300$ K. Determine

(a) $\Phi_B$,

(b) $V_{bi}$,

(c) $W$ if $V_A = 0$, and

(d) $|\mathscr{E}|_{max}$ if $V_A = 0$.

**S:** (a) $\Phi_B = \Phi_M - \chi = \mathbf{0.62\ eV}$

(b) $$(E_c - E_F)_{FB} \cong \frac{E_G}{2} - kT\ln\left(\frac{N_D}{n_i}\right) = 0.56 - (0.0259)\ln\left(\frac{10^{16}}{10^{10}}\right) \cong 0.20\ \text{eV}$$

$$V_{bi} = \frac{1}{q}[\Phi_B - (E_c - E_F)_{FB}] = \mathbf{0.42\ V}$$

(c) $$W = \left[\frac{2K_S\varepsilon_0}{qN_D}(V_{bi} - V_A)\right]^{1/2} = \left[\frac{(2)(11.8)(8.85\times10^{-14})}{(1.6\times10^{-19})(10^{16})}(0.42)\right]^{1/2}$$

$$= \mathbf{0.234\ \mu m}$$

(d) $$|\mathscr{E}|_{max} = |\mathscr{E}_{|x=0}| = \frac{qN_D}{K_S\varepsilon_0}W = \frac{(1.6\times10^{-19})(10^{16})(2.34\times10^{-5})}{(11.8)(8.85\times10^{-14})}$$

$$= \mathbf{3.59\times10^4\ V/cm}$$

### 14.2.2 *I–V* Characteristics

Whereas the MS diode electrostatics and the general shape of the MS diode *I–V* characteristics are very similar to those of a *pn* junction diode, the details of the d.c. current flow are decidedly different. In a $p^+$-$n$ diode, as reviewed in Fig. 14.5(a), the dominant components of the current typically arise from recombination in the depletion region under small forward biases and hole injection from the $p^+$ to the *n*-side of the diode under larger forward biases. The electron injection from the lighter doped *n* to the $p^+$-side is always negligible. In an MS(*n*-type) diode, as pictured in Fig. 14.5(b), the recombination and hole-injection currents still exist. However, because of the relatively low potential barrier seen by electrons in the semiconductor, electron injection from the semiconductor into the metal routinely dominates the observed current. Stated another way, the electron injection leads to a very large forward bias current before the recombination and diffusion (hole-injection) currents become important. The situation under reverse bias is similar. Electron flow from the metal to the semiconductor as previously pictured in Fig. 14.3(c) totally dominates the




(a) $p^+$–$n$ junction diode




(b) MS diode

**Figure 14.5** Negligible and dominant current components in a forward-biased (a) $p^+$-$n$ junction diode and (b) MS diode.

observed current. The reverse-bias hole diffusion current and the R–G current associated with carrier generation in the depletion region are typically negligible. Reflecting the fact that minority carriers in the semiconductor normally play an insignificant role in determining the $I$–$V$ and other characteristics, the MS diode is often said to be a "majority carrier device."

The current resulting from majority carrier electron or hole injection over the potential barrier in an MS diode is referred to as the *thermionic emission current.* To establish a quantitative expression for the thermionic emission current, we treat an $n$-type device and focus initially on electron injection from the semiconductor into the metal. The $x$-coordinate is assumed to be normal to the MS interface and directed into the semiconductor as shown in Fig. 14.5(b).

Consider an electron entering the depletion region from the semiconductor bulk. The electron is capable of surmounting the surface barrier and crossing into the metal if it has

a $v_x$ velocity directed toward the interface such that

$$\mathrm{KE}_x = \frac{1}{2} m_n^* v_x^2 \geq q(V_{bi} - V_A) \tag{14.13}$$

or

$$|v_x| \geq v_{min} \equiv \left[\frac{2q}{m_n^*}(V_{bi} - V_A)\right]^{1/2} \tag{14.14}$$

Suppose there are $n(v_x)$ electrons/cm³ in the semiconductor bulk with a negatively directed $v_x$ sufficient to surmount the barrier. Paralleling the drift current derivation in Subsection 3.1.2, the current associated with this set of electrons will be

$$I_{S\bullet\to M, v_x} = -qAv_x n(v_x) \tag{14.15}$$

Summing over all electrons in the conduction band with $v_x$ velocities capable of surmounting the barrier then gives

$$I_{S\bullet\to M} = -qA\int_{-\infty}^{-v_{min}} v_x n(v_x)\, dv_x \tag{14.16}$$

For a nondegenerate semiconductor it can be shown that[17]

$$n(v_x) = \left(\frac{4\pi kTm_n^{*2}}{h^3}\right) e^{(E_F - E_c)/kT} e^{-(m_n^*/2kT)v_x^2} \tag{14.17}$$

Substituting Eq. (14.17) into Eq. (14.16), integrating, and simplifying the result, one obtains

$$I_{S\bullet\to M} = A\mathscr{A}^* T^2 e^{-\Phi_B/kT} e^{qV_A/kT} \tag{14.18}$$

where

$$\mathscr{A}^* \equiv \left(\frac{m_n^*}{m_0}\right)\mathscr{A} \tag{14.19}$$

and

$$\mathscr{A} \equiv \frac{4\pi q m_0 k^2}{h^3} = 120 \text{ amps/(cm}^2 - \text{K}^2) \tag{14.20}$$

The constant $\mathscr{A}$ was introduced in a related analysis of electron emission from metals and has since become known as *Richardson's constant.*

Moreover, under equilibrium conditions the M•→S and S•→M currents across the barrier must precisely balance, or

$$I_{\mathrm{M}\bullet\rightarrow\mathrm{S}}(V_{\mathrm{A}}=0) = -I_{\mathrm{S}\bullet\rightarrow\mathrm{M}}(V_{\mathrm{A}}=0) = -A\mathcal{A}^{*}T^{2}e^{-\Phi_{\mathrm{B}}/kT} \tag{14.22}$$

The total current at an arbitrary $V_A$ is of course given by

$$I = I_{\mathrm{S}\bullet\rightarrow\mathrm{M}} + I_{\mathrm{M}\bullet\rightarrow\mathrm{S}} = I_{\mathrm{S}\bullet\rightarrow\mathrm{M}} + I_{\mathrm{M}\bullet\rightarrow\mathrm{S}}(V_{\mathrm{A}}=0) \tag{14.23}$$

Combining Eqs. (14.18) and (14.22), we therefore conclude

$$\boxed{I = I_{\mathrm{s}}(e^{qV_{\mathrm{A}}/kT} - 1)} \tag{14.24}$$

$$\boxed{I_{\mathrm{s}} \equiv A\mathcal{A}^{*}T^{2}e^{-\Phi_{\mathrm{B}}/kT}} \tag{14.25}$$

The Eq. (14.24)/(14.25) result is clearly the MS diode version of the ideal diode equation. For forward biases greater than a few $kT/q$ volts, the exponential term in Eq. (14.24) dominates and $I \rightarrow I_s \exp(qV_A/kT)$. For reverse biases greater than a few $kT/q$ volts, the exponential term becomes negligible and the current is predicted to saturate at $I = -I_s$. As formulated, the theory implies $I$ would remain constant at $-I_s$ for reverse biases of unlimited magnitude.

Representative experimental $I$–$V$ characteristics derived from a MBR040 MS diode are displayed in Fig. 14.6. For forward biases of $V_A \leq 0.35$ V, experiment (the solid line curve in Fig. 14.6a) and theory are in almost perfect agreement. Over the range $0.1\text{ V} \leq V_A \leq 0.35$ V the slope of the forward bias semilog plot is very close to $q/kT$. Like in the *pn* junction diode, the decrease in slope at larger forward biases is typically caused by an appreciable voltage drop across the bulk series resistance.

Turning to the reverse-bias characteristic in Fig. 14.6(b), we note two significant deviations from the ideal. First, as should have been anticipated, and again paralleling the *pn* junction diode, a breakdown phenomenon limits the maximum magnitude of the reverse bias voltage. In the absence of edge effects, the expected $V_{BR}$ due to avalanching in an MS diode is essentially identical to that of an equivalently doped $p^+$-$n$ or $n^+$-$p$ diode. Second, the reverse-bias current does not saturate. Differing from the *pn* junction diode, the observed behavior here cannot be attributed to the recombination–generation current. Rather, the systematic increase in the magnitude of the reverse-bias current is primarily the result of a phenomenon known as *Schottky barrier lowering*. $\Phi_B$ is not a bias-independent constant as assumed in the ideal theory, but decreases slightly with reverse biases of increasing magnitude. Specifically,

$$\Phi_{\mathrm{B}} = \Phi_{\mathrm{B0}} - \Delta\Phi_{\mathrm{B}} \tag{14.26}$$

US008368051B2

(12) **United States Patent**
**Ting et al.**

(10) **Patent No.: US 8,368,051 B2**
(45) **Date of Patent: Feb. 5, 2013**

(54) **COMPLEMENTARY BARRIER INFRARED DETECTOR (CBIRD)**

(75) Inventors: **David Z. Ting**, Arcadia, CA (US); **Sumith V. Bandara**, Burke, VA (US); **Cory J. Hill**, Pasadena, CA (US); **Sarath D. Gunapala**, Stevenson Ranch, CA (US)

(73) Assignee: **California Institute of Technology**, Pasadena, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 662 days.

(21) Appl. No.: **12/501,167**

(22) Filed: **Jul. 10, 2009**

(65) **Prior Publication Data**

US 2010/0006822 A1 Jan. 14, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/134,577, filed on Jul. 11, 2008.

(51) **Int. Cl.**
***H01L 31/00*** (2006.01)

(52) **U.S. Cl.** .................... **257/21**; 257/22; 257/E31.032; 257/E31.033

(58) **Field of Classification Search** .................... 257/21, 257/22, E31.032, E31.033
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,194,983 A * 3/1993 Voisin .......................... 359/245
2002/0027238 A1 * 3/2002 Lin et al. ...................... 257/292

OTHER PUBLICATIONS

Darin Hoffman et al., "The Effect of Doping the M-Barrier in Very Long-Wave Type-II inAs/GaSb Heterodiodes", Applied Physics Letters 93, 031107 (2008) pp. 1-3.
Binh-Minh Nguyen et al., "Dark Current Suppression in Type II InAs/GaSb Superlattice Long Wavelength Infrared Photodiodes With M-Structure Barrier" Applied Physics Letters 91, 163511 (2007) pp. 1-3.
Binh-Minh Nguyen et al., "Background Limited Long Wavelength Infrared Type-II InAs/GaSb Superlattice Photodiodes Operating At 110 K", Applied Physics Letters 93, 123502 (2008), pp. 1-3.
M. Carras et al., "Interface Band gap Engineering in InAsSb Photodiodes", Applied Physics Letters 87, 102103 (2005) pp. 1-3.
S. Maimon et al., "nBn Detector, An Infrared Detector With Reduced Dark Current and Higher Operating Temperature",Applied Physics Letters 89, 151109 (2006), pp. 1-3.

* cited by examiner

*Primary Examiner* — Tu-Tu Ho
(74) *Attorney, Agent, or Firm* — Kauth, Pomeroy, Peck & Bailey LLP

(57) **ABSTRACT**

An infrared detector having a hole barrier region adjacent to one side of an absorber region, an electron barrier region adjacent to the other side of the absorber region, and a semiconductor adjacent to the electron barrier.

**15 Claims, 2 Drawing Sheets**






*FIG. 1*



204
202
206
210
0.4
0.2
0
-0.2
-0.4
ENERGY (eV)
$E_F$
$E_C$
$E_V$
0
1
2
3
4
5
6
DISTANCE (μm)


*FIG. 2*

# COMPLEMENTARY BARRIER INFRARED DETECTOR (CBIRD)

## PRIORITY CLAIM

This application claims the benefit of U.S. Provisional Application No. 61/134,577, filed Jul. 11, 2008.

## GOVERNMENT INTEREST

The invention claimed herein was made in the performance of work under a NASA contract, and is subject to the provisions of Public Law 96-517 (35 USC 202) in which the Contractor has elected to retain title.

## FIELD

The present invention relates to infrared detectors.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an infrared detector, with a representative energy band diagram, according to an embodiment.

FIG. **2** illustrates an infrared detector, with an energy band diagram, according to another embodiment.

## DESCRIPTION OF EMBODIMENTS

In the description that follows, the scope of the term "some embodiments" is not to be so limited as to mean more than one embodiment, but rather, the scope may include one embodiment, more than one embodiment, or perhaps all embodiments.

FIG. **1** illustrates an infrared detector according to an embodiment, comprising infrared absorber region **102**, hole barrier region **104** on one side of infrared absorber region **102**, electron barrier region **106** on the other side of the infrared absorber region **102**, and contact regions **108** and **110** in contact with hole barrier region **104** and electron barrier region **106**, respectively. The illustration of the detector in FIG. **1** is pictorial in nature and is not necessarily drawn to scale. In practice, the various regions making up an embodiment may be epitaxial layers grown on a substrate.

The conduction and valence energy band levels for the infrared detector are illustrated below their corresponding regions, with the conduction band edge labeled with an $E_C$ and the valence band edge labeled with an $E_V$. The dashed lines mark the various regions so as to provide a correspondence from the energy band diagrams to regions **102**, **104**, **106**, **108**, and **110**. The regions and energy bands are not necessarily drawn to scale.

For the part of the energy bands corresponding to infrared absorber region **102**, the absorption of light is pictorially represented by the wavy lines with "hv" above them to represent the photon energy, where h is Planck's constant and v is the frequency of the incoming infrared radiation. The absorption of a photon excites an electron from the valence band to the conduction band, which is represented by the vertical arrows pointing from the valence band to the conduction band. The illustrated solid circles near the conduction band represent electrons, and the illustrated hollow circles near the valence band represent holes. An arrow next to an electron or a hole pictorially represents the direction of the electron or hole under a bias voltage applied between contact regions **110** and **108**, where contact region **108** is biased positively with respect to contact region **110**.



Electrons are collected at contact region **108**, and holes are collected at contact region **110**. The bias voltage applied to contact regions **108** and **110** depends upon the type of material used, and some embodiments may operate at zero bias voltage. For example, with contact region **110** comprising a p-doped semiconductor and contact region **108** comprising an n-doped semiconductor, contact region **108** may be positively biased with respect to contact region **110** for some embodiments.

FIG. **1** illustrates a unipolar hole barrier in the valence energy band corresponding to hole barrier region **104**, and a unipolar electron barrier in the conduction energy band corresponding to electron barrier region **106**. The unipolar electron barrier region **106** blocks electrons from absorber region **102**, but allows the flow of holes from absorber region **102**. Similarly, the unipolar hole barrier region **104** blocks holes from absorber region **102**, but allows the flow of electrons from absorber region **102**. Contact region **108** is adjacent to hole barrier region **104** for collecting electrons, and contact region **110** is adjacent to electron barrier region **106** for collecting holes. Because of this placement, these complementary barriers do not impede the flow of photon-induced current (photo-current), and it is believed that a number of benefits may result from their use. These benefits are discussed below.

A prior art infrared detector, such as for example an n-π-p detector, may suffer from generation-recombination (G-R) current due to the Shockley-Read-Hall (SRH) process taking place in the space-charge region, where for example in a n-π-p detector a space-charge region is between the n-doped region and the π absorber region. Because wide band gap barriers (regions **104** and **106**) in the embodiment of FIG. **1** are adjacent to absorber region **102**, a significant reduction in SHR generated dark current is expected.

The use of wide band gap barriers is expected to help reduce thermally generated minority carriers in the diffusion wings from contributing to the photo current. For example, electron **112** represents a thermally generated electron, but because of electron barrier region **106**, the probability of electron **112** tunneling through hole barrier region **106** to contact region **108** is very small. Furthermore, photo-generated electrons in absorber region **102** diffusing in a direction toward contact region **110** are deflected back by electron barrier region **106** with very high probability; and photo-generated holes in absorber region **102** diffusing in a direction toward contact region **108** are deflected back by hole barrier region **104** with very high probability.

For some embodiments, contact regions **108** and **110** may comprise material so as to have a wider band gap than absorber region **102**, thereby acting as a window to allow longer wavelength radiation to reach absorber region **102**. For some embodiments, contact regions **108** and **110** may comprise material so as to have smaller band gaps than hole barrier region **104** and electron barrier region **106**, so as to facilitate in making ohmic contacts to reduce contact resistance. For some embodiments, both contact regions **108** and **110** may be doped as either n-type or p-type. Some embodiments may not include one or both of these contact regions, in which case electrical contact is made directly to one or both of the barrier regions.

For some embodiments, some or all of regions **102**, **104**, and **106** may be superlattices. For some embodiments, absorber region **102** may be a superlattice designed for Auger suppression to further reduced dark current. Some or all of these superlattices may be chirped, and some of the regions may be graded by introducing an alloy composition grading. Some embodiments may have band offsets between some of

the various regions. For example, one or both of the absorber-barrier interfaces may have staggered band offsets, or the barrier-contact interfaces may have nested band offsets, where the offsets are such that electrons and holes may flow unimpeded by these types of band offsets when contact region **104** is biased positively with respect to contact region **106**. The doping levels of the barrier regions and absorber region **102** may be adjusted to control various device properties.

Energy band diagrams, including the Fermi level, for a specific example of an embodiment in which electrical contact is made directly to the hole barrier region are illustrated in FIG. **2**. As in FIG. **1**, a simplified view of the various regions making up an embodiment are shown with their corresponding energy band levels, but because electrical contact is made directly to hole barrier region **204**, a contact region corresponding to contact region **108** is not needed.

For the embodiment of FIG. **2**, contact region **210** has a wider band gap than absorber region **202** and is doped n-type. Electron barrier region **206** for the embodiment of FIG. **2** is doped p-type. Having an n-type contact region next to electron barrier region **206** creates a second p-n junction (the first being the one between hole barrier region **204** and absorber region **202**) over which an applied voltage bias drop may be developed. This reduces the voltage drop over absorber region **202**, thereby reducing dark current generation in absorber region **202**.

For the embodiment of FIG. **2**, absorber region **202**, hole barrier region **204**, and electron barrier region **206** are superlattice structures. Contact region **210** for collecting holes comprises InAsSb. These regions are shown in HG. **2** with their corresponding energy bands, where the y-axis is energy in electron volts (eV), and the x-axis denotes distance in microns, and where the origin of the x-axis is taken at the left hand side of hole barrier region of **204**. Note that the embodiment illustrated in FIG. **2** does not have a contact layer for collecting electrons, but rather an ohmic contact may be made directly to hole barrier region **204** for collecting electrons. As illustrated in FIG. **2**, the layer **210** could be made of a material such that the conduction band of the layer **210** overlaps with the valence band of the electron barrier **206** to facilitate the removal of excess holes from the absorber region **202**.

In the particular embodiment of FIG. **2**, absorber region **202** is a 600 period (44 Å, 21 Å) InAs/GaSb superlattice structure. That is, a structure comprising a 44 Å thick InAs layer adjacent to a 21 Å thick GaSb layer is repeated 600 times along the x-axis. Hole barrier region **204** is an 80 period (46 Å, 12 Å) InAs/AlSb superlattice, and electron barrier region **206** is a 60 period (22 Å, 21 Å) InAs/GaSb superlattice. For the particular embodiment of FIG. **2**, hole barrier region **204** and electron barrier region **206** are designed to have, respectively, an approximately zero conduction sub-band offset with respect to absorber region **202** and an approximately zero valence sub-band offset with respect to absorber region **202**. Hole barrier region **204** is nominally doped at $n=1\cdot10^{16}$ $cm^{-3}$, absorber region **202** is nominally doped at $p=1\cdot10^{16}$ $cm^{-3}$, and electron barrier region **206** is nominally doped at $p=1\cdot10^{16}$ $cm^{-3}$. Contact region **210** is an $n=1\cdot10^{18}$ $cm^{-3}$ doped $InAs_{0.91}Sb_{0.09}$ layer. The particular embodiment illustrated in FIG. **2** was grown on a 50-mm diameter Te-doped GaSb (100) substrate in a molecular beam epitaxial chamber. These parameters are cited merely as an example embodiment.

For some embodiments, contact region **210** may serve as a bottom contact layer, and hole barrier region **204** may serve as a top contact layer. For a positive bias applied to hole barrier region **204** with respect to contact region **210**, the voltage drop is can take place over the junction formed by electron barrier region **206** and contact region **210**. This junction is away from absorber region **202**, thereby mitigating dark current generation. In general, for a non-negative bias applied to hole barrier region **204** with respect to contact region **210**, photo generated minority carriers (electrons) in absorber region **202** diffuse or drift towards hole barrier region **204** to be collected by a contact applied to hole barrier region **204**. The excess hole population redistributes by dielectric relaxation, and may recombine with electrons injected into absorber region **202** from contact region **210**.

Various modifications may be made to the disclosed embodiments without departing from the scope of the invention as claimed below.

What is claimed is:

**1**. A detector comprising:

a p-type absorber region to generate electrons and holes in response to electromagnetic radiation;

a unipolar hole barrier region having inner and outer ends and disposed such that the inner end is positioned adjacent to the absorber region;

a first n-type contact region disposed adjacent to the outer end of the hole barrier comprising a semiconductor material that allows the un-impeded flow of minority carriers from the absorber region;

a unipolar electron barrier region having inner and outer ends and disposed such that the inner end is positioned adjacent to the absorber region; and

a second contact region disposed adjacent to the outer end of the electron barrier, comprising a semiconductor material that allows the un-impeded flow of majority carriers from the absorber region

wherein the absorber region, the unipolar hole barrier region and the unipolar electron barrier region are all substantially lattice-matched to a semiconductor substrate; and

wherein the energy band gap of the barriers between the absorber and the contacts are selected such that the undesirable generation-recombination (G-R) dark current produced through the Shockley-Read-Hail (SRH) processes is reduced.

**2**. The detector as set forth in claim **1**, wherein the absorber region, the hole barrier region, and the electron barrier region are selected from the group consisting of a bulk semiconductor and a superlattice semiconductor.

**3**. The detector as set forth in claim **2**, wherein the absorber region comprises an InAs/GaSb superlattice semiconductor.

**4**. The detector as set forth in claim **3**, wherein the hole barrier region comprises an InAs/AlSb superlattice semiconductor.

**5**. The detector as set forth in claim **4**, wherein the electron barrier region comprises an InAs/GaSb superlattice semiconductor.

**6**. The detector as set forth in claim **5**, wherein the absorber region is a 600 period (44 Å, 21 Å) superlattice semiconductor.

**7**. The detector as set forth in claim **6**, wherein the absorber region is a 600 period (44 Å, 21 Å) superlattice, the hole barrier region is an 80 period (46 Å, 12 Å) superlattice, and the electron barrier region is a 60 period (22 Å, 21 Å) superlattice.

**8**. The detector as set forth in claim **1**, wherein the first contact region has a wider band gap than that of the absorber region.

**9**. The detector as set forth in claim **1**, wherein the electron barrier region comprises a p-type doped semiconductor.

**10**. The detector as set forth in claim **9**, wherein the hole barrier region comprises an n-type doped semiconductor, and the absorber region comprises a p-typed doped semiconductor.

**11**. The detector as set forth in claim **1**, wherein the electromagnetic radiation is infrared.

**12**. The detector as set forth in claim **1**, wherein the first n-type contact is formed by the unipolar hole barrier.

**13**. The detector as set forth in claim **1**, wherein the second contact is a p-type contact.

**14**. The detector as set forth in claim **1**, wherein the second contact is an n-type contact in a broken gap alignment to the electron barrier.

**15**. A detector comprising:

an n-type absorber region to generate electrons and holes in response to electromagnetic radiation;

a unipolar electron barrier region having inner and outer ends and disposed such that the inner end is positioned adjacent to the absorber region;

a first p-type contact region disposed adjacent to the outer end of the electron barrier, comprising a semiconductor



material that allows the un-impeded flow of minority carriers from the absorber region;

a unipolar hole barrier region having inner and outer ends and disposed such that the inner end is positioned adjacent to the absorber region; and

a second contact region disposed adjacent to the outer end of the hole barrier, comprising a semiconductor material that allows the un-impeded flow of majority carriers from the absorber region;

wherein the absorber region, the unipolar hole barrier region and the unipolar electron barrier region are all substantially lattice-matched to a semiconductor substrate; and

wherein the energy band gap of the barriers between the absorber and the contacts are selected such that the undesirable generation-recombination (G-R) dark current produced through the Shockley-Read-Hall (SRH) processes is reduced.

* * * * *

US008846432B2

(12) **United States Patent**
**Jones et al.**

(10) **Patent No.: US 8,846,432 B2**
(45) **Date of Patent: Sep. 30, 2014**

(54) **FRONTSIDE-ILLUMINATED BARRIER INFRARED PHOTODETECTOR DEVICE AND METHODS OF FABRICATING THE SAME**

(75) Inventors: **Robert A. Jones**, Cincinnati, OH (US); **David Forrai**, Centerville, OH (US); **Richard L. Rawe, Jr.**, Melbourne, KY (US)

(73) Assignee: **L-3 Communications Cincinnati Electronics Corporation**, Mason, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 60 days.

(21) Appl. No.: **13/614,433**

(22) Filed: **Sep. 13, 2012**

(65) **Prior Publication Data**

US 2013/0062593 A1 Mar. 14, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/534,184, filed on Sep. 13, 2011.

(51) **Int. Cl.**
*H01L 31/18* (2006.01)

(52) **U.S. Cl.**
USPC ............. **438/64**; 438/66; 438/68; 257/E31.11

(58) **Field of Classification Search**
CPC ......... H01L 24/00–24/99; H01L 25/00–25/50; H01L 27/14–27/14893; H01L 31/00–31/208
USPC ........... 438/48–98, 64, 66, 67; 257/428–466, 257/E31.11
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,679,063 | A | 7/1987 | White |
| 4,695,861 | A | 9/1987 | Paine et al. |
| 4,939,369 | A | 7/1990 | Elabd |
| 4,956,687 | A | 9/1990 | de Bruin et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0485115 | 5/1992 |
| EP | 2246662 A2 | 3/2010 |

(Continued)

OTHER PUBLICATIONS

International Application No. PCT/US2012/055125, filed Sep. 13, 2012, International Search Report and Written Opinion dated Jan. 17, 2013.

*Primary Examiner* — Mark Tornow
*Assistant Examiner* — Eric Ward
(74) *Attorney, Agent, or Firm* — Dinsmore & Shohl LLP

(57) **ABSTRACT**

Frontside-illuminated barrier infrared photodetector devices and methods of fabrication are disclosed. In one embodiment, a frontside-illuminated barrier infrared photodetector includes a transparent carrier substrate, and a plurality of pixels. Each pixel of the plurality of pixels includes an absorber layer, a barrier layer on the absorber layer, a collector layer on the barrier layer, and a backside electrical contact coupled to the absorber layer. Each pixel has a frontside and a backside. The absorber layer and the barrier layer are non-continuous across the plurality of pixels, and the barrier layer of each pixel is closer to a scene than the absorber layer of each pixel. A plurality of frontside common electrical contacts is coupled to the frontside of the plurality of pixels, wherein the frontside of the plurality of pixels and the plurality of frontside common electrical contacts are bonded to the transparent carrier substrate.

**23 Claims, 13 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,227,656 | A | 7/1993 | Timlin et al. | |
| 5,300,777 | A * | 4/1994 | Goodwin | 250/338.4 |
| 5,304,500 | A | 4/1994 | Timlin et al. | |
| 5,466,331 | A | 11/1995 | Belcher | |
| 5,470,761 | A * | 11/1995 | McKee et al. | 438/66 |
| 5,679,267 | A | 10/1997 | Belcher et al. | |
| 5,847,390 | A | 12/1998 | Long et al. | |
| 5,936,268 | A | 8/1999 | Cockrum et al. | |
| 6,028,323 | A | 2/2000 | Liu | |
| 6,204,088 | B1 | 3/2001 | White et al. | |
| 6,359,283 | B1 | 3/2002 | Gordon et al. | |
| 6,410,917 | B1 | 6/2002 | Choi | |
| 6,561,693 | B1 | 5/2003 | Martin | |
| 6,864,552 | B2 * | 3/2005 | Razeghi | 257/432 |
| 7,095,026 | B2 | 8/2006 | Devitt et al. | |
| 7,129,104 | B2 | 10/2006 | Gunapala et al. | |
| 7,217,982 | B2 | 5/2007 | Taylor et al. | |
| 7,291,858 | B2 | 11/2007 | Sundaram et al. | |
| 7,307,290 | B2 | 12/2007 | Iwasaki et al. | |
| 7,479,401 | B2 | 1/2009 | Lai et al. | |
| 7,566,875 | B2 | 7/2009 | Starikov et al. | |
| 7,608,830 | B1 | 10/2009 | Kinch | |
| 7,652,252 | B1 * | 1/2010 | Rajavel et al. | 250/338.4 |
| 7,687,871 | B2 | 3/2010 | Maimon | |
| 7,723,815 | B1 | 5/2010 | Peterson et al. | |
| 7,777,186 | B2 | 8/2010 | Endres et al. | |
| 7,800,067 | B1 | 9/2010 | Rajavel et al. | |
| 7,928,389 | B1 | 4/2011 | Yap et al. | |
| 7,936,034 | B2 | 5/2011 | Rothman | |
| 7,944,020 | B1 | 5/2011 | Korobov et al. | |
| 8,003,434 | B2 | 8/2011 | Maimon | |
| 8,044,435 | B2 * | 10/2011 | Scott et al. | 257/196 |
| 8,338,200 | B2 * | 12/2012 | Forrai et al. | 438/29 |
| 8,492,702 | B2 * | 7/2013 | Bahir et al. | 250/226 |
| 2008/0073743 | A1 | 3/2008 | Alizadeh et al. | |
| 2009/0032894 | A1 | 2/2009 | Maryfield et al. | |
| 2009/0072144 | A1 | 3/2009 | Krishna et al. | |
| 2010/0155602 | A1 | 6/2010 | Scherer et al. | |
| 2011/0095334 | A1 | 4/2011 | Scott | |
| 2012/0193608 | A1 | 8/2012 | Forrai et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2302678 | | 3/2011 |
| JP | 2009164302 | A | 7/2009 |
| WO | 0071497 | A1 | 11/2000 |
| WO | 2005004243 | A1 | 1/2005 |

* cited by examiner


129
122
116
133
134
135
140
161
132
134
135
132
170
140
120
170
150
170
135
131
132
133
134
135
140
160
100
130

FIG. 1


MATERIAL LAYERS
CONTACT LAYER
BARRIER LAYER
ABSORBER LAYER
BAND ALIGNMENTS
$E_C$
$E_V$
OPTICAL INTENSITY
SCENE
DIRECTION OF OPTICAL PROPAGATION

FIG. 2




FIG. 3




FIG. 4B




FIG. 4A




FIG. 5B




FIG. 5A




FIG. 6A




FIG. 6B




FIG. 7A




FIG. 7B


110
122
120
120
116
Z
133
134
129
135
131
131
131
133
134
129
135
131
X
132
132

FIG. 8A


110/122
129
132
132
129
Y
112
131
131
132
129
129
X
132
131

FIG. 8B


110
122
120
120
116
Z
133
134
130′
135
131
131
131
131
133
134
135
131
130′
X
140
140

FIG. 9A


110/122
130′
140
140
130′
Y
112
131
131
140
130′
130′
X
140
131

FIG. 9B




FIG. 10A




FIG. 10B




FIG. 11




FIG. 12




FIG. 13

# FRONTSIDE-ILLUMINATED BARRIER INFRARED PHOTODETECTOR DEVICE AND METHODS OF FABRICATING THE SAME

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application claims priority to U.S. Patent Application Ser. No. 61/534,184 entitled "Enhanced Barrier Structure Devices and Methods of Manufacturing," filed on Sep. 13, 2011, which is hereby incorporated by reference in its entirety.

## TECHNICAL FIELD

Embodiments relate generally to infrared sensors and, more particularly, to frontside-illuminated barrier infrared photodetector devices capable to detecting radiation in the infrared spectral range, and methods of fabricating the same.

## BACKGROUND

An infrared focal plane array (FPA) is an imaging sensing apparatus that includes an array of photodetector pixels capable of detecting photons in the infrared spectrum. The pixels of infrared FPAs may be formed of a material that is sensitive to infrared radiation, such as indium antimonide (InSb), Mercury Cadium Telluride (MCT), gallium arsenide and aluminum gallium arsenide, or other infrared-sensitive detector materials. However, infrared FPAs having pixels fabricated from such materials are required to be cooled to very low temperatures, such as cryogenic temperatures, for example. Therefore, traditional infrared FPAs require the addition of an expensive and bulky cooling system.

## SUMMARY

According to one embodiment, a method of fabricating a frontside-illuminated barrier infrared photodetector includes providing a semiconductor wafer having a bulk substrate layer, an absorber layer on the bulk substrate layer, a barrier layer on the absorber layer, and a collector layer on the barrier layer. The bulk substrate layer is on a backside of the semiconductor wafer, the collector layer is on a frontside of the semiconductor wafer, the absorber layer is operable to absorb photon radiation, and the barrier layer is configured such that a flow of a first carrier type is impeded, and a flow of a second carrier type is unimpeded. The method further includes applying a plurality of frontside common electrical contacts to the collector layer thereby forming a common collector circuit, bonding a transparent carrier substrate to the frontside of the semiconductor wafer and the plurality of frontside common electrical contacts, thinning the bulk substrate layer of the semiconductor wafer, and reticulating the absorber layer and the barrier layer to form a plurality of stacks. The transparent carrier substrate is transparent to radiation in a predetermined wavelength range. The absorber layer and the barrier layer are non-continuous across the plurality of stacks. The method further includes applying a backside electrical contact to each stack to form a plurality of pixels, and singulating the semiconductor wafer and the transparent carrier substrate into at least one barrier infrared photodetector array.

According to another embodiment, a frontside-illuminated barrier infrared photodetector includes a transparent carrier substrate and a plurality of pixels. Each pixel of the plurality of pixels includes an absorber layer, a barrier layer on the absorber layer, a collector layer on the barrier layer, and a



backside electrical contact coupled to the absorber layer. Each pixel has a frontside and a backside. The absorber layer and the barrier layer are non-continuous across the plurality of pixels, and the barrier layer of each pixel is closer to a scene than the absorber layer of each pixel. A plurality of frontside common electrical contacts is coupled to the frontside of the plurality of pixels, wherein the frontside of the plurality of pixels and the plurality of frontside common electrical contacts are bonded to the transparent carrier substrate.

According to yet another embodiment, a frontside-illuminated barrier infrared photodetector focal plane array includes a transparent carrier substrate, a plurality of pixels, and a read-out integrated circuit assembly. Each pixel includes an absorber layer, a barrier layer on the absorber layer, a collector layer on the barrier layer, a backside electrical contact coupled to the absorber layer, and a frontside common electrical contact coupled to the collector layer. Each pixel has a frontside and a backside. The absorber layer and the barrier layer are non-continuous across the plurality of pixels, and the barrier layer of each pixel is closer to a scene than the absorber layer of each pixel. The frontside common electrical contact of each pixel are electrically coupled to one another, and the frontside of the plurality of pixels and corresponding frontside common electrical contacts are bonded to the transparent carrier substrate. The read-out integrated circuit assembly includes a read-out integrated circuit substrate and a plurality of electrical contacts, wherein the read-out integrated circuit assembly is bonded to the backside electrical contacts of the plurality of pixels by a plurality of indium bonding bumps.

According to yet another embodiment, an infrared sensor device includes a Dewar flask, an infrared transparent window disposed within the Dewar flask to provide an optical path into the Dewar flask for infrared radiation, a cold plate also disposed within the Dewar flask, and a cooler device thermally coupled to the cold plate by a cold finger. The cooler device is operable to cool the cold plate to an operating temperature. The infrared sensor device further includes a frontside-illuminated barrier infrared photodetector focal plane array that includes a transparent carrier substrate, a plurality of pixels, and a read-out integrated circuit assembly. Each pixel includes an absorber layer, a barrier layer on the absorber layer, a collector layer on the barrier layer, a backside electrical contact coupled to the absorber layer, and a frontside common electrical contact coupled to the collector layer. Each pixel has a frontside and a backside. The absorber layer and the barrier layer are non-continuous across the plurality of pixels, and the barrier layer of each pixel is closer to a scene than the absorber layer of each pixel. The frontside common electrical contacts are electrically coupled to one another, and the frontside of the plurality of pixels and corresponding frontside common electrical contacts are bonded to the transparent carrier substrate. The read-out integrated circuit assembly includes a read-out integrated circuit substrate and a plurality of electrical contacts, wherein the read-out integrated circuit assembly is bonded to the backside electrical contacts the plurality of pixels by a plurality of indium bonding bumps. The frontside-illuminated barrier infrared photodetector focal plane array is thermally coupled to the cold plate. The infrared sensor device further includes a cold shield disposed within the Dewar flask and thermally coupled to the cooler device. The cold shield is arranged to permit desired radiation within the angular region of the scene and spectral range to be incident on the frontside-illuminated barrier infrared photodetector focal plane array.

## BRIEF DESCRIPTION OF THE DRAWINGS

The following detailed description will be more fully understood in view of the drawings in which:

FIG. **1** depicts a schematic illustration of a semiconductor stack within a frontside-illuminated barrier infrared photodetector focal plane array according to one or more embodiments described and illustrated herein;

FIG. **2** depicts a graphical illustration of material layers of a frontside-illuminated barrier infrared photodetector, the band alignments of the material layers, and the optical intensity of the material layers, as a function of the direction of optical propagation, according to one or more embodiments described and illustrated herein;

FIG. **3** depicts a schematic illustration of an infrared sensor device including a frontside-illuminated barrier infrared photodetector focal plane array, according to one or more embodiments described and illustrated herein;

FIGS. **4**A and **4**B depicts a schematic illustration of a semiconductor wafer comprising a bulk substrate layer, an absorber layer, a barrier layer, and a collector layer according to one or more embodiments described and illustrated herein;

FIGS. **5**A and **5**B depict a schematic illustration of frontside common electrical contacts applied to the collector layer illustrated in FIGS. **4**A and **4**B, according to one or more embodiments described and illustrated herein;

FIGS. **6**A and **6**B depict a schematic illustration of a transparent substrate bonded to the semiconductor wafer and frontside common electrical contacts illustrated in FIGS. **4**A-**5**B according to one or more embodiments described and illustrated herein;

FIGS. **7**A and **7**B depict a schematic illustration of the semiconductor wafer and transparent substrate illustrated in FIGS. **6**A and **6**B after a bulk substrate thinning process, according to one or more embodiments described and illustrated herein;

FIGS. **8**A and **8**B depict a schematic illustration of the semiconductor wafer and the transparent substrate illustrated in FIGS. **7**A and **7**B after the formation of semiconductor stacks by an etching process, according to one or more embodiments described and illustrated herein;

FIGS. **9**A and **9**B depict a schematic illustration of the semiconductor wafer and the transparent substrate illustrated in FIGS. **8**A and **8**B after the application of backside electrical contacts to the semiconductor stacks, according to one or more embodiments described and illustrated herein;

FIGS. **10**A and **10**B depict a schematic illustration of a frontside-illuminated barrier infrared photodetector singulated from the semiconductor wafer and the transparent substrate illustrated in FIGS. **9**A and **9**B, according to one or more embodiments described and illustrated herein;

FIG. **11** depicts a schematic illustration of the frontside-illuminated barrier infrared photodetector illustrated in FIGS. **10**A and **10**B bonded to a read-out integrated circuit assembly, according to one or more embodiments described and illustrated herein;

FIG. **12** depicts a schematic illustration of a pixel comprising a dielectric material layer between a frontside common electrical contact and a collector layer, according to one or more embodiments described and illustrated herein; and

FIG. **13** depicts a schematic illustration of a pixel comprising a doped layer between the collector layer and the frontside common electrical contact and a doped layer between a absorber layer and a backside electrical contact, according to one or more embodiments described and illustrated herein.

The embodiments set forth in the drawings are illustrative in nature and are not intended to be limiting of the subject matter defined by the claims. Moreover, individual features of the drawings and the embodiments will be more fully apparent and understood in view of the detailed description.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Referring generally to the drawings, embodiments of frontside-illuminated barrier infrared photodetector (BIRD) devices and fabrication methods thereof are illustrated. Frontside-illuminated barrier infrared photodetector devices are photo-voltaic (or photoconductive, depending on doping levels of various semiconductor layers) that are operable to detect radiation in the infrared and/or near infrared spectrum (e.g., mid-wave infrared (MWIR), short-wave infrared (SWIR), and/or long-wave infrared (LWIR)). The illustrated BIRD devices generally comprise a transparent substrate, a plurality of frontside common electrical contacts, and a stack of semiconductor material that forms a pixel. A plurality of pixels according to the BIRD devices described herein may be coupled to a readout integrated circuit (ROIC) via bonding bumps, thereby providing a frontside-illuminated barrier infrared photodetector focal plane array having of an array of pixels. It is noted that embodiments of the BIRD devices and focal plane arrays described herein are referred to as frontside-illuminated because radiation enters the device at a frontside of the detector array.

As described in more detail below, each stack of semiconductor material that defines a pixel comprises a collector layer, a barrier layer, and an absorber layer. The barrier layer has a wide band gap material that acts as an electron barrier. The material is chosen such that there is a large discontinuity in the conduction band, and little or no discontinuity in the valence band. The materials used to fabricate the various layers may be bulk semiconductor material, binary semiconductor composition, ternary semiconductor composition, quaternary semiconductor composition, or strained layer superlattice composition.

Generally, BIRD devices may be fabricated by thinning a substrate layer positioned on a backside of a semiconductor wafer having the contact, barrier and absorber layers. The remaining semiconductor wafer, which contains the contact, barrier and absorber layers, is etched to form reticulated semiconductor stacks that define pixels. Electrical contacts are provided on both the frontside and backside the semiconductor wafer to provide electrical connection to a ROIC device for signal interpretation. The frontside-illuminated barrier infrared photodetector device may provide for a device with relatively low dark current, increased collection efficiency, and increased thermal reliability of focal plane arrays incorporating such BIRD devices. Various embodiments of frontside-illuminated barrier infrared photodetector focal plane arrays and methods of fabricating frontside-illuminated barrier infrared photodetector devices will be described in more detail herein.

Referring now to FIG. **1**, one embodiment of a BIRD device configured as a BIRD focal plane array **100** is illustrated. Generally, the illustrated BIRD focal plane array **100** comprises a transparent substrate **122**, frontside common electrical contacts **120**, semiconductor stacks **129** (defining pixels **130**), bonding bumps **150**, and a ROIC assembly **160**. It should be understood that the BIRD focal plane array **100** may comprise an array of semiconductor stacks **129** providing an array of photodetector devices, and that only semiconductor stack **129** is fully illustrated in FIG. **1** for ease of illustration. The transparent substrate **122** comprises a material that is transparent to radiation in the desired wavelength, such as wavelengths in the infrared or near-infrared spectrum.

The transparent substrate **122**, which may be made of silicon, for example, provides a window or an entry point for radiation (illustrated as arrows **170** into the BIRD focal plane array **100**). It is noted that an optional anti-reflective layer (not shown) may be applied to the transparent substrate **122** to ensure that infrared radiation entering the BIRD focal plane array **100** is maintained within the semiconductor stack **129**.

The plurality of frontside common electrical contacts **120** is positioned between a frontside of the semiconductor stack **129** and the transparent substrate **122**. In some embodiments, the frontside common electrical contacts **120** may be configured as a metal grid that is overlaid on the frontside of the semiconductor stack **129**. The frontside common electrical contacts **120** are made of an electrically conductive material, such as gold, for example. The area of the plurality of frontside common electrical contacts may be relatively small so as to not block incoming radiation. Although not illustrated in FIG. **1**, the frontside common electrical contacts **120** may be positioned on an insulating layer (e.g., an oxide layer such as silicon monoxide or silicon dioxide) that is applied to the frontside of the semiconductor stack material during fabrication. Therefore, the insulating layer may be located between the frontside common electrical contacts **120** and the semiconductor stack **129**. The frontside common electrical contacts **120** provide a reference potential (e.g., ground) for the frontside of the semiconductor stack **129** and, in the case of a focal plane array comprising an array of semiconductor stacks **129**, a reference potential for all of the semiconductor stacks within the array. The metal grid defining the frontside common electrical contacts **120** may be electrically coupled to a circuit, such as a read-out integrated circuit of the ROIC assembly **160**. It should be understood that the frontside common electrical contacts **120** may be configured in an arrangement other than a grid pattern. The semiconductor stack **129** is electrically coupled to a backside electrical contact **140**. The frontside common electrical contact **120**, the semiconductor stack **129**, and the backside electrical contact **140** define a pixel **130**.

The semiconductor stack **129** is coupled to the frontside common electrical contacts **120** and the transparent substrate **122**. In one embodiment, the semiconductor stack **129** is bonded to the transparent substrate **122** via an adhesive bonding layer **116**, such as an epoxy adhesive. The adhesive chosen should be suitable for use from cryogenic temperatures to approximately 300° C., such that it does not outgas, deform, crack or otherwise degrade during fabrication and operation of the BIRD focal plane array **100**. The material used for the adhesive bonding layer **116** should be optically transmissive to optical radiation in the predetermined wavelength range.

The illustrated semiconductor stack **129** generally comprises a collector layer **133**, a barrier layer **134**, and an absorber layer **135**. The absorber layer **135** forms a first heterojunction with the collector layer **133**, and the barrier layer **134** also forms a second heterojunction with the barrier layer **134**. Although not depicted in FIG. **1**, a thin substrate layer may also be present on a backside of the absorber layer **135**. The thin substrate layer may be a layer that was not fully removed during fabrication, as described below. In the illustrated embodiment, the collector layer **133** is monolithically provided across a plurality of semiconductor stacks **129**. In other embodiments, such as the BIRD focal plane array **100'** depicted in FIG. **12**, the collector layer **133** may be discontinuous across the plurality of semiconductor stacks. The collector layer **133** of each semiconductor stack **129** may be defined by a mesa structure (i.e., a contact mesa) that is aligned with the frontside common electrical contact **120**, in some embodiments.

The semiconductor stack **129** has angled walls **131** that provide for a truncated, square pyramidal pixel **130**. As shown in FIG. **1**, the barrier layer **134** is discontinuous (i.e., non-monolithic) across the plurality of semiconductor stacks **129**. Accordingly, the barrier layer **134** of one semiconductor stack **129** does not contact the barrier layer **134** of adjacent semiconductor stacks **129**. In this regard, the barrier layer is non-monolithically provided across the plurality of semiconductor stacks **129**. Similarly, the absorber layer **135** of each semiconductor stack **129** does not contact the absorber layers **135** of adjacent semiconductor stacks **129**.

The absorber layer **135** and the collector layer **133** comprise a narrow band gap material, and the barrier layer **134** may comprise a wide band gap material. The materials chosen for the collector layer **133**, barrier layer **134**, and absorber layer **135** may be made from bulk semiconductors, binary semiconductor compositions, ternary semiconductor compositions, quaternary semiconductor compositions, and/or strained layer superlattice material compositions. For example, the collector layer **133**, barrier layer **134**, and absorber layer **135** may be made from III-V semiconductor materials or II-VI semiconductor materials. The absorbing layer of each pixel **130** is capable of detecting radiation in the MWIR, SWIR, or LWIR, depending on the desired predetermined wavelength range.

More specifically, in some embodiments, the material for the collector layer **133** may be p-type, n-type, or unintentionally doped (i.e., substantially no doping) GaSb, $InAs_xSb_{1-x}$/InAs superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}/Ga_yIn_{1-y}Sb$ superlattice, $Al_yIn_{1-y}As_xSb_{1-x}/Al_yIn_{1-y}As$ superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}$, or combinations thereof. The material for the barrier layer **134** may be p-type, n-type, or unintentionally doped AlAsSb, $(GaSb)_z(LM\text{-}AlAsSb)_{1-z}$, or combinations thereof. The material for the absorber layer **135** may be p-type, n-type, or unintentionally doped GaSb, $InAs_xSb_{1-x}$/InAs superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}/Ga_yIn_{1-y}Sb$ superlattice, $Al_yIn_{1-y}As_xSb_{1-x}/Al_yIn_{1-y}As$ superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}$, or combinations thereof. As an example and not a limitation, the collector layer **133**, the barrier layer **134** and the absorber layer **135** are unintentionally doped. In some embodiments, the collector layer **133** comprises unintentionally doped type II $InAs_xSb_{1-x}$/InAs superlattice, the barrier layer **134** comprises unintentionally doped AlAsSb ternary, and the absorber layer **135** comprises unintentionally doped type II $InAs_xSb_{1-x}$/InAs superlattice. As nonlimiting examples, the thickness of the collector layer **133** may be between about 50 Å and about 5000 Å, the thickness of the barrier layer **134** may be between about 500 Å and 7,500 Å, and the thickness of the absorber layer may be between about 5,000 Å and about 180,000 Å.

In some embodiments, each of the absorber layer **135**, the barrier layer **134**, and/or the collector layer **133** have a doping level such that the device exhibits photo-diode behavior similar to a p-n, p-i-n, n-p, or n-i-p junction device. In other embodiments, each of the absorber layer **135**, the barrier layer **134**, and/or the collector layer **133** have a doping level such that the device exhibits photo-conductive characteristics, such as photo-conductive lead salts, for example.

As stated above, a backside electrical contact **140** is connected to a peak, backside surface **132** of the semiconductor stack **129**. Although not illustrated, an insulator layer may be located on the walls **131** as well as adjacent to the backside electrical contact **140** on the peak backside surface **132**. In some embodiments, the backside electrical contact **140** covers substantially all of the backside surface **132** of the semiconductor stack **129** such that it also acts as a mirror to reflect photons not previously absorbed by the semiconductor stack **129** back into the absorber layer **135**. The backside electrical

contact **140** may be made of an electrically conductive metal (e.g., gold), and provide an electrical connection of the semiconductor stack **129** to the ROIC assembly **160**. The frontside common electrical contacts **120** and the backside electrical contacts **140** form Ohmic or pseudo Ohmic electrical connections.

As described in more detail below, the semiconductor stack **129** and associated backside electrical contact **140** may be connected to an electrical contact **162** of the ROIC assembly **160** via an indium bonding bump **150**. In a focal plane array, the backside electrical contact **140** of each individual semiconductor stack **129** is connected to the ROIC assembly **160**, such that the plurality of frontside common electrical contacts **120**, semiconductor stacks **129**, and backside electrical contacts **140** define a plurality of individual pixels **130** that may be read by the ROIC assembly **160**.

The ROIC assembly **160** may comprise a ROIC substrate **161** having a ROIC located thereon. The ROIC may be configured to receive the photon-excited currents from the semiconductor pixels and either perform signal processing to produce an infrared image or pass the photon-excited currents as signals and/or data to an additional circuit(s) or external device for signal processing. The ROIC substrate **161** has a coefficient of thermal expansion that is substantially equal to the coefficient of thermal expansion of the transparent carrier substrate **122**.

Referring now to FIG. **2**, the material layers, associated band alignments under external electrical bias, and associated optical intensity within the stack is plotted with respect to the direction of optical propagation of optical radiation **170**. Note that the concentration of photo carrier density is directly proportional to the optical intensity within the stack.

As shown in FIG. **2**, the collector layer **133** faces the scene, and is the layer that is closest to the scene and the source of radiation. The collector layer **133** may have a band gap within the predetermined wavelength range, and should be as thin as possible to minimize optical absorption, as shown in the bottom, optical intensity graph of FIG. **2**.

The barrier layer **134** comprises a wide band gap material that acts as an electron barrier, as indicted by the middle band alignment graph of FIG. **2**. The material may be chosen such that there is a large discontinuity in the conduction band $E_c$, and no discontinuity in the valence band $E_v$. It should be understood that in embodiments that are configured as photoconductive with electrons as the photo-carrier, the barrier layer **134** should provide a large discontinuity in the valence band $E_v$, and no discontinuity in the conduction band $E_c$. The material of the barrier layer **134** should have a band gap wide enough to have insubstantial absorption in the spectral band of interest, as shown in the optical intensity graph of FIG. **2**.

The absorber layer **135** should be thick enough to absorb substantially all incident photons. As shown in the band alignment graph FIG. **2**, the highest optical intensity in the absorber layer **135** occurs at the absorber layer **135**—barrier layer **134** interface. Because the photo carrier (e.g., hole) concentration is proportional to the optical intensity, a large number of photo-generated holes exist near the barrier layer **134**. Embodiments of the present disclosure collect holes by sweeping them across the barrier layer **134** when the device is electrically biased. Therefore, the majority of holes do not drift far to be collected, thus the BIRD devices described herein offer a high collection efficiency.

Referring now to FIG. **3**, the BIRD focal plane array **100** may be provided as a component of an infrared sensor device **200** used in infrared sensing applications. FIG. **3** schematically depicts an infrared sensor device **200** according to some embodiments. The infrared sensor device **200** may generally comprise a BIRD focal plane array **100**, a cooler device **260** disposed within a housing **280**, a Dewar flask **230** and a cold shield **220**. The BIRD focal plane array **100** and the cold shield **220** are disposed in the Dewar flask **230**, which provides a vacuum and may be coupled to one or more housing components (e.g., housing **280**). An infrared transparent window **240** is provided in the Dewar flask **230** to allow radiation **170** to enter the infrared sensor device **200**. The BIRD focal plane array **100** is thermally coupled to a cold plate **210**, which is in turn thermally coupled to a cold finger **270** of the cooler device **260**. The cooler device **260** is configured to maintain the BIRD focal plane array **100** within an operating temperature range (e.g., about 50K to about 200K). Nonlimiting examples of the cooler device **260** include a split sterling cycle linear cooler and a Rotary sterling cycle cooler. The cold plate **210** may be fabricated from a thermally conductive material, such as copper or aluminum, for example. It should be understood that other materials may be used.

The cold shield **220** is also thermally coupled to the cold finger **270** and the cooler device **260** (e.g., via thermal coupling to the cold plate **210**). The cold shield **220** is configured to only let radiation **170** from the scene strike the photo sensitive area of the BIRD focal plane array **100**. The cold shield **220** may also include a cold filter **250** to control the spectral response of the infrared sensor device **200**. The cold filter **250** may limit radiation from the scene that strikes the photosensitive area of the BIRD focal plane array **100** to substantially transmissive portions of the atmosphere, (e.g. 2.0-2.5 μm, 3.0-5.0 μm, and 8.0-12.0 μm).

The infrared sensor device **200** may be implemented into an infrared camera system to detect infrared radiation within a predetermined wavelength range. For example, the infrared sensor device **200** may be communicably and electrically coupled to a display device (either locally or remotely) to display the scene as detected by the BIRD focal plane array **100**. One or more controllers may also be communicably and electrically coupled to the infrared sensor device **200** to provide control signals to one or more components. For example, a control circuit may be provided to read the temperature of the BIRD focal plane array **100** and provide the cooler device **260** with a proportional power drive to maintain the operating temperature of the BIRD focal plane array **100** within a predetermined maximum temperature range. A controllable lens may also be provided and controlled to focus the infrared sensor device **200** accordingly.

Methods of fabricating embodiments of the BIRD focal plane array **100** described above will now be described in detail. Referring to FIGS. **4**A and **4**B, a semiconductor wafer **110** having a bulk substrate layer **117** (e.g., a GaAs layer), an absorber layer **115** on the bulk substrate layer **117**, a barrier layer **114** on the absorber layer **115**, and a collector layer **113** on the absorber layer **115**. The absorber layer **115**, the barrier layer **114**, and the collector layer may be epitaxially grown on the bulk substrate layer **117** during fabrication of the semiconductor wafer **110**. It should be understood that one or more thin buffer layers used during the fabrication process may be present between the bulk substrate layer **117**, the absorber layer **115**, the barrier layer **114** and/or the collector layer **113**. Further, the interfaces between the various layers of the semiconductor wafer **110** may be graded from one layer to the next. The various layers may be fabricated on the bulk substrate layer **117** by molecular beam epitaxy or metal organic vapor deposition, for example.

Referring now to FIGS. **5**A and **5**B, frontside common electrical contacts **120** are applied to a frontside of the semiconductor wafer **110**. The bulk substrate layer **117** is the backside of the semiconductor wafer **110**. The frontside of the

semiconductor wafer **110** is the side having the collector layer **113**. Accordingly, the collector layer **113** will be closest to the scene when the device is fabricated. The frontside common electrical contacts **120** may be configured as a metal grid made of a conductive material, such as gold, for example, and may be applied using a liftoff process and an ohmic anneal.

Depending on the configuration of the semiconductor wafer **110**, the frontside common electrical contacts **120** provide an electrical contact with the collector layer **113**. As described in more detail below and illustrated in FIG. **12**, a dielectric material layer **125** may also be provided between the frontside common electrical contacts **120** and the collector layer **113**. As the frontside common electrical contacts **120** are all electrically connected in a grid formation, they provide a reference potential for the BIRD device, such as ground.

Referring now to FIGS. **6**A and **6**B, a transparent substrate **122** is bonded to the frontside of the semiconductor wafer **110** using an adhesive bonding layer **116**. The transparent substrate **122** is made of a material that is substantially transparent to radiation in the infrared spectral range, such as float zone silicon, for example. In one embodiment, an anti-reflective layer (not shown) may be applied to the transparent substrate **122**. Prior to mounting the transparent substrate **122** to the semiconductor wafer **110**, the semiconductor wafer **110** and/or the transparent substrate **122** may be cleaned using a de-ionized water rinse or an $O_2$ plasma cleaning process. The transparent substrate **122** may be bonded to the frontside of the semiconductor wafer **110** (and frontside common electrical contacts **120**) using an adhesive bonding layer **116**. The adhesive material may be an epoxy that does not absorb radiation in the predetermined wavelength range (e.g., infrared or near-infrared).

FIGS. **7**A and **7**B illustrate a semiconductor wafer **110** and transparent substrate **122** assembly after a thinning of the bulk substrate layer **117**. FIG. **7**A illustrates an embodiment in which a portion of the bulk substrate layer **117** remains after the thinning process. In this embodiment, a portion of the bulk substrate layer **117** (e.g., GaAs) will be present in the etched semiconductor stacks **129**. Enough of the bulk substrate layer **117** should be removed to more easily etch the substrate, but not so much that causes damage to the device. In another embodiment, a majority of the bulk substrate layer **117** is removed such that the later-formed semiconductor stacks **129** consist primarily of the absorber layer **135**, the barrier layer **134**, and the collector layer **133**.

In some embodiments, the bulk substrate layer **117** of the semiconductor wafer **110** may be first thinned mechanically, such as by the application of a milling or grinding device, for example. The bulk substrate layer **117** may be further thinned by a chemical process using a wet etchant solution, such as a solution of $H_3PO_4$—$H_2O_2$—$H_2O$ or a solution of $H_2SO_4$—$H_2O_2$—$H_2O$, until a desired thickness is achieved. Other known and yet-to-be-developed thinning processes may also be utilized.

Referring now to FIGS. **8**A and **8**B, the remaining absorber layer **115**, the barrier layer **114**, and the collector layer **113** (as well as a remaining portion of the bulk substrate layer **117**, if present) are reticulated to form a plurality of semiconductor stacks **129**, each having four facets or walls **131**. However, in other embodiments, the stacks **129** are not shaped like a truncated, square pyramid. In one embodiment, a patterned etch mask (not shown) is applied to a backside of the thinned semiconductor wafer **110**. The patterned etch mask may comprise a photoresist material, a dielectric material, a metal material, and/or any material capable of resisting the etching material during the etching process. Portions of the absorber layer **115**, the barrier layer **114**, the collector layer **113**, and/or the bulk substrate layer **117** may be removed during a dry etching process, such as a plasma-etch process. The dry etch process reticulates the backside of the semiconductor wafer **110** to form the plurality of individual semiconductor stacks **129**, each having the desired facet geometry described above.

At least a portion of the semiconductor stacks **129** may be fully electrically isolated from one another by reticulation. In the illustrated embodiment, the reticulated absorber layer **135**, the reticulated barrier layer **134**, and the reticulated collector layer **133** of each semiconductor stack **129** are isolated from adjacent semiconductor stacks **129**. Accordingly, the absorber layer **135**, the barrier layer **134**, and the collector layer **133** are non-monolithic across the focal plane array. As depicted in FIG. **1**, in some embodiments, the collector layer **133** of adjacent semiconductor stacks **129** may be electrically coupled to one another when the collector layer **133** is not fully reticulated.

In one embodiment, the dry etch process may be followed by a wet etch process in which an etching solution is applied to the backside of the semiconductor wafer **110** to finely remove additional material to achieve semiconductor stacks **129** that meet particular fabrication requirements. Exemplary etchant solutions may include, but are not limited to, a solution of $H_3PO_4$—$H_2O_2$—$H_2O$ or a solution of $H_2SO_4$—$H_2O_2$—$H_2O$. Ion beam milling may also be utilized to fabricate the semiconductor stacks **129**.

The number of semiconductor stacks **129** formed may depend on the particular application in which the completed device will operate. As an example and not a limitation, a 1024×1024 pixel BIRD focal plane array may fabricated using the processes described herein. It should be understood that larger and smaller focal plane arrays may be fabricated.

The semiconductor wafer **110** may be cleaned after the etching process using an acetone wash and/or an $O_2$ plasma de-scum process. The patterned etch mask may be removed from the backside of the semiconductor wafer **110**.

Referring now to FIGS. **9**A and **9**B, a backside electrical contact **140** is applied to each semiconductor stack **129**. The backside electrical contacts **140** may be made of an electrically conductive material, and may be applied via a liftoff process or any other known or yet-to-be-developed process for depositing metal material onto a substrate. The frontside common electrical contact **120**, semiconductor stack **129**, and backside electrical contact **140** define an individual pixel **130'** of the BIRD device. As described below, the backside electrical contacts **140** electrically couple each individual pixel **130'** to the ROIC assembly **160**. The backside electrical contact **140** may cover substantially the entire backside surface **132** of the semiconductor stack **129** in some embodiments. In other embodiments, the backside electrical contact **140** may cover only a portion of the backside surface **132**. In still other embodiments, the backside electrical contact **140**, or another coating or layer, may be provided on the walls **131** to further prevent crosstalk between adjacent pixels **130'**.

After applying the backside electrical contacts **140**, the semiconductor wafer **110** and transparent substrate **122** may be singulated into one of more semiconductor infrared photodetector arrays **118** (i.e., BIRD devices). As illustrated in FIGS. **10**A and **10**B, excess semiconductor wafer **110** and transparent substrate **122** may be trimmed to form the semiconductor infrared photodetector array **118**. One or more BIRD devices may be singulated from the semiconductor wafer **110** and transparent substrate **122** assembly. The semiconductor wafer **110** and transparent substrate **122** assembly may be singulated by the application of a dicing or sawing mechanism.

Referring to FIG. **11**, the semiconductor infrared photodetector array **118** may be hybridized to a ROIC assembly **160** to complete the fabrication of a BIRD focal plane array **100'**. The semiconductor infrared photodetector array **118** may be bump-bonded to the ROIC assembly **160** using bonding bumps **150**, which may be made of indium, for example. The ROIC assembly **160** has a plurality of electrical contacts **162** that are arranged to align with the backside electrical contacts **140** of the semiconductor infrared photodetector array **118**. A bonding bump **150** may be applied to the backside electrical contacts **140** and/or the electrical contacts **162** via a liftoff process or other known or yet-to-be-developed process. The semiconductor infrared photodetector array **118** may then be positioned on the ROIC assembly **160** such that the backside electrical contacts **140** are aligned with the electrical contacts **162**, and then heated to bond the two components together. The completed BIRD focal plane array **100** may then be washed and inspected.

In one embodiment, additional filter layers may be applied to the transparent substrate **122** to condition the incoming infrared radiation. For example, a polarizer layer and/or a spectral filter layer may be applied to the transparent substrate **122**.

Referring now to FIG. **12**, an alternative pixel **130"** according to some embodiments is schematically depicted. A thin dielectric material layer **125** comprising SiO, $SiO_x$, silicon nitride, or a combination thereof, is disposed between the frontside common electrical contact **120** and the collector layer **133**. The dielectric material layer **125** may have a thickness between about 4000 Å and about 14,000 Å, for example. Other thicknesses may be used. Electrical connection between the frontside common electrical contact **120** may be provided by a via **127** through the dielectric material layer **125** that is filled with an electrically conductive material. The dielectric material layer **125** may further reduce optical crosstalk between adjacent pixels **130"**.

Also shown in FIG. **12** is an alternative transparent substrate **122'** having an optical component **123** that is configured to act as a lens to aid in directing photons into the pixels **130"**. It should be understood that such optical components **123** may be provided in embodiments that do not have the thin dielectric material layer **125**. More than one optical component **123** may be provided per pixel **130"**. The optical component **123** may be fabricated from materials such as silicon, germanium, or quartz, depending on the desired radiation incident upon the BIRD focal plane array **100**.

In addition to the collector, barrier and absorber layers **133**, **134**, **135** described above, in some embodiments, additional doped layers may be provided to reduce electrical contact resistance. Referring now to FIG. **13**, a pixel **130'"** that includes a doped layer **180** between the collector layer **133** and the frontside common electrical contact **120**, and a doped layer **182** between the absorber layer **135** and the backside electrical contact **140**. These doped layers **180**, **182** may fabricated from any of the semiconductor materials described above with appropriate doping levels. The doping levels of these doped layers **180**, **182** may be uniformly doped, or gradually doped through the thickness of the layers **180**, **182**. As non-limiting examples, the doping level range of these doped layers **180**, **182** may be about 1E15 $cm^3$ to about 1E19 $cm^3$.

It should now be understood that in the embodiments described above, the collector layers and the barrier layers of the semiconductor stacks are located closer to the incoming infrared radiation than in conventional semiconductor infrared detector devices, thereby increasing the collection efficiency of the device. Because the individual pixels may be fully reticulated and isolated, electrical cross talk between the pixels is limited and the modulation transfer function (MTF) is high. The MTF of the device is defined by the collection area of the device. In the fully reticulated structure as described herein, the collection area is defined by the physical size of the detector, which is less than or equal to the pixel pitch. Thus, the MTF is greater than or equal to the pixel pitch. In conventional semiconductor infrared devices, the pixels are only partly reticulated (or not at all). Thus, photocarriers can drift and be collected by adjacent pixels (i.e., electrical crosstalk). This leads to a collection area greater than or equal to the pixel pitch, which leads to a MTF less than or equal to the pitch. Higher MTF translates to higher image quality. The fully reticulated structures described herein provide the ability to tailor the physical size and shape of the pixel, thus allowing tailoring of the MTF. This allows for optimizing detector MTF in the optical system to support advanced image processing techniques, such as, but not limited to, super-resolution.

For the purposes of describing and defining the embodiments of the present disclosure, it is noted that the terms "approximately" and "substantially" are utilized herein to represent the inherent degree of uncertainty that may be attributed to any quantitative comparison, value, measurement, or other representation. The terms "approximately" and "substantially" are also utilized herein to represent the degree by which a quantitative representation may vary from a stated reference without resulting in a change in the basic function of the subject matter at issue.

The foregoing description of the various embodiments of the present disclosure has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the subject matter of the disclosure to the precise steps and/or forms disclosed. Many alternatives, modifications and variations will be apparent to those skilled in the art of the above teaching. Moreover, although multiple inventive aspects have been presented, such aspects need not be utilized in combination, and various combinations of inventive aspects are possible in light of the various embodiments provided above. Accordingly, the above description is intended to embrace all possible alternatives, modifications, combinations, and variations that have been discussed or suggested herein, as well as all others that fall with the principles, spirit and broad scope of the s defined by the claims.

What is claimed is:

**1**. A method of fabricating a frontside-illuminated barrier infrared photodetector, the method comprising:

providing a semiconductor wafer comprising a bulk substrate layer, an absorber layer on the bulk substrate layer, a barrier layer on the absorber layer, and a collector layer on the barrier layer, wherein:

the bulk substrate layer is on a backside of the semiconductor wafer;

the collector layer is on a frontside of the semiconductor wafer;

the absorber layer is operable to absorb photon radiation; and

the barrier layer is configured such that a flow of a first carrier type is impeded, and a flow of a second carrier type is unimpeded;

applying a plurality of frontside common electrical contacts to the collector layer;

bonding a transparent carrier substrate to the frontside of the semiconductor wafer and the plurality of frontside common electrical contacts, wherein the transparent carrier substrate is transparent to radiation in a predetermined wavelength range;

thinning the bulk substrate layer of the semiconductor wafer;

reticulating the absorber layer and the barrier layer to form a plurality of stacks, wherein the absorber layer and the barrier layer is non-continuous across the plurality of stacks;

applying a backside electrical contact to each stack to form a plurality of pixels, wherein the plurality of pixels is at least partially reticulated; and

singulating the semiconductor wafer and the transparent carrier substrate into at least one barrier infrared photodetector array.

**2**. The method as claimed in claim **1**, further comprising bump bonding each backside electrical contact of the at least one barrier infrared photodetector array to a read-out integrated circuit assembly, wherein the read-out integrated circuit assembly comprises a read-out integrated circuit assembly bulk substrate that has a coefficient of thermal expansion that is substantially equal to the coefficient of thermal expansion of the transparent carrier substrate.

**3**. The method as claimed in claim **1**, wherein the absorber layer and the collector layer comprise a narrow band gap material, and the barrier layer comprises a wide band gap material.

**4**. The method as claimed in claim **1**, wherein one or more of the absorber layer, the barrier layer, and the collector layer comprise III-V semiconductor materials or II-VI semiconductor materials.

**5**. The method as claimed in claim **1**, wherein one or more of the absorber layer, the barrier layer, and the collector layer comprises a bulk semiconductor material, a binary semiconductor composition, a ternary semiconductor composition, a quaternary semiconductor composition, a strained layer superlattice composition, or combinations thereof.

**6**. The method as claimed in claim **1**, wherein the absorber layer, the barrier layer, and the collector layer are unintentionally doped.

**7**. The method as claimed in claim **1**, wherein the collector layer comprises GaSb, $InAs_xSb_{1-x}/InAs$ superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}/Ga_yIn_{1-y}Sb$ superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}$, $Al_yIn_{1-y}As_xSb_{1-x}/Al_yIn_{1-y}As$ superlattice, or combinations thereof.

**8**. The method as claimed in claim **1**, wherein the barrier layer comprises AlAsSb, $(GaSb)_z(LM\text{-}AlAsSb)_{1-z}$, or combinations thereof.

**9**. The method as claimed in claim **1**, wherein the absorber layer comprises GaSb, $InAs_xSb_{1-x}/InAs$ superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}/Ga_yIn_{1-y}Sb$ superlattice, $Ga_yIn_{1-y}As_xSb_{1-x}$, $Al_yIn_{1-y}As_xSb_{1-x}/Al_yIn_{1-y}As$ superlattice, or combinations thereof.

**10**. The method as claimed in claim **1**, wherein each of the absorber layer, the barrier layer, and the collector layer have a doping level such that the frontside-illuminated barrier infrared photodetector exhibits photo-voltaic characteristics.

**11**. The method as claimed in claim **1**, wherein each of the absorber layer, the barrier layer, and the collector layer have a doping level such that the frontside-illuminated barrier infrared photodetector exhibits photo-conductive characteristics.



**12**. The method as claimed in claim **1**, further comprising isolating the collector layer into a plurality of contact mesas, wherein the plurality of contact mesas are vertically aligned with the plurality of frontside common electrical contacts.

**13**. The method as claimed in claim **1**, further comprising, prior to applying the plurality of frontside common electrical contacts to the frontside of the semiconductor wafer, depositing a dielectric material layer on the collector layer.

**14**. The method as claimed in claim **13**, further comprising:

forming a plurality of vias within the dielectric material layer; and

filling the plurality of vias with an electrically conductive material.

**15**. The method as claimed in claim **13**, wherein the dielectric material layer comprises SiO, $SiO_x$, silicon nitride, or combinations thereof.

**16**. The method as claimed in claim **1**, wherein the absorber layer, the barrier layer, and the collector layer are completely removed between individual pixels of the plurality of pixels.

**17**. The method as claimed in claim **1**, wherein each backside electrical contact completely covers an entire backside of the stack to which it is applied.

**18**. The method as claimed in claim **1**, wherein the frontside of the semiconductor wafer is bonded to the transparent carrier substrate with an adhesive bonding layer.

**19**. The method as claimed in claim **1**, wherein the bulk substrate layer is mechanically thinned.

**20**. The method as claimed in claim **1**, wherein the bulk substrate layer is chemically thinned.

**21**. The method as claimed in claim **20**, wherein the bulk substrate layer is chemically thinned using a wet etchant comprising a solution of $H_3PO_4$—$H_2O_2$—$H_2O$ or a solution of $H_2SO_4$—$H_2O_2$—$H_2O$.

**22**. The method as claimed in claim **1**, wherein reticulating the absorber layer and the barrier layer to form the plurality of stacks further comprises:

applying a patterned etch mask to the absorber layer, wherein the patterned etch mask comprises a photo resist material, a dielectric material, a metal material, or combinations thereof;

performing a dry etch process to the patterned etch mask and the absorber layer;

applying an etching solution to the patterned etch mask, the absorber layer, and the barrier layer; and

removing the patterned etch mask from the absorber layer.

**23**. The method as claimed in claim **1**, further comprising applying to the transparent carrier substrate an anti-reflective layer, a spectral filter layer, a polarizer layer, or combinations thereof.

* * * * *

US010468540B1

(12) **United States Patent**
**Baril et al.**

(10) **Patent No.: US 10,468,540 B1**
(45) **Date of Patent: Nov. 5, 2019**

(54) **ALSB LATTICE MATCHED BARRIER INFRARED DETECTOR TO IMPROVE QUANTUM EFFICIENCY AND PROCESS YIELD**

(71) Applicant: **United States of America, as represented by the Secretary of the Army**, Fort Belvoir, VA (US)

(72) Inventors: **Neil F. Baril**, Stafford, VA (US); **Sumith V. Bandara**, Fairfax Station, VA (US)

(73) Assignee: **UNITED STATES OF AMERICA, AS REPRESENTED BY THE SECRETARY OF THE ARMY**, Washington, DC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1716 days.

(21) Appl. No.: **13/987,246**

(22) Filed: **Dec. 23, 2013**

(51) **Int. Cl.**
***H01L 31/00*** (2006.01)

(52) **U.S. Cl.**
CPC .................................. ***H01L 31/00*** (2013.01)

(58) **Field of Classification Search**
CPC ......... H01L 31/035236; H01L 31/0304; H01L 31/109
USPC .................................................. 257/E31.001
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,687,871 B2 3/2010 Maimon
7,737,411 B2 6/2010 Gunapala et al.
8,368,051 B2 * 2/2013 Ting ...................... B82Y 20/00 257/21
8,928,036 B2 * 1/2015 Ting ................... H01L 31/0304 257/184
2010/0072514 A1 * 3/2010 Ting ................... H01L 31/0304 257/184

FOREIGN PATENT DOCUMENTS

WO 2010/036956 A1 4/2010

* cited by examiner

*Primary Examiner* — Mark Hellner
(74) *Attorney, Agent, or Firm* — Richard J. Kim

(57) **ABSTRACT**

An AlSb lattice matched barrier infrared detector architecture with the AlSb binary barrier layer enables implementation of strain layer superlattice absorbers with higher absorption coefficients for improved quantum efficiency, presents a simplified structure for epitaxial growth, and enables the utilization of bulk $InAs_{0.815}Sb_{0.185}$ absorber material with a 5.0 μm cutoff for both single and dual color devices. Such an infrared detector is formed by growing the detector material; bottom contact, 1st absorber layer, AlSb barrier, optional graded layer, 2nd absorber layer, top contact, on top of an AlSb lattice matched buffer layer. Epitaxial growth on the AlSb lattice enables the deposition of unstrained bulk $InAs_{0.815}Sb_{0.185}$ with a 5.0 μm cutoff, as well as $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice absorbers with a continuously tunable cutoff from mid-wavelength to long-wavelength infrared.

**17 Claims, 3 Drawing Sheets**




Current Strategy
GaSb Lattice
New Strategy
AlSb Lattice
AlSb
GaAs
GaSb
InSb
InAs
Un-
strained
Band
Edge
Align-
ment
(eV)
1.0
0.5
0.0
-0.5
5.70
5.80
5.90
6.00
6.10
6.20
6.30
6.40
Lattice Constant (Å)

Figure 1


a) Flatband
barrier
conduction band
absorber
valence band
valence band offset
b) At operating bias
conduction band
barrier
valence band
absorber
depletion region
c) SLS nBn matched to AlSb
barrier
conduction band
absorber
valence band
Energy (arb.)
0.0
0.5
1.0
1.5
2.0
Position (μm)

Figure 2


100
9) Top Contact
8) n-type Absorber
7) Optional Graded Buffer Layer
6) AlSb Barrier Layer
5) Optional Graded Buffer Layer
4) n-type Absorber
3) Bottom Contact
2) AlSb Buffer Layer
1) Metamorphic Buffer Layer
0) Substrate
Growth Direc- tion

Figure 3

# ALSB LATTICE MATCHED BARRIER INFRARED DETECTOR TO IMPROVE QUANTUM EFFICIENCY AND PROCESS YIELD

## GOVERNMENT INTEREST

The invention described herein may be manufactured, used, sold, imported, and/or licensed by or for the Government of the United States of America.

## FIELD OF THE INVENTION

This invention relates in general to infrared detectors, and more particularly, to AlSb lattice matched barrier infrared detectors.

## BACKGROUND OF THE INVENTION

The performance and cost of the pixilated detector arrays are limiting factors for infrared imaging systems. The resolution of an imaging system is governed by the collecting optics and the format of the array. The demand for higher definition images with the same or even wider view angles coupled with size constraints for the overall system limits advances primarily to the imaging array as there is little room for further improvements to the imaging optics. This means that smaller and smaller pixel sizes are required to attain the desires performance improvements. Smaller pixel sizes enable larger numbers of devices of the same size format to be produced on the same substrate thus potentially reducing costs, however the processing challenges associated with smaller pixel sizes dramatically reduce yield contributing to increased cost for the detector arrays. Barrier detectors offer the potential for higher process yields of larger format arrays with smaller pixel sizes that would reduce costs and increase the resolution of infrared imaging systems.

The currently employed strategy for MWIR and LWIR superlattice growth involves epitaxial growth of designed superlattice structures on GaSb substrates with a lattice constant of 6.09 angstroms. The choice of GaSb is due to the commercial availability of GaSb substrates. The only other commercially available substrate near this lattice constant is InAs at 6.05 angstroms. The most common superlattice grown for MWIR and LWIR applications is comprised of InAs and GaSb layers with InSb interfaces to match the lattice constant of the superlattice to the GaSb substrate. However, short minority carrier lifetimes in GaSb containing materials is proving to be a formidable challenge to overcome. More recent studies have incorporated "Ga-free" superlattice absorbers comprised of InAs and $InAs_{(x)}Sb_{(1-x)}$ superlattice layers due to the ability to grow higher quality material with much longer lifetimes. The Ga-free superlattice has the added advantage of being simpler to grow than the Ga containing material. This is due to the reduced number of shutter actions required per superlattice period as a result of removing an element from the recipe, Ga.

Recent results for Ga-free nBn devices grown on GaSb have shown very promising performance in mid-wavelength devices, but low quantum efficiency in long-wavelength devices. Analysis of device data suggests the QE of the long-wavelength nBn devices is being limited by low hole mobility. The ability to grow material with a slightly larger lattice constant would enable the period thickness of the $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice to be reduced, and increase the absorption coefficient. With this approach a thinner layer



of the absorber would be required for operation resulting in shorter diffusion lengths for charge collection thus minimizing the impact of the low carrier mobility.

FIG. **1** shows an exemplary band edge alignment plotted verses lattice constant of relevant III-V semiconductors. Specifically, the vertical dashed lines indicate the currently used GaSb lattice constant and to the right the proposed AlSb lattice constant. It is important to note that the valence band for the Al bearing material increases to the right presenting a more ideal line up between the barrier layer and potential absorber layers. FIG. **1** displays the relative unstrained conduction and valence band energies for the III-V semiconductors commonly used in mid and long wavelength infrared detection. Any semiconductor device architecture that includes a heterojunction will also include band offsets in the conduction band, valence band, or both the conduction and valence bands. If not properly designed, these offsets can have a detrimental impact on device performance by introducing depletion regions and/or forming unwanted barriers to current flow.

FIG. **2** shows exemplary band diagrams demonstrating the importance of valence band lineup for the nBn structure. Part a) shows the flat band diagram for a device structure with a valence band offset (the valence band of the barrier layer is below the valence band of the absorber). Part b) shows this device at operating bias with a significant depletion region in the absorber associated with overcoming the band offset. Part c) shows the band lineup of a MWIR nBn device grown on the AlSb lattice. Note that there is not a valence band offset for this device.

With the nBn architecture a large offset in the conduction band is desired, but an offset in the valence band is detrimental to device performance. As an illustration FIG. **2** *a*) shows the flat band diagram for an nBn device with a very large valence band offset. In order to operate this device a large external bias will be necessary to overcome the barrier to holes formed in the valence band. FIG. **2** *b*) shows the band diagram of the same device with a sufficient external bias to overcome the barrier. This device will not only require a high bias to operate, but the g-r component of the dark current will be present at the operating bias due to the depletion region formed in the absorber, thus diminishing the advantage of the barrier architecture. FIG. **2** *c*) is an example of an ideal heterojunction where the valence band offset places the barrier layer valence band energy slightly above the valence band energy of the absorber layers. To obtain an $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice device with this lineup lattice matched to GaSb requires the use of a complex quaternary $Al_{(y)}Ga_{(1-y)}Sb_{(x)}As_{(1-x)}$ barrier with sufficient Ga content to raise the valence band energy level of the barrier above that of the absorber. If the device is lattice matched to AlSb, strain balanced $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice absorbers can be used in conjunction with AlSb binary barrier layer as displayed in FIG. **2***c*).

Substrates with a lattice constant matching AlSb are not commercially available. However, the use of metamorphic buffer layers affords the possibility to grow infrared detector materials with a wide variety of crystalline lattice constants on commercially available substrates. For III-V based semiconductors, these layers require the precise control of at minimum three constituent atoms, making reproducibility a concern. Any deviation from the designed lattice constant in the buffer layer will carry over into infrared device layers with the potential of diminishing performance. Matching the lattice to a pure binary semiconductor, such as AlSb, is advantageous in ensuring the target lattice constant is achieved. Furthermore shifting the lattice constant to match

that of AlSb enables the application of a binary barrier layer, AlSb, opposed to ternary, $AlAs_{(x)}Sb_{(1-x)}$, and quaternary, $Al_{(y)}Ga_{(1-y)}Sb_{(x)}As_{(1-x)}$, barrier layers that are presently used in GaSb lattice matched nBn devices to avoid valence band offsets.

## SUMMARY OF THE INVENTION

The AlSb lattice matched barrier infrared detector architecture with the AlSb binary barrier layer described in this invention enables the implementation of strain layer superlattice absorbers with higher absorption coefficients for improved quantum efficiency, presents a simplified structure for epitaxial growth, and enables the utilization of bulk $InAs_{0.815}Sb_{0.185}$ absorber material with a 5.0 μm cutoff for both single and dual color devices. The proposed infrared detector is formed by growing the detector material; bottom contact, 1st absorber layer, AlSb barrier, optional graded layer, 2nd absorber layer, top contact, on top of an AlSb lattice matched buffer layer. Epitaxial growth on the AlSb lattice enables the deposition of unstrained bulk $InAs_{0.815}Sb_{0.185}$ with a 5.0 μm cutoff, as well as $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice absorbers with a continuously tunable cutoff from mid-wavelength to long-wavelength infrared. One motivation for epitaxial growth on the larger lattice constant AlSb lattice, is the reduction of the superlattice period thickness to about half that of superlattice material matched to the standard GaSb lattice. A reduction in superlattice period thickness can be achieved by increasing the lattice constant to any value from that of GaSb to a constant near that of InSb, however targeting arbitrary lattice constants via epitaxial growth of metamorphic buffer layers is challenging and would lead to large run to run growth variations. Targeting a pure binary layer, AlSb, is much simpler and will enable greater run to run stability for material growth. Furthermore, the valence bands of both the $InAs_{0.815}Sb_{0.185}$ and the mid-wavelength $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice materials are slightly lower in energy than the binary AlSb barrier such that there is no offset blocking the minority charge carriers, while the conduction band of the AlSb is much higher forming a barrier to the majority charge carriers.

## BRIEF DESCRIPTION OF THE DRAWINGS

Additional advantages and features will become apparent as the subject invention becomes better understood by reference to the following detailed description when considered in conjunction with the accompanying drawings wherein:

FIG. **1** shows an exemplary band edge alignment plotted verses lattice constant of relevant III-V semiconductors.

FIG. **2** shows exemplary band diagrams demonstrating the importance of valence band lineup for the nBn structure.

FIG. **3** shows an exemplary device structure for a two color or single color infrared detector grown on the AlSb lattice.

## DETAILED DESCRIPTION

The invention described here as written is intended for a new class of detectors known as "nBn detectors" or "xBn detectors" or "barrier infrared photodetectors" discussed in several U.S patents/applications (U.S. Pat. No. 7,687,871 by Maimon et al., U.S. Pat. No. 7,737,411 by Gunapala et al., and (U) U.S. patent application Ser. No. 13/573,906 by Bandara et al.), hereinafter variously incorporated by reference as barrier infrared detectors.

A typical single color barrier infrared detector is comprised of a lightly or unintentionally doped semiconductor absorber layer and a large-bandgap lightly or unintentionally doped barrier layer sandwiched between two heavily doped contact layers. With a two color barrier infrared detector, absorber layers are in inserted on both sides of the wide-bandgap barrier layer. These layers are grown on semiconductor substrates from bottom to top, with the (bottom) contact, the absorber, the barrier and the (top) contact in consecutive order. The band offset between the absorber and the barrier layers is designed such that only the minority carriers are allowed to flow between contacts while the majority carriers are blocked by the barrier.

Strain layer superlattice based infrared detectors are almost exclusively grown on GaSb substrates, with the lattice constant of GaSb maintained throughout the structure. This includes barrier layer devices utilizing a superlattice absorber. The constraint of growing on a GaSb lattice limits the range of superlattice recipes, and requires a barrier layer that is comprised of at minimum 3 elemental components. These components are typically Al, Sb, and As. In many cases, Ga is also added to the barrier to adjust the valence band lineup between the barrier and absorber layers. Lattice matching the barrier infrared detector device to AlSb instead of GaSb will enable the use of bulk binary AlSb as the barrier material, expand the range of compatible superlattice recipes to include those with higher absorption coefficients, and enable the use of bulk MWIR absorber material.

The advantages of AlSb barrier layer include simplified composition for structure growth, higher valence band energy level than GaSb matched $AlAs_{(x)}Sb_{(1-x)}$ to avoid detrimental valence band offsets between the absorber and barrier layers, simplified chemistry for detector sidewall passivation, and is advantageous for chemical and electrical passivation of the detector pixel sidewalls. The superlattice recipes with a lattice constant matching AlSb have periods nearly half as thick, similar effective hole masses, and per-period absorption coefficients that are the same as or greater than those matched to GaSb. This equates to higher potential quantum efficiency, and reduces the necessary thickness of the absorber layers for a potential reduction in dark current.

A method of forming an architecture of barrier infrared detector layers is depicted in FIG. **3**. Specifically, FIG. **3** shows an exemplary device structure **100** for a two color or single color infrared detector grown on an AlSb lattice. Each significant layer of the detector material is numbered beginning with the substrate wafer numbered 0. The substrate for this device could be any conceivable substrate, e.g., GaSb, GaAs or Si, that would allow for the growth of a metamorphic buffer layer capable of matching the lattice constant of AlSb. Layer 1 is a transition layer, e.g., $AlAs_xSb_{(1-x)}$, $InAs_xSb_{(1-x)}$, or a combination thereof, that would include the necessary metamorphic material to bring the lattice constant from that of the substrate to match the lattice constant of AlSb. The purpose of the AlSb binary material in layer 2 is to ensure that the lattice is matched to AlSb. Layer 3 is a heavily doped bottom contact layer and could be comprised of any material with sufficient conductivity, transparency, and electrical interface characteristics, e.g., a wider gap SLS, bulk $In_xGa_{(1-x)}Sb$, or $InAs_xSb_{(1-x)}$, as to allow optical access and electrical contact to the device. Layer 4 is the 1st absorber layer, and may be comprised of $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice or bulk $InAs_{(x)}Sb_{(1-x)}$ lattice matched to AlSb. Layers 5 and 7 are optional graded

bandgap layers where in the gap is graded in such a way as to transition the valence band level from that of the barrier to that of the absorber. The 6th layer is the barrier of the barrier infrared detector, and is comprised fully or in part of AlSb. Layer 8 is the 2nd absorber layer, and may be comprised of the same or a different material than the 1st absorber layer. Layer 9 is a highly doped top contact layer.

A barrier infrared detector is lattice matched to AlSb. One such exemplary detector is comprised of a bottom contact layer, 1st absorber layer, AlSb barrier layer, 2nd absorber layer, and a top contact layer consecutively grown from bottom to top on an epitaxially grown layer lattice matched to AlSb. A band offset between one or more of the absorber layers and the AlSb barrier layer appears in the conduction band such that it facilitates minority carrier current flow while inhibiting majority carrier electron current flow between the two contact layers.

In another aspect, at least one of the absorber layers of such an exemplary barrier infrared detector lattice matched to AlSb is based on at least one of $InAs_{(x)}Sb_{(1-x)}$ bulk and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials in order to absorb mid or long wavelength infrared radiation.

Another barrier infrared detector as lattice matched to AlSb is more extensively described. Such another exemplary detector is comprised of a bottom contact layer, 1st absorber layer, 1st graded bandgap buffer layer, AlSb barrier layer, 2nd graded bandgap buffer layer, 2nd absorber layer, and a top contact layer consecutively grown from bottom to top on an epitaxially grown layer lattice matched to AlSb. A band offset between one or more of the absorber layers and the AlSb barrier layer, and between a respective interface of the graded bandgap buffer layer and the AlSb barrier layer appears in the conduction band such that it facilitates minority carrier current flow while inhibiting majority carrier electron current flow between the two contact layers.

In another aspect, one or more of the graded bandgap buffer layers of such another exemplary barrier infrared detector lattice matched to AlSb transitions a valence band from the AlSb barrier layer to the respective absorber layer such that a sharp band offset does not occur.

In another aspect, one of the absorber layers of such an exemplary barrier infrared detector lattice matched to AlSb is based on a mix of at least one of $InAs_{(x)}Sb_{(1-x)}$ bulk and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials in order to absorb mid or long wavelength infrared radiation.

For the various alternatively described exemplary barrier infrared detector lattice matched to AlSb, the top and bottom contact layers are each based on a mix of at least one of GaSb, InAs, InGaAs, $InAs_{(x)}Sb_{(1-x)}$, superlattice InAs/GaSb, Superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$, and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials doped heavily with n or p-type impurities.

In another aspect, one of the absorber layers of such an exemplary barrier infrared detector lattice matched to AlSb is based on a mix of at least one of $InAs_{(x)}Sb_{(1-x)}$ bulk and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials in order to absorb mid or long wavelength infrared radiation.

It is obvious that many modifications and variations of the present invention are possible in light of the above teachings. It is therefore to be understood that within the scope of the appended claims, the invention may be practiced otherwise than as described.



What is claimed is:

**1**. A barrier infrared detector lattice matched to AlSb, the detector comprising;

a bottom contact layer;

1st absorber layer;

AlSb barrier layer;

2nd absorber layer; and

a top contact layer, wherein the layers are consecutively grown from the bottom contact layer to the top contact layer on an epitaxially grown layer lattice matched to AlSb, wherein a band offset between one or more of the absorber layers and the AlSb barrier layer appears in the conduction band such that it facilitates minority carrier current flow while inhibiting majority carrier electron current flow between the two contact layers.

**2**. The barrier infrared detector of claim **1**, wherein at least one of the absorber layers is based on at least one of $InAs_{(x)}Sb_{(1-x)}$ bulk and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials in order to absorb mid or long wavelength infrared radiation.

**3**. The barrier infrared detector of claim **1**, comprising a graded layer to transition a valence band from the AlSb barrier layer to either one or both of the absorber layers such that a sharp band offset does not occur.

**4**. The barrier infrared detector of claim **1**, where the top and bottom contact layers are based on at least one of GaSb, InAs, InGaAs, $InAs_{(x)}Sb_{(1-x)}$, superlattice InAs/GaSb, Superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$, and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials doped heavily with n or p-type impurities.

**5**. The barrier infrared detector of claim **1**, wherein one of the absorber layers is based on at least one of $InAs_{(x)}Sb_{(1-x)}$ bulk and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials to absorb mid or long wavelength infrared radiation.

**6**. A barrier infrared detector lattice matched to AlSb, the detector comprising;

a bottom contact layer;

1st absorber layer;

1st graded bandgap buffer layer

AlSb barrier layer;

2nd graded bandgap buffer layer;

2nd absorber layer; and

a top contact layer, wherein the layers are consecutively grown from the bottom contact layer to the top contact layer on an epitaxially grown layer lattice matched to AlSb, wherein band offset between one or more of the absorber layers and the AlSb barrier layer, and between a respective interface of the graded bandgap buffer layer and the AlSb barrier layer appears in the conduction band such that it facilitates minority carrier current flow while inhibiting majority carrier electron current flow between the two contact layers.

**7**. The barrier infrared detector of claim **6**, wherein the absorber layers are based on at least one of $InAs_{(x)}Sb_{(1-x)}$ bulk and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials to absorb mid or long wavelength infrared radiation.

**8**. The barrier infrared detector of claim **6**, wherein said graded bandgap buffer layers serve to transition the valence band from the AlSb barrier to the respective absorber layer such that a sharp band offset does not occur.

**9**. The barrier infrared detector of claim **6**, wherein the top and bottom contact layers are based on at least one of GaSb, InAs, InGaAs, $InAs_{(x)}Sb_{(1-x)}$, superlattice InAs/GaSb, Superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$, and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$, materials doped heavily with n or p-type impurities.

**10**. The barrier infrared detector of claim **6**, wherein one of said absorber layers is based on at least one of $InAs_{(x)}$

$Sb_{(1-x)}$ bulk and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials to absorb mid or long wavelength infrared radiation.

**11**. A method of forming a barrier infrared detector architecture based on growing layers on an AlSb lattice, the method comprising the steps of:

disposing a substrate capable of growing buffer layers to match the lattice constant of AlSb;

forming a metamorphic buffer layer on the substrate to transition towards matching the lattice constant of AlSb;

forming an AlSb buffer layer on the metamorphic buffer layer to match the lattice to AlSb;

forming a bottom contact layer on the AlSb buffer layer for optical access and electrical contact to the detector;

forming a 1st absorber layer lattice matched to AlSb;

forming a barrier layer based on AlSb;

forming a 2nd absorber layer; and

forming a highly doped top contact layer.

**12**. The method of forming a barrier infrared detector architecture as recited in claim **11**, wherein the metamorphic buffer layer is a transition layer based on a metamorphic material to bring the lattice constant from that of the substrate to match the lattice constant of AlSb.

**13**. The method of forming a barrier infrared detector architecture as recited in claim **11**, wherein the bottom contact layer is a heavily doped bottom contact layer to provide for optical access and electrical contact to the detector.

**14**. The method of forming a barrier infrared detector architecture as recited in claim **11**, comprising further steps of:

forming a graded bandgap layer prior to forming said barrier layer; and

forming another graded bandgap layer upon forming said barrier layer, where in a bandgap is graded to transition a valence band level of said barrier layer to that of the respective absorber layer.

**15**. The method of forming a barrier infrared detector architecture as recited in claim **11**, wherein said 1st absorber layer lattice matched to AlSb is comprised of at least one of $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice and bulk $InAs_{(x)}Sb_{(1-x)}$ lattice matched to AlSb.

**16**. The method of forming a barrier infrared detector architecture as recited in claim **11**, wherein said 2nd absorber layer is comprised of at least one of $InAs/InAs_{(x)}Sb_{(1-x)}$ superlattice and bulk $InAs_{(x)}Sb_{(1-x)}$ lattice matched to AlSb.

**17**. The method of forming a barrier infrared detector architecture as recited in claim **11**, wherein the top and bottom contact layers are based on at least one of GaSb, InAs, InGaAs, $InAs_{(x)}Sb_{(1-x)}$, superlattice InAs/GaSb, Superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$, and superlattice $InAs/InAs_{(x)}Sb_{(1-x)}$ materials doped heavily with n or p-type impurities.

* * * * *

Journal of Applied Physics

REVIEW ARTICLE | JUNE 01 2001

# Band parameters for III–V compound semiconductors and their alloys

I. Vurgaftman; J. R. Meyer; L. R. Ram-Mohan

Check for updates

*J. Appl. Phys.* 89, 5815–5875 (2001)
https://doi.org/10.1063/1.1368156

View Online
Export Citation

## Articles You May Be Interested In

Band parameters for nitrogen-containing semiconductors

*J. Appl. Phys.* (September 2003)

Magnetophotoluminescence of biaxially compressed InAsSb quantum wells

*Appl. Phys. Lett.* (January 1995)

*n*-ZnO/*p*-$CdSiAs_2$ heterojunction solar cells

*J. Appl. Phys.* (August 1988)

13 October 2026 14:49:21




AIP Publishing

JOURNAL OF APPLIED PHYSICS VOLUME 89, NUMBER 11 1 JUNE 2001

## APPLIED PHYSICS REVIEW

# Band parameters for III–V compound semiconductors and their alloys

I. Vurgaftman[a)] and J. R. Meyer
*Code 5613, Naval Research Laboratory, Washington, DC 20375*

L. R. Ram-Mohan
*Worcester Polytechnic Institute, Worcester, Massachusetts 01609*

(Received 4 October 2000; accepted for publication 14 February 2001)

We present a comprehensive, up-to-date compilation of band parameters for the technologically important III–V zinc blende and wurtzite compound semiconductors: GaAs, GaSb, GaP, GaN, AlAs, AlSb, AlP, AlN, InAs, InSb, InP, and InN, along with their ternary and quaternary alloys. Based on a review of the existing literature, complete and consistent parameter sets are given for all materials. Emphasizing the quantities required for band structure calculations, we tabulate the direct and indirect energy gaps, spin-orbit, and crystal-field splittings, alloy bowing parameters, effective masses for electrons, heavy, light, and split-off holes, Luttinger parameters, interband momentum matrix elements, and deformation potentials, including temperature and alloy-composition dependences where available. Heterostructure band offsets are also given, on an absolute scale that allows any material to be aligned relative to any other. © *2001 American Institute of Physics.*
[DOI: 10.1063/1.1368156]

## TABLE OF CONTENTS

I. Introduction . . . 5816
II. Relation to band structure theory and general considerations . . . 5817
A. Multiband **k·P** method . . . 5817
1. Zinc blende materials . . . 5818
2. Nitrides with wurtzite structure . . . 5819
3. Strain in heterostructures . . . 5821
4. Piezoelectric effect in III–V semiconductors . . . 5821
5. Band structure in layered heterostructures . . . 5822
B. Relation of **k·P** to other band structure models . . . 5822
1. Empirical tight binding model . . . 5822
2. Effective bond orbital model . . . 5823
3. Empirical pseudopotential model . . . 5823
III. Binary compounds . . . 5823
A. GaAs . . . 5823
B. AlAs . . . 5824
C. InAs . . . 5826
D. GaP . . . 5827
E. AlP . . . 5828
F. InP . . . 5828
G. GaSb . . . 5829
H. AlSb . . . 5830
I. InSb . . . 5831
J. GaN . . . 5832
1. Wurtzite GaN . . . 5832
2. Zinc blende GaN . . . 5834
K. AlN . . . 5835
L. InN . . . 5836
IV. Ternary alloys . . . 5837
A. Arsenides . . . 5838
1. AlGaAs . . . 5838
2. GaInAs . . . 5839
3. AlInAs . . . 5840
B. Phosphides . . . 5840
1. GaInP . . . 5840
2. AlInP . . . 5841
3. AlGaP . . . 5841
C. Antimonides . . . 5842
1. GaInSb . . . 5842
2. AlInSb . . . 5842
3. AlGaSb . . . 5843
D. Arsenides antimonides . . . 5843
1. GaAsSb . . . 5843
2. InAsSb . . . 5844
3. AlAsSb . . . 5844
E. Arsenides phosphides . . . 5844
1. GaAsP . . . 5844
2. InAsP . . . 5845
3. AlAsP . . . 5846
F. Phosphides antimonides . . . 5846
1. GaPSb . . . 5846
2. InPSb . . . 5846
3. AlPSb . . . 5846
G. Nitrides . . . 5846
1. GaInN . . . 5846
2. AlGaN . . . 5847
3. AlInN . . . 5847

13 October 2026 14:49:21

 © 2001 American Institute of Physics

4. GaAsN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5848
5. GaPN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5849
6. InPN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5849
7. InAsN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5849
V. Quaternary alloys . . . . . . . . . . . . . . . . . . . . . . . . . . 5849
A. Lattice matched to GaAs . . . . . . . . . . . . . . . . . . 5850
1. AlGaInP . . . . . . . . . . . . . . . . . . . . . . . . . . . 5850
2. GaInAsP . . . . . . . . . . . . . . . . . . . . . . . . . . . 5850
3. AlGaInAs . . . . . . . . . . . . . . . . . . . . . . . . . . 5851
4. GaInAsN . . . . . . . . . . . . . . . . . . . . . . . . . . . 5851
B. Lattice matched to InP . . . . . . . . . . . . . . . . . . . 5851
1. GaInAsP . . . . . . . . . . . . . . . . . . . . . . . . . . . 5851
2. AlGaInAs . . . . . . . . . . . . . . . . . . . . . . . . . . 5852
3. GaInAsSb . . . . . . . . . . . . . . . . . . . . . . . . . . 5852
C. Lattice matched to InAs . . . . . . . . . . . . . . . . . . 5852
1. GaInAsSb . . . . . . . . . . . . . . . . . . . . . . . . . . 5852
2. AlGaAsSb . . . . . . . . . . . . . . . . . . . . . . . . . . 5853
3. InAsSbP . . . . . . . . . . . . . . . . . . . . . . . . . . . 5853
D. Lattice matched to GaSb . . . . . . . . . . . . . . . . . . 5853
1. GaInAsSb . . . . . . . . . . . . . . . . . . . . . . . . . . 5853
2. AlGaAsSb . . . . . . . . . . . . . . . . . . . . . . . . . . 5854
E. Other substrates . . . . . . . . . . . . . . . . . . . . . . . . 5854
1. AlGaAsP . . . . . . . . . . . . . . . . . . . . . . . . . . . 5854
F. Nitride quaternaries . . . . . . . . . . . . . . . . . . . . . 5854
VI. Heterostructure band offsets . . . . . . . . . . . . . . . . . 5854
A. GaAs/AlAs . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5855
B. GaInAs/AlInAs/InP . . . . . . . . . . . . . . . . . . . . . 5856
C. Strained InAs/GaAs/InP and related ternaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5856
D. GaInP/AlInP/GaAs . . . . . . . . . . . . . . . . . . . . . . 5857
E. GaP and AlP . . . . . . . . . . . . . . . . . . . . . . . . . . 5858
F. GaSb/InAs/AlSb . . . . . . . . . . . . . . . . . . . . . . . . 5858
G. GaSb/InSb and InAs/InP . . . . . . . . . . . . . . . . . . 5860
H. Quaternaries . . . . . . . . . . . . . . . . . . . . . . . . . . . 5861
I. GaN, InN, and AlN . . . . . . . . . . . . . . . . . . . . . . 5861
VII. Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5862

## I. INTRODUCTION

At present, III–V compound semiconductors provide the materials basis for a number of well-established commercial technologies, as well as new cutting-edge classes of electronic and optoelectronic devices. Just a few examples include high-electron-mobility and heterostructure bipolar transistors, diode lasers, light-emitting diodes, photodetectors, electro-optic modulators, and frequency-mixing components. The operating characteristics of these devices depend critically on the physical properties of the constituent materials, which are often combined in quantum heterostructures containing carriers confined to dimensions on the order of a nanometer. Because ternary and quaternary alloys may be included in addition to the binary compounds, and the materials may be layered in an almost endless variety of configurations, a seemingly limitless flexibility is now available to the quantum heterostructure device designer.

To fully exploit this flexibility, one clearly needs a reliable and up-to-date band parameter database for input to the electronic structure calculations and device simulations. However, after many years Volume 17 of the Landolt–Bornstein series[1] remains the most frequently quoted source of III–V band parameters. Although that work contains much of the required data for a broad range of materials, it is nearly 20 yr old, lacks detailed descriptions of many of the important III–V alloys, and contains no information at all on the crucial band offset alignments for heterostructures. A popular compilation by Casey and Panish[2] covers the band gaps for all III–V non-nitride binary materials and 12 ternary alloys, but the rapid progress in growth and characterization of many of those materials taking place since its publication in 1978 has decreased its usefulness. While a number of recent books and reviews on individual material systems are available,[3–10] they are not necessarily complete or mutually consistent. A useful recent compilation of band structure parameters by Levinshtein *et al.*[11] does not contain in-depth information on aluminum-containing elemental semiconductors, is often based on a limited number of original sources, and considers only six ternary and two quaternary alloys.

The objective of the present work is to fill the gap in the existing literature by providing a comprehensive and mutually consistent source of the latest band parameters for all of the common III–V zinc blende and wurtzite semiconductors (GaAs, AlAs, InAs, GaP, AlP, InP, GaSb, AlSb, InSb, GaN, AlN, and InN) and their ternary and quaternary alloys. The reviewed parameters are the most critical for band structure calculations, the most commonly measured and calculated, and often the most controversial. They include: (1) direct and indirect energy gaps and their temperature dependences; (2) spin-orbit splitting; (3) crystal-field splitting for nitrides; (4) electron effective mass; (5) Luttinger parameters and split-off hole mass; (6) interband matrix element $E_P$ and the associated $F$ parameter which accounts for remote-band effects in eight-band **k·P** theory; (7) conduction and valence band deformation potentials that account for strain effects in pseudomorphic thin layers; and (8) band offsets on an absolute scale which allows the band alignments between any combination of materials to be determined. All parameter sets are fully consistent with each other and are intended to reproduce the most reliable data from the literature. For completeness, lattice constants and elastic moduli for each material will also be listed in the tables, but in most cases will not receive separate discussion in the text because they are generally well known and noncontroversial.

As a complement to the band parameter compilations, which are the main focus of this work, we also provide an overview of band structure computations. The **k·P** method is outlined, followed by brief summaries of the tight-binding and pseudopotential approaches. The theoretical discussions provide a context for defining the various band parameters, and also illustrate their significance within each computational method. The tables provide all of the input parameters that are normally required for an eight-band **k·P** calculation. While we have not attempted to cover every parameter that may potentially be useful, most of those excluded (e.g., the $\kappa$ and $q$ parameters necessary for structures in a magnetic field

[a]Author to whom correspondence should be addressed; electronic mail: vurgaftman@nrl.navy.mil



13 October 2026 14:49:21

and the inversion asymmetry parameter) are either poorly characterized or have well-known best values that have not changed much over time and are easily obtained from other sources such as Landolt–Bornstein.

To the extent possible, we have fully treated the 12 major III–V binaries and their alloys. Other nominal III–V materials that are not covered include BN and other boron-containing compounds (which are commonly considered to be insulators rather than semiconductors), as well as the narrow-gap InSbBi, InTlSb, InTlAs, and InTlP alloys, which up to now have not achieved technological importance. None of these materials has been integrated appreciably into any of the mainline systems, and in most cases a paucity of band structure information precludes the recommendation of definite parameter values. On the other hand, we attempt to provide a complete and up-to-date description of the nitride family of materials, including those with a wurtzite crystal lattice, in light of its increasing prominence and the numerous intense investigations currently being conducted.

It is naturally impossible for us to universally cite every article that has ever provided information or given values for the relevant band parameters. The reference list for such a review would number in the 10's of thousands, which would be impractical even for a book-length treatment. We have therefore judiciously selected those results that are most central to the purpose of the compilation. In some cases, wide agreement on the value of a given parameter already exists, and/or previous works have critically and comprehensively reviewed the available information. Under those circumstances, we have limited the discussion to a summary of the final conclusions, along with references to the earlier reviews where additional information may be found. In other cases, we discuss more recent data that have modified or altered the earlier findings. The most difficult topics are those for which there is substantial disagreement in the literature. In those instances, we summarize the divergent views, but nonetheless choose a particular result that is either judged to be the most reliable, or represents a composite combining a variety of experimental and/or theoretical findings. Although such selections are inevitably subjective, since they require an assessment of the relative merits and reliabilities, in each case we inform the reader of the basis for our judgment.

A guiding principle has been the maintenance of full internal consistency, both in terms of temperature dependences of the parameters for a given material and with regard to variations with alloy composition. For example, composition-dependent parameter values for the $Al_xGa_{1-x}As$ alloy employ the best information at those intermediate compositions for which data are available, but also invariably agree with the results for GaAs and AlAs when evaluated at $x=0$ and $x=1$. In a few cases, this has required the introduction of additional bowing parameters in contexts where they are not usually applied. We have also been as complete as possible in gathering all available information on the less common ternary and quaternary alloy systems.

The review is organized as follows. Discussions of the **k·P**, tight-binding, and pseudopotential band structure calculations are presented in Sec. II, along with some general considerations regarding the major band parameters. The main results for individual binary compounds, ternary alloys, and quaternary alloys are reviewed in Secs. III, IV, and V, respectively. A table summarizes the parameters recommended for each material, while the text provides justification for the choices. Section VI then reviews the band offsets that are needed to calculate energy bands in quantum heterostructure. Those results are presented in a format that references all offsets to the valence band maximum of InSb, which allows a determination of the relative band alignment for any possible combination of the materials covered in this work.

## II. RELATION TO BAND STRUCTURE THEORY AND GENERAL CONSIDERATIONS

A number of excellent books and review articles have summarized the methods for calculating bulk[12–14] and heterostructure[15–20] band structures. Since the present review is intended to focus on band-parameter compilation rather than theoretical underpinnings, this survey is aimed primarily at providing a context for the definitions of the various parameters. The section is limited to a discussion of the bare essentials for treating heterostructures and a brief description of the practical approaches. A more detailed description of the theory will be presented elsewhere.

### A. Multiband k·P method

The most economical description of the energy bands in semiconductors is the effective mass approximation, which is also known as the envelope function approximation or multiband **k·P** method. It uses a minimal set of parameters that are determined empirically from experiments. By means of a perturbative approach, it provides a continuation in the wave vector $k$ of the energy bands in the vicinity of some special point in the Brillouin zone (BZ).

The electronic wave functions that satisfy the Schrödinger equation with a periodic lattice potential in a bulk crystal are given by Bloch's theorem:

$$\psi(r)=e^{ikr}u_{nk}(r). \tag{2.1}$$

The cell-periodic Bloch functions $u_{nk}(r)$ depend on the band index $n$ and the envelope function wave vector $k$. The wave functions $\psi(r)$ form a complete set of states as do the wave functions based on Bloch functions at any other wave vector, including the wave vectors at special points in the BZ.[21] In treating the optical and electronic properties of direct gap semiconductors, it is natural to consider the zone-center $\Gamma$-point Bloch functions $u_{n0}(r)$ for our wave function expansions, and we drop the reference to the $k=0$ index for these functions.

For our purposes here, the general form of the wave functions may be considered to be a linear combination of a finite number of band wave functions of the form

$$\psi(r)=f_n(z)e^{ik_xx}e^{ik_yy}u_n(r)\equiv F_n(r)u_n(r). \tag{2.2}$$

The envelope functions $F_n(r)$ are typically considered to be slowly varying, whereas the cell periodic and more oscillatory Bloch functions satisfy Schrödinger's equation with band-edge energies. We distinguish envelope functions cor-



13 October 2026 14:49:21

responding to the $\Gamma_1$ conduction $c$, $\Gamma_{15}$ valence $\nu$, and the energetically higher remote bands with an index $r$: $F_n = \{F_c, F_\nu, F_r\}$. The remote bands are assumed to have band-edge energies $|E_r - E_{c\nu}| \gg |E_c - E_\nu| = E_g$, where $E_g$ is the direct energy gap.

Next, Lowdin's perturbation theory[22] is applied in order to eliminate the functions $F_r$ in favor of perturbation terms in the equations for the conduction and valence bands. In the bulk **k·P** theory, these terms correspond to the Kane model[23,24] for the band structure, with quadratic $[\mathbf{O}(k^2)]$ terms within the conduction and the valence bands[24,25] as well as the appropriate interband (conduction-valence) terms.

### 1. Zinc blende materials

The zinc blende crystal consists of two interpenetrating face-centered-cubic lattices, one having a group-III element atom (e.g., Ga) and the other a group-V element atom (e.g., As). A zinc blende crystal is characterized by a single lattice constant $a_{\mathrm{lc}}$.

The matrix elements of the momentum operator between the conduction and valence bands can be expressed in terms of a single parameter **P**, originally defined by Kane:

$$\mathbf{P} \equiv \frac{-i\hbar}{m_0} \langle S|p_x|X\rangle, \tag{2.3}$$

where $\langle S|p_x|X\rangle$ is the momentum matrix element between the $s$-like conduction bands and $p$-like valence bands. Its value in a given material is usually reported in energy units (eV) as:

$$E_P = \frac{2m_0}{\hbar^2} \mathbf{P}^2. \tag{2.4}$$

The $E_P$ matrix element is one of the band parameters that is extensively reviewed in the subsequent section.

Through second-order perturbation theory, the higher-band contributions to the conduction band are parameterized by the Kane parameter $F$, whose values are reviewed in the subsequent sections:

$$F = \frac{1}{m_0} \sum_r \frac{|\langle S|p_x|u_r\rangle|^2}{(E_c - E_r)}, \tag{2.5}$$

where $\langle S|p_x|u_r\rangle$ is the momentum matrix element between the $s$-like conduction bands and remote bands $r$, and $m_0$ is the free electron mass.

The second-order valence-band terms include those with possible intermediate $r$ states that belong to energetically higher bands with the symmetry of $s(\Gamma_1)$, $p(\Gamma_{12})$, and $d(\Gamma_{15})$ atomic orbitals.[26] We define the following quantities in terms of matrix elements between $p$-like valence bands (whose symmetry here and in the following is indicated as $X$, $Y$, $Z$) and remote bands:

$$\sigma = -\left(\frac{1}{3m_0}\right) \sum_r^{\Gamma_1} \frac{|\langle X|p_x|u_r\rangle|^2}{(E_\nu - E_r)}, \tag{2.6}$$

$$\pi = -\left(\frac{1}{3m_0}\right) \sum_r^{\Gamma_{15}} \frac{|\langle X|p_y|u_r\rangle|^2}{(E_\nu - E_r)}, \tag{2.7}$$

and

$$\delta = -\left(\frac{1}{6m_0}\right) \sum_r^{\Gamma_{12}} \frac{|\langle X|p_x|u_r\rangle|^2}{(E_\nu - E_r)}. \tag{2.8}$$

If the conduction-band states were not included into our analysis explicitly, the additional contribution of the nearby $c$ bands would enter the sum over intermediate states in the second-order perturbation theory for the $\sigma$ parameter. We denote this revised value as $\sigma^L$:

$$\sigma^L = \sigma - \left(\frac{1}{3m_0}\right) \sum_c^{\Gamma_1} \frac{|\langle X|p_x|S\rangle|^2}{(E_\nu - E_c)} = \sigma + \frac{E_P}{6E_g}. \tag{2.9}$$

Now, the $\sigma^L$, $\delta$, and $\pi$ parameter set is simply related to the standard definitions of the Luttinger parameters $\gamma_1$, $\gamma_2$, and $\gamma_3$:

$$\begin{aligned} \gamma_1 &= -1 + 2\sigma^L + 4\pi + 4\delta, \\ \gamma_2 &= \sigma^L - \pi + 2\delta, \\ \gamma_3 &= \sigma^L + \pi - \delta. \end{aligned} \tag{2.10}$$

All of the terms appearing in the valence-band Hamiltonian may be cast in terms of the three quantities $\sigma$, $\delta$, and $\pi$, or equivalently in terms of the Luttinger parameters.

The inclusion of electron spin and spin-orbit interaction effects are straightforward,[23] and we obtain a $6\times6$ valence-band Hamiltonian. The matrix elements of the spin-orbit interaction, with $\boldsymbol{\sigma}$ being the Pauli spin matrices here

$$H_{\mathrm{so}} = \frac{\hbar}{4m_0^2c^2} \Delta V \times \mathbf{p}\cdot\boldsymbol{\sigma}, \tag{2.11}$$

are parameterized by the quantity called the spin-orbit splitting

$$\Delta_{\mathrm{so}} = \frac{3\hbar i}{4m_0^2c^2} \langle X| \frac{\partial V}{\partial x} p_y - \frac{\partial V}{\partial_y} p_x |Y\rangle. \tag{2.12}$$

The atomic potential $V$ appears in the above expressions. The spin-orbit interaction splits the sixfold degeneracy at the zone center into fourfold degenerate heavy-hole (hh) plus light-hole (lh) bands of $\Gamma_8$ symmetry with total angular momentum $J = 3/2$, and a doubly degenerate split-off (so) band of $\Gamma_7$ symmetry with $J = 1/2$. In practice, the values of the $\Delta_{\mathrm{so}}$ parameter are determined experimentally.

For a bulk system, the eight-band **k·P** model gives rise to eight coupled differential equations, which define the Schrödinger eigenvalue problem for the energy bands near the center of the BZ. With the envelope functions represented by $e^{\pm ikr}$, we have the usual $8\times8$ Hamiltonian with terms linear and quadratic in $k$. In a bulk semiconductor, both direct and indirect energy gaps in semiconductor materials are temperature-dependent quantities, with the functional form often fitted to the empirical Varshni form[27]

$$E_g(T) = E_g(T=0) - \frac{\alpha T^2}{T + \beta}, \tag{2.13}$$

where $\alpha$ and $\beta$ are adjustable (Varshni) parameters. Although other, more physically justified and possibly quantitatively accurate, functional forms have been proposed,[28,29]



13 October 2026 14:49:21

they have yet to gain widespread acceptance. In this article, we compile consistent sets of Varshni parameters for all materials.

The effective mass $m^*$ at the conduction and valence band edges can be obtained from the bulk energy dispersion $\Omega(k)$ as[30]

$$\frac{\partial^2}{\partial k^2}\Omega(k)\bigg|_{\substack{k=0\\E=E_n}} = \frac{\hbar^2}{m^*}. \tag{2.14}$$

Using this procedure, the conduction band effective mass is given in terms of the band parameters

$$\frac{m_0}{m_e^*} = (1+2F) + \frac{E_P(E_g+2\Delta_{so}/3)}{E_g(E_g+\Delta_{so})}. \tag{2.15}$$

Both $E_P$ [defined in Eq. (2.4)] and $F$ [Eq. (2.5)] appearing in Eq. (2.15) are usually taken to be independent of temperature, which means that the temperature variation of the effective mass arises only through the temperature dependences of the energy gaps as in Eq. (2.13). Unfortunately, despite their importance $E_P$ and $F$ are inherently difficult to determine accurately, since the remote-band effects can be calculated but not directly measured. One alternative experimental technique is to rely on measuring the effective $g$ factor, which is not as influenced by remote bands as the effective mass. In this article, we derive consistent sets of $F$ parameters from the best available experimental reports of electron effective masses, energy gaps, spin-orbit splittings, *and* momentum matrix elements. There has been no previous attempt to compile reliable, self-consistent $F$ parameters for such a broad range of materials.

In polar semiconductors such as the III–V compounds, it is the nonresonant polaron[31] mass that is actually measured. That quantity exceeds the bare electron mass by 1%–2%, depending on the strength of the electron–phonon interaction. However, since the band structure is governed by the *bare* electron mass, we attempt to present the latter value and note the approximate magnitude of the polaronic correction whenever the information is available.

At the valence-band edge, the hh effective masses in the different crystallographic directions are given by the relations

$$\left(\frac{m_0}{m_{hh}^*}\right)^z = \gamma_1 - 2\gamma_2;$$
$$\left(\frac{m_0}{m_{hh}^*}\right)^{[110]} = \frac{1}{2}(2\gamma_1 - \gamma_2 - 3\gamma_3); \tag{2.16}$$
$$\left(\frac{m_0}{m_{hh}^*}\right)^{[111]} = \gamma_1 - 2\gamma_3.$$

These expressions show the relationship of the Luttinger parameters, which are not as physically meaningful but more convenient to work with theoretically, to the hh effective masses that can typically be measured in a more direct manner. The lh and so hole effective masses are given by

$$\left(\frac{m_0}{m_{lh}^*}\right)^z = \gamma_1 + 2\gamma_2,$$
$$\left(\frac{m_0}{m_{lh}^*}\right)^{[110]} = \frac{1}{2}(2\gamma_1 + \gamma_2 + 3\gamma_3), \tag{2.17}$$
$$\left(\frac{m_0}{m_{lh}^*}\right)^{[111]} = \gamma_1 + 2\gamma_3$$

and

$$\frac{m_0}{m_{so}^*} = \gamma_1 - \frac{E_P\Delta_{so}}{3E_g(E_g+\Delta_{so})}. \tag{2.18}$$

Equation (2.18), which relates the split-off hole mass to the Luttinger parameters, should in principle contain an additional parameter to account for the effects of remote bands (analogous to $F$). However, those remote bands are not necessarily the same ones that produce the largest correction to the electron mass. At present, not enough data exist for any of the III–V materials to fix the effect of the interaction with remote bands on the split-off hole mass.

In any theoretical model, being able to reproduce the correct effective masses at the center of the BZ ensures that the curvature of the energy bands is properly reproduced. In the context of heterostructures, using incorrect effective masses could lead to severe deviations from experiment, e.g., in the bound state spectrum of a quantum well. For thin-layer quantum structures, it is also important to have a good model for the nonparabolic dispersion away from the center of the BZ. The eight-band **k·P** model compares well with more rigorous calculations up to about a quarter of the way to the BZ boundary, and extra bands may be included in order to improve the agreement.[32,33] As an illustration, we show in Fig. 1(a) the full-zone band structure in the vicinity of the energy gap obtained for GaAs using the pseudopotential method (see Sec. II B 3). Note the anticrossing of the conduction band with a higher band along the $\Gamma-X$ direction, which sets one limit on the accuracy of perturbative approaches. A more detailed plot of the band structure near the BZ center in GaAs is given in Fig. 1(b).

The filled points in Fig. 2 show $\Gamma$-valley energy gaps as a function of lattice constant for zinc blende forms of the 12 binary III–V semiconductors reviewed in this work. The connecting curves represent band gaps for the random ternary alloys, although in a few cases (e.g., GaAsN and InPN) the extrapolated dependences extend well beyond the regions that are reliably characterized. We also emphasize that the $\Gamma$-valley direct gap is not necessarily the smallest, since several of the materials are indirect-gap semiconductors in which the $X$ and $L$ conduction-band valleys lie lower than the $\Gamma$ minimum. For the non-nitride III–Vs, Fig. 3 shows a similar plot of the *lowest* forbidden gap in each material, with $X$-valley and $L$-valley indirect gaps indicated by the dashed and dotted lines, respectively.

### *2. Nitrides with wurtzite structure*

The wurtzite crystal consists of two interpenetrating hexagonal close-packed lattices, one having a group-III element atom (e.g., Ga) and the other a group-V element atom (e.g.,



13 October 2026 14:49:21




FIG. 1. Diagram of the band structure in the vicinity of the energy gap of GaAs: (a) throughout the first Brillouin zone (reproduced with permission from Ref. 81), (b) a magnified view near the zone center.

N). A wurtzite crystal is characterized by two lattice constants $a_{\mathrm{lc}}$ and $c_{\mathrm{lc}}$. A major difference between zinc blende and wurtzite structures is that the in-plane behavior of the bands in a wurtzite crystal is different from the behavior along the [0001] axis (the $c$ axis). The $\Gamma_{1c}$ conduction bands are $s$ like at the center of the BZ, while the valence bands belong to the $\{\Gamma_{6v}:\{X,Y\}+\Gamma_{1v}:\{Z\}\}$ representations. The nearest higher-order conduction bands belong to the $\Gamma_{6c}$ states of $\{X,Y\}$ symmetry and the $\Gamma_{3c}$ states transforming like the $\{Z\}$ representation.

Due to the anisotropy of the crystal, there are two distinct interband matrix elements arising from the $\Gamma_{6v}:\{X,Y\}$ and $\Gamma_{1v}:\{Z\}$ representations, defined by analogy with Eq. (2.3). These are in practice derived from the anisotropic effective mass using expressions similar to Eq. (2.15) (assuming negligible crystal-field and spin-orbit splittings). Although the different conduction-band energy contributions from the higher $\Gamma_{6c}=\{X,Y\}$ and $\Gamma_{3c}=\{Z\}$ intermediate states lead to two distinct $F$ parameters, no experiments that would enable us to establish independent values for the latter have been reported. The compilations in the following sections take the $F$ parameters in the wurtzite nitrides to be zero.




FIG. 2. Direct Γ-valley energy gap as a function of lattice constant for the zinc blende form of 12 III–V binary compound semiconductors (points) and some of their random ternary alloys (curves) at zero temperature. The energy gaps for certain ternaries such as AlAsP, InAsN, GaAsN, InPN, and GaPN are extended into regions where no experimental data have been reported. For GaAsN and InPN, the arrows indicate the boundaries of the regions where the gap dependence on composition may be predicted with any accuracy.

The second-order valence-band terms in the Hamiltonian are evaluated in a manner similar to the earlier discussion for zinc blende structures. The procedure leads to six distinct $A$ parameters, which are to a large extent analogous to the Luttinger parameters in zinc blende materials. The detailed definitions have appeared in the literature.[34–38]

In contrast to the zinc blende materials, the wurtzite structure does not give a triply degenerate valence band




FIG. 3. Lowest forbidden gap as a function of lattice constant for non-nitride III–V compound semiconductors (points) and their random ternary alloys (lines) at zero temperature. The materials with Γ-, $X$-, and $L$-valley gaps are indicated by solid, dotted, and dashed lines, respectively.

13 October 2026 14:49:21




FIG. 4. (a) Schematic illustration of the spin-orbit splitting and crystal-field splitting in wurtzite materials as compared to zinc blende materials. (b) Schematic diagram of the valence band structure of a wurtzite material near the zone center with the heavy-hole (HH), light-hole (LH), and crystal-hole (CH) valence bands explicitly identified.

edge. The crystal-field splitting leads to the band-edge energies:

$$\langle X|H_{\rm cr}|X\rangle = \langle Y|H_{\rm cr}|Y\rangle = E_v + \Delta_1, \tag{2.19}$$

and

$$\langle Z|H_{\rm cr}|Z\rangle = E_v. \tag{2.20}$$

The spin-orbit splitting is parameterized by the relations

$$\langle X|H_{({\rm so})z}|Y\rangle = -i\Delta_2, \tag{2.21}$$

and

$$\langle Y|H_{({\rm so})x}|Z\rangle = \langle Z|H_{({\rm so})y}|X\rangle = -i\Delta_3. \tag{2.22}$$

Although in principle, two different spin-orbit splitting parameters arise, they are commonly assumed equal ($\Delta_2 = \Delta_3$). However, the crystal-field splitting ($\Delta_1$) is in general not related to the spin-orbit splitting. The $\Delta_{\rm cr} = \Delta_1$ and $\Delta_{\rm so} = 3\Delta_2$ parameters are tabulated for wurtzite materials in the following sections. The definition of the spin-orbit and crystal-field splitting in the wurtzite materials is further illustrated in Fig. 4(a). A typical valence band structure for a wurtzite material is shown in Fig. 4(b).

### 3. Strain in heterostructures

To model the strain in a pseudomorphically grown heterostructure such as a quantum well, quantum wire, or quantum dot, the elastic continuum theory is usually invoked. In elastic continuum theory, the atomic displacements are represented by a local vector field, $\mathbf{r}' - \mathbf{r} = \mathbf{u}(r)$. Ignoring the quadratic term for small deformations, we define the local strain tensor $\varepsilon_{ij}$ via $u_i(r) = \varepsilon_{ij} r_j$.[39,40] The stress tensor $\sigma_{ij}$ that generates the above strain is given by the relation $\sigma_{ij} = \lambda_{ijkl}\varepsilon_{kl}$. In crystals with cubic symmetry, there are only three linearly independent constants: $\lambda_{xxxx} = C_{11}$, $\lambda_{xxyy} = C_{12}$, $\lambda_{xyxy} = C_{44}$. For the wurtzite structure, there are five linearly independent elastic constants $\lambda_{xxxx} = C_{11}$, $\lambda_{zzzz} = C_{33}$, $\lambda_{xxyy} = C_{12}$, $\lambda_{xxzz} = C_{13}$, $\lambda_{xzxz} = C_{44}$. The values for the elastic constants will be included in our compilation of the band parameters for completeness. Note that, at least for the non-nitride materials, there is little controversy regarding their values, and the datasets given below are widely accepted.

The physical deformation of the crystal leads to a distortion of the atomic locations, which in turn affects the energy levels of the band electrons.[14] The procedure for generating additional terms due to the presence of the strain has been described in detail by Bir and Pikus[14] and Bahder.[41] In the case of hydrostatic compression, the change in the conduction-band-edge energy $\Delta E_c$ due to the relative change in volume $\Delta V/V = (\varepsilon_{xx} + \varepsilon_{yy} + \varepsilon_{zz})$ can be parametrized by a linear relation between the change in energy and the hydrostatic strain. The constant of proportionality is the empirical deformation potential constant $a_c$. Unfortunately, this parameter is difficult to isolate experimentally. Instead it is the deformation potential constant $a$, associated with the change in band gap $E_g$ due to a hydrostatic deformation, that is measured. Due to the nature of the atomic bonding in III–V materials, the band gap increases for a compressive strain. Under positive hydrostatic pressure, i.e., negative strain, the change in energy $\Delta E_g = a(\varepsilon_{xx} + \varepsilon_{yy} + \varepsilon_{zz})$ must be positive. This implies a negative value for $a \equiv a_c + a_v$. Note that our sign convention for $a_v$ is different from many other works found in the literature. It is generally believed that the conduction band edge moves upward in energy while the valence band moves downward, with most of the change being in the conduction band edge, although Wei and Zunger recently argued that this is not always the case.[42] The distribution of the hydrostatic pressure shift between the conduction and valence bands is generally based from theoretical predictions in this review.

From the Bir–Pikus strain interaction for the valence bands,[14] it may be observed that the single deformation potential $a_v$, which parameterizes the shift of the valence-band edge $\Delta E_v = a_v(\varepsilon_{xx} + \varepsilon_{xx} + \varepsilon_{xx})$, is insufficient to describe the full effect of strain. Two additional potentials $b$ and $d$ are necessary to describe the shear deformations terms that split the heavy/light-hole degeneracy. For the growth of pseudomorphic layers along the [001] direction, only the value of the potential $b$ is relevant. All of the deformation potentials are tabulated for each material in the sections that follow. For the $6\times6$ valence-band strain Hamiltonian that is not reproduced here, the reader is referred to the textbooks by Bir and Pikus[14] and by Chuang.[43]

The preceding discussion applies to the zinc blende crystal structure. In a wurtzite material, the crystal anisotropy leads to two distinct conduction-band deformation potentials. Furthermore, six deformation potential constants $D_i$ arise from a full treatment of the effect of strain on the six-band valence-band structure as shown by Bir and Pikus.[14] These $D_i$ are tabulated for each nitride material in the following sections.

### 4. Piezoelectric effect in III–V semiconductors

Under an externally applied stress, III–V semiconductors develop an electric moment whose magnitude is propor-

13 October 2026 14:49:21

tional to the stress.[44,45] The strain-induced polarization $\mathbf{P}^s$ can be related to the strain tensor $\varepsilon_{ij}$ using piezoelectric coefficients $e_{ijk}$ of the form

$$P_i^s = e_{ijk}\varepsilon_{jk}. \quad (2.23)$$

The symmetry of the strain under interchange of its indices allows us to write $e_{ijk}$ in a more compact form. Converting from the tensor notation to the matrix notation we write

$$\{\varepsilon_{11},\varepsilon_{22},\varepsilon_{33},(\varepsilon_{23},\varepsilon_{32}),(\varepsilon_{31},\varepsilon_{13}),(\varepsilon_{12},\varepsilon_{21})\} \equiv \{\varepsilon_1,\varepsilon_2,\varepsilon_3,\varepsilon_4,\varepsilon_5,\varepsilon_6\}, \quad (2.24)$$

and

$$e_{ijk} = \begin{cases} e_{im}, & (i=1,2,3; m=1,2,3); \\ \frac{1}{2} e_{im}, & (i=1,2,3; m=4,5,6), \end{cases} \quad (2.25)$$

where it is standard practice to introduce the factor of 1/2 in front of the $e_{im}$ for $m=4,5,6$ in order to obtain the following form without factors of 1/2:

$$P_i^s = e_{i1}\varepsilon_1 + e_{i2}\varepsilon_2 + e_{i3}\varepsilon_3 + e_{i4}\varepsilon_4 + e_{i5}\varepsilon_5 + e_{i6}\varepsilon_6. \quad (2.26)$$

In the zinc blende materials, only off-diagonal terms in the strain give rise to the electric polarization components $P_i^s$ and

$$P_i^s = e_{14}\varepsilon_{jk}, \quad j \neq k, \quad (2.27)$$

where $e_{14}$ is the one independent piezoelectric coefficient that survives due to the zinc blende symmetry. The piezoelectric effect is negligible unless the epitaxial structure is grown along a less common direction such as [111].

On the other hand, in a wurtzite crystal, the three distinct piezoelectric coefficients are $e_{31}=e_{32}$, $e_{33}$, and $e_{15}=e_{24}$ can be derived from symmetry considerations. The piezoelectric polarization is given in component form by

$$P_x^s = e_{15}\varepsilon_{13},$$
$$P_y^s = e_{15}\varepsilon_{12}, \quad (2.28)$$
$$P_z^s = e_{31}\varepsilon_{11} + e_{31}\varepsilon_{22} + e_{33}\varepsilon_{33}.$$

where we have reverted to the tensor form for the strains $\varepsilon_{ij}$. Thus both diagonal and off-diagonal strain components can generate strong built-in fields in wurtzite materials that must be taken into account in any realistic band structure calculation. The piezoelectric contribution to the total polarization may be specified alternatively in terms of matrix **d** related to matrix **e** via the elastic constants

$$P_i = \sum_j e_{ij}\varepsilon_j,$$
$$P_i = \sum_k d_{ik}\sigma_k = \sum_j \sum_k d_{ik}c_{kj}\varepsilon_j, \quad (2.29)$$

where $\varepsilon_j$ and $\sigma_k$ are the components of the strain and stress tensors in simplified notation [see Eq. (2.24)], respectively.

The nitrides also exhibit spontaneous polarization, with polarity specified by the terminating anion or cation at the layer surface. Further details are available from recent publications[46,47] and reviews.[48,49] In the sections that follow, we tabulate both piezoelectric coefficients and spontaneous polarizations for the wurtzite nitride materials.

#### 5. Band structure in layered heterostructures

So far we have considered the band parameters of individual materials in the presence of strain. The misalignment of energy band gaps in adjacent layers of a quantum heterostructure is taken into account by specifying a reference layer and defining a band offset function relative to it. In general, this potential energy is given as a function $V_P(z)$ of the coordinate in the growth direction and defines the band edge profile for the top of the valence band. With $V_P(z)=0$ in the reference layer, the conduction band edge profile is $V_S(z) = E_g(z) - E_g(\text{ref}) + V_P(z)$. Valence band offsets have been determined experimentally by optical spectroscopy of quantum well structures, x-ray photoelectron spectroscopy, electrical capacitance measurements, and other techniques. On the theoretical side, this is supplemented by pseudopotential supercell calculations that include atomic layers on either side of a heterointerface. A critical review of valence band offset determinations was given by Yu, McCaldin, and McGill.[50] In Sec. VII we will provide an updated review of the valence band offsets in zinc blende and wurtzite materials, putting the main emphasis on the compilation of a fully consistent set of band offsets.

The coupled Schrödinger differential equations for a layered heterostructure may be solved using the finite-difference method,[51,52] the transfer matrix method,[53–56] or the finite element method,[57–59] which is a variational approach that may be considered a discretization of the action integral itself. Further details are available from the references cited above.

The **k·P** model has also been extended to include the intrinsic inversion asymmetry of the zinc blende structure,[60–63] and, more phenomenologically, to include the effects of $\Gamma$ and $X_z$ valley mixing in order to include such effects in modeling resonant double-barrier tunneling.[64–69] These parameterizations are beyond the framework of the considerations presented here.

### B. Relation of k·P to other band structure models

The **k·P** model is the most economical in terms of assuring agreement with the observed bulk energy band gaps and effective masses at the center of the BZ. However, for a more complete picture of the energy bands throughout the BZ, it is necessary to adopt another approach that requires additional information as input.

#### 1. Empirical tight binding model

In the empirical tight-binding model (ETBM) introduced by Slater and Koster,[70] the electronic states are considered to be linear combinations of atomic $(s,p,d,\ldots)$ orbitals. The Hamiltonian's matrix elements between the atomic orbital states are not evaluated directly, but are instead introduced as free parameters to be determined by fitting the band gaps and band curvatures (effective masses) at critical points in the BZ. Depending on the number of orbitals and nearest neighbors used to represent the states, the ETBM requires that the overlap integrals be determined in terms of the measured direct and indirect band gaps and/or effective masses in the



13 October 2026 14:49:21

bulk material.[71,72] For example, the $sp^3s^*$ basis with the second-nearest-neighbor scheme[72] turns out to have 27 parameters for the zinc blende lattice structure, and the energies and effective masses obtained from the diagonalization of the Hamiltonian and the resulting energy bands are nonlinear functions of these parameters, which can be fitted by trial and error or using, e.g., genetic algorithms.[73] The lack of a transparent relationship between the input parameters and the experimentally determined quantities is probably the single greatest disadvantage of the tight-binding method in making complicated band structure calculations. In this review, we make no attempt to give a standardized set of tight-binding parameters. The ETBM can also be applied to superlattice band structure calculations.[17,74,75]

#### 2. Effective bond orbital model

While the inclusion of additional bands and overlaps of higher orbitals is a possible approach to improving the tight-binding modeling of energy bands in bulk semiconductors, the effective bond orbital model[76–78] (EBOM) uses spin-doubled $s,p_x,p_y,p_z$ orbitals to generate an $8\times8$ Hamiltonian. A crucial difference between the EBOM and related tight-binding formulations is that the *s* and *p* orbitals are centered on the face-centered cubic lattice sites of the zinc blende crystal rather than on both of the two real atoms per lattice site. The resulting somewhat *ad hoc* formulation offers considerable computational savings in comparison with the ETBM. However, the main significance of the EBOM approach derives from the fact that the resulting secular matrix has a small-**k** expansion that exactly reproduces the form of the eight-band **k·P** Hamiltonian. This allows the EBOM input parameters to be readily expressed in terms of the experimentally measured parameters, such as the band gap, the split-off gap, and the zone-center mass of each band, which has not been accomplished using the more involved ETBM. In fact, the EBOM can be thought of as an extension of the **k·P** method to provide an approximate representation of the energy bands over the full BZ. Since short-period superlattice bands sample wavevectors throughout the BZ, we may expect the EBOM to be more accurate than the **k·P** model for thin-layer structures. However, the EBOM is considerably less efficient computationally than **k·P**, especially for thicker superlattices. Each lattice position must be represented in the supercell technique, i.e., no envelope function approximation is made.

#### 3. Empirical pseudopotential model

The influence of core electrons in keeping the valence electrons outside of the core may be represented by an effective repulsive potential in the core region. When this is added to the attractive ionic potential, the net ''pseudopotential'' nearly cancels[79,80] at short distances. The valence states are orthogonal to the core states, and the resulting band structure theory corresponds to the nearly free-electron model. In the empirical pseudopotential model, the crystal potential is represented by a linear superposition of atomic potentials, which are modified to obtain good fits to the experimental direct and indirect band gaps and effective masses. Further details are presented by Cohen and Chelikowsky[81] and in the reviews by Heine and Cohen.[82,83] *Ab initio* approaches employ calculated band parameters (e.g., from the density-functional theory) in lieu of experimental data. Combinations of *ab initio* and empirical methods have been developed to a high level of sophistication.[84] Extension of the pseudopotential method to heterostructures entails the construction of a supercell to assure the proper periodic boundary conditions. With atomic potentials as the essential input, the electronic properties of the heterostructure can be determined, although the required computational effort far exceeds the demands of the **k·P** method. The relative merits of the **k·P** and pseudopotential approaches have been assessed.[85,86]

## III. BINARY COMPOUNDS

### A. GaAs

GaAs is the most technologically important and the most studied compound semiconductor material.[3] Many band structure parameters for GaAs are known with a greater precision than for any other compound semiconductor. This is especially true of the fundamental energy gap with a value of 1.519 eV at 0 K.[87] The analysis by Thurmond[88] indicated $\alpha=0.5405$ meV/K and $\beta=204$ K [in Eq. (2.13)]. A more recent examination of a large number of samples by ellipsometry produced a very similar parameter set of $E_g(T=0)=1.517$ eV, $\alpha=0.55$ meV/K, and $\beta=225$ K.[89] The two results are well within the quoted experimental uncertainty of each other and several other experimental determinations,[3,90] although somewhat different parameter sets have been proposed recently on the basis of photoluminescence measurements: $E_g(T=0)=1.519$ eV, $\alpha=0.895$–$1.06$ meV/K, and $\beta=538$–$671$ K.[91,92]

The original controversy[87] about the ordering of the *L* and *X*-valley minima was resolved by Aspnes,[93] who proposed on the basis of numerous earlier experiments the following sets: $E_g^L(T=0)=1.815$ eV, $\alpha^L=0.605$ meV/K, and $E_g^X(T=0)=1.981$ eV, $\alpha^X=0.460$ meV/K with $\beta=204$ K in both cases. Schottky-barrier electroreflectance measurements yielded the widely accepted value for the split-off energy gap in GaAs: $\Delta_{so}=0.341$ eV.[94]

Electron effective masses of $m_e^*=0.0665m_0$ and $0.0636m_0$ were observed at $T=60$ and 290 K, respectively, by Stradling and Wood[95] using magnetophonon resonance experiments.[96–98] A low-temperature value of $0.065m_0$ was determined for the bare electron mass once the polaronic correction was subtracted.[99] While a somewhat larger mass of $\approx0.07m_0$ was derived theoretically in several *ab initio* and semiempirical band structure studies,[100–102] recent cyclotron resonance measurements[103] indicate a low-temperature result of $0.067m_0$ at the band edge. This is the value we adopt following the recommendation of Nakwaski in his comprehensive review,[104] which is based on reports employing a wide variety of different experimental techniques. At room temperature, the currently accepted value is $0.0635m_0$, as confirmed, for example, by photoluminescence measurements.[105] We employ the effective masses for the *L* and *X* valleys given by Adachi[3] and Levinshtein *et al.*,[11] which were compiled from a variety of measurements.

13 October 2026 14:49:21

Many different sets of Luttinger parameters are available in the literature.[99] The most popular set: $\gamma_1=6.85$, $\gamma_2=2.10$, and $\gamma_3=2.90$ (also given in Landolt–Bornstein[1]), which was derived by Lawaetz[106] on the basis of five-level (14-band) **k·P** calculations, is in good agreement with early cyclotron resonance,[107] magnetoreflection,[108] and magnetoexciton[109] experiments. While two-photon magneto-absorption measurements[110] indicated very little warping in the valence band, those results are contradicted by optical spectroscopy[111] and Raman scattering[112] studies of GaAs quantum wells as well as by fits to the shallow acceptor spectra.[113,114] Here we prefer a composite data set, which is within the experimental error of all accurate determinations and reproduces well the measured hole masses and warping:[99,104] $\gamma_1=6.98$, $\gamma_2=2.06$, and $\gamma_3=2.93$.

While its value is usually less critical to the device design and band structure computations, the split-off hole mass in GaAs has also been measured and calculated using a variety of approaches.[106,111] A composite value $m^*_{so}=0.165m_0$ was derived by Adachi,[3] which is in excellent agreement with the recent calculation by Pfeffer and Zawadzki.[33] However, we will use a slightly different value, $m^*_{so}=0.172m_0$, in order to provide self-consistency with the **k·P** expression in Eq. (2.18).

The first electron-spin-resonance measurements of the interband matrix element in GaAs, which were reported by Chadi *et al.*[115] and Hermann and Weisbuch,[116] yielded $E_P=28.8–29.0$ eV. However, Shantharama *et al.*[96,117] suggested that those analyses overestimated the influence of remote bands outside of the 14-band **k·P** model and gave $E_P=25.0\pm0.5$ eV. Theoretical studies[99,118] have derived intermediate values. Since the analysis by Shantharama *et al.* appears to have internal consistency problems, we adopt the Hermann and Weisbuch value (implying $F=-1.94$), which has been used with some success in the literature to determine the optical gain in GaAs quantum-well lasers.[119]

The greatest uncertainty in the GaAs band structure parameters is associated with the deformation potentials, which are needed to calculate strain effects in pseudomorphically grown layers. In this review, we will consider only deformation potentials for the Γ valley. The total hydrostatic deformation potential $a$ is proportional to the pressure coefficient of the direct band gap, where the constant of proportionality is approximately the bulk modulus. Some trends in the band gap pressure coefficients were noted by Wei *et al.*[42,120] The experimental hydrostatic pressure dependence of $E_g$ for GaAs implies a total deformation potential $a=a_c+a_v\approx-8.5$ eV,[121] where the minus sign represents the fact that the band gap expands when the crystal is compressed (note that our sign convention for $a_v$ is different from a large number of articles). The conduction-band deformation potential $a_c$ corresponds to the shift of the conduction band edge with applied strain. Pseudopotential[122] and linear-muffin-tin-orbital[123] calculations yielded $a_c$ as large as $-18.3$ eV, whereas various analyses of mobility data[3,124] using standard deformation-potential scattering models are consistent with $a_c$ falling in the range $-6.3$ to $-13.5$ eV. A recent study of acoustic–phonon scattering in GaAs/AlGaAs quantum wells[125] produced an estimate of $a_c=-11.5\pm0.5$ eV. On the other hand, studies of the valence-band deformation potential[3,126,127] suggest a small $a_v$. In order to be consistent with the experimental hydrostatic pressure shift, we recommend using the values $a_c=-7.17$ eV and $a_v=-1.16$ eV, which were derived from the ''model-solid'' formalism by Van de Walle.[129] However, the first-principles calculations of Wei and Zunger[42] show that the energy of the valence-band maximum increases as the unit cell volume decreases for a number of III–V semiconductors including GaAs, GaP, GaSb, InP, InAs, and InSb, whereas it has the opposite sign in other materials. Whatever the direction of the valence-band maximum, it is generally agreed that the conduction band moves much faster with pressure. Heterolayer band-structure calculations are relatively insensitive to the value of $a_v$ when it is close to zero.

The shear deformation potentials $b$ and $d$ have been determined both experimentally and theoretically.[3,121,126,128–131] Moreover, a ratio of the deformation potentials $d/b=2.4\pm0.1$ was recently derived from studies of acceptor-bound excitons in biaxially and uniaxially strained GaAs epilayers.[132] The various values for the deformation potential $b$ varied between $-1.66$ and $-3.9$ eV, although recent results tend toward the lower end of that range. We propose the following composite values: $b=-2.0$ eV and $d=-4.8$ eV, which are consistent with the vast majority of measurements and several calculations.

All of the recommended parameters for GaAs are compiled in Table I.

13 October 2026 14:49:21

### B. AlAs

Because of its frequent incorporation into GaAs-based heterostructures, AlAs is also one of the most important electronic and optoelectronic materials.[3,6,8] Unlike GaAs, AlAs is an indirect-gap semiconductor with the $X–L–\Gamma$ ordering of the conduction valley minima. The $X$-valley minimum is located at a wave vector $k=(0.903,0,0)$. The exciton energies corresponding to the Γ-valley energy gap were measured by Monemar[133] to be 3.13 and 3.03 eV at 4 and 300 K, respectively. A small (≈10 meV) correction for the exciton binding energy is presumably necessary.[134] Similar values were obtained by Onton,[135] Garriga *et al.*,[136] and Dumke *et al.*[137] Since direct measurements on AlAs are difficult owing to its rapid oxidation upon exposure to air, we choose parameters that are consistent with the more readily available data on the AlGaAs alloy discussed in detail below as well as with the foregoing measurements on bulk AlAs. The temperature dependence of the direct energy gap, which is similar to that for GaAs, was given in an extrapolated form by Logothetidis *et al.*,[138] although better agreement with the results of Monemar[133] can be obtained by increasing $\beta$ to 530 K.

The low-temperature $X$-Γ indirect gap in AlAs was measured to be ≈2.23–2.25 eV.[133,137,139] We suggest the following temperature-dependence parameters, which are somewhat different from the empirical suggestion of Guzzi *et al.*,[139] but are more consistent with the experimental results of Monemar:[133] $\alpha=0.70$ meV/K and $\beta=530$ K. Not many data are available on the temperature variation of the $L-\Gamma$ gap, although it should be similar to that in GaAs. At

TABLE I. Band structure parameters for GaAs.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $5.65325+3.88\times10^{-5}(T-300)$ | |
| $E_g^\Gamma$ (eV) | 1.519 | 1.420–1.435 (300 K) |
| $\alpha(\Gamma)$ (meV/K) | 0.5405 | 0.51–1.06 |
| $\beta(\Gamma)$ (K) | 204 | 190–671 |
| $E_g^X$ (eV) | 1.981 | ··· |
| $\alpha(X)$ (meV/K) | 0.460 | ··· |
| $\beta(X)$ (K) | 204 | ··· |
| $E_g^L$ (eV) | 1.815 | ··· |
| $\alpha(L)$ (meV/K) | 0.605 | ··· |
| $\beta(L)$ (K) | 204 | ··· |
| $\Delta_{so}$ (eV) | 0.341 | 0.32–0.36 |
| $m_e^*$ (Γ) | 0.067 | 0.065–0.07 (0 K), 0.0635–0.067 (300 K) |
| $m_l^*(L)$ | 1.9 | ··· |
| $m_t^*(L)$ | 0.0754 | ··· |
| $m_{DOS}^*(L)$ | 0.56 | ··· |
| $m_l^*(X)$ | 1.3 | ··· |
| $m_t^*(X)$ | 0.23 | ··· |
| $m_{DOS}^*(X)$ | 0.85 | ··· |
| $\gamma_1$ | 6.98 | 6.79–7.20 |
| $\gamma_2$ | 2.06 | 1.9–2.88 |
| $\gamma_3$ | 2.93 | 2.681–3.05 |
| $m_{so}^*$ | 0.172 | 0.133–0.388 |
| $E_P$ (eV) | 28.8 | 25.5–29.0 |
| $F$ | −1.94 | 0.76–(−2) |
| VBO (eV) | −0.80 | |
| $a_c$ (eV) | −7.17 | −6.3–(−18.3) |
| $a_v$ (eV) | −1.16 | −0.2–(−2.1) |
| $b$ (eV) | −2.0 | −1.66–(−3.9) |
| $d$ (eV) | −4.8 | −2.7–(−6.0) |
| $c_{11}$ (GPa) | 1221 | ··· |
| $c_{12}$ (GPa) | 566 | ··· |
| $c_{44}$ (GPa) | 600 | ··· |

13 October 2026 14:49:21

room temperature, a gap of ≈2.35 eV is generally adopted.[2,3,140,141] A split-off gap of 0.275 eV was measured by Onton,[135] although the extrapolations by Aubel *et al.*[142] and Wrobel *et al.*[143] indicated higher values.

The Γ-valley electron effective mass in AlAs is difficult to determine for the same reasons that the band gaps are uncertain, and also because, in contrast to GaAs, it is impossible to maintain a Γ-valley electron population in thermal equilibrium. Various calculations and measurements have been compiled by Adachi[3] and Nakwaski.[104] As pointed out by Adachi, the indirect determinations[144,145] employing resonant tunneling diodes with AlAs barriers give an effective mass comparable to that in GaAs, but are less trustworthy than the extrapolations from AlGaAs[146,147] and theoretical calculations[100,148] which indicate $m_e^*=0.15m_0$. A slightly lower value of $0.124m_0$ was inferred from a fit to absorption data.[137]

Electron effective masses for the $X$ valley with an ellipsoidal constant-energy surface were calculated using the pseudopotential method,[148] and measured by Faraday rotation[149] and cyclotron resonance.[104,150] The former experiment in fact measured only the ratio between the longitudinal and transverse masses (of 5.7), and there is some evidence that the assumed value for $m_l$ was inconsistent with other data.[104,151] For reasons that are discussed in some detail by Nakwaski,[104] it appears that the recent results by Goiran *et al.*[152] represent the most reliable values available at present. For the longitudinal and transverse effective masses of the $L$ valley, we employ the calculated results of Hess *et al.*[148]

The band edge hole masses in AlAs are also not known with a great degree of precision. Both theoretical[106,148] and experimental[111] sets of Luttinger parameters have been published. Unfortunately, the latter was obtained from a fit to measurements on GaAs/AlGaAs quantum wells, which had only limited sensitivity to the AlAs parameters. However, the agreement between different calculations of the hole masses is rather good. We propose a composite Luttinger parameter set based on an averaging of the heavy-hole and light-hole masses from various sources and recommendations by Nakwaski:[104] $\gamma_1=3.76$, $\gamma_2=0.82$, and $\gamma_3=1.42$. These values are quite similar to the composite parameters suggested by Adachi.[3] For the split-off hole mass, we adopt a value of $0.28m_0$ for consistency with the $E_P$ value of 21.1 eV($F=-0.48$) given by Lawaetz.[106] This mass falls midway between the recommendations by Pavesi and Guzzi[134] and Adachi.[3]

Very few determinations of the electron and hole deformation potentials in AlAs exist. Most of the experimental values are in fact extrapolations from AlGaAs (see below). As for the case of GaAs, we recommend using the values $a_c=-5.64$ eV and $a_v=-2.47$ eV derived from the model-

TABLE II. Band structure parameters for AlAs.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $5.6611+2.90\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | 3.099 | 2.9–3.14 |
| $\alpha(\Gamma)$ (meV/K) | 0.885 | ⋯ |
| $\beta(\Gamma)$ (K) | 530 | ⋯ |
| $E_g^X$ (eV) | 2.24 | 2.23–2.25 |
| $\alpha(X)$ (meV/K) | 0.70 | ⋯ |
| $\beta(X)$ (K) | 530 | ⋯ |
| $E_g^L$ (eV) | 2.46 | 2.35–2.53 |
| $\alpha(L)$ (meV/K) | 0.605 | ⋯ |
| $\beta(L)$ (K) | 204 | ⋯ |
| $\Delta_{so}$ (eV) | 0.28 | 0.275–0.31 |
| $m_e^*(\Gamma)$ | 0.15 | 0.06–0.15 |
| $m_l^*(L)$ | 1.32 | ⋯ |
| $m_t^*(L)$ | 0.15 | ⋯ |
| $m_l^*(X)$ | 0.97 | ⋯ |
| $m_t^*(X)$ | 0.22 | ⋯ |
| $\gamma_1$ | 3.76 | 3.42–4.04 |
| $\gamma_2$ | 0.82 | 0.67–1.23 |
| $\gamma_3$ | 1.42 | 1.17–1.57 |
| $m_{so}^*$ | 0.28 | 0.24–0.68 |
| $E_P$ (eV) | 21.1 | ⋯ |
| $F$ | −0.48 | ⋯ |
| VBO (eV) | −1.33 | ⋯ |
| $a_c$ (eV) | −5.64 | 0.7–(−5.64) |
| $a_v$ (eV) | −2.47 | −1.2–(−2.6) |
| $b$ (eV) | −2.3 | −1.4–(−3.9) |
| $d$ (eV) | −3.4 | −2.7–(−6.0) |
| $c_{11}$ (GPa) | 1250 | ⋯ |
| $c_{12}$ (GPa) | 534 | ⋯ |
| $c_{44}$ (GPa) | 542 | ⋯ |

TABLE III. Band structure parameters for InAs.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $6.0583+2.74\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | 0.417 | 0.410–0.450 |
| $\alpha(\Gamma)$ (meV/K) | 0.276 | ⋯ |
| $\beta(\Gamma)$ (K) | 93 | ⋯ |
| $E_g^X$ (eV) | 1.433 | ⋯ |
| $\alpha(X)$ (meV/K) | 0.276 | ⋯ |
| $\beta(X)$ (K) | 93 | ⋯ |
| $E_g^L$ (eV) | 1.133 | 1.13–1.175 |
| $\alpha(L)$ (meV/K) | 0.276 | ⋯ |
| $\beta(L)$ (K) | 93 | ⋯ |
| $\Delta_{so}$ (eV) | 0.39 | 0.37–0.41 |
| $m_e^*(\Gamma)$ | 0.026 | 0.023–0.03 |
| $m_l^*(L)$ | 0.64 | ⋯ |
| $m_t^*(L)$ | 0.05 | ⋯ |
| $m_{DOS}^*(L)$ | 0.29 | ⋯ |
| $m_l^*(X)$ | 1.13 | ⋯ |
| $m_t^*(X)$ | 0.16 | ⋯ |
| $m_{DOS}^*(X)$ | 0.64 | ⋯ |
| $\gamma_1$ | 20.0 | 6.79–7.20 |
| $\gamma_2$ | 8.5 | 1.9–2.88 |
| $\gamma_3$ | 9.2 | 2.681–3.05 |
| $m_{so}^*$ | 0.14 | 0.09–0.15 |
| $E_P$ (eV) | 21.5 | 21.5–22.2 |
| $F$ | −2.90 | 0–(−2.90) |
| VBO (eV) | −0.59 | ⋯ |
| $a_c$ (eV) | −5.08 | −5.08–(−11.7) |
| $a_v$ (eV) | −1.00 | −1.00–(−5.2) |
| $b$ (eV) | −1.8 | −8–(−2.57) |
| $d$ (eV) | −3.6 | ⋯ |
| $c_{11}$ (GPa) | 832.9 | ⋯ |
| $c_{12}$ (GPa) | 452.6 | ⋯ |
| $c_{44}$ (GPa) | 395.9 | ⋯ |

solid formalism by Van de Walle.[129] For the shear deformation potentials, the following values are suggested: $b=-2.3$ eV[153] and $d=-3.4$ eV.[3] The former is supported by ellipsometry measurements of the heavy-light hole exciton splittings in AlGaAs epitaxial layers, whereas further experiments are necessary to confirm the latter.

All of the recommended parameters for AlAs are compiled in Table II.

## C. InAs

InAs has assumed increasing importance in recent years as the electron quantum well material for InAs/GaSb/AlSb-based electronic[154] and long-wavelength optoelectronic[155] devices. The vast majority of experimental low-temperature energy gaps fall in the 0.41–0.42 eV range,[156–159] although somewhat higher values have also been reported.[160,161] We adopt the value 0.417 eV that was obtained from recent measurements on a high-purity InAs sample,[162] in which it was possible to separate shallow impurity, exciton, and band-to-band transitions. The temperature dependence of the band gap has also been reported by several authors.[2,27,163–165] Although there is considerable variation in the proposed Varshni parameters, most of the data agree reasonably well with the values given by Fang *et al.*:[164] $\alpha=0.276$ meV/K and $\beta=93$ K. Energies for the $L$ and $X$ conduction-band minima in InAs have not been studied experimentally. Our recommended values are based on the suggestions by Adachi[166] and Levinshtein *et al.*[11] extrapolated from room temperature to 0 K. The temperature dependences of the indirect gaps are taken to be identical to the direct gap, since no determinations appear to be available. The experimental spin-orbit splittings given in Landolt–Bornstein[1] fall in the 0.37–0.41 eV range. We take an average of 0.39 eV, which also agrees well with the more recent experiments of Zverev *et al.*[167]

The electron effective mass in InAs has been determined by magnetophonon resonance, magnetoabsorption, cyclotron resonance, and band structure calculations.[95,104,162,168–179] Owing to the strong conduction-band nonparabolicity in this narrow-gap semiconductor, considerable care must be taken to measure the mass at the band edge rather than at the Fermi level.[180] The majority of results at both low and high temperatures fall between $0.0215m_0$[174] and $0.026m_0$.[171] Although a few theoretical and experimental studies have obtained low-temperature masses as high as $0.03m_0$,[101,102,104,181] these values were most likely influenced by the strong nonparabolicity. While a value near the bottom of the reported range is usually recommended since the band edge mass represents a lower limit on the measured quantity,[104] many of the results supporting such a mass were in fact performed at room temperature. Since there are almost no credible reports of an effective mass lower than $0.0215m_0$ at any temperature,[104] our recommended low-temperature value is $0.026m_0$ which, accounting for the shift of the energy gap, implies $0.022m_0$ at 300 K. The small (1%) polaronic correction is well within the experimental uncer-



13 October 2026 14:49:21

tainty in this case. The density-of-states effective masses for the $X$ and $L$ valleys are taken from Levinshtein *et al.*[11] By employing typical experimental $m_l/m_t$ ratios for related III–V materials (such as GaAs and GaSb) corresponding longitudinal and transverse masses have been estimated and listed in Table III.

Although Luttinger parameters for InAs were determined experimentally by Kanskaya *et al.*,[159] those parameters appear to disagree with the heavy-hole masses for various directions given in the same reference. The values of $\gamma_1$ and $\gamma_3$ given in that reference are very close to a previous determination of Pidgeon *et al.*[157] A number of theoretical works[104,106,182] predict a much higher degree of anisotropy in the valence band. Surveying the data available to date, Nakwaski[104] concludes that further experimental work is needed to resolve the matter. Noting the considerable uncertainty involved in this estimate, we suggest the following composite set: $\gamma_1 = 20$, $\gamma_2 = 8.5$, and $\gamma_3 = 9.2$. Experimental studies[183] have suggested a split-off mass of $0.14m_0$ in InAs.

The interband matrix element in InAs appears to have been determined relatively accurately owing to the large $g$ factor in this narrow-gap semiconductor. Whereas early studies suggested a value of 22.2 eV,[106,116] more recently $E_P = 21.5$ eV has gained acceptance.[159,184] We recommend this value, which leads to $F = -2.90$. This is somewhat larger than the effect predicted by other workers,[159] which also assumed a smaller low-temperature electron mass ($0.024m_0$).

The hydrostatic deformation potential in InAs was determined to be $a = -6.0$ eV.[1] We take the conduction and valence-band deformation potentials of Van de Walle,[129] who estimates that most of the energy shift occurs in the conduction band. Somewhat different values were calculated by Blacha *et al.*[122] and Wei and Zunger.[42] The shear deformation potentials adopted from Landolt–Bornstein[1] are in good agreement with the calculations of Blacha *et al.*[122] Another set of deformation potentials has been calculated by Wang *et al.*[86] Unfortunately, at present there exist little experimental data from which to judge the relative merits of the above calculations. All of the recommended parameters for InAs are compiled in Table III.

### D. GaP

Nitrogen-doped GaP has for a long time been used as the active material for visible light-emitting diodes (LEDs).[185] GaP is the only indirect-gap (with $X-L-\Gamma$ ordering of the conduction-band minima) binary semiconductor we will consider that does not contain Al. The band structure is somewhat similar to that of AlAs, with the $X$-valley minimum at $k = (0.95,0,0)$.[5] Indirect $X-\Gamma$ energy gaps of 2.338–2.350 eV have been reported.[186,187] The main uncertainty in determining the various energy gaps for GaP is that excitonic rather than band-to-band absorption lines typically dominate, so that a calculated exciton binding energy (which presumably has a weak temperature dependence) must be added to the experimental results. The situation is further complicated by the camel's back structure of the $X$-valley conduction-band minimum.[187] The most commonly employed Varshni parameters, reported in Casey and Panish,[2] are in excellent agreement with piezomodulation spectroscopy results by Auvergne *et al.*[188] The $L$-valley minimum is located ≈0.37 eV above the $X$ valley,[4] although its temperature dependence has not been determined. The low-temperature value for the direct excitonic band gap was found to be 2.86–2.87 eV from absorption measurements.[133,137,189] An exciton binding energy of 20 meV is added to obtain the energy for interband transitions, although the precise value is not well known. GaP has a small spin-orbit splitting of 0.08 eV.[1,189]

The electron effective mass in the $\Gamma$ valley is estimated from theory to be $0.09m_0$,[11,96] although higher values have also been reported.[101,106] The diamagnetic shifts measured in magnetoluminescence experiments on $GaAs_{1-x}P_x$ alloys with $x < 0.45$[190] suggest an effective mass of $\approx 0.13m_0$ for GaP, which is in good agreement with tight-binding calculations by Shen and Fan.[191]

There have been a number of experimental determinations[192] of the $X$-valley longitudinal and transverse masses, although the measurements are complicated by the camel's back structure that makes the longitudinal mass highly nonparabolic. This nonparabolicity must be accounted for in any treatment of the density of electron states in GaP, and is in fact more crucial than the precise value of $m_l$ far above the camel's back. Effective masses of $5-7m_0$ have been reported for the bottom of the camel's back,[193] whereas $m_l^* \approx 2m_0$ high above.[194] Estimates for the transverse mass range from $0.19m_0$[182] to $0.275m_0$,[195] although the present consensus puts the value at $0.25m_0$.[193] We have taken longitudinal and transverse effective masses for the $L$-valley minimum from Levinshtein *et al.*[11]

The Luttinger parameters for GaP were first calculated by Lawaetz.[106] Subsequent cyclotron resonance experiments refined the masses along the [111][196–198] and [100][198] directions. Street and Senske also determined Luttinger parameters from acceptor binding energies.[199] Those parameters as corrected in Landolt–Bornstein[1] are in reasonably good agreement with cyclotron resonance results, and may be considered the most reliable: $\gamma_1 = 4.05$, $\gamma_2 = 0.49$, and $\gamma_3 = 1.25$. A split-off hole mass of $0.23-0.24m_0$ was calculated by Lawaetz[106] and by Krijn.[101] We use a slightly higher value of $0.25m_0$ in order to be consistent with the interband matrix element.

Lawaetz obtained $E_P = 22.2$ eV using a rather high theoretical estimate for the $\Gamma$-valley effective mass in GaP.[106] Recently, more accurate determinations of the interband matrix element in GaAsP have been published.[190,191] By analogy with the case of GaAs discussed above, these imply a much higher $E_P$ of 31.4 eV, which leads to $F = -2.04$. Although such an extrapolation from data on As-rich alloys is somewhat questionable, there is no *a priori* reason that an interband matrix element in GaP so much different from that in GaAs is unreasonable.

The hydrostatic deformation potential for the direct energy gap in GaP was measured by Mathieu *et al.*[200] to be $a = -9.9$ eV. Van de Walle[129] estimated that the valence-band shift is small compared with the conduction-band shift. We recommend his valence-band deformation potential, with the conduction-band contribution corrected to reproduce the result of Mathieu *et al.*[200] A number of theoretical and experi-

13 October 2026 14:49:21

TABLE IV. Band structure parameters for GaP.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $5.4505+2.92\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | $2.886+0.1081$ [1-coth(164/$T$)] | 2.86–2.895 |
| $E_g^X$ (eV) | 2.35 | 2.338–2.350 |
| $\alpha(X)$ (meV/K) | 0.5771 | ⋯ |
| $\beta(X)$ (K) | 372 | ⋯ |
| $E_g^L$ (eV) | 2.72 | ⋯ |
| $\alpha(L)$ (meV/K) | 0.5771 | ⋯ |
| $\beta(L)$ (K) | 372 | ⋯ |
| $\Delta_{so}$ (eV) | 0.08 | 0.08–0.13 |
| $m_e^*(\Gamma)$ | 0.13 | 0.09–0.17 |
| $m_l^*(X)$ | 2.0 (camel back) | 2–7 |
| $m_t^*(X)$ | 0.253 (camel back) | 0.19–0.275 |
| $m_l^*(L)$ | 1.2 | ⋯ |
| $m_t^*(L)$ | 0.15 | ⋯ |
| $\gamma_1$ | 4.05 | 4.04–4.20 |
| $\gamma_2$ | 0.49 | ⋯ |
| $\gamma_3$ | 2.93 | ⋯ |
| $m_{so}^*$ | 0.25 | 0.23–0.25 |
| $E_P$ (eV) | 31.4 | 22.2–31.4 |
| $F$ | −2.04 | 0–(−2.04) |
| VBO (eV) | −1.27 | ⋯ |
| $a_c$ (eV) | −8.2 | −6.3–(−18.3) |
| $a_v$ (eV) | −1.7 | −0.2–(−2.1) |
| $b$ (eV) | −1.6 | −1.66–(−3.9) |
| $d$ (eV) | −4.6 | −2.7–(−6.0) |
| $c_{11}$ (GPa) | 1405 | ⋯ |
| $c_{12}$ (GPa) | 620.3 | ⋯ |
| $c_{44}$ (GPa) | 703.3 | ⋯ |

TABLE V. Band structure parameters for AlP.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $5.4672+2.92\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | 3.63 | 3.62 (77 K), 3.56 (300 K) |
| $\alpha(\Gamma)$ (meV/K) | 0.5771 | ⋯ |
| $\beta(\Gamma)$ (K) | 372 | ⋯ |
| $E_g^X$ (eV) | 2.52 | 2.49–2.53 |
| $\alpha(X)$ (meV/K) | 0.318 | ⋯ |
| $\beta(X)$ (K) | 588 | ⋯ |
| $E_g^L$ (eV) | 3.57 | ⋯ |
| $\alpha(L)$ (meV/K) | 0.318 | ⋯ |
| $\beta(L)$ (K) | 588 | ⋯ |
| $\Delta_{so}$ (eV) | 0.07 | 0.06–0.07 |
| $m_e^*(\Gamma)$ | 0.22 | ⋯ |
| $m_l^*(X)$ | 2.68 | 2.68–3.67 |
| $m_t^*(X)$ | 0.155 | 0.155–0.212 |
| $\gamma_1$ | 3.35 | ⋯ |
| $\gamma_2$ | 0.71 | ⋯ |
| $\gamma_3$ | 1.23 | ⋯ |
| $m_{so}^*$ | 0.30 | 0.29–0.34 |
| $E_P$ (eV) | 17.7 | ⋯ |
| $F$ | −0.65 | ⋯ |
| VBO (eV) | −1.74 | ⋯ |
| $a_c$ (eV) | −5.7 | −5.54–(−5.7) |
| $a_v$ (eV) | −3.0 | −3.0–(−3.15) |
| $b$ (eV) | −1.5 | −1.4–(−4.1) |
| $d$ (eV) | −4.6 | ⋯ |
| $c_{11}$ (GPa) | 1330 | ⋯ |
| $c_{12}$ (GPa) | 630 | ⋯ |
| $c_{44}$ (GPa) | 615 | ⋯ |

mental values have been reported[130,187,200] for the shear deformation potentials, which are generally in good agreement with each other. We suggest the following composite values: $b=-1.6$ eV and $d=-4.6$ eV.

All of the recommended parameters for GaP are compiled in Table IV.

## E. AlP

AlP, with the largest direct gap of the III–V compound semiconductors, is undoubtedly the most ''exotic'' and least studied. Nevertheless, the essential characteristics have been known for some time. It is unclear whether the conduction-band minima follow the $X-\Gamma-L$[201] or $X-L-\Gamma$[182] ordering, since no actual measurements of the $L$-valley position appear to have been performed. The indirect energy gap of 2.5 eV and its temperature dependence are given in Casey and Panish[2] with appropriate corrections to the original determinations. A similar value has been obtained by extrapolation from AlGaP alloys by Alferov *et al.*[202] The direct gap of AlP was measured by Monemar[133] to be 3.63 eV at 4 K and 3.62 eV at 77 K, while Bour *et al.*[203] obtained an extrapolation to 300 K of 3.56 eV. The required correction of these results due to the exciton binding energy is unclear. The spin-orbit splitting in AlP should be small, on the order of 0.06–0.07 eV,[101,204] although the actual value has apparently never been measured.

Almost no experimental data are available on the effective masses in AlP. A Γ-valley mass of $0.22m_0$ was calculated using the augmented spherical wave approach.[101] Another *ab initio* calculation[182] yielded $m_l^*=3.67m_0$ and $m_t^*=0.212m_0$ for the $X$ valley, although Issiki *et al.*[205] obtained better agreement with photoluminescence results for AlP/GaP heterostructures using a somewhat smaller $X$-valley mass. We have adjusted the theoretical longitudinal and transverse masses by the same factor to conform to that fitting, although further studies are clearly needed to confirm our projections. Composite values for the Luttinger parameters and the split-off hole mass have been taken from various calculations.[101,106,182] An interband matrix element of 17.7 eV ($F=-0.65$) is given by Lawaetz.[106]

The hydrostatic deformation potentials were calculated by Van de Walle,[129] although a slight correction was found to be necessary when energy level alignments in a GaInP/AlGaInP laser structure were fit.[206] We select $b=-1.5$ eV in accordance with the calculations of O'Reilly[130] and Krijn,[101] although higher values have been computed by Blacha *et al.*[122] No values for the shear deformation potential $d$ appear to have been reported. In the absence of other information, we recommend the value of $d=-4.6$ eV derived for GaP (see previous subsection).

All of the band structure parameters for AlP are collected in Table V.

## F. InP

InP is a direct-gap semiconductor of great technological significance,[4–7,10] since it serves as the substrate for most optoelectronic devices operating at the communications wavelength of 1.55 μm. Numerous studies of the band structure parameters for InP and its alloys have been carried out.



13 October 2026 14:49:21

Rochon and Fortin[207] found the low-temperature direct band gap to be 1.423 eV, with most other reports agreeing to within a few meV.[1] Since exciton rather than interband transitions are usually observed in such absorption measurements, the binding energy of 5 meV has been added to the spectral position of the resonance.[1,207] The temperature dependence of the direct band gap has been reported by Varshni,[27] Casey and Panish,[2] Lautenschlager *et al.*,[208] Hang *et al.*,[209] and Pavesi *et al.*[210] When $T \gg \beta$, the gap decreases linearly with temperature and use of the Varshni expression is not necessary (i.e., $\beta=0$). Lautenschlager *et al.* and Pavesi *et al.* did not use the Varshni functional form, and Hang *et al.* focused primarily on fitting higher-temperature band gaps up to 870 K. We recommend using the Casey and Panish temperature dependence (with a corrected value of $E_g$ at $T=0$) if one's interest is primarily in the temperature range from 0 K to somewhat above room temperature. However, the Lautenschlager *et al.*[211] and Hang *et al.*[212] forms are more appropriate at temperatures well above 300 K.

There are greater uncertainties in the positions of the *X*-valley and *L*-valley conduction-band minima in InP. The *L*-valley minimum is believed to lie 0.4–0.7 eV above the Γ-valley minimum, with the most reliable values favoring an approximately 0.6 eV separation. The temperature dependence is unclear.[1,4,11,201] The $\Gamma-X$ separation has been studied more closely,[1] and the different works have been compared in detail.[213] The inferred low-temperature value is 0.96 eV, with $dE_{\Gamma-X}/dT=-0.37$ meV/K. The spin-orbit splitting was determined as $\Delta_{so}=0.108$ eV by wavelength-modulated reflection[214] and photovoltaic effect[207] measurements.

The Γ-valley electron effective mass in InP has been investigated in great detail by cyclotron resonance, magnetophonon resonance, and magnetospectroscopy of donor transitions. While values have spanned the range $0.068-0.084m_0$.[97,98,108,173,207,215–225] if early and ambiguous determinations are excluded and the polaron correction is estimated to retrieve the bare mass,[99,218] the reasonable range for $m_e^*(T=0)$ narrows to $0.077-0.081m_0$. Averaging the results from different groups, we obtain $m_e^*(T=0)=0.0795m_0$, which is slightly smaller than the typically recommended values of $0.080-0.081m_0$.[1,10] The effective masses for the *L* and *X* valleys are taken from Pitt,[213] although there is some controversy on this point and a different set of parameters was given by Levinshtein *et al.*[11]

Luttinger parameters for InP have been measured using cyclotron resonance,[198] magnetoreflectance,[109,226] the piezomodulated photovoltaic effect,[207] and magnetoabsorption.[227] Furthermore, the valence-band warping was accurately determined by Alekseev *et al.* using hot-carrier photoluminescence,[228,229] and theoretical calculations have also been performed.[101,106] In arriving at our composite parameters, we follow the procedure of averaging the reported values for heavy-hole and light-hole masses along the [100] and [111] directions. The resulting set of $\gamma_1=5.08$, $\gamma_2=1.60$, and $\gamma_3=2.10$ is in good agreement with all of the most reliable experimental results. The split-off hole mass was measured by Rochon and Fortin[207] to be $0.21m_0$.

TABLE VI. Band structure parameters for InP.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $5.8697+2.79\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | 1.4236 | 1.420–1.432 |
| $\alpha(\Gamma)$ (meV/K) | 0.363 | 0.51–1.06 |
| $\beta(\Gamma)$ (K) | 162 | 190–671 |
| $E_g^X$ (eV) | $2.384-3.7\times10^{-4}T$ | 1.48–2.39 |
| $E_g^L$ (eV) | 2.014 | 1.82–2.12 |
| $\alpha(L)$ (meV/K) | 0.363 | ⋯ |
| $\beta(L)$ (K) | 162 | ⋯ |
| $\Delta_{so}$ (eV) | 0.108 | 0.108–0.13 |
| $m_e^*(\Gamma)$ | 0.0795 | 0.068–0.084 |
| $m_{DOS}^*(L)$ | 0.47 | 0.25–0.47 |
| $m_{DOS}^*(X)$ | 0.88 | 0.32–0.88 |
| $\gamma_1$ | 5.08 | 4.61–6.28 |
| $\gamma_2$ | 1.60 | 0.94–2.08 |
| $\gamma_3$ | 2.10 | 1.62–2.76 |
| $m_{so}^*$ | 0.21 | 0.17–0.21 |
| $E_P$ (eV) | 20.7 | 16.6–20.7 |
| $F$ | −1.31 | 0.–(−1.31) |
| VBO (eV) | −0.94 | ⋯ |
| $a_c$ (eV) | −6.0 | −3.4–(−21) |
| $a_v$ (eV) | −0.6 | −0.4–(−7.1) |
| $b$ (eV) | −2.0 | −1.0–(−2.0) |
| $d$ (eV) | −5.0 | −4.2–(−5.0) |
| $c_{11}$ (GPa) | 1011 | ⋯ |
| $c_{12}$ (GPa) | 561 | ⋯ |
| $c_{44}$ (GPa) | 456 | ⋯ |

Lawaetz[106] and Gorczyca *et al.*[118] calculated the interband matrix element $E_P$ in InP to be close to 20 eV. This result is in good agreement with the value of 20.7 eV proposed by Hermann and Weisbuch.[116] However, a number of other experimental determinations have favored a value close to 16.5 eV.[96,117,207,219,223] This discrepancy is easily resolved once it is realized that the majority of references did not consider remote-band effects on the electron mass. The difference between the results of Hermann and Weisbuch[116] and Shantharama *et al.*[96] has already been discussed in connection with the interband matrix element for GaAs. We adopt the former value of $E_P=20.7$ for InP, which implies $F=-1.31$ (the latter result would imply $F\approx0$), although a more detailed examination of this issue is called for in view of the large divergence between the two results.

There is a great deal of variation in the experimental and theoretical deformation potentials for InP as compiled by Adachi.[4] The most reliable values for the conduction-band deformation potential are probably those of Nolte *et al.*[127] (−7 eV) and Van de Walle[129] (−5.04 eV). In combination with the reported direct-gap deformation potential of −6.6 eV,[1] these values imply a rather small shift in the valence band. The shear deformation potentials *b* and *d* have been determined by Camassel *et al.*[214] and are in good agreement with exciton reflectance measurements.[230]

All of the band structure parameters for InP are collected in Table VI.

## G. GaSb

GaSb is often referred to as an intermediate-gap semiconductor, i.e., its gap of ≈0.8 eV is neither as wide as in GaAs



13 October 2026 14:49:21

and InP nor as narrow as in InAs and InSb. Since GaSb forms an increasingly important component of mid-infrared optoelectronic devices,[155] its various alloys have been investigated in some detail. Dutta *et al.* have recently published a comprehensive review of the material and structural properties of GaSb.[231]

Photoluminescence measurements on high-purity layers grown by liquid-phase epitaxy yielded a free exciton transition energy of 0.810 eV at 16 K.[232] Correcting for the exciton binding energy and extrapolating the temperature, we obtain $E_g(T=0)=0.812\,\text{eV}$, which agrees to within 1 meV with earlier determinations[1] and also with the recent transmission measurements of Ghezzi *et al.*[233] Varshni parameters for the direct gap have been given by Casey and Panish,[2] Wu and Chen $(0<T<215\,\text{K})$,[232] Ghezzi *et al.*,[233] Bellani *et al.*,[234] and Joullie *et al.*[235] (numerical values used in that work are given in Ref. 231). The four results that fit the data to room temperature are in excellent agreement with each other, and recommended values have been obtained by simply averaging the Varshni parameters $\alpha$ and $\beta$.

At low temperatures, the $L$ valley in GaSb is only 0.063–0.100 meV higher than the $\Gamma$ valley.[1,11,231,235,236,237] The values near the bottom of that range, which were obtained by electroreflectance[235] and modulation spectroscopy,[236] appear to be the most reliable. The temperature dependence of the $L$-valley minimum is known to be stronger than that of the $\Gamma$ valley.[11,236] The position and temperature dependence of the $X$-valley minimum were determined by Lee and Woolley,[238] although there was some spread in the earlier reports.[1] The spin-orbit splitting was measured by a number of techniques,[1] with a value of 0.76 eV[236] being commonly accepted.

The $\Gamma$-valley band-edge electron mass in GaSb has been studied by a variety of techniques,[175,233,239–245] which produced low-temperature values in the rather narrow range of $0.039-0.042m_0$. The smallness of the spread is rather surprising in consideration of the indirect nature of many of the determinations, which are complicated by the relatively strong conduction-band nonparabolicity in GaSb. Once again, care must be taken to separate results for the polaron and bare effective masses, although as is often the case the polaron correction is no greater than the experimental uncertainty. Averaging produces a bare effective mass of $m_e^*=0.039m_0$ at 0 K. Somewhat higher values for the effective mass have been calculated theoretically.[100–106]

Owing to the small $\Gamma-L$ energy separation in GaSb and the much lower density of states at the $\Gamma$ minimum, at room temperature a significant fraction of the electrons occupy $L$-valley states. Effective masses for those states were measured by cyclotron resonance,[11,244,245] Faraday rotation,[1] and piezoresistance.[1] On the basis of these results, we form composite values of $m_t^*=0.10m_0$ and $m_l^*=1.3m_0$. A large nonparabolicity at the $L$ point has also been reported.[245] Effective masses for the $X$ valley are taken from Levinshtein *et al.*[11]

The Luttinger parameters for GaSb have been determined using a number of experimental and theoretical approaches.[106,239,240,242,243,246,247] On the basis of these results, we suggest the composite values $\gamma_1=13.4$, $\gamma_2=4.7$, and $\gamma_3=6.0$, which are weighted toward the more recent experiments, but are also quite close to the ones typically used in the literature.[248] The split-off hole mass in GaSb was measured by Reine *et al.*[239]

TABLE VII. Band structure parameters for GaSb.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $6.0959+4.72\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | 0.812 | 0.811–0.813 |
| $\alpha(\Gamma)$ (meV/K) | 0.417 | 0.108–0.453 |
| $\beta(\Gamma)$ (K) | 140 | −10–186 |
| $E_g^X$ (eV) | 1.141 | 1.12–1.242 |
| $\alpha(X)$ (meV/K) | 0.475 | ⋯ |
| $\beta(X)$ (K) | 94 | ⋯ |
| $E_g^L$ (eV) | 0.875 | 0.871–0.92 |
| $\alpha(L)$ (meV/K) | 0.597 | ⋯ |
| $\beta(L)$ (K) | 140 | ⋯ |
| $\Delta_{so}$ (eV) | 0.76 | 0.749–0.82 |
| $m_e^*(\Gamma)$ | 0.039 | 0.039–0.042 |
| $m_l^*(L)$ | 1.3 | 1.1–1.4 |
| $m_t^*(L)$ | 0.10 | 0.085–0.14 |
| $m_l^*(X)$ | 1.51 | ⋯ |
| $m_t^*(X)$ | 0.22 | ⋯ |
| $\gamma_1$ | 13.4 | 11–14.5 |
| $\gamma_2$ | 4.7 | 3–5.3 |
| $\gamma_3$ | 6.0 | 4.4–6.6 |
| $m_{so}^*$ | 0.12 | 0.12–0.14 |
| $E_P$ (eV) | 27.0 | ⋯ |
| $F$ | −1.63 | ⋯ |
| VBO (eV) | −0.03 | ⋯ |
| $a_c$ (eV) | −7.5 | ⋯ |
| $a_v$ (eV) | −0.8 | ⋯ |
| $b$ (eV) | −2.0 | ⋯ |
| $d$ (eV) | −4.7 | ⋯ |
| $c_{11}$ (GPa) | 884.2 | ⋯ |
| $c_{12}$ (GPa) | 402.6 | ⋯ |
| $c_{44}$ (GPa) | 432.2 | ⋯ |

The interband matrix element for GaSb has been estimated by several workers.[116,239–243] Here the band structure is more sensitive to the adopted value of $E_P$ than in most materials, because the energy gap is nearly equal to the split-off gap. Therefore, instead of using the result of Hermann and Weisbuch,[116] we determine a composite value $E_P=27.0\,\text{eV}$, which is within the experimental uncertainty of nearly all the reports. This composite implies $F=-1.63$, which is quite close to the results of Reine *et al.*[239] and Roth and Fortin.[243]

An average value for the direct-gap deformation potential $a=-8.3\,\text{eV}$ was determined for GaSb by uniaxial stress and transmission experiments.[1] We adopt the Van de Walle[129] suggestion for the valence-band potential of $a_v=-0.8\,\text{eV}$, and adjust his $a_c$ slightly to produce the consistent value of $a$. There is good agreement between various measurements of the shear deformation potentials in GaSb, as summarized in Landolt–Bornstein.[1]

All of the band structure parameters for GaSb are collected in Table VII.

## H. AlSb

AlSb is an indirect-gap semiconductor with a lattice constant only slightly larger than that of GaSb. In recent years it



13 October 2026 14:49:21

has found considerable use as the barrier material in high-mobility electronic[154] and long-wavelength optoelectronic[155] devices. The direct gap in AlSb was measured using modulation spectroscopy by Alibert *et al.*,[236] spectroscopic ellipsometry by Zollner *et al.*,[249] and also using other methods.[1] Bulk AlSb samples were found to exhibit a gap of 2.35–2.39 eV at liquid-helium temperature, and a $T$ dependence similar to that in GaSb. The conduction-band minima ordering is believed to be the same as in GaP and AlAs: $X-L-\Gamma$, with the $L$ valley only 60–90 meV above the $\Gamma$ valley[236] (also quite similar to GaSb). The indirect gap associated with the lowest $X$ valley was investigated by Sirota and Lukomskii,[250] Mathieu *et al.*,[251] and Alibert *et al.*[236] It has been suggested[1] that early estimates of the band gap needed to be revised, since the exciton binding energy is 19 meV[252] instead of the assumed value of 10 meV.[250] We employ the resulting low-temperature value given in Landolt–Bornstein,[1] along with composite Varshni parameters. The spin-orbit splitting is taken from Alibert *et al.*,[236] which falls near the data compiled in Landolt–Bornstein.[1]

The electron mass in the $\Gamma$ valley was measured using hot-electron luminescence.[253] While the $L$-valley and $X$-valley effective masses have been calculated,[1,254] there appear to be no definitive measurements. It is likely that the $X$ valley in AlSb exhibits a camel's back structure by analogy with AlAs and GaP. Little information is available on the hole masses in AlSb.[253,255] We form our composite values of the Luttinger parameters on the basis of theoretical studies[101,106,182,254] in conjunction with literature values for the hole masses. The interband matrix element is taken from Lawaetz,[106] and the split-off mass is taken to be consistent with Eq. (2.18), although it could be argued that both parameters have a high degree of uncertainty.

The deformation potentials in AlSb were measured at 77 K using a wavelength modulation technique.[256] Once again, we take the valence-band hydrostatic deformation potential calculated by Van de Walle,[129] and make the rest of the results consistent with what appears to be the sole experimental determination.

All of the band structure parameters for AlSb are collected in Table VIII.

TABLE VIII. Band structure parameters for AlSb.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $6.1355+2.60\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | 2.386 | 2.35–2.39 |
| $\alpha(\Gamma)$ (meV/K) | 0.42 | ⋯ |
| $\beta(\Gamma)$ (K) | 140 | ⋯ |
| $E_g^X$ (eV) | 1.696 | 1.68–1.70 |
| $\alpha(X)$ (meV/K) | 0.39 | ⋯ |
| $\beta(X)$ (K) | 140 | ⋯ |
| $E_g^L$ (eV) | 2.329 | 2.327–2.329 |
| $\alpha(L)$ (meV/K) | 0.58 | ⋯ |
| $\beta(L)$ (K) | 140 | ⋯ |
| $\Delta_{so}$ (eV) | 0.676 | ⋯ |
| $m_e^*(\Gamma)$ | 0.14 | 0.09–0.18 |
| $m_l^*(L)$ | 1.64 | ⋯ |
| $m_t^*(L)$ | 0.23 | ⋯ |
| $m_l^*(X)$ | 1.357 | ⋯ |
| $m_t^*(X)$ | 0.123 | ⋯ |
| $\gamma_1$ | 5.18 | 4.15–5.89 |
| $\gamma_2$ | 1.19 | 1.01–1.29 |
| $\gamma_3$ | 1.97 | 1.75–2.25 |
| $m_{so}^*$ | 0.22 | ⋯ |
| $E_P$ (eV) | 18.7 | ⋯ |
| $F$ | −0.56 | ⋯ |
| VBO (eV) | −0.41 | ⋯ |
| $a_c$ (eV) | −4.5 | ⋯ |
| $a_v$ (eV) | −1.4 | ⋯ |
| $b$ (eV) | −1.35 | ⋯ |
| $d$ (eV) | −4.3 | ⋯ |
| $c_{11}$ (GPa) | 876.9 | ⋯ |
| $c_{12}$ (GPa) | 434.1 | ⋯ |
| $c_{44}$ (GPa) | 407.6 | ⋯ |

## I. InSb

InSb is the III–V binary semiconductor with the smallest band gap. For many years it has been a touchstone for band structure computational methods,[257] partly because of the strong band mixing and nonparabolicity that result from the small gap. The primary technological importance of InSb arises from mid-infrared optoelectronics applications.[258]

Numerous studies of the fundamental energy gap and its temperature dependence have been conducted over the last 3 decades.[1,2,11,160,161,164,243,259–264] While there is a broad consensus that $E_g(T=0)=0.235$ eV, several different sets of Varshni parameters have been proposed.[2,164,259,264,265] Averaging parameters from the most reliable references, we obtain the composite set: $\alpha=0.32$ meV/K and $\beta=170$ K. The $L$- and $X$-valley energies are taken from Adachi.[166] The spin-orbit splitting energy was measured to be 0.81–0.82 eV.[183,260]

Experimental and theoretical studies have found band-edge electron masses for InSb in the range $0.012-0.015m_0$.[95,106,168,171,260,262,265–275] A bare effective mass of $0.0135m_0$ at 0 K is in good agreement with a majority of the investigations. On the other hand, little information on the effective masses in the indirect valleys is available. Levinshtein *et al.* quotes a density-of-states effective mass of $0.25m_0$ for the $L$ valley.[11] We have found no explicit theoretical or experimental results for the $X$-valley effective masses, although in principle it should be possible to extract them from pseudopotential calculations that have already been performed for bulk InSb.

A wide variety of experimental and theoretical techniques such as magnetophonon resonance and other magneto-optical approaches have been employed to investigate the valence-band structure of InSb.[106,168,243,265,266,269,276–282] By averaging the values for $\gamma_1$, $m_{hh}^*(001)$, and $m_{hh}^*(111)$, we deduce the composite set: $\gamma_1=34.8$, $\gamma_2=15.5$, $\gamma_3=16.5$. These parameters are in good agreement with the majority of the values found in the cited references. Owing to the narrow energy gap, the light-hole effective mass in InSb is only slightly larger than the electron mass.[168,260,265,267,282,283] The split-off hole mass is estimated to be $0.10-0.11m_0$.[106,260]

Our composite interband matrix element for InSb is 23.2 eV.[106,118,263,269,284] A slightly higher value was deduced by

13 October 2026 14:49:21

TABLE IX. Band structures parameters for InSb.

| Parameters | Recommended values | Range |
|---|---|---|
| $a_{lc}$ (Å) | $6.4794+3.48\times10^{-5}(T-300)$ | ⋯ |
| $E_g^\Gamma$ (eV) | 0.235 | ⋯ |
| $\alpha(\Gamma)$ (meV/K) | 0.32 | 0.299–0.6 |
| $\beta(\Gamma)$ (K) | 170 | 106–500 |
| $E_g^X$ (eV) | 0.63 | ⋯ |
| $E_g^L$ (eV) | 0.93 | ⋯ |
| $\Delta_{so}$ (eV) | 0.81 | 0.8–0.9 |
| $m_e^*(\Gamma)$ | 0.0135 | 0.012–0.015 |
| $m_{DOS}^*(L)$ | 0.25 | ⋯ |
| $\gamma_1$ | 34.8 | 32.4–38.5 |
| $\gamma_2$ | 15.5 | 13.4–18.1 |
| $\gamma_3$ | 16.5 | 15.15–18 |
| $m_{so}^*$ | 0.11 | ⋯ |
| $E_P$ (eV) | 23.3 | ⋯ |
| $F$ | −0.23 | ⋯ |
| VBO (eV) | 0 | ⋯ |
| $a_c$ (eV) | −6.94 | ⋯ |
| $a_v$ (eV) | −0.36 | ⋯ |
| $b$ (eV) | −2.0 | ⋯ |
| $d$ (eV) | −4.7 | ⋯ |
| $c_{11}$ (GPa) | 684.7 | ⋯ |
| $c_{12}$ (GPa) | 373.5 | ⋯ |
| $c_{44}$ (GPa) | 311.1 | ⋯ |

Hermann and Weisbuch,[116] possibly due to an overestimate of the effective $g$ factor. Somewhat lower values for $E_P$ are also encountered in the literature.[243,260] Our corresponding $F$ parameter (−0.23) is close to other determinations.[243,284]

The deformation potentials in InSb have been studied by various optical and electrical techniques.[1,285,286] For the total hydrostatic deformation potential, we take an average value of −7.3 eV. According to the model-solid calculations of Van de Walle,[129] the valence-band deformation potential is rather small by analogy with the other III–V materials. There appears to be a consensus on values for the shear deformation potentials in InSb: $b=-2.0$ and $d=-4.7$.[1,285–287]

All of the recommended band structure parameters for InSb are given in Table IX.

## J. GaN

GaN is a wide-gap semiconductor that usually crystallizes in the wurtzite lattice (also known as hexagonal or $\alpha$-GaN). However, under certain conditions zinc blende GaN (sometimes referred to as cubic or $\beta$-GaN) can also be grown on zinc blende substrates under certain conditions. Under very high pressure, GaN and other nitrides experience a phase transition to the rocksalt lattice structure.[288] If the crystal structure of a nitride semiconductor is not stated in what follows, the wurtzite phase is implied, whereas the zinc blende phase is always explicitly specified. A review of the physical properties of GaN and other group-III nitride semiconductors up to 1994 was edited by Edgar.[289] The status of GaN work in the 1970's was summarized in two reviews[290,291] as well as in Landolt-Bornstein.[1] For a comprehensive recent review of the growth, characterization, and various properties of nitride materials, we refer the reader to the article by Jain *et al.*[292]

### 1. Wurtzite GaN

Unlike any of the non-nitride wide-gap III–V semiconductors discussed above, GaN is a direct-gap material, which has led to its successful application in blue lasers and LEDs.[293] It has been known since the early 1970's that the energy gap in wurtzite GaN is about 3.5 eV.[294,295] However, a precise determination from luminescence experiments is not straightforward, since what is usually measured at cryogenic temperatures are the energies for various pronounced exciton transitions. The identification of these closely spaced resonances is nontrivial. For example, at very low temperatures, the lowest-order $A$, $B$, and $C$ exciton types related to the three valence bands can be resolved, as well as higher-order $A(2s,2p)$ exciton transitions.[296] The situation is further complicated by the excitons bound to various impurities, such as neutral donors.[290] All of these considerations contribute to the rather large experimental uncertainty in the bare direct energy gap at low temperatures.

Early measurements of the temperature-dependent direct gap in wurtzite GaN, which are still the most frequently quoted in the nitride device literature, were performed by Monemar.[297,298] Those experiments yielded a free-$A$-exciton transition energy of 3.475 eV and an estimate of 28 meV for the binding energy. Numerous other PL and absorption studies were published in the 1990s,[296,299–308] which broadened the range of reported $A$-exciton transition energies at 0 K to 3.474–3.507 eV. It has been suggested that this spread is due to variations of the strain conditions present in the different experiments.[309] If we average all of the available experimental values, an exciton transition energy of 3.484 eV is obtained. Experimental binding energies for the $A$ exciton range from 18 to 28 meV.[296,298,302,303,306,310–312] An accurate theoretical determination[313] is out of reach at present owing to the large uncertainty in the reduced mass (primarily associated with the poorly known hole effective mass). We therefore average the most reliable experimental binding energies deduced from the difference between the ground-state and first-excited-state energies of the $A$ exciton.[296,302,303,306,308,310,311] This gives 23 meV for the exciton binding energy, which implies 3.507 eV for the zero-temperature energy gap.

The temperature dependence of the GaN energy gap was first reported by Monemar,[298] who obtained $\alpha=-0.508$ meV/K and $\beta=-996$ K. While the signs of his Varshni coefficients are opposite to all of the other materials considered in this review, a large number of subsequent studies have derived less anomalous results. From optical absorption measurements on bulk and epitaxial layers grown on sapphire, Teisseyre *et al.*[314] obtained $\alpha=0.939$–$1.08$ meV/K and $\beta=745$–$772$ K. For the temperature variation of the $A$ exciton resonance, Shan *et al.* reported $\alpha=0.832$ meV/K and $\beta=836$ K.[299] Petalas *et al.*[315] fixed $\beta=700$ K and found $\alpha=0.858$ meV/K using spectroscopic ellipsometry. Salvador *et al.*[316] obtained $\alpha=0.732$ meV/K and $\beta=700$ K based on PL results. Manasreh[304] reported $\alpha=0.566$–$1.156$ meV/K and $\beta=738$–$1187$ K from absorption measurements on samples grown by MBE and metalorganic chemical vapor deposition. The contactless electroreflectance study of Li *et al.*[307] led to $\alpha=1.28$ meV/K and $\beta=1190$ K



13 October 2026 14:49:21

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 2870 of 2960



for the *A* exciton transition energy. Finally, Zubrilov *et al.*[317] suggested $\alpha = 0.74$ meV/K and $\beta = 600$ K based on exciton luminescence spectra. It is not obvious how to reconcile these diverse parameter sets, especially since in several cases considerably different values are inferred even in the same study. Much of the difficulty stems from the fact that the resonances dominating the exciton spectra at low temperatures are not readily distinguishable at ambient temperature. Our recommended Varshni parameters represent a simple average of the various reported values except the anomalous results of Monemar.[298] This yields $\alpha = 0.909$ meV/K and $\beta = 830$ K, which are in good agreement with the parameters suggested by absorption measurements on AlGaN (a negligible composition dependence was reported).[318] It is fortunate that owing to the small relative change in the band gap energy (only 72 meV between 0 and 300 K), the precise choice of Varshni parameters has only a modest impact on the device characteristics.

The indirect energy gaps in GaN are much larger than the direct gap. Few studies have attempted to resolve them, although various estimates of the critical points are available from theory and experiment.[1,290,319–323] Considering the huge uncertainties in the indirect gaps and their lack of importance to device applications, we do not recommended values for the wurtzite forms of the nitride materials. Zinc blende indirect gaps are specified in the tables, however, because they are smaller and somewhat better known.

In contrast to most zinc blende materials, for which only the spin-orbit splitting must be specified, in wurtzite materials the crystal-field splitting is at least as important and cannot be ignored if one wishes to recover a realistic description of the valence-band states (see Sec. II for details).[324] In the following, we take $\Delta_2 = \Delta_3 = \Delta_{so}/3$ and $\Delta_1 = \Delta_{cr}$. An early study of Dingle *et al.* found $\Delta_{cr} = 22$ meV and $\Delta_{so} = 11$ meV.[294] A more recent and detailed analysis by Gil *et al.* yielded the values $\Delta_{cr} = 10$ meV and $\Delta_{so} = 18$ meV.[301] Reynolds *et al.* obtained $\Delta_{cr} = 25$ meV and $\Delta_{so} = 17$ meV from a fit of their exciton data.[311] Using a more precise description of the strain variation of the valence band-edge energies, Chuang and Chang reanalyzed the Gil *et al.* data and derived $\Delta_{cr} = 16$ meV and $\Delta_{so} = 12$ meV.[325] From a similar approach, Shikanai *et al.* obtained $\Delta_{cr} = 22$ meV and $\Delta_{so} = 15$ meV from their own data. *Ab initio* theoretical calculations[326] support a rather small value for the spin-orbit splitting ($\leqslant 10$ meV), but tend to overestimate the crystal-field splitting. To obtain our recommended set of $\Delta_{cr} = 19$ meV and $\Delta_{so} = 14$ meV, we averaged all of the reported values with the exception of those from the first-principles theory.

The bottom of the conduction band in GaN is well approximated by a parabolic dispersion relation, although a slight anisotropy (resulting from the reduced lattice symmetry) is not ruled out.[327] In early studies, Barker and Illegems[328] obtained an effective mass of $0.20m_0$ from plasma reflection measurements, Rheinlander and Neumann[329] inferred $0.27m_0$ from the Faraday rotation, and Sidorov *et al.*[330] derived values of $0.1m_0$–$0.28m_0$, depending on what primary scattering channel was assumed, from fits to the thermoelectric power. Other early values may be found in the reviews from the 1970s.[291,290] However, a considerable body of recent work has led to more precise evaluations of the effective mass. Meyer *et al.*[331] and Witowski *et al.*[332] used measurements of the shallow-donor transition energies to obtain masses of $0.236m_0$ and $0.222m_0$, respectively. The latter result has the smallest error bounds quoted in the literature (0.2%). Drechsler *et al.* pointed out the importance of the polaron correction in GaN since it is so strongly polar (10%), and derived a bare mass of $0.20m_0$ from cyclotron resonance measurements.[333] Perlin *et al.*[334] obtained similar results using infrared-reflectivity and Hall-effect measurements, and additionally found the anisotropy to be less than 1%. A slightly higher dressed mass of $0.23m_0$ was recently obtained by Wang *et al.*[335] and Knap *et al.* The former may require a slight downward revision because the electron gas was confined in a quantum well, whereas the latter report apparently corrected for that effect.[336] No appreciable correction appears to be necessary for the measurement by infrared ellipsometry on bulk *n*-doped GaN reported by Kasic *et al.*,[337] in which a marginally anisotropic electron effective mass with the values of $0.237 \pm 0.006m_0$ and $0.228 \pm 0.008m_0$ along the two axes was obtained. Finally, Elhamri *et al.*,[338] Saxler *et al.*,[339] Wong *et al.*,[340] and Wang *et al.*[341] determined masses ranging from $0.18m_0$ to $0.23m_0$ from Shubnikov–de Haas oscillations in the two-dimensional (2D) electron gas at a GaN/AlGaN heterojunction. It was suggested[338] that strain effects may have to some extent compromised the masses obtained by some of the other studies. Our recommendation of $0.20m_0$ for the bare mass is close to the consensus from the investigations of bulk materials, and to the average from the studies of 2D electrons.

The experimental information presently available is sufficient only to suggest an approximate band-edge effective mass for the holes. Factors contributing to this uncertainty include strong nonparabolicity near the valence-band edge and the close proximity of heavy-, light-, and crystal-hole bands [see the schematic diagram in Fig. 4(b)].[325] In order to derive the various parameters needed to characterize the valence band of a wurtzite material, one must resort to theoretical projections.[327,342] In the cubic approximation, these parameters may also be recast in terms of the Luttinger parameters familiar from the case of the zinc blende materials.[324] While early work suggested a GaN hole effective mass of $0.8m_0$.[290,343,344] consideration of the acceptor binding energies led Orton[345] to suggest a much smaller value of $0.4m_0$. An even smaller mass of $0.3m_0$ was obtained by Salvador *et al.* from a fit to the PL results.[316] On the other hand, the excess-carrier lifetime measurements of Im *et al.* indicated a very heavy hole mass of $2.2m_0$.[305] Merz *et al.* obtained an isotropically averaged heavy-hole mass of $0.54m_0$ from luminescence data.[303] Fits of the exciton binding energies yielded hole masses in the range $0.9$–$1.2m_0$.[308,346] Finally, an infrared ellipsometric study by Kasic *et al.* yielded a hole mass of $1.4m_0$ for *p*-doped GaN.[337] It should be pointed out that most of these experimental values are somewhat lower than the theoretical masses derived by Suzuki *et al.*,[327] which are commonly used in band structure calculations, and are much lower than

13 October 2026 14:49:21

the pseudopotential results of Yeo *et al.*[323] On the other hand, first-principles calculations by Chen *et al.* produced a smaller density-of-states effective mass of $0.6m_0$.[302] An alternative set of effective-mass parameters was recently calculated from a pseudopotential model by Dugdale *et al.*[347] Their electron mass is lower than the experimental results, which may indicate lower accuracy of the *A* parameters. Yet another parameter set was extracted from empirical pseudopotential calculations by Ren *et al.*[38] That work succeeded in theoretically extracting the inversion parameter $A_7 = 93.7$ meV/Å from a comparison with empirical pseudopotential calculations. Our recommendation is to use the effective-mass parameters of Suzuki *et al.*,[327] which imply an average hole mass approximately equal to the free electron value ($m_0$). It is hoped that a theoretical band structure picture that is fully consistent with the recent experimental results will be developed in the near future.

In principle, there are two independent momentum matrix elements in wurtzite GaN. However, the assumption that the electron mass anisotropy is small implies that these are nearly equal. Insofar as no information is available on the effects of remote bands on the wurtzite GaN band structure, that interaction is neglected. If one then derives an interband matrix element directly from the electron effective mass, the result is $E_P = 14$ eV$(F=0)$. While there is one report[305] of $E_P = 7.7$ eV in wurtzite GaN, that would imply a unrealistic positive *F* parameter.

Six distinct valence-band deformation potentials, in addition to the strain tensor and the overall hydrostatic deformation potential, are necessary to describe the band structure of GaN under strain. Using the cubic approximation, these can be re-expressed in terms of the more familiar $a_v$, *b*, and *d* potentials.[324] Christensen and Gorczyca[319] reported a hydrostatic deformation potential $a = -7.8$ eV, which is in good agreement with fits to the data of Gil *et al.* (−8.16 eV).[301] A somewhat lower $a = -6.9$ eV was derived from an *ab initio* calculation by Kim *et al.*[348] Shan *et al.*[349] noted that the hydrostatic deformation potential should be anisotropic due to the reduced symmetry of the wurtzite crystal, and gave the values: $a_1 = -6.5$ eV and $a_2 = -11.8$ eV for the two components. These are our recommended values. Numerous sets of valence-band deformation potentials have been derived from both first-principles calculations[325,342,350] and fits to experimental data.[301,306,349] There are considerable discrepancies between the reported data, with variations of nearly a factor of 6 in some cases. Obviously, further work is needed to resolve this controversy. We form our composite set of deformation potentials by selecting those values that seem to be most representative of the majority of results: $D_1 = -3.0$ eV,[350] $D_2 = 3.6$ eV,[350] $D_3 = 8.82$ eV,[306] $D_4 = -4.41$ eV,[306] $D_5 = -4.0$ eV,[350] and $D_6 = -5.1$ eV (derived by adopting the cubic approximation[325]).

The determination of elastic constants for wurtzite GaN has been reviewed by Wright,[351] who compared the results of a number of experiments[352–355] with two calculations.[348,351] Overall, theory agrees best with the data of Polian *et al.*,[353] who obtained the recommended values: $C_{11} = 390$ GPa, $C_{12} = 145$ GPa, $C_{13} = 106$ GPa, $C_{33} = 398$ GPa, and $C_{44} = 105$ GPa. However, there are significant disagreements between the various experimental results, so that in contrast to the zinc blende materials the elastic constants for GaN remain somewhat controversial.

Very few measurements of the piezoelectric coefficients in GaN have been reported. Guy *et al.*[356,357] performed a careful study, which pointed out the differences between the coefficients in a bulk material versus a strained thin film. Coefficients of $d_{33} = 3.7$ pm/V and $d_{13} = -1.9$ pm/V were deduced for the bulk GaN from the single-crystal thin-film value $d_{33} = 2.8$ pm/V and the relation $d_{13} = -d_{33}/2$. Another measurement by Lueng *et al.* yielded a thin-film value $d_{33} = 2.13$ pm/V.[358] The latter measurement had the inherent uncertainty of an AlN buffer layer being present. Bykhovski *et al.* attempted to derive the $e_{31}$ and $e_{33}$ coefficients from the $e_{14}$ coefficient in zinc blende GaN, obtaining values of $e_{31} = -0.22$ C/m$^2$ and $e_{33} = 0.43$ C/m$^2$.[359] Bernardini *et al.* employed a first-principles calculation to derive $e_{31} = -0.49$ C/m$^2$ and $e_{33} = 0.73$ C/m$^2$.[360] A calculation of Shimada *et al.* yielded values of $e_{31} = -0.32$ C/m$^2$ and $e_{33} = 0.63$ C/m$^2$.[361] We recommend using the *d* coefficients from the experimental study of Guy *et al.* and use the assumed elastic constants to obtain the *e* coefficients: $e_{31} = -0.35$ C/m$^2$ and $e_{33} = 1.27$ C/m$^2$, which turn out to be somewhat different from those calculated in the original report.[357]

Only two first-principles calculations of the spontaneous polarization in GaN are available.[360,362] Very different values of $P_{sp} = -0.029$ C/m$^2$ and $P_{sp} = -0.074$ C/m$^2$ were reported. In one of the papers,[362] it was noted that the computed spontaneous polarization is highly sensitive to the values of the internal structure parameters such as the lengths of the atomic bonds. This consideration may prevent an accurate theoretical evaluation of the spontaneous polarization for realistic nitride structures. Since only *differences* in the spontaneous polarization are important in heterostructure band calculations, we defer a full discussion of the experimental probes of the spontaneous polarization in GaN/AlGaN quantum wells until the AlN section. The band structure parameters for wurtzite GaN are compiled in Table X.

### 2. Zinc blende GaN

A number of theoretical and experimental studies of the energy gap for the zinc blende phase of GaN have been reported.[315,363–371] Some works rely on an explicit comparison with the better understood case of wurtzite GaN, whereas the most accurate appear to come from low-temperature luminescence measurements[372–374] of the free-exciton peak, which is estimated to be 26.5 meV below the energy gap. Experimentally, the low-temperature energy gaps range from 3.2 to 3.5 eV, although the most reliable values fall approximately midway, between 3.29 and 3.35 eV.[365,367,368] We recommend a value of 3.299 eV obtained from averaging the results of the luminescence measurements. The temperature dependence of the energy gap was studied in detail by Ramirez-Flores *et al.*[368] and Petalas *et al.*[315] Although the two studies obtain the same $\beta = 600$ K (using the more reliable model 1 in Ref. 315), the $\alpha$ parameters are different, and we recommend using an average value of 0.593 meV/K. Although the indirect-gap energies have not been measured, a



13 October 2026 14:49:21

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 2872 of 2960



TABLE X. Recommended band structure parameters for wurtzite nitride binaries.

| Parameters | GaN | AlN | InN |
|---|---|---|---|
| $a_{lc}$ (Å) at $T=300$ K | 3.189 | 3.112 | 3.545 |
| $c_{lc}$ (Å) at $T=300$ K | 5.185 | 4.982 | 5.703 |
| $E_g$ (eV) | 3.507 | 6.23 | 1.994 |
| $\alpha$ (meV/K) | 0.909 | 1.799 | 0.245 |
| $\beta$ (K) | 830 | 1462 | 624 |
| $\Delta_{cr}$ (eV) | 0.019 | −0.164 | 0.041 |
| $\Delta_{so}$ (eV) | 0.014 | 0.019 | 0.001 |
| $m_e^{\parallel}$ | 0.20 | 0.28 | 0.12 |
| $m_e^{\perp}$ | 0.20 | 0.32 | 0.12 |
| $A_1$ | −6.56 | −3.95 | −8.21 |
| $A_2$ | −0.91 | −0.27 | −0.68 |
| $A_3$ | 5.65 | 3.68 | 7.57 |
| $A_4$ | −2.83 | −1.84 | −5.23 |
| $A_5$ | −3.13 | −1.95 | −5.11 |
| $A_6$ | −4.86 | −2.91 | −5.96 |
| $E_P$ (eV) | 14.0 | 14.5 | 14.6 |
| $F$ | 0 | 0 | 0 |
| VBO (eV) | −2.64 | −3.44 | −1.59 |
| $a_1$ (eV) | −6.5 | −9.0 | −3.5 |
| $a_2$ (eV) | −11.8 | −9.0 | −3.5 |
| $D_1$ (eV) | −3.0 | −3.0 | −3.0 |
| $D_2$ (eV) | 3.6 | 3.6 | 3.6 |
| $D_3$ (eV) | 8.82 | 9.6 | 8.82 |
| $D_4$ (eV) | −4.41 | −4.8 | −4.41 |
| $D_5$ (eV) | −4.0 | −4.0 | −4.0 |
| $D_6$ (eV) | −5.1 | −5.1 | −5.1 |
| $c_{11}$ (GPa) | 390 | 396 | 223 |
| $c_{12}$ (GPa) | 145 | 137 | 115 |
| $c_{13}$ (GPa) | 106 | 108 | 92 |
| $c_{33}$ (GPa) | 398 | 373 | 224 |
| $c_{44}$ (GPa) | 105 | 116 | 48 |
| $e_{13}$ (C/m$^2$) | −0.35 | −0.50 | −0.57 |
| $e_{33}$ (C/m$^2$) | 1.27 | 1.79 | 0.97 |
| $P_{sp}$ (C/m$^2$) | −0.029 | −0.081 | −0.032 |

TABLE XI. Recommended band structure parameters for zinc blende nitride binaries.

| Parameters | GaN | AlN | InN |
|---|---|---|---|
| $a_{lc}$ (Å) at $T=300$ K | 4.50 | 4.38 | 4.98 |
| $E_g^{\Gamma}$ (eV) | 3.299 | 4.9 | 1.94 |
| $\alpha(\Gamma)$ (meV/K) | 0.593 | 0.593 | 0.245 |
| $\beta(\Gamma)$ (K) | 600 | 600 | 624 |
| $E_g^X$ (eV) | 4.52 | 6.0 | 2.51 |
| $\alpha(X)$ (K) | 0.593 | 0.593 | 0.245 |
| $\beta(X)$ (meV/K) | 600 | 600 | 624 |
| $E_g^L$ (eV) | 5.59 | 9.3 | 5.82 |
| $\alpha(L)$ (K) | 0.593 | 0.593 | 0.245 |
| $\beta(L)$ (meV/K) | 600 | 600 | 624 |
| $\Delta_{so}$ (eV) | 0.017 | 0.019 | 0.006 |
| $m_e^*(\Gamma)$ | 0.15 | 0.25 | 0.12 |
| $m_l^*(X)$ | 0.5 | 0.53 | 0.48 |
| $m_t^*(X)$ | 0.3 | 0.31 | 0.27 |
| $\gamma_1$ | 2.67 | 1.92 | 3.72 |
| $\gamma_2$ | 0.75 | 0.47 | 1.26 |
| $\gamma_3$ | 1.10 | 0.85 | 1.63 |
| $m_{so}^*$ | 0.29 | 0.47 | 0.3 |
| $E_P$ (eV) | 25.0 | 27.1 | 25.0 |
| $F$ | −0.92 | 0.76 | −0.92 |
| VBO (eV) | −2.64 | −3.44 | −2.38 |
| $a_c$ (eV) | −2.2 | −6.0 | −1.85 |
| $a_v$ (eV) | −5.2 | −3.4 | −1.5 |
| $b$ (eV) | −2.2 | −1.9 | −1.2 |
| $d$ (eV) | −3.4 | −10 | −9.3 |
| $c_{11}$ (GPa) | 293 | 304 | 187 |
| $c_{12}$ (GPa) | 159 | 160 | 125 |
| $c_{44}$ (GPa) | 155 | 193 | 86 |

recent calculation of Fan *et al.* puts the $X$-valley and $L$-valley minima at 1.19 and 2.26 eV above the $\Gamma$ valley, respectively.[369] Ramirez-Flores *et al.*[368] have measured the spin-orbit splitting in zinc blende GaN to be 17 meV.

Electron spin resonance measurements indicated an electron effective mass of $0.15m_0$ in zinc blende GaN.[375] Since this appears to be the only experimental result, we adopt it as our recommendation. Similar $\Gamma$-valley effective masses were derived from first-principles calculations by Chow *et al.*[376] and Fan *et al.*[369] Effective masses of $m_l^*=0.5m_0$ and $m_t^*=0.3m_0$ were recently calculated for the $X$ valley in GaN,[370] which are similar to values obtained by Fan *et al.*[369] The convergence of results from two different studies allows us to adopt these as our recommended values.

Although the hole effective masses in zinc blende GaN have not been measured, a number of theoretical sets of Luttinger parameters are available.[369–378] In order to derive our recommended values, we average the heavy-hole and light-hole masses along [001] as well as the degree of anisotropy $\gamma_3-\gamma_2$. This results in the following parameter set: $\gamma_1=2.67$, $\gamma_2=0.75$, and $\gamma_3=1.10$. When all of the reported[369–371,379] split-off masses are averaged, we obtain $m_{so}^*=0.29m_0$.

Two theoretical values for $E_P$ in zinc blende GaN have been reported in the literature.[371,379] An average of the two yields $E_P=25.0$ eV, which in turn implies $F=-0.92$. A note of caution is that these values have not been verified experimentally.

Various calculations put the hydrostatic deformation potential for zinc blende GaN in the range between −6.4 and −8.5 eV.[42,319,369,370,376,380] We choose an average value of $a=-7.4$ eV. The same procedure is followed in obtaining the recommended values of $a_v=-5.2$ eV (−0.69 to −13.6 eV range) and $b=-2.2$ eV (−1.6 to −3.6 eV range). The value of $d=-3.4$ eV is an average between the only published values from Ohtoshi *et al.*[380] and Van de Walle and Neugebauer.[381] No experimental confirmations of any of these deformation potentials for zinc blende GaN appear to exist. Elastic constants of $C_{11}=293$ GPa, $C_{12}=159$ GPa, and $C_{44}=155$ GPa are taken from the theoretical analysis of Wright.[351] Very similar sets were calculated by Kim *et al.*[382] and Bechstedt *et al.*[362] The band structure parameters for zinc blende GaN are compiled in Table XI.

## K. AlN

Although binary AlN is rarely used in practical devices, it represents the end point for the technologically important AlGaN alloy. As in the case of GaN, both wurtzite and zinc blende forms of AlN can in principle be grown, although the growth of zinc blende AlN has not been reported. Wurtzite AlN has the distinction of being the only Al-containing III–V semiconductor compound with a direct energy gap.

13 October 2026 14:49:21

Furthermore, it is the largest-gap material that is still commonly considered to be a semiconductor. The absorption measurements of Yim *et al.*[383] and Perry and Rutz[384] indicate that the energy gap in wurtzite AlN varies from 6.28 eV at 5 K to 6.2 eV at room temperature. Varshni parameters of $\alpha = 1.799$ meV/K and $\beta = 1462$ K were reported by Guo and Yoshida, who also found the low-temperature gap to be 6.13 eV.[385] A similar energy gap was reported by Vispute *et al.*[386] With the aid of cathodoluminescence experiments, Tang *et al.*[387] resolved at 300 K what they believed to be the free or shallow-impurity-bound exciton, at an energy of 6.11 eV. We recommend an intermediate value of 6.23 eV for the low-temperature band gap, in conjunction with the Varshni parameters of Guo and Yoshida.[385] Although Brunner *et al.*[318] also reported Varshni parameters, the finding of no significant differences from GaN for the entire composition range of the AlGaN alloy may indicate that their results are somewhat less reliable.

The crystal-field splitting in AlN is believed to be negative, which implies that the topmost valence band is crystal hole-like. Suzuki *et al.*[327] calculated $\Delta_{cr} = -58$ meV, whereas Wei and Zunger[326] obtained $\Delta_{cr} = -217$ meV. Pugh *et al.*[371] cited values of −104 and −169 meV from first-principles and semiempirical pseudopotential calculations, respectively, and Kim *et al.*[388] obtained $\Delta_{cr} = -215$ meV. Averaging all of the available theoretical crystal-field splittings, we obtain our recommended value of $\Delta_{cr} = -164$ meV. Spin-orbit splittings ranging from 11[371] to 20 meV[327] have been cited in the literature. We adopt the value of 19 meV suggested by Wei and Zunger.[326] Again, it is important to emphasize that our recommendations for the crystal-field and spin-orbit splittings in AlN have only provisional status, since it appears that no experimental data exist.

A number of calculations are available for the electron effective mass in AlN.[327,371,388] A greater anisotropy than in wurtzite GaN is predicted.[327] The recommended values of $m_e^{\perp} = 0.28m_0$ and $m_e^{\parallel} = 0.32m_0$ were obtained by averaging all available theoretical masses, although it is again noted that experimental studies are needed to verify these calculations. We recommend the valence-band effective mass parameters of Suzuki *et al.*[327] An alternative set of *A* parameters was recently published by Dugdale *et al.*[347] The apparent disagreement in signs in various papers for $A_5$ and $A_6$ is ignored, since only absolute values of these parameters enter the Hamiltonian.[371,388]

The hydrostatic deformation potential for wurtzite AlN is believed to lie in the range between −7.1 and −9.5 eV.[319,348] We select a median value of −9.0 eV, which is consistent with the observation that the band gap pressure coefficients in AlGaN alloys have little dependence on composition.[389] Theoretical values are also available for a few of the valence-band deformation potentials ($D_3 = 9.6$ eV, $D_4 = -4.8$ eV).[348] The elastic constants in wurtzite AlN were measured by Tsubouchi *et al.*[390] and McNeil *et al.*[391] We recommend the values $C_{11} = 396$ GPa, $C_{12} = 137$ GPa, $C_{13} = 108$ GPa, $C_{33} = 373$ GPa, and $C_{44} = 116$ GPa suggested by Wright, who provides a detailed discussion of their expected accuracy.[351]

Several early measurements[392,393] of the piezoelectric coefficient in AlN were compiled in Ref. 357. That reference obtained $d_{33} = 5.6$ pm/V and $d_{13} = -2.8$ pm/V, which were rather similar to the previous determinations. The available calculations[360,361,394] are in reasonable agreement with the experimental values. Two rigorous calculations[360,362] of the spontaneous polarization in AlN have been performed with the reported results of $P_{sp} = -0.081$ C/m$^2$ and $P_{sp} = -0.12$ C/m$^2$. The effect of the spontaneous polarization on the optical properties of GaN/AlGaN quantum wells was observed by Leroux *et al.*[395,396] However, it was found that the results were consistent with a lower value for the spontaneous polarization in AlN($-0.051 < P_{sp} < -0.036$ C/m$^2$). A study of the charging of GaN/AlGaN field-effect transistors led to similar conclusions.[397] Hogg *et al.* were able to fit their luminescence data by assuming negligible spontaneous polarization.[398] Park and Chuang[399] required $P_{sp} = -0.040$ C/m$^2$ to reproduce their GaN/AlGaN quantum-well data. On the other hand, Cingolani *et al.* reported good agreement with experiment using the original Bernardini *et al.*[360] calculation.[400] The magnitude of the estimated spontaneous polarization is dependent on the assumed piezoelectric coefficients. It may be possible to explain the remaining discrepancy between the majority of the experimental investigations and the Bernardini *et al.* calculation if a linear interpolation of $P_{sp}$ is invalid for the AlGaN alloy, due to either bowing or long-range ordering. At this juncture, we recommend the calculated value and note that the controversy will likely be resolved in future work. The recommended band structure parameters for wurtzite AlN are compiled in Table X.

Zinc blende AlN is projected to be an indirect-band gap material, with *X*-, Γ-, and *L*-valley gaps of 4.9, 6.0, and 9.3 eV, respectively.[319,369,371] The spin-orbit splitting is believed to be the same as in wurtzite AlN (19 meV).[326] Averaging the theoretical results from different sources,[369,371,378,379,388] we obtain the recommended Γ-valley effective mass of $0.25m_0$. The longitudinal and transverse masses for the *X* valley are predicted to be $0.53m_0$ and $0.31m_0$, respectively.[369] The same procedure employed for GaN yields the recommended Luttinger parameters:[369,371,378,379,388] $\gamma_1 = 1.92$, $\gamma_2 = 0.47$, and $\gamma_3 = 0.85$ ($m_{so} = 0.47m_0$). The momentum matrix element is taken to be an average of the reported values:[371,379] $E_P = 27.1$ eV ($F = 0.76$). Hydrostatic deformation potentials of −9.0 eV[319] and −9.8 eV[369] have been reported. Our recommended values for the deformation potentials are $a = -9.4$ eV, $a_v = -3.4$ eV,[42,369] $b = -1.9$ eV,[369,381] and $d = -10.0$ eV.[348,381] The elastic constants of $C_{11} = 304$ GPa, $C_{12} = 160$ GPa, and $C_{44} = 193$ GPa are adopted from the calculations of Wright.[351] Similar sets were quoted in other theoretical works.[362,382,401] The recommended band structure parameters for zinc blende AlN are compiled in Table XI.

### L. InN

Although InN is rarely if ever used in devices in its binary form, it forms an alloy with GaN that is at the core of the blue diode laser.[293] Especially since some degree of seg-



13 October 2026 14:49:21

regation is believed to occur when that alloy is grown, it is important to understand the properties of bulk InN in its wurtzite phase. Osamura *et al.*[402] measured the energy gap at 78 K to be 2.0 eV (although for the purposes of the quadratic fit for GaInN, a different gap was stated in the abstract of that article), which became approximately 60 meV lower at room temperature. The absorption measurements of Puychevrier and Menoret[403] on polycrystalline InN indicated gaps of 2.21 and 2.09 eV at 77 and 300 K, respectively. Another set of absorption measurements by Tyagai *et al.*[404] yielded $E_g = 2.05$ eV at 300 K. The result of Tansley and Foley,[405] $E_g = 1.89$ eV at 300 K for high-purity InN thin films, is often quoted in the literature. It is judged more reliable than earlier experiments performed on samples with high electron densities. An even lower gap was obtained by Westra and Brett,[406] although in their case a high electron density was also present. Varshni parameters of $\alpha = 0.245$ meV/K and $\beta = 624$ K were reported by Guo and Yoshida[385] for wurtzite InN, along with low-temperature and room-temperature gaps of 1.994 and 1.97 eV, respectively. These values, which closely resemble a previous result from the same group,[407] represent our recommended temperature dependence. The recommended crystal-field and spin-orbit splittings of 41 and 1 meV, respectively, are taken from the calculation of Wei and Zunger.[326]

There appear to be only two measurements of the electron mass in InN, which found values of $0.11m_0$[404] and $0.12m_0$.[408] We recommend the latter, since it closely matches the theoretical projection.[321] Valence-band effective-mass parameters were calculated by Yeo *et al.*[323] using the empirical pseudopotential method, by Pugh *et al.*[371] and Dugdale *et al.*[347] using essentially the same techniques. The results of the first two studies are quite similar, and we recommend the parameters derived by Pugh *et al.*[371]

Christensen and Gorczyca predicted a hydrostatic deformation potential of −4.1 eV for wurtzite InN,[319] although a smaller value of −2.8 eV was calculated by Kim *et al.*[348] We recommend the average of $a = -3.5$ eV. Since apparently there have been no calculations of the valence-band deformation potentials, we recommend appropriating the set specified above for GaN. While elastic constants were measured by Sheleg and Savastenko,[352] we recommend the improved set of Wright:[351] $C_{11} = 223$ GPa, $C_{12} = 115$ GPa, $C_{13} = 92$ GPa, $C_{33} = 224$ GPa, and $C_{44} = 48$ GPa. The piezoelectric coefficients and spontaneous polarization for InN are taken from the calculation by Bernardini *et al.*[360] The recommended band structure parameters for wurtzite InN are compiled in Table X.

Although the growth of zinc blende InN has been reported,[409] only theoretical estimates are available for any of its band parameters. It is predicted to be a direct-gap material, with Γ-, *X*-, and *L*-valley gaps of 1.94, 2.51, and 5.82 eV, respectively.[370] The spin-orbit splitting is projected to be 6 meV.[326] We recommend an electron effective mass identical to that in wurtzite InN, $0.12m_0$, which is in the middle of the range $0.10–0.14m_0$ that has been calculated.[370,371,379] The longitudinal and transverse masses for the *X* valley are predicted to be $0.48m_0$ and $0.27m_0$, respectively.[370] The recommended Luttinger parameter set: $\gamma_1 = 3.72$, $\gamma_2 = 1.26$, and $\gamma_3 = 1.63$ is from the results of Pugh *et al.*,[371] and the split-off mass is chosen to be $m^*_{so} = 0.3m_0$.[370,371] For the hydrostatic deformation potential, an average of −3.35 eV from the theoretical[319,348,370] range of −2.2 to −4.85 eV is recommended. Valence-band deformation potentials are taken from a combination of the calculations of Wei and Zunger,[42] Kim *et al.*,[370] and Van de Walle and Neugebauer:[381] $a_v = -1.5$ eV, $b = -1.2$ eV, and $d = -9.3$ eV. Elastic constants of $C_{11} = 187$ GPa, $C_{12} = 125$ GPa, and $C_{44} = 86$ GPa have been adopted from the calculations of Wright.[351] Similar sets were derived from other calculations.[362,382] The recommended band structure parameters for zinc blende InN are compiled in Table XI.

## IV. TERNARY ALLOYS

For all of the ternary alloys discussed below, the dependence of the energy gap on alloy composition is assumed to fit a simple quadratic form:[410]

$$E_g(A_{1-x}B_x) = (1-x)E_g(A) + xE_g(B) - x(1-x)C, \tag{4.1}$$

where the so-called bowing parameter *C* accounts for the deviation from a linear interpolation (virtual-crystal approximation) between the two binaries *A* and *B*. The bowing parameter for III–V alloys is typically positive (i.e., the alloy band gap is smaller than the linear interpolation result) and can in principle be a function of temperature. The physical origin of the band gap bowing can be traced to disorder effects created by the presence of different cations (anions).[410] A rough proportionality to the lattice mismatch between the end-point binaries has also been noted.[201]

In what follows, the bowing concept has been generalized to include quadratic terms in the alloy-composition series expansions for several other band parameters as well, which in some cases may be attributable to specific physical mechanisms but in others simply represent empirical fits to the experimental data. We will employ the above functional form for all parameters and, with minor exceptions, neglect higher-order terms in the expansions. Since full self-consistency has been imposed upon all of the recommended parameter sets, we will give only bowing parameters for the alloy properties, and note that the end points may be found in the tables corresponding to the relevant binaries.

We also point out that since the Γ-valley electron mass $m^*_e$ can be obtained from Eq. (2.15) in conjunction with the specified values for $E_g$, $E_P$, $\Delta_{so}$, and *F*, it is not an independent quantity. In compiling the tables for binaries, we have assured that the values given for the mass and the other parameters are consistent with Eq. (2.15). For alloys, the suggested approach is to: (1) interpolate linearly the $E_P$ and *F* parameters,[115] (2) use the bowing parameter specified for the alloy to derive $E_g(T)$ and $\Delta_{so}(T)$ from Eq. (4.1), and (3) obtain the temperature-dependent electron mass in the alloy from Eq. (2.15). While this procedure yields a complex dependence of the effective mass on composition, it assures self-consistency and in all of the cases that we are aware of it appears to be reliable. Simpler approximations are naturally



13 October 2026 14:49:21

sometimes possible. In the tables, we attempt to give electron mass bowing parameters that are consistent with the above procedure.

Linear interpolations are suggested for the electron masses in the $X$ and $L$ valleys, split-off hole mass, and heavy-hole and light-hole masses along the [001] direction.[146] In order to estimate the valence-band warping, the suggested procedure is to interpolate the $\gamma_3-\gamma_2$ difference. Direct interpolation of the individual Luttinger parameters is *not* recommended. Lattice constants and elastic moduli may also be linearly interpolated.

## A. Arsenides

### 1. AlGaAs

AlGaAs is the most important and the most studied III–V semiconductor alloy. Its key role in a variety of transistor and optoelectronic devices has necessitated a precise knowledge of the fundamental energy gap as well as the alignment of the three main conduction-band valleys. Investigations are complicated by the fact that whereas GaAs is a direct-gap material with $\Gamma-L-X$ valley ordering. AlAs is an indirect material with exactly the reverse ordering. Particular attention has been devoted to the crossover point, at which the $\Gamma$ and $X$ valley minima have the same energies.

Bowing parameters from 0.14 to 0.66 eV have been proposed for the $\Gamma$-valley energy gap when Eq. (4.1) is used for all compositions of $Al_xGa_{1-x}As$.[8,92,140,142,143,411] Casey and Panish suggested a linear $x$ dependence in the range $0<x<0.45$ (also supported by other data)[412–415] and a quadratic dependence when $0.45<x<1$.[2] Using spectroscopic ellipsometry to derive the positions of the critical points, Aspnes *et al.* obtained a composition-dependent bowing parameter: $C=(-0.127+1.310x)$ eV.[416] A small bowing parameter was favored on theoretical grounds,[410] although a more recent treatment by Magri and Zunger[417,418] gave a complex fourth-order dependence reminiscent of the Aspnes *et al.* result. Although the bowing parameters that we recommend in all other cases (with the exception of the direct gap in AlGaSb) are not a function of composition, in the present case it appears that much more accurate results can be obtained by using the cubic form of Aspnes *et al.* There is insufficient data to determine the temperature dependence of the bowing parameter, since most of the determinations were performed either at room temperature or at liquid-helium temperature. Varshni parameters for $Al_xGa_{1-x}As$ have been obtained from photoluminescence, photoreflectance, and spectroscopic ellipsometry studies.[90,138,419] These are in reasonable agreement with our recommended assumption that the bowing parameter is independent of temperature.

Bowing parameters for the $X$-valley and $L$-valley gaps in AlGaAs were determined using electrical measurements in combination with a theoretical model by Lee *et al.*[140] and Saxena[141] as well as empirically by Casey and Panish.[2] These results and photoluminescence excitation spectroscopy data[420] support a $C(E_g^L)$ almost equal to zero. We select $C(E_g^X)=0.055$ eV obtained from photoluminescence measurements,[134,139] which is near the bottom of the earlier range of values but is the most recent and seems the most reliable. This result implies a $\Gamma-X$ crossover composition of $x=0.38$ at low temperatures (and 0.39 at 300 K), which agrees with the trend in the table compiled by Adachi.[3] Composition dependences for all three of the direct and indirect gaps in $Al_xGa_{1-x}As$ are plotted in Fig. 5. Most studies find that the split-off gap can be fit quite well by linear interpolation.[101,138,143] A value of $C(\Delta_{so})=0.147$ eV derived by Aubel *et al.*[142] cannot be considered fully reliable, since it was based on data points in a rather narrow composition range.




FIG. 5. Γ-, $X$-, and $L$-valley gaps for the AlGaAs alloy at $T=0$ K (solid, dotted, and dashed curves, respectively).

Several studies of the composition dependence of the Γ-valley electron mass have been reported for $x<0.33$.[146,147,421] The points have been fit to a quadratic dependence,[421] although owing to the narrow composition range and spread in the data points, it is difficult to judge the accuracy of such a scheme. From other reports, it appears that the linear approximation gives adequate results for small $x$.[3,104,140,146,147] Since the effective mass in AlAs was chosen to be consistent with the results in AlGaAs, a zero bowing parameter is recommended and gives good agreement with the interpolation procedures discussed at the beginning of Sec. V. The same procedures should be used to obtain the $X$-valley and $L$-valley electron masses, Luttinger parameters, and hole masses.

Qiang *et al.* have derived a hydrostatic deformation potential of $a=-10.6$ to $-10.85$ eV for $x=0.22$.[422] However, the same authors obtained a much smaller value of $a=-8.6$ eV for $x=0.27$. The latter result is in good agreement with a linear interpolation between the GaAs and AlAs values ($a=-8.3$ eV, in this case). A linear dependence of the shear deformation potentials on composition was suggested by the ellipsometry study of exciton splittings and

TABLE XII. Nonzero bowing parameters for AlGaAs.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | $-0.127+1.310x$ | −0.127–1.183 |
| $E_g^X$ | 0.055 | 0.055–0.245 |
| $E_g^L$ | 0 | 0–0.055 |
| $\Delta_{so}$ | 0 | 0–0.147 |



13 October 2026 14:49:21

shifts by Logothetidis *et al.*,[153] although their best fit was obtained for a slightly smaller value of $b$ in GaAs than we recommend in Table I. The relative paucity of deformation-potential data for this important alloy is due in no small part to the very property that is one of its greatest attractions, namely its excellent lattice match to GaAs that renders strain effects on the band structure rather insignificant.

The recommended bowing parameters for AlGaAs are collected in Table XII. In those cases where no value is listed, linear variation should be assumed.

### 2. GaInAs

The GaInAs alloy is a key component in the active regions of high-speed electronic devices,[423] infrared lasers,[424] and long-wavelength quantum cascade lasers.[425] It remains a direct-gap material over its entire composition range. While bowing parameters spanning the wide range 0.32–0.6 eV have been reported,[101,166,201,410,426–434] the most recent and seemingly most reliable values lie within the more restricted vicinity of 0.45–0.5 eV. It has also been proposed that the bowing depends on temperature, being almost flat below 100 K and decreasing rapidly at higher temperatures.[434] Owing to the spread in values, we have fixed our recommended $Ga_{1-x}In_xAs$ bowing parameter by emphasizing the fit at the important $x=0.53$ alloy that is lattice matched to InP. The fundamental energy gap of $Ga_{0.47}In_{0.53}As$ has been studied extensively, e.g., by absorption,[435,436] magnetoabsorption,[437] photoluminescence,[430,438,439] and photoconductivity experiments.[440] On the basis of low-temperature results ranging from 810 to 821 meV, we choose a composite average of $E_g(T=0)=816\,\text{meV}$, which in turn implies a bowing parameter $C=0.477\,\text{eV}$. This is quite close to the recent determinations of Paul *et al.* (0.475 eV),[431] Karachevtseva *et al.* (0.486 eV),[434] Kim *et al.* (0.479 eV),[433] and Jensen *et al.*[441] This bowing parameter also agrees well with photoreflectance measurements on GaAs-rich GaInAs by Hang *et al.*[442] We choose to assume that the bowing is temperature independent,[431] in disagreement with Karachevtseva *et al.*,[434] because the room-temperature gap implied by that $C(T)$ is higher than nearly all experimental values.[438,439,443] The composition dependence of the Varshni parameters obtained in this manner is in good agreement with the functional form of Karachevtseva *et al.*[434]

Bowing parameters for the indirect energy gaps were calculated by Porod and Ferry[428] using a modified virtual crystal approximation. That study predicts large bowing parameters for both $E_g^X(1.4\,\text{eV})$ and $E_g^L(0.72\,\text{eV})$.[166] Tiwari and Frank[432] give a much different set: $C(E_g^X)=0.08\,\text{eV}$ and $C(E_g^L)=0.5\,\text{eV}$. The only reliable experimental result appears to be a determination of $E_g^L$ in $Ga_{0.47}In_{0.53}As$.[444] That study supports a lower value for the bowing parameter. The experimental and theoretical bowing parameters for the split-off gap have been reported by Vishnubhatla *et al.*,[426] Van Vechten *et al.*,[445] and Berolo *et al.*[446] These are in reasonably good agreement with the electroreflectance measurement of Perea *et al.*[443] for $Ga_{0.47}In_{0.53}As$, and imply $C(\Delta_{so})=0.15\,\text{eV}$.

The electron effective mass in GaInAs has been studied both theoretically and experimentally.[171,172,446,447] As in the case of the energy gap, the most reliable data are for $Ga_{0.47}In_{0.53}As$ lattice matched to InP. While early studies proposed $m_e^*=0.041m_0$.[443,448–452] and even smaller values,[453] more recent experiments in strong magnetic fields have suggested that the polaron effective mass is in fact higher.[440] That agrees with modeling of the diamagnetic shift of the exciton absorption peaks in $Ga_{0.47}In_{0.53}As$/InP quantum wells.[454,455] In recent years, evidence has accumulated favoring a low-temperature value of $m_e^*=0.043m_0$.[447,456–458] This result implies the presence of bowing if the electron mass is interpolated directly using an expression similar to Eq. (4.1). Application of the more general approach using Eq. (2.15) in conjunction with interpolated values for the interband matrix element and the $F$ parameter is discussed below. Since no reliable data on the bowing parameters for the $X$- and $L$-valley electron masses appear to exist, we suggest linear interpolation.

TABLE XIII. Nonzero bowing parameters for GaInAs.

| Parameters | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ (eV) | 0.477 | 0.32–0.46 |
| $E_g^X$ (eV) | 1.4 | 0.08–1.4 |
| $E_g^L$ (eV) | 0.33 | 0.33–0.72 |
| $\Delta_{so}$ (eV) | 0.15 | 0.15–0.20 |
| $m_e^*(\Gamma)$ | 0.0091 | ⋯ |
| $m_{hh}^*(001)$ | −0.145 | ⋯ |
| $m_{lh}^*(001)$ | 0.0202 | ⋯ |
| $\gamma_3-\gamma_2$ | 0.481 | ⋯ |
| $E_P$ (eV) | −1.48 | ⋯ |
| $F$ | 1.77 | ⋯ |
| VBO (eV) | −0.38 | ⋯ |
| $a_c$ (eV) | 2.61 | ⋯ |

For $Ga_{0.47}In_{0.53}As$, Alavi *et al.*[437] suggested the set of Luttinger parameters: $\gamma_1=11.01$, $\gamma_2=4.18$, $\gamma_3=4.84$. Those values are in good agreement with the light-hole masses derived from spin-polarized photoluminescence measurements by Hermann and Pearsall,[459] and with cyclotron resonance experiments.[460] On the other hand, Sugawara *et al.*[455] obtained a much larger light-hole mass, although with considerable spread in the results. We suggest that the bowing parameters for the hole effective masses should be consistent with the results of Alavi *et al.*[437] The split-off hole mass should be interpolated linearly.

Most studies have employed an interband matrix element of $E_P=25.3\,\text{eV}$ for $Ga_{0.47}In_{0.53}As$[437,448,453,459] although Zielinski *et al.*[436] derived a much smaller value from an analysis of absorption spectra. The former value is much more consistent with the matrix elements employed for GaAs and InAs (see above), and implies only a small $E_P$ bowing parameter. The bowing of $F$ is then obtained using the already-derived relations for the energy gap and the effective mass.

The hydrostatic deformation potential in $Ga_{0.47}In_{0.53}As$ was measured by People *et al.*[461] to be $a=-7.79\,\text{eV}$. A reduction in $a$ was also observed by Wilkinson *et al.*[462] in a study of GaInAs strained to a GaAs substrate. These results indicate some bowing in the hydrostatic deformation poten-

13 October 2026 14:49:21

tial, which we ascribe to a nonlinear shift of the conduction band edge.[4]

The recommended nonzero bowing parameters for GaInAs are collected in Table XIII.

### 3. AlInAs

AlInAs serves as the barrier layer in the important $Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As$ heterostructure system that is lattice matched to InP. For this reason, the most precise band gap determinations are available for $Al_{1-x}In_xAs$ with the $x=0.52$ composition. While Matyas reported a Γ-valley bowing parameter of 0.24 eV for $x<0.7$ on the basis of absorption measurements,[463] theoretical work indicated that it should be larger.[201,418] Wakefield *et al.*[464] reported a value of 0.74 eV based on cathodoluminescence spectroscopy data. Similar results were recently obtained by Kopf *et al.*,[465] and were also recommended in several compilations of bowing parameters.[101,432] With the inclusion of strain effects, the temperature-dependent band gap of $Al_{0.46}In_{0.54}As$ on InP reported by Abraham *et al.* implies a bowing parameter of ≈0.66 eV.[466] We select a composite value of $C=0.70$ eV to reflect the majority of these results.

In contrast to GaInAs, the *X* conduction valley is lower than the Γ valley in AlAs-rich $Al_xIn_{1-x}As$. Linear interpolations are usually employed to obtain the *X*-valley and *L*-valley minima in AlInAs. That approximation implies that the *X* and Γ valleys should cross at a composition of $x=0.64$, which is slightly lower than the early experimental result of $x=0.68$ by Lorenz and Onton.[467] Since the larger crossover composition would require a negative bowing parameter for the *X*-valley gap, we recommend $C=0$. Krijn[101] gave a bowing parameter of 0.15 eV for the spin-orbit splitting, which is equal to the GaInAs value adopted in the previous subsection.

Optically detected cyclotron resonance measurements have yielded $m_e^*=0.10\pm0.01m_0$ for $Al_{0.48}In_{0.52}As$.[468] On the other hand, Cury *et al.*[457] obtained a much smaller mass of $0.069m_0$, which is only a little lower than extrapolations from GaInAs-rich AlGaInAs.[456,465] The smaller result is supported by the cyclotron-resonance measurements of Chen *et al.*[469] Calculations by Shen and Fan[470] also indicate an effective mass of $\approx0.075m_0$. The reasonably good agreement of all but one result allows us to suggest a Γ-valley effective mass bowing parameter for AlInAs. In view of the lack of hard data, we recommend linear interpolation for the other masses in the AlInAs alloy.

In order to explain the electron effective mass in AlGaInAs quaternaries, Fan and Chen introduced a disorder-induced conduction-valence band mixing. They found that an interband matrix element of 22.5 eV was necessary to account for the experimental results. This value of $E_P$ requires $F=-0.63$ for consistency. We have derived bowing parameters for AlInAs employing this system of values, although it should be noted that the results depend sensitively on the electron effective mass adopted for $Al_{0.48}In_{0.52}As$.[458]

The hydrostatic deformation potential for $x=0.52$ was measured by Ferguson *et al.*[471] to be $a=-6.7$ eV, which falls between the values adopted for InAs (−6.1 eV) and AlAs (−8.1 eV). On the other hand, Yeh *et al.*[472] obtained a valence-band deformation potential opposite in sign from the trend predicted by the model-solid theory of Van de Walle.[129] That result would imply a considerable bowing parameter even within the $a_v$ theory presented by Wei and Zunger.[42] Pending further confirmation, we recommend linear interpolation.

The recommended nonzero bowing parameters for AlInAs are collected in Table XIV.

TABLE XIV. Nonzero bowing parameters for AlInAs.

| Parameters | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ (eV) | 0.70 | 0.24–0.74 |
| $E_g^X$ (eV) | 0 | −0.5–0 |
| $\Delta_{so}$ (eV) | 0.15 | ⋯ |
| $m_e^*(\Gamma)$ | 0.049 | ⋯ |
| $E_P$ (eV) | −4.81 | ⋯ |
| $F$ | −4.44 | ⋯ |
| VBO (eV) | −0.64 | ⋯ |
| $a_c$ (eV) | −1.4 | ⋯ |

## B. Phosphides

### 1. GaInP

The GaInP alloy exhibits some of the largest direct gaps among the non-nitride III–V semiconductors. Furthermore, $Ga_{0.51}In_{0.49}P$ ($E_g=1.9$ eV at 300 K) is lattice matched to GaAs, which makes it an attractive material for wide-gap GaAs-based quantum well devices such as red diode lasers.[473] This application has spurred extensive studies of the band structure characteristics of GaInP, which are at present rather well known.

For the Γ-valley band gap, early photoluminescence and cathodoluminescence determinations yielded bowing parameters ranging from 0.39 to 0.76 eV.[467,474–478] Subsequent electroreflectance and modulation spectroscopy studies favored a value near the higher end of that range.[479–481] Theoretical studies have also produced a wide range of bowing parameters,[101,201,410,418,482] with the most reliable results clustered around 0.5–0.75 eV. By analogy to GaInAs and AlInAs, it is useful to consider the $Ga_{0.51}In_{0.49}P$ alloy for which the most extensive data are available. Unfortunately, a precise measurement for this lattice-matched alloy is somewhat complicated by its proximity to the indirect crossover point, and by long-range ordering of the group-III atoms which can take the form of a monolayer InP–GaP superlattice along the [111] direction.[483–486] The ordering-induced reduction of the direct energy gap can be on the order of 100 meV.[487] Low-temperature band gaps of 1.969–2.018 eV have been reported for random GaInP alloys that are nominally lattice matched to GaAs.[488–494] Using the result of Emanuelsson *et al.*,[495] corrected for the exciton binding energy of 8 meV,[493] we obtain a recommended bowing parameter of $C=0.65$ eV. That value is consistent with recent data for nonlattice-matched compositions.[496,497]

The *X*-valley gap energies in InP and GaP are nearly equal (2.38 and 2.35 eV, respectively, at 0 K), and the Γ–*X* crossover composition in GaInP is believed to be close to $x=0.7$.[479] Although early work usually assumed a linear

13 October 2026 14:49:21

TABLE XV. Nonzero bowing parameters for GaInP.

| Parameters | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ (eV) | 0.65 | 0.39–0.76 |
| $E_g^X$ (eV) | 0.20 | 0–0.35 |
| $E_g^L$ (eV) | 1.03 | 0.23–0.86 |
| $\Delta_{so}$ (eV) | 0 | −0.05–0 |
| $m_e^*$ (Γ) | 0.051 | ⋯ |
| $F$ | 0.78 | ⋯ |
| $d$ (eV) | 0 | 0–2.4 |

variation of the $X$-valley gap, Auvergne *et al.* have more recently suggested $C(E_g^X)=0.147$ eV on the basis of piezoreflectance spectroscopy in the composition range near the crossover point. Somewhat larger bowing parameters are implied by the pressure experiments of Goni *et al.*[496] and Meney *et al.*[498] Our recommended value of $C(E_g^X)=0.2$ eV agrees with other experimental and theoretical results.[482] Early experimental and theoretical determinations of the bowing parameter for the L-valley gap were summarized by Bugajski *et al.*[482] The $\Gamma-L$ crossover most likely occurs at $x$ slightly smaller than the $\Gamma-X$ crossover point,[480] which makes $L$ the lowest conduction valley for $x$ greater than ≈0.67. Krutogolov *et al.*[499] suggested $C(E_g^L)=0.71$ eV, although that article assumed $L$-valley indirect band gaps in the end-point binaries that are considerably different from the ones adopted here. Modeling of the ellipsometric and thermoreflectance data of Ozaki *et al.*[500] yielded $E_g^L=2.25$ eV in $Ga_{0.5}In_{0.5}P$ at 300 K, which favors a small $L$-valley bowing. In deriving our recommended bowing parameter, we employed the $\Gamma-L$ crossover point of $x=0.67$,[482,499] which was confirmed recently by Interholzinger *et al.*[501] The bowing of the spin-orbit splitting in GaInP is known to be very small,[446,476,479] with recent results[502] implying a linear interpolation to within experimental uncertainty.

The electron effective mass in a random alloy with $x=0.5$ was measured by Emanuelsson *et al.*[495] to be $m_e^*=0.092m_0$, which is somewhat lower than the linearly interpolated values quoted in other papers.[473,490] Similar results were obtained by Wong *et al.*[503] In the absence of reliable data for the other electron and hole masses, linear interpolation is advised using the scheme outlined above. With a linearly interpolated value of $E_P=26$ eV for the interband matrix element in $Ga_{0.5}In_{0.5}P$, we derive an $F$ parameter of −1.48, and from it the corresponding bowing.

The shear deformation potential $d$ was measured for GaInP grown on GaAs(111)$B$ substrates.[504] While the results imply a bowing parameter of 2.4 eV, the large uncertainties in existing determinations make it difficult to conclusively prefer this value over a linear interpolation.

The recommended nonzero bowing parameters for GaInP are collected in Table XV.

### 2. AlInP

$Al_xIn_{1-x}P$ has a direct energy gap for $x<0.44$, and at the crossover composition the Γ-valley value of $E_g^\Gamma\approx 2.4$ eV is the largest of any non-nitride direct-gap III–V semiconductor.[2] For a precise determination of the bowing parameter, it is convenient to consider compositions close to $Al_{0.52}In_{0.48}P$, which is lattice-matched to GaAs. However, the inherent difficulty of experimentally determining $E_g^\Gamma$ in close proximity to the indirect-gap transition caused underestimates by some workers. Bour *et al.*[203] obtained 0.38 eV for the direct-gap bowing parameter from relatively early electroreflectance measurements. Mowbray *et al.*[505] reported a low-temperature direct excitonic gap of 2.680 eV for the lattice-matched composition, which implies a negative $C$. This result was supported by the work of Dawson *et al.*[506,507] and by the ellipsometry experiments of Adachi *et al.*[502] and Schubert *et al.*[508] In fact, a direct gap of 2.69 eV for $Al_{0.52}In_{0.48}P$ at 0 K (corrected for the exciton binding energy) must be considered a better-established value than the 3.63 eV gap for AlP (see above). However, instead of extrapolating the AlInP gap to the AlP binary, we recommend using a negative bowing parameter of $C=-0.48$ eV, while noting that considerable uncertainty exists for large $x$.

TABLE XVI. Nonzero bowing parameters for AlInP.

| Parameters | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ (eV) | −0.48 | −0.48–0.38 |
| $E_g^X$ (eV) | 0.38 | ⋯ |
| $\Delta_{so}$ (eV) | −0.19 | ⋯ |
| $m_e^*$ (Γ) | 0.22 | ⋯ |

For $Al_{0.52}In_{0.48}P$, indirect $X$-valley gaps of 2.34–2.36 eV have been deduced from a variety of optical measurements.[500,505,507] Taking into account the correction for the exciton binding energy (a rough estimate insofar as precise values have not been calculated), a bowing parameter $C(E_g^X)=0.38$ eV is deduced. Few data are available for the position of the $L$-valley minimum in AlInP, although a room-temperature value of $E_g^L=2.7$ eV is given by Ozaki *et al.*[500] Since that implies at most a very small bowing parameter, linear interpolation is recommended. The spin-orbit splitting in $Al_{0.5}In_{0.5}P$ is thought to be 135 meV,[502,509] which translates into an upward bowing of 0.19 eV. No direct experimental determinations of the effective masses in AlInP appear available, although various estimates put the Γ-valley electron mass close to $0.11m_0$.[509,510]

The recommended nonzero bowing parameters for AlInP are collected in Table XVI.

### 3. AlGaP

The ‘‘exotic’’ AlGaP alloy has an indirect band gap throughout its composition range.[202] The lowest-energy optical transitions are typically associated with donor or acceptor impurities. Linear interpolation of the indirect $X$-valley gap was found to give good agreement with photolumines-

TABLE XVII. Nonzero bowing parameters for AlGaP.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 0 | 0.0–0.49 |
| $E_g^X$ | 0.13 | 0–0.13 |

13 October 2026 14:49:21

cence spectra, once impurity and phonon band transitions were carefully separated from the interband transitions.[202,511] The direct gap in AlGaP was studied by Rodriguez *et al.*[512,513] Using a limited number of data points, the authors concluded that either a linear variation or a quadratic variation with a bowing parameter of 0.49 eV were consistent with the data. As in the case of AlInP, extrapolation to AlP gives a value for $E_g^\Gamma$ that is somewhat higher than the value listed in Table V for the binary (also based on limited data). Recent cathodoluminescence experiments support a small bowing of 0.13 eV for the lowest *X*-valley gap in AlGaP.[514]

We recommend that a linear variation be assumed for all other band structure parameters of AlGaP (see Table XVII).

### C. Antimonides

#### 1. GaInSb

Although GaInSb cannot by itself be lattice matched to any of the readily available substrates, it serves as the hole quantum well material in type-II infrared lasers[155] and photodetectors[515] with strain-balanced active regions. A number of experimental[243,260,426] and theoretical[410,516] studies of the direct band gap in GaInSb have been published. The different reports, which are generally in excellent agreement with each other, support a bowing parameter of 0.415 eV. Negligible dependence of the bowing parameter on temperature was obtained using the photovoltaic effect,[259] whereas the pseudopotential calculations of Bouarissa and Aourag[517] suggested a slow variation from 0.43 at 0 K to 0.415 at room temperature.

Bowing parameters for the *X*- and *L*-valley gaps were estimated by Adachi[166] and Glisson *et al.*[201] The method employed by Adachi is rather indirect, in that an average of the bowing for two direct critical points is used to represent the bowing of the indirect gap. Nonetheless, in the absence of experimental data for the *X*-valley gap, it appears to be the best available approximation. The pseudopotential calculations of Bouarissa *et al.*[516] yielded very weak bowing of the two indirect gaps. This finding is in apparent contradiction with the limited data of Lorenz *et al.*,[518] which suggest a smaller *L*-valley gap for GaInSb than that for GaSb (no estimate of the *L*-valley gap in InSb was available at the time, so the article assumed a linear variation with composition). Also, the data presented in clear form by Zitouni *et al.*,[519] which cover only part of the composition range, indicate appreciable bowing for both the *X* and *L* valleys. We conclude that the considerable uncertainty for the indirect gaps in GaSb and especially InSb translates into a poor understanding of the indirect-gap bowing in GaInSb. We recommend using bowing parameters of 0.33 and 0.4 eV for the *X*-valley and *L*-valley gaps, respectively, which are near the top of the reported range. A small bowing parameter of 0.1 eV was found for the spin-orbit splitting in GaInSb.[243,260]

A small bowing of the electron effective mass in the Γ valley has been determined both experimentally and theoretically.[260,446] Roth and Fortin[243] compiled results from a number of references, from which Levinshtein *et al.*[11] deduced a bowing parameter of $0.0092m_0$. We assume a linear variation of the interband matrix element and determine the *F* bowing parameter from that assumption. Linear interpolation is also suggested for the heavy-hole and split-off hole masses. Levinshtein *et al.*[11] give a large bowing of the light-hole mass, in agreement with the band structure model of Auvergne *et al.*[260] Since the light-hole masses in InSb and GaSb are only a little larger than the electron masses, it follows that the bowing should be similar in the two cases. While considerably larger masses were reported by Barjon *et al.*[520] on the basis of a model of their galvanomagnetic measurements, the bowing parameter for light holes is chosen to be consistent with the results of Roth and Fortin.[243]

TABLE XVIII. Nonzero bowing parameters for GaInSb.

| Parameters | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ (eV) | 0.415 | 0.36–0.43 |
| $E_g^X$ (eV) | 0.33 | −0.14–0.33 |
| $E_g^L$ (eV) | 0.4 | 0.093–0.6 |
| $\Delta_{so}$ (eV) | 0.1 | 0.06–0.72 |
| $m_e^*$ (Γ) | 0.0092 | ⋯ |
| $m_{lh}^*$ (001) | 0.011 | ⋯ |
| $F$ | −6.84 | ⋯ |

The recommended nonzero bowing parameters for GaInSb are collected in Table XVIII.

#### 2. AlInSb

While not widely used, AlInSb provides a convenient strain-compensating barrier material for mid-IR interband cascade lasers[521] and other antimonide device structures. Early absorption measurements of Agaev and Bekmedova[522] yielded a linear variation of the direct energy gap with composition. However, that result was discounted[1,2] in favor of the electroreflectance determination of $C=0.43$ eV by Isomura *et al.*,[523] which is in good agreement with the empirical curve charting the increase of the bowing parameter with lattice mismatch between the binary constituents.[201] While Dai *et al.*[524] recently found a linear variation of the direct energy gap with alloy lattice constant (i.e., composition) for InSb-rich AlInSb, those results were confined to a relatively small range of compositions and as such were conceivably not sensitive enough to the quadratic bowing term. Since the electroreflectance measurements should have been more precise than the absorption experiments of Agaev and Bekmedova, we recommend use of the bowing parameter determined by Isomura *et al.*[523]

The only other band structure parameter whose composition dependence has been studied is the spin-orbit splitting. Isomura *et al.*[523] deduced a relatively strong bowing of $C=0.25$ eV in the split-off gap. The recommended nonzero bowing parameters for AlInSb are collected in Table XIX.

TABLE XIX. Nonzero bowing parameters for AlInSb.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 0.43 | 0–0.43 |
| $\Delta_{so}$ | 0.25 | ⋯ |

13 October 2026 14:49:21

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 2880 of 2960



TABLE XX. Nonzero bowing parameters for AlGaSb.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | $-0.044+1.22x$ | $-1.18$–0.69 |
| $E_g^X$ | 0 | 0–0.48 |
| $E_g^L$ | 0 | 0.21–0.754 |
| $\Delta_{so}$ | 0.3 | ⋯ |

TABLE XXI. Nonzero bowing parameters for GaAsSb.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 1.43 | 1.0–1.44 |
| $E_g^X$ | 1.2 | ⋯ |
| $E_g^L$ | 1.2 | ⋯ |
| $\Delta_{so}$ | 0.6 | 0.1–0.61 |
| VBO | $-1.06$ | ⋯ |

### 3. AlGaSb

AlGaSb is an important material employed in high-speed electronic[525] and infrared optoelectronic[526] devices. Apart from a considerably larger lattice mismatch, the GaSb/AlGaSb heterostructure is a lower-gap analog of the GaAs/AlGaAs material system. The band structure in AlGaSb was originally studied by piezomodulation, and bowing parameters of 0.69 and 0.48 eV were proposed for the Γ-valley and *X*-valley gaps, respectively.[251] A much more comprehensive investigation was carried out by Alibert *et al.*,[236] who incorporated the results of many other reports. They obtained direct-gap bowing parameters of 0.48 and 0.47 eV at low temperatures and room temperature, respectively, values that have been used by many subsequent workers.[255,527] However, recently Bignazzi *et al.*[254] obtained a better fit to the absorption spectra by assuming a linear band gap variation at low Al mole fractions. Those results were confirmed by thermoreflectance spectroscopy performed by Bellani *et al.*[528] Consequently, a cubic band gap variation was proposed for the direct gap of $Al_xGa_{1-x}Sb$: $C=-0.044+1.22x$, which produces little deviation from linearity at small $x$ but also bowing parameters in the range suggested by Mathieu *et al.*[251] and Alibert *et al.*[236] in the middle of the composition range (with the inflection point at $x=0.35$). In spite of the fact that only $x<0.5$ alloys were investigated in that article, it must be considered to be the most reliable study to date.

Although there was an early indication of appreciable *X*-valley bowing,[251] later reports have established that it is quite small or nonexistent.[2,236] *L*-valley gap bowing parameters ranging from 0.21 to 0.75 eV are encountered in the literature.[2,236,527,528] The $\Gamma-L$ crossover composition is quite sensitive to the exact choice of the bowing parameters, owing to the proximity of the two valleys in both GaSb and AlSb. Crossover compositions of $x=0.27$ and $x=0.23$ were determined on the basis of photoluminescence measurements[529] and from wavelength-modulated absorption spectra,[2] respectively. If those crossover points are to be consistent with our choice for the direct gap's dependence on composition, we must choose a very weak *L*-valley bowing. Therefore, we recommend $C(E_g^L)=0$ and note that with this choice the bowing in AlGaSb becomes rather similar to the case of AlGaAs covered above. A bowing parameter of 0.3 eV was deduced by Alibert *et al.*[236] for the spin-orbit splitting.

For electron effective masses in the AlGaSb alloy, it is recommended that the procedure outlined in the AlGaAs section be followed. That is, any nonlinearity in the composition dependence of the effective mass stems entirely from the bowing of the energy gap.[251,527] This is expected to give better results than using the Landolt–Bornstein bowing parameter[1] or interpolating linearly between the masses in GaSb and AlSb.

The recommended nonzero bowing parameters for AlGaSb are collected in Table XX.

## D. Arsenides antimonides

### 1. GaAsSb

$GaAs_{1-x}Sb_x$ is most often encountered with the $x=0.5$ composition that matches the lattice constant of InP, although it should also be noted that at $x=0.91$ is lattice matched to InAs. Direct-gap bowing parameters in the range 1.0–1.2 eV have been determined by a number of workers from absorption measurements.[530–535] It was noted in the first study[536] of epitaxial $GaAs_{0.5}Sb_{0.5}$ on InP in 1984 that the apparent band gap of 0.804–0.807 eV was smaller than that implied by previously determined bowing parameters.[537–539] Recently, a low-temperature $E_g^\Gamma$ of 0.813 eV was measured by Merkel *et al.*[540] and Hu *et al.*,[541] and its temperature dependence was obtained. Those results implied a bowing parameter of 1.42–1.44 eV, although it was suggested that ordering effects may have reduced the band gap.[537] A low-temperature bowing parameter of 1.3 eV was determined for $GaAs_{0.09}Sb_{0.91}$ lattice matched to InAs,[542] and quite recently a bowing parameter of 1.41 eV was obtained by Ferrini *et al.*[543] from ellipsometry and photoreflectance studies. Since different growth temperatures were employed in recent studies of $GaAs_{1-x}Sb_x$ with a rather small range of compositions near $x\approx0.5$, the evidence for ordering is inconclusive at present. We recommend a bowing parameter of 1.43 eV, although this value should be revised downward if additional investigations substantiating the partial ordering in GaAsSb with compositions close to a lattice match with InP become available.

Rough estimates of the bowing parameters for the *X*-valley and *L*-valley gaps (both 1.09 eV) have been published by Adachi.[166] We recommend slightly higher values, in order to assure consistency with both the experimental crossover points and the larger adopted direct-gap bowing parameter. *L*-gap and *X*-gap bowing parameters of 1.1–1.2 eV are consistent with the reported measurements.[11] On the basis of rather limited data, Mani *et al.*[542] suggested a bowing parameter of 0.1 eV for the spin-orbit splitting in GaAsSb. On the other hand, theoretical studies[101,166] have derived a considerably larger value of 0.6 eV, which we recommend.

The composition dependence of the GaAsSb effective mass was determined by Delvin *et al.*[544] Although they pro-

13 October 2026 14:49:21

posed a bowing parameter of $0.0252m_0$, the room-temperature GaSb mass obtained in that study was significantly higher than our recommendation based on a consensus of other data. A safer procedure is to take the mass nonlinearity to arise from the band gap bowing as outlined above.

The recommended nonzero bowing parameters for GaAsSb are collected in Table XXI.

### 2. InAsSb

The InAsSb alloy has the lowest band gap among all III–V semiconductors, with values as small as 0.1 eV at room temperature. For that reason, it is an important material for a variety of mid-infrared optoelectronic devices, including lasers[545] and photodetectors.[546] Initial reports put the direct-gap bowing parameter in InAsSb at 0.58–0.6 eV.[160,161,426,547] Those studies were performed at temperatures above or near 100 K, and gaps were extrapolated to lower temperatures in a linear fashion. It is now understood that this resulted in an overestimate of the low-temperature energy gap and an underestimate of the bowing parameter. Theoretical considerations led to a higher projected bowing parameter of 0.7 eV,[410] which is recommended by Rogalski and Jozwikowski.[548] This estimate was revised to $C = 0.65$ eV by a more accurate pseudopotential calculation,[549] while Bouarissa *et al.*[516] computed an even smaller value. More recent photoluminescence studies on MBE-grown InAsSb obtained $C = 0.67–0.69$ eV.[164,261,550] Similar results (e.g., $C = 0.64$ eV) were obtained by Gong *et al.*[551,552] from measurements on a sequence of InAs-rich samples. Elies *et al.*[553] obtained Varshni parameters for $InAs_{0.91}Sb_{0.09}$, and suggested a temperature dependence of the bowing parameter based on those results. The possible importance of ordering has been discussed in several recent works (Wei and Zunger,[554] Kurtz *et al.*,[555] Marciniak *et al.*[556]). Smaller than expected band gaps were obtained for compositions close to the lattice-matching condition on GaSb ($x = 0.09$).[557] On the basis of all these investigations, we recommend a composite bowing parameter of 0.67 eV. Currently, the bowing parameters for both the $X$-valley and $L$-valley gaps are both thought to be ≈0.6 eV.[166,201,516]

Experimental and theoretical data for the composition dependence of the spin-orbit splitting in InAsSb were collected by Berolo *et al.*,[446] who suggest a bowing parameter of 1.1–1.2 eV. The estimated[558] spin-orbit splitting of 0.325 eV in $InAs_{0.91}Sb_{0.09}$ (lattice matched to GaSb) implies a similar bowing parameter of 1.26 eV.

Plasma reflectance and other measurements of the electron effective mass in InAsSb were summarized by Thomas and Woolley.[171] The best fit to the data collected in that article favored a mass of $0.0103m_0$ for the alloy with the smallest direct gap ($InAs_{0.4}Sb_{0.6}$). That result agreed well with the theory developed by Berolo *et al.*[446] While magneto-optical measurements by Kuchar *et al.* indicated an extrapolated band edge electron mass of $0.0088m_0$ for $InAs_{0.145}Sb_{0.855}$, which corresponds to a larger mass bowing, that finding is inconsistent with a linear interpolation of the interband matrix elements and $F$ parameters between InAs and InSb, and also disagrees with the model of Rogalski and Jozwikowski.[548] A recent report of the electron effective mass in InAsSb is from a cyclotron resonance measurement by Stradling *et al.*[184] for two alloy compositions. Their measurements appear to support a smaller mass bowing as well as negative bowing for the interband matrix element, although a great deal of uncertainty is inherent in assigning a value based on two data points. Our recommended bowing parameter for the electron effective mass is $0.035m_0$, which is near the bottom of the reported range and roughly consistent with the results of assuming the mass bowing to be caused entirely by band gap bowing.

The recommended nonzero bowing parameters for InAsSb are collected in Table XXII.

TABLE XXII. Nonzero bowing parameters for InAsSb.

| Parameters | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ (eV) | 0.67 | 0.58–0.7 |
| $E_g^X$ (eV) | 0.6 | ⋯ |
| $E_g^L$ (eV) | 0.6 | 0.55–0.8 |
| $\Delta_{so}$ (eV) | 1.2 | ⋯ |
| $m_e^*(\Gamma)$ | 0.035 | 0.03–0.055 |

### 3. AlAsSb

AlAsSb is a versatile large-gap barrier material that can be lattice matched to InP, InAs, or GaSb substrates. Whereas many workers assume a linear variation of the direct energy gap in AlAsSb,[559] theoretical projections indicate a bowing parameter in the 0.72–0.84 eV range.[101,201] The little experimental information that is available on AlAsSb alloys lattice matched to GaSb[560] and InP[561] can be interpreted to support either a small (≈0.25 eV)[560] or a large (≈0.8 eV)[561] value. We recommend the latter, but also note that the uncertainty may not greatly affect most quantum heterostructures calculations in view of the large absolute value of the gap. Bowing parameters for the two indirect gaps are both chosen to be 0.28 eV in accordance with photoluminescence and electroreflectance measurements, the results of which have been summarized by Ait Kaci *et al.*[560] The bowing parameter for the spin-orbit splitting (0.15 eV) is taken from the theoretical estimate of Krijn.[101]

The recommended nonzero bowing parameters for AlAsSb are collected in Table XXIII.

TABLE XXIII. Nonzero bowing parameters for AlAsSb.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 0.8 | 0–0.84 |
| $E_g^X$ | 0.28 | ⋯ |
| $E_g^L$ | 0.28 | ⋯ |
| $\Delta_{so}$ | 0.15 | ⋯ |
| VBO | −1.71 | ⋯ |

## E. Arsenides phosphides

### 1. GaAsP

$GaAs_{1-x}P_x$ is a wide-band gap alloy that is often employed in red LEDs.[562] The alloy becomes indirect for $x > 0.45$ (at 0 K)[482] when the $X$ valley minimum crosses below



13 October 2026 14:49:21

TABLE XXIV. Nonzero bowing parameters for GaAsP.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 0.19 | 0.174–0.21 |
| $E_g^X$ | 0.24 | 0.20–0.28 |
| $E_g^L$ | 0.16 | 0.16–0.25 |

the Γ valley minimum. Most experimental results for the direct-gap bowing parameter lie within a relatively narrow range, 0.175–0.21 eV.[93,426,467,482,562–565] A small bowing parameter is also expected on theoretical grounds, for both the direct and indirect gaps.[191] However, it has been noted that the bowing parameter more than doubles if CuPt-like ordering sets in.[566] While a recent ellipsometry study of disordered GaAsP alloys produced a direct-gap bowing parameter of 0.54 eV,[567] that outlying result lacks other verification and relied on only two data points with intermediate $x$. We therefore assume that either it was anomalous or some ordering did occur. Since a meaningful temperature dependence cannot be extracted from the existing data, we recommend $C = 0.19$ eV for the direct gap at all temperatures. This is somewhat higher than the value suggested by Aspnes,[93] partly because we employ a larger band gap for GaP at 77 K.

The $X$-valley gap bowing parameter was studied by a number of workers.[93,482,562,568,569] Again, there is not much controversy since the crossover composition is rather well established. Our recommended value ($C = 0.24$ eV) lies approximately in the middle of the reported range of 0.20–0.28 eV. Both experimental and theoretical results for the $L$-valley bowing parameter imply $C = 0.16$ eV.[93,482] The spin-orbit splitting was found to vary linearly with composition.[563]

A linear variation of the electron effective mass with $x$ in GaAsP was reported by Wetzel *et al.*[190] A **k·P** calculation with explicit inclusion of the higher conduction bands and slightly different band parameters predicts a small bowing parameter of $0.0086m_0$.[191] We recommend following the general procedure tying the mass bowing to the direct-gap bowing as outlined above, which yields reasonable agreement with that theory and experiment.

The deformation potentials in GaAsP were studied by Gonzalez *et al.*[570] The shear deformation potential $b$ found in that work lies between the recommended values for GaAs (−2.0 eV) and GaP (−1.7 eV). Although the hydrostatic deformation potentials were found to be somewhat smaller than either of the binary values, that may have been an artifact of the measurements rather than an alloy-specific property.

The recommended nonzero bowing parameters for GaAsP are collected in Table XXIV.

### 2. InAsP

InAsP spans an interesting IR wavelength range (0.87–3 μm), retains a direct gap throughout, and has a high electron mobility. However, it has found far less practical use than its quaternary cousin GaInAsP because except at the endpoints the $InAs_xP_{1-x}$ lattice constant does not match any of the binary III–V substrate materials.

TABLE XXV. Nonzero bowing parameters for InAsP.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 0.10 | 0.09–0.38 |
| $E_g^X$ | 0.27 | ⋯ |
| $E_g^L$ | 0.27 | ⋯ |
| $\Delta_{so}$ | 0.16 | ⋯ |

The dependence of the energy gap on composition was originally studied by Vishnubhatla *et al.*[426] and Antypas and Yep.[571] Whereas the first group reported a bowing parameter of 0.27 eV at 300 K, the second group obtained a similar $C$ at $T = 77$ K but a much smaller value (0.10 eV) at 300 K. Bodnar *et al.* later reported the opposite trend for the temperature dependence of $C$,[158] and Nicholas *et al.* suggested similar bowing parameters of 0.32–0.36 eV throughout the entire temperature range.[572] A recent fitting of the absorption spectra of InAsP/InP strained quantum wells also yielded a weak temperature dependence, but with values between 0.10 and 0.12 eV.[573] Similar results were reported by Wada *et al.*,[574] who used a combination of PL, x-ray diffraction, and absorption measurements. We recommend a value of $C = 0.10$ eV, which is consistent with the latest experimental works and is slightly lower than the theoretical estimate of 0.23 eV.[410]

The bowing parameters for the indirect gaps were estimated by Adachi[166] and Glisson *et al.*[201] Using their projections, we recommend $C = 0.27$ eV for both $X$ and $L$ valleys. A bowing parameter of 0.16 eV was determined for the spin-orbit splitting.[446]

The electron effective mass in InAsP alloys was first investigated by Kesamanly *et al.*[173] This work and also the subsequent magnetophonon experiments of Nicholas *et al.*[572,575] found a nearly linear dependence of the mass on composition. Although the authors conjectured a reduction in the interband matrix element in the alloy, their quantitative conclusions are in doubt since they overestimated the direct-gap bowing parameter as well as the interband matrix element for InAs. With these corrections, it is unclear whether a nonlinear term needs to be introduced for $E_P$. The effective mass for InAs-rich alloys was determined by Kruzhaev *et al.* from tunneling magnetospectroscopy[576] and for three different compositions by Sotomayor Torres and Stradling using far-IR magneto-optics.[577] Again, due to the experimental uncertainty it is difficult to determine whether the standard procedure needs to be supplemented. In fact, the most recent experimental results are in very good agreement with the assumption that both the interband matrix element and the $F$ parameter vary linearly with composition.

TABLE XXVI. Nonzero bowing parameters for AlAsP.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 0.22 | ⋯ |
| $E_g^X$ | 0.22 | ⋯ |
| $E_g^L$ | 0.22 | ⋯ |

13 October 2026 14:49:21

TABLE XXVII. Nonzero bowing parameters for GaPSb.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 2.7 | 2.7–3.8 |
| $E_g^X$ | 2.7 | ⋯ |
| $E_g^L$ | 2.7 | ⋯ |

The recommended nonzero bowing parameters for InAsP are collected in Table XXV.

### 3. AlAsP

If the exotic AlAsP alloy has ever been grown, it was apparently not reported. Glisson *et al.* surmised that the direct-gap bowing parameter in AlAsP would be quite small (0.22 eV).[201] Using the criterion relating to the bond-length difference in the endpoint binaries, one would not expect the bowing parameter to exceed those in GaAsP (0.19 eV) and InAsP (0.22 eV) (see Table XXVI).

## F. Phosphides antimonides

### 1. GaPSb

The growth of GaPSb was first reported by Jou *et al.*[578,579] The primary object was to determine whether the energy gap in the $GaP_{0.68}Sb_{0.32}$ alloy, which is lattice matched to GaAs, is direct or indirect. Strong PL was observed, which led the authors to conclude that the energy gap is direct. Large bowing parameters of 3.8 and 2.7 eV (lower bound) were derived for the Γ-valley and *X*-valley gaps, respectively. Since these greatly exceed the available theoretical estimates,[201,580] it cannot be ruled out that ordering substantially reduced the energy gaps in these and perhaps most other investigated GaPSb alloys. Subsequently, Loualiche *et al.*[581] studied $GaSb_{0.65}P_{0.35}$, which is lattice matched to an InP substrate. Since at this composition the direct nature of the energy gap is not in question, it may be argued that the analysis of their data should yield a more reliable value for the direct-gap bowing parameter ($C=2.7$ eV). The room-temperature PL measurements of Shimomura *et al.*[582] produced approximately the same result, which is our recommended value. The same *C* is also recommended for the *X* and *L*-valley gaps, since no studies have been reported (see Table XXVII).

### 2. InPSb

The energy gap in InPSb remains direct at all compositions. Bowing parameters in the 1.2–2.0 eV range have been reported for the direct gap.[101,166,201,579,580,583–586] The study by Jou *et al.*[579] of alloys with a range of compositions appears to be the most useful. A recent experiment[587] obtained an energy gap of 0.48 eV for $InP_{0.69}Sb_{0.31}$ lattice matched to an InAs substrate, which implies an even larger value of the bowing parameter. Although further work will be needed to establish complete confidence, our recommended direct-gap bowing parameter is $C=1.9$ eV. Since the indirect gaps in InPSb have not been studied, it is not unreasonable to assume the same values for their bowing. The bowing parameter for the spin-orbit splitting has been calculated to be 0.75 eV (see Table XXVIII).[101]

TABLE XXVIII. Nonzero bowing parameters for InPSb.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 1.9 | 1.2–2.0 |
| $E_g^X$ | 1.9 | ⋯ |
| $E_g^L$ | 1.9 | ⋯ |
| $\Delta_{so}$ | 0.75 | ⋯ |

TABLE XXIX. Nonzero bowing parameters for AlPSb.

| Parameters (eV) | Recommended values | Range |
|---|---|---|
| $E_g^\Gamma$ | 2.7 | 1.2–2.7 |
| $E_g^X$ | 2.7 | ⋯ |
| $E_g^L$ | 2.7 | ⋯ |

### 3. AlPSb

The successful growth of $AlP_{0.40}Sb_{0.60}$ lattice matched to InP has been reported.[582] An early projection of Glisson *et al.*[201] was $C=1.2$ eV for the direct-gap bowing parameter. However, considering the trends in the common group-III alloys, it is likely that the gaps corresponding to the three major valleys have bowing parameters that are not too different from those in GaPSb. We therefore recommend $C=2.7$ eV (see Table XXIX).

## G. Nitrides

### 1. GaInN

GaInN quantum wells represent a key constituent in the active regions of blue diode lasers and LEDs.[293] This technological significance justifies the quest for a thorough understanding of the bulk properties of wurtzite GaInN alloys. Unfortunately, however, there is still considerable disagreement over such fundamental parameters as the bowing of the energy gap. A (partial) phase decomposition of the GaInN quantum wells employed in blue and green LEDs is believed to occur.[588] Nearly pure InN quantum dots are formed, which act as efficient radiative recombination centers. Since it is not yet clear whether this phase segregation has been com-

TABLE XXX. Energy-gap bowing parameters for nitride ternaries. For other information available for these compounds, see Table XXXI and the text.

| Materials | Recommended values |
|---|---|
| Wurtzite GaInN | 3.0 |
| Zinc blende GaInN | 3.0 |
| Wurtzite AlGaN | 1.0 |
| Zinc blende AlGaN | 0 |
| Wurtzite AlInN | $16-9.1x$ |
| Zinc blende AlInN | $16-9.1x$ |
| Zinc blende GaAsN | $120.4-100x$ |
| Zinc blende GaPN | 3.9 |
| Zinc blende InPN | 15 |
| Zinc blende InAsN | 4.22 |

13 October 2026 14:49:21

TABLE XXXI. Bowing parameters for quantities other than the energy gap of nitride ternaries.

| Parameters (eV) | Materials | Recommended values |
|---|---|---|
| $E_g^X$ | Zinc blende GaInN | 0.38 |
| $E_g^X$ | Zinc blende AlGaN | 0.61 |
| $E_g^L$ | Zinc blende AlGaN | 0.80 |
| $\Delta_{so}$ | Zinc blende GaAsN | 0 |

pletely avoided in thicker layers of GaInN, interpretation of the reported bowing parameters requires great care (see Tables XXX and XXXI).

Early studies suggested an energy-gap bowing parameter $C$ of between 0 and 1.0 eV.[402,589,590] Wright and Nelson more recently derived $C=1$ eV for zinc blende GaInN,[591] which is relevant because of the common expectation that the zinc blende and wurtzite alloys should have approximately the same bowing parameters. Nakamura found that this bowing parameter produced a good fit to the results of PL measurements for low In compositions.[592] A slightly larger bowing parameter (1.6 eV if our values for the energy gaps of GaN and InN are employed) was found by Li *et al.*, on the basis of PL from GaInN/GaN superlattices.[593] A similar bowing parameter of 1.4 eV was reported for zinc blende GaInN; however, the results were given for relatively thin GaInN layers, the strain in which cannot be considered fully relaxed.[594] Bellaiche and Zunger[595] investigated the effects of short-range atomic ordering in GaInN, and established that a large reduction in the band gap should be expected for that scenario. Although all of these studies are consistent with a bowing parameter of ≈1 eV for the random GaInN alloy, several more recent investigations of GaInN layers with small In fractions arrived at significantly larger values. The experimental band gap results of McCluskey *et al.* for $Ga_{1-x}In_xN$ epilayers with $x<0.12$ were found to be consistent with bowing parameters as large as 3.5 eV.[596] Furthermore, first-principles calculations performed by those authors showed that the bowing parameter itself may be a strong function of composition, at least for small In fractions. Similarly large bowing parameters (in the range 2.4–4.5 eV) were obtained in a large number of subsequent studies by different groups.[597–602] A bowing parameter of 2.7 eV can also be inferred from a recent investigation of zinc blende GaInN.[603] Some of those works tentatively attributed the previous reports of small bowing to erroneous estimates of the alloy composition. On the other hand, Shan *et al.*[599] suggested that the more recent PL emission may have resulted from local fluctuations in the In fraction, which could lead to overestimates of the bowing parameter. Since the most important practical applications of GaInN alloys require only a small In fraction, we suggest a bowing parameter of 3 eV for both the wurtzite and zinc-blende phases, although we emphasize that at present there exists no verification that this $C$ applies equally well to higher In compositions. There is also a strong possibility that the alloys studied in recent works are not truly random. It should be emphasized that the physical understanding of these materials is far from complete, and that the parameters recommended in this review are provisional quantities that will almost surely be revised in the course of future work. A further comment which applies to all of the nitride alloys as well as other systems affected by unknown degrees and types of segregation, is that the parameter set most relevant to a given theoretical comparison with data may not be that representing the ideal materials, but rather the nonideal properties resulting from specific growth conditions of interest.

There is very little information on the other band parameters for GaInN. Tight-binding calculations[321] provide some support for our recommended standard procedure of using the band-gap bowing parameter to derive the compositional variation of the electron effective mass and interpolating the rest of the quantities linearly. For the $X$-valley gap in zinc blende GaInN, a small bowing parameter of $C=0.38$ eV was estimated from first principles.[591]

### 2. AlGaN

AlGaN is often used as the barrier material for nitride electronic and optoelectronic devices. Initial studies of the compositional dependence of the energy gap reported downward,[604] upward,[605] and negligible[606] bowing. Subsequent early PL[607] and absorption[608] measurements found a bowing parameter of 1.0 eV, which continues to be widely used in band structure calculations even though a number of more recent investigations question the conclusions of the early work. Several studies[597,609,610] found negligible bowing, and it has been suggested that the other values resulted from an incomplete relaxation of strain in the AlGaN thin films.[609] This statement is supported to some extent by a large bowing parameter of 1.78 eV reported for highly strained layers grown on SiC.[611] Other workers quite recently calculated[612] and measured[613] smaller bowing parameters (0.25–0.6 eV depending on the measurement method and assumed binary end points). Brunner *et al.*[318] reported $C=1.3$ eV and the data of Huang and Harris[614] imply an even larger bowing parameter for AlGaN epilayers grown by pulsed laser deposition, although in both cases residual strain due to the differing lattice and thermal expansion coefficients of AlGaN and sapphire could have affected the results. Cathodoluminescence measurements for AlGaN epitaxially grown on Si(111) suggest $C=1.5$ eV.[615] We recommend continued use of the accepted bowing parameter of 1.0 eV until a broader consensus is reached on the effects of strain and other issues.

Theory projects that the Γ-valley bowing parameter in zinc blende AlGaN is small.[369,591] This is consistent with the experimental report of a linear variation of PL energies in thin films of cubic AlGaN.[616] We therefore recommend a zero bowing parameter for this case. Recommended values for the $X$-valley (0.61 eV) and $L$-valley (0.80 eV) bowing parameters are taken from the empirical pseudopotential method calculations of Fan *et al.*[369]

### 3. AlInN

$Al_xIn_{1-x}N$ is drawing attention because at $x=0.83$ it can be lattice matched to GaN. The first experimental study observed such a strong bowing that the band gap for the lattice-



13 October 2026 14:49:21

matched composition was found to be smaller than that of GaN.[617] Furthermore, the standard quadratic expression did not fit the compositional variation of the band gap very well. Guo *et al.*[618] and Kim *et al.*[619] subsequently presented results for InN-rich and AlN-rich AlInN, respectively, which indicated somewhat weaker bowing. Peng *et al.*[620] gave a cubic expression for the energy gap, based on results over the entire range of compositions. A similarly large bowing was observed by Yamaguchi *et al.*[621] On the theoretical side, a first-principles calculation for zinc blende AlInN yielded a bowing parameter of 2.53 eV, which was assumed to be equal to that in the wurtzite alloy.[622] Of these, the most trustworthy quantitative report appears to be that of Peng *et al.* However, the suggested expression, $E_g(300\,\mathrm{K}) = 1.97 + 1.968x - 6.9x^2 + 9.1x^3$ eV, has been corrected to reflect our recommendations for the binary end points. In the absence of further information, we recommend that the temperature dependence be incorporated by using the recommended end points to fix the constant and linear terms at each $T$, and then use the Peng *et al.* quadratic and cubic terms at all temperatures. The same approach is recommended for zinc blende AlInN.

#### 4. GaAsN

Although it has been known for a long time that small quantities of nitrogen form deep-level impurities in GaAs and GaP, growth of the GaAsN alloy with appreciable (close to 1%) N fractions has been reported only recently.[623,624] The somewhat unexpected discovery of a giant bowing parameter in this and other $AB_{1-x}N_x$ alloys in principle opens prospects for growing direct-gap III–V semiconductors with band gaps in the near-IR onto Si substrates.

As a general rule, the non-nitride constituents do not easily take the wurtzite form. It is therefore expected that GaAsN and the other analogous alloys will crystallize in a zinc blende lattice, and that a large miscibility gap will make it difficult to prepare alloys with large N fractions. Phase separation has indeed been observed in GaN-rich alloys.[625] Furthermore, the substantial differences between the properties of the light-atom constituent (e.g., GaN) and the heavy-atom constituent (e.g., GaAs) call for a close scrutiny of the usual quadratic relations for the alloy band parameters, since one expects the alloy concentration dependence to be highly nonlinear.

An early theoretical study predicted a bowing parameter of 25 eV for the direct energy gap of GaAsN.[626] $C = 18$ eV was obtained from PL measurements of GaAsN with N fractions of no more than 1.5%.[627] The same result was inferred from studies of the GaAsN near the two binary limits, with the decrease in the energy gap being linear for N fractions as high as 3%.[628] A quadratic form with $C \approx 11$ eV fit the results of an ellipsometry study for $x < 3.3\%$ fairly well.[629] Other studies of dilute GaAsN indicated bowing parameters as large as 22 eV.[630–632] A series of first-principles calculations examined various aspects of the band structure for GaAsN, including ordering effects.[566,633–638] Those studies found that the band-edge wave functions in GaAsN tend to be localized impurity-like states, with the conduction-band wave function strongly localized on the As sublattice and the valence-band wave function on the N sublattice. The projected bowing parameters were large and composition-dependent (varying in the range from 7 to 16 eV between $GaAs_{0.5}N_{0.5}$ and $GaAs_{0.875}N_{0.125}$) whenever the dilute alloy displayed a localized deep impurity level in the gap.[566,635] Recent experimental work on GaAsN with N fractions as large as 15% confirmed the strong composition dependence of the bowing, with values ranging from 20 eV for dilute alloys to 5 eV for concentrated alloys.[639,640] On the other hand, Uesugi *et al.*[641] found a more gradual reduction of the bowing parameter with composition, and attributed the discrepancy to different strain conditions in the different studies. On the basis of the most complete available data set,[639] a compromise cubic form for the band-gap dependence on composition (at all temperatures) can be derived with the following nonlinear terms: $20.4x^2 - 100x^3$ eV. This expression avoids the early semimetallic transition (predicted by using $C = 20$ eV) that was not observed in the single relevant experimental study.[639] A note of caution is that this expression is expected to be valid only in the region $x < 0.15$, beyond which no experimental data are available. This description may in fact be a rather crude approximation of the band-gap dependence over the entire range of compositions.

An alternative description of the energy gap in GaAs-rich GaAsN in terms of the level repulsion model has been developed recently.[642] The transformation from N acting as an isoelectronic impurity to band formation was found to occur at $x = 0.2\%$. The energy gap is sublinear with composition for N fractions as small as a few percent. No upper limit on the composition, for which this description is valid, is available at this moment and the results have been verified only for $x < 3\%$. Nonetheless, in view of the strong evidence for its correctness, it may be advisable to use that description rather than the nonlinear bowing approximation for low N compositions, which are of interest for most device applications. A potentially more accurate four-level repulsion model was recently introduced by Gil.[643]

The Varshni parameters measured by Malikova *et al.*[644] for two GaAsN alloys were found to lie between those of GaAs and zinc-blende GaN. The temperature dependence of the energy gap in a few GaAsN alloys was found to be much weaker (60%) than that in GaAs for N fractions as small as 1%.[645] The spin-orbit splitting obtained from electroreflectance measurements[646] was found to vary approximately linearly in GaAsN. The interband matrix element of GaAsN (and other alloys such as GaPN) is predicted[647] to be strongly reduced relative to the virtual crystal approximation. This theoretical result, which is important primarily at large N compositions, has yet to be verified experimentally. Furthermore, an abrupt increase in the effective mass in GaAsN/GaAs quantum wells with 1.2% and 2% N has been reported.[648,649] The effective mass is larger than that predicted on the basis of theoretical calculations.[638,650]

The valence-band shear deformation potential $b$ in dilute GaAsN epilayers was studied by Zhang *et al.*[651] using electroreflectance measurements to determine the splitting between the heavy-hole and light-hole bands. The deformation



13 October 2026 14:49:21

potential did not follow a simple linear interpolation between GaAs and GaN. The cause is not quite clear, since N incorporation is expected to affect primarily the conduction band of GaAsN, and further studies over a wider composition range are required to pin down the (possibly complicated) N fraction dependence.

### 5. GaPN

Most of the band properties of GaPN are expected to be analogous to those of GaAsN, based on the simple observation that the N impurity behaves in a similar manner in both GaAs and GaP. The main complication is that GaP is an indirect-gap semiconductor. Both the Γ-valley and *X*-valley gaps in GaPN were predicted to have bowing parameters of 14 eV,[652] and subsequent experimental data agreed with those projections.[652–654] Sakai *et al.* used the same theoretical description and obtained similar results.[626] Recently, Bi and Tu were able to observe the energy-gap variation for alloys incorporating up to 16% N.[639] Their results are consistent with the predictions of another model, which yields bowing parameters of 10 and 3.9 eV for the *X*-valley and Γ-valley gaps, respectively. These results are quite close to the recent tight-binding calculations of Miyoshi *et al.*[655] and appear to be the best available values for interpolating between GaP and zinc blende GaN using the conventional model. Pseudopotential calculations indicate that even though both GaP and GaN have substantial matrix elements, the momentum matrix element in GaPN is very small for almost any concentrated GaPN alloy.[647] On the other hand, Xin *et al.*[656] recently observed intense PL from GaPN alloys with a N fraction larger than 0.43% and demonstrated a red LED based on $GaP_{0.989}N_{0.011}$.[657] These results are quite consistent with the picture developed by Shan *et al.*,[658] which challenges the once accepted wisdom that GaPN retains an indirect gap for very small N concentrations (≈1%). These authors formulated a model based on the interaction between highly localized nitrogen states and extended states at the Γ conduction-band minimum. According to the so-called ''band anticrossing'' picture, incorporation of even small amounts of N into GaP changes the nature of the fundamental optical transition from indirect to direct. The optical transition energy is smaller than the nitrogen level in GaP (2.18 eV) by a term linear in $x$ for small $x$ and varying as $x$ for larger $x$. Another piece of the evidence supporting strong $\Gamma - X$ mixing is the recent measurement of a heavy ($0.9m_0$) electron mass in $GaP_{0.975}N_{0.025}$/GaP quantum wells.[659] Provided the accuracy and validity limits of the ''band anticrossing'' picture are conclusively established, the theoretical approach summarized in Ref. 658 should be employed to determine the optical transition energies in GaPN. Similar considerations apply to other low-N-fraction-containing alloys (see Sec. IV G 4). In this review, we refrain from exploring the consequences of the band anticrossing model in more detail.

### 6. InPN

InPN with less than 1% N has been studied by Bi and Tu.[660] In spite of the low solubility of N in InP, they, found a significant band gap reduction that corresponded to a bowing parameter in the range 13–17 eV. We recommend an average value of $C=15$ eV, and refer the reader to Sec. IV G 4 for the necessary caveats.

### 7. InAsN

A theoretical calculation of the band structure of InAsN has been reported,[661] and one recent experimental study of the growth of this interesting ternary has been made.[662] The primary importance of InAsN is that it serves as one of the end points of the GaInAsN quaternary, which is promising for 1.55 μm semiconductor lasers on GaAs substrates. A tight-binding calculation[661] deduced a bowing parameter of 4.22 eV, which was obtained assuming a particular value (3.79 eV) for the valence-band discontinuity between InAs and InN. This is our recommended value, although it must be noted that the quadratic fit in Ref. 661 was rather poor. Another recent tight-binding study[663] showed that the band gap variation for small N fractions depends on the degree of ordering present in the material and that the maximally N-clustered alloy has a lower energy gap than the As-clustered alloy. It remains to be determined which configuration can be realized experimentally.

The recommended bowing parameters for all the nitride ternary alloys are collected in Tables XXX and XXXI.

## V. QUATERNARY ALLOYS

The capabilities of III–V quantum well devices can frequently be expanded by introducing quaternary layers to the design. This increased flexibility does, however, come at the expense of a more difficult growth coupled with the need for multiple tedious calibration runs to accurately fix the composition. Furthermore, extensive miscibility gaps limit the range of stable compositions, since in thermal equilibrium the components often tend to segregate into inhomogeneous mixtures of binaries and ternaries. While the nonequilibrium MBE growth process can extend the miscibility boundaries considerably, inaccessible composition gaps remain for some of the III–V quaternary systems.

General methods for deriving quaternary alloy band parameters from those of the underlying binary and ternary materials have been summarized by a number of authors.[101,166,201] While no single approach guarantees good results in all cases, the interpolation procedure introduced by Glisson *et al.*[201] usually provides a reasonable approximation. It is applicable to the most commonly encountered quaternaries of the $A_xB_{1-x}C_yD_{1-y}$ type, that are made up of two group-III and two group-V elements. Using the notation from Eq. (4.1), a given band parameter for the ternary $A_{1-x}B_xC$ is given by

$$G'_{ABC}(x)=(1-x)G_{AC}+xG_{BC}-x(1-x)C_{ABC}, \qquad (5.1)$$

where $G_{AC}$ and $G_{BC}$ are the values at the binary end points and $C_{ABC}$ is the appropriate bowing. The corresponding band parameter in the quaternary $A_xB_{1-x}C_yD_{1-y}$ is then expressed as a weighted sum of the related ternary values:



13 October 2026 14:49:21

$$G''_{ABCD}(x,y)=\frac{x(1-x)[(1-y)G'_{ABD}(x)+yG'_{ABC}(x)]+y(1-y)[xG'_{ACD}(y)+(1-x)G'_{BCD}(y)]}{x(1-x)+y(1-y)}. \quad (5.2)$$

This approach can be extended to treat quaternary alloys of the $AB_xC_yD_{1-x-y}$ and $B_xC_yD_{1-x-y}A$ types[664]

$$G'_{ABCD}(x,y)=\frac{xyG'_{ABD}(u)+y(1-x-y)G'_{BCD}(v)+(1-x-y)xG'_{ACD}(w)}{xy+y(1-x-y)+(1-x-y)x}, \quad (5.3)$$

where $u\equiv(1-x-y)/2$, $v\equiv(2-x-2y)/2$, and $w\equiv(2-2x-y)/2$. The approach of Eqs. (5.2) and (5.3) tends to give better agreement with experiment than an alternative treatment of Moon *et al.*,[665] which is known to overestimate the quaternary bowing.[201,666] Krijn[101] gives polynomial expansions of $Q(x,y)$ derived from Eqs. (5.2) and (5.3) for the energy gaps and spin-orbit splittings of several III–V quaternaries.

Generally speaking, a given quaternary comprises a vast two-dimensional space of compositions, $[x,y]$. In practice, however, most experiments have focused on the one-dimensional subsets, $[x,y(x)]$ that are (approximately) lattice matched to one of the common binary substrate materials (GaAs, InP, InAs, or GaSb). The quaternary may then be represented as a combination of two lattice-matched constituents, one of which must be a ternary while the other may be either a binary or a ternary. The treatment is considerably simplified by the usual absence of any strong bowing of the band parameters for such an alloy, which is expected on theoretical grounds because the two constituents have identical lattice constants.

In the following, we will assume two lattice matched binary or ternary end points, $\alpha$ (e.g., $A_{1-x}B_xC$) and $\beta$ (e.g., $AC_{1-y}D_y$), which are combined with arbitrary composition $z$ to form the lattice-matched quaternary alloy $\alpha_{1-z}\beta_z$. We then employ the expression

$$G''_{\alpha\beta}(z)=(1-z)G'_\alpha+zG'_\beta-z(1-z)C_{\alpha\beta}, \quad (5.4)$$

where $G'_\alpha$ and $G'_\beta$ are the values at the end points and $C_{\alpha\beta}$ is the additional bowing associated with combining the two end point materials to form a quaternary. For lattice-matched quaternaries, using Eq. (5.4) with the available experimental evidence to determine $C_{\alpha\beta}$ for each property should lead to a better representation than either the procedure of Eqs. (5.2) and (5.3) or simple linear interpolation.

## A. Lattice matched to GaAs

### 1. AlGaInP

$(Al_zGa_{1-z})_{0.51}In_{0.49}P$ [or, more accurately, $(Al_{0.52}In_{0.48}P)_z/(Ga_{0.51}In_{0.49}P)_{1-z}$] lattice matched to GaAs is often employed as the barrier and cladding material in GaInP/AlGaInP red diode lasers.[473,498] Early studies of lattice-matched AlGaInP, which is a quaternary of the second type (with one group-V element), found that the band gap variation between $Ga_{0.51}In_{0.49}P$ and $Al_{0.51}In_{0.49}P$ is indeed nearly linear, as expected.[494,505,667] However, subsequent PL, PL excitation (PLE),[507] electroreflectance,[502] thermoreflectance,[500] and ellipsometry[508] measurements indicated that a small additional bowing parameter between 0.11 and 0.18 eV is needed to fully account for the data. Using $C=0.18$ eV in conjunction with the recommended expressions for the temperature-dependent direct gaps of GaInP and AlInP, Eq. (5.4) can be used to find the lattice-matched AlGaInP gaps for all $z$ and $T$. For example, at $T=0$ we obtain $E_g=[2.007(1-z)+2.691z-0.18z(1-z)]$ eV.

Using linear interpolation for the $X$-valley energy gap in AlGaInP (supported by the PL data of Najda *et al.*[507]), we find that the direct-to-indirect crossover (at 0 K) should occur at $z=0.55$, which is in good agreement with experiment.[494,507] The composition-dependent variation of the 300 K energy gap in the lattice-matched quaternary $(Al_zGa_{1-z})_{0.51}In_{0.49}P$ is plotted by Fig. 6, in which the Γ-valley gap is given by a solid curve and the $X$-valley gap by a dashed curve. Linear interpolation between the lattice-matched alloys is also suggested for the $L$-valley gap and the spin-orbit splitting.[502] There appears to be only one cyclotron resonance study of the electron mass in $Al_{0.15}Ga_{0.35}In_{0.5}P$,[495] in which ordering and $L$-valley interactions could have distorted the reported electron mass of $0.14m_0$. It is therefore suggested that the standard procedure be followed, except that electron masses in the lattice-matched ternaries should be used as the end points in place of binaries. In this particular example, linear interpolation of the end point ternary masses should also give adequate results.

### 2. GaInAsP

Not very much is known about the band structure of GaInAsP lattice matched to GaAs [or $(GaAs)_{1-z}(Ga_{0.51}In_{0.49}P)_z$]. There has been little motivation to pursue this quaternary, since its direct band gap spans roughly the same range as direct-gap AlGaAs, which is considerably easier to grow.

However, there has been some work[668,669] on lattice-matched and strained alloys (in the vicinity of $z=0.67$), for




FIG. 6. Lowest energy gaps as a function of composition for $(Al_{0.52}In_{0.48}P)_z/(Ga_{0.51}In_{0.49}P)_{1-z}$ and $(Ga_{0.51}In_{0.49}P)_z/(GaAs)_{1-z}$ quaternary alloys, lattice matched to GaAs, at $T=300$ K. The region of AlGaInP for which the $X$-valley gap is lowest is indicated with a dashed line.



13 October 2026 14:49:21

which the quaternary constituents may be rewritten $(GaP)_x(InAs)_{1-x}$ (with $x \approx z$ for the case of lattice matching to GaAs). Absorption measurements[669] yielded $x_c = 0.73$ for the direct-to-indirect crossover point. Since the authors greatly overestimated the $X$ valley gap in InAs, their corresponding bowing parameter cannot be considered reliable. Instead we adopt their direct-gap bowing parameter of 0.40 eV and estimate $C_X = -0.28$ eV from the crossover composition (note that these bowings are in terms of $x$ with GaP and InAs as end points, not $z$ with GaAs and $Ga_{0.51}In_{0.49}P$ as end points). It should be noted that results for the GaP-rich quaternary do not necessarily support upward bowing, whereas a linear variation does produce a reasonably good fit.

Using the results for $(GaP)_x(InAs)_{1-x}$ discussed above, a straightforward evaluation of the bowing parameters for the lattice-matched quaternary $(GaAs)_{1-z}(Ga_{0.51}In_{0.49}P)_z$ gives $C_X = 0.53$ eV and $C_\Gamma = -0.62$ eV. The composition-dependent variation of the 300 K energy gap in GaInAsP lattice matched to GaAs is plotted in Fig. 6. The recommended parameters imply a direct band gap at all compositions $z$.

### 3. AlGaInAs

Band gaps for strained AlGaInAs on GaAs (with low Al and In fractions) have been reported by Jensen *et al.*,[441] on the basis of PL measurements.

### 4. GaInAsN

The GaInAsN quaternary has drawn considerable attention recently, since the addition of a small N fraction compensates the compressive strain that limits the critical thickness of GaInAs layers grown on GaAs substrates. In terms of the band structure properties, the alloy may be thought of as $(GaAs)_{1-z}(InAs_{0.62}N_{0.38})_z$ and represents a quaternary analog of the nitrogen-containing zinc blende ternaries discussed in the previous section. Unfortunately, the properties of InAsN have not been measured, and such experiments may run into difficulty in the future owing to the expected miscibility gap. An alternative approach proposed by Chow *et al.*[670] on the basis of the experimental result of Jones *et al.*[671] is to derive the energy gap from the GaInAs alloy with the same In fraction and then *reduce* it by $(53\Delta\varepsilon)$ eV, where $\Delta\varepsilon$ is the difference between the in-plane strains computed for the In-containing ternary and quaternary (we have revised the coefficient in order to fit our band-gap scheme). The results of absorption[672] and photomodulation spectroscopy[673] are in accord with the PL measurement of Jones *et al.*[671] Pseudopotential calculations[674] are in good agreement with this approach for low N fractions. Calculations and measurements for GaInAsN lattice matched to InP have also been reported.[674,675] Recently, a large increase in the electron mass in GaInAsN with a small N fraction was observed via reflectivity measurements.[676] This result appears to invalidate any simple interpolation scheme and favor the authors' proposed model of the interaction between localized N states and the extended states of the semiconductor matrix as discussed in Sec. IV G 4.




FIG. 7. Energy gaps as a function of composition for $(InP)_z(Ga_{0.47}In_{0.53}As)_{1-z}$, $(Al_{0.48}In_{0.52}As)_z(Ga_{0.47}In_{0.53}As)_{1-z}$, and $(GaAs_{0.5}Sb_{0.5})_z(Ga_{0.47}In_{0.53}As)_{1-z}$ quaternary alloys, lattice matched to InP, at $T = 300$ K.

## B. Lattice matched to InP

### 1. GaInAsP

GaInAsP lattice matched to InP $[(InP)_{1-z}(Ga_{0.47}In_{0.53}As)_z$, which is $Ga_xIn_{1-x}As_zP_{1-z}$ with $x = 0.47z$,] is an extremely important quaternary alloy. It is currently employed in commercial optoelectronic (especially semiconductor lasers emitting at 1.3 and 1.55 $\mu$m) and electronic (especially high-electron-mobility transistor) devices. This alloy has been the subject of numerous review articles[5,6,429,666,677] and at least one book.[4]

Numerous measurements of the direct energy gap in GaInAsP have been reported.[427,443,678–680] Pearsall summarized the experimental results available by 1982 in his review,[677] and deduced a bowing parameter of 0.149 eV. For the most part, a small spread in the experimental data was found, and it was pointed out that Perea *et al.*[443] ($C = 0.25$ eV) underestimated the gaps somewhat in analyzing their electroreflectance data. Further electroreflectance experiments of Lahtinen and Tuomi[680] indicated a substantially smaller bowing parameter of 0.038 eV. An early tight-binding calculation also yielded a bowing parameter of 0.19 eV,[428] with error bounds sufficient to include almost all of the experimental data sets. We recommend using Eq. (5.4) with a bowing parameter of $C = 0.13$ at all temperatures, which is consistent with the relations currently employed to estimate device characteristics.[4] This procedure yields $E_g = [1.4236(1-z) + 0.816z + 0.13z^2]$ eV at 0 K and $E_g = [1.353(1-z) + 0.737z + 0.13z^2]$ eV at 300 K. The composition-dependent variation of the 300 K energy gap in the lattice-matched quaternary $(InP)_{1-z}(Ga_{0.47}In_{0.53}As)_z$ is plotted in Fig. 7.

Two studies have reported Varshni parameters for GaInAsP.[681,682] Although the band gaps obtained in the two studies were similar, the resulting Varshni parameters were very different. Deducing the temperature variation of the quaternary band gap from the bulk Varshni parameters given above is therefore probably a safer procedure (and gives reasonable agreement with the results of Satzke *et al.*[682]). A linear variation is usually assumed for the indirect band gaps



13 October 2026 14:49:21

between the two end point materials,[4] although that dependence has apparently not been verified experimentally.

Electroreflectance studies have concluded that the bowing parameter for the spin-orbit splitting is either close to zero[678,680] or negative.[443,679] This upward bowing was explained by considering the interband and intraband contributions to disorder-induced mixing of conduction-band and valence-band states.[683] We derive our recommended value of $C(\Delta_{so}) = -0.06$ eV, which implies $\Delta_{so} = [0.108(1-z) + 0.33z - 0.06z^2]$ eV, by averaging all reported spin-orbit bowing parameters.

The electron mass in GaInAsP has been measured by a variety of approaches such as cyclotron resonance, magnetophonon resonance, Shubnikov–de Haas oscillations, and shallow donor photoconductivity.[448–451,453,684] Some studies found roughly zero bowing,[448,449,684] while others obtained appreciable downward bowing.[450,451,453] In the former case, it was claimed that the lack of effective mass bowing was due to the band gap bowing being compensated by a disorder-induced bowing of the interband matrix element.[677] However, from a consideration of all available experimental data there is no obvious reason to deviate from our standard mass-bowing procedure (e.g., see Fig. 6.7 in Ref. 4). Using our adopted band gap variation and interpolating the interband matrix element and the $F$ parameter linearly, we find the totality of the data to be consistent with that procedure. The resulting masses are slightly lower than those in Refs. 448, 449, and 684, but not nearly as small as in Ref. 453. The light-hole effective mass in GaInAsP lattice matched to InP was measured by Hermann and Pearsall.[459] On the basis of those data, Adachi suggested a bowing parameter of $0.03m_0$.[4] However, we recommend using a slightly modified version of the Adachi expression, $m^*_{lh} = (0.1208 - 0.099z + 0.0302z^2)$ eV, in order to assure consistency with the end point values in $Ga_{0.47}In_{0.53}As$ and InP. Using linear interpolation for the heavy-hole mass and the valence-band anisotropy, the split-off mass can be determined using Eqs. (5.4) and (2.18).

By measuring the pressure dependence of the stimulated emission in a buried heterostructure near-IR diode laser, a hydrostatic deformation potential of $a = -5.7$ eV was determined for $Ga_xIn_{1-x}As_zP_{1-z}$ with $y = 0.6$.[685] This represents a smaller absolute value than in either InP ($-6.6$ eV) or $Ga_{0.47}In_{0.53}As$($-7.79$ eV), and requires a rather large bowing parameter of $C = -6.7$ eV. While we recommend this value in the absence of other information, additional experiments are necessary to confirm this strong bowing.

### 2. AlGaInAs

Another important quaternary lattice matched to InP is AlGaInAs [or $(Al_{0.48}In_{0.52}As)_z(Ga_{0.47}In_{0.53}As)_{1-z}$], which combines two lattice-matched ternary alloys. Initial characterization of this quaternary was performed by Olego *et al.*,[456] who found a direct-gap bowing parameter of 0.20 eV [when cast into the form of Eq. (5.4)]. Subsequent PL measurements of Kopf *et al.*[465] and Cury *et al.*[457] implied a linear variation of the energy gap, whereas the low-temperature PL results of Bohrer *et al.*[686] suggested a large bowing parameter of 0.68 eV. Fan and Chen obtained a value of 0.225 eV between those two extremes,[458] while Shen and Fan calculated a rather small bowing using the tight-binding method with the virtual-crystal approximation.[470] Averaging the various experimental results, we obtain a composite direct-gap bowing parameter of 0.22 eV, which is close to the values of Olego *et al.*[456] and Fan and Chen.[458] The composition-dependent variation of the 300 K energy gap in the lattice-matched quaternary $(Al_{0.48}In_{0.52}As)_z(Ga_{0.47}In_{0.53}As)_{1-z}$ is plotted in Fig. 7.

The only other AlGaInAs band structure parameter with a validated nonlinear compositional variation is the electron effective mass, for which there is strong evidence for a slight upward bowing.[457,469] This can be explained by disorder-induced band mixing,[447,458] whose effect on the interband matrix element is described by expressions in Refs. 447 and 458. Whereas the evidence for a similar mechanism in GaInAsP was inconclusive, here we suggest an effective-mass bowing parameter of $-0.016m_0$. This is consistent with the other parameters if $E_P$ is assumed to have a quadratic dependence, with $C = -5.68$ eV adjusted to provide the correct result for AlGaInAs with $x = 0.5$. The $F$ parameter is then interpolated linearly (between $-2.89$ in $Ga_{0.47}In_{0.53}As$ and $-0.63$ in $Al_{0.48}In_{0.52}As$) in that scheme.

### 3. GaInAsSb

Despite the presence of a miscibility gap, the growth of metastable GaInAsSb lattice matched to InP [or $(Ga_{0.47}In_{0.53}As)_z(GaAs_{0.5}Sb_{0.5})_{1-z}$] has been reported over the entire composition range.[687,688] However, the usefulness of this quaternary is limited because both end points have nearly the same energy gap, even though the cutoff wavelengths are close to the important 1.55 $\mu$m low-loss window for optical fiber communications.

The first reported growth and characterization study of this quaternary obtained little bowing,[687] whereas more recent PL measurements on bulk $Ga_{0.64}In_{0.36}As_{0.84}Sb_{0.16}$ at 8 K implied a gap of 0.7654 eV,[688] as compared to ≈0.81 eV at the two end points. Based on this data point we recommend a composition dependence of $E_g(T=0) = [0.808(1-z) + 0.816z - 0.22z(1-z)]$ eV. Further study is clearly desirable. The recommended composition-dependent variation of the 300 K energy gap in the lattice-matched quaternary $(Ga_{0.47}In_{0.53}As)_z(GaAs_{0.5}Sb_{0.5})_{1-z}$ is plotted in Fig. 7. The approximate location of the miscibility gap according to recent calculations[689] is indicated with the dotted line. The precise extent of the miscibility gap depends on the growth procedure and temperature, and the growth of metastable materials inside the gap is not ruled out.

## C. Lattice matched to InAs

### 1. GaInAsSb

GAInAsSb lattice matched to InAs [or $(InAs)_{1-z}(GaAs_{0.08}Sb_{0.92})_z$] has been studied by a number of authors.[165,690,691] The growth of slightly strained GaInAsSb layers has also been reported by Shin *et al.*[692] Although data for the composition dependence of the direct band gap are somewhat sparse, the available results are consistent with the relatively large bowing parameter of ≈0.6 eV suggested by

13 October 2026 14:49:21




FIG. 8. Energy gaps as a function of composition for $(InAs)_{1-z}(InSb_{0.31}P_{0.69})_z$ and $(InAs)_{1-z}(GaAs_{0.08}Sb_{0.92})_z$ quaternary alloys, lattice matched to InAs, at $T=300$ K. The approximate locations of miscibility gaps are indicated by dotted lines.

Levinshtein *et al.*[11] (see also Fig. 3 of Ref. 691). This is our recommended value, which implies $E_g(T=0)=[0.412z+0.876(1-z)-0.6z(1-z)]$ eV. In the following section it will be seen that this value is similar to the recommended bowing parameter for GaInAsSb on GaSb, which is not surprising in view of the near equality of the InAs and GaSb lattice constants. The empirical relation suggested in Ref. 691 also appears to produce good agreement with the data, although it cannot be recast in the form of Eq. (5.4) with a constant bowing parameter. While in one study Varshni parameters have been deduced for GaInAsSb on InAs,[165] it is recommended that our usual procedure be followed to derive the temperature dependence of the energy gap in this quaternary. The composition-dependent variation of the 300 K energy gap in GaInAsSb lattice matched to InAs is plotted in Fig. 8. The approximate location of the miscibility gap is indicated by the dotted line. Bouarissa[693] obtains $X$-valley and $L$-valley bowing parameters of 0.15 and 0.60 eV from pseudopotential calculations accommodating the effects of alloy disorder.

### 2. AlGaAsSb

The direct and indirect energy gaps in AlGaAsSb lattice matched to InAs [or $(GaAs_{0.08}Sb_{0.92})_{1-z}(AlAs_{0.16}Sb_{0.84})_z$] were studied theoretically by Adachi,[166] and Anwar and Webster.[559] They respectively employed expressions suggested by Glisson *et al.*[201] and Moon *et al.*[665] (who combined the direct and indirect-gap composition dependences). Abid *et al.*[694] also treated AlGaAsSb, using the empirical pseudopotential method with the virtual crystal approximation. That little bowing was found for any of the energy gaps may be an artifact of neglecting the disorder potential. We therefore recommend using the bowing parameters specified below for AlGaAsSb on GaSb.

### 3. InAsSbP

$InAs_{1-x-y}Sb_xP_y$ is the only quaternary with three group-V elements that has been studied in the literature. In spite of some miscibility-gap problems, it has been successfully grown on InAs substrates $[(InAs)_{1-z}(InSb_{0.31}P_{0.69})_z$, where $z=x+y]$ by several groups.[583,695–697] Because of the large uncertainty in the $InSb_{0.31}P_{0.69}$ energy gap, the first study tried to use the quaternary data, assuming a linear variation between the InAs and $InP_{0.69}Sb_{0.31}$ end points, to deduce the bowing parameter for the ternary.[583] Subsequent studies similarly derived a vanishing bowing parameter for the quaternary.[695–697] Since with that assumption the most recent data[696,697] are consistent with our adopted band gap for $InP_{0.69}Sb_{0.31}$, we recommend $C=0$. However, Adachi[166] suggested the possibility of upward bowing based on the general quaternary relations of Glisson *et al.*,[201] and the data of Voronina *et al.*[695] can possibly be explained in that manner. The recommended composition-dependent variation of the 300 K energy gap in InAsSbP lattice matched to InAs is plotted in Fig. 8. The approximate location of the miscibility gap is indicated with a dotted line.

The spin-orbit splitting in InAsSbP has been found to be larger than in either InAs or $InP_{0.69}Sb_{0.31}$,[696] although only theoretical estimates are available for the latter. The measurements imply the form: $\Delta_{so}=0.39(1-z)+0.166z+0.75z(1-z)$, where the upward bowing parameter is larger than in Ref. 696 owing to a different value assumed for InPSb. While an electron effective mass of $0.027m_0$ determined[698] for $InAs_{0.62}Sb_{0.12}P_{0.26}$ is lower than the value of $0.0288m_0$ derived from a linear interpolation of the interband matrix element and the $F$ parameter, the latter is nonetheless quite close to the band edge mass found from the band structure fits to the carrier density dependence performed in the same reference. We therefore recommend employing the usual procedure.

## D. Lattice matched to GaSb

### 1. GaInAsSb

GaInAsSb lattice matched to GaSb [or $(GaSb)_{1-z}(InAs_{0.91}Sb_{0.09})_z$] is particularly well studied,[699] in part because it is an important active-region constituent of diode lasers emitting at $\lambda=2$ $\mu$m.[700] Early work[687,690,701] on the direct band gap in GaSb-rich GaInAsSb was summarized by Karouta *et al.*,[558] who suggested a bowing parameter of 0.6 eV. At the other extreme, data for $InAs_{0.91}Sb_{0.09}$-rich alloys were found to be consistent with a slightly higher bowing parameter of 0.65–0.73 eV.[695,702] Photoreflectance studies by Herrera-Perez *et al.*[703] and spectral ellipsometry results of Munoz *et al.*[704] support an even higher value for $C$. Similarly, recent reports of GaInAsSb grown by liquid-phase epitaxy tend toward higher bowing parameters.[705,706] Our recommended value of $C=0.75$ eV is a composite obtained by averaging all of the available results. The dependence on composition is then: $E_g=[0.812(1-z)+0.346z-0.75z(1-z)]$ eV at 0 K and $E_g=[0.727(1-z)+0.283z-0.75z(1-z)]$ eV at 300 K. The data of Karouta *et al.*[558] suggest $C=-0.26$ eV for the spin-orbit splitting, which implies: $\Delta_0=[0.76(1-z)+0.33z+0.26z(1-z)]$ eV. However, this expression is at variance with the recent ellipsometric data of Munoz *et al.*, which suggests downward bowing of the spin-orbit splitting with $C=0.25$ eV.[704] The latter result was obtained only for compositions of $z=0.14$–0.15. Both the



13 October 2026 14:49:21




FIG. 9. Energy gaps as a function of composition for $(GaSb)_{1-z}(AlAs_{0.08}Sb_{0.92})_z$ and $(InAs_{0.91}Sb_{0.09})_{1-z}(GaSb)_z$ quaternary alloys, lattice matched to GaSb, at $T=300$ K. The approximate location of a miscibility gap for InGaAsSb is indicated by a dotted line.

downward bowing of the energy gap and the upward bowing of the spin-orbit splitting are well described[699] quantitatively by the expression of Moon *et al.*,[665] although it should be remarked that in performing such calculations some authors used different bowing parameters for the related ternary alloys.[695] Energy gaps for certain strained GaInAsSb compositions have also been reported.[707–709] The composition-dependent variation of the 300 K energy gap in GaInAsSb lattice matched to GaSb is plotted in Fig. 9. The approximate location of the miscibility gap is indicated by the dotted line.

Pseudopotential results of Bouarissa[710] predict bowing parameters of 0.85 and 0.43 eV for the *L*-valley and *X*-valley gaps, respectively. The direct-gap bowing parameter quoted in that reference is in reasonably good agreement with the experimental results.

### 2. AlGaAsSb

AlGaAsSb lattice matched to GaSb [or $(GaSb)_{1-z}(AlAs_{0.08}Sb_{0.92})_z$] is a natural barrier and cladding material for mid-infrared semiconductor lasers. Relations for the direct and indirect energy gaps were calculated by Adachi,[166] and the experimental results have been summarized by Ait Kaci *et al.*[560] The quoted direct-gap bowing parameter of 0.47 eV agreed well with the pseudopotential calculation of Abid *et al.*[694] and the photoreflectance measurements of Herrera-Perez *et al.*[703] Based on all of these data points, we recommend a composite result of $C=0.48$ eV. The band gap at 300 K is then: $E_g=[0.727(1-z)+2.297z-0.48z(1-z)]$ eV. This composition-dependent variation of the direct energy gap in AlGaAsSb lattice matched to GaSb is plotted in Fig. 9.

Although general considerations imply that the bowing of the *L*-valley gap should be similar while the *X*-valley gap should display little bowing,[166] pseudopotential calculations[694] have suggested bowing parameters of 0.807 and 1.454 eV, respectively. A consequence of the large *X*-valley bowing would be a decrease of the predicted direct-to-indirect crossover composition to $z=0.14$.

## E. Other substrates

### 1. AlGaAsP

AlGaAsP has been grown on commercially available $GaAs_{0.61}P_{0.39}$ substrates.[711–713] It can be considered as a combination of GaAsP and AlAsP alloys with phosphorus fractions similar to the substrate. A careful investigation of the pump intensity dependence of the PL peaks revealed both impurity and band-to-band transitions.[711] Those results imply a surprisingly large direct-gap bowing parameter of 1.3 eV for the quaternary. However, that value would be reduced considerably if it turns out that the theoretical projection of 0.22 eV for the bowing parameter in AlAsP (see above) is too small.

## F. Nitride quaternaries

The growth of AlGaInN has been reported,[602,621] although little is known about its band structure properties. Recent results indicate a nearly linear band gap reduction for small In compositions (<2%).[714] The cutoff wavelengths of AlGaInN (lattice matched to GaN) ultraviolet photodetectors were also generally consistent with a linear interpolation.[715] Improved crystal quality in comparison with AlGaN has also been noted.[716] Until more precise data become available, we suggest employing the usual quaternary expressions in order to estimate the parameters of this poorly explored material.

# VI. HETEROSTRUCTURE BAND OFFSETS

The preceding sections have discussed the bulk properties of III–V semiconductors and their alloys in isolation. In this section, we turn to a consideration of the conduction and valence band alignments that result when the materials are joined to form heterojunctions in various combinations. Fortunately, it is usually a good approximation to view the valence band position as a bulk parameter for each individual material, which can then be subtracted to determine the relative band alignment at a given heterojunction. The interface dipole contribution, that is particular to each material combination tends to be small, since it is largely screened even when the interface bonding configurations are vastly different. However, it will be seen below that at least for the case of an InAs/GaSb interface, which has no common anion or cation, there is reliable experimental evidence for a small dependence of the offset on the interface bond type.

Our discussion will build upon the previous summary of Yu *et al.*[717] who comprehensively reviewed the understanding of band offsets as of 1991. That work, which may be considered an update of earlier reviews by Kroemer,[718,719] also provided an excellent overview of the methods commonly used in experimental band offset determinations.

Some of the existing theories, such as the model solid theory of Van de Walle,[129] assert that very little bowing of the valence band offset should be expected (although some bowing may arise if there is a strong nonlinearity in the spin-orbit splitting). However, if we are to maintain consistency with the most reliable experimental results for a variety of heterojunctions (e.g., GaAs/AlAs and lattice-matched $Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As$), a bowing parameter must be assigned to some of the ternary alloys. Since there are almost

13 October 2026 14:49:21




FIG. 10. Conduction (filled) and valence (open) band offsets for the 12 binaries. The Γ-valley energy gap for a given binary corresponds to the difference between the conduction and valence band positions, i.e., the length of the vertical line connecting the filled and open points. Similarly, the conduction (valence) band offset between two distinct binaries corresponds to the energy difference between their respective conduction or valence band positions on the absolute energy scale of the figure.

no reports of temperature variations that exceed the experimental uncertainties, in all cases we will take the valence band offsets to be independent of *T*.

Recommended valence band offsets (VBOs) (open points) and conduction band offsets (CBOs) (filled points) for all 12 of the binaries are summarized in Fig. 10. The extent of the energy gap for each material is indicated by the vertical line. Relative positions of the CBOs and VBOs in this figure may be compared to determine the offset for any given heterojunction combination.

The recommended VBOs for materials lattice matched to the common substrate materials of GaAs, InP, InAs, and GaSb are shown in Fig. 11. The points indicate offsets for binary and ternary compounds, while the vertical lines signify VBO ranges that are available using lattice-matched quaternaries. Since a linear variation with composition is assumed for all quaternaries, simple interpolation between the




FIG. 11. Valence band offset as a function of lattice constant. The offsets for binaries and lattice-matched ternaries are indicated by points, offset variations with composition for lattice-mismatched ternaries (not including strain effects) are given by dashed curves, and the VBO ranges for quaternary alloys lattice matched to a particular substrate material (GaAs, InP, InAs, or GaSb) are given by the vertical solid lines.




FIG. 12. Conduction band offsets corresponding to the VBOs in Fig. 11. The various points and curves have the same meaning as in that figure.

end point offsets yields the VBO for any desired quaternary alloy. The dashed lines illustrate VBO variations in a number of important lattice-mismatched ternary alloys. Corresponding conduction-band offsets are given in Fig. 12. Although strain effects are neglected in these plots, they are relatively strong and must be included to determine the correct CBO. Note also that since the band gap variation with composition is in general nonlinear (and sometimes double valued), a given point on one of the vertical lines in Fig. 12 does not necessarily map to a single, distinct quaternary alloy composition.

### A. GaAs/AlAs

The GaAs/AlAs heterojunction, which is unique among the III–V semiconductors in terms of growth quality and lattice match, is also the one that has received the most intensive investigation over the years. Although the early work by Dingle *et al.*[720,721] suggested that nearly all of the discontinuity was in the conduction band, later measurements established the well-known 65:35 split between the conduction and valence bands, respectively.[717] Batey and Wright examined the full range of AlGaAs compositions and found that a linear variation of the band offset with Al fraction fitted the results quite well.[722] Although other reports have implied a slight deviation from linearity,[723] we will take the small bowing to occur entirely in the CBO. With this assumption, we average the results obtained for GaAs/AlGaAs by various measurement methods[717,724–743] to obtain the relative VBO between GaAs and AlAs. The result is $\Delta E_v = 0.53$ eV $= 0.34\Delta E_g$, which is the best known value for all of the III–V semiconductors and is well within the uncertainty limits of most experiments.

Ref. 717 presented a compilation of early theoretical results for the GaAs/AlAs band offset. While our composite experimental value agrees quite well with the predictions of first-principles calculations by Christensen,[744] Lambrecht *et al.*,[745] and Wei and Zunger,[746] the model-solid theory of Van de Walle[129] obtained a slightly larger offset of $\Delta E_v = 0.59$ eV and the transition-metal impurity theory of Langer *et al.* yielded a smaller value of 0.453 eV.[747] Similarly small values were also predicted by the dielectric midgap energy models of Cardona and Christensen[748] and Lambrecht and

13 October 2026 14:49:21

Segall.[749] Offsets ranging from 0.36 to 0.54 eV were obtained by Wang *et al.* from the alignment of the average bonding–antibonding energy on the two sides of the heterojunction.[750] The interface dipole theory of Ohler *et al.* yielded the lowest of the recently reported values, $\Delta E_v = 0.38$ eV.[751] Considering the uncertainties involved in reliably calculating band offsets, it must be concluded that the bulk of the theoretical work agrees reasonably well with the experiments.

### B. GaInAs/AlInAs/InP

The other well-studied group of heterojunctions is $Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As/InP$. This system is especially interesting in that it provides a direct test of the degree of offset bowing, since the lattice-matched GaInAs and AlInAs alloys have nearly identical InAs fractions. In light of the well-established GaAs/AlAs result, the expected VBO in the absence of any bowing would be $\Delta E_v = 0.25$ eV (with $\Delta E_c = 0.46$–$0.465$ eV). However, both the early evidence summarized by Yu *et al.*[717] and subsequent data have consistently favored a CBO in the 0.50–0.53 eV range. For example, CBO determinations include 0.52 eV by Welch *et al.* from low-temperature PL studies,[752] 0.505 eV by Satzke *et al.* from electroabsorption data,[753] 0.53 eV by Morris *et al.* from Schottky diode transport,[754] 0.51–0.52 eV by Baltagi *et al.* from photoreflectance data on single quantum wells,[755,756] 0.49 eV by Huang and Chang from an admittance spectroscopy technique,[757] and 0.5 eV by Lugand *et al.* from photocurrent spectroscopy.[758] By carefully modeling the results of PL measurements, Bohrer *et al.* suggested $\Delta E_c = 0.504$ eV,[759] and a similar result was reported by Huang and Chang on the basis of capacitance–voltage ($C-V$) and current–voltage–temperature data.[760] From an XPS study of the $Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As$ junction, Waldrop *et al.* obtained 0.22 eV for the VBO,[761] while Tanaka *et al.* measured the same result using photocurrent spectroscopy.[762] Hybertsen derived a VBO of 0.17 eV from first-principles calculations,[763] which was in good agreement with earlier theoretical determinations (0.14–0.21 eV).[129,748] A CBO of 0.516 eV was determined from tight-binding calculations of Shen and Fan.[470] While Seidel *et al.* observed nontransitivity for the GaInAs/AlInAs CBO using a combination of internal photoemission, current–voltage ($I-V$) measurements, and PLE spectroscopy (values of 0.5 and 0.64 eV were obtained for the two possible growth sequences[764]), further investigations of that effect are called for.

Based on this broad and remarkably consistent variety of experimental and theoretical determinations, we recommend a composite result of 0.52 eV (0.19 eV) for the CBO (VBO) at the $Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As$ heterojunction. Making use of the already determined GaAs/AlAs VBO, we can also derive the *difference* between the offset bowing parameters for the two alloys, which is found to be 0.26 eV. This is higher than the value of 0.048 eV suggested by the average-bond-theory results of Zheng *et al.*[765] It will be seen below that by correlating with the data for other heterojunctions, we can further determine how this bowing is distributed between the two alloys.

Using the $Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As$ results, we can also extract reliable band offsets for the $Ga_{0.47}In_{0.53}As/InP$ and $Al_{0.48}In_{0.52}As/InP$ heterojunctions. On the basis of experimental reports up to 1991, Yu *et al.*[717] suggested that the CBO for $Ga_{0.47}In_{0.53}As/InP$ constituted approximately 40% of the total band gap discontinuity of 0.608–0.616 eV. This assignment is in excellent agreement with the later work of Bohrer *et al.*[686,759] Slightly smaller CBOs of 0.22 and 0.2 eV were obtained by Lee and Forrest[766] and Guillot *et al.*,[767] respectively, using $C-V$ techniques. A much larger CBO of 0.41 eV was reported from the results of absorption spectroscopy by Koteles,[732] and the XPS measurements of Waldrop *et al.* yielded a VBO of 0.34 eV (corresponding to $\Delta E_c = 0.27$ eV).[761] Theoretical work by Van de Walle[129] and Hybertsen[763] indicated CBOs in the 0.2–0.26 eV range.

A number of works have reported nontransitivity of the $Ga_{0.47}In_{0.53}As/InP$ band offset. Landesman *et al.* used ultraviolet transmission spectroscopy to study the junction and found a considerable (180 meV) difference between the offsets resulting from the two possible growth sequences (with different interface bond types).[768] The average VBO of 0.35 eV obtained in that study is in good agreement with the results given in other reports. A smaller noncommutativity of 86 meV was also reported by Seidel *et al.*,[764] whose average CBO of 0.23 eV once again agreed reasonably well with the experiments that did not find transitivity violations. The issue of noncommutativity at heterojunctions with no common anion across the interface is controversial from the theoretical point of view as well.[763,769,770] A first-principles pseudopotential calculation by Hybertsen[763] found the GaInAs/InP offset to be transitive to within 10 meV, whereas the self-consistent tight-binding model of Foulon and Priester[769] yielded a 60 meV difference, depending on whether the growth sequence employed InAs-like or GaInP-like interface bonds. Since the evidence for appreciable noncommutativity is inconclusive at this point, we do not specify an interface-bond-type dependence of the band offset in this review. If future work confirms noncommutativity for a particular heterojunction, our recommended offset values can still be used as long as they are considered to be an average for the two bond-type combinations.

Our recommended composite VBO for the $Ga_{0.47}In_{0.53}As/InP$ heterojunction is 0.345 eV, irrespective of the growth sequence, which corresponds to a CBO of 0.263 eV. With the assumption of transitivity, we also recommend a VBO of 0.155 eV for the staggered $Al_{0.48}In_{0.52}As/InP$ interface. This value is near the lower end of the 0.11–0.31 eV range of values reported in the literature.[466,472,748,763,759,769–774] One group reported noncommutativity with a 53 meV band-offset difference for that heterojunction.[764,775]

### C. Strained InAs/GaAs/InP and related ternaries

In(Ga)As/GaAs is another important heterojunction that is used in a wide variety of electronic and optoelectronic devices. However, direct measurement of its band offset is considerably complicated by the high degree of strain that was not present in the more straightforward GaAs/AlAs and



13 October 2026 14:49:21

$Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As/InP$ cases. One approach is to measure the offset for the lattice-matched $Ga_{0.47}In_{0.53}As/InP$ (or $Al_{0.48}In_{0.52}As/InP$) heterojunction and then make some assumption regarding the GaAs/InP band alignment. (Note that determination of the $Ga_{0.47}In_{0.53}As/Al_{0.48}In_{0.52}As$ offset is not helpful, insofar as InAs is present in both alloys in almost equal amounts.) Measurements of the offsets for heterojunctions with varying degrees of strain should be useful, as long as a consistent set of deformation potentials is used to eliminate the strain contributions.

The x-ray photoemission spectroscopy measurements of Hwang *et al.*[776] and Kowalczyk *et al.*[777] predicted VBOs of $0.11\pm0.05$ and $0.17\pm0.07$ eV, respectively, for the bulk, unstrained InAs/GaAs junction. Similar measurements by Waldrop *et al.*[778,779] implied a consistent offset value of 0.12 eV, although it is somewhat questionable whether strain was completely relieved by dislocations in all of those studies.[777] Correlating the results of Hirakawa *et al.*[780] for strained InAs/GaAs heterojunctions with our assumed deformation potentials, we obtain an average VBO of 0.365 eV. A similar study by Ohler *et al.*[781] claimed good agreement with the model-solid theory of Van de Walle,[129] yielding an offset of 0.28 eV.

Early results for strained InGaAs/GaAs were summarized by Yu *et al.*[717] Although an explicit value for the band offset was not derived in most works, Menendez *et al.* extrapolated $\Delta E_v = 0.49$ eV for the InAs/GaAs junction.[782] More recently, Hrivnak pointed out the consistency of several experiments with an unstrained conduction (valence) band offset of 0.69 (0.38) eV.[783] Numerous reports of band offsets in InGaAs/GaAs quantum wells have been published.[732,784–801] Since many of those values were found not to be a constant fraction of the band gap, extrapolating to InAs/GaAs is of doubtful validity. Relative CBOs (with respect to the gap difference) tended to be in the 0.57–0.90 range. Variation of the offset with growth direction was also reported.[802]

InAs/GaAs band offsets have also been determined from optical measurements on very thin InAs layers imbedded in GaAs, although strain effects must again be subtracted from the offsets that were actually measured for heavy and light holes.[803] The recent results of Brubach *et al.* are consistent with an unstrained VBO of approximately 0.22 eV,[804] and a theoretical fit of PL data indicated an even smaller value of 0.08 eV.[805] A combination of $C-V$ and deep level transient spectroscopy (DLTS) measurements yielded 0.69 eV for the strained CBO.[806] On the other hand, another DLTS study of InAs/GaAs self-organized quantum dots found a CBO of 0.341 eV.[807] A study of InAs/AlAs superlattices produced an unstrained VBO of 0.5 eV (implying a nearly null VBO for InAs/GaAs), although the error bounds were rather large for that result.[808] $I-V$ measurements on relaxed InAs/GaAs interfaces yielded 0.34 eV for the VBO.[809]

Considering the wide spread in the experimental offsets for In(Ga)As/GaAs, it is useful to compare with theoretical findings. The Schottky-barrier arguments of Tersoff led to an offset of 0.2 eV,[810] while the transition-metal impurity theory of Langer *et al.* yielded $\Delta E_v = 0.33$ eV.[747] Using midgap energy levels as a point of reference, Menendez[811] predicted a VBO of 0.13 eV. The model-solid theory of Van de Walle[129] predicted $\Delta E_v = 0.28$ eV, and Ohler *et al.* obtained a slightly larger result of 0.33 eV.[751] The common-anion rule,[717] as reformulated by Wei and Zunger for the Ga/In cation pair, predicts a much smaller VBO of 0.06 eV.[746]

Weighing the large number of experimental and theoretical findings together, we conclude that the VBO for the unstrained InAs/GaAs heterojunction is most likely in the 0.1–0.35 eV range. We recommend a composite value of 0.21 eV.

X-ray photoemission spectroscopy has yielded 0.31 eV for the VBO at the InAs/InP heterojunction.[779] A somewhat smaller offset of 0.27 eV was reported on the basis of optical data.[812] Similar offsets were deduced from InAsP/InP quantum well measurements,[573,813–816] although a considerably larger VBO was found in one study.[817] An unstrained VBO of 0.39 eV was determined from PL measurements by Disseix *et al.*,[818] and 0.41 eV was obtained from fits to the PL data for very thin InAs/InP quantum wells.[819] The model-solid theory of Van de Walle[129] predicted a VBO of 0.44 eV, whereas Ohler *et al.*[751] and Tersoff[810] calculated smaller values of 0.26–0.27 eV. In order to be consistent with the majority of investigations, an intermediate VBO value of 0.35 eV is recommended for the unstrained InAs/InP heterojunction.

Assuming transitivity, the discussion above implies that the VBO for the unstrained GaAs/InP heterojunction should be 0.14 eV, which is roughly consistent with the result of x-ray photoemission spectroscopy (0.19 eV).[779] With these results in hand, we can calculate VBO bowing parameters for the GaInAs and AlInAs alloys, and find $-0.38$ and $-0.64$ eV, respectively. Note that the negative sign for the VBO bowing parameter is consistent with the reduction of the energy gap below the virtual-crystal approximation in alloys.

Accurate measurements of the VBO at heterojunctions combining GaAsSb with GaInAs and AlInAs have also been performed.[537,541,820–822] In Ref. 823, the CBO appears reliable, but the VBO was determined incorrectly, the accurate result being 0.48 eV. These data are reasonably well converged for the case of GaAsSb lattice matched to InP, and imply a large VBO bowing parameter of $-1.06$ eV. GaPSb lattice matched to InP has also been studied and tentatively found to exhibit a VBO of 0.5 eV, which is roughly consistent with a linear variation of the VBO in this alloy (no bowing).[581] A VBO of 0.28 eV has been reported for the InAlAs/AlAsSb heterojunction lattice matched to InP (with a type-II staggered alignment).[561] On the basis of this result, we tentatively assign a large bowing parameter of $-1.71$ eV to the AlAsSb alloy.

### D. GaInP/AlInP/GaAs

The band gap for the lattice-matched alloy $Ga_{0.51}In_{0.49}P$ is 0.49 eV higher than that of GaAs in the temperature range up to 300 K. An early Shubnikov–de Haas experiment yielded a CBO of 0.39 eV.[824] Watanabe and Ohba measured a smaller CBO of 0.19 eV using the conduction–voltage profiling technique,[825] which is in good agreement with similar studies by Rao *et al.*,[826] Lee *et al.*,[827] and Feng *et al.*,[828] and



13 October 2026 14:49:21

with the DLTS measurements of Biswas *et al.*[829] Other experiments found that the VBO consitutes an even larger fraction of the band gap discontinuity ($\Delta E_v = 0.32-0.46$ eV).[830–837] One study obtained a small CBO for the GaInP/AlGaAs heterojunction in the low-Al-fraction limit,[838] while other recent reports have found values intermediate between the two limits.[839–841] Considering the persisting disagreement, we have averaged all of the available data points to obtain a composite recommended VBO of 0.31 eV for $Ga_{0.51}In_{0.49}P$. This value is near the median of the reported range, and is consistent with the latest studies. Foulon *et al.* predicted noncommutativity for the band offset at the GaInP/GaAs interface.[842]

The important GaInP/Al(Ga)InP heterojunction for which both constituent materials are lattice matched to GaAs has also been investigated extensively. The earliest PL study[843] assigned 57% of the total GaInP/AlInP band-gap discontinuity of 0.68 eV to the VBO. Subsequent PL and PLE studies[489,844] found the offset to be 35% and 25%, respectively. The smaller values were confirmed by the widely cited report of Dawson and Duggan who found a VBO of 33%,[493] as well as Kowalski *et al.* (35%),[845] Interholzinger *et al.* (31%),[501] and Zhang *et al.* (32%).[846] Whereas all of those authors considered a quaternary on one side of the heterojunction, the GaInP/AlInP junction was also investigated and found to exhibit[506,847] $\Delta E_v = 0.24$ eV in good agreement with the other reports. Two studies[498,848] considered the full composition range of the quaternary and found an offset of 0.22 eV in the AlInP limit, with evidence for a VBO bowing parameter of 0.157 eV. On the other hand, photoemission measurements at a considerably larger number of compositions yielded $\Delta E_v = 0.305$ eV and no substantial deviation from linearity.[849] The VBO obtained from DLTS (0.36 eV)[850] was 53% of the total band gap discontinuity. On the other hand, the combined PL, PLE, and photoreflectance (PR) investigations of Ishitani *et al.*[851] gave only 25% (0.17 eV). It is unclear why these latter studies appear to disagree with the converging PL data on which we base our recommended value of $\Delta E_v = 0.24$ eV (35% of $\Delta E_g$). Two available studies of the GaAs/AlInP heterojunction put the VBO at 0.62–0.63 eV.[825,839] Transitivity implies a GaInP/AlInP VBO of 0.31–0.32 eV, although the disagreement with the smaller recommended result is nearly within the stated error bounds. We recommend that the unconfirmed VBO bowing for the AlGaInP quaternary be disregarded.

### E. GaP and AlP

Both experimental and theoretical VBOs have been reported for the nearly lattice-matched GaP/AlP heterojunction. $C-V$ profiling,[852] x-ray photoemission spectroscopy,[853] and PL[854] indicated $\Delta E_v = 0.41$, 0.43, and 0.55 eV, respectively. A wide variety of theoretical calculations[129,746,748–750,770,855,856] produced results falling mostly in the 0.34–0.69 eV range. These values can be compared directly with the GaInP/AlInP VBO, since the InP fraction in the latter does not change across the interface. Linear extrapolation yields an offset of 0.47 eV for the GaP/AlP interface. In view of the experimental uncertainty and the small strain correction, we recommend this value. Further inference is that the VBO bowing parameters for GaInP and AlInP are nominally equal (the simplest assumption is that they both vanish). A linear variation of the VBO may be taken for the AlGaP alloy.[852,855]

Experimental and theoretical studies of the GaAs/GaP band alignment are also available. Some extrapolated from the GaAsP alloy with the assumption that there is no offset bowing. Katnani and Margaritondo used photoemission to determine an unstrained VBO of 0.63 eV,[857] while Gourley and Biefeld obtained 0.6 eV from PL/PLE measurements.[858] The assumption by Pistol *et al.*[859,860] that nearly all of the low-temperature band gap discontinuity of 0.54 eV is in the valence band, while the *X*-valley conduction minima line up in the two unstrained materials, was corroborated by PL measurements. Another recent optical study[861] obtained $\Delta E_v = 0.6$ eV. On the other hand, optical experiments on GaAs/GaAsP quantum wells found a much smaller VBO of 0.38–0.39 eV.[862,863] Large CBOs were derived by many of the same authors for GaAsP/GaP quantum wells.[864] A small extrapolated VBO of 0.28 eV was also proposed by Shan *et al.* on the basis of pressure-optical measurements.[865] Pseudopotential calculations in conjunction with PL measurements performed by Neff *et al.*[866] imply a VBO of 0.41 eV, which is similar to the value calculated by Di Ventra *et al.*[867] Experimental and calculated band offsets for the GaAsP/AlGaAs heterojunction with small P and Al fractions have also been reported,[868,869] although extrapolation to GaP may be problematic in that case. Various theories[129,746,870–873] found values in the 0.19–0.63 eV range. Averaging the reported experimental values we obtain a recommended GaAs/GaP VBO of 0.47 eV, which is also in the middle of the theoretical range and equal to recent first-principles calculations.[746] This value is also fully consistent with an independent report of 0.6 eV for the VBO at the GaP/InP heterojunction.[874] In view of the GaAs/InAs, InAs/InP, and GaAs/GaInP offsets derived above, it is apparent that the VBO bowing for GaInP (and by implication AlInP) can be assumed to vanish.

### F. GaSb/InAs/AlSb

Since the InAs/GaAs band offset was already established above, we can use the alignment for the nearly lattice-matched InAs/GaSb and InAs/AlSb heterojunctions to forge a link between the antimonides and the GaAs-based and InP-based systems.

We first focus on the GaSb/AlSb heterojunction, which has a type-I band alignment. Early results suggesting a small VBO were reviewed by Yu *et al.*[717] However, Tejedor *et al.*[875] deduced $\Delta E_v > 0.27$ eV from a comparison of resonant Raman scattering experiments with tight-binding theory. Using x-ray photoemission spectroscopy, Gualtieri *et al.*[876] reported $\Delta E_v = 0.40$ eV with relatively large (38%) error bounds. While that finding was later disputed by Ley,[877] who suggested a revision to 0.27 eV, the former authors responded by insisting on the accuracy of their result.[878] Menendez *et al.* obtained $\Delta E_v = 0.45$ eV using a light-scattering method.[879] Cebulla *et al.* found 0.35 eV from



13 October 2026 14:49:21

absorption and excitation spectroscopy,[880] Yu *et al.* measured 0.39 eV using x-ray photoelectron spectroscopy,[881] and Shen *et al.* obtained 0.23 eV from PR measurements on GaSb/AlSb quantum wells.[882] Chen *et al.* deduced a VBO of 0.48 eV from a comparison of band structure calculations with tunneling measurements on InAs/AlSb/GaSb single-barrier interband diodes.[883] Leroux and Massies[884] derived an unstrained offset of 0.3±0.075 eV from fits to the PL spectra for GaSb/AlGaSb quantum wells. Yu *et al.* noted previously[717] that most of the later experimental studies converge on an average value of 0.38 eV, which is our recommendation as well. More recent theoretical studies have also produced results in the 0.30–0.49 eV range.[129,745,746,749,750,770,870,885,886] Theory predicts a linear variation of the offset in the AlGaSb ternary.[887]

The InAs/GaSb junction has a type-II broken-gap lineup, with the bottom of the conduction band in InAs being lower than the top of the valence band in GaSb. This unusual band alignment has stimulated numerous investigations of type-II superlattices and quantum wells. For example, the junction exhibits semimetallic properties as long as quantum confinement and field-induced energy shifts are not too strong.

There have been many theoretical calculations of the valence band offset at the InAs/GaSb interface,[129,717,744–746,748–750,769,770,810,888,889] the most reliable tending to yield results in the 0.43–0.59 eV range. Several models predicted that the VBO should be larger for the InSb-like interface bond type than for GaAs-like interfaces. Foulon *et al.*,[769] Dandrea *et al.*,[890] and Montanari *et al.*[888] reported an average difference of 35 meV. *Ab initio* molecular dynamics calculations of Hemstreet *et al.* yielded a difference as large as 150 meV due to varying interface charge distributions,[891] later refinements in the calculation reduced this difference to 40 meV.[892]

Experimentally, energy gaps were measured to be 25–90 meV lower in InAs/GaSb superlattices with InSb-like interface bonds than in structures with nominally identical layer thicknesses and GaAs-like bonds.[893–895] Based on a magnetotransport study the Naval Research Laboratory (NRL) concluded that the valence band offset is 14 meV larger for InSb-like bonds.[896] The Oxford University group obtained 40 meV[897] and 30 meV[898] differences in two studies, whereas Wang *et al.* did not observe any variation of the VBO with bond type.[899] It is possible that the offset may depend on details of the interface structure produced by particular growth conditions. Since most of the experimental and theoretical studies have found a small but real dependence on bond type, we recommend that the ''average'' InAs/GaSb VBO specified below should be applied only to cases where no particular bond type was forced in the growth. For InSb-like bonds 15 meV should be added to that result, while for GaAs-like bonds 15 meV should be subtracted.

Experimental band offset determinations for this material system fall into two main classes: (1) direct determinations, and (2) fits to the measured optical transitions in semiconducting superlattices and quantum wells (i.e., in which there is enough quantum confinement to induce an energy gap). Among the former class of results, Gualtieri *et al.* obtained a VBO of 0.51±0.1 eV using x-ray photoemission




FIG. 13. InAs/GaSb valence-band offsets derived from fits to energy gaps measured for various type-II quantum well and superlattice structures. An 8-band **k·p** finite-element algorithm was used to calculate the offset corresponding to each energy gap when all other band structure parameters assumed their recommended values. The data are taken from Refs. 904 (solid squares), 905 (solid circles), 906 (solid upright triangles), 911, 912, 931, 933 (solid inverted triangles), 907, 908, 910, 913, 914, 916, 918, 920, 922, 923, 926 (crosses), 915, 921 (multiplication signs), 909 (diamond), 917 (open inverted triangle), 924, 925, 927, 929 (open circles), 930 (open upright triangles), 932 (open squares), and 919 (star).

spectroscopy.[900] Whereas Srivastava *et al.*[901] measured $\Delta E_v = 0.67$ eV from $C-V$ profiling of a $GaSb/InAs_{0.95}Sb_{0.05}$ heterojunction, Mebarki *et al.*[902] obtained 0.36 eV for a $GaSb/InAs_{0.89}Sb_{0.11}$ interface using essentially the same technique. X-ray photoelectron spectroscopy yielded 0.62 eV.[903] For an InAs/GaSb long-period superlattice at 4 K, the Oxford group measured band overlap energies of 100–140 meV, depending on the interface bond type.[897] That those values increased by 30 meV at room temperature implies an average VBO of 0.52 eV, with little temperature variation (<8 meV). Another study by the same group produced an average offset of 0.54 eV.[898] Wang *et al.* found a 90 meV variation of the VBO based on growth sequence (InAs on GaSb versus GaSb on InAs).[899]

Next, we discuss a previously unpublished application of the second approach. Experimental optical transition energies for a variety of semiconducting type-II superlattices and quantum wells[893,904–934] have been fit to theory, in this case an eight-band finite-element method **k·P** algorithm.[57] The important strain effects are included and the recommended band structure parameters in Tables III, VII, and XVIII are employed, with the only fitting parameter being the InAs/Ga(In)Sb interface VBO that is taken to be consistent with the recommended GaSb/InSb VBO discussed below. Most of the data are from PL and mid-IR laser experiments at temperatures in the 4.2–300 K range, and energies on the order of $kT$ have been subtracted from the PL emission peaks.

Results for the fitted VBO, plotted as a function of energy gap for the given structure, are presented in Fig. 13. The various types of points correspond to data for structures grown by different groups, which are identified in the caption. The range of fitted VBO values is surprisingly large, spanning more than 200 meV. Especially noticeable are the substantial systematic differences between the offsets derived using data from different groups (or sometimes within

13 October 2026 14:49:21

the same group for different types of structures or for structures grown during different time intervals). Possible implications include: (1) the growth conditions actually influence the offset, (2) the growth-dependent nonideality of the structure, e.g., related to interface roughness or anion cross contamination, has a larger-than-expected effect on the energy gap, or (3) the layer-thickness calibrations have large uncertainties. For example, while the energy gaps corresponding to growths at the Fraunhofer Institute[915,921] and HRL Laboratories[907,908,910,913,914,916,918,920,922] yield an average VBO of 0.53 eV and structures grown at the University of Houston[924,925,927,929] yield 0.54 eV (all with fluctuations of at least 100 meV), the band gaps corresponding to NRL growths[911,912,933] imply a much larger average VBO of 0.62 eV. In some cases the differences are as large as 100 meV for structures that are nominally quite similar. Such differences are well outside the usual bounds of experimental uncertainties in the spectral data and layer thicknesses. A relatively strong dependence of the energy gap on growth temperature for nominally identical structures has also been reported.[935] Although the primary mechanism has not been isolated, subsequent TEM measurements showed that threading dislocations are present in the samples grown above the optimal growth temperature, and cross-sectional STM indicated greater interface roughness.[936]

Averaging all of the band offsets displayed in Fig. 13, along with the direct determinations summarized above, we obtain a composite InAs/GaSb VBO of 0.56 eV. This value is somewhat larger than the earlier suggestion of 0.51 eV,[717] and is at the high end of the 0.51–0.56 eV range that is usually employed in modeling antimonide materials. Since the fluctuations in reported values are so large for this system at its current level of understanding, it is advisable to account for the source and type of the structure in deciding which offset to use. Again, the recommended 0.56 eV represents an ''average'' value that should be corrected for the interface bond type.

The transitivity rule, applied in conjunction with the recommended InAs/GaSb and GaSb/AlSb band offsets, implies an ''average'' VBO of 0.18 eV for the staggered InAs/AlSb heterojunction. Bearing in mind that the transitivity assumption may be of questionable validity when applied to systems with more than one anion,[769] we can examine whether that value is consistent with the direct experimental and theoretical evidence for this interface. Nakagawa *et al.*[937] employed $C-V$ profiling to obtain a CBO of 1.35 eV between the Γ-valley minimum in InAs and the $X$-valley minimum in AlSb. Using our recommended band gap parameters, this corresponds to a VBO of 0.09 eV. More recently, that work was extended to AlAsSb barriers.[938] The findings are in reasonable agreement with the previously assumed large VBO (~2 eV) in AlAsSb. A PL study by Yang *et al.* found that the band alignment between $InAs_{1-x}Sb_x$/AlSb quantum wells becomes type I when $x > 0.15$.[939] In that study, InAsSb was realized as a digital superlattice. If all the offsets are referenced to the InSb valence band maximum, this implies that the AlSb VBO is no more than 85% of the InAs VBO. Using x-ray photoemission spectroscopy to study interfaces with InSb-like and AlAs-like bonds, Waldrop *et al.* obtained an average VBO of 0.18–0.19 eV and derived a difference of 60 meV between the two bond types.[940] However, a first-principles calculation by Dandrea and Duke[941] found no dependence of the VBO on bond type, and suggested that Waldrop *et al.*[940] misinterpreted their data by discarding the smaller offset obtained for an AlAs-like bond in one experiment. Other calculations[129,717,745,746,749,750,770,810,871,873,889] have found $\Delta E_v$ spanning the wide range between 0 and 0.54 eV, with the most reliable values clustered around 0.05–0.27 eV. The combined experimental and theoretical evidence appear to offer no compelling reason to reject the transitivity rule when applied to the antimonide heterojunctions. We also recommend neglecting any dependence of the InAs/AlSb VBO on interface bond type.

## G. GaSb/InSb and InAs/InSb

The corrected common-anion rule predicts a negligible band offset for the unstrained GaSb/InSb heterojunction.[746] Other theories have produced values in the range −0.08 to 0.16 eV[129,810,872,873,889,942,943] (where we take the sign to be positive if the valence band maximum is higher in InSb). In experimental practice, this offset must be derived from measurements on heterojunctions such as $GaSb/Ga_{1-x}In_xSb$ and $InAs_{1-y}Sb_y/InAs_{1-x}Sb_x$ due to the large lattice mismatch between the two binaries. For an $InAs_{1-y}Sb_y/InAs_{1-x}Sb_x$ junction in the Sb-rich limit (large $x$ and $y=1$), initial optical measurements supported an unstrained VBO of $(0.36-0.41)(1-x)$ eV.[944,945] In the As-rich limit (small $x$ and $y=0$), on the other hand, Li *et al.* concluded from fits to magneto-optical spectra that the top of the InAsSb valence band appeared lower than that in InAs ($-0.84x$ eV).[946,947] That result implied a substantial CBO and negative VBO for small $x$.[948,949] Wei and Zunger pointed out that a negative VBO for InAs/InSb directly contradicts other theoretical and experimental evidence.[549] Other experiments[950–952] are in much better agreement with the usual theoretical finding of an essentially null CBO, which yields a type-I or type-II staggered alignment depending on details of the strain and ordering conditions. All of the above works found that the unstrained VBO in $InAs_{1-x}Sb_x$ depends almost linearly on composition $x$. While an unstrained VBO of 1.1 eV was derived for ultrathin InSb embedded in InP,[953] one cannot place high confidence in that result owing to the difficulty of precisely accounting for the very large strain effects.

A few groups[954–956] have used PL, electroluminescence, and photoconductivity to measure VBOs for GaInSb/GaSb quantum wells. Those studies assumed a linear variation of the $Ga_{1-x}In_xSb$ VBO with alloy composition, although in one study[957] the PL peak energies could not be fit using a reasonable dependence. Finally, a recent study of exciton transitions in InSb/AlInSb strained quantum wells produced heavy-hole offsets that were 38% of the total band gap discontinuity for Al fractions below 12%.[958] Unfortunately, extrapolation to the InSb/AlSb VBO from the results of this work may not be justified.

Accounting for the effects of strain and averaging the various results, we recommend a GaSb/InSb VBO of 0.03 eV.



13 October 2026 14:49:21

### H. Quaternaries

Band offsets involving lattice-matched quaternaries have also been studied both experimentally and theoretically.[959] See Sec. V A 1 for a discussion of the AlGaInP/GaAs heterojunction.

Cho *et al.* considered the GaInP/GaInAsP interface lattice matched to GaAs, and suggested a linear variation of the CBO with quaternary composition.[960] Since the direct GaInAsP band gap appears to be nearly independent of composition, this implies a linear variation of the VBO as well. However, note that the value employed for the absolute gap was somewhat different from our recommendation. The same authors also investigated the band offset transitivity in AlGaAs/GaInP/GaInAsP heterostructures lattice matched to GaAs.[961] The results are in good agreement with our suggested offsets, provided a linear variation is assumed for each constituent. The small direct-gap bowing parameter and the results discussed above also imply that any bowing in the VBO for the AlGaInP alloy should be small.

Sugawara has theoretically predicted a slight bowing in the position of the valence-band maximum for GaInAsP on InP.[962] Experimentally, a VBO of 0.08 eV was measured for $Ga_{0.13}In_{0.87}As_{0.29}P_{0.71}$/InP, as compared to 0.10 eV from linear interpolation.[963] Although error bounds were not cited, this discrepancy is probably within the experimental uncertainty. Forrest *et al.*[964] found evidence that the CBO bowing is at most small, which, in combination with the small band gap bowing, implies a negligible VBO bowing. Soucail *et al.* found a small bowing parameter of 0.09 eV, which is barely larger than the estimated experimental uncertainty.[965]

The band offsets for AlGaInAs on InP have also been studied both experimentally and theoretically.[470,686,966–968] There is no clear agreement as to whether most of the band gap bowing, which is rather small in any event, should be assigned to the CBO or the VBO. We recommend a linear interpolation between the dependence for GaInAs and AlInAs, both of which exhibit appreciable VBO bowing.

Recently, a series of three articles reported determinations of the offsets for GaInAsSb and AlInAsSb, lattice matched to InP, from fits to low-temperature PL measurements.[688,969,970] All of the results agree with linear interpolations of our recommended values (with appropriate VBO bowing parameters) to within the cited experimental uncertainty.

Calculations of the band offsets for AlGaAsSb quaternaries lattice matched to various substrates have been reported.[559] In particular, Polyakov *et al.* obtained a VBO of 0.15 eV for AlGaAsSb on GaSb.[971] Rather than using this value to derive the bowing parameter for AlGaAsSb, we interpret it as reflecting the uncertainty in the bowing parameter for AlAsSb. The study on the quaternary implies a bowing parameter of 2.4 eV, which is slightly larger than the assumed value of 1.7 eV. We recommend the VBOs for AlGaAsSb obtained by linear interpolation between the ternary relations.

Mikhailova and Titkov have reviewed band offset results for the GaInAsSb quaternary on InAs and GaSb (up to 1994).[699] A theoretical work by Nakao *et al.* predicted some bowing in the VBO.[959] Results of the direct experimental study of GaInAsSb/GaSb by Mebarki *et al.*[972] are in good agreement with a linear interpolation of our recommended offsets for InAsSb and GaSb. *C–V* measurements of Polyakov *et al.* are also consistent with that procedure.[973] The linear interpolation approach differed appreciably only with the findings of Baranov *et al.*[974] and Afrailov *et al.*,[702] for which the discrepancies are opposite in sign. Considering all of the reported experimental results, we see no compelling reason to introduce bowing. The VBOs have also been reported for the GaInAsSb/AlGaAsSb heterojunctions lattice matched to GaSb.[975] The results for both In-rich and In-poor junctions indicated reasonably good agreement with a linear interpolation. Band offset measurements have also been reported for the strained GaInAsSb/AlGaAsSb system.[976,977] Except for the case of GaInAsSb, a tight-binding calculation[959] supports our conclusion that the bowing in these quaternaries is negligible.

### I. GaN, InN, and AlN

We emphasize at the outset that the band offsets recommended below for the nitride system should be understood to have large uncertainties. This is primarily because the reported results have rarely included the full effects of residual strain, spontaneous polarization, and piezoelectric fields in a completely satisfying manner. In particular, the presence of macroscopic polarization can render the notion of reference bulk energy levels somewhat ambiguous. The most significant future advancements in the understanding of nitride offsets will probably be connected with that issue.

Since the nitride materials typically crystallize in the wurtzite form, an obvious question is how the valence band edge of that phase lines up with the zinc blende phase of the same compounds. The issue was addressed by Murayama and Nakayama using a first-principles pseudopotential calculation,[978] which projected VBOs for the two phases that differed by only 34 meV in GaN and 56 meV in AlN (no results were quoted for InN). Those VBOs are much smaller than the error bounds for current experimental determinations of the nitride offsets. Wei and Zunger[326] calculated a similar difference of 30 meV between the wurtzite and zinc blende forms of the GaN/AlN interface, and also a difference on the order of 0.2 eV for GaN/InN and AlN/InN heterojunctions. While the effects of macroscopic polarization were not included, these results provisionally allow us to align the wurtzite and zinc blende materials on an absolute energy scale. Furthermore, study of the GaAs/GaN (zinc blende) heterojunction has provided a tentative connection with the other III–V materials. X-ray photoemission spectroscopy yielded a VBO of $1.84 \pm 0.1$ eV,[979] which is the only available direct measurement and our recommended value. The implication of a staggered alignment with $\Delta E_c = 0.03$ eV strongly disagrees with the finding of $\Delta E_v = 0.5$ eV and a large positive CBO by Martin *et al.*[980] and Huang *et al.*[981] from electrical measurements. The discrepancy may be related to strain and other uncertainties in the electrical studies. The investigations of the VBO in the GaAsN/GaN heterojunctions yielded a range of different results, and the N frac-



13 October 2026 14:49:21

tion was too low to extrapolate the GaAs/GaN VBO with any confidence.[982–984] The observed VBO was found to be quite small, with the question of type-I versus type-II alignment remaining somewhat controversial.

Theoretically, the GaAs/GaN VBO was first estimated by Harrison and Tersoff.[985] Their result of 2.21 eV is quite similar to the value of 2.18–2.28 eV recently suggested by Bellaiche *et al.*[636,746] A first-principles linear-muffin-tin-orbital calculation by Agrawal *et al.* yielded 1.86 eV for the free-standing (i.e., strain-free) GaAs/GaN superlattice.[986] Those authors also predicted a strong dependence on the interface properties. In view of the present uncertainties, the agreement between experiment and theory should be considered quite good (apart from the electrical studies).

The valence-band discontinuity at the (zinc blende) GaN/AlN interface was first probed experimentally by Sitar *et al.*,[365] who obtained 1.4 eV from fits to optical measurements on GaN/AlN superlattices. Subsequently, Baur *et al.* found a VBO of 0.5 eV by measuring the difference between the acceptor levels of iron in each material.[987] X-ray photoemission spectroscopy yielded a VBO of 0.8 eV at the wurtzite GaN/AlN junction,[988] which was revised to 0.70 eV in a later article by the same authors.[989] Using the same approach, Waldrop and Grant found a considerably different value of 1.36 eV.[990] Those authors also reported a nearly linear VBO variation in the AlGaN alloy, with a positive bowing parameter of 0.59 eV.[991] Using x-ray and ultraviolet photoelectron spectroscopy, King *et al.* found that the GaN/AlN VBO ranged from 0.5 to 0.8 eV, depending on the growth temperature.[992] They surmised that the differences arose from strain, defects, and film stoichiometry effects. A VBO in the 0.15–0.4 eV range was reported by Rizzi *et al.*,[993] who pointed out that the Ga $3d$ core level, which has been used as a reference in GaN, is in fact hybridized with other valence bands.

On the theoretical front, calculations were performed by Albanesi *et al.*[994] and Chen *et al.*[995] for the zinc blende AlN/GaN interface, and by Satta *et al.*,[996] Ke *et al.*,[997] and Wei and Zunger[746] for the corresponding wurtzite junction. All of these works obtained VBOs in a rather narrow range from 0.7 to 0.85 eV. The last two articles found almost no difference between offsets for the cubic and hexagonal versions of the junction. A slightly lower value of 0.6 eV was calculated by Monch.[998] The importance of strain was studied by Binggeli *et al.* and Nardelli *et al.* The former found $\Delta E_v = 0.94$ eV for the relaxed zinc blende interface,[999] while the latter obtained 0.44–0.73 eV for the strained zinc blende interface (depending on the substrate lattice constant) and 0.57 eV for the strained wurtzite interface.[1000] Recently, Bernardini and Fiorentini[1001] studied macroscopic bulk polarization effects on the interface-charge contribution to the offset at the wurtzite heterojunction. They found VBO values of 0.20 and 0.85 eV corresponding to the underlying GaN and AlN lattice constants. However, most of the reported difference was from band-edge shifts in the bulk band structure, with only 0.18 eV due to the interface-charge contribution. We recommend using an unstrained band offset of 0.8 eV for both wurtzite and zinc blende interfaces. This represents the median of the reported values, and is also closest to the largest number of experimental and theoretical results. However, we caution again that the effects of spontaneous polarization and piezoelectric fields must be very carefully accounted for when applying this recommendation to the modeling of real GaN/AlN interfaces.

In comparison with GaN/AlN, the GaN/InN and AlN/InN junctions have strongly mismatched lattice constants. Theoretical values for the unstrained GaN/InN VBO are 0.3 eV[381] and 0.26 eV[326] for the zinc blende phase and 0.48 eV for the wurtzite phase.[326] The valence band in the technologically important GaInN alloy may be obtained from a linear interpolation. VBOs of 0.70 and 1.37 eV were calculated, respectively, for the wurtzite GaN/InN and AlN/InN junctions strained to AlN.[1000] Strain-induced piezoelectric fields, which can depend on the growth sequence, significantly complicate any experimental determination of the GaN/InN and AlN/InN band offsets. Only one experimental study of these two interfaces has been reported to date.[989] The VBO results of 1.05 and 1.81 eV were roughly corrected for piezoelectric fields due to residual strains, and it was concluded that transitivity for the GaN/AlN/InN system is obeyed to within experimental precision. Provisionally, we adopt a VBO of 1.05 eV for wurtzite GaN/InN. The large disagreement with the intuitive expectation of a small offset for this common-anion heterojunction remains to be resolved. Using transitivity, we derive 1.85 eV for the VBO of the wurtzite AlN/InN junction. For the zinc blende GaN/InN and AlN/InN interfaces, we recommend using the results of Wei and Zunger[326] (slightly modified to ensure transitivity): 0.26 eV and 1.06 eV, respectively.

## VII. SUMMARY

We have reviewed the available information about band structure parameters for 12 technologically important III–V semiconductors and their ternary and quaternary alloys at the close of the 20th century. Whereas numerous reports of such parameters may be found in the literature, no *complete* and *fully consistent* set has been published previously. Earlier reviews were either restricted to particular material systems, did not address all parameters of interest, or were biased to the results of a specific group of investigators. On the other hand, our goal has been to provide a comprehensive and even-handed reference source, as free of internal contradictions and significant omissions as is practically possible in a work of this scope. We have also illustrated how the proposed parameters fit into the band structure computations.

The semiconductor band parameter knowledge base continues to expand as new reports are published daily. While the most fundamental parameters such as the energy gaps and effective masses are by now fairly well established for most of the III–V materials, we anticipate many new advances, particularly concerning band offsets and other parameters for the less mature systems such as the nitrides and antimonides. Furthermore, novel ternary, quaternary, and even quinternary alloys continue to be introduced and improved with an eye toward achieving greater flexibility in the design of quantum heterostructure devices. In view of the rapid ongoing progress on a broad front, this review should

13 October 2026 14:49:21

be regarded as a snapshot of the status at a given moment in time rather than the final word on III–V semiconductor band parameters. The goal has been to provide a one-stop summary of the present understanding, which will be revised, refined, and augmented by future experimental and theoretical investigations.

## ACKNOWLEDGMENTS

The authors wish to thank Quantum Semiconductor Algorithms for the use of their finite element band structure software that was employed to test many of the input numbers. One of the authors (L.R.R.) wishes to thank Dr. Tom Reinecke and Dr. Ben Shanabrook at the Naval Research Laboratory, Washington, DC, and Dr. John Loehr and Dr. Tom Nelson at the Air Force Research Laboratory, Dayton, Ohio, for their hospitality during his sabbatical visits there.

[1] *Landolt-Bornstein Numerical Data and Functional Relationships in Science and Technology*, edited by O. Madelung, M. Schultz, and H. Weiss, New series, Vol. 17 (1982); reprinted in O. Madelung, editor, *Semiconductors-Basic Data*, 2nd ed. (Springer, New York, 1996).
[2] H. C. Casey, Jr. and M. B. Panish, *Heterostructure Lasers, Part A: Fundamental Principles* (Academic, New York, 1978), Chaps. 4 and 5.
[3] S. Adachi, *GaAs and Related Materials: Bulk Semiconducting and Superlattice Properties* (World Scientific, Singapore, 1994).
[4] S. Adachi, *Physical Properties of III–V Semiconductor Compounds: InP, InAs, GaAs, GaP, InGaAs, and InGaAsP* (Wiley, New York, 1992).
[5] V. Swaminathan, in *Indium Phosphide and Related Materials: Processing, Technology, and Devices*, edited by A. Katz (Artech House, Boston, 1992), Chap. 1.
[6] V. Swaminathan and A. T. Macrander, *Materials Aspects of GaAs and InP Based Structures* (Prentice Hall, Englewood Cliffs, NJ, 1991), Chap. 1.
[7] *Properties of Lattice-Matched and Strained Indium Gallium Arsenide*, edited by P. Bhattacharya (INSPEC, London, 1993).
[8] *Properties of Aluminum Gallium Arsenide*, edited by S. Adachi (INSPEC, Stevenage, Herts., UK, 1993).
[9] *Properties of Gallium Arsenide*, 2nd ed. (INSPEC, New York, 1990), EMIS datareviews series, No. 2.
[10] *Properties of Indium Phosphide* (INSPEC, New York, 1991), EMIS datareviews series, No. 6.
[11] *Handbook Series on Semiconductor Parameters*, edited by M. Levinshtein, S. Rumyantsev, and M. Shur (World Scientific, Singapore, 1996), Vols. 1 and 2.
[12] H. Jones, *The Theory of Brillouin Zones and Electronic States in Crystals* (North-Holland, Amsterdam, 1960).
[13] F. Bassani and G. Pastori Parravicini, *Electronic States and Optical Transitions in Solids* (Pergamon, New York, 1975).
[14] G. L. Bir and G. Pikus, *Symmetry and Strain-Induced Effects in Semiconductors* (Wiley, New York, 1974).
[15] P. Y. Yu and M. Cardona, *Fundamentals of Semiconductors* (Springer, Berlin, 1996).
[16] G. Bastard, *Wave Mechanics Applied to Semiconductor Heterostructures* (Editions de Physique, Les Ulis, France, 1988).
[17] D. L. Smith and C. Mailhiot, Rev. Mod. Phys. **62**, 173 (1990).
[18] E. L. Ivchenko and P. E. Pikus, *Superlattices and Other Heterostructures: Symmetry and Optical Phenomena* (Springer, Berlin, 1995).
[19] M. G. Burt, Semicond. Sci. Technol. **2**, 460 (1987); **2**, 701(E) (1987).
[20] M. G. Burt, J. Phys.: Condens. Matter **4**, 6651 (1992).
[21] J. M. Luttinger and W. Kohn, Phys. Rev. **97**, 869 (1955).
[22] P. O. Lowdin, J. Chem. Phys. **19**, 1396 (1951).
[23] E. O. Kane, J. Phys. Chem. Solids **6**, 236 (1958).
[24] E. O. Kane, in *Semiconductors and Semimetals*, edited by R. K. Willardson and A. C. Beer (Academic, New York, 1966), Vol. 1.
[25] E. O. Kane, in *Handbook on Semiconductors*, edited by W. Paul (North-Holland, Amsterdam, 1982), Vol. 1, p. 193.
[26] J. R. Chelikowsky and M. L. Cohen, Phys. Rev. B **14**, 556 (1976).
[27] Y. P. Varshni, Physica (Amsterdam) **34**, 149 (1967).
[28] L. Vina, S. Logothetidis, and M. Cardona, Phys. Rev. B **30**, 1979 (1984).
[29] R. Pässler, Phys. Status Solidi B **216**, 975 (1999).
[30] K. H. Yoo, L. R. Ram-Mohan, and D. F. Nelson, Phys. Rev. B **39**, 12808 (1989).
[31] P. Pfeffer and W. Zawadzki, Phys. Rev. B **37**, 2695 (1988).
[32] U. Rössler, Solid State Commun. **49**, 943 (1984).
[33] P. Pfeffer and W. Zawadzki, Phys. Rev. B **41**, 1561 (1990).
[34] S. L. Chuang and C. S. Chang, Appl. Phys. Lett. **68**, 1657 (1996).
[35] S. L. Chuang and C. S. Chang, Phys. Rev. B **54**, 2491 (1996).
[36] S. L. Chuang, *Physics of Optoelectronic Devices* (Wiley, New York, 1995).
[37] Yu. M. Sirenko, J. B. Jeon, K. W. Kim, M. A. Littlejohn, and M. A. Stroscio, Phys. Rev. B **53**, 1997 (1996).
[38] G. B. Ren, Y. M. Liu, and P. Blood, Appl. Phys. Lett. **74**, 1117 (1999).
[39] J. W. Mathews and A. E. Blakeslee, J. Cryst. Growth **32**, 265 (1976).
[40] R. People and S. A. Jackson, *Structurally Induced States from Strain and Confinement*, in Semiconductors and Semimetals, Vol. 32, edited by T. P. Pearsall, R. K. Willardson, and A. C. Beer (Academic, New York, 1990), p. 119.
[41] T. B. Bahder, Phys. Rev. B **41**, 11992 (1990); **46**, 9913(E) (1992).
[42] S.-H. Wei and A. Zunger, Phys. Rev. B **60**, 5404 (1999).
[43] S. L. Chuang, *Physics of Optoelectronic Devices* (Wiley, New York, 1995).
[44] W. F. Cady, *Piezoelectricity* (McGraw-Hill, New York, 1946), p. 192.
[45] J. F. Nye, *Physical Properties of Crystals* (Oxford University Press, Oxford, UK, 1985).
[46] I. P. Smorchkova *et al.*, J. Appl. Phys. **86**, 4520 (1990).
[47] O. Ambacher *et al.*, J. Appl. Phys. **85**, 3222 (1999).
[48] H. Morkoc, *Nitride Semiconductors and Devices* (Springer, Berlin, 1999).
[49] *Group III Nitride Semiconductor Compounds, Physics and Applications*, edited by B. Gil (Clarendon, Oxford, 1998).
[50] E. T. Yu, J. O. McCaldin, and T. C. McGill, *Solid State Physics*, edited by H. Ehrenreich and D. Turnbull (Academic, New York, 1992), Vol. 46, p. 2.
[51] J. P. Loehr and J. Singh, IEEE J. Quantum Electron. **27**, 708 (1991).
[52] J. C. Strikwerda, *Finite-Difference Schemes and Partial Differential Equations* (Wadsworth and Brooks, Pacific Grove, CA, 1989).
[53] L. R. Ram-Mohan, K. H. Yoo, and R. L. Aggarwal, Phys. Rev. B **38**, 6151 (1988).
[54] K. H. Yoo, R. L. Aggarwal, and L. R. Ram-Mohan, J. Vac. Sci. Technol. A **7**, 415 (1989).
[55] B. Chen, M. Lazzouni, and L. R. Ram-Mohan, Phys. Rev. B **45**, 1204 (1992).
[56] F. Szmulowicz, Phys. Rev. B **57**, 9081 (1998), and references therein.
[57] L. R. Ram-Mohan and J. R. Meyer, J. Nonlinear Opt. Phys. Mater. **4**, 191 (1995).
[58] K. Nakamura, A. Shimizu, M. Koshiba, and K. Hayata, Electron. Commun. Jpn., Part 2: Electron. **72**, 29 (1989); IEEE J. Quantum Electron. **25**, 889 (1989); **27**, 2035 (1991); **28**, 1670 (1992).
[59] T. Li and K. J. Kuhn, J. Comput. Phys. **115**, 288 (1994).
[60] G. C. La Rocca, S. Rodriguez, and F. Bassani, Phys. Rev. B **38**, 9819 (1988).
[61] M. Cardona, N. E. Christensen, and G. Fasol, *18th International Conference on Physics of Semiconductors* (World Scientific, Singapore, 1987), Vol. 2, p. 1133.
[62] W. Zawadzki, P. Pfeffer, and H. Sigg, Solid State Commun. **53**, 777 (1985).
[63] N. Kim, G. C. La Rocca, S. Rodriguez, and F. Bassani, Riv. Nuovo Cimento **12**, 1 (1989).
[64] H. C. Liu, Appl. Phys. Lett. **51**, 1019 (1987).
[65] H. C. Liu, Superlattices Microstruct. **7**, 35 (1990).
[66] J. P. Sun, R. K. Mains, K. Yang, and G. I. Haddad, J. Appl. Phys. **74**, 5053 (1993).
[67] Y. Fu, M. Willander, E. L. Ivchenko, and A. A. Kiselev, Phys. Rev. B **47**, 13498 (1993).
[68] M. U. Erdogan, K. W. Kim, M. A. Stroscio, and M. Dutta, J. Appl. Phys. **74**, 4777 (1993).
[69] J. P. Cuypers and W. van Haeringen, Phys. Rev. B **48**, 11469 (1993).
[70] J. C. Slater and G. F. Koster, Phys. Rev. **94**, 1498 (1954).
[71] D. J. Chadi and M. L. Cohen, Phys. Status Solidi B **68**, 405 (1975).
[72] P. Vogl, H. P. Hjalmarson, and J. D. Dow, J. Phys. Chem. Solids **44**, 365 (1983).
[73] G. Klimeck, R. C. Bowen, T. B. Boykin, and T. A. Cwik, Superlattices Microstruct. **27**, 520 (2000).

13 October 2026 14:49:21

[74] J. N. Schulman and Y.-C. Chang, Phys. Rev. B **31**, 2056 (1985).
[75] J. N. Schulman and Y.-C. Chang, Phys. Rev. B **33**, 2594 (1986).
[76] Y. C. Chang, Phys. Rev. B **37**, 8215 (1988).
[77] J. P. Loehr, Phys. Rev. B **50**, 5429 (1994).
[78] J. P. Loehr, *Physics of Strained Quantum Well Lasers* (Kluwer Academic, New York, 1997).
[79] J. C. Phillips and L. Kleinman, Phys. Rev. **116**, 287 (1959).
[80] M. H. Cohen and V. Heine, Phys. Rev. **122**, 1821 (1961).
[81] M. L. Cohen and J. R. Chelikowsky, *Electronic Structure and Optical Properties of Semiconductors*, Springer Series in Solid-State Sciences, edited by M. Cardona (Springer, Berlin, 1988), Vol. 75.
[82] V. Heine, *The Pseudopotential Concept*, in Solid State Physics, edited by H. Ehrenreich, F. Seitz, and D. Turnbull, Vol. 24 (Academic, New York, 1970), p. 1.
[83] M. L. Cohen and V. Heine, *The Fitting of Pseudopotentials to Experimental Data and their Subsequent Application*, in Solid State Physics, edited by H. Ehrenreich, F. Seitz, and D. Turnbull, Vol. 24 (Academic, New York, 1970), p. 38.
[84] L.-W. Wang and A. Zunger, in *Semiconductor Nanoclusters*, Studies in Surface Science and Catalysis, Vol. 103, edited by P. V. Kamat and D. Meisel (Elsevier Science, New York, 1996), p. 161.
[85] D. M. Wood and A. Zunger, Phys. Rev. B **53**, 7949 (1996).
[86] L.-W. Wang, S.-H. Wei, T. Mattila, A. Zunger, I. Vurgaftman, and J. R. Meyer, Phys. Rev. B **60**, 5590 (1999).
[87] J. S. Blakemore, J. Appl. Phys. **53**, R123 (1983) and references therein.
[88] C. D. Thurmond, J. Electrochem. Soc. **122**, 1133 (1975).
[89] P. Lautenschlager, M. Garriga, S. Logothetidis, and M. Cardona, Phys. Rev. B **35**, 9174 (1987).
[90] H. Shen, S. H. Pan, Z. Hang, J. Leng, F. H. Pollak, J. M. Woodall, and R. N. Sacks, Appl. Phys. Lett. **53**, 1080 (1988).
[91] E. Grilli, M. Guzzi, R. Zamboni, and L. Pavesi, Phys. Rev. B **45**, 1638 (1992).
[92] M. El Allali, C. B. Sorensen, E. Veje, and P. Tidemand-Petersson, Phys. Rev. B **48**, 4398 (1993).
[93] D. E. Aspnes, Phys. Rev. B **14**, 5331 (1976).
[94] D. E. Aspnes and A. A. Studna, Phys. Rev. B **7**, 4605 (1973).
[95] R. A. Stradling and R. A. Wood, J. Phys. C **3**, L94 (1970).
[96] L. G. Shantharama, A. R. Adams, C. N. Ahmad, and R. J. Nicholas, J. Phys. C **17**, 4429 (1984).
[97] H. Hazama, T. Sugimasa, T. Imachi, and C. Hamaguchi, J. Phys. Soc. Jpn. **54**, 3488 (1985).
[98] H. Hazama, T. Sugimasa, T. Imachi, and C. Hamaguchi, J. Phys. Soc. Jpn. **55**, 1282 (1986).
[99] P. Pfeffer and W. Zawadzki, Phys. Rev. B **53**, 12813 (1996) and references therein.
[100] A. C. Sharma, N. M. Ravindra, S. Auluck, and V. K. Srivastava, Phys. Status Solidi B **120**, 715 (1983).
[101] M. P. C. M. Krijn, Semicond. Sci. Technol. **6**, 27 (1991), and references therein.
[102] N. Bouarissa and H. Aourag, Infrared Phys. Technol. **40**, 343 (1999).
[103] N. Ahmed *et al.*, Semicond. Sci. Technol. **7**, 357 (1992).
[104] W. Nakwaski, Physica B **210**, 1 (1995) and references therein.
[105] D. M. Szmyd, P. Porro, A. Majerfeld, and S. Lagomarsino, J. Appl. Phys. **68**, 2367 (1990).
[106] P. Lawaetz, Phys. Rev. B **4**, 3460 (1971).
[107] M. S. Skolnick, A. K. Jain, R. A. Stradling, J. Leotin, J. C. Ousset, and S. Askenazy, J. Phys. C **9**, 2809 (1976).
[108] D. Bimberg, Festkoerperprobleme **XVII**, 195 (1977).
[109] W. Ekardt, K. Loesch, and D. Bimberg, Phys. Rev. B **20**, 3303 (1979).
[110] Ch. Neumann, A. Noethe, and N. O. Lipari, Phys. Rev. B **37**, 922 (1988).
[111] L. W. Molenkamp, R. Eppenga, G. W. 't Hooft, P. Dawson, C. T. Foxon, and K. J. Moore, Phys. Rev. B **38**, 4314 (1988).
[112] B. V. Shanabrook, O. J. Glembocki, D. A. Broido, and W. I. Wang, Phys. Rev. B **39**, 3411 (1989).
[113] M. Said and M. A. Kanehisa, Phys. Status Solidi B **157**, 311 (1990).
[114] N. Binggeli and A. Baldereschi, Phys. Rev. B **43**, 14734 (1991).
[115] D. J. Chadi, A. H. Clark, and R. D. Burnham, Phys. Rev. B **13**, 4466 (1976).
[116] C. Hermann and C. Weisbuch, Phys. Rev. B **15**, 823 (1977).
[117] A. R. Adams, L. G. Shantharama, R. J. Nicholas, and C. K. Sarkar, Physica B **139–140**, 401 (1986).
[118] I. Gorczyca, P. Pfeffer, and W. Zawadzki, Semicond. Sci. Technol. **6**, 963 (1991).
[119] R. H. Yan, S. W. Corzine, L. A. Coldren, and I. Suemune, IEEE J. Quantum Electron. **26**, 213 (1990).
[120] S.-H. Wei, A. Zunger, I.-H. Choi, and P. Y. Yu, Phys. Rev. B **58**, R1710 (1998).
[121] P. Pfeffer, I. Gorczyca, and W. Zawadzki, Solid State Commun. **51**, 179 (1984) and references therein.
[122] A. Blacha, H. Presting, and M. Cardona, Phys. Status Solidi B **126**, 11 (1984) and references therein.
[123] N. E. Christensen, Phys. Rev. B **30**, 5753 (1984).
[124] W. Walukiewicz, H. E. Ruda, J. Lagowski, and H. C. Gatos, Phys. Rev. B **30**, 4571 (1984).
[125] I. Gorczyca, T. Suski, E. Litwin-Staszewska, L. Dmowski, J. Krupski, and B. Etienne, Phys. Rev. B **46**, 4328 (1992).
[126] W. Walukiewicz, J. Appl. Phys. **59**, 3577 (1986).
[127] D. D. Nolte, W. Walukiewicz, and E. E. Haller, Phys. Rev. Lett. **59**, 501 (1987).
[128] S. Zollner, U. Schmid, N. E. Christensen, C. H. Grein, M. Cardona, and L. Ley, in *Proceedings of 20th International Conference On Physics of Semiconductors*, edited by E. M. Anastassakis and J. D. Joannopoulos (World Scientific, Singapore, 1990), Vol. 3, p. 1735.
[129] C. G. Van de Walle, Phys. Rev. B **39**, 1871 (1989).
[130] E. P. O'Reilly, Semicond. Sci. Technol. **1**, 128 (1986).
[131] S. P. Watkins, R. Ares, and C. A. Tran, in *Proceedings of 22nd International Conference On Physics of Semiconductors*, edited by D. J. Lockwood (World Scientific, Singapore, 1994), Vol. 1, p. 257.
[132] V. A. Karasyuk, M. L. W. Thewalt, and A. J. SpringThorpe, Phys. Status Solidi B **210**, 353 (1998).
[133] B. Monemar, Phys. Rev. B **8**, 5711 (1973).
[134] L. Pavesi and M. Guzzi, J. Appl. Phys. **75**, 4779 (1994).
[135] A. Onton, in *10th International Conference on Semiconductor Physics*, edited by S. P. Keller, J. C. Hensen, and F. Stern (U.S. Atomic Energy Commission, Washington, DC, 1970), p. 107.
[136] M. Garriga, P. Lautenschlager, M. Cardona, and K. Ploog, Solid State Commun. **61**, 157 (1987).
[137] W. P. Dumke, M. R. Lorenz, and G. D. Pettit, Phys. Rev. B **5**, 2978 (1972).
[138] S. Logothetidis, M. Cardona, and M. Garriga, Phys. Rev. B **43**, 11950 (1991).
[139] M. Guzzi, E. Grilli, S. Oggioni, J. L. Staehli, C. Bosio, and L. Pavesi, Phys. Rev. B **45**, 10951 (1992).
[140] H. J. Lee, L. Y. Juravel, J. C. Woolley, and A. J. SpringThorpe, Phys. Rev. B **21**, 659 (1980).
[141] A. K. Saxena, Phys. Status Solidi B **105**, 777 (1981).
[142] J. L. Aubel, U. K. Reddy, S. Sundaram, W. T. Beard, and J. Comas, J. Appl. Phys. **58**, 495 (1985).
[143] J. M. Wrobel, L. C. Bassett, J. L. Aubel, S. Sundaram, J. L. Davis, and J. Comas, J. Vac. Sci. Technol. **5**, 1464 (1987).
[144] T. P. E. Broekaert and C. G. Fonstad, J. Appl. Phys. **68**, 4310 (1990).
[145] D. Landheer, G. C. Aers, and Z. R. Wasilewski, Superlattices Microstruct. **11**, 55 (1992).
[146] R. V. Emlin, L. P. Zverev, and O. E. Rut, Sov. Phys. Semicond. **22**, 163 (1988) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **22**, 269 (1988)].
[147] M. Zachau, F. Koch, G. Weimann, and W. Schlapp, Phys. Rev. B **33**, 8564 (1986).
[148] E. Hess, I. Topol, K.-R. Schulze, H. Neumann, and K. Unger, Phys. Status Solidi B **55**, 187 (1973).
[149] B. Rheinlaender, H. Neumann, P. Fischer, and G. Kuehn, Phys. Status Solidi B **49**, K167 (1972).
[150] N. Miura, H. Yokoi, J. Kono, and S. Sasaki, Solid State Commun. **79**, 1039 (1991).
[151] W. R. Tribe, P. C. Klipstein, R. Gray, J. S. Roberts, and G. W. Smith, J. Phys. Chem. Solids **56**, 429 (1995).
[152] M. Goiran, J. L. Martin, J. Leotin, R. Planel, and S. Askenazy, Physica B **177**, 465 (1992).
[153] S. Logothetidis, M. Cardona, L. Tapfer, and E. Bauser, J. Appl. Phys. **66**, 2108 (1989).
[154] D. H. Chow, H. L. Dunlap, W. Williamson, III, S. Enquist, B. K. Gilbert, S. Subramaniam, P.-M. Lei, and G. H. Bernstein, IEEE Electron Device Lett. **17**, 69 (1996).
[155] J. R. Meyer *et al.*, IEE Proc.: Optoelectron. **145**, 275 (1998).
[156] F. Matossi and F. Stern, Phys. Rev. **111**, 472 (1958).
[157] C. R. Pidgeon, D. L. Mitchell, and R. N. Brown, Phys. Rev. **154**, 737 (1967).



13 October 2026 14:49:21

[158] I. V. Bodnar, A. I. Lukomskii, and G. F. Smirnova, Phys. Status Solidi A **37**, K173 (1976).
[159] L. M. Kanskaya, S. I. Kokhanovskii, R. P. Seisyan, Al. L. Efros, and V. A. Yukish, Sov. Phys. Semicond. **17**, 449 (1983) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **17**, 718 (1983)].
[160] J. C. Woolley and J. Warner, Can. J. Phys. **42**, 1879 (1964).
[161] W. M. Coderre and J. C. Woolley, Can. J. Phys. **46**, 1207 (1968).
[162] Y. Lacroix, C. A. Tran, S. P. Watkins, and M. L. W. Thewalt, J. Appl. Phys. **80**, 6416 (1996).
[163] E. Adachi, J. Phys. Soc. Jpn. **24**, 1178 (1968).
[164] Z. M. Fang, K. Y. Ma, D. H. Jaw, R. M. Cohen, and G. B. Stringfellow, J. Appl. Phys. **67**, 7034 (1990).
[165] X. Gong, H. Kan, T. Yamaguchi, I. Suzuki, M. Aoyama, M. Kumagawa, N. L. Rowell, A. Wang, and R. Rinfret, Jpn. J. Appl. Phys., Part 1 **33**, 1740 (1994).
[166] S. Adachi, J. Appl. Phys. **61**, 4869 (1987).
[167] L. V. Zverev, V. V. Kruzhaev, G. M. Min'kov, and O. E. Rut, JETP Lett. **31**, 154 (1980) [Pis'ma Zh. Eksp. Teor. Fiz. **31**, 169 (1980)].
[168] J. Kolodziejczak and S. Zukotynski, Phys. Status Solidi **16**, K55 (1966).
[169] U. K. Mishra and A. K. Walton, Phys. Status Solidi **24**, K87 (1967).
[170] N. K. S. Gaur, Physica B **48**, 112 (1970).
[171] M. B. Thomas and J. C. Woolley, Can. J. Phys. **49**, 2052 (1971).
[172] Yu. M. Burdukov, Yu. V. Mal'tsev, G. J. Pichakhchi, Yu. I. Ukhanov, and Kh. A. Khalilov, Sov. Phys. Semicond. **4**, 1184 (1971) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **4**, 1390 (1970)].
[173] F. P. Kesamanly, Yu. V. Mal'tsev, A. Ya. Nashel'skii, G. I. Pichakhchi, Y. A. Skripkin, and Yu. I. Ukhanov, Sov. Phys. Semicond. **6**, 1568 (1973) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **6**, 1816 (1973)].
[174] D. C. Tsui, Phys. Rev. B **12**, 5739 (1975).
[175] A. E. Stephens, R. E. Miller, J. R. Sybert, and D. G. Seiler, Phys. Rev. B **18**, 4394 (1978).
[176] J. Takayama, K. Shimomae, and C. Hamaguchi, Jpn. J. Appl. Phys., Part 1 **20**, 1265 (1981).
[177] P. D. Wang, S. N. Holmes, T. Le, R. A. Stradling, I. T. Ferguson, and A. G. de Oliveira, Semicond. Sci. Technol. **7**, 767 (1992).
[178] D. Schneider, C. Brink, G. Irmer, and P. Verma, Physica B **256–258**, 625 (1998).
[179] M. Morgenstern, R. Dombrowski, Chr. Wittneven, and R. Wiesendanger, Phys. Status Solidi B **210**, 845 (1998).
[180] H. A. Washburn, J. R. Sites, and H. H. Wieder, J. Appl. Phys. **50**, 4872 (1979).
[181] L. A. Kazakova, V. V. Kostsova, R. K. Karymshakov, Yu. I. Ukhanov, and V. P. Yagup'ev, Sov. Phys. Semicond. **5**, 1495 (1972) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **5**, 1710 (1971)].
[182] M.-Z. Huang and W. Y. Ching, J. Phys. Chem. Solids **46**, 977 (1985).
[183] C. R. Pidgeon, S. H. Groves, and J. Feinleib, Solid State Commun. **5**, 677 (1967).
[184] R. A. Stradling, T. A. Malik, J. Plumridge, S. J. Chung, W. T. Yuen, N. Miura, H. Arimoto, and Y. Imanaka, in *Proceedings of 23rd International Conference On Physics of Semiconductors*, edited by M. Scheffler and R. Zimmerman (World Scientific, Singapore, 1996), Vol. 3, p. 2223.
[185] S. M. Sze, *Physics of Semiconductor Devices*, 2nd ed. (Wiley, New York, 1981), Chap. 12.3.
[186] M. R. Lorenz, G. D. Pettit, and R. C. Taylor, Phys. Rev. **171**, 876 (1968).
[187] R. G. Humphreys, U. Rössler, and M. Cardona, Phys. Rev. B **18**, 5590 (1978).
[188] D. Auvergne, P. Merle, and H. Mathieu, Phys. Rev. B **12**, 1371 (1975).
[189] T. Takizawa, J. Phys. Soc. Jpn. **52**, 1057 (1983).
[190] C. Wetzel, B. K. Meyer, and P. Omling, Phys. Rev. B **47**, 15588 (1993).
[191] S.-G. Shen and X.-Q. Fan, J. Phys.: Condens. Matter **8**, 4369 (1996).
[192] L. A. Kazakova, M. V. Rapaport, B. E. Samorukov, and Yu. I. Ukhanov, Sov. Phys. Semicond. **9**, 54 (1975) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **9**, 85 (1975)].
[193] N. Miura, G. Kido, M. Suekane, and S. Chikazumi, J. Phys. Soc. Jpn. **52**, 2838 (1983).
[194] D. Bimberg, M. S. Skolnick, and L. M. Sander, Phys. Rev. B **19**, 2231 (1979).
[195] A. C. Carter, P. J. Dean, M. S. Skolnick, and R. A. Stradling, J. Phys. C **10**, 5111 (1977).
[196] C. F. Schwerdtfeger, Solid State Commun. **11**, 779 (1972).
[197] C. C. Bradley, P. E. Simmonds, J. R. Stockton, and R. A. Stradling, Solid State Commun. **12**, 413 (1973).
[198] J. Leotin, R. Barbaste, S. Askenazy, M. S. Skolnick, R. A. Stradling, and J. Tuchendler, Solid State Commun. **15**, 693 (1974).
[199] R. A. Street and W. Senske, Phys. Rev. Lett. **37**, 1292 (1976).
[200] H. Mathieu, P. Merle, E. L. Ameziane, B. Archilla, J. Camassel, and G. Poiblaud, Phys. Rev. B **19**, 2209 (1979).
[201] T. H. Glisson, J. R. Hauser, M. A. Littlejohn, and C. K. Williams, J. Electron. Mater. **7**, 1 (1978).
[202] Zh. I. Alferov, D. Z. Garbuzov, S. G. Konnikov, P. S. Kop'ev, and V. A. Mishurnyi, Sov. Phys. Semicond. **7**, 1449 (1974) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **7**, 2175 (1973)].
[203] D. P. Bour, J. R. Shealy, G. W. Wicks, and W. J. Schaff, Appl. Phys. Lett. **50**, 615 (1987).
[204] S. Tiwari, *Compound Semiconductor Device Physics* (Academic, New York, 1992).
[205] F. Issiki, S. Fukatsu, and Y. Shiraki, Appl. Phys. Lett. **67**, 1048 (1995).
[206] T. M. Ritter, B. A. Weinstein, R. E. Viturro, and D. P. Bour, Phys. Status Solidi B **211**, 869 (1999).
[207] P. Rochon and E. Fortin, Phys. Rev. B **12**, 5803 (1975).
[208] P. Lautenschlager, M. Garriga, and M. Cardona, Phys. Rev. B **36**, 4813 (1987).
[209] Z. Hang, H. Shen, and F. H. Pollak, Solid State Commun. **73**, 15 (1990).
[210] L. Pavesi, F. Piazza, A. Rudra, J. F. Carlin, and M. Ilegems, Phys. Rev. B **44**, 9052 (1991).
[211] P. Lautenschlager, M. Garriga, and M. Cardona, Phys. Rev. B **36**, 4813 (1987).
[212] Z. Hang, H. Shen, and F. H. Pollak, Solid State Commun. **73**, 15 (1990).
[213] G. D. Pitt, J. Phys. C **6**, 1586 (1973) and references therein.
[214] J. Camassel, P. Merle, L. Bayo, and H. Mathieu, Phys. Rev. B **22**, 2020 (1980).
[215] T. Ohyama, E. Otsuka, S. Yamada, T. Fukui, and N. Kobayashi, Jpn. J. Appl. Phys., Part 2 **22**, L742 (1983).
[216] K. M. Lau and W. L. Wilson, Jr., Infrared Phys. **23**, 311 (1983).
[217] T. Nakashima, C. Hamaguchi, J. Komeno, and M. Ozeki, Jpn. J. Appl. Phys., Suppl. **23**, 69 (1983).
[218] Y. Maeda, H. Taki, M. Sakata, E. Ohta, S. Yamada, T. Fukui, and N. Miura, J. Phys. Soc. Jpn. **53**, 3553 (1984).
[219] T. Nakashima, C. Hamaguchi, J. Komeno, and M. Ozeki, J. Phys. Soc. Jpn. **54**, 725 (1985).
[220] M. Helm, W. Knap, W. Seidenbuch, R. Lassnig, E. Gornik, R. Triboulet, and L. L. Taylor, Solid State Commun. **53**, 547 (1985).
[221] M. A. Hopkins, R. J. Nicholas, P. Pfeffer, W. Zawadzki, D. Gauthier, J. C. Portal, and M. A. DiForte-Poisson, Semicond. Sci. Technol. **2**, 568 (1987).
[222] D. Schneider, D. Ruerup, A. Plichta, H.-U. Grubert, A. Schlachetzki, and K. Hansen, Z. Phys. B: Condens. Matter **95**, 281 (1994).
[223] D. Schneider, D. Ruerup, B. Schoenfelder, and A. Schlachetzki, Z. Phys. B: Condens. Matter **100**, 33 (1996).
[224] X. H. Shi, P. L. Liu, S. C. Shen, J. X. Chen, H. P. Xin, and A. Z. Li, J. Appl. Phys. **80**, 4491 (1996).
[225] I. Kobori, T. Nomura, and T. Ohyama, *Proceedings of 1998 International Conference on Microwave and Millimeter Wave Technology* (Publishing House of Electronics Industry, Beijing, China, 1998), p. 269.
[226] D. Bimberg, K. Hess, N. O. Lipari, J. U. Fischbach, and M. Altarelli, Physica B **89**, 139 (1977).
[227] R. V. Emlin, L. P. Zverev, O. E. Rut, and N. V. Korovina, Sov. Phys. Semicond. **12**, 1243 (1978) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **12**, 2081 (1978)].
[228] M. A. Alekseev, I. Ya. Karlik, D. N. Mirlin, and V. F. Sapega, Sov. Phys. Semicond. **22**, 355 (1988) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **22**, 569 (1988)].
[229] M. A. Alekseev, I. Ya. Karlik, I. A. Merkulov, D. N. Mirlin, and V. F. Sapega, Phys. Lett. A **127**, 373 (1988).
[230] G. Weber and W. Rühle, Phys. Status Solidi B **92**, 425 (1979).
[231] P. S. Dutta, Appl. Phys. Rev. **81**, 5821 (1997).
[232] M.-C. Wu and C.-C. Chen, J. Appl. Phys. **72**, 4275 (1992).
[233] C. Ghezzi, R. Magnanini, A. Parisini, B. Rotelli, L. Tarricone, A. Bosacchi, and S. Franchi, Phys. Rev. B **52**, 1463 (1995).
[234] V. Bellani, S. DiLernia, M. Geddo, G. Guizzetti, A. Bosacchi, S. Franchi, and R. Magnanini, Solid State Commun. **104**, 81 (1997).
[235] A. Joullie, A. Zein Eddin, and B. Girault, Phys. Rev. B **23**, 928 (1981).
[236] C. Alibert, A. Joullie, A. M. Joullie, and C. Ance, Phys. Rev. B **27**, 4946 (1983).
[237] C. D. Kourkoutas, P. D. Bekris, G. J. Papioannou, and P. C. Euthymiou, Solid State Commun. **49**, 1071 (1984) and references therein.
[238] H. J. Lee and J. C. Woolley, Can. J. Phys. **59**, 1844 (1981).
[239] M. Reine, R. L. Aggarwal, and B. Lax, Phys. Rev. B **5**, 3033 (1972).



13 October 2026 14:49:21

[240] A. Filion and E. Fortin, Phys. Rev. B **8**, 3852 (1973).
[241] D. A. Hill and C. F. Schwerdtfeger, J. Phys. Chem. Solids **35**, 1533 (1974).
[242] A. V. Varfolomeev, A. Ya. Ryskin, and R. P. Seisyan, Sov. Phys. Semicond. **10**, 1234 (1977) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **10**, 2072 (1976)].
[243] A. P. Roth and E. Fortin, Can. J. Phys. **56**, 1468 (1978).
[244] H. Arimoto, N. Miura, R. J. Nicholas, and C. Hamaguchi, *Proceedings of the 8th International Conference on Narrow-Gap Semiconductors* (World Scientific, London, 1998), p. 279.
[245] H. Arimoto, N. Miura, R. J. Nicholas, N. J. Mason, and P. J. Walker, Phys. Rev. B **58**, 4560 (1998).
[246] R. A. Stradling, Phys. Lett. **20**, 217 (1966).
[247] H. I. Zhang, Phys. Rev. B **1**, 3450 (1970).
[248] M. Cardona, N. E. Christensen, and G. Fasol, Phys. Rev. B **38**, 1806 (1988).
[249] S. Zollner, C. Lin, E. Schönherr, A. Böhringer, and M. Cardona, J. Appl. Phys. **66**, 383 (1989).
[250] N. N. Sirota and A. I. Lukomskii, Sov. Phys. Semicond. **7**, 140 (1973) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **7**, 196 (1973)].
[251] H. Mathieu, D. Auvergne, P. Merle, and K. C. Rustagi, Phys. Rev. B **12**, 5846 (1975).
[252] G. F. Glinskii, A. A. Kopylov, and A. N. Pikhtin, Solid State Commun. **30**, 631 (1979).
[253] M. Maaref, F. F. Charfi, M. Zouaghi, C. Benoit à la Guillaume, and A. Joullie, Phys. Rev. B **34**, 8650 (1986).
[254] A. Bignazzi, E. Grilli, M. Guzzi, C. Bocchi, A. Bosacchi, S. Franchi, and R. Magnanini, Phys. Rev. B **57**, 2295 (1998).
[255] F. W. O. Da Silva, C. Raisin, S. Gaillard, C. Alibert, and A. Rocher, Thin Solid Films **190**, 21 (1990).
[256] L. L. Laude, M. Cardona, and F. H. Pollack, Phys. Rev. B **1**, 1436 (1970).
[257] E. O. Kane, J. Phys. Chem. Solids **1**, 249 (1957).
[258] M. Razeghi, Opto-Electron. Rev. **6**, 155 (1998).
[259] A. P. Roth, W. J. Keeler, and E. Fortin, Can. J. Phys. **58**, 560 (1980).
[260] D. Auvergne, J. Camassel, H. Mathieu, and A. Joullie, J. Phys. Chem. Solids **35**, 133 (1974).
[261] M. Y. Yen, R. People, K. W. Wecht, and A. Y. Cho, Appl. Phys. Lett. **52**, 489 (1988).
[262] O. M. Leshko and E. M. Sheregii, Sov. Phys. Semicond. **21**, 424 (1987) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **21**, 694 (1987)].
[263] C. L. Littler and D. G. Seiler, Appl. Phys. Lett. **46**, 986 (1985).
[264] Y. J. Jung, M. K. Park, S. I. Tae, K. H. Lee, and H. J. Lee, J. Appl. Phys. **69**, 3109 (1991).
[265] S. Zwerdling, W. H. Kleiner, and J. P. Theriault, J. Appl. Phys. **32**, 2118 (1961).
[266] C. R. Pidgeon and R. N. Brown, Phys. Rev. **146**, 575 (1966).
[267] N. A. Belov, K. G. De, O. V. Kosogov, and M. A. Maramzina, Sov. Phys. Semicond. **7**, 1451 (1974) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **7**, 2179 (1973)].
[268] H. Kahlert, Phys. Rev. B **18**, 5667 (1978).
[269] M. H. Weiler, J. Magn. Magn. Mater. **11**, 131 (1979).
[270] V. V. Monakhov, A. M. Yafyasov, and O. V. Romanov, Sov. Phys. Semicond. **20**, 603 (1986) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **20**, 954 (1986)].
[271] X. Qijiang, C. Chenjia, W. Xuezhong, S. Shouxu, Z. Yinkang, W. Weili, C. Shushi, L. Jizhou, and L. Caixia, Chin. J. Semicond. **4**, 549 (1983).
[272] F. Rouli, Z. Guozhen, and T. Dinqyuan, Chin. J. Semicond. **4**, 230 (1983).
[273] B. Kessler, R. Paul, and R. Nies, Phys. Status Solidi B **167**, 349 (1991).
[274] T. Morimoto, M. Chiba, G. Kido, and A. Tanaka, Semicond. Sci. Technol. **8**, S417 (1993).
[275] P. Y. Liu and J. C. Maan, Phys. Rev. B **47**, 16274 (1993); **47**, 16274 (1993).
[276] I. M. Tsidil'kovskii and M. V. Yakunin, Sov. Phys. Semicond. **13**, 178 (1979) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **13**, 311 (1979)].
[277] C. R. Pidgeon and S. H. Groves, Phys. Rev. **186**, 824 (1969).
[278] E. Otsuka, T. Ohyama, and K. Fujii, J. Phys. Colloq. **42**, C7-393 (1981).
[279] R. Meisels and F. Kuchar, Phys. Status Solidi B **116**, 557 (1983).
[280] M. V. Yakunin, Sov. Phys. Semicond. **21**, 859 (1987) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **21**, 1413 (1987)].
[281] E. M. Sheregii and Yu. O. Ugrin, Sov. Phys. Semicond. **24**, 660 (1990) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **24**, 1047 (1990)].
[282] K. Shimomae, K. Senda, K. Kasai, and C. Hamaguchi, J. Phys. Soc. Jpn. **49**, 1060 (1980).
[283] A. S. Filipchenko and L. N. Radaikina, Phys. Status Solidi B **55**, K139 (1973).
[284] S. Huant, L. Dmowski, M. Baj, and L. C. Brunel, Phys. Status Solidi B **135**, K129 (1986).
[285] D. G. Seiler, B. D. Bajaj, and A. E. Stephens, Phys. Rev. B **16**, 2822 (1977) and references therein.
[286] A. P. Menushenkov and E. A. Protasov, Sov. Phys. Semicond. **13**, 773 (1979) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **13**, 1319 (1979)].
[287] D. G. Seiler and K. L. Hathcox, Phys. Rev. Lett. **29**, 647 (1972).
[288] P. E. Van Camp, V. E. Van Doren, and J. T. Devreese, Phys. Rev. B **44**, 9056 (1991).
[289] *Properties of Group-III Nitrides*, edited by J. H. Edgar (INSPEC, IEE, London, 1994), EMIS Datareviews Series No. 11.
[290] J. I. Pankove, S. Bloom, and G. Harbeke, RCA Rev. **36**, 163 (1975).
[291] F. P. Kesamanly, Sov. Phys. Semicond. **8**, 147 (1974) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **8**, 225 (1974)].
[292] S. C. Jain, M. Willander, J. Narayan, and R. Van Overstraeten, J. Appl. Phys. **87**, 965 (2000).
[293] *The Blue Laser Diode*, edited by S. Nakamura and G. Fasol (Springer, Berlin, 1997).
[294] R. Dingle, D. D. Sell, S. E. Stokowski, and M. Ilegems, Phys. Rev. B **4**, 1211 (1971).
[295] M. Ilegems, R. Dingle, and R. A. Logan, J. Appl. Phys. **43**, 3797 (1972).
[296] See, e.g., C. Guenaud, E. Deleporte, M. Voos, C. Delalande, B. Beaumont, M. Leroux, P. Gibart, and J. P. Faurie, MRS Internet J. Nitride Semicond. Res. **2**, 10 (1997).
[297] O. Lagerstedt and B. Monemar, J. Appl. Phys. **45**, 2266 (1974).
[298] B. Monemar, Phys. Rev. B **10**, 676 (1974).
[299] W. Shan, T. J. Schmidt, X. H. Yang, S. J. Hwang, J. J. Song, and B. Goldenberg, Appl. Phys. Lett. **66**, 985 (1995).
[300] W. Shan, X. C. Xie, J. J. Song, and B. Goldenberg, Appl. Phys. Lett. **67**, 2512 (1995).
[301] B. Gil, O. Briot, and R.-L. Aulombard, Phys. Rev. B **52**, R17028 (1995).
[302] G. D. Chen, M. Smith, J. Y. Lin, H. X. Jiang, S.-H. Wei, M. A. Khan, and C. J. Sun, Appl. Phys. Lett. **68**, 2784 (1996).
[303] C. Merz, M. Kunzer, U. Kaufmann, I. Akasaki, and H. Amano, Semicond. Sci. Technol. **11**, 712 (1996).
[304] M. O. Manasreh, Phys. Rev. B **53**, 16425 (1996).
[305] J. S. Im, A. Moritz, F. Steuber, V. Haerle, F. Scholz, and A. Hangleiter, Appl. Phys. Lett. **70**, 631 (1997).
[306] A. Shikanai, T. Azuhata, T. Sota, S. Chichibu, A. Kuramata, K. Horino, and S. Nakamura, J. Appl. Phys. **81**, 417 (1997).
[307] C. F. Li, Y. S. Huang, L. Malikova, and F. H. Pollak, Phys. Rev. B **55**, 9251 (1997).
[308] K. Reimann, M. Steube, D. Froelich, and S. J. Clarke, J. Cryst. Growth **189/190**, 652 (1998).
[309] B. Monemar, J. P. Bergman, I. A. Buyanova, W. Li, H. Amano, and I. Akasaki, MRS Internet J. Nitride Semicond. Res. **1**, 2 (1996).
[310] M. Smith, G. D. Chen, J. Y. Lin, H. X. Jiang, M. Asif Khan, C. J. Sun, Q. Chen, and J. W. Yang, J. Appl. Phys. **79**, 7001 (1996).
[311] D. C. Reynolds, D. C. Look, W. Kim, O. Aktas, A. Botchkarev, A. Salvador, H. Morkoc, and D. N. Talwar, J. Appl. Phys. **80**, 594 (1996).
[312] J. F. Muth, J. H. Lee, I. K. Shmagin, R. M. Kolbas, H. C. Casey, Jr., B. P. Keller, U. K. Mishra, and S. P. DenBaars, Appl. Phys. Lett. **71**, 2572 (1997).
[313] S. Chichibu, T. Azuhata, T. Sota, and S. Nakamura, J. Appl. Phys. **79**, 2784 (1996).
[314] H. Teisseyre, P. Perlin, T. Suski, I. Grzegory, S. Porowski, J. Jun, A. Pietraszko, and T. D. Moustakas, J. Appl. Phys. **76**, 2429 (1994).
[315] J. Petalas, S. Logothetidis, S. Boultadakis, M. Alouani, and J. M. Wills, Phys. Rev. B **52**, 8082 (1995).
[316] A. Salvador, G. Liu, W. Kim, O. Aktas, A. Botchkarev, and H. Morkoc, Appl. Phys. Lett. **67**, 3322 (1995).
[317] A. S. Zubrilov, Yu. V. Melnik, A. E. Nikolaev, M. A. Jacobson, D. K. Nelson, and V. A. Dmitriev, Sov. Phys. Semicond. **33**, 1067 (1999) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **33**, 1173 (1999)].
[318] D. Brunner, H. Angerer, E. Bustarret, F. Freudenberg, R. Hoepler, R. Dimitrov, O. Ambacher, and M. Stutzmann, J. Appl. Phys. **82**, 5090 (1997).
[319] N. E. Christensen and I. Gorczyca, Phys. Rev. B **50**, 4397 (1994).
[320] S. Logothetidis, J. Petalas, M. Cardona, and T. D. Moustakas, Phys. Rev. B **50**, 18017 (1994).


13 October 2026 14:49:21

Case 1:24-cv-01832-MHS Document 84-1 Filed 10/15/26 Page 2904 of 2960



[321] T. Yang, S. Nakajima, and S. Sakai, Jpn. J. Appl. Phys., Part 1 **34**, 5912 (1995).
[322] Z. Yang and Z. Xu, Phys. Rev. B **54**, 17577 (1996).
[323] Y. C. Yeo, T. C. Chong, and M. F. Li, J. Appl. Phys. **83**, 1429 (1998).
[324] Yu. M. Sirenko, J. B. Jeon, B. C. Lee, K. W. Kim, M. A. Littlejohn, M. A. Stroscio, and G. J. Iafrate, Phys. Rev. B **55**, 4360 (1997).
[325] S. L. Chuang and C. S. Chang, Phys. Rev. B **54**, 2491 (1996).
[326] S.-H. Wei and A. Zunger, Appl. Phys. Lett. **69**, 2719 (1996).
[327] M. Suzuki, T. Uenoyama, and A. Yanase, Phys. Rev. B **52**, 8132 (1995).
[328] A. S. Barker, Jr. and M. Ilegems, Phys. Rev. B **7**, 743 (1973).
[329] B. Rheinlander and H. Neumann, Phys. Status Solidi B **64**, K123 (1974).
[330] V. G. Sidorov, L. S. Sveshkova, M. D. Shagalov, and Yu. K. Shalabutov, Sov. Phys. Semicond. **10**, 1309 (1976) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **10**, 2200 (1976)].
[331] B. K. Meyer, D. Volm, A. Graber, H. C. Alt, T. Detchprohm, A. Amano, and I. Akasaki, Solid State Commun. **95**, 597 (1995).
[332] A. M. Witowski, K. Pakula, J. M. Baranowski, M. L. Sadowski, and P. Wyder, Appl. Phys. Lett. **75**, 4154 (1999).
[333] M. Drechsler, D. M. Hoffman, B. K. Meyer, T. Detchprohm, H. Amano, and I. Akasaki, Jpn. J. Appl. Phys., Part 2 **34**, L1178 (1995).
[334] P. Perlin *et al.*, Appl. Phys. Lett. **68**, 1114 (1996).
[335] Y. J. Wang, R. Kaplan, H. K. Ng, K. Doverspike, D. K. Gaskill, T. Ikedo, I. Akasaki, and H. Amono, J. Appl. Phys. **79**, 8007 (1996).
[336] W. Knap *et al.*, Appl. Phys. Lett. **70**, 2123 (1997).
[337] A. Kasic, M. Schubert, S. Einfeldt, D. Hommel, and T. E. Tiwald, Phys. Rev. B **62**, 7365 (2000).
[338] S. Elhamri, R. S. Newrock, D. B. Mast, M. Ahoujja, W. C. Mitchel, J. M. Redwing, M. A. Tischler, and J. S. Flynn, Phys. Rev. B **57**, 1374 (1998).
[339] A. Saxler *et al.*, J. Appl. Phys. **87**, 369 (2000).
[340] L. W. Wong, S. J. Cai, R. Li, K. Wang, H. W. Jiang, and M. Chen, Appl. Phys. Lett. **73**, 1391 (1998).
[341] T. Wang, J. Bai, S. Sakai, Y. Ohno, and H. Ohno, Appl. Phys. Lett. **76**, 2737 (2000).
[342] S. Kamiyama, K. Ohnaka, M. Suzuki, and T. Uenoyama, Jpn. J. Appl. Phys., Part 2 **34**, L822 (1995).
[343] B. B. Kosicki, R. J. Powell, and J. C. Burgiel, Phys. Rev. Lett. **24**, 1421 (1970).
[344] R. D. Cunningham, R. W. Brander, N. D. Knee, and D. K. Wickenden, J. Lumin. **5**, 21 (1972).
[345] J. W. Orton, Semicond. Sci. Technol. **10**, 101 (1995).
[346] M. Steube, K. Reimann, D. Froelich, and S. J. Clarke, Appl. Phys. Lett. **71**, 948 (1997).
[347] D. J. Dugdale, S. Brand, and R. A. Abram, Phys. Rev. B **61**, 12933 (2000).
[348] K. Kim, W. R. L. Lambrecht, and B. Segall, Phys. Rev. B **53**, 16310 (1996).
[349] W. Shan, R. J. Hauenstein, A. J. Fischer, J. J. Song, W. G. Perry, M. D. Bremser, R. F. Davis, and B. Goldenberg, Phys. Rev. B **54**, 13460 (1996).
[350] T. Ohtoshi, A. Niwa, and T. Kuroda, J. Appl. Phys. **82**, 1518 (1997).
[351] A. F. Wright, J. Appl. Phys. **82**, 2833 (1997).
[352] A. U. Sheleg and A. V. Savastenko, Izv. Akad. Nauk SSSR, Neorg. Mater. **15**, 1598 (1979) [Inorg. Mater. **15**, 1257 (1979)].
[353] A. Polian, M. Grimsditch, and I. Grzegory, J. Appl. Phys. **79**, 3343 (1996).
[354] Y. Takagi, M. Ahart, T. Azuhata, T. Sota, K. Suzuki, and S. Nakamura, Physica B **219–220**, 547 (1996).
[355] R. B. Schwarz, K. Khachaturyan, and E. R. Weber, Appl. Phys. Lett. **70**, 1122 (1997).
[356] S. Muensit and I. L. Guy, Appl. Phys. Lett. **72**, 1896 (1998).
[357] I. L. Guy, S. Muensit, and E. M. Goldys, Appl. Phys. Lett. **75**, 4133 (1999).
[358] C. M. Lueng, H. L. W. Chan, C. Surya, W. K. Fong, C. L. Choy, P. Chow, and M. Rosamond, J. Non-Cryst. Solids **254**, 123 (1999).
[359] A. D. Bykhovski, V. V. Kaminski, M. S. Shur, Q. C. Chen, and M. A. Khan, Appl. Phys. Lett. **68**, 818 (1996).
[360] F. Bernardini, V. Fiorentini, and D. Vanderbilt, Phys. Rev. B **56**, R10024 (1997).
[361] K. Shimada, T. Sota, and K. Suzuki, J. Appl. Phys. **84**, 4951 (1998).
[362] F. Bechstedt, U. Grossner, and J. Furthmüller, Phys. Rev. B **62**, 8003 (2000).
[363] S. Bloom, G. Harbeke, E. Meier, and I. B. Ortenburger, Phys. Status Solidi B **66**, 161 (1974).
[364] S. Strite, J. Ran, Z. Li, A. Salvador, H. Chen, D. J. Smith, W. J. Choyke, and H. Morkoc, J. Vac. Sci. Technol. B **9**, 1924 (1991).
[365] Z. Sitar, M. J. Paisley, J. Ruan, J. W. Choyke, and R. F. Davis, J. Mater. Sci. Lett. **11**, 261 (1992).
[366] R. C. Powell, N.-E. Lee, Y.-W. Kim, and J. E. Greene, J. Appl. Phys. **73**, 189 (1993).
[367] H. Okumura, S. Yoshida, and T. Okahisa, Appl. Phys. Lett. **64**, 2997 (1994).
[368] G. Ramirez-Flores, H. Navarro-Contreras, A. Lastras-Martinez, R. C. Powell, and J. E. Greene, Phys. Rev. B **50**, 8433 (1994).
[369] W. J. Fan, M. F. Li, T. C. Chong, and J. B. Xia, J. Appl. Phys. **79**, 188 (1996).
[370] A. Tadjer, B. Abbar, M. Rezki, H. Aourag, and M. Certier, J. Phys. Chem. Solids **60**, 419 (1999).
[371] S. K. Pugh, D. J. Dugdale, S. Brand, and R. A. Abram, Semicond. Sci. Technol. **14**, 23 (1999).
[372] J. Menniger, U. Jahn, O. Brandt, H. Yang, and K. Ploog, Phys. Rev. B **53**, 1881 (1996).
[373] J. Wu, H. Yaguchi, K. Onable, and R. Ito, Appl. Phys. Lett. **71**, 2067 (1997).
[374] D. Xu, H. Yang, J. B. Li, D. G. Zhao, S. F. Li, S. M. Zhuang, R. H. Wu, Y. Chen, and G. H. Li, Appl. Phys. Lett. **76**, 3025 (2000).
[375] M. Fanciulli, T. Lei, and T. D. Moustakas, Phys. Rev. B **48**, 15144 (1993).
[376] W. W. Chow, A. F. Wright, and J. S. Nelson, Appl. Phys. Lett. **68**, 296 (1996).
[377] D. Ahn, J. Appl. Phys. **79**, 7731 (1996).
[378] M. Suzuki and T. Uenoyama, Appl. Phys. Lett. **69**, 3378 (1996).
[379] A. T. Meney, E. P. O'Reilly, and A. R. Adams, Semicond. Sci. Technol. **11**, 897 (1996).
[380] T. Ohtoshi, A. Niwa, and T. Kuroda, IEEE J. Sel. Top. Quantum Electron. **4**, 527 (1998).
[381] C. G. Van de Walle and J. Neugebauer, Appl. Phys. Lett. **70**, 2577 (1997).
[382] K. Kim, W. R. L. Lambrecht, and B. Segall, Phys. Rev. B **56**, 7018 (1997).
[383] W. M. Yim, E. J. Stofko, P. J. Zanzucchi, J. I. Pankove, M. Ettenberg, and S. L. Gilbert, J. Appl. Phys. **44**, 292 (1973).
[384] P. B. Perry and R. F. Rutz, Appl. Phys. Lett. **33**, 319 (1978).
[385] Q. Guo and A. Yoshida, Jpn. J. Appl. Phys., Part 1 **33**, 2454 (1994).
[386] R. D. Vispute, H. Wu, and J. Narayan, Appl. Phys. Lett. **67**, 1549 (1995).
[387] X. Tang, F. Hossain, K. Wongchotigul, and M. G. Spencer, Appl. Phys. Lett. **72**, 1501 (1998).
[388] K. Kim, W. R. L. Lambrecht, B. Segall, and M. van Schilfgaarde, Phys. Rev. B **56**, 7363 (1997).
[389] W. Shan *et al.*, Appl. Phys. Lett. **72**, 2274 (1998).
[390] K. Tsubouchi, K. Sugai, and N. Mikoshiba, in *1981 Ultrasonics Symposium*, edited by B. R. McAvoy (IEEE, New York, 1981), Vol. 1, p. 375.
[391] L. E. McNeil, M. Grimditch, and R. H. French, J. Am. Ceram. Soc. **76**, 1132 (1993).
[392] A. R. Hutson, U.S. Patent No. 3,090,876 (May 21, 1963).
[393] K. Tsubouchi, K. Sugai, and N. Mikoshiba, *Proceedings of the IEEE Ultrasonic Symposium* (IEEE, New York, 1982), p. 340.
[394] T. Kamiya, Jpn. J. Appl. Phys., Part 1 **35**, 4421 (1996).
[395] M. Leroux, N. Grandjean, J. Massies, B. Gil, P. Lefebvre, and P. Bigenwald, Phys. Rev. B **60**, 1496 (1999).
[396] N. Grandjean, B. Damilano, S. Dalmasso, M. Leroux, M. Laugt, and J. Massies, J. Appl. Phys. **86**, 3714 (1999).
[397] J. A. Garrido, J. L. Sanchez-Rojas, A. Jimenez, E. Munoz, F. Omnes, and P. Gibart, Appl. Phys. Lett. **75**, 2407 (1999).
[398] R. A. Hogg, C. E. Norman, A. J. Shields, M. Pepper, and M. Iizuka, Appl. Phys. Lett. **76**, 1428 (2000).
[399] S.-H. Park and S.-L. Chuang, Appl. Phys. Lett. **76**, 1981 (2000).
[400] R. Cingolani *et al.*, Phys. Rev. B **61**, 2711 (2000).
[401] K. Karch and F. Bechstedt, Phys. Rev. B **56**, 7404 (1997).
[402] K. Osamura, S. Naka, and Y. Murakami, J. Appl. Phys. **46**, 3432 (1975).
[403] N. Puychevrier and M. Menoret, Thin Solid Films **36**, 141 (1976).
[404] V. A. Tyagai, A. M. Evstigneev, A. N. Krasiko, A. F. Andreeva, and V. Ya. Malakhov, Sov. Phys. Semicond. **11**, 1257 (1977) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **11**, 2142 (1977)].
[405] T. L. Tansley and C. P. Foley, J. Appl. Phys. **59**, 3241 (1986).
[406] K. L. Westra and M. J. Brett, Thin Solid Films **192**, 227 (1990).
[407] A. Wakahara, T. Tsuchiya, and A. Yoshida, Vacuum **41**, 1071 (1990).
[408] T. Inushima, T. Yaguchi, A. Nagase, A. Iso, T. Shiraishi, and S. Ooya,

13 October 2026 14:49:21

Proceedings of 7th International Conference on InP and Related Materials, 1995, p. 187.
[409] S. Strite and H. Morkoc, J. Vac. Sci. Technol. B **10**, 1237 (1992).
[410] J. A. Van Vechten and T. K. Bergstresser, Phys. Rev. B **1**, 3351 (1970).
[411] C. Bosio, J. L. Staehli, M. Guzzi, G. Burri, and R. A. Logan, Phys. Rev. B **38**, 3263 (1988).
[412] T. F. Kuech, D. J. Wolford, R. Potemski, J. A. Bradley, K. H. Kelleher, D. Yan, J. P. Farrell, P. M. S. Lesser, and F. H. Pollak, Appl. Phys. Lett. **51**, 505 (1987).
[413] G. Oelgart, R. Schwabe, M. Heider, and B. Jacobs, Semicond. Sci. Technol. **2**, 468 (1987).
[414] D. Huang, G. Ji, U. K. Reddy, H. Morkoc, F. Xiong, and T. A. Tombrello, J. Appl. Phys. **63**, 5447 (1988).
[415] A small negative bowing parameter was determined by N. C. Miller, S. Zemon, G. P. Werber, and W. Powazinik, J. Appl. Phys. **57**, 512 (1985).
[416] D. E. Aspnes, S. M. Kelso, R. A. Logan, and R. Bhat, J. Appl. Phys. **60**, 754 (1986).
[417] R. Magri and A. Zunger, Phys. Rev. B **44**, 8672 (1991).
[418] K. A. Maeder and A. Zunger, Phys. Rev. B **51**, 10462 (1995).
[419] R. G. Waters, J. Appl. Phys. **52**, 3586 (1981).
[420] J. C. M. Henning, J. P. M. Ansems, and P. J. Roksnoer, J. Phys. C **19**, L335 (1986).
[421] P. El Jani, P. Gibart, J. C. Portal, and R. L. Aulombard, J. Appl. Phys. **58**, 3481 (1985).
[422] H. Qiang, F. H. Pollak, and G. Hickman, Solid State Commun. **76**, 1087 (1990).
[423] R. Driad, Z. H. Lu, S. Charbonneau, W. R. McKinnon, S. Laframboise, P. J. Poole, and S. P. McAlister, Appl. Phys. Lett. **73**, 665 (1998).
[424] Y. Lam, J. P. Loehr, and J. Singh, IEEE J. Quantum Electron. **28**, 1248 (1992).
[425] F. Capasso, J. Faist, C. Sirtori, and A. Y. Cho, Solid State Commun. **102**, 231 (1997).
[426] S. S. Vishnubhatla, B. Eyglunent, and J. C. Woolley, Can. J. Phys. **47**, 1661 (1969).
[427] R. E. Nahory, M. A. Pollack, W. D. Johnston, Jr., and R. L. Barns, Appl. Phys. Lett. **33**, 659 (1978).
[428] W. Porod and D. K. Ferry, Phys. Rev. B **27**, 2587 (1983).
[429] S. Adachi, J. Appl. Phys. **53**, 8775 (1982).
[430] K.-H. Goetz, D. Bimberg, H. Jürgensen, J. Selders, A. V. Solomonov, G. F. Glinskii, and M. Razeghi, J. Appl. Phys. **54**, 4543 (1983).
[431] S. Paul, J. B. Roy, and P. K. Basu, J. Appl. Phys. **69**, 827 (1991).
[432] S. Tiwari and D. J. Frank, Appl. Phys. Lett. **60**, 630 (1992).
[433] D.-S. Kim, S. R. Forrest, M. J. Lange, M. J. Cohen, G. H. Olsen, R. J. Menna, and R. J. Paff, J. Appl. Phys. **80**, 6229 (1996).
[434] M. V. Karachevtseva, A. S. Ignat'ev, V. G. Mokerov, G. Z. Nemtsev, V. A. Strakhov, and N. G. Yaremenko, Sov. Phys. Semicond. **28**, 691 (1994) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **28**, 1211 (1994)].
[435] Y. Takeda, A. Sasaki, Y. Imamura, and T. Takagi, J. Appl. Phys. **47**, 5405 (1976).
[436] E. Zielinski, H. Schweizer, K. Streubel, H. Eisele, and G. Weimann, J. Appl. Phys. **59**, 2196 (1986).
[437] K. Alavi, R. L. Aggarwal, and S. H. Groves, Phys. Rev. B **21**, 1311 (1980).
[438] E. Towe, J. Appl. Phys. **53**, 5136 (1982).
[439] P. W. Yu and E. Kuphal, Solid State Commun. **49**, 907 (1984).
[440] J. Beerens, G. Bernier, S. Lasserre, D. Pelenc, N. Puetz, and C. J. Miner, Can. J. Phys. **69**, 441 (1991).
[441] J. R. Jensen, J. M. Hvam, and W. Langbein, J. Appl. Phys. **86**, 2584 (1999).
[442] Z. Hang, D. Yan, F. H. Pollak, G. D. Pettit, and J. M. Woodall, Phys. Rev. B **44**, 10546 (1991).
[443] E. H. Perea, E. E. Mendez, and C. G. Fonstad, Appl. Phys. Lett. **36**, 978 (1980).
[444] K. Y. Cheng, A. Y. Cho, S. B. Christman, T. P. Pearsall, and J. E. Rowe, Appl. Phys. Lett. **40**, 423 (1982).
[445] J. A. Van Vechten, O. Berolo, and J. C. Woolley, Phys. Rev. Lett. **29**, 1400 (1972).
[446] O. Berolo, J. C. Woolley, and J. A. Van Vechten, Phys. Rev. B **8**, 3794 (1973).
[447] J. C. Fan and Y. F. Chen, J. Appl. Phys. **80**, 6761 (1996).
[448] R. J. Nicholas, J. C. Portal, C. Houlbert, P. Perrier, and T. P. Pearsall, Appl. Phys. Lett. **34**, 492 (1979).
[449] R. J. Nicholas, S. J. Sessions, and J. C. Portal, Appl. Phys. Lett. **37**, 178 (1980).
[450] E. H. Perea, E. Mendez, and C. G. Fonstad, J. Electron. Mater. **9**, 459 (1980).
[451] J. B. Restorrf, B. Houston, R. S. Allgaier, M. A. Littlejohn, and S. B. Phatak, J. Appl. Phys. **51**, 2277 (1980).
[452] C. K. Sarkar, R. J. Nicholas, J. C. Portal, M. Razeghi, J. Chevrier, and J. Massies, J. Phys. C **18**, 2667 (1985).
[453] H. Brendecke, H. L. Stormer, and R. J. Nelson, Appl. Phys. Lett. **35**, 772 (1979).
[454] M. Sugawara, N. Okazaki, T. Fujii, and S. Yamazaki, Phys. Rev. B **48**, 8102 (1993).
[455] M. Sugawara, N. Okazaki, T. Fujii, and S. Yamazaki, Phys. Rev. B **48**, 8848 (1993).
[456] D. Olego, T. Y. Chang, E. Silberg, E. A. Caridi, and A. Pinczuk, Appl. Phys. Lett. **41**, 476 (1982).
[457] L. A. Cury, J. Beerens, and J. P. Praseuth, Appl. Phys. Lett. **63**, 1804 (1993).
[458] J. C. Fan and Y. F. Chen, J. Appl. Phys. **80**, 1239 (1996).
[459] C. Hermann and T. P. Pearsall, Appl. Phys. Lett. **38**, 450 (1981).
[460] K. Tanaka, N. Kotera, and H. Nakamura, J. Appl. Phys. **85**, 4071 (1999).
[461] R. People, A. Jayaraman, K. W. Wecht, D. L. Sivco, and A. Y. Cho, Appl. Phys. Lett. **52**, 2124 (1988).
[462] V. A. Wilkinson, A. D. Prins, J. D. Lambkin, E. P. O'Reilly, D. J. Dunstan, L. K. Howard, and M. T. Emeny, Phys. Rev. B **42**, 3113 (1990).
[463] E. E. Matyas, Sov. Phys. Semicond. **13**, 1194 (1979) [ Fiz. Tekh. Poluprovodn. (S.-Peterburg) **13**, 2046 (1979)].
[464] B. Wakefield, M. A. G. Halliwell, T. Kerr, D. A. Andrews, G. J. Davies, and D. R. Wood, Appl. Phys. Lett. **44**, 341 (1984).
[465] R. F. Kopf, H. P. Wei, A. P. Perley, and G. Livescu, Appl. Phys. Lett. **60**, 2386 (1992).
[466] P. Abraham, M. A. Garcia-Perez, T. Benyattou, G. Guillot, M. Sacilotti, and X. Letartre, Semicond. Sci. Technol. **10**, 1585 (1995).
[467] M. A. Lorenz and A. Onton, *Proceedings of the 10th International Conference on Physics of Semiconductors* (Cambridge University Press, Cambridge, 1970), p. 444.
[468] M. G. Wright, A. Kana'ah, B. C. Cavenett, G. R. Johnson, and S. T. Davey, Semicond. Sci. Technol. **4**, 590 (1989).
[469] Y. F. Chen, Y. T. Dai, J. C. Fan, T. L. Lee, and H. H. Lin, Appl. Phys. Lett. **67**, 1256 (1995).
[470] S.-G. Shen and X.-Q. Fan, J. Phys. Condens. Matter **9**, 3151 (1997).
[471] I. T. Ferguson, T. P. Beales, T. S. Cheng, C. M. Sotomayor-Torres, and E. G. Scott, Semicond. Sci. Technol. **4**, 243 (1989).
[472] C. N. Yeh, L. E. McNeil, R. E. Nahory, and R. Bhat, Phys. Rev. B **52**, 14682 (1995).
[473] D. P. Bour, in *Quantum Well Lasers*, edited by P. S. Zory (Academic, New York, 1993), p. 415.
[474] A. Onton, M. R. Lorenz, and W. Reuter, J. Appl. Phys. **42**, 3420 (1971).
[475] A. W. Mabbitt, Solid State Commun. **9**, 245 (1971).
[476] C. Alibert, G. Bordure, A. Laugier, and J. Chevallier, Phys. Rev. B **6**, 1301 (1972).
[477] G. B. Stringfellow, P. F. Lindquist, and R. A. Burmeister, J. Electron. Mater. **1**, 437 (1972).
[478] A. Laugier and J. Chevallier, Solid State Commun. **10**, 353 (1972).
[479] H. Lange, J. Donecker, and H. Friedrich, Phys. Status Solidi B **73**, 633 (1976).
[480] D. Auvergne, P. Merle, and H. Mathieu, Solid State Commun. **21**, 437 (1977).
[481] P. Merle, D. Auvergne, H. Mathieu, and J. Chevallier, Phys. Rev. B **15**, 2032 (1977).
[482] M. Bugajski, A. M. Kontkiewicz, and H. Mariette, Phys. Rev. B **28**, 7105 (1983) and references therein.
[483] C. Nozaki, Y. Ohba, H. Sugawara, S. Yasuami, and T. Nakanisi, J. Cryst. Growth **93**, 406 (1988).
[484] N. El-Masry and S. M. Bedair, Opt. Quantum Electron. **23**, S909 (1991).
[485] R. G. Alonso, A. Mascarenhas, G. S. Horner, K. A. Bertness, S. R. Kurtz, and J. M. Olson, Phys. Rev. B **48**, 11833 (1993).
[486] T. Sass, I. Pietzonka, and H. Schmidt, J. Appl. Phys. **85**, 3561 (1999).
[487] L. C. Su, S. T. Pu, G. B. Stringfellow, J. Christen, H. Selber, and D. Bimberg, J. Electron. Mater. **23**, 125 (1994).
[488] T. Hayakawa, K. Takahashi, M. Hosoda, S. Yamamoto, and T. Hijikata, Jpn. J. Appl. Phys., Part 2 **27**, L1553 (1988).
[489] C. T. H. F. Liedenbaum, A. Valster, A. L. G. J. Steverens, and G. W. 't Hooft, Appl. Phys. Lett. **57**, 2698 (1990).
[490] F. Omnes and M. Razeghi, Appl. Phys. Lett. **59**, 1034 (1991).

13 October 2026 14:49:21

[491] J. Chen, J. R. Sites, I. L. Spain, M. J. Hafich, and G. Y. Robinson, Appl. Phys. Lett. **58**, 744 (1991).
[492] G. W. 't Hooft, C. J. B. Riviere, M. P. C. M. Krijn, C. T. H. F. Liedenbaum, and A. Valster, Appl. Phys. Lett. **61**, 3169 (1992).
[493] M. D. Dawson and G. Duggan, Phys. Rev. B **47**, 12598 (1993).
[494] A. D. Prins, J. L. Sly, A. T. Meney, D. J. Dunstan, E. P. O'Reilly, A. R. Adams, and A. Valster, J. Phys. Chem. Solids **56**, 349 (1995).
[495] P. Emanuelsson, M. Drechsler, D. M. Hoffman, and B. K. Meyer, Appl. Phys. Lett. **64**, 2849 (1994).
[496] A. R. Goni, K. Syassen, K. Stroessner, and M. Cardona, Phys. Rev. B **39**, 3178 (1989).
[497] T. P. Chin, J. C. P. Chang, K. L. Kavanagh, C. W. Tu, P. D. Kirchner, and J. M. Woodall, Appl. Phys. Lett. **62**, 2369 (1993).
[498] A. T. Meney, A. D. Prins, A. F. Phillips, J. L. Sly, E. P. O'Reilly, D. J. Dunstan, A. R. Adams, and A. Valster, IEEE J. Sel. Top. Quantum Electron. **1**, 697 (1995).
[499] Yu. K. Krutogolov, S. V. Dovzhenko, S. A. Diordiev, L. I. Krutogolova, Yu. I. Kunakin, and S. S. Ryzhikh, Sov. Phys. Semicond. **23**, 557 (1989) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **23**, 887 (1989)].
[500] S. Ozaki, S. Adachi, M. Sato, and K. Ohtsuka, J. Appl. Phys. **79**, 439 (1996).
[501] K. Interholzinger, D. Patel, C. S. Menoni, P. Thiagarajan, G. Y. Robinson, and J. E. Fouquet, IEEE J. Quantum Electron. **34**, 93 (1998).
[502] S. Adachi, S. Ozaki, M. Sato, and K. Ohtsuka, J. Appl. Phys. **35**, 537 (1996).
[503] S. L. Wong, D. Kinder, J. G. Michels, R. J. Nicholas, G. Duggan, M. D. Dawson, and A. H. Kean, *Proceedings of the 22nd Conference on Physics of Semiconductors* (World Scientific, Singapore, 1995), Vol. 2, p. 1272.
[504] Yu. B. Bolkhovityanov, A. S. Jaroshevich, M. A. Revenko, H. E. Scheibler, and A. S. Terekhov, Semicond. Sci. Technol. **11**, 1847 (1996).
[505] D. J. Mowbray, O. P. Kowalski, M. Hopkinson, M. S. Skolnick, and J. P. R. David, Appl. Phys. Lett. **65**, 213 (1994).
[506] M. D. Dawson, S. P. Najda, A. H. Kean, G. Duggan, D. J. Mowbray, O. P. Kowalski, M. S. Skolnick, and M. Hopkinson, Phys. Rev. B **50**, 11190 (1994).
[507] S. P. Najda, A. H. Kean, M. D. Dawson, and G. Duggan, J. Appl. Phys. **77**, 3412 (1995).
[508] M. Schubert, J. A. Woollam, G. Leibiger, B. Rheinländer, I. Pietzonka, T. Sass, and V. Gottschalch, J. Appl. Phys. **86**, 2025 (1999).
[509] H. C. Kuo, J. M. Kuo, Y. C. Wang, C. H. Lin, H. Chen, and G. E. Stillman, J. Electron. Mater. **26**, 944 (1997).
[510] L. Hrivnak, Phys. Status Solidi A **128**, K89 (1991).
[511] H. Sonomura, T. Naumori, and T. Miyauchi, Appl. Phys. Lett. **24**, 77 (1974).
[512] J. M. Rodriguez, G. Armelles, and P. Salvador, J. Appl. Phys. **66**, 3929 (1989).
[513] J. M. Rodriguez and G. Armelles, J. Appl. Phys. **69**, 965 (1991).
[514] L. K. Vodop'yanov, V. I. Kozlovskii, and N. N. Mel'nik, Sov. Phys. Semicond. **34**, 405 (2000) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **34**, 418 (2000)].
[515] F. Fuchs, U. Weimer, W. Pletschen, J. Schmitz, E. Ahlswede, M. Walther, J. Wagner, and P. Koidl, Appl. Phys. Lett. **71**, 3251 (1997).
[516] N. Bouarissa, N. Amrane, and H. Aourag, Infrared Phys. Technol. **36**, 755 (1995).
[517] N. Bouarissa and H. Aourag, Phys. Status Solidi B **199**, 403 (1997).
[518] M. R. Lorenz, J. C. McGroddy, T. S. Plaskett, and S. Porowski, IBM J. Res. Dev. **13**, 583 (1969).
[519] K. Zitouni, A. Kadri, and R. L. Aulombard, Phys. Rev. B **34**, 2638 (1986).
[520] D. Barjon, A. Raymond, A. Joullie, and J. L. Robert, Phys. Status Solidi B **68**, K81 (1975).
[521] I. Vurgaftman, J. R. Meyer, and L. R. Ram-Mohan, IEEE Photonics Technol. Lett. **9**, 170 (1997).
[522] Ya. Agaev and N. G. Bekmedova, Sov. Phys. Semicond. **5**, 1330 (1972) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **5**, 1523 (1971)].
[523] S. Isomura, F. G. D. Prat, and J. C. Woolley, Phys. Status Solidi B **65**, 213 (1974).
[524] N. Dai, F. Brown, R. E. Doezema, S. J. Chung, K. J. Goldammer, and M. B. Santos, Appl. Phys. Lett. **73**, 3132 (1998).
[525] A. Furukawa and M. Mizuta, Electron. Lett. **24**, 1378 (1988).
[526] H. Xie and W. I. Wang, Appl. Phys. Lett. **63**, 776 (1993).
[527] J. Massies, M. Leroux, Y. Martinez, P. Vennegues, and S. Laugt, J. Cryst. Growth **160**, 211 (1996).
[528] V. Bellani, M. Geddo, G. Guizzetti, S. Franchi, and R. Magnanini, Phys. Rev. B **59**, 12272 (1999).
[529] Yu. F. Biryulin, S. P. Vul', T. T. Dedegkaev, I. I. Kryukov, T. A. Polyanskaya, and Yu. V. Shmartsev, Sov. Phys. Semicond. **11**, 913 (1977) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **11**, 1555 (1977)].
[530] G. A. Antypas and L. W. James, J. Appl. Phys. **41**, 2165 (1970).
[531] M. B. Thomas, W. M. Coderre, and J. C. Woolley, Phys. Status Solidi A **2**, K141 (1970).
[532] N. N. Sirota and E. E. Matyas, Phys. Status Solidi A **4**, K143 (1971).
[533] A. Filion and E. Fortin, Can. J. Phys. **52**, 743 (1974).
[534] R. E. Nahory, M. A. Pollack, J. C. DeWinter, and K. M. Williams, J. Appl. Phys. **48**, 1607 (1977).
[535] M. Yano, Y. Suzuki, T. Ishii, Y. Matsushima, and M. Kimata, Jpn. J. Appl. Phys., Part 1 **17**, 2091 (1978).
[536] W. T. Tsang, T. H. Chiu, S. N. G. Chu, and J. A. Ditzenberger, Appl. Phys. Lett. **46**, 659 (1985).
[537] J. Klem, D. Huang, H. Morkoc, Y. E. Ihm, and N. Otsuka, Appl. Phys. Lett. **50**, 1364 (1987).
[538] D. Huang, J. Chyi, J. Klem, and H. Morkoc, J. Appl. Phys. **63**, 5859 (1988).
[539] P. W. Yu, C. E. Stutz, M. O. Manasreh, R. Kaspi, and M. A. Capano, J. Appl. Phys. **76**, 504 (1994).
[540] K. G. Merkel, V. M. Bright, M. A. Marciniak, C. L. A. Cerny, and M. O. Manasreh, Appl. Phys. Lett. **65**, 2442 (1994).
[541] J. Hu, X. G. Xu, J. A. H. Stotz, S. P. Watkins, A. E. Curzon, M. L. W. Thewalt, N. Matine, and C. R. Bolognesi, Appl. Phys. Lett. **73**, 2799 (1998).
[542] H. Mani, A. Joullie, A. M. Joullie, B. Girault, and C. Alibert, J. Appl. Phys. **61**, 2101 (1987).
[543] R. Ferrini, M. Geddo, G. Guizzetti, M. Patrini, S. Franchi, C. Bocchi, F. Germini, A. Baraldi, and R. Magnanini, J. Appl. Phys. **86**, 4706 (1999).
[544] P. Delvin, H. M. Heravi, and J. C. Woolley, Can. J. Phys. **52**, 743 (1981).
[545] P. J. P. Tang, M. J. Pullin, S. J. Chung, C. C. Phillips, R. A. Stradling, A. G. Norman, Y. B. Li, and L. Hart, Semicond. Sci. Technol. **10**, 1177 (1995).
[546] W. Dobbelaere, J. Deboeck, P. Heremans, R. Mertens, G. Borghs, W. Luyten, and J. van Landuyt, Appl. Phys. Lett. **60**, 3256 (1992).
[547] G. B. Stringfellow and P. E. Greene, J. Electrochem. Soc. **118**, 805 (1971).
[548] A. Rogalski and K. Jozwikowski, Infrared Phys. **29**, 35 (1989).
[549] S.-H. Wei and A. Zunger, Phys. Rev. B **52**, 12039 (1995).
[550] M. Y. Yen, B. F. Levine, C. G. Bethea, K. K. Choi, and A. Y. Cho, Appl. Phys. Lett. **50**, 927 (1987).
[551] X. Y. Gong, H. Kan, T. Makino, T. Yamaguchi, T. Nakatsasa, M. Kumagawa, N. L. Rowell, A. Wang, and R. Rinfret, Cryst. Res. Technol. **30**, 603 (1995).
[552] X. Y. Gong, T. Yamaguchi, H. Kan, T. Makino, N. L. Rowell, Y. Lacroix, A. Mangyou, M. Aoyama, and M. Kumagawa, Jpn. J. Appl. Phys., Part 1 **36**, 738 (1997).
[553] S. Elies, A. Krier, I. R. Cleverley, and K. Singer, J. Phys. D **26**, 159 (1993).
[554] S.-H. Wei and A. Zunger, Appl. Phys. Lett. **58**, 2684 (1991).
[555] S. R. Kurtz, L. R. Dawson, R. M. Biefeld, D. M. Follstaedt, and B. L. Doyle, Phys. Rev. B **46**, 1909 (1992).
[556] M. A. Marciniak, R. L. Hengehold, Y. K. Yeo, and G. W. Turner, J. Appl. Phys. **84**, 480 (1998).
[557] A. Rakovska, V. Berger, X. Marcadet, B. Vinter, K. Bouzehouane, and D. Kaplan, Semicond. Sci. Technol. **15**, 34 (2000).
[558] F. Karouta, H. Mani, J. Bhan, F. J. Hua, and A. Joullie, Rev. Phys. Appl. **22**, 1459 (1987).
[559] A. F. M. Anwar and R. T. Webster, Solid-State Electron. **42**, 2101 (1998).
[560] H. Ait Kaci, D. Boukredimi, and M. Mebarki, Phys. Status Solidi A **163**, 101 (1997).
[561] Y. Kawamura, H. Kurisu, K. Yoshimatsu, A. Kamada, Y. Naito, and N. Inoue, Jpn. J. Appl. Phys., Part 2 **36**, L757 (1997).
[562] M. G. Craford, R. W. Shaw, A. H. Herzog, and W. O. Groves, J. Appl. Phys. **43**, 4075 (1972).
[563] A. G. Thompson, M. Cardona, K. L. Shaklee, and J. C. Woolley, Phys. Rev. **146**, 601 (1966).
[564] R. J. Nelson, N. Holonyak, and W. O. Groves, Phys. Rev. B **13**, 5415 (1976).
[565] M. Oueslati, C. Hirlimann, and M. Balkanski, J. Phys. (Paris) **42**, 1151 (1981).


13 October 2026 14:49:21

[566] S.-H. Wei and A. Zunger, Phys. Rev. Lett. **76**, 664 (1996).
[567] K. J. Kim, M. H. Lee, J. H. Bahng, K. Shim, and B. D. Choe, J. Appl. Phys. **84**, 3696 (1998).
[568] A. Onton and L. M. Foster, J. Appl. Phys. **43**, 5084 (1972).
[569] H. Mathieu, P. Merle, and E. L. Ameziane, Phys. Rev. B **15**, 2048 (1977).
[570] Y. Gonzalez, G. Armelles, and L. Gonzalez, J. Appl. Phys. **76**, 1951 (1994).
[571] G. A. Antypas and T. O. Yep, J. Appl. Phys. **42**, 3201 (1971).
[572] R. J. Nicholas, R. A. Stradling, and J. C. Ramage, J. Phys. C **12**, 1641 (1979).
[573] M. Beaudoin, A. Bensaada, R. Leonelli, P. Desjardins, R. A. Masut, L. Isnard, A. Chennouf, and G. L'Esperance, Phys. Rev. B **53**, 1990 (1996).
[574] M. Wada, S. Araki, T. Kudou, T. Umezawa, S. Nakajima, and T. Ueda, Appl. Phys. Lett. **76**, 2722 (2000).
[575] R. J. Nicholas, R. A. Stradling, J. C. Portal, and S. Askenazy, J. Phys. C **12**, 1653 (1979).
[576] V. V. Kruzhaev, G. M. Min'kov, and O. E. Rut, Sov. Phys. Semicond. **16**, 596 (1982) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **16**, 928 (1982)].
[577] C. M. Sotomayor Torres and R. A. Stradling, Semicond. Sci. Technol. **2**, 323 (1987).
[578] M. J. Jou, Y. T. Cherng, H. R. Jen, and G. B. Stringfellow, Appl. Phys. Lett. **52**, 549 (1988).
[579] M. J. Jou, Y. T. Cherng, H. R. Jen, and G. B. Stringfellow, J. Cryst. Growth **93**, 62 (1988).
[580] G. B. Stringfellow, J. Electron. Mater. **10**, 919 (1981).
[581] S. Loualiche, A. Le Corre, S. Salaun, J. Caulet, B. Lambert, M. Gauneau, D. Lecrosnier, and B. Deveaud, Appl. Phys. Lett. **59**, 423 (1991).
[582] H. Shimomura, T. Anan, and S. Sugou, J. Cryst. Growth **162**, 121 (1996).
[583] T. Fukui and Y. Horikoshi, Jpn. J. Appl. Phys. **20**, 587 (1981).
[584] V. M. Amus'ya, Yu. F. Biryulin, V. V. Vorob'eva, L. V. Golubev, S. V. Novikov, V. V. Chaldyshev, and Yu. V. Shmartsev, Sov. Phys. Semicond. **22**, 211 (1988) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **22**, 342 (1988)].
[585] E. H. Reihlen, M. J. Jou, Z. M. Fang, and G. B. Stringfellow, J. Appl. Phys. **68**, 4604 (1990).
[586] R. M. Biefeld, K. C. Baucom, S. R. Kurtz, and D. M. Follstaedt, J. Cryst. Growth **133**, 38 (1993).
[587] D. Drews, A. Schneider, T. Werninghaus, A. Behres, M. Heuken, K. Heime, and D. R. T. Zahn, Appl. Surf. Sci. **123/124**, 746 (1998).
[588] K. P. O'Donnell, R. W. Martin, and P. G. Middleton, Phys. Rev. Lett. **82**, 237 (1999).
[589] T. Nagatomo, T. Kuboyama, H. Minamino, and O. Omoto, Jpn. J. Appl. Phys., Part 2 **28**, L1334 (1989).
[590] N. Yoshimoto, T. Matsuoka, and A. Katsui, Appl. Phys. Lett. **59**, 2251 (1991).
[591] A. F. Wright and J. S. Nelson, Appl. Phys. Lett. **66**, 3051 (1995).
[592] S. Nakamura, J. Vac. Sci. Technol. A **13**, 705 (1995).
[593] W. Li, P. Bergman, I. Ivanov, W.-X. Ni, H. Amano, and I. Akasa, Appl. Phys. Lett. **69**, 3390 (1996).
[594] R. Goldhahn, J. Scheiner, S. Shokhovets, T. Frey, U. Kohler, D. J. As, and K. Lischka, Appl. Phys. Lett. **76**, 291 (2000).
[595] L. Bellaiche and A. Zunger, Phys. Rev. B **57**, 4425 (1998).
[596] M. D. McCluskey, C. G. Van de Walle, C. P. Master, L. T. Romano, and N. M. Johnson, Appl. Phys. Lett. **72**, 2725 (1998).
[597] T. Takeuchi, H. Takeuchi, S. Sota, H. Sakai, H. Amano, and I. Akasaki, Jpn. J. Appl. Phys., Part 2 **36**, L177 (1997).
[598] C. Wetzel, T. Takeuchi, S. Yamaguchi, H. Katoh, H. Amano, and I. Akasaki, Appl. Phys. Lett. **73**, 1994 (1998).
[599] W. Shan *et al.*, J. Appl. Phys. **84**, 4452 (1998).
[600] C. A. Parker, J. C. Roberts, S. M. Bedair, M. J. Reed, S. X. Liu, N. A. El-Masry, and L. H. Robins, Appl. Phys. Lett. **75**, 2566 (1999).
[601] H. P. D. Schrenk, P. de Mierry, M. Laugt, F. Omnes, M. Leroux, B. Beaumont, and P. Gibart, Appl. Phys. Lett. **75**, 2587 (1999).
[602] M. E. Aumer, S. F. LeBoeuf, F. G. McIntosh, and S. M. Bedair, Appl. Phys. Lett. **75**, 3315 (1999).
[603] J.-Chr. Holst *et al.*, Appl. Phys. Lett. **76**, 2832 (2000).
[604] J. Hagen, R. D. Metcalfe, D. Wickenden, and W. Clark, J. Phys. C **11**, L143 (1978).
[605] S. Yoshida, S. Misawa, and S. Gonda, J. Appl. Phys. **53**, 6844 (1982).
[606] M. A. Khan, R. A. Skogman, R. G. Schulze, and M. Gershenzon, Appl. Phys. Lett. **43**, 492 (1983).
[607] M. R. H. Khan, Y. Koide, H. Itoh, N. Sawaki, and I. Akasaki, Solid State Commun. **60**, 509 (1986).
[608] Y. Koide, H. Itoh, M. R. H. Khan, K. Hiramatu, and I. Akasaki, J. Appl. Phys. **61**, 4540 (1987).
[609] D. K. Wickenden, C. B. Bargeron, W. A. Bryden, J. Miragliotta, and T. J. Kistenmacher, Appl. Phys. Lett. **65**, 2024 (1994).
[610] L.-C. Duda, C. B. Stagarescu, J. Downes, K. E. Smith, D. Korakakis, T. D. Moustakas, J. Guo, and J. Nordgren, Phys. Rev. B **58**, 1928 (1998).
[611] M. D. Bremser, W. G. Perry, T. Zheleva, N. V. Edwards, O. H. Nam, N. Parikh, D. E. Aspnes, and R. F. Davis, MRS Internet J. Nitride Semicond. Res. **1**, 8 (1996).
[612] V. G. Deibuk, A. V. Voznyi, and M. M. Sletov, Sov. Phys. Semicond. **34**, 35 (2000) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **34**, 36 (2000)].
[613] G. Steude, D. M. Hofmann, B. K. Meyer, H. Amano, and I. Akasaki, Phys. Status Solidi B **205**, R7 (1998).
[614] T. Huang and J. S. Harris, Jr., Appl. Phys. Lett. **72**, 1158 (1998).
[615] S. A. Nikishin, N. N. Faleev, A. S. Zubrilov, V. G. Antipov, and H. Temkin, Appl. Phys. Lett. **76**, 3028 (2000).
[616] A. Nakadaira and H. Tanaka, Appl. Phys. Lett. **70**, 2720 (1997).
[617] K. Kubota, Y. Kobayashi, and K. Fujimoto, J. Appl. Phys. **66**, 2984 (1989).
[618] Q. Guo, H. Ogawa, and A. Yoshida, J. Cryst. Growth **146**, 462 (1995).
[619] K. S. Kim, A. Saxler, P. Kung, M. Razeghi, and K. Y. Lim, Appl. Phys. Lett. **71**, 800 (1997).
[620] T. Peng, J. Piprek, G. Qiu, J. O. Olowolafe, K. M. Unruh, C. P. Swann, and E. F. Schubert, Appl. Phys. Lett. **71**, 2439 (1997).
[621] S. Yamaguchi, M. Kariya, S. Nitta, H. Kato, T. Takeuchi, C. Wetzel, H. Amano, and I. Akasaki, J. Cryst. Growth **195**, 309 (1998).
[622] A. F. Wright and J. S. Nelson, Appl. Phys. Lett. **66**, 3465 (1995).
[623] M. Weyers, M. Sato, and H. Ando, Jpn. J. Appl. Phys., Part 2 **31**, L853 (1992).
[624] M. Weyers and M. Sato, Appl. Phys. Lett. **62**, 1396 (1993).
[625] R. Kuroiwa, H. Asahi, K. Asami, S.-J. Kim, K. Iwata, and S. Gonda, Appl. Phys. Lett. **73**, 2630 (1998).
[626] S. Sakai, Y. Ueta, and Y. Terauchi, Jpn. J. Appl. Phys., Part 1 **32**, 4413 (1993).
[627] M. Kondow, K. Uomi, K. Hosomi, and T. Mozume, Jpn. J. Appl. Phys., Part 2 **33**, L1056 (1994).
[628] G. Pozina, I. Ivanov, B. Monemar, J. V. Thordson, and T. G. Andersson, J. Appl. Phys. **84**, 3830 (1998).
[629] J. Sik, M. Schubert, G. Leibiger, V. Gottschalch, G. Kirpal, and J. Humlicek, Appl. Phys. Lett. **76**, 2859 (2000).
[630] A. Ougazzaden, Y. Le Bellego, E. V. K. Rao, M. Juhel, L. Leprince, and G. Patriarche, Appl. Phys. Lett. **70**, 2861 (1997).
[631] T. Makimoto, H. Saito, T. Nishida, and N. Kobayashi, Appl. Phys. Lett. **70**, 2984 (1997).
[632] M. Kozhevnikov, V. Narayanamurti, C. V. Reddy, H. P. Xin, C. W. Tu, A. Mascarenhas, and Y. Zhang, Phys. Rev. B **61**, R7861 (2000).
[633] J. Neugebauer and C. G. Van de Walle, Phys. Rev. B **51**, 10568 (1995).
[634] A. Rubio and M. L. Cohen, Phys. Rev. B **51**, 4343 (1995).
[635] L. Bellaiche, S.-H. Wei, and A. Zunger, Phys. Rev. B **54**, 17568 (1996).
[636] L. Bellaiche, S.-H. Wei, and A. Zunger, Appl. Phys. Lett. **70**, 3558 (1997).
[637] T. Mattila, S.-H. Wei, and A. Zunger, Phys. Rev. B **60**, R11245 (1999).
[638] A. Lindsay and E. P. O'Reilly, Solid State Commun. **112**, 443 (1999).
[639] W. G. Bi and C. W. Tu, Appl. Phys. Lett. **70**, 1608 (1997).
[640] J. Salzman and H. Temkin, Mater. Sci. Eng., B **50**, 148 (1997).
[641] K. Uesugi, N. Morooka, and I. Suemune, Appl. Phys. Lett. **74**, 1254 (1999).
[642] P. J. Klar, H. Gruning, W. Heimbrodt, J. Koch, F. Hohnsdorf, W. Stolz, P. M. A. Vicente, and J. Camassel, Appl. Phys. Lett. **76**, 3439 (2000).
[643] B. Gil, Solid State Commun. **114**, 623 (2000).
[644] L. Malikova, F. H. Pollak, and R. Bhat, J. Electron. Mater. **27**, 484 (1998).
[645] K. Uesugi, I. Suemune, K. Hasegawa, T. Akutagawa, and T. Nakamura, Appl. Phys. Lett. **76**, 1285 (2000).
[646] J. D. Perkins, A. Mascarenhas, Y. Zhang, J. F. Geisz, D. J. Friedman, J. M. Olson, and S. R. Kurtz, Phys. Rev. Lett. **82**, 3312 (1999).
[647] L. Bellaiche, S.-H. Wei, and A. Zunger, Phys. Rev. B **56**, 10233 (1997).
[648] Y. Zhang, A. Mascarenhas, H. P. Xin, and C. W. Tu, Phys. Rev. B **61**, 7479 (2000).
[649] P. N. Hai, W. M. Chen, I. A. Buyanova, H. P. Xin, and C. W. Tu, Appl. Phys. Lett. **77**, 1843 (2000).
[650] C. Skiebriszewski *et al.*, Phys. Status Solidi B **216**, 135 (1999).
[651] Y. Zhang, A. Mascarenhas, H. P. Xin, and C. W. Tu, Phys. Rev. B **61**, 4433 (2000).




13 October 2026 14:49:21

[652] J. N. Baillargeon, K. Y. Cheng, G. E. Hofler, P. J. Pearah, and K. C. Hsieh, Appl. Phys. Lett. **60**, 2540 (1992).
[653] X. Liu, S. G. Bishop, J. N. Baillargeon, and K. Y. Cheng, Appl. Phys. Lett. **63**, 208 (1993).
[654] S. Miyoshi, H. Yaguchi, K. Onabe, R. Ito, and Y. Shiraki, J. Cryst. Growth **145**, 87 (1994).
[655] S. Miyoshi and K. Onabe, Jpn. J. Appl. Phys., Part 1 **37**, 4680 (1998).
[656] H. P. Xin, C. W. Tu, Y. Zhang, and A. Mascarenhas, Appl. Phys. Lett. **76**, 1267 (2000).
[657] H. P. Xin, R. J. Welty, and C. W. Tu, Appl. Phys. Lett. **77**, 1946 (2000).
[658] W. Shan, W. Walukiewicz, K. M. Yu, J. Wu, J. W. Ager III, E. E. Haller, H. P. Xin, and C. W. Tu, Appl. Phys. Lett. **76**, 3251 (2000).
[659] H. P. Xin and C. W. Tu, Appl. Phys. Lett. **77**, 2180 (2000).
[660] W. G. Bi and C. W. Tu, J. Appl. Phys. **80**, 1934 (1996).
[661] T. Yang, S. Nakajima, and S. Sakai, Jpn. J. Appl. Phys., Part 2 **36**, L320 (1997).
[662] R. Beresford, K. S. Stevens, and A. F. Schwatzman, J. Vac. Sci. Technol. B **16**, 1293 (1998).
[663] N. Tit and M. W. C. Dharma-wardana, Appl. Phys. Lett. **76**, 3576 (2000).
[664] C. K. Williams, T. H. Glisson, J. R. Hauser, and M. A. Littlejohn, J. Electron. Mater. **7**, 639 (1978).
[665] R. L. Moon, G. A. Antypas, and L. W. James, J. Electron. Mater. **3**, 635 (1974).
[666] P. A. Houston, J. Mater. Sci. **16**, 2935 (1981).
[667] K. Asami, H. Asahi, S. Gonda, Y. Kawamura, and H. Tanaka, Solid State Commun. **70**, 33 (1989).
[668] N. N. Sirota, I. V. Bodnar, A. I. Lukomskii, G. F. Smirnova, and L. M. Finkelstein, Phys. Status Solidi B **73**, K135 (1976).
[669] G. F. Smirnova, Sov. Phys. Semicond. **11**, 910 (1977) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **11**, 1550 (1977)].
[670] W. W. Chow, E. D. Jones, N. A. Modine, A. A. Allerman, and S. R. Kurtz, Appl. Phys. Lett. **75**, 2891 (1999).
[671] E. D. Jones, N. A. Modine, A. A. Allerman, S. R. Kurtz, A. F. Wright, S. T. Tozer, and X. Wei, Phys. Rev. B **60**, 4430 (1999).
[672] P. Perlin, S. G. Subramanya, D. E. Mars, J. Kruger, N. A. Shapiro, H. Siegle, and E. R. Weber, Appl. Phys. Lett. **73**, 3703 (1998).
[673] W. Shan, W. Walukiewicz, J. W. Ager III, E. E. Haller, J. F. Geisz, D. J. Friedman, J. M. Olson, and S. R. Kurtz, Phys. Rev. Lett. **82**, 1221 (1999).
[674] L. Bellaiche, Appl. Phys. Lett. **75**, 2578 (1999).
[675] M. R. Gokhale, J. Wei, H. Wang, and S. R. Forrest, Appl. Phys. Lett. **74**, 1287 (1999).
[676] C. Skierbiszewski *et al.*, Appl. Phys. Lett. **76**, 2409 (2000).
[677] T. P. Pearsall, in *GaInAsP Alloy Semiconductors*, edited by T. P. Pearsall, Chap. 12, p. 295 and references therein.
[678] P. M. Laufer, F. H. Pollack, R. E. Nahory, and M. A. Pollack, Solid State Commun. **36**, 419 (1980).
[679] Y. Yamazoe, T. Nishino, and Y. Hamarakawa, IEEE J. Quantum Electron. **17**, 139 (1981).
[680] J. A. Lahtinen and T. Tuomi, Phys. Status Solidi B **130**, 637 (1985).
[681] R. Madelon and M. Dore, Solid State Commun. **39**, 639 (1981).
[682] K. Satzke, G. Weiser, R. Hoger, and W. Thulke, J. Appl. Phys. **63**, 5485 (1988).
[683] P. Parayanthal and F. H. Pollack, Phys. Rev. B **28**, 3632 (1983).
[684] J. M. Chamberlain, A. A. Reeder, R. J. Turner, E. Kuphal, and J. L. Benchimol, Solid-State Electron. **30**, 217 (1987).
[685] D. Patel, C. S. Menoni, H. Temkin, C. Tome, R. A. Logan, and D. Coblentz, J. Appl. Phys. **74**, 737 (1993).
[686] J. Bohrer, A. Krost, and D. Bimberg, Appl. Phys. Lett. **63**, 1918 (1993).
[687] M. J. Cherng, G. B. Stringfellow, D. W. Kisker, A. K. Srivastava, and J. L. Zyskind, Appl. Phys. Lett. **48**, 419 (1986).
[688] J. R. Chang, Y. K. Su, C. L. Lin, K. M. Wu, W. C. Huang, Y. T. Lu, D. H. Jaw, W. L. Li, and S. M. Chen, Appl. Phys. Lett. **75**, 238 (1999).
[689] V. S. Sorokin, S. V. Sorokin, A. N. Semenov, B. Ya. Meltser, and S. V. Ivanov, J. Cryst. Growth **216**, 97 (2000).
[690] M. Astles, H. Hill, A. J. Williams, P. J. Wright, and M. L. Young, J. Electron. Mater. **15**, 41 (1986).
[691] T. I. Voronina, T. S. Lagunova, M. P. Mikhailova, M. A. Sipovskaya, V. V. Sherstnev, and Yu. P. Yakovlev, Sov. Phys. Semicond. **25**, 167 (1991) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **25**, 276 (1991)].
[692] J. Shin, T. C. Hsu, Y. Hsu, and G. B. Stringfellow, J. Cryst. Growth **179**, 1 (1997).
[693] N. Bouarissa, Infrared Phys. Technol. **40**, 423 (1999).
[694] H. Abid, M. Rezki, and H. Aourag, Mater. Sci. Eng., B **41**, 314 (1996).
[695] T. I. Voronina, T. S. Lagunova, K. D. Moiseev, N. A. Prokof'eva, T. B. Popova, M. A. Sipovskaya, V. V. Sherstnev, and Yu. P. Yakovlev, Sov. Phys. Semicond. **25**, 989 (1991) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **25**, 1639 (1991)].
[696] H. Mani, E. Tournie, J. L. Lazzari, C. Alibert, A. Joullie, and B. Lambert, J. Cryst. Growth **121**, 463 (1992).
[697] L.-C. Chen, W.-J. Ho, and M.-C. Wu, Jpn. J. Appl. Phys., Part 1 **38**, 1314 (1999).
[698] T. I. Voronina, T. S. Lagunova, K. D. Moiseev, M. A. Sipovskaya, I. N. Timchenko, and Yu. P. Yakovlev, Sov. Phys. Semicond. **27**, 978 (1993) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **27**, 1777 (1993)].
[699] M. P. Mikhailova and A. N. Titkov, Semicond. Sci. Technol. **9**, 1279 (1994).
[700] D. Z. Garbuzov *et al.*, Appl. Phys. Lett. **70**, 2931 (1997).
[701] J. C. DeWinter, M. A. Pollack, A. K. Srivastava, and J. L. Zyskind, J. Electron. Mater. **14**, 729 (1985).
[702] M. A. Afrailov, A. N. Baranov, A. P. Dmitriev, M. P. Mikhailova, Yu. P. Smorchkova, I. N. Timchenko, V. V. Sherstnev, Yu. P. Yakovlev, and I. N. Yassievich, Sov. Phys. Semicond. **24**, 876 (1990) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **24**, 1397 (1990)].
[703] J. H. Herrera-Perez, M. B. Z. Morosini, and N. B. Patel, in *Proceedings of the 5th Brazilian School on Semiconductor Physics*, edited by J. R. Leite, A. Fazzio, and A. S. Chaves (World Scientific, Singapore, 1991), p. 395.
[704] M. Munoz, K. Wei, F. H. Pollack, J. L. Freeouf, C. A. Wang, and G. W. Charache, J. Appl. Phys. **87**, 1780 (2000).
[705] M.-C. Wu and C.-W. Chen, J. Appl. Phys. **71**, 6116 (1992).
[706] S. Iyer, S. Hegde, K. K. Bajaj, A. Abul-Fadl, and W. Mitchel, J. Appl. Phys. **73**, 3958 (1993).
[707] K. E. Avdzyan, A. G. Aleksanyan, R. K. Kazaryan, L. A. Matevosyan, and G. E. Mirzabekyan, Sov. J. Quantum Electron. **18**, 117 (1988).
[708] W. Bi and A. Li, Chin. Phys. Lett. **9**, 53 (1992).
[709] P. G. Snyder, T. E. Tiwald, D. W. Thompson, N. J. Ianno, J. A. Woollam, M. G. Mauk, and Z. A. Shellenberger, Thin Solid Films **313–314**, 667 (1998).
[710] N. Bouarissa, Superlattices Microstruct. **26**, 279 (1999).
[711] R. D. Burnham, N. Holonyak, Jr., H. W. Korb, H. M. Macksey, D. R. Scifres, J. B. Woodhouse, and Zh. I. Alferov, Sov. Phys. Semicond. **6**, 77 (1972) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **6**, 97 (1972)].
[712] C.-W. Chen, M.-C. Wu, and L.-K. Kuo, Jpn. J. Appl. Phys., Part 1 **31**, 2514 (1992).
[713] M.-C. Wu and C.-W. Chen, J. Electron. Mater. **21**, 977 (1992).
[714] M. Asif Khan *et al.*, Appl. Phys. Lett. **76**, 1161 (2000).
[715] T. N. Oder, J. Li, J. Y. Lin, and H. X. Jiang, Appl. Phys. Lett. **77**, 791 (2000).
[716] G. Tamulaitis *et al.*, Appl. Phys. Lett. **77**, 2136 (2000).
[717] E. T. Yu, J. O. McCaldin, and T. C. McGill, Solid State Phys. **46**, 1 (1992), and references therein.
[718] H. Kroemer, Surf. Sci. **132**, 543 (1983).
[719] H. Kroemer, Surf. Sci. **174**, 299 (1986).
[720] R. Dingle, W. Wiegmann, and C. H. Henry, Phys. Rev. Lett. **33**, 827 (1974).
[721] R. Dingle, A. C. Gossard, and W. Wiegmann, Phys. Rev. Lett. **34**, 1327 (1975).
[722] J. Batey and S. L. Wright, J. Appl. Phys. **59**, 200 (1986).
[723] D. Arnold, A. Ketterson, T. Henderson, J. Klem, and H. Morkoc, Appl. Phys. Lett. **45**, 1237 (1984).
[724] P. Dawson, B. A. Wilson, C. W. Tu, and R. C. Miller, Appl. Phys. Lett. **48**, 541 (1986).
[725] J. Menendez, A. Pinczuk, D. J. Werder, A. C. Gossard, and J. H. English, Phys. Rev. B **33**, 8863 (1986).
[726] M. A. Haase, M. A. Emanuel, S. C. Smith, J. J. Coleman, and G. E. Stillman, Appl. Phys. Lett. **50**, 404 (1987).
[727] C. N. Yeh, L. E. McNeil, L. J. Blue, and T. Daniels-Race, J. Appl. Phys. **77**, 4541 (1995).
[728] M. O. Watanabe, J. Yoshida, M. Mashita, T. Nakanisi, and A. Hojo, J. Appl. Phys. **57**, 5340 (1985).
[729] S. Ababou, G. Guillot, and A. Regreny, J. Appl. Phys. **72**, 4134 (1992).
[730] Q. S. Zhu, S. M. Mou, X. C. Zhou, and Z. T. Zhong, Superlattices Microstruct. **12**, 163 (1992).
[731] S. A. Lyon and C. L. Petersen, Semicond. Sci. Technol. **7**, B21 (1992).
[732] E. S. Koteles, J. Appl. Phys. **73**, 8480 (1993).
[733] Q. S. Zhu, S. M. Mou, X. C. Zhou, and Z. T. Zhong, Appl. Phys. Lett. **62**, 2813 (1993).

13 October 2026 14:49:21

[734] S. R. Smith, F. Szmulowicz, and G. J. Brown, J. Appl. Phys. **75**, 1010 (1994).
[735] H. M. Cheong, J. H. Burnett, W. Paul, P. F. Hopkins, and A. C. Gossard, Phys. Rev. B **49**, 10444 (1994).
[736] K. Muraki, S. Fukatsu, Y. Shiraki, and Y. Takahashi, J. Cryst. Growth **150**, 49 (1995).
[737] T. Forchhammer, E. Veje, and P. Tidemand-Petersson, Phys. Rev. B **52**, 14693 (1995).
[738] A. Leuther, A. Forster, H. Luth, H. Holzbrecher, and U. Breuer, Semicond. Sci. Technol. **11**, 766 (1996).
[739] D. K. Guthrie, P. N. First, T. K. Gaylord, E. N. Glytsis, and R. E. Leibenguth, Appl. Phys. Lett. **71**, 2292 (1997).
[740] J. J. O'Shea, E. G. Brazel, M. E. Rubin, S. Bhargava, M. A. Chin, and V. Narayanamurti, Phys. Rev. B **56**, 2026 (1997).
[741] V. I. Zubkov, M. A. Mel'nik, A. V. Solomonov, and A. N. Pikhtin, Sov. Phys. Semicond. **33**, 858 (1999) [Fiz. Tekh. Poluprovodn. (S.-Peterburg) **33**, 940 (1999)].
[742] M. A. Melnik, A. N. Pikhtin, A. V. Solomonov, V. I. Zubkov, and F. Bugge, *Proceedings of the 23rd Symposium on Compound Semiconductors* (IOP, Bristol, UK, 1997), p. 977.
[743] A. K. Saxena, Solid State Commun. **113**, 201 (2000).
[744] N. E. Christensen, Phys. Rev. B **37**, 4528 (1988).
[745] W. R. L. Lambrecht, B. Segall, and O. K. Andersen, Phys. Rev. B **41**, 2813 (1990).
[746] S.-H. Wei and A. Zunger, Appl. Phys. Lett. **72**, 2011 (1998).
[747] J. M. Langer, C. Delerue, M. Lannoo, and H. Heinrich, Phys. Rev. B **38**, 7723 (1988).
[748] M. Cardona and N. E. Christensen, Phys. Rev. B **35**, 6182 (1987).
[749] W. R. L. Lambrecht and B. Segall, Phys. Rev. B **41**, 2832 (1990).
[750] R.-Z. Wang, S.-H. Ke, and M.-C. Huang, J. Phys.: Condens. Matter **4**, 8083 (1992).
[751] C. Ohler, C. Daniels, A. Forster, and H. Luth, Phys. Rev. B **58**, 7864 (1998).
[752] D. F. Welch, G. W. Wicks, and L. F. Eastman, J. Appl. Phys. **55**, 3176 (1984).
[753] K. Satzke, G. Weiser, W. Stolz, and K. Ploog, Phys. Rev. B **43**, 2263 (1991).
[754] I. L. Morris, R. H. Williams, J. I. Davies, and G. J. Clarke, Appl. Phys. Lett. **62**, 291 (1993).
[755] Y. Baltagi, S. Moneger, A. Tabata, T. Benyattou, C. Bru, A. Georgakilas, K. Zekentes, and G. Halkias, Appl. Surf. Sci. **63**, 172 (1993).
[756] S. Moneger, Y. Baltagi, T. Benyattou, A. Tabata, B. Ragot, G. Guillot, A. Georgakilas, K. Zekentes, and G. Halkias, J. Appl. Phys. **74**, 1437 (1993).
[757] L. F. Marsal, J. M. Lopez-Villegas, J. Bosh, and J. R. Morante, J. Appl. Phys. **76**, 1077 (1994).
[758] C. Lugand, T. Benyattou, G. Guillot, T. Venet, M. Gendry, and G. Hollinger, Superlattices Microstruct. **23**, 253 (1998).
[759] J. Bohrer, A. Krost, T. Wolf, and D. Bimberg, Phys. Rev. B **47**, 6439 (1993).
[760] J.-H. Huang and T. Y. Chang, J. Appl. Phys. **76**, 2893 (1994).
[761] J. R. Waldrop, E. A. Kraut, C. W. Farley, and R. W. Grant, J. Appl. Phys. **69**, 372 (1991).
[762] K. Tanaka, N. Kotera, and H. Nakamura, J. Appl. Phys. **85**, 4071 (1999).
[763] M. S. Hybertsen, Appl. Phys. Lett. **58**, 1759 (1991).
[764] W. Seidel, O. Krebs, P. Voisin, J. C. Harmand, F. Aristone, and J. F. Palmier, Phys. Rev. B **55**, 2274 (1997).
[765] J.-C. Zheng, Y.-M. Zheng, and R.-Z. Wang, J. Phys.: Condens. Matter **9**, 439 (1997).
[766] C. D. Lee and S. R. Forrest, J. Appl. Phys. **69**, 342 (1991).
[767] C. Guillot, M. Dugay, F. Barbarin, V. Souliere, P. Abraham, and Y. Monteil, J. Electron. Mater. **26**, L6 (1996).
[768] J. P. Landesman, J. C. Garcia, J. Massies, P. Maurel, G. Jezequel, J. P. Hirtz, and P. Alnot, Appl. Phys. Lett. **60**, 1241 (1992).
[769] Y. Foulon and C. Priester, Phys. Rev. B **45**, 6259 (1992).
[770] C. G. Van de Walle and R. M. Martin, Phys. Rev. B **35**, 8154 (1987).
[771] J. R. Waldrop, E. A. Kraut, C. W. Farley, and R. W. Grant, J. Vac. Sci. Technol. B **8**, 768 (1990).
[772] L. Aina, M. Mattingly, and L. Stecker, Appl. Phys. Lett. **53**, 1620 (1988).
[773] E. Lugagne-Delpon, P. Voisin, J. P. Vieren, M. Voos, J. P. Andre, and J. N. Patillon, Semicond. Sci. Technol. **7**, 524 (1992).
[774] E. Laureto, I. F. L. Dias, J. L. Duarte, E. Di Mauro, H. Iwamoto, M. T. P. Freitas, S. A. Lourenco, and D. O. Toginho Filho, J. Appl. Phys. **85**, 4184 (1999).
[775] E. Lugagne-Delpon, J. P. Andre, and P. Voisin, Solid State Commun. **86**, 1 (1993).
[776] J. Hwang, P. Pianetta, C. K. Shih, W. E. Spicer, Y.-C. Pao, and J. S. Harris, Jr., Appl. Phys. Lett. **51**, 1632 (1987).
[777] S. P. Kowalczyk, W. J. Schaffer, E. A. Kraut, and R. W. Grant, J. Vac. Sci. Technol. **20**, 705 (1982).
[778] J. R. Waldrop, R. W. Grant, and E. A. Kraut, Appl. Phys. Lett. **54**, 1878 (1989).
[779] J. R. Waldrop, R. W. Grant, and E. A. Kraut, J. Vac. Sci. Technol. B **7**, 815 (1989).
[780] K. Hirakawa, Y. Hashimoto, K. Harada, and T. Ikoma, Phys. Rev. B **44**, 1734 (1991).
[781] C. Ohler, J. Moers, A. Forster, and H. Luth, J. Vac. Sci. Technol. B **13**, 1728 (1995).
[782] J. Menendez, A. Pinczuk, D. J. Werder, S. K. Sputz, R. C. Miller, D. L. Sivco, and A. Y. Cho, Phys. Rev. B **36**, 8165 (1987).
[783] L. Hrivnak, Phys. Status Solidi A **124**, K111 (1991).
[784] X. Letartre, D. Stievenard, and E. Barbier, Appl. Phys. Lett. **58**, 1047 (1991).
[785] B. Jogai, Appl. Phys. Lett. **59**, 1329 (1991).
[786] M. J. Joyce, Z. Y. Xu, and M. Gal, Phys. Rev. B **44**, 3144 (1991).
[787] S. Marcinkevicius, G. Ambrazevicius, T. Lideikis, and K. Naudzius, Solid State Commun. **79**, 889 (1991).
[788] Y. S. Huang, H. Qiang, F. H. Pollak, G. D. Pettit, P. D. Kirchner, J. M. Woodall, H. Stragier, and L. B. Sorensen, J. Appl. Phys. **70**, 7537 (1991).
[789] V. D. Kulakovskii, T. G. Andersson, and L. V. Butov, Semicond. Sci. Technol. **8**, 477 (1993).
[790] W. Z. Shen, W. G. Tang, S. C. Shen, S. M. Wang, and T. Andersson, Appl. Phys. Lett. **65**, 2728 (1994).
[791] J. R. Botha and A. W. R. Leitch, Phys. Rev. B **50**, 18147 (1994).
[792] W. S. Chi and Y. S. Huang, Semicond. Sci. Technol. **10**, 127 (1995).
[793] J. Leymarie, C. Monier, A. Vasson, A.-M. Vasson, M. Leroux, B. Courboules, N. Grandjean, C. Deparis, and J. Massies, Phys. Rev. B **51**, 13274 (1995).
[794] J. Barnes, J. Nelson, K. W. J. Barnham, J. S. Roberts, M. A. Pate, R. Gray, S. S. Dosanjh, M. Mazzer, and F. Ghiraldo, J. Appl. Phys. **79**, 7775 (1996).
[795] G. Karunasiri, J. Appl. Phys. **79**, 8121 (1996).
[796] G. H. Li, A. R. Goni, K. Syassen, H. Q. Hou, W. Feng, and J. M. Zhou, Phys. Rev. B **54**, 13820 (1996).
[797] P. Disseix, J. Leymarie, A. Vasson, A.-M. Vasson, C. Monier, N. Grandjean, M. Leroux, and J. Massies, Phys. Rev. B **55**, 2406 (1997).
[798] J. Leymarie, P. Disseix, M. Rezki, C. Monier, A. Vasson, and A.-M. Vasson, Mater. Sci. Eng., B **44**, 147 (1997).
[799] E. M. Goldys, H. Y. Zuo, M. R. Phillips, C. M. Contessa, M. R. Vaughan, and T. L. Tansley, J. Electron. Mater. **26**, 922 (1997).
[800] L. Lu, J. Wang, Y. Wang, W. Ge, G. Yang, and Z. Wang, J. Appl. Phys. **83**, 2093 (1998).
[801] J. Arias, I. Esquivias, E. C. Larkins, S. Burkner, S. Weisser, and J. Rosenzweig, Appl. Phys. Lett. **77**, 776 (2000).
[802] T. Sauncy, M. Holtz, O. Brafman, D. Fekete, and Y. Finkelstein, Phys. Rev. B **59**, 5056 (1999).
[803] M.-I. Alonso, M. Ilg, and K. H. Ploog, Phys. Rev. B **50**, 1628 (1994).
[804] J. Brubach, A. Yu. Silov, J. E. M. Haverkort, W. v. d. Vleuten, and J. H. Wolter, Phys. Rev. B **59**, 10315 (1999).
[805] N. Tit, J. Vac. Sci. Technol. A **16**, 805 (1998).
[806] R. Colombelli, V. Piazza, A. Badolato, M. Lazzarino, and F. Beltram, Appl. Phys. Lett. **76**, 1146 (2000).
[807] S. Ghosh, B. Kochman, J. Singh, and P. Bhattacharya, Appl. Phys. Lett. **76**, 2571 (2000).
[808] J. Arriaga, G. Armelles, M. C. Munoz, J. M. Rodriguez, P. Castrillo, M. Recio, V. R. Velasco, F. Briones, and F. Garcia-Moliner, Phys. Rev. B **43**, 2050 (1991).
[809] T.-H. Shen, M. Elliott, R. H. Williams, and D. Westwood, Appl. Phys. Lett. **58**, 842 (1991).
[810] J. Tersoff, Phys. Rev. B **32**, 6968 (1985).
[811] J. Menendez, Phys. Rev. B **38**, 6305 (1988).
[812] R. P. Schneider, Jr. and B. W. Wessels, J. Appl. Phys. **70**, 405 (1991).
[813] R. P. Schneider, Jr. and B. W. Wessels, J. Electron. Mater. **20**, 1117 (1991).
[814] H. W. Hou and C. W. Tu, J. Appl. Phys. **75**, 4673 (1994).
[815] P. Desjardins, M. Beaudoin, R. Leonelli, G. L'Esperance, and R. A. Masut, J. Appl. Phys. **80**, 846 (1996).

13 October 2026 14:49:21

816 C. Monier, M. F. Vilela, I. Serdiukova, and A. Freundlich, J. Cryst. Growth **188**, 332 (1998).
817 T. Anan, K. Nishi, A. Tomita, K. Tokutome, and S. Sugou, Jpn. J. Appl. Phys., Part 1 **37**, 3915 (1998).
818 P. Disseix, J. Leymarie, A. Vasson, A.-M. Vasson, H. Banvillet, E. Gil, N. Piffault, and R. Cadoret, Semicond. Sci. Technol. **8**, 1666 (1993).
819 A. Bitz, C. Jordan, M. Di Ventra, K. A. Mader, L. C. Andreani, J. F. Carlin, A. Rudra, and J. L. Staehli, Nuovo Cimento D **17**, 1367 (1995).
820 P. W. Yu, D. C. Reynolds, B. Jogai, J. Loehr, and C. E. Stutz, Appl. Phys. Lett. **61**, 2317 (1992).
821 M. Peter, N. Herres, F. Fuchs, K. Winkler, K.-H. Bachem, and J. Wagner, Appl. Phys. Lett. **74**, 410 (1999).
822 T. Katayama, Y. Kwamura, H. Takasaki, A. Yamamoto, and N. Inoue, J. Cryst. Growth **209**, 540 (2000).
823 Y. Sugiyama, T. Fujii, Y. Nakata, S. Muto, and E. Miyauchi, J. Cryst. Growth **95**, 363 (1989).
824 K. Kodama, M. Hoshino, K. Kilahara, M. Takikawa, and M. Ozeki, Jpn. J. Appl. Phys., Part 2 **25**, L127 (1986).
825 M. O. Watanabe and Y. Ohba, Appl. Phys. Lett. **50**, 906 (1987).
826 M. A. Rao, E. J. Caine, M. Kroemer, S. I. Long, and D. I. Babic, J. Appl. Phys. **61**, 643 (1987).
827 T. W. Lee, P. A. Houston, R. Kumar, X. F. Yang, G. Hill, M. Hopkinson, and P. A. Claxton, Appl. Phys. Lett. **60**, 474 (1992).
828 S. L. Feng, J. Krynicki, V. Donchev, J. C. Bourgoin, M. Di Forte-Poisson, C. Brylinski, S. Delage, H. Blanck, and S. Alaya, Semicond. Sci. Technol. **8**, 2092 (1993).
829 D. Biswas, N. Debbas, P. Bhattacharya, M. Razeghi, M. Defour, and F. Omnes, Appl. Phys. Lett. **56**, 833 (1990).
830 T. Kobayashi, K. Taira, F. Nakamura, and M. Kawai, J. Appl. Phys. **65**, 4898 (1989).
831 J. Chen, J. R. Sites, I. L. Spain, M. J. Hafich, and G. Y. Robinson, Appl. Phys. Lett. **58**, 744 (1991).
832 G. Arnaud, P. Boring, B. Gil, J.-C. Garcia, J.-P. Landesman, and M. Leroux, Phys. Rev. B **46**, 1886 (1992).
833 M. A. Haase, M. J. Hafich, and G. Y. Robinson, Appl. Phys. Lett. **58**, 616 (1991).
834 M. Leroux, M. L. Fille, B. Gil, J. P. Landesman, and J. C. Garcia, Phys. Rev. B **47**, 6465 (1993).
835 S. Lan, C.-Q. Yang, W.-J. Xu, and H.-D. Liu, J. Appl. Phys. **79**, 2162 (1996).
836 M. S. Faleh, J. Tasselli, J. P. Bailbe, and A. Marty, Appl. Phys. Lett. **69**, 1288 (1996).
837 J. J. O'Shea, C. M. Reaves, S. P. DenBaars, M. A. Chin, and V. Narayanamurti, Appl. Phys. Lett. **69**, 3022 (1996).
838 K.-S. Kim, Y.-H. Cho, B.-D. Choe, W. G. Jeong, and H. Lim, Appl. Phys. Lett. **67**, 1718 (1995).
839 H. C. Kuo, J. M. Kuo, Y. C. Wang, C. H. Lin, H. Chen, and G. E. Stillman, J. Electron. Mater. **26**, 944 (1997).
840 A. Lindell, M. Pessa, A. Salokatve, F. Bernardini, R. M. Nieminen, and M. Paalanen, J. Appl. Phys. **82**, 3374 (1997).
841 O. Dehaese, X. Wallart, O. Schuler, and F. Mollot, J. Appl. Phys. **84**, 2127 (1998).
842 Y. Foulon, C. Priester, G. Allan, J.-C. Garcia, and J.-P. Landesman, J. Vac. Sci. Technol. B **10**, 1754 (1992).
843 H. Tanaka, Y. Kawamura, S. Nojima, K. Wakita, and H. Asahi, J. Appl. Phys. **61**, 1713 (1987).
844 R. P. Schneider, Jr., R. P. Bryan, E. D. Jones, and J. A. Lott, Appl. Phys. Lett. **63**, 1240 (1993).
845 O. P. Kowalski, J. W. Cockburn, D. J. Mowbray, M. S. Skolnick, R. Teissier, and M. Hopkinson, Appl. Phys. Lett. **66**, 619 (1995).
846 X. H. Zhang, S. J. Chua, and W. J. Fan, Appl. Phys. Lett. **73**, 1098 (1998).
847 D. Patel, M. J. Hafich, G. Y. Robinson, and C. S. Menoni, Phys. Rev. B **48**, 18031 (1993).
848 A. D. Prins, J. L. Sly, A. T. Meney, D. J. Dunstan, E. P. O'Reilly, A. R. Adams, and A. Valster, J. Phys. Chem. Solids **56**, 423 (1995).
849 H. K. Yow, P. A. Houston, and M. Hopkinson, Appl. Phys. Lett. **66**, 2852 (1995).
850 A. Y. Polyakov, N. B. Smirnov, A. V. Govorkov, A. A. Chelnyi, A. G. Milnes, X. Li, B. M. Leiferov, and A. N. Aluev, Mater. Sci. Eng., B **39**, 79 (1996).
851 Y. Ishitani, S. Minagawa, T. Kita, T. Nishino, H. Yaguchi, and Y. Shiraki, J. Appl. Phys. **80**, 4592 (1996).
852 A. Morii, H. Okagawa, K. Hara, J. Yoshino, and H. Kukimoto, Jpn. J. Appl. Phys., Part 2 **31**, L1161 (1992).
853 J. R. Waldrop, R. W. Grant, and E. A. Kraut, J. Vac. Sci. Technol. B **11**, 1617 (1993).
854 S. Nagao, T. Fujimoto, H. Gotoh, H. Fukushima, T. Takano, H. Ito, S. Koshihara, and F. Minami, J. Appl. Phys. **81**, 1417 (1997).
855 S. J. Chua, X. H. Zhang, S. J. Xu, and X. Gu, J. Phys.: Condens. Matter **9**, L279 (1997).
856 S.-H. Ke, R.-Z. Wang, and M.-C. Huang, Z. Phys. B: Condens. Matter **102**, 61 (1997).
857 A. D. Katnani and G. Margaritondo, Phys. Rev. B **28**, 1944 (1983).
858 P. L. Gourley and R. M. Biefeld, Appl. Phys. Lett. **45**, 749 (1984).
859 M.-E. Pistol, M. R. Leys, and L. Samuelson, Phys. Rev. B **37**, 4664 (1988).
860 M.-E. Pistol and X. Liu, Phys. Rev. B **45**, 4312 (1992).
861 J. A. Prieto, G. Armelles, M.-E. Pistol, P. Castrillo, J. P. Silveira, and F. Briones, Appl. Phys. Lett. **70**, 3449 (1997).
862 X. Zhang, K. Onabe, Y. Nitta, B. Zhang, S. Fukatsu, Y. Shiraki, and R. Ito, Jpn. J. Appl. Phys., Part 2 **30**, L1631 (1991).
863 H. Yaguchi, X. Zhang, K. Ota, M. Nagahara, K. Onabe, Y. Shiraki, and R. Ito, Jpn. J. Appl. Phys., Part 1 **32**, 544 (1993).
864 Y. Hara, H. Yaguchi, K. Onabe, Y. Shiraki, and R. Ito, Proceedings International Symposium On GaAs and Related Compounds, Freiburg, Germany, 1993, p. 361.
865 W. Shan, S. J. Hwang, J. J. Song, H. Q. Hou, and C. W. Tu, Appl. Phys. Lett. **62**, 2078 (1993).
866 J. G. Neff, M. R. Islam, R. V. Chelakara, K. G. Fertitta, F. J. Ciuba, and R. D. Dupuis, J. Cryst. Growth **145**, 746 (1994).
867 M. Di Ventra, M. Peressi, and A. Baldereschi, Phys. Rev. B **54**, 5691 (1996).
868 X. Zhang, M. Ishikawa, H. Yaguchi, and K. Onabe, Surf. Sci. **387**, 371 (1997).
869 X. H. Zhang, S. J. Chua, S. J. Xu, and W. J. Fan, J. Phys.: Condens. Matter **10**, 577 (1998).
870 J. Tersoff, Phys. Rev. B **30**, 4874 (1984).
871 W. A. Harrison, J. Vac. Sci. Technol. **14**, 1016 (1977).
872 A. D. Katnani and G. Margaritondo, J. Appl. Phys. **54**, 2522 (1983).
873 A. Ichii, Y. Tsou, and E. Garmire, J. Appl. Phys. **74**, 2112 (1993).
874 G. Armelles, M. C. Munoz, and M. I. Alonso, Phys. Rev. B **47**, 16299 (1993).
875 C. Tejedor, J. M. Calleja, F. Meseguer, E. E. Mendez, C.-A. Chang, and L. Esaki, Phys. Rev. B **32**, 5303 (1985).
876 G. J. Gualtieri, G. P. Schwarz, R. G. Nuzzo, and W. A. Sunder, Appl. Phys. Lett. **49**, 1037 (1986).
877 L. Ley, Appl. Phys. Lett. **50**, 1763 (1987).
878 G. J. Gualtieri, G. P. Schwarz, R. G. Nuzzo, and W. A. Sunder, Appl. Phys. Lett. **50**, 1763 (1987).
879 J. Menendez, A. Pinczuk, D. J. Werder, J. P. Valladares, T. H. Chiu, and W. T. Tsang, Solid State Commun. **61**, 703 (1987).
880 U. Cebulla, G. Trankle, U. Ziem, A. Forchel, G. Griffiths, H. Kroemer, and S. Subbanna, Phys. Rev. B **37**, 6278 (1988).
881 E. T. Yu, M. C. Phillips, D. H. Chow, D. A. Collins, M. W. Wang, J. O. McCaldin, and T. C. McGill, Phys. Rev. B **46**, 13379 (1992).
882 H. Shen, Z. Hang, J. Leng, F. H. Pollack, L. L. Chang, W. I. Wang, and L. Esaki, Superlattices Microstruct. **5**, 591 (1989).
883 J. F. Chen, L. Yang, M. C. Wu, S. N. G. Chu, and A. Y. Cho, J. Appl. Phys. **68**, 3451 (1990).
884 M. Leroux and J. Massies, Appl. Phys. Lett. **68**, 54 (1996).
885 W. Pollard, J. Appl. Phys. **69**, 3154 (1991).
886 A. Mujica and A. Munoz, Solid State Commun. **81**, 961 (1992).
887 N. G. Anderson and S. D. Jones, J. Appl. Phys. **70**, 4342 (1991).
888 B. Montanari, M. Peressi, S. Baroni, and E. Molinari, Appl. Phys. Lett. **69**, 3218 (1996).
889 A. Qteish and R. J. Needs, Phys. Rev. B **45**, 1317 (1992).
890 R. G. Dandrea and C. B. Duke, J. Vac. Sci. Technol. B **10**, 1744 (1992).
891 L. A. Hemstreet, C. Y. Fong, and J. S. Nelson, J. Vac. Sci. Technol. B **11**, 1693 (1993).
892 L. A. Hemstreet (unpublished).
893 J. R. Waterman, B. V. Shanabrook, R. J. Wagner, M. J. Yang, J. L. Davis, and J. P. Omaggio, Semicond. Sci. Technol. **8**, S106 (1993).
894 M. Inoue, M. Yano, H. Furuse, N. Nasu, and Y. Iwai, Semicond. Sci. Technol. **8**, S121 (1993).
895 R. H. Miles, J. N. Schulman, D. H. Chow, and T. C. McGill, Semicond. Sci. Technol. **8**, S102 (1993).




13 October 2026 14:49:21

[896] J. R. Meyer, C. A. Hoffman, B. V. Shanabrook, B. R. Bennett, R. J. Wagner, J. R. Waterman, and E. R. Youngdale, Proceedings of the 22nd International Conference on Physics of Semiconductors, Vancouver, 1994, p. 783.
[897] D. M. Symons, M. Lakrimi, M. van der Burgt, T. A. Vaughan, R. J. Nicholas, N. J. Mason, and P. J. Walker, Proceedings of the 22nd International Conference on Physics of Semiconductors, Vancouver, 1994, p. 891; Phys. Rev. B **51**, 1729 (1995).
[898] M. S. Daly, D. M. Symons, M. Lakrimi, R. J. Nicholas, N. J. Mason, and P. J. Walker, Semicond. Sci. Technol. **11**, 823 (1996).
[899] M. W. Wang, D. A. Collins, T. C. McGill, R. W. Grant, and R. M. Feenstra, Appl. Phys. Lett. **66**, 2981 (1995).
[900] G. J. Gualtieri, G. P. Schwarz, R. G. Nuzzo, R. J. Malik, and J. F. Walker, J. Appl. Phys. **61**, 5337 (1987).
[901] A. K. Srivastava, J. L. Zyskind, R. M. Lum, B. V. Dutt, and J. K. Klingert, Appl. Phys. Lett. **49**, 41 (1986).
[902] M. Mebarki, A. Kadri, and H. Mani, Solid State Commun. **72**, 795 (1989).
[903] J. T. Zborowski, A. Vigliante, S. C. Moss, and T. D. Golding, J. Appl. Phys. **79**, 8379 (1996).
[904] G. A. Sai-Halasz, L. L. Chang, J.-M. Welter, C.-A. Chang, and L. Esaki, Solid State Commun. **27**, 935 (1978).
[905] L. L. Chang, G. A. Sai-Halasz, L. Esaki, and R. L. Aggarwal, J. Vac. Sci. Technol. **19**, 589 (1981).
[906] D. A. Arch, G. Wicks, T. Tonaue, and J.-L. Staudenmann, J. Appl. Phys. **58**, 3933 (1985).
[907] D. H. Chow, R. H. Miles, J. R. Soderstrom, and T. C. McGill, Appl. Phys. Lett. **56**, 1418 (1990).
[908] R. H. Miles, D. H. Chow, J. N. Schulman, and T. C. McGill, Appl. Phys. Lett. **57**, 801 (1990).
[909] I. H. Campbell, I. Sela, B. K. Laurich, D. L. Smith, C. R. Bolognesi, L. A. Samoska, A. C. Gossard, and H. Kroemer, Appl. Phys. Lett. **59**, 846 (1991).
[910] J. P. Omaggio, J. R. Meyer, R. J. Wagner, C. A. Hoffman, M. J. Yang, D. H. Chow, and R. H. Miles, Appl. Phys. Lett. **61**, 207 (1992).
[911] J. R. Waterman, B. V. Shanabrook, R. J. Wagner, M. J. Yang, J. L. Davis, and J. P. Omaggio, Semicond. Sci. Technol. **8**, S106 (1993).
[912] B. R. Bennett, B. V. Shanabrook, R. J. Wagner, J. L. Davis, J. R. Waterman, and M. E. Twigg, Solid-State Electron. **37**, 733 (1994).
[913] R. H. Miles, D. H. Chow, Y.-H. Zhang, P. D. Brewer, and R. G. Wilson, Appl. Phys. Lett. **66**, 1921 (1995).
[914] D. H. Chow, R. H. Miles, T. C. Hasenberg, A. R. Kost, Y.-H. Zhang, H. L. Dunlap, and L. West, Appl. Phys. Lett. **67**, 3700 (1995).
[915] F. Fuchs, J. Schmitz, N. Herres, J. Wagner, J. D. Ralston, and P. Koidl, Inst. Phys. Conf. Ser. **144**, 219 (1995).
[916] T. C. Hasenberg, D. H. Chow, A. R. Kost, R. H. Miles, and L. West, Electron. Lett. **31**, 275 (1995).
[917] L. Johnson, L. A. Samoska, A. C. Gossard, J. L. Merz, M. C. Jack, G. R. Chapman, B. A. Baumgratz, K. Kosai, and S. M. Johnson, J. Appl. Phys. **80**, 1116 (1996).
[918] S. W. McCahon, S. A. Anson, D.-J. Jang, M. E. Flatté, T. F. Boggess, D. H. Chow, T. C. Hasenberg, and C. H. Grein, Appl. Phys. Lett. **68**, 2135 (1996).
[919] H. Mohseni, E. Michel, J. Sandoen, M. Razeghi, W. Mitchel, and G. Brown, Appl. Phys. Lett. **71**, 1403 (1997).
[920] H. M. Cheong, W. Paul, M. E. Flatté, and R. H. Miles, Phys. Rev. B **55**, 4477 (1997).
[921] F. Fuchs, U. Weimer, W. Pletschen, J. Schmitz, E. Ahlswede, M. Walther, J. Wagner, and P. Koidl, Appl. Phys. Lett. **71**, 3251 (1997).
[922] T. C. Hasenberg, R. H. Miles, A. R. Kost, and L. West, IEEE J. Quantum Electron. **33**, 1403 (1997).
[923] D.-J. Jang, J. T. Olesberg, M. E. Flatté, T. F. Boggess, and T. C. Hasenberg, Appl. Phys. Lett. **70**, 1125 (1997).
[924] C.-H. Lin, R. Q. Yang, S. J. Murry, S. S. Pei, C. Yan, D. L. McDaniel, Jr., and M. Falcon, IEEE Photonics Technol. Lett. **9**, 1573 (1997).
[925] C.-H. Lin, S. S. Pei, H. Q. Le, J. R. Meyer, and C. L. Felix, Appl. Phys. Lett. **71**, 3281 (1997).
[926] M. E. Flatté, T. C. Hasenberg, J. T. Olesberg, S. A. Anson, T. F. Boggess, C. Yan, and D. L. McDaniel, Jr., Appl. Phys. Lett. **71**, 3764 (1997).
[927] C. L. Felix, J. R. Meyer, I. Vurgaftman, C.-H. Lin, S. J. Murry, D. Zhang, and S.-S. Pei, IEEE Photonics Technol. Lett. **9**, 735 (1997).
[928] C. L. Felix, W. W. Bewley, I. Vurgaftman, J. R. Meyer, L. Goldberg, D. H. Chow, and E. Selvig, Appl. Phys. Lett. **71**, 3483 (1997).
[929] H. Q. Le, C. H. Lin, and S. S. Pei, Appl. Phys. Lett. **72**, 3434 (1998).
[930] M. E. Flatté, C. H. Grein, T. C. Hasenberg, S. A. Anson, D.-J. Jang, J. T. Olesberg, and T. F. Boggess, Phys. Rev. B **59**, 5745 (1999).
[931] M. J. Yang, W. J. Moore, B. R. Bennett, B. V. Shanabrook, J. O. Cross, W. W. Bewley, C. L. Felix, I. Vurgaftman, and J. R. Meyer, J. Appl. Phys. **86**, 1796 (1999).
[932] W. W. Bewley *et al.*, Appl. Phys. Lett. **73**, 3833 (1998).
[933] W. W. Bewley *et al.*, Appl. Phys. Lett. **74**, 1075 (1999).
[934] H. Lee *et al.*, Electron. Lett. **35**, 1743 (1999).
[935] M. J. Yang, W. J. Moore, B. R. Bennett, and B. V. Shanabrook, Electron. Lett. **34**, 270 (1998).
[936] W. Barvosa-Carter, M. Twigg, M. J. Yang, and L. J. Whitman (unpublished).
[937] A. Nakagawa, H. Kroemer, and J. H. English, Appl. Phys. Lett. **54**, 1893 (1989).
[938] S. Bhargava, H.-R. Blank, E. Hall, M. A. Chin, H. Kroemer, and V. Narayanamurti, Appl. Phys. Lett. **74**, 1135 (1999).
[939] M. J. Yang, B. R. Bennett, M. Fatemi, P. J. Lin-Chung, W. J. Moore, and C. H. Yang, J. Appl. Phys. **87**, 8192 (2000).
[940] J. R. Waldrop, G. J. Sullivan, R. W. Grant, E. A. Kraut, and W. A. Harrison, J. Vac. Sci. Technol. B **10**, 1773 (1992).
[941] R. G. Dandrea and C. B. Duke, Appl. Phys. Lett. **63**, 1795 (1993).
[942] S. Picozzi, A. Continenza, and A. J. Freeman, Phys. Rev. B **53**, 10852 (1996).
[943] S. Picozzi, A. Continenza, and A. J. Freeman, Phys. Rev. B **55**, 13080 (1997).
[944] S. R. Kurtz, G. C. Osbourn, R. M. Biefeld, and S. R. Lee, Appl. Phys. Lett. **53**, 216 (1988).
[945] S. R. Kurtz and R. M. Biefeld, Phys. Rev. B **44**, 1143 (1991).
[946] Y. B. Li, R. A. Stradling, A. G. Norman, P. J. P. Tang, S. J. Chung, and C. C. Phillips, Proceedings of the 22nd International Conference on Physics of Semiconductors, Vancouver, 1994, p. 1496.
[947] P. J. P. Tang *et al.*, Appl. Phys. Lett. **69**, 2501 (1996).
[948] Y. B. Li *et al.*, Phys. Rev. B **55**, 4589 (1997).
[949] P. J. P. Tang, H. Hardaway, J. Heber, C. C. Phillips, M. J. Pullin, R. A. Stradling, W. T. Yuen, and L. Hart, Appl. Phys. Lett. **72**, 3473 (1998).
[950] S. R. Kurtz, R. M. Biefeld, L. R. Dawson, K. C. Baucom, and A. J. Howard, Appl. Phys. Lett. **64**, 812 (1994).
[951] S. R. Kurtz and R. M. Biefeld, Appl. Phys. Lett. **66**, 364 (1995).
[952] Y. H. Zhang, Appl. Phys. Lett. **66**, 118 (1995).
[953] T. Utzmeier, G. Armelles, P. A. Postigo, and F. Briones, Phys. Rev. B **56**, 3621 (1997).
[954] S. L. Wong, R. J. Warburton, R. J. Nicholas, N. J. Mason, and P. J. Walker, Physica B **184**, 106 (1993).
[955] L. Q. Qian and B. W. Wessels, J. Vac. Sci. Technol. B **11**, 1652 (1993).
[956] A. N. Baranov, Y. Cuminal, G. Boissier, J. C. Nicolas, J. L. Lazzari, C. Alibert, and A. Joullie, Semicond. Sci. Technol. **11**, 1185 (1996).
[957] N. Bertru, R. Klann, A. Mazuelas, O. Brandt, and K. H. Ploog, Appl. Phys. Lett. **69**, 2237 (1996).
[958] N. Dai, G. A. Khodaparast, F. Brown, R. E. Doezema, S. J. Chung, and M. B. Santos, Appl. Phys. Lett. **76**, 3905 (2000).
[959] M. Nakao, S. Yoshida, and S. Gonda, Solid State Commun. **49**, 663 (1984).
[960] Y. H. Cho, K. S. Kim, S. Y. Ryu, S. K. Kim, B. D. Choe, and H. Lim, Appl. Phys. Lett. **66**, 1785 (1995).
[961] Y.-H. Cho, B.-D. Choe, and H. Lim, Appl. Phys. Lett. **69**, 3740 (1996).
[962] M. Sugawara, Phys. Rev. B **47**, 7588 (1993).
[963] R. Chin, N. Holonyak, Jr., S. W. Kirchoefer, R. M. Kolbas, and E. A. Rezek, Appl. Phys. Lett. **34**, 862 (1979).
[964] S. R. Forrest, P. H. Schmidt, R. B. Wilson, and M. L. Kaplan, Appl. Phys. Lett. **45**, 1199 (1984).
[965] B. Soucail, P. Voisin, M. Voos, D. Rondi, J. Nagle, and B. de Cremoux, Semicond. Sci. Technol. **5**, 918 (1990).
[966] F. Ducroquet, G. Jacovetti, K. Rezzoug, S. Ababou, G. Guillot, J. P. Praseuth, F. Olivier-Martin, and L. Giraudet, Mater. Sci. Technol. **13**, 971 (1997).
[967] X. H. Zhang, S. J. Chua, S. J. Xu, and W. J. Fan, J. Appl. Phys. **83**, 5852 (1998).
[968] C. Jelen, S. Slivken, V. Guzman, M. Razeghi, and G. J. Brown, IEEE J. Quantum Electron. **34**, 1873 (1998).
[969] J. R. Chang, Y. K. Su, Y. T. Lu, D. H. Jaw, H. P. Shiao, and W. Lin, Appl. Phys. Lett. **74**, 717 (1999).
[970] J. R. Chang, Y. K. Su, C. L. Lin, K. M. Wu, Y. T. Lu, D. H. Jaw, H. P. Shiao, and W. Lin, Appl. Phys. Lett. **74**, 3495 (1999).


13 October 2026 14:49:21

[971] A. Y. Polyakov, A. G. Milnes, S. J. Eglash, M. Ye, and A. E. Bochkarev, Solid-State Electron. **36**, 649 (1993).
[972] M. Mebarki, D. Boukredimi, S. Sadik, and J. L. Lazzari, J. Appl. Phys. **73**, 2360 (1993).
[973] A. Y. Polyakov, A. G. Milnes, N. B. Smirnov, L. V. Druzhinina, and I. V. Tunitskaya, Solid-State Electron. **36**, 1371 (1993).
[974] A. N. Baranov, A. N. Imenkov, M. P. Mikhailova, A. A. Rogachev, and Yu. P. Yakovlev, Superlattices Microstruct. **8**, 375 (1990).
[975] A. Y. Polyakov, A. G. Milnes, A. V. Govorkov, L. V. Druzhinina, I. V. Tunitskaya, and N. B. Smirnov, Solid-State Electron. **38**, 525 (1995).
[976] W. Z. Shen, S. C. Shen, W. G. Tang, Y. Zhao, and A. Z. Li, Appl. Phys. Lett. **67**, 3432 (1995).
[977] W. Z. Shen, S. C. Shen, W. G. Tang, Y. Chang, Y. Zhao, and A. Z. Li, J. Phys.: Condens. Matter **8**, 4751 (1996).
[978] M. Murayama and T. Nakayama, Phys. Rev. B **49**, 4710 (1994).
[979] S. A. Ding, S. R. Barman, K. Horn, H. Yang, B. Yang, O. Brandt, and K. Ploog, Appl. Phys. Lett. **70**, 2407 (1997).
[980] G. Martin, S. Strite, J. Thornton, and H. Morkoc, Appl. Phys. Lett. **58**, 2375 (1991).
[981] X. Huang *et al.*, J. Vac. Sci. Technol. B **13**, 1582 (1995).
[982] T. Kitatani, M. Kondow, T. Kikawa, Y. Yazawa, M. Okai, and K. Uomi, Jpn. J. Appl. Phys., Part 1 **38**, 5003 (1999).
[983] B. Q. Sun, D. S. Jiang, X. D. Luo, Z. Y. Xu, Z. Pan, L. H. Li, and R. H. Wu, Appl. Phys. Lett. **76**, 2862 (2000).
[984] P. Krispin, S. G. Spruytte, J. S. Harris, and K. H. Ploog, J. Appl. Phys. **88**, 4153 (2000).
[985] W. A. Harrison and J. Tersoff, J. Vac. Sci. Technol. B **4**, 1068 (1986).
[986] B. K. Agrawal, S. Agrawal, and R. Srivastava, Surf. Sci. **424**, 232 (1999).
[987] J. Baur, K. Maier, M. Kunzer, U. Kaufmann, and J. Schneider, Appl. Phys. Lett. **65**, 2211 (1994).
[988] G. A. Martin, S. C. Strite, A. Botchkarev, A. Agarwal, A. Rockett, W. R. L. Lambrecht, B. Segall, and H. Morkoc, Appl. Phys. Lett. **67**, 3322 (1995).
[989] G. A. Martin, A. Botchkarev, A. Rockett, and H. Morkoc, Appl. Phys. Lett. **68**, 2541 (1996).
[990] J. R. Waldrop and R. W. Grant, Appl. Phys. Lett. **68**, 2879 (1996).
[991] R. A. Beach, E. C. Piquette, R. W. Grant, and T. C. McGill, Mater. Res. Soc. Symp. Proc. **482**, 775 (1998).
[992] S. W. King, C. Ronning, R. F. Davis, M. C. Benjamin, and R. J. Nemanich, J. Appl. Phys. **84**, 2086 (1998).
[993] A. Rizzi, R. Lantier, F. Monti, H. Luth, F. Della Sala, A. Di Carlo, and P. Lugli, J. Vac. Sci. Technol. B **17**, 1674 (1999).
[994] E. A. Albanesi, W. R. L. Lambrecht, and B. Segall, J. Vac. Sci. Technol. B **12**, 2470 (1994).
[995] X. Chen, X. Hua, J. Hu, J.-M. Langlois, and W. A. Goddard III, Phys. Rev. B **53**, 1377 (1996).
[996] A. Satta, V. Fiorentini, A. Bosin, and F. Meloni, Mater. Res. Soc. Symp. Proc. **395**, 515 (1996).
[997] S.-H. Ke, K.-M. Zhang, and X.-D. Xie, J. Appl. Phys. **80**, 2918 (1996).
[998] W. Monch, J. Appl. Phys. **80**, 5076 (1996).
[999] N. Binggeli, P. Ferrara, and A. Baldereschi, Mater. Res. Soc. Symp. Proc. **482**, 911 (1998).
[1000] M. B. Nardelli, K. Rapcewicz, and J. Bernholc, Phys. Rev. B **55**, R7323 (1997).
[1001] F. Bernardini and V. Fiorentini, Phys. Rev. B **57**, R9427 (1998).

13 October 2026 14:49:21

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHIMON MAIMON,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 24-cv-1832 C<br>Chief Judge Matthew H. Solomson |

**REBUTTAL DECLARATION OF DR. DANIEL WASSERMAN**

I, Dr. Daniel Wasserman, do hereby declare as follows:

**BACKGROUND**

1. I have been retained by the United States, through the U.S. Department of Justice, to serve as a technical expert in this litigation.

2. I have been asked by the Government to review and respond to the opinions set forth in the Declaration of Jeffrey Bokor in Support of Claim Construction, signed September 10, 2026 ("Bokor Declaration").

3. I have reviewed the Bokor Declaration as well as all of the references cited therein.

**RESPONSE TO TECHNOLOGY TUTORIAL**

4. I will address only certain paragraphs in the Technology Tutorial Section of the Bokor Declaration that are relevant to claim construction. My decision not to address any specific paragraph does not mean that I necessarily agree with the statements made in the paragraph or Dr. Bokor's characterizations of the underlying technology.

5. The Bokor declaration describes what he characterizes as "Dr. Maimon's nBn and Barrier Architecture." *See* Bokor Decl. at ¶¶ 43–50. However, I understand the claims of a

patent define the invention. In other words, the words of the claims define the scope of a patented invention. Dr. Bokor's descriptions imply that the claims of the Asserted Patents cover all implementations of barrier architecture or nBn detectors, but the claims only cover specific implementations of barrier photodetectors. For example, claim 1 of the '871 Patent requires that the "barrier layer" be comprised of "an undoped semiconductor." As another example, claim 1 of the '528 Patent requires that the "barrier layer" be comprised of "a charge carrier compensated semiconductor."

6. Dr. Bokor acknowledges that "an actual detector is somewhat more complicated in design" than that which is shown in the figures of the '871 Patent. Bokor Decl. at ¶ 57. Dr. Bokor opines that an actual detector will "adhere[] to the same principles." *See id.* Dr. Bokor, however, improperly focuses on whether a detector is based upon the same or similar principles. The relevant question is whether a detector falls within the scope of claims of the Asserted Patents.

7. The Bokor Declaration identifies a number of variables that impact "whether the device can substantially block majority carriers while permitting minority carriers to flow." *See* Bokor Decl. at ¶ 49.

8. The Bokor Declaration further states that "[t]he ability of a unipolar barrier structure to prevent thermalized or tunneling carriers can be calculated by persons of ordinary skill in the art using the thermionic emission approximation and the WKB approximation, respectively. Both calculations are well known in the art." Bokor Decl. at ¶ 50. Although I agree that the performance of a detector can be modelled, the ability to perform such calculations depends on knowing (1) precisely what materials have been grown in the detectors and their precise properties and (2) precisely what the band offsets and alignments are for the materials.

Because both thermionic and WKB approximations depend exponentially on the barrier height, knowledge of band alignments and offsets is critical, and small variations in these parameters can have significant effects on the calculated currents.

9. Furthermore, as I noted in my previous declaration, the Asserted Patents provide no objective benchmark for determining how much majority carrier flow must be blocked or conversely how much majority carrier flow may be allowed in order that majority carrier current flow is inhibited, blocked, or substantially blocked.

10. And as I noted in my previous declaration, the Asserted Patents provide no objective benchmark for determining how the minority carrier flow must be facilitated or to what degree.

11. Thus, even if the ability of a photodetector's barrier to allow or block carrier flow can be modelled, one of skill in the art would be unable to determine from the Asserted Patents when a "sufficient" amount of majority flow was blocked such that the photodetector fell within the scope of the claim. Similarly, one of skill in the art would be unable to determine from the Asserted Patents when a "sufficient" amount of minority carrier flow was "facilitated" such that the photodetector fell within the scope of the claims.

12. I disagree with the level of skill of a POSITA set forth by Dr. Bokor. I understand that a number of factors may be considered in determining the level of skill art including the following: (1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field.

13. As stated in my declaration, in my opinion, a POSITA at the time of the invention of the Asserted Patents would have an undergraduate degree in electrical engineering, materials science, chemical engineering, or related field, and at least three years of research or industry experience in semiconductor device design, optoelectronics, or photonics, with relevant graduate education such as a Master's degree potentially compensating for a lack of relevant industry or research experience.

14. The level of skill proposed by Dr. Bokor is too high. First, based on the factors outlined, I do not believe an advanced degree such as a Masters or Ph.D. is necessary to meet the standard of a person of ordinary skill. In addition, I find that the relevant types of experience proposed by Dr. Bokor are too narrow. As I noted in my declaration, I believe that the experience need only be in semiconductor device design, optoelectronics, or photonics. Regardless, based upon my degrees and experience, I meet the standard for a POSITA proposed by Dr. Bokor.

**"DOPED" / "UNDOPED" / "N-DOPED"**

15. As stated in my opening declaration, in my opinion, the term "doped" should be construed as "referring to a material to which impurities have been added."

16. As stated in my opening declaration, in my opinion, the term "undoped" should be construed as "referring to a material to which impurities have not been added."

17. As stated in my opening declaration, in my opinion, the term "n-doped" should be construed as "referring to a material to which impurities have been added that increase the electron concentration of the material."

18. Similarly, in my opinion, "p-doped" would refer to a material to which impurities have been added that increase the hole concentration of the material.

19. These constructions reflect the general understanding of the terms within the field of the technology and are consistent with how the terms are used in the Asserted Patents.

20. I understand that Dr. Bokor has opined that "undoped" as used in the context of the Asserted Patents means "a semiconductor material in which the charge-carrier density is minimized so that the conduction- and valence-band energies of the semiconductor material are substantially similar to those of an intrinsic layer of the same material composition." *See* Bokor Decl. at ¶ 67.

21. I further understand that Dr. Bokor has opined that "doped semiconductor" as used in the context of the Asserted Patents means "a semiconductor material in which the amount of donor or acceptor atoms alter the electrical characteristics of the semiconductor material to produce either an n-type or p-type conductivity." *See* Bokor Decl. ¶ 81.

22. I understand that Dr. Bokor has opined that "n-doped semiconductor" as used in the context of the Asserted Patents means "a semiconductor material in which the amount of donor or acceptor atoms alter the electrical characteristics of the semiconductor material to produce an n-type conductivity." *See* Bokor Decl. ¶ 82.

23. I disagree with Dr. Bokor's proposed constructions as they do not represent how one of ordinary skill in the art would understand these terms when read in the context of the Asserted Patents and their prosecution histories.

24. In my opinion, one of skill in the art would refer to a material to which impurities are intentionally added during growth to oppose/reduce/compensate the effects of either unintentional or intentional dopants incorporated during growth as "compensation doped." Compensation dopants will always be of opposite type from the unintentional or intentional dopants in the material, and will change the conductivity of the material to approach that of an

intrinsic semiconductor. For example, a unintentionally p-doped material would be doped with donors so that the material's conductivity changes to approach that of an intrinsic semiconductor. One of skill in the art would understand that an "undoped material" is different from a material that has been "compensation doped."

25. Dr. Bokor's proposed construction ignores the language of the claims. Dr. Bokor states that "the patent frequently describes the function of the barrier layer as blocking and preventing majority current and facilitating the flow of minority currents." *See* Bokor Decl. at ¶ 68. Yet Dr. Bokor ignores the limitations of the claims.

26. Specifically, for example, the independent claims of the '871 Patent contain different limitations that address this alleged "function of the barrier layer." *See, e.g.*, '871 Patent, cl. 1 ("wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers"); cl. 9 ("wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer to and said contact area and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact area,"); cl. 13 ("wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valence band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers"). Accordingly, other claim limitations besides the "undoped" term relate to the Dr. Bokor's alleged "function of the barrier layer."

27. Dr. Bokor's argument that the term "undoped" must focus on the "electrical and conductive properties" of the barrier layers would simply equate the term "undoped" with other

limitations in the claim, rendering the term "undoped" redundant. I understand that a claim should be construed so as to give meaning to every term.

28. Dr. Bokor also ignores that different claims can cover different aspects of a claimed invention. For example, claim 1 of the '871 Patent requires "a barrier layer comprising an undoped semiconductor." In contrast, claim 15 of the '871 Patent does not contain any limitation requiring the barrier layer to be undoped. Both claims, however, contain the limitation that the relationship between the conduction and valance band edges of the photo absorbing layer, contact layer, and barrier layer "[enables/facilitates] minority carrier current flow while [blocking/inhibiting] majority carrier current flow." This implies that the undoped limitation addresses a different aspect of the claimed invention.

29. The specification of the Asserted Patents reinforces this distinction. Dr. Bokor states that the Asserted Patents "frequently discuss the invention and the semiconductor layers of the invention in terms of the flow and blocking of electrical currents in relation to the conduction and valence energy bands in the layers." Bokor Decl. at ¶ 69. But the specification does not state that the invention is limited to photodetectors with a barrier layer comprised of an undoped semiconductor; rather the Asserted Patents state that it is only specific embodiments that have such a limitation. *See, e.g.*, '871 Patent at 3:27–28; 3:37–39; 4:21–22; 4:30–32.

30. Moreover, the specifications of the '522, '657, and '528 Patents specifically discuss doping in relation to the addition of impurities:

> However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow.

'522 Patent at 10:22–26

> In order to mitigate the difficulties presented by contamination, and as seen below equivalently by an optional intentional doping of the barrier layer, the present

> invention provides for introducing a dopant into the barrier layer, the dopant being of opposing type of the equivalent contaminating dopant, such that the resulting charge-carrier compensated barrier layer exhibits energy band gap substantially similar to the undoped barrier layer.

’522 Patent at 10:51–58.

> The amount of dopant required to provide compensation and make the charge-carrier compensated barrier layer substantially equivalent to an undoped layer is believed to best be carried out experimentally.

’522 Patent at 11:1–4

31. Additionally, Dr. Bokor’s proposed constructions ignore the claims of the ’528 Patent. Specifically, the claims of the ’528 Patent use both the terms “a barrier layer comprising a charge compensated semiconductor” and “an undoped barrier layer.” ’528 Patent at cls. 1, 2. Furthermore, claim 2 of the ’528 Patent contains the limitation “wherein the charge carrier compensated barrier layer is being compensated by doping impurities such that the band energy gap, conduction, and valence band energies are within a predetermined tolerance to the respective energy gap, conduction and valence band energies of an undoped barrier layer which exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer and a conduction band energy level exhibiting a significant band gap in relation to the conduction band of the photo absorbing layer.” I understand that in a claim, different words or phrases are generally presumed to have different meanings. Dr. Bokor’s proposed construction, however, equates this limitation with the term “undoped semiconductor.”

32. Furthermore, the specification of the ’528 Patent reinforces the difference between an undoped semiconductor and one that has been compensation doped to have the same properties as an undoped semiconductor:

> However due to contamination producing a purely undoped barrier layer is difficult, thus an aspect of the invention provides for a charge-carrier compensated barrier layer. Stated differently the charge-carrier compensated barrier layer is substantially equivalent in its behavior to the undoped barrier layer, yet eases

> manufacturing by compensating for the impurities introduced into the barrier layer, by intentional doping of an opposite type, the doping being sufficient to cause the barrier layer to have substantially the same energy and charge carrying characteristics of an undoped barrier layer. According to an aspect of the invention, in order to compensate for contamination of the barrier layer, sufficient doping of the opposite type to the contamination are introduce until the barrier exhibits a band gap which in combination with the barrier layer thickness, is sufficient to prevent tunneling of majority carriers from the photo absorbing layer to the contact area and block the flow of majority carriers from the photo absorbing layer to the contact area. Notably intentional doping of the barrier may be similarly compensated for and the term contamination shall be used to such intentional doping of the barrier layer.

'528 Patent at 4:39–59.

33. I agree with Dr. Bokor that it is difficult to create a perfectly pure undoped semiconductor with zero impurities introduced during the manufacturing process. However, the term undoped as understood by one skill in the art does not require that. Rather, the term refers to a semiconductor to which no dopants have been intentionally added, and the level of contamination, *i.e.,* unintentional doping, is such that the amount of unintentional impurities added is negligible.

34. The specification of the Asserted Patents is consistent with this understanding. For example, the '528 Patent states:

> It is seen therefore that the use of undoped barrier is an important feature of the invention. The band energy levels stemming from the use of undoped barrier layer rise from the advantages of avoidance of band bending in the barrier so minority carriers can flow with minimal impedance between the absorber layer and the contact layer. Overcoming band bending requires a bias voltage, which adversely affects the photodetector noise figures and other operating parameters. However, as described above, contamination during the manufacturing process may cause unintentional doping. Such doping must be minimized in order to avoid charge density which cause sufficient band bending will impede minority charge carriers flow. While some band bending often exists even in barrier layers of high purity, the desired level of band bending introduced by the barrier layer preferably has only negligible effect on the flow of minority carriers. The specific band bending which is considered negligible for the barrier layer of a specific photodetector is a matter of design parameter choice.

’528 Patent at 10:14–32. Thus, as the Asserted Patents acknowledge, some contamination is unavoidable, but an undoped barrier requires that the contamination be negligible.

35. Dr. Bokor also cites a number of references aside from the Asserted Patents and associated file histories. As an initial matter, I understand for purposes of claim construction, that such extrinsic evidence is less significant than the Asserted Patents and associated file histories.

36. The sources cited by Dr. Bokor are consistent with this understanding. For example, Dr. Bokor cites the Semiconductor Glossary. *See* Bokor Decl. at ¶ 71. Dr. Bokor cites the definition of “intrinsic semiconductor” in support of his construction. But Dr. Bokor ignores the definition of “doping” in the same glossary, which defines “doping” as “process of dopant introduction into semiconductor for the purpose of altering its electrical characteristics; allows control of the resistivity/conductivity of semiconductor by several orders of magnitude; also used to convert p-type material into n-type material and vice versa.” Jerzy Ruzyllo, Semiconductor Glossary: A Resource for Semiconductor Community, p.52 (2d Edition 2017). By this definition, adding dopants to compensate for unintentional dopants, and thus change (reduce) the conductivity of the material, would qualify as doping.

37. Thus, the terms “intrinsic” and “extrinsic” focus on the conductive properties of the semiconductor. In contrast, the term “doped” refers to whether impurities have been added to the semiconductor. Dr. Bokor improperly conflates the different terms.

38. Similarly, Dr. Bokor cites A Dictionary of Electronics and Electrical Engineering. *See* Bokor Decl. at ¶ 71. When discussing intrinsic semiconductors, the dictionary states “Absolute purity is unobtainable in practice and nearly pure materials are termed intrinsic.” A Dictionary of Electronics and Electrical Engineering, p. 315 (Oxford, 5th Ed. 2018). As I stated,

the term "undoped semiconductor" does not require absolute purity, rather it only requires that the amount of contamination be negligible.

39. Dr. Bokor also cites two websites for manufacturers of semiconductor substrates. But these websites do not establish a different meaning than what I have described nor do they overcome the statements in the Asserted Patents or the associated file histories.

40. I note that the Freiberger website cited by Dr. Bokor specifically defines "dopant" as "a chemical element, usually from the second, fourth, or sixth columns of the periodic table for the case of III-V compounds, incorporated in trace amounts in a semiconductor crystal to establish its conductivity type and resistivity." https://freiberger.com/en/products/definitions/. I also note that the Freiberg website does not reference "undoped semiconductor" anywhere in the page cited by Dr. Bokor.

41. Dr. Bokor's proposed construction would also render the patent claims indefinite. One of skill in the art would be unable to determine the bounds of the term "undoped semiconductor." Specifically, Dr. Bokor proposes that an undoped semiconductor requires only that the conduction and valence energy bands of the semiconductor be "substantially similar" to those of an intrinsic layer of the same material composition. Bokor Decl. at ¶ 67. But none of the Asserted Patents or their associated file histories provide any clarity regarding the scope of that language. Furthermore, a person of ordinary skill would not understand the scope of the claims under the proposed construction because it is unclear how the minimizing charge carrier density would make conduction and valence energy bands "substantially similar to those of an intrinsic layer," and neither the Asserted Patents nor the prosecution history explain or provide any guidelines regarding how to determine whether this limitation is met.

42. I also disagree with Dr. Bokor's constructions of the term "doped" and "n-doped" insofar as they focus solely on the end result rather than the actual act of doping. One of skill in the art would understand that the terms refer to the addition of impurities to a semiconductor. Thus a semiconductor would be considered doped even if it had been compensation-doped to yield a semiconductor that has "conduction- and valence-band energies substantially similar to those of an intrinsic layer of the same material composition."

I declare under penalty of perjury under the laws of the United States of America that the foregoing **Rebuttal Declaration of Dr. Daniel Wasserman** is true and correct.

Executed on October 13, 2026

By: ____________________

Prof. Daniel Wasserman

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHIMON MAIMON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:24-cv-1832 C<br><br>Chief Judge Matthew H. Solomson |

**PLAINTIFF'S DISCLOSURE OF PROPOSED CLAIM TERM CONSTRUCTIONS**
**PURSUANT TO RCFC APP'X J, RULE 10**

## I. List of Plaintiff's Proposed Claim Constructions

The following table identifies the construction of each term that Plaintiff Shimon Maimon ("Dr. Maimon") contends require construction by the Court, and the evidence at this time that Dr. Maimon intends to rely upon to support those constructions.

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| ***Undoped*** semiconductor | "a semiconductor material in which the charge-carrier density is minimized so that the conduction- and valence-band energies of the semiconductor material are substantially similar to those of an intrinsic layer of the same material composition." | '871 Patent – Figs. 2A-B, 3A-B; Cols. 1:51-2:24, 3:10-4:42, 6:64-7:26, 8:41-9:5, 10:33-42, 11:12-26; Claims 13, 16<br><br>'528 Patent – Figs. 2A-B, 3A-B, 13A-C; Cols. 2:63-3:2, 4:33-59, 9:54-11:49<br><br>'871 Patent File History – 6-19-2008 Remarks, 5-8-2009 Remarks, 6-3-2009 Remarks, 12-31-2009 Notice of Allowance & Exh. A. |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | Oxford Dictionary of Electronics and Electrical Engineering, p. 315 (5th Ed. 2018) ("Oxford Electronics Dictionary")<br><br>Jerzy Ruzyllo, *Semiconductor Glossary: A Resource for Semiconductor Community,* p. 110 (2d. 2016) ("Semiconductor Glossary")<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, p. 1107 (6th ed. 2003) ("McGraw Hill Scientific Dictionary")<br><br>American Heritage College Dictionary (4th Ed. 2004) p. 1489<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperature*, APPLIED PHYSICS LETTERS 89, 121109 (2006) (Dkt. 39-06) |
| ***Doped*** semiconductor | "a semiconductor material in which the amount of donor or acceptor atoms alter the electrical characteristics of the semiconductor material to produce either an n-type or p-type conductivity" | '871 Patent – Figs. 2A-B, 3A-B; Cols. 1:51-2:24, 3:10-4:42, 6:51-63, 7:17-24, 7:42-55, 8:15-22, 8:41-10:24; Claims 5, 12<br><br>'871 Patent File History – 5-8- 2009 Remarks, 12-31-2009 Notice of Allowance & Exh. A.<br><br>Semiconductor Glossary, p. 53<br><br>Oxford Electronics Dictionary, p. 159<br><br>McGraw-Hill Scientific Dictionary, p. 640<br><br>Bokor Declaration |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| ***n-doped*** semiconductor | "a semiconductor material in which the amount of donor or acceptor atoms alter the electrical characteristics of the semiconductor material to produce n-type conductivity" | '871 Patent – Figs. 2A-B, 3A-B; Cols. 1:51-2:24, 3:10-4:42, 6:51-63, 7:17-24, 7:42-55, 8:15-22, 8:41-10:24; Claims 5, 12<br><br>'871 Patent File History – 5-9-2009 Remarks, 12-31-2009 Notice of Allowance & Exh. A.<br><br>Semiconductor Glossary, p. 53<br><br>Oxford Electronics Dictionary, p. 159<br><br>McGraw-Hill Scientific Dictionary, p. 640<br><br>Bokor Declaration |

## II. List of Plaintiff's Proposed Claim Constructions for Defendants Identified Terms

The following table identifies the construction proposed by Dr. Maimon for each claim term proposed by the Government on August 6, 2026. Dr. Maimon objects to the Government's designation of 24 distinct terms for construction in violation of Court of Federal Claims Patent Rule 9(b). Dr. Maimon further objects to the length of the Government phrases for construction that include multiple terms as a way to construe multiple terms but only count as one term. Dr. Maimon further objects to the extent the Government has not identified its constructions or its intrinsic and extrinsic support for any construction and may identify additional evidence in light of Government evidence and argument. Dr. Maimon further objects to the identification of terms from claims that have not been asserted in this litigation and are irrelevant to any issue in the litigation.

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| "photodetector"/ "photodetectors" ('528 Patent, cls. 1, 2, 4, 7; '522 Patent, cls. 1–9) | Plain and ordinary meaning<br><br>Alternative: "a semiconductor device that detects the change in electrical characteristics upon illumination with radiation that has an energy higher than the semiconductor's energy bandgap and the semiconductor selected to match the wavelength of radiation to be detected." | '871 Patent – Cols. 1:6-47, 2:30-35, 2:39-3:26, 3:40-4:42, 4:54-5:10, 5:66-8:40, 8:53-11:31, Figs. 1A-C, 2A-B, 3A-B, 4.<br><br>'528 Patent – Cols. 16:12-19, 16:58-17:6<br><br>Semiconductor Glossary, p. 162<br><br>McGraw-Hill Scientific Dictionary, p. 1583<br><br>Bokor Declaration |
| "photo-detector" ('871 Patent, cls. 1–9, 12–17; '657 Patent, cls. 1, 2; '642 Patent, cls. 10, 12, 17) | Plain and ordinary meaning<br><br>Alternative: "a semiconductor device that detects the change in electrical characteristics upon illumination with radiation that has an energy higher than the semiconductor's energy bandgap and the semiconductor selected to match the wavelength of radiation to be detected." | '871 Patent – Cols. 1:6-47, 2:30-35, 2:39-3:26, 4:54-5:10, 5:66-8:40, 8:53-11:31, Figs. 1A-C, 2A-B, 3A-B, 4.<br><br>Semiconductor Glossary, p. 162<br><br>McGraw-Hill Scientific Dictionary, p. 1583<br><br>Bokor Declaration |
| "adjacent" ('871 Patent, cls. 1, 9, 12, 13, 15; '642 Patent, cls. 10, 12, 17; '528 Patent, cl. 1; '657 Patent, cls. 1, 2; '522 Patent, cls. 1, 9) | Plain and ordinary meaning<br><br>Alternative: "next to or adjoining in the device layer structure, but not excluding structures with interface or transition layers in between" | '871 patent – 2:45-3:3, 3:9-27, 3:39-49, 4:33-42, 5:21-39, 6:33-8:35, 9:25-58, Figs. 1A, 1B, 2A-3B, 4<br><br>'522 patent – claim 1 and 7.<br><br>American Heritage Dictionary, p. 17. |
| "wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the | Plain and ordinary meaning<br><br>Alternative: "wherein the relationship between the photo absorbing layer and contact layer valence and conduction | '871 Patent – Figs. 2A-B, 3A-B, 4; Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31 |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers" ('871 Patent, cl. 1) | band energies and the barrier layer conduction and valance band energies do not obstruct minority carrier current flow while blocking majority carrier current flow between the contact and photo absorbing layers such that the current between the photo absorbing and contact layers is almost exclusively minority-carrier current and majority carrier current across the barrier is negligible in operation" | '871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks.<br><br>American Heritage College Dictionary, p. 498, 714<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperature*, APPLIED PHYSICS LETTERS 89, 121109 (2006) (Dkt. 39-06) |
| "wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions" ('871 Patent, cl. 4) | Plain and ordinary meaning<br><br>Alternative: "wherein said contact layer and photo absorbing layer are made of substantially the same semiconductor material" | '871 Patent – Cols. 3:50-65, 4:43-54, 8:62-9:2, 9:18-37, Claims 2-5 |
| "a micro Cooler" ('642 Patent cls. 10, 12, 17) | "a compact cooling device configured to refrigerate the focal-plane array in an integrated dewar cooler system" | '642 Patent - Figs. 9A, 9B, 10B; Cols. 6:50-65, 13:11-57<br><br>Ricor K527 Datasheet, *available at* https://ricor.com/wp-content/uploads/2019/06/Ricor-K527.pdf |
| "motherboard and FPA assembly" ('642 Patent, cls. 10, 12, 17) | Plain and ordinary meaning | '642 Patent – Figs. 10A; Cols. 13:36-57 |
| "wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while blocking majority carrier current flow between the first and second layers wherein the barrier layer | Plain and ordinary meaning as to phrase. See above construction of "undoped"<br><br>Alternative: "wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges do not obstruct minority carrier current flow while blocking majority carrier current flow between the | '871 Patent – Figs. 2A-B, 3A-B, 4; Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:53-11:31<br><br>'871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks. |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer." ('642 Patent, cl. 14) | first and second layers such that the current between the first and second layers is almost exclusively minority-carrier current and majority carrier current across the barrier is negligible in operation wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer." | '642 Patent – Figs. 2A-B, 3A-B; cols. 3:19-5:52, 6:27-43, 7:7-11:67, 12:11-51<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperatur*e, APPLIED PHYSICS LETTERS 89, 121109 (2006) |
| "charge carriers" ('522 Patent, cl. 1) | "mobile electrons or holes that are responsible for transporting charge in a semiconductor." | '522 Patent – Cols. 2:30-48, 3:35-51, 10:51-67, 13:28-15:19; Figs. 2A-B, 3A-B<br><br>McGraw-Hill Scientific Dictionary, p. 370<br><br>Oxford Electronics Dictionary, p. 63<br><br>Semiconductor Glossary, p. 26<br><br>Bokor Declaration |
| "charge carrier compensated" ('528 Patent, cls. 1, 2) | Plain and ordinary meaning<br><br>Alternative: "A semiconductor in which dopants of one type are added to offset the effects of a dopant of the opposite type and reduce the net charge carrier concentration." | '528 Patent: Figs.13A, 13B, 13C; Cols. 4:39-5:20, 9:54-11:49<br><br>McGraw-Hill Scientific Dictionary, p. 444<br><br>Oxford Electronics Dictionary, pp. 92, 159<br><br>Bokor Declaration |
| "wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority | Plain and ordinary meaning<br><br>Alternative: "wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to not obstruct minority carrier current | '871 Patent – Figs. 2A-B, 3A-B, 4; Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31<br><br>'871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks. |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| carrier current flow while inhibiting majority carrier current flow between the contact and photo absorbing layers." ('528 Patent, cl. 1) | flow while blocking majority carrier current flow between the contact and photo absorbing layers such that the current between the photo absorbing and contact layers is almost exclusively minority-carrier current and majority carrier current across the barrier is negligible in operation." | '528 Patent – Figs. 2A-B, 3A-B, 4 13A-C; Cols. 3:25-6:65, 7:45-61, 8:21-15:4, 15:45-16:6<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperature*, APPLIED PHYSICS LETTERS 89, 121109 (2006) |
| "wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer" ('657 Patent, cl. 1) | Plain and ordinary meaning<br><br>Alternative: "wherein said barrier layer exhibits a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer with substantially no valence band offset between the photo absorbing layer and the barrier" | '871 Patent – Figs. 2A, 3A, Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31<br><br>'871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks.<br><br>'657 Patent – Figs. 2A, 3A, 13A; cols. 3:30-4:26, 4:48-5:4, 6:39-54, 8:33-48, 9:34-50, 12:30-35, 13:15-34, 14:15-30, 15:46-62<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperature*, APPLIED PHYSICS LETTERS 89, 121109 (2006) |
| "said conduction energy band offsets" ('657 Patent, cl. 1) | Plain and ordinary meaning<br><br>Alternative: "the previously identified difference in conduction band energy created between the barrier and photo absorbing layer and the barrier and contact layer." | '657 Patent – Figs. 2A, 3A; Cols. 3:27-47, 8:37-48, 9:20-40, 12:15-35, 13:1-34, 14:1-30, 15:47-62 |
| "isolated from each other in a direction across the photo-detector" ('657 Patent, cl. 2) | Plain and ordinary meaning | '657 Patent – Figs. 1B-C, 4; cols. 11:54-12:67, 14:60-15:27, 16:1-8; Abstract |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | Bokor Declaration |
| "wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer" ('657 Patent, cl. 1) | Plain and ordinary meaning<br><br>Alternative: "wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer such that the majority current between the photo absorbing and contact layers is negligible" | '871 Patent – Figs. 2A-B, 3A-B, 4, Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31<br>'871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks.<br><br>'657 Patent – Figs. 2A-B, 3A-B, 13A-C; cols. 3:14-6:54, 7:35-50, 8:16-15:10, 15:34-62<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperature*, APPLIED PHYSICS LETTERS 89, 121109 (2006) |
| "wherein during operation of the photo-detector the respective valence energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photogenerated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer" ('657 Patent, cl. 2) | Plain and ordinary meaning<br><br>Alternative: "wherein during operation of the photo-detector the respective valence energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photogenerated minority carriers and substantially block the flow of majority carriers between the first layer and the second layer such that the current between the first and second layers is almost exclusively minority-carrier current and majority carrier current across the barrier is negligible" | '871 Patent – Figs. 2A-B, 3A-B, 4; Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31<br><br>'871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks.<br><br>'657 Patent – Figs. 2A-B, 3A-B, 13A-C; cols. 3:14-6:54, 7:35-50, 8:16-15:10, 15:34-62<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperature*, APPLIED PHYSICS LETTERS 89, 121109 (2006) |
| "the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo | Plain and ordinary meaning<br><br>Alternative: "the barrier layer exhibiting a valence band energy level substantially equal | '871 Patent – Figs. 2A, 3A, Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31 |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| absorbing layer" ('522 Patent, cl. 1) | to the valence band energy level of the photo absorbing layer with substantially no valence band offset between the photo absorbing layer and the barrier" | '871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks.<br><br>'522 Patent – Figs. 2A, 3A; cols 3:43-4:38, 4:60-5:3, 6:50-65 8:44-59, 9:45-64, 12:40-49, 13:28-47, 14:27-43, 15:59-16:6<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating temperatur*e, APPLIED PHYSICS LETTERS 89, 121109 (2006) |
| "a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer" ('522 Patent, cl. 1) | Plain and ordinary meaning<br><br>Alternative: "a conduction band energy level exhibiting a difference in conduction band energy level in the barrier compared to the conduction band energy of the photo absorbing layer." | '522 Patent – Figs. 2A, 3A; Cols. 3:45-59, 9:32-53, 15:65-16-6 |
| "the energy gap being sufficient to minimize charge carriers tunneling and thermalization" ('522 Patent, cl. 1) | "the energy gap being sufficient to minimize majority charge carriers tunneling and thermalization" | '871 Patent – Figs. 2A, 3A, 4; Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31<br><br>'871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks.<br><br>'522 Patent – Figs. 2A, 3A; Cols. 1:50-2:57, 3:45-5:16, 8:29-15:4, 15:45-16:11<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating* |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | *temperature*, APPLIED PHYSICS LETTERS 89, 121109 (2006) |
| "a contact area" ('522 Patent, cl. 1) | "a portion or region of the contact layer that serves as a contact for a detector" | '522 Patent – 11:50-12:22, 12:50-13:9 |
| "wherein the contact layer and the photo absorbing layer exhibit essentially identical composition" ('522 Patent, cl. 4) | Plain and ordinary meaning<br><br>Alternative: "wherein said contact layer and photoabsorbing layer are made of substantially the same semiconductor material" | '871 Patent – Cols. 3:50-65, 4:43-54, 8:62-9:2, 9:18-37, Claims 2-5<br><br>'522 Patent – 5:41-58, 6:39-65, 9:8-53, 11:50-12:23 |
| "the contact layer" ('522 Patent, cls. 3, 4, 6, 7, 9) | Plain and ordinary meaning<br><br>Alternative: "the semiconductor layer that absorbs the minority carriers diffused from the absorbing layer" | '522 Patent – Figs. 1A-C, 2A-B, 3A-B, 4; Cols. 11:50-67, 12:50-13:4, 13:27-14:65, |
| "one of AlSB, AlAsSB, GaAlAsSb, AlPSb, AlGaPSb, and or combinations thereof" ('522 Patent, cl. 5) | Plain and ordinary meaning<br><br>Alternative: "any one of AlSb, AlAsSb, GaAlAsSb, AlPSb, or AlGaPSb, or from a combination of two or more of those listed materials." | '522 Patent – Cols. 5:20-63, 6:39-49, 9:45-53, 12:44-49 |
| "wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones." ('522 Patent, cl. 7) | Plain and ordinary meaning | '871 Patent – Figs. 2A, 3A, Cols. 2:39-5:3, 5:43-59, 6:5-10:42, 10:65-11:31<br><br>'871 Patent File History 12-31-2009 Notice of Allowance & Exh. A; 11-30-2009 Remarks.<br><br>'522 Patent – Figs. 2A-B, 3A-B; Cols. 1:50-2:57, 3:45-5:16, 8:29-15:4, 15:45-16:11<br><br>Bokor Declaration<br><br>Maimon & Wicks, *nBn detector, an infrared detector with reduced dark current and higher operating* |

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | *temperatur*e, APPLIED PHYSICS LETTERS 89, 121109 (2006) |

## III. Additional Sources of Evidence

Furthermore, Dr. Maimon may rely upon and therefore identifies: (1) contextual language of the claim where the disputed term is found, (2) context or information in the patent specification related to his specific citations (*e.g.*, specification description of a Figure cited by Dr. Maimon or the Figure described in written text cited by Dr. Maimon), (3) context or information discussed in cites to the file history (*e.g.*, prior art cited), and (4) evidence cited by the Government. Dr. Maimon also notes that the patents in suit extend from the same patent family and as a result consist of nearly identical specification language and figures in all asserted patents. To reduce duplication, Dr. Maimon lists intrinsic citations to patent specifications and figures in certain patents,but reserves the right to cite to the same text and passages found in the other patents of the patent family.

## IV. Reservation of Rights

Dr. Maimon reserves the right to present additional rebuttal evidence in response to any constructions, evidence, and arguments presented by the Government.

Dated: Sept 10, 2026

Respectfully submitted:

/s/ *Meredith Martin Addy*

MEREDITH MARTIN ADDY
CHARLES A. PANNELL III
Attorneys of Record

ADDYHART LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
312.320.4200
770.715.2020
meredith@addyhart.com
cpannell@addyhart.com

Of counsel:
JAMES B. HATTEN

ADDYHART LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
404.625.3503
james@addyhart.com

*Attorneys for Plaintiff*
*Shimon Maimon*

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, a true and correct copy of the foregoing Disclosure Of Proposed Claim Term Construction Pursuant To RCFC App'x, Rule 10 was served via electronic mail upon all counsel of record:

Brian N. Gross brian.n.gross@usdoj.gov

Suzanne M. Johnson suzanne.m.johnson@usdoj.gov

Margaret S. Hibnick margaret.s.hibnick@usdoj.gov

/s/ *Meredith Martin Addy*

MEREDITH MARTIN ADDY
Attorneys of Record

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHIMON MAIMON,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 24-cv-1832 C<br><br>Chief Judge Matthew H. Solomson |

**DEFENDANT'S EVIDENCE IN SUPPORT OF PROPOSED CLAIM CONSTRUCTIONS FOR THE ASSERTED CLAIMS**

Pursuant to the Court's May 20, 2026 Scheduling Order, ECF No. 53, Defendant the United States discloses the following intrinsic and extrinsic evidence in support of its proposed claim constructions for U.S. Patent No. 7,687,871 (the "'871 Patent"); claims 10–13, 17–20 of Reissued U.S. Patent No. RE48,642 (the "'642 Patent"); claims 1, 2, 4, and 7 of U.S. Patent No. 11,264,528 (the "'528 Patent"); claims 1–2 of U.S. Patent No. 11,462,657 (the "'657 Patent"); and claims 1–9 of U.S. Patent No. 11,817,522 (the "'522 Patent") (collectively the "Asserted Claims"). Defendant's constructions and citations to intrinsic and extrinsic evidence are without prejudice to its defenses that the Asserted Claims are invalid for lack of written description and enablement, and are further not entitled to the priority dates asserted by Plaintiff.

| Term | Proposed Construction | Intrinsic Evidence[1] | Extrinsic Evidence |
|---|---|---|---|
| "photodetector"/ "photodetectors" / "photo-detector"<br><br>('528 Patent, cls. 1, 2, 4, 7; '522 Patent, cls. 1–9; '871 Patent, cls. 1–9, 12–17; '657 Patent, cls. 1, 2; '642 Patent, cls. 10, 12, 17) | "a device for detecting light, not including p-n junction diodes" | '871 Patent at 1:6-13; 1:27-34; 2:24-2935; 2:39-45; 3:4-6; 3:10-26; 3:42-49; 4:4-20; 4:35-42; 4:54-58; 5:34-42; 5:59-61; 5:66-6:2; 6:42-46; 7:34-38; 8:34-35; 10:25-26; 10:65-11:1; 11:27-31; Figs. 1A, 1B, 1C.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>'528 Patent at Abs.; 1:23-26; 1:30-43; 1:48-55; 2:58-62; 2:63-3:2; 3:3-6; 3:11-17; 3:26-34; 3:60-64; 4:33-38; 4:60-5:11; 5:24-29; 5:30-40; 5:41-51; 5:52-64; 5:65-6:14; 6:15-21; 6:22-26; 6:28-38; 6:39-41; 6:50-65; 7:7-11; 7:37-45; 7:62-64; 8:29-35; 8:60-62; 9:8-12; 9:55-60; 10:19-21; 10:30-32; 11:4-6; 11:29-42; 11:43-46; 12:1-5; 12:23-28; 13:7-9; 13:10-14; 15:5-12; 15:45-48; 16:7-9; 16:12-26; 16:20-22; 16:62-64; 17:29-33; 17:61-64; Figs. 1A; 1B; 1C; 4.<br><br>'657 Patent at Abs.; 1:14-17; 1:20-34; 1:39-46; 2:46-50; 2:51-57; 2:58-61; 2:66-3:5; 3:14-22; 3:53-4:6; 4:21-22; 4:48-66; 5:12-13; | |

[1] The intrinsic evidence cited below is in addition to the patent claims themselves, which Defendant asserts are also relevant to claim construction. Defendant also reserves the right to rely on any intrinsic or extrinsic evidence cited by Plaintiff in support of Plaintiff's constructions, and to supplement its intrinsic and extrinsic evidence in response to Plaintiff's evidence.

| | | | |
|---|---|---|---|
| | | 5:18-28; 5:29-31; 5:34-37; 5:40-46; 5:53-6:2; 6:3-9; 6:10-11; 6:17-27; 6:28-30; 6:39-54; 6:63-67; 7:26-34; 7:51-56; 8:18-21; 8:49-51; 8:64-9:1; 9:41-47; 10:6-8; 10:17-19; 10:58-60; 11:15-28; 11:29-32; 11:54-58; 12:10-14; 12:58-67; 14:60-67; 15:34-37; 15:63-65; 16:1-8; 16:9-15; 16:51-52; 17:17-21; 17:49-52; Figs. 1A, 1B, 1C, 4.<br><br>’522 Patent at Abs.; 1:18-21; 1:25-30; 1:42-50; 2:58-62; 2:63-3:2; 3:3-10; 3:11-20; 3:26-34; 3:60-64; 3:65-4:18; 4:33-35; 4:60-5:11; 5:24-29; 5:30-40; 5:41-51; 5:52-58; 5:59-64; 5:65-6:14; 6:15-38; 6:39-41; 6:50-65; 7:7-15; 7:37-45; 7:62-67; 8:29-32; 8:60-64; 9:8-12; 9:54-60; 10:19-21; 10:30-32; 11:4-11; 11:29-35; 11:43-46; 12:1-5; 12:23-28; 13:5-9; 13:10-14; 15:5-12; 15:45-48; 16:7-11; 16:12-16; 16:20-22; 16:23-26; 16:62-64; 17:29-33; 17:61-64; Figs. 1A, 1B, 1C, 4.<br><br>’642 Patent at Abs.; 1:38-41; 1:42-55; 1:59-67; 3:1-5; 3:6-12; 3:19-27; 3:53-57; 3:58-4:7; 4:8-9; 4:14-18; 4:20-30; 4:31-33; 4:36-39; 4:42-48; 4:49-52; 4:55-5:4; 5:5-10; 5:11-16; 5:17-27; 5:28-30; 5:38-52; 6:18-26; 6:44-49; 7:8-11; 7:39-43; 7:54-58; 9:47-51; 6:52-56; 11:50-57; 12:23-36; 12:52-56; 12:56-67; 13:1-4; 13:46-48; 14:6-9; Figs. 1A, 1B, 1C, 4. | |
| “adjacent”<br><br>(’871 Patent, cls. 1, 9, 12, 13, 15; ’642 Patent, cls. 10, 12, 17; ’528 Patent, cl. 1; ’657 Patent, cls. 1, 2; ’522 Patent, cls. 1, 9) | “next to with no intervening layers” | ’871 at Abs.; Figs. 1A, 1B; 4; 3:13-14; 3:19-21; 3:41-45; 4:7-15; 4:35-40; 4:54-65; 5:4-10; 6:42-7:8; 7:17-21; 7:29-33; 7:34-8:31; 10:25-64.<br><br>’871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in | Webster’s New World College Dictionary 17 (4th ed., Wiley Publishing Inc. 2008); Merriam-Webster’s Collegiate Dictionary 16 (11th ed., Merriam-Webster, Inc. 2003); The American Heritage Dictionary 79 (2d. ed., Houghton Mifflin Co. 1982); The Random House College Dictionary Revised |

| | | | |
|---|---|---|---|
| | | Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>’528 Patent at Abs.; 4:9-13; 4:30-32; 4:64-5:6; 5:33-40; 6:1-9; 6:31-38; 6:50-7:6; 9:8-37; 11:50-67; 12:1-55; 12:66-13:4; Figs. 1A, 1B, 1C, 4.<br><br>’657 Patent at Abs.; 3:64-4:1; 4:18-20; 4:52-61; 5:21-28; 5:56-64; 6:20-27; Figs. 1A, 1B, 1C, 4.<br><br>’522 Patent at Abs.; 4:9-14; 4:30-32; 4:64-5:6; 5:33-40; 6:1-9; 6:31-38; 6:50-65; 9:8-24; 9:32-33; 11:50-67; 12:1-10; 12:29-34; 12:50-13:4; 15:5-44; Figs. 1A, 1B, 1C, 4.<br><br>’642 Patent at Abs.; 3:61-4:3; 4:23-30; 4:58-66; 5:20-27; 5:38-62; 7:54-8:48; 8:49-58; 9:4-46; 11:58-12:22; Figs. 1A, 1B, 1C, 4. | Edition 17 (Random House Inc. 1980) |
| “wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies facilitates minority carrier current flow while inhibiting | Indefinite pursuant to 35 U.S.C. § 112(b). | ’871 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 2:52-55; 3:21-26; 4:15-20; 4:54-5:3; 5:43-58; 6:7-12; 8:41-9:60; 9:65-10:24.<br><br>’871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application. | Webster’s New World College Dictionary 508, 735 (4th ed., Wiley Publishing Inc. 2008); Merriam-Webster’s Collegiate Dictionary 447, 643 (11th ed., Merriam-Webster, Inc. 2003); The American Heritage Dictionary 484, 681 (2d. ed., Houghton Mifflin Co. 1982); The Random House College Dictionary Revised Edition 473, 685 (Random House Inc. 1980); |

| | | | |
|---|---|---|---|
| majority carrier current flow between the contact and photo absorbing layers" ('871 Patent, cl. 1) | | '528 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 4:13-18; 4:49-57; 5:6-11; 6:10-14; 6:61-65; 7:46-61; 8:21-25; 8:37-41; 9:54-63; 9:64-10:3; 10:4-32; 13:15-47; 13:48-14:13; 14:14-42; 14:43-15:4; 15:16-19.<br><br>'528 File History at Nov. 17, 2021 Notice of Allowance; Dec. 12, 2019 Notice of Allowance; Aug. 30, 2018 Notice of Allowance; Aug. 17, 2017 Application.<br><br>'657 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:26-32; 4:1-6; 4:7-18; 4:37-47; 4:61-66; 5:54-6:2; 6:50-54; 7:35-50; 8:10-14; 8:26-32; 9:20-31; 9:41-50; 9:51-57; 9:58-67; 12:15-27; 13:1-34; 13:35-67; 14:1-30; 14:31-59; 15:41-47.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application.<br><br>'522 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 3:65-4:18; 4:49-5:16; 6:65-7:14; 6:50-65;8:37-43; 9:33-44.12:29-41;<br><br>'642 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 3:31-37; 3:58-4:7; 4:55-5:4; 5:38-53; 7:16-22; 8:10-21; 9:4-16; 12:30-36; 11:58-67.<br><br>'642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, | Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| | | 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | |
| "wherein said contact layer and said photo absorbing layer exhibit substantially identical compositions"<br><br>('871 Patent, cl. 4) | "wherein said contact layer and said photo absorbing layer are constituted of the same material and exhibiting the same doping" | '871 Patent at 3:57-4:3.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>'522 Patent at 5:49-58; 6:47-49; 10:32-50; 11:50-59; 12:55-61;<br><br>'522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application. | |
| "wherein the contact layer and the photo absorbing layer exhibit essentially identical composition"<br><br>('522 Patent, cl. 4) | "wherein the contact layer and the photo absorbing layer are constituted of the same material and exhibiting the same doping" | '871 Patent at 3:57-4:3.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final | |

| | | | |
|---|---|---|---|
| | | Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>’522 Patent at 5:49-58; 6:47-49; 10:32-50; 11:50-59; 12:55-61;<br><br>’522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application. | |
| “a micro Cooler”<br><br>(’642 Patent cls. 10, 12, 17) | Plain and ordinary meaning | ’642 Patent at 3:8-15; 6:57-62; 12:61-63; 13:19-22; 13:28-35; 13:39-41; 13:48-51; Fig. 9A, 10B.<br><br>’642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application | |
| “motherboard and FPA assembly”<br><br>(’642 Patent, cls. 10, 12, 17) | “a motherboard joined to an FPA” | ’642 Patent at 6:63; 13:36-41; Figs. 10A, 10B; cls. 1, 10, 12, 14, 17.<br><br>’642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application | |
| “wherein the relationship between the first and second layer energy bands and the barrier layer conduction and valance band edges enables minority carrier current flow while | Indefinite pursuant to 35 U.S.C. § 112(b). | ’871 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 2:52-55; 3:21-26; 4:15-20; 4:54-5:3; 5:43-58; 6:7-12; 8:41-9:60; 9:65-10:24.<br><br>’871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final | Webster’s New World College Dictionary 508, 735 (4th ed., Wiley Publishing Inc. 2008); Merriam-Webster’s Collegiate Dictionary 447, 643 (11th ed., Merriam-Webster, Inc. 2003); The American Heritage Dictionary 484, 681 (2d. ed., Houghton Mifflin Co. 1982); The Random House College Dictionary |

| | | | |
|---|---|---|---|
| blocking majority carrier current flow between the first and second layers wherein the barrier layer comprises an undoped semiconductor which does not provide electrical conduction laterally within the barrier layer."<br><br>('642 Patent, cl. 14) | | Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>'528 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 4:13-18; 4:49-57; 5:6-11; 6:10-14; 6:61-65; 7:46-61; 8:21-25; 8:37-41; 9:54-63; 9:64-10:3; 10:4-32; 13:15-47; 13:48-14:13; 14:14-42; 14:43-15:4; 15:16-19.<br><br>'528 File History at Nov. 17, 2021 Notice of Allowance; Dec. 12, 2019 Notice of Allowance; Aug. 30, 2018 Notice of Allowance; Aug. 17, 2017 Application.<br><br>'657 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:26-32; 4:1-6; 4:7-18; 4:37-47; 4:61-66; 5:54-6:2; 6:50-54; 7:35-50; 8:10-14; 8:26-32; 9:20-31; 9:41-50; 9:51-57; 9:58-67; 12:15-27; 13:1-34; 13:35-67; 14:1-30; 14:31-59; 15:41-47.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application.<br><br>'522 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 3:65-4:18; 4:49-5:16; 6:65-7:14; 6:50-65;8:37-43; 9:33-44.12:29-41;<br><br>'642 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 3:31-37; 3:58-4:7; 4:55-5:4; 5:38-53; 7:16-22; 8:10-21; 9:4-16; 12:30-36; 11:58-67.<br><br>'642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application. | Revised Edition 473, 685 (Random House Inc. 1980); Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| | | U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | |
| "charge carriers"<br><br>('522 Patent, cl. 1) | "charges introduced into the barrier layer by doping" | '522 Patent at 4:1-2; 4:19-20; 4:439-5:20; 10:22-26; 10:51-65; 11:1-4; cl.1.<br><br>'522 File History at Aug. 28, 2022 Application. | Decl. of Dr. Daniel Wasserman |
| "charge carrier compensated"<br><br>('528 Patent, cls. 1, 2) | "doped with charge carriers" | '522 Patent at 4:1-9; 4:19-26; 4:39-5:20; 10:59-63; 11:1-4; 11:12-20<br><br>'522 File History at Aug. 28, 2022 Application. | Decl. of Dr. Daniel Wasserman |
| "wherein the relationship between the photo absorbing layer and contact layer valence and conduction band energies and the barrier layer conduction and valance band energies is selected to facilitate minority carrier current flow while inhibiting majority carrier | Indefinite pursuant to 35 U.S.C. § 112(b). | '871 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 2:52-55; 3:21-26; 4:15-20; 4:54-5:3; 5:43-58; 6:7-12; 8:41-9:60; 9:65-10:24.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>'528 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 4:13-18; 4:49-57; 5:6-11; 6:10-14; 6:61-65; 7:46-61; 8:21-25; | Webster's New World College Dictionary 508, 735 (4th ed., Wiley Publishing Inc. 2008); Merriam-Webster's Collegiate Dictionary 447, 643 (11th ed., Merriam-Webster, Inc. 2003); The American Heritage Dictionary 484, 681 (2d. ed., Houghton Mifflin Co. 1982); The Random House College Dictionary Revised Edition 473, 685 (Random House Inc. 1980); Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| current flow between the contact and photo absorbing layers."<br><br>('528 Patent, cl. 1) | | 8:37-41; 9:54-63; 9:64-10:3; 10:4-32; 13:15-47; 13:48-14:13; 14:14-42; 14:43-15:4; 15:16-19.<br><br>'528 File History at Nov. 17, 2021 Notice of Allowance; Dec. 12, 2019 Notice of Allowance; Aug. 30, 2018 Notice of Allowance; Aug. 17, 2017 Application.<br><br>'657 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:26-32; 4:1-6; 4:7-18; 4:37-47; 4:61-66; 5:54-6:2; 6:50-54; 7:35-50; 8:10-14; 8:26-32; 9:20-31; 9:41-50; 9:51-57; 9:58-67; 12:15-27; 13:1-34; 13:35-67; 14:1-30; 14:31-59; 15:41-47.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application.<br><br>'522 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 3:65-4:18; 4:49-5:16; 6:65-7:14; 6:50-65;8:37-43; 9:33-44.12:29-41;<br><br>'642 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 3:31-37; 3:58-4:7; 4:55-5:4; 5:38-53; 7:16-22; 8:10-21; 9:4-16; 12:30-36; 11:58-67.<br><br>'642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | |

| | | | |
|---|---|---|---|
| "wherein said barrier layer exhibits a valence band energy substantially equal to said valence band energy of said photo absorbing layer"<br><br>('657 Patent, cl. 1) | "wherein said barrier layer exhibits a valence band energy the same or approximately equal to said valence band energy of said photo absorbing layer"<br><br>('657 Patent, cl. 1) | '657 Patent at Fig. 2A, 3A; 13:1-25; 14:1-26; 13:14-34; 14:14-30.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application | |
| "said conduction energy band offsets"<br><br>('657 Patent, cl. 1) | "said conduction energy band offset" | '657 Patent at 3:41-43; 3:45-47; 8:41-43; 8:45-47; 9:32-40; 12:27-35; 15:56-57; 15:60-62; cl. 1.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application | |
| "isolated from each other in a direction across the photo-detector"<br><br>('657 Patent, cl. 2) | "electrically isolated from each other across the photodetector" | '657 Patent at Abs. Fig. 1B; 1C; 4; 6:55-62; 7:29-34; 11:46-48; 11:54-58; 12:36-62; 12:63-67; 15:11-21; cl. 2. | |

| | | | |
|---|---|---|---|
| "wherein said barrier layer thickness and said conduction energy band offsets are sufficient to prevent tunneling of majority carriers between said photo absorbing layer and said contact layer and substantially block the flow of thermalized majority carriers between said photo absorbing layer and said contact layer"<br><br>('657 Patent, cl. 1) | Indefinite pursuant to 35 U.S.C. § 112(b). | '871 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 2:52-55; 3:21-26; 4:15-20; 4:54-5:3; 5:43-58; 6:7-12; 8:41-9:60; 9:65-10:24.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>'528 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 4:13-18; 4:49-57; 5:6-11; 6:10-14; 6:61-65; 7:46-61; 8:21-25; 8:37-41; 9:54-63; 9:64-10:3; 10:4-32; 13:15-47; 13:48-14:13; 14:14-42; 14:43-15:4; 15:16-19.<br><br>'528 File History at Nov. 17, 2021 Notice of Allowance; Dec. 12, 2019 Notice of Allowance; Aug. 30, 2018 Notice of Allowance; Aug. 17, 2017 Application.<br><br>'657 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:26-32; 4:1-6; 4:7-18; 4:37-47; 4:61-66; 5:54-6:2; 6:50-54; 7:35-50; 8:10-14; 8:26-32; 9:20-31; 9:41-50; 9:51-57; 9:58-67; 12:15-27; 13:1-34; 13:35-67; 14:1-30; 14:31-59; 15:41-47.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; | Webster's New World College Dictionary 508, 735 (4th ed., Wiley Publishing Inc. 2008); Merriam-Webster's Collegiate Dictionary 447, 643 (11th ed., Merriam-Webster, Inc. 2003); The American Heritage Dictionary 484, 681 (2d. ed., Houghton Mifflin Co. 1982); The Random House College Dictionary Revised Edition 473, 685 (Random House Inc. 1980); Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| | | June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application.<br><br>’522 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 3:65-4:18; 4:49-5:16; 6:65-7:14; 6:50-65;8:37-43; 9:33-44.12:29-41;<br><br>’642 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 3:31-37; 3:58-4:7; 4:55-5:4; 5:38-53; 7:16-22; 8:10-21; 9:4-16; 12:30-36; 11:58-67.<br><br>’642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | |
| “wherein during operation of the photo-detector the respective valence energy and conduction band energy of the first layer, the barrier layer, and the second layer allow the flow of photo-generated minority carriers and substantially | Indefinite pursuant to 35 U.S.C. § 112(b). | ’871 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 2:52-55; 3:21-26; 4:15-20; 4:54-5:3; 5:43-58; 6:7-12; 8:41-9:60; 9:65-10:24.<br><br>’871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application. | Webster’s New World College Dictionary 508, 735 (4th ed., Wiley Publishing Inc. 2008); Merriam-Webster’s Collegiate Dictionary 447, 643 (11th ed., Merriam-Webster, Inc. 2003); The American Heritage Dictionary 484, 681 (2d. ed., Houghton Mifflin Co. 1982); The Random House College Dictionary Revised Edition 473, 685 (Random House Inc. 1980); |

| | | | |
|---|---|---|---|
| block the flow of majority carriers between the first layer and the second layer"<br><br>('657 Patent, cl. 2) | | '528 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 4:13-18; 4:49-57; 5:6-11; 6:10-14; 6:61-65; 7:46-61; 8:21-25; 8:37-41; 9:54-63; 9:64-10:3; 10:4-32; 13:15-47; 13:48-14:13; 14:14-42; 14:43-15:4; 15:16-19.<br><br>'528 File History at Nov. 17, 2021 Notice of Allowance; Dec. 12, 2019 Notice of Allowance; Aug. 30, 2018 Notice of Allowance; Aug. 17, 2017 Application.<br><br>'657 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:26-32; 4:1-6; 4:7-18; 4:37-47; 4:61-66; 5:54-6:2; 6:50-54; 7:35-50; 8:10-14; 8:26-32; 9:20-31; 9:41-50; 9:51-57; 9:58-67; 12:15-27; 13:1-34; 13:35-67; 14:1-30; 14:31-59; 15:41-47.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application.<br><br>'522 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 3:65-4:18; 4:49-5:16; 6:65-7:14; 6:50-65;8:37-43; 9:33-44.12:29-41;<br><br>'642 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 3:31-37; 3:58-4:7; 4:55-5:4; 5:38-53; 7:16-22; 8:10-21; 9:4-16; 12:30-36; 11:58-67.<br><br>'642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, | Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| | | 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | |
| "the barrier layer exhibiting a valence band energy level substantially equal to the valence band energy level of the photo absorbing layer"<br><br>('522 Patent, cl. 1) | "the barrier layer exhibiting a valence band energy level the same as or approximately equal to the valence band energy level of the photo absorbing layer" | '522 Patent at Figs. 2A; 3A; 8:50-54; 9:52-53; 10:36-32; 10:48-49; 13:15-33; 14:14-32<br><br>'522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application. | |
| "a conduction band energy level exhibiting an energy gap in relation to the conduction band of the photo absorbing layer"<br><br>('522 Patent, cl. 1) | "a conduction band energy exhibiting an energy gap in relation to the conduction band energy of the photo absorbing layer" | '522 Patent at Abs.; Figs. 2A, 3A, 13A, 13B, 13C; 3:38-43; 4:19-30; 9:54-10; 13:15-44; 14:14-38; cl. 1. | |
| "the energy gap being sufficient to minimize charge carriers | Indefinite pursuant to 35 U.S.C. § 112(b). | '522 Patent at Abs.; Fig. 2A, 2B, 3A, 3B; 4; 13A, 13B, 13C; 3:38-44; 3:65-20; 4:39-5: 20; 6:9-14, 6:50-7:14; 8:37-43; 9:34-37; 9:33-44; 10:22-26; 10:51-65; 11:1-4; 12:29-41; 15:16-19; 15:52-57; cls. 1; 9. | Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| tunneling and thermalization"<br><br>('522 Patent, cl. 1) | | '522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application.<br><br>'871 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 2:52-55; 3:21-26; 4:15-20; 4:54-5:3; 5:43-58; 6:7-12; 8:41-9:60; 9:65-10:24.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>'528 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:38-44; 4:13-18; 4:49-57; 5:6-11; 6:10-14; 6:61-65; 7:46-61; 8:21-25; 8:37-41; 9:54-63; 9:64-10:3; 10:4-32; 13:15-47; 13:48-14:13; 14:14-42; 14:43-15:4; 15:16-19.<br><br>'528 File History at Nov. 17, 2021 Notice of Allowance; Dec. 12, 2019 Notice of Allowance; Aug. 30, 2018 Notice of Allowance; Aug. 17, 2017 Application.<br><br>'657 Patent at Figs. 2A, 2B, 3A, 3B, 4; 13A, 13B, 13C; Abs.; 3:26-32; 4:1-6; 4:7-18; 4:37-47; 4:61-66; 5:54-6:2; 6:50-54; 7:35-50; 8:10-14; 8:26-32; 9:20-31; 9:41-50; 9:51-57; 9:58-67; 12:15-27; 13:1-34; 13:35-67; 14:1-30; 14:31-59; 15:41-47.<br><br>'657 File History at June 1, 2022 Notice of Allowance; May 13, 2022 Response to *Ex Parte Quayle* Action; May 20, 2022 Response | |

| | | | |
|---|---|---|---|
| | | to Non-Compliance Notice; Mar. 24, 2022 *Ex Parte Quayle* Action; June 7, 2021 Response to Notice to File Corrected Papers and Petition for Extension of Time; Feb. 22, 2021 Application.<br><br>’642 Patent at Figs. 2A, 2B, 3A, 3B; 4; Abs.; 3:31-37; 3:58-4:7; 4:55-5:4; 5:38-53; 7:16-22; 8:10-21; 9:4-16; 12:30-36; 11:58-67.<br><br>’642 File History at June 8, 2021 Notice of Allowance; Apr. 12, 2021 Amendment and Response; July 4, 2019 Suppl. Amendment and Statements filed in Reissue Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | |
| “a contact area”<br><br>(’522 Patent, cl. 1) | “an individual section of the contact layer defined by etching” | ’522 Patent at Abs.; Figs. 1B, 1C, 4; 4:11-13; 4:34-38; 4:49-57; 5:3-11; 5:24-28; 5:38-40; 5:46-58; 6:7-26; 6:36-38; 6:45-49; 6:66-7:1; 12:1-4; 12:30-33; 12:38-41; 12:51-13:14; 13:28-33; 13:45-47; 13:61-66; 14:11-13; 14:27-32; 14:56-61; 15:2-4; 15:23-32; 15:33-38<br><br>’522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application. | Decl. of Dr. Daniel Wasserman |
| “the contact layer” | Indefinite pursuant to 35 U.S.C. § 112(b). | ’522 Patent at Abs. Fig. 1A; 4, 2:63-66; 3:36-43; 5:55-62; 6:59-65; 6:66-7:6; 7:46-61; 8:35-41; 9:8-12; 9:32-37; 9:42-44; 9:64-10:1; 10:8-10, 10:15-19; 11:50-67; 12:50-63; 13:1-4; 13:18; 13:23-27; | Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| ('522 Patent, cls. 3, 4, 6, 7, 9) | | 13:40-44; 13:51; 13:56-60; 14:5-10; 14:17; 14:22-26; 14:46; 14:51-55;; 15:23-24; 15:28-31; 15:39-44; 15:50-58; cls. 1, 3, 6, 7, 9.<br><br>'522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application.<br><br>U.S. Patent No. 12,148,855 at cls. 1, 3.<br><br>U.S. Patent No. 12,148,855 File History at Oct. 10, 2024 Notice of Allowance; Oct. 10, 2024 Examiner Interview Summary Record; Sep. 20, 2024 Notice of Allowance; Mar. 13, 2024 Application. | |
| "one of AlSB, AlAsSB, GaAlAsSb, AlPSb, AlGaPSb, and or combinations thereof"<br><br>('522 Patent, cl. 5) | "one of AlSB, AlAsSB, GaAlAsSb, AlPSb, AlGaPSb, or combinations thereof"" | '522 Patent at 5:21-23; 5:41-43; 6:39-41; 9:47-53; 10:35-40; 12:44-49; cls. 5; 8.<br><br>'522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application. | |
| "wherein the alignments of respective edges of the valence band energy and conduction band energy at interfaces between the photo absorbing layer and the | Indefinite pursuant to 35 U.S.C. § 112(b). | '871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; Sep. 10, 2008 Second Suppl. Amendment.<br><br>'522 Patent at 3:60-62; 8:60-62, 10:44-50; 11:22-42; 13:39-47; 14:5-13; 14:27-42; 14:56-15:2; 16:7-9. | Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| barrier layer and between the contact layer and the barrier layer occur with minimized depletion zones."<br><br>('522 Patent, cl. 7) | | '522 File History at Mar. 13, 2023 Notice of Allowance; Aug. 28, 2022 Application. | |
| "doped"<br><br>('871 Patent, cls. 1, 9, 12, 13, 16; '642 Patent, cls. 10, 12,'528 Patent, cl. 1; '657 Patent, cls. 1, 2; '522 Patent, cls. 1, 9) | "referring to a material to which impurities have been added." | '871 Patent at Abs.; 1:65-2:1; 2:15-16; 2:56-58; 2:62-3:3; 3:9-20; 3:27-38; 3:50-55; 3:60-4:1; 4:4-7, 4:13-14; 4:21-32; 4:45-48; 4:54-58, 4:64-65; 5:43-58; 6:13-27; 6:51-63; 7:8-10; 7:13-15; 7:23-24; 7:43-45; 7:48-55; 8:1-2; 8:6-7; 8:18-20; 8:42-44; 9:7-9; 9:39-41; 9:66-10:1; 11:12-14, 11:18-26; cls. 1, 5, 9, 10, 12, 13, 16.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>U.S. Patent No. 11,245,048 File History at Aug. 25, 2020 Final Rejection; July 20, 2020 Response to Office Action; Feb. 27, 2020 Non-Final Rejection; Nov. 25, 2018 Application. | McGraw-Hill Dictionary of Scientific and Technical Terms 640 (6th ed. 2003); IEEE, The Authoritative Dictionary of IEEE Standards Terms, 333 (7th ed. 2000); Robert F. Pierret, Semiconductor Device Fundamentals 35 (1996); Decl. of Dr. Daniel Wasserman |

| | | | |
|---|---|---|---|
| | | U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | |
| "undoped"<br><br>('871 Patent, cls. 1, 13, 16; '642 Patent, cls. 18; '528 Patent, cl. 2) | "referring to a material to which impurities have not been added." | '871 Patent at Abs.; 1:65-2:1; 2:15-16; 2:56-58; 2:62-3:3; 3:9-20; 3:27-38; 3:50-55; 3:60-4:1; 4:4-7, 4:13-14; 4:21-32; 4:45-48; 4:54-58, 4:64-65; 5:43-58; 6:13-27; 6:51-63; 7:8-10; 7:13-15; 7:23-24; 7:43-45; 7:48-55; 8:1-2; 8:6-7; 8:18-20; 8:42-44; 9:7-9; 9:39-41; 9:66-10:1; 11:12-14, 11:18-26; cls. 1, 5, 9, 10, 12, 13, 16.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>U.S. Patent No. 11,245,048 File History at Aug. 25, 2020 Final Rejection; July 20, 2020 Response to Office Action; Feb. 27, 2020 Non-Final Rejection; Nov. 25, 2018 Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | McGraw-Hill Dictionary of Scientific and Technical Terms 640 (6th ed. 2003); IEEE, The Authoritative Dictionary of IEEE Standards Terms, 333 (7th ed. 2000); Robert F. Pierret, Semiconductor Device Fundamentals 35 (1996); Decl. of Dr. Daniel Wasserman |
| "n-doped" | "referring to a material to | '871 Patent at Abs.; 1:65-2:1; 2:15-16; 2:56-58; 2:62-3:3; 3:9-20; 3:27-38; 3:50-55; 3:60-4:1; 4:4-7, 4:13-14; 4:21-32; 4:45-48; 4:54- | McGraw-Hill Dictionary of Scientific and Technical |

| | | | |
|---|---|---|---|
| ('871 Patent, cls. 9, 12–17; '642 Patent, cls. 10;'657 Patent, cl. 1; '522 Patent, cls. 1, 9) | which impurities have been added that increase the electron concentration of the material." | 58, 4:64-65; 5:43-58; 6:13-27; 6:51-63; 7:8-10; 7:13-15; 7:23-24; 7:43-45; 7:48-55; 8:1-2; 8:6-7; 8:18-20; 8:42-44; 9:7-9; 9:39-41; 9:66-10:1; 11:12-14, 11:18-26; cls. 1, 5, 9, 10, 12, 13, 16.<br><br>'871 File History at Dec. 31, 2009 Notice of Allowance and Fees Due; Dec. 22, 2009 Examiner Interview Summary Record; Nov. 30, 2009 Amendment in Response to Non-Final Office Action; July 28, 2009 Non-Final Rejection; June 23, 2009 Final Rejection; June 16, 2009 Examiner Interview Summary; June 3, 2009 Response after Final Action; May 8, 2009 Response after Final Action; Jan. 9, 2009 Final Rejection; Sep. 10, 2008 Second Suppl. Amendment; June 19, 2008 Suppl. Amendment; May 20, 2008 Amendment in Response to Non-Final Office Action; Feb. 20, 2008 Non-Final Rejection; May 9, 2007 Second Preliminary Amendment; Mar. 26, 2006 Preliminary Amendment; Mar. 19, 2006 Application.<br><br>U.S. Patent No. 11,245,048 File History at Aug. 25, 2020 Final Rejection; July 20, 2020 Response to Office Action; Feb. 27, 2020 Non-Final Rejection; Nov. 25, 2018 Application.<br><br>U.S. Patent No. 9,766,130 File History at May 12, 2017 Notice of Allowance; May 3, 2017 Response after Final Action; Nov. 23, 2016 Final Rejection; Sep. 6, 2016 Amendment and Response; Mar. 14, 2016 Non-Final Rejection; Aug. 10, 2015 Application. | Terms 640 (6th ed. 2003); IEEE, The Authoritative Dictionary of IEEE Standards Terms, 333 (7th ed. 2000); Robert F. Pierret, Semiconductor Device Fundamentals 35 (1996); Decl. of Dr. Daniel Wasserman |

Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

Of Counsel:

MARGARET S. HIBNICK
SUZANNE M. JOHNSON
Department of Justice

Dated: September 10, 2026

*s/ Brian N. Gross*
BRIAN N. GROSS
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: 202-616-2236
*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of "DEFENDANTS' EVIDENCE IN SUPPORT OF PROPOSED CLAIM CONSTRUCTIONS FOR THE ASSERTED CLAIMS" was sent via email this 10th day of September 2026 to:

Meredith Martin Addy
Charles A. Pannell, III
ADDYHART LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
meredith@addyhart.com
cpannell@addyhart.com

*s/ Brian N. Gross*

BRIAN N. GROSS
Senior Litigation Counsel
Intellectual Property Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Brian N. Gross@usdoj.gov
Tel: (202) 616-2236
Fax: (202) 307-0345

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES OF AMERICA